# EXHIBIT C

1

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  ************************
                          *
 6  DEBORAH JOHNSON,        *   CASE NO.
            Plaintiffs      *   2:16-CV-15607
 7                          *
                           *
 8  VERSUS                  *
                           *
 9                          *
    SANOFI S.A., ET AL      *
10          Defendants      *
                           *
11  ************************

12

13

14

15

16

17

18

19

20            Deposition of DEBORAH ANN

21  JOHNSON, taken on Thursday, November 30,

22  2017, commencing at 9:07 a.m., at the law

23  offices of Morris Bart, LLC, 601 Poydras

24  Street, 24th Floor, New Orleans, Louisiana

25  70130.
```

2

1        I N D E X
2                    PAGE
3   Caption              1
4   Exhibit Index        3
5   Appearances          4
6   Agreement of Counsel     5
7   Examination
8       BUFFY J. MIMS        6-341,
                      343
9
10
        RICHARD L. ROOT      341-343
11
12
13
14  Witness' Attestation     344
15
16  Reporters' Certification    345-346
17
18
19
20
21
22
23
24
25

4

1   APPEARANCES:
2
3   Representing the Plaintiffs:
4   MORRIS BART, LLC
        Attorneys-at-Law
5       601 Poydras Street
        24th Floor
6       New Orleans, Louisiana 70130
7   BY:  RICHARD L. ROOT
        AND  CHRISTINE BRANDT
8
9
10  Representing the Plaintiffs Steering
        Committee:
11
12  ANDREWS, THORNTON, HIGGINS, RAZMARA, LLP
        Attorneys-at-Law
13      2 Corporate Park
        Suite 110
14      Irvine, California 92606
15  BY:  JOHN C. THORNTON
        AND  LAUREN R. DAVIS
16
17  Representing the Defendants:
18  SHOOK, HARDY & BACON, LLP
        Attorneys-at-Law
19      1155 F Street, NW
        Suite 200
20      Washington, DC 20004
21  BY:  BUFFY J. MIMS
        AND  HILLARY S. NICHOLAS
22
23
24  Reported by:  Terence D. Skelton
              Certified Court Reporter
25            State of Louisiana
26

3

1       EXHIBIT INDEX
2   Exhibits                 Page
3   Exhibit A-Complaint          14
4   Exhibit B-Notice             36
5   Exhibit C-Second Amended PFS     39
6   Exhibit D-Declaration        75
7   Exhibit E-UMC Record, Bates 35-37    248
8   Exhibit F-Visit 8/9/10       256
9   Exhibit G-Bates 113-114      293
10  Exhibit H-Bates 503-505      300
11  Exhibit I-Photos         315
12  Exhibit J-Photos         325
13
14
15
16
17
18
19
20
21
22
23
24
25

5

1           S T I P U L A T I O N
2
3           It is stipulated and agreed by and
4   between counsel that the deposition of
5   DEBORAH ANN JOHNSON, is hereby being taken
6   under the Federal Rules of Civil Procedure,
7   in accordance with the Rules.
8           The formalities of sealing and
9   certification are hereby waived.  The witness
10  reserves the right to read and sign the
11  deposition.  The party responsible for
12  service of the discovery material shall
13  retain the original.
14          All objections are to be made in
15  accordance with the Rules of Civil Procedure.
16          *   *   *   *   *
17          Terence D. Skelton, Certified Court
18  Reporter in and for the State of Louisiana,
19  officiated in administering the oath to the
20  witness.
21
22
23
24
25

6

1        DEBORAH ANN JOHNSON,
2  3601 Texas Drive, Apartment 726B, New
3  Orleans, Louisiana 70114, after having first
4  been duly sworn, did testify on her oath as
5  follows:
6  EXAMINATION BY MS. MIMS:
7      Q.  Good morning, Ms. Johnson.
8      A.  Good morning.
9      Q.  We just met.  My name is Buffy Mims,
10  and I represent Sanofi in this matter.  And
11  sitting next to me to my left is Hillary
12  Nicholas, also representing the defendant
13  Sanofi.
14        And I'm going to go ahead and let the
15  rest of the counsel at the table introduce
16  themselves --
17      MS. MIMS:
18        -- since there's a number of you,
19  and I forget everyone's last name already,
20  so . . .
21      MR. ROOT:
22        Sure.  I'm Richard Root, and I
23  represent Ms. Johnson.  I work at Morris
24  Bart.
25      MR. THORNTON:

7

1        John Thornton.  I'm with Andrews,
2  Thornton, Higgins, and Razmara.  And also
3  present is Lauren Davis from our office.  And
4  we're here for the PSC.
5  EXAMINATION BY MS. MIMS:
6      Q.  Ms. Johnson, can you please state
7  your full name for the record?
8      A.  Deborah Johnson.
9      Q.  Okay.  That includes your middle
10  name?
11      A.  Deborah Ann Johnson.
12      Q.  Deborah Ann Johnson.
13        Have you ever gone by any other
14  names?
15      A.  No, ma'am.
16      Q.  Okay.  No other names from a previous
17  marriage?
18      A.  Dunn.
19      Q.  All right.  So your prior name was
20  Deborah Dunn?
21      A.  Yes.
22      Q.  Okay.  Any other names besides
23  Deborah Dunn and Deborah Johnson?
24      A.  No.
25      Q.  When did you go by the name Deborah

8

1  Dunn?
2      A.  1975.
3      Q.  Until?
4      A.  I was married.
5      Q.  Okay.
6      A.  But I'm separated.
7      Q.  And did you officially change your
8  name to Johnson?
9      A.  No.  I was married.  My maiden name
10  was Dunn.
11      Q.  Your maiden name was Dunn?
12      A.  Yes.
13      Q.  And you were married in what year?
14      A.  '76.
15      Q.  Okay.  And your last name is now
16  Johnson?
17      A.  Yes.
18      Q.  Okay.  And Mr. Root here today is
19  your lawyer; is that correct?
20      A.  Yes.
21      Q.  Okay.  How do you feel today?
22      A.  Fine.
23      Q.  Good.  Have you taken any medications
24  today?
25      A.  No.

9

1      Q.  Are there any medications that you
2  normally take every day?
3      A.  Yes.  Uh-huh (affirmative).
4      Q.  Have you skipped those medications
5  today, or is it just not time to take them?
6      A.  No, I just -- unh-unh (negative).  I
7  don't take them in the morning.
8      Q.  When do you take them?
9      A.  In the afternoon.
10      Q.  About what time?
11      A.  About 6:00.
12      Q.  6:00 p.m.?
13      A.  Yes.
14      Q.  Okay.  And what medications do you
15  generally take every day?
16      A.  My blood pressure and my gabapentin.
17      Q.  Your blood pressure, what medication
18  is that?  What is it called?
19      A.  Lisinopril --
20      Q.  And who --
21      A.  -- my amlodipine, and the HCT.
22      Q.  Is that three separate medications
23  that you're listing?
24      A.  Yes.  Yes.  And my gabapentin for my
25  neuropathy.

3 (Pages 6 to 9)

10

1    Q. Okay. Tell me which of those are the
2  blood pressure medications.
3    A. My lisinopril, the -- what that is,
4  the HCT, and the amlodipine.
5    Q. Who prescribed those for you?
6    A. My doctor at JenCare. That's my
7  primary care.
8    Q. And what is that doctor's name?
9    A. It's a new doctor. I'm not sure.
10    Q. How long have you been taking blood
11  pressure medication?
12    A. Oh, since I was about 23.
13    Q. Okay. Has that dosage stayed the
14  same over time, or has it changed at all?
15    A. Pretty much the same. It's the same
16  dosage.
17    Q. And what is the dosage?
18    A. I take the one amlodipine and two
19  lisinopril and one of the other one, the HCT.
20    Q. And do you take each of those at 6:00
21  p.m. every day?
22    A. Yes, ma'am.
23    Q. That's your routine?
24    A. Right.
25    Q. Okay. The gabapentin, is that what

11

1  -- how did you pronounce that one again?
2    A. Gabapentin.
3    Q. Gabapentin. How long have you been
4  taking that medication?
5    A. Since I had surgery.
6    Q. And what surgery are you referring
7  to?
8    A. My mastectomy.
9    Q. Your mastectomy.
10      And tell me what dosage you take of
11  that.
12    A. Three times a day.
13    Q. Okay. What is that prescribed for?
14    A. For my numbness in my hand and my
15  feet.
16    Q. Okay. When do you normally take that
17  medication?
18    A. Once in the morning, once in the
19  evening, and once at night.
20    Q. Okay. You didn't take that, though,
21  this morning?
22    A. No. I get dizzy when I take it in
23  the mornings. If I'm out, I can't take it.
24    Q. Why is that?
25    A. I be dizzy.

12

1    Q. Oh, okay.
2    A. It's a big dose. It's 600
3  milligrams.
4    Q. So if you're traveling or outside of
5  your house, you don't take your morning
6  dosage?
7    A. No.
8    Q. Okay. Will that affect your
9  testimony at all here today, the fact that
10  you were unable to take that medication this
11  morning?
12    A. If I would have taken it, I would
13  have been dizzy.
14    Q. But it won't affect your ability to
15  testify here today, that you did not take it
16  this morning.
17    A. Oh, no, it would not.
18    Q. Okay. Who prescribed that medication
19  for you?
20    A. My doctor when I was having surgery.
21  That doctor prescribed it, but I still take
22  it through my primary care doctor.
23    Q. And is that the same doctor at
24  JenCare?
25    A. Yeah. Dr. Causey. That's her name.

13

1    Q. Okay. That's the name you couldn't
2  remember earlier?
3    A. Right. Dr. Causey. See, I've had
4  about three different doctors.
5    Q. Have you consumed any alcohol in the
6  last 24 hours?
7    A. No, ma'am.
8    Q. Are there any emotional or personal
9  issues that will affect your testimony here
10  today?
11    A. No.
12    Q. Is there any reason that you can
13  think of, that you won't be able to testify
14  truthfully, completely, and accurately here
15  today?
16    A. No.
17    Q. Okay. Have you ever done a
18  deposition before?
19    A. No.
20    Q. I'm going to go over a couple of the
21  rules, before we get into the substance of
22  the deposition. We both can't speak at the
23  same time, so if you'll let me get my full
24  question out before you give an answer,
25  because the court reporter won't be able to

4 (Pages 10 to 13)

14

1  take it down if we're speaking at the same
2  time.
3        If you don't understand a question,
4  ask me, ask for clarification.  If you answer
5  the question, I'm going to assume that you
6  understood it.  Okay?
7     A.  Yes.
8     Q.  Okay.  If you need to take a break at
9  any time, just let me know, and we'll do
10  that.  Okay?
11     A.  Okay.
12     Q.  And you understand that for this
13  deposition here today, you're under oath, and
14  that means that you have to tell the truth,
15  just like you would in a courtroom.
16     A.  Right.
17     Q.  Okay.  You understand that you're
18  here today to testify about a lawsuit that
19  you have brought, and one of the defendants
20  is Sanofi.  Do you understand that?
21     A.  Yes.
22     Q.  Okay.  Let me show you -- I'm going
23  to mark the complaint as Exhibit A.  Could
24  you take a look at that document, please, and
25  tell me if you've ever seen that before?

15

1  Feel free to flip through the document to see
2  if any of it triggers a memory as to whether
3  you have seen it or not.
4     A.  (Witness complies).
5     Q.  Do you know whether you've ever seen
6  that document before?
7     A.  No.
8     Q.  No, you don't know; or, no, you
9  haven't seen it?
10     A.  I'm not sure.
11     Q.  You're not sure whether you've ever
12  seen that document before?
13     A.  Unh-unh (negative).
14     Q.  Okay.  Do you understand what a
15  complaint is?
16     A.  Yes.
17     Q.  Okay.  You understand that a
18  complaint is what triggers the filing of a
19  lawsuit in a case, right?
20     A.  Uh-huh (affirmative).
21     Q.  Okay.  So do you understand that a
22  complaint, the complaint that I've just
23  handed you, is the document that triggers all
24  of the claims that you've brought against
25  Sanofi in this case.  Do you understand that?

16

1     A.  Yeah.
2     Q.  Okay.  What is it that you understand
3  your claims are in this litigation?
4     A.  I understand that I'm going against
5  this company.
6     Q.  What company is that?
7     A.  The company.
8     Q.  Is that Sanofi?
9     A.  Yeah.
10     Q.  Do you understand that you're
11  bringing claims against any other companies?
12     A.  Yes.
13     Q.  What companies are those?
14     A.  The company of the medication.
15     Q.  What medication is that, that you're
16  referring to?  Do you know the name of it?
17     A.  Taxotere.
18     Q.  Okay.  What do you contend that
19  Sanofi did wrong?
20     A.  Not giving more information
21  concerning the medication.
22     Q.  More information regarding what?
23  What is the additional information that you
24  contend should have been provided?
25     A.  About the medication, referring to

17

1  the chemo.
2     Q.  And could you be a little more
3  specific about what you allege the
4  information is that you think the company
5  should have provided?
6     A.  More information about the
7  medication.
8     Q.  What additional information would you
9  like to have known before you took Taxotere?
10     A.  Knowing about the risks I have taken,
11  knowing that my hair would come out.  It
12  should have been temporary, but it was --
13  didn't come back at all.
14     Q.  All right.  So --
15     A.  Had I known about the medication, I
16  would have asked more questions about, was
17  there anything else that I could have taken
18  to prevent my hair from falling out.
19     Q.  Okay.  Let me see if I can break that
20  down so I understand it.  You contend that
21  Sanofi should have provided you more
22  information on --
23     A.  No.  The doctor.
24     Q.  The doctor.
25     A.  Uh-huh (affirmative).

5 (Pages 14 to 17)

18

1    Q.  That the doctor should have provided
2  you more information --
3    A.  No.  Not my doctor, because he didn't
4  understand.  He didn't know.
5    Q.  He didn't know what?
6    A.  More about the medication.
7    Q.  And when you say your doctor didn't
8  know, who are you referring to?
9    A.  My doctor who had dealings with me
10  from my chemo.
11    Q.  What was that doctor's name?
12    A.  Dr. Lewis.
13    Q.  Okay.  Has Dr. Lewis informed you
14  that he would have liked more information
15  from Sanofi?
16    A.  No.
17    Q.  Well, how is it that you come to the
18  conclusion that Dr. Lewis needed more
19  information about Taxotere?
20    A.  We discussed it, and he didn't know
21  more about it.
22    Q.  Tell me about that discussion.
23    A.  The discussion we had, it was about
24  the medication.  It was told to me that I
25  would lose my hair permanently.  Not

19

1  permanently, but temporarily.
2    Q.  When did that discussion take place?
3    A.  During the time we was getting ready
4  for my -- after my operation.
5    Q.  After your mastectomy?
6    A.  Yes.
7    Q.  And you had a conversation with
8  Dr. Lewis, correct?
9    A.  Yes.
10    Q.  And was this before you started
11  chemotherapy?
12    A.  No.  It was after.
13    Q.  After.  After you completed
14  chemotherapy.
15    A.  Uh-huh (affirmative).
16    Q.  Okay.  Was this a conversation you
17  initiated with Dr. Lewis?
18    A.  Yes.
19    Q.  And why did you initiate a
20  conversation with Dr. Lewis about Taxotere?
21    A.  That I wanted to know more about the
22  medication.
23    Q.  Okay.  So what did you say to
24  Dr. Lewis?
25    A.  I wanted to know what had happened to

20

1  my hair and why did it come out and what
2  caused it.
3    Q.  What did Dr. Lewis say to you?
4    A.  He didn't really know.
5    Q.  And what else did he say?
6    A.  He couldn't really go into details
7  because he didn't know.
8    Q.  So you approached Dr. Lewis with
9  questions about why your hair had fallen out;
10  is that right?
11    A.  Yeah.
12    Q.  Okay.  And when did that conversation
13  take place?
14    A.  After my mastectomy.
15    Q.  And when was that?
16    A.  After I had my surgery, June the
17  10th.
18    Q.  Okay.  And Dr. Lewis, you are saying,
19  during that conversation, couldn't provide
20  you with any information as to why some of
21  your hair fell out; is that accurate?
22    A.  Uh-huh (affirmative).
23    Q.  Okay.  I want to focus on the
24  original question, which was, what do you
25  contend that Sanofi did wrong.  And as I

21

1  understand your testimony, you are saying
2  that Sanofi should have provided Dr. Lewis
3  with more information; is that correct?
4    A.  Yes.
5    Q.  Okay.  Do you contend that Sanofi
6  should have provided you with any additional
7  information?
8    A.  No.  Because I didn't know anything
9  about the company that made the medication.
10    Q.  Okay.  And what specifically do you
11  believe Sanofi -- what specific information
12  do you believe that they should have provided
13  Dr. Lewis?
14    A.  More information about the
15  medication.
16    Q.  What specific information do you
17  believe that Sanofi should have provided him?
18    A.  Knowing what the medication would do.
19    Q.  Can you be more specific than that?
20    A.  Knowing that the medication would
21  take the hair out permanently instead of
22  temporarily.
23    Q.  Okay.  And do you believe that from
24  something that Dr. Lewis told you?  Has
25  Dr. Lewis ever informed you that he believes

22

1  that Sanofi should have provided him more
2  information regarding hair loss and Taxotere?
3      A.  No.
4      Q.  Okay.  So --
5      A.  That was --
6      Q.  -- why is it that you believe that
7  Sanofi should have provided him more
8  information?
9      A.  Because of my hair loss.
10     Q.  Okay.  We're going to move on from
11  that.  I will have a few more questions later
12  about it.
13         When did you retain counsel Morris
14  Bart to represent you in this case?
15     A.  Last year.
16     Q.  And how did you go about choosing
17  Morris Bart to represent you?
18     A.  I saw the ad, and I wanted to go in
19  further, to find out about the medication and
20  what had happened to my hair.
21     Q.  When you say you saw the ad, what's
22  the ad that you're referring to?
23     A.  The Morris Bart ad containing
24  Taxotere.
25     Q.  Was this on television?

23

1      A.  Yes, it was.
2      Q.  When did you see the advertisement?
3      A.  The summer of last year.
4      Q.  You saw an advertisement in the
5  summer of 2016?
6      A.  Yeah.  Around, what -- like, it was
7  summer.
8      Q.  I'm sorry.  I didn't hear that.
9      A.  The summer.
10     Q.  Summer of 2016.
11     A.  Uh-huh (affirmative).
12     Q.  And this was on television?
13     A.  Yes.
14     Q.  What did the ad -- describe the ad
15  for me, generally.
16     A.  It was talking about Taxotere and
17  hair loss, and I was concerned about my hair
18  because it did not come back.  So I pursued
19  the ad and called Morris Bart so I could find
20  out more about hair loss.
21     Q.  How many times did you see the ad
22  before you telephoned Morris Bart?
23     A.  Twice.
24     Q.  Okay.  Did the ad -- is there
25  anything else that you can recall about the

24

1  ad?
2      A.  Well, it mostly talked about the
3  Taxotere and the hair loss, and that's what
4  caught my attention.
5      Q.  And what is it about that that caught
6  your attention?
7      A.  The hair loss.
8      Q.  What about the hair loss?
9      A.  I wanted to know more about the
10  medication that caused the hair loss.  I was
11  concerned about my hair coming out.
12     Q.  Okay.
13     A.  And I felt like one of the unlucky
14  ones, so it caught my attention.
15     Q.  Did you discuss the advertisement
16  with anyone?
17     A.  No.  I called Morris Bart.
18     Q.  Okay.  You called.  And the telephone
19  number that you got to call Morris Bart, was
20  that something that you saw in the
21  advertisement?
22     A.  Yeah.
23     Q.  How long after you saw the
24  advertisement -- how long after you
25  telephoned Morris Bart was it that you filed

25

1  suit in this case?
2      A.  It was soon after.
3      Q.  Okay.  After seeing the
4  advertisement, did you do any further
5  research?  Did you look up anything on the
6  Internet?
7      A.  No.
8      Q.  No.  Did you call any friends?  Did
9  you speak to anyone about the advertisement?
10     A.  Yeah.  I talked to a couple of
11  friends.
12     Q.  Okay.  Tell me about that, those
13  conversations.
14     A.  Well, I called to find out, did they
15  know anything about the ad.
16     Q.  And who did you call?
17     A.  A couple of my friends and a couple
18  of my family members.
19     Q.  Okay.  Tell me -- let's start with
20  your friends.  What are the names of the
21  friends that you called?
22     A.  My friend Claudia.
23     Q.  Claudia?
24     A.  Uh-huh (affirmative).
25     Q.  What is her last name?

7 (Pages 22 to 25)

26

1    A.  Jones.
2    Q.  Claudia Jones.  Did you call her
3  before or after you contacted Morris Bart?
4    A.  I talked to her after.
5    Q.  And what did you tell her?
6    A.  I asked her, did she know anything
7  about it, but she didn't know anything about
8  it.  Because I had asked her, did she have
9  anybody that she know, that maybe they could,
10  you know, check into it, to find out more
11  about it, too.
12    Q.  Why is it that you chose to call
13  Claudia?
14    A.  She had a family member at one time,
15  but she died with cancer, and I wanted to
16  know, did she know anything about it, and did
17  she have anybody else in the family.
18    Q.  Did Claudia know anything about it?
19    A.  No.  She hadn't heard anything.
20    Q.  And did she refer you to anyone,
21  provide you names of anyone that --
22    A.  No.
23    Q.  -- you could talk to?
24    A.  No.
25    Q.  And Claudia herself, does she or did

27

1  she ever have breast cancer?
2    A.  No.
3    Q.  Okay.  And you said friends.  Were
4  there any other friends that you called?
5    A.  No.  She was the only one.
6    Q.  Okay.  And you indicated that you
7  called her after you had spoken to Morris
8  Bart.  Did you tell her about your
9  conversations with Morris Bart?
10    A.  No.  Unh-unh (negative).  We didn't
11  discuss that.
12    Q.  Okay.  You said you also called some
13  family members.  What family members did you
14  call?
15    A.  I called my niece.
16    Q.  What is her name?
17    A.  Erica Jones.
18    Q.  And tell me about the substance of
19  that conversation.
20    A.  Well, I had talked to her, because
21  she had a -- her mother-in-law had cancer.
22    Q.  And so you chose to call Erica Jones
23  because she had a --
24    A.  Mother-in-law.
25    Q.  -- family member --

28

1    A.  Uh-huh (affirmative).
2    Q.  -- with a history of cancer.
3    A.  Uh-huh (affirmative).  Yeah.
4    Q.  Is that a history of breast cancer?
5    A.  Yes.
6    Q.  Okay.  And so what did Erica Jones
7  tell you?
8    A.  She didn't know anything about it.
9    Q.  And so was it that you were just
10  generally calling to ask if they had heard of
11  the medication or --
12    A.  No.  I was calling, had they heard
13  anything about the ad.
14    Q.  About the advertisement.
15    A.  Right.
16    Q.  And by saying that, do you mean, had
17  they heard anything about the lawsuit?
18    A.  Yeah.  And I wanted to know, did she
19  know anything about it.
20    Q.  Okay.  And did she know anything
21  about it?
22    A.  She didn't know anything about it,
23  no.
24    Q.  Okay.  So other than your niece
25  and --

29

1    A.  That was it.
2    Q.  -- your friend -- so Erica Jones and
3  Claudia were the only two people that you
4  contacted.
5    A.  Right.
6    Q.  After your telephone call,
7  precipitated by the ad, when was your next
8  communication with Morris Bart?
9    A.  I came in to the office, and we
10  talked to discuss.
11    Q.  Do you remember when you came to the
12  office with Morris Bart to talk to them?
13    A.  It wasn't long after I called, phone
14  called.
15    Q.  Okay.  And about when did that
16  happen?
17    A.  About a month after.
18    Q.  Could you give me a date, a month,
19  and a year?
20    A.  August.
21    Q.  August of two thousand --
22    A.  '16.
23    Q.  -- '16.  And who did you meet with
24  when you came to Morris Bart in August of
25  2016?

8 (Pages 26 to 29)

1    A. Ms. Betsy.
2    Q. Betsy Barnes?
3    A. Yes.
4    Q. How long was that meeting?
5    A. About an hour.
6    Q. Was anyone else present?
7    A. No. Me and her talked.
8    Q. Okay. Do you know any other people
9  who are plaintiffs in this litigation?
10   A. No.
11   Q. Have you talked about the fact that
12 you are a plaintiff in this litigation with
13 anyone?
14   A. No.
15   Q. Do your family members know you're a
16 plaintiff in this litigation?
17   A. I talked to my mother. She knows.
18   Q. Okay. What is your mother's name?
19   A. Elnora Dunn.
20   Q. Okay. And where does she live?
21   A. Mississippi.
22   Q. Could you give us her address,
23 please?
24   A. 3793 Perry Road.
25   Q. Okay. And when did you talk to your

1  mother about the litigation?
2    A. Right after I started referring with
3  Morris Bart.
4    Q. All right. Was it after you met with
5  Ms. Barnes?
6    A. Yes.
7    Q. And tell me about the substance of
8  the conversation with your mother.
9    A. I was letting her know that I had saw
10 the ad, so I pursued the ad. And at the
11 time, she was concerned, too, because I lost
12 two sisters and a father.
13   Q. But what was her concern? What was
14 your mother's concern?
15   A. About my condition. Was I okay and
16 everything. So I told her I was fine.
17   Q. When you say your condition, what are
18 you referring to?
19   A. My surgery and by me taking
20 medication and stuff.
21   Q. Okay. So your mother was concerned
22 about -- are you saying she was generally
23 concerned about the fact that you were
24 diagnosed with breast cancer?
25   A. Yeah, she was.

1    Q. Okay. And after you told her about
2  the lawsuit --
3    A. She was asking me what it was
4  concerning. So I told her it was concerning,
5  after I had my surgery, the medication. I
6  was trying to find out more about what had
7  happened to my hair loss.
8    Q. Okay. And what did she say to you in
9  response to that?
10   A. She didn't know what to say because
11 she didn't know too much about it.
12   Q. Okay.
13   A. I told her I was trying to find out
14 more about it, to find out about my hair
15 loss.
16   Q. Did she give you any encouragement to
17 continue the lawsuit?
18   A. She didn't say anything.
19   Q. All right.
20   A. She's 84, so she don't -- you know,
21 she'll talk, but she didn't encourage.
22   Q. Other than that conversation, have
23 you had any other conversations with her
24 about the lawsuit?
25   A. No. I haven't spoken about it.

1    Q. Okay.
2    A. No.
3    Q. How often do you talk to your mother?
4    A. Every day.
5    Q. And has that been the same pretty
6  much throughout your life, that you've spoken
7  -- that you talk to her every day?
8    A. Yes.
9    Q. How often do you see her?
10   A. I haven't seen her in a while because
11 I haven't had transportation to get up there.
12 But I usually see her seven, eight times.
13   Q. Seven, eight times per what?
14   A. Year.
15   Q. Seven, eight times per year.
16   A. Yeah. I usually go up there and
17 spend a week or two.
18   Q. Okay. Was your mother familiar with
19 the treatment that you received for breast
20 cancer?
21   A. No.
22   Q. Okay.
23   A. She knew I had treatment, but she,
24 you know, wasn't familiar with it.
25   Q. Okay. Does your mother have a

34

1  history of breast cancer herself?
2      A. No.
3      Q. All right.  So you didn't talk during
4  the period you were going through treatment
5  for breast cancer.  You didn't discuss that
6  with your mother; is that accurate?
7      A. I spoke with her, but we didn't
8  really talk about it.
9      Q. Okay.  Even during your period of
10  chemotherapy?
11      A. Yeah.  I talked to her, but we didn't
12  really discuss it.
13      Q. Okay.
14      A. She would ask me, you know, how I'm
15  doing or something like that, but . . .
16      Q. Okay.  Do you know anyone else who
17  was treated with Taxotere?
18      A. No.
19      Q. Did you do anything to prepare for
20  your deposition here today?
21      A. Yes.
22      Q. What did you do?
23      A. I talked with my lawyer.
24      Q. And when did that -- when did you
25  speak with your lawyer?

35

1      A. On yesterday.
2      Q. How long -- and when you say your
3  lawyer, you motioned to your right.  Are you
4  talking about Mr. Root or Ms. Barnes or other
5  attorneys?
6      A. Mr. Root, Ms. Barnes.
7      Q. Okay.  So you spoke to Mr. Root and
8  Ms. Barnes yesterday.
9      A. Yes.
10      Q. Did you actually come here to meet,
11  or was this on the telephone?
12      A. I came to meet.
13      Q. How long was that meeting?
14      A. About two hours.
15      Q. Did you review any documents during
16  that meeting?
17      A. Yes.
18      Q. What documents did you review?
19      A. Documents pertaining to when I went
20  to the doctor.
21      Q. Medical records?
22      A. Yes.
23      Q. Okay.  Anything other than medical
24  records?
25      A. No.

36

1      Q. Did your review of those records help
2  refresh your memory about your treatment for
3  cancer?
4      A. Yes.
5      Q. Did you review any photographs?
6      A. No.
7      Q. Did you bring any documents to that
8  meeting?
9      A. No.
10      Q. Other than your attorneys, did you
11  talk to anyone else about the deposition here
12  today?
13      A. No.
14      Q. Does anyone know that you're giving
15  this deposition here today --
16      A. No.
17      Q. -- other than your attorneys?
18      A. No.
19      Q. Did you do any research to prepare
20  for the deposition?
21      A. No.
22      Q. I'm going to mark a notice of the
23  deposition as Exhibit B.  I'm going to hand
24  you the notice of deposition in this case.
25          Oh, I'm sorry.  Ms. Johnson, can you

37

1  hand that back to me, please?  I'm going to
2  go ahead and put a sticker on it.
3          Can you look at that document and
4  tell me if you've seen it before, please?
5      A. (Witness complies).  Yes.
6      Q. You have seen this before?
7      A. Yes.
8      Q. Okay.  If you turn to Page 5 of that
9  document -- and you understand that this
10  document is the document that was drafted to
11  give you notice that this deposition was
12  going to take place, correct?
13      A. Uh-huh (affirmative).
14      Q. And I will just state for the record,
15  that there is an amended deposition that
16  corrects the address for the Morris Bart
17  office here today, but this was the first
18  notice that was submitted.
19          So, are you on Page 5?
20      A. Yes.
21      Q. Okay.  You see that says, items to be
22  produced.  And the first sentence is:  All
23  documents referenced or requested in
24  plaintiff's most recent PFS, fact sheet, and
25  not previously produced, including but not

10 (Pages 34 to 37)

38

1  limited to.
2      Did you review this list of items?
3  Do you remember if you reviewed this list
4  prior to coming here this morning?
5      A. Yes.
6      Q. You did review the list.
7      Is that a yes, you did review the
8  list prior to coming here this morning?
9      MR. ROOT:
10         So what was your original
11  question?
12      MS. MIMS:
13         I'm asking her if she reviewed
14  the list of items that we requested in the
15  deposition notice.
16      THE WITNESS:
17         Yes.
18  EXAMINATION BY MS. MIMS:
19      Q. Okay. Did you bring any documents
20  with you here today?
21      A. No.
22      Q. Okay. I'm going to go ahead and go
23  through these, to make sure everything has
24  been turned in. And if you want to follow
25  along with me, that's fine.

39

1      And I'm going to mark, before we
2  start reviewing the items in the list,
3  Exhibit C, which is entitled, Second Amended
4  Plaintiff Fact Sheet.
5      Do you recognize the document I've
6  just handed you, that's titled, Second
7  Amended Plaintiff Fact Sheet?
8      A. Yes.
9      Q. What do you recognize that from?
10  When did you see it?
11      A. When I came to the office.
12      Q. When was that? When was the last
13  time you saw that document?
14      A. I'm not sure.
15      Q. When was the first time you saw that
16  document?
17      A. When I was signing my papers.
18      Q. What papers is that -- are those that
19  you're referring to?
20      A. When I was talking to my lawyer.
21      Q. Are you referring to when you
22  initially decided to bring a lawsuit in this
23  case?
24      A. Yes.
25      Q. Okay. And so did you help prepare

40

1  that document?
2      A. Yes.
3      Q. Okay. Now, going back to Exhibit B,
4  the notice of deposition, and looking at the
5  items, did you use any documents to help you
6  prepare the Plaintiff Fact Sheet there? And
7  when I ask you that question, I'm referring
8  to any documents -- medical records,
9  journals, calendars, notebooks, anything.
10      A. Well, I referred to my doctors.
11      Q. You spoke with your doctors in
12  order --
13      A. No. I referred my paperwork from my
14  doctors to them.
15      Q. Are you talk -- I don't understand
16  what you're saying.
17      A. I referred my doctors. I signed
18  papers for the doctors to give me information
19  about --
20      Q. Okay. So you signed a document --
21      A. -- about my health.
22      Q. You signed -- and are you referring
23  to a document that you signed that said: I
24  agree to allow my physicians to provide
25  information about my health?

41

1      A. Right.
2      Q. Something to that effect?
3      A. Yes.
4      Q. Okay. But did you -- do you keep a
5  copy of any of your medical records?
6      A. No. I didn't have a copy of my
7  medical records. I have -- when I went
8  through my lawyers, I had a tape, but I
9  didn't never get to see the tape.
10      Q. You had it taped?
11      A. It didn't work. It didn't work with
12  all, you know, my medical records.
13      Q. What do you mean by a tape?
14      A. They gave me a tape when I went to my
15  Social Security, when I was getting my -- I
16  couldn't work anymore, so I was going through
17  them to get, you know, my Social Security.
18  So after that, they had gave me a disc.
19      Q. Okay.
20      A. It was supposed to be with my medical
21  records, but I didn't never see it because it
22  didn't work.
23      Q. A disc. And when you say a disc,
24  you're referring to something that you would
25  stick into a computer?

11 (Pages 38 to 41)

42

1     A. Right.
2     Q. And you're saying that the Social
3  Security office provided you a disc of your
4  medical records.
5     A. Right.
6     Q. And was that on your request?
7     A. No. After I finished everything when
8  they just gave it to me.
9     Q. When did this happen?
10    A. But I --
11    Q. Sorry. Go ahead.
12    A. I wanted to know about, you know,
13 different stuff that had happened during my
14 surgery and everything, and I wanted to read
15 about it, but I didn't never get no paperwork
16 or anything. They wouldn't sign off on it.
17 So I don't know. I didn't never get it.
18    Q. Who were you requesting -- were you
19 requesting paperwork from someone?
20    A. Well, I had wanted to see and read
21 about, you know, what had happened during my
22 surgery and chemo and radiation and things of
23 that nature.
24    Q. When you say you wanted to read about
25 it, are you talking about prior to filing the

43

1  lawsuit?
2     A. Oh, no. Unh-unh (negative). That
3  was way before. After my surgery and
4  everything.
5     Q. So after your surgery, you made a
6  request to see your medical records.
7     A. Yeah. I wanted to see it.
8     Q. And you made that request to whom?
9     A. To my doctor.
10    Q. Which doctor are you referring to?
11    A. My chemo doctor.
12    Q. Do you know that doctor's name?
13    A. Lewis.
14    Q. Okay. So you made -- after your
15 mastectomy, you made a request to Dr. Lewis
16 to provide you with a copy of your medical
17 records?
18    A. Yeah.
19    Q. Was that before you started
20 chemotherapy?
21    A. Yeah.
22    Q. Why were you requesting --
23    A. Well, it was going to be after. It
24 was after I had chemo and radiation. I
25 wanted to know more about it because I didn't

44

1  really understand what was going on with it.
2  I wanted to know more about it. So I did
3  some reading about it. I had, you know,
4  pamphlets and stuff when I went to the
5  clinic, you know, and I read about it like
6  that.
7     Q. Okay. But let me just make sure I
8  understand.
9     A. All right.
10    Q. Was this before you saw an
11 advertisement, the Morris Bart advertisement?
12    A. Oh, yeah.
13    Q. Okay. And you had had your surgery
14 -- when you say your surgery, you're
15 referring to a mastectomy.
16    A. Mastectomy, yes.
17    Q. And you had had chemotherapy at that
18 point, correct?
19    A. Right.
20    Q. And you had -- also had radiation at
21 that point, correct?
22    A. Right.
23    Q. And you're saying, at some point, you
24 decided you wanted to learn more information
25 about --

45

1     A. Uh-huh (affirmative).
2     Q. -- the treatment you had received,
3  right?
4     A. Right. Right.
5     Q. Okay. About when was this? What
6  year?
7     A. This was still in '10.
8     Q. 2010.
9     A. Yes.
10    Q. Did you ask them for information
11 prior to having those treatments? Did you
12 ask them for copies of any of your records?
13    A. No. I wanted to know after.
14    Q. What was it that made you decide that
15 you wanted to get information after the
16 treatments had been completed?
17    A. Because I wanted to know what was
18 going through the chemo and going through my
19 radiation. I wanted to know more about what
20 had happened after and during the surgery.
21    Q. Was there --
22    A. That had taken place.
23    Q. Was there something in particular
24 that inspired this concern? Like, how did
25 the concern come about?

12 (Pages 42 to 45)

1    A.  Being sick and irritated.  And I had
2  a port.  I had been -- had a blood clot, and
3  they take it out and move it over, and I
4  wasn't understanding all that.
5    Q.  Okay.  So you had had these
6  treatments for your cancer.
7    A.  Right.
8    Q.  And correct me if I'm wrong.  As I
9  understand it, you're telling me, some of the
10  treatment, including the port, and possibly
11  some side effects that you experienced, led
12  you to go and then ask for more information
13  and to look at your medical records so you
14  could understand what was happening to you;
15  is that --
16    A.  Right.
17    Q.  -- is that a fair characterization?
18    A.  Right.  Yes.
19    Q.  Okay.  And so you went to your
20  doctor, Dr. Lewis, and asked him for a copy
21  of your medical records at some point in
22  2010, correct?
23    A.  Right.
24    Q.  Okay.  And what did Dr. Lewis say to
25  you?

1    A.  Well, I then was referred to a social
2  worker.
3    Q.  What's the social worker's name?
4    A.  I don't remember her name.
5    Q.  Okay.  Did you go to that social
6  worker?
7    A.  Yes.
8    Q.  Was she at the Social Security
9  office?
10    A.  No.  Unh-unh (negative).  She was at
11  the hospital.
12    Q.  A social worker at the hospital.
13    A.  Yes.
14    Q.  Okay.  And tell me about that
15  conversation with the social worker.  You
16  requested your medical records.
17    A.  Yes.
18    Q.  And did you tell her -- did she ask
19  you why you were requesting them?
20    A.  Right.  I told her I wanted to know
21  more about my condition and what had
22  happened.
23    Q.  Okay.  And what did she say?
24    A.  She told me she would look into it,
25  but I never heard back from her, and then she

1  was gone.  And then there was another lady
2  there, so I didn't never get a response,
3  so . . .
4    Q.  When she never responded to you, did
5  you follow up?  Did you go back to the social
6  worker's office?
7    A.  No.
8    Q.  Did you call her?
9    A.  No.
10    Q.  Okay.  But you referred to a disc
11  that you received.
12    A.  No.  I got that through Social
13  Security, after I was trying to get my money,
14  because I couldn't no longer work.
15    Q.  Okay.  So you made an attempt to get
16  your records through the social worker.
17    A.  No.  They just gave it to me after I
18  finished everything.  They told me they had a
19  disc concerning my medical records.
20    Q.  Okay.  And who is it -- they, that
21  you're talking about, that gave it to you?
22    A.  My lawyer at the lawyer's office.
23    Q.  Okay.  I'm a little confused, and I'm
24  sorry.  So we're going to have back up.
25  Let's start with your request --

1    A.  Okay.
2    Q.  -- to the social worker.
3    A.  Uh-huh (affirmative).
4    Q.  She was the social worker at what
5  hospital?
6    A.  University.
7    Q.  What's the full name of the hospital?
8    A.  It's not University anymore.  It's
9  the Medical Center.
10    Q.  Okay.  University Hospital.
11    A.  Right.
12    Q.  The hospital where Dr. Lewis worked.
13    A.  Well, he used to work there.  He's no
14  longer there.
15    Q.  Okay.  But at the time of your
16  diagnosis and treatment --
17    A.  Right.
18    Q.  -- was he at that hospital?
19    A.  Yes.
20    Q.  Okay.  And you went to the social
21  worker, attempted to get medical records --
22    A.  Yes.
23    Q.  -- but you were unable to.
24    A.  Right.
25    Q.  And you did not follow up on that; is

50

1  that accurate?
2      A. Right.
3      Q. And so you tried to get medical
4  records in a different way, right?
5      A. No. I didn't try to get it in a
6  different way. They gave me a disc.
7      Q. Who is they?
8      A. When I went to Social Security on
9  Poydras Street at my lawyer's office.
10     Q. So now, at this point, you've hired
11 Morris Bart.
12     A. No.
13     Q. Okay. This is a lawyer for another
14 matter.
15     A. Right.
16     Q. Is this for your disability?
17     A. Right.
18     Q. Okay. So you had gone to your lawyer
19 related to your disability.
20     A. Right.
21     Q. And did you request records?
22     A. No, I didn't request it.
23     Q. Why were they providing you with
24 records then?
25     A. I guess they was finished with

51

1  everything, and they gave it to me at the end
2  of my session, after I finished everything.
3      Q. Okay. I understand. And they gave
4  you a disc.
5      A. Right.
6      Q. Did you ever put that disc in a
7  computer?
8      A. I tried to put it in there, but it
9  didn't work.
10     Q. Okay. And was that around 2010?
11     A. No. That was about 2013, '14.
12     Q. Okay.
13     A. Somewhere along in there. That was
14 after I did everything. Because I had to go
15 through the process to receive my disability.
16     Q. Okay. And where is that disk today?
17     A. I can't find it. I was trying to
18 find it, but I didn't find it. Because I had
19 moved a couple of times, so I don't know.
20     Q. Okay. So other than that disc, do
21 you keep any other copies of any medical
22 records, pathology reports, radiology
23 reports, anything like that? Do you have
24 anything at your home?
25     A. No.

52

1      Q. Okay. And do you keep any copies
2  anywhere on the computer or anywhere else?
3      A. No.
4      Q. So as far as you know, the only copy
5  you had was that disc, correct?
6      A. Right.
7      Q. Okay. Do you keep any documents
8  related to your prescription medications at
9  home?
10     A. No.
11     Q. Do you keep a journal or any notes
12 regarding your cancer or your cancer
13 treatment?
14     A. No.
15     Q. Okay. Do you keep a journal or any
16 notes, whether it's on the computer or
17 handwritten, regarding your health in
18 general?
19     A. No.
20     Q. Do you keep a calendar?
21     A. Yes.
22     Q. Does that calendar contain medical
23 appointments on it?
24     A. Somewhat. But most of the time, I
25 don't write them on there.

53

1      Q. But you do sometimes?
2      A. Yes.
3      Q. All right. How long have you kept a
4  calendar?
5      A. I have a calendar every year.
6      Q. Okay. Where's that located? And
7  is --
8      A. In my bedroom.
9      Q. It's in your bedroom?
10         And is it a paper calendar?
11     A. Yes. That's what I could write on.
12     Q. And you write on -- you fill it out
13 yourself.
14     A. Yes.
15     Q. Okay. And so, as you sit here today,
16 do you have a calendar in your bedroom?
17     A. Yes.
18     Q. Okay. And so what happened to the --
19 and that's for 2017, right?
20     A. Right.
21     Q. Okay. Has a copy of that been
22 provided to your lawyers?
23     A. No.
24     Q. Do you still have your copy from --
25 did you keep a calendar in 2016?

14 (Pages 50 to 53)

54

1     A.  Yes, I had one.
2     Q.  And where is that?
3     A.  I threw it away.
4     Q.  Okay.  And how about dating back to
5  your cancer diagnosis, 2010, did you keep a
6  calendar back then?
7     A.  Yes.
8     Q.  So you've done this every year.
9     A.  Right.
10     Q.  Where are --
11     A.  But I really haven't kept up with it
12  this year.
13     Q.  Okay.  Where is -- how many calendars
14  do you have at your house?  Do you have any
15  prior years?
16     A.  No, I don't have them anymore.  I got
17  rid of them.
18     Q.  When do you throw them out?
19     A.  Every year.
20     Q.  At the end of the year?  At the
21  beginning of the next calendar year?
22     A.  Right.
23     Q.  Okay.  But you do have 2017 at home.
24     A.  Uh-huh (affirmative).
25     Q.  I'm going to ask that you provide a

55

1  copy of that calendar to your attorneys, so
2  that they can photocopy it and see if there's
3  anything relevant in there.
4     A.  Okay.
5     Q.  Do you remember writing anything down
6  in that calendar for this year, relating to
7  any medical appointments?
8     A.  Once or twice.  There's not much in
9  there because I really haven't written on it.
10     Q.  Okay.  All right.  Do you have any
11  documents at your house relating to Social
12  Security or disability?
13     A.  Uh-huh (affirmative).
14     Q.  Okay.  What documents are those?
15     A.  Documents from when I applied for my
16  disability.
17     Q.  Have you provided those to your
18  attorneys?
19     A.  No.
20     Q.  Do those documents contain any
21  medical records?
22     A.  No.
23     Q.  Okay.  Is it an application for
24  disability?
25     A.  No.

56

1     Q.  Tell me what it is that you have
2  there.
3     A.  It's from when I get my statements
4  every year.
5     Q.  Is it a letter?
6     A.  Yeah.
7     Q.  Okay.  And you --
8     A.  My award letter.
9     Q.  Your award letter.
10     A.  Yes.
11     Q.  Okay.  And you keep -- where do you
12  keep those?
13     A.  In the Bible.
14     Q.  In the actual Bible?
15     A.  Yes.
16     Q.  Okay.  Is that all of the records
17  that relate to your disability?  Are they all
18  kept in your Bible?
19     A.  No.  Unh-unh (negative).  That's just
20  my award letter.
21     Q.  So in addition to the award letters,
22  do you have other documents related to
23  disability at your house?
24     A.  No.  I didn't keep it.
25     Q.  Okay.  And do you have the award

57

1  letter dating back to when you first began
2  receiving disability?
3     A.  No.
4     Q.  So what is it that's in your Bible?
5     A.  That's the one from this year here.
6  I haven't got the new one yet.
7     Q.  You have an award letter from 2017,
8  correct?
9     A.  Well, it's one.
10     Q.  Okay.
11     A.  The one for this year.
12     Q.  The one for this year.
13     A.  Uh-huh (affirmative).
14     Q.  Is that the only document at your
15  house related to Social Security or
16  disability?
17     A.  Yeah.
18     Q.  I'm going to ask that you also
19  provide a copy or the original of that to
20  your attorney, so they can photocopy that.
21  Okay?
22     A.  Okay.
23     Q.  Do you have any documents that are
24  labels or product warnings or other handouts
25  or materials that you might have been

15 (Pages 54 to 57)

58

1 provided related to either chemotherapy
2 generally or Taxotere specifically or any of
3 the chemotherapy agents that you were on
4 during your treatment?
5     A. No.
6     Q. Okay. Do you have any documents at
7 your house, general or specific, related to
8 caner treatment in any way?
9     A. No.
10    Q. Did you ever have any documents at
11 your house related to that?
12    A. No. I didn't keep it. I read
13 information, but I didn't keep it. Too much
14 paperwork, and I have too much, you know,
15 laying around, so . . .
16    Q. Okay. Do you have an e-mail address?
17    A. Yeah.
18    Q. Do you do research on the computer?
19    A. No.
20    Q. What is your e-mail address?
21    A. djohnsonm1957@gmail.com.
22    Q. Okay. djohnsonm --
23    A. m1957 --
24    Q. -- 1957.
25    A. -- @gmail.com.

59

1     Q. All lower case?
2     A. Yes.
3     Q. Okay. No spaces or periods --
4     A. No.
5     Q. -- or anything like that?
6        And do you have at your house, any
7 packaging or containers or advertisements or
8 anything at all related to Taxotere?
9     A. No.
10    Q. Do you have any documents that you
11 would have received from Sanofi?
12    A. No.
13    Q. Do you have any correspondence
14 between you and Sanofi?
15    A. No.
16    Q. Okay. Did you ever attempt to
17 correspond with Sanofi?
18    A. No.
19    Q. Do you have hard physical copies --
20 do you keep copies of photographs at your
21 house?
22    A. No.
23    Q. Do you have photographs on the
24 computer?
25    A. No.

60

1     Q. Do you have photographs in your
2 telephone?
3     A. Yes.
4     Q. Is that the only place -- if someone
5 asked you to produce -- to give me a
6 photograph of yourself, where would you get
7 it? Would you get it from your telephone?
8     A. Yes.
9     Q. Is there any other place that you
10 keep photographs?
11    A. No. I lost all my photographs in the
12 storm, so I haven't kept up with them. The
13 only photographs I keep now is in my phone.
14    Q. And by the storm, do you mean
15 Katrina?
16    A. Yes.
17    Q. Okay. So after Katrina, you had no
18 hard-copy photographs.
19    A. No.
20    Q. Okay. And post Katrina, did you --
21 did anybody ever take pictures of you and
22 give you a copy, or did you keep any copies?
23    A. I got a couple of pictures from my
24 niece.
25    Q. And you have hard copies of those?

61

1     A. Yeah. She has them.
2     Q. Do you have hard copies?
3     A. I don't have any, no.
4     Q. Okay. Do you have any pictures in
5 frames around your house, hanging up on the
6 wall?
7     A. Yeah. I have one or two.
8     Q. Do they include pictures of you?
9     A. Yes.
10    Q. All right. Can you think of them as
11 you're sitting here today, like, what those
12 pictures are?
13    A. Yeah. I have one with me and my son.
14    Q. And when is that? When was the
15 picture taken, if you can recall?
16    A. A couple of years. That was before
17 my surgery.
18    Q. Before your surgery.
19    A. Yes.
20    Q. Do you remember what year?
21    A. That would have been around '08.
22    Q. 2008?
23    A. I think it was.
24    Q. Okay. So that's one picture.
25    A. Right.

16 (Pages 58 to 61)

62

1    Q.  And what about the others that you
2  have?
3    A.  That's the only one I have at home.
4    Q.  So the only photograph you have of
5  yourself at the house is the one picture of
6  you and your son.
7    A.  Yes.
8    Q.  And it's in a frame.
9    A.  Right.
10   Q.  And you believe that's from 2008,
11 correct?
12   A.  Uh-huh (affirmative).  I was in
13 Atlanta.
14   Q.  All right.  When did you start using
15 a cell phone?
16   A.  Oh, back before Katrina.
17   Q.  Before Katrina.
18   A.  Yes.
19   Q.  And have you had the same cell phone
20 the whole time since Katrina?
21   A.  Oh, no.  Unh-unh (negative).
22   Q.  Okay.
23   A.  No, I had different phones.
24   Q.  On your cell phone, are there any
25 pictures -- how far back do the pictures go

63

1  in your cell phone?
2    A.  Oh, that's pictures from this year.
3    Q.  Only pictures from this year?
4    A.  Yes.
5    Q.  Okay.  Are you sure about that?  If
6  you have your phone, you can check.
7    A.  Oh, I'm positive.
8    Q.  Okay.
9    A.  Uh-huh (affirmative).
10   Q.  Why does it -- did you take pictures
11 in 2016?
12   A.  Yeah.  But all those phones, I lost
13 them and my pictures.  I didn't get them all
14 back.  I didn't get back.
15   Q.  Okay.  And did you ever connect to
16 the Cloud and have pictures that would be
17 stored up there if they were taken in your
18 phone?
19   A.  No, I wasn't that advanced.
20   Q.  Okay.  Are there any pictures
21 anywhere that exist of you that depict you or
22 show you just prior to your chemotherapy
23 treatment?
24   A.  Say it again.
25   Q.  Are there any pictures that you know

64

1  of that exist anywhere -- and I understand
2  you don't have any pictures at your house.
3    A.  Uh-huh (affirmative).
4    Q.  But do any of your relatives, your
5  children, your niece, your nephews, does
6  anybody else have any pictures of you from
7  prior to 2010?
8    A.  Before 2010?
9    Q.  Before your chemotherapy.
10   A.  I'm more than sure there are.
11   Q.  Okay.  Who would have those pictures?
12   A.  I think my niece would have some.  I
13 was trying to get her to send it to my phone
14 so I could retrieve them.
15   Q.  What's your niece's name?
16   A.  Erica Jones.
17   Q.  And how often are you in contact with
18 Ms. Jones?
19   A.  Maybe every two months.
20   Q.  Okay.
21   A.  Because she works, so -- and maybe
22 some holiday or something like that, we'll
23 run into each other if something is going on.
24   Q.  And you say that she's your niece.
25 Whose child is she?

65

1    A.  My oldest sister.
2    Q.  Okay.  And your oldest sister's name
3  is?
4    A.  Rosemary.
5    Q.  Rosemary.
6      What was her last name?
7    A.  Dunn.
8    Q.  Dunn.
9      And what is your niece's address,
10 please?
11   A.  I don't know her address.  She's in
12 LaPlace.  All I know it's on Saint Charles
13 Place.
14   Q.  Okay.  What is her telephone number?
15   A.  I don't know it offhand.
16   Q.  Is it in your telephone?
17   A.  Yes.
18   Q.  Do you mind taking a break and
19 looking?
20   A.  Well, I don't have it on me.
21   Q.  Oh, okay.  Well, I'm going to ask
22 that during the break, which I'm sure we'll
23 have a break, but you go and get the
24 telephone number so that we can have that in
25 the record.

17 (Pages 62 to 65)

66

1    A.  Okay.
2    Q.  Okay.  And I'm sorry.  Tell me her
3  name again.
4    A.  Erica Jones.
5    Q.  Erica Jones.
6        And the pictures that she might have
7  of you, is that from family gatherings?  How
8  is it that she would have pictures of you?
9    A.  Family gatherings.
10    Q.  Okay.  And how often do you see
11  Erica?
12    A.  I don't see her that often.  She
13  lives in LaPlace.  She don't live around
14  here.
15    Q.  How far away is that?
16    A.  Oh, that's about -- LaPlace, I know
17  it's about 45 to a hour from here.  45
18  minutes.
19    Q.  That's in Louisiana?
20    A.  Uh-huh (affirmative).
21    Q.  Okay.
22    A.  Yeah.  Across the Spillway, they call
23  it.
24    Q.  Do you see Erica on most holidays?
25    A.  Yes.

67

1    Q.  You do.
2        And is that -- do you go to Erica, or
3  does she come here to New Orleans?
4    A.  She comes to New Orleans, and I goes
5  out there.
6    Q.  And has that been pretty consistent
7  for the past ten years?
8    A.  Yeah.  Uh-huh (affirmative).
9    Q.  So during the time just prior to your
10  diagnosis --
11    A.  Uh-huh (affirmative).
12    Q.  -- with breast cancer, would you
13  still have been spending holidays with her?
14    A.  Right.
15    Q.  And during the time that you were
16  going through treatment for breast cancer,
17  would you have seen her on those holidays?
18    A.  No.  I really didn't see anybody on
19  holidays during that time.
20    Q.  Okay.  And so right up until you
21  started to get treatment, you probably would
22  have seen Erica at holidays, right?
23    A.  Right.
24    Q.  What holidays would you see her at?
25    A.  Most of the holidays.  We're together

68

1  Mardi Gras, Christmas, New Year's,
2  Thanksgiving.
3    Q.  Easter?
4    A.  Not so much Easter.  Some Easters.
5    Q.  So Mardi Gras, Christmas,
6  Thanksgiving, New Year.  So probably about
7  four times a year.
8    A.  Well, that's the holidays, but we see
9  each other in between those times.  We have
10  other, you know, family gatherings.
11    Q.  Okay.
12    A.  Picnics and parties.  Things of that
13  nature.  Weddings or funerals.
14    Q.  And why do you believe that Erica
15  might have pictures?  Does she take pictures
16  at these functions?
17    A.  Yes.
18    Q.  Okay.  With a camera or with her
19  phone?
20    A.  Right now, with her phone.
21    Q.  Did she used to take them with a
22  camera?
23    A.  Yes.
24    Q.  Okay.  And you were asked for
25  pictures of yourself, to provide to your

69

1  attorneys, just prior to when you started
2  having chemotherapy.
3    A.  Uh-huh (affirmative).
4    Q.  Would Erica have pictures like that,
5  or might she?
6    A.  She have a few pictures, but I had a
7  few I had got from my daughter.  She had a
8  couple that was hanging around, that didn't
9  get messed up.
10    Q.  And what year were those pictures
11  from?
12    A.  That was during the time -- that was
13  -- pictures she had was before my surgery.
14  It would have been when I was in Texas.  So
15  that would have been -- I was still out
16  there.  I didn't come back here until my dad
17  passed.  So that would have been about -- I
18  guess about 2006 or '07.
19    Q.  Okay.  I'm going to focus on the
20  period, a year prior to you beginning
21  chemotherapy.  Okay.  And when you said your
22  daughter -- first, let's get her name on the
23  record.  Which daughter -- what is her name?
24    A.  Tishanne Johnson.
25    Q.  Tishanne Johnson.

18 (Pages 66 to 69)

70

1       Did you ask Tishanne if she had any
2   pictures of you within a year prior to you
3   beginning chemotherapy?
4       A.  Yes, I did.
5       Q.  Did she?
6       A.  She had some in her phone, but her
7   phone got lost.
8       Q.  Okay.  Does she have any currently,
9   pictures of you, from within a year prior to
10  you beginning chemotherapy?
11      A.  I'm not sure.
12      Q.  Okay.  I'm going to ask that you
13  follow up with Tishanne and ask her --
14      A.  Uh-huh (affirmative).
15      Q.  -- if she can find any of those
16  pictures.
17      A.  Okay.
18      Q.  Okay?  And how about your niece,
19  Erica Jones, would she have any pictures of
20  you in the year prior to your beginning
21  chemotherapy?
22      A.  She may.
23      Q.  She might.
24      And have you asked her about that?
25      A.  I asked her for pictures, but she

71

1   hadn't had time to get to them.  She told me
2   she had to dig them up.
3       Q.  Okay.  So did she think she might
4   have them and that she was going to look for
5   them and then get back to you?
6       A.  Right.
7       Q.  Okay.
8       A.  But that's been a minute, though, so
9   I'll try to get some -- ask her again.
10      Q.  Okay.  If you could ask her again,
11  I'd appreciate it.
12      A.  Okay.
13      Q.  And we've got the holidays coming up.
14      A.  Right.
15      Q.  Will you see her during the holidays?
16      A.  Yeah.
17      Q.  Okay.  So if you could follow up with
18  her.  And hopefully, if she's traveling to
19  New Orleans --
20      A.  Right.
21      Q.  -- could you ask her to bring those
22  pictures with her so that you can provide
23  them to your attorney?
24      A.  Right.  Uh-huh (affirmative).
25      Q.  Perfect.  Now, I would like you, just

72

1   so we're clear, to ask her for pictures both
2   just prior to your starting chemotherapy,
3   within the year before.
4       A.  Uh-huh (affirmative).
5       Q.  And you started chemotherapy when?
6       A.  '10.
7       Q.  2010.
8       A.  2010.
9       Q.  And what month?
10      A.  That would have been June.
11      Q.  June.  So if you can ask --
12      A.  I took my surgery, and then right
13  after, I did chemo.
14      Q.  So if you could ask her for pictures
15  from June 2009, up to June 2010, and
16  including during the period, if she has any
17  when you were going through chemotherapy.
18      A.  Okay.
19      Q.  And then any pictures she might have
20  during your period of treatment or
21  immediately after.
22      A.  Okay.
23      Q.  Okay.  And that would be both Erica
24  and your daughter Tishanne.  Okay?
25      A.  Okay.

73

1       Q.  Is there anybody else you can think
2   of who might have pictures?
3       A.  No.
4       Q.  Okay.  How about your son, would he
5   have any pictures of you?
6       A.  He don't really keep up with his
7   phone.  He always lose his phone and have to
8   get a new phone.  So I can ask him.  And then
9   he travels a lot, so . . .
10      Q.  Okay.  If you could follow up with
11  him, too, to see if he has any pictures
12  within that time period.
13      A.  Okay.
14      Q.  All right.  I want to go to what I
15  handed you, and it's marked there as a C in
16  front of you, Exhibit C, which is the Second
17  Amended Plaintiff Fact Sheet.
18      In your preparation for the
19  deposition here today, you said you met with
20  your attorneys.  Did you review this document
21  yesterday?  Did you review that document
22  yesterday, Ms. Johnson?
23      A.  Yes.
24      Q.  You did.  And did that document
25  yesterday help refresh your recollection

19 (Pages 70 to 73)

74

1   about issues in this lawsuit, your treatment,
2   your doctors, anything else related to the
3   lawsuit?
4       A.  Yes.
5       Q.  It did.  Now, you testified earlier,
6   when I first showed it to you, you do
7   remember seeing that document from before
8   yesterday, right?
9       A.  Yes.
10      Q.  Okay.  Do you remember sitting down
11  with someone and helping them to answer those
12  questions?
13      A.  Yeah.
14      Q.  Okay.  I am going to show you -- and
15  when did that occur?  When did you sit down
16  and try and fill out that document the first
17  time and answer those questions?  Was that
18  this year in 2017?
19      A.  Yes.
20      Q.  Okay.  Keep that out, because we're
21  actually going to go through that document.
22      A.  Okay.
23      Q.  And you can put those aside, if
24  they're in your way.
25          I'm going to show what I've marked as

75

1   Exhibit D.  In Exhibit D, you'll see, right
2   there in the middle of the page, it says,
3   Declaration.  Do you see that?
4       A.  What it is?
5       Q.  In the middle of the page, it says,
6   in bold, all capital letters, Declaration.
7   Do you see that?
8       A.  Yes.
9       Q.  And I'm going to read for you what it
10  says under there:  Pursuant to 28 USC Section
11  1746, I declare under penalty of perjury,
12  that all of the information provided in
13  connection with this plaintiff profile form
14  is true and correct to the best of my
15  knowledge, information, and belief at the
16  present time.
17          Do you see that statement?
18      A.  Yes.
19      Q.  Do you remember reading that before?
20      A.  Yes.
21      Q.  Is that your signature below the
22  statement?
23      A.  Yes.
24      Q.  Okay.  And you signed it on August --
25  it's dated August 24th, 2017.

76

1       Do you remember signing this back in
2   August?
3       A.  Yes.
4       Q.  Okay.  And do you understand that
5   when you signed this document on August 24th,
6   2017, that you were attesting that all of the
7   information provided in that Plaintiff Fact
8   Sheet was true and accurate to the best of
9   your knowledge?
10      A.  Yes.
11      Q.  All right.  Let's turn to Page 2 on
12  the Plaintiff Fact Sheet.  You were born in
13  New Orleans; is that correct?
14      A.  Yes.
15      Q.  Where did you grow up?
16      A.  2511 Thalia Street.
17      Q.  Have you lived in New Orleans all
18  your life?
19      A.  Yes.
20      Q.  That address, 3601 Texas Drive,
21  Apartment 726B, is that still a correct
22  address?
23      A.  Yes.
24      Q.  How long have you lived there?
25      A.  Five years.

77

1       Q.  Where did you live before that?
2       A.  I was in Mississippi.  And then,
3   before that, Texas.  Before Texas, I came to
4   Mississippi, after Katrina, and then I left
5   and went to Texas.
6       Q.  Okay.
7       A.  And after Texas, back to Mississippi.
8   And after my father passed, then I came back
9   to New Orleans, because three years after he
10  passed, I was diagnosed, so I came home to
11  get treatment.
12      Q.  Okay.  Let's unpack that a little
13  because I thought I asked you if you had been
14  in New Orleans your whole life, and I thought
15  you had answered yes.  So you haven't lived
16  here continuously your whole life, right?
17      A.  No.
18      Q.  So five years ago, you were living in
19  Mississippi, correct?
20      A.  Right.
21      Q.  What was your address in Mississippi?
22      A.  3793 Perry Road.
23      Q.  And where in Mississippi?  What's the
24  city?
25      A.  Gloster, G-L-O-S-T-E-R.

20 (Pages 74 to 77)

78

1    Q.  Okay.  And who -- did you live by
2  yourself there?
3    A.  No.  My mother.
4    Q.  Okay.  How long were you at that
5  address?
6    A.  From the time my father was sick.
7  That would have been -- oh, my God, about --
8  well, that's before '10, so that would have
9  been about -- I'm trying to think what year
10  that was that my father passed.  Because I
11  came home -- I guess I was there about three
12  years before, because my mom was alone, and
13  she didn't drive or anything.
14      So I came home after he passed, for
15  to see about her, and I didn't go back to
16  Texas.  I stayed there until the time I -- he
17  died three years prior to that, so that's
18  when I was there.  And it was three years
19  after that.  That's when I was diagnosed.
20    Q.  Okay.  Let's see if we can work our
21  way back.
22    A.  So that would have been 2007.
23    Q.  Let's start with present.  So the
24  address that's listed here, 3601 Texas Drive,
25  you've been at for about five years.

79

1    A.  Right.
2    Q.  That takes us back to 2012.
3    A.  Okay.
4    Q.  About.
5    A.  Okay.
6    Q.  Is that about right?
7    A.  Yeah.  Okay.
8    Q.  And then I believe you said you lived
9  with your mother for three years?
10    A.  Okay.  Well, before that, I was with
11  my brother.  And my daughter, I was with her
12  right after I had the surgery.
13    Q.  Let's take one at a time.  So right
14  before you moved to this address, in 2012 --
15    A.  Uh-huh (affirmative).
16    Q.  -- where were you living immediately
17  preceding that?
18    A.  I was at my brother's, and before
19  that, my daughter.
20    Q.  Okay.  Your brother lives where?
21    A.  79 Cypress Grove.
22    Q.  And where is that located?
23    A.  On the West Bank.
24    Q.  What's --
25    A.  That's in New Orleans.

80

1    Q.  Okay.  What's --
2    A.  New Orleans.
3    Q.  Could you give us the whole address?
4    A.  79 Cypress Grove, New Orleans,
5  Louisiana.
6    Q.  Okay.  And do you know the ZIP code?
7    A.  No.  I don't remember the ZIP code.
8    Q.  And you believe you lived there for
9  about a year or so.  Would that put it at
10  about 2011?
11    A.  About a year.  Uh-huh (affirmative).
12    Q.  That time frame?
13    A.  That would have been -- let's see.  I
14  had the surgery, and I was at T's.  No.  I
15  would have been with him about '12.
16    Q.  About 2012.
17    A.  Yeah.  Because I was with my daughter
18  during the surgery.  I was with her.
19    Q.  Okay.
20    A.  And I left her, and I went to my
21  brother's house.
22    Q.  And I'm sorry.  Could you give me
23  your brother's full name again?
24    A.  Charlie Dunn, Junior.
25    Q.  Charlie Dunn.

81

1    A.  Uh-huh (affirmative).
2    Q.  During that period that you were at
3  your brother Charlie Dunn's house, did anyone
4  else live in the house?
5    A.  No.  Just he and I.
6    Q.  Okay.  Immediately preceding that,
7  where did you live?
8    A.  At my daughter's house.
9    Q.  At your daughter's house.  And is
10  that Tishanne?
11    A.  Yes.
12    Q.  What is Tishanne's address?
13    A.  Well, she was on Amanda Street at
14  that time.  That was in New Orleans.
15    Q.  Okay.  Could you give us her full
16  address?
17    A.  I don't remember that address.
18    Q.  Okay.  And it's Tishanne Johnson?
19    A.  Right.
20    Q.  And how long were you at that
21  address?
22    A.  I was there about a year.
23    Q.  Would that have been 2011 then?
24    A.  Yes.
25    Q.  Okay.  Were you living with --

21 (Pages 78 to 81)

82

1     A. '10 to '11.
2     Q. Were you living with Tishanne for any
3  portion of any of your cancer treatment?
4     A. Yes. I was with her right after I
5  had my surgery. Okay. I did the chemo, and
6  I did the radiation then.
7     Q. So while you were living with
8  Tishanne, you had your chemotherapy, your
9  radiation, and your surgery, during that
10  whole period you were living with Tishanne?
11     A. Right.
12     Q. Okay. And you were the only two
13  living there?
14     A. No.
15     Q. Oh, okay. I'm sorry.
16     A. She have six kids.
17     Q. Okay.
18     A. My grandkids.
19     Q. So it was Tishanne, you, and the six
20  grandkids?
21     A. Right.
22     Q. Did anyone else live in the house?
23     A. No.
24     Q. Okay. What are the names of the six
25  grandkids?

83

1     A. Donell Smothers, Junior; Dinika
2  Johnson; Raymiain Johnson; Rayquan Johnson.
3  Those are twins. Raysan Johnson, Traveon
4  Randall.
5     Q. And these are all Tishanne's
6  children?
7     A. Right.
8     Q. What are the ages? If you could give
9  me the names, along with their ages.
10     A. Okay. Donell Smothers, 28.
11     Q. Uh-huh (affirmative).
12     A. Dinika Johnson, 27; Rayquan Johnson,
13  18; Raymiain Johnson, 18; Raysan, 16,
14  Johnson; Traveon Randall, 14.
15     Q. Do they all still live with Tishanne
16  today?
17     A. No. It's just the last two.
18     Q. Okay.
19     A. The older two, they on their own.
20  One is in Texas. Donell Smothers is in
21  Texas.
22     Q. Do you know his address?
23     A. No.
24     Q. Do you know his telephone number?
25     A. Yeah, I have his number.

84

1     Q. Okay. I'm going to ask you to get
2  that as well.
3     A. Okay.
4     Q. And the next in line, tell me where
5  the other children are?
6     A. Dinika Johnson, she's in Metairie,
7  Louisiana.
8     Q. Do you know her address?
9     A. No. Raymiain Johnson, she's at
10  Southeastern. She's in college. Rayquan
11  Johnson, he's in Minden, Louisiana, right
12  now. He's in the Youth Challenge Program.
13  Raysan and Traveon, they home with their
14  mother.
15     Q. Do any of the grandkids that you have
16  just named, do any of them work in the
17  medical field, in the health profession at
18  all?
19     A. No.
20     Q. Okay. What do they do?
21     A. Donell Smothers, well, he's in
22  school. He does hair.
23     Q. He's in cosmetology school?
24     A. Yeah.
25     Q. Okay.

85

1     A. And he works. And he works. Dinika,
2  she's a supervisor at a hotel. And my twins,
3  they both a waiter.
4     Q. Okay.
5     A. And the two little ones, they don't
6  work.
7     Q. So during the period that you were
8  going through chemotherapy, would you have
9  seen all of your grandkids and your daughter
10  on a daily basis?
11     A. Right.
12     Q. Okay. And so they were -- saw you as
13  you were going through --
14     A. Uh-huh (affirmative).
15     Q. -- all of your cancer treatment.
16     A. Right.
17     Q. Is that right?
18     A. Yes.
19     Q. Okay. And I'm sorry. The oldest
20  one, Smothers, is it Donell?
21     A. Yes.
22     Q. Okay. Was he involved or going to
23  school for or interested in hair back at that
24  time as well?
25     A. Well, he was doing hair, but he

22 (Pages 82 to 85)

86

1  wasn't in school for it.
2      Q.  Okay.  He did hair on his own,
3  though.
4      A.  Right.
5      Q.  Did he ever do your hair?
6      A.  Yes.
7      Q.  Okay.
8      A.  He and Dinika.
9      Q.  And is that a granddaughter?
10     A.  Yes.
11     Q.  Okay.  And what was Dinika's last
12  name again?
13     A.  Johnson.
14     Q.  I'm going to come back to that.
15  Prior to living at that address with your
16  daughter and her six children --
17     A.  Uh-huh (affirmative).
18     Q.  -- where did you live in the year
19  immediately -- where did you live immediately
20  prior to that?
21     A.  With my mother.
22     Q.  That was when you were --
23     A.  Yeah.
24     Q.  -- with your mother.
25     A.  Right.

87

1      Q.  Okay.  And so that would have been
2  what year?  Was it just, you moved in with
3  your daughter right when you were diagnosed
4  -- right after you were diagnosed?
5      A.  Yeah.  I came home and told you I
6  went by her, for to live with her, while I,
7  you know, check out everything.  And then,
8  when I had to have -- found out I had to have
9  surgery and everything, so I just stayed in
10  New Orleans for the -- do everything.  I came
11  home.
12     Q.  Did you move to go live with Tishanne
13  because of your diagnosis, because of the
14  treatment that you were about to get?
15     A.  Yeah.  I had to have surgery, so I
16  didn't have -- I had to, you know, have
17  someone to live with in New Orleans because I
18  came from Mississippi.  And prior to that, I
19  was in Texas.
20     Q.  Okay.  So what was the reason that
21  you felt that you had to live with your
22  daughter during your treatment period?
23     A.  I had nowhere to live.
24     Q.  And you had to be in New Orleans for
25  the treatment.

88

1      A.  Right.
2      Q.  Did your sister -- I'm sorry.  Did
3  your daughter come with you to any of the
4  appointments, get you back and forth?  What
5  was her involvement in the treatment at that
6  time?
7      A.  Well, she was working, but I had
8  transportation.
9      Q.  How did you have transportation?
10     A.  Through my insurance.
11     Q.  Okay.  Was transportation --
12     A.  So the van -- yeah.  The van used to
13  pick me up and bring me back.
14     Q.  Okay.  All right.  So let's go back
15  to the addresses.  Just prior -- you moved in
16  with your daughter around the time that you
17  started treatment.  Does August 2010 -- is
18  that about right?
19     A.  I moved with her right before I had
20  the surgery.  Because I came home and got
21  started, but I had to get a biopsy and
22  everything.  So that would have been -- I had
23  surgery in June, so I was back in New Orleans
24  around the end of April.
25     Q.  The end of April 2010.

89

1      A.  Yeah.
2      Q.  And that's about the time you moved
3  in with Tishanne.
4      A.  Right.
5      Q.  Okay.  So prior to that, you were
6  living with your mother.  And how long were
7  you living with her?
8      A.  About three years.
9      Q.  And what was her address?
10     A.  3793 Perry Road.
11     Q.  Okay.  And she's still there today.
12     A.  Right.
13     Q.  Okay.  And was it just you and your
14  mother?
15     A.  Yes.
16     Q.  Okay.  And you were there for about
17  three years; is that what you said?
18     A.  Yeah.
19     Q.  Okay.  So that --
20     A.  When my father -- well, they had to
21  put him in the -- he was in a nursing home at
22  that time, so he was real sick.  So I had got
23  a call that he, you know, wasn't going to
24  make it too much longer.  So I came home, and
25  that year, well, he passed on my birthday.

23 (Pages 86 to 89)

90

1    Q. Okay. I'm sorry to hear that.
2       When you made the decision to go move
3  in with Tishanne during your treatment
4  period, why did you choose her? You had the
5  son living in New Orleans as well, correct?
6    A. No. He live here now. He was in
7  Atlanta.
8    Q. Okay.
9    A. So that's the only two kids I have.
10   Q. Okay. And is that why you chose
11  Tishanne, because she was --
12   A. Right.
13   Q. -- the only one in New Orleans, who
14  you could stay with?
15   A. No. That's my daughter.
16   Q. Okay. All right. So going back to
17  the Plaintiff Fact Sheet, the address that
18  you have listed here, do you rent that
19  apartment?
20   A. Yes.
21   Q. Okay. And has there been any point
22  in the past five years when anyone has lived
23  with you in this apartment?
24   A. Yes.
25   Q. Tell me when that was.

91

1    A. My friend, he lives with me.
2    Q. Someone lives with you there now?
3    A. Yes.
4    Q. What is his name?
5    A. Raymond Washington.
6    Q. Raymond Washington. And how do you
7  know Raymond Washington?
8    A. That's my friend.
9    Q. By that, do you mean your boyfriend?
10   A. Yes.
11   Q. Okay. And how long have you known
12  him?
13   A. A year.
14   Q. How long has he lived with you at
15  this address?
16   A. A year.
17   Q. A year. How old is Mr. Washington?
18   A. 45.
19   Q. And how is it that you met him?
20   A. Through a friend.
21   Q. Is he employed?
22   A. No.
23   Q. Are you currently married?
24   A. Yes.
25   Q. You were separated, I believe it says

92

1  in your PFS, 1976?
2    A. Yes.
3    Q. What is your spouse's name?
4    A. Roussel Johnson.
5    Q. Okay. Is there a reason that you're
6  not divorced?
7    A. Well, he's in and out of jail all the
8  time, so I don't see him. We have no
9  contact.
10   Q. Okay. When is the last time you
11  spoke with him?
12   A. I haven't.
13   Q. Well, you spoke with him at some
14  point.
15   A. Years. Years.
16   Q. Okay.
17   A. Uh-huh (affirmative).
18   Q. Would it have been prior to your
19  cancer diagnosis?
20   A. Oh, no. Years ago. We haven't
21  spoken since -- really, I may have seen him
22  once or twice, but we didn't speak.
23   Q. Have you spoken to him in the past
24  ten years?
25   A. No.

93

1    Q. Okay. Your children -- you have two
2  children, right?
3    A. Right.
4    Q. Okay. And are they -- is Roussel the
5  father of those children?
6    A. My daughter, not my son.
7    Q. Roussel is the father of Tishanne.
8    A. Right.
9    Q. Okay. Who is the father -- what's
10  the name of the father of your son?
11   A. Rafe Harris.
12   Q. Rafe Harris?
13      And do you have his address?
14   A. No.
15   Q. Are you in communication with him?
16   A. No. He's remarried.
17   Q. When --
18   A. Well, he just got married about --
19  what, around May. Somewhere along in there.
20  This year.
21   Q. When is the last time you spoke with
22  him?
23   A. Well, I saw him about three months
24  ago.
25   Q. Are you in regular communication with

24 (Pages 90 to 93)

94

1  him?
2      A.  Not regular.  But if we run across
3  each other.
4      Q.  At the time of your cancer diagnosis,
5  were you in communication with him?
6      A.  No.  No.  Because my -- he and I
7  didn't speak.
8      Q.  Is he someone who you've ever spoken
9  about with -- regarding health issues?
10     A.  No.
11     Q.  Okay.  So you've never spoken with
12  him about --
13     A.  No.
14     Q.  -- your breast cancer diagnosis.
15     A.  No.
16     Q.  Or any of the treatment.
17     A.  No.
18     MR. ROOT:
19         I'm sorry to break in, but try
20  not to answer the question until she finishes
21  completely, because it's hard on the court
22  reporter.
23     THE WITNESS:
24         Oh.
25     MR. ROOT:

95

1          I know it's -- I know you know
2  the answer, but just let her finish her
3  question.
4      THE WITNESS:
5          Okay.
6  EXAMINATION BY MS. MIMS:
7      Q.  Other than Roussel, do you have any
8  other prior marriages?
9      A.  No.
10     Q.  Now, I want to talk a little bit
11  about your family.  You said that your father
12  is deceased, right?
13     A.  Right.
14     Q.  And I know you said he died on your
15  birthday, but could you give me the date that
16  he died, and the year?
17     A.  I don't remember.
18     Q.  You know it was on your birthday?
19     A.  Yes.
20     Q.  Was it before your diagnosis with
21  cancer or after?
22     A.  Yeah, it's before.
23     Q.  All right.
24     A.  It was three years prior.
25     Q.  And your birthday is?

96

1      A.  ████
2      Q.  Okay.  So it was ████████ or
3  '08, or thereabouts.  Does that sound about
4  right?
5      A.  About '07.  Yeah.
6      Q.  Okay.  And how did your father die?
7      A.  Cancer.
8      Q.  What type of cancer?
9      A.  Brain, kidney, liver, colon.
10     Q.  Okay.  When was he diagnosed with
11  cancer?
12     A.  I'm not sure because I think he was
13  hiding it.  Because when we found out, he had
14  got real, real sick at the time.
15     Q.  When did you find out about his
16  diagnosis?
17     A.  I didn't find out about it until
18  about six months prior to him dying.  Because
19  I wasn't home.  I was in Texas.  And my
20  oldest brother went to the doctor with him,
21  and I was with him that particular day when I
22  discovered he had cancer.
23     Q.  How did you find out?
24     A.  When me and my brother went to the
25  doctor with him that day.  Now, I didn't go

97

1  in the room with him to know the details or
2  anything, but I found out that day there, he
3  had cancer.
4      Q.  But did he come out of the doctor's
5  -- well, let's back up.  How was it that you
6  were going to the doctor with your father?
7  Did he ask you to come to the doctor with
8  him?
9      A.  No.  My brother took him to the
10  doctor, and I rode with him to the doctor.
11     Q.  When your brother took him to the
12  doctor at that time, did your brother know
13  that he had cancer?
14     A.  Yeah, he knew, but I didn't know.
15     Q.  Okay.  Did you know when your brother
16  found out he had cancer?
17     A.  No.
18     Q.  And what is your brother's name?
19     A.  Leon Collins.
20     Q.  Okay.  And so who told you that day
21  that your father had cancer?  Was it your
22  father or your brother or someone else?
23     A.  No.  My brother.
24     Q.  Okay.  When did he tell you?
25     A.  When we got home from the doctor.

25 (Pages 94 to 97)

98

1    Q.  Okay.  What did you think you were
2  going to the doctor's for?
3    A.  I just knew he was sick, and I
4  thought he was going for a routine doctor's
5  visit.
6    Q.  Okay.  And your brother asked you to
7  go with him and your dad that day?
8    A.  Yeah.  I just took the ride.  Uh-huh
9  (affirmative).
10    Q.  Okay.  And you didn't go back in the
11  room.
12    A.  No.
13    Q.  And when he came out, was there any
14  discussion while you were at the doctor's
15  office of what was wrong with your father?
16    A.  No.
17    Q.  Okay.
18    A.  When we got home, then we start
19  talking about it.
20    Q.  And who was it that did the talking
21  about his diagnosis, about his condition?
22    A.  Well, my brother that told me he had
23  cancer.
24    Q.  What did he tell you?
25    A.  That he had had a biopsy on his

99

1  brain, and that they discovered it was
2  cancer.
3    Q.  And did he tell you how long ago that
4  had happened?
5    A.  No.  I didn't go into details.
6    Q.  Did you ask him any questions about
7  it?
8    A.  No.
9    Q.  Did you know your father was sick
10  prior to going to the doctor that day?
11    A.  No.
12    Q.  Did your father -- were there any
13  symptoms that your father was exhibiting to
14  lead you to believe he might not be
15  completely healthy?
16    A.  No.  I wasn't home.  I was in Texas.
17    Q.  Okay.  So --
18    A.  I just happened to come home for the
19  holiday.  And when -- I stayed for, you know,
20  about a week, and he was there, too.  So he,
21  in turn, brought him to the doctor, and I
22  thought it was a routine doctor's visit.
23    Q.  After your brother told you that your
24  dad had been diagnosed with cancer, did you
25  discuss treatment options for your father?

100

1    A.  No.
2    Q.  Did you discuss a prognosis?
3    A.  No.
4    Q.  So he told you he had cancer, and
5  then that was it.  The conversation --
6    A.  Right.
7    Q.  -- pretty much ended.
8    A.  Uh-huh (affirmative).
9    Q.  Okay.  Did you follow --
10    A.  It was like he, you know, didn't want
11  to discuss it.  It was like -- it was like
12  maybe my father had told him don't, you know,
13  let us, you know, know.  He didn't want us to
14  know.
15    Q.  Okay.  When you say he didn't want to
16  discuss it, you mean your brother didn't want
17  to discuss it?
18    A.  No, he didn't.
19    Q.  Okay.  How about your father, did you
20  try and discuss it with him?
21    A.  No.
22    Q.  Did you try --
23    A.  Because I know he was on the private
24  side, and he didn't -- if something was
25  wrong, he didn't want to let it, you know, be

101

1  out.
2    Q.  Did you try and discuss it with
3  anyone?
4    A.  No.  I just left it alone.
5    Q.  Okay.  And you said he died about six
6  months after that?
7    A.  Yes.
8    Q.  Okay.  How often did you see him in
9  that six-month time period?
10    A.  Well, he was coming to Texas.
11    Q.  Your father was.
12    A.  Yes.
13    Q.  Coming to visit you in Texas.
14    A.  Uh-huh (affirmative).
15    Q.  So how often would you see him?
16    A.  So he came, and my two sisters.  All
17  this was over three years prior to that, when
18  he was still up and driving and everything.
19  So he would come two or three times a year.
20    Q.  And during -- well, I'm talking about
21  after you found out about the diagnosis,
22  though.
23    A.  Uh-huh (affirmative).
24    Q.  Like during that six-month period,
25  about how many times did you see your father

26 (Pages 98 to 101)

102

1 before he passed?
2    A. I didn't see him until when they told
3 me he wasn't going to be here too much longer
4 and that I needed to come home.
5    Q. Okay. So you went to the doctor's
6 appointment that day, and then didn't see him
7 again until you received a --
8    A. Right.
9    Q. -- telephone call saying he was very
10 ill.
11    A. Right. Uh-huh (affirmative).
12    Q. And then did you come back to New
13 Orleans to see him?
14    A. I was in Mississippi. He was in
15 Mississippi.
16    Q. He was in Mississippi. Did you go to
17 Mississippi to see him?
18    A. Right.
19    Q. And how long after you arrived in
20 Mississippi did he pass?
21    A. About a month.
22    Q. Did you stay in Mississippi during
23 that period?
24    A. Yes. Yes.
25    Q. Okay. And were you with him a lot

103

1 during that last month of his life?
2    A. Right. I was with him when he
3 passed.
4    Q. Okay. I know that he had a very
5 serious cancer. Did he appear very ill to
6 you in that last month?
7    A. Yeah.
8    Q. Was there any discussion during that
9 period, with your father or anyone else,
10 regarding --
11    A. No.
12    Q. -- trying to get -- let me finish the
13 question -- regarding trying to get treatment
14 for your father?
15    A. He was getting treatment. He was in
16 a nursing home.
17    Q. But was there any discussion of
18 trying to treat the cancer, to prevent it
19 from spreading, to prevent his death?
20    A. Well, he was on chemo.
21    Q. During that last month?
22    A. Uh-huh (affirmative).
23    Q. Okay. How --
24       MR. ROOT:
25          Is that a yes?

104

1       MS. MIMS:
2          Yes.
3       THE WITNESS:
4          Yes.
5       MR. ROOT:
6          The other thing is, the uh-uh,
7 unh-unh, got to make sure it's a yes or no
8 so --
9       THE WITNESS:
10          Oh. Yes.
11       MR. ROOT:
12          -- the court reporter can get it.
13 EXAMINATION BY MS. MIMS:
14    Q. How do you know he was on chemo?
15    A. He was going to the center before he
16 got real down-low sick. And prior to taking
17 the medication after he got sick, well, he
18 couldn't no longer stay at home. He had got
19 too sick to be at home, so they had to put
20 him in the care, where they could give him
21 his medication.
22    Q. When did you find out that he was
23 receiving chemotherapy treatment?
24    A. Like six months prior before he died.
25    Q. Okay. So let's back up, because I

105

1 asked you earlier about the conversation with
2 your father and your brother, after you came
3 home from the doctor's office, and then you
4 learned that your father had cancer. Do you
5 remember me asking you about that?
6    A. Yeah.
7    Q. Okay. And I said, did you have any
8 discussion about treatment for your father,
9 and I thought you had said no. So during
10 that conversation when you came home from the
11 doctor, was there any discussion about
12 treatment for your father's cancer?
13    A. No.
14    Q. So when did you find out -- how did
15 you find out that he was on chemotherapy, six
16 months prior to his death, which would have
17 been --
18    A. When we went to the doctor's office,
19 I had the discussion when we came home. He
20 said he had cancer. And right after that, I
21 found out he was having treatments.
22    Q. How did you find that out?
23    A. Through the discussion with my
24 mother.
25    Q. Okay. So after the discussion with

27 (Pages 102 to 105)

106

1 your brother and your father, who you
2 indicated did not really want to discuss the
3 condition --
4    A. Right.
5    Q. -- you had a conversation with your
6 mother.
7    A. Yeah. Because he had got real low
8 sick. And she told me that he had been
9 having treatments.
10    Q. And by treatments, you mean
11 chemotherapy.
12    A. Right.
13    Q. Did you know what chemotherapy was at
14 that time?
15    A. No.
16    Q. Did you ask any questions about it,
17 do any research on it?
18    A. No.
19    Q. Well, what did you understand that he
20 was getting the chemotherapy for?
21    A. Cancer.
22    Q. Okay. So you did understand that the
23 chemotherapy was treatment --
24    A. It was for the cancer.
25    Q. Let me finish. -- was for treatment

107

1 to try and help his cancer in some way,
2 correct?
3    A. Right.
4    Q. All right. So you understood that it
5 was to try and either make the cancer better,
6 to treat it. You knew that it was directly
7 related to the cancer, right?
8    A. Right.
9    Q. And had you heard of chemotherapy
10 before that day?
11    A. I had heard of it because my baby
12 sister, she died with bone cancer.
13    Q. Uh-huh (affirmative). And what is
14 her name?
15    A. Imelda Dunn.
16    Q. Okay. Well, we'll move on to her,
17 but let's stay on your father for a minute.
18       So what else did your mother tell you
19 besides the fact that he was getting
20 chemotherapy treatment?
21    A. She told me that he had been -- had a
22 biopsy, and it was on the brain; and that he
23 had kidney, liver, and he had had colon. But
24 he had one of his -- how you put it -- one of
25 his testicles removed.

108

1    Q. Uh-huh (affirmative). Were your
2 mother and father together at that time?
3    A. Yes.
4    Q. They were living together.
5    A. Yes.
6    Q. Did your mother give you a prognosis
7 for your father? Did she tell you how long
8 they thought he had to live?
9    A. Well, when they called me, they say
10 he didn't have long.
11    Q. I'm talking about -- we're still on
12 the time period where you had the
13 conversation with your mother, and she told
14 you that your father was getting chemotherapy
15 treatment.
16    A. No. No. I didn't have a timeline at
17 that time.
18    Q. Okay. Did she indicate as to whether
19 she or anyone else believed the chemotherapy
20 was helping him?
21    A. Yes. They thought it would help him,
22 so they started him on the treatments.
23    Q. Okay. And you never discussed it
24 with your father.
25    A. No. When I saw him, he was too sick.

109

1    Q. And did you have a discussion with
2 your mother at that time, when she told you
3 about the chemotherapy, as to whether he
4 should continue on it or whether he should
5 seek other treatment? What was the -- what
6 was that discussion like?
7    A. Well, he was going to treatment,
8 and after treatment, when he found out he was
9 too sick and he could no longer stay home,
10 then they discussed with her about putting
11 him in a nursing home, because he had to have
12 medication, that he couldn't be -- you know,
13 she couldn't give it to him at home.
14    Q. Do you know how often he was getting
15 chemotherapy treatment?
16    A. No.
17    Q. Do you know if anyone would accompany
18 him to his chemotherapy treatments?
19    A. Well, I more than -- yes. Because he
20 couldn't drive at that time, so I imagine it
21 would be a family member. Because like I
22 said, I wasn't home.
23    Q. Okay. Do you know whether he had any
24 side effects from his chemotherapy treatment?
25    A. No, I don't know.

28 (Pages 106 to 109)

110

1    Q.  Okay.  Did you view any side effects
2  from the treatment?
3    A.  Yes, I did.
4    Q.  What were those?
5    A.  My effects was that I had nausea,
6  diarrhea --
7    Q.  No, no.  I'm sorry.  Did you observe
8  any side effects in your father, from his
9  chemotherapy treatment?
10    A.  No.  I wasn't with him.
11    Q.  Did anyone tell you anything
12  about side effects from his chemotherapy
13  treatment?
14    A.  No.
15    Q.  Okay.  Other than the fact that he
16  was having this treatment, and that it was an
17  attempt to make his cancer better, did you
18  have any other discussions about his
19  treatment for cancer?
20    A.  No.
21    Q.  Okay.  So it was just that discussion
22  with your mother.
23    A.  Yeah.
24       MS. MIMS:
25          I think -- could we take a short

111

1  break?
2          (Recess.)
3  EXAMINATION BY MS. MIMS:
4    Q.  Okay.  Ms. Johnson, I wanted to ask
5  you about the e-mail address that you gave
6  me.  How long have you had that e-mail
7  address?
8    A.  Oh, about a year.
9    Q.  Did you have an e-mail address before
10  that?
11    A.  No.
12    Q.  Okay.  So that was the first e-mail
13  address you ever used.
14    A.  Right.
15    Q.  Why did you get an e-mail address?
16    A.  Sometimes, my doctor would ask, you
17  know, if they need to send something to me
18  about, you know, notification for
19  appointments.
20    Q.  For?
21    A.  Appointment-wise.
22    Q.  Apartments?
23       MR. ROOT:
24          Appointments.
25       THE WITNESS:

112

1          Appointments.
2  EXAMINATION BY MS. MIMS:
3    Q.  Oh, appointments.
4    A.  Yeah.
5    Q.  Okay.  And which doctor is that,
6  that you're referring to?
7    A.  My primary care and different -- I
8  had her, like, my -- the DIS, where I go for
9  my mammogram, they would e-mail me my
10  appointment.
11    Q.  So do you use the e-mail mainly to
12  communicate with medical providers?
13    A.  Not always.  I use it for, like, when
14  I do stuff online when I'm on the websites
15  for clothing and stuff like that.
16    Q.  Okay.  Do you communicate with any
17  family members or children over e-mail?
18    A.  No.
19    Q.  Do you communicate with any friends
20  over e-mail?
21    A.  No.
22    Q.  Have you looked at your e-mail,
23  looked through it, and provided any items to
24  your attorneys regarding the
25  communications --

113

1    A.  No.
2    Q.  -- with your physicians?
3       Let me finish.
4       MR. ROOT:
5          Let her finish the question
6  before you answer.
7  EXAMINATION BY MS. MIMS:
8    Q.  Let me -- I'll restate it and
9  rephrase it.  Have you done a search of your
10  e-mail for communications back and forth
11  between you and your physicians?
12    A.  No.
13    Q.  Okay.  I'm going to ask you also to
14  add that to the list, and we're keeping a
15  list of things that we're asking you to look
16  for.  But to go back, and we're going to need
17  you to go through your e-mails and give to
18  your attorneys, all communications with your
19  physicians, anything related to your health,
20  anything related to this litigation, anything
21  related to cancer or chemotherapy.  Can you
22  do that?
23    A.  Yeah.
24    Q.  Okay.  And if you can provide that to
25  your attorneys, that would be great.  And

29 (Pages 110 to 113)

114

1  we'll remind them.
2      MR. ROOT:
3          I have no doubt.
4  EXAMINATION BY MS. MIMS:
5      Q.  All right.  And so do you think you
6  created that e-mail address in 2016?  You
7  said it's about a year old.
8      A.  Yeah.
9      Q.  All right.  Let's move on to discuss
10  a little bit about your mother.  I know you
11  said you have discussed a little bit about
12  your health with her; is that correct?
13      A.  Yeah.
14      Q.  Okay.  You told her about your
15  diagnosis?
16      A.  Yeah.  She knew I had cancer.
17      Q.  And when you told her about
18  the diagnosis, was that in person or was that
19  over the telephone?  How did you tell her?
20      A.  Person.
21      Q.  In person.
22          What was her reaction to that?  You
23  telling her that you were diagnosed with
24  breast cancer.
25      A.  She wanted to know what -- you know,

115

1  what kind of treatment or whatever I was
2  going to have to do, so . . . I informed her
3  that I was going to leave and go to New
4  Orleans.  I had found out through a physician
5  while I was in Mississippi.
6      Q.  Did she ask you what type of
7  treatment you were going to get?
8      A.  Well, I didn't know for certain
9  myself yet, because I had to get further
10  testing.
11      Q.  Did you then follow up and tell her
12  what the treatment was that you were going to
13  have?
14      A.  Yeah.  Well, I had told her for the
15  time.  I didn't really know what it was, but
16  I had a knot in my breast.  So that's when I
17  went to the doctor, to find out more about
18  the mass I had found, so . . . I --
19      Q.  Did your -- go ahead.
20      A.  I then, in turn, decided to come home
21  to get treatment.
22      Q.  Okay.  But did you -- when you told
23  your mother that you had been diagnosed with
24  cancer, was this after your diagnosis
25  occurred, or did you tell her when you found

116

1  the lump in your breast?
2      A.  I told her when I found the lump.
3      Q.  Okay.  And what did she say when you
4  told her that?
5      A.  She wanted to know, was it -- did it
6  have to have anything to do with cancer.  But
7  at the time, I wasn't certain, because I had
8  to get more testing done.
9      Q.  Okay.  And then you had that testing,
10  right?
11      A.  Right.
12      Q.  Then did you then go back and follow
13  up with your mother and tell her what the
14  results were?
15      A.  Right.
16      Q.  Did you do that in person or over the
17  telephone?
18      A.  Person.
19      Q.  Okay.  And what did you tell her?
20      A.  That they had -- I found a lump.  And
21  upon getting further treatment, that they
22  found that it was a mass dealing with cancer.
23      Q.  What was your mother's reaction to
24  that?  What did she say?
25      A.  She really didn't know what to say.

117

1  She was, like, stunned because it was, you
2  know, cancer.  She had done heard the word so
3  much, so she really didn't know what to
4  think.
5      Q.  Did you discuss treatment options
6  with her?
7      A.  Not at that time because I didn't
8  know what, you know, the treatment and thing
9  was going to be at that time.
10      Q.  Okay.  Was she worried at all about
11  the diagnosis?
12      A.  Yes, she was worried.
13      Q.  Okay.  And what did she say to you?
14      A.  She wanted to know, what would I do
15  about it.  But by I was in Mississippi, I
16  decided to come home, where I could be close,
17  because the hospital was a little further
18  away.  It was too far.  And that was about
19  123 miles from where I was.  So I was decided
20  to come home so I could be close to family
21  members, and I could be, you know, with
22  someone being at the hospital and they could
23  come, you know, and see about me.
24      Q.  So you stated that she wanted to know
25  what you were going to do about it.  Once you

30 (Pages 114 to 117)

118

1  found out what your treatment recommendation
2  was, did you then have a follow-up discussion
3  with her about that?  Tell her what you --
4  what treatment had been recommended for you?
5      A.  Well, at the time, after I took my
6  tests -- I had to do further testing.  And
7  after, I think we talked over the phone
8  because I was in New Orleans at that time.
9      Q.  And what was -- tell me what you
10  discussed on that conversation.
11      A.  I let her know that it was, for
12  certain, cancer.  And at that time, they did
13  more testing and had to find out more about
14  it for to decide what they were going to do
15  at that time.
16      Q.  Did you ever discuss the treatment
17  that you were going to have for your cancer?
18      A.  Not really.
19      Q.  Okay.  Did you ever give her details
20  about your diagnosis, in terms of hormone
21  receptors or nodes or --
22      A.  No.
23      Q.  You didn't get into that type of
24  detail.
25      A.  No.

119

1      Q.  Okay.  She never accompanied you to
2  the doctors, correct?
3      A.  No.
4      Q.  All right.  In terms of your mother's
5  knowledge about your diagnosis and your
6  treatment, does all of her knowledge about
7  that come from you?
8      A.  Yeah.  The little that she know.
9      Q.  The little that she knows.
10      A.  Right.
11      Q.  Okay.  You gave us the names of your
12  six grandkids who are Tishanne's children.
13  Does Rafe have any children?  That's your
14  son's name, right?
15      A.  No, he don't have any.
16      Q.  Okay.  So the only six grandchildren
17  are the ones you've already told us about,
18  correct?
19      A.  Right.
20      Q.  How is your mom's health today?
21      A.  She has diabetes.  She takes a pill.
22  And she takes the -- she was on Xarelto, but
23  she takes another medication now.  But she's
24  been pretty much -- gets around by herself,
25  and she does for herself.

120

1      Q.  All right.  She lives by herself.
2      A.  Yes.
3      Q.  How long has she had diabetes?
4      A.  It's been a while.
5      Q.  How many siblings do you have?
6      A.  I only have two brothers now.
7      Q.  You have two living brothers.
8      A.  Right.
9      Q.  Okay.  And what are their names?
10      A.  Charlie Dunn, Leon Collins.
11      Q.  How old is Charlie?
12      A.  Charlie is 55.
13      Q.  And how old is Leon?
14      A.  67.
15      Q.  How often are you in contact with
16  them?
17      A.  I talked to Charlie last week.  He
18  travels.  And my oldest brother is out of
19  town, in Chicago.
20      Q.  Does your -- okay.  So Charlie --
21  where does Charlie live?
22      A.  In New Orleans.
23      Q.  Okay.  And how often do you speak
24  with him?
25      A.  Sometimes every week.  Sometimes

121

1  every two weeks.  He travels with his job.
2      Q.  What does he do?
3      A.  Travels.
4      Q.  What --
5      A.  He's a crane mechanic.
6      Q.  And who does he work for?
7      A.  Hoist & Crane.
8      Q.  Has he ever accompanied you to any
9  doctors' visits?
10      A.  No.
11      Q.  Do you ever discuss your health with
12  Charlie?
13      A.  He knew I had cancer.
14      Q.  Okay.  Well, when did he find out you
15  had cancer?
16      A.  When I did my surgery.
17      Q.  Okay.  You told him after your
18  diagnosis?
19      A.  Right.
20      Q.  What did you tell him?
21      A.  That I had cancer, and I may have to
22  have surgery.
23      Q.  And what was his reaction?
24      A.  He was stunned, too.
25      Q.  Did you discuss your treatment

31 (Pages 118 to 121)

122

1   options with him?
2      A.  No.
3      Q.  Did you see him during the period
4   when you were going through chemotherapy?
5      A.  Yes.
6      Q.  How often?
7      A.  Whenever he was in town.
8      Q.  He would come to see you at
9   Tishanne's?
10     A.  Right.  Uh-huh (affirmative).
11     Q.  And you said your other brother's
12  name is Leon?
13     A.  Right.
14     Q.  Okay.  Where does live?
15     A.  Chicago.  Warren, Illinois.
16     Q.  What does he do?
17     A.  He teach.  I think it's ROTC.
18     Q.  Is he in the military?
19     A.  Yes.  He's retired.  But he's a
20  teacher now.
21     Q.  Okay.  And what branch of the
22  military did he retire from?
23     A.  Army.
24     Q.  Did he ever accompany you to any of
25  your doctors' visits?

123

1      A.  No.
2      Q.  Okay.  Did you ever discuss your
3   health with him?
4      A.  He knew I had cancer.
5      Q.  Now, tell me -- you said that you had
6   some sisters, right?
7      A.  Right.
8      Q.  How many?
9      A.  Two.
10     Q.  And tell me their names.
11     A.  Rosemary Dunn.
12     Q.  And your other sister.
13     A.  Imelda Dunn.
14     Q.  Okay.  How old was Rosemary at the
15  time of her death?
16     A.  Rosemary died at the age of -- she
17  was in her -- I think my sister was 55 or 56.
18  Somewhere along there.
19     Q.  Is she an older sibling?
20     A.  Yes.  She was my older sister.
21     Q.  How much older than you was she?
22     A.  Let me see.  I'm 60.  She would have
23  been 65.
24     Q.  If she were alive today, she'd be 65.
25     A.  Uh-huh (affirmative).  Right.

124

1      Q.  And you are 60?
2      A.  60.
3      Q.  So she's five years older?
4      A.  Right.
5      Q.  Did you grow up in the same house as
6   Rosemary?
7      A.  Yes.
8      Q.  What year did she die?
9      A.  Rosemary been dead about nine years.
10     Q.  What did she die from?
11     A.  She had a heart attack in her sleep.
12     Q.  Had Rosemary ever been diagnosed with
13  cancer?
14     A.  She had lymph node cancer.
15     Q.  Lymph node cancer?
16     A.  Yeah.  I mean, the thyroid.  Thyroid.
17     Q.  Thyroid cancer.
18     A.  Thyroid.
19     Q.  When was she diagnosed with that?
20     A.  Oh, that was -- I was about 16 when
21  she had that.
22     Q.  Do you remember when you found out
23  that she had been diagnosed with thyroid
24  cancer?
25     A.  No.  I didn't know.  I was young when

125

1   I, you know, knew -- you know, they were
2   talking about it.  But I didn't really know
3   what it was.
4      Q.  Did she receive any treatment for it?
5      A.  Yes, she had chemo.  I heard them
6   discuss chemo, but I didn't know at that time
7   what it was.
8      Q.  You were a teenager at that time.
9      A.  Right.
10     Q.  But you do recall that -- during that
11  time period, as a teenager, do you recall a
12  period where your sister Rosemary was going
13  through chemotherapy treatment?
14     A.  Right.
15     Q.  Okay.  And what did you think the
16  chemotherapy was?
17     A.  I didn't know at the time.
18     Q.  Okay.  But you knew it was treatment
19  for the cancer, right?
20     A.  All I knew, it was cancer, and I
21  really didn't know -- understand what they
22  were talking about.
23     Q.  Okay.  Did she have any -- is that
24  the only treatment that she received, that
25  you know of?

32 (Pages 122 to 125)

126

1      A. That's all I knew.
2      Q. Okay.
3      A. And I don't know, you know, no
4  details or anything.
5      Q. Well, how was it that you found out
6  that she was going through chemo- --
7      A. I heard a conversation.
8      Q. -- therapy treatment --
9      A. Oh, I'm --
10         MR. ROOT:
11            You've got to let her finish the
12  question.
13         THE WITNESS:
14            Oh.
15  EXAMINATION BY MS. MIMS:
16      Q. I'll restate it. How was it that you
17  found out that Rosemary was going through
18  chemotherapy treatment?
19      A. Through hearing a conversation.
20      Q. From another family member?
21      A. They were discussing a conversation,
22  and I heard it. But I --
23      Q. What did --
24      A. I didn't know, you know, what it was
25  or what they were talking about.

127

1      Q. What did you hear them say?
2      A. Later on, I heard -- she said she had
3  thyroid.
4      Q. Thyroid cancer?
5      A. Uh-huh (affirmative).
6      Q. Okay. What did you hear them say
7  about chemotherapy?
8      A. That she have to have a treatment,
9  and it was going to be a chemo treatment.
10      Q. Okay. Was the discussion that the
11  chemotherapy was going to be a serious
12  treatment?
13      A. I don't know.
14      Q. Okay.
15      A. See, I didn't -- that's all I heard.
16  I didn't hear nothing else after that.
17      Q. Okay. Did your sister Rosemary have
18  any side effects from the chemotherapy
19  treatment?
20      A. I know she lost a lot of weight.
21  When I saw her, she had lost a lot of weight,
22  and some of her hair had fell out.
23      Q. Okay. And you remember that still as
24  you sit here --
25      A. I saw --

128

1      Q. Let me finish the question.
2      A. Oh. Uh-huh (affirmative).
3      Q. Do you remember that still as you sit
4  here today, you have a recollection of being
5  a teenager and observing your sister Rosemary
6  lose a lot of weight during the period she
7  was going through chemotherapy; is that
8  right?
9      A. Yeah.
10      Q. Okay. And as you sit here today, you
11  also have an independent recollection that
12  she lost hair going through the chemotherapy
13  treatment.
14      A. Right.
15      Q. Okay. What do you remember about her
16  hair loss?
17      A. That her hair -- she lost hair. And
18  she lost weight. And I don't know how long
19  she had treatment, but at some point, her
20  hair did come back.
21      Q. Uh-huh (affirmative). Do you
22  remember how long after treatment that was?
23      A. No.
24      Q. But you did know that the weight loss
25  and the hair loss was a side effect of the

129

1  chemotherapy treatment she was undergoing.
2  Was that your understanding at the time?
3      A. Yeah.
4      Q. Did the chemotherapy -- strike that.
5         Was your sister cured of her cancer?
6      A. She was in remission.
7      Q. She went into remission.
8         How long after she was diagnosed did
9  she go into remission?
10      A. I'm not sure.
11      Q. All right. Did she go into remission
12  after the chemotherapy treatment?
13      A. Yeah.
14      Q. Okay. And did she ever have a
15  resurgence of cancer? Was she ever diagnosed
16  again?
17      A. No.
18      Q. Okay. So she went into remission
19  after the treatment and never had any other
20  issues with her cancer; is that --
21      A. No.
22      Q. -- accurate?
23      A. Right. As far as I know.
24      Q. Okay. And what is your other
25  sister's name?

33 (Pages 126 to 129)

130

1      A.  Imelda Dunn.
2      Q.  How old was -- is she a younger
3   sibling?
4      A.  Baby sister.
5      Q.  Baby sister.
6         How much younger is she than you?
7      A.  One year.  Well, she was 49 when she
8   died.
9      Q.  What year was that?
10      A.  Her and Rosemary died five months
11   apart.
12      Q.  Did she die before or after Rosemary?
13      A.  She died after.
14      Q.  What did she die from?
15      A.  Bone cancer.
16      Q.  Was Rosemary living in New Orleans
17   when she died?
18      A.  No.  They both was in Mississippi.
19      Q.  Okay.  And were you living in
20   Mississippi at that time?
21      A.  No.
22      Q.  You were in New Orleans?
23      A.  No.  I was in Texas.
24      Q.  You were in Texas.
25         When did you find out that Imelda was

131

1   diagnosed with cancer?
2      A.  We was trying to receive a diagnosis
3   on her before we left for Katrina.  She was
4   going to the doctors and she was sick, but we
5   couldn't get no answers.  And so we ended up
6   leaving without knowing.  So we all went to
7   Mississippi.  Well, we left late, so we was
8   in Texas.  And then we came back to
9   Mississippi after we got settled.
10      Q.  Were you all living together at the
11   time?
12      A.  Yeah.  At some point after Katrina.
13   Like I said, they was already in Mississippi,
14   with my mom.  And I was stuck in New Orleans
15   for Katrina.  We didn't get out until, like,
16   five days later.  And they flew us to Texas.
17   And so we was in a hotel, and then we -- my
18   nephew picked us up, and he brought us to
19   Mississippi.
20      Q.  Were you living with Rosemary at the
21   time that she was going through her
22   chemotherapy treatment?
23      A.  No.  Unh-unh (negative).
24      Q.  So how often would you see her during
25   the --

132

1      A.  That was when I was young, when
2   she --
3      Q.  Let me finish.
4         How often would you see her during
5   that time?
6      A.  You're talking about Imelda?
7      Q.  Imelda.
8      A.  Well, I was seeing Imelda often
9   before Katrina.
10      Q.  Was she going through her
11   chemotherapy treatment here in New Orleans?
12      A.  No.
13      Q.  It was in Mississippi.
14      A.  Baton Rouge.
15      Q.  In Baton Rouge.
16         So you were traveling to go see her
17   during that time; is that right?
18      A.  Yeah.  I came home.  And in turn, I
19   would come home.  And when I found out she
20   was about -- well, I came home to visit for
21   like holidays.  And she was going through
22   treatment.
23      Q.  You were coming from Mississippi --
24      A.  Texas.
25      Q.  You were coming from Texas, to see

133

1   your family.
2      A.  Uh-huh (affirmative).
3      Q.  Okay.  And during that period, Imelda
4   was going through her chemotherapy
5   treatment --
6      A.  Right.
7      Q.  -- right?
8      A.  Uh-huh (affirmative).
9      Q.  Okay.  And so you personally observed
10   the weight loss and the hair loss during that
11   period, right?
12      A.  Right.
13      Q.  Okay.  And you knew that that was
14   happening from the chemotherapy treatment,
15   right?
16      A.  Yeah.
17      Q.  And Imelda -- pre-Katrina, something
18   had happened, and the family realized she was
19   sick.  Is that accurate?
20      A.  Right.
21      Q.  Okay.  And she was not diagnosed
22   until after Katrina?
23      A.  Right.
24      Q.  Is that right?
25      A.  Right.  Because --

34 (Pages 130 to 133)

134

1    Q. Were you living with Imelda at that
2  time?
3    A. No.
4    Q. Okay. Well, how did you know that
5  she was sick? What were the symptoms?
6    A. She told me she had been sick, and
7  she had been going to the doctor, and they
8  couldn't find out what was wrong. So we was
9  trying to get to Ochsner. Then the storm had
10 came, so . . . It wasn't until she went to
11 Mississippi, and then went to the doctor,
12 too, Baton Rouge, and they diagnosed her with
13 the cancer.
14   Q. What specifically did they diagnose
15 her with?
16   A. Bone cancer.
17   Q. Just bone cancer?
18   A. Yes.
19   Q. How did you find out about her
20 diagnosis?
21   A. Oh I had got a call.
22   Q. Who called you?
23   A. My older sister.
24   Q. What did she tell you?
25   A. She told me that they had diagnosed

135

1  her with cancer and it was in her bones.
2    Q. Rosemary called you.
3    A. Right.
4    Q. And at the time, Rosemary had already
5  been diagnosed with cancer; is that right?
6    A. No. Imelda?
7    Q. Yeah. You're saying Rosemary called
8  you.
9    A. Right. And told me about --
10   Q. To tell you about --
11   A. -- Imelda.
12   Q. -- Imelda's diagnosis.
13   A. Right.
14   Q. At that time, had Rosemary already
15 been diagnosed with cancer?
16   A. No. Rosemary had cancer years back.
17 Rosemary didn't have it at that time. She
18 was --
19   Q. Right. But she had already been
20 diagnosed with cancer --
21   A. Oh, yea.
22   Q. -- many years ago, right?
23   A. Yes.
24   Q. Okay.
25   A. Yes.

136

1    Q. And so what else did Rosemary tell
2  you about your sister's diagnosis?
3    A. At that time, she had to find out
4  more about it because she didn't know at that
5  time what they were going to do. And later,
6  she let me know that her cancer had went too
7  far and they wasn't going to be able to
8  operate or anything. So they just said they
9  couldn't do no more for her. So she was just
10 at home, and she was in hospice.
11   Q. At the time when she called and told
12 you about the diagnosis, from that point to
13 the time when you said there was nothing
14 further that they could do, what was the time
15 lapse there?
16   A. From the time they called me, it was
17 pretty much five days left.
18   Q. Did she ever receive any treatment
19 for her cancer?
20   A. Yeah, there was treatment. And she
21 was going back and forth to Baton Rouge.
22   Q. Okay. For treatment?
23   A. Chemo.
24   Q. For chemo.
25     And I'm happy to take a break if you

137

1  want to take a break. Would you like to take
2  a short break?
3    A. (Nods head affirmatively).
4    Q. Okay.
5      MS. MIMS:
6        Do you want to take a five-minute
7  break?
8      MR. ROOT:
9        Sure. Very good.
10     MS. MIMS:
11       Okay.
12       (Recess).
13 EXAMINATION BY MS. MIMS:
14   Q. Okay. We're back on the record. And
15 I apologize, Ms. Johnson.
16   A. That's okay.
17   Q. But I know it's upsetting for you,
18 but they are questions that --
19   A. Uh-huh (affirmative).
20   Q. -- that I'm going to have to ask.
21   A. I understand.
22   Q. So if you need to take another break,
23 just let me know, and we can take as many
24 breaks as you need. Okay?
25   A. Okay.

35 (Pages 134 to 137)

138

1    Q. So we ended, discussing, Imelda had
2  been diagnosed with bone cancer, correct?
3    A. Yes.
4    Q. And that was after Katrina, right?
5    A. Right.
6    Q. Okay. And Imelda also had
7  chemotherapy treatment; is that right?
8    A. Yes.
9    Q. Okay. And do you remember when
10 Imelda had chemotherapy treatment?
11   A. No.
12   Q. Okay. Were you around during that
13 period of time?
14   A. No.
15   Q. Okay. How did you learn that she had
16 had chemotherapy treatment?
17   A. Phone call to Rosemary.
18   Q. To Rosemary.
19     What did Rosemary tell you about her
20 treatment?
21   A. She had been getting treated for her
22 bone cancer through chemo, and she was going
23 to the doctor with her.
24   Q. How long did she go through
25 chemotherapy treatment? She being Imelda.

139

1    A. I'm not sure.
2    Q. Did Rosemary tell you whether Imelda
3  had any side effects from chemotherapy
4  treatment?
5    A. All from what I saw, she lost weight
6  and lost hair.
7    Q. When did you -- you said from what
8  you saw. When did you observe the weight
9  loss and the hair loss in Imelda?
10   A. About six months before she died.
11   Q. And during that time, was she still
12 undergoing chemotherapy treatment?
13   A. They had put her in hospice.
14   Q. Okay. I want to go over this one
15 more time, to make sure I have the dates
16 correct.
17   A. Okay.
18   Q. Rosemary was diagnosed with thyroid
19 cancer, and you were about 16 at the time; is
20 that right?
21   A. Right.
22   Q. Okay. So that would put it around
23 1977. Does that sound about right?
24   A. No. Because I graduated in '75.
25   Q. So it was earlier.

140

1    A. Right.
2    Q. Was this before -- was Rosemary
3  diagnosed before you got married?
4    A. Yes.
5    Q. Okay.
6    A. Uh-huh (affirmative).
7    Q. So it was in the early '70s, then,
8  when this --
9    A. Right.
10   Q. -- when her diagnosis happened.
11   A. Uh-huh (affirmative).
12   Q. Okay. And it was also in the early
13 '70s when Rosemary had chemotherapy
14 treatment, and you observed her side effects
15 of weight loss and hair loss from that
16 chemotherapy treatment, right?
17   A. Right.
18   Q. And you knew at that time that the
19 side effects were from the chemotherapy
20 treatment, right?
21   A. No. I didn't -- when I found out, I
22 just heard them discussing it. It was from
23 when I heard them say the word chemo. But I
24 didn't really understand what all that was at
25 that time.

141

1    Q. Okay. Well, I'm not asking you if
2  you understood the details of her treatment.
3    A. Right.
4    Q. But did you understand that the side
5  effects that you were observing were from the
6  chemotherapy treatment that she was
7  receiving?
8    A. No, I didn't. I didn't understand
9  what that was at that time.
10   Q. You didn't understand what what was?
11   A. No. I didn't know about chemo at
12 that time.
13   Q. Okay. What did you think it was?
14   A. I really didn't know.
15     MR. ROOT:
16       I'm sorry. What was?
17     MS. MIMS:
18       The chemotherapy treatment.
19 EXAMINATION BY MS. MIMS:
20   Q. You had heard of it?
21   A. Right.
22   Q. And someone in your -- someone told
23 you that Rosemary was undergoing chemotherapy
24 treatment.
25   A. Right. I overheard a conversation,

142

1  so that, in turn, I know, when I heard them
2  say that was from chemo -- her hair loss and
3  her weight loss.
4      Q. When did you hear them say that?
5      A. After she was going through her
6  treatment.
7      Q. After her chemotherapy treatment.
8      A. Right.
9      Q. And that was in the early '70s, that
10  that conversation --
11      A. Uh-huh (affirmative). Yeah.
12      Q. Let me finish.
13      A. Okay.
14      Q. That was in the early '70s, that the
15  conversation about chemotherapy and
16  Rosemary's hair loss and weight loss being a
17  result of that. That's when that took place,
18  correct?
19      A. Yes.
20      Q. Okay. Now, Imelda was diagnosed with
21  bone cancer, post-Katrina, right? And so
22  that would put it in the '06 time period?
23  2006 time period?
24      A. Right.
25      Q. Does that sound about right?

143

1      A. Right.
2      Q. Okay. And she had chemotherapy
3  shortly after you found out about her
4  diagnosis, correct?
5      A. I'm not sure when she started because
6  I was in Texas. But my older sister had told
7  me she was going through treatment, but I'm
8  not sure when it started.
9      Q. Okay. But it was after her diagnosis
10  in --
11      A. Right.
12      Q. Let me finish. It was after her
13  diagnosis in 2006, right?
14      A. Right.
15      Q. Okay. And she passed away in what
16  year?
17      A. It was five weeks before Rosemary.
18      Q. Five weeks before Rosemary?
19      A. Yeah. They died five weeks apart.
20      Q. And what year was that?
21      A. Oh. Nine years ago.
22      Q. So about two --
23      A. No. It would have been longer,
24  because -- let me see. This 7 -- this is
25  '17. 10. My dad would have been 97. About

144

1  '05 or '06.
2      Q. '05, '06.
3      A. Yeah. Somewhere around in there
4  because they was -- my dad was three years
5  after them. And then, a year after that, I
6  got diagnosed.
7      Q. Okay. And so with that date in mind,
8  Imelda's chemotherapy was in the '05 -- in
9  the 2005 to 2006 time frame; is that correct?
10      A. Yes. Somewhere in there.
11      Q. Okay. And you knew Imelda also
12  underwent chemotherapy treatment; is that
13  right?
14      A. Right.
15      Q. And she had both weight loss and hair
16  loss as a result of her chemotherapy
17  treatment, correct?
18      A. Yes.
19      Q. Okay. And at that time when she was
20  undergoing her chemotherapy treatment and she
21  lost weight and lost her hair, you knew that
22  that was as a result of her chemotherapy
23  treatment for her cancer, right?
24      A. Yes.
25      Q. Okay. Are those your only two

145

1  sisters --
2      A. Yes.
3      Q. -- Imelda and Rosemary?
4      A. Yes.
5      Q. Do you have any living grandparents?
6      A. No.
7      Q. Do you know anything about your
8  biological grandparents' history?
9      A. My mother's side, my grandmother died
10  with cancer in '04.
11      Q. Were you close with your grandmother?
12      A. Yes.
13      Q. What kind of cancer did she have?
14      A. She had breast.
15      Q. What was her name?
16      A. Eloise Collins. That would have been
17  1994, the year, the last day of the World's
18  Fair.
19      Q. When did you -- did you know that
20  your grandmother had been diagnosed with
21  breast cancer?
22      A. No. I heard them speak about it.
23  And when she was in the hospital and she
24  could no longer come home, that's when I, you
25  know, knew. I heard them discussing cancer,

37 (Pages 142 to 145)

146

1  and it was breast cancer.
2      Q.  So you found out just prior to her
3  death.
4      A.  Right.  But I was in New Orleans,
5  and, you know, she lived in Mississippi,
6  also.
7      Q.  Since the time that she's passed,
8  have you learned anything about her
9  diagnosis?
10     A.  No.
11     Q.  Okay.  You didn't -- do you know any
12 of the details about her diagnosis with
13 breast cancer?
14     A.  No.  That's all I knew.
15     Q.  Do you know whether she received any
16 treatment for her breast cancer?
17     A.  No.
18     Q.  Tell me who your closest friends are
19 currently.
20     A.  All my friends, they're scattered
21 out, and I haven't seen them in a while; so I
22 really haven't talked to any.  And the ones I
23 did have, well, three dead and two still
24 living; but I don't know where they are.
25     Q.  Who were your closest friends at the

147

1  time of your diagnosis with breast cancer, in
2  2010?
3      A.  Most I was talking with my family.  I
4  didn't have any.  I didn't know where my
5  friends were because I was moving around.
6  Like I say, I was in Texas.  Then I was in
7  Mississippi; so . . .
8      Q.  So at the time of your diagnosis in
9  2010, I know that we've discussed your
10 daughter Tishanne and her six kids.
11     A.  Uh-huh (affirmative).
12     Q.  And your mother.  And we discussed
13 your son.  And we discussed
14 family that you would have regular contact
15 with?
16     A.  Yeah.  I saw them.  Some of them come
17 to see me, but I didn't see them often.
18     Q.  Who would come to see you around that
19 time?
20     A.  Most I saw was my closest relatives,
21 like my daughter, my brother, my grandkids --
22 well, that was the ones closest to me.
23     Q.  Did any of them ever go to any of
24 your doctors' appointments with you?
25     A.  No.  I mostly went alone.  No one

148

1  went with me.
2      Q.  No one ever attended -- went to
3  your doctors' appointments with you.
4      A.  No.  They came to pick me up a couple
5  of times.
6      Q.  Did anyone go to any of your
7  treatments with you -- your chemotherapy
8  treatments?
9      A.  No.
10     Q.  Did you ever discuss Taxotere --
11     A.  No.
12     Q.  -- with any of your family members?
13     A.  No.
14     Q.  Did you ever discuss your injury,
15 your hair loss, with any of your family
16 members?
17     A.  No.
18     Q.  Where did you go to high school?
19     A.  Booker T. Washington.
20     Q.  Okay.  And when did you attend Booker
21 T. Washington?  What years?
22     A.  '73 to '75.
23     Q.  Did you earn a high school diploma
24 from there?
25     A.  Uh-huh (affirmative).  Got my ring.

149

1      Q.  And that was in 1975?
2      A.  Yes.
3      Q.  Did you ever go to college?
4      A.  Yeah, I had some college.
5      Q.  Where did you go?
6      A.  Americo.
7      Q.  I'm sorry?
8      A.  Americo College, VTC.
9      Q.  Let's start --
10     A.  Vocation.
11     Q.  Let's start with the first one.  It's
12 called A Miracle?
13     A.  Americo.
14     Q.  How do you spell that?
15     A.  A-M-E-R-I-C-O.
16     Q.  Okay.  And where is that located?
17     A.  That was on Broad and -- I can't
18 remember the side street.  It was back in the
19 '80s.
20     Q.  How long did you -- were you at
21 Americo?
22     A.  Six months.
23     Q.  Were you there full-time?
24     A.  Yes.
25     Q.  Why did you leave?

38 (Pages 146 to 149)

150

1    A. I graduated.
2    Q. Oh, it was --
3    A. It was a six-month course.
4    Q. Okay.  What was the course in?
5    A. Nursing.
6    Q. Nursing.
7       And then, where did you go after
8  that?
9    A. VTC, Vocational Training Center.
10   Q. Vocational Training Center?
11   A. Yes.
12   Q. When -- I'm sorry.  Let me go back.
13  For Americo, you graduated.  What type of
14  degree did they give you for the six --
15   A. A certificate for nursing assistant.
16   Q. A nursing assistant.  So a CNA?
17   A. Yes, CNA.
18   Q. Okay.
19   A. Uh-huh (affirmative).
20   Q. And you got your CNA in 1980 --
21   A. -- 2.
22   Q. -- 1982.
23      And so the next school that you went
24  to was called what?
25   A. VTC.

151

1    Q. VTC.
2       Is that a graduate school?
3    A. No.  It was a training.  A six-month
4  training course, also.
5    Q. Training in what?
6    A. Cleaners.  Working for the cleaners.
7  I was a presser.
8    Q. When you say presser, do you mean
9  laundry?
10   A. Laundry, yes.
11   Q. Why did you go from nursing school to
12  the six months training course to be a
13  presser?
14   A. I was just doing different things.
15   Q. When you went to nursing school, did
16  you have any intent on becoming a nurse?
17   A. Yes, I did.
18   Q. Okay.
19   A. Uh-huh (affirmative).
20   Q. And then what made you decide to then
21  go to the six-month course to be a presser?
22   A. I was just experiencing at that time.
23   Q. So back in 1982, you were interested
24  in the medical field?  Is that accurate?
25   A. Right.

152

1    Q. And that's why you went to nursing
2  school.
3    A. Right.
4    Q. Did you look for a job after you--
5    A. Yeah.
6    Q. -- received your CNA?
7    A. Uh-huh (affirmative).  I worked.  And
8  I went to school again.
9    Q. When you went to VTC, was that 1983?
10   A. Yeah.
11   Q. And you said you received a
12  certificate?
13   A. Uh-huh (affirmative).
14   Q. What was the certificate in?
15   A. For completing my course in pressing.
16   Q. And then --
17   A. And laundry, you know.  There was
18  different things that we did.
19   Q. What did you do next?
20   A. That's what I mostly did pretty much
21  my life, between nursing and pressing.
22   Q. Well, tell me your first job after
23  receiving your degree from VTC in 1983.
24   A. I was working at a cleaners.
25   Q. What was the name of the cleaners?

153

1    A. It was Uptown at Oak Street.
2    Q. Was that a full-time position?
3    A. Yeah.  Uh-huh (affirmative).
4    Q. How long were you there?
5    A. I was there three years.
6    Q. Three years?
7    A. Uh-huh (affirmative).
8    Q. What did you do next?
9    A. When I was in between that and doing
10  nursing, nurse aide at Jefferson Healthcare.
11   Q. When was your first job as a nurse
12  aide?
13   A. Right after . . .  well, I did
14  nursing aide at a -- I was volunteering when
15  I finished school at Touro Hospital.
16   Q. Was that during the same period of
17  time that you were going to school at --
18   A. No.  That was before.
19   Q. -- VTC?
20   A. Before.
21   Q. Let me finish the question.
22   A. Okay.
23   Q. So you were volunteering before
24  getting your CNA; is that right?
25   A. Uh-huh (affirmative).

39 (Pages 150 to 153)

154

1    Q.   As a nurse's aide.
2    A.   Right.
3    Q.   And is that interest in nursing and
4  healthcare, is that what inspired you to go
5  get your CNA in 1982?
6    A.   Yes.
7    Q.   Okay.  And then you worked for
8  Jefferson Healthcare, correct?
9    A.   Right.
10    Q.   As a nurse's aide.
11    A.   Right.
12    Q.   Beginning in what year?
13    A.   About '85.
14    Q.   How long were you there?
15    A.   Three years.
16    Q.   Tell me the types of things that you
17  did as a nurse's aide at Jefferson
18  Healthcare.
19    A.   Bathe, clean, change bandages, made
20  the beds, bed, exercise.
21    Q.   Did you have to take any type of
22  recertification course for your CNA?
23    A.   Yes.
24    Q.   How often?
25    A.   Every year, I did a course.  And

155

1  through the years -- I mean, you know, as we
2  was working, we did different courses, and we
3  received certificate for different types of
4  training.
5    Q.   So starting in 1983, you had to get a
6  yearly recertification for your CNA?
7    A.   Uh-huh (affirmative).
8    Q.   Did you do that every year?
9    A.   Yes.
10    Q.   And up until what point?
11    A.   Up until I didn't want to -- well,
12  when I stopped doing nursing, then I just
13  stopped my recertification.  And then, when I
14  decided to go back, then I got into it, and
15  then they do another recertification.
16    Q.   Okay.  So from 1983 until -- tell me
17  the year that you -- the last year that you
18  got your recertification before you took a
19  break.
20    A.   Well, I was off and on between that
21  and doing pressing.
22    Q.   Okay.  Why were you alternating
23  between the jobs?
24    A.   Well, sometimes, I wasn't getting
25  along with the nurses.  We were clashing, and

156

1  I would go back to pressing, where I could be
2  off to myself.  I didn't have to be, you
3  know, dealing with the issues.
4    Q.   Okay.  Tell me what you had to do in
5  order to pass your recertification.
6    A.   Take a test.
7    Q.   What was on the test?
8    A.   Questions about dealing with nursing.
9    Q.   Were they questions -- what -- can
10  you -- do you remember, like, the types of
11  questions?
12    A.   Yeah.  It was -- well, that one's for
13  your blood pressure, and what did I have to
14  do to bathe the patients, how would I treat
15  the patient, and patient rights and different
16  things.  They would ask questions about
17  treating patients and feeding them, and how
18  would you weigh them, and use the lift, and
19  how you lift a patient.
20    Q.   Okay.  But there -- so there were
21  some basic medical things that you had to
22  know, like blood pressure, right?
23    A.   Right.
24    Q.   Okay.  And did you have to know or
25  study at all about medications?

157

1    A.   No.  We didn't really do medications.
2    Q.   Okay.  And is that certification a
3  state certification?  Who issues it?
4    A.   Yeah, it's a state certification
5  through -- it's like, if I was in Louisiana,
6  it would be Louisiana.  And say, when I was
7  in Texas, I did a course out there.  And it
8  was -- I was licensed through Texas, too.
9    Q.   So you've been licensed in Louisiana
10  and Texas?
11    A.   Yes.
12    Q.   Was that license ever revoked or
13  suspended at any time?
14    A.   No.
15    Q.   Okay.  When was the last time you had
16  an active CNA license?
17    A.   In Texas.
18    Q.   When?  What year?
19    A.   That would have been around 2005.
20    Q.   So let me make sure I understand
21  this.  From 1983, up to 2005, you on and off
22  worked as a nurse's aide and went for your
23  yearly recertifications of that, right?
24    A.   Yeah.
25    Q.   Okay.  And you had certifications to

40 (Pages 154 to 157)

158

1  be a CNA in both Louisiana and Texas.
2      A.  Yes.
3      Q.  Okay.  But as you sit here today, you
4  couldn't tell me what particular years you
5  didn't have it, right?
6      A.  No.  Because I was off and on.
7      Q.  Right.  Do you think you had it -- do
8  you think that you were certified for most of
9  those years as a CNA?
10     A.  No.  Because before I left for
11 Katrina, I was doing pressing.  And I had
12 been there about six years.
13     Q.  Okay.  And where were you doing the
14 pressing?
15     A.  Doing -- they call it short pieces.
16 And I was doing dry cleaning.
17     Q.  During the time that you worked as
18 the nurse's aide, you mentioned Jefferson
19 Healthcare.  Did you work for anybody else?
20     A.  Yeah.  Metairie Healthcare.
21     Q.  Do you remember what years you were
22 with Metairie Healthcare?
23     A.  No.  It's been so long.
24     Q.  Okay.  Anyplace else?
25     A.  Well, I did like home health.  Home

159

1  health.
2      Q.  And who did you work for doing that?
3      A.  I was out in Texas when I did that.
4      Q.  Was there a particular company you
5  worked for?
6      A.  Yeah.  But I don't remember their
7  name.
8      Q.  Okay.  And home health, you're
9  actually going into someone's --
10     A.  Home --
11     Q.  -- home.  Let me finish.
12     A.  Okay.
13     Q.  You're actually going into someone's
14 home and helping someone who's ill, when
15 you're a nurse's aide for them, right?
16     A.  Right.
17     Q.  Okay.  When you were at Jefferson
18 Healthcare, that's an actual medical
19 facility; is that correct?
20     A.  Yes.
21     Q.  Okay.  So you're working in a
22 hospital-like setting.
23     A.  Right.
24     Q.  Right?
25         Is it a hospital?

160

1      A.  It's a nursing home.
2      Q.  A nursing home.
3         And Metairie -- was it called
4  Metairie Healthcare?
5      A.  Yeah.
6      Q.  Okay.  Is that a hospital-like
7  setting as well?
8      A.  Yeah.  It was a nursing home.
9      Q.  It was a nursing home.
10     A.  Yes.
11     Q.  Okay.  So is it fair to say that at
12 least half of your career, or thereabouts,
13 was in the health field, in the medical
14 health field?
15     A.  Yes.
16     Q.  What was it that you made you
17 interested in that field?
18     A.  Well, I was always around older
19 people, and I was always caring for the
20 elderly.  And when I would be here in New
21 Orleans, well, my mom -- we had a lot of
22 family used to be sick, and they would always
23 be down here at the hospital.
24     Q.  Uh-huh (affirmative).
25     A.  So, I would be the one to go to the

161

1  hospital to see about them and call them and
2  let them know how they were doing.
3      Q.  Because you were in the medical
4  health field, was it the case that your
5  family members would ever turn to you with
6  health questions?
7      A.  No.
8      Q.  No.  Okay.
9         Did you consider yourself more
10 knowledgeable than the average person because
11 of these recertifications that you would get
12 every year?
13     A.  Well, I tried to be -- you know,
14 learn as much as possible.  But my older
15 sister, she was also in the field.  She was
16 the one they would turn to, as far as, you
17 know, questions about anything having to do
18 with medical.
19     Q.  Why would they turn to her?
20     A.  She was the one that most outspoken
21 than I was.  I was mostly on the quiet side.
22     Q.  Okay.  But not necessarily because
23 she had any more knowledge.
24     A.  No.  She was just outspoken.
25     Q.  Could you turn to page -- I'm looking

41 (Pages 158 to 161)

162

1 at Exhibit C, which is still in front of you.
2 Turn to Page 4 of that exhibit.
3     A. All right.
4     Q. You're on Page 4?
5     A. Yes.
6     Q. Okay. And if you look at the bottom
7 quarter of the page, there's a section that
8 says Workers' Compensation and Disability
9 Claims. Do you see that?
10    A. Uh-huh (affirmative).
11    Q. And it says that you filed for
12 disability in 2010. Do you see that?
13    A. Uh-huh (affirmative).
14    Q. Okay. Is that correct?
15    A. Yeah.
16    Q. And the period of disability is 2010
17 to present. Is that still correct?
18    A. Yes.
19    Q. Okay. From whom did you apply to for
20 these disability benefits?
21    A. That was Barkan & Neff.
22    Q. What is Barkan & Neff?
23    A. The attorney.
24    Q. Barkan, B-A-R-K-A-N?
25    A. Barkan & Neff, N-E-F-F. I'm not sure

163

1 how to spell them, but it's Barkan & Neff.
2 But it's over on --
3     Q. Neff?
4     A. -- Terry Parkway.
5     Q. Terry Parkway?
6     A. Yes.
7         MR. ROOT:
8             That's in Gretna.
9         MS. MIMS:
10            Oh. Gretna?
11        MR. ROOT:
12            Yeah.
13        MS. MIMS:
14            Okay.
15 EXAMINATION BY MS. MIMS:
16    Q. And is Barkan & Neff still around, if
17 you know? Does that still exist, if you
18 know?
19    A. I think they are.
20    Q. Okay. And that's the name of the law
21 firm.
22    A. Right.
23    Q. How did you find Barkan & Neff to
24 represent -- to help you with applying for
25 disability?

164

1     A. I saw an ad on TV.
2     Q. And who was your attorney there?
3     A. I don't remember their name.
4     Q. What were you applying to disability
5 for? What's the reason for your disability?
6     A. I couldn't work anymore.
7     Q. And this was after your diagnosis
8 with --
9     A. Yes.
10    Q. -- breast cancer?
11    A. Yes.
12    Q. And is that the correct amount there,
13 $850, that you received?
14    A. Yes.
15    Q. When you applied, who -- was there a
16 doctor involved who helped you, who filled
17 out an application, who actually certified
18 that you were disabled?
19    A. Well, he put, you know, I was
20 disabled. So when he told me I was disabled
21 and I couldn't work, then I went and applied
22 for my disability. Because I had no income.
23    Q. But what doctor did you speak to
24 about this?
25    A. My cancer doctor.

165

1     Q. Is that Dr. Lewis?
2     A. Yeah.
3     Q. And is there a recertification
4 process for the disability?
5     A. No.
6     Q. So the paperwork that you receive is
7 the letter that you discussed earlier, that
8 you receive every year, right?
9     A. Right. That's my award letter.
10    Q. That's your award letter.
11        But you don't have to certify every
12 year that you're still disabled?
13    A. No.
14    Q. Is there a particular court that you
15 had to apply through to obtain the
16 disability?
17    A. No. My lawyers took care of all
18 that.
19    Q. Okay.
20    A. I just applied. And I went to them,
21 and they took care of the rest.
22    Q. When is the last time you've been in
23 contact with someone from Barkan & Neff?
24    A. I haven't.
25    Q. So you receive your letter, your

42 (Pages 162 to 165)

166

1  award letter, every year.
2      A. Yes, in the mail.
3      Q. And that's all you have to do for
4  your disability.
5      A. Right.
6      Q. Okay. Have you ever sought any other
7  type of Social Security benefits?
8      A. No.
9      Q. Have you ever applied for or received
10  workers' compensation?
11      A. No.
12      Q. If you could turn to Page 6.
13      A. (Witness complies).
14      Q. And you'll see the question at the
15  top of that page, says, Were you treated with
16  brand name Taxotere, and it's checked Yes.
17  Do you see that?
18      A. Uh-huh (affirmative).
19      Q. And then, if you look down to
20  Number 4 -- well, let me ask you this: How
21  is it that you know you were treated with
22  brand name Taxotere?
23      A. I don't know. You have to talk to my
24  lawyer.
25      Q. Okay. But as you sit here today --

167

1      A. Uh-huh (affirmative).
2      Q. -- you can't provide me with anything
3  that you know of personally as to why -- as
4  to how you know you were treated with the
5  brand name Taxotere.
6      A. Unh-unh (negative).
7      MR. ROOT:
8          That's a no?
9      THE WITNESS:
10          Huh?
11      MR. ROOT:
12          Is that a no?
13      THE WITNESS:
14          No. No.
15  EXAMINATION BY MS. MIMS:
16      Q. Now, if you look down to Number 4, in
17  the same section.
18      A. Uh-huh (affirmative).
19      Q. Have you made any attempts to confirm
20  that you were actually treated with the brand
21  name Taxotere?
22      A. Repeat the question.
23      Q. Have you made any attempts to confirm
24  that you were treated with the brand name
25  drug Taxotere?

168

1      A. No.
2      Q. Did you talk to -- did you ask your
3  doctors about it?
4      A. No.
5      Q. About what the brand name is that you
6  were treated with?
7      A. No.
8      Q. Okay. And you did no research on
9  your own.
10      A. No.
11      Q. And you didn't attempt to contact any
12  manufacturers, right?
13      A. No.
14      Q. Let's go to Page 7.
15      A. (Witness complies).
16      Q. And I'm looking at question Number
17  11. Do you see that?
18      A. Yes.
19      Q. And there is a chart there that's
20  listed. Do you see that chart?
21      A. Yes.
22      Q. Okay. And who is Dr. Robinson?
23          Is Dr. Robinson, your gynecologist?
24      A. Tulane Avenue. Dr. Robinson on
25  Tulane. I'm not sure. I went to so many

169

1  doctors.
2      Q. Do you have a regular gynecologist
3  that you see?
4      A. Not right now, I don't.
5      Q. Okay. And you don't remember the
6  name Dr. William Robinson?
7      A. I went to a gynecologist, but I don't
8  remember the name.
9      Q. Do you see a gynecologist annually,
10  every year?
11      A. I haven't saw one this year.
12      Q. Okay. And this is not checked for
13  2016. Did you see one in 2016?
14      A. '16. I went to one, but I don't
15  remember where it was at.
16      Q. You went to a gynecologist in 2016.
17      A. Yes.
18      Q. Okay. If you take a look at this
19  chart, the question is asking you: For each
20  of the last seven years before your first
21  treatment with Taxotere, or docetaxel, and
22  since then, who did you see for your annual
23  gynecological exam?
24          Do you see where I read that?
25      A. Uh-huh (affirmative).

43 (Pages 166 to 169)

170

1      Q.  And if you look at the chart, the
2  chart goes -- it dates back from 2008 to
3  2017.  Do you see that?
4      A.  Uh-huh (affirmative).
5      Q.  And the right-hand column has boxes
6  that you mark if it was skipped or missed.
7  Do you see that?
8      A.  Uh-huh (affirmative).
9      Q.  And the boxes that you have checked
10  are 2014 and 2012.  Do you see that?
11      A.  Uh-huh (affirmative).
12      Q.  Okay.  Did you provide someone this
13  information to fill in this part of the form?
14      A.  Yeah.  I signed papers for my medical
15  records to be released to my lawyers.
16      Q.  Are there years in which you'll skip
17  going to your annual gynecological exam?
18      A.  Any what?
19      Q.  Are there years in which you will
20  skip going for an annual gynecological exam?
21      A.  Yeah.  I haven't been going to my
22  regular.
23      Q.  So you don't go regularly every year.
24      A.  No.
25      Q.  Why not?

171

1      A.  I haven't been.
2      Q.  Is there a reason that you don't go
3  regularly every year?
4      A.  Well, at my primary care, well, I was
5  supposed to have been appointed one, but I
6  haven't been appointed one yet because I've
7  been getting different doctors.  I haven't
8  had a stable doctor, and I don't really know
9  the -- you know, about the doctors on the
10  side the river where I live.
11      Q.  Have any of your doctors recommended
12  that you get an annual gynecological exam
13  every year?
14      A.  Yes.
15      Q.  Okay.  But you have not been doing
16  that, right?
17      A.  No.
18      Q.  And do you know how many years you've
19  skipped it?
20      A.  Well, I had one about the last three
21  years.
22      Q.  You have gone in the past three
23  years?
24      A.  Uh-huh (affirmative).
25      Q.  Okay.  But as you sit here, you don't

172

1  know if that was Dr. Robinson or not.
2      A.  No.
3      Q.  And do you have any reason to believe
4  that this is inaccurate, that you skipped in
5  2014, and you skipped in 2012?
6      A.  Yeah.
7      Q.  Do you believe that that is accurate,
8  that you skipped those years?
9      A.  Right.
10      Q.  Let's turn to Page 8.
11      A.  Page 8.  Okay.
12      Q.  I'm sorry.  It's on Page 9.  And I'm
13  looking at the bottom, where it says, Tobacco
14  use history.  Do you see that?
15        The bottom of Page 9.
16      A.  9?
17      Q.  9.
18      A.  Yeah.
19      Q.  Okay.  And that indicates that you
20  don't currently use tobacco.  Is that still
21  correct?
22      A.  No, I do not.
23      Q.  Okay.  You did previously use
24  tobacco, though, right?
25        Were you a previous smoker?

173

1      A.  Yes.
2      Q.  Okay.  And you smoked cigarettes for
3  about 40 years.  Does that sound right?
4      A.  Uh-huh (affirmative).
5      Q.  When did you quit?
6      A.  Before I had my treatment.
7      Q.  Which treatment is that?
8      A.  I mean, before my operation.
9      Q.  Before your mastectomy?
10      A.  Right.  I stopped in May.
11      Q.  Why --
12      A.  May of '10.
13      Q.  Why did you quit smoking?
14      A.  I found out I had cancer.
15      Q.  Okay.  What tobacco products did you
16  use?
17      A.  Kool Filter King.
18      Q.  And when you say you quit because you
19  found out you had cancer --
20      A.  Uh-huh (affirmative).
21      Q.  -- did you think there might have
22  been a link between you smoking and your
23  cancer diagnosis?
24      A.  No.  I just stopped.
25      Q.  What was it about the cancer

44 (Pages 170 to 173)

174

1   diagnosis that made you stop?
2      A. Well, I thought about cancer.  And I
3   know, at some point, some people that smoke,
4   had cancer, and some people that didn't
5   smoke, never smoke a day in their life, got
6   cancer.  So I didn't take the risk any
7   further.
8      Q. You didn't want to take that risk,
9   right?
10     A. Any further, right.
11     Q. Okay.  But during the time that you
12  were smoking during those 40 years, you did
13  know, during that time, that smoking had
14  health risks, including cancer, right?
15     A. Yes.
16     Q. Okay.  How many cigarettes do you
17  think you smoked on average per week before
18  you quit?
19     A. Before I quit, I was smoking like a
20  pack every four days.
21     Q. Did that change over time?
22     A. Yes.
23     Q. Did you used to smoke more or less?
24     A. More.
25     Q. Okay.  When was it that you started

175

1   the, a pack every three to four days?
2      A. About five years ago.
3      Q. About five --
4      A. Yeah, I started --
5      Q. About five years before you quit.
6      A. Right.
7      Q. All right.
8      A. Before I quit.
9      Q. And that was a reduction.  What did
10  you smoke before then?  How much?
11     A. Like a pack every other day.
12     Q. Okay.  Why was it that you reduced
13  the amount that you were smoking?
14     A. I felt the need to slow down so I
15  could quit.
16     Q. All right.  And the pack every other
17  day, what was the time period that you were
18  smoking that amount?
19     A. Every two days, I'd smoke a pack.
20     Q. During what time period?
21     A. That was like before the five years
22  when I broke it down to the pack every four
23  days.
24     Q. Okay.  How many years before the five
25  years were you smoking a pack every other

176

1   day?
2      A. Oh, about 25 to 30.
3      Q. Did you ever make any attempts during
4   that period of time to quit smoking?
5      A. Yes.  Well, I'd slow down.  Then I'd
6   go back.
7      Q. So you would slow down a little bit
8   and then go back up to --
9      A. Uh-huh (affirmative).
10     Q. -- to a pack or two a day.
11     A. And then, after the years went by, I
12  started trying to wean off.
13     Q. Did you ever try something like the
14  patch or any other ways to quit?
15     A. No.
16     Q. When you did end up quitting prior to
17  your surgery, how did you do it?
18     A. I just stopped.
19     Q. You just stopped.
20     A. Uh-huh (affirmative).
21     Q. And that was the first time you had
22  been successful in quitting smoking.
23     A. Right.
24     Q. And do you think your diagnosis with
25  cancer is what made that time successful for

177

1   quitting?
2      A. Yeah.
3         MS. MIMS:
4            I'd like to go a little bit
5   further, if you guys can manage it.  It's
6   12:25.  Can we go a little bit further?
7         MR. ROOT:
8            It's up to you.
9         THE WITNESS:
10           Okay.
11        MS. MIMS:
12           Maybe another 15 minutes, and
13  then we'll take a lunch.
14        THE WITNESS:
15           Okay.
16  EXAMINATION BY MS. MIMS:
17     Q. All right.  Do you currently drink?
18     A. Occasionally.
19     Q. Occasionally.
20        About how much do you drink?  How
21  often do you drink alcohol?
22     A. Oh, just when something going on, I
23  might drink a little glass of wine.
24     Q. When you say, when something is going
25  on, what do you mean by that?  Do you mean --

45 (Pages 174 to 177)

178

1    A. Like activity. If we at a party or
2 wedding.
3    Q. So special occasions?
4    A. Right.
5    Q. Okay. And has that stayed consistent
6 over the years? Have you ever drunk more
7 than that?
8    A. No.
9    Q. Have you ever tried to stop drinking?
10    A. I don't drink that much.
11    Q. Okay. Well, how much would you say
12 you drink per week?
13    A. I might drink two or three glasses a
14 week.
15    Q. Okay. And when you say two or three
16 glasses, two or three glasses of what?
17    A. Wine.
18    Q. And that's all you drink?
19    A. Right.
20    Q. So you don't drink beer?
21    A. No.
22    Q. And you don't drink hard liquor?
23    A. No.
24    Q. At the time that you were undergoing
25 your chemotherapy treatment, how many drinks

179

1 would you say you were -- you consumed per
2 week?
3    A. Oh, I would have one probably every
4 day before my treatment. I was -- you know,
5 I would drink.
6    Q. Every -- you're going to have to
7 explain that.
8    A. Before my surgery and I found out,
9 you know, I was diagnosed, I was a drinker.
10 I used to drink.
11    Q. When you say you were a drinker,
12 before your diagnosis --
13    A. Uh-huh (affirmative).
14    Q. -- tell me -- and when we say before
15 your diagnosis, let's be clear, are we
16 talking about May 2010?
17    A. Yes.
18    Q. Okay. So prior to May 2010, about
19 how many drinks would you have per week?
20    A. Probably three or four. But I would
21 drink maybe a couple of beers. And maybe the
22 weekend, I would have a drink or two.
23    Q. Prior to May 2010.
24    A. Right.
25    Q. And then after you found out about

180

1 your diagnosis, did your drinking habits
2 change?
3    A. Yes.
4    Q. To what? How did they change?
5    A. I didn't do anything until after my
6 treatment. Then I, you know, had a little
7 glass of wine. I would drink two or three
8 glasses a week.
9    Q. After your treatment was over.
10    A. Right.
11    Q. So during the period of your
12 treatment, you didn't --
13    A. I didn't do no drinking.
14    Q. During the period of your treatment,
15 you didn't drink at all.
16    A. No.
17    Q. And was that based upon a
18 recommendation of one of your doctors?
19    A. No.
20    Q. You just made that decision not to
21 drink.
22    A. Yes.
23    Q. Why is that?
24    A. I was on a lot of medication.
25    Q. Has anyone ever indicated that you

181

1 have a problem with alcohol?
2    A. No.
3    Q. Have you ever felt the need to quit
4 drinking other than that period that we've
5 discussed, when you were on medication?
6    A. No.
7    Q. Have you ever used any type of
8 illegal drugs?
9    A. No.
10    Q. If you could turn to Page 17 for me.
11    A. (Witness complies).
12    Q. And I am looking at question
13 Number 6. Do you see that? It says: Have
14 you ever received treatment for the injury
15 you allege in this lawsuit? And you checked,
16 No. Do you see where I am?
17    A. Right.
18    Q. Okay. Is that correct?
19    A. Yes, it is.
20    Q. Okay. And as you sit here today,
21 that is still correct, right?
22    A. Right.
23    Q. Do you intend to seek any treatment
24 for the injury you're alleging in this
25 lawsuit?

46 (Pages 178 to 181)

182

1    A. I don't understand the question.
2    Q. Do you have any intention to seek any
3  treatment?
4    A. No.
5    Q. If you go to page -- I'm on Page 17
6  still, and look at Question 9. Were you ever
7  given any written instructions, including any
8  prescriptions, packaging, package inserts,
9  literature, medication guides, or dosing
10  instructions regarding chemotherapy,
11  Taxotere, or docetaxel?  And you checked,
12  Yes. Do you see that?
13    A. Yes.
14    Q. What information are you referring to
15  there that you were provided?
16    A. My prescriptions, my chemo, and
17  literature on medication.
18    Q. Tell me what you were provided for
19  your prescriptions.
20    A. My medicine, I was receiving the
21  packaging, the literature, where it's telling
22  me the side effects from the medications I
23  was taking.
24    Q. Okay. And this is specifically
25  regarding chemotherapy or Taxotere, and

183

1  literature you've received relating to that.
2    A. Related to my chemo.
3    Q. Yes. Do you remember receiving
4  anything related to your chemotherapy?
5    A. I would receive literature and stuff
6  when I go to my appointments.
7    Q. When you would go to your infusion
8  appointments; is that right?
9    A. Yeah.
10    Q. Okay. What did the literature look
11  like?
12    A. It was little booklets, describing
13  what the chemo.
14    Q. Okay. And I'm going to ask you about
15  those later, and we'll get to that.
16    A. Uh-huh (affirmative).
17    Q. But what did you do with the
18  booklets?
19    A. I read them.
20    Q. Did you take them home?
21    A. Yes.
22    Q. And are they at your house anymore
23  now?
24    A. No.
25    Q. What happened to them?

184

1    A. I got rid of all that.
2    Q. Okay. But you do remember receiving
3  them?
4    A. Yeah.
5    Q. And would you be provided them every
6  time you went for your treatment?
7    A. Well, if they was laying around, I
8  would pick one up and read while I was there.
9    Q. If you could go to page Number 20,
10  please.
11    A. (Witness complies).
12    Q. And I am looking at question
13  Number 5.  Question 5 is: When did you first
14  discuss or see a health care provider about
15  your hair loss? And you'll see, there is no
16  answer to that. Can you answer that now?
17    A. When I first discuss . . . When I
18  first find out about it, my hair loss, was
19  when I realize, after my treatment, it wasn't
20  coming back. And I just felt like I was the
21  unlucky one.
22    Q. Okay. And we're going to get --
23  we'll get into more about that. But what I'm
24  just asking you now is when you first
25  discussed with any health care provider about

185

1  your hair loss. Was it during your
2  treatment?
3    A. Before my treatment.
4    Q. Before your treatment.
5    A. Yes.
6    Q. And who was that discussion with?
7    A. My doctor. He had told me I would be
8  receiving temporary hair loss.
9    Q. And when you say your doctor, you
10  mean Dr. Lewis?
11    A. Yes.
12    Q. So would this have been in 2010?
13    A. Yes.
14    Q. When you say Dr. Lewis told you you
15  would receive temporary hair loss, you
16  remember Dr. Lewis saying those words
17  exactly?
18    A. Yes.
19    Q. If you could turn to page Number 26.
20    A. (Witness complies).
21    Q. And I am looking at question
22  Number 6. Do you see that?
23    And question Number 6 asks you to
24  identify health insurance carriers who
25  provided you medical coverage for the last

47 (Pages 182 to 185)

186

1  ten years.  Do you see that question?
2      A.  Yes.
3      Q.  And you've provided an insurance
4  carrier from 2010 to present.  Do you see
5  that?
6      A.  Right.
7      Q.  Okay.  Who was your insurance carrier
8  prior to May 2010?
9      A.  I had Medicaid.
10     Q.  How long had you had Medicaid?
11     A.  Well, I had the gold card for
12  University when I first started.  And after
13  -- I think I started before my treatment.
14     Q.  On Medicaid?
15     A.  Yes.
16     Q.  What year did you have Medicaid?
17     A.  It had to be right before I started
18  treatment in '10.
19     Q.  So in 2009, you had Medicaid.
20     A.  I think it was '10.
21     Q.  2010, you were on Medicaid.
22     A.  Right.
23     Q.  How about 2009?
24     A.  Unh-unh (negative).  I was still in
25  Mississippi.

188

1      A.  No.
2      Q.  In 2007?
3      A.  No.
4      Q.  No insurance at all.
5      A.  Unh-unh (negative).
6      MS. MIMS:
7          Okay.  That's probably a good
8  place to stop for lunch.
9      MR. ROOT:
10         Okay.  Sure.
11         (Lunch Recess).
12  EXAMINATION BY MS. MIMS:
13     Q.  Before we went to break, Ms. Johnson,
14  I was asking you a little bit about your
15  family.  And I just have a couple of items to
16  clear up.  Was either of your sisters ever
17  diagnosed with breast cancer?
18     A.  No.
19     Q.  Okay.  And if there are medical
20  records that indicate that they were
21  diagnosed with breast cancer, that's a
22  mistake; is that right?
23     A.  Yes.
24     Q.  Okay.  And not medical records of
25  theirs, medical records of yours, where

187

1      Q.  And who was -- did you have insurance
2  at that time?
3      A.  No.  I had a -- they had something
4  like a gold card or something at the hospital
5  out there, so I was using that.  They
6  insurance thing through their hospital.
7      Q.  So you had insurance through your
8  employer.  Is that what you're saying?
9      A.  No.
10     Q.  No.
11     A.  It was through the hospital in
12  Mississippi.  But --
13     Q.  What hospital is that?
14     A.  Centerville.
15     Q.  And is this -- this is -- is this a
16  Medicaid type of program?
17     A.  Yes.
18     Q.  It is.
19     A.  Uh-huh (affirmative).
20     Q.  Okay.  So that's 2009.
21         How about 2008?
22     A.  '08.  No.  I was in Texas.
23     Q.  Did you have insurance at that time?
24     A.  No.
25     Q.  None at all.

189

1  someone has taken down a conversation that
2  you were having, and they put that your
3  sisters had breast cancer, then that's not
4  accurate, right?
5      A.  No.
6      Q.  Okay.  And was either of your sisters
7  ever diagnosed with ovarian cancer?
8      A.  Not to my knowledge.
9      Q.  Okay.  Now, we discussed one
10  grandmother who was diagnosed with breast
11  cancer, right?
12     A.  Yes.
13     Q.  Was that -- I think I misspoke and
14  said biological, and I meant to say maternal
15  or paternal.  Was that your maternal
16  grandmother who was diagnosed with breast
17  cancer?
18     A.  My mother's side.
19     Q.  On your mother's side.  That was the
20  one who died in 1994?
21     A.  Yes.
22     Q.  Okay.  Did you have another
23  grandmother who died of breast cancer?
24     A.  I don't know what my father's mother
25  died with.

48 (Pages 186 to 189)

190

1    Q. So as far as you know, you had one
2 grandmother who was diagnosed with breast
3 cancer.
4    A. Yeah. Because I was young when she
5 died.
6    Q. Did you have any aunts who were
7 diagnosed with breast cancer?
8    A. Not to my knowledge. I don't know
9 about them.
10    Q. Okay. And so if there are medical
11 records that indicate that you had aunts
12 diagnosed with breast cancer, you're not
13 aware of it.
14    A. No.
15    Q. You're not aware of that.
16       Going back to Rosemary, I know you
17 indicated that after chemotherapy, her hair
18 grew back. Do you remember how long it was
19 after her chemotherapy ended, that her hair
20 grew back?
21    A. No.
22    Q. Do you remember approximately?
23    A. No.
24    Q. Do you remember if it was more than a
25 year?

191

1    A. No.
2    Q. Was it more --
3    A. I can't say, but I know her hair grew
4 back.
5    Q. And for any of the relatives that
6 we've discussed, who were diagnosed with
7 cancer, which was your father, your maternal
8 grandmother, and your two sisters, did you go
9 or participate in treatment at all with any
10 of them?
11    A. No.
12    Q. And did you ever accompany any of
13 them to any appointments?
14    A. Well, my father once, with my
15 brother.
16    Q. And you've told us about that.
17    A. Right.
18    Q. Okay. And is that the only one?
19    A. Yes.
20    Q. Were you ever involved in any of the
21 decisions regarding treatment?
22    A. No.
23    Q. Did your sister Rosemary have any
24 other issues with her hair, resulting from
25 the chemotherapy treatment, aside from the

192

1 hair loss?
2    A. No.
3    Q. And if I understand the timeline
4 between Imelda's diagnosis and treatment with
5 chemotherapy, and her death, her death was
6 soon after her treatment with chemotherapy,
7 right?
8    A. Right.
9    Q. Okay. So did Imelda's hair ever grow
10 back after the chemotherapy treatment?
11    A. Yeah. She grew back and then --
12 uh-huh (affirmative). Yes.
13    Q. All right. So Imelda's hair must
14 have grown back relatively quickly, right?
15    A. Right.
16    Q. She had chemotherapy and then -- am I
17 correct that she died within a year of
18 finishing that chemotherapy treatment?
19    A. I don't know when she finished,
20 because I was still in Texas.
21    Q. Uh-huh (affirmative).
22    A. But I know, when I went back to see
23 her, her hair had grew back.
24    Q. About how much time had passed?
25    A. I don't know, because I don't know

193

1 when she had stopped her treatment. Because
2 they had stopped her treatment, and she had a
3 port, and they was giving her medication in
4 that port because she could no longer, you
5 know, do the treatments.
6    Q. Her treatment, I think that we had
7 established -- and this is Imelda's
8 chemotherapy --
9    A. Uh-huh (affirmative).
10    Q. -- treatment -- was in the 2006 time
11 frame, right?
12    A. Uh-huh (affirmative).
13    Q. It was after Katrina, right?
14    A. Right.
15    Q. And did you see her after Katrina?
16    A. Yes.
17    Q. And you saw her during her treatment,
18 right?
19    A. Right.
20    Q. Because you saw her, and she had lost
21 some of her hair because of the chemotherapy.
22    A. Right.
23    Q. Right?
24    A. Then, when I saw her again, she was
25 getting her hair, you know, cut, trimmed, and

49 (Pages 190 to 193)

194

1 stuff.
2    Q. And the next time you saw her, had
3 her hair grown back?
4    A. Yeah.
5    Q. Okay. That next time you saw her,
6 when was that?
7    A. The next time I saw her, it was
8 between -- six months before she died. That
9 was the last time I saw her.
10    Q. And so -- and that was in two
11 thousand --
12    A. Okay. Well, I saw her before my
13 sister passed, because they both was in
14 Texas, and -- what year that was. That would
15 have been that December, before they passed,
16 because my older sister died. That was that
17 -- Christmas was, like, that Wednesday, and
18 she died, like, that Friday, after Christmas.
19    Q. And that was 2006.
20    A. '06, yeah. And five weeks after
21 that, Imelda passed.
22    Q. And before Christmas of '06, the last
23 time you had seen Imelda, when she was
24 undergoing chemotherapy treatment, was that
25 earlier in the year in 2006?

195

1    A. Yeah.
2    Q. Okay.
3    A. Because she wasn't able to travel
4 anymore.
5    Q. Do you remember if it was winter,
6 spring, or summer?
7    A. No, I don't remember.
8    Q. But sometime earlier that year?
9    A. Right.
10    Q. So no more than a year had gone by
11 between the last time you had seen her and
12 she was undergoing chemotherapy treatment.
13    A. Uh-huh (affirmative).
14    Q. Okay. And then when you saw her
15 later that year, the hair loss that you
16 observed had grown back, correct?
17    A. Yeah.
18    Q. Do you know whether your grandmother
19 had any surgery after her diagnosis with
20 breast cancer?
21    A. No, I don't know.
22    Q. Has anyone in your family ever been
23 diagnosed with the BRCA1 or BRCA2 genes?
24    A. No.
25    Q. Now, you have done self-breast exams,

196

1 right?
2    A. Right.
3    Q. When did you begin those?
4    A. Oh, during -- I started when I was,
5 like, 40.
6    Q. So about 20 years ago?
7    A. Yeah.
8    Q. Who recommended that you perform
9 self-breast exams?
10    A. My doctor at that time.
11    Q. Do you remember who that doctor was?
12    A. I was going to a clinic on Washington
13 and Galvez at that time.
14    Q. Do you remember the name of the
15 clinic?
16    A. It's not there anymore, but I don't
17 remember the name.
18    Q. Okay. How often would you perform
19 them?
20    A. Every month.
21    Q. Once a month?
22    A. Yeah.
23    Q. And who told you how to do a
24 self-breast exam?
25    A. My doctor.

197

1    Q. Your doctor showed you how to do one.
2    A. Right. Uh-huh (affirmative).
3    Q. And did you have -- at that time,
4 were you having an annual physical exam?
5    A. Well, I started when I was 40 --
6    Q. Uh-huh (affirmative).
7    A. -- and I would get -- started getting
8 my mammogram since I was 40. That's when I
9 started taking my yearly mammograms.
10    Q. So you started getting mammograms at
11 40 years of age?
12    A. Yes.
13    Q. Okay. And did you get one every
14 year?
15    A. Yes.
16    Q. Did you ever skip a year?
17    A. No.
18    Q. So from 40 until the time you were
19 diagnosed, you had a mammogram every year.
20    A. Yes.
21    Q. Where did you get those mammograms?
22    A. At my doctor's office, where they
23 prescribed me to go to the doctor. If they
24 didn't perform it at the office and check me
25 at the office, well, I would go to the clinic

50 (Pages 194 to 197)

198

1 and have a mammogram done.
2    Q. Is this the clinic that you're saying
3 it no longer exists?
4    A. Yeah. Different ones. Because
5 between that time, I was going to different
6 doctors. I was never going to the same
7 doctor.
8    Q. Okay. If the medical records
9 indicate that you never had a mammogram prior
10 to May 2010, when you were diagnosed with
11 cancer, are you saying that's incorrect?
12    A. Yeah. I had a mammogram.
13    Q. Okay. Can you think of any of the
14 places where you had a mammogram during those
15 20 years?
16    A. Yeah. The clinic where I was going.
17    Q. What's the name of that clinic?
18    A. I don't remember the name.
19    Q. That's the one you don't remember the
20 name.
21    A. Right. Uh-huh (affirmative).
22    Q. Okay. Where else?
23    A. I was going to her, and then I was
24 getting my other mammograms at my other
25 doctor, but I was going to Touro. I was

199

1 going to Touro.
2    Q. Where is Touro?
3    A. Uptown on Prytania.
4    Q. Is that the name of a hospital?
5    A. That's the hospital.
6    MR. ROOT:
7       Touro Infirmary.
8    THE WITNESS:
9       But I had a doctor --
10    MS. MIMS:
11       Touro, oh.
12    THE WITNESS:
13       -- and he was through the
14 hospital. He was on Prytania. I don't know
15 what his name is. I went to him for -- most
16 of those 20 years, I went to him.
17 EXAMINATION BY MS. MIMS:
18    Q. You don't recall his name?
19    A. No.
20    Q. Okay. Is Touro Infirmary still
21 there?
22    MR. ROOT:
23       Uh-huh (affirmative).
24    MS. MIMS:
25       Okay.

200

1    THE WITNESS:
2       Yes.
3 EXAMINATION BY MS. MIMS:
4    Q. And when is the last time you had a
5 mammogram at Touro?
6    A. No. It was through my doctor. He
7 worked out of Touro, but his clinic --
8    Q. I see.
9    A. -- his office was on Prytania.
10    Q. That's the name of the street?
11    A. Yeah. Prytania.
12    Q. Is that clinic still there?
13    A. I'm not sure. Because he was, like,
14 an older doctor then, so I'm more than sure
15 he's retired.
16    Q. When is the last time that you had a
17 mammogram?
18    A. I just had one.
19    Q. You just had one.
20    A. Right.
21    Q. So from the time you were 40, until
22 your last one, was that this year in 2017?
23    A. Yes.
24    Q. You've had a mammogram every year?
25    A. Right.

201

1    Q. Who recommended -- was there someone
2 who recommended that you start getting a
3 mammogram at 40?
4    A. Yeah. When I had my physical with my
5 gynecologist, she recommended that I start it
6 after she was, you know, asking me about -- a
7 medical question about my family, did anybody
8 have cancer and stuff. And so she
9 recommended that I start getting my
10 mammograms at 40.
11    Q. Okay. That was going to be my next
12 question. So your gynecologist recommended
13 that you get them at 40. And in that
14 conversation, she referenced your family
15 history of cancer.
16    A. Right.
17    Q. Okay. And who was your gynecologist
18 who recommended that?
19    A. She was uptown, too, on Prytania, at
20 that time. I don't remember her name.
21    Q. Were you ever told, after having
22 these mammograms, that you ever had
23 fibrocystic breasts?
24    A. No.
25    Q. Okay. After you would have the

51 (Pages 198 to 201)

202

1  mammogram, would you -- how would you find
2  out the results?  Would you go in and talk to
3  someone?
4      A.  They would call me --
5      Q.  They would call you.
6      A.  -- and let me know my results were
7  okay, or they would mail me a letter.
8      Q.  Were you ever told that you had lumpy
9  breasts?
10     A.  No.
11     Q.  Were you ever told that your breasts
12 were dense?
13     A.  No.
14     Q.  Prior to 2010, did you ever feel a
15 lump in your breast?
16     A.  No.
17     Q.  And prior to 2010, did any of those
18 mammograms indicate any suspicious findings
19 or that anything was wrong?
20     A.  No.
21     Q.  Did you ever have to go back for a
22 repeat mammogram during that time?
23     A.  No.
24     Q.  And so your last mammogram, you said,
25 was this year?

203

1      A.  Yeah.
2      Q.  Where did you have that?
3      A.  DIS on Westbank Expressway.
4      Q.  What does DIS stand for?
5      A.  Diagnostic Imaging.
6      Q.  Diagnostic Imaging.  What's the S?
7      A.  Systems.
8      Q.  Okay.  We can figure that out.  And
9  that's on what street?
10     A.  Westbank Expressway, Avenue D.
11     Q.  Have you received the results from
12 that exam?
13     A.  Yes.  Uh-huh (affirmative).
14     Q.  What were the results?
15     A.  It was fine.
16     Q.  Okay.  Tell me a little bit about the
17 time just prior to finding the lump in your
18 breast.  You were in Mississippi at that
19 time?
20     A.  Yes.
21     Q.  Okay.  And you were living with your
22 mother.
23     A.  Yes.
24     Q.  Were you working?
25     A.  No.

204

1      Q.  How long had it been since you had
2  last worked?
3      A.  Before Katrina.  I mean, you know,
4  before leaving for Katrina.
5      Q.  So from 2006 to two thousand -- to
6  the time -- from 2006, to the time of finding
7  the lump in your breast, you hadn't worked.
8      A.  Yeah.  I worked in Texas.
9      Q.  Okay.  But let's back up.
10     A.  Okay.
11     Q.  Prior to finding the lump in your
12 breast, which was May 2010; is that right?
13     A.  Right.
14     Q.  Okay.  When was the last time you
15 worked before that?
16     A.  Before I got the lump in my breast?
17     Q.  Before you found the lump --
18     A.  Uh-huh (affirmative).
19     Q.  -- when was your last employment?
20     A.  I was on Canal Boulevard.  That would
21 have been the days when they shut the city
22 down, right before Katrina.
23     Q.  Okay.  And what types of -- you were
24 living with your mother.
25     A.  Uh-huh (affirmative).

205

1      Q.  What types of things were you doing
2  at that time?  What was your life like, if
3  you could tell me about it, like, on a daily
4  basis?
5      A.  Well, we was up there for the storm,
6  and I had my grandkids, so I had the kids.
7  So I had to -- I put them in school.  So
8  getting them off to school and cooking and
9  cleaning and seeing about them.
10     Q.  These are Tishanne's kids?
11     A.  Right.
12     Q.  And they were in Mississippi with
13 you.
14     A.  Right.
15     Q.  So it was -- and was Tishanne there
16 as well?
17     A.  No.  Tishanne had -- when she went
18 back to Texas, to get housing.
19     Q.  Okay.  How many of the grandkids were
20 living with you and your mother at the time
21 in Mississippi?
22     A.  Six.
23     Q.  And are you saying you were their
24 primary caregiver at that time?
25     A.  Right.

206

1    Q.  Okay.  So that was your main role and
2  what you were focused on.
3    A.  Right.  Uh-huh (affirmative).
4    Q.  And would you do the shopping, the
5  cooking?
6    A.  Uh-huh (affirmative).  Yes.
7    Q.  Did you also have to care for your
8  mother at that time?
9    A.  No.  She still pretty much take care
10  of herself.
11    Q.  And at that time, how old -- what was
12  the age range of the kids who were living
13  with you?
14    A.  14, 13.  Well, there's a gap.  They
15  was, like, 6, 4, and the baby was 1.
16    Q.  So ranging from an infant to
17  teenagers.
18    A.  Uh-huh (affirmative).
19    Q.  Okay.
20    A.  Yes.
21    Q.  And were you taking care of all of
22  them by yourself?
23    A.  Yes.
24    Q.  Did your mother help you at all?
25    A.  Yeah.  She was there.

207

1    Q.  Okay.  Were you in any type of
2  relationship at that time with a significant
3  other?
4    A.  No.
5    Q.  During that time, I know that you had
6  discussed Donell and Dinika as people who
7  would do your hair, right?
8    A.  Right.
9    Q.  Would they do your hair during that
10  period?
11    A.  In Mississippi?
12    Q.  In Mississippi.
13    A.  Yes.
14    Q.  Okay.  When did that start?  Let's
15  start with Donell.  When did he start doing
16  your hair?
17    A.  It was after Mississippi.  Well, they
18  would braid.  I would do the twists.
19    Q.  Okay.  And he -- Donell was the
20  oldest of the grandkids?
21    A.  Yes.
22    Q.  And at that time, he was the -- on
23  the 14 to 16 range of that infant to
24  teenager.
25    A.  Right.

208

1    Q.  Okay.  Was he doing hair as a
2  teenager?
3    A.  Uh-huh (affirmative).  Yeah.
4    Q.  That's great.
5    A.  Uh-huh (affirmative).
6    Q.  And how about Dinika?
7    A.  Well, she was more like -- she didn't
8  start until, like, later, until she was about
9  18.
10    Q.  How often was Donell doing your hair
11  at that time?
12    A.  Once a month.
13    Q.  Once a month?
14    And during that period before you
15  found the lump in your breast --
16    A.  Uh-huh (affirmative).
17    Q.  -- did you have any health problems
18  or any other issues that impacted your
19  ability to take care of the kids and to help
20  out around the house and to do the things
21  that you've just described?
22    A.  No.
23    Q.  Okay.  And were you able to go out
24  and also enjoy other activities?  Did you
25  have --

209

1    A.  Yes.
2    Q.  Yeah.  What other things did you like
3  to do?
4    A.  Oh, I liked to go outdoors, do things
5  outside, fish.  We was hunting at the time,
6  while we being in the woods, in the country.
7  And I sew, crochet, knitted, cook.
8    Q.  Okay.  Do you still do those things
9  today?
10    A.  No.  I can't do too much with my
11  hands due to the neuropathy.
12    Q.  Okay.  And I'll ask you some more
13  about that.
14    So tell me about how it came about,
15  the day that you discovered there was a lump
16  in your breast.
17    A.  I gave myself a self-examination.
18    Q.  And it had been -- had it been
19  approximately a month since your last
20  examination?
21    A.  No.  I hadn't had it, but I had had a
22  physical at the doctor's office prior to
23  that, like, two months.  And after leaving
24  the doctor's office, within them two months,
25  and when I self-examined myself again two

53 (Pages 206 to 209)

210

```
 1   months later, it felt like it was a knot, so
 2   I went to get it checked out.
 3        Q.  Was there anything that spurred you
 4   to check your breasts?  Were you having pain
 5   or anything like that at the time?
 6        A.  No.  I was just used to checking
 7   myself when I'm bathing.
 8        Q.  Okay.
 9        A.  Things of that nature.
10        Q.  So you were just checking yourself --
11        A.  Right.
12        Q.  -- as you normally did.
13        A.  Uh-huh (affirmative).  Well, it
14   really got, you know, more after my dad
15   passed, and then I had lost my two sisters,
16   so I was really on the urge of keeping, you
17   know, check, because I was afraid I was next.
18        Q.  So after you had, you know, multiple
19   family members --
20        A.  Uh-huh (affirmative).
21        Q.  -- who had died and had previously
22   been diagnosed with cancer, you were very
23   concerned about you getting cancer; is that
24   fair?
25        A.  Right.
```

211

```
 1        Q.  Okay.  And so you were pretty good
 2   about going and giving yourself your breast
 3   exams.
 4        A.  Right.
 5        Q.  And so, when you felt the lump, what
 6   did you think?
 7        A.  I was thinking in my mind, it's
 8   cancer.  So I did not know how to diagnose
 9   myself about it, so I went to the doctor to
10   let him examine me more and find out.
11        Q.  You were in Mississippi at the time.
12        A.  Right.
13        Q.  And did you have insurance at that
14   time?
15        A.  No.  I went to their hospital, and
16   they have, like, a little special thing what
17   they do, like a gold card or something.
18        Q.  That's the card you described
19   earlier.
20        A.  Right.
21        Q.  Do you remember who the doctor was
22   that you went to?
23        A.  No.
24        Q.  Did you go to a primary care doctor?
25        A.  Yeah.  I went to, like, a clinic,
```

212

```
 1   they have out there.  It was a clinic.  And I
 2   went to the clinic, to the little doctor in
 3   the -- you know, the little town and the
 4   clinic.  They have a little clinic.  So I
 5   went there to get checked out.
 6        And I explained to him that, you
 7   know, I felt a knot in my breast.  So he
 8   examined me, and he checked it.
 9        Q.  How long after you felt the breast --
10   the lump in your breast, was it before you
11   went to the clinic?
12        A.  Like, I called the next day and made
13   an appointment.  And it was, like, two or
14   three days after, I got the appointment, and
15   I went in.
16        Q.  Did you go alone?
17        A.  Yes.
18        Q.  I know we discussed earlier, that you
19   had spoken to your mom.  Is that the point at
20   which you felt the lump, and then did you
21   tell your mother about it before you went
22   into the clinic?
23        A.  No.
24        Q.  Okay.
25        A.  Because I wanted to find out more.
```

213

```
 1        Q.  So you felt the lump in your breast,
 2   and the next day, you called and went into
 3   the clinic, right?
 4        A.  No.  I called and made an
 5   appointment.
 6        Q.  And made an appointment.  And then
 7   how many days later did you go?
 8        A.  It was, like, the second or the third
 9   day.
10        Q.  And then what did the doctor tell you
11   once you went to the clinic?
12        A.  He told me he did feel a knot in my
13   breast, and I would need further tests to
14   find out more.  So I then, in turn, got a
15   second opinion.
16        Q.  And how much time passed between
17   going to the doctor at the clinic then to
18   getting a second opinion?
19        A.  The next week.
20        Q.  Okay.  Where did you go to get the
21   second opinion?
22        A.  From the next town over.
23        Q.  What was that?  What was the name of
24   that town?
25        A.  Centerville.
```

54 (Pages 210 to 213)

214

1    Q. Centerville, Mississippi?
2    A. Yes.
3    Q. Do you know the name -- did you go to
4  a clinic?
5    A. Yes.
6    Q. Do you know the name of that clinic?
7    A. No, I don't know the name of it.
8    Q. Did you get examined by a doctor
9  there?
10   A. Yes.
11   Q. Do you remember that doctor's name?
12   A. No.
13   Q. What was the recommendation of that
14 doctor?
15   A. He checked me, and he recommended
16 that I get a biopsy. But he, in turn, wanted
17 me to go 123 miles to get the biopsy, to
18 another hospital or clinic. But I, in turn,
19 came home to get, you know, seen about here,
20 because I was close to family, and it was
21 too far. I didn't have nobody out that way
22 to come and see about me.
23   Q. Where was it that he recommended you
24 go for the biopsy?
25   A. It was Jackson, Mississippi.

215

1    Q. Why was he recommending that you go
2  so far away?
3    A. That was our -- see, other than a
4  little small, small town, they don't really
5  have hospitals and clinics and stuff. So
6  that would be the bigger place where they
7  have more hospitals and more health care for
8  you.
9    Q. So that was the closest place to
10 where you were in Mississippi.
11   A. Right.
12   Q. Okay. And you, then, decided to come
13 back to New Orleans.
14   A. Yes.
15   Q. And where did you go when you came
16 back -- well, how long after getting your
17 second opinion was it before you came back to
18 New Orleans?
19   A. I came home right before May. I came
20 home. All this was going on between, like,
21 March, April. I was, you know, trying to
22 feel about what was going on. So I came home
23 in May. And that was Monday after Mother's
24 Day, I went to the doctor here at University.
25   Q. How much time had passed between the

216

1  time you first felt the lump in your breast
2  until you actually ending up back in New
3  Orleans?
4    A. Two months.
5    Q. Two months. Okay.
6    So you actually discovered the lump
7  in April --
8    A. Uh-huh (affirmative).
9    Q. -- of 2010, right?
10   A. Right.
11   Q. And before coming back to New
12 Orleans, you told your mother about the lump,
13 right?
14   A. Yeah.
15   Q. Okay. And that's the conversation we
16 discussed earlier.
17   A. Right.
18   Q. Did you tell anyone else?
19   A. Not at that time.
20   Q. Okay. Who was the next person that
21 you told?
22   A. My daughter.
23   Q. And when you came from Mississippi to
24 New Orleans, did you go straight to
25 Tishanne's house? Meaning -- because I know

217

1  you said you moved in with Tishanne, right?
2    A. Yeah.
3    Q. So when you came from Mississippi to
4  New Orleans, did you immediately move in with
5  Tishanne?
6    A. Yeah.
7    Q. Okay. And when did you tell
8  Tishanne?
9    A. After I went to the doctor and found
10 out more.
11   Q. After you went to the doctor in New
12 Orleans?
13   A. Yeah. I had the biopsy.
14   Q. Okay. And do you remember getting
15 the results of your biopsy?
16   A. Yes.
17   Q. When was that?
18   A. It was in 2010. That should have
19 been -- that was May.
20   Q. May of 2010.
21   A. Right.
22   Q. And where was the biopsy performed?
23   A. University.
24   Q. What were you -- who gave you the
25 results of your biopsy?

55 (Pages 214 to 217)

218

1     A. The doctor at that time I had. It
2   was a lady. I don't remember her name, but
3   she gave me the biopsy and recommended me to
4   an oncologist.
5     Q. What did she tell you?
6     A. That the lump was cancer.
7     Q. Did she give you any further details?
8   Did she give you a grade, tell you how big
9   the lump was, tell you whether it had gone to
10  any lymph nodes?
11    A. Something. Yeah, she told me that it
12  was a IIB, and I did have lymph nodes that
13  had to be removed.
14    Q. Did you understand what that meant?
15    A. No.
16    Q. Did you know what IIB meant?
17    A. No.
18    Q. Did you ask her any questions?
19    A. I asked her, was that the size of the
20  tumor, when she said IIB, and she said, yes.
21    Q. She told you that IIB was the size of
22  the tumor.
23    A. Right.
24    Q. And what did you understand that to
25  mean?

219

1     A. The lump was a IIB.
2     Q. Did you understand what that meant in
3   terms of your prognosis?
4     A. No, I didn't.
5     Q. Did you understand what that meant in
6   terms of the seriousness of it?
7     A. No.
8     Q. Okay. Did you follow up with anyone
9   to find out?
10    A. Well, she recommended me to the
11  oncologist, and the oncologist explained to
12  me what I would have to do before I had
13  surgery. He recommended my surgery, then
14  chemo, and then radiation.
15    Q. And the oncologist you're talking
16  about, is that Dr. Lewis?
17    A. Well, once she referred me to the
18  oncologist, yes, Dr. Lewis. And my surgeon
19  was Dr. Wey.
20    Q. Okay. And do you remember a
21  Dr. Barnhill? Does that name sound familiar?
22    A. Barnhill. Well, that may have been
23  one that was filing in. But Dr. Wey was my
24  surgeon, and Dr. Lewis was my oncologist.
25    Q. Okay. So do you remember your first

220

1   meeting with Dr. Lewis, when he told you
2   about your diagnosis?
3     A. Yeah.
4     Q. And what did Dr. Lewis say to you?
5     A. He told me that it was cancer, and
6   that the biopsy turned out to be a IIB. And
7   I had lymph nodes that would have to come out
8   from under my arm, and I would need surgery
9   to remove the lymph nodes, and my breast
10  would have to be removed.
11    Q. Did he explain to you what IIB meant?
12    A. Yeah. He explained it, but I really
13  didn't understand at that time.
14    Q. Okay. As you sit here today, do you
15  understand what it meant to be IIB --
16    A. No.
17    Q. -- when they were saying that?
18    A. Unh-unh (negative). No.
19    Q. Did he explain to you why your lymph
20  nodes had to be removed?
21    A. He explained it, but I didn't
22  understand it. You know, medical terms.
23    Q. Okay. Did you ask him any questions
24  about it?
25    A. No. I just knew what he said.

221

1     Q. Okay. And I believe you said he said
2   your breast had to be removed. Did he tell
3   you, both of them, or what did he say about
4   that?
5     A. One. So I wanted to -- I was
6   concerned about the other one, after having
7   surgery on that one. Then I was wondering
8   what was going to happen to the other one,
9   because I was afraid that, you know, it might
10  go to that one, too, so I was asking, did I
11  need to get both removed at that time.
12    Q. And what did he say?
13    A. No, it wasn't necessary.
14    Q. Okay. Was there ever any discussion
15  of getting the lump removed, getting a
16  lumpectomy, as opposed to a mastectomy?
17    A. It was too big, and -- well, I had to
18  have the chemo and then the radiation. It
19  wasn't -- he told me it had to be removed,
20  the whole breast.
21    Q. So his recommendation was a complete
22  mastectomy of your left breast; is that
23  right?
24    A. Right.
25    Q. Okay. And did you try and get a

56 (Pages 218 to 221)

222

1  second opinion regarding his recommendations?
2     A.  No.
3     Q.  Did you do any follow-up regarding
4  his recommendations, in terms of research
5  yourself?
6     A.  No.
7     Q.  Okay.  So you relied on what he
8  advised you to do?
9     A.  Right.
10     Q.  He meaning Dr. Lewis.
11     A.  Right.
12     Q.  Did you ask him any questions about
13  the treatment plan?  Did you ask him any
14  questions about the mastectomy?  Let's start
15  there.
16     A.  No.
17     Q.  At that time, was it at that first
18  meeting, that he told you you were going to
19  have to get -- that he recommended radiation?
20     A.  No.  It was after my surgery.  Well,
21  we had discussed chemo and radiation.  But at
22  that time, we went with the surgery first.
23  And after surgery, we discussed about the
24  chemo.
25     Q.  Well, let's stick with the first

223

1  meeting with Dr. Lewis, that you went to,
2  where --
3     A.  Uh-huh (affirmative).
4     Q.  -- he's telling you that it's IIB,
5  that you have to get your lymph nodes
6  removed, and that you have to get your breast
7  removed.
8     A.  Right.
9     Q.  Was there any discussion of the
10  chemotherapy and the radiation treatment at
11  that initial meeting?
12     A.  Yes.
13     Q.  What did he tell you?
14     A.  After receiving my surgery, I would
15  need chemo, and after the chemo, I may need
16  the radiation to follow up.
17     Q.  So he gave you an overview of the
18  whole treatment plan.
19     A.  Right.
20     Q.  And this was all in person?
21     A.  Yes.
22     Q.  Was anyone else present?
23     A.  No.
24     Q.  At the time of that diagnosis, did
25  you have any other health problems?

224

1     A.  No.
2     Q.  Had you been diagnosed with
3  hypertension at that point?
4     A.  Yes.
5     Q.  And were you on any medications to
6  control your hypertension at that point?
7     A.  Yes.
8     Q.  Do you recall Dr. Lewis giving you a
9  referral to genetic counseling at that
10  meeting?
11     A.  Genetic counseling, yes.
12     Q.  What did he say?
13     A.  I went to Ochsner, to the genetic
14  clinic.  They give genetic testing.
15     Q.  Did you know why you were getting
16  that testing?
17     A.  To find out more about my family and
18  me with the cancer.
19     Q.  Did you ever get the results of that?
20     A.  Yeah.  I had genetic testing.  But at
21  that time, I didn't get it done because they
22  didn't have the funding and the resources.
23  But I did have one.  But I think it was last
24  year, I did the genetic, and I didn't have
25  any problem with it.

225

1     Q.  When you say you didn't have any
2  problem with it, does that mean your test
3  results were negative?
4     A.  Were good.  Yeah.
5     Q.  Okay.  And do you understand that
6  test to be the BRCA1 and the BRCA2 gene test?
7     A.  Yeah.  I took that -- that was this
8  year, I took it.
9     Q.  Okay.  What was the test that you
10  took at that time for genetic counseling?
11     A.  Well, the test I took was supposed to
12  have been the BRCA1, but they didn't have the
13  resources for me to take it at that time.
14  But I did take it this year, earlier this
15  year.  I took it at Tulane.
16     Q.  Back when you went to see Dr. Lewis
17  on that first visit when he was telling you
18  about your cancer diagnosis, did he provide
19  you with any written materials?
20     A.  Yeah.  I had, like, booklets to read
21  and stuff.
22     Q.  What were the booklets about?  And
23  I'm just talking about your --
24     A.  Right.
25     Q.  -- very first meeting with him.

57 (Pages 222 to 225)

226

1    A. It was pertaining to chemo and what
2 the -- the signs to look for, and all the
3 side effects.
4    Q. That was on your first meeting, where
5 he was explaining your diagnosis and
6 treatment plan?
7    A. Uh-huh (affirmative).
8    Q. Okay. And you recall specifically,
9 that he gave you a booklet on chemotherapy?
10    A. Well, I had booklets in the doctor's
11 office where I picked up to read.
12    Q. While you were waiting for an
13 appointment?
14    A. Right.
15    Q. Tell me what you recall about what
16 those documents said.
17    A. In the book, it was referring to what
18 to expect, how the side effects would make me
19 sick, nauseated.
20    Q. Did it discuss hair loss?
21    A. Yeah. It did say temporary.
22    Q. The booklet that you read said
23 temporary.
24    A. Yes.
25    Q. Did you -- what else did it say?

227

1    A. That during the chemo process, it
2 will make you, you know, sick, nauseated,
3 diarrhea.
4    Q. Any other side effects that you can
5 recall that the booklet said?
6    A. It had temporary hair loss.
7    Q. Anything else?
8    A. Well, I had problems with my chest
9 area, where I had had the surgery.
10    Q. Well, I don't want to get into the
11 problems that you had just yet.
12    A. Okay.
13    Q. I'm just talking about the material
14 that you read in the office.
15    A. Uh-huh (affirmative).
16    Q. Did the materials say that you might
17 have problems with your chest?
18    A. No.
19    Q. Okay. So what you recall the
20 materials saying is nausea, vomiting, and
21 temporary hair loss.
22    A. Yes.
23    Q. Okay. And you recall that the
24 material specifically said temporary, right?
25    A. Right.

228

1    Q. Now, that booklet related to
2 chemotherapy?
3    A. Yes.
4    Q. Did you review anything related to
5 your mastectomy procedure that you were going
6 to have?
7    A. No. I didn't have anything about
8 that.
9    Q. And how about related to radiation?
10    A. No.
11    Q. You said that you read those while
12 you were in the waiting room waiting for your
13 appointment. When you actually went in there
14 and you were talking to Dr. Lewis, did you
15 ask him anything about the materials that you
16 read?
17    A. No.
18    Q. In the materials that you read, was
19 it about chemotherapy generally, or did it
20 refer to specific chemotherapeutic drugs?
21    A. Just generally.
22    Q. Generally.
23    A. Yeah.
24    Q. After you received this news that you
25 definitely had cancer, and you receive your

229

1 staging and your treatment recommendation --
2    A. Uh-huh (affirmative).
3    Q. -- what did you do next? Did you
4 tell anyone?
5    A. Well, I was contemplating, but I was
6 a little bit nervous about the situation, so
7 I really didn't know what to do. So I did
8 talk to my mother at that time and let her
9 know that it was official, that I did have
10 cancer, and it was breast cancer.
11    Q. And what did she say?
12    A. She was in awe. She didn't know what
13 to say.
14    Q. When you were speaking with Dr. Lewis
15 and he was providing you this information,
16 did he give you any information about your
17 chances of survival, or your prognosis?
18    A. Yes. He told me, having the surgery,
19 I would have a ten-year span -- at least a
20 ten-year span.
21    Q. Okay. Is that it?
22    A. Yeah. He explained everything
23 thoroughly and let me know about the
24 procedure and everything. So I took him at
25 his word. So had I known, you know,

58 (Pages 226 to 229)

230

1   more . . .
2      Q.  Well, he told you that if you
3   received the surgery -- if I understand you
4   correctly --
5      A.  Uh-huh (affirmative).
6      Q.  -- that when you say ten-year span,
7   does that mean that will give you an
8   additional ten years?
9      A.  Right.
10     Q.  Okay.  And that relates to the
11  surgery, right?
12     A.  No.  After having my surgery -- that
13  I needed the surgery, and I would have a
14  chance of a ten-year survival after that.
15     Q.  And what about with respect to the
16  chemotherapy, did he tell you anything about
17  getting that and your chances of survival
18  there?
19     A.  Yeah.
20     Q.  What did he say with respect to that?
21     A.  He'd let me know after having my
22  surgery, that I would need the chemo, which
23  was right after surgery.  And upon receiving
24  my chemo, I would need the radiation for to
25  kind of stop the cancer from coming back.

231

1      Q.  And so when you say he said that gave
2   you an additional ten years --
3      A.  Uh-huh (affirmative).
4      Q.  -- do you mean the entire treatment
5   that he recommended, the surgery, the
6   chemotherapy, and the radiation together?
7      A.  Yeah.
8      Q.  Okay.  So when he told you your
9   chances of survival were of living an
10  additional ten years, he was saying that in
11  terms of, if you received all of this
12  treatment together.
13     A.  Right.
14     Q.  But that was his recommendation,
15  right?
16     A.  Yes.
17     Q.  Okay.  And did you rely on that
18  recommendation, to proceed forward with his
19  treatment plan?
20     A.  Yes.
21     Q.  When you told your mother about being
22  diagnosed, did you tell her about the
23  treatment plan at all?
24     A.  No.
25     Q.  Okay.  How about your daughter, did

232

1   you discuss that with her?
2      A.  No.
3      Q.  And what about your son?
4      A.  No.
5      Q.  Did you discuss it with anyone?
6      A.  No.
7      Q.  So you made that decision, that you
8   were going to go with that treatment plan, on
9   your own.
10     A.  Yes.
11     Q.  Okay.  Without discussing it with
12  anyone.
13     A.  Right.
14     Q.  And did you get a second diagnosis
15  about any portion of the plan that he -- a
16  second opinion about any portion of the plan
17  that he recommended?
18     A.  No.
19     Q.  Had you decided at that point, that
20  you were going to do whatever it took to
21  fight the cancer?
22     A.  Yes.
23     Q.  When you told your daughter about
24  your diagnosis, what was her reaction?
25     A.  She was a little upset.

233

1      Q.  Was she afraid?
2      A.  Yes.
3      Q.  And is that in part because of your
4   family history?
5      A.  Right.
6      Q.  What did you tell her?
7      A.  That it was cancer and I would have
8   to have surgery.
9      Q.  But in terms of her reaction, being
10  upset, to you, did you try to reassure her in
11  any way, that you were going to do what you
12  could to fight the cancer?
13     A.  Yeah.  I let her know that I had
14  decided to have my surgery.
15     Q.  And did you tell her about the
16  chemotherapy and the radiation?
17     A.  Not at that time.
18     Q.  All right.  And how about your son?
19     A.  I let him know I had the cancer.
20     Q.  All right.  And was his reaction --
21  was he also worried and upset?
22     A.  Yes.  Uh-huh (affirmative).
23     Q.  Okay.  And did you do anything to
24  reassure him?
25     A.  Yeah.  And he would come home often

59 (Pages 230 to 233)

234

1  to see me.
2      Q.  And in terms of trying to reassure
3  him about the cancer, was part of that, for
4  both your son and your daughter, letting them
5  know that you were going to try and beat
6  this, that you were going to try and fight
7  the cancer?
8      A.  Right.
9      Q.  After your diagnosis with cancer, did
10  you make any changes in the way that you
11  lived your life?
12      A.  Yes.
13      Q.  Can you tell me about those changes?
14      A.  Well, I couldn't do the things that I
15  used to do.  I couldn't be exposed to the
16  sun, and I couldn't go out like I wanted to,
17  and I wasn't able to lift my arms or
18  anything.  It was like learning how to walk
19  and do things all over again.
20          I wasn't able to do too much.  And I
21  couldn't walk as far, like, talking about it.
22  It was like learning how to walk again, too.
23      Q.  Are you talking about, because
24  of side effects of your treatment?
25      A.  No.  It was after I did all that, it

235

1  was, like, I was just -- like, I had to do a
2  lot of extensive treatment after that.  I had
3  to go to rehab and things.
4      Q.  Okay.  That's after your treatment
5  was over, though, right?
6      A.  Yeah.
7      Q.  Okay.
8      A.  After surgery.
9      Q.  I'm focused on, you've been diagnosed
10  with cancer --
11      A.  Uh-huh (affirmative).
12      Q.  -- and you've told your kids you're
13  going to do everything that you can to fight
14  it.
15      A.  Right.
16      Q.  Okay.  Did you have any
17  self-reflection, thinking, I'm going to
18  change some things in my life now?  That's
19  more what I was looking for in that question.
20          For example, I believe you quit
21  smoking around that time, right?
22      A.  Right.
23      Q.  Okay.  So that's one thing that you
24  changed in your life after the diagnosis,
25  right?

236

1      A.  Right.
2      Q.  Is there anything else like that?
3      A.  I didn't smoke; I didn't drink.  I
4  wasn't going out with -- I wasn't doing too
5  much.  I was just off to myself.
6      Q.  Were you trying to live a healthier
7  life?
8      A.  Right.
9      Q.  And when you stopped smoking and you
10  stopped drinking, is it fair to say, that was
11  because you wanted to put yourself in a
12  position to have the best chances of
13  survival?
14      A.  Yes.
15      Q.  At the time you were diagnosed, can
16  you recall anyone else that you knew of who
17  was alive, who had been diagnosed with
18  cancer?
19      A.  No.
20      Q.  Okay.  Is Dr. Lewis still your
21  oncologist today?
22      A.  No.
23      Q.  When was the last time that you saw
24  Dr. Lewis?
25      A.  This is '10.  About 2012.

237

1      Q.  Why did you stop seeing him?
2      A.  He wasn't there anymore.  And then I
3  had another doctor after him.  And after I
4  stopped taking my -- after I was getting off
5  my Arimidex, well, he was already gone at
6  that time.
7      Q.  When he's gone, you mean gone from
8  the facility where you were going.  Is that
9  University?
10      A.  Yes.
11      Q.  Okay.  So you stopped -- he left
12  University.
13      A.  Right.
14      Q.  When Dr. Lewis was providing you this
15  initial consultation on your cancer and
16  treatment plan, did you take any notes?
17      A.  No.
18      Q.  Did Dr. Lewis have a discussion about
19  hormones with you during that first visit?
20      A.  Yes.
21      Q.  What did he say with respect to that?
22      A.  That I would be on a pill for my
23  hormones, to -- I think it was at that time
24  when it was -- he was telling me that it was
25  going to stop my menstrual, because I still

238

1   had my cycle.
2       Q.  Okay.  And did he explain to you what
3   it meant to have lymph nodes that tested
4   positive or lymph nodes that tested negative?
5       A.  Well, he told me I had lymph nodes
6   and they tested positive, and I would have to
7   have them removed.
8       Q.  Okay.  And did he tell you whether
9   your hormones tested positive or negative?
10      A.  No.
11      Q.  At that meeting when Dr. Lewis gave
12  your treatment recommendations, did he
13  discuss a specific chemotherapy regimen that
14  he was recommending for you?
15      A.  No.
16      Q.  All right.  That was discussed later
17  on?  At some point, did you have a discussion
18  with him about a specific chemotherapy
19  regimen for you?
20      A.  No.
21      Q.  All right.  I'll come back to that.
22          So when did you have your left
23  mastectomy?
24      A.  June '10.
25      Q.  And did you -- and you mentioned

239

1   Dr. Wey was your surgeon, right?
2       A.  Right.
3       Q.  Prior to having the surgery, did you
4   discuss what was going to happen at that
5   surgery?  Did you have a meeting with her
6   beforehand to talk generally about a
7   mastectomy and what it is and the procedure?
8       A.  Yeah.
9       Q.  Was that meeting with Dr. Wey?
10      A.  Yes.
11      Q.  What did she tell you?
12      A.  She explained to me that I would have
13  my left breast removed, the whole breast.
14  And I wasn't able to just take part of the
15  breast.  It had to be the whole breast.
16      Q.  Did she tell you about any risks of
17  having a mastectomy, any risks of that
18  procedure?
19      A.  Yes.  I had, like, a 1.7 percent
20  heart failure -- was one of my risks -- and
21  that I would be in pain, and I would have
22  problems.
23      Q.  So the risks that you remember are a
24  1.7 percent heart failure.
25      A.  Right.

240

1       Q.  Okay.  And what did that mean to you?
2       A.  That I could have heart failure.
3       Q.  Okay.  But did that mean there was a
4   1.7 percent that you would have heart failure
5   and it would lead to death during the
6   procedure?
7       A.  Yeah.
8       Q.  Do you remember a discussion about
9   the risks of infection from a mastectomy?
10      A.  Yeah.
11      Q.  Okay.  Do you remember a discussion
12  about the risks of bleeding?
13      A.  Yes.
14      Q.  Okay.  Do you remember any discussion
15  about the risks for the need for additional
16  surgery after you had that one done?
17      A.  Yes.
18      Q.  So some of those risks that Dr. Wey
19  discussed with you are death, right?
20      A.  Uh-huh (affirmative).
21      Q.  And some are long-term complications,
22  right?
23      A.  Yes.
24      Q.  And at the time when you had to make
25  the decision whether you were going to

241

1   proceed with the mastectomy, you didn't know
2   whether any of those complications would
3   happen, right?
4       A.  Yes.
5       Q.  But you made the decision to proceed
6   with the surgery, right?
7       A.  Yes.
8       Q.  Okay.  And that's because the
9   benefits outweighed the risks, right?
10      A.  Yes.
11      Q.  Did you have any discussion about
12  reconstruction after the surgery?
13      A.  Yes.
14      Q.  Tell me about that discussion.
15      A.  She let me know that I wouldn't be
16  able to have the reconstructive surgery
17  because my whole breast had to be removed and
18  because of the tissue scar that I would have.
19  I wouldn't be able to get my breast back.  I
20  would have to get a prosthesis.
21      Q.  So she told you that you weren't a
22  candidate for reconstruction.
23      A.  Right.
24      Q.  And that had to do with the scar
25  tissue, you're saying?

61 (Pages 238 to 241)

242

1    A. I'm not too sure about how it went,
2 the conversation, but I do know she told me I
3 wasn't going to be able to have the
4 reconstructive surgery. Because I had, you
5 know, inquired about it.
6    Q. Did you ever seek a second opinion
7 about that?
8    A. No.
9    Q. Okay. And you never had
10 reconstructive surgery, right?
11    A. No.
12    Q. Did you experience any side effects
13 from the mastectomy?
14    A. Yes.
15    Q. What were those?
16    A. My chest wall. I had pain in my
17 chest. I had a little infection.
18    Q. When did those start?
19    A. After I had the surgery. Then I had
20 a pump that was pumping out everything, and I
21 had to change it every now and then.
22    Q. Okay. And how long did the pain
23 last?
24    A. Well, I still have pain.
25    Q. So your surgery was in June of 2010,

243

1 right?
2    A. Uh-huh (affirmative).
3    Q. And you experienced pain. And was it
4 almost immediately after the surgery?
5    A. Yeah.
6    Q. Okay. And you're still experiencing
7 it today.
8    A. Yeah. I still have pains in my chest
9 wall on my left side where I had the
10 mastectomy.
11    Q. Okay. And how often do you
12 experience that pain?
13    A. Like, every -- sometimes, every day,
14 when I do too much movement, or every other
15 day, or sometimes, twice a week.
16    Q. Do you take any medication for the
17 pain?
18    A. Well, right now, they just tell me to
19 take the Aleve or the ibuprofen.
20    Q. And was pain after the mastectomy one
21 of the things that you were warned about when
22 you had your discussion with Ms. Wey about
23 the potential risks of the surgery?
24    A. Yeah.
25    Q. Okay. So that was something you

244

1 didn't know whether that was going to happen
2 or not, and it ended up --
3    A. No.
4    Q. -- that risk did happen to you,
5 right?
6    A. Right.
7    Q. Do you remember signing a consent
8 form, discussing the risks of the mastectomy?
9    A. Yes.
10    Q. Given all of the risks that Dr. Wey
11 explained to you, why did you decide to go
12 forward with the surgery?
13    A. I trusted her. She explained
14 everything thoroughly. And I took her at her
15 word. And I wanted to go for the surgery, to
16 be sure that I would have a chance to live.
17    Q. You wanted to give yourself the best
18 chance possible, right?
19    A. Yes.
20    Q. All right. Did you ever question at
21 all, Dr. Wey's medical advice to you, and her
22 treatment plan?
23    A. No.
24    Q. You were also told that you were
25 going to receive radiation after your

245

1 chemotherapy, right?
2    A. Yes.
3    Q. And did you have a consultation with
4 a radiation oncologist?
5    A. Yes.
6    Q. Do you remember the name of that
7 person?
8    A. My radiation doctor was Dr. Kraus.
9    Q. Okay. What do you remember about
10 your consultation with Dr. Kraus?
11    A. He explained to me that I would have
12 radiation and that I could have complications
13 with my chest wall burning, irritating.
14    Q. So Dr. Kraus told you there were
15 going to be risks to the radiation as well,
16 right?
17    A. Right.
18    Q. What risks did he tell you about?
19    A. I would have problems with my -- I
20 could be -- burning sensation, infection,
21 bleeding.
22    Q. Anything else?
23    A. Yeah. He explained it kind of
24 thoroughly. I took him at his word.
25    Q. Okay. Do you recall whether you

62 (Pages 242 to 245)

246

1  signed a consent form --
2      A.  Yes.
3      Q.  -- for the radiation as well?
4      A.  Yes.
5      Q.  Okay.  Did Dr. Kraus tell you that
6  the hope with the radiation treatment was
7  that it would cure your cancer?
8      A.  No, he didn't say it would cure it.
9  But the treatment -- I would need the
10 treatment to help with it.  I understood
11 that.
12     Q.  Let's talk a little bit about your
13 chemotherapy.  When you spoke with Dr. Lewis
14 about the chemotherapy treatment, did he also
15 tell you about the benefits of chemotherapy
16 in general?
17     A.  In what aspect?
18     Q.  Well, did he tell you why he was
19 prescribing chemotherapy, what the benefit of
20 it would be in terms of your cancer?
21     A.  Well, he explained to me, after the
22 surgery, that I would need the chemo to back
23 up the surgery, to help the cancer from
24 reoccuring.
25     Q.  Okay.  So did he explain to you that

247

1  your chances of survival would be greatly
2  diminished if you did not have the
3  chemotherapy?
4      A.  No.
5      Q.  Did he explain that if your cancer
6  recurred and you didn't have the
7  chemotherapy, your chances of survival would
8  be less?
9      A.  No.
10     Q.  Why did he tell you you needed
11 chemotherapy?
12     A.  To boost my chances of the cancer not
13 coming back.
14     Q.  Okay.  So he said you needed
15 chemotherapy to increase your chances of
16 survival.
17     A.  Right.
18     Q.  And so, as you understood it, getting
19 chemotherapy would be doing what you needed
20 to do to get the best chance at beating your
21 cancer, right?
22     A.  Yes.
23     Q.  You talked about a pamphlet that you
24 reviewed in the office in the waiting room of
25 Dr. Lewis, right?

248

1      A.  Yes.
2      Q.  Do you recall Dr. Lewis or any other
3  doctor actually handing you a pamphlet
4  regarding chemotherapy?
5      A.  No.
6      Q.  And so if there are records that
7  indicate that you were actually provided
8  patient information in the office of
9  Dr. Lewis, do you disagree with that record?
10 Do you believe that record is incorrect?
11     A.  Repeat that again.
12     Q.  If there is a record -- let me get
13 the record for you.  I'm going to mark this
14 as Exhibit E.  And it is a medical record
15 from the University Medical Center in New
16 Orleans, and it's 35 to 37.
17         So if you'll turn to the page, and if
18 you look at the bottom right-hand corner,
19 you're going to see bold numbers that the
20 first three numbers are 000.  So as I hand
21 you these records, the number that I refer to
22 is going to be in the bottom right-hand
23 corner.
24     A.  00036?
25     Q.  00036.  And I'm looking at the first

249

1  full sentence on the page 00036:  Ms. Johnson
2  was given Micromedex patient information
3  handouts on these three medications, with the
4  expectation that we will start chemotherapy
5  next week after her port is placed.
6         Do you see that?
7      A.  Yes.
8      Q.  Okay.  And so that we have it all in
9  context, could you go back to 00035?
10     A.  (Witness complies).
11     Q.  And let me read to you what that
12 says.
13         Today, we discussed the risks and
14 benefits of chemotherapy using the adjuvant
15 online tool has demonstrated a 25 percent
16 increase in a 10-year survival with the use
17 of hormonal plus chemotherapy intervention.
18 We will likely use the TAC regimen for
19 adjuvant chemotherapy.
20         Did I read that correctly?
21     A.  Yes.
22     Q.  Okay.  So one of the things that you
23 told me in your discussion with Dr. Lewis,
24 was that he mentioned that there was a
25 10-year survival, right?

63 (Pages 246 to 249)

250

1      A.  Yes.
2      Q.  Okay.  And does this -- now, looking
3   at this, does that refresh your recollection
4   about what he actually told you about your
5   survival chances --
6      A.  Yes.
7      Q.  -- and chemotherapy?
8      A.  Yes.
9      Q.  Okay.  And so, do you now remember
10   that Dr. Lewis told you that the benefit of
11   chemotherapy was a 25 percent increase in the
12   10-year survival rate, with a hormone plus
13   chemotherapy treatment plan?
14      A.  Yes.
15      Q.  Does that sound like what he told
16   you?
17      A.  Yes.
18      Q.  Okay.  And do you remember that now,
19   as you read that, sitting here today?
20      A.  Yes.
21      Q.  And the records says, and I read
22   T-A-C, TAC.  Do you remember discussing TAC
23   with him?
24      A.  Yes.
25      Q.  Do you remember, as you sit here,

251

1   what that stands for?
2      A.  No.
3      Q.  Okay.  Do you know what it is?
4      A.  No.
5      Q.  Okay.  Do you know whether -- do you
6   remember Dr. Lewis describing for you, that
7   your chemotherapy regimen would include more
8   than one chemotherapeutic drug?
9      A.  Yes.
10      Q.  How many did it include?
11      A.  I think it was -- I don't know.  I
12   had three bags that would hang.
13      Q.  Okay.
14      A.  It's treatment.
15      Q.  So you do remember that you received
16   three drugs.
17      A.  Right.
18      Q.  Now, the other sentence that I read,
19   Ms. Johnson was given the Micromedex patient
20   information, does that refresh your
21   recollection as to whether you were given an
22   actual handout when you went to go see
23   Dr. Lewis?
24      A.  Yeah.  The papers I signed?
25      Q.  Well, I'm not saying whether you

252

1   signed them or not.
2      A.  Okay.
3      Q.  I'm just reading the sentence that's
4   here.  It says:  Ms. Johnson was given
5   Micromedex patient information handouts on
6   these three medications.  Do you see that?
7      A.  Yes.
8      Q.  Okay.  So does that refresh your
9   recollection as to whether you were given any
10   handouts at that meeting with Dr. Lewis, on
11   three chemotherapeutic medications?
12      A.  Yes.  Yes.
13      Q.  Okay.  Are you saying you do remember
14   that?
15      A.  Yes.
16      Q.  Do you remember anything else about
17   the handouts?
18      A.  No.
19      Q.  Do --
20      A.  It's been so long.
21      Q.  Do you remember reviewing handouts
22   that discussed specific risks of chemotherapy
23   drugs?
24      A.  Yeah.
25      Q.  All right.  Do you recall if those

253

1   handouts discussed the risks of anemia with
2   chemotherapy?
3      A.  Yes.
4      Q.  Do you recall whether they discussed
5   the risk of appetite changes and bleeding?
6      A.  Yes.
7      Q.  The pamphlets discussed that.  You
8   recall that.
9      A.  Yes.
10      Q.  Okay.  Did they discuss the risk of
11   constipation?
12      A.  Yes.
13      Q.  How about the risk of diarrhea?
14      A.  Yes.
15      Q.  Did the chemotherapy pamphlets
16   discuss the risk of fatigue?
17      A.  Yes.
18      Q.  Did they discuss the risk of flu-like
19   symptoms or infections?
20      A.  Yes.
21      Q.  Did they discuss the risk of
22   infertility?
23      A.  No.
24      Q.  Okay.  So that one, you don't
25   remember in the pamphlet.

64 (Pages 250 to 253)

254

1    A. No.
2    Q. Do you remember in the pamphlet, the
3  discussion of a risk of nausea and vomiting?
4    A. Yes.
5    Q. Do you remember the risk of nervous
6  system changes being discussed?
7    A. Yes.
8    Q. And how about the risk of pain?
9    A. Yes.
10   Q. Do you remember a discussion about
11  skin and nail changes being discussed?
12   A. Yes.
13   Q. And how about urinary, kidney, and
14  bladder changes?
15   A. Yes.
16   Q. Do you remember the risk being
17  discussed of hair loss?
18   A. Yes.
19   Q. Tell me what you remember about the
20  risk of hair loss being discussed in that
21  information.
22   A. I would lose my hair temporarily.
23   Q. When did it say the hair loss would
24  begin?
25   A. During my chemo.

255

1    Q. During your chemo?
2    A. Yes.
3    Q. And do you remember about how long
4  after your chemo the hair loss was supposed
5  to start?
6    A. I started my first treatment.
7    Q. I'm just talking about the --
8    A. Oh.
9    Q. -- written material that you
10  received.
11   A. No, it didn't.
12   Q. Not anything that you experienced,
13  but the written material. Do you recall
14  whether it said how long after beginning your
15  chemotherapy treatment, the risk of you
16  losing your hair, when that actually would
17  begin?
18   A. No.
19   Q. Okay. Did you ask any questions
20  about that?
21   A. No.
22   Q. Did you do any research on that
23  issue?
24   A. No.
25   Q. So when you started chemotherapy,

256

1  was there an expectation in your mind that
2  you would lose your hair?
3    A. No.
4    Q. You thought it was something that
5  might happen?
6    A. Right.
7    Q. But you didn't know when in the
8  course of chemotherapy it would happen,
9  right?
10   A. No.
11   Q. Is that --
12   A. I didn't know.
13   Q. Okay. So I'm correct. You thought
14  the risk was there, that you would lose your
15  hair --
16   A. Right.
17   Q. -- but you didn't know when in the
18  course of treatment, it would happen,
19  correct?
20   A. Correct.
21   Q. Okay. Did you know whether it could
22  happen after chemotherapy treatment was
23  completed?
24   A. No, I didn't.
25   Q. You didn't know whether that was a

257

1  risk?
2    A. Well, I knew it was a risk, but I
3  didn't know --
4    Q. Okay.
5    A. -- when the hair would be lost.
6    Q. Right. So you didn't -- the hair
7  could be lost, as far as you knew, during
8  treatment or after treatment, right?
9    A. Right.
10   Q. And as you understood it, what hair
11  was it that you were at risk of losing? Was
12  it just --
13   A. My head.
14   Q. -- the hair on your head?
15   A. My head, my pubic, anywhere hair was
16  on the body.
17   Q. Right. So you understood you had the
18  risk of hair loss on top of your head.
19   A. Right.
20   Q. How about your eyebrows, did you
21  understand that to be a risk?
22   A. Yeah.
23   Q. Okay. And your pubic hair, you
24  understood that to be a risk?
25   A. Yes.

65 (Pages 254 to 257)

258

```
 1     Q.  And how about hair elsewhere on your
 2  body -- your arms, your legs, anywhere else?
 3     A.  Yes.
 4     Q.  Okay.  Did you understand why hair
 5  loss was a risk for chemotherapy?
 6     A.  No.
 7     Q.  Do you remember any discussion with
 8  Dr. Lewis or anyone else about how
 9  chemotherapy works?
10     A.  No.  I didn't know how it works.
11     Q.  Okay.  So do you remember a
12  discussion about the fact that chemotherapy
13  can damage cell growth, and that that impacts
14  the hair at all?  If you don't remember,
15  that's fine.  Say you don't remember.
16     A.  I don't remember.
17     Q.  Okay.  You didn't know how it was
18  going to happen, and you didn't know why this
19  happened with chemotherapy.  You just knew it
20  happened, right?
21     A.  Yes.
22     Q.  Okay.  And, in fact, you knew it
23  happened before your own treatment discussion
24  with Dr. Lewis because it had happened to
25  members in your family, right?
```

259

```
 1     A.  Yes.
 2     Q.  Many, many years ago.
 3     A.  Yes.
 4     Q.  Did you get any advice from Dr. Lewis
 5  or anyone else on anything special you needed
 6  to do to protect your hair?
 7     A.  No.
 8     Q.  Okay.  But no one ever advised you to
 9  protect your hair when you went outside
10  during your treatment?
11     A.  Yes.
12     Q.  Someone did advise you of that?
13     A.  Yes.
14     Q.  Who was that?
15     A.  My Dr. Lewis.
16     Q.  Dr. Lewis.
17     A.  Yes.
18     Q.  And do you think that was in that
19  same initial meeting --
20     A.  Yes.
21     Q.  -- that he advised you?
22     A.  Yeah.
23     Q.  Okay.  Did Dr. Lewis or anyone else
24  advise you during this period, not to use
25  hair rollers or curling irons or electric
```

260

```
 1  hair dryers or, you know, bands that you
 2  might put in your hair?  Did anyone advise
 3  you to stay away from those during
 4  chemotherapy?
 5     A.  No.
 6     Q.  Now, I pointed out in that medical
 7  record in front of you, the TAC.  Do the
 8  words -- I'm going to read what they actually
 9  stand for:  Taxotere, Adriamycin,
10  cyclophosphamide.  Does that ring a bell to
11  you, as to the three chemotherapy medications
12  that were recommended by Dr. Lewis?
13     A.  Yeah.
14     Q.  Do you remember them now, now that
15  I've read them?
16     A.  Yes.
17     Q.  Okay.  When Dr. Lewis explained these
18  risks to you --
19     A.  Uh-huh (affirmative).
20     Q.  -- of chemotherapy, did you accept
21  them?
22     A.  Repeat it.
23     Q.  Did you accept the risks of
24  chemotherapy as they were explained to you by
25  Dr. Lewis?
```

261

```
 1     A.  Yes.
 2     Q.  Okay.  And you accepted them as you
 3  read them in the patient handout that you
 4  received, right?
 5     A.  Yes.
 6     Q.  Okay.  And also, the information that
 7  you read in his office when you were waiting
 8  to meet with him, right?
 9     A.  Yes.
10     Q.  Do you recall anything that Dr. Lewis
11  or anyone else told you specifically about
12  Taxotere?
13     A.  No.
14     Q.  Did Dr. Lewis or anyone else talk to
15  you specifically about Adriamycin?
16     A.  No.
17     Q.  Did Dr. Lewis or anyone else talk to
18  you specifically about cyclophosphamide?
19     A.  No.
20     Q.  When you were told about all of the
21  risks that we walked through, did you ask any
22  questions at all about them?
23     A.  No.
24     Q.  Did you ask any questions about
25  Taxotere specifically?
```

66 (Pages 258 to 261)

262

```
 1    A. No.
 2    Q. Before going in for your visit with
 3  Dr. Lewis, had you ever heard of Taxotere?
 4    A. No.
 5    Q. Had you ever heard of the other two
 6  chemotherapeutic agents?
 7    A. No.
 8    Q. After your meeting with Dr. Lewis,
 9  you agreed to go ahead and proceed with the
10  chemotherapy, right?
11    A. Yes.
12    Q. Okay. And you received your
13  chemotherapy infusions where?
14    A. University.
15    Q. Okay. And do you remember when your
16  first chemotherapy treatment was?
17    A. I know it was after my surgery. I
18  did surgery first, and then chemo. I don't
19  remember the month.
20    Q. When you went to that first
21  chemotherapy infusion, was Dr. Lewis present?
22    A. No.
23    Q. Who was present?
24    A. When I went to my first chemo
25  infusion?
```

263

```
 1    Q. Correct.
 2    A. The nurses did it.
 3    Q. Okay. So Dr. Lewis was not present
 4  at any --
 5    A. No.
 6    Q. -- of your chemotherapy infusions.
 7    A. No.
 8    Q. Was there -- do you remember what
 9  nurse was present at your first chemotherapy
10  infusion?
11    A. No. I don't remember their name. It
12  was different ones. Every time I went, it
13  was different nurses.
14    Q. Okay.
15    A. It wasn't the same ones.
16    Q. Did you ever become friendly with any
17  of the nurses? Did you talk to them while
18  you were there?
19    A. No. Because they would hook me up,
20  and they would have others to hook up.
21  Because there was different rooms. You know,
22  everybody was trying to get in and get hooked
23  up. And sometimes, they had complications to
24  get you started.
25        And there was always a certain amount
```

264

```
 1  of time they would be there, so they was
 2  trying to get everybody situated so we could
 3  be out. Because I had all-day chemo. I
 4  started, like, 8:00, and finish, like, 4:00.
 5  And they would leave about 4:00.
 6    Q. Well, that was my next question. So
 7  when you had your chemotherapy, you arrived
 8  at eight o'clock.
 9    A. Yes.
10    Q. And you were there all day.
11    A. Yes.
12    Q. Were you hooked up to the IV all day?
13    A. Yes.
14    Q. That first chemotherapy infusion, do
15  you remember that day?
16    A. The first one?
17    Q. The first one.
18    A. Yes.
19    Q. Do you remember whether the risks of
20  chemotherapy were discussed with you again?
21    A. Yes.
22    Q. And who discussed them with you?
23  Would that have been the nurse that was
24  there?
25    A. Yes.
```

265

```
 1    Q. Do you remember some of those risks
 2  that were discussed?
 3    A. Yes.
 4    Q. Okay. Can you tell me what you
 5  remember?
 6    A. Told me I may get sick, I may have
 7  vomiting, diarrhea. And she let me know, if
 8  I had any complications, to let her know, and
 9  she could give me something to calm me down.
10    Q. Do you recall the risk of fatigue
11  being discussed?
12    A. Yes.
13    Q. Okay. And how about changes in your
14  nails?
15    A. Yes.
16    Q. Heart failure?
17    A. Yes.
18    Q. Do you remember discussing the risk
19  of leukemia?
20    A. Yes.
21    Q. Do you remember discussing the risk
22  of infection?
23    A. Yes.
24    Q. Do you remember discussing the risk
25  of fever?
```

67 (Pages 262 to 265)

266

1     A. Yes.
2     Q. And do you remember discussing the
3 risk of transfusion?
4     A. Yes.
5     Q. I'm going to mark Exhibit F and hand
6 that to you, and you will see -- do you see
7 your name at the top of that document, D.
8 Johnson?
9     A. Yes.
10     Q. And I'll point you out in the upper
11 left-hand corner, it says, Date of visit,
12 8/9/2010. Do you see that?
13     A. Yes. August.
14     Q. Does that sound accurate as to the
15 date of your first chemotherapy treatment?
16     A. Yeah. August.
17     Q. So I'm looking at the last full
18 paragraph, on the first page. And it begins
19 with: We again. Do you see that?
20     A. Yes.
21     Q. Okay. It says: We again discussed
22 with Ms. Johnson, the risks and benefits of
23 chemotherapeutic intervention, the risks
24 being nausea, vomiting, diarrhea, hair loss,
25 fatigue, malaise, changes in her nails, 1.7

267

1 percent risk of heart failure, or risk of
2 acute myelogenous leukemia, infection, fever,
3 bleeding, need for transfusion, peripheral
4 neuropathy.
5     Did I read that correctly?
6     A. Yes.
7     Q. Okay. And is that an accurate
8 representation, from your recollection, of
9 what was discussed about the risks of
10 chemotherapy?
11     A. Yes.
12     Q. And this is now the second time
13 you've been told the risks, right?
14     A. Yes.
15     Q. Okay. And this also discusses hair
16 loss, right?
17     A. Yes.
18     Q. Now, if you look at that list of
19 risks, some of those are long-term risks,
20 right?
21     A. Yes.
22     Q. And some include very serious risks,
23 like 1.7 percent risk of heart failure,
24 right?
25     A. Yes.

268

1     Q. So that's a risk of death, right?
2     A. Yes.
3     Q. Okay. And then, after the sentence,
4 you see it says -- see where it says
5 Ms. Johnson? Ms. Johnson expressed
6 understanding of the risks associated with
7 chemotherapy and signed a consent to that
8 effect.
9     Do you see that?
10     A. Yes.
11     Q. Is that accurate? Did you sign a
12 consent?
13     A. Yes.
14     Q. Why did you sign the consent form
15 before you began chemotherapy?
16     A. I trusted my doctor.
17     Q. That doctor being Dr. Lewis.
18     A. Yes.
19     Q. When you signed the consent form that
20 day, did you think about how these risks
21 might affect you --
22     A. No.
23     Q. -- years down the line -- two, three,
24 four years down the line?
25     A. No.

269

1     Q. Did you think how they might affect
2 you five, six, seven years down the line?
3     A. No.
4     Q. But you understood that those risks
5 were present from that point to two, three,
6 four, five, six, seven years down the line,
7 right?
8     A. Yes.
9     Q. The recommendation that Dr. Lewis
10 gave you, you were going to follow
11 Dr. Lewis's recommendation, right?
12     A. Yes.
13     Q. Did you obtain any information from
14 anyone else anywhere other than Dr. Lewis
15 about your chemotherapy regimen?
16     A. No.
17     Q. Okay. And so you didn't obtain
18 information from anyone anywhere about
19 Taxotere specifically, either, right?
20     A. No.
21     Q. And you didn't speak to any other
22 doctors about it?
23     A. No.
24     Q. And you did not speak to friends or
25 family about beginning chemotherapy.

68 (Pages 266 to 269)

270

1      A.  No.
2      Q.  And you also did not do any research,
3  right?
4      A.  No.
5      Q.  That's because you relied solely on
6  Dr. Lewis.
7      A.  Yes.
8      Q.  Did you attend any classes on
9  chemotherapy or cancer or your treatment or
10  anything like that?
11      A.  No.
12      Q.  Did you attend any support groups?
13      A.  No.
14      Q.  Did anyone tell you about any classes
15  or support groups?
16      A.  Yes.
17      Q.  What did they tell you?
18      A.  They asked me, did I want to
19  participate, but I was too sick to go
20  anywhere.
21      Q.  Who asked you if you wanted to
22  participate?
23      A.  At the clinic.
24      Q.  The nurses at the --
25      A.  Yeah.  Uh-huh (affirmative).

271

1      Q.  The nurses at the infusion center?
2      A.  Right.
3      Q.  Okay.  What kind of -- what did they
4  say was available for you, in terms of
5  support?
6      A.  They had support groups at the
7  hospital, if I, you know, was able to attend,
8  and I could, you know, come and join in on
9  the support groups --
10      Q.  Okay.
11      A.  -- to have a support system.
12      MR. ROOT:
13          I apologize.
14      MS. MIMS:
15          Do you want a break?
16      MR. ROOT:
17          Could I just have five?
18      MS. MIMS:
19          Yeah.
20      MR. ROOT:
21          I just had a little
22  unfortunate --
23      MS. MIMS:
24          No.  It's a good time for a
25  break.  We've been going for a long time.

272

1      MR. ROOT:
2          Okay.  All right.
3      MS. MIMS:
4          So, yeah, let's take a break.
5          (Recess).
6
7  EXAMINATION BY MS. MIMS:
8      Q.  I want to talk a little bit more
9  about the side effects that we've been
10  discussing and that I read to you from both
11  of those records.
12          In terms of the list of side effects
13  that Dr. Lewis told you about and that you
14  read about, you didn't know which of those
15  side effects might happen to you, right?
16      A.  No.
17      Q.  Okay.  Did you believe that you'd be
18  more likely to have certain side effects than
19  others of the list?
20      A.  No.
21      Q.  Okay.  Did you think that the hair
22  loss was probably more likely than, let's
23  say, leukemia or the 1.7 percent risk of a
24  heart attack?
25      A.  Yes.

273

1      Q.  Okay.  So you thought the hair loss
2  was more likely than some of the other ones,
3  right?
4      A.  Yes.
5      Q.  Did you expect, going into the
6  chemotherapy, that there was a pretty good
7  chance you'd lose your hair?
8      A.  No.
9      Q.  Okay.  Did you make any plans for it,
10  in case you did lose your hair?
11      A.  No.
12      Q.  Did you think about what you would do
13  if you did start to lose you hair?  Like, did
14  you think about options of purchasing a wig
15  or wearing a hat, or did you think about how
16  you were going to handle it if the hair loss
17  did begin?
18      A.  No.
19      Q.  Why did you think that -- you keep
20  saying you thought the hair loss was going to
21  be temporary, right?
22      A.  Yes.
23      Q.  Okay.  Why did you think that?
24      A.  Because my sister's hair had came
25  back.

69 (Pages 270 to 273)

274

1    Q. All right. Any other reason?
2    A. Yeah. And upon going to the clinic
3 and I was seeing other ladies that was coming
4 to the clinic, well, their hair had came
5 back.
6    Q. And you talked about the clinic and
7 that you would be sitting -- you said from
8 8:00 to 4:00, right?
9    A. Yes.
10    Q. All right. Did you miss any of your
11 cycles?
12    A. No.
13    Q. Of chemo. Did you miss any of your
14 chemotherapy infusions?
15    A. No.
16    Q. You had six cycles, right?
17    A. Yes.
18    Q. And you were there all day for all
19 six of them?
20    A. Yes.
21    Q. Did you make any friends with any of
22 the other people who were in there with you?
23    A. No, not in there. Because most was
24 coming and going before I left. I was the
25 longest.

275

1    Q. Okay. But you said that you did see
2 some people who their hair would grow back.
3    A. That was --
4    Q. Who were those people?
5    A. That was later, when I was doing my
6 radiation, that I saw some of the ones that
7 was at the same clinic with me did chemo, but
8 they didn't do as much chemo. And they was
9 at, you know, the radiation clinic.
10    Q. How do you know they didn't -- when
11 you say they didn't do as much chemo, do you
12 mean they didn't do as much as you?
13    A. Yes.
14    Q. How do you know that?
15    A. One, well, she didn't have to do
16 chemo. I met her after I was there. And so,
17 I was -- we was talking at the radiation
18 clinic. So she just took like a pill. Well,
19 then she didn't have to take it as long, and
20 then she went into radiation.
21    Q. Okay. So just so I understand it.
22 She did chemo, but she didn't get an
23 infusion. She took a pill, if that's what
24 you're saying.
25    A. Right.

276

1    Q. So she had a different type of
2 chemotherapy.
3    A. Right.
4    Q. Do you know what medication --
5    A. No.
6    Q. -- she took?
7    A. No.
8    Q. But you had a conversation with her?
9    A. Yeah.
10    Q. And did she have breast cancer?
11    A. I'm not sure.
12    Q. You're not.
13       But you know she was getting
14 chemotherapy for cancer.
15    A. Yeah.
16    Q. And you saw her at a point when she
17 had lost some of her hair?
18    A. Yeah.
19    Q. Had she lost all of it?
20    A. Yeah.
21    Q. All right. And then you saw her
22 again at radiation, right?
23    A. Right.
24    Q. And how much longer after
25 chemotherapy was that?

277

1    A. That was -- when I was in radiation,
2 when she ended up, I saw her at the clinic.
3    Q. So you were on the same sort of
4 schedule. She had chemotherapy around the
5 same time that you did, right?
6    A. Yeah. I saw her once or twice there,
7 but I don't know how long she had it.
8    Q. Right. Not talking about her
9 duration.
10    A. Right.
11    Q. But she was there around the same
12 time period.
13    A. Yes.
14    Q. Okay. And during that time period,
15 you observed her losing her hair, right?
16    A. Yes.
17    Q. And then, when you got to radiation,
18 she was there around that same time period,
19 too, right?
20    A. Right.
21    Q. Okay. And her hair had started to
22 grow back.
23    A. Right.
24    Q. So you had observed her, and you had
25 observed your sister. Was there anyone else?

70 (Pages 274 to 277)

278

1    A. No.
2    Q. Okay. And other than those two
3 people and you observing their hair growing
4 back, did you have any other reason to expect
5 that it would grow back?
6    A. My hair?
7    Q. Yes.
8    A. Well, I thought I would be getting it
9 back. But after it didn't come back, I
10 thought I was just one of the unlucky ones.
11    Q. Okay. Did Dr. Lewis or any other
12 medical professional that you had been
13 seeing, did they ever tell you, your hair's
14 definitely going to grow back?
15    A. No.
16    Q. And you had done no research on it,
17 right?
18    A. No.
19    MR. ROOT:
20    No, you hadn't done research,
21 or . . .
22    THE WITNESS:
23    No, I didn't do any research.
24 EXAMINATION BY MS. MIMS:
25    Q. How soon did you expect your hair to

279

1 start regrowing?
2    A. I didn't have a time span. I didn't
3 know when it would be growing back because I
4 was on medication.
5    Q. Did you expect that your hair would
6 grow back in just as it had been before?
7    A. Yes.
8    Q. Okay. And again, that was because of
9 your observations, right?
10    A. Right.
11    Q. Not because of anything anyone
12 specifically told you.
13    A. No.
14    Q. Okay. And that didn't have to do
15 with any information you read, right?
16    A. No.
17    Q. Did you read any of the labels of any
18 of the chemotherapeutic agents that you were
19 on?
20    A. No.
21    Q. Okay. So you didn't read the
22 Taxotere label.
23    A. No.
24    Q. So the Taxotere label didn't impact
25 your decision at all on whether to proceed

280

1 with chemotherapy, if you didn't read it,
2 right?
3    A. No. I spoke with my doctor.
4    Q. Okay. How far apart were your
5 chemotherapy cycles?
6    A. Every three weeks.
7    Q. Did you ever miss any?
8    A. No.
9    Q. Did you ever have any that were
10 delayed?
11    A. No.
12    Q. Let's go back to after your first
13 chemotherapy cycle. Did you go home at the
14 end of that day?
15    A. Yes.
16    Q. Okay. So you didn't stay in the
17 hospital or anything like that.
18    A. No.
19    Q. Was there someone at home to help
20 you? You went back to Tishanne's house,
21 right?
22    A. Right.
23    Q. Okay. And was she there when you got
24 home?
25    A. Yes.

281

1    Q. How did you feel?
2    A. Sick, nauseated.
3    Q. How long did the nausea last?
4    A. By the first treatment, it was all
5 day. After I got home, it was like up until
6 the night.
7    Q. Were you vomiting as well?
8    A. Yes.
9    Q. How long did that last?
10    A. I was doing it at the clinic.
11    Q. You started before you left?
12    A. Uh-huh (affirmative).
13    Q. Okay. And you were done at 4:00,
14 right?
15    A. Yes.
16    Q. So you got home to Tishanne's house
17 at around what time?
18    A. About 5:00.
19    Q. About five o'clock?
20    A. Yes.
21    Q. So, what, you start -- and you were
22 vomiting at Tishanne's house?
23    A. Yes.
24    Q. How long into the night did that
25 last?

71 (Pages 278 to 281)

282

1      A.  It was off and on until about 7:00.
2      Q.  7:00 p.m.?
3      A.  Yes.
4      Q.  Then did it end?
5      A.  Yes.
6      Q.  For that night?
7      A.  Yes.
8      Q.  Okay.  Now, between that time and
9   your next treatment, did you have any other
10   nausea or vomiting?
11      A.  No.
12      Q.  So just that first night.
13      A.  Right.
14      Q.  And did you have any other side
15   effects after that first treatment?
16      A.  Yeah.  I had the constipation, the
17   diarrhea.
18      Q.  How long did they last?
19      A.  I would get it often.  Every time
20   after -- like, I had my treatment.  And then,
21   in between, because I couldn't eat anything,
22   I was on just Boost.  I had no appetite.
23      Q.  So that didn't end a few hours after
24   the treatment.  That was intermittent
25   between --

283

1      A.  Between.
2      Q.  -- your cycles.
3      A.  Yeah, between.
4      Q.  So it would go through the three
5   weeks, right?
6      A.  Right.
7      Q.  Okay.  And how about fatigue, did you
8   experience any of that?
9      A.  Oh, very tired after each treatment.
10   And through the days, I would be real, real
11   weak.
12      Q.  Okay.  And did that last in between
13   the treatments as well, the fatigue?
14      A.  Yes.
15      Q.  How about muscle pain or joint pain?
16      A.  Yes.
17      Q.  You experienced that?
18      A.  Yes.
19      Q.  All right.  And how often did you
20   experience that?
21      A.  Often.
22      Q.  If you had to rate the pain -- and I
23   said muscle pain and joint pain.  Did you
24   experience both of those?
25      A.  Yes.

284

1      Q.  Okay.  For the muscle pain, what
2   would you rate that, on a scale of 1 to 10,
3   in terms of what the pain was?
4      A.  Eight.
5      Q.  How often did you have it?  The
6   muscle pain.
7      A.  Often.
8      Q.  And what about the joint pain, how
9   would you rate that?
10      A.  A 9.
11      Q.  And how often would you have joint
12   pain?
13      A.  Often.
14      Q.  Did that last intermittently
15   throughout the six cycles?
16      A.  Yes.
17      Q.  How did you cope with the pain?
18      A.  A doctor prescribed me some
19   medication.
20      Q.  What did they prescribe for that?
21      A.  First, I had the oxycodone.  And then
22   I couldn't take it.  And then they prescribed
23   me another hard one, I didn't -- I couldn't
24   take that, so I ended up with the
25   hydrocodone.

285

1      Q.  When you say you couldn't take it,
2   what does that mean?
3      A.  It was --
4      Q.  You had a bad reaction to it?
5      A.  Yeah.  It was making me sick.
6      Q.  Okay.  Did you experience infections
7   as a result of the chemotherapy?
8      A.  Yeah.
9      Q.  And tell me about that.
10      A.  Down below, when I had a -- my urine.
11   A urine infection.
12      Q.  A UTI?
13      A.  Yeah.
14      Q.  How often did you got a urinary tract
15   infection?
16      A.  I got it once or twice during --
17      Q.  During the whole --
18      A.  Yeah.
19      Q.  -- the whole -- the whole
20   chemotherapy --
21      A.  Yes.
22      Q.  -- regimen?
23      A.  Uh-huh (affirmative).
24      Q.  And how about mouth sores, did you
25   ever experience those?

72 (Pages 282 to 285)

286

1      A. What it was?
2      Q. Mouth sores?
3      A. No.
4      Q. Okay. Did you ever lose fingernails
5  or toenails?
6      A. No.
7      Q. Okay. Did you ever have any of what
8  a doctor told you was an allergic reaction to
9  the chemotherapy?
10     A. Allergic reaction?
11     Q. Yeah. A rash, fever?
12     A. Yes.
13     Q. Low blood pressure?
14     A. Yes.
15     Q. Yes to which one?
16     A. To all three.
17     Q. You had all three of those?
18     A. I didn't have the low blood pressure.
19  I had high.
20     Q. When did you get hives?
21     A. When I would go to the doctor, my
22  pressure would be high sometimes before I get
23  ready to take my treatment.
24     Q. Oh, I'm sorry. I though you said
25  hives.

287

1      Did you develop a rash?
2      A. No.
3      Q. Okay. Did you develop a fever at any
4  point?
5      A. Yes.
6      Q. When?
7      A. After I had my treatment. And when I
8  get home, sometimes, I would have fever.
9      Q. So your fever would spike after you
10  had been to the infusion center?
11     A. Right.
12     Q. And did that happen on each of the
13  six occasions?
14     A. No. Three of them.
15     Q. Three of them.
16     Do you know which three?
17     A. The first three.
18     Q. Okay. And then the last three, that
19  didn't happen anymore.
20     A. No. It kind of mellowed off.
21     Q. Were you ever worried that you'd have
22  to miss a cycle of your chemotherapy due to
23  all of these reactions?
24     A. No.
25     Q. How did you cope with all of these

288

1  side effects that you were going through
2  while you -- that you were having during your
3  chemotherapy treatment?
4      A. Taking medication and trying to get a
5  lot of rest and sleeping a lot.
6      Q. Did you talk to anybody about it?
7      A. No.
8      Q. You didn't talk to Tishanne about it?
9      A. No.
10     Q. When you were staying at Tishanne's
11  house during this period, did you have your
12  own room?
13     A. Yes.
14     Q. Did Tishanne or any of the grandkids,
15  did they know that you were having all these
16  side effects?
17     A. No.
18     Q. How were you able to keep that from
19  them?
20     A. I would be in my room off to myself.
21     Q. Did you have your own rest room, your
22  own lavatory?
23     A. No. I would come out and go to the
24  rest room.
25     Q. But they never heard you vomiting?

289

1  They didn't know you had diarrhea or the
2  fever? They didn't know you were going
3  through all these changes?
4      A. No.
5      Q. During this period when you were
6  going through your chemotherapy treatment,
7  did you experience any depression?
8      A. Yes.
9      Q. When did that start?
10     A. After I started the chemo.
11     Q. So almost immediately afterwards?
12     A. Yes.
13     Q. Did you talk to anybody about it?
14     A. I talked to my nurse at the clinic I
15  was going to after. I was doing -- I had to
16  do those blood thinner. I had to go see her
17  for that. And I would get tested and stuff,
18  and I would let her know I was depressed.
19  And she'd give me some medication for it.
20     Q. What medication did she give you?
21     A. I don't remember the name of it, but
22  it was a pill for depression.
23     Q. Did she recommend that you go talk to
24  anyone about it?
25     A. Yeah, she did. But I was so -- too

73 (Pages 286 to 289)

290

1  sick to go anywhere. I couldn't really get
2  around like I wanted to, so I would discuss
3  it with her, how I was feeling.
4      Q. How often did you take the medication
5  that was prescribed for the depression?
6      A. I took a pill every day.
7      Q. How long did you continue taking
8  those pills?
9      A. Up until after I took the Arimidex.
10     Q. Okay. So up until you started --
11     A. My --
12     Q. -- hormone therapy?
13     A. Yeah.
14     Q. And then did you stop taking those?
15     A. After I --
16     Q. Okay. Now, at some point, we've
17  talked about a lot of side effects. And I
18  know one of them was hair loss, and we've
19  already established that you began to lose
20  your hair during chemotherapy. When did that
21  begin?
22     A. Soon after the first treatment.
23     Q. Okay. And so tell me what you
24  noticed first.
25     A. I start feeling my head getting

291

1  light. And as I was -- I went to sleep after
2  that first treatment later on that night.
3  When I awake, then I started feeling my hair
4  was coming out.
5      Q. So you would put your hand up and
6  then you'd --
7      A. Yeah.
8      Q. -- touch your hair, and it would just
9  come out?
10     A. Uh-huh (affirmative). Just come out.
11     Q. Okay. And that was after the first
12  cycle?
13     A. Yes.
14     Q. Okay. And did it surprise you?
15     A. Yes.
16     Q. Okay. But you knew that that was one
17  of the risks that you had been told about,
18  right?
19     A. Right.
20     Q. But you were still surprised --
21     A. Right.
22     Q. -- that it happened to you.
23     A. Uh-huh (affirmative).
24     Q. Did it also fall out in the shower or
25  fall out while you were brushing your hair?

292

1      A. Sleep.
2      Q. Generally --
3      A. When I went --
4      Q. -- when you were sleeping.
5      A. Right. When I woke up, yeah, it was
6  just coming out.
7      Q. Would you see it on the pillow when
8  you woke up?
9      A. Yeah. And then, when I touched it,
10  it was just loose, and it was just coming
11  out.
12     Q. And did that start that first night
13  that you got home?
14     A. Uh-huh (affirmative).
15     Q. How long did it continue?
16     A. It all came out the first night.
17     Q. All of your hair?
18     A. Uh-huh (affirmative).
19     Q. Okay. Did you loose it all?
20     A. Yes.
21     Q. Okay. Did you -- I believe we
22  discussed this this morning. But did you
23  discuss it with any of your medical
24  providers?
25     A. No.

293

1      Q. Did you have a conversation with
2  Dr. Lewis at all about this?
3      A. Before it happened.
4      Q. After.
5      A. No.
6      Q. Did you discuss it with anyone at the
7  clinic?
8      A. No.
9      Q. After it all fell out, was there
10  anything left at all?
11     A. No.
12     Q. Okay. Did you wear a wig during that
13  period?
14     A. No.
15     Q. Ms. Johnson, I am going to show you
16  what we're marking as Exhibit G. And it is
17  Bates number 00113 to 00114.
18         MS. MIMS:
19             I'll hand that to you.
20         MR. ROOT:
21             Thank you.
22  EXAMINATION BY MS. MIMS:
23     Q. And do you see -- up at the top, do
24  you see your name again, Deborah Johnson?
25     A. Yes.

74 (Pages 290 to 293)

294

1    Q.  And this one is dated 11/4/2010.  Do
2  you see that?
3    A.  Yes.
4    Q.  Does it sound about right to you that
5  this would have been around cycle 4 of your
6  chemotherapy?
7        Well, let me back up and strike that.
8        This says, Anticoagulation Clinic.
9  Do you see that?
10   A.  Yeah.
11   Q.  Okay.  Do you remember going to that
12  clinic?
13   A.  That would have been the clinic I was
14  going to for the Coumadin.
15   Q.  Okay.  And you are remember going to
16  that clinic for the Coumadin?
17   A.  Yes.
18   Q.  What was that for?
19   A.  Blood clots.
20   Q.  Did you develop -- when did you --
21  you had blood clots.
22   A.  Yes.
23   Q.  When did those develop?
24   A.  When they put the Port-A-Cath in.
25  And they had to take it out my right and put

295

1  it on my left.  And then I had to do the
2  Coumadin.
3    Q.  Okay.  What was the Coumadin for, if
4  you remember?
5    A.  The blood thinner.
6    Q.  It was a blood thinner.
7        And so how often did you have to go
8  to the Coagulation Clinic to get Coumadin?
9    A.  I would go, and then I would -- they
10  would, in turn, give me the medication.  I
11  had the prepackage shots I had to take.  And
12  I had to take the shots twice a day, in my
13  stomach.
14   Q.  You had to take shots twice a day,
15  but then you -- how often did you go to this
16  clinic?
17   A.  I think I went to the clinic like
18  every three weeks.
19   Q.  Was it lined up at all with your
20  chemotherapy cycles, or did it revolve around
21  that?  If you remember.
22   A.  Yeah.  Like in between.
23   Q.  Okay.  So you would go to your
24  chemotherapy cycle.  And in between --
25   A.  Right.

296

1    Q.  -- you'd go for your Coumadin.
2    A.  Yeah.
3    Q.  At the clinic.
4    A.  They would check my blood, my blood
5  count.
6    Q.  And if I represent to you that
7  11/4/2010 is between cycle 4 and cycle 5 of
8  your chemotherapy, does that sound about
9  right?
10   A.  Yeah.
11   Q.  Who's the one who diagnosed you with
12  the deep vein thrombosis?
13   A.  I ended up going to the emergency
14  room, because I had a tightening in my neck.
15  And the doctor from the emergency room, in
16  turn, referred my doctor as to what was going
17  on with the Port-A-Cath.  And Dr. Wey, in
18  turn, let me know that I would have to go
19  back to surgery, to get the port taken out
20  the right side and put on the left side.
21   Q.  Before you had the port inserted, did
22  you know that deep vein thrombosis was a
23  potential risk of having the Port-A-Cath?
24   A.  No.
25   Q.  Were you told that the Port-A-Cath,

297

1  the insertion of that, is what caused the
2  deep vein thrombosis?
3    A.  No.  They just told me I had blood
4  clots, and so mine was pulling on this side.
5  They, in turn, just took it out and put it on
6  this side.
7    Q.  And did anyone ever tell you how it
8  was that you developed blood clots?
9    A.  No.
10   Q.  If you look down into the last full
11  paragraph --
12   A.  Uh-huh (affirmative).
13   Q.  -- of the exhibit I handed you.  And
14  I'm -- in the middle of the paragraph, and it
15  says:  The patient has chronic hair loss
16  secondary to chemo.  Do you see that?
17   A.  Wait.  Where I'm at?  The second page
18  or the first?
19   Q.  First page, 00113.
20       THE WITNESS:
21       Right there?  The last one?
22   MR. ROOT:
23       Yeah.
24       THE WITNESS:
25       Okay.  Patient has . . .

75 (Pages 294 to 297)

298

1          Now, what you wanted to know?
2   EXAMINATION BY MS. MIMS:
3      Q.  Okay.  Do you see that sentence:  The
4   patient has chronic hair loss secondary to
5   chemo?  Do you see that?
6      A.  Yeah.
7      Q.  Okay.  So at this point, by November
8   2010, you've lost all of your hair, right?
9      A.  Yes.
10     Q.  Okay.  And did you have a
11  conversation with anyone at the clinic about
12  your hair loss?
13     A.  No.
14     Q.  So did you talk to a nurse there?
15  Did you have any conversations at all about
16  the hair loss?
17     A.  No.
18     Q.  At this point, you were aware that
19  your hair loss was as a result of the
20  chemotherapy you were receiving, right?
21     A.  Yeah.
22     Q.  Okay.  And you were aware of that on
23  the first night, when it started to fall out.
24     A.  Right.
25     Q.  When your hair started to fall out

299

1   and as it -- during your chemotherapy, did
2   you have any reason to believe that it was
3   any particular of the three chemotherapy
4   drugs that you were on?
5      A.  No.
6      Q.  Okay.  So you thought it could be any
7   or it could be all of those drugs.
8      A.  Right.
9      Q.  After you started to lose your hair
10  and -- well, at what point?  You're saying
11  all of it was gone after the first night,
12  right?
13     A.  Right.
14     Q.  Okay.  But you still went back for
15  your second, third, fourth, and fifth cycles
16  of chemotherapy, right?
17     A.  Yes.
18     Q.  Why did you continue to go back, if
19  your hair was falling out?
20     A.  After discussing it with my doctor,
21  we had already discussed that it was my
22  decision to keep continuing.  I trusted my
23  doctor and what he said.  It was supposed to
24  be temporary.  And I just figured I would
25  still take the risk.  It was solely my

300

1   decision.
2      Q.  I'm going to mark Exhibit H.  And
3   Exhibit H that I'm handing you is --
4          MS. MIMS:
5          And I'll read the Bates numbers
6   for the court reporter first: 00503 to 00505.
7   EXAMINATION BY MS. MIMS:
8      Q.  Could you take a look at that
9   document and tell me if you recognize it?
10     A.  Yes.
11     Q.  What is this document?
12     A.  Yes.
13     Q.  What is it?
14     A.  Oh.  My cancer chemo treatment of
15  cancer using anti-cancer medications.
16     Q.  Okay.  And I'm going to read the
17  title for you: Patient Consent to Medical
18  Treatment or Surgical Procedure and
19  Acknowledgement of Receipt of Medical
20  Information.  Did I read that correctly?
21     A.  Yes.
22     Q.  Okay.  So in essence, this is a
23  consent form, right?
24     A.  Right.
25     Q.  Okay.  And if you flip to the back,

301

1   it's dated November 30th, 2010.  Do you see
2   that?
3      A.  Yes.
4      Q.  And is that your signature there?
5      A.  Yes.
6      Q.  Okay.  Do you remember when your last
7   cycle of chemotherapy is? -- was?
8      A.  I'm not sure.
9      Q.  Does November 30th, 2010, sound about
10  right?
11     A.  Yeah.
12     Q.  Okay.  I'm going to represent to you
13  that the records indicate that your last
14  cycle was on November 30th, 2010.
15     A.  Uh-huh (affirmative).  Yes.
16     Q.  And if you see under there, it also
17  says -- and I'm still looking.  We're on the
18  signature line.  And then next to it is the
19  date, 11/30/10.  And then under that is 0730.
20  Do you see that?
21     A.  Yes.
22     Q.  Does that mean 7:30 a.m.?
23     A.  Yes.
24     Q.  Does that -- and I think you said
25  your chemo was from 8:00 a.m. to 4:00 p.m.,

76 (Pages 298 to 301)

302

1 right?
2    A. Yes.
3    Q. Okay. So does it make sense that you
4 would have signed this at 7:30, before your
5 chemo started?
6    A. No. I take a shot after each
7 treatment the next day. I had a shot I would
8 take after the treatment, after the -- every
9 three weeks treatment. Okay?
10    Say like I take a treatment today.
11 Well, tomorrow, I have to go back. I had a
12 shot. I had to go back for them to give me
13 the shot. I would get the shot the day
14 before I leave, but I had to take the shot,
15 bring it home, put it in the ice --
16 refrigerator, and then go back in the
17 morning. And they had to, in turn, give me
18 the shot.
19    So this would be the shot I would
20 take the next morning after that last
21 treatment, in the morning.
22    Q. What is it that leads you to believe
23 that this has anything to do with a shot?
24    A. No. Well, my last treatment -- like
25 I say, I take the last treatment -- say like

303

1 if today would have been my last treatment --
2    Q. If today was cycle 6.
3    A. Okay. I would still have to go back
4 the next day in the morning to have a shot.
5 I had a shot I had to take after each
6 treatment.
7    Q. I see what you're saying. Okay.
8    But your last cycle, cycle 6, you
9 were still there from 8:00 a.m. to 4:00 p.m.
10 Right?
11    A. Right.
12    Q. Okay. And if you read this and if
13 you -- just on the first page, under
14 Number 2, it says: Treatment/Procedure:
15 Cancer Chemotherapy. Do you see that?
16 And then it's handwritten in there,
17 Chemotherapy, on the first page?
18    A. Yeah.
19    Q. And then, if you flip to the second
20 page, which is 00504.
21    A. (Witness complies).
22    Q. And it says, in the middle, at the
23 top of the page: Risks Identified By the
24 Louisiana Medical Disclosure Panel. Do you
25 see that?

304

1    Oh, you're --
2    A. Oh.
3    Q. It's front and back.
4    A. Oh.
5    Q. Okay. So, second page, 00504, do you
6 see, Risks Identified By the Louisiana
7 Medical Disclosure Panel? Do you see that?
8    A. Yeah.
9    Q. Okay. Do you see that the first
10 thing listed there is hair loss, right?
11    A. What there?
12    Q. The first thing listed, the first
13 bullet point --
14    A. Oh.
15    Q. -- of the Risk Identified By The
16 Louisiana Medical Disclosure Panel, is hair
17 loss. Do you see that?
18    A. Yes.
19    Q. Okay. And so, if we go back through
20 and just kind of recap the records I've shown
21 you, I showed you the record that we reviewed
22 by Dr. Lewis, on the first time, when he gave
23 you your diagnosis and prognosis for
24 treatment. Do you remember that?
25    A. Yeah.

305

1    Q. Okay. And the risk of hair loss was
2 discussed at that meeting with him, right?
3    A. Right.
4    Q. Okay. And then we had the second
5 document that I showed you, which was just
6 prior to your first cycle of chemotherapy. Do
7 you remember that?
8    A. Yes.
9    Q. Okay. And we went through the risks
10 that were discussed with you before your
11 first cycle started, right?
12    A. Yes.
13    Q. Okay. And this is now, on your last
14 cycle of chemotherapy, and you're signing
15 another consent form, indicating you
16 understand that hair loss is a risk, right?
17    A. Right.
18    Q. Okay. You understood what you were
19 signing when you agreed to the risks listed
20 in here, right?
21    A. Right.
22    Q. As you sit here today, you are cancer
23 free; is that correct?
24    A. Yes.
25    Q. And you've had no reoccurrence of

77 (Pages 302 to 305)

306

1  cancer, right?
2      A. No.
3      Q. Tell me how you feel, having survived
4  breast cancer over all these years, with no
5  remission.
6      A. With what?
7      Q. Tell me how you feel, having survived
8  breast cancer, over these seven years, with
9  no remission.
10     A. I still feel depressed, frustrated,
11 angry, agitated.
12     Q. What are you depressed over?
13     A. But -- my hair loss.
14     Q. And when you say your hair loss, are
15 you just referring to the hair loss on your
16 head?
17     A. No. I still have problems with my
18 left side to my left cavity.
19     Q. No. When you say hair loss, are you
20 just referring to hair loss on your head?
21     A. No. I still have depression.
22     Q. No. Just talking about your hair
23 loss.
24     A. All right.
25     Q. Okay. Let's focus on that, and then

307

1  we can talk about --
2      A. Okay.
3      Q. -- the other reasons that you might
4  be depressed. Focusing on the hair loss
5  alone --
6      A. Right.
7      Q. -- is that just the hair on your
8  head?
9      A. Yes.
10     Q. Okay. So no hair loss anywhere else
11 that is causing you depression.
12     A. No.
13     Q. When your hair wasn't growing back,
14 and you knew that your sister's hair had
15 grown back, you saw the person in radiation
16 whose hair had come back, did you become
17 concerned that yours might not grow back?
18     A. Very.
19     Q. Okay. Did you think anything other
20 than the chemotherapy had caused it?
21     A. No.
22     Q. How long did you think it would take
23 before it would begin to grow back?
24     A. I was uncertain at that point. After
25 taking -- still taking treatments. After I

308

1  had my chemo, I was still under treatment and
2  medication. And I just thought, at some
3  point, I would regain it, since it was
4  temporarily, but I just, at one -- some point
5  in time, I just figured I was just the
6  unlucky one, that it wasn't going to come
7  back.
8      Q. When do you think that point
9  happened, that you thought it wasn't going to
10 come back?
11     A. After --
12     Q. Was it six months after?
13     A. After I finished my radiation.
14     Q. After you finished your radiation.
15     A. Yes.
16     Q. Okay. At that point, you thought, my
17 hair's not going to grow back.
18     A. Right.
19     Q. When did you complete your radiation?
20     A. After my chemo, I went straight into
21 it. I had 52 treatments.
22     Q. Of radiation.
23     A. Yes.
24     Q. Do you recall signing a consent form
25 for radiation as well?

309

1      A. Yes.
2      Q. And your radiation, was that in 2011?
3      A. No. All that should have been, in
4  what, 2010. Everything went straight
5  back-to-back.
6      Q. So that was in 2010.
7         And at the time of your last
8  radiation in 2010, at that point, you said to
9  yourself, My hair is not going to grow back
10 anymore?
11     A. Right.
12     Q. Okay. And you did not go and talk to
13 anyone about that, right?
14     A. No. I was devastated and depressed.
15     Q. Why didn't you seek treatment for
16 your hair loss?
17     A. I wasn't able to get out at that time
18 and point in time. I was still feeling sick.
19 And like I said, I wasn't able to get out and
20 go out. I was weak. I couldn't walk. It
21 was like learning how to do things all over
22 again, because I wasn't able to do anything.
23     Q. That was in 2010, though, right?
24     A. Right.
25     Q. So at some point, you began to get

78 (Pages 306 to 309)

310

1  better, right?
2      A.  Slowly but surely.  After I started
3  going to my rehabilitation.
4      Q.  And where did you go to
5  rehabilitation?
6      A.  LSU.
7      Q.  LSU.
8         When did that start?
9      A.  Right after my chemo.
10     Q.  So late 2000 --
11     A.  Not the chemo.  The radiation.
12     Q.  So late 2010, early 2011?
13     A.  Yes.
14     Q.  Was there a name of a particular
15  rehabilitation therapist that you saw there?
16     A.  Yeah.  I didn't remember her name.
17     Q.  How long did you go for?
18     A.  I went shortly.  For about three --
19  three months.  I had like every other week,
20  because I only had so, you know, many
21  treatments I could take, so I didn't have
22  very many.
23     Q.  And LSU, you went -- is there a
24  particular part of LSU where you received
25  this therapy?

311

1      A.  Yeah.  It was in the therapy.
2      Q.  Where?
3      A.  They had therapy.  It was on -- LSU
4  at that time was on Poydras.
5      Q.  Do you remember the address?
6      A.  It was in the Tom Benson Building.
7      Q.  Okay.  Do you remember the address?
8      A.  No.
9      Q.  By the time you were done with your
10  therapy, were you feeling better?  Were you
11  able to get up and around?
12     A.  Not really.  Because I continued to
13  try to finish doing my therapy at home.  They
14  gave me things I could work with at home
15  because I still had the neuropathy in my
16  hands and in my feet.  And I couldn't really
17  raise my arm on the left side because I had
18  the -- all the problems was on my left side,
19  from my surgery.
20     Q.  So the therapy was for neuropathy of
21  hands and feet, and for your left arm.
22     A.  Trying to -- yeah -- get my strength
23  back on my left side and to, you know, raise
24  my arm up again.
25     Q.  And did you just go that three

312

1  months, and that was it?
2      A.  No.  I tried to get more treatment.
3  And then after that -- I had a break like
4  three months, and then I was able to go back
5  like about three more months.
6      Q.  Now, was that at LSU as well?
7      A.  Yes.
8      Q.  So you went on two separate occasions
9  to LSU?
10     A.  Right.
11     Q.  After the second round of therapy,
12  that second three-month period, did that
13  help?  Did you start to feel a little bit
14  better then?
15     A.  Somewhat.
16     Q.  Okay.  How --
17     MR. ROOT:
18         Just a second.
19     MS. MIMS:
20         Let's take a two-minute off the
21  record.
22     THE WITNESS:
23         Okay.
24         (Recess).
25  EXAMINATION BY MS. MIMS:

313

1      Q.  So, Ms. Johnson, when you started
2  feeling better after that second round of
3  therapy, was there a reason that you didn't
4  go see someone about your hair loss at that
5  time?
6      A.  No.
7      Q.  No, there wasn't a reason?
8      A.  No.
9      Q.  Now, that was in 2011.  It's now
10  2017.  In all the years that have passed, why
11  have you not gone to see someone about your
12  hair loss?
13     A.  I just fingered it wasn't coming
14  back.  And by it being temporary, I figured I
15  was just one of the ones that was unlucky,
16  and it just wasn't coming back.
17     Q.  Okay.  So you believed, by 2011, your
18  hair wasn't coming back, and you were
19  unlucky, and there was nothing you could do
20  about it.
21     A.  Right.
22     Q.  Did you ever try and figure out which
23  of the three chemotherapeutic agents were --
24  whether all of them or what -- which one
25  exactly had caused your hair loss?

79 (Pages 310 to 313)

314

1   A. No.
2   Q. Has any doctor ever told you that
3   your hair loss was caused by Taxotere?
4   A. No.
5   Q. Have you ever thought that your hair
6   loss was caused by something other than any
7   of the chemotherapeutic agents?
8   A. No.
9   Q. As you sit here today, do you know
10  which of the chemotherapeutic agents you
11  believe caused your hair loss?
12  A. No.
13  Q. So you think it could have been one,
14  two, or all three of them.
15  A. Right.
16  Q. Do you believe that your chemotherapy
17  played any role with the fact that you're
18  sitting here today and, for lack of a better
19  word, you beat the cancer, with no
20  reoccurrence?  Do you believe that the
21  chemotherapy had anything to do with that?
22  A. Yes.
23  Q. So, if you had to do it again, would
24  you still go through chemotherapy?
25  A. Yes.  Upon speaking with my doctor.

315

1   Q. And if your doctor recommended to you
2   that you go through the exact same
3   chemotherapeutic regimen, you would follow
4   his advice, right?
5   A. With advice, yes.
6   Q. Did you ever consider that you
7   experiencing menopause during chemotherapy
8   might have caused some of your hair loss?
9   A. No.
10  Q. Do you know any women that have gone
11  through menopause?
12  A. No.   Q. Let's look at some of the
13  photographs that you produced.  We'll mark
14  these as -- the first set, which I'm going to
15  hand to you, is going to be marked as Exhibit
16  I.
17      Do you recognize those photographs?
18  A. Yes.
19  Q. All right.  On the first page, let's
20  look at the horizontal picture, with you and
21  a gentleman in the Yankees hat.  Do you see
22  that?
23  A. Yes.
24  Q. Who is that?
25  A. My son.

316

1   Q. Okay.  What year was this?
2   A. When I was in Texas.  That was before
3   my chemo.
4   Q. Before your chemo.
5   A. Yeah.
6   Q. But do you remember about what year?
7   A. It had to be about '05.
8   Q. Five years prior?
9   A. No.  About 2005.
10  Q. About 2005?
11  A. 2005.
12  Q. Okay.  So that's about five years
13  prior then to your chemotherapy.
14  A. Right.  Uh-huh (affirmative).
15  Q. And in that picture, is that your
16  real hair?
17  A. Yes.
18  Q. Okay.  So you're not wearing a wig or
19  anything?
20  A. No.  Unh-unh (negative).
21  Q. And you don't have any weaves on in
22  that?
23  A. No.
24  Q. How old is your son there?
25  A. Right here, he's about 33.

317

1   Q. Okay.  And the picture on the right,
2   the horizontal one, which I'm assuming is in
3   the winter because you have on a Santa cap.
4   A. Yeah.  December.  Yeah.  That was --
5   this would have been the year before my two
6   sisters passed.
7   Q. Okay.  So is that 2005?  Do we think
8   that's the same year?
9   A. Yeah.
10  Q. And I'm going to ask you the same
11  question.  I mean, you can only see part of
12  your hair coming from the wig.  But is that
13  all your hair?
14  A. Yes.
15  Q. Okay.  So you're not wearing a wig in
16  that picture.
17  A. No.
18  Q. And you do not have a weave or
19  anything like that in that picture.
20  A. No.
21  Q. Is your hair in -- well, let's start
22  with the picture, the one with the Santa hat
23  and holding the beer.  Is that -- are there
24  braids in your hair?
25  A. That was extensions, yeah.

80 (Pages 314 to 317)

318

1    Q. Oh. So you do have extensions.
2    A. On that one there, yes.
3    Q. Okay. So how long do you think your
4  -- an extension is what it sounds like.
5    A. Right.
6    Q. An extension of your real hair.
7    A. Well, mine's was to my shoulder.
8    Q. Okay. And so the part that we see
9  down below --
10    A. Uh-huh (affirmative).
11    Q. -- your chin in that picture, that
12  part is not your hair.
13    A. No.
14    Q. Okay. And that's what you call an
15  extension.
16    A. Right.
17    Q. How often would you get extensions?
18    A. Not that often. I would get regular
19  loose twists in my regular hair.
20    Q. Okay. And that's what your grandson
21  used to give to you, the twists?
22    A. Right. Uh-huh (affirmative).
23    Q. And that was once a month.
24    A. Yeah.
25    Q. Was that pretty regularly, once a

319

1  month?
2    A. Right. Uh-huh (affirmative).
3    Q. Leading up to --
4    A. Yeah.
5    Q. -- the time of your --
6    A. Yeah.
7    Q. -- diagnosis?
8    A. When, like when a holiday come or
9  something, I would get the extensions.
10    Q. Get the extensions.
11    A. Uh-huh (affirmative).
12    Q. Okay. And this was likely around a
13  holiday because of the hat.
14    A. Right. Uh-huh (affirmative).
15    Q. So in the bottom picture, where you
16  are with your son, do you have any extensions
17  on in that picture?
18    A. No. It was my hair braided at that
19  time. I was in Atlanta.
20    Q. Your hair was braided in that one.
21    A. Uh-huh (affirmative).
22    Q. Let's flip to the second page of
23  Exhibit I.
24    A. (Witness complies).
25    Q. And I'm looking at the bottom

320

1  picture, with you with four gentlemen, two
2  older and then two children.
3    A. Yeah. That's mine.
4    Q. Are those your grandkids?
5    A. Yeah.
6    Q. Okay. Tell me who the people in the
7  picture are. Or who is the gentleman in the
8  yellow?
9    A. That's my son.
10    Q. Is that -- okay. The same son from
11  the front page.
12    A. Right.
13    Q. Okay.
14    A. The red shirt, my oldest grandson.
15    Q. And what is his name?
16    A. Donell.
17    Q. So that's Donell, who would put your
18  hair in twists?
19    A. Right.
20    Q. And how old is he in that picture?
21    A. He's about 16.
22    Q. And how about the two kids in the
23  front?
24    A. That's the twin.
25    Q. Uh-huh (affirmative).

321

1    A. Rayquan Johnson. And the younger
2  brother, Raysan, to the left.
3    Q. Okay. They're twins, you said?
4    A. No.
5    Q. Oh.
6    A. The one to the right has a twin
7  sister.
8    Q. I see. Okay.
9    A. Raymiain.
10    Q. And that's -- is that you in the
11  middle?
12    A. Yes.
13    Q. And you see a date on there. That's
14  July 7th, 2007?
15    A. Yeah.
16    Q. Now, your hair in that picture is
17  significantly shorter than the one from 2005.
18    A. Well, it's pinned up to the back.
19    Q. Okay. So, what is the length of your
20  hair?
21    A. I had the long extensions. I was in
22  Atlanta.
23    Q. Say it again. I'm sorry.
24    A. I had the extensions. I was --
25    Q. In 2007?

322

```
 1      A.  Uh-huh (affirmative).
 2      Q.  In this picture, do you have
 3  extensions?
 4      A.  Yeah.  It's like twist into my hair.
 5  But I had a ponytail.  It was going to the
 6  back.
 7      Q.  Okay.  You have ponytail.
 8      A.  Yeah.
 9      Q.  You can't see.
10      A.  Uh-huh (affirmative).
11      Q.  Is your natural hair, without the
12  extensions, about the same length at this
13  point in 2007, as it is in the 2005 picture?
14      A.  Yes.
15      Q.  And in 2010, when you began your
16  chemotherapy, about how long was your hair at
17  that point?  Was it about the same length?
18      A.  No.  It was a little shorter.  It was
19  to my shoulder.
20      Q.  It was to your shoulder.
21      A.  And I had regular twists at that
22  time.
23      Q.  Okay.  No extensions, though.
24      A.  No.  Unh-unh (negative).  And no
25  locks.
```

323

```
 1      Q.  Okay.  And let's look at the picture,
 2  the other picture on that page.  It's you and
 3  a young woman.
 4      A.  (Witness complies).
 5      Q.  Who is that?
 6      A.  My daughter.
 7      Q.  Okay.  And are you holding a beer
 8  there?
 9      A.  Yes.
10      Q.  Okay.  And this is going to be the
11  time I think when you described that you'd
12  have a few beers now and then?
13      A.  Right.  Yeah, that was before my
14  time.
15      Q.  And in that picture, do you know what
16  year that's from?
17      A.  That was 2007.
18      Q.  That's also 2007.
19      A.  Yes.
20      Q.  Now, do you remember giving these
21  pictures to your attorney?
22      A.  Yes.
23      Q.  Where did you get them from?
24      A.  I got these out my Bible.  These were
25  the only ones I found.  At my house, that I
```

324

```
 1  had in the Bible.
 2      Q.  So we discussed earlier, pictures
 3  that you might have in your house.  And you
 4  had said there was only the one in the frame.
 5      A.  Yeah.  But I had got these from my
 6  daughter, and I put them in the Bible for to
 7  give to my attorney.
 8      Q.  You got -- okay.  So you got those
 9  from your daughter.
10      A.  Yeah.
11      Q.  Okay.
12      A.  Yeah.  These are --
13      Q.  But you're going to follow up with
14  your daughter and your other children to see
15  if they have any from --
16      A.  Yeah.  I'm going --
17      Q.  -- the 2000 --
18      A.  -- to see --
19      Q.  Let me finish.
20      A.  Uh-huh (affirmative).
21      Q.  -- from the 2009 to 2010 period.
22      A.  '10.  Okay.
23      Q.  Okay.  Do you keep anything else in
24  your Bible?
25      A.  Huh?
```

325

```
 1      Q.  Do you keep anything else in your
 2  Bible?
 3      A.  Some money.
 4      Q.  Well, that will stay in the
 5  deposition transcript.
 6      A.  To keep them from searching, I put it
 7  in the Bible.
 8      Q.  Okay.  I'm going to mark as
 9  Exhibit J, another set of pictures.
10      MS. MIMS:
11          Do you want one, Rick?
12      MR. ROOT:
13          Sure.
14  EXAMINATION BY MS. MIMS:
15      Q.  Do you recognize that picture?
16      A.  Yes.
17      Q.  Did you also provide that one to your
18  attorney?
19      A.  Yes.
20      Q.  Who took that picture?
21      A.  I took them at home.  My
22  granddaughter.
23      Q.  When did you take the picture?
24      A.  After my surgery.  This was like
25  about -- what, two -- about two years ago.
```

82 (Pages 322 to 325)

326

```
 1      Q. Well, you said you took it after your
 2   surgery.  What surgery are you referring to?
 3      A. Of my mastectomy.  This was after I
 4   did all my chemo and everything.
 5      Q. Okay.  Your mastectomy --
 6      A. But this -- this was like recent.
 7   It's about two years.
 8      Q. Your mastectomy was in 2010, right?
 9      A. Right.  Uh-huh (affirmative).
10      Q. And are you saying, this picture is
11   from 2015?
12      A. Yes.
13      Q. Why did you take this picture in
14   2015?
15      A. Because I was showing my -- I wanted
16   pictures to show, my hair wasn't coming back,
17   with me and my grandkids, because they say,
18   Maw-Maw, you're bald at the top.  I say,
19   Well, just take me some pictures.
20      Q. And what did you do with them after
21   your -- I'm sorry.  You said your daughter
22   took them?
23      A. No.  My granddaughter.
24      Q. Your granddaughter.
25         Which granddaughter?
```

327

```
 1      A. Dinika.
 2      Q. Dinika.
 3      A. Johnson.  Uh-huh (affirmative).
 4      Q. And so, what was your intention on
 5   what to do with these pictures?
 6      A. Nothing, but just have them on hand,
 7   well, for my purposes.  For to see that --
 8   you know, I didn't want to look at them, but
 9   I just wanted to see how I really look on the
10   picture, rather than in the mirror.
11      Q. And did your granddaughter take both
12   of the pictures here?
13      A. Yeah.  This was taken the same day.
14      Q. And are you wearing a wig today?
15      A. Yes.
16      Q. Okay.  So how does this picture
17   compare to how your hair looks today?
18      A. About the same.
19      Q. It looks about the same.
20      A. Yes.
21      Q. Okay.  How does this picture compare
22   to the way your hair looked on that first --
23   after that first night of chemotherapy, the
24   next day, when you said you began to lose all
25   your hair?
```

328

```
 1      A. Like this, but it didn't have the
 2   hair.  It was just bald.
 3      Q. Okay.
 4      A. It was slick.
 5      Q. So after that first night of
 6   chemotherapy, you had said you laid down and
 7   you lost almost all your hair.
 8      A. Right.
 9      Q. Right?
10      A. Uh-huh (affirmative).
11      Q. And that was 2010.
12      A. Right.
13      Q. And that next morning -- this is a --
14      A. I had no hair.
15      Q. This is a pretty close picture of
16   what it looked like.
17      A. Well, there was --
18      Q. Except you had no hair.
19      A. Right.  It was slick.
20      Q. And here, you can see a little bit of
21   hair.
22      A. Right.
23      Q. Okay.
24      A. This is pretty much as much as it
25   grow.
```

329

```
 1      Q. So that's the longest it's ever grown
 2   back.
 3      A. Uh-huh (affirmative).  I'd have like
 4   -- you know, you see the bald spots.
 5      Q. Uh-huh (affirmative).
 6         When you asked your granddaughter to
 7   take those pictures, were those the only two
 8   she took?
 9      A. Yeah.  Uh-huh (affirmative).
10      Q. In terms of the care that you would
11   give your hair prior to chemotherapy, I know
12   that Donell did your hair.  Did you ever go
13   to any salons?
14      A. No.
15      Q. Who would do the extensions?
16      A. My grandson.
17      Q. Did you ever get any treatments for
18   your hair, like relaxers or anything like
19   that?
20      A. No.  I was just leaving it natural.
21      Q. Okay.  Did you ever get one of those
22   Brazilian treatments --
23      A. No.
24      Q. -- Brazilian Blowout treatments?
25         No?
```

83 (Pages 326 to 329)

330

1    A.  No.
2    Q.  Okay.  So did you ever have any
3  chemicals at all in your hair?
4    A.  Years ago.
5    Q.  How long ago?
6    A.  Oh, that was about 30 years ago.
7    Q.  Would that have been around the time
8  that you were taking the CNA course?
9    A.  Yeah.
10    Q.  And about how many times do you think
11  -- well, at that time, what was the treatment
12  that you were having?  Was it a relaxer?
13    A.  Yeah.
14    Q.  Okay.  About how many of those do you
15  think that you had?
16    A.  I guess I had about eight because I
17  had a curl at that time.  I was going to the
18  salon to get the -- remember the curl?
19    Q.  When you say curl, do you mean a
20  Jheri curl?
21    A.  Jheri curl, yeah.
22    Q.  The Jheri curl days.
23    A.  Uh-huh (affirmative).  That's the wet
24  curls.
25    Q.  So is that the -- that is the

331

1  chemical that you're referring to?
2    A.  Right.  Uh-huh (affirmative).
3    Q.  Okay.  And you had that about eight
4  times.
5    A.  Yeah.
6    Q.  Okay.
7    A.  Uh-huh (affirmative).
8    Q.  Have you ever used a heat process to
9  straighten your hair?  Did you ever use a
10  hair blow dryer or a flat iron?
11    A.  No.
12    Q.  So you generally left your hair
13  natural.
14    A.  Right.
15    Q.  And prior to the time that you had
16  chemo, did you ever dye your hair?
17    A.  No.
18    Q.  I want to talk a little bit about
19  something that's come up earlier, and that is
20  the depression that you went through.  And I
21  know that -- well, let me back up.
22      I believe you said that it started
23  after the chemotherapy; is that right?
24    A.  Yes.
25    Q.  Okay.  Was the depression due to

332

1  anything else besides the chemotherapy?
2    A.  Well, I was -- I wasn't feeling
3  myself, and I would stay off to myself.  I
4  didn't want to be around anyone.  I just
5  wanted to, like, be off to myself.  It was
6  like a dark place for me, and it was like I
7  didn't want to see any light.  I just wanted
8  to be off to myself.
9    Q.  And are you -- and was that as a
10  result of the cancer diagnosis?
11    A.  Yeah.
12    Q.  Okay.
13    A.  It bothered me.  And then, by me
14  going through all the stages, with all the
15  different deaths in my family, I think it
16  kind of like took a toll on me, because
17  everything was so fast and, you know,
18  back-to-back, and it took a toll on me.
19    Q.  So you had had a number of deaths --
20    A.  Right.
21    Q.  -- in your family right before you
22  were diagnosed with cancer.
23    A.  Right.
24    Q.  And that was in the years leading up
25  to your diagnosis.

333

1    A.  Right.
2    Q.  Okay.  So that was a part of your
3  depression.
4    A.  Right.
5    Q.  So if the records indicate that you
6  were depressed due to home, family, or social
7  issues, what do you think --
8    A.  That, too.  After --
9    Q.  Let me finish.  If the record
10  indicates that you were depressed due to
11  home, family, or social issues, what do you
12  think that is referring to?
13    A.  When I was in my depression stage,
14  that I didn't want to be bothered, and they
15  didn't want to be bothered with me, either.
16  So I felt lonely, being alone, off to myself.
17  It was like I had no one to talk to.
18    Q.  And do you think, when it says family
19  and social issues, that's what it's referring
20  to?
21    A.  Well, I didn't want to be around
22  nobody for social events or anything like
23  that.  I just -- like I said, I just wanted
24  to be off in a little dark space off to
25  myself.  I didn't want to be bothered.

84 (Pages 330 to 333)

334

1    Q. How long did that last for you?
2    A. Oh, well, up until after I finished
3  all my treatments, and I was, like, getting
4  off my medication, because I was on a lot of
5  medication, too, and that was doing me in,
6  too, because I wasn't used to taking a lot, a
7  lot of pills. I wasn't really a pill person.
8    Q. Was that still going on -- were you
9  still depressed in 2012?
10    A. Yes.
11    Q. And was it for the same reasons?
12    A. Yes.
13    Q. Okay. And how about in 2013, were
14  you still depressed then?
15    A. I start coming around like about '14.
16    Q. When you say coming around, you
17  started feeling better.
18    A. Yes.
19    Q. So throughout 2013, you were still
20  experiencing depression.
21    A. Right.
22    Q. Okay. And you believe that was a
23  result of your cancer diagnosis, your
24  treatment, the deaths in your family.
25    A. Yes.

335

1    Q. Is that accurate?
2    A. Yes.
3    Q. And how do you feel today?
4    A. I still feel -- sometimes, I get --
5  like, now, I get into my little phases, where
6  sometimes, I feel like I'm going back into
7  depression, because this is during the time
8  when I had all the problems, you know, with
9  all the death, between like now and my
10  birthday.
11    Q. What do you mean, all the debt?
12    A. Losing all my family members.
13    Q. Oh, I'm sorry. I thought you said
14  debt.
15    A. Unh-unh (negative). Death.
16    Q. All the death.
17    A. Yeah. Death.
18    Q. Okay. Do you feel like -- you said
19  you started coming out of it in 2014. Do you
20  feel like it's gotten a little bit better
21  every year?
22    A. Yeah, it's getting better.
23    Q. It's getting better?
24    A. Well, it just, this time, you know, I
25  get sentimental because I was used to being

336

1  close to everybody and everybody being
2  together, you know, for the holidays and
3  things.
4    Q. This time of year.
5    A. Uh-huh (affirmative).
6    Q. Okay. And that depression that
7  you're talking of, about right now, in terms
8  of your family and the deaths in your family
9  and the holidays, that doesn't have anything
10  to do with your chemotherapy treatment,
11  right?
12    A. No.
13    Q. In terms of your health today, how
14  would you describe it?
15    A. Still about a 4 or 5.
16    Q. Out of 10?
17    A. 5.
18    Q. Oh. 4 or 5 out of 5?
19    A. 4 or 5 out of 10.
20    Q. Out of 10.
21      What makes it a 4 or 5?
22    A. I still have pain, and I still hurt.
23    Q. That's the pain in your chest?
24    A. Yes.
25    Q. Okay.

337

1    A. And --
2    Q. What other pain do you have?
3    A. And I still feel hurt after losing my
4  hair, and it had to come back because I was
5  so used to, you know, doing -- getting my
6  hair done and being out in public. And I'm
7  not able to go out, you know, without hair;
8  and that kind of bothers me.
9    Q. Do you go out with a wig on?
10    A. Yeah. But not in the summer, because
11  it's too hot. With us down here, I sweats a
12  lot, and then my hair itches and stuff, and I
13  can't do, you know, the things I be wanting
14  to do. Out in the sun, I can't be exposed
15  without, you know, having a hat on or some
16  hair.
17    Q. So you stay in in the summer because
18  you -- because of the heat down here.
19    A. Right.
20    Q. It's too hot.
21    A. Uh-huh (affirmative).
22    Q. And you don't want to wear a wig
23  outside.
24    A. No. It's too hot.
25    Q. Is there any other way in which your

85 (Pages 334 to 337)

338

1   hair loss has affected you today?
2       A.  Yeah.  Not being coming back, and I
3   feel like I was, like I say, one of the
4   unlucky ones.  And I'm still bothered by the
5   fact that it hasn't come back.
6       Q.  Are there any other physical injuries
7   that you're claiming as a result of your use
8   of Taxotere?
9       A.  No.
10      Q.  Just the hair loss?
11      A.  Yes.
12      Q.  Aside from going out in the summer,
13  which you've told us about, is there any
14  other activity that you're prevented from
15  doing because of your hair loss?
16      A.  Yeah.  I can't go out and be about,
17  like I say, in the heat and in the summer.
18  Because I'm used to, you know, swimming and
19  different things of that nature.  And now,
20  I'm -- I don't want to be seen without my
21  hair because people tend to stare at you.
22  And some people, they look at you like, you
23  know, you're a man, when they see you being a
24  bald-headed woman.
25      Q.  Is that mainly during the summer,

339

1   that that impacts you?
2       A.  Yes.
3       Q.  So in the winter months, or when it's
4   not as hot out, you -- it doesn't impact you,
5   because you can wear a wig out.
6       A.  Yeah.  I can kind of go out and, you
7   know, not feel bad about, you know, myself,
8   knowing that I do have some hair.
9       Q.  What does the temperature have to be
10  for you not to want to go outside?
11      A.  Well, we usually be hot, hot, hot
12  here.  It usually be up in the 90s, and
13  sometimes, we reach the hundreds.
14      Q.  And at that point, you don't want to
15  go out, if it's in the 90s.
16      A.  No.
17      Q.  I assume, though, at some point, you
18  will go outside, that you don't stay in all
19  summer, right?
20      A.  No.  At some point, I do go.  But I
21  go, like, in the morning, when it's cool.
22  I'll go out after, you know, the sun goes
23  down.
24      Q.  Do you claim any medical -- that
25  you've incurred any medical expenses from

340

1   your hair loss?
2       A.  No.  The only thing I have to, when I
3   -- I have to buy, you know, wigs and things
4   of that nature for to cover my head.
5       Q.  Okay.  And how much do you think
6   you've spent on wigs?
7       A.  Oh, between the time I had my surgery
8   and stuff, about six, 600.
9       Q.  600?
10      Now, are you alleging that Taxotere
11  caused any other injuries that we haven't
12  discussed yet here today?
13      A.  No.
14      Q.  Okay.  Have you ever been a plaintiff
15  in a lawsuit before this one?
16      A.  No.
17      Q.  Have you ever been a defendant in a
18  lawsuit before?
19      A.  No.
20      Q.  Were you ever asked to be in a
21  clinical trial?
22      A.  No.
23      MS. MIMS:
24      If we can take a five-minute
25  break?

341

1       MR. ROOT:
2       Of course.
3       MS. MIMS:
4       We'd probably almost be done.
5       (Recess.)
6   EXAMINATION BY MS. MIMS:
7       Q.  Ms. Johnson, at the moment, I have no
8   further questions for you.  So how long we
9   stay is going to depend on how long your
10  attorney keeps us here.  And if I have any
11  follow-up, but it will likely be short, if I
12  do.  So . . .
13      MR. ROOT:
14      Sure.
15  EXAMINATION BY MR. ROOT:
16      Q.  And, Ms. Johnson, I'm Richard Root.
17  And I'm your attorney, correct?
18      A.  Yes.
19      Q.  Just a couple quick questions.
20      Have you ever worked for
21  Sanofi-Aventis, the defendant?
22      A.  No.
23      Q.  Have you ever been an oncologist?
24      A.  No.
25      Q.  Okay.  Do you have -- how old was

86 (Pages 338 to 341)

342

1  your oncologist when you made that -- when
2  you had your infusions?  Your chemotherapy.
3      A.  I'm not sure.
4      Q.  Was he a young man or an older man?
5      A.  In between.
6      Q.  Okay.  From your personal knowledge,
7  do you have any idea what information
8  Sanofi-Aventis gave to your oncologist for,
9  say, six years prior to you having your
10 infusion?
11     A.  No.
12     Q.  Okay.  We also talked a little bit --
13 you were asked a question about, if you had
14 to do chemotherapy again.  So I want to ask
15 you:  If, in your discussion with your
16 physician, you were told that you had two
17 different chemotherapy drugs, that worked
18 about equally well, but one would give you
19 permanent hair loss greater than the other
20 drug, that wouldn't give you as much chance
21 of permanent hair loss, which one would you
22 pick?
23         MS. MIMS:
24         I think I'll do a foundation
25 objection for that.

343

1          THE WITNESS:
2          The one that would give me a risk
3  of less hair loss.
4          MR. ROOT:
5          All right.  Thank you.  I have no
6  further questions.
7  EXAMINATION BY MS. MIMS:
8      Q.  Ms. Johnson, I have no further
9  questions, but I wanted to thank you.  You've
10 been very patient here today.
11     A.  Thank you.
12     Q.  And I wish you the best of luck.
13     A.  Thank you.
14         MS. MIMS:
15         Thank you.
16         MR. ROOT:
17         Thank you.
18     (Deposition concluded at 4:35 p.m.)
19
20
21
22
23
24
25

344

1              WITNESS' ATTESTATION
2
3          I have read or have had the foregoing
4  testimony read to me, pursuant to Rule 30(e)
5  of the Federal Rules of Civil Procedure
6  and/or Article 1445 of the Louisiana Code of
7  Civil Procedure, and hereby attest that, to
8  the best of my ability and understanding, it
9  is a true and correct transcription of my
10 testimony, with the exception of any attached
11 corrections or changes, complete with reasons
12 for changes, on the Witness' Amendment Pages;
13         I have in no way altered the printed
14 transcript pages containing testimony herein,
15 tampered with the seal on the last numbered
16 page herein, or tampered with the security
17 strip on the binder hereof.  The integrity of
18 this certified transcript has been maintained
19 in the identical form as it was received by
20 me, with the exception of any changes on the
21 Witness' Amendment Pages.
22
23
24 Date_____Signature_____
25              DEBORAH ANN JOHNSON

345

1              C E R T I F I C A T E
2
3      This certification is valid only for
4  a transcript accompanied by my original
5  signature and original required seal on this
6  page.
7      I, TERENCE D. SKELTON, Certified
8  Court Reporter in and for the State of
9  Louisiana, as the officer before whom this
10 testimony was taken, do hereby certify that
11 DEBORAH ANN JOHNSON, after having been duly
12 sworn by me upon authority of R.S. 37:2554,
13 did testify as hereinbefore set forth in the
14 foregoing 344 pages;
15         That this testimony was reported by
16 me in the stenotype reporting method, was
17 prepared and transcribed by me or under my
18 personal direction and supervision, and is a
19 true and correct transcript to the best of my
20 ability and understanding;
21         That the transcript has been prepared
22 in compliance with transcript format
23 guidelines required by statute or by rules of
24 the board, and that I am informed about the
25 complete arrangement, financial or otherwise,

87 (Pages 342 to 345)

346

1  with the person or entity making arrangements
2  for deposition services;
3        That I have acted in compliance with
4  the prohibition on contractual relationships,
5  as defined by Louisiana Code of Civil
6  Procedure Article 1434 and in rules and
7  advisory opinions of the board;
8        That I have no actual knowledge of
9  any prohibited employment or contractual
10 relationship, direct or indirect, between a
11 court reporting firm and any party litigant
12 in this matter, nor is there any such
13 relationship between myself and a party
14 litigant in this matter.
15       I am not related to counsel or to the
16 parties herein, nor am I otherwise interested
17 in the outcome of this matter.
18
19  _____
20       Terence D. Skelton
         Certified Court Reporter
21       State of Louisiana
         Certificate No. 88035
22
23
24
25

Veritext Legal Solutions
290 W. Mt. Pleasant Ave. - Suite 3200
Livingston, New Jersey 07039
Toll Free: 800-227-8440  Fax: 973-629-1287

_____, 2017
To:  Betsy Barnes, Esq.
Case Name: Johnson, Deborah v. Sanofi S.A., Et Als
Veritext Reference Number: 2756382
Witness:  Deborah Ann Johnson Deposition Date:  11/30/2017

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness review the
transcript and note any changes or corrections on the included errata sheet, indicating the page,
line number, change, and the reason for the change.  Have the witness' signature at the
bottom of the sheet notarized except in California where they are signing under penalty
of perjury and forward the errata sheet back to us at the address shown above.

If the jurat is not returned within thirty days of your receipt of
this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

Encl.
cc:  Buffy J. Mims, Esq.

---

1        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS
2        800-227-8440
   ASSIGNMENT NO. NJ2756382
3  CASE NAME: Johnson, Deborah v. Sanofi S.A., Et Als
   DATE OF DEPOSITION: 11/30/2017
4  WITNESS' NAME: Deborah Ann Johnson
5
6  PAGE/LINE(S)/  CHANGE       REASON
   ___/___/_____/_____
7  ___/___/_____/_____
8  ___/___/_____/_____
9  ___/___/_____/_____
10 ___/___/_____/_____
11 ___/___/_____/_____
12 ___/___/_____/_____
13 ___/___/_____/_____
14 ___/___/_____/_____
15 ___/___/_____/_____
16 ___/___/_____/_____
17 ___/___/_____/_____
18 ___/___/_____/_____
19 ___/___/_____/_____
20       Deborah Ann Johnson
   (Notary not required in California)
21 SUBSCRIBED AND SWORN TO
   BEFORE ME THIS_____DAY
22 OF_____, 2017.
23 _____
24    NOTARY PUBLIC
25 MY COMMISSION EXPIRES_____