# EXHIBIT E

```
NAME: JOHNSON, DEBORAH D           MRN: 57-25-19-82
DATE OF VISIT: 08/09/2010          ACCOUNT#: 09845976
DATE OF BIRTH:                     SEX: F
```

Oncology Clinic

PROGRESS NOTE

ATTENDING PHYSICIAN: MARIANNE BARNHILL, MD.

ONCOLOGIC DIAGNOSIS:
53-YEAR-OLD FEMALE WITH STAGE IIB (T2 N1 M0) INFILTRATING DUCTAL CARCINOMA OF THE LEFT BREAST, DIAGNOSED BY BIOPSY ON MAY 12, 2010.

TREATMENT HISTORY:
Left modified radical mastectomy and axial lymph node dissection on June 25, 2010.

HISTORY OF PRESENT ILLNESS:
Ms. Johnson's case has been slightly complicated by a Port-A-Cath associated thrombosis. She had to have her Port-A-Cath removed. She is placed on anticoagulation and then on Friday, August 6, 2010, she had a Port-A-Cath replaced for chemotherapy administration.

We again discussed with Ms. Johnson the risks and the benefits of chemotherapeutic intervention. The risks being nausea, vomiting, diarrhea, hair loss, fatigue, malaise changes in her nails, 1.7% risk of heart failure, a risk of acute myelogenous leukemia, infection, fever, bleeding, need for transfusion, peripheral neuropathy. Ms. Johnson expressed

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
|---|---|---|---|
| Age: | 60 Years | Gender: | Female |

Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.

understanding of the risks associated with chemotherapy and signed a consent to that effect.

PHYSICAL EXAMINATION:
VITAL SIGNS: Her blood pressure is 126/80, her pulse is 80, temperature is 97.6, her weight is 231 pounds, her height is 65 inches. She is satting 100% on room air.
GENERAL: She is a well-developed, well-nourished female, in no apparent distress.
NEUROLOGIC: She is awake and oriented. She is communicative, affable, and appropriate.
CARDIOVASCULAR: Regular rate and rhythm. There are murmurs or gallops.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Bowel sounds are positive.
CHEST EXAM: She has a well-healed left-sided mastectomy scar. She has a Port-A-Cath that is in place. There is no erythema or tenderness.
EXTREMITIES: There is no cyanosis, clubbing, or edema.

LABORATORY EVALUATION:
CBC drawn on August 9, 2010, the day of clinic, reveals a white count of 7.6, a hemoglobin of 11.6, and platelet count of 205,000. Comprehensive metabolic profile reveals potassium of 3.4, magnesium of 2, and a phosphorus of 3.2.

RADIOGRAPHIC STUDIES:
There are no new radiographs to report except for a chest x-ray from August 6, 2010, postop Port-A-Cath placement, which reveals no pneumothorax and properly positioned Port-A-Cath.

ASSESSMENT AND PLAN:
THIS IS A 53-YEAR-OLD WOMAN WITH STAGE IIB INFILTRATING DUCTAL CARCINOMA OF THE LEFT BREAST.

1. WE WILL PLAN FOR A CHEMOTHERAPY ON AUGUST 11, 2010, WITH TAC X6 CYCLES.
2. WE WILL GET LABS INCLUDING A BNP AND A CBC ON WEDNESDAY, AUGUST 18, 2010, THIS IS DAY #8 OF HER CHEMOTHERAPY TO ENSURE THAT SHE IS TOLERATING.
3. WE WILL GIVE HER A PRESCRIPTION FOR EMEND 125 MG AT THE DAY OF CHEMOTHERAPY AND 80 MG TO TAKE ON DAYS 2 AND 3.
4. WE WILL GIVE HER A PRESCRIPTION FOR ZOFRAN 8 MG TO TAKE EVERY 8 HOURS, RTC X5 DAYS.
5. I WILL GIVE HER COMPAZINE 10 MG TO TAKE TWICE A DAY P.R.N.
6. SHE IS GIVEN A PRESCRIPTION OF DECADRON 4 MG TABLETS, SHE TAKES 2 TABLETS B.I.D. THE DAY BEFORE, THE DAY OF, AND THE DAY AFTER CHEMOTHERAPY. THIS IS TO PREVENT DOCETAXEL-ASSOCIATED ALLERGIC REACTION AND EDEMA.

```
NAME: JOHNSON, DEBORAH D            MRN: 57-25-19-82
DATE OF VISIT: 11/04/2010           ACCOUNT#: 9962871
DATE OF BIRTH:                      SEX: F
```

Anticoagulation Clinic

PROGRESS NOTE

HISTORY OF PRESENT ILLNESS:
The patient presented to the Coumadin clinic on November 4, 2010 for anticoagulation management therapy secondary to deep vein thrombosis - upper extremity.

Termination date:  Indeterminate.

Goal INR:  2.0 to 3.0.  INR:  1.9.

Coumadin dosing schedule:  5 mg tablet.  The patient takes 5 mg by mouth daily, except 7.5 mg on Tuesdays and Thursdays, total 40 mg per week.  The patient denies any missed doses.

Allergies:  No known drug or food allergies.

Today, the patient denies any adverse reactions or allergic reactions to Coumadin.  Denies any new medicines, over-the-counter medicines, or changes in current medicines.  Denies any signs or symptoms of bleeding.  Denies any signs or symptoms of stroke.  The patient has chronic hair loss secondary to chemo.  Denies any recent injuries or emergency room visits.  Denies any changes in weight or appetite.  Denies any increase or decrease in vitamin K foods.  Denies any herbal products or alcohol.

Printed by 8646292 on 7/24/2017 6:29:59 PM

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
|---|---|---|---|
| Age: | 60 Years | Gender: | Female |

*Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.*

```
Last menstrual period:  October 27, 2010.

PHYSICAL EXAMINATION:
Blood pressure 120/78.  Pulse 121 initially, asymptomatic.  Respiratory
rate 18, weight 202.4, temperature 97, and height 5 feet 5 inches.

Physical exam:  Cardiovascular:  Regular rate and rhythm, 74 beats per
minute.  No audible murmur.  Lungs, neuro, visual inspection of ENT/oral
cavity, arms, legs, and skin - unremarkable.

ASSESSMENT:
ANTICOAGULATION MANAGEMENT THERAPY SECONDARY TO DEEP VEIN THROMBOSIS -
UPPER EXTREMITY - INR SLIGHTLY SUBTHERAPEUTIC - NO SIGNS OR SYMPTOMS OF
CLOT.

PLAN:
1.  Continue same Coumadin dosing schedule (the patient will take Coumadin
on Monday, November 8, 2010)
2.  Keep diet steady.
3.  Report to ER for signs or symptoms of bleeding or recurrent clot.
4.  Return to clinic in 1 week with INR on November 11, 2010.

The patient verbalized understanding of all instructions.



Debbie Jarrett, RN,CS- ANP 11/05/2010 11:19 A
Dictated by:  Debbie Jarrett, RN,CS- ANP




_
edx/
D: 11/04/2010 02:46 P T: 11/05/2010 01:33 A
Edix Doc #:201011040991518500    JN#: 576996
```



Acct. # 9960328
T  MRN: 57251982
JOHNSON, DEBORAH D        D
                  11/1/2010
              2    F    W



## Patient Consent to Medical Treatment or Surgical Procedure and Acknowledgement of Receipt of Medical Information

### Cancer Chemotherapy (Treatment of cancer using anti-cancer medications)

**READ THIS DOCUMENT CAREFULLY BEFORE SIGNING**
**TO THE PATIENT:**

- [You are about to receive] der medical treatment/surgery. Louisiana law requires us to tell you [about the] tment/surgery
- [The risks of the su]rgery, as defined by the Louisiana Medical Disclosure Panel or as determined by your [physician and] material risks associated with such alternatives.
- [You must be informed] about your condition and the recommended surgical, medical or diagnostic procedure [and decide] on whether or not to undergo the procedure after knowing the risks and hazards involved.
- [To provide inform]ed consent, you are being asked to sign a confirmation that we have discussed all these [matters. We have] already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand and we will be happy to explain it.

(handwritten stamp: Dr. Lewis  Expires 11/9/10  have pt sign consent 11/30/10)

| 1. Patient Name: |
|---|
| **2. Treatment/Procedure: Cancer Chemotherapy (Treatment of cancer using anti-cancer medications)** |
| ♦ a) Description, nature of the treatment/procedure: _Chemotherapy_ |
| ♦ b) Purpose: _to treat Breast Cancer_ |

**3. Patient Condition**

♦ Patient's diagnosis, description of the nature of the condition or ailment for which the medical treatment, surgical procedure or other therapy described in item number 2 is indicated and recommended: _Patient with breast cancer S/p Mastectomy_

**4. Material Risks of Treatment Procedure**

♦ a) All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or other associated risks that you might consider significant but may not be listed below.

1426- JOHNSON, DEBORAH- INFUSION PHARMACY University Medical Center New Orleans  00503

| Risks Identified by the Louisiana Medical Disclosure Panel | | |
|---|---|---|
| • Hair loss<br>• Damage to blood forming organ (bone marrow) which may result in bleeding, infection, anemia, and possible need for transfusion<br>• Damage to brain, heart, kidneys, liver, lungs, nervous system, and skin | • Serious allergic reaction including shock<br>• Sterility<br>• Nausea and/or vomiting<br>• Constipation or diarrhea | • Sores on lips and/or ulcers in the lips, mouth, throat, stomach, rectum.<br>• Loss of lining of intestinal tract from mouth to anus<br>• Secondary cancer (cancers in the future caused by chemotherapy)<br>• Local damage at injection site |

| Risks Determined by Your Doctor | | | |
|---|---|---|---|
| • | • | • | • |

| Additional Risks (if any) Particular to this Patient because of a Complicating Medical Condition |
|---|
| |

| Risks Generally Associated with Any Surgical Treatment/Procedure, including Anesthesia | | |
|---|---|---|
| • death<br>• brain damage<br>• disfiguring scars<br>• pain | • quadriplegia (paralysis from the neck down)<br>• paraplegia (paralysis from the waist down) | • the loss of or loss of function of any organ or limb<br>• infection<br>• bleeding |

**5. Reasonable Therapeutic Alternatives and the Risks Associated with such Alternatives**

**6. Acknowledgement, Authorization and Consent**

a) **No Guarantees:** All information given me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgement of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either express or implied, as to the success or other results of the medical treatment or surgical procedure.

b) **Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

c) **Particular Concerns:** I have had an opportunity to disclose to and discuss with the physician providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.

d) **Questions:** I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

e) **Authorized Physician:** The physician (or physician group) authorized to administer or perform the medical treatment, surgical procedures or other therapy in item 2 is_____.
  ☐ LSUHSC, Dept. of _____
  ☐ Tulane University HSC, Dept. of _____

Acct. # 9960328
T  MRN: 57251982
JOHNSON, DEBORAH D    D
11/1/2010
2    F    W

Page 2 of 3

HCSD 5001 CACH (Rev 7/07)

| Consent |
|---|

I hereby authorize and direct the designated authorized physician/group, together with associates and assistants of his choice, to administer or perform the medical treatment or surgical procedure described in item 2 of the Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray, or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure, and I hereby consent thereto.

I have read and understand all information set forth in this document, including any attachment, and all blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 2 of this consent form, including risks and alternatives. I acknowledge that my questions have been answered to my satisfaction.

I understand and consent to the presence of a technical equipment representative in the patient care area during my procedure as requested and/or permitted by my surgeon. I understand that this technical equipment representative is present for the express purpose of providing information on a specific instrument and/or product and will not surgically assist my surgeon in the surgical procedure.

I consent to audiotaping, video, and/or still photography of procedures and/or any medical condition. I understand that any audio, video, or still photography will be used for medical documentation, educational, and/or scientific purposes. I understand that patient confidentiality will be maintained and that I will not be identified in any audio, video, or still photos used for educational and/or scientific purposes. I understand that this is a voluntary contribution. As a result, I waive any and all rights to any claim for payment or royalties in connection with the use of any audio, video, and/or still photography. I understand that all recordings and photography are the property of Louisiana State University Health Care Services Division.

I am aware that this hospital is a teaching facility, and, as a result, residents, medical students, nursing students, and other medical career students will be involved in my care.

I consent to the procedure described in item 2 of this consent.

_____   11-30-10 @ 0730   _____
Patient or Person Authorized to Consent        Date/Time                Witness

_____
Relationship (if not signing for self)

**Physician Certification:** I hereby certify that I have provided and explained the information set forth herein including any attachment, and answered all questions of the patient, or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge and ability.

BRIAN Lewis          11/15/10  14⁻      _____
Typed or Printed Physician's Name    Date/Time       Physician Signature

---

Acct. # 9960328
MRN: 57251982
JOHNSON, DEBORAH D    D
11/1/2010
2  F  W

HCSD 5001 CACH (Rev 7/07)

Page 3 of 3