# EXHIBIT G

```
NAME: JOHNSON, DEBORAH D          MRN: 57-25-19-82
DATE OF VISIT: 04/11/2011         ACCOUNT#: 10155770
DATE OF BIRTH: ███████████        SEX: F
```

Oncology Clinic

PROGRESS NOTE

ATTENDING PHYSICIAN:  MARIANNE BARNHILL, MD.

MEDICAL HISTORY:
1.  This is a 54-year-old woman with stage IIB (T2 N1 M0) infiltrating
ductal carcinoma of the left breast diagnosed by biopsy on May 12, 2010, ER
positive, PR negative, HER-2/neu not overexpressed.  Has a single lymph
node positive 2.5 cm in greatest dimension.  Treatment consists of a
left-sided modified radical mastectomy and axillary lymph node dissection
on February 15, 2010, then received adjuvant chemotherapy consisting of TAC
completed on November 30, 2010, then received radiation therapy at Tulane
University which completed on February 22, 2011, then started on Arimidex
in March 2011.
2.  Upper extremity DVT which is currently undergoing anticoagulation in
the Coumadin clinic.
3.  Hypertension.
4.  Bilateral tubal ligation.

HISTORY OF PRESENT ILLNESS:
Currently, Ms. Johnson's largest complaint is that of some numbness in her
hands.  She reports that there is some tingling.  She says that this occurs
all the time, although it is made worse with use of her hands, the example
that she used were that of dusting her furniture, cleaning counters, or
cooking and that the use of the spoon to mix food.  However, she does

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

report that she is able to tie her shoes and button the button on her pants and zip the zipper of her pants and zipper of her coat, and that she is not dropping any items such as her toothbrush or cups or forks.  She reports that itching, burning, and fungal infection on her feet have resolved with the use of an over-the-counter antifungal cream.  She reports that she is tolerating the Arimidex overall well with no symptoms.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Her blood pressure is 95/65, her pulse is 85, temperature is 97.5, height is 65 inches, weight is 204 pounds, respirations 19.  She is satting 99% on room air.
GENERAL:  She is a well-developed, well-nourished female.  She is in no apparent distress.
NEUROLOGIC:  She is awake and oriented.  Cranial nerves 2 through 12 are intact.
LUNGS:  Clear to auscultation bilaterally.
ABDOMEN:  Sounds are positive.
BREAST EXAM:  On the left side, there is a well-healed mastectomy scar.
EXTREMITIES:  Her fingernails still has some discoloration from the chemotherapy.  There is no discoloration on her fingers.  There is no evidence of muscle atrophy in her hands.

ALLERGIES:
No known drug allergies.

MEDICATIONS:
1.  Neurontin.
2.  Amitriptyline.
3.  Warfarin.
4.  Arimidex.
5.  Colace.
6.  Calcium.
7.  Norvasc.
8.  Lisinopril/hydrochlorothiazide.

LABORATORY EVALUATION:
Labs drawn on April 11, 2011, the day of clinic revealed white count of 6.6, hemoglobin of 11.7, a platelet count of 202,000.  Comprehensive metabolic profile including magnesium and phosphorus is normal.

RADIOGRAPHIC STUDIES:
Bone density scan performed in February 2011 is normal.

PATHOLOGY:
Endocervical curettage performed in August 2010 reveals no dysplasia or

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

malignancy identified with a minute fragment of squamous mucosa and endocervical tissue with chronic inflammation.

ASSESSMENT AND PLAN:
THIS IS A 54-YEAR-OLD FEMALE WITH STAGE IIB (T2 N1 M0) INFILTRATING DUCTAL CARCINOMA OF THE LEFT BREAST, STATUS POST MASTECTOMY, CHEMOTHERAPY, AND RADIATION, CURRENTLY ON ARIMIDEX.

1.  WE WILL REFER THE PATIENT TO GYNECOLOGY AS SHE HAD SOME WHAT SOUNDS LIKE POSTMENOPAUSAL BLEEDING, ALTHOUGH SHE DID HAVE AN ENDOCERVICAL CURETTAGE WHICH WAS NORMAL, BUT WE WILL REFER THEM FOR ADDITIONAL FOLLOWUP.
2.  SHE HAS A MAMMOGRAM SCHEDULED FOR APRIL 28, 2011.  SHE IS TO KEEP THIS APPOINTMENT.
3.  SHE IS TO CONTINUE TO TAKE THE NEURONTIN FOR ASSISTANCE WITH HER PERIPHERAL NEUROPATHY.  THIS WAS RECENTLY INCREASED TO 2 TABLETS 2 TIMES A DAY.  SHE INQUIRED ABOUT RECEIVING DISABILITY SECONDARY TO HER NEUROPATHY. I TOLD HER THAT IF THIS IS PERSISTENT, THEN WE WILL ASSIST HER WITH THAT IN WHATEVER WAY THAT WE CAN, ALTHOUGH I AM HESITANT TO DO SO NOW AS SHE STILL SEEM TO BE ABLE TO MAINTAIN HER ACTIVITIES OF DAILY LIVING.
4.  SHE IS TO CONTINUE COUMADIN.  SHE WAS ORIGINALLY STARTED ON JULY 20, 2010.  AS SHE HAS RECENT HISTORY OF MALIGNANCY AND SHE HAS WHAT IS LIKELY TO BE A PORT RELATED DEEP VENOUS THROMBOSIS, IT IS NOT REASONABLE FOR HER TO RECEIVE A YEAR OF ANTICOAGULATION AND THEN RE-EVALUATE WITH A D-DIMER. IF THE D-DIMER IS NEGATIVE, THEN WE MAY BE ABLE TO STOP HER COUMADIN THERAPY.  AN ULTRASOUND PERFORMED IN JANUARY REVEALED NO EVIDENCE OF THROMBUS IN THE DEEP VENOUS SYSTEM OF THE UPPER EXTREMITIES
5.  SHE IS TO RETURN TO CLINIC IN 3 MONTHS.  WE WILL RECHECK HER FSH IN SEPTEMBER 2011.

THIS CASE WAS DISCUSSED WITH DR. MARIANNE BARNHILL AND SHE IS IN AGREEMENT.


Brian Lewis, M.D. 04/27/2011 09:35 A
Dictated by:  Brian Lewis, M.D.


Marianne Barnhill, M.D. 05/02/2011 12:50 P
Signed by:  Marianne Barnhill, M.D.

```
NAME: JOHNSON, DEBORAH D            MRN: 57-25-19-82
DATE OF VISIT: 11/10/2011           ACCOUNT#: 10427422
DATE OF BIRTH:███████████           SEX: F
```

Medical Home

CHIEF COMPLAINT:
Followup for primary care.

HISTORY OF PRESENT ILLNESS:
The patient is a 54-year-old female with a history of status post left
modified radical mastectomy on June 26, 2010, for a T12, N1, M0 medullary
carcinoma.  The patient has completed her chemotherapy on November 30,
2010, with radiation therapy completed on February 28, 2010.  The patient
does follow up with Dr. Wey.  She has been recently seen by her oncologist.
She also has a history of DVT of her right upper extremity.  The patient
recently completed her anticoagulation therapy.  The patient continues to
complain of left upper extremity shoulder pain that comes intermittently.
The patient states the pain starts at her upper left shoulder and radiates
down to her elbow causing numbness and tingling into her fingers.  The
patient has gone to physical therapy, which she indicates the therapy
exacerbates her pain.  She is unable to rest due to the discomfort and
throbbing sensation she is having in her left shoulder.  It was indicated
that the patient did follow up in the ER on September 12, 2011, after a
fall.  An x-ray was done of her left shoulder, which indicated
acromioclavicular osteoarthrosis.  No acute bone or joint abnormality in
the left shoulder.  The patient is now scheduled to follow up with PM and R
on November 14, 2011.  She is scheduled for an MRI of her left shoulder on
November 15, 2011.  She states her shoulder pain from a 1 to 10 is constant
in nature and is a 10.  She is without chest pain, shortness of breath, or
abdominal pain.  She does complain of depression and anxiety.  States
sometimes she feels very overwhelmed due to her chronic shoulder pain as
well as family situations at home.  She indicates she cries a lot and wants

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

---

to be alone.  She denies any current homicidal or suicidal thoughts.

CURRENT MEDICATIONS:
1.  Arimidex 1 mg per day.
2.  Calcium with D.
3.  Colace 100 mg 1 tab twice a day.
4.  Dulcolax.
5.  Norvasc 10 mg per day.
6.  Lisinopril/hydrochlorothiazide 20/12.5 mg per day.
7.  Neurontin 600 mg 1 tab 3 times a day.

SOCIAL HISTORY:
She denies alcohol use, illicit drug use or tobacco use.

HEALTH MAINTENANCE:
Influenza on January 20, 2011.  Pneumococcal vaccine on May 9, 2011.
Mammogram on May 12, 2010, which was negative for any malignancy.  Pap
smear on June 16, 2010, without intracervical CA.

REVIEW OF SYSTEMS:
She denies any malaise or fatigue.  She denies any ears, nose, or throat
complaint without chest pain, palpitation, or arrhythmias.  She denies
dyspnea, orthopnea, hemoptysis.  She denies abdominal pain, nausea,
vomiting, constipation, diarrhea.  She denies any melena stools.  Denies
any polyuria, oliguria, dysuria.  She continues to complain of
musculoskeletal left shoulder as well as arm pain with no neuropathic
complaints.  The patient states the pain does proceed where she had her
mastectomy done on June 26, 2010.  She indicates a lot of numbness and
tingling that radiates from her left shoulder down to her elbow to her
fingers causing numbness and tingling.  The patient indicates she is unable
to raise her arm above the head, open a door knob.  She has a decreased
grasp.  She is complaining of depression, feeling sad, and overwhelmed.
She is currently without homicidal or suicidal thoughts.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Her blood pressure is 127/82, respirations 18, pulse is 80,
temperature 97.2, height 5 feet 5 inches, weight 218.2.
GENERAL:  She is awake, alert, and oriented x3.  Mild obesity.
HEENT:  Head is normocephalic, atraumatic.  Mucous membranes, pink and
moist.
NECK:  Supple without JVP distention, thyromegaly, or lymphadenopathy.
LUNGS:  Clear without wheezes, rales, or rhonchi.
CARDIOVASCULAR:  Regular rate and rhythm without thrills, murmur, or rub.
ABDOMEN:  Obese.  Normal bowel sounds.  Soft, nontender.  She does complain
of left shoulder ACL tenderness to deep palpation.  She has decreased range

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

of motion about 40 degrees with her left arm.  Neer test was positive.  The
patient had a positive apprehensive test as well as empty can test.
Dorsalis pedis and posterior tibia are +2, right and left.

LABORATORY STUDIES:
Laboratory studies on January 14, 2011:  Sodium 142, potassium 3.3,
chloride 110, CO2 of 24, BUN of 255, creatinine 0.51, glucose 104.  White
count 5.3, H and H are 11.5 and 37.7, platelets of 183.  TSH within normal
range.  Urinalysis was negative.  Lipid panel on October 7, 2010:  Total
cholesterol 159, triglycerides of 148, LDL of 102, HDL of 27.  CMP on April
11, 2010, was unremarkable.

ASSESSMENT AND PLAN:
1. HYPERTENSION OUT OF HER AMLODIPINE FOR ABOUT 2 WEEKS, SO I WILL CONTINUE
HER LISINOPRIL/HYDROCHLOROTHIAZIDE 10/12.5 MG PER DAY.  DECREASE HER
AMLODIPINE TO 5 MG PER DAY.  LOW-SODIUM DIET AND WEIGHT LOSS.
2.  PERIPHERAL NEUROPATHY, SHE WILL CONTINUE NEURONTIN 600 MG 1 TABLET 3
TIMES A DAY.  FOLLOW UP WITH PM AND R AS WELL AS MRI.  I WILL GIVE THE
PATIENT A REFILL ON HER VICODIN 5/500 ONE TO TWO TABLETS Q.6 TO 8 HOURS.
ENCOURAGED THE PATIENT TO DISCONTINUE THE TRAMADOL AS WELL AS NSAIDS AT
THIS TIME.
3.   DEPRESSION AND ANXIETY, WE WILL START THE PATIENT ON LEXAPRO 10
MG/DAY.  SHE CAN INCREASE IT TO 2 TABLETS PER DAY AFTER 3 WEEKS IF NO
RELIEF.  ALSO REFERRING THE PATIENT TO MENTAL HEALTH.
4.   STATUS POST DEEP VENOUS VEIN THROMBOSIS, THE PATIENT HAS BEEN CLEARED
BY COUMADIN CLINIC.
5.   STAGE IIB LEFT MODIFIED RADICAL MASTECTOMY AND CARCINOMA.  THE PATIENT
DOES FOLLOW UP WITH DR. WEY IN ONCOLOGY.  SHE WILL CONTINUE TO FOLLOW UP AS
SCHEDULED.
6.   VITAMIN D DEFICIENCY.  CONTINUE CALCIUM WITH VITAMIN D; 1500 OF CALCIUM
WITH 800 OF VITAMIN D.  THE PATIENT WILL RETURN TO CLINIC IN 3 MONTHS,
NURSE VISIT IN 3 WEEKS FOR BLOOD PRESSURE CHECK.


Lolita Camp, NP 11/15/2011 03:52 P
Dictated by:  Lolita Camp, NP

# Tulane
## Medical Center

**JOHNSON, DEBORAH DUNN**

55 Y old Female, DOB: ▮▮▮▮▮▮▮
79 CYPRESS GROVE COURT, UNIT 41, NEW ORLEANS, LA-
70131
Home: 504-600-4620
Guarantor: JOHNSON, DEBORAH DUNN   Insurance: D
LAHCC LOUISIANA HEALTHCARE CONNECT
PCP: Evita MARIA Currie, MD   Referring: Jane SHU FUN
Wey, MD
Appointment Facility: Tulane Cancer Center

MRN:D001097960

05/04/2012                                          Progress Note: Stephen T Kraus, MD

### Reason for Appointment
1. Follow up/breast cancer

### History of Present Illness
History of Present Illness:
   Is a 55-year-old African American female who is well-known to me. I initially saw the patient on July 22, 2010. At that time she had been diagnosed as having carcinoma of the breast.
   Her history is she presented to the emergency room at university hospital on May 11, 2010. Her chief complaint at that time was a mass in her left breast. The patient stated that it was uncomfortable and hurting. She had never had a mammogram. Mammogram was accomplished. This revealed a highly suspicious 2.4 x 2.1 cm mass effect in the left breast at the 3:00 position. A 3 cm in it's largest dimension axillary node was noted as well. Perform biopsies were undertaken. These revealed infiltrating ductal carcinoma of the primary site with metastatic ductal carcinoma of left axillary node consistent with primary site of breast.
   Modified radical mastectomy was accomplished by Dr. Jane Wey. One of 17 lymph nodes revealed metastasis. There was no lymphovascular invasion. No extranodal extension of disease could be appreciated. Tumor markers for estrogen positive; progesterone negative; and HER-2 negative.
   The patient then underwent chemotherapy followed by radiation. Chemotherapy was successful. Patient tolerated this well except for neuropathy, which he still has. As noted he then underwent a course of radiation. In 5040 cGy was delivered to the supraclavicular field, 5040 cGy to the left chest wall with a scar boost for an additional 1260 cGy.
   The patient now returns for followup. She does have edema of her left arm and shoulder pain. She has had this for a considerable amount of time.
   Because of the pain she did go to the emergency room at university hospital. She has been there before for the shoulder pain.
   Doppler scan was repeated on the patient from the emergency room on September 28, 2000 the left. No evidence of venous thrombosis was noted. Most recently, she went back to the emergency room for shoulder pain. CT scan was undertaken. No evidence of metastasis was noted. Bursitis and shoulder was appreciated. Furthermore, on May 3, 2012 did have repeat mammogram of the right breast which was negative for malignancy.

### Current Medications
Arimidex 1 MG Tablet 1 tablet Once a day
Calcium + D 600-200 MG-UNIT Tablet 1 tablet with food Once a day
Colace 100 MG Capsule 1 capsule as needed Twice a day
Dulcolax 5 MG Tablet Delayed Release 2 tablet as needed Once a day
Lexapro 10 MG Tablet 1 tablet Once a day
Lisinopril-Hydrochlorothiazide 20-12.5 MG Tablet 1 tablet Once a day for 30 days
Endoscopic Delivery System Miscellaneous as directed , stop date 05/04/2012
Neurontin 600 MG Tablet 1 tablet Three times a day
Norvasc 5 MG Tablet 1 tablet Once a day for 90 days
Ultram 50 MG Tablet 1 tablet as needed every 4 hrs
Vicodin 5-500 MG Tablet 1-2 tablets as needed every 6-8 hrs
Cholecalciferol 1000 UNIT Tablet 1 tablet Once a day, stop date 05/04/2012

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00022**

Amoxicillin 875 MG Tablet 1 tablet Twice a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension
Thrombus and external jugular on the right side status post port
Breast Cancer
L Lung Collapse 70's

## Surgical History
Tubal ligation 1981
chest tube undergone 1976
Left modified radical mastectomy 06/2012
port removal 07/2010

## Family History
Father: deceased Colon Cancer
Sister(s): deceased Breast Cancer
Maternal Grand Mother: deceased Breast Cancer
Maternal Aunt: deceased (2) Breast Cancer

## Social History
Alcohol Screening
    Did you have a drink containing alcohol in the past year? *No*
    Points *0*
Tobacco Use Screening
    Are you a: *former smoker*
    How long has it been since you last smoked? *1-5 years*
Illicit drug use: Denies.
Living with: niece.
Travel: Own.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
above procedures

## Review of Systems
Constitutional: Some fatigue. No fevers night sweats or weight loss.
Neurologic/psychologic: Patient is well oriented with good memory. She has no headache seizure vertigo or syncope history. She is depressed over the fact of her shoulder pain on the left side and lymphedema of the left arm. She has been trying to get into the lymphovascular clinic at university hospital. The assuring her they would call her however, this has not occurred. I will do whatever we can be a social service here, but I don't think this much that can be done.
Sleep history: Insomnia difficulty getting and maintaining sleep due to shoulder discomfort.
Eyes: No visual disturbance, blindness cataracts or glaucoma.
Ear nose mouth and throat: No hearing loss. No dysphagia. No new lumps or masses. No difficult with her dentition.
Cardiovascular/pulmonary: No history of hemoptysis cough or dyspnea on exertion. No history of arteriosclerotic heart disease myocardial infarct CVA or angina. Patient has had venous thrombosis left arm. There is no evidence of this at present.
GI: No recent history of nausea vomiting or ulcer problems. No dyspepsia or melena at this time. Patient does have GERD, in the past but no problems at present
GU: No dysuria frequency on urination. No history of hematuria urgency or hesitancy. No vaginal discharge or vaginal bleeding.
Skin: Removal of the port. No rashes or healing incisions.
Musculoskeletal: Weakness/tenderness left arm secondary to the lymphedema and previous blood clot. Lymphedema is noted. Difficulty with shoulder to shoulder inactivity.

## Vital Signs

Ht-cm 162.56, Ht-in 5 ft 4 in, Temp 98.2, Wt-kg 103.06, Wt-lbs 227.2, HR 67, Respiratory Rate 18, BP 103/73, BMI 38.99, BSA 2.16.

## Examination

EXAM:

Physical exam Limited to areas of interest:

This is a 55-year-old African American female who is well dressed, well-nourished and answers all questions appropriately. She appears to be somewhat sad but in no acute distress.

Lymph nodes: None noted about adnexa clavicular or axillary area.

Right breast and left chest wall: Left chest wall without any recurrence or progressive disease. Some edema about the chest wall status post radiation with thickening of skin is noted. No dry or moist desquamation of skin is appreciated. Right breast, no evidence of breast mass. Nipple is normal in appearance. No nipple discharge or nipple bleeding appreciated.

Musculoskeletal: Gait is normal. Station is erect left extremity with lymphedema. This can be appreciated on exam however, no pitting is noted. Limited arm motion left side. No bursitis pain can be appreciated at present. Gentle percussion of cervical thoracic lumbosacral spine ribs and extremities reveals no pain or tenderness.

Neurologic: Neuropathy in hands and feet secondary to chemotherapy. Unfortunately, the neuropathy is still present however, her pain secondary to neuropathy has improved

Psychiatric: Patient continues to be saddened and somewhat frustrated over her left arm. She is aware that there is no evidence of recurrence or progressive disease of her cancer. However, as noted, there is persistent sadness over this. The patient has good cognitive appreciation of her disease process. She understands that at this point in time there is no evidence of recurrence or progressive disease. She also understands and appreciates this ongoing followup.

## Clinic Staff Note

Cancer Center Clinic Staff Note:

INFORMANT: patient.

REASON FOR VISIT (NARRATIVE): see chief complaint.

ANY NEW SIGN, SYMPTOM OR WORSENING OF CONDITION? Left arm pain when lifting her arm.

CURRENTLY UNDER ACTIVE CANCER TREATMENT: no.

IMMUNIZATION HISTORY: Received seasonal influenza vaccine for current season?, yes Oct 2011, > 65 years pneumococcal vaccine current?,, na.

SINCE LAST VISIT: Has the patient been to the ER or Urgent Care Center?, yes, r/t chest pain, Has the patient had any diagnostic studies?, yes, Mammogram yesterday.

PAIN SCREEN: Did the patient make this appointment because of pain?, no, Does the patient complain of pain now?, yes, Rating: 7/10, Location: Chesta nd left axillary, Duration: 1 month, Since pain rating 4 or greater, MD notified (name and time notified) Dr. Kraus, 920.

PRESCRIPTION REFILLS NEEDED? no.

I evaluated the patient and noted my comments above prior to the patient being seen by the physician. Barthelemy,Nadia , RN 05/04/2012 09:13:54 AM CDT > .

Oncology Nurse Note:

Prior Cancer Therapy

Prior Radiation Therapy *Yes Breast Tulane*

Prior Chemo Therapy *Yes LSU*

Prior Hormonal Therapy *No*

I evaluated the patient and noted my comments above prior to the patient being seen by the physician. Barthelemy,Nadia , RN 05/04/2012 09:14:40 AM CDT > .

Abuse/Neglect Screening:

Unexplained bruises and/or injuries: no.

Unkempt, dirty, poor hygiene: no.

Excessive fear: no.

Loss of interest in self: no.

Reasonable suspicion of sexual/physical/mental abuse/neglect: no.

Physician notified if any of the above is "yes" n/a.

I completed this screening and noted comments above: Barthelemy,Nadia , RN 05/04/2012 09:09:27 AM CDT > .

Patient: JOHNSON, DEBORAH DUNN   DOB: ███████   Progress Note: Stephen T Kraus, MD  05/04/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Adult Patient Education:
      GENERAL EDUCATION TOPICS:

Radiation follow up

      .
      READINESS TO LEARN  eager to learn.
      BARRIERS TO LEARNING  none.
      PERSON TAUGHT:  patient.
      METHOD:  one to one.
      OUTCOME  verbalizes understanding.
      PATIENT GOAL  knowledge and understanding the plan of care.
      TAUGHT BY/DISCIPLINE  physician.
      Comments noted above  Barthelemy,Nadia , RN 05/04/2012 09:15:18 AM CDT > .


Assessments
1. Cancer of upper-outer quadrant of female breast - 174.4 (Primary), Time of exam 15 minutes. Face-to-face counseling
with patient 35 minutes.

Treatment
**1. Cancer of upper-outer quadrant of female breast**
Continued ongoing followup. Patient to be seen in 3 months.


Follow Up
3 Months


Electronically signed by Stephen Kraus , MD on 05/04/2012 at 11:02 AM CDT

Sign off status: Completed

---

Tulane Cancer Center
150 South Liberty St.
New Orleans, LA 70112
Tel: 504-988-6300
Fax: 504-988-6348

---

Patient: JOHNSON, DEBORAH DUNN   DOB: ███████   Progress Note: Stephen T Kraus,
                                                    MD   05/04/2012

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)


1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00025

```
NAME: JOHNSON, DEBORAH            MRN: 57-25-19-82
DATE OF VISIT: 05/25/2010         ACCOUNT#: 9764626
DATE OF BIRTH:                    SEX: F
```

Breast Clinic

PROGRESS NOTE

CHIEF COMPLAINT:
Breast mass.

HISTORY OF PRESENT ILLNESS:
This is a 53-year-old African American woman, who was referred to the
breast clinic due to a left-sided breast mass which she noted approximately
3 weeks ago.  She has no complaints of breast pain, nipple discharge, or
changes in the size of the breast.  She has no prior breast biopsies.  She
does have a significant family history of multiple family members including
2 sisters and 2 maternal aunts who died of breast cancer.  She has no prior
mammograms before noticing this mass in her breast.

She underwent mammography on May 11, 2010, which demonstrated a left-sided
3 o'clock breast mass with highly suspicious enlarged lymph node in the
ipsilateral axillary.  Subsequently ultrasound was performed on May 12,
2010, demonstrating 2.4 x 2.1 cm heterogeneous mass at the 3 o'clock
position of the left breast and a 3 x 1.7 cm lymph node in the left axilla.
Both of these were biopsied on May 12, 2010, which unfortunately
demonstrated invasive ductal carcinoma, grade 3, with marked mitoses and
nuclear pleomorphism. Ki-67 was greater than 90%. The left axillary lymph
node was also biopsied and demonstrated metastatic ductal carcinoma.  The
breast tumor was ER 20%, PR negative, HER-2/neu negative by FISH analysis
(1.44 amplification).  Because of these findings, she was referred to the

1426- JOHNSON, DEBORAH- INFUSION PHARMACY University Medical Center New Orleans  00019

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

surgical clinic.

PAST MEDICAL HISTORY:
1.  Menorrhagia with fibroids.
2.  Hypertension.

PAST SURGICAL HISTORY:
Left chest tube for pneumothorax many years ago.

ALLERGIES:
None.

MEDICATIONS:
Lisinopril.

FAMILY HISTORY:
Notable for hypertension and diabetes.  Father with brain and lung cancer.
2 sisters with breast cancer at age 49 and 54, both of them who died from
the breast cancer.  Also 2 maternal aunts with breast cancer at age 49 and
56, also who died.

SOCIAL HISTORY:
She does smoke 1 pack of cigarettes approximately every 4 days.  She
occasionally uses alcohol.  She denies drug use.  She is previously a CNA
but is not working right now.  She lives with her niece.

GYNECOLOGIC HISTORY:
Menarche at age 16.  G3, P2.  First child at age 19.

REVIEW OF SYSTEMS:
A 12-point review of systems is performed and is essentially negative other
than the palpable breast mass.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 97.6, pulse of 86, respirations of 18, height 5
feet 6 inches, weight 241.2 pounds.  Her initial blood pressure was 175/97,
on retake it was 220/102.  We are planning to send her to the hypertensive
urgency clinic; however, recheck manually demonstrated it to be 160/90, and
they stated that this did not meet criteria and that she should just take
her medications as she neglects to take her blood pressure medication this
morning.
GENERAL:  This is a an obese African American woman, in no acute distress.
Moving easily about the exam room.
HEENT:  Normocephalic, atraumatic.  Pupils are equal, round, responsive to
light.  Sclerae anicteric.  Oropharynx is pink and moist.

Patient Name:  Deborah D Johnson          MRN:  57251982 (MCLNO)
Age:  60 Years                            Gender:  Female

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

NECK:  No thyromegaly.  Bilateral carotid pulses are present.
LYMPH NODES:  No supraclavicular, infraclavicular, or cervical adenopathy,
although she does have some vague left supraclavicular fullness.  There is
a 3 cm mobile left axillary lymph node which is palpable.  The right side
axilla is negative.
LUNGS:  Clear to auscultation bilaterally other than some slight expiratory
wheezes, right greater than left.
HEART:  Regular rate and rhythm without murmurs.
BREASTS:  Breasts were examined in the upright and supine positions.  They
are symmetrically large and pendulous, and then the right side demonstrates
no palpable masses, skin changes, or discharge.  On the left, there is a 3
cm mass fixed to the skin lateral position 3 o'clock.  There is no
significant edema.  The mass is mobile and slightly irregular.
ABDOMEN:  Obese, soft, nontender.  There is a palpable mass in the lower
abdomen just below the umbilicus possibly consistent with an enlarged
uterus.
EXTREMITIES:  Warm without edema.  She has decreased range of motion in her
right shoulder, only able to extend approximately 90 degrees due to a
shoulder injury.
SKIN:  Intact without rashes.

IMAGING STUDIES:
Were as described above.

ASSESSMENT AND PLAN:
THIS IS A 53-YEAR-OLD WOMAN WITH A STRONG FAMILY HISTORY OF BREAST CANCER
WHO APPEARS NOW WITH A CLINICAL STAGE IIB/C T2 N1 M0 BREAST CANCER ON THE
LEFT SIDE.  ER 20%, PR NEGATIVE, HER-2/NEU NEGATIVE.  IN ADDITION, SHE HAS
POORLY-CONTROLLED HYPERTENSION.  I RECOMMENDED THAT SHE WOULD NEED TO
UNDERGO LEFT MODIFIED RADICAL MASTECTOMY.  GIVEN HER STRONG FAMILY HISTORY,
I DO NOT THINK THAT BREAST CONSERVATION IS APPROPRIATE FOR HER.  SHE MAY BE
A CANDIDATE FOR NEOADJUVANT CHEMOTHERAPY, AND THAT WILL BE DISCUSSED AT THE
LSU TUMOR BOARD PRIOR TO INITIATING TREATMENT.  I THINK THAT STAGING PET/CT
SCAN IS INDICATED AND WILL BE ORDERED TO EVALUATE EXTENSIVE DISEASE.  SHE
WILL BE REFERRED TO GENETIC COUNSELING, GIVEN THE STRONG FAMILY HISTORY AS
IF SHE DOES UNDERGO TESTING AND FOUND TO BE POSITIVE, THEN BILATERAL
MASTECTOMY MAY BE INDICATED.  IN ADDITION, SHE WILL BE REFERRED TO
OCCUPATIONAL THERAPY IN ANTICIPATION OF THE FUTURE MASTECTOMY.  IN
ADDITION, SHE WILL BE REFERRED TO HER PRIMARY CARE PHYSICIAN FOR MANAGEMENT
OF HER HYPERTENSION.  WE WILL CHECK LABS ON HER TODAY, AND SHE WAS
RECOMMENDED TO INCREASE HER LISINOPRIL TO 20 MG DAILY.  I WILL PLAN TO SEE
HER BACK AFTER THE PET/CT SCAN IS PERFORMED.  I DID ADVISE HER THAT SHE MAY
BE A CANDIDATE FOR BREAST RECONSTRUCTION IF SHE DESIRES.  I WOULD NOT
RECOMMEND IT IN AN IMMEDIATE FASHION, GIVEN THE POSITIVE NODES IN THE
AXILLA AND THE HIGH POSSIBILITY OF REQUIRING RADIATION.  IF SHE WISHES TO

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

CONSULT A PLASTIC SURGEON IN THE FUTURE, I WILL BE HAPPY TO REFER HER.

Dictated by:  Jane Wey, M.D.

—

edx/
D: 05/27/2010 04:56 P T: 05/29/2010 09:54 A
Edix Doc #:201005270992340800   JN#: 477643

```
NAME: JOHNSON, DEBORAH          MRN: 57-25-19-82
DATE OF VISIT: 06/15/2010       ACCOUNT#: 9787953
DATE OF BIRTH: ███████         SEX: F
```

Ambulatory Care Service Clinic

PROGRESS NOTE

CHIEF COMPLAINT:
The patient's blood pressure was out of control, sent from Dr. Wey from the
breast clinic.

HISTORY OF PRESENT ILLNESS:
This is a 53-year-old female who had a complete physical exam per Dr. Wey.
She is here for hypertension control due to the patient being noncompliant
with her medication and diet.  She has just been diagnosed with stage IIBc,
T2 N1 M0 breast cancer in the left breast.  She is being set up for a left
modified radical mastectomy.  The patient will go to see Dr. Wey today for
appointment for surgery per her statement.

MEDICATIONS:
1.  Lisinopril 10 mg 1 p.o. q. day.
2.  Calcium 600 mg D 200 mg 1 p.o. q. day.

ALLERGIES:
No known drug allergies.

PAST MEDICAL HISTORY:
1.  She has a past medical history of menorrhagia and fibroids.
2.  Hypertension.

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
|---|---|---|---|
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

Unchanged.

FAMILY HISTORY:
Unchanged.

SOCIAL HISTORY:
Unchanged.

HEALTH MAINTENANCE:
Mammogram done which was abnormal May 11, 2010.  Pap smear has not been done, it is due.

REVIEW OF SYSTEMS:
The patient denies fevers, chills, night sweats, or weight alteration.
HEENT:  No HEENT or mouth complaints.
CARDIOVASCULAR:  No chest pain or dyspnea on exertion.
RESPIRATORY:  No shortness of breath.  The patient was a smoker and she quit.
GI:  None.
GU:  None.
MUSCULOSKELETAL:  Decreased range of motion of the right shoulder.
INTEGUMENTARY:  None.
ENDOCRINE:  None.
ALLERGIC/IMMUNOLOGIC:  None.
HEMATOLOGIC/LYMPHATIC:  None.
NEUROLOGIC:  None.
PSYCHIATRIC:  None.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  Awake, alert, and oriented, obese lady, in no apparent distress.
VITAL SIGNS:  Blood pressure 160/90, pulse 68, height 5 feet 6 inches tall, weight 236 pounds.  BMI is 38.6.
HEENT:  Atraumatic and normocephalic.  PERRLA, EOMI.  Pink mucosa.  Clear turbinates.
NECK:  Supple.  No thyromegaly or lymphadenopathy.
LYMPH NODES:  Left axillary lymphadenopathy noted.
LUNGS:  Clear to auscultation bilaterally.  Good chest excursion.
HEART:  Rate and rhythm regular.  S1 and S2.  No murmurs, gallops, or rubs.
ABDOMEN:  Soft, obese, nontender, and nondistended.  No abdominal pain with deep or light palpitation.  Positive bowel sounds in all 4 quadrants.
EXTREMITIES:  Warm and dry.  No edema, cyanosis, or clubbing.  DP and PT +2 bilaterally.  Right shoulder with decreased range of motion.  The patient is able to extend approximately 90 degrees.  The patient has an old

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

shoulder injury.
SKIN:  No rashes noted.
NEUROLOGIC:  Cranial nerves 2 through 12 grossly intact.

ASSESSMENT AND PLAN:
1.  BREAST CANCER.  THE PATIENT IS ANTICIPATING SURGERY, LEFT MASTECTOMY.
SHE WILL BE SEEING DR. WEY TODAY FOR FURTHER EVALUATION AND TREATMENT.
2.  HYPERTENSION.  THE PATIENT WAS TO INCREASE LISINOPRIL TO 20 MG 1 P.O.
Q. DAY, SHE HAS NOT DONE THAT.  SHE STATES SHE HAS BEEN NONCOMPLIANT WITH
HER MEDICATION IN THE PAST.  SHE IS TOLD TO INCREASE LISINOPRIL TO 20
MG/HYDROCHLOROTHIAZIDE 12.5 MG 1 P.O. Q. DAY AND NORVASC 10 MG 1 P.O. Q.
DAY.  THE PATIENT IS TO BE ON A DECREASED SODIUM DIET.  HANDOUT GIVEN TO
HER AND EXPLANATION IN DETAIL OF DIET AND EXERCISE NEEDS TO BE DONE.  THE
PATIENT VERBALIZES UNDERSTANDING AND STATES SHE WILL BE COMPLIANT IN THE
FUTURE.
3.  THE PATIENT HAD TO LEAVE CLINIC TODAY.  SHE WILL HAVE FASTING LABS,
LIPID PROFILE, HEMOGLOBIN A1C, CBC, CHEM-7 AND VITAMIN D LEVEL.  SHE HAD TO
SEE DR. WEY TODAY.  SHE WILL FOLLOW UP WITH ME IN 2 WEEKS FOR BP CHECK AND
IN 3 MONTHS AFTER SHE HAS HAD HER SURGERY FOR FURTHER EVALUATION OF OTHER
PRIOR POTENTIAL PROBLEMS.


Patricia Chatham, N.P. 06/23/2010 01:10 P
Dictated by:  Patricia Chatham, N.P.




_

edx/
D: 06/15/2010 10:20 A T: 06/16/2010 03:01 A
Edix Doc #:201006150990826300   JN#: 487383

```
NAME: JOHNSON, DEBORAH              MRN: 57-25-19-82
DATE OF VISIT: 07/19/2010          ACCOUNT#: 09829269
DATE OF BIRTH: ██████████          SEX: F
```

SERVICE:
Hematology and Medical Oncology.

ATTENDING PHYSICIAN:
MARIANNE BARNHILL, MD

HISTORY OF PRESENT ILLNESS:
Ms. Johnson is a 53-year-old woman with a new diagnosis of breast cancer.
She reports that she underwent mammography on May 11 which revealed a mass
at the 3 o'clock position of the left breast.  Ultrasound the following day
revealed a 2.4 x 2.1 cm mass in the left breast and a 3.0 x 1.7 axillary
lymph node.  Biopsy performed the same day revealed invasive ductal
carcinoma in both the breast mass and in the left axillary lymph node.  She
then underwent a left modified radical mastectomy and right subclavian
MediPort placement on June 25, 2010.  She then developed a thrombus in the
right external jugular vein and the mid segment of the subclavian vein with
resultant need for removal of the MediPort.

Currently, Ms. Johnson reports no pain currently, she feels that her
incision is healing well.  She reports eating well and has overall no
complaints.  She denies any chest pain or shortness of breath.  She is
tolerating her Coumadin and denies any symptoms or evidence of bleeding.

PAST MEDICAL HISTORY:
Significant for fibroids and breast cancer as detailed above.

PAST SURGICAL HISTORY:

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

1.  Mastectomy.
2.  Port placement and then removal.
3.  Bilateral tubal ligation.

ALLERGIES:
No known drug allergies.

MEDICATIONS:
1.  Colace.
2.  Lortab.
3.  Coumadin.
4.  Lisinopril/hydrochlorothiazide.
5.  Norvasc.
6.  Calcium.

SOCIAL HISTORY:
She denies any tobacco.  She has occasional alcohol, although she has had
not any drink since her diagnosis of breast cancer.

No illicits.

She lives with her niece.  She worked as a nursing aide.

GYNECOLOGIC HISTORY:
She had menarche at age 14.  Her last period was in May of this year.  She
does report having taken birth control pills until her tubal ligation.

She has 2 children.  She denies breast feeding.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Her blood pressure is 142/85, pulse is 72, temperature is
96.9, weight is 231 pounds, height is 65 inches, and she is satting 99% on
room air.
GENERAL:  She is a well-developed and well-nourished female in no apparent
distress.
NEUROLOGIC:  She is awake and oriented.  Cranial nerves 2 through 12 are
intact.  She is communicative, affable, and appropriate.
CARDIOVASCULAR:  Regular rate and rhythm.  No murmurs or gallops.
LUNGS:  Clear to auscultation bilaterally.
ABDOMEN:  Bowel sounds are positive.  Soft, nontender, and nondistended.
No hepatomegaly and no splenomegaly.
EXTREMITIES:  There is no cyanosis, clubbing, or edema.
BREAST EXAM:  The right breast is without masses or lesions.  There is no
palpable axillary lymphadenopathy on the right side.  There is no discharge
from the nipple of the right breast.  On the left side, there is a

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

mastectomy scar which is healing.  There is some persistent scabbing, but
there is no oozing or erythema or drainage from her incision site.

LABORATORY EVALUATION:
Urine pregnancy test performed on July 15, 2010, was negative.  CBC
performed on July 15, 2010, revealed a hemoglobin of 10.1, a white count of
6.8, platelet count of 294,000.  Basic metabolic profile reveals potassium
of 3.5, it is otherwise unremarkable.  Coagulation studies reveal an INR of
1.8.  Comprehensive metabolic profile performed in June 2010 is remarkable
only for an albumin of 3.0.

PATHOLOGY:
Mastectomy specimen from June 25, 2010, reveals medullary carcinoma of the
breast, histology grade 3, Nottingham score 8, tumor size is 3.2 x 3 x 2.4
cm.  Surgical margins were free of tumor.  Total number of lymph nodes
examined are 17 and there is a 2.7 cm metastases to a single lymph node.
She was pathologically staged as PT2, PN1A, ER 20, PR 0, HER-2/neu 2+ by
immuno- histochemistry and negative by FISH.  Perforation index is greater
than 90%.  No extranodal extension was present in the lymph nodes.

RADIOGRAPHIC STUDIES:
PET scan performed on June 3, 2010, reveals a left axillary nodal
metastatic disease with no evidence of macroscopic M1 distant disease by
PET scan.

ASSESSMENT AND PLAN:
THIS IS A 53-YEAR-OLD FEMALE WITH STAGE IIB (T2 N1 M0) INFILTRATING DUCTAL
CARCINOMA OF THE LEFT BREAST.

1.  WE WILL PROCEED WITH CHEMOTHERAPY FOR MS. DEBORAH JOHNSON, HOWEVER, WE
WILL GIVE HER AN ADDITIONAL 2 WEEKS PRIOR TO INITIATING CHEMOTHERAPY FOR
HER SURGICAL INCISION TO COMPLETELY HEAL.
2.  SHE WILL NEED TO BE RE-REFERRED TO SURGICAL ONCOLOGY FOR REPLACEMENT OF
HER PORT-A-CATH FOR INFUSIONAL CHEMOTHERAPY.
3.  WE WILL CONTINUE HER ON HER ANTICOAGULATION FOR HER DVT.
4.  WE WILL REFER THE PATIENT TO RADIATION ONCOLOGY FOR EVALUATION FOR POST
CHEMOTHERAPY RADIATION THERAPY AS SHE HAD A POSITIVE LYMPH NODE, AND SHE
DOES HAVE AN INCREASED PROLIFERATION INDEX.
5.  SHE IS TO RETURN TO CLINIC IN 2 WEEKS TO SEE ME, BRIAN LEWIS.  WE WILL
CONTINUE THE DISCUSSION OF ADJUVANT CHEMOTHERAPY.

Brian Lewis, M.D. 01/08/2011 09:22 P
Dictated by:  Brian Lewis, M.D.

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

```
Marianne Barnhill, M.D. 08/02/2010 08:14 A
Signed by:  Marianne Barnhill, M.D.


_

edx/
D: 07/20/2010 11:25 A T: 07/21/2010 01:14 A
Edix Doc #:201007200991086500   JN#: 507312
```





# Metropolitan Gastroenterology Associates

*A Professional Medical Corporation*

1111 Medical Center Blvd. Ste. S-450
Marrero, LA 70072
P: 504-349-6401
F: 504-349-6444

| | |
|---|---|
| **Date:** | 09/18/2013 03:30 PM |
| **Patient Name:** | **Deborah A. Johnson** |
| **Account #:** | 418330 |
| **Provider:** | Sanjeeva T. Reddy, MD |

**Gender:** Female
**DOB(age):** ███ (56)

**Referring Physician:** John B. Wallis, MD
501 Lapalco Blvd, Gretna, LA 70056
(504) 454-9020 (phone)
(504) 393-4376 (phone)
(504) 454-9031 (fax)

**Chief Complaint:** COLON SCREENING

## History of Present Illness:

56 yo women is here for CRC screen. Noa bdominal pain or rectal bleeding or change in bowel habbits or vweight loss. Father had colon cancer with mets and died from it. he was 73 yo. aaaaaalso paternal uncle had colon cnacer at age 81.here for CRc screen. Never had colonoscopy in past.

## Past Medical History

**Medical Conditions:** Breast cancer
Depression
High blood pressure
Sleep apnea
**Surgical Procedures:** Breast Surgery
Tonsillectomy
**Medications:** amoxcillin
anastrozole
escitalopram
lisinopril
vitmain D
**Allergies:** Patient has no known allergies or drug allergies

## Social History

**Alcohol:** None
**Tobacco:** Former smoker
**Drug:** None
**Marital Status:** Single

**Family History**
**Grandfather:** Deceased; at age 66; Diagnosed with Stomach Cancer*;
**Father:** Deceased; at age 73; Diagnosed with Colon Cancer*;
**Grandmother:** Deceased; at age 52; Diagnosed with cancer (cause of death) ;
**Sister:** Deceased; at age 47; Diagnosed with bone cancer (cause of death) ;

## Review Of Systems:

**Cardiovascular:** *Denies* irregular heart beat, palpitations, passing out, angina/chest pressure with activity.
**Constitutional:** *Denies* weight gain, weight loss.



**1426- JOHNSON, DEBORAH- Sanjeeva Reddy  00044**

| | |
|---|---|
| **ENMT:** | *Denies* nose bleeds, bleeding gums, mouth sores. |
| **Gastrointestinal:** | *Denies* abdominal pain, change in bowel habits, constipation, diarrhea, heartburn, nausea, belching, trouble swallowing, rectal bleeding. |
| **Integumentary:** | *Denies* itching, rashes. |
| **Musculoskeletal:** | *Denies* back pain, joint pain, muscle pain. |
| **Neurological:** | *Denies* seizures, headaches, stroke or paralysis. |
| **Respiratory:** | *Denies* chronic cough, shortness of breath. |

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Temp |
|---|---|---|---|---|---|---|
| 151/89 | 84 | Regular | 249 / | 5 / 5 | 41.43 | 98.6 (F) |

**Physical Exam:**

**Constitutional:**

    *Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
  *Communication:* normal speech pattern.

**Eyes:**

*Conjunctivae/lids:* normal conjunctivae and lids.
    *Sclera:* non-icteric.

**ENMT:**

    *Hearing:* within normal limits.
  *Oropharynx:* normal tongue, hard and soft palate; posterior pharynx without erythema, exudate or lesions.
    *External:* normal external inspection of ears and nose.

**Neck:**

    *Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

    *Effort:* normal chest excursion; no intercostal retraction or accessory muscle use.
  *Auscultation:* normal breath sounds; no rubs, wheezes, rales or rhonchi.

**Cardiovascular:**

  *Auscultation:* normal rhythm, S1 and S2; no rubs, murmurs or gallop.

**Gastrointestinal/Abdomen:**

    *Abdomen:* normal bowel sounds, normal consistency, no tenderness, no masses, no rebound, no guarding.
  *Liver/Spleen:* normal size and consistency.
    *Hernias:* no hernias appreciated.

**Musculoskeletal:**

  *Gait/station:* normal gait and station.
  *Digits/nails:* no clubbing, cyanosis, petechiae or other inflammatory conditions.

**Psychiatric:**

*Judgment/insight:* within normal limits.
  *Orientation:* oriented to time, space and person.
*Mood and affect:* no evidence of depression, anxiety or agitation.

**Lymphatic:**

    *Neck:* No abnormal nodes palpable.

| | |
|---|---|
| **Impression:** | Family History of Colon Cancer Screening, Colon Cancer Hypertension Morbid obesity (BMI >= 40) |
| **Plan:** | Colonoscopy in 1 week Discussed importance of weight management with patient |



Sanjeeva T. Reddy, MD
Electronically signed on 9/18/2013 4:35:14 PM by Sanjeeva T. Reddy, MD

**1426- JOHNSON, DEBORAH- Sanjeeva Reddy  00045**

Staff Radiologist: LUIS SERRANO RIMA
** FINAL ** Reading Doctor: LUIS SERRANO RIMA
-------------------------------------------------------------------------


CLINICAL HISTORY:   BREAST MASS BX.


| Accession No. | Date | Time | CPT | Procedure |
|---|---|---|---|---|
| 1911533 | 05/12/2010 | 13:53:00 | 19103 | IMAGE GUIDED VACUUM ASST.BX. |


RESULT: ULTRASOUND GUIDED  CORE BIOPSY PROCEDURE WITH VACUUM ASSISTED
DEVICE

LEFT BREAST AND AXILLA:

This procedure was performed for the highly suspicious 2.4 x 2.1 cm mass
located in the  left breast at  3 o'clock position, and Left  3.0 x 1.7
cm suspicious axillary lymph node. Informed consent was obtained from the
patient and the  breast was prepped in the usual manner.  Small incisions
were made in the breast. A 10 gauge biopsy needle was placed into the
abnormalities under Ultrasound  guidance and confirmatory  images were
obtained to document needle placement. Core specimens were obtained at
different sites within the abnormalities using a Vacora BARD  device.
These specimens were sent to the laboratory for pathological analysis.
Following the procedure a dressing was applied across each skin incision.
A metallic marker was placed in each lesion  and confirmed its position
by Mammographic  views.


IMPRESSION:


Procedure described as above. The procedure was successful and there were
no post procedure complications. Awaiting pathology results.

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

**Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.**

| Diagnosis Code | Description |
|---|---|

**Electronic Signature:**
Luis Fernando Serrano Rima (Staff) - Timestamp: 05/12/2010 14:50

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

 **Pathology**

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

✉ Share Result

Ordering Physician: Serrano, Luis
Interpreting Physician:
Accession Number: AS10-3240
Test Type: Histology MCL

Collection Date: 05/12/2010 13:16
Receive Date: 05/12/2010 13:16

```
(NOTE)
LSUHSC Health Care Services Division

Medical Center of Louisiana at New Orleans
2021 Perdido St.
New Orleans, Louisiana 70112
SURGICAL PATHOLOGY CONSULTATION REPORT




Patient Name: JOHNSON, DEBORAH
Medical   Record Number: 57251982
Accession Number: AS10-3240
Accession Date/Time5/12/2010 13:19
Service: SURG CLINIC
Submitting Physician: Luis F. Serrano
Specimen Source:1: Left breast lesion at 3 o'clock, 10G needle core biopsy
2: Left axillary lymph node, 10G needle core biopsy



FINAL DIAGNOSIS: 1.  Left breast lesion at 3 o' clock, 10G core needle
biopsy:  Invasive ductal carcinoma.  No significant glanular
(acinar)/tubular differentiation.  Marked nuclear pleomorphism.  Mark
mytotic activtiy.  Nottingham histologic score, 9; overall grade, 3.  The
entire specimen corresponds to abundant fragmented tumoral tissue with
extensive necrosis, acute inflammatory infiltrate and acute inflammatory
exudate.  No microcalcifications identified.  No evidence of lymphovascular
or perineural invasion.  The Ki67 proliferation index will be estimated by
```

Patient Name: Deborah D Johnson            MRN: 57251982 (MCLNO)
Age: 60 Years                              Gender: Female

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

immunohistochemistry; an addendum report will follow.  The tissue block 1A
will be sent for ER/PR, HER2 status determination; a separate report will
be issued and this should become available through the Clinical Injury
system.

2.  Left axilla lymph node, 10G needle core biopsy: Metastatic ductal
carcinoma.

BR/af


Final Note:

Comment:

Electronic Signature:
Bernardo A. Ruiz, M.D., Ph.D.

5/14/2010 16:46

Special Procedures/Addenda
Addendum    Date Ordered:    5/17/2010    Status:  Signed Out
    Date Complete:    5/17/2010    By:  Bernardo A. Ruiz, M.D., Ph.D.
    Date Reported:    5/17/2010

Addendum Diagnosis
The Ki-67 proliferation index was estimated manually by
immunohistochemistry (clone K-2) as greater than 90%.


Addendum Comment
{Not Entered}

Bernardo A. Ruiz, M.D., Ph.D.


0
Addendum    Date Ordered:    5/18/2010    Status:  Signed Out
    Date Complete:    5/18/2010    By:  Bernardo A. Ruiz, M.D., Ph.D.
    Date Reported:    5/18/2010

Addendum Diagnosis
Typographical errors were found in previous diagnosis.  It should read:
3No significant mitotic activity4, and 3a separate report will be issued,
which should become available through the Clinical Inquiry system.4

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

**Addendum Comment**
**{Not Entered}**

**Bernardo A. Ruiz, M.D., Ph.D.**

0

```
NAME: JOHNSON, DEBORAH          MRN: 57-25-19-82
DATE OF SERVICE: 06/25/2010     ROOM#:
DATE OF BIRTH: ███████          SEX: F

OPERATIVE REPORT




AGE: 53




PREOPERATIVE DIAGNOSIS:
LEFT BREAST CANCER, CLINICAL STAGE IIB, T2 N1 M0.

POSTOPERATIVE DIAGNOSIS:
LEFT BREAST CANCER, CLINICAL STAGE IIB, T2 N1 M0.

PROCEDURE PERFORMED:
Left modified radical mastectomy and right subclavian MediPort placement.

SURGEON:
Jane Wey, MD.

ASSISTANT:
Jules Walters III, MD.

ANESTHESIA:
General endotracheal anesthesia.

INDICATIONS FOR SURGERY:
This is a 53-year-old woman who presented with a breast mass in her left
```

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

breast lower outer quadrant measuring greater than 2 cm.  She was also
found to have a palpable axillary node.  Biopsy of both demonstrated
infiltrating ductal carcinoma, and modified radical mastectomy was
recommended along with MediPort placement for chemotherapy.  She presents
now for that procedure.

CONSENT:
Informed consent was obtained preoperatively.  Risks, benefits, and
alternatives were discussed with the patient.  Risks include but not
limited to bleeding, infection, flap necrosis, poor cosmesis, need for
additional surgery, recurrent or residual disease, lymphedema, nerve damage
resulting in altered sensation and/or difficulty moving the arm, and
anesthetic complications including stroke, heart attack, pulmonary
embolism, or death.  All questions were answered.  We also discussed the
possibility of pneumothorax with a MediPort placement as well as need for
revision.  All questions were answered.  The patient agreed to proceed.
Consent was signed on the chart.

INTRAOPERATIVE FINDINGS:
Right subclavian vein accessed on the first pass.  Tip of the catheter
resided at the superior vena cava right atrial junction.  The left breast
mass measured 3 to 4 cm in the lower outer quadrant approximately 4 o'clock
position, relatively lateral which necessitated a lower orientation of the
flap.  There were multiple enlarged lymph nodes in both levels 1 and 2 of
the left axilla.

PROCEDURE IN DETAIL:
The patient was correctly identified and brought to the operating room.
Bilateral SCDs were placed.  General endotracheal anesthesia was induced.
The right arm was prepped and cushioned on the external side, the left arm
was extended.  A Foley catheter was placed.  The chest, neck and left arm
were prepped with ChloraPrep and draped in usual sterile fashion.  2 g of
Ancef were administered within 1 hour of incision.  Surgical pause
confirmed the patient's identity and planned procedure.  We began with
placement of a MediPort.  The patient was placed in Trendelenburg position
and the 18-gauge needle from the Power Port kit was utilized to access the
left subclavian vein on the first pass.  The wire was passed and position
was confirmed with fluoroscopic guidance.  The first time the wire was
noted to course up into the internal jugular vein.  The wire was unable to
be repositioned.  Therefore, the wire was then withdrawn.  The vein was
then accessed a second time through another percutaneous access.  The wire
was then passed and was positioned within the correct location by
fluoroscopic guidance.  The incision was then made for the port pocket and
the pocket created using electrocautery.  Under fluoroscopic guidance, the
dilator was passed over the wire and fixed with the dilator and the sheath,

Patient Name: Deborah D Johnson                MRN: 57251982 (MCLNO)
Age: 60 Years                                  Gender: Female

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

and the dilator and the wire were then removed.  The catheter was
pre-flushed with heparinized saline and clamped at 17 cm and then advanced
through the sheath.  The sheath was then removed, and fluoroscopic guidance
confirmed to be in the correct position.  The patient was taken out of
Trendelenburg position.  The catheter was cut to size and fitted to the
port which was then fitted into the pocket.  It flushed and aspirated
easily, and was noted with fluoroscopic guidance to be in correct position
with no kinking of the catheter.  It was secured into place with 2-0
Prolene.  The skin was then closed using 3-0 Vicryl and 4-0 Monocryl in the
subcuticular layer in a running fashion.  The wound was then cleaned and
dressed with half-inch Steri-Strips.

Attention was then turned to mastectomy.  An elliptical incision was
delineated over the left lower portion of the breast oriented such that the
site of the lower outer quadrant breast mass was included within the skin
incision as was the biopsy site.  The axillary biopsy site was further way
and was excised separately using a combination of a knife and
electrocautery, it was then passed off for pathology.  The skin incision
was then made for the mastectomy using a #10 blade.  Electrocautery was
used to divide subcutaneous tissues.  Adair clamps were then used to
elevate the skin flaps.  Using electrocautery, thin skin flaps
approximately a quarter of inch thick were elevated in all directions
between the subcutaneous tissues and the breast parenchyma.  Electrocautery
was used to assure hemostasis.  These flaps were elevated superiorly to the
clavicle, medially to the insertion of the pectoralis into the sternum,
inferiorly to the inframammary fold.  The breast was then elevated off the
pectoralis muscle using the pectoralis fascia of the posterior layer.  This
was dissected medially to laterally.  The axillary tail of the breast was
also carefully dissected free and included within the specimen.

Once the majority of the breast had been mobilized, attention was then
turned to the axillary dissection.  1 cm thick skin flap was elevated in
the axilla at the level of the axillary vein which was carefully
identified.  At this point a blunt dissection was carried out.  The tongue
of the lymphatic tissue overlying the axillary vein medially was teased
down using a clamp.  The pectoralis major and minor muscle were then freed
from the axillary contents using electrocautery.  The intercostal brachial
nerves were clipped and divided sharply.  The level 2 nodes were dissected
free from underneath the pectoralis minor muscle.  There was at least one
enlarged lymph node in this location.  They were dissected free at the
apex, ligated between 3-0 silk ties, and amputated.  1 silk tie was left
long as a marking stitch.  There was 1 vein which coursed into this
location from the axillary vein.  It had a tributary heading to the chest
wall, which was left in place.  The additional branch feeding from the
axillary contents was divided between ties.  The contents were then swept

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
|---|---|---|---|
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

out from underneath the branch to the chest wall. We then dissected along the chest wall to identify the long thoracic nerve, which was carefully identified and preserved along the chest wall. We then dissected along the axillary vein. The lateral thoracic neurovascular bundle was identified and carefully preserved. The thoracodorsal nerve was identified in this location and dissected along its course superiorly and inferiorly to its insertion along the latissimus dorsi muscle. Carefully the apex of the axillary was dissected free, and sequentially divided between clamps and ligated with 3-0 silk ties. In this fashion, the apex of this axilla was swept down, a single silk tie was left in place in this location with the marking tie. Again insuring the location of both nerves, the contents of the axilla were swept down inferiorly freeing the tissues laterally from the skin flaps of the chest wall. We dissected all the way down to the latissimus dorsi muscle and the contents of the axilla were swept anteriorly off it using electrocautery and blunt dissection. Medially, the breast tissue and axillary contents were swept off the chest wall, and amputated using electrocautery. They were then freed up from the rest of the chest wall adipose tissue and amputated entirely. The single long silk tie was left in place in the level 1 apex of the axilla with a double long silk tie in the level 2 axillary contents. A single stitch of white, undyed Vicryl was placed in the axillary tail of the breast and the breast tissue was sent out for pathology. Again, there were several enlarged nodes within the axillary contents. The wound was then irrigated well with sterile water. Electrocautery was used to assure hemostasis. Again both nerve and the axillary vein were noted to be intact. All clips and ties were noted to be intact as well. There is no evidence of bleeding within the mastectomy bed.

Attention was then turned to closure, 2 stab incisions were made in the left lateral inferior flap, the more medial one was utilized to bring out a 10 mm flat JP drain fully perforated which was left in the mastectomy bed. The superior lateral 1 was used to bring out a 10 mm flat JP drain which was cut to size, and left in the axilla. They were secured into place with 2-0 nylon. The skin was then closed both at the site of the axillary biopsy excision as well as for the entire incision using 3-0 Vicryl in a deep dermal layer followed by 4-0 Monocryl in subcuticular layer in a running fashion. The wound was then cleaned and dressed with half-inch Steri-Strips followed by gauze, fluffs, and a surgical bra. The drains were cut to size and fitted to JP bulb suction, which was noted to hold adequate suction 1 complex. The right Mediport site was dressed with 2 x 2 gauze and Tegaderm. The patient tolerated procedure well. The Foley catheter was removed in the operating room. She was extubated and brought to the recovery room in stable condition where chest x-ray is pending for MediPort placement.

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
|---|---|---|---|
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

COMPLICATIONS:
None.

SPECIMENS:
1.  Left modified radical mastectomy (breast and axillary contents level 1 and 2 to pathology).
2.  Left axillary biopsy site to pathology.

DRAINS:
10 mm flat JP drain to the left axilla and to the left mastectomy bed.

IMPLANTS:
Power port to the right subclavian vein.

ESTIMATED BLOOD LOSS:
100 mL.  Sponge, needle, instrument counts were correct at the end of the case.


AUTHENTICATION

I have verified and signed this report to authenticate the documentation. I am returning this report to the Medical Records Department for placement in the patient's chart. This will meet the requirement for chart completion.


Jane Wey, M.D. 05/12/2011 09:14 A
Dictated by:  Jane Wey, M.D.

cc:      Jane Wey, M.D.


edx/
D: 06/25/2010 05:40 P T: 06/25/2010 11:50 P
Edix Doc #:201006250992238700   SoftMed Doc #: 493647

```
NAME: JOHNSON, DEBORAH              MRN: 57-25-19-82
DATE OF SERVICE: 07/15/2010         ROOM#:
DATE OF BIRTH: ███████             SEX: F
ADMIT DATE: 07/14/2010              DISCHARGE DATE: 07/15/2010
```

DISCHARGE SUMMARY

ATTENDING:

CHIEF COMPLAINT:
Right arm swelling.

HISTORY OF PRESENT ILLNESS:
This is a 53-year-old woman with a history of left breast cancer, who
underwent a left modified radical mastectomy and MediPort placement on June
25, 2010.  She presented to clinic 2 weeks later with a nodule in her right
neck and was found to have a right external jugular thrombus.  She was
started on Lovenox and Coumadin, however, developed increasing right arm
swelling and on repeat duplex was found to have progressive clot in her
brachiocephalic and subclavian veins.  She presented for treatment of this
deep venous thrombosis.

PAST MEDICAL HISTORY:
Unchanged.

COMPLICATIONS:
None.

PRINCIPAL PROCEDURES:
Removal of right MediPort on July 15, 2010.

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

**HOSPITAL COURSE:**
The patient was admitted to the Surgical Oncology Service. She was found to have partially therapeutic INR level of 1.7. She was then initially started on a heparin drip, which was held prior to surgery. She was maintained n.p.o. and the MediPort was removed on July 15, 2010. Her INR at that time was 1.8. She was, other than some mild swelling on the right arm, otherwise asymptomatic and was deemed stable for discharge.

**DISCHARGE DIAGNOSES:**
1. RIGHT ARM DEEP VENOUS THROMBOSIS STATUS POST MEDIPORT PLACEMENT.
2. HISTORY OF LEFT BREAST CANCER, STATUS POST MODIFIED RADICAL MASTECTOMY.

**DISPOSITION:**
The patient will be discharged home. She is in stable condition.

**MEDICATIONS:**
Calcium plus vitamin D; Colace 100 mg p.o. b.i.d.; Coumadin 5 mg daily other than 6 mg on Mondays and Fridays; Dulcolax 10 mg p.o. daily p.r.n. constipation; lisinopril-hydrochlorothiazide 20/12.5 p.o. daily; Lortab 5 mg p.o. one to two tablets q.4 to 6 hours p.r.n. pain; and Norvasc 10 mg p.o. daily. She was instructed to discontinue Provera due to its prothrombotic effects as well as to discontinue Lovenox.

**FOLLOWUP:**
She will follow up in the Surgical Oncology Clinic on July 27, 2010. She will also follow up in Hematology/Oncology on July 19, 2010, at 8 a.m. and Coumadin Clinic on July 20, 2010, at 10:30 a.m.

**INSTRUCTIONS:**
She has been told that she may shower tomorrow and may remove the dressing in 2 days. No heavy lifting greater than 5 pounds for the next 3 weeks.

**PATIENT IDENTIFICATION:**
E:

**AUTHENTICATION**

I have verified and signed this report to authenticate the documentation. I am returning this report to the Medical Records Department for placement in the patient's chart. This will meet the requirement for chart completion.

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.

```
Jane Wey, M.D. 05/12/2011 07:31 A
Dictated by:  Jane Wey, M.D.

cc:      Jane Wey, M.D.

—

edx/
D: 07/15/2010 11:42 A T: 07/16/2010 09:15 A
Edix Doc #:201007150991100500    SoftMed Doc #: 504797
```

T U L A N E   U N I V E R S I T Y
H O S P I T A L   &   C L I N I C
1415 Tulane Avenue
New Orleans, LA 70112

Name: **JOHNSON,DEBORAH DUNN**          **D001097960**
DOB: ▓▓▓▓▓▓▓                    Admit Date: **07/22/10**
LOCATION **D.CANCC**

Account #:**D00067287856**   Dict. Date: **07/23/10**

**Clinic Consultation**

---

DATE OF CONSULT: 07/22/2010

REFERRAL SOURCE: Jane Wey, MD

REFERRING PHYSICIANS:
1. Dr Jane Wey
2. Dr Brian Lewis

ICD-9: 174.4

CHIEF COMPLAINT: "I had breast cancer."

HISTORY OF PRESENT ILLNESS: This is a most pleasant 53-year-old African-American female who presented to the emergency room at University Hospital on 05/11/2010. Her chief complaint was a mass in her left breast. It has been there for approximately 2 weeks. The patient stated that it was uncomfortable and started hurting. She had never had a mammogram. Mammogram was undertaken on the patient which revealed a "highly suspicious" 2.4- x 2.1-cm mass located at the left breast 3 o'clock position and left 3- x 1.7-cm suspicious axillary lymph node. This was felt to be a BI-RADS category 5. Four biopsies were undertaken which revealed infiltrating ductal carcinoma of the primary and metastatic ductal carcinoma of left axillary node consistent with primary. Ki-67 was estimated manually to be greater than 90%.

Under the guidance of Dr Jane Wey, modified radicle mastectomy was accomplished. This was of the left breast. Final diagnosis revealed medullary carcinoma of the breast, histologic grade 3. Nottingham score was 8. The tumor size of the primary was 3.2 x 3 x 2.4 cm. One of 17 lymph nodes revealed metastasis. There was no lymphovascular invasion. No extranodal extension of disease was appreciated.

Thus, the patient would be staged as a T2, N1, AM0 stage IIB carcinoma of left breast. This is the pathologic staging.

Estrogen was positive. Progesterone was negative. HER-2/neu by FISH was negative as well.

The patient has just now been referred for evaluation for chemotherapy and radiation.

PAST MEDICAL HISTORY: Hypertension and recently thrombus and external jugular on the right side status post port.

PAST SURGICAL HISTORY: Tubal ligation in 1981, chest tube undergone in 1976. Left modified radical mastectomy 06/25/2010 and port removal 07/15/2010.

FAMILY HISTORY: Family history of cancer. One sister at age 49 had carcinoma of the breast and died one year after diagnosis. Two maternal aunts diagnosed with breast cancer and a maternal grandmother diagnosed with breast cancer at age 47. Her father had carcinoma of the colon.

SOCIAL HISTORY: Patient lives with her niece. Smoking 1 pack every 3 days for

Run: 10/26/13-06:41 by KRAUS,STEPHEN TERRY

Clinic Consultation

**Patient:** JOHNSON,DEBORAH DUNN

**Account #:** D00067287856
**Medical Record #:** D001097960

25 years. She states she quit 6 weeks ago. She has transportation. She has occasional use of alcohol and quit in May of 2010. She denies any illicit drug use.

SLEEPING HISTORY: Insomnia and difficulty getting to sleep are a problem.

REVIEW OF SYSTEMS:
CONSTITUTIONAL: Fatigue 1/4. The patient denies any fevers, night sweats, or weight loss.
EYES: No blurry vision, or blindness.
ENMT: No hearing loss. She has no dysphagia. She has no dentures and dental condition is described as good.
CARDIOVASCULAR AND RESPIRATORY: She denies any myocardial infarct, CVA, angina, or pacemaker. She has no cough or dyspnea. She has no orthopnea nor hemoptysis.
GI: She has no nausea, vomiting, or constipation. She has no chronic diarrhea. She denies any hemorrhoids or ulcer problems. She has no dyspepsia or blood in the stools.
GU: She has no dysuria, hematuria, increased frequency or urgency on urination. She has no urinary incontinence or vaginal discharge. Her periods are intermittent.
SKIN: No rashes or healing incisions. She has no sores, edema, or alopecia. Postmodified radical mastectomy as noted above with healed incision.
NEUROLOGIC/PSYCHIATRIC: The patient is oriented x 3 with good memory. She denies any headaches, depression, or seizures. She has no vertigo or syncope.
ALLERGIES AND IMMUNOLOGIC: SHE HAS NO AUTOIMMUNE DISORDERS OR SEASONAL ALLERGIES.
MUSCULOSKELETAL: She has no arthritis with good range of motion. She denies any weakness. She is not at risk of fall and has no balance difficulty. She has no limits in regards to dressing or new assistance.

CURRENT MEDICATIONS:
1. Norvasc 10 mg daily.
2. Lortab 5/500 one to two every 4 hours to 6 hours for pain.
3. Coumadin 1 mg as directed.
4. Lisinopril and hydrochlorothiazide 20/12.5 one daily.

ALLERGIES: SHE HAS NO KNOWN DRUG ALLERGIES.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 136/69, pulse 64, height 5 feet 5 inches. Respirations 20, weight 229.6. Pain 0/10. Nutritional status is good. ECOG status is 0. The patient does not appear to be in any acute distress.
EYES: No scleral icterus. No lid lag. Pupils are equal, react to light.
ENMT: External appearance of nose and ears within normal limits. The patient has normal hearing. Visualization of oral cavity and oropharynx reveals no lesions. Carotids palpated out to be within normal limits.
NECK: Supple. Thyroid palpates out to normal limits. No asymmetry noted. Tracheal position is midline.
RESPIRATORY: Chest is clear to percussion and auscultation. No rales, rhonchi, or abnormal transmitted sounds. No acute respiratory effort is noted.
BREASTS: Status post left modified radical mastectomy with well-healed incision. Right breast, no masses noted.
CARDIOVASCULAR: Regular sinus rhythm, no murmur or gallop. Bilateral carotids revealed no bruits. The patient is status post thrombus as noted above with

Run: 10/26/13-06:41 by KRAUS,STEPHEN TERRY

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00043**

Clinic Consultation

**Patient:**   JOHNSON,DEBORAH DUNN                                    **Account #:**   D00067287856
                                                                       **Medical Record #:**   D001097960

_____

still some thickening in the jugular.
LYMPH NODES: None noted about head, neck, supraclavicular, or axillary area.
ABDOMEN: No hepatosplenomegaly or abnormal abdominal masses. Bowel sounds are
within normal limits. No rebound or referred tenderness. No tenderness to
direct palpation.
SKIN: Well-healed incision as noted above. No rashes. No ulcers. No
subcutaneous nodules noted. Skin turgor is good. Skin is warm and moist. No
jaundice is noted.
MUSCULOSKELETAL: Erect station and normal gait. The patient has no clubbing on
digits or cyanosis. Gentle percussion of cervical, thoracic, lumbosacral
vertebrae, ribs, and extremities reveals no pain. Range of motion is within
normal limits. No muscle atrophy is noted.
NEUROLOGIC: Deep tendon reflexes are equal bilaterally. There are 2+. No
sensory or motor loss can be appreciated. No ataxia noted.
PSYCHIATRIC: The patient is well oriented with good memory. Her mood and affect
is entirely within normal limits for someone who has carcinoma of the breast.
She has good acceptance of her disease process. She has good cognitive
appreciation and insight. Over the fact that she now needs chemotherapy plus
radiation.

STAGING: T2 N1 M0, stage IIB (carcinoma) left breast. Staging is in accordance
with seventh addition AJCC staging system.

PLAN: Chemotherapy will be undertaken. Following chemotherapy, chest wall
radiation will be accomplished. This is according to NCCN guidelines. The
patient understands that the scope of treatment will be curative in intent and
accept and understands that treatment. All side effects and complications have
been carefully explained to the patient and she readily understands these and
accepts treatment. The patient will be initiated on chest wall radiation after
the completion of chemotherapy.

DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37SAS / REV NO: / 19815 / WT: D.CANCCE-CON
DD: 07/23/2010 14:16:11  DT: 07/23/2010 18:10:18 DS: 07/22/2010
HIS#: 38357932

CC: Brian E Lewis, MD
    1430 Tulane Ave
    New Orleans, LA 70112
    (LEWBR)

                                        (Signature on File)
                                        Stephen T Kraus, MD

07/23/10 1416
07/23/10 1810     HLT

Electronically Signed by Stephen T Kraus, MD on 07/30/10 at 0816

Run: 10/26/13-06:41 by KRAUS,STEPHEN TERRY

Additional copy                                          Page 3 of 3

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00044**



JOHNSON, DEBORAH ANN DUNN

59 Y old Female, DOB: ███████ External
MRN: D001097960
Account Number: D001097960
3601 TEXAS DRIVE, APT 726B, NEW ORLEANS, LA-70114
Home: 504-600-4620
Guarantor: JOHNSON, DEBORAH ANN DUNN
Insurance: D HUMMCRH HUMANA MCARE HMO GOLD
PCP: DOES NOT KNOW DNK   Referring: Jane SHU FUN Wey, MD
Appointment Facility: Tulane Cancer Center

---

11/09/2016                               Progress Notes: Ato O. Wright, MD  CHN#: WRIAT

### Reason for Appointment
1. LEFT BREAST CANCER: CONSULT TO RE-ESTABLISH CARE

### History of Present Illness
History of Present Illness:
   DIAGNOSIS: stage IIB, T2N1M0 ER+/PR+/Her2-, grade invasive ductal carcinoma of the LEFT breast
   TREATMENT SUMMARY:
   1. Modified radical mastectomy on 7/22/2016, by Dr. Jane Wey. One of 17 lymph nodes revealed metastasis. There was no lymphovascular invasion. No extranodal extension of disease could be appreciated.
   2. Received chemotherapy
   3. Received RT, 5040 cGy was delivered to the supraclavicular field, 5040 cGy to the left chest wall with a scar boost for an additional 1260 cGy. Completed in 2/2011.
   INTERVAL HISTORY: Ms Johnson is a 59 y/o with history of breast cancer s/p definitive therapy who presents today to re-establish care here at Tulane where she received her radiation therapy. She completed radiation therapy in 2/2011 and was following up at University Med Ctr. She reports taking 1 year of Arimidex and has had no follow-up with an oncologist for the past 4 years. She has been following with her PCP at West Jeff and has had annual RIGHT breast mammograms with the last one being completed in April 2016 (images and records not available for review today).
   She presents today to establish care after approximately 4 years without seeing an oncologist. She reports RIGHT CW pain since surgery. She takes aleve every night for pain relief. Pain ranges from 6-10 daily. She reports edema in the LUE but ROM is not compromised. She denies any abnormal lumps or bumps on the left chest wall or within the right breast. She denies nipple discharge or skin changes. She denies head aches, seizures, bony pain, vision changes, fevers, chills or night sweats, unintentional weight loss, SOB/dyspnea, angina chest pain, abdominal pain, nausea/vomiting diarrhea or constipation.

### Current Medications
**Taking**
- Lisinopril-Hydrochlorothiazide 20-12.5 MG Tablet 1 tablet Orally Once a day for 30 days
- Neurontin 600 MG Tablet 1 tablet Orally Three times a day
- Norvasc 5 MG Tablet 1 tablet Orally Once a day for 90 days

**Discontinued**
- Arimidex 1 MG Tablet 1 tablet Orally Once a day
- Calcium + D 600-200 MG-UNIT Tablet 1 tablet with food Orally Once a day
- Colace 100 MG Capsule 1 capsule as needed Orally Twice a day
- Dulcolax 5 MG Tablet Delayed Release 2 tablet as needed Orally Once a day
- Lexapro 10 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Hypertension

---

Thrombus and external jugular on the right side status post port
Breast Cancer
L Lung Collapse 70's

## Surgical History
Tubal ligation 1981
chest tube undergone 1976
Left modified radical mastectomy 06/2012
port removal 07/2010

## Family History
Father: deceased, Colon Cancer
Sister(s): deceased, Breast Cancer
Maternal Grand Mother: deceased, Breast Cancer
Maternal Aunt: deceased, (2) Breast Cancer

## Social History
Alcohol Screening
  Did you have a drink containing alcohol in the past year?  *No*
  Points  *0*
Tobacco Use Screening
  Are you a:  *former smoker*
  How long has it been since you last smoked?  *1-5 years*
Illicit drug use: Denies.
Living with: niece.
Travel: Own.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
above procedures

## Review of Systems
12 systems reviewed, pertinent positives as per HPI.

## Vital Signs
Ht-cm 165.1, Ht-in 5 ft 5 in, Wt-kg 112.49, Wt-lbs 248, BMI 41.26, Temp 98.4, HR 71, Respiratory Rate 18, BP 134/70, BSA 2.27.

## Examination
Radiation Oncology Department:
    General: well developed, , well nourished, in no acute distress.
    Eyes: sclera anicteric, EOMI.
    ENT: mouth clear, throat clear, lips normal, teeth and gums normal.
    Lymphatics: no cervical adenopathy, no supraclavicular adenopathy, no axillary adenopathy.
    Neck: no masses, supple.
    Respiratory: lungs clear, no respiratory distress.
    Cardiovascular: regular rate and rhythm, normal S1 and S2, no murmur, gallop or rub.
    Abdomen: no masses, no hepatomegaly, normal bowel sounds, nondistended.
    Musculoskeletal: normal gait and stance, no cyanosis, LUE lymphedema.
    Breasts: LEFT chest wall: well healed surgical scar. No visible or palpable abnormalities. RIGHT breast: large pendulous breast without any palpable or visible abnormalites. No skin changes. No nipple discharge. .
    Neurology: cranial nerve 2-12 intact, DTR symmetric, Motor strength equal, no numbness.
    Psychology: alert and oriented x 3, memory intact, affect appropriate.

## Clinic Staff Note

Patient: JOHNSON, DEBORAH ANN DUNN   DOB: ██████   Progress Note: Ato O. Wright, MD  11/09/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00014

Cancer Center Clinic Staff Note:
    DISTRESSOR SCREENING:
     Rating:  *o*
    I evaluated the patient and noted my comments above prior to the patient being seen by the physician.
Barthelemy,Nadia , RN 11/09/2016 11:17:23 AM CST > .
Clinic Staff Note:
    Clinic Staff Note
    Updated by:  *Nadia Barthelemy RN FLA9038 on 11/9/2016 at 11:19 AM. Please refer to "Specialty Form"*
*folder in patient documents to view content.*
    Patient Education
    Updated by:  *Nadia Barthelemy RN FLA9038 on 11/9/2016 at 11:19 AM. Please refer to "Specialty Form"*
*folder in patient documents to view content.*

## Assessments
1. Malignant neoplasm of left female breast, unspecified site of breast - C50.912 (Primary)

KPS 100.

## Treatment
**1. Malignant neoplasm of left female breast, unspecified site of breast**
Start Meloxicam Tablet, 15 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 6
Notes: Ms Johnson is doing well with no evidence of disease recurrence. She only completed 1 year of adj Arimidex(per patient). I will request visit with medical oncology. We will request outside records and recent mammograms for review. I have prescribed 15 mg daily meloxicam for MSK chest wall pain. All her questions have been answered to her satisfaction. She will follow-up with radiation oncology in 1 year.
Referral To:Bridgette Collins-Burrow   Hematology/Oncology
    Reason: establish care w/ medical oncology- completed xrt to LCW 2/24/2011 63 GY|received chemotherapy at LSU- last appt at LSU was in 2012|only took Arimidex for 1 year s/p xrt|had mammo at west jefferson (requested reports)

## Follow Up
1 Year



Electronically signed by Ato Wright , MD on 11/09/2016 at 02:23 PM CST

Sign off status: Completed

--------------------------------------------------------------------------

Tulane Cancer Center
150 South Liberty St.

--------------------------------------------------------------------------

Patient: JOHNSON, DEBORAH ANN DUNN   DOB: ▮▮▮▮▮▮   Progress Note: Ato O. Wright, MD   11/09/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00015**

# Tulane
## Medical Center

JOHNSON, DEBORAH ANN
DUNN
55 Y old Female, DOB: █████
3601 TEXAS DRIVE, APT 7268, NEW ORLEANS, LA-70114
Home: 504-660-4620
Guarantor: JOHNSON, DEBORAH ANN DUNN
Insurance: D HUMMCRH HUMANA MCARE HMO GOLD
PCP: (Do Not Know) DNK   Referring: Jane SHU FUN Wey,
MD
Appointment Facility: Tulane Cancer Center

MRN:D001097960

03/14/2013                                    Progress Note:  Stephen T Kraus, MD

## Reason for Appointment
1. FU BREAST CA

## History of Present Illness
History of Present Illness:
    Is a 55-year-old African American female who is well-known to me. I initially saw the patient on July 22, 2010. At that time she had been diagnosed as having carcinoma of the breast.
    Her history is she presented to the emergency room at university hospital on May 11, 2010. Her chief complaint at that time was a mass in her left breast. The patient stated that it was uncomfortable and hurting. She had never had a mammogram. Mammogram was accomplished. This revealed a highly suspicious 2.4 x 2.1 cm mass effect in the left breast at the 3:00 position. A 3 cm in it's largest dimension axillary node was noted as well. Perform biopsies were undertaken. These revealed infiltrating ductal carcinoma of the primary site with metastatic ductal carcinoma of left axillary node consistent with primary site of breast.
    Modified radical mastectomy was accomplished by Dr. Jane Wey. One of 17 lymph nodes revealed metastasis. There was no lymphovascular invasion. No extranodal extension of disease could be appreciated. Tumor markers for estrogen positive; progesterone negative; and HER-2 negative.
    The patient then underwent chemotherapy followed by radiation. Chemotherapy was successful. Patient tolerated this well except for neuropathy, which she still has, but considerably less than before. As noted she then underwent a course of radiation. In 5040 cGy was delivered to the supraclavicular field, 5040 cGy to the left chest wall with a scar boost for an additional 1260 cGy.
    The patient now returns for followup. She does have edema of her left arm and shoulder pain. She has had this for a considerable amount of time.
    Because of the pain she did go to the emergency room at university hospital. She has been there before for the shoulder pain. Lymphedema consult have been placed in the past.
    Doppler scan was repeated on the patient from the emergency room on September 28, 2000 the left. No evidence of venous thrombosis was noted. Most recently, she went back to the emergency room for shoulder pain. CT scan was undertaken. No evidence of metastasis was noted. Bursitis and shoulder was appreciated. Furthermore, on May 3, 2012 did have repeat mammogram of the right breast which was negative for malignancy.
    At present.

## Current Medications
Arimidex 1 MG Tablet 1 tablet Once a day
Calcium + D 600-200 MG-UNIT Tablet 1 tablet with food Once a day
Colace 100 MG Capsule 1 capsule as needed Twice a day
Dulcolax 5 MG Tablet Delayed Release 2 tablet as needed Once a day
Lexapro 10 MG Tablet 1 tablet Once a day
Lisinopril-Hydrochlorothiazide 20-12.5 MG Tablet 1 tablet Once a day for 30 days
Neurontin 600 MG Tablet 1 tablet Three times a day
Norvasc 5 MG Tablet 1 tablet Once a day for 90 days
Medication List reviewed and reconciled with the patient

1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00018

## Past Medical History
Hypertension
Thrombus and external jugular on the right side status post port
Breast Cancer
L Lung Collapse 70's

## Surgical History
Tubal ligation 1981
chest tube undergone 1976
Left modified radical mastectomy 06/2012
port removal 07/2010

## Family History
Father: deceased Colon Cancer
Sister(s): deceased Breast Cancer
Maternal Grand Mother: deceased Breast Cancer
Maternal Aunt: deceased (2) Breast Cancer

## Social History
Alcohol Screening
    Did you have a drink containing alcohol in the past year?  *No*
    Points  *0*
Tobacco Use Screening
    Are you a:  *former smoker*
    How long has it been since you last smoked?  *1-5 years*
Illicit drug use: Denies.
Living with: niece.
Travel: Own.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
above procedures

## Review of Systems
10 point review of systems unchanged from initial exam. This was undertaken with face-to-face counseling with patient.

## Vital Signs
Ht-cm 165.1, Ht-in 5 ft 5 in, Temp 97.9, Wt-kg 109.77, Wt-lbs 242, HR 65, Respiratory Rate 18, BP 129/62, BMI 40.27, BSA 2.24.

## Examination
EXAM:
    Is a very pleasant, 55-year-old African American female with gross appropriately, answers all questions appropriately, and in no apparent acute distress.
    ECoG status one.
    Eyes: No scleral icterus. Pupils react well to light. Extraocular muscles are intact. No ptosis. No proptosis.
    Ears, nose, mouth, and throat: Ears, and nose are normal in appearance. Masseter muscle strength is good. No salivary gland enlargement or mass affect noted. No facial motor or sensory loss. Tongue protrudes midline. Soft palate is normal in appearance. Swallowing mechanism is intact. Mucous membranes are moist.
    Skin: No subcutaneous nodules about left chest wall or right breast. Skin is warm and moist. Skin turgor is good.
    Lymph nodes: None noted of the head, neck, supraclavicular, or axillary area.
    Chest: Clear to percussion and auscultation. No rales, rhonchi, or abnormal transmitted sounds.
    Cardiovascular: No peripheral edema. Other than lymphedema as noted above, and left arm. Pulses are good. Regular sinus rhythm. No murmur or gallop. Can be appreciated. Heart sounds are crisp.
    Chest: Clear percussion and auscultation. No rales, rhonchi, or abnormal transmitted sounds.

........................................................................................................................................................

Abdomen: Protuberant. Liver could not be palpated. Bowel sounds are normal. No rebound or referred tenderness. No tenderness to direct palpation.

Breast: Right breast with no masses, tenderness, or erythema. No nipple discharge, nipple bleeding. Left chest wall status post radiation with darkening of skin that is started on didn't. No mass effect or subcutaneous nodules noted.

Musculoskeletal. Strength is good. No muscle atrophy noted. Station is upright. Gait is normal. Percussion of cervical, thoracic, lumbosacral vertebra and ribs of extremities reveals no pain, or tenderness. Patient has good range of motion.

Neurologic/psychiatric: Cranial nerves 2 through 12 intact. Patient is well oriented to person, place, and time. She has good memory. She has good cognitive appreciation of her disease process of carcinoma of breast. She has no several followups. She does understand how central these followup sore and assures me that she will be compliant from now on. She has no apparent depression. She has no apparent anxiety. Rapid movement such as finger to nose are normal. No ataxia noted. No balance difficulties.

Impression: No evidence recurrence or progressive disease by history, mammogram or exam.

Clinic Staff Note
Cancer Center Clinic Staff Note:
INFORMANT: patient.
REASON FOR VISIT (NARRATIVE): see chief complaint.
ANY NEW SIGN, SYMPTOM OR WORSENING OF CONDITION? L axilla pain, difficulty raising her arm above her head.
CURRENTLY UNDER ACTIVE CANCER TREATMENT: no.
SINCE LAST VISIT: Has the patient been to the ER or Urgent Care Center?, no, Has the patient had any diagnostic studies?, no, scheduled for a mammo in April 2013.
PAIN SCREEN: Did the patient make this appointment because of pain?, no, Does the patient complain of pain now?, yes, Rating: 5/10 , Location: L axilla/l arm, Duration: since surgery , Since pain rating 4 or greater, MD notified (name and time notified) Dr. Kraus.
PRESCRIPTION REFILLS NEEDED? no.
I evaluated the patient and noted my comments above prior to the patient being seen by the physician. Barthelemy,Nadia , RN 03/14/2013 11:19:20 AM CDT > .
Suicide Screening:
Patient age 9 or older:
In the past few days or week, have you been having thoughts or making plans to hurt yourself? *No*
Abuse/Neglect Screening:
Unexplained bruises and/or injuries: no.
Unkempt, dirty, poor hygiene: no.
Excessive fear: no.
Loss of interest in self: no.
Reasonable suspicion of sexual/physical/mental abuse/neglect: no.
Physician notified if any of the above is "yes" n/a.
I completed this screening and noted comments above: Barthelemy,Nadia , RN 03/14/2013 11:19:29 AM CDT > .

Adult Patient Education:
GENERAL EDUCATION TOPICS:

plan of care, lymphedema clinic, arm exercises

.

READINESS TO LEARN eager to learn.
BARRIERS TO LEARNING none.
PERSON TAUGHT: patient.
METHOD: one to one.
OUTCOME verbalizes understanding.
PATIENT GOAL knowledge and understanding the plan of care.
TAUGHT BY/DISCIPLINE nurse/RN, physician.
Comments noted above Barthelemy,Nadia , RN 03/14/2013 11:19:59 AM CDT > .

Patient: JOHNSON, DEBORAH ANN DUNN     DOB: ▓▓▓▓▓▓     Progress Note: Stephen T Kraus, MD  03/14/2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Assessments

1. Cancer of upper-outer quadrant of female breast - 174.4 (Primary), Time of exam: 15 minutes. Face-to-face counseling with patient 60 minutes.

## Treatment

**1. Cancer of upper-outer quadrant of female breast**
Procedure:PHYSICAL THERAPY EVALUATION AND TREATMENT (97001) Consult PT for eval/treat lymphedema- c/o pain when lifting L arm
Referral To:Physical Therapy
     Reason:eval/treat lymphedema |pain when lifing the L arm

## Follow Up

3 Months

*[signature]* Stephen Kraus, MD

Electronically signed by Stephen Kraus , MD on 03/15/2013 at 08:05 AM CDT

Sign off status: Completed

---

Tulane Cancer Center
150 South Liberty St.
New Orleans, LA 70112
Tel: 504-988-6300
Fax: 504-988-6348

---

Patient: JOHNSON, DEBORAH ANN DUNN   DOB: ████   Progress Note: Stephen T Kraus, MD  03/14/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Name: DEBORAH JOHNSON**
DOB
TEL: 5049143508

PCP: Michon Wyche, M.D.
Allergies: No Known Drug Allergies

ID: 0322399
(56Y)
1
INS: Humana Gold Choice
DOS: 06/11/2013 08:30
Trans: Yes

| Taken By: JaneaS | GLU: | Temp:97.5 | BR:183/95 | P:73 | R:19 | LastWt:242 | Wt Qn: 4 | WT:246 | HT:65 | BMI:41.0 | BSA: 2.26 |
|---|---|---|---|---|---|---|---|---|---|---|---|

SUBJECTIVE: Better ☐  Fine ☐  No Complaint ☐  No Change ☐  Worse ☐ → 56yo LWR c h/o HTN, BRCA s/p mast
here to for f/u. No c/o c same HA. ⊕ fatigue . ⊕ NV DC ⊕ CP/SOB
still c/o ⊕ arm pain + swelling 2° to lymphedema
post surg.

| Physical Exam: | Nor | Unc | Abn | |
|---|---|---|---|---|
| GENERAL | ✓ | ☐ | ☐ | |
| HEENT | ☐ | ☐ | ☐ | |
| NECK | ✓ | ☐ | ☐ | |
| HEART | ✓ | ☐ | ☐ | RRR ⊕ m |
| LUNGS | ✓ | ☐ | ☐ | |
| ABDOMEN | ☐ | ☐ | ☐ | |
| EXTREMITIES | ✓ | ☐ | ☐ | ⊕ CCE |
| FEET-sensation | ☐ | ☐ | ☐ | |
| -PULSES | ✓ | ☐ | ☐ | |
| -SKIN | ☐ | ☐ | ☐ | |
| NEURO | ☐ | ☐ | ☐ | |
| ADD& FINDINGS | | | | ① mastectomy |

**MEDICATIONS:** * The Rx below were reviewed with patient
☐ 03/22/2013 **Anastrozole 1 mg** 1 tab orally once daily ⋆ 5yrs
☐ 03/22/2013 **Lisinopril-hydrochlorothiazide 20-12.5 mg** 1 tab orally once daily
☐ 03/22/2013 **Amlodipine 5 mg** 1 tab orally once daily ↑
☐ 03/22/2013 **Hydrocodone-acetaminophen 7.5-325 mg** 1 tab orally twice daily prn pain Rx
☐ 03/22/2013 **Escitalopram 10 mg** 1 tab orally once daily Rx⊕  20
☐ 03/08/2013 **Gabapentin 600 mg** 1 tab orally three times daily Rx
Oscal-D 600  QD

→ordered
Dexa ~ 2011 - Osteopenia

| Problem List: | Assessment / Plan: |
|---|---|
| Morbid Obesity | Discussed diet and exercise for weight loss, education classes, will monitor progress and motivation |
| Dx/Obesity,exogenous | monitor wt, r/o diet and exercise |
| P/Major Depression-unspec (recurrent) | no SI, no HI, continue SSRI |
| | Minimal effect on 10mg ↑ to 20mg QD |
| HTN | Very well ↑ Amlod to 10mg QD |
| O/ h/o breast cancer | 2010, ⊕ c mastectomy, chemo, XRT by MCISO (something) |
| | Dr Fenche @ WI       - WI U need one |
| Hyperglycemia | A1c 6.1  Rev today |

☐ Preventive Care and guidelines for cancer and CV diseases are fully explained to patient
☐ Discharge instructions given   ☐ If not feeling better, patient should call us or go to ER   ☐ Drug side effects explained
☐ GARE ☐ Low Fat ☐ Low Cholesterol ☐ Low Salt  diet _____ g Na ☐ ADA _____ Calories _____ Cig Cessation adv. _____
☐ Exercise _____
☐ 1 Week  ☐ 2 Weeks  ☐ 3 Weeks  ☐ 4 Weeks ☒ Other  6 wks

**Additional Notes As Needed:**
① arm/lymphedema c pain - sparing use of narcotics
⊕ aba TID, will follow.



Patient: 0322399 JOHNSON, DEBORAH
Print Date: 2013-06-11 | Office: MIDCITY

Page 1 of 2

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00015**

Physician Signature: _____

Brant Wallis, M.D.

Interpreter: _____

EKG

Labs

Name: **DEBORAH JOHNSON**
DOB:
TEL: 5049143508

PCP: Brent Wallis, M.D.
Allergies: No Known Drug Allergies

ID: **0322399**
(56Y)
1
INS: Humana Gold Plus
**DOS: 11/19/2013 10:52**
Trans: Yes



| Taken By: cierraw | GLU:108 | Temp:98 | BP:135/79 | P:83 | R:18 | LastWt:250 | WtChg:14 | WT:246 | HT:66 | BMI:39.8 | BSA: 2.28 |

**SUBJECTIVE:** □ Better □ Fine □ No Complaint □ No Change □ Worse  56yo AAF rev. Doing well. Completed DM Ed. Needs supplies. Some ear pain & pressure. Some help c flonase BP excellent

| Physical Exam: | Nor | Unc | Abn | | MEDICATIONS: * The Rx below were reviewed with patient |
|---|---|---|---|---|---|
| GENERAL | ☑ | □ | □ | | □ 09/12/2013 **Amlodipine 10 mg Tablet** 1 tab orally once daily |
| HEENT | □ | □ | □ | DM & fluid | □ 09/12/2013 **Anastrozole 1 mg** 1 tab orally once daily |
| NECK | □ | □ | □ | OMS Scared | □ 09/12/2013 **Citalopram 40 mg Tablet** 1 tab orally once daily |
| HEART | ☑ | □ | □ | | □ 09/12/2013 **Lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet** 2 tab orally once daily R.F. |
| LUNGS | ☑ | □ | □ | | □ 06/12/2013 **Hydrocodone-acetaminophen 7.5-325 mg** 1 tab orally twice daily prn pain R.F. |
| ABDOMEN | □ | □ | □ | | □ 09/12/2013 **Fluticasone 50 mcg/Actuation Nasal Spray, Susp** 2 sprays each nostril once daily R.F. |
| EXTREMITIES | ☑ | □ | □ | | □ 06/11/2013 Amoxicillin 500 mg Capsule 1 tab orally three times daily |
| FEET-sensation | □ | □ | □ | | □ 06/11/2013 **Escitalopram 20 mg tablet** 1 tab orally once daily |
| -PULSES | □ | □ | □ | | □ 06/11/2013 **Gabapentin 600 mg** 1 tab orally three times daily |
| -SKIN | □ | □ | □ | | □ 06/11/2013 **Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet** 1 tablet Daily |
| NEURO | □ | □ | □ | | Test supplies + Cetirizine 10mg |
| ADD'L FINDINGS | | | | | |

| Problem List: | Assessment / Plan: |
|---|---|
| DM Type II (controlled/uncomplicated) A1c 6.5 | monitor A1c (goal = 7%), no hypoglycemias, continue current meds, no ulcers, New dx in Sept    Supplies today |
| Obstructive Sleep Apnea | OSA with hypoxemia, sleep fragmentation on study 7/26/13, CPAP @14 |
| CV/Aortic Atherosclerosis | seen on imaging, goal BP <130/80, clinically asymptomatic, continue to monitor. Evidence : . on 06/12/2013 |
| Benign Essential Hypertension GFR 93 | goal BP<135/85,no ss/sx,cont meds   Cont meds |
| O/Breast Cancer | 2010,s/p left masectomy, chemo, XRT by MCLNO,f/b Oncology,follow MMGs,on Anastrozole x 5 yrs |
| Other Lymphedema | left arm with pain sec to mastectomy, sparing use of narcotics,Gaba TID,will follow |
| Morbid Obesity | Discussed diet and exercise for weight loss, education classes, will monitor progress and motivation |
| P/Major Depression-unspec (recurrent) | no SI, no HI, continue SSRI |

① TM clear OK → ↑ Flonase, + Cetirizine, ENT if Help.



□ Preventive Care and guidelines for cancer and CV diseases are fully explained to patient
□ Discharge instructions given   □ If not feeling better, patient should call us or go to ER   □ Drug side effects explained
□ GARE □ Low Fat □ Low Cholesterol □ Low Salt  diet _____ g Na □ ADA ____ Calories   Cig Cessation adv. ___
□ Exercise _____

Patient: 0322399 JOHNSON, DEBORAH
Print Date: 2013-11-19 | Office: WEST BANK

Page 1 of 2

☐ 1 Week   ☐ 2 Weeks   ☐ 3 Weeks   ☐ 4 Weeks ☑ Other *2 мо*

| Additional Notes As Needed: |
| --- |
| |
| |
| |

Physician Signature: _BWallis_
Brent Wallis, M.D.

Interpreter: _____

*Brahmk ← Opto ?*
*Flu ✓ Today*
*PCV ✓*

1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00025



Name: **DEBORAH JOHNSON**
DOB:
TEL: 5049143508

ID: 0322399
INS: Humana Gold Plus
**DOS: 12/29/2015 08:14**
Trans: Yes
PCP: Brent Wallis, MD

Allergies: No Known Drug Allergies

| Taken By: lisah | GLU:95 | Temp:97.3 | BP:115/70 | P:81 | R:18 | Last Wt: | Wt Ch: | WT:253 | HT:65 | BMI:42.2 | BSA: 2.29 |
|---|---|---|---|---|---|---|---|---|---|---|---|

O2 Sat_95 %_ Intake: Room Air_ Liters: N/A

*SUBJECTIVE:* [handwritten] S&O AAF Rev. ∅C10   Sugars Centralle @
☐ Better ☐ Fine ☐ No Complaint ☐ No Change ☐ Worse ☐ ROS otherwise neg   wea ↑↑

| Physical Exam: | Nor | Unc | Abn | | MEDICATIONS: |
|---|---|---|---|---|---|
| GENERAL | ✓ | ☐ | ☐ | A-4-0 | ☐ The Rx below were reviewed with patient  **(BILL CPT 1160F)** |
| HEENT | ☐ | ☐ | ✓ | NP bo734 (APD) | ☐ 12/11/2015 **Amlodipine 10 mg Tablet** 1 tab orally once daily |
| NECK | ☐ | ☐ | ☐ | | ☐ 12/11/2015 **Citalopram 40 mg Tablet** 1 tab orally once daily |
| HEART | ✓ | ☐ | ☐ | | ☐ 12/11/2015 **Fluticasone 50 mcg/Actuation Nasal Spray, Susp** 2 sprays each nostril Twice daily |
| LUNGS | ✓ | ☐ | ☐ | | ☐ 12/11/2015 **Gabapentin 600 mg** 1 tab orally three times daily |
| ABDOMEN | ☐ | ☐ | ☐ | | ☐ 12/11/2015 **Lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet** 2 tab orally once daily |
| EXTREMITIES | ☐ | ☐ | ☐ | | ☐ 07/28/2015 **Truereult Blood Glucose Systm Kit** Use to Check sugars daily |
| FEET-sensation | ☐ | ☐ | ☐ | | ☐ 07/28/2015 **Cetirizine 10 mg Tablet** 1 tab orally daily as needed |
| -PULSES | ☐ | ☐ | ☐ | | ☐ 07/28/2015 **Diclofenac sodium 50 mg tablet,delayed release** 1 tab orally twice daily as needed |
| -SKIN | ☐ | ☐ | ☐ | | ☐ 07/28/2015 **Lancets** use as directed |
| NEURO | ☐ | ☐ | ☐ | | ☐ 07/28/2015 **Truetest Test Strips** Check sugars daily |
| ADD'L FINDINGS | | | | | ☐ 07/20/2015 **Clotrimazole 1 % Topical Cream** apply once or Twice a day |

[handwritten] 7129 #3 124 Gx2 9 8 A1c 5.8
☐ 01/27/2015 **Lac-Hydrin 12 % Lotion** apply to arms and legs daily
☐ 01/27/2015 **Montelukast 10 mg tablet** Take one tablet daily
☐ 06/11/2015 **Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet** 1 tablet Daily
☐ 01/27/2015 **Hydrocodone-acetaminophen 7.5-325 mg** 1 tab orally twice daily prn pain

| Problem List: | Assessment / Plan: |
|---|---|
| Type II diabetes mellitus with neurological manifestations | monitor A1c (goal < 7%), no hypoglycemias, continue current meds, no ulcers, no claudication [handwritten] A1c 5.8   Rev A1c |
| Cardiomyopathy | ECHO 5 13 2013 w/ mild LVH/LAE. ACC/AHA Stage B/C, Class 1, on RAA inhibition, Lungs CL, no S3, JVD nml, counseled salt restriction and exercise. See echo . Evidence : ECHO 5 13 2013 on 01/16/2014 [handwritten] ∅CP/∅sob |
| → Hypertensive cardiomyopathy | [handwritten] BP Centralled |
| Obstructive sleep apnea | OSA with hypoxemia, sleep fragmentation on study 7/26/13, CPAP @14 |
| Aortic atherosclerosis | seen on imaging, goal BP <130/80, clinically asymptomatic, continue to monitor. Evidence : . on 06/12/2013 [handwritten] Stable  ∅SS/SV |

Physician Signature: [signature] Brent Wallis, MD

Patient: 0322399 JOHNSON, DEBORAH
Print Date: 2015-12-29 | Office: MIDCITY

*W1: "A patient is not an interruption of our work...He is the purpose of it.
We are not doing him a favor by serving him. He is doing us a favor by giving us the opportunity to do so."*
Page 1 of 2

| Other lymphedema | left arm with pain sec to mastectomy, sparing use of narcotics,Gaba TID,will follow *Stable* |
| Benign essential hypertension | goal BP<135/85,no ss/sx,cont meds |
| Morbid obesity | Discussed diet and exercise for weight loss, education classes, will monitor progress and motivation *cuc diet / exercise* |
| History of breast cancer | 2010,s/p left masectomy, chemo, XRT by MCLNO,f/b Oncology;follow MMGs,on Anastrazole x 5 yrs, stopped 6/2015 *will Need Onc flu m 2016* |
| Major depressive disorder, recurrent episode | no SI, no HI, continue SSRI *Controlled* |
| | |

☐ Preventive Care and guidelines for cancer and CV diseases are fully explained to patient
☐ Discharge instructions given   ☐ If not feeling better, patient should call us or go to ER   ☐ Drug side effects explained
☐ GARE ☐ Low Fat ☐ Low Cholesterol ☐ Low Salt  diet _____ g Na ☐ ADA ____ Calories ___ Cig Cessation adv. ____
☐ Exercise _____
☐ 1 Week   ☐ 2 Weeks   ☐ 3 Weeks   ☐ 4 Weeks   ☒ Other *2 whs* *c Dr. Martin*  Interpreter: _____

**Additional Notes As Needed:**

| |
| |
| |
| |

*CmP*
*CBC*
*A1c*
*Microalb*

Physician Signature: *[signature]*
Brent Wallis, MD

Patient: 0322399 JOHNSON, DEBORAH
Print Date: 2015-12-29 | Office: MIDCITY

**WI :** *"A patient is not an interruption of our work...He is the purpose of it.*
*We are not doing him a favor by serving him. He is doing us a favor by giving us the opportunity to do so."*
Page **2** of **2**

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00087**



Name: **DEBORAH JOHNSON**
DOB:
TEL: 5049143508

Allergies: No Known Drug Allergies

ID: **0322399**
INS: Humana Gold Plus
DOS: **03/03/2016 14:22**
Trans: Yes
PCP: Brent Wallis,

| Taken By: rebeccal | GLU:129 | Temp:98.1 | BP:126/79 | P:80 | R:17 | LastWt:253 | Wt Ch: 6 | WT:247. | HT:65 | BMI:41.1 | BSA: 2.27 |

O2 Sat 98 %    Intake: Room Air    Liters: N/A

SUBJECTIVE: ☐ Better ☐ Fine ☐ No Complaint ☐ No Change ☐ Worse ☐ROS otherwise neg

| Physical Exam: | Nor | Unc | Abn | |
|---|---|---|---|---|
| GENERAL | ☐ | ☐ | ☐ | |
| HEENT | ☐ | ☐ | ☐ | |
| NECK | ☐ | ☐ | ☐ | |
| HEART | ☐ | ☐ | ☐ | |
| LUNGS | ☐ | ☐ | ☐ | |
| ABDOMEN | ☐ | ☐ | ☐ | |
| EXTREMITIES | ☐ | ☐ | ☐ | |
| FEET-sensation | ☐ | ☐ | ☐ | |
| -PULSES | ☐ | ☐ | ☐ | |
| -SKIN | ☐ | ☐ | ☐ | |
| NEURO | ☐ | ☐ | ☐ | |
| ADD'L FINDINGS | | | | |

**MEDICATIONS:**
☑ The Rx below were reviewed with patient  (BILL CPT 1160F)

- ☐ 03/03/2016 **Lac-Hydrin 12 % Lotion** use as directed. apply to feet daily
- ☐ 12/29/2015 **Cetirizine 10 mg Tablet** 1 tab orally daily as needed. for allergies
- ☐ 12/29/2015 **Diclofenac sodium 50 mg tablet,delayed release** 1 tab orally twice daily. as needed for joint pain (take with food)
- ☐ 12/29/2015 **Truetest Test Strips** Check sugars daily.
- ☐ 12/29/2015 **Lancets** use as directed.
- ☐ 12/11/2015 **Amlodipine 10 mg Tablet** 1 tab orally once daily.
- ☐ 12/11/2015 **Citalopram 40 mg Tablet** 1 tab orally once daily.
- ☐ 12/11/2015 **Fluticasone 50 mcg/Actuation Nasal Spray, Susp** 2 sprays each nostril Twice daily.
- ☐ 12/11/2015 **Gabapentin 600 mg** 1 tab orally three times daily.
- ☐ 12/11/2015 **Lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet** 2 tab orally once daily.
- ☐ 07/28/2015 **Trueresult Blood Glucose Systm Kit** Use to Check sugars daily.
- ☐ 07/20/2015 **Clotrimazole 1 % Topical Cream** apply once or Twice a day. 45g or 60g tube
- ☐ 03/31/2015 **Hydrocodone-Acetaminophen 7.5-325 mg** 1 tab orally twice daily for pain.
- ☐ 01/27/2015 **Montelukast 10 mg tablet** Take one tablet daily. for allergies
- ☐ 06/11/2015 **Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet** 1 tablet Daily.

| Problem List: | Assessment / Plan: |
|---|---|
| Type II diabetes mellitus with neurological manifestations | monitor A1c (goal < 7%), no hypoglycemias, continue current meds, no ulcers, no claudication |
| Cardiomyopathy | ECHO 5 13 2013 w/ mild LVH/LAE. ACC/AHA Stage B/C, Class 1, on RAA inhibition, Lungs CL, no S3, JVD nml, counseled salt restriction and exercise. See echo. . Evidence : ECHO 5 13 2013 on 01/16/2014 |
| → Hypertensive cardiomyopathy | |
| Obstructive sleep apnea | OSA with hypoxemia, sleep fragmentation on study 7/26/13, CPAP @14 |
| Aortic atherosclerosis | seen on imaging, goal BP <130/80, clinically asymptomatic, continue to monitor. Evidence : . on 06/12/2013 |

Physician Signature:

Scott Martin, MD

Patient: 0322399 JOHNSON, DEBORAH
Print Date: 2016-03-03 | Office: WEST BANK



*WI: "A patient is not an interruption of our work...He is the purpose of it.
We are not doing him a favor by serving him. He is doing us a favor by giving us the opportunity to do so."*

Page 1 of 2

| Other lymphedema | left arm with pain sec to mastectomy, sparing use of narcotics,Gaba TID,will follow |
| Benign essential hypertension | goal BP<135/85,no ss/sx,cont meds |
| Morbid obesity | Discussed diet and exercise for weight loss, education classes, will monitor progress and motivation |
| History of breast cancer | 2010,s/p left masectomy,chemo, XRT by MCLNO,f/b Oncology,follow MMGs,on Anastrozole x 5 yrs, stopped 6/2015 |
| Major depressive disorder, recurrent episode | no SI, no HI, continue SSRI |
| | |
| | |

☐ Preventive Care and guidelines for cancer and CV diseases are fully explained to patient
☐ Discharge instructions given   ☐ If not feeling better, patient should call us or go to ER   ☐ Drug side effects explained
☐ GARE ☐ Low Fat ☐ Low Cholesterol ☐ Low Salt  diet _____ g Na ☐ ADA ___ Calories  Cig Cessation adv. ___
☐ Exercise ___
☐ 1 Week  ☐ 2 Weeks ☐ 3 Weeks ☐ 4 Weeks ☐ Other _____ Interpreter: _____

**Additional Notes As Needed:**

Physician Signature: _____

Scott Martin, MD

WI: *"A patient is not an interruption of our work...He is the purpose of it.
We are not doing him a favor by serving him. He is doing us a favor by giving us the opportunity to do so."*

**JenCare Neighborhood Medical Centers**
*Date: 2014-07-17*          **CONSULT NOTE - Podiatry**

NAME: Deborah Johnson                    ID: 0322399
SSN: ▮▮▮                                  DOB: ▮▮▮          AGE: 57
Tel: 5049143508                          INS: Humana Gold Plus
Address: ▮▮▮                              Appointment
                                         2014-07-17
                                         PCP: Dr. Brent Wallis

CC: _(handwritten)_ 57 y/o ♀ flu for palliative Dr foot exam care, ∅ complaints today.



Surgical Nail Debridement:
~~Fungal Nail Infection~~
Routine Foot Care (debridement nails & hyperkeratosis Lesions):



Routine Foot Care Secondary to:

Diabetes:     ☐ IDDM        ☑ NIDDM
Neuropathy:   ⊖ = no        ⊕ + = sensation with _(handwritten)_ Wuf 5iñ5
Amputation:   ☐ AKA         ☐ BKA        ☐ Foot    ☐ Toes

| **VPT Exam:** | RT=____ | LT=____ | | X=Hyperkeratoti | Lesion/Wart/Poro |
|---|---|---|---|---|---|
| **Vascular Exam:** | | **Right** | | | **Left** |
| Dorsalis Pedis Pulse: | ☑ Palpable | ☐ Non-Palpable | | ☑ Palpable | ☐ Non-Palpable |
| Posterior Tibialis Pulse | ☑ Palpable | ☐ non-Palpable | | ☑ Palpable | ☐ Non-Palpable |
| Hair Growth | ☐ Normal | ☐ Sparse | ☐ Absent | ☐ Normal | ☐ Sparse | ☐ Absent |
| Edema | ☐ None | ☐ Pitting | ☑ Non Pitting | ☐ None | ☐ Pitting | ☑ Non Pitting |
| CFT | ☐ < 3 | ☑ < 5 | ☐ < 7 | ☐ < 3 | ☑ < 5 | ☐ < 7 |
| **Dermatology Exam** | | | | | |
| Onychomycosis | ☑ Thick | ☑ Elongated | ☑ Discolored | ☐ Brittle | ☐ Lusterless |
| Temperature | ☐ W-W | ☑ W-C | ☐ C-C | ☐ W-W | ☑ W-C | ☐ C-C |
| Skin Texture | ☑ WNL | ☐ Shinny | ☐ Waxy | ☑ WNL | ☐ Shinny | ☐ Waxy |
| Tenia Pedis | ☐ IS 1,2,3,4 | ☐ Plantar | | ☐ IS 1,2,3,4 | ☐ Plantar |

Ingrown Toenails:
No Anesthesia    I & D
Local Anesthesia    P & A

Metatarsalgia:
Hallux Abducto Valgus: _(handwritten)_ ® Buniõ
Hammer Digit Syndrome: _(handwritten)_ ® 5th varus
Bursitis: _____  Location: _____
Infection: _____  Location: _____
Ulcer: _____  Location & Size: Decubitus ulcer, Grade ___ , of (Heel, Foot, Other) ICD9 707.07
                   ☐ 707.15  ☐ 707.14  ☐ 707.13  ☐ 707.12
X-Rays: _____



_(handwritten)_ 1° NIDDM c̄ peripheral neuropathy - can't current regimen
Rx: 2° Buniõs
5° Digiti quinti varus ⟩ require monitor
DIAGNOSIS AND TREATMENTS:

Phu Vo MD

| Medications |  |
|---|---|
| 06/27/2014 | Hydrocodone-acetaminophen 7.5- |
| 06/12/2014 | Citalopram 40 Mg Tablet |
| 05/29/2014 | Cetirizine 10 Mg Tablet |
| 05/29/2014 | Fluticasone 50 Mcg/actuation Nasal |
| 05/29/2014 | Lisinopril-Hydrochlorothiazide 20 |
| 05/29/2014 | Montelukast 10 Mg Tablet |
| 05/29/2014 | Truetest Test Strips |
| 05/29/2014 | Lancets |
| 03/18/2014 | Amlodipine 10 Mg Tablet |
| 01/14/2014 | Anastrozole 1 Mg |

| ULCER SCREENING | Left | Right |
|---|---|---|
| Normal | ☐ | ☑ |
| Stage 1 | ☐ | ☐ |
| Stage 2 | ☐ | ☐ |
| Stage 3 | ☐ | ☐ |
| Stage 4 | ☐ | ☐ |



_(handwritten)_ RTC x 1 months

---

Digitally Signed by Dr.Wallis, Brent on 07/18/2014
11:05 AM

---

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00044**

| P/Major Depression-unspec (recurrent) | no SI, no HI, continue SSRI | *Stable on Citalopram* |
|---|---|---|

*Keratitis Psoriasis – Lac Hydrators to arms*

☐ Preventive Care and guidelines for cancer and CV diseases are fully explained to patient
☐ Discharge instructions given   ☐ If not feeling better, patient should call us or go to ER   ☐ Drug side effects explained
☐ GARE ☐ Low Fat ☐ Low Cholesterol ☐ Low Salt  diet _____ g Na ☐ ADA ____ Calories   Cig Cessation adv. ____
☐ Exercise _____
☐ 1 Week   ☐ 2 Weeks   ☐ 3 Weeks   ☐ 4 Weeks  ☑ Other ___ *2m0* ___ Interpreter: _____

**Additional Notes As Needed:**

|  |
|---|
|  |
|  |
|  |

Physician Signature: _____
PCP: Brent Wallis, MD

*Shaes*

*11/20*
*GFR 91*
*A1c 6.1*
*LDL 77*
*Microalb (−)*

*Dr. Patel*
*Onc*  ⟶ *Notes*

**WI:** *"A patient is not an interruption of our work...He is the purpose of it.
We are not doing him a favor by serving him. He is doing us a favor by giving us the opportunity to do so."*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00063**

All Annotations:
Digitally Signed by Dr.Wallis, Brent on 07/20/2015 12:46 PM

**T U L A N E   U N I V E R S I T Y**
**H O S P I T A L   &   C L I N I C**
1415 Tulane Avenue
New Orleans, LA 70112

Name: **JOHNSON,DEBORAH DUNN**        D001097960
DOB: ▮▮▮▮▮▮                    Admit Date: **02/21/11**
LOCATION **D.RADTX**

Account #:**D00069329635**  Dict. Date: **02/21/11**

**Clinic Progress Notes**

---

DATE: 02/21/2011

WEEKLY TREATMENT MANAGEMENT NOTE

Patient continues with treatment to left chest wall. She does have some dry
desquamation and peeling. No moist desquamation can be appreciated. She is
having some pain and tenderness from this. She has been on ibuprofen but it is
not helping. Pain is 4 to 5 out of 10.

Lortab 5/500 #40 in (were dispensed) Instructions are 1 every 4 hours as
required for pain.

Review of chart, treatment setup, weekly port films and dosimetry has been
reviewed and approved by myself.

No change in her general medical condition.

Patient is currently at 5760 cGy with a goal of 6300 cGy. Plan is to continue
with ongoing radiation.


DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37BSA / REV NO:  / 66188 / WT: D.CANCCE-CPRG
DD: 02/21/2011 09:39:24  DT: 02/21/2011 10:50:18 DS: 02/21/2011
HIS#: 40528460


Electronically Signed by Stephen T Kraus, MD on 02/22/11 at 1447
                        (Signature on File)
                        Stephen T Kraus, MD


02/21/11 0939
02/21/11 1050    HLT

1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00031

**T U L A N E   U N I V E R S I T Y**
**H O S P I T A L   &   C L I N I C**
1415 Tulane Avenue
New Orleans, LA 70112

Name: __JOHNSON,DEBORAH DUNN__       D001097960
DOB: ▬▬▬▬                 Admit Date: **02/14/11**
LOCATION **D.RADTX**

Account #:**D00069329635**   Dict. Date: **02/14/11**

**Clinic Progress Notes**

---

DATE: 02/14/2011

WEEKLY TREATMENT MANAGEMENT NOTE

Patient continues with radiation to left chest wall.

She is tolerating the treatment quite well. She does have some dry desquamation
of her skin. Her current dose is at 4860 cGy with a goal of 6300 cGy to area of
interest.

There has been no change in her general medical condition.

Weekly evaluation of port films, treatment setup, dosimetry, and chart has been
reviewed and approved by myself. No prescriptions were given to the patient.
Recommendation is for continued ongoing radiation.

Vital signs are as follows: Blood pressure 128/75, pulse 91, respirations 20,
weight 199.2. ECOG status 0 to 1. Pain 0/10. Nutritional status is good.

Chest is clear to percussion and auscultation. Patient does have sinus
tachycardia at present.

DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37BM0 / REV NO:  / 64749 / WT: D.CANCCE-CPRG
DD: 02/14/2011 10:57:04  DT: 02/14/2011 19:14:57 DS: 02/14/2011
HIS#: 40454840

Electronically Signed by Stephen T Kraus, MD on 02/15/11 at 1113
                              (Signature on File)
                              Stephen T Kraus, MD

02/14/11 1057
02/14/11 1914     HLT

Run: 08/09/12-13:12 by KRAUS,STEPHEN TERRY

Additional copy                                    Page 1 of 1

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00032**

T U L A N E   U N I V E R S I T Y
H O S P I T A L   &   C L I N I C
1415 Tulane Avenue
New Orleans, LA 70112

Name: **JOHNSON,DEBORAH DUNN**          D001097960
DOB: ▆▆▆▆▆▆▆▆          Admit Date: **02/10/11**
LOCATION **D.RADTX**

Account #:**D00069329635**   Dict. Date: **02/09/11**

**Clinic Progress Notes**

---

DATE: 02/09/2011
WEEKLY TREATMENT NOTE:
CHIEF COMPLAINT: Patient continues with treatment to chest wall and drainage
sites. Draining sites completed treatment. She is currently at 4320 cGy to
chest wall at 180 cGy per day with a goal of 6300 cGy.

ECOG status 0. Pain 0/10. Nutritional status is good.

PHYSICAL EXAMINATION: Vital signs; weight 199.8, blood pressure 121/82, pulse
76, respirations 20.

I have reviewed dosimetry treatment setup, chart and port films. These have
been reviewed and approved by myself.

No prescriptions were given to the patient.

Other than some slight darkening of the skin over the left chest wall area,
there is no evidence recurrence or progressive disease. No moist or dry
desquamation.

No significant change in the patient's medical condition.


RECOMMENDATION: Ongoing radiation.



DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37GSD / REV NO:  / 63853 / WT: D.CANCCE-CPRG
DD: 02/09/2011 11:36:21  DT: 02/09/2011 11:58:47 DS: 02/09/2011
HIS#: 40406125



Electronically Signed by Stephen T Kraus, MD on 02/10/11 at 1352
                              (Signature on File)
                              Stephen T Kraus, MD



02/09/11 1136
02/09/11 1158     HLT










Run: 08/03/12-04:37 by KRAUS,STEPHEN TERRY

Additional copy                                    Page 1 of 1

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00033**

**T U L A N E   U N I V E R S I T Y**
**H O S P I T A L   &   C L I N I C**
1415 Tulane Avenue
New Orleans, LA 70112

Name: **JOHNSON,DEBORAH DUNN**          D001097960
DOB: ███████          Admit Date: **01/31/11**
LOCATION **D.RADTX**

Account #:**D00068930472**   Dict. Date: **01/31/11**

**Clinic Progress Notes**

---

DATE: 1/31/11

WEEKLY TREATMENT MANAGEMENT NOTE

Patient continues with carcinoma of the breast radiation. She is currently at 3060 cGy. Our goal is 6300 cGy. ECOG status is 0. Pain 0/10. Nutritional status is good.

Vital signs, blood pressure 131/72, pulse 95, respirations 18, weight 198.6. ECOG status 0. Pain 0/10. Nutritional status is good.

Weekly port films, dosimetry, chart and treatment setup has been reviewed and approved by myself.

Some dry desquamation of skin insight slight edema of breast is noted. She is not having any pain however, at present. Her general medical condition continues to be stable. No prescriptions were given to this patient. Recommendations continued ongoing treatment.


G8rwave

DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37SKD / REV NO:  / 61916 / WT: D.CANCCE-CPRG
DD: 01/31/2011 16:39:18  DT: 02/01/2011 01:51:55 DS: 01/31/2011
HIS#: 40315014


Electronically Signed by Stephen T Kraus, MD on 02/02/11 at 1053
                              (Signature on File)
                              Stephen T Kraus, MD


01/31/11 1639
02/01/11 0151     HLT


Run: 07/26/12-06:08 by KRAUS,STEPHEN TERRY

Additional copy                                    Page 1 of 1

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00034**

**T U L A N E   U N I V E R S I T Y**
**H O S P I T A L   &   C L I N I C**
1415 Tulane Avenue
New Orleans, LA 70112

Name: **JOHNSON,DEBORAH DUNN**          **D001097960**
DOB: ████████          Admit Date: **01/25/11**
LOCATION **D.RADTX**

Account #:**D00068930472**  Dict. Date: **01/25/11**

**Clinic Progress Notes**

---

DATE: 01/25/2011

WEEKLY TREATMENT MANAGEMENT NOTE

DIAGNOSIS: Patient has stage IIB upper outer quadrant of breast carcinoma.

DOSE: She is currently at 25 120 cGy with a goal of 6300 cGy.

PHYSICAL EXAMINATION: On exam, some dry desquamation of chest wall is noted.
However, no evidence of recurrence of progressive disease. No moist
desquamation of skin is noted.

ECOG status 0. Pain 0/10. Nutritional status is good.

Vital Signs; blood pressure 137/77, pulse 77, respirations 20, and weight
197.8.

Patient has had good response to treatment. She has had no changes in her
general medical condition.

Review of port films, dosimetry, chart and treatment setup has been reviewed
and approved by myself. No prescriptions were given to the patient.

RECOMMENDATIONS: Continue with ongoing treatment.


DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37US2 / REV NO:  / 60336 / WT: D.CANCCE-CPRG
DD: 01/25/2011 10:15:52  DT: 01/25/2011 21:21:53 DS: 01/25/2011
HIS#: 40245432


Electronically Signed by Stephen T Kraus, MD on 01/26/11 at 1539
                              (Signature on File)
                              Stephen T Kraus, MD


01/25/11 1015
01/25/11 2121     HLT


Run: 07/19/12-02:46 by KRAUS,STEPHEN TERRY

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00035**

**Name:** Deborah Johnson                MR: 0322399              Page 2

**Family History:**

Medical problems of mother, age they died and of what:

Medical problems of father, age they died and of what : _Cancer, diabetes_

Medical problems of your brother(s): _____

Medical problems of your sister(s): _____

**Medications** (List drug, amount and times a day) – Please bring all your pills every visit

Calcium ① 600 mg. bid
Gabapentin 600 mg. tid
Hydrocodone/Acetaminophen 7.5-325 T (out pain med)
ANASTROZOLE 1mg T
ESCTALOPRAM 10 mg T x 2 yrs
Amlodiphine 5 mg daily
LISINOPRIL/HCTZ 20 /12.5 mg
(need something for Arthritis)

**Social History**

Do you smoke? NO   How much? N/A   Do you drink alcohol? yes NO   How much? once every 3 mos

Do you use any drugs? NO   Do you exercise? Yes   How many times a week? 3

**Activities of Daily Living**

Do you live alone? Yes

Are you able to get around by yourself? Yes

Do you need help with daily activities? NO

Have you had any falls? NO

Do you use:   A cane?   A walker?   A wheelchair?   A hearing aid?   A catheter for urine?

Do you use any community services? NO

What are your hobbies? Watch TV listen to music

Please list any information you would like your doctor to know to take better care of you:

*I have reviewed this with the patient and added additional information where necessary:*

| Michael Wynne, M.D.: | John B. Wallis, M.D.: | Wallace Jeanfreau, M.D.: | Eirinn Erny, M.D.: |
|---|---|---|---|

Page 2

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00011**

**Patient's Personal History & Health Assessment**

Date: 3-7-2013        MR: 0322399        Page 1

Social Security #: ▓▓▓▓▓        DOB: ▓▓▓▓▓

Name: **Deborah Johnson**

SEX   M   F

Street Address: ▓▓▓▓▓

City ▓▓▓▓▓   State ▓▓▓▓▓   Zip ▓▓▓▓▓   Phone #: (504) 914-3508

Employer:

Employer phone#:

Nearest Relative/Kin: _Rafe Johnson_   Relationship: _Son_

Address: (504)   City: _Atlanta_   State _GA_   Zip:

Phone: _404-2324_   Work:

Ethnicity:   African American   Hispanic   Caucasian   Asian   Other

**Please list all of your Medical Problems**

_Left side bad_
_Numbness in hands and feet_
_cramps in my hands and legs_
_chest pain_

**Please list prior hospitalizations, operations**

_Left Masectomy & Lymp nodes Removed_

**Please list doctors you have seen in last 2 years**

_Evita_
_Dr. Currie - Primary Care   Prostanita St_
_Dr. Fonche: LSU - Cancer_
_Dr. Karus - Tulane - Radiation_

**Allergies** _None_

**Immunizations**
Pneumococcal:        Tetanus:        Influenza: ✓

*I have reviewed this with the patient and added additional information where necessary:*

| Michon Wychel, M.D.: | John B. Wallis, M.D.: | Wallace Jeanfreau, M.D.: | Eirinn Erny, M.D.: |
|---|---|---|---|

Page 1

**Name:** Deborah Johnson  
**Age:** 55  
**DOB:** [redacted]  
**PCP:** Wyche, Michon  
**MR:** 0322399  
**INS:** Humana MCR  
**TEL:** (504) 914-3508  
**Address:** [redacted]  
**Trans NO**  
**ALLERGIES**  
**Appt MD** Wyche  
**Date of Service** 03/08/2013 11:10 AM  
**Appointment:** 10:30 AM

| Taken by: JS | Glucose: | TEMP: 97.5 F | BP: 124/78 | P: 63 | R: 18 | Wt (lbs) 242 | Height: 65 in | BMI 40.2 |
|---|---|---|---|---|---|---|---|---|

**Chief Complaint/Additional Information** 55 yr old female hx of HTN breast CA 5/P left mastectomy + lymph node's removal, also allergy care, pt + H20's left sided pain. Achy pain, with numbness hands & feet after chem. Also has major depression. Lost 2 sister + dad to cancer. PST on #4.

**ROS**

General: Neg     MSK: as above  
HEENT: Normal     NEURO: As above - take gabapentin  
CV: Neg     PSYCH: depressed PST on #II  
PULM: snoring     GI: Neg  
GU: Neg Menopausal     DERM: Neg

| PE | Normal | Abnormal | Screening | |
|---|---|---|---|---|
| General: | ✓ | | Mammogram: | Due April 2013 |
| HEENT: | | Cold teeth upper/lower + dental tonsils surgically absent | PAP Smear: | Due |
| Neck: | ✓ | | Colonoscopy: | Never Done |
| Heart: | ✓ | L of + Chest wall mastectomy | DEXA: | 2012 normal |
| Lungs: | ✓ | surgical scar, skin hyperpig mastectomy | Ophthalmology: | Reading glasses |
| Abdomen: | | Obese | Dentist: | N/O |
| GU: | | | | |
| Extremities: | | ⊘ CCE | | |
| Neuro: | | Grossly intact | | |

**Problem List**     **Evidence / Assessment/ Plan**

HTN — at goal. Cont lifestyle + medication. Discussed Silver Sneakers

Major Depression — Chronic, adjustment issues. No SI. Cont Escitalopram. May be interested in Psychiatry for Counseling. Also discussed Acupuncture for future consideration.

Personal hx of Breast CA — Followed by LSU ONC/Onc and Tulane Radiation. Next mamm due 4/2013

Chronic Pain — Post-surgical Pain (left shoulder) and pt + chest wall. Has previously used Vicodin in past, prescribed MD did not refill. No refill today. Discussed Tylenol + deemed appropriate intervention. Left hip. Also discussed non-pharmacological Pain management. Does not exhibit drug seeking behavior.

Michon Wyche, M.D.:     John B. Walls III [signature]     M.D.:

Print Date: 2013-3-8     MC OFFICE

```
NAME: JOHNSON, DEBORAH D        MRN: 57-25-19-82
DATE OF VISIT: 03/24/2011       ACCOUNT#: 10131166
DATE OF BIRTH: ███████         SEX: F
```

Hyperbarics

PROGRESS NOTE

ATTENDING PHYSICIAN:
Paul G. Harch, MD

HISTORY OF PRESENT ILLNESS:
This is a 53-year-old female who is referred here from the emergency room
for a rash to her feet.  She denies having any wounds.  She has been
recently using Lotrimin cream over-the-counter for this.

SURGERIES:
Mastectomy, left breast, for breast cancer in June 2010.

HOSPITALIZATIONS:
Chest pain, 2011, etiology, radiation therapy.

INJURIES:
None.

CURRENT MEDICAL TREATMENT:
Breast cancer.

ALLERGIES:
None.

**1426- JOHNSON, DEBORAH- INFUSION PHARMACY University Medical Center New Orleans  00202**

| Patient Name: | Deborah D Johnson | MRN: | 57251982 (MCLNO) |
| Age: | 60 Years | Gender: | Female |

Since Pelican go live, portions of CLIQ have not been updated. More current information may be available in Pelican.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 96.5, pulse 80, blood pressure 124/86, respirations 12.
SKIN:  There are no wounds present in the feet.  There is a mild rash present on both of her feet, mostly on the plantar aspect and some in between her toes.  There are no vesicles.  There is no cracking of the skin or open area.

IMPRESSION:
TINEA PEDIS.

TREATMENT PLAN:
We will apply antifungal lotion.  She is instructed to continue her Lotrimin cream.  She will follow up with her primary care doctor.  Dr. Harch examined this patient and agrees with the treatment plan.


Tony Alleman, MD 03/31/2011 07:05 A
Dictated by:  Tony Alleman, MD


Paul Harch, MD 03/28/2011 08:58 A




edx/
D: 03/24/2011 09:58 A T: 03/24/2011 11:36 P
Edix Doc #:201103240990655500   JN#: 665128

West Bank, 501 Lapalco Blvd .Gretna LA 700567304

**Deborah Johnson**                                Note Type: PCP                    Encounter Date: 05/03/2017

| | |
|---|---|
| ID: 0322399 | DOB: ███████ |
| Age: 60 | PCP: Karen Causey |
| Ins: Humana Gold Plus - Diabetes H1951- 036 HMO SNP | DOS: 05/03/2017 |
| SNP: Yes | Gender: F |

## Vitals

| | | |
|---|---|---|
| GLU: | Temp: 98.4 | BP: 122/80 (machine) |
| P: 76 | R: 12 | Wt: 243 |
| Wt Ch: -3 lbs | Ht: | BMI: |
| A1C: 6.2 | A1C Date: 07/01/2016 | PulseOx: 96% (RA) |

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 59 yo woman here for walk in appmt to remove stitches from fingers.

Pt states dropped clean glass which broke on the floor. Pt picked up broken glass and cut fingers - left 2nd and 3rd finger. Pt went to OWB to get stitched up. 4 stitches in each finger. Pt took Advil for pain. No drainage. No problems. Pt keeping wound clean and dry. Applying Neoporin. Very little pain.

**Acute Problems:** Patient presents Pain in left fingers

## Review Of Systems

Denies: Weigh Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Joint Pain, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives

## Quality

## Medications

Medication list was reviewed by physician.

All medications listed below including OTC, supplements, and herbal medications were reviewed with patient.

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | amlodipine 10 mg Tablet | Patient Did Not Bring | 6/30/2016-9/28/2016 | 1 tab orally once daily |

Johnson, Deborah

MR# 0322399

Print Date: 5/3/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00117**

West Bank, 501 Lapalco Blvd ,Gretna LA 700567304

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | cetirizine 10 mg Tablet | Patient Did Not Bring | 6/30/2016-9/28/2016 | 1 tab orally daily as needed |
| Existing | clotrimazole 1 % Topical Cream | Patient Did Not Bring | 12/30/2016-2/28/2017 | apply once or Twice a day |
| Existing | fluticasone 50 mcg/actuation Nasal Spray, Susp | Patient Did Not Bring | 3/21/2017-4/20/2017 | 2 sprays each nostril daily |
| Existing | gabapentin 600 mg | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally three times daily |
| Existing | glucosamine-chondroitin 500 mg-400 mg capsule | Patient Did Not Bring | 12/30/2016-1/29/2017 | use as directed |
| Existing | Lac-Hydrin 12 % Lotion | Patient Did Not Bring | 3/3/2016-4/2/2016 | use as directed |
| Existing | lancets | Patient Did Not Bring | 12/30/2016-1/29/2017 | use as directed |
| Existing | lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet | Patient Did Not Bring | 12/30/2016-3/28/2017 | 2 tab orally once daily |
| Existing | meloxicam 15 mg tablet | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally daily as needed |
| Existing | montelukast 10 mg tablet | Patient Did Not Bring | 12/30/2016-12/25/2017 | Take one tablet daily |
| Existing | Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet | Patient Did Not Bring | 12/30/2016-4/9/2017 | 1 tablet Daily |
| Existing | sertraline 50 mg tablet | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally once daily |

## Allergies

No Known Drug Allergies

## Physical Exam

**Constitutional:**
Well nourished, Well developed
**Respiratory:**
No fine crackles, No wheezing, Normal respiratory effort, No coarse crackles
**Cardiovascular:**
Regular rate and rhythm
**Gastrointestinal:**
No tenderness, Normal bowel sounds
**Skin:**
Skin lesions noted see comments, No rashes
: 4 stitches in the left 2nd finger and 4 stitches in the left 3rd finger, no signs of infection, no erythema, no edema, no discharge
**Mental Status:**
Oriented times 3, Alert

## Assessment and Plan

### Pain in left fingers
Acute Problem Cut left 2nd and 3rd fingers requiring stitches. See HPI. Removed 4 stitches from each finger. Cleaned wound and placed antibiotic ointment on top. Instructed to keep fingers clean and dry for at least 1 more day. Monitor. I assessed this

Johnson, Deborah          MR# 0322399          Print Date: 5/3/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00118**

problem today 5/3/17.

## Additional Notes

Pt to return for FU appmt 5/16/17

**Place of Service:** Office Visit
**Office Procedures:** Office procedures were performed in this visit
**Level of Service:** E&M 99213
**Problems not asssed for reason: deferred**

**CPTCodes:** 99213,3074F,3079F (Preliminary codes; see claim for final codes)

*Digitally signed by Karen Causey, MD on 05/03/2017  10:18 PM*
*Facility: West Bank*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00119**

**JenCare Neighborhood Medical Centers**
*Date: 2014-10-09*          CONSULT NOTE – Podiatry

NAME: Deborah Johnson
SSN: ▮
Tel: 5049143508
Address: ▮

ID: 0322399
DOB: ▮          AGE: 57
INS: Humana Gold Plus
Appointment
2014-10-09
PCP: Dr. Brent Wallis

CC: 57 y/o ♀ f/u for palliative dm foot exam/care. ∅ new complaints.

Surgical Nail Debridement:
Fungal Nail Infection:
Routine Foot Care (debridement nails & hyperkeratosis Lesions):

using Lotrimin
– con't
Rx LH 12%

Routine Foot Care Secondary to:

Diabetes: ☐ IDDM  ☒ NIDDM
Neuropathy: ⊖ no  ☐ + = sensation with ___ 50%
Amputation: ☐ AKA  ☐ BKA  ☐ Foot  ☐ Toes

| VPT Exam: | RT= ___ | LT= ___ | | X=Hyperkeratoti | Lesion/Wart/Poro |
|---|---|---|---|---|---|
| Vascular Exam: | | Right | | | Left |
| Dorsalis Pedis Pulse: | ☒ Palpable | ☐ Non-Palpable | | ☒ Palpable | ☐ Non-Palpable |
| Posterior Tibialis Pulse | ☒ Palpable | ☐ non-Palpable | | ☐ Palpable | ☐ Non-Palpable |
| Hair Growth | ☐ Normal | ☐ Sparse | ☐ Absent | ☐ Normal | ☐ Absent |
| Edema | ☐ None | ☐ Pitting | ☒ Non Pitting | ☐ None | ☐ Non Pitting |
| CFT | ☐ < 3 | ☒ < 5 | ☐ < 7 | ☐ < 3 | ☐ < 7 |
| Dermatology Exam | | | | | |
| Onychomycosis | ☒ Thick | ☒ Elongated | ☒ Discolored | ☐ Brittle | ☐ Lusterless |
| Temperature | ☐ W-W | ☐ W-C | ☐ C-C | ☐ W-W | ☐ C-C |
| Skin Texture | ☒ WNL | ☐ Shinny | ☐ Waxy | ☒ WNL | ☐ Waxy |
| Tenia Pedis | ☐ IS 1,2,3,4 | ☐ Plantar | | ☐ IS 1,2,3,4 | ☐ Plantar |

Scaly soles – improved mildly

Ingrown Toenails:
No Anesthesia      I & D
Local Anesthesia   P & A

Metatarsalgia:
Hallux Abducto Valgus:
Hammer Digit Syndrome:        spms
Bursitis: ___  Location: ___
Infection: ___  Location: ___
Ulcer: ___  Location & Size: Decubitus ulcer, Grade ___ , of (Heel, Foot, Other) ICD9 707.07
                                   ☐ 707.15 ☐ 707.14 ☐ 707.13 ☐ 707.12
X-Rays: ___

| | 09/25/2014 | Hydrocodone-acetaminophen 7.5- |
| | | Truetest Test Strips |
| | 09/25/2014 | Amlodipine 10 Mg Tablet |
| | | Anastrozole 1 Mg |
| | 09/25/2014 | Cetirizine 10 Mg Tablet |
| | | Citalopram 40 Mg Tablet |
| | 09/25/2014 | Gabapentin 600 mg |
| | | Lancets |
| | 09/25/2014 | Lisinopril-hydrochlorothiazide 20 |
| | 09/25/2014 | Montelukast 10 Mg Tablet |

1° NIDDM c̄ per. neuropathy monitor
Rx: 2° Xerosis - Rx LH 12% BID, spare SDS
3° Bunion/4° PQ v - monitor
DIAGNOSIS AND TREATMENTS:
                    Phu Vo , DPM.

| ULCER SCREENING | Left | Right |
|---|---|---|
| Normal | ☐ | ☐ |
| Stage 1 | ☐ | ☐ |
| Stage 2 | ☐ | ☐ |
| Stage 3 | ☐ | ☐ |
| Stage 4 | ☐ | ☐ |

RTCX 3 mos

Digitally Signed by Dr.Wallis, Brent on 10/12/2014
09:05 PM

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00050**

West Bank, 501 Lapalco Blvd .Gretna LA 700567304

*Page 1 of 4*

**Deborah Johnson**                          Note Type: PCP                    Encounter Date: 09/21/2017

ID: 0322399                                       DOB: ████████
Age: 60                                             PCP: Karen Causey
Ins: Humana Gold Plus - Diabetes H1951-   DOS: 09/21/2017
036 HMO SNP
SNP: No                                            Gender: F

## Vitals

GLU:                          Temp: 97.4              BP: 158/90 (machine)
P: 78                          R: 18                     Wt: 234.4
Wt Ch: 4.79998779296875   Ht: 67 in               BMI: 36.789
lbs
A1C: 6.1                       A1C Date: 05/27/2017    PulseOx: 98% (RA)

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 60  yo woman here for follow up.

c/o left arm pain - pt had LN removal from this arm with left mastectomy.

Appetite good. Reg BM. Urinating fine. Sleeping fine. Energy level good.

## Pain Assessment

Pain level = 9 The patient has excruciating pain. They cannot hold a conversation. Uncontrollable moaning or crying out.
**Q&A** Are you rating your pain right now or rating the most severe pain since your last visit? Right now | Where is the pain? left
arm | Does it travel? no | What does it feel like? throbbing | What brings it on? movement | What relieves your pain? resting |
Does pain trigger other symptoms? NO | Are you satisfied with your current level of pain control? NO

## Review Of Systems

Reports: Joint Pain | Denies: Weight Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel
Habits, Dysuria, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives | Musculoskeletal: c/o left arm pain

## Quality

## Orders

The following lab/procedure orders were placed for the patient:

Johnson, Deborah                           MR# 0322399                        *Print Date: 9/21/2017*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00178**

West Bank, 501 Lapalco Blvd . Gretna LA 700567304

*Page 3 of 4*

**Respiratory:**
Normal respiratory effort, No coarse crackles, No fine crackles, No wheezing
**Cardiovascular:**
Regular rate and rhythm
**Gastrointestinal:**
Normal bowel sounds, No tenderness
**Skin:**
No rashes
**Mental Status:**
Oriented times 3, Alert

## Assessment and Plan

### Drug-induced polyneuropathy
c/o left arm pain. Could be neuropathy. h/o left mastectomy. Pt takes Gabapentin. Will give Toradol 60 mg IM for pain. Will get CXR and Left shoulder Xray to evaluation further. OTC pain meds. Cont meds and monitor.

### Cardiomyopathy in diseases classified elsewhere
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

#### ---Hypertensive cardiomyopathy
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

### Major depressive disorder, recurrent episode
Stable on Sertraline. Cont med and monitor.

### History of breast cancer
Stable. s/p 5 yrs Anastrozole - stopped June 2015. PAP and mammogram to be done in OCT. Pt c/o left arm pain. Had left mastectomy and left LN removal. Toradol 60 mg IM given in clinic. Will get CXR and Left shoulder XR to evaluate further. Monitor.

### Senile cataract
Ctaract. Follow up per Optometry. Has appmt in Oct.

## Additional Notes

Optometry in Oct.

Mammogram and Pap in Oct.

Flu vaccine next time.

Johnson, Deborah

MR# 0322399

*Print Date: 9/21/2017*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00179**

West Bank, 501 Lapaico Blvd .Gretna LA 700567304

Page 1 of 4

**Deborah Johnson** | Note Type: PCP | Encounter Date: 09/21/2017

ID: 0322399

DOB: ███████

Age: 60

PCP: Karen Causey

Ins: Humana Gold Plus - Diabetes H1951- 036 HMO SNP

DOS: 09/21/2017

SNP: No

Gender: F

## Vitals

| GLU: | Temp: 97.4 | BP: 158/90 (machine) |
|---|---|---|
| P: 78 | R: 18 | Wt: 234.4 |
| Wt Ch: 4.79998779296875 lbs | Ht: 67 in | BMI: 36.789 |
| A1C: 6.1 | A1C Date: 05/27/2017 | PulseOx: 98% (RA) |

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 60  yo woman here for follow up.

c/o left arm pain - pt had LN removal from this arm with left mastectomy.

Appetite good. Reg BM. Urinating fine. Sleeping fine. Energy level good.

## Pain Assessment

Pain level = 9 The patient has excruciating pain. They cannot hold a conversation. Uncontrollable moaning or crying out. **Q&A** Are you rating your pain right now or rating the most severe pain since your last visit? Right now | Where is the pain? left arm | Does it travel? no | What does it feel like? throbbing | What brings it on? movement | What relieves your pain? resting | Does pain trigger other symptoms? NO | Are you satisfied with your current level of pain control? NO

## Review Of Systems

Reports: Joint Pain | Denies: Weight Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives | Musculoskeletal: c/o left arm pain

## Quality

## Orders

The following lab/procedure orders were placed for the patient:

Johnson, Deborah

MR# 0322399

Print Date: 9/21/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00180**

West Bank, 501 Lapalco Blvd .Gretna LA 700567394

**Respiratory:**
Normal respiratory effort, No coarse crackles, No fine crackles, No wheezing
**Cardiovascular:**
Regular rate and rhythm
**Gastrointestinal:**
Normal bowel sounds, No tenderness
**Skin:**
No rashes
**Mental Status:**
Oriented times 3, Alert

## Assessment and Plan

### Drug-induced polyneuropathy
c/o left arm pain. Could be neuropathy. h/o left mastectomy. Pt takes Gabapentin. Will give Toradol 60 mg IM for pain. Will get CXR and Left shoulder Xray to evaluation further. OTC pain meds. Cont meds and monitor.

### Cardiomyopathy in diseases classified elsewhere
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

### ---Hypertensive cardiomyopathy
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

### Major depressive disorder, recurrent episode
Stable on Sertraline. Cont med and monitor.

### History of breast cancer
Stable. s/p 5 yrs Anastrozole - stopped June 2015. PAP and mammogram to be done in OCT. Pt c/o left arm pain. Had left mastectomy and left LN removal. Toradol 60 mg IM given in clinic. Will get CXR and Left shoulder XR to evaluate further. Monitor.

### Senile cataract
Ctaract. Follow up per Optometry. Has appmt in Oct.

## Additional Notes

Optometry in Oct.

Mammogram and Pap in Oct.

Flu vaccine next time.

Johnson, Deborah                    MR# 0322399                    Print Date: 9/21/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00181**

West Bank, 501 Lapalco Blvd .Gretna LA 700567304

**Deborah Johnson**                    Note Type: PCP                    Encounter Date: 09/21/2017

ID: 0322399                            DOB: ███████
Age: 60                               PCP: Karen Causey
Ins: Humana Gold Plus - Diabetes H1951-  DOS: 09/21/2017
036 HMO SNP
SNP: No
                                      Gender: F

**Vitals**

| | | |
|---|---|---|
| GLU: | Temp: 97.4 | BP: 158/90 (machine) |
| P: 78 | R: 18 | Wt: 234.4 |
| Wt Ch: 4.79998779296875 lbs | Ht: 67 in | BMI: 36.789 |
| A1C: 6.1 | A1C Date: 05/27/2017 | PulseOx: 98% (RA) |

**Subjective**

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 60  yo woman here for follow up.

c/o left arm pain - pt had LN removal from this arm with left mastectomy.

Appetite good. Reg BM. Urinating fine. Sleeping fine. Energy level good.

**Pain Assessment**

Pain level = 9 The patient has excruciating pain. They cannot hold a conversation. Uncontrollable moaning or crying out.
**Q&A** Are you rating your pain right now or rating the most severe pain since your last visit? Right now | Where is the pain? left arm | Does it travel? no | What does it feel like? throbbing | What brings it on? movement | What relieves your pain? resting | Does pain trigger other symptoms? NO | Are you satisfied with your current level of pain control? NO

**Review Of Systems**

Reports: Joint Pain | Denies: Weight Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives | Musculoskeletal: c/o left arm pain

**Quality**

**Orders**

The following lab/procedure orders were placed for the patient:

Johnson, Deborah                        MR# 0322399                    *Print Date: 9/21/2017*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00182**

*West Bank, 501 Lapalco Blvd .Gretna LA 700567304*

**Respiratory:**
Normal respiratory effort, No coarse crackles, No fine crackles, No wheezing
**Cardiovascular:**
Regular rate and rhythm
**Gastrointestinal:**
Normal bowel sounds, No tenderness
**Skin:**
No rashes
**Mental Status:**
Oriented times 3, Alert

## Assessment and Plan

### Drug-induced polyneuropathy
c/o left arm pain. Could be neuropathy. h/o left mastectomy. Pt takes Gabapentin. Will give Toradol 60 mg IM for pain. Will get CXR and Left shoulder Xray to evaluation further. OTC pain meds. Cont meds and monitor.

### Cardiomyopathy in diseases classified elsewhere
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

### ---Hypertensive cardiomyopathy
Stable. BP mildly elevated. Questionable compliance with meds and diet. On Lisinopril/HCTZ and Amlodipine. Encouraged salt restriction and med compliance. Monitor.

### Major depressive disorder, recurrent episode
Stable on Sertraline. Cont med and monitor.

### History of breast cancer
Stable. s/p 5 yrs Anastrozole - stopped June 2015. PAP and mammogram to be done in OCT. Pt c/o left arm pain. Had left mastectomy and left LN removal. Toradol 60 mg IM given in clinic. Will get CXR and Left shoulder XR to evaluate further. Monitor.

### Senile cataract
Ctaract. Follow up per Optometry. Has appmt in Oct.

## Additional Notes

Optometry in Oct.

Mammogram and Pap in Oct.

Flu vaccine next time.

*Johnson, Deborah*

*MR# 0322399*

*Print Date: 9/21/2017*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00183**



**JOHNSON, DEBORAH ANN DUNN**

60 Y old Female, DOB: ████ External
MRN: D001097960
Account Number: D001097960
3601 TEXAS DRIVE, APT 726B, NEW ORLEANS, LA-70114
Home: 504-914-3508
Guarantor: JOHNSON, DEBORAH ANN DUNN
Insurance: D HUMMCRH HUMANA MCARE HMO GOLD
PCP: DOES NOT KNOW DNK  Referring: Jane SHU FUN Wey, MD
Appointment Facility: Tulane Cancer Center

05/02/2017                Progress Note: Gabriella Pridjian, MD  CHN#: PRIGA

## Reason for Appointment
1. PERSONAL AND FAMILY HISTORY OF BREAST CANCER NP/GP

## History of Present Illness
History of Present Illness:
    Ms. Johnson is here for genetic counseling and possible testing for a personal history of breast cancer as well as a family history of breast cancer. Her blood pressure was noted to be elevated at this visit. She has essential hypertension and reports that she did not take her medication today. She takes lisinopryl and norvasc. She has no complaints today and feels well.

## Current Medications
**Taking**
- Lisinopril-Hydrochlorothiazide 20-12.5 MG Tablet 1 tablet Orally Once a day for 30 days
- Neurontin 600 MG Tablet 1 tablet Orally Three times a day
- Norvasc 5 MG Tablet 1 tablet Orally Once a day for 90 days
- Meloxicam 15 MG Tablet 1 tablet Orally Once a day, stop date 06/07/2017
- Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension
Thrombus and external jugular on the right side status post port
Breast Cancer
L Lung Collapse 70's

## Surgical History
Tubal ligation 1981
chest tube undergone 1976
Left modified radical mastectomy 11/2011 at LSUu 06/2012
port removal 07/2010

## Family History
Father: deceased, Colon Cancer
Sister(s): deceased, Breast Cancer
Maternal Grand Mother: deceased, Breast Cancer
Maternal Aunt: deceased, (2) Breast Cancer
2 brother(s) , 2 sister(s) . 1 son(s) , 1 daughter(s) - healthy.

## Social History

Alcohol Screening  Did you have a drink containing alcohol in the past year?: No, Points: 0.

Patient: JOHNSON, DEBORAH ANN DUNN   DOB: ████ Progress Note: Gabriella Pridjian, MD  05/02/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00007

Tobacco Use Screening  Are you a:: former smoker , How long has it been since you last smoked?: 1-5 years.
Illicit drug use: Denies.
Last Updated
   *05/02/2017*
Smoking
  Status:  *former tobacco user*
Social History Update
  Date:  *05/02/2017*
Occupation / Employed / Work history: unemployed.
Living with: niece.
Travel: Own.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
above procedures

### Review of Systems
Complete ROS performed and is negative except as detailed in HPI.

### Vital Signs
Ht-cm 165.1, Ht-in 5 ft 5 in, Wt-kg 110.31, Wt-lbs 243.2, BMI 40.47, Temp 98.2, HR 85, Respiratory Rate 18, BP 158/100, Repeat BP 171/102, BSA 2.25
Patient reports not taking BP medication today.

### Clinic Staff Note
Genetics Counselors/Nutritionists:
   Family History **Family History of: breast cancer in sister, 2 maternal aunts and both grandmothers, uterine cancer in sister, multiple other unknown cancers in family. The pedigree is scanned in documents.**.

   Postnatal history  Deborah Johnson was referred by Dr. Wiener due to her personal history of breast cancer at age 53 and family history of breast, colon and other cancers. She is post complete bilateral mastectomy. Mutations in the BRCA1 and BRCA2 genes, two of the greatest contributors to hereditary breast cancer, result in highly increased risks for breast cancer (up to 85% lifetime risk in women), ovarian cancer (up to 45% lifetime risk in women), and a number of other cancers such as pancreatic, prostate and melanoma. Other family members who are found to carry mutations conferring a higher cancer risk can make preventive medical decisions through the implementation of increased surveillance and/or prophylactic surgery. We also discussed the possibility that variants of uncertain significance may be discovered. Deborah had her blood drawn for the CancerNext expanded panel which includes 67 genes related to hereditary cancer predisposition; we will contact her when results are available. , Dvorak,Chris 05/02/2017 05:22:38 PM CDT > .
Clinic Staff Note:
   Clinic Staff Note
    Does the patient complain of pain now?  *No*
    Notification Date:  *05/02/2017*
    Are patient's immunizations up to date?  *Yes*
    Has patient received seasonal influenza vaccine for the current season?  *No*
    Is patient's pneumococcal vaccine current?  *No*
    Prescription Refills Needed:  *No*
    If patient has diabetes and current visit is for diabetes treatment: Has patient removed shoes?  *Not a Diabetes visit*
   Patient Education
    Updated by:  *Mykael Irvin RN on 5/2/2017 at 3:12 PM. Please refer to "Specialty Form" folder in patient documents to view content.*

Patient: JOHNSON, DEBORAH ANN DUNN   DOB:          Progress Note: Gabriella Pridjian, MD  05/02/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00008

Assessments
1. Family history of breast cancer - Z80.3 (Primary)
2. History of breast cancer - Z85.3
3. Encounter for genetic counseling - Z31.5

_____

COUNSLEING:
Discussed cancer risks - all her questions were answered.
Also recommended that she take her blood pressure medication immediately when she is home and rest.
She voiced understanding.

Treatment
**1. Family history of breast cancer**
   LAB: CHEM MISC (CMSO2)
      Notes :Please send blood to Ambry Genetics for BreastNEXT


Preventive Medicine
face to face visit: 60 min; 35 min of counseling.

Follow Up
3-4 weeks (Reason: results counseling)




*Gabriella Pridjian MD*




Electronically signed by Gabriella Pridjian , MD on 05/03/2017 at 08:05 PM CDT

Sign off status: Completed




- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tulane Cancer Center
150 South Liberty St.
New Orleans, LA 70112
Tel: 504-988-6300
Fax: 504-988-6348

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Patient: JOHNSON, DEBORAH ANN DUNN   DOB: ▮▮▮▮▮▮▮   Progress Note: Gabriella Pridjian,
                                     MD   05/02/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)




**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00009**

| **Deborah Johnson** | Note Type: PCP | Encounter Date: 05/03/2017 |
|---|---|---|

| ID: 0322399 | DOB: ███ |
|---|---|
| Age: 60 | PCP: Karen Causey |
| Ins: Humana Gold Plus - Diabetes H1951- 036 HMO SNP | DOS: 05/03/2017 |
| SNP: Yes | Gender: F |

## Vitals

| GLU: | Temp: 98.4 | BP: 122/80 (machine) |
|---|---|---|
| P: 76 | R: 12 | Wt: 243 |
| Wt Ch: -3 lbs | Ht: | BMI: |
| A1C: 6.2 | A1C Date: 07/01/2016 | PulseOx: 96% (RA) |

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 59 yo woman here for walk in appmt to remove stitches from fingers.

Pt states dropped clean glass which broke on the floor. Pt picked up broken glass and cut fingers - left 2nd and 3rd finger. Pt went to OWB to get stitched up. 4 stitches in each finger. Pt took Advil for pain. No drainage. No problems. Pt keeping wound clean and dry. Applying Neoporin. Very little pain.

**Acute Problems:** Patient presents Pain in left fingers

## Review Of Systems

Denies: Weigh Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Joint Pain, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives

## Quality

## Medications

Medication list was reviewed by physician.

All medications listed below including OTC, supplements, and herbal medications were reviewed with patient.

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | amlodipine 10 mg Tablet | Patient Did Not Bring | 6/30/2016-9/28/2016 | 1 tab orally once daily |

West Bank, 501 Lapalco Blvd ,Gretna LA 700567364

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | cetirizine 10 mg Tablet | Patient Did Not Bring | 6/30/2016-9/28/2016 | 1 tab orally daily as needed |
| Existing | clotrimazole 1 % Topical Cream | Patient Did Not Bring | 12/30/2016-2/28/2017 | apply once or Twice a day |
| Existing | fluticasone 50 mcg/actuation Nasal Spray, Susp | Patient Did Not Bring | 3/21/2017-4/20/2017 | 2 sprays each nostril once daily |
| Existing | gabapentin 600 mg | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally three times daily |
| Existing | glucosamine-chondroitin 500 mg-400 mg capsule | Patient Did Not Bring | 12/30/2016-1/29/2017 | use as directed |
| Existing | Lac-Hydrin 12 % Lotion | Patient Did Not Bring | 3/3/2016-4/2/2016 | use as directed |
| Existing | lancets | Patient Did Not Bring | 12/30/2016-1/29/2017 | use as directed |
| Existing | lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet | Patient Did Not Bring | 12/30/2016-3/28/2017 | 2 tab orally once daily |
| Existing | meloxicam 15 mg tablet | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally daily as needed |
| Existing | montelukast 10 mg tablet | Patient Did Not Bring | 12/30/2016-12/25/2017 | Take one tablet daily |
| Existing | Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet | Patient Did Not Bring | 12/30/2016-4/9/2017 | 1 tablet Daily |
| Existing | sertraline 50 mg tablet | Patient Did Not Bring | 12/30/2016-3/30/2017 | 1 tab orally once daily |

## Allergies

No Known Drug Allergies

## Physical Exam

**Constitutional:**

Well nourished, Well developed

**Respiratory:**

No fine crackles, No wheezing, Normal respiratory effort, No coarse crackles

**Cardiovascular:**

Regular rate and rhythm

**Gastrointestinal:**

No tenderness, Normal bowel sounds

**Skin:**

Skin lesions noted see comments, No rashes

: 4 stitches in the left 2nd finger and 4 stitches in the left 3rd finger, no signs of infection, no erythema, no edema, no discharge

**Mental Status:**

Oriented times 3, Alert

## Assessment and Plan

### Pain in left fingers

Acute Problem Cut left 2nd and 3rd fingers requiring stitches. See HPI. Removed 4 stitches from each finger. Cleaned wound and placed antibiotic ointment on top. Instructed to keep fingers clean and dry for at least 1 more day. Monitor. I assessed this

problem today 5/3/17.

## Additional Notes

Pt to return for FU appmt 5/16/17

**Place of Service:** Office Visit
**Office Procedures:** Office procedures were performed in this visit
**Level of Service:** E&M 99213
**Problems not asssed for reason: deferred**

**CPTCodes:** 99213,3074F,3079F (Preliminary codes; see claim for final codes)

*Digitally signed by Karen Causey, MD on 05/03/2017  10:18 PM*
*Facility: West Bank*

West Bank, 501 Lapalco Blvd .Gretna LA 700567304                                                                    Page 1 of 3

**Deborah Johnson**        Note Type: PCP        Encounter Date: 05/26/2017

| | |
|---|---|
| ID: 0322399 | DOB: ▮▮▮▮ |
| Age: 60 | PCP: Karen Causey |
| Ins: Humana Gold Plus - Diabetes H1951-036 HMO SNP | DOS: 05/26/2017 |
| SNP: Yes | Gender: F |

## Vitals

| | | |
|---|---|---|
| GLU: | Temp: 98.1 | BP: 142/85 (machine) |
| P: 78 | R: 16 | Wt: 246.4 |
| Wt Ch: 3.399993896484375 lbs | Ht: 66 in | BMI: 39.8532 |
| A1C: 6.2 | A1C Date: 07/01/2016 | PulseOx: 99% (RA) |

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 60 yo woman here for follow up.

Doing well. No new issues.

Appetite good. Reg BM. Urinating fine. Sleeping good. Energy level good.

## Review Of Systems

Denies: Weigh Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Joint Pain, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives

## Quality

## Medications

Medication list was reviewed by physician.

All medications listed below including OTC, supplements, and herbal medications were reviewed with patient.

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | amlodipine 10 mg Tablet | Taking As Directed | 5/26/2017-8/24/2017 | 1 tab orally once daily |
| Existing | clotrimazole 1 % Topical Cream | Taking As Directed | 12/30/2016-2/28/2017 | apply once or Twice a day |

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center    00120**

West Bank, 501 Lapalco Blvd , Gretna LA 700567304

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | fluticasone 50 mcg/actuation Nasal Spray, Susp | Taking As Directed | 5/26/2017-6/25/2017 | 2 sprays each nostril once daily |
| Existing | gabapentin 600 mg | Taking As Directed | 12/30/2016-3/30/2017 | 1 tab orally three times daily |
| Existing | glucosamine-chondroitin 500 mg-400 mg capsule | Taking As Directed | 12/30/2016-1/29/2017 | use as directed |
| Existing | Lac-Hydrin 12 % Lotion | Taking As Directed | 3/3/2016-4/2/2016 | use as directed |
| Existing | lancets | Taking As Directed | 12/30/2016-1/29/2017 | use as directed |
| Existing | lisinopril-hydrochlorothiazide 20 mg-12.5 mg Tablet | Taking As Directed | 5/26/2017-8/21/2017 | 2 tab orally once daily |
| Existing | loratadine 10 mg tablet | Newly Prescribed | 5/26/2017-8/24/2017 | 1 tab orally daily as needed |
| Existing | meloxicam 15 mg tablet | Taking As Directed | 12/30/2016-3/30/2017 | 1 tab orally daily as needed |
| Existing | montelukast 10 mg tablet | Taking As Directed | 12/30/2016-12/25/2017 | Take one tablet daily |
| Existing | Os-Cal Ultra 600 mg (1,500 mg)-500 unit tablet | Taking As Directed | 12/30/2016-4/9/2017 | 1 tablet Daily |
| Existing | sertraline 50 mg tablet | Taking As Directed | 5/26/2017-8/24/2017 | 1 tab orally once daily |

## Allergies

No Known Drug Allergies

## Physical Exam

**Constitutional:**

Well nourished, Well developed, No acute distress

**Respiratory:**

No coarse crackles, No fine crackles, No wheezing, Normal respiratory effort

**Cardiovascular:**

Regular rate and rhythm

**Gastrointestinal:**

Normal bowel sounds, No tenderness

**Skin:**

No rashes

**Mental Status:**

Oriented times 3, Alert

## Assessment and Plan

**Drug-induced polyneuropathy**

Stable. Pt takes Gabapentin. Cont med and monitor. I assessed this problem today 5/26/17.

**Cardiomyopathy in diseases classified elsewhere**

Stable. BP mildly elevated. Compliant with meds and diet. Encouraged salt restriction.

Will get blood work today. Monitor. I assessed this problem today 5/26/17.

Johnson, Deborah                     MR# 0322399                     Print Date: 6/3/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00121**

*West Bank, 501 Lapalco Blvd ,Gretna LA 700567304*                                                    *Page 3 of 3*

#### ---Hypertensive cardiomyopathy
Stable. BP mildly elevated. Compliant with meds and diet. Encouraged salt restriction.
Will get blood work today. Monitor. I assessed this problem today 5/26/17.

### Major depressive disorder, recurrent episode
Stable on Sertraline. Cont med and monitor. I assessed this problem today 5/26/17.

### Additional Notes

**Place of Service:** Office Visit

**Office Procedures:** Office procedures were NOT performed in this visit

**Level of Service:** E&M 99213

**Problems not asssed for reason: deferred**

**CPTCodes:** 99213,3077F,3079F (Preliminary codes; see claim for final codes)

*Digitally signed by Karen Causey, MD on 06/03/2017  10:18 PM*
*Facility: West Bank*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center   00122**

West Bank, 501 Lapaico Blvd ,Gretna LA 700567304

*Page 1 of 3*

**Deborah Johnson**                    Note Type: PCP                    Encounter Date: 08/10/2017

ID: 0322399                    DOB: ████████
Age: 60                    PCP: Karen Causey
Ins: Humana Gold Plus - Diabetes H1951- DOS: 08/10/2017
036 HMO SNP
SNP: Yes                    Gender: F

## Vitals

GLU:                    Temp: 97.3                    BP: 137/84 (machine)
P: 89                    R: 16                    Wt: 229.6
Wt Ch: -                    Ht: 67 in                    BMI: 36.0356
16.79998779296875 lbs
A1C: 6.1                    A1C Date: 05/27/2017                    PulseOx: 97% (RA)

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** 60  yo woman here for follow up.

Doing well. No new issues.

Appetite good. Reg BM. Urinating fine. Sleeping fine. Energy level good.

## Review Of Systems

Denies: Weigh Loss, Visual Change, Hearing Loss, Chest Pain, Shortness of Breath, Change in Bowel Habits, Dysuria, Joint Pain, Rashes, Focal Weakness, Low Mood, Polyuria, Easy Bruising, Hives

## Quality

## Medications

Medication list was reviewed by physician.

All medications listed below including OTC, supplements, and herbal medications were reviewed with patient.

Physician has completed Post-Hospital/SNF/Rehab Discharge Medications Reconciliation together with the patient.

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | amlodipine 10 mg Tablet | Patient Did Not Bring | 8/10/2017-11/8/2017 | 1 tab orally once daily |

Johnson, Deborah                    MR# 0322399                    Print Date: 8/10/2017

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00176**

West Bank, 501 Lapalco Blvd .Gretna LA 700567304

BMI > 35 with HTN. Counseled on diet and exercise. Monitor for progress.

## Vitamin D deficiency

Vitamin D low. monitor Vit D, will start Ergocalciferol 50.000 u/w x 3 m, repeat Vit D after 3 months of replacement, c/o CaD. Monitor.

## Benign essential hypertension

BP OK. On Lisinopril/HCTZ and Amlodipine. Cont meds. Get urine microalbumen. Counseled on salt restriction diet. Monitor.

## Additional Notes

Referral for Mammogram

Referral for DEXA

Referral for GYN/PAP smear

Referral for Optometry

**Place of Service:** Office Visit

**Office Procedures:** Office procedures were NOT performed in this visit

**Level of Service:** E&M 99213

**Problems not asssed for reason: deferred**

**CPTCodes:** 99213,3075F,3079F (Preliminary codes; see claim for final codes)

*Digitally signed by Karen Causey, MD on 08/10/2017  06:31 PM*
*Facility: West Bank*

**1426- JOHNSON, DEBORAH- JenCare Senior Medical Center  00177**

| Patient Name: Deborah D Johnson | MRN: 57251982 (MCLNO) |
|---|---|
| Age: 60 Years | Gender: Female |

Since Pelican go live, portions of CLIQ have not been updated. More
current information may be available in Pelican.

use the TAC regimen for adjuvant chemotherapy. Ms. Johnson was given
Micromedex patient information handouts on these 3 medications with the
expectation that we will start chemotherapy next week after her port is
placed.

PHYSICAL EXAMINATION:
VITAL SIGNS: Her blood pressure is 118/76, pulse is 72, temperature is
97.2, weight is 225 pounds, height is 65 inches. She is satting 98% on
room air.
GENERAL: She is a well-developed, well-nourished female in no apparent
distress.
NEUROLOGIC: Cranial nerves 2 through 12 are intact. She is communicative,
affable, and appropriate.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs or gallops.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Bowel sounds are positive. At her mastectomy site there is still
a small approximately one-quarter inch length area where the surgical
incision site has not closed. It is not erythematous. It has some oozing,
but it does not appear to be infected.

LABORATORY EVALUATION:
Urine pregnancy test performed on August 3, 2010, is negative. CBC
performed on August 2, 2010, reveals a white count of 6.3, hemoglobin of
12.4, and a platelet count of 224,000. LFTs reveal a total protein of 8.2.
Her coagulation studies reveal an INR of 1.5 with a PT of 17.8 and a PTT of
35.9.

ASSESSMENT AND PLAN:
A 53-YEAR-OLD FEMALE WITH STAGE IIB INFILTRATING DUCTAL CARCINOMA, LEFT
BREAST.

1. WE WILL PROCEED WITH CHEMOTHERAPY NEXT WEEK AFTER HER PORT-A-CATH IS
PLACED.
2. SHE IS TO RETURN TO CLINIC ON MONDAY, AUGUST 9, 2010, FOR RE-EVALUATION
AND DISCUSSION OF CHEMOTHERAPEUTIC OPTIONS.
3. SHE WAS GIVEN A PRESCRIPTION FOR LOVENOX BY DR. WEY TO BRIDGE HER OFF
THE COUMADIN PRIOR TO HER SURGERY. SHE IS TO FOLLOW THE INSTRUCTIONS GIVEN
TO HER BY DR. WEY.
4. SHE HAS SEEN RADIATION ONCOLOGY WITH DR. KRAUSE AT TULANE. WE WILL
MAINTAIN CONTACT WITH HIM TO ENSURE THAT SHE GETS POST CHEMOTHERAPY
RADIATION TREATMENT.

This case was discussed Dr. Barnhill and she is in agreement.

**T U L A N E   U N I V E R S I T Y**
**H O S P I T A L   &   C L I N I C**
      **1415 Tulane Avenue**
      **New Orleans, LA 70112**

Name: **JOHNSON,DEBORAH DUNN**      **D001097960**
DOB: ▆▆▆▆▆▆▆▆      Admit Date:
LOCATION

Account #:      Dict. Date: **03/07/11**

**Clinic Progress Notes**

---

TREATMENT NOTE

SUBJECTIVE: Patient underwent radiation for carcinoma of the breast (ICD-9 174.4). Her stage was a T2 N1 M0 stage IIB carcinoma of the left breast.

Following is a summary of her treatment: Chest wall (left) was treated with tangential fields. This is undertaken at 5040 cGy at 180 cGy per fraction in 28 fractions from 01/05/2011 to 02/15/2011.

Medial scar boost then received an additional 1260 cGy. This is undertaken with an Enface electron field from 02/16/2011 to 02/24/2011. This was 2 separate fields of right scar boost that was medial and a lateral scar boost, respectively.

A drain site was radiated 3000 cGy in 10 fractions with Enface electrons. The 3000 cGy was delivered from 01/19/2011.

The patient tolerated treatment as well as would be anticipated.


DICTATED BY: Stephen T Kraus, MD
IN: KRASTE / 37RBG / REV NO:  / 69261 / WT: D.CANCCE-CPRG
DD: 03/07/2011 10:50:37  DT: 03/07/2011 11:09:42 DS: 03/07/2011
HIS#: 40682638


Electronically Signed by Stephen T Kraus, MD on 03/09/11 at 0826
                        (Signature on File)
                        Stephen T Kraus, MD


03/07/11 1050
03/07/11 1109    HLT

**1426- JOHNSON, DEBORAH- Tulane Cancer Center Clinic  00030**