UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE JANE TRICHE MILAZZO |
| CAROLYN COLLIER DORSEY,    Plaintiff, | : : : : | MAG. JUDGE NORTH **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 17-cv-12693 |
| SANOFI US SERVICES, INC., f/k/a SANOFI-AVENTIS US, INC., and SANOFI-AVENTIS US, LLC    Defendant(s). | : : : : : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi US Services, Inc. f/k/a Sanofi-Aventis US, Inc., and Sanofi-Aventis US, LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 8th day of January, 2019.

| JOHNSON BECKER, PLLC | SHOOK, HARDY & BACON |
|---|---|
| _/s/ Alexandra Robertson_ | _/s/ Kelly Bieri_ |
| Alexandra Robertson, Esq. | Kelly Bieri, Esq. |
| Timothy J. Becker, Esq. | Harley V. Ratliff |
| 444 Cedar Street | 2555 Grand Boulevard |
| Suite 1800 | Kansas City, MO 64108 |
| St. Paul, MN 55101 | Phone: 816-474-6550 |
| Phone: 612-436-1800 | Fax: 816-421-5547 |
| Fax: 612-436-1801 | Email:  Kbieri@shb.com |
| tbecker@johnsonbecker.com | |
| | |
| Attorney for Plaintiff | Attorney for Sanofi Defendants |