UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Earnest v. Sanofi S.A., et al., No. 16-17144 ) | |

# ORDER

Before the Court is Plaintiff's Motion for Partial Summary Judgment (Doc. 5237), set for submission on November 28, 2018. For the following reasons, the Motion is **DISMISSED AS MOOT**. As both Plaintiff and Defendants note, Case Management Order 12A provides that, for cases in the trial pool, once Phase II discovery is complete, the existing Product ID Information is deemed affirmative evidence of the identity of the manufacturer of the plaintiff's docetaxel, absent good cause shown. In Earnest's case, Defendants did not submit contrary evidence of Product ID before the end of Phase II discovery. Accordingly, there is no dispute as to Product ID in this case and Plaintiff's summary judgment motion is unnecessary. CMO 12A exists so that the parties and the Court can avoid litigating undisputed Product ID matters on a case-by-case basis.

New Orleans, Louisiana this 7th day of January, 2019.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE