UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Civil Action No.: 2:17-cv-16989 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 8th day of January, 2018

By: <u>     */s/ Jeffrey C. Bogert*     </u>
MCDONALD WORLEY, P.C.

Y kmkco "J 0Dcthkgnf
dkmB o ef qpcnf y qtrg{Øeqo
Ucvg"Dct"P q046253947
Ightr g{ "E0Dqi gtv"
ldqi gtvB o ef qpcnf y qtrg{@eqo "
Ucvg"Dct"P q035499: "
O eF qpcnf "U0Y qtrg{
f qpB o ef qpcnf y qtrg{Øeqo "
Ucvg"Dct"P q04622542:
3992"U0Lco gu"Rnceg."Uwkvg"
322"J qwuqp."Vgzcu"99278"
Rj qpg<*935+"745/7722
Hcz<*935+"745/7723

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January, 8, 2018 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January, 8, 2018                      */s/Jeffrey C. Bogert*