UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Civil Action No.: 2:17-cv-17051 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 8th day of January, 2018

        */s/ Jeffrey C. Bogert*
By:   MCDONALD WORLEY, P.C.

William J. Barfield
bik@mcdonaldworley.com
State Bar No.24153830
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar No.02488
McDonald S.Worley
don@mcdonaldworley.com
State Bar No.24055041
1770 St. James Place, Suite
100 Houston, Texas 77056
Phone: (713) 523-5500
Fax: (713) 523-5501

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January, 8, 2018 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January, 8, 2018                      */s/Jeffrey C. Bogert*