UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Jacqueline Mills*
Case No. 17-02689

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE EXHIBIT

NOW INTO COURT, through undersigned counsel, comes defendant Sanofi S.A. et al., who moves to withdraw Exhibit E (document 5732-7) which was filed in error on Monday, January 7, 2019. Counsel inadvertently failed to redact Plaintiff identifying information. Sanofi requests an order directly the clerk of court to withdraw and destroy Exhibit E (document 5732-7) and substitute it with Redacted Exhibit E, attached hereto.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*