UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Jacqueline Mills*
Case No. 17-02689

# ORDER

IT IS ORDERED that Sanofi's MOTION TO WITHDRAW AND SUBSTITUTE EXHIBIT E (document 5732-7) is hereby GRANTED, and the clerk of court is ordered to withdraw and substitute document no. 5732-7 with the redacted version appended to Sanofi's motion.

THUS DONE AND SIGNED, this the _____ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

1