## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION :<br><br>THIS DOCUMENT RELATES TO: :<br><br>Arlene Higgins v. Sanofi US Services, et al., Civil Action No. 2:18-cv-13056 : : : : : : | MDL No. 2740<br><br>SECTION: "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Arlene Higgins, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. **ONLY**, with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Arlene Higgins' claims against Defendants Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc.  Plaintiff Arlene Higgins' claims against all other Defendants named in civil action number 2:18-cv-13056 will remain active.

Dated: January 9, 2019                        Respectfully submitted,

                                                              */s/ Leslie LaMacchia*
                                                               Leslie LaMacchia
                                                               Adam Pulaski
                                                               **PULASKI LAW FIRM, PLLC**
                                                               2925 Richmond, Suite 1725
                                                               Houston, TX 77098
                                                               Tel: (713) 664-4555
                                                               Fax: (713) 664-7543
                                                               llamacchia@pulaskilawfirm.com
                                                               adam@pulaskilawfirm.com
                                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                               Respectfully submitted,

                                                               **PULASKI LAW FIRM, PLLC**
                                                               */s/ Leslie LaMacchia*
                                                               Leslie LaMacchia
                                                               Adam Pulaski
                                                               2925 Richmond, Suite 1725
                                                               Houston, TX 77098
                                                               Tel: (713) 664-4555
                                                               Fax: (713) 664-7543
                                                               llamacchia@pulaskilawfirm.com
                                                               adam@pulaskilawfirm.com
                                                               *Attorneys for Plaintiff*