# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION: "N" (5) |
| Andrea Hensley v. Sanofi US Services, et al., Civil Action No. 2:18-cv-13054 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Andrea Hensley, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sanofi-Aventis, US LLC d/b/a Winthrop US, Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and Pfizer, Inc. **ONLY**, with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Andrea Hensley's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sanofi-Aventis, US LLC d/b/a Winthrop US, Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and Pfizer, Inc. Plaintiff Andrea Hensley's claims against all other Defendants named in civil action number 2:18-cv-13054 will remain active.

Dated: January 9, 2019                                   Respectfully submitted,

                                                         */s/ Leslie LaMacchia*
                                                         Leslie LaMacchia
                                                         Adam Pulaski
                                                         **PULASKI LAW FIRM, PLLC**
                                                         2925 Richmond, Suite 1725
                                                         Houston, TX 77098
                                                         Tel: (713) 664-4555
                                                         Fax: (713) 664-7543
                                                         llamacchia@pulaskilawfirm.com
                                                         adam@pulaskilawfirm.com
                                                         *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                         Respectfully submitted,

                                                         **PULASKI LAW FIRM, PLLC**
                                                         */s/ Leslie LaMacchia*
                                                         Leslie LaMacchia
                                                         Adam Pulaski
                                                         2925 Richmond, Suite 1725
                                                         Houston, TX 77098
                                                         Tel: (713) 664-4555
                                                         Fax: (713) 664-7543
                                                         llamacchia@pulaskilawfirm.com
                                                         adam@pulaskilawfirm.com
                                                         *Attorneys for Plaintiff*