UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Natasha Samuels v. Sanofi US Services, et al., Civil Action No. 2:18-cv-13206 | :<br>:<br>:<br>:<br>:<br>:<br>: | MDL No. 2740<br><br>SECTION: "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Natasha Samuels, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant this Court's Case Management Order No. 12, hereby dismisses all claims against Defendants Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltr., Pfizer, Inc., Actavis LLC f/k/a Actavis, Inc., and Actavis Pharma Inc. **ONLY**, with each party to bear its own costs.

This Notice of Voluntary Dismissal with Prejudice only dismisses Plaintiff Natasha Samuels' claims against Defendants Sandoz Inc., Accord Healthcare Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis, Inc., and Actavis Pharma Inc. Plaintiff Natasha Samuels' claims against all other Defendants named in civil action number 2:18-cv-13206 will remain active.

Dated: January 9, 2019  Respectfully submitted,

    */s/ Leslie LaMacchia*
    Leslie LaMacchia
    Adam Pulaski
    **PULASKI LAW FIRM, PLLC**
    2925 Richmond, Suite 1725
    Houston, TX 77098
    Tel: (713) 664-4555
    Fax: (713) 664-7543
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    Respectfully submitted,

    **PULASKI LAW FIRM, PLLC**
    */s/ Leslie LaMacchia*
    Leslie LaMacchia
    Adam Pulaski
    2925 Richmond, Suite 1725
    Houston, TX 77098
    Tel: (713) 664-4555
    Fax: (713) 664-7543
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com
    *Attorneys for Plaintiff*