UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The discovery status conference scheduled for January 18, 2019 at 9:00 a.m. in the above matter is hereby rescheduled to begin at **10:30 a.m.** on that same date before Magistrate Judge Michael B. North, 500 Poydras Street, Hale Boggs Building, Room B419, New Orleans, Louisiana.

New Orleans, Louisiana, this 9th day of January, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE