UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** Kathleen L. Gilson  v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; | Case No. 2:17-cv-14003 |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Kathleen L. Gilson, by and through undersigned counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Kathleen L. Gilson, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 1, 2017, shortly after she became aware of claims associated with Taxotere/Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff received additional medical records, it has become apparent that Hospira, Inc. should have been the only named defendant to this suit. This fact was not evident from a normal review of the medical records, but rather, involved investigation related to certain NDC codes which were not provided with routinely requested medical records.

Plaintiff, therefore, desires to amend the Complaint to add Hospira, Inc. as a Defendant in this matter and to include allegations against it as a manufacturer of the drug administered to the Plaintiff, as she only recently became aware of these allegations.

Further, Defendants Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC should be dismissed with prejudice from this suit.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel and there is no opposition to this Motion.

Dated: January 10, 2019

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

/s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on January 10, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
GOLDBERG & OSBORNE LLP