# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> Master Docket Case No. 2:16-md-02740 <br><br> Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** <br><br> Kathleen L. Gilson <br><br> v. <br><br> Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; | Case No. 2:17-cv-14003 |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion and Incorporated Memorandum in Support of Unopposed Motion for Leave to File Amended Short Form Complaint adding Hospira, Inc. as a named Defendant and dismissing Defendants Sanofi S.A, Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC with prejudice is hereby GRANTED.

Signed this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge