UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Michele Jones
**Case No.:** 2:18-cv-02148

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff Michele Jones whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 10, 2019

           s/ Merritt E. Cunningham
           Michael G. Stag, La Bar No. 23314
           Merritt E. Cunningham, La Bar No. 32843
           STAG LIUZZA, LLC
           Telephone: (504) 593-9600
           Facsimile: (504) 593-9601
           mcunningham@stagliuzza.com
           mstag@stagliuzza.com

           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/ Merritt E. Cunningham
Merritt E. Cunningham
