UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Jacqueline Mills*
Case No. 17-02689

# ORDER

Before the Court is Defendant's Motion to Substitute (Doc. 5745), seeking to substitute an exhibit that was mistakenly filed without redacting Plaintiff's identifying information;

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to withdraw and substitute Doc. 5732-7 with the redacted version appended to Sanofi's Motion.

New Orleans, Louisiana, this 11th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE