UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO PLAINTIFF: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| MARLA BELL V. SANOFI-AVENTIS US LLC, ET AL | Civil Action No. 2:18-cv-03138 |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Marla Bell (Doc. 5712);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff Ebeny Bowman, as surviving natural daughter, is substituted for Plaintiff Marla Bell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of January, 2019.

United States District Judge