UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : SHARON BROWN, : : Plaintiff, : : vs. : : : : DR. REDDY'S LABORATORIES, INC. : : Defendant. : : THIS DOCUMENT RELATES TO: : : Civil Action No.: 2:18-cv-10414 : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from the dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).

1

Dated this 11th day of January, 2019.

> Thomas R. Greer
> Tennessee Bar No.: 24452
> R. Sadler Bailey
> Tennessee Bar No.: 11230
> J. Vance Montgomery
> Tennessee Bar No.: 35646
> Bailey & Greer, PLLC
> 6256 Polar Ave.
> Memphis, TN 38119
> Phone: 901-680-9777
> Facsimile: 901-680-0580
> tgreer@baileygreer.com
> sbailey@baileygreer.com
> vmontgomery@baileygreer.com
> ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 11, 2019                             /s/ J. Vance Montgomery_____