UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Hollistenie Stubbs

**Case No.:** 2:17-cv-14656

## ORDER

Before the Court is Plaintiff's Consent Motion to Withdraw Document Plaintiff's Declaration of Counsel Contact with Client (Doc. 5713);

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiff's Declaration of Counsel Contact with Client (Doc. 5463) is **WITHDRAWN** from the record.

New Orleans, Louisiana, this 11th day of January, 2019.

_____
U.S. District Judge