UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Myrtle Jean Thompson v. Sandoz, Inc., et al.;* Case No. 2:18-cv-07390 | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 5688);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 11th day of January, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE