# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**            MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                         SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Carolyn Collier Dorsey
Case No.: 17-cv-12693

---

## **ORDER**

---

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 5736);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 11th day of January, 2019

The Hon. Jane Triche Milazzo