UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO MAG. JUDGE NORTH |
| Civil Action 2:17-cv-17277 | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Christine Araco, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-17277 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Christine Araco, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-8654. All parties shall bear their own costs

Dated this 11th day of January, 2019.

/s/ *David Friend*
David Friend, Esq.
Attorney ID No. 7-5942
FRIEND LAW GROUP, LLC
30 N. Gould Street, #5646
Sheridan, WY 82801
(307) 683-0760
dfriend@friendlawgroup.com

ATTORNEYS FOR PLAINTIFF


/s/ *Kelly Bieri*
Kelly Bieri, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
(816) 421-5547 (fax)
kbieri@shb.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 11, 2019                    /s/ *David Friend*
                                                 David Friend, Esq.
                                                 Attorney ID No. 7-5942
                                                 FRIEND LAW GROUP, LLC
                                                 30 N. Gould Street, #5646
                                                 Sheridan, WY 82801
                                                 (307) 683-0760
                                                 dfriend@friendlawgroup.com

                                                 ATTORNEYS FOR PLAINTIFF