## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Shirley Sampson | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **SUGGESTION OF DEATH** |
| vs. | : : | Civil Action No.: 2:17-cv-15232 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Shirley Sampson, on or about December 26, 2018.

Dated this 11th day of January, 2019.

Respectfully Submitted,

Brent Coon & Associates
/s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 11, 2019

                                            Respectfully Submitted,

                                            Brent Coon & Associates
                                            /s/ Brent W. Coon
                                            Brent W. Coon
                                            Texas Bar No. 04769750
                                            Brent@bcoonlaw.com
                                            Eric W. Newell
                                            Texas Bar No. 24046521
                                            Eric_Newell@bcoonlaw.com
                                            215 Orleans
                                            Beaumont, TX 77701
                                            Phone (409)835-2666
                                            Fax (409)835-1912

                                            Attorneys for Plaintiff