UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| JESSIE LEE BROWN AND JOHNNIE BROWN, | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:17-cv-03898 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 11th day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*


**SHOOK, HARDY & BACON L.L.P.**
By: /s/ Kelly Bieri
Kelly Bieri, Esq.
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
 816.559.2109
Email:  kbier@shb.com
          hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 11th day of January, 2019              /s/   Hunter Shkolnik
                                                                                          Hunter Shkolnik, Esquire