UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Deborah Collins
**Case No.:** 2:18-CV-05981

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Deborah Collins on the following dates: 7/6/2018, 7/10/2018, 8/27/2018, 8/29/2018, 8/31/2018, 9/4/2018, 9/5/2018, 9/7/2018, 9/11/2018, 9/20/2018, 10/24/2018, 12/11/2018, 12/12/2018, 12/21/2018, 12/31/2018, 1/4/2019, 1/7/2019, 1/8/2019, and 1/10/2019 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, __x__ social media, __x__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com