UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lisa Herzog
**Case No.:** 2:18-CV-05989

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Lisa Herzog on the following dates: 5/17/2018, 5/25/2018, 5/31/2018, 7/6/2018, 7/6/2018, 8/27/2018, 8/28/2018, 8/31/2018, 9/7/2018, 9/10/2018, 9/14/2018, 12/21/2018, 1/3/2019, 1/9/2019, and 1/10/2019 by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com