UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Nelda Frank
**Case No.:** 2:17-CV-14855

# DECLARATION

I, Danae N. Benton, have attempted to reach my client, Nelda Frank on the following dates: 11/7/2018, 12/21/2018, 1/4/2019, 1/7/2019, 1/8/2019, 1/10/2019, and 1/11/2019 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, __x__ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com