UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Nannette Jackson
**Case No.:** 2:18-CV-05970

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Nannette Jackson on the following dates: 7/10/2018, 8/8/2018, 8/17/2018, 8/27/2018, 8/29/2018, 8/31/2018, 9/7/2018, 9/14/2018, 9/24/2018, 12/11/2018, 12/21/2018, 1/8/2019, 1/10/2019 by (check all that apply) X telephone, X e-mail, X text message, X social media, X U.S. Mail, ___ Certified Mail, X other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com