UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Yolanda Hvizdak
**Case No.:** 2:18-cv-05991

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Yolanda Hvizdak whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 11, 2019　　　　　　　　　　/s/ Danae N. Benton
　　　　　　　　　　　　　　　　　　　　　　Danae N. Benton
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24080422
　　　　　　　　　　　　　　　　　　　　　　BARON & BUDD
　　　　　　　　　　　　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　　　(214) 521-3605
　　　　　　　　　　　　　　　　　　　　　　dbenton@baronbudd.com