**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Christine Mclean
**Case No.:** 2:18-cv-05996

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Christine Mclean whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 11, 2019                    /s/ Danae N. Benton
                                           Danae N. Benton
                                           Texas Bar No. 24080422
                                           BARON & BUDD
                                           3102 Oak Lawn Avenue, Suite 1100
                                           Dallas, TX 75219
                                           (214) 521-3605
                                           dbenton@baronbudd.com