UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Cheryl Hammond
**Case No.:** 2:17-CV-15011

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Cheryl Hammond and Dave Hammond on the following dates: 10/3/2018, 11/1/2018, 11/8/2018, 11/9/2018, 12/7/2018, 12/21/2018, 1/9/2019, and 1/10/2019 by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com