UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Michelle Williams
**Case No.:** 2:18-cv-06002

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Michelle Williams whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 11, 2019     /s/ Danae N. Benton
    Danae N. Benton
    Texas Bar No. 24080422
    BARON & BUDD
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    (214) 521-3605
    dbenton@baronbudd.com