# Exhibit A

# TAXOTERE®
# docetaxel

ABBREVIATED PRESCRIBING INFORMATION

© 2000 Aventis Pharmaceuticals
Antony, France

## ABBREVIATED PRESCRIBING INFORMATION for TAXOTERE® (docetaxel) 20 or 80 mg

TAXOTERE® (docetaxel) concentrate for solution for infusion is available in single-dose vials containing 20 or 80 mg in 0.5 or 2.0 ml of polysorbate 80, respectively with a solvent vial (13% ethanol in water for injections).

**PHARMACOLOGICAL PROPERTIES:** Docetaxel promotes the assembly of tubulin into stable microtubules and inhibits their disassembly.

**INDICATIONS:** Locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent. Locally advanced or metastatic non-small cell lung cancer (NSCLC) after failure of prior chemotherapy.

**DOSAGE:** 100 mg/m² for breast cancer and 75 mg/m² for NSCLC, as a one-hour infusion every three weeks. All patients must be pretreated with an oral corticosteroid for 3 days starting one day before each TAXOTERE® administration. **Dosage adjustments during treatment:** TAXOTERE® should be administered when the neutrophil count is ≥1,500 cells/mm³. In patients with either febrile neutropenia, neutrophil <500 cells/mm³ for >7 days, severe or cumulative cutaneous reactions or severe neurosensory signs and/or symptoms, the dose should be reduced by 25%. If these reactions continue, the dosage should either be decreased to 55 mg or treatment discontinued. **Dosage adjustments in patients with elevated liver function tests:** Patients with elevated ALT and/or AST >1.5 times the upper limit of the normal range (ULN) concurrent with increases in alkaline phosphatase >2.5 times the ULN, the recommended dose of TAXOTERE® is 75 mg/m². In patients with serum bilirubin >ULN and/or ALT/AST values >3.5 times the ULN associated with alkaline phosphatase >6 times the ULN, TAXOTERE® should not be used unless strictly indicated.

**CONTRAINDICATIONS:** Hypersensitivity reactions to docetaxel or polysorbate 80; Baseline neutrophil count of <1,500 cells/mm³; Severe liver impairment; Pregnancy or breast feeding.

**WARNINGS AND PRECAUTIONS: Haematology:** Neutropenia is the most frequent adverse reaction and may require dosage reduction (see Dosage adjustments). Frequent monitoring of complete blood counts is required in all patients receiving docetaxel. **Severe hypersensitivity** reactions require immediate discontinuation and appropriate therapy and should not be rechallenged. Minor **hypersensitivity** reactions do not require interruption of therapy. **Cutaneous and CNS:** Localised skin erythema or severe neurosensory signs and/or symptoms may lead to dosage reduction, or treatment interruption or discontinuation. **Fluid retention:** Corticosteroid premedication can reduce the incidence and severity of fluid retention. Patients with pleural effusion, pericardial effusion and ascites should be monitored closely. **Liver function tests** (LFTs) should be measured at baseline and before each cycle. **Contraceptive** measures must be taken during and for >3 months after therapy.

**INTERACTIONS:** Caution when treating patients with drugs metabolized by cytochrome P450-3A.

**SIDE EFFECTS: Haematology:** Reversible severe neutropenia (56.4% of the cycles and lasted for more than 7 days in about 3.5% of cycles); Fever with severe neutropenia (11.8% of the patients (Pts) and 3% of the cycles); Severe infections with neutropenia (4.6% Pts and 1.2% of the cycles); Infectious episodes (20% Pts and 6% of the cycles) were severe in 5.7% Pts and fatal in 1.7%; Thrombocytopenia (7.8% Pts); Bleeding episodes (2.4% Pts); Anaemia (90.4% Pts and 8.9% severe). **Hypersensitivity** reactions (25.9% Pts and 5.3% severe resolved after discontinuing the infusion and appropriate therapy). Reversible **cutaneous** reactions (56.6% Pts and 73% of these events have reversed within 21 days); Nail disorders (27.9% Pts). **Fluid retention** with the recommended premedication (64.1% Pts and 6.5% severe). The median cumulative dose to onset was 818.9 mg/m². The median cumulative dose to treatment discontinuation was more than 1.000 mg/m². **Gastrointestinal:** Nausea (40.5% Pts); Vomiting (24.5% Pts); Diarrhea (40.6% Pts); Anorexia (16.8% Pts); Abdominal pain (7.3% Pts); Constipation (9.3% Pts); Stomatitis (41.8% Pts); Gastrointestinal bleeding (1.4% Pts). **Neuro-sensory** signs and/or symptoms (45.9% Pts and 4.1% severe) and **neuro-motor** events (13.8% Pts and 4% severe). The events were spontaneously reversible within 3 months in 35.3% Pts. **Cardiovascular:** Hypotension (3.8% Pts) required therapy in 0.7% Pts; Dysrhythmia (4.1% Pts and 0.7% severe). Other meaningful cardiovascular events occurred in less than 2.4% Pts and the relationship with docetaxel has not been clearly defined. **Infusion site reactions** were generally mild and occurred in 5.6% Pts. **LFTs** Increases in AST, ALT, bilirubin and alkaline phosphatase >2.5 times the ULN were observed in <5% Pts. **Others:** Alopecia (79% Pts and reversible in 22 weeks); Severe asthenia (11.2% Pts); Mild/moderate arthralgias (8.6% Pts) and myalgias (20% Pts); Severe dyspnea (2.7% Pts); Severe generalised or local pain (0.8% Pts). **Continuing Surveillance:** Rare cases of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, neutropenic enterocolitis, venous thromboembolic events, myocardial infarction, pulmonary oedema in association with fluid retention, acute respiratory distress syndrome, interstitial pneumonia and radiation recall phenomenon.

**CLINICAL:** Two randomized phase III comparative studies, involving respectively 326 alkylating and 392 anthracycline failure metastatic breast cancer Pts, have been performed with docetaxel at the dose of 100 mg/m² every 3 weeks. In anthracycline failure Pts, the response rate was 33% with TAXOTERE® versus 12% with a combination of mitomycin and vinblastine. TAXOTERE® prolonged the time to progression (19 weeks versus 11 weeks) and the overall survival (11 months versus 9 months). In alkylating failure Pts, the response rate was 52% with TAXOTERE® versus 37% with doxorubicin. The time to progression was prolonged (27 weeks with TAXOTERE® versus 23 weeks with doxorubicin), and the time to response was shortened (12 weeks versus 23 weeks). In one phase III study, in previously treated NSCLC patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m² compared to Best Supportive Care( BSC). The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p<0.01), non-morphinic analgesics (p<0.01), other disease-related medications (p=0.06) and radiotherapy (p<0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC. The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

**KINETICS** are dose independent. Excretion is mainly faecal following hepatic metabolism. Docetaxel is >95% protein bound. In a population pharmacokinetic analysis neither age nor sex had an impact on kinetics; there was a 27% decrease in total clearance in patients with elevated LFTs.

**PRECLINICAL:** Docetaxel is mutagenic consistent with its pharmacological activity.

**SHELF-LIFE:** Vials should be stored between +2°C and +25°C and protected from bright light. The shelf-life is respectively 18 and 24 months for TAXOTERE® 20 and 80 mg.

**INSTRUCTIONS FOR USE:** TAXOTERE® must be diluted with the entire contents of the solvent vial. TAXOTERE® premix solution (10 mg docetaxel/ml) unless used immediately to prepare the infusion solution, can be stored for up to 8 hours either between +2°C and +8°C or at room temperature. To prepare, inject the appropriate amount of TAXOTERE® premix solution into a 250 ml infusion bag or bottle containing either 0.9% sodium chloride solution or 5% glucose solution to produce a final concentration not exceeding 0.74 mg/ml. Use the infusion solution within the 4 hours.

**MARKETING AUTHORISATION HOLDER:**
Aventis Pharmaceuticals 20 avenue Raymond Aron 92165 Antony Cedex France

**AUTHORISATION NUMBERS:** EU/1/95/002/001 and EU/1/95/002/002

**DATE OF FIRST AUTHORISATION:** November 1995

**DATE OF REVISION:** January 2000.

*See Summary of Product Characteristics for further information.*

Downloaded from https://academic.oup.com/annonc/issue/11/6 by guest on 11 January 2019