UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Gina Wright**
**Case No.: 2:17-cv-14762**

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Gina Wright, on the following dates: April 24, 2018, May 2, 2018, June 8, 2018, June 18, 2018, June 26, 2018, June 28, 2018, July 6, 2018, July 10, 2018, October 26, 2018, November 13, 2018, November 30, 2018, December 3, 2018, December 5, 2018, December 7, 2018, December 11, 2018, December 19, 2018, December 21, 2018, January 3, 2019, January 4, 2019, January 7, 2019, January 8, 2019, January 11, 2019 by (check all that apply)  X   telephone,  X   e-mail, ____ text message, ____ social media,  X   U.S. Mail,  X   Certified Mail,  X   other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com