UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| TANGELA LYLES, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2: 17-cv-3973 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendants SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; McKESSON CORPORATION doing business as McKESSON PACKAGING; SANDOZ INC.; ACCORD HEALTHCARE LTD.; ACCORD HEALTHCARE, INC.; SANOFI S.A.; and AVENTIS PHARMA S.A., each party to bear its own costs.

Dated this 14th day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
By: /s/ Kelly Bieri
Kelly Bieri, Esq.
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
816.559.2109
Email: kbier@shb.com
       hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis*
*U.S. LLC, and Sanofi US Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 14th day of January, 2019          /s/   Hunter Shkolnik
                                                 Hunter Shkolnik, Esquire