UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| MARY TOLBERT, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2: 17-cv-4013 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendants SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; McKESSON CORPORATION doing business as McKESSON PACKAGING; SANDOZ INC.; ACCORD HEALTHCARE LTD.; ACCORD HEALTHCARE, INC.; SANOFI S.A.; and AVENTIS PHARMA S.A., each party to bear its own costs.

Dated this 14th day of January, 2019.

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC** | **SHOOK, HARDY & BACON L.L.P.** |
| By: /s/ Hunter Shkolnik | By: /s/ Kelly Bieri |
| Hunter Shkolnik, Esq. | Kelly Bieri, Esq. |
| 400 Broadhollow Rd, Suite 305 | Harley V. Ratliff |
| Melville, NY 11747 | 2555 Grand Boulevard |
| (212) 397-1000 | Kansas City, Missouri 64108 |
| Email: hunter@napolilaw.com | 816.559.2109 |
| *Attorneys for Plaintiff* | Email: kbier@shb.com |
| | hratliff@shb.com |
| | *Attorneys for Defendants Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 14th day of January, 2-019               /s/ __Hunter Shkolnik_____
                                                     Hunter Shkolnik, Esquire