UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Tammy Moore
**Case No.:** 2:18-cv-05998

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Tammy Moore whose case is on a Notice of Non-Compliance to be heard by the Court on January 18, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 14, 2019

/s/ Danae N. Benton
Danae N. Benton
TX Bar No. 24080422
BARON & BUDD
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
dbenton@baronbudd.com