UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Elsa Briones**
**Case No.: 2:17-cv-13532**

## DECLARATION

I, Mark Niemeyer, have attempted to reach my client, Elsa Briones, on the following dates:

8/31/17, 9/5/17, 1/5/18, 2/9/18, 4/9/18, 4/12/18, 4/16/18, 4/30/18, 5/31/18, 9/12/18, 10/1/18, 11/28/18, 12/12/18, 12/17/18

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
10 S. Broadway, Ste. 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com