# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Nicol Dumas v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15215* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| | ) | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Nariah Williams on behalf of her deceased mother, Nicol Dumas, for the following reasons:

1. On December 16, 2017, Nicol Dumas filed a Complaint in the above referenced matter.

2. On March 31, 2018 Nicol Dumas passed away.

3. Plaintiff's daughter, Nariah Williams, notified Plaintiff's counsel of her mother's passing and her interest in continuing this lawsuit on her behalf.

4. Nariah Williams is in the process of being appointed as Representative of the Estate of Nicol Dumas, with a hearing scheduled in February 2019.

5. Notice of Nicol Dumas' death was submitted to this Honorable Court on October 18, 2018 (See Exhibit A).

6. The decedent's daughter, Nariah Williams, is the Proper Party Plaintiff and wishes to be substituted on behalf of Nicol Dumas in this case.

Wherefore, movant prays for said substitution.

Dated: January 14, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.

        Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

        */s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.