UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lorraine Winquest**
Case No.: 2:17-cv-10705

## DECLARATION

I, Paige N. Boldt, have attempted to reach my client, Lorraine Winquest on the following dates: March 14, 2018; March 21, 2018; March 26, 2018; March 27, 2018; March 28, 2018; April 2, 2018; April 3, 2018 two times; April 9, 2018; April 10, 2018; April 11, 2018; April 16, 2018; April 19, 2018; April 23, 2018; April 24, 2018. Our office received an email from Ms. Winquest's caregiver, Melissa Smith, informing us that Ms. Winquest passed away on March 16, 2018; since that time we have reached out to Ms. Smith on the following dates: April 30, 2018; May 1, 2018 (two times); May 2, 2018; May 9, 2018; May 10, 2018; May 11, 2018; May 14, 2018; May 15, 2018; May 16, 2018; May 17, 2018; May 18, 2018 (two times); May 21, 2018 (two times); May 22, 2018 (three times); May 23, 2018; May 24, 2018 (two times); May 29, 2018 (two times).

We receive an email from Ms. Winquest on May 29, 2018 providing our office a telephone number for Ms. Winquest's son and known heir, Brian Winquest. Since that time we have reached out to Mr. Winquest on the following dates: May 30, 2018 (two times); May 31, 2018 (three times); June 1, 2018 (three times); June 4, 2018 (two times); June 5, 2018 (two times); June 6, 2018 (two times) (two times); June 8, 2018 (two times); June 11, 2018; June 12, 2018; June 13, 2018; June 19, 2018; June 20, 2018; June 21, 2018; June 25, 2018; June 27, 2018;

June 28, 2018; July 10, 2018; July 11, 2018: July 12, 2018; July 16, 2018; July 19; 2018; September 4, 2018; September 11, 2018 (two times); September 12, 2018; September 13, 2018; September 17, 2018; September 19, 2018; September 26, 2018; September 27, 2018; September 28, 2018 (two times); October 2, 2018; October 5, 2018 (two times); October 8, 2018; October 9, 2018; October 11, 2018; October 12, 2018; October 18, 2018; October 24, 2018 (two times); October 25, 2018 (two times); October 29, 2018; October 31, 2018 (two times); November 1, 2018; November 6, 2018; November 7, 2018 (two times); November 12, 2018; November 28, 2018; November 29, 2018; November 30, 2018; December 11, 2018; December 12, 2018; December 14, 2018; December 17, 2018; December 18, 2018; December 19, 2018; December 26, 2018; January 2, 2019; January 3, 2019; January 7, 2019; January 8, 2019; January 9, 2019 and January 10, 2019.  During this time period, we were only able to contact Mr. Winquest twice, June 6, 2018 and October 15, 2018, where he indicated that he would cooperate with our office and agreed to follow up on certain dates with documentation and information but did not do so.

We have communicated by (check all that apply) X  telephone, X  e-mail, ____ text message, ____ social media, X  U.S. Mail, X  Certified Mail, X  other, and my client and her heirs have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Paige N. Boldt
WATTS GUERRA LLP
5726 W. Hausman Rd., Suite 119
San Antonio, Texas 78249
Telephone: (210) 448-0500
pboldt@wattsguerra.com