UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "N" (5) |
| _____ | : : : | JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| CAROL GUNDERSEN | : | Civil Action No: 18-05742 |
| Plaintiffs, | : : | |
| vs. | : : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this <u>15th</u> day of January 2019.

**BACHUS & SCHANKER, LLC**

By: <u>*/s/ J.Christopher Elliott*</u>
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiffs*

**CERTIFCATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2019                               <u>*/s/J. Christopher Elliott*</u>