UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Anna Arvan</u>
**Case No.:** <u>2:18-cv-7010</u>

## DECLARATION

　　　I, <u>Steven Davis</u>, have attempted to reach my client, <u>Anna Arvan</u> on the following dates: <u>Phone calls: 9/13/18, 10/3/18, 10/25/18, 11/5/18, 11/9/18, 11/30/18, & 1/9/18. Emails: 11/9/18, 11/28/18 & 1/9/18</u> by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.


/s/Steven D. Davis
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/Steven D. Davis*
                                                     Steven D. Davis