UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Donna Mouton**
Case No.: **2:18-cv-07091**

## DECLARATION

I, Steven Davis, have attempted to reach my client, Donna Mouton on the following dates: Phone calls: 10/3/18, 10/23/18, 10/31/18, 11/28/18 Emails: 11/28/18 & 12/12/18 Letters: 9/23/18, 10/11/18 by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/Steven D. Davis
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/Steven D. Davis*
                                                Steven D. Davis