UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Donna Collier**
**Case No.: 2:18-cv-6049**

## DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my clients, Donna Collier and John Collier, on the following dates: 7/12/2018, 7/31/2018, 8/2/2018, 10/30/2018, 11/12/2018, 11/26/2018, 1/9/2019, and 1/14/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, ___X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my clients have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　/s/ Charlotte Gulewicz

　　　　　　　　　　　　　　　　　　　　　　Charlotte Gulewicz
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No: 24094692
　　　　　　　　　　　　　　　　　　　　　　charlotte@fnlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　FEARS NACHAWATI, PLLC
　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712