UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| This document relates to: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Linda Norvel, | : | |
| | : | **SUGGESTOIN OF DEATH** |
| Plaintiff, | : | |
| | : | Civil Action No. 2:17-cv-17851 |
| v. | : | |
| | : | |
| Accord Healthcare, Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Linda Norvel, on or about May 24, 2018.

Dated this 15th day of January, 2019.   Respectfully submitted,
MARC J. BERN & PARTNERS LLP

/s/ Debra J. Humphrey
Debra J. Humphrey (NY Bar. 5050448)
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164

Attorneys for Plaintiff