UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| Charlean Newton vs. Sandoz, Inc., et al | |
| | Civil Action No. 17-cv-07354 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. , AND HOSPIRA, INC.** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15TH day of January, 2019.

        Respectfully submitted,
        S/Andrew Geiger
        ANDREW J. GEIGER (BAR NO. 32467)
        ALLAN BERGER (BAR NO. 2977)
        Allan Berger and Associates
        4173 Canal Street
        New Orleans, Louisiana 70119
        Phone:     (504)486-9481
        Facsimile:  (504)483-8130Email:
        aberger@allan-berger.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

DATED: January 15, 2019

        S/Andrew Geiger