# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| In re Taxotere (Docetaxel) Products Liability Litigation, ) | | |
| W.D. Washington, C.A. No. 2:18-00112 ) | | MDL No. 2740 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE JANUARY 31, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Taxotere*) on November 19, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Taxotere* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-46" filed on November 19, 2018, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Jane Triche Milazzo.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2018, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

19-cv-00201

