**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:**  Brenda S. Adams
**Case No.:**  2:18-cv-08426

**DECLARATION**

        I, Jessica A. Perez, have attempted to reach my client, Brenda S. Adams on the

following dates:

 9/17/2018, 10/1/2018, 10/12/2018, 10/17/2018, 10/20/2018, 11/19/2018, 12/6/2018 &

 1/11/2019.

by (check all that apply)  X   telephone,  X   e-mail, _____ text message, _____ social media,

X   U.S. Mail,  X Certified Mail, _____ other, and my client has not been responsive to my

communications to date.

        I declare that the foregoing is true and correct to the best of my knowledge.


/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com