UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lavoria R. Jones
**Case No.:** 2:18-cv-00608

## DECLARATION

I, Jessica A. Perez, have attempted to reach my client, Lavoria R. Jones on the following dates:

12/17/17, 1/15/18, 3/7/18, 3/7/18, 4/17/18, 5/17/18, 7/9/18, 7/10/18, 7/10/18, 7/13/18, 7/23/18, 8/13/18, 9/10/18 & 1/11/19.

by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com