UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>Davis v. Sanofi US Services Inc., et al. | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.<br><br>Civil Action No.: 2:17-cv-14111-KDE-MBN |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter except Defendants HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., and HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:  January 15, 2019

**HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
        dhodes@hml.law
        jmilman@hml.law
*Attorneys for Plaintiff BEVERLY DAVIS*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 15, 2019  **HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
Daniel M. Hodes
Jeffrey A. Milman
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law
　　　　dhodes@hml.law
　　　　jmilman@hml.law

*Attorneys for Plaintiff BEVERLY DAVIS*

2