UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
Case No.: 16-15283

## PLAINTIFF'S OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KELLY GAHAN

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan(Doc. 5730). In support of her motion, Plaintiff states as follows:

1. On January 7, 2019, Sanofi served its Motion for Summary Judgment Against Plaintiff Kelly Gahan. Sanofi's noticed submission date is January 30, 2019, making Dr. Gahan's deadline to file a response Tuesday, January 22, 2019.

2. Dr. Gahan seeks an continuation of the submission date for Defendant's motion for summary judgment until March 6, 2019. As good cause for the continuation, Plaintiff states as follows:

   a. Dr. Gahan's case is no longer in the trial pool in this MDL. Consequently, a genuine issue exists with respect to whether Sanofi is authorized under the Court's Case Management Orders to seek summary judgment. Dr. Gahan's counsel understands that the issue of whether Sanofi is authorized to seek summary judgment against non-bellwhether Plaintiffs will be addressed by liaison counsel during the case management conference on Friday, January 18th.

1

b. Defendants' motion for summary judgment is premised on the learned intermediary doctrine and relies primarily on deposition testimony from Dr. Gahan's oncologist, Dr. Virginia Borges. However, Dr. Borges' deposition is not complete, as Sanofi adjourned her August 22, 2018 deposition before counsel for Dr. Gahan examined her. Furthermore, counsel for Sanofi subsequently indicated that it intended to continue Dr. Borges' deposition, and advised Plaintiff's counsel that they were not permitted to communicate directly with Dr. Borges because her deposition was still open. Under these circumstances, Dr. Gahan's counsel cannot even obtain an affidavit from Dr. Borges. Counsel for Dr. Gahan is conferring with counsel for Sanofi regarding this conundrum to determine whether Sanofi will consent to counsel communicating with Dr. Borges or wishes to reschedule the continued deposition. Essentially, Dr. Gahan cannot intelligently or fairly respond to Sanofi's motion for summary judgment until she has had an opportunity to obtain Dr. Borges' testimony as well. Plaintiff may need to seek relief pursuant to Fed. R.Civ. P. 56(d). Continuation of the submission date is necessary for the parties to confer regarding this conundrum, and for Dr. Gahan to fashion her response to Sanofi's motion accordingly.

c. Resolution of the issues concerning Dr. Borges is necessary before Plaintiff can determine the appropriate procedural context for her response. Furthermore, Sanofi's motion is a dispositive motion on Dr. Gahan's entire claim for relief. Her counsel requires additional time beyond two weeks to competently conduct the factual review of the record and legal research necessary to fully respond to Sanofi's motion.

3. Counsel for Dr. Gahan conferred with Defendants Liaison Counsel concerning this request. DLC indicated Sanofi would not consent to a continuation of the submission date.

4. Sanofi will not be prejudiced by a continuation of the submission date. Dr. Gahan is not a bellwether plaintiff and not part of the trial pool.

5. Dr. Gahan has not previously sought or obtained an extension of time to respond to Defendants' Motion for Summary Judgment.

6. As supported by the attached memorandum, Dr. Gahan requests that the Court extend the submission date for Defendant's motion until Wednesday, March 6, 2019.

WHEREFORE, Plaintiff Kelly Gahan prays that this Court grant her Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730).

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker