UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
**Case No.:** 16-15283

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Opposed Motion for Continuation of Submission Date to Defendant's Motion for Summary Judgment Against Plaintiff Kelly Gahan is submitted for consideration by the Honorable Judge Jane Triche Malazzio on the January 18, 2019, at the Case Management Conference currently scheduled between the Court and Liaison Counsel, or as soon thereafter as the Court's docket permits.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/Darin L. Schanker