## Scot Kreider

| | |
|---|---|
| **From:** | Byard, Adrienne (SHB) <ABYARD@shb.com> |
| **Sent:** | Thursday, October 18, 2018 10:50 AM |
| **To:** | Scot Kreider |
| **Cc:** | Dawn Barrios (barrios@bkc-law.com) (barrios@bkc-law.com); Palmer Lambert (plambert@gainsben.com) (plambert@gainsben.com) (plambert@gainsben.com); Kyle Bachus; Darin Schanker; Douglas J. Moore (dmoore@Irwinllc.com); Ratliff, Harley (SHB); Olinde (Olinde@chaffe.com); Sears, Connor (SHB); Nicholas, Hillary S. (SHB) |
| **Subject:** | Taxotere - Gahan Reponses |
| **Attachments:** | Gahan Written Discovery; Gahan - Cont depo of Dr. Borges; Conferral on Gahan Reply Time Frame on Motion for Reconsideration |

Scot,

I am consolidating here my response to your three emails on the Gahan sanctions issues.

First, I would refer you to the assistance of Ms. Barrios and Mr. Lambert on the local procedure. The Court did not set your motion for reconsideration for hearing on October 31. Plaintiff requested an October 31 submission date. There is no hearing set for that date and the time for requesting oral argument has expired. As for Dr. Borges' deposition, we will agree to continue it from October 31 to a later date, but that deposition is still open. There should be no contact by counsel apart from staff contact on scheduling only. If counsel has or intends to engage in any ex parte contact while the deposition remains open, you need to advise us immediately so we may take up the issue with Magistrate Judge North.

Second, there is no reply as a matter of right in the Eastern District. We oppose a reply. That said, you may seek opposed leave to file your reply on the date of your choosing, including on the later date that you suggested. We do not oppose you filing a reply on Friday versus Wednesday and do not oppose a reply on the basis of two days' difference. We simply do not believe that any further delay of the sanctions order with a reply is merited.

Third, we cannot agree to continue your deadline for serving written responses to our discovery requests until November 30. As I have indicated on several occasions, our reasonable expectation was that Plaintiff immediately on receipt of the Order would have sat down with counsel to begin supplementing the existing discovery and requests. We did not even believe it necessary to serve additional written discovery, but you insisted on that and insisted that Dr. Gahan had no duty to supplement her existing PFS, ESI, or responses to the subpoena deuces tecum. We are nearing 60 days from the Sanctions Order. This is not a question of when Plaintiff responds to newer written discovery. She is in continuing violation of the Court's Order.

Finally, we intend to seek leave to supplement our opposition to the reconsideration motion today. We will indicate that you oppose unless you respond by 1 pm CDT with consent to the filing. Thank you.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com

Mail Gate made the following annotations on Thu Oct 18 2018 11:49:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure

or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

2

Gahan.MCSD.Exhibit 1