UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
Case No.: 16-15283

## PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE SUBMISSION DATE FOR PLAINTIFF'S OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KELLY GAHAN

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this *Ex Parte* Motion to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730).  In support of her motion, Plaintiff states as follows:

1. On January 7, 2019, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730).  Sanofi's noticed submission date is January 30, 2019, making Plaintiff's deadline to file a response January 22, 2019.

2. Concurrently herewith, Plaintiff has filed an Opposed Motion for Continuation of Submission Date to Respond to Defendant's Motion for Summary Judgment Against Plaintiff Kelly Gahan.  However, the 15-day submission date limitation under L.R. 7.2 would place the submission date after the deadline for Plaintiff to respond to Defendant's motion for summary judgment.  There are no other submission dates that would allow consideration of Plaintiff's motion to continue in advance of the submission date.  As such, Plaintiff respectfully suggests

1

that expedited consideration of Plaintiff's Motion to Continue is warranted under these circumstances.

3. Liaison counsel for the parties are participating in a Case Management Conference with the Court on Friday, January 18, 2019. One of the agenda items for that conference is the propriety of the three motions for summary judgment filed by Sanofi against different Plaintiffs on January 7, 2019. In light of the fact that Sanofi's motions are already an agenda item for the January 18 conference, Plaintiff respectfully requests that the conference would be an appropriate opportunity to address the timeframe for responding to Sanofi's motions, should the motions be permitted to move forward.

WHEREFORE, Plaintiff Kelly Gahan prays that this Court grant her Ex Parte Motion to Expedite Submission Date to her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730), and set the submission date for such motion on January 18, 2019.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker