UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
Case No.: 16-15283

## ORDER

　　　　Considering the foregoing Plaintiff's Ex Parte Motion to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan, :

　　　　It is ORDERED that said Motion is GRANTED and the Plaintiff's Motion to Continue will be submitted on January 15, 2019.

　　　　It is further ordered that Defendant Sanofi submit any opposition to the Motion to Continue Submission Date no later than January __, 2019.

　　　　New Orleans, Louisiana, this ___ day of January, 2019

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE