UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Johnnie Burton**
**Case No.: 18-6197**

# DECLARATION

I, Lauren Godshall, have attempted to reach my client, Johnnie Burton on the following dates:

**October 30, November 20, December 27, 2018 and January 7, January 8, January 10, and January 15, 2019**

by (check all that apply) \_\_\_X\_ telephone, \_\_\_\_ e-mail, \_X\_\_\_ text message, \_\_\_\_ social media, \_X\_\_\_ U.S. Mail, \_\_\_\_ Certified Mail, \_\_\_X\_ other (USPS Priority Mail with Tracking), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　_/s/ Lauren E. Godshall_＿＿＿＿＿＿＿＿＿
Lauren E. Godshall, #41365
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
(504) 525-8000
lgodshall@morrisbart.com