**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Geraldine Gentry__
Case No.: __18-6008__

**DECLARATION**

    I, _Lauren E. Godshall_____ (Attorney's Name), have attempted to reach my client,

Geraldine Gentry, on the following dates:

**September 28, November 20, November 27, December 12, December 27, 2018 and January**

**7, and January 15, 2019**

by (check all that apply) __X__ telephone, __X__ e-mail, _X___ text message, ____ social

media, ___X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive

to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.


_/s/ Lauren E. Godshall_____
Lauren E. Godshall, La. Bar No. 31465
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
(504) 599-3373
lgodshall@morrisbart.com