UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**     Gertrude Joffrion
**Case No.:**     18-6115

## DECLARATION

I, Lauren E. Godshall (Attorney's Name), have attempted to reach my client, Gertrude Joffrion, on the following dates:

**November 20, November 27, December 4, December 27, 2018 and January 4, January 11, and January 15, 2019**

by (check all that apply) __X__ telephone, ____ e-mail, _X___ text message, ____ social media, __X_ U.S. Mail, ____ Certified Mail, __X__ other (Fed Ex), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Lauren E. Godshall
Lauren E. Godshall, La. Bar No. 31465
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
(504) 599-3373
lgodshall@morrisbart.com