UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Gisela Jones-Bolton__
**Case No.:** __18-5254__

## DECLARATION

I, __Lauren E. Godshall__ (Attorney's Name), have attempted to reach my client, Gisela Jones-Bolton, on the following dates:

**November 20, November 29, December 18 and December 27, 2018 and January 15, 2019**

by (check all that apply) __X__ telephone, ____ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Lauren E. Godshall__
Lauren E. Godshall, La. Bar No. 31465
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
(504) 599-3373
lgodshall@morrisbart.com