UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Gloria McDaniel__
Case No.: __18-6165__

## DECLARATION

I, __Lauren E. Godshall__ (Attorney's Name), have attempted to reach my client, Gloria McDaniel, on the following dates:

**November 20, December 13, December 27, 2018 and January 4, January 9, January 10, January 12, and January 15, 2019**

by (check all that apply) __X__ telephone, ____ e-mail, _X___ text message, ____ social media, __X_ U.S. Mail, ____ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Lauren E. Godshall_
Lauren E. Godshall, La. Bar No. 31465
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
(504) 599-3373
lgodshall@morrisbart.com