UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tamerlane Hyde**
**Case No.: 2:18-cv-05726**

# DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my client, Tamerlane Hyde, on the following dates: 6/13/2018, 6/15/2018, 7/3/2018, 7/20/2018, 7/31/2018, 9/17/218, 10/2,/2018, 10/3/2018, 10/29/2018, 11/10/2018, 11/27/2018, 12/7/2018, 12/13/2018, and 1/7/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, ___X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my clients have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712