UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Lorna Williams</u>
**Case No.:** <u>2:18-cv-05725</u>

## DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my clients, Lorna Williams, on the following dates: <u>06/19/2018, 06/19/2018, 07/03/2018, 07/20/2018, 07/31/2018, 10/03/2018, 10/29/2018, 11/27/2018, 12/04/2018, 12/06/2018, and 01/14/2019</u> by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my clients have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712