UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| LaShaun Golden, | : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| vs. | : : | **Stipulation of Dismissal With Prejudice** |
| SANOFI US SERVICES INC., and SANOFI-AVENTIS U.S. LLC, | : : : | Civil Action No.  2:18-cv-06441 |
| Defendant(s). | : : | |
| ------------------------------------------------------ | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff LaShaun Golden hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-06441, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Ms. Golden, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-10196.  All parties shall bear their own costs.

DATED: January 16, 2019

1

| | |
|---|---|
| FEARS NACHAWATI, PLLC | SHOOK, HARDY & BACON LLP |
| /s/ Matthew R. McCarley | /s/ Kelly Bieri |
| Matthew R. McCarley | Kelly Bieri |
| Texas Bar No. 24041426 | Harley V. Ratliff |
| 4925 Greenville Avenue | 2555 Grand Boulevard |
| Suite 715 | Kansas City, Missouri 64108 |
| Dallas, Texas 75206 | Phone: 816-474-6550 |
| Tel. (214) 890-0711 | Fax: 816-421-5547 |
| Fax (214) 890-0712 | Email: kbieri@shb.com |
| Email: mccarley@fnlawfirm.com | Attorneys for Sanofi-Aventis U.S. LLC & |
| Attorney for Plaintiff | Sanofi U.S. Services Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal with Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.4 of the Eastern District of Louisiana.

/s/ Matthew R. McCarley

2