UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THEODORA A. MCCLAIN and THEODORE R. MCCLAIN, | : : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-CV-13409 |
| SANOFI U.S. SERVICES, INC., ET AL., | : : : | |
| Defendants. | : | |

Plaintiffs Theodora A. McClain and Theodore R. McClain, and their counsel, hereby give notice that the above-captioned action against Defendant ACTAVIS LLC, solely, is voluntarily dismissed, with prejudice.

Dated this 16th day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 16th day of January, 2019					/s/ _Hunter Shkolnik_____
							Hunter Shkolnik, Esquire