UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Master Docket Case No. 2:16-md-02740<br><br>Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:**<br><br>Kathleen L. Gilson<br><br>v.<br><br>Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; | Case No. 2:17-cv-14003 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 5756);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 16th day of January, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge