UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Nicol Dumas v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15215* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute Party (Doc. 5835);

**IT IS ORDERED** that the Motion is **GRANTED** and that Nariah Williams, on behalf of Nicol Dumas, deceased, and the Estate of Nicol Dumas, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 16th day of January, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge