# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| | : | |
| | : | **NOTICE OF PARTIAL** |
| | : | **DISMISSAL WITH PREJUDICE** |
| | : | **AS TO ALL EXCEPT SANOFI-** |
| | : | **AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Civil Action No.: 2:17-cv-17938 |
| Holly Hanson vs. | : | |
| Hospira, Inc., et al. | : | |
| | : | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of January, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Peter T. Cathcart
CA Bar No. 93611
Magana Cathcart McCarthy
1900 Avenue of Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 553-6630
Facsimile: (310) 407-2295
ptc@mcmc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

Dated this 16th day of January, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland