# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| This document relates to: | SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | |
| Plaintiff, | Case No. 2:18-cv-05547-JTM-MBN |
| v. | |
| Sanofi US Services Inc., *et al.*, | |
| Defendants. | |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Debra J. Humphrey, and the law firm of Marc J. Bern & Partners LLP, who in support of this Motion for Leave to Withdraw as Counsel, states as follows:

1. That the undersigned has actively carried out her duties in the best interest of the Plaintiffs, Catherine Sites and Robin Sites (hereinafter "Plaintiffs");

2. That facts now exist pursuant to Rule 1.16(b)(1) of the Code of Professional Responsibility that require the undersigned to seek permission to withdraw as attorney of record for the Plaintiffs;

3. That the Plaintiffs have been sent a copy of this motion for leave to withdraw as counsel for Plaintiffs by certified mail, return receipt requested, to the Plaintiffs' last known address;

4. That the Plaintiffs will not be prejudiced hereby;

5. That pursuant to Rule 1.16(d), the Plaintiffs have been informed that to ensure

proper notice, Plaintiffs should retain other counsel or file with the Clerk of Court, within forty-five (45) days after entry of the Order of Withdrawal, their appearance stating an address at which service of notices or other papers may be had;

6.   The last known address of Plaintiffs is 2682 RT MM Hwy, South West City, MO 64863.

7.   Undersigned counsel has communicated with counsel for Defendants, to obtain their consent to the filing of this motion, who has not responded to the undersigned counsel.

WHEREFORE, the undersigned counsel prays this Court enter an Order granting this Motion for Leave to Withdraw as Counsel.

DATED: January 16, 2019

Respectfully submitted,
MARC J. BERN & PARTNERS LLP

/s/ Debra J. Humphrey
Debra J. Humphrey (NY Bar. 5050448)
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record, and that a copy of the same has hereby been mailed to the Plaintiffs, via United States Postal Service, Certified Mail, Return Receipt No. 7018 2290 0001 2525 8464.

Date: January 16, 2019                **MARC J. BERN & PARTNERS LLP**

/s/ Debra J. Humphrey
Debra J. Humphrey (NY Bar. 5050448)
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| This document relates to: | : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | : : | |
| Plaintiff, | : : | Case No. 2:18-cv-05547-JTM-MBN |
| v. | : : : | |
| Sanofi US Services Inc., *et al.*, | : : | |
| Defendants. | : : | |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

WHEREAS, this matter having been opened to the Court by Marc. J. Bern & Partners LLP, counsel for Plaintiffs Catherine Sites and Robin Sites, seeking an order permitting counsel to withdraw from representation of Plaintiffs Catherine Sites and Robin Sites in this matter, and good cause appearing;

IT IS ORDERED on this ___ day of _____, 2019,

1. Plaintiffs' Counsel's Motion for Leave to Withdraw as Counsel is granted; and

2. Counsel shall mail Plaintiffs a complete and accurate copy of their entire file within fourteen (14) days of this Order; and

3. Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiffs Catherine Sites and Robin Sites; and

4. Plaintiffs are required to either retain new counsel or inform the Court that they intend to proceed *pro se*.

      a. In the event that Plaintiffs retain new counsel, Plaintiffs' new counsel shall make an appearance in this case within forty-five (45) days of this Order; or

      b. In the event Plaintiffs elect to proceed *pro se*, they shall notify the Court and the parties in writing and on the record of their intention to do so within forty-five (45) days of this Order; and

5. Failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiffs' claims with prejudice; and

6. This case is stayed until after Plaintiffs have notified the Court of their intentions regarding representation and the parties have conferred with the Court regarding new discovery deadlines.

                                                      Honorable Michael B. North, U.S.M.J.