## UNITED STATES OF DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| This document relates to: | : : | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| JoAnn McLeod, | : : | **SUGGESTION OF DEATH** |
| Plaintiff, | : : | Civil Action No. 2:18-cv-05549 |
| v. | : : | |
| SANOFI US SERVICES INC., *et al.*, | : : | |
| Defendants. | : : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, JoAnn McLeod, on or about October 17, 2017.

Dated this 17th day of January, 2019.   Respectfully submitted,
MARC J. BERN & PARTNERS LLP

/s/ Debra J. Humphrey
Debra J. Humphrey (NY Bar. 5050448)
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164

Attorneys for Plaintiff