UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Jacqueline Mills v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-2689

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF JACQUELINE MILLS

Plaintiffs Jacqueline Mills and Victor Mills (collectively "Plaintiffs"), by and through their undersigned counsel, submit this Memorandum in Support of their Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Rec. Doc. 5732).  In support of her motion, Plaintiffs state as follows:

1. On January 7, 2019, Sanofi served its Motion for Summary Judgment Against Plaintiff Jacqueline Mills.  Sanofi's noticed submission date is January 30, 2019, making Plaintiffs' deadline to file a response Tuesday, January 22, 2019.

2. Plaintiffs seek a continuation of the submission date for Defendant's motion for summary judgment until March 6, 2019.  As good cause for the continuation, Plaintiff states as follows:

    a. Plaintiffs' case is no longer in the trial pool in this MDL.  Consequently, a genuine issue exists with respect to whether Sanofi is authorized under the Court's Case Management Orders to seek summary judgment.  Plaintiffs' counsel understands that the issue of whether Sanofi is authorized to seek summary judgment against

1

       non-bellwether Plaintiffs will be addressed by liaison counsel during the Case Management Conference on Friday, January 18th, 2019.

   b. Furthermore, Sanofi's motion is a dispositive motion on Plaintiffs' entire claim for relief. Plaintiffs' counsel requires additional time beyond two weeks to competently conduct the factual review of the record and legal research necessary to fully respond to Sanofi's motion.

3. Continuation of the submission date will not prejudice Sanofi. Ms. Mills is not a bellwether plaintiff and not part of the trial pool. Under traditional practice in MDL litigation, Sanofi's motion would be decided by the Northern District of Georgia after remand. Continuing the submission date serves judicial efficiency and conserves the parties' resources by permitting the Court to determine whether it will consider motions for summary judgment on non-bellwether cases in which discovery is not complete, before forcing the parties to devote time and money to formulating a response to an extensive dispositive motion.

4. Plaintiffs request that the Court extend the submission date for Defendants' motion until Wednesday, March 6, 2019. This extension will (a) permit the Court to determine whether it is entertaining dispositive motions on non-bellwether Plaintiffs; and (b) permit Plaintiffs' counsel to fully research, factually and legally, the appropriate response in light of developments under (a).

WHEREFORE, Plaintiffs Jacqueline Mills and Victor Mills pray that this Court grant their Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732).

Respectfully Submitted,

/s/ *Lindsay R. Stevens*
John H. Gomez (T.A.)
Ahmed S. Diab
Lindsay R. Stevens
GOMEZ TRIAL ATTORNEYS
655 W. Broadway, Suite 1700
San Diego, CA 92101
T: (619)237-3490
F: (619)237-3496
john@thegomezfirm.com
adiab@thegomezfirm.com
lstevens@thegomezfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Maria Felix