UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)             MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Jacqueline Mills v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-2689

**PLAINTIFFS' *EX PARTE* MOTION TO EXPEDITE SUBMISSION DATE FOR PLAINTIFFS' OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF JACQUELINE MILLS**

Plaintiffs Jacqueline Mills and Victor Mills (collectively "Plaintiffs"), by and through their undersigned counsel, submit this *Ex Parte* Motion to Expedite Submission Date for their Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732).  In support of their motion, Plaintiffs state as follows:

1. On January 7, 2019, Defendant Sanofi served on Plaintiffs its Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732).  Sanofi's noticed submission date is January 30, 2019, making Plaintiffs' deadline to file a response January 22, 2019.

2. Concurrently herewith, Plaintiffs have filed an Opposed Motion for Continuation of Submission Date to Respond to Defendant's Motion for Summary Judgment Against Plaintiff Jacqueline Mills.  However, the 15-day submission date limitation under L.R. 7.2 would place the submission date after the deadline for Plaintiffs to respond to Defendants' motion for summary judgment.  There are no other submission dates that would allow

consideration of Plaintiffs' motion to continue in advance of the submission date. As such, Plaintiffs respectfully suggest that expedited consideration of Plaintiffs' Motion to Continue is warranted under these circumstances.

3. Liaison counsel for the parties are participating in a Case Management Conference with the Court on Friday, January 18, 2019. One of the agenda items for that conference is the propriety of the three motions for summary judgment filed by Sanofi against different Plaintiffs on January 7, 2019. In light of the fact that Sanofi's motions are already an agenda item for the January 18 conference, Plaintiffs respectfully request that the conference would be an appropriate opportunity to address the timeframe for responding to Sanofi's motions, should the motions be permitted to move forward.

WHEREFORE, Plaintiffs Jacqueline Mills and Victor Mills pray that this Court grant their Ex Parte Motion to Expedite Submission Date to her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732), and set the submission date for such motion on January 18, 2019.

Respectfully Submitted,

/s/ *Lindsay R. Stevens*
John H. Gomez (T.A.)
Ahmed S. Diab
Lindsay R. Stevens
GOMEZ TRIAL ATTORNEYS
655 W. Broadway, Suite 1700
San Diego, CA 92101
T: (619)237-3490
F: (619)237-3496
john@thegomezfirm.com
adiab@thegomezfirm.com
lstevens@thegomezfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Maria Felix