UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "H" (5) |

THIS DOCUMENT RELATES TO:

*Jacqueline Mills v. Sanofi U.S. Services, Inc. et al.*
Case No.: 17-2689

## ORDER

Considering the foregoing Plaintiffs' Ex Parte Motion to Expedite Submission Date for their Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills;

It is ORDERED that said Motion is GRANTED and the Plaintiffs' Motion to Continue will be submitted on January 16, 2019.

It is further ordered that Defendant Sanofi submit any opposition to the Motion to Continue Submission Date no later than January \_\_\_\_, 2019.

New Orleans, Louisiana, this \_\_\_\_ day of January, 2019

_____
UNITED STATES DISTRICT JUDGE

1