UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2740**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Deandra Solomon Fisher
Case No.: 2:17-cv-14562**

## DECLARATION

I, David Bonnin, have attempted to reach my client, Deandra Solomon Fisher on the following dates: February 14, 2018, February 26, 2018, April 23, 2018, April 26, 2018, May 1, 2018, May 30, 2018, August 7, 2018, August 20, 2018, December 12, 2018, December 13, 2018, December 14, 2018, December 18, 2018 and January 8, 2019, by (check all that apply): ☑ telephone, ☑ e-mail, ____ text message, ____ social media, ☑ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Prepared this 16th day of January, 2019.

_D.C.B._

_____
David C. Bonnin
Law Offices of A. Craig Eiland
2200 Market St., Ste. 501
Galveston, TX  77550
409/763-3260 (Tele)
409/763-8360 (Fax)