UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
Case No.: 16-15283

## PLAINTIFF KELLY GAHAN'S CERTIFICATE OF COMPLIANCE WITH COURT'S SANCTIONS ORDERS

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this Certificate of Compliance with the Courts Order Granting Sanofi's Motion for Sanctions Against Plaintiff Kelly Gahan (Doc. 3917) and Order Denying Kelly Gahan's Motion for Reconsideration of the Court's Sanctions Order (Doc 5618).  In response to the Court's order requiring her to comply with the orders on or before January 15, 2019, Dr. Gahan certifies the following:

1. Dr. Gahan submitted her verified Fourth Amended PFS through MDL Centrality on November 14th, 2018.  As of the date of this certificate, Counsel for Sanofi has not conferred with Counsel for Dr. Gahan concerning any deficiencies in her Fourth Amended PFS.

2. On November 8th, 2018, Dr. Gahan served written responses to Sanofi's Written Interrogatories, Requests for Production of Documents, and Requests for Admissions.  As of the date of this certificate, Counsel for Sanofi has not conferred with Counsel for Dr. Gahan concerning any deficiencies in her responses to written discovery.

3. On November 19, 2018, Dr. Gahan uploaded supplemental ESI to MDL Centrality – reflecting all ESI generated between January 31, 2018 and October 31, 2018.  Sanofi has

1

conferred with counsel for Dr. Gahan concerning the scope of her production of emails from the Taxotears Google Group – in connection with its conferral to other Taxotears plaintiffs concerning its position that it does not have all the posts in the Taxotears Google Group Listserve. Dr. Gahan certifies that to the best of her knowledge she has produced every email in her possession to, from or related to the Taxotears Google Group.

4. On January 2, 2019, Dr. Gahan's counsel provided Counsel for Sanofi a link to an Outlook Share File with respect to Sanofi's request for all photographs or videos of Dr. Gahan in her possession. The Share File links to a folder containing over 20,000 photographs and video files. This collection constitutes each and every photograph or video Dr. Gahan has in her possession, whether of herself or otherwise. The collection includes every photograph or video taken by her, or of her and in her possession, from 2008 to the present. The collection includes all photographs/videos taken by any phone she has possessed in that time period, which were stored on her laptop or her current phone. The delay in producing these photographs, relative to her response to other discovery, is attributable to the significant expense she incurred in downloading these photographs from an older laptop which had not received software updates or been connected to the internet in several years. An IT specialist at Dr. Gahan's counsels firm spent over 60 hours downloading the photograph collection for production to counsel for Sanofi. The photographs/videos were produced in whatever format they were stored on her laptop or phone. Neither Dr. Gahan or her counsel altered the metadata of these photographs or videos. As of the date of this certificate, Counsel for Sanofi has not conferred with Counsel for Dr. Gahan related to her photograph production.

5. Dr. Gahan has been available, and will continue to be available, for the four-hour continued deposition ordered by the Court. As of the date of this certificate, Counsel for Sanofi has not proposed a concrete date for the deposition, which is possibly attributable to the Court's

removal of Dr. Gahan's case from the trial pool in October 2018. Dr. Gahan will make herself available for the continued deposition upon reasonable conferral.

WHEREFORE, Dr. Gahan and her counsel aver that, to the best of their knowledge and belief, they have fully complied with all requirements of the Court set forth in its August 22, 2018 (Doc. 3917) and December 20, 2018 (Doc. 5618) Orders arising from Sanofi's motion for sanctions against her.

Respectfully Submitted,

/s/ Darin L. Schanker
Darin L. Schanker
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
d.schanker@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Darin L. Schanker