# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740 SECTION "N" (5) |
| JUNE JENSEN, | § § | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff, | § § | |
| vs. | § § | STIPULATION OF DISMISSAL WITH PREJUDICE |
| SANOFI US SERVICES INC., f/k/a SANOFI-AVENTIS U.S. LLC | § § § | Civil Action No.: 2:17-CV-12897 |
| Defendant. | § | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**
☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
**XX** Other – Plaintiff no longer wishes to pursue her case

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 16th day of January, 2019

                                                Respectfully submitted,

**FERNELIUS SIMON MACE ROBERTSON PERDUE PLLC**

*/s/ Ryan M. Perdue*_____
Stephen M. Fernelius
Texas State Bar No. 06934340
steve.fernelius@trialattorneytx.com
C. Brannon Robertson
Texas State Bar No. 24002852
brannon.robertson@trialattorneytx.com
Ryan M. Perdue
Texas State Bar No. 24046611
ryan.perdue@trialattorneytx.com
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 16th day of January 2019.

                                                /s/ Ryan M. Perdue
                                                Ryan M. Perdue