# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| LISA B. EZZELL, | **SECTION "H"(5)** <br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| *Plaintiff,* | |
| vs. | **Stipulation of Dismissal With Prejudice** |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; | **Civil Action No.:** 2:18-cv-02187 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, LISA B. EZZELL, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-02187, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by the Ms, Ezzell, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-11579. All parties shall bear their own costs.

Dated this 17th Day of January 2019.

                                             **MARC J. BERN & PARTNERS LLP**
                                             By:*/s/ Alexandra Colella*
                                             Alexandra Colella (NJ Bar ID No. 203112017)
                                             Marc J. Bern & Partners LLP
                                             60 East 42nd Street, Suite 950
                                             New York, NY 10165
                                             Tel: (212)702-5000
                                             Fax: (212)818-0164
                                             acolella@bernllp.com
                                             *Attorneys for Plaintiff*

**SHOOK, HARDY& BACON L.L.P.**
Harley V. Ratliff
Kelly Bieri
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 17, 2019, the foregoing documents was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic accordance with the procedures established in MDL 2740.

*/s/ Alexandra Colella*
Alexandra Colella