UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Durden v. Sanofi S.A., et al., 16-16635

## ORDER

Considering Plaintiff's Motion for Leave to File a Supplemental Reply Memorandum in Support of Plaintiff Antoinette Durden's Motion to Enforce CMO 12A;

**IT IS HEREBY ORDERED** that Motion for Leave to File a Supplemental Reply Memorandum in Support of Plaintiff Antoinette Durden's Motion to Enforce CMO 12A is hereby GRANTED, and the Clerk is directed to enter Plaintiff's Supplemental Reply Memorandum in Support of Plaintiff Antoinette Durden's Motion to Enforce CMO 12A into the Court's docket.

New Orleans, Louisiana this _____ day of _____, 2019.

           _____
           HON. JANE TRICHE MILAZZO
           UNITED STATES DISTRICT JUDGE