UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Rose Bybee
**Case No.:** 2:18-cv-06431

## DECLARATION

I, __Clint Casperson__, or individuals on my behalf, have attempted to reach my client, _Rose Bybee_ on the following dates: 7/9/2018, 7/11/2018, 7/13/2018, 7/16/2018, 7/18/2018, 7/20/2018, 7/23/2018, 7/25/2018, 7/27/2018, 7/30/2018, 8/3/2018, 8/6/2018, 8/10/2018, 8/13/2018, 8/17/2018, 8/20/2018, 8/24/2018, 8/27/2018, 8/29/2018, 9/4/2018, 9/19/2018, 10/12/2018, 10/15/2018, 10/24/2018, 10/30/2018, 1/7/2019, 1/16/2019.

by (check all that apply) __X__ telephone, ____ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other (UPS), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Clint Casperson_
Clint Casperson
Texas Bar No: 24075561
Tracey & Fox Law Firm
440 Louisiana St., Suite 1901
Houston, TX 77002
713-495-2333
ccasperson@traceylawfirm.com