UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     JUDGE MILAZZO
*Durden v. Sanofi, S.A., et al.*

Civil Action No. 2:16-cv-16635

**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF ANTOINETTE DURDEN'S MOTION TO ENFORCE CMO 12A**

Defendant sanofi-aventis U.S. LLC respectfully requests leave to file the attached Surreply in Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Doc. 5518) in light of Plaintiff's Reply Memorandum filed January 11, 2019 (Doc. 5787) and Supplemental Reply Memorandum filed January 17, 2019 (Doc. 5949).

Plaintiff's Reply and Supplemental Reply present new evidence and arguments not previously addressed by the parties. Accordingly, Sanofi submits this Surreply to assist the Court's consideration of these issues.

Plaintiff's Motion, Reply and Supplemental Reply place in dispute whether Sanofi should be permitted to present defenses relating to product identification to the jury. Product identification is an essential element of a Plaintiff's claim. *See, e.g., Herbert v. Miles Pharmaceuticals*, No. 92-cv-4290, 1994 WL 10184, at *3 (E.D. La. 1994); *Avandia Mktg., Sales Pract. And Prods. Liab. Litig.*, No. 2007-md-1871, 2010 WL4720335, at *1 (E.D. Pa. Nov. 15, 2015); *Burns v. Univ. Corp. Prot. Alliance*, No. 4:07-cv-00535, 2007 WL 2811533, at *2 (E.D. Ark. Sept. 25, 2007); *Lee v. Baxter Healthcare Corp.*, 721 F. Supp. 89, 92 (D. Md. 1989). Defendant has a fundamental right to present its defenses on this issue. *See, e.g.*, *Philip Morris*

1

*USA Inc. v. Scott*, 561 U.S. 1301, 1303 (2010); *Armstrong v. Manzo*, 380 U.S. 545, 552 (1965); *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976); *Application of Eisenberg*, 654 F.2d 1107, 1112 (5th Cir. 1981).

Accordingly, the record for this Court's decision and for any appeal should include items previously produced to the Court through letter briefing and exchanged among the parties in discovery, along with other evidence bearing on the issue of product identification. Defendant seeks leave to file the attached Surreply and exhibits in order to establish a complete record.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com


Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*