UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Durden v. Sanofi, S.A., et al.* | JUDGE MILAZZO |

Civil Action No. 2:16-cv-16635

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendant sanofi-aventis U.S. LLC for leave to file the attached Surreply in Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A;

IT IS ORDERED that said Motion is GRANTED, and that the attached Surreply in Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A shall be filed into the docket of this matter.

New Orleans, Louisiana, this ____ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

00570769