

August 24, 2018

RE: Carmelita Carter

## CERTIFICATION

This document is certified by Ochsner Clinic Foundation as being created with data obtained from the patient's pharmaceutical dispense preparation records, which are maintained and kept in the course of the regularly conducted business of Ochsner Clinic Foundation. The following NDC codes are directly correlated with the particular administration of the medication to the patient on the date denoted.

NDC Codes Information
For Docetaxel Administered to Carmelita Carter

| Date, Location | NDC |
|---|---|
| 9/23/15, Ochsner Main Campus | NDC 6758005003 |
| 10/14/15, Ochsner Main Campus | NDC 6758005003 |
| 11/4/15, Ochsner Main Campus | NDC 6758005003 |
| 11/25/15, Ochsner Main Campus | NDC 0409020120 |

Stephanie Norman
Epic Analyst
Information Services, Pharmacy
Ochsner Health System





June 27, 2018

RE:  Irma Stevens

## CERTIFICATION

This document is certified by Ochsner Clinic Foundation as being created with data obtained from Ochsner's purchase history of the medication docetaxel for Ochsner Medical Center for the pertinent portion of 2014. The following NDC codes cannot be directly correlated to the particular administration of the medication to the patient.

### NDC Codes Information
For Docetaxel Administered to IRMA STEVENS, 1/7/2014-3/5/2014

| Invoice Date | Size | Package Quantity | Strength | NDC Code | |
|---|---|---|---|---|---|
| 12/19/2013 | 15 | 1 | 10MGML | 66758005003 | Sandoz |
| 1/15/2014 | 8 | 1 | 10MGML | 409020110 | Hospira |
| 1/16/2014 | 15 | 1 | 10MGML | 66758005003 | Sandoz |
| 1/21/2014 | 1 | 1 | 20MGML | 955102001 | Winthrop |
| 2/5/2014 | 15 | 1 | 10MGML | 66758005003 | |
| 2/11/2014 | 15 | 1 | 10MGML | 66758005003 | Sandoz |
| 2/23/2014 | 15 | 1 | 10MGML | 66758005003 | |
| 3/4/2014 | 15 | 1 | 10MGML | 66758005003 | |

Neil Hunter
Manager, Inpatient Pharmacy
Ochsner Medical Center-New Orleans