UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: COURTNEY PREUSSE
Case No.: 2:18-cv-00696

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Courtney Preusse, on the following dates: 2/21/18, 4/20/18, 5/4/18, 5/21/18, 6/5/18, 6/8/18, 7/6/18, 8/17/18, 12/28/18, 1/2/19, 1/7/19, 1/14/19

by (check all that apply) X telephone, X e-mail, __ text message, X social media, X U.S. Mail, ____ Certified Mail, __ other; and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net