UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: KAREN GROFF
Case No.: 2:18-cv-05468

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Sandra Osovich, on the following dates: 6/26/18, 12/28/18, 1/2/19, 1/3/19, 1/7/19, 1/15/19, 1/16/19 by (check all that apply) X telephone, X e-mail, ___ text message, ___ social media, X U.S. Mail, ____ Certified Mail, X other (sent someone to her last known address); and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net