UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: SANDRA OSOVICH
Case No.: 2:17-cv-12248

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Sandra Osovich, on the following dates: 2/5/18, 3/5/18, 3/8/18, 3/13/18, 3/27/18, 5/1/18, 5/4/18, 6/13/18, 6/21/18, 12/28/18, 1/2/19, 1/3/19, 1/13/19

by (check all that apply) X telephone, X e-mail, __ text message, __ social media, X U.S. Mail, ____ Certified Mail, X other (sent someone to her last known address); and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net