UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: TERESA TERRY
Case No.: 2:16-cv-17238

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Teresa Terry, on the following dates: 7/25/17, 2/8/18, 3/6/18, 3/13/18, 4/23/18, 6/19/18, 6/21/18, 6/29/18, 8/31/18, 12/31/18, 1/7/19

by (check all that apply) _X_ telephone, _X_ e-mail, ___ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ___ other; and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net