UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)               MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Deborah Johnson v. Sanofi U.S. Services, Inc. et al.* Case No.: 16-15607

### NOTICE OF SUBMISSION

Please take notice that Plaintiffs' Opposed Motion for Continuation of Submission Date to Defendant's Motion for Summary Judgment Against Plaintiff Deborah Johnson is submitted for consideration by the Honorable Judge Jane Triche Milazzo as soon as the Court's docket permits.

Respectfully Submitted,

/s/ Richard L. Root
Richard L. Root Bar# 19988
Morris Bart, LLC
601 Poydras, 24th Floor
New Orleans, La 70130
P  (504)525-8000
F: (504)599-3392
rroot@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Richard L. Root