## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

Deborah Johnson v. Sanofi U.S. Services, Inc.
et al. Case No.: 2:16-15607

### PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE SUBMISSION DATE FOR PLAINTIFF'S OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF DEBORAH JOHNSON

        Plaintiff Deborah Johnson by and through her counsel of record, Morris Bart, LLC,

submits this *Ex Parte* Motion to Expedite Submission Date for her Opposed Motion Seeking

Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff

Deborah Johnson (Doc. 5734).  In support of her motion, Plaintiff states as follows:

1.  On January 7, 2019, Defendant Sanofi served on Plaintiff its Defendants' Motion for Summary

    Judgment Against Plaintiff Deborah Johnson  (Doc. 5734).  Sanofi's noticed submission

    date is January 30, 2019, making Plaintiff's deadline to file a response January 22, 2019.

2.  Concurrently herewith, Plaintiff has filed an Opposed Motion for Continuation of Submission

    Date to Respond to Defendant's Motion for Summary Judgment Against Plaintiff

    Deborah Johnson.  However, the 15-day submission date limitation under L.R. 7.2

    would place the submission date after the deadline for Plaintiff to respond to Defendant's

    motion for summary judgment.  There are no other submission dates that would allow

    consideration of Plaintiff's motion to continue in advance of the submission date.  As such,

    Plaintiff respectfully suggests

1

that expedited consideration of Plaintiff's Motion to Continue is warranted under these circumstances.

3.  Liaison counsel for the parties participated in a Case Management Conference with the Court Friday, January 18, 2019.   One of the agenda items for that conference was the propriety of the three motions for summary judgment filed by Sanofi against different Plaintiffs on January 7, 2019.   In light of the Court's direction at the Case Management Conference, Plaintiff files the related Motion to Continue and the instant Motion for Expedited Hearing of the Motion to Continue.

WHEREFORE, Plaintiff Deborah Johnson prays that this Court grant her Ex Parte Motion to Expedite Submission Date to her Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Deborah Johnson  (Doc. 5734), and set the submission date for such motion on a time convenient to the Court prior to January 30, January, 2019, at 9:30 a.m.

**Respectfully submitted,**

/s/ Richard L. Root
Richard L. Root Bar# 19988
Morris Bart, LLC
601 Poydras, 24th Floor  New
Orleans, La 70130
P  (504)525-8000
F: (504)599-3392
rroot@morrisbart.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


<u>/s/</u>Richard L. Root