UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Deborah Johnson v. Sanofi U.S. Services, Inc. et al.* Case No.: 16-15607

## NOTICE OF SUBMISSION

Please take notice that PLAINTIFF'S EX PARTE MOTION TO EXPEDITE SUBMISSION DATE FOR PLAINTIFF'S OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF DEBORAH JOHNSON is submitted for consideration by the Honorable Judge Jane Triche Milazzo as soon as the Court's docket permits.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Richard L. Root
　　　　　　　　　　　　　　　　　　　Richard L. Root Bar# 19988
　　　　　　　　　　　　　　　　　　　Morris Bart, LLC
　　　　　　　　　　　　　　　　　　　601 Poydras, 24th Floor
　　　　　　　　　　　　　　　　　　　New Orleans, La 70130
　　　　　　　　　　　　　　　　　　　P (504)525-8000
　　　　　　　　　　　　　　　　　　　F: (504)599-3392
　　　　　　　　　　　　　　　　　　　rroot@morrisbart.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Richard L. Root