**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

**THIS DOCUMENT RELATES TO:**

*Deborah Johnson v. Sanofi U.S. Services, Inc. et al.* Case No.: 2:16-15607

<u>**ORDER**</u>

Considering the foregoing Plaintiffs' Ex Parte Motion to Expedite Submission Date for their Opposed Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Deborah Johnson;

It is ORDERED that said Motion is GRANTED and the Plaintiffs' Motion to Continue will be submitted on January 16, 2019.

It is further ordered that Defendant Sanofi submit any opposition to the Motion to Continue Submission Date no later than January _____, 2019.

New Orleans, Louisiana, this _____ day of January, 2019

_____
UNITED STATES DISTRICT JUDGE

1