**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   **JOYCE COSTA**
Case No.:         **2:17-cv-16298**

**STATEMENT OF PLAINTIFF'S COUNSEL**

I represent Joyce Costa whose case is on a Notice of Non-Compliance to be heard by the Court in February 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 21, 2019                    _/s/ Ethan L. Shaw_
                                           ETHAN L. SHAW
                                           Shaw Cowart, L.L.P.
                                           1609 Shoal Creek Blvd., Suite 100
                                           Austin, Texas 78701
                                           T: 512.499.8900 / F: 512.320.8906
                                           elshaw@shawcowart.com