UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** **DAWN KRESSLY**
**Case No.:** **2:17-cv-15699**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Dawn Kressly whose case is on a Notice of Non-Compliance to be heard by the Court in February 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 21, 2019

/s/ *Ethan L. Shaw*
ETHAN L. SHAW
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906
elshaw@shawcowart.com