UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MARY COE<br><br>v.<br><br>SANOFI US SERVICES INC., ET AL. | MDL NO. 2740 SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH<br><br>CIVIL ACTION NO:  2:17-cv-16291 |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

_____

Full Dismissal with Prejudice - Mary Coe                                                                  page 1 of 2

<div style="display:flex">

Dated this 21st day of January 2019

**SHAW COWART, L.L.P.**

/s/ Ethan L. Shaw

ETHAN L. SHAW

Texas Bar No. 18140480

elshaw@shawcowart.com

JOHN P. COWART

Texas Bar No. 04919500

jcowart@shawcowart.com

1609 Shoal Creek Blvd., Suite 100

Austin, Texas 78701

T: 512.499.8900 / F: 512.320.8906

**ATTORNEYS FOR PLAINTIFF**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Ethan L. Shaw