UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO:<br><br>JULIE CLARK v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 18-CV-07024 |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Steven Dean Davis, with TorHoerman Law LLC, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute J. Christopher Elliott of Bachus & Schanker, LLC as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of TorHoerman Law LLC wish to withdraw and substitute Attorney J. Christopher Elliott, as follows:

J. Christopher Elliott
Colorado Bar No. 41063
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: 303-893-9800
Facsimile: 303-893-9900

1

CElliott@ColoradoLaw.net

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel as set forth herein.

**Respectfully submitted and representation accepted by:**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

By: */s/ Steven D. Davis*
Steven D. Davis (IL 6281263)
TorHoerman Law LLC
210 South Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
Email: sdavis@thlawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott