**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 18-CV-07024 |
| JULIE CLARK v.  SANOFI-AVENTIS U.S. LLC, ET AL. | |

## <u>ORDER</u>

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED, AND DECREED THAT Steven Dean Davis with TorHoerman Law LLC be allowed to withdraw as Plaintiff's counsel, and further, that J. Christopher Elliott of Bachus & Schanker, LLC, be allowed to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO

1