UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Teresa Hamilton v. McKesson Corporation, d/b/a McKesson Packaging; Case No. 2:18-cv-13033* | : : | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file a Second Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Second Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this ____ day of _____, 2019

_____
Hon. Jane Triche Milazzo