UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. \_\_\_\_**
**[APPOINTMENT OF PLAINTIFFS' COUNSEL FOR MDL 2740]**

Pretrial Order No. 75 (Rec. Doc. 1507) appointed Plaintiffs' counsel to various positions for a term expiring January 1, 2019. These appointments include: (1) Plaintiffs' Liaison Counsel; (2) Plaintiffs' Executive Committee; (3) Plaintiffs' Steering Committee; and (4) Plaintiffs' Federal-State Liaison Counsel. The Court has been in routine communications with the Special Master and has been informed of the contributions in time and expenses of these Plaintiffs' counsel.

**IT IS ORDERED** that the Court reappoints counsel to their respective positions within MDL 2740 from the previous term that concluded on January 1, 2019. Exhibit A attached hereto outlines all Plaintiff appointments.

All appointments shall be for a term beginning from the date of this Order until January 1, 2020, at which time the Court will address the appointment or reappointment of counsel. Counsel are advised to consult the Pretrial Orders to review the duties and responsibilities associated with their respective positions.

New Orleans, Louisiana, this \_\_ day of _____, 2019.

         _____
         **JANE TRICHE MILAZZO**
         **UNITED STATES DISTRICT JUDGE**