UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | Case No. 16-cv-15500 |

Genelle Williams,

  Plaintiff

v.

Sanofi, et al.,

  Defendants

---

**CONSENT MOTION TO EXTEND SUBMISSION DATE
FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM
COMPLAINT TO JUNE 5, 2019**

---

Plaintiff Genelle Williams, and defendants Actavis Pharma, Inc., Actavis LLC, and Sagent Pharmaceuticals, Inc., specially appearing to oppose the motion to amend, hereby move to extend the submission date of Plaintiff's Motion for Leave to File Amended Short Form Complaint [Doc. 5227] to June 5, 2019. Pursuant to LR 7.3, this motion is accompanied by a proposed order.

Respectfully submitted,

Dated January 22, 2019

| JOHNSON BECKER, PLLC | ULMER & BERNE LLP |
|---|---|
| s/ Alexandra W. Robertson | s/ Michael J. Suffern |
| Alexandra W. Robertson, MN Bar #395619 | Michael J. Suffern |
| Timothy J. Becker, MN Bar #256663 | Kimberly L. Beck |
| Johnson Becker, PLLC | Ulmer & Berne LLP |
| 444 Cedar Street, Suite 1800 | 600 Vine Street, Suite 2800 |
| St. Paul, Minnesota 55101 | Cincinnati, OH 45202 |
| (612) 436-1800 (telephone) | (513) 698-5000 (telephone) |
| arobertson@johnsbecker.com | msuffern@ulmer.com |
| tbecker@johnsonbecker.com | kbeck@ulmer.com |
| ***Attorneys for Plaintiff*** | ***Counsel for Specially Appearing Defendants, Sagent Pharmaceuticals, Inc., Actavis Pharma, Inc., and Actavis LLC*** |

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of January, 2019, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

s/ Michael J. Suffern

Michael J. Suffern

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | Case No. 16-cv-15500 |

Genelle Williams,

  Plaintiff

v.

Sanofi, et al.,

  Defendants

---

**[PROPOSED] ORDER GRANTING
CONSENT MOTION TO EXTEND SUBMISSION DATE
FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM
COMPLAINT TO JUNE 5, 2019**

---

    For the reasons set forth in the consent motion, and for other good cause shown, this Court **GRANTS** the Consent Motion to Extend Submission Date for Plaintiff's Motion for Leave to File Amended Short Form Complaint to June 5, 2019.

                                          **IT IS SO ORDERED**.

                                          _____

                                          JUDGE, JANE T. MILAZZO