# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: JULIE CLARK v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 18-CV-07024 |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 5966);

**IT IS ORDERED** that the Motion is **GRANTED** and Steven Dean Davis with TorHoerman Law LLC be allowed to withdraw as Plaintiff's counsel, and further, that J. Christopher Elliott of Bachus & Schanker, LLC, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 22nd day of January, 2019.

JUDGE JANE TRICHE MILAZZO