UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Durden v. Sanofi S.A., et al., 16-16635

## ORDER

Considering Plaintiff's Motion for Leave to File a Supplemental Reply Memorandum in Support of Plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Doc. 5949);

**IT IS ORDERED** that Motion is **GRANTED**, and the Clerk is directed to enter Plaintiff's Supplemental Reply Memorandum in Support of Plaintiff Antoinette Durden's Motion to Enforce CMO 12A into the Court's docket.

New Orleans, Louisiana this 22nd day of January, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE