UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Durden v. Sanofi S.A., et al., 16-16635 | |

### SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF ANTOINETTE DURDEN'S MOTION TO ENFORCE CMO 12A

MAY IT PLEASE THE COURT:

Plaintiff respectfully submits this supplemental reply memorandum in order to identify additional supporting evidence for the relief sought in the instant Motion.

Plaintiff Antoinette Durden previously obtained three separate patient-specific medical and/or billing records which identify Sanofi, by NDCs, as the manufacturer of the Taxotere products administered to her. Despite Ms. Durden obtaining NDCs, Sanofi asserts such information is unreliable, in part, because (1) the facility did not purchase Taxotere with the NDCs identified in Ms. Durden's billing records within eight months prior to her treatment and (2) Plaintiff cannot produce a witness who administered, observed, or documented the docetaxel products given to Ms. Durden at the time of her treatment. As Plaintiff's counsel has noted, Sanofi's interpretation of what constitutes the identification of a manufacturer, if allowed to stand, would call into question manufacturer identification in nearly all claims filed in this MDL, as it would require Plaintiffs to call a witness who actually observed the medication being added to an infusion bag and then administered to the patient. In hopes of relieving these fears, Sanofi has repeatedly reassured this Court that "Durden is unlike the thousands of cases that have

uploaded valid evidence of product identification under CMO 12." *See* Sanofi's Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Rec. Doc. 5728).  However, Ms. Durden's case and her basis for product identification are like many other Plaintiffs' in this matter.

Plaintiff's counsel was recently advised that another MDL Plaintiff, Patricia St. Ann, received Ochsner patient-specific billing records which identify Sanofi, by NDCs, as the manufacturer of the Taxotere products administered to her.  Interestingly, Ms. St. Ann was treated at the same facility as Ms. Durden, Ochsner Clinic Foundation, and during the same time period as Ms. Durden, namely from October 2011 to December 2011.  Much like counsel in the Durden matter, Ms. St. Ann's counsel was originally unable to obtain any patient specific billing records from Ochsner.  Counsel in the St. Ann matter set a 30(b)(6) deposition of Ochsner.  On the day of the deposition, after showing up to the facility and hiring a court reporter, Ms. St. Ann's counsel was informed that Ochsner would not be producing a witness in response to the 30(b)(6) notice.  Ms. St. Ann's counsel continued to pursue the matter and ultimately received a production by Ochsner consisting of screen shots from an unidentified Ochsner database showing superbilling records for Ms. St. Ann which identify Sanofi, by NDC 00075800120, as the manufacturer of the Taxotere products administered to Ms. St. Ann.  *See* Ex. A, Patient Specific Billing Records for Patricia St. Ann.  The billing records produced to Ms. St. Ann have the exact same Sanofi NDC (00075800120) identified in Ms. Durden's patient specific billing records during the same time period.

The production made by Ochsner in Ms. St. Ann's case is relevant to Ms. Durden's case, as evidence that the product identification obtained in Ms. Durden's case is not an outlier, as suggested by Sanofi.  It also further illustrates that Sanofi's "contrary evidence" is simply

unsupportable. Clearly, Ochsner had purchased Sanofi's Taxotere more than eight months before either Ms. Durden or Ms. St. Ann were administered the drug, it was available to use for Ms. Durden's and Ms. St. Ann's treatment, and it was in fact administered to these women between October 2011 and December 2011.

The CMO 12A compliant documentation previously submitted by Ms. Durden, in combination with this additional relevant evidence, are not contradicted by any "contrary evidence" submitted by Sanofi; rather, Sanofi's products were available in the Ochsner pharmacy and were being used during the relevant time period as memorialized in these contemporaneous patient specific billing records. It is impossible to reconcile Sanofi's position, that its Taxotere products could not have been administered because they had not been purchased within eight months of administration to both Ms. Durden and Ms. St. Ann, with the Ochsner patient-specific records finally produced in those cases.

Dated: January 17, 2019                      Respectfully submitted,

/s/ Christopher L. Coffin                    /s/ Karen B. Menzies
Christopher L. Coffin (#27902)               Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.             GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505              6701 Center Drive West, Suite 1400
New Orleans, LA 70112                        Los Angeles, California 90045
Phone: 504-355-0086                          Telephone: 510-350-9700
Fax: 504-523-0699                            Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                       kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

4

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>The Lambert Firm, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>ejeffcott@thelambertfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT