UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:            JUDGE MILAZZO
*Durden v. Sanofi, S.A., et al.*

Civil Action No. 2:16-cv-16635

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendant sanofi-aventis U.S. LLC for leave to file the attached Surreply in Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Doc. 5953);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the attached Surreply in Opposition to Plaintiff Antoinette Durden's Motion to Enforce CMO 12A shall be filed into the docket of this matter.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE