

| | | | |
|---|---|---|---|
| **PBC** PENDLEY BAUDIN & COFFIN ATTORNEYS AT LAW | Patrick W. Pendley Stanley P. Baudin Christopher L. Coffin*† *Also admitted in Georgia †Registered nurse Nicholas R. Rockforte | Pamela P. Baudin Courtney L. Stidham* *Also admitted in Alabama Jessica A. Reynolds Evan P. Fontenot Shannon A. Shelton | Of Counsel: David M. Hundley* *Admitted only in Illinois Tracy L. Turner* *Admitted only in Ohio |

September 18, 2018

**VIA E-MAIL**

The Honorable Jane Triche Milazzo
United States District Judge
500 Poydras Street
Room C206
New Orleans, LA 70130

Dear Judge Milazzo,

On September 7, 2018, Liaison Counsel for Sanofi reached out to Your Honor's chambers stating that a disagreement had arisen regarding the eligibility of Antoinette Durden to serve as a bellwether plaintiff in MDL 2740. Pursuant to Your Honor's request, I submit the following response setting forth the reasons why Ms. Durden's case should remain as the first setting trial case in this MDL. Ms. Durden's case should remain in the trial pool because Ms. Durden currently possesses sufficient evidence to establish Sanofi as the manufacturer of Taxotere/docetaxel administered to her.

I.     **Plaintiffs, Sanofi, and this Court have already Determined Ms. Durden's Case is Representative and Appropriate for Trial.**

On March 5, 2018, Plaintiffs and Sanofi both nominated Ms. Durden's case as an appropriate, representative case to be tried in this MDL, consistent with Case Management Order No. 3 (which has been superseded by Case Management Order No. 14). On that same date, counsel for Sanofi received a notification that Ochsner was not in possession of an NDC code for Ms. Durden. *See* Exhibit A, Timeline of Events Related to Durden Manufacturer Identification. Despite this knowledge, Sanofi did not inform the Court that NDC codes were lacking at any time prior to the Court's selection of trial plaintiffs for the first bellwether trial. After reviewing the parties' submissions, the Court selected Ms. Durden as the primary plaintiff for the first bellwether trial. CMO No. 13. Now, months later, after the parties have conducted significant discovery, including multiple depositions and expert work, Sanofi has changed its tune.

For these reasons and those that follow, Ms. Durden's case should remain the primary plaintiff for the first trial in this MDL.

---

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
2505 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

**T** (504) 355.0086
**F** (504) 355.0089
pbclawfirm.com

**II.** **Ms. Durden's Billing and Medical Records Clearly Indicate She was Administered Taxotere 20mg Manufactured by Sanofi (or its subsidiary Winthrop US)**

Ms. Durden underwent adjuvant chemotherapy treatment following her surgery for early stage breast cancer between October 18, 2011 and February 1, 2012. A review of Ms. Durden's billing records from Ochsner clearly indicate that she received "**Taxotere 20mg**". *See* Exhibit "B," Antoinette Durden's billing records. This is important for two reasons. First, Ms. Durden's billing records establish that when Ms. Durden was administered a generic drug product, such as cyclophosphamide (another chemotherapy agent), Ochsner billed according to the generic name rather than the brand-name. In Ms. Durden's case, her billing records consistently show that she was billed for brand name **Taxotere** 20mg.

In addition, the medical records establish that Ms. Durden received a **20mg** dosage of Taxotere. The fact that Ms. Durden received a 20mg dose of Taxotere/docetaxel during late 2011 and early 2012 is critical because only two manufacturers, Sanofi/Winthrop[1] and Sun Pharmaceutical Industries, Inc. (Sun Pharma), had a 20mg dosage of Taxotere/docetaxel on the market at the time. *See* Exhibit C, Excel spreadsheet from the FDA's National Drug Code Directory for docetaxel.[2] As set forth in Exhibit C, the only 20mg products on the market during the time-period of October 18, 2011 to February 1, 2012, were products manufactured by Sanofi/Winthrop and Sun Pharma.

According to the FDA, Sun Pharma received approval for, and began marketing, a 20mg docetaxel product referred to as "Docefrez," on May 3, 2011. The FDA currently displays the marketing status of "Docefrez" as discontinued, which is why it does not appear in the active NDC directory for docetaxel. *See* Exhibit D, Printout of FDA information on Docefrez. However, counsel for both Sanofi/Winthrop and Sun Pharma have confirmed with Plaintiffs' Liaison Counsel that their 20mg Taxotere/docetaxel drug products were on the market during Ms. Durden's relevant usage time-period. Sun Pharma's docetaxel product was marketed under the unique name of "Docefrez."[3] However, Ms. Durden's medical records are devoid of any reference to "Docefrez" and likewise her billing records do not reflect that she was billed for Docefrez.

By way of contrast, there are currently four (4) Plaintiff Fact Sheets on file with confirmed Sanofi/Winthrop product identification within Louisiana alone during the time-period of 2011. Of interest, undersigned counsel represents another plaintiff in this MDL, Toneka Terry[4], who like

---

[1] Winthrop US is a wholly owned subsidiary of Sanofi-aventis US, LLC, which took over all manufacture of Sanofi-manufactured docetaxel after the product came off patent on March 9, 2011.

[2] Should the court wish to re-create this search your Honor need only access the FDA's National Drug Code Directory at https://www.accessdata.fda.gov/scripts/cder/ndc/index.cfm and then select the type as "nonproprietary name" and enter in the second box below the term "docetaxel."

[3] Furthermore, although Sun Pharma is a named 505(b)(2) defendant in this MDL litigation, very few cases have alleged, let alone confirmed, usage of a Sun Pharma product. A review of Plaintiff Fact Sheets on file in MDL Centrality reveals that only forty-three (43) plaintiffs have alleged use of a Sun Pharma product in their PFS(s). Of those forty-three (43) cases only three (3) have confirmed proof of usage of a Sun Pharma product. Two (2) of those plaintiffs are from California and the third is from New York. In addition, we understand from discussions among Liaison Counsel that Sun Pharma maintained a very small, single-digit percentage of the market share of docetaxel products.

[4] Toneka Terry vs. Sanofi S.A.,et al, 17-cv-01637; MDL Centrality Plaintiff ID: 1113.

Ms. Durden was treated at Ochsner in New Orleans, from July 2012 to September 2012. In Ms. Terry's case, counsel was able to obtain records from Ms. Terry's insurer, Blue Cross and Blue Shield of Louisiana, which show that Ms. Terry was administered Sanofi manufactured Taxotere products in 2012. *See* Exhibit E, Insurance Records for Toneka Terry. Similarly, in another case in which the Plaintiff, Clare Guilbault, was treated at Ochsner during the time-period of December 2013 to February 2014, counsel sent a request for NDC information to Ochsner. Plaintiff's request was responded to by Meredith M. Miceli, Associate General Counsel for Ochsner, stating that Ochsner did not believe that Plaintiff's release of information request was the appropriate means to pursue such information. In accordance with CMO 12A, Sanofi sent a similar request, along with the same HIPAA utilized by Plaintiff's counsel, to the same address that Plaintiff made her initial request. Strangely, despite the requests being almost identical in terms of the information being sought, Sanofi received a certification from Ochsner Foundation Clinic setting forth Ochsner's purchase history for docetaxel during the time-period of December 2013 to February 2014. Of note, the purchase history reveals that even in 2014 Ochsner Clinic Foundation was only purchasing one form of 20mg Taxotere/docetaxel and the manufacturer of that 20mg dosage was Sanofi/Winthrop. *See* Exhibit F, Requests for NDCs and Certification of Purchase History for Clare Guilbault.

Unfortunately, Ochsner's failure to cooperate with Plaintiff's counsel has resulted in difficulty obtaining additional product manufacturer evidence. Despite this, Plaintiff is confident that the evidence on hand overwhelmingly establishes that is more likely than not that, based on a preponderance of the evidence to date, Sanofi/Winthrop is the manufacturer of the six (6) doses of Taxotere 20mg administered to Ms. Durden.

### III.    Phase II Discovery is Ongoing and Plaintiff is Actively Engaged in Numerous Pending Discovery Requests in this Case.

To supplement the above referenced evidence supporting Sanofi's status as the manufacturer of Ms. Durden's docetaxel, my office sent multiple requests and subpoenas to Ochsner which remain outstanding. On June 1, 2018 counsel sent a request to Ochsner for Health Insurance claim form information regarding Ms. Durden. *See* Exhibit G, June 1, 2018 request. On August 13, 2018 counsel once more sent a request to Ochsner seeking "Patient Revenue Cycle" records after being advised that this was a term commonly used at Ochsner. *See* Exhibit H, August 13, 2018 request. Counsel's office followed up on this request on August 14, 2018 and was informed that the request should be processed within 7-10 days. Despite numerous follow-ups, my office has yet to receive a formal response. Additionally, undersigned counsel issued and served a subpoena on Ochsner, directed to associate general counsel Meredith Miceli, on August 21, 2018 for NDC information. *See* Exhibit I, Subpoena to Ochsner. To date, I have received no response regarding this subpoena. As a result, my office issued a 30(b)(6) notice and related documents subpoena to Ochsner which was served on September 7, 2018. *See* Exhibit J. A 30(b)(6) deposition of a corporate representative for Ochsner is currently set for October 10, 2018. Lastly, in light of the information produced by Ochsner in the Clare Gibault case, counsel sent a request for the Ochsner Foundation Clinic's purchase of Taxotere/docetaxel for the time period of October 2011 to February 2012 to Ochsner on September 14, 2018. *See* Exhibit K, September 14, 2018 request.

In addition to the above actions, my office reached out to Ms. Durden's insurer, Louisiana Medicaid. In doing so, I have learned that requests for Medicaid payments are submitted through a third party known as Molina Medicaid Solutions of Louisiana. As required under federal law, Ochsner was obligated to provide NDC codes for the chemotherapy drugs administered to Ms. Durden, including Taxotere, in order to be reimbursed by Medicaid. In light of these facts, my office issued a subpoena to Molina Medicaid Solutions on September 6, 2018.

Additionally, I recently discovered that Sanofi is in possession of relevant information related to manufacturer identification in Ms. Durden's case that has never been disclosed in Ms. Durden's case. *See* Exhibit L, Plaintiff's September 14, 2018 letter to Sanofi and Exhibit M, Bates Document Sanofi_04408791. As set forth in Exhibit L, a review of materials produced in general liability discovery demonstrates that Sanofi is in possession of information tracking its sale and distribution of Taxotere to Ms. Durden's treating facility as well as IMS data pertaining to Ms. Durden's prescribing oncologist, Dr. Sophy Jancich. Despite Sanofi's obligations, particularly in Sections II and V of the DFS, to produce such important sales information related to Ms. Durden's chemotherapy provider/facility, Sanofi has failed to do so. [5] Additionally, discovery related to Sanofi's forthcoming productions may be warranted.

Despite the evidence on hand demonstrating positive manufacturer identification and the fact that discovery is still actively underway, Defendants seek to have Ms. Durden excluded as a bellwether trial plaintiff. Unfortunately, Sanofi's reasoning appears to be premised on the false narrative that Ms. Durden is not eligible to be a bellwether plaintiff under the requirements set forth in CMO 14. *See* Exhibit N, Sanofi's letter dated August 23, 2018. However, such a reading of CMO 14 does not comport with the order's plain text. Specifically, paragraph 7 of CMO 14, which Defendants cite in support of their argument, addresses the nomination of trial plaintiffs <u>for trials three, four, and five and is not applicable in scope to those cases previously selected for the first trial</u>. *See* Exhibit O, CMO 14, ¶7(c).

Additionally, Defendants reliance on CMO 12 is likewise misplaced considering that at the time Ms. Durden was initially nominated to the first trial pool on July 21, 2017, there was no agreement between the parties that the only method by which to establish product identification was through the use of NDC codes. In fact, CMO 12 was not even entered by the Court until January 12, 2018, almost six (6) months after Ms. Durden was initially nominated. Furthermore, footnote 10 of CMO 12A (Rec. Doc. 3492) specifically authorizes discovery related to product identification to continue until the conclusion of Phase II discovery on November 7, 2018.

## IV. Conclusion.

Although Ms. Durden maintains that sufficient evidence has been amassed to prove by a preponderance of the evidence that Sanofi is the manufacturer of the Taxotere 20mg administered

---

[5] At the parties' discovery status conference with Magistrate Judge North today, Sanofi was directed by Judge North to produce case specific sales/IMS data related to Ms. Durden's case. Counsel for Sanofi ensured that they would make every effort to produce this information in advance of the instant conference with Your Honor on September 20th. I will supplement this correspondence, as necessary, upon receipt of this highly relevant evidence.

to her, more evidence may exist.  Discovery is still ongoing, and Ms. Durden should be afforded the opportunity to complete that discovery and present her case to a jury.

Very truly yours,

Christopher L. Coffin

CLC/jpr
/enclosures

cc: Harley V. Ratliff, Esq.
  Douglas J. Moore, Esq.
  John F. Olinde, Esq.
  Karen B. Menzies, Esq.
  Dawn M. Barrios, Esq.
  M. Palmer Lambert, Esq.

**Timeline of Events Related to Durden Manufacturer Identification**

- Prior to filing this case, Plaintiff's counsel obtained medical records indicating Taxotere 20mg was administered to Ms. Durden.
- An **initial request** for billing records was sent to Ochsner on March 3, 2016.
- On March 4, 2016 a call was placed to follow-up on the request and my office was informed that the request had not yet been received.
- On March 11, 2016 a call was placed to follow-up and my office was informed that it generally takes up to 10 days for the request to be entered into the system.
- On September 1, 2016 a **second additional request** was sent, this time directed to Ms. Canty as instructed by Ochsner, requesting all Health Insurance Claim Forms 1500/CMS-1500, Superbill Reports including NDC codes for Taxotere/Docetaxel for each of Plaintiff's treatment dates.
- On November 10, 2016 a follow-up call was placed to Ms. Canty.
- On November 16, 2016 a voicemail was left for Ashley.
- On November 18, 2016 Ochsner's billing department informed my office that they were unsure if they could provide records by December 1st, as had been requested.
- On November 28, 2016 an additional voicemail was left.
- On April 19, 2017 a **third request** was sent to Ms. Canty requesting NDCs and including an NDC checklist, prior to CMO 12.
- On May 3, 2017 my office followed up with the billing department and **fourth follow up request** was addressed to Ashley Canty.
- On May 11, 2017 my office was informed that the request was being processed.  Shortly after, Ms. Canty faxed my office a copy of our April 19, 2017 request with a handwritten NDC code for Taxotere on the first page as well as several other documents.  However, Ms. Canty did not sign or check a particular code on the NDC checklist.
- On May 22, 2017 a copy of the information with the handwritten NDC codes received from Ms. Canty were uploaded to MDL Centrality as Record Document Number 3289 as "Proof of Use – Medical Records."
- On June 29, 2017 my office left a voicemail for Ms. Canty and sent Ashley an email requesting that the NDC checklist be completed.
- On August 7, 2017 my office once again emailed Ms. Canty regarding completion of the NDC checklist.
- On August 8, 2017 Ms. Canty emailed my office requesting that the checklist be resent.  The checklist was resent to Ms. Canty that same day.
- On February 14, 2018 Sanofi made a request to Ochsner for NDC codes.
- A statement from Ochsner that NDC codes could not be found due to the age of the dates of service was received by Sanofi on March 5, 2018.   That same day, both Sanofi and Plaintiffs nominated Ms. Durden's as a representative case to be tried in this MDL.
- On March 9, 2018 the Court identified Ms. Durden as one of the 4 trial plaintiffs for the first bellwether.
- On March 12, 2018 Sanofi uploaded a statement from Ochsner stating that no NDCs could be produced.  This document was uploaded to MDL Centrality as record document number 109828.
- On March 15, 2018 a follow-up email was sent to Ms. Canty regarding the NDC checklist and re-sent a copy of the original information that Ms. Canty provided my office on May 11, 2017 in which she identified Sanofi as the manufacturer of Plaintiff's docetaxel.

- On March 16, 2018 Ms. Canty emailed my office and stated that she believed she had previously returned a sign form but would review and fax the signed form back on Monday (March 19, 2018).
- On March 16, 2018 Plaintiff listed Ms. Canty as a possible witness on her witness list.
- On March 20, 2018 Canty faxed a signed NDC checklist to my office.
- On March 21, 2018, my office uploaded the certified NDC checklist from Canty to MDL Centrality as record document number 117603.
- On April 5, 2018 counsel received an informal request to obtain deposition dates for Ms. Canty.  During this time a meet and confer was on going between the parties regarding granting of additional depositions.
- On April 16, 2018 the parties exchanged emails regarding granting additional depositions and Ms. Canty was no longer listed as a witness whom Sanofi sought to depose.
- On April 17, 2018 Sanofi received a letter from Ochsner in which Ms. Canty rescinds her certification of NDC codes for Antoinette Durden.
- On April 19, 2018 counsel received an email from Sanofi informing Plaintiff of Ms. Canty's rescission letter.

**Hospital Encounter Detail & Summary Report**

DURDEN ,ANTOINETTE M   11/8/1950   8245896   Oshsner-Main Campus Hospital

| Encounter | Adm Date | Disch Date | Service Date/Time | Activity Code | Description | Quantity | Amount | Transaction Type | Financial Class |
|---|---|---|---|---|---|---|---|---|---|
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30217586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30286880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30686934 | VITAMIN D, 25 HYDROXY | 1 | $267.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 9/1/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/3/2011 | 110132 | MEDICAID PAYMENT | -6 | -$78.75 | PAYMENT | COMMUNITY OF CARE |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/3/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/3/2011 | 620009 | MEDICAID OF ALLOW. | -6 | -$551.25 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/27/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/27/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/30/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.06 | PAYMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 620009 | MEDICAID OF ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/7/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/7/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/10/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/31/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.06 | PAYMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/31/2011 | 620009 | MEDICAID OF ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 11/1/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/17/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/17/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/20/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.06 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 620009 | MEDICAID OF ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $300.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631157 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631598 | TAXOTERE 20 MG | 7 | $9,896.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631639 | INFUSION/ADD'L SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,286.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33692269 | RANITIDINE/0.45NS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/26/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/26/2011 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/27/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/27/2011 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/28/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/28/2011 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/29/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 10/29/2011 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/5/2011 | 110132 | MEDICAID PAYMENT | -18 | -$3,081.05 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/5/2011 | 620009 | MEDICAID OF ALLOW. | -18 | -$15,203.95 | ADJUSTMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/7/2011 | 110132 | MEDICAID PAYMENT | -1 | -$1,660.74 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/7/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -18 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 7/2/2012 | 110132 | MEDICAID PAYMENT | 1 | $1,660.74 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 7/2/2012 | 620009 | MEDICAID OF ALLOW. | 1 | $8,195.26 | ADJUSTMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 7/5/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 1/13/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 1/16/2013 | 110434 | DENIED-TIMELY FILING | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/9/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 12/3/2013 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 3/17/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 3/21/2013 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 643727332 | 10/18/2011 | 10/31/2011 | 7/30/2013 | 620009 | MEDICAID OF ALLOW. | -1 | -$8,195.26 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30217586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30286880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30287070 | PHOSPHORUS | 1 | $43.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30286714 | MAGNESIUM | 1 | $36.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/29/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/28/2011 | 110132 | MEDICAID PAYMENT | -8 | -$91.56 | PAYMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/28/2011 | 620009 | MEDICAID OF ALLOW. | -8 | -$414.14 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/30/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896011 | 10/28/2011 | 10/28/2011 | 10/28/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 28245896011 | 10/28/2011 | 10/28/2011 | 10/28/2011 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 28245896011 | 10/28/2011 | 10/28/2011 | 10/31/2011 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 282458967011 | 10/28/2011 | 10/28/2011 | 11/28/2011 | 110132 | MEDICAID PAYMENT | -2 | -$9.24 | PAYMENT | COMMUNITY OF CARE |
| 282458967011 | 10/28/2011 | 10/28/2011 | 11/28/2011 | 620009 | MEDICAID CP ALLOW. | -2 | -$65.76 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967011 | 10/28/2011 | 10/28/2011 | 11/30/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631049 | CHEMO ADMIN IV INFUSION1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631596 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631609 | INFUSION/ADD'L SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33692269 | RANITIDINE5.0MG 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/10/2011 | 33631855 | INJECTION, SUBQ/M / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/10/2011 | 33632894 | PEGFILGRASM 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/12/2011 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/12/2011 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/13/2011 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/22/2011 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/3/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/3/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/23/2012 | 110132 | MEDICAID PAYMENT | -12 | -$244.16 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/23/2012 | 620009 | MEDICAID CP ALLOW. | -12 | -$1,204.84 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/23/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/25/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 2/6/2012 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 2/7/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -12 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/2/2012 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/3/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/16/2012 | 110132 | MEDICAID PAYMENT | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/17/2012 | 999610 | PENDING FURTHER REVIEW | -5 | -$143.62 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/23/2012 | 110132 | MEDICAID PAYMENT | -7 | -$3,639.61 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/23/2012 | 620009 | MEDICAID CP ALLOW. | -7 | -$17,960.39 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/24/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 29689992 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/10/2011 | 99888991 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/9/2011 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/9/2011 | 620009 | MEDICAID CP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/9/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/19/2011 | 110132 | MEDICAID PAYMENT | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/19/2011 | 999610 | PENDING FURTHER REVIEW | -3 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33065661 | CHEMO COMPOUNDING FEE | 2 | $58.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531044 | CHEMO ADMIN IV INFUSION1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531079 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531192 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531591 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531604 | INFUSION/ADD'L SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33533000 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592337 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592469 | DIPHENHYDRAMINE 50MG/ML 50ML | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592515 | DEXIM 20MG/ALOXI .25MG/N5 50ML | 1 | $1,287.00 | ANCILLARY CHARGE | GUA |
| 6404022083 | 11/15/2011 | 11/30/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404022083 | 11/15/2011 | 11/30/2011 | 12/28/2011 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -8 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404022083 | 11/15/2011 | 11/30/2011 | 2/20/2012 | 110132 | MEDICAID PAYMENT | -8 | -$1,916.52 | PAYMENT | COMMUNITY OF CARE |
| 6404022083 | 11/15/2011 | 11/30/2011 | 2/20/2012 | 620009 | MEDICAID CP ALLOW. | -8 | -$9,457.48 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404022083 | 11/15/2011 | 11/30/2011 | 2/22/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 29689992 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30217596 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30296800 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/26/2011 | 99888881 | PKW940 1059 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -6 | -$49.94 | PAYMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 12/26/2011 | 620009 | MEDICAID CP ALLOW. | -6 | -$347.06 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 12/29/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/3/2011 | 99888891 | PKW940 1059 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.06 | PAYMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/26/2011 | 620009 | MEDICAID CP ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/28/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404127291 | 11/30/2011 | 7/27/2012 | 12/29/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/15/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632894 | PEGFILGRASM 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33072562 | PIGGYBACK | 1 | $19.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631049 | CHEMO ADMIN IV INFUSION1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |

| Account | Date | Date | Date | Code | Description | Qty | Amount | Trans Type | Trans Cat |
|---|---|---|---|---|---|---|---|---|---|
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $206.00 | ANCILLARY CHARGE | GUA |
| 6404139826 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631596 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631639 | INFUSION/ADD'L SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632495 | RANITIDINE 25MG/ML (ZANTAC) | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633122 | SODIUM CHLORIDE 0.9% 100ML BAG | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631865 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632894 | PEGFILMLGRASA 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/9/2012 | 110132 | MEDICAID PAYMENT | -14 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/10/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -14 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/11/2012 | 33692269 | RANITIDINE/0.45NS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/5/2012 | 110132 | MEDICAID PAYMENT | -8 | $0.00 | PAYMENT | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/7/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -8 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/12/2012 | 110132 | MEDICAID PAYMENT | -6 | -$259.50 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/12/2012 | 620009 | MEDICAID OP ALLOW. | -6 | -$1,280.50 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/13/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/19/2012 | 110132 | MEDICAID PAYMENT | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/20/2012 | 999810 | PENDING FURTHER REVIEW | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/26/2012 | 110132 | MEDICAID PAYMENT | -8 | -$5,596.91 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/26/2012 | 620009 | MEDICAID OP ALLOW. | -8 | -$27,619.09 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/27/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -8 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 5/18/2012 | 620009 | MEDICAID OP ALLOW. | -1 | -$28.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 282459967534 | 12/19/2011 | 12/19/2011 | 12/19/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 282459967534 | 12/19/2011 | 12/19/2011 | 12/22/2011 | 30218222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282459967534 | 12/19/2011 | 12/19/2011 | 1/9/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282459967534 | 12/19/2011 | 12/19/2011 | 1/9/2012 | 110132 | MEDICAID PAYMENT | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282459967534 | 12/19/2011 | 12/19/2011 | 1/9/2012 | 620009 | MEDICAID OP ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 282459967534 | 12/19/2011 | 12/19/2011 | 1/10/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 282459967631 | 12/29/2011 | 12/29/2011 | 12/29/2011 | 29687116 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282459967631 | 12/29/2011 | 12/29/2011 | 12/29/2012 | 29605902 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 282459967631 | 12/29/2011 | 12/29/2011 | 12/29/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282459967631 | 12/29/2011 | 12/29/2011 | 1/2/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282459967631 | 12/29/2011 | 12/29/2011 | 1/16/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 282459967631 | 12/29/2011 | 12/29/2011 | 1/16/2012 | 620009 | MEDICAID OP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $206.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631596 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631639 | INFUSION/ADD'L SEQ UP TO 1HR | 3 | $471.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $112.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631865 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33632894 | PEGFILMLGRASA 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 2/13/2012 | 110132 | MEDICAID PAYMENT | -11 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 2/13/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -11 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/5/2012 | 110132 | MEDICAID PAYMENT | -11 | $0.00 | PAYMENT | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/7/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -11 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/26/2012 | 110132 | MEDICAID PAYMENT | -11 | -$3,008.37 | PAYMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/26/2012 | 620009 | MEDICAID OP ALLOW. | -11 | -$19,296.63 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/27/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -11 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404391290 | 1/5/2012 | 1/5/2012 | 1/11/2012 | 33692269 | RANITIDINE/0.45NS 50MG/50ML PB | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 6404391290 | 1/5/2012 | 1/5/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30217536 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30286380 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30287070 | PHOSPHORUS | 1 | $43.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30296714 | MAGNESIUM | 1 | $44.00 | ANCILLARY CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 9 | $0.00 | STATISTICAL CHARGE | GUA |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 110132 | MEDICAID PAYMENT | -7 | -$90.74 | PAYMENT | COMMUNITY OF CARE |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 382459964092 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 620009 | MEDICAID OP ALLOW. | -7 | -$332.26 | ADJUSTMENT | COMMUNITY OF CARE |
| 382459964203 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 29681710 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382459964203 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 29605902 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382459964203 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382459964203 | 1/20/2012 | 1/20/2012 | 1/24/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382459964203 | 1/20/2012 | 1/20/2012 | 2/6/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 382459964203 | 1/20/2012 | 1/20/2012 | 2/6/2012 | 620009 | MEDICAID OP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |

| Account | Post Date | Tran Date | Thru Date | Tran ID | Trans/Activity Desc | Count | Amount | Transaction Type | Trans Plan |
|---|---|---|---|---|---|---|---|---|---|
| 3824589642G3 | 1/20/2012 | 1/20/2012 | 2/7/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 2988171@ | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 29869962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 2/2/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 2/7/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 3824589642G3 | 1/30/2012 | 1/30/2012 | 2/20/2012 | 620009 | MEDICAID OF ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631049 | CHEMO ADMIN IV INFUSGN/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631596 | TAXOTERE 20 MG | 8 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631839 | INFUSIGN/ADD'L SEQ/UP TO 1HR | 3 | $471.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631860 | IV PUSH ADD'L NEW SUB/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633064 | SODIUM CHLORIDE 0.9% 250ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633106 | SODIUM CHLORIDE 0.9% 500ML BAG | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33665709 | FUROSEMIDE 20MG/2ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33692269 | RANTIDINE/0.45NS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/14/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $112.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $112.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 99888881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $112.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33632886 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/23/2012 | 33665709 | FUROSEMIDE 20MG/2ML | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | -$512.59 | PAYMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | 0 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -9 | -$2,529.41 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 999466 | DUPLICATE CLAIM | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 999466 | DUPLICATE CLAIM | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/23/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -21 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/23/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/24/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -6 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/24/2012 | 999610 | PENDING FURTHER REVIEW | -13 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/30/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/30/2012 | 999610 | PENDING FURTHER REVIEW | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/7/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -6 | -$252.41 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/7/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -4 | -$1,246.59 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/8/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -5 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/8/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/15/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/21/2012 | 999610 | PENDING FURTHER REVIEW | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -6 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 999610 | PENDING FURTHER REVIEW | -6 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 6/18/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 6/18/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/2/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | -$1,423.49 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/2/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$7,024.51 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/5/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/25/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -3 | -$31.51 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/25/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -3 | -$155.49 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -4 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 999610 | PENDING FURTHER REVIEW | -4 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 11/2/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$3,101.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/1/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -35 | -$500.79 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -7 | -$2,471.21 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999318 | UNCLEAN CLAIM | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999610 | PENDING FURTHER REVIEW | -10 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 110132 | MEDICAID PAYMENT | 7 | $500.79 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 610046 | AMERIGROUP ADJUSTMENT | 6 | $1,990.59 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | 1 | $480.42 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/9/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | -$49.89 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/9/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$45.89 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/9/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/10/2012 | 999610 | PENDING FURTHER REVIEW | -2 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/11/2012 | 110132 | MEDICAID PAYMENT | 1 | $10.11 | PAYMENT | UHC BAYOU HEALTH |

| | | | | | Description | Quantity | Amount | Transaction Type | Payer |
|---|---|---|---|---|---|---|---|---|---|
| 6404586970 | 1/31/2012 | 2/3/2012 | 12/11/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | 1 | $49.89 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404607811 | 2/1/2012 | 9/28/2012 | 4/1/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 30289714 | MAGNESIUM | 1 | $36.00 | ANCILLARY CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 2/16/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964441 | 2/13/2012 | 2/13/2012 | 3/13/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -4 | -$28.14 | PAYMENT | UHC BAYOU HEALTH |
| 382458964441 | 2/13/2012 | 2/13/2012 | 3/13/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$172.86 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/16/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/16/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/20/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 3/13/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -2 | -$9.24 | PAYMENT | UHC BAYOU HEALTH |
| 382458964475 | 2/16/2012 | 2/16/2012 | 3/15/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$65.76 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 30378997 | TSH | 1 | $102.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/27/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 3/20/2012 | 999440 | MISCELLANEOUS | -2 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/23/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -4 | -$30.74 | PAYMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/23/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -4 | -$228.26 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/24/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -4 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 3/14/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404845720 | 2/29/2012 | 3/31/2012 | 3/14/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/9/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$1.72 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/9/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/10/2012 | 110345 | SERVICE IS NOT COVERED | 1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/10/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 5/22/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$26.98 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/10/2012 | 110744 | AMERIGROUP PAYMENT | 0 | -$27.58 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/10/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/11/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/24/2012 | 522316 | MANAGED CARE INTEREST PAYMENT | 1 | $0.60 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/24/2012 | 610046 | AMERIGROUP ADJUSTMENT | 2 | $165.28 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404856683 | 2/29/2012 | 10/26/2012 | 4/29/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 382458964831 | 3/23/2012 | 3/23/2012 | 3/23/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382458964831 | 3/23/2012 | 3/23/2012 | 3/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458964831 | 3/23/2012 | 3/23/2012 | 3/27/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964831 | 3/23/2012 | 3/23/2012 | 4/9/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$27.21 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458964831 | 3/23/2012 | 3/23/2012 | 4/9/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$104.79 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 382458964831 | 3/23/2012 | 3/23/2012 | 4/10/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458964831 | 3/23/2012 | 3/23/2012 | 2/15/2012 | 110744 | AMERIGROUP PAYMENT | 0 | $6.75 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458964831 | 3/23/2012 | 3/23/2012 | 2/15/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$6.75 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 382458964831 | 3/23/2012 | 3/23/2012 | 2/26/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/10/2012 | 33633327 | ALTEPLASE 2MG/ML (ACTIVASE) | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/10/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/11/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/12/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/1/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/1/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/17/2012 | 110744 | AMERIGROUP PAYMENT | 0 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/17/2012 | 610046 | AMERIGROUP ADJUSTMENT | 0 | $0.00 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/18/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/22/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/23/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/23/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/18/2012 | 110744 | AMERIGROUP PAYMENT | 1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/18/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/19/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/9/2012 | 35410210 | EVAL, PT | 1 | $464.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/14/2012 | 35412051 | CMPLX DECONGEST THER-15 MN-PT | 3 | $510.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/14/2012 | 35413952 | THERAPEUTIC EX, EA 15 MIN-PT | 1 | $163.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/25/2012 | 35413952 | THERAPEUTIC EX, EA 15 MIN-PT | 4 | $652.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/30/2012 | 35413952 | THERAPEUTIC EX, EA 15 MIN-PT | 3 | $489.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/6/2012 | 35412051 | CMPLX DECONGEST THER-15 MN-PT | 2 | $340.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/6/2012 | 35413952 | THERAPEUTIC EX, EA 15 MIN-PT | 1 | $163.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/19/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$237.35 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/19/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$2,543.65 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/20/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30217586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30286880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30289714 | MAGNESIUM | 1 | $36.00 | ANCILLARY CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 99880881 | PKW940 1050 #IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458965447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458965447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$56.89 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458965447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$343.11 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |

| | | | | Trans/Activity Code | Description | Quantity | Amount | Transaction Type | Trans Ext Name |
|---|---|---|---|---|---|---|---|---|---|
| 6405585942 | 5/30/2012 | 6/30/2012 | 6/27/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6405585942 | 5/30/2012 | 6/30/2012 | 6/27/2012 | 33662331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405585942 | 5/30/2012 | 6/30/2012 | 7/23/2012 | 999440 | MISCELLANEOUS | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6405585942 | 5/30/2012 | 6/30/2012 | 12/18/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405585942 | 5/30/2012 | 6/30/2012 | 12/18/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405585942 | 5/30/2012 | 6/30/2012 | 12/19/2012 | 110823 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 29587102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30217866 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30286980 | IRON | 1 | $55.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30686934 | VITAMIN D, 25 HYDROXY | 1 | $267.00 | ANCILLARY CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 6/30/2012 | 99888881 | PKW940 1050 H:N:1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382459965790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 110823 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382459965790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$81.34 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382459965790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$549.66 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405822888 | 6/29/2012 | 7/31/2012 | 7/25/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6405822888 | 6/29/2012 | 7/31/2012 | 7/25/2012 | 33662331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405822888 | 6/29/2012 | 7/31/2012 | 9/5/2012 | 999440 | MISCELLANEOUS | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6405822888 | 6/29/2012 | 7/31/2012 | 3/15/2013 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405822888 | 6/29/2012 | 7/31/2012 | 3/15/2013 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405822888 | 6/29/2012 | 7/31/2012 | 3/18/2013 | 110823 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6406037221 | 7/27/2012 | 3/24/2013 | 9/25/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6406143936 | 8/13/2012 | 4/10/2013 | 10/12/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6406311676 | 9/4/2012 | 5/2/2013 | 11/3/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6406499535 | 9/27/2012 | 5/25/2013 | 11/26/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6406091134 | 5/31/2013 | 12/2/2012 | | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |

Rows 1 - 428 (All Rows)

### 282459966414 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$551.25 |
| CHARGES AND CREDITS | 8245896 | $631.00 |
| PAYMENTS AND DENIALS | 8245896 | -$79.75 |
| Account Balance | | $0.00 |

### 282459965708 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$111.94 |
| CHARGES AND CREDITS | 8245896 | $132.00 |
| PAYMENTS AND DENIALS | 8245896 | -$20.06 |
| Account Balance | | $0.00 |

### 282459966805 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$111.94 |
| CHARGES AND CREDITS | 8245896 | $132.00 |
| PAYMENTS AND DENIALS | 8245896 | -$20.06 |
| Account Balance | | $0.00 |

### 282459966902 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$111.94 |
| CHARGES AND CREDITS | 8245896 | $132.00 |
| PAYMENTS AND DENIALS | 8245896 | -$20.06 |
| Account Balance | | $0.00 |

### 282459966998 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$414.14 |
| CHARGES AND CREDITS | 8245896 | $476.00 |
| PAYMENTS AND DENIALS | 8245896 | -$61.86 |
| Account Balance | | $0.00 |

### 282459967011 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$65.76 |
| CHARGES AND CREDITS | 8245896 | $75.00 |
| PAYMENTS AND DENIALS | 8245896 | -$9.24 |
| Account Balance | | $0.00 |

### 282459967119 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$143.82 |
| CHARGES AND CREDITS | 8245896 | $165.00 |
| PAYMENTS AND DENIALS | 8245896 | -$21.18 |
| Account Balance | | $0.00 |

### 282459967267 DURDEN ,ANTOINETTE M

| | | | |
|---|---|---|---|
| ADJUSTMENTS | 8245896 | -$347.06 |
| CHARGES AND CREDITS | 8245896 | $397.00 |
| PAYMENTS AND DENIALS | 8245896 | -$49.94 |
| Account Balance | | $0.00 |

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**f** SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?
U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=N&APPL_NO=022534)

**🐦** TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC
EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?
APPL_TYPE=N&APPL_NO=022534)

**+**

**✉** EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE
EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?
APPL_TYPE=N&APPL_NO=022534)

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for NDA 022534

Expand all

**DOCEFREZ (DOCETAXEL)**
**20MG/VIAL**                                     Marketing Status: Discontinued

**Active Ingredient:** DOCETAXEL
**Proprietary Name:** DOCEFREZ
**Dosage Form; Route of Administration:** INJECTABLE; INJECTION
**Strength:** 20MG/VIAL
**Reference Listed Drug:** Yes
**Reference Standard:** No
**TE Code:**
**Application Number:** N022534
**Product Number:** 001
**Approval Date:** May 3, 2011
**Applicant Holder Full Name:** SUN PHARMA GLOBAL FZE
**Marketing Status:** Discontinued
**Patent and Exclusivity Information (patent_info.cfm?**
**Product_No=001&Appl_No=022534&Appl_type=N)**

DOCEFREZ (DOCETAXEL)
80MG/VIAL                                    Marketing Status: Discontinued



**★ macy's**

MACYS INC / BLOOMINGDALES ESPLANADE MALL
1401 West Esplanade Ave.

Kenner, LA  70065
504-461-4800 (main)
504-461-4809 (fax)

# FAX

| To: Melissa | From: Toula Terry |
|---|---|
| Fax: 225 687-6398 | Pages: 11 |
| Phone: | Date: 1/16/2017 |
| Re: | cc: |

Comments:

This is the information I received from the insurance. Per the insurance the Drug code is on the last page. If you have any questions or need any further information, please feel free to call me.

2017-01-10 13:42          Y698          504 461 4809 >>          P 2/11

## Claim

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Claim Type | OP - OutPatient |
| Provider Claim Number | 6405864078 |
| Total Claim Charge | $27,130.00 |
| Facility Type | 13 - Hospital Outpatient |
| Claim Frequency | 1 - Admit Through Discharge Claim (a) |
| Medicare Assignment | A - Assigned |
| Benefits Assignment Indicator | Y - Yes |
| Release of Information | Y - Yes, Provider has a Signed Statement Permitting Release of Medical Billing Data Related to a Claim |
| Predetermination of Benefits Indicator | No |
| Statement Begin Date | 07/18/2012 |
| Statement End Date | 07/31/2012 |
| Admission Type | 3 - Elective |
| Admission Source | 2 - Clinic or Physician's Office |
| Patient Status | 01 - Discharged to home or self care (routine discharge) |
| Type Of Bill | 131 - Hospital Outpatient-Admit Through Discharge Claim (a) |

## Transaction

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Transaction Set Purpose | 00 - Original |
| Transaction Creation Date Time | 08/05/2012 11:48:00 PM |
| Claim or Encounter Indicator | CH - Chargeable |
| Transaction Set Identifier Code | 837 - Health Care Claim |
| Transaction Set Control Number | 0549 |
| Implementation Reference | 005010X223A2 |

2017-01-10 13:43          Y698          504 461 4809 >>                    P 3/11

## Claim

### Transaction

#### Functional Group

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Functional Identifier Code | HC - Health Care Claim (837) |
| Group Creation Date Time | 08/05/2012 11:47:00 PM |
| Group Control Number | 1098489 |
| Responsible Agency Code | X - Accredited Standards Committee X12 |
| Group Version | 005010X223A2 |

#### Interchange

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Authorization Information Qualifier | 00 - No Information Present (No Meaningful Information in the corresponding element) |
| Security Information Qualifier | 00 - No Information Present (No Meaningful Information in the corresponding element) |
| Interchange Date Time | 08/05/2012 11:47:00 PM |
| Interchange Control Version Number | 00501 |
| Interchange Control Number | 1098489 |
| Acknowledgment Requested | No |
| Usage Indicator | P - Production |

### Submitter

| | |
|---|---|
| Originator Application Transaction Identifier | P54005 |
| Submitter Person Indicator | 2 - Non-Person Entity |
| Submitter Last Name | XACTIMED |
| Submitter Name | XACTIMED |
| Submitter Identifier Qualifier | 46 - Electronic Transmitter Identification Number (ETIN) |

## Claim

### Submitter

| | |
|---|---|
| Submitter Identifier | P0000462 |
| Application Sender Identifier | P0000462 |
| Interchange Sender Identifier Qualifier | ZZ - Mutually Defined |
| Interchange Sender Identifier | P0000462 |

#### Contact Information List

##### Contact Information

| | |
|---|---|
| Contact Function | IC - Information Contact |
| Contact Name | MEDASSETS EDI SERVICE |
| Communication Number Qualifier | TE - Telephone |
| Communication Number | 2146924459 |

### Receiver

| | |
|---|---|
| Receiver Person Indicator | 2 - Non-Person Entity |
| Receiver Name | BCBSLA001 |
| Receiver Identifier Qualifier | 46 - Electronic Transmitter Identification Number (ETIN) |
| Receiver Identifier | BCBSLA001 |
| Application Receiver Identifier | BCBSLA001 |
| Interchange Receiver Identifier Qualifier | ZZ - Mutually Defined |
| Interchange Receiver Identifier | BCBSLA001 |

### Billing Provider

| | |
|---|---|
| Provider Role | 85 - Billing Provider |
| Person Indicator | 2 - Non-Person Entity |
| Last Name | OCHSNER FOUNDATION HOSPIT |
| Taxonomy Code | 282N00000X - General Acute Care Hospital |

#### Primary Identifier

Identifier Type XX - Health Care Financing Administration National Provider Identifier
Identifier          ████████████

#### Other Identifier List

##### Other Identifier

Identifier Type EI - Employer's Identification Number
Identifier          ████████████

#### Address Information

| | |
|---|---|
| Address Line 1 | 1516 JEFFERSON HWY |
| City | NEW ORLEANS |
| State | LA - Louisiana |
| Postal Code | 701212429 |

**Claim**

**PayTo Provider**

Provider Role    87 - Pay-to Provider

Person Indicator 2 - Non-Person Entity

**Address Information**

Address Line 1 P O BOX 60981

City            NEW ORLEANS

State           LA - Louisiana

Postal Code     701600981

**Insurance**

Payer Responsibility Sequence Number P - Primary

Policy Number                          112

Claim Filing Indicator                 BL - Blue Cross/Blue Shield

**Payer**

Organization Role PR - Payer

Person Indicator   2 - Non-Person Entity

Name              BC PREFERRED PROV PPO

**Primary Identifier**

Identifier Type PI - Payor Identification

Identifier      00170

**Address Information**

Address Line 1 P O BOX 98028

City            BATON ROUGE

State           LA - Louisiana

Postal Code     70898

**Subscriber**

Person Role        IL - Insured or Subscriber

Person Indicator   1 - Person

Last Name          TERRY

First Name         CARL

Name               TERRY CARL

Is Patient Indicator No

**Primary Identifier**

Identifier Type MI - Member Identification Number

Identifier      R59350069

**Patient**

Person Role          QC - Patient

## Claim

### Patient

| | |
|---|---|
| Person Indicator | 1 - Person |
| Last Name | TERRY |
| First Name | TONEKA |
| Middle Name | C |
| Name | TERRY TONEKA C |
| Date of Birth | 12/31/1967 |
| Gender | F - Female |
| Subscriber Relationship | 01 - Spouse |

### Address Information

| | |
|---|---|
| Address Line 1 | P O BOX 285 |
| City | EDGARD |
| State | LA - Louisiana |
| Postal Code | 70049 |

### Attending Provider

| | |
|---|---|
| Provider Role | 71 - Attending Physician |
| Person Indicator | 1 - Person |
| Last Name | THEODOSSIOU |
| First Name | CHRIS |
| Provider Code | AT - Attending |
| Taxonomy Code | 207RH0003X - Hematology & Oncology |

### Primary Identifier

Identifier Type  XX - Health Care Financing Administration National Provider Identifier

Identifier   ▨▨▨▨▨▨

### Operating Provider

| | |
|---|---|
| Provider Role | 72 - Operating Physician |
| Person Indicator | 1 - Person |
| Last Name | THEODOSSIOU |
| First Name | CHRIS |

### Primary Identifier

Identifier Type  XX - Health Care Financing Administration National Provider Identifier

Identifier   ▨▨▨▨▨▨

### Claim Reference Number List

### Claim Reference Number

Reference Number Type  EA - Medical Record Identification Number

Reference Number Value 1499492

2017-01-10 13:45                    Y698              504 461 4809 >>                         P 7/11

## Claim

### Claim Diagnosis List

#### Claim Diagnosis

Diagnosis Type            BK – Principal Diagnosis

Diagnosis Code Type BK – Principal Diagnosis

Diagnosis Code            V5811 – Antineoplastic chemo enc

#### Claim Diagnosis

Diagnosis Type            PR – Patient Reason for Visit

Diagnosis Code Type PR – International Classification of Diseases (ICD9)

Diagnosis Code            V5811 – Antineoplastic chemo enc

#### Claim Diagnosis

Diagnosis Type            BN – United States Department of Health and Human Services, Office of Vital Statistics E-code

Diagnosis Code Type BN – United States Department of Health and Human Services, Office of Vital Statistics E-code

Diagnosis Code            E9331 – Adv eff antineoplastic

#### Claim Diagnosis

Diagnosis Type            BF – Diagnosis

Diagnosis Code Type BF – Diagnosis

Diagnosis Code            1748 – Malign neopl breast NEC

#### Claim Diagnosis

Diagnosis Type            BF – Diagnosis

Diagnosis Code Type BF – Diagnosis

Diagnosis Code            28803 – Drug induced neutropenia

### Occurrence Information List

#### Occurrence Information

Occurrence Type           BH – Occurrence

Occurrence Code           11 – Onset of Symptoms/Illness

Occurrence Begin Date 03/30/2012

### Service Line List

#### Service Line

Line Counter              1

Revenue Code              0250 – Pharmacy (Also see 063X, an extension of 025X) – General Classification

Line Charge               $20.00

Service Unit Measure UN – Unit

Service Unit Count        2

Service Begin Date        07/18/2012

Service End Date          07/18/2012

Claim

Service Line List

Service Line

Service Line

Line Counter            2

Revenue Code            0258 - Pharmacy (Also see 063X, an extension of 025X) - IV Solutions

Line Charge             $40.00

Service Unit Measure    UN - Unit

Service Unit Count      4

Service Begin Date      07/18/2012

Service End Date        07/18/2012

Service Line

Line Counter            3

Revenue Code            0260 - IV Therapy - General Classification

Service Code Type       HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes

Service Code            96367 - TX/PROPH/DG ADDL SEQ IV INF

Line Charge             $314.00

Service Unit Measure    UN - Unit

Service Unit Count      2

Service Begin Date      07/18/2012

Service End Date        07/18/2012

Service Line

Line Counter            4

Revenue Code            0260 - IV Therapy - General Classification

Service Code Type       HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes

Service Code            96372 - THER/PROPH/DIAG INJ SC/IM

Line Charge             $112.00

Service Unit Measure    UN - Unit

Service Unit Count      1

Service Begin Date      07/18/2012

Service End Date        07/18/2012

Service Line

Line Counter            5

Revenue Code            0335 - Radiology - Therapeutic and/or Chemotherapy Administration- Chemotherapy Administration - IV

Service Code Type       HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes

Service Code            96413 - CHEMO IV INFUSION 1 HR

## Claim

### Service Line List

#### Service Line

Line Charge          $770.00

Service Unit Measure  UN – Unit

Service Unit Count    1

Service Begin Date    07/18/2012

Service End Date      07/18/2012

#### Service Line

Line Counter         6

Revenue Code         0636 – Pharmacy – Extension of 025X – Drugs Requiring Detailed Coding

Service Code Type    HC – Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes

Service Code         J1100 – Dexamethasone sodium phos

Line Charge          $30.00

Service Unit Measure  UN – Unit

Service Unit Count    12

Service Begin Date    07/18/2012

Service End Date      07/18/2012

#### Drug Identification List

##### Drug Identification

Drug Code            63323016501 – Dexamethasone Sodium Phosphate, 25 VIAL in 1 TRAY (63323-165-01) > 1 mL in 1 VIAL

National Drug Unit Count   1

National Drug Unit Measure  ML – Milliliter

#### Service Line

Line Counter         7

Revenue Code         0636 – Pharmacy – Extension of 025X – Drugs Requiring Detailed Coding

Service Code Type    HC – Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes

Service Code         J1626 – Granisetron hcl injection

Line Charge          $150.00

Service Unit Measure  UN – Unit

Service Unit Count    10

Service Begin Date    07/18/2012

Service End Date      07/18/2012

#### Drug Identification List

##### Drug Identification

Drug Code            17478054601 – GRANISETRON HYDROCHLORIDE INJECTION

National Drug Unit Count   1

Claim

Service Line List

Service Line

Drug Identification List

Drug Identification

National Drug Unit Measure ML - Milliliter

Service Line

| | |
|---|---|
| Line Counter | 8 |
| Revenue Code | 0636 - Pharmacy - Extension of 025X - Drugs Requiring Detailed Coding |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J9171 - Docetaxel injection |
| Line Charge | $14,080.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 200 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

Drug Identification List

Drug Identification

| | |
|---|---|
| Drug Code | 00075800120 - Taxotere, .5 mL in 1 VIAL, GLASS (0075-8001-20) |
| National Drug Unit Count | 0.5 |
| National Drug Unit Measure | ML - Milliliter |

Service Line

| | |
|---|---|
| Line Counter | 9 |
| Revenue Code | 0636 - Pharmacy - Extension of 025X - Drugs Requiring Detailed Coding |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J2505 - Injection, pegfilgrastim 6mg |
| Line Charge | $11,614.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 1 |
| Service Begin Date | 07/19/2012 |
| Service End Date | 07/19/2012 |

Drug Identification List

Drug Identification

| | |
|---|---|
| Drug Code | 55513019001 - Neulasta, 1 BLISTER PACK in 1 BOX (55513-190-01) > 1 SYRINGE in 1 BLISTER PACK > .6 mL in 1 SYRINGE |
| National Drug Unit Count | 0.6 |
| National Drug Unit Measure | ML - Milliliter |

Claim

Service Line List

Ochsner                6/5/2017 9:40:24 AM   PAGE   3/003   Fax Server



**Ochsner**
Health System

LEGAL AFFAIRS AND RISK MANAGEMENT

June 5, 2017

***Via Facsimile (225-687-6398)***
Ms. Lauren Waldrep
Pendley, Baudin & Coffin
Post Office Drawer 71
Plaquemine, LA 70765

RE:    Clare Guilbault
       D/O/B: 7/8/1952

Dear Ms. Waldrep:

       We are in receipt of your request for release of personal health information on behalf of Ms. Clare Guilbault. Ms. Guilbault's medical records do not contain this information. As such, we do not believe that this release of information request is the appropriate vehicle for you to pursue this information, nor do we believe that our health information management/release of information departments are the appropriate respondent.

       Should you wish to discuss, please note my contact information below.

       With kindest regards, we remain

                          Very cordially yours,

                          Meredith M. Miceli, JD, CPHRM
                          Associate General Counsel

Ochsner Health System

1450 Poydras Street • Suite 2250 • New Orleans, LA 70112 • phone 504-842-4003 • fax 504-842-4822 • www.ochsner.org



| PENDLEY BAUDIN & COFFIN | Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
|---|---|---|---|
| | Stanley P. Baudin | Courtney L. Stidham* | Allen M. Edwards |
| ATTORNEYS AT LAW | Christopher L. Coffin*† | *Also admitted in Alabama | David M. Hundley* |
| | *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Illinois |
| | †Registered nurse | Jonathan E. Chatwin | Tracy L. Turner*´ |
| | Nicholas R. Rockforte | | *Admitted only in Ohio |

April 19, 2017

<u>VIA FAX: *(504) 842-5037*</u>
*Ochsner*
*1514 Jefferson Hwy*
*New Orleans, LA 70121*
*(504) 842-3910*

RE:   *Clare Guilbault*
      DOB: 7/8/1952

Dear Sir or Madam:

      This law firm represents ***Clare Guilbault*** in a personal injury claim against a pharmaceutical company regarding injuries sustained following exposure to Taxotere/Docetaxel.

      According to records received, your facility administered Taxotere/Docetaxel to our client on ***December 26, 2013, January 16, 2014, February 6, 2014 & February 27, 2014***. However, at this point, we are unable to identify the manufacturer of the drug. " Taxotere" is the brand name for a version of docetaxel made by Sanofi-Aventis. But there are several other potential manufactures who manufactured & distributed Docetaxel during the time our client used the drug. In order to investigate and pursue this claim, I am asking for your help in answering this question: **which company or companies made the Taxotere/Docetaxel you administered to *Clare Guilbault*?**

      Please note we do not intend to pursue a claim against your facility and our theory is not medical malpractice. Our theory is product liability-defects relating to the Taxotere/Docetaxel product itself.

      This is not a typical request for patient records. Based, in our understanding, most facilities do not list the drug manufacturer's name in the patient's records. To determine the identity of the manufacturer for the Taxotere/Docetaxel administered, we are asking you to review whatever records may provide that information. They may include:

- Invoices or billing records from wholesaler
- Packing slips for Taxotere/Docetaxel listing manufacturer, lot numbers, etc.
- Facility medication logs

---

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

February 22, 2017
Page 2

- Flow sheet relevant to this patient, if it shows manufacturer's identity
- Any other records showing your facility only purchases brand name pharmaceutical drugs

You may email the documents to my attention at lwaldrep@pbclawfirm.com or fax them to 225-687-6398.

If you're not able to provide documents showing manufacturer identity, we can accept an affidavit or letter verifying the information. I've enclosed a form for your convenience.

Your voluntary cooperation in this matter is greatly appreciated. We believe that your facility may have information which would allow us to identify the proper manufacturer in this case. Please complete the enclosed form and return to us at your earliest convenience.

Please feel free to call me if you have any questions or need additional information.   I can be reached at 225-687-6396.


Very truly yours,

*Lauren Waldrep*
Legal Assistant to Christopher L. Coffin

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: _____ / _____ / _____          SSN: _____ / _____ / _____

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

**\*\*\*PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED \*\*\***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**MCKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**PATIENT**
☐ WAS     ☐ WAS NOT
**ADMINISTERED
TAXOL/PACLILTAXEL**

_____/_____/_____          _____/_____/_____          _____
DATE OF FIRST TREATMENT              DATE OF LAST TREATMENT               # OF DOSES

_____          _____
SIGNATURE OF REPRESENATIVE OF               NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____          _____
PRINTED NAME & TITLE OF REPRESENTATIVE       ADDRESS

_____          _____
DATE                                        CITY, STATE, ZIP

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
### (PURSUANT TO 45 C.F.R. 164.508)

| TO: | REGARDING: |
|---|---|
| Healthcare Provider: | Patient: _CLARE GUILBAULT_ |
| Clinic/Hospital: _OCHSNER_ | Patient Other Names: _N/A_ |
| Address: _1514 Jefferson Hwy_ | Date of Birth: _7/8/52_ |
| City, State, Zip: _New Orleans, LA 70121_ | Social Security Number: _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_ |

**SPECIFIC REQUESTOR: Pendley, Baudin & Coffin, L.L.P.**

**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party    ☐ All Autopsy Records
☐ All Laboratory & Test Result Records    ☐ All Doctor/Nurse Handwritten Notes
☐ All Operative Reports    ☐ All Admission/Discharge Records
☐ All Radiology Records inc. films, scans & videos    ☐ All Billing Records/Information
☐ All Medication/Pharmacy Records    ☐ All Dialysis Records
☐ All ER/Outpatient Records    ☑ Other: _NDC_

**PURPOSE OF DISCLOSURE;** Legal review and Evaluation

**Dates of Service from** _12-26-2013, 1-16-2014, 2-6-2014 & 2-27-2014_

**UNDERSTANDINGS:**

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_Clare Guilbault_
Signature of Patient (*or Personal Representative*)

Dated: _9/20/16_

_CLARE GUILBAULT_
Printed Name of Patient (*or Personal Representative*)

**Authority to Sign for Patient (Documents Attached):**
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

_9/20/16_
Witness Signature & Date

P.O. Box 71, 24110 Eden St., Plaquemine, LA 70765, and PH: 225-687-6396, FAX: 225-687-6398

MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403

Rebecca Eickbush
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO  64108-2613



Shipment #14980170
CLARE GUILBAULT
Invoice #20654191
5 pages



**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**
**Fx: (610) 962-8421**

# Medical Records Transmittal

Date:            9/5/2018
Request Number: 20654191
Page Count:      5

### Your requested medical records are attached.

Patient Name:     CLARE GUILBAULT
Medical Facility: Ochsner Main Campus Jefferson

Requester:      Rebecca Eickbush
Organization:   Shook, Hardy & Bacon, LLP

Your reference number:

Thank you,
*MRO*
*MROcorp.com*

Ochsner Fax Server    3/1/2018 1:29:37 PM   PAGE  51/053    Fax Server

MRO
FEB 2 8 2018
Initials

SHOOK
HARDY & BACON

February 21, 2018

*Via U.S. Mail*

Ochsner
1514 Jefferson Hwy
New Orleans, LA 70121

Rebecca Eickbush

2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
f 816.421.5547

Re: Patient: Clare Guilbault

Dear Records Custodian,

This letter is being sent pursuant to a court order on behalf of manufacturers of docetaxel that have been named in litigation brought by the above-referenced patient in the United States District Court for the Eastern District of Louisiana, MDL 2740.

The manufacturers request copies of records in your possession, custody, or control **identifying the specific docetaxel the above named patient received**. An Authorization and Release for Medical Records signed by the patient is enclosed.

Also enclosed is a Certificate of Authenticity of Product ID Administered. It lists the NDC numbers associated with brand name Taxotere™ and generic versions of docetaxel. Please complete this form and submit it along with the records identifying the docetaxel the patient received to **DocetaxelRecords@shb.com**.

Please provide the requested materials within **14 days** of your receipt of this letter. Failure to respond may result in the issuance of a subpoena, and if necessary, involvement of the court. If you have any questions, please do not hesitate to contact me.

Best regards,

*Rebecca Eickbush*

Analyst
Enclosure

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8590461 V2

03/01/2018  2:48PM (GMT-05:00)

MRO
FEB 2 8 2018

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
(PURSUANT TO 45 C.F.R. 164.508)

**TO:**
Healthcare Provider:
Clinic/Hospital: OCHSNER
Address: 1514 Jefferson Hway
City, State, Zip: New Orleans, LA 70121

**REGARDING:**
Patient: CLARE GUILBAULT
Patient Other Names: N/A
Date of Birth: 7/8/52
Social Security Number: 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

**SPECIFIC REQUESTOR:** Pendley, Baudin & Coffin, L.L.P.

**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party
☐ All Laboratory & Test Result Records
☐ All Operative Reports
☐ All Radiology Records inc. films, scans & videos
☐ All Medication/Pharmacy Records
☐ All ER/Outpatient Records
☐ All Autopsy Records
☐ All Doctor/Nurse Handwritten Notes
☐ All Admission/Discharge Records
☐ All Billing Records/Information
☐ All Dialysis Records
☑ Other: NDC

**PURPOSE OF DISCLOSURE:** Legal review and Evaluation
Dates of Service from 12-20-2013, 1-16-2014 2-6-2014 & 2-27-2014

**UNDERSTANDINGS:**
1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include idisclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information,
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_Clare Guilbault_
Signature of Patient (*or Personal Representative*)

Dated: 9/20/16

CLARE GUILBAULT
Printed Name of Patient (*or Personal Representative*)

_[signature]_ 9/20/16
Witness' Signature & Date

**Authority to Sign for Patient (Documents Attached):**
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

P.O. Box 71, 24110 Eden St., Plaquemine, LA 70765, and PH: 225-687-6398, FAX: 225-687-6398

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: _____/_____/ _____          SSN: _____/_____/ _____

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS  /  ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

_____/_____/ _____          _____/_____/ _____          _____
DATE OF FIRST TREATMENT                DATE OF LAST TREATMENT                # OF DOSES

_____          _____
SIGNATURE OF REPRESENATIVE OF               NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____          _____
PRINTED NAME & TITLE OF REPRESENTATIVE      ADDRESS

_____          _____
DATE                                        CITY, STATE, ZIP

# CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **9/5/2018 2:31:21 PM** |
| Transaction Reference No.: | **1409565** |
| Approval Code: | **0001357956** |
| Order Number: | **20654191** |
| Charge Amount: | **$27.21** |
| Credit Card Number: | **XXXXXXXXXXXX2255** |
| Credit Card Holder: | **Jessica Perez** |



**Ochsner™**
Health System

June 27, 2018

RE:   Clare Guilbault
      DOB:      07/08/1952
      MRN:      2997746

### CERTIFICATION

This document is certified by Ochsner Clinic Foundation as being created with data obtained from Ochsner's purchase history of the medication docetaxel for Ochsner Medical Center for the pertinent portion of 2014. The following NDC codes cannot be directly correlated to the particular administration of the medication to the patient.

NDC Codes Information
For Docetaxel Administered to CLARE GUILBAULT, 12/26/2013-2/27/2014

| Invoice Date | Size | Package Quantity | Strength | NDC Code |
|---|---|---|---|---|
| 12/19/2013 | 15 | 1 | 10MGML | 66758005003 |
| 1/15/2014 | 8 | 1 | 10MGML | 409020110 |
| 1/16/2014 | 15 | 1 | 10MGML | 66758005003 |
| 1/21/2014 | 1 | 1 | 20MGML | 955102001 |
| 2/5/2014 | 15 | 1 | 10MGML | 66758005003 |
| 2/11/2014 | 15 | 1 | 10MGML | 66758005003 |
| 2/23/2014 | 15 | 1 | 10MGML | 66758005003 |

Neil Hunter .
Manager, Inpatient Pharmacy
Ochsner Medical Center-New Orleans



**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403



Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Request ID: 22262682**
**Tracking #: OCHSW5W4KP6C9**

**Lauren Diagle**
Pendley, Baudin & Coffin, LLP
Post Office Drawer 71
24110 Eden St.
Plaquemine, LA 70765-0071

**Track your request at www.roilog.com**
**Enter your Tracking # and Request ID.**

Date:   6/21/2018
Phone: 225-687-6396
Fax:    225-687-6398

**Confirmation of Receipt of Medical Records Information Request**

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

Thank you,
**MRO**

**Patient Name: ANTOINETTE DURDEN**

Your Request Date:      6/1/2018
Your Reference Number:
Date Received at Facility: 6/20/2018

Your request is being processed by MRO on behalf of the following facility:

**Ochsner Baptist Medical Center**
2700 Napoleon Avenue
New Orleans, LA 70115

504-899-9311

#1 0 - Pt. fin. Services.

(610) 994-7500

8/13 Spoke w/ Paula again, She said to resend a request asking for Pt revenue cycle records

7/9 - request sent to pt fin. services - She sent info to ROI to see if it has been processed.

7/25 - Pt. fin Services - gave fax # to send 1500 forms to us

8/13 Paula - NO one knows anything!

P. 1

＊ ＊ ＊ Communication Result Report ( Jun. 6. 2018  4:40PM) ＊ ＊ ＊

1)
2)  PENDLEY BAUDIN

Date/Time: Jun. 6. 2018  4:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 8124 | Memory TX | 15048424845-2981 | P. 3 | OK | |

6-6-18- Spoke w/ Christina, She did not rec fax- resent fax 6-6-18.
6-14-18- Spoke w/ Tara, rec'd 6-13-18, Claim is Processing.
Turn around time 7-10 days.

--------------------------------------------------------------------------------
Reason for error
   E. 1) Hang up or line fail          E. 2) Busy
   E. 3) No answer                     E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size     E. 6) Destination does not support IP-Fax

**PBC** | PENDLEY BAUDIN & COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*⁴
*Also admitted in Georgia
†Registered nurse
Nykeiba K. Rockborn

Pamela P. Baudin
Courtney L. Stidham†
*Also admitted in Alabama
Jessica A. Reynolds
Jonathan B. Chatwin

Of Counsel:
Allen M. Edwards
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

FACSIMILE TRANSMISSION

TO: Billing              FAX NUMBER: 504-842-4845
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____
TO: _____              FAX NUMBER: _____

FROM: Lauren D.          DATE: 6-6-18
FILE NAME: A. Durden     PAGES: 3 (INCLUDING COVER)
FILE NUMBER: 2981

MESSAGE:
_____
_____
_____
_____

***PLEASE CALL PENDLEY, BAUDIN & COFFIN, L.L.P. AT (225) 687-6396
IF TRANSMISSION IS INCOMPLETE**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (225) 687-6396 and return the original facsimile to us by mail without retaining any copies. Thank you.
PENDLEY, BAUDIN & COFFIN

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 355.0089
pbclawfirm.com

P. 1

* * * Communication Result Report ( Jun. 1. 2018  2:31PM ) * * *

1) PENDLEY BAUDIN
2)

Date/Time: Jun. 1. 2018  2:30PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8033 | Memory TX | 15048424845-2981 | P. 3 | OK | |

*6-6-18- Christina — did not rec' fax; resent request 6/6*

---

Reason for error
　　E. 1) Hang up or line fail　　　　　　E. 2) Busy
　　E. 3) No answer　　　　　　　　　　E. 4) No facsimile connection
　　E. 5) Exceeded max. E-mail size　　E. 6) Destination does not support IP-Fax

---

**PBC** | **PENDLEY BAUDIN & COFFIN**
ATTORNEYS AT LAW

Patrick W. Pendley　　Pamela P. Baudin　　Of Counsel:
Stanley P. Baudin　　Courtney L. Stidham*　　Allen M. Edwards
Christopher L. Coffin*†　　*Also admitted in Alabama　　David M. Hundley*
*Also admitted in Georgia　　Jessica A. Reynolds　　*Admitted only in Illinois
†Registered Lawyer　　Jenna Gunn E. Chatwin　　Tracy L. Turner*
Nicholas R. Rockforte　　　　　　　　*Admitted only in Ohio

**FACSIMILE TRANSMISSION**

TO: Billing　　　　　　FAX NUMBER: 504-842-4845
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____
TO: _____　　　　　FAX NUMBER: _____

FROM: Lauren D　　　　DATE: 6-1-18
FILE NAME: A. Durden　　PAGES: 3 (INCLUDING COVER)
FILE NUMBER: 2981

MESSAGE: _____
_____
_____

***PLEASE CALL PENDLEY, BAUDIN & COFFIN, L.L.P. AT (225) 687-6396
IF TRANSMISSION IS INCOMPLETE**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (225) 687-6396 and return the original facsimile to us by mail without retaining any copies. Thank you.
PENDLEY, BAUDIN & COFFIN

Plaquemine　　　　　　New Orleans
Post Office Drawer 71　　T (225) 687.6396　　1515 Poydras Street,　　T (504) 355.0086
24110 Eden Street　　F (225) 687.6398　　Ste. 1400　　F (504) 523.0699
Plaquemine, LA 70765　　pbclawfirm.com　　New Orleans, LA 70112　　pbclawfirm.com



PENDLEY
BAUDIN &
COFFIN

ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Jonathan E. Chatwin

Of Counsel:
Allen M. Edwards
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

## FACSIMILE TRANSMISSION

TO: **Billing**     FAX NUMBER: **504-842-4845**

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

TO: _____     FAX NUMBER: _____

FROM: **Lauren. D**     DATE: **6-6-18**

FILE NAME: **A. Durden**     PAGES: **3** (INCLUDING COVER)

FILE NUMBER: **2981**

MESSAGE:

_____

_____

_____

_____

### ***PLEASE CALL PENDLEY, BAUDIN & COFFIN, L.L.P. AT (225) 687-6396
### IF TRANSMISSION IS INCOMPLETE**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (225) 687-6396 and return the original facsimile to us by mail without retaining any copies. Thank you.
PENDLEY, BAUDIN & COFFIN

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com



**PBC** | PENDLEY
BAUDIN &
COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Evan P. Fontenot

Of Counsel:
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

*June 1, 2018*

<u>VIA FAX:</u> *(504)842-4845*
*Ochsner Baptist Medical Center*
*2700 Napoleon Ave.*
*New Orleans, LA 70115*
*504-842-4190*

RE:   *Antoinette Durden*
       SS#: 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
       DOB: 11-8-1950

Dear Records Custodian:

This letter will confirm to your office that Pendley, Baudin & Coffin Law Firm represents <u>Antoinette Durden</u>, in a claim that does not involve the quality of care provided by your facility. In connection therewith, I am attaching a HIPAA compliant medical authorization which will allow your office to forward to the undersigned a <u>complete copy of *Health insurance Claim form 1500   relating to chemotherapy treatments from October 18, 2011, November 9, 2011, November 30, 2011, December 21, 2011, January 11, 2012 & February 1, 2012*</u>.

Please send me an invoice for the charges associated with the records I have requested, and I will forward you a check to cover the cost. If the total amount exceeds one hundred dollars ($100) please contact us before sending us records. Please place all records on a CD or electronic delivery. *As a reminder, please adhere to your state mandated fees for copying records.*

Please forward all correspondence to **P.O. Drawer 71, Plaquemine, LA 70765-0071**.

If you have any questions or concerns, please feel free to contact me at any time.

Very truly yours,

*Lauren Daigle*

*Lauren Daigle*
Legal Assistant to Christopher L. Coffin

---

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

**T** (504) 355.0086
**F** (504) 523.0699
pbclawfirm.com

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
(PURSUANT TO 45 C.F.R. 164.508)

| TO: | REGARDING: |
|---|---|
| Healthcare Provider: _____ | Patient: _Antoinette Durden_ |
| Clinic/Hospital: _Ochsner Baptist Medical Center_ | Patient Other Names: _Antoinette_ |
| Address: _2700 Napoleon Ave_ | Date of Birth: _11-8-50_ |
| City, State, Zip: _New Orleans, LA 70115_ | Social Security Number: _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_ |

**SPECIFIC REQUESTOR:** Pendley, Baudin & Coffin, L.L.P.

**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party
☐ All Laboratory & Test Result Records
☐ All Operative Reports
☐ All Radiology Records inc. films, scans & videos
☐ All Medication/Pharmacy Records
☐ All ER/Outpatient Records

☐ All Autopsy Records
☐ All Doctor/Nurse Handwritten Notes
☐ All Admission/Discharge Records
☐ All Billing Records/Information
☐ All Dialysis Records
☑ Other: _Health insurance Claim form 1500_

**PURPOSE OF DISCLOSURE:** Legal review and Evaluation

**Dates of Service from** _10-18-2011, 11-9-2011, 11-30-2011, 12-21-2011, 1-11-2012 & 2-1-2012_

**UNDERSTANDINGS:**

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_Antoinette Durden_
Signature of Patient (*or Personal Representative*)

Dated: _2-18-16_

_Antoinette Durden_
Printed Name of Patient (*or Personal Representative*)

| Authority to Sign for Patient (Documents Attached): |
|---|
| ☐ Parent of Minor Child |
| ☐ Power of Attorney |
| ☐ Representative of Deceased's Estate |
| ☐ Representative of Incapacitated Adult |

P.O. Box 71, 24110 Eden St., Plaquemine, LA 70765, and PH: 225-687-6396, FAX: 225-687-6398



**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Request ID:** 23191660
**Tracking #:** OCHSBHXYW2KEN

**Lauren Daigle**
Pendley, Baudin & Coffin, LLP
Post Office Drawer 71
24110 Eden St.
Plaquemine, LA 70765-0071

**Track your request at www.roilog.com**
**Enter your Tracking # and Request ID.**

**Date:** 8/16/2018
**Phone:** 225-687-6396
**Fax:** 225-687-6398

### Confirmation of Receipt of Medical Records Information Request

The Medical Facility below is in the process of searching for and retrieving a copy of the requested records. You will be notified of any issues with your request. If there are no issues, you will receive a pre-payment invoice. The records will be mailed to you upon receipt of your payment.

MRO is processing your request in accordance with HIPAA regulations. Please notify the patient that the provision of treatment, payment, enrollment, or eligibility for benefits will not be conditioned on the elements of the authorization provided or your request for copies of the patient's records, unless permitted under 45 CFR 164.508(c)(2)(ii)(A)-(B).

Should you have any questions, please feel free to contact MRO directly regarding this request by dialing (610) 994-7500 Opt. 1 or by submitting an email to Requestinformation@mrocorp.com.
To help us better assist you, please be sure to include your Request ID in the subject line of your email.

Thank you,
**MRO**

**Patient Name: ANTOINETTE DURDEN**

**Your Request Date:** 6/1/2018
**Your Reference Number:**
**Date Received at Facility:** 8/15/2018

Your request is being processed by MRO on behalf of the following facility:

**Ochsner Baptist Medical Center**
2700 Napoleon Avenue
New Orleans, LA 70115

P. 1

* * * Communication Result Report ( Aug. 13. 2018  3:32PM ) * * *

1) PENDLEY BAUDIN
2)

Date/Time: Aug. 13. 2018  3:30PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 8848 | Memory TX | 15048424845-2981 | P. 3 | OK | |

8/14- Nicole, 7-10 to be processed. once processed it will be sent over to MRO.

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

# 504 842 4845

**PBC** | PENDLEY BAUDIN & COFFIN
ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*°
*Also admitted in Georgia
°Registered nurse
Nicholas R. Rockforte

Pamela R. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Jonathan E. Chotwin

Of Counsel:
Allen M. Edwards
David M. Hundley°
*Admitted only in Illinois
Stacy L. Turner*
*Admitted only in Ohio

## FACSIMILE TRANSMISSION

TO: Billing          FAX NUMBER: 504 842 9845
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____
TO: _____            FAX NUMBER: _____

FROM: Lauren         DATE: 8-13-18
FILE NAME: A. Duran   PAGES: 3 (INCLUDING COVER)
FILE NUMBER: 2981

MESSAGE: _____
_____
_____

***PLEASE CALL PENDLEY, BAUDIN & COFFIN, L.L.P. AT (225) 687-6396
IF TRANSMISSION IS INCOMPLETE**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (225) 687-6396 and return the original facsimile to us by mail without retaining any copies. Thank you.
PENDLEY, BAUDIN & COFFIN

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687-6396
F (225) 687-6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355-0086
F (504) 523-0699
pbclawfirm.com

Case # 50-0284042 TM-MBN



PENDLEY
BAUDIN &
COFFIN

ATTORNEYS AT LAW

Patrick W. Pendley
Stanley P. Baudin
Christopher L. Coffin*†
*Also admitted in Georgia
†Registered nurse
Nicholas R. Rockforte

Pamela P. Baudin
Courtney L. Stidham*
*Also admitted in Alabama
Jessica A. Reynolds
Jonathan E. Chatwin

Of Counsel:
Allen M. Edwards
David M. Hundley*
*Admitted only in Illinois
Tracy L. Turner*
*Admitted only in Ohio

## FACSIMILE TRANSMISSION

TO: **Billing**   FAX NUMBER: **504 842 9845**

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

TO: _____   FAX NUMBER: _____

FROM: **Lauren**   DATE: **8-13-18**

FILE NAME: **A. Duran**   PAGES: **3** (INCLUDING COVER)

FILE NUMBER: **2081**

MESSAGE:

_____

_____

_____

_____

***PLEASE CALL PENDLEY, BAUDIN & COFFIN, L.L.P. AT (225) 687-6396
IF TRANSMISSION IS INCOMPLETE**

    This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (225) 687-6396 and return the original facsimile to us by mail without retaining any copies. Thank you.
PENDLEY, BAUDIN & COFFIN

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com



| | | |
|---|---|---|
| Patrick W. Pendley | Pamela P. Baudin | **Of Counsel:** |
| Stanley P. Baudin | *Also admitted in Alabama | David M. Hundley* |
| Christopher L. Coffin*† | Courtney L. Stidham* | *Admitted only in Illinois |
| *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| Nicholas R. Rockforte | | |

August 13, 2018

<u>VIA FAX:</u> *(504) 842-4845*
*Ochsner Baptist Medical Center*
2700 Napoleon Ave
New Orleans, LA 70115

RE:  *Antoinette Durden*
     SS#: 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
     DOB: 11-5-1950

Dear Records Custodian:

This letter will confirm to your office that Pendley, Baudin & Coffin Law Firm represents *Antoinette Durden*, in a claim that does not involve the quality of care provided by your facility. In connection therewith, I am attaching a HIPAA compliant medical authorization which will allow your office to forward to the undersigned a <u>complete copy of *Patient's Revenue Cycle Records* relating to chemotherapy treatments from *October 18, 2011 to February 1, 2012.*</u>

Please send me an invoice for the charges associated with the records I have requested, and I will forward you a check to cover the cost. If the total amount exceeds one hundred dollars ($100) please contact us before sending us records. Please place all records on a CD or electronic delivery. *As a reminder, please adhere to your state mandated fees for copying records.*

Please forward all correspondence to <u>**P.O. Drawer 71, Plaquemine, LA 70765-0071**</u>.

If you have any questions or concerns, please feel free to contact me at any time.

Very truly yours,

*Lauren Daigle*
Legal Assistant to Christopher L. Coffin

**Plaquemine**
Post Office Drawer 71          **T** (225) 687.6396
24110 Eden Street             **F** (225) 687.6398
Plaquemine, LA 70765         pbclawfirm.com

**New Orleans**
1515 Poydras Street,          **T** (504) 355.0086
Ste. 1400                     **F** (504) 523.0699
New Orleans, LA 70112        pbclawfirm.com

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
### (PURSUANT TO 45 C.F.R. 164.508)

**TO:**
Healthcare Provider: _____
Clinic/Hospital: Ochsner Baptist Medical Center
Address: 2700 Napoleon Ave
City, State, Zip: New Orleans, LA 70115

**REGARDING:**
Patient: Antoinette Durden
Patient Other Names: Antoinette
Date of Birth: 11-8-50
Social Security Number: 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

**SPECIFIC REQUESTOR:** Pendley, Baudin & Coffin, L.L.P.

**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party
☐ All Laboratory & Test Result Records
☐ All Operative Reports
☐ All Radiology Records inc. films, scans & videos
☐ All Medication/Pharmacy Records
☐ All ER/Outpatient Records

☐ All Autopsy Records
☐ All Doctor/Nurse Handwritten Notes
☐ All Admission/Discharge Records
☐ All Billing Records/Information
☐ All Dialysis Records
☒ Other: Patient's revenue cycle records

**PURPOSE OF DISCLOSURE:** Legal review and Evaluation
**Dates of Service from** October 18, 2011 **to** February 1, 2012

**UNDERSTANDINGS:**
1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above.
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

Antoinette Durden
Signature of Patient (*or Personal Representative*)

Dated: 8-6-18

Antoinette Durden
Printed Name of Patient (*or Personal Representative*)

**Authority to Sign for Patient (Documents Attached):**
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

| *Attorney or Party without Attorney:*<br>Pendley, Baudin & Coffin, LLP<br>Jessica A. Reynolds, Esq. (<br>24110 Eden St<br>Plaquemine, LA 70765<br>  *Telephone No:*  225-687-6396<br><br>  *Attorney For:*  Plaintiff | | | *For Court Use Only* |
|---|---|---|---|
| | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA | | | |
| *Plaintiff:*  ANTOINETTE DURDEN<br>*Defendant:*  SANO FI US SERVICES, INC., et al. | | | |

| **PROOF OF SERVICE** | *Hearing Date:*<br>9/3/2018 | *Time:*<br>0:00am | *Dept/Div:* | *Case Number:*<br>2:16-cv-16635 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. *I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action*

3.   *a.*  *Party served:*   Ochsner Health System Attn: Meredith Miceli
     *b.*  *Person served:*  Shane Robinson, Authorized to Accept

4. *Address where the party was served:*  1450 Poydras St Suite 2250, New Orleans, LA 70112

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Aug 21 2018 (2) at: 11:58 AM

6. *Person Who Served Papers:*
   a. Johnnie James
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

                                 d. *The Fee for Service was:*

7. *I declare under penalty of perjury that the foregoing is true and correct.*

8/23/18
*(Date)*                                            *(Signature)*



PROOF OF
SERVICE

2562750
(309212)

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Antoinette Durden | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:16-cv-16635 |
| SANOFI US SERVICES, INC., et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Ochsner Health System Attn: Meredith Miceli 1450 Poydras St., Ste. 2250, New Orleans, 70112

*(Name of person to whom this subpoena is directed)*

   ☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Records showing proof of the Manufacturer(s) along with the National Drug Codes (NDC's) for the Taxotere/Docetaxel administered to Antoinette Durden during the time of her treatment from 10/18/2011 to 2/1/2012 including all Patient Revenue Cycle Records and all Medicaid billing records. (See attached letter)

| Place: Pendley, Baudin & Coffin, LLP | Date and Time: |
|---|---|
| 24110 Eden Street | |
| Plaquemine, LA 70765 | 09/03/2018 0:00 am |

   ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    08/20/2018

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *Jessica A. Reynolds* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Antoinette Durden _____ , who issues or requests this subpoena, are:

Jassica A. Reynolds, Pendley, Baudin & Coffin, LLP, 24110 Eden Street
Plaquemine, LA 70765, jperez@pbclawfirm.com 225-687-6396

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:16-cv-16635

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).



| | | Of Counsel: |
|---|---|---|
| Patrick W. Pendley | Pamela P. Baudin | David M. Hundley* |
| Stanley P. Baudin | Courtney L. Stidham* | *Admitted only in Illinois |
| Christopher L. Coffin*† | *Also admitted in Alabama | Tracy L. Turner* |
| *Also admitted in Georgia | Jessica A. Reynolds | *Admitted only in Ohio |
| †Registered nurse | Evan P. Fontenot | |
| Nicholas R. Rockforte | | |

August 20, 2018

Ochsner Health System
Attn: Meredith Miceli
450 Poydras St., Ste. 2250,
New Orleans, 70112

RE:   Antoinette Durden
       Dates of treatment: 10/18/11-2/1/12
       SS#: 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
       DOB: 11-8-1950

Dear Ms. Miceli:

      As you know, Pendley, Baudin & Coffin Law Firm represents *Antoinette Durden* in her lawsuit against the manufacturer(s) of Taxotere/Docetaxel. A very important issue is the determination of the manufacturer(s) of the infusions of Taxotere/Docetaxel Ochsner administered to Ms. Durden.

      Taxotere is the name-brand drug manufactured by Sanofi-Aventis, and Docetaxel is the generic name of the drug manufactured by numerous different companies.  Sanofi-Aventis held the exclusive patent for Taxotere until March 9, 2011. After that date generic forms were introduced into the market by multiple companies, all using the generic name of Docetaxel.

      Ms. Durden was administered Taxotere and/or Docetaxel at your facility during the above-referenced dates of treatment.  We have ordered and received medical and billing (?) records from Ochsner; however, the records do not identify either the manufacturer(s) or the National Drug Code(s) (NDCs) of the Taxotere/Docetaxel administered to Ms. Durden during the time of her treatment.

      Accordingly, it is requested that you furnish the records from or held by any entity within the Ochsner health care provider family as requested in the attached subpoena and described below:

    (1) Records showing proof of the Manufacturer(s) along with the National Drug Codes (NDCs) and/or lot numbers for the Taxotere/Docetaxel administered to Antoinette Durden during the time of her treatment from 10/18/11 to 2/1/12.

Plaquemine
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

T (225) 687.6396
F (225) 687.6398
pbclawfirm.com

New Orleans
1515 Poydras Street,
Ste. 1400
New Orleans, LA 70112

T (504) 355.0086
F (504) 523.0699
pbclawfirm.com

(2) Records showing proof of the entity which sold the Taxotere/docetaxel to Ochsner administered to Ms. Durden or the Taxotere/docetaxel available for physicians to order be infused in patients during the time of Ms. Durden's treatment from 10/18/11 to 2/1/12.

(3) Purchase records of Taxotere/docetaxel by Ochsner or any third party which then provided or sold to Ochsner that was available for physicians to order be infused in patients during the time of Ms. Durden's treatment from 10/18/2011 to 2/1/2012

(4) All Patient Revenue Cycle Records pertaining to Ms. Antoinette Durden from 10/18/2011 to 2/1/2012.

(5) All billing and correspondence regarding any submissions made to Medicaid or any third-party Medicaid billing and/or submission service on behalf of Ochsner regarding Ms. Durden's Medicaid billing during the time period referenced above.

Although we have already sent Ochsner a signed HIPAA authorization, I have enclosed an additional copy giving you authority to release these records to me. We are certainly willing to pay a reasonable fee for copying expenses.

It is my and Mr. Coffin's hope that we can avoid involving Ochsner in additional depositions and litigation related to Ms. Durden's records by obtaining the documents we are requesting. If you have any questions or concerns, please do not hesitate to contact me at 225-687-6396.

Very truly yours,

Jessica A. Reynolds

CC:   Christopher L. Coffin

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
### (PURSUANT TO 45 C.F.R. 164.508)

**TO:**
Healthcare Provider: Attn: Meredith Miceli
Clinic/Hospital: Ochsner Health Systems
Address: 450 Poydras St., Ste 2250,
City, State, Zip: New Orleans, LA 70112

**REGARDING:**
Patient: Antoinette Durden
Patient Other Names: Antoinette
Date of Birth: 11-8-50
Social Security Number: 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

**SPECIFIC REQUESTOR:** Pendley, Baudin & Coffin, L.L.P.
**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party
☐ All Laboratory & Test Result Records
☐ All Operative Reports
☐ All Radiology Records inc. films, scans & videos
☐ All Medication/Pharmacy Records
☐ All ER/Outpatient Records

☐ All Autopsy Records
☐ All Doctor/Nurse Handwritten Notes
☐ All Admission/Discharge Records
☐ All Billing Records/Information
☐ All Dialysis Records
☑ Other: NDC CODES

**PURPOSE OF DISCLOSURE:** Legal review and Evaluation
**Dates of Service from** 10-18-2011 **to** 2-1-2012

**UNDERSTANDINGS:**
1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.
2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above
3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information.
4. I understand that a photocopy of this authorization is to be considered valid as the original.
5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).
6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).
7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.

_Antoinette Durden_
Signature of Patient (or Personal Representative)

**Dated:** 5/2/18

_Antoinette Durden_
Printed Name of Patient (or Personal Representative)

Authority to Sign for Patient (Documents Attached):
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult

## EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH:_____/_____/_____          SSN:____/_____/ __.___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

**\*\*\*PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED \*\*\***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

_____/_____/_____          _____/_____/ _____                    _____

DATE OF FIRST TREATMENT          DATE OF LAST TREATMENT          # OF DOSES

_____          _____
SIGNATURE OF REPRESENTATIVE OF                    NAME  OF  PRACTICE/INFUSION  CENTER
PRACTICE/INFUSION CENTER

_____          _____
PRINTED NAME & TITLE OF REPRESENTATIVE            ADDRESS

_____          _____
DATE                                              CITY, STATE, ZIP

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H"(5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Antoinette Durden | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | **Civil Action No: 2:16-cv-16635** |
| | : | |
| SANOFI US SERVICES INC., et al. | : | |
| Defendants | : | |

## <u>NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS</u>

Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that Plaintiff intends to serve the attached subpoena commanding the production of documents, information, or objects upon Ochsner Health System Meredith Miceli.

Dated: August 20, 2018

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar No. 27902)
Nicholas R. Rockforte (LA Bar No. 31305)
Jessica A. Reynolds (LA Bar No. 34024)
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
Plaquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
Jperez@pbclawfirm.com
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, a copy of the foregoing Notice of Service of Subpoena to Produce Documents, Information, or Objects was served via EMAIL upon the following:

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC 400
Poydras Street
Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

John F. Olinde Chaffe
McCall, LLP 2300
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
505b2liaison@chaffe.com

Dawn Barrios
Barrios, Kingsdorf & Casetix, LLP 701
Poydras Street
Suite 3650
New Orleans, LA 70139
barrios@bkc-law.com

Palmer Lambert
Gainsburgh Benjamin David Meunier & Warshauer, LLC 2800
Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
plambert@gainsben.com

Harley V. Ratliff
Kelly Bieri
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
noproductid@shb.com

Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1 100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
noproductid@tuckerellis.com

R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-
ProdID@gtlaw.com

Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
docetaxelproductid@quinnema
nuel.com

Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.co
m

/s/ Christopher L. Coffin
Christopher L. Coffin

# Exhibit A

AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Antoinette Durden | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:16-cv-16635 |
| Sanofi US Services, Inc., et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:     Ochsner Health System, Meredith Miceli, 1450 Poydras Street, Ste. 2250, New Orleans, LA 70112

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See attached Exhibit A

| Place:  Pendley, Baudin & Coffin, L.L.P., 2505 Energy Centre,<br> 1100 Poydras Street, New Orleans, LA 70113 | Date and Time:<br><br>                10/10/2018 9:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit B

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     09/06/2018

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | Christopher L. Coffin |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*          Plaintiff
_____ , who issues or requests this subpoena, are:

Christopher L. Coffin, Pendley, Baudin & Coffin, L.L.P., 2505 Energy Centre, 1100 Poydras Street, New Orleans, LA 70113, ccoffin@pbclawfirm.com, (504) 355-0086

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:16-cv-16635

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAOXTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Antoinette Durden v. Sanofi US Services, Inc., et al..*  2:16-cv-16635 | HON. JANE T. MILAZZO |

## <u>NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION</u>

TO:  **Ochsner Health System**
**MEREDITH MICELI**
**1450 Poydras Street, Ste. 2250**
**New Orleans, LA 70112**
*Attorney for Ochsner Health System*

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(6) of the

Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned

counsel, will take the deposition of Ochsner Health System (hereinafter "Ochsner")

on October 10, 2018 at 9:00 A.M., at the office of Pendley, Baudin & Coffin, LLP,

2505 Energy Centre, 1100 Poydras St., New Orleans, LA 70163.  Pursuant to Rule

30(b)(6) of the Federal Rules of Civil Procedure, Ochsner shall designate and

produce a representative or representatives, as may be required, to testify on behalf

of Ochsner concerning the topics identified in Exhibit A attached hereto.   The
witness is requested to testify concerning the matters set forth in Exhibit A and to
produce the documents identified in Exhibit B, attached hereto, in advance of the
deposition in accordance with the Court's Orders governing production of
documents in connection with depositions.

Pursuant to Rule 30(b)(6) of the Federal Rules of Procedure, the Ochsner
Health System is required to designate one or more officers, directors, or managing
agents, or other persons who consent to testify on Ochsner Health System's behalf,
and whom Ochsner Health System will fully prepare to testify regarding the
matters designated in Exhibit A, attached hereto, and as to such information that is
known or reasonably available to Ochsner Health System.

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Plaintiff
demands that Ochsner Health System's designee, responsive to this subpoena
*duces tecum*, produce, on October 10, 2018, the documents identified in the
schedule of documents found in Exhibit B, attached hereto, organized and labeled
to correspond to the categories identified in the schedule of documents found in
Exhibit B.

Failure to designate a person who is prepared to provide full and complete
testimony with this subpoena *duces tecum* and produce documents may be treated

as a failure to comply with this subpoena *duces tecum* and may be treated as contempt of court. A failure to adequately prepare to so testify and produce documents may be considered to be a "failure to appear" for the deposition as subpoenaed, which could result in sanctions, imposed by a Court pursuant to Rule 37(d).

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. You are invited to attend. The deposition shall be videotaped.

Dated: September 6, 2018.

**PLAINTIFFS' CO-LEAD COUNSEL**

By: /s/ Christopher L. Coffin
CHRISTOPHER L. COFFIN
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70113
Office: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

JESSICA A. PEREZ
24110 Eden Street

PO Drawer 71
Plaquemine, LA 70765
Office: 225-687-6396
Fax: 225-687-6398
jperez@pbclawfirm.com

*Attorneys for Antionette Durden*

## EXHIBIT A

## Definitions

For the purposes of this subpoena *duces tecum* and 30(b)(6) Deposition Notice, the following terms shall have the following meanings:

1. "TREATING FACILTIY" refers to Ochsner Health System, with a main campus located at Ochsner Medical Center, 1514 Jefferson Hwy., New Orleans, LA 70121, and any of its parents, successors, predecessors, sisters, affiliates, subsidiaries, divisions or related companies or other businesses or legal entities, and their officers, directors, agents, representatives, consultants, employees, attorneys or anyone subject to the direction and control of, or acting on behalf of, any of the foregoing, both past and present.

2. "Plaintiff" refers to Antionette Durden.

3. "Taxotere (docetaxel)" refers to any generic or brand manufactured intravenous injectable or infusion chemotherapy medication of that name.

4. "Protocol" refers to standard practice, procedure, system, rule(s), custom or habit.

5. "Pharmaceutical Distributor" refers to the person or entity and any of its agents, employees, or officers, that shipped or sold Taxotere (docetaxel) to TREATING FACILITY.

6. "2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL)DOSE" refers to the time-period of two years prior to October 18, 2011 through February 1, 2012. (relevant time-period therefore would be October 18, 2009 to February 1, 2012).

7. "Document(s)" refers to any designated documents or electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained.

8. The terms "and," "or," and "and/or" shall be construed in the conjunctive or the disjunctive, whichever makes the request more inclusive.

## Subject of Deposition - Matters of Inquiry

**Antionette Durden's Treatment at Ochsner Medical Center:**

1. The information regarding Antionette Durden's treatment at TREATING FACILITY that is sought in the document entitled "Statement Regarding Chemotherapy Drug Administered," which is attached hereto as Exhibit C.

2. The dates of Antionette Durden's treatment at TREATING FACILITY.

3. The nature of Antionette Durden's treatment at TREATING FACILITY.

4. The dates of Antionette Durden's treatment at TREATING FACILITY in which she was administered Taxotere (docetaxel).

5. The number of doses of Taxotere (docetaxel) that were administered to Antionette Durden at TREATING FACILITY.

6. The amount of each dose of Taxotere (docetaxel) that was administered to Antionette Durden at TREATING FACILITY.

7. The National Drug Code for each dose of Taxotere (docetaxel) that was administered to Antionette Durden at TREATING FACILITY.

8. The identity of the manufacturer of each dose of Taxotere (docetaxel) that was administered to Antionette Durden at TREATING FACILITY.

9. The information displayed in the document attached hereto as Exhibit D.

10. The chemotherapy infusions administered to Antionette Durden from 2 YEARS PREVIOUS TO FIRST TAXOTERE (docetaxel) DOSE to DATE OF LAST TAXOTERE (docetaxel) DOSE. Including, but not limited to the chemotherapy infusion administration protocols and/or practices of any and all RNs, ACAs, or Physicians who administered Taxotere(docetaxel) to Plaintiff.

**TREATING FACILITY's Systems and Protocols:**

11. TREATING FACILITY's protocols for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (docetaxel) DOSE to DATE OF LAST TAXOTERE (docetaxel) DOSE.

12. Federal, state, and local governmental requirements governing TREATING FACILITY's acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (docetaxel) DOSE to DATE OF LAST TAXOTERE (docetaxel) DOSE.

13. TREATING FACILITY's protocols for complying with federal, state, and local governmental requirements for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (docetaxel) DOSE to DATE OF LAST TAXOTERE (docetaxel) DOSE.

14. Accrediting entities' requirements for TREATING FACILITY's acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (docetaxel) DOSE to DATE OF LAST TAXOTERE (docetaxel) DOSE.

15. TREATING FACILITY's protocols for complying with accrediting entities' requirements for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

16. TREATING FACILITY's records system that tracks its chemotherapy pharmaceutical inventory and patient administration.

17. TREATING FACILITY's records system that tracks its chemotherapy medications purchased, received, and/or administered from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

18. TREATING FACILITY's patient and/or insurance itemized billing system in place from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

19. TREATING FACILITY's utilization of super-billing records system throughout its system from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

20. TREATING FACILITY's records systems that track its Taxotere (docetaxel) inventory from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

21. TREATING FACILITY's records systems that tracks Taxotere (docetaxel) purchased and received from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

22. TREATING FACILITY's records systems that track Taxotere (docetaxel) administered to patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

23. TREATING FACILITY's records systems that track PLAINTIFF NAME's treatment and billing from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

24. TREATING FACILITY's records systems that track Taxotere (docetaxel) administered to PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

25. TREATING FACILITY's utilization of super-billing records system for tracking PLAINTIFF's treatment and billing from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

**TREATING FACILITY's Acquisition of Taxotere (docetaxel):**

26. TREATING FACILITY's acquisition of Taxotere (docetaxel) from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST (DOCETAXEL) TAXOTERE DOSE.

27. Agreements between TREATING FACILITY and all persons or entities for TREATING FACILITY's acquisition of Taxotere (docetaxel) during the time-period of 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

28. The identity of each manufacturer of all Taxotere (docetaxel) TREATING FACILITY received from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

4

29. The National Drug Code for all Taxotere (docetaxel) TREATING FACILITY received from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

30. The date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from 2 YEARS PREVIOUS TO FIRST TAXOTERE (DOCETAXEL) DOSE to DATE OF LAST TAXOTERE (DOCETAXEL) DOSE.

31. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Sanofi U.S. Services, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

32. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Sanofi Aventis US LLC d/b/a Winthrop US from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

33. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Hospira, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

34. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Hospira Worldwide, LLC from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

35. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Hospira Worldwide, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

36. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from McKesson Packaging Services from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

37. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from McKesson Corporation from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

38. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Sandoz Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

5

39. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Accord Healthcare, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

40. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Sagent Pharmaceuticals from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

41. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Pfizer Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

42. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Pfizer Laboratories from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

43. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Actavis Pharma, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

44. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Dr. Reddy's Lab Ltd. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

45. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Teva Pharms USA from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

46. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Northstar RX LLC from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

47. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Eagle Pharmaceuticals from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

48. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Sun Pharmaceutical Industries, Inc. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

49. The National Drug Code and date of receipt for all Taxotere (docetaxel) TREATING FACILITY received from Caraco Laboratories, Ltd. from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

50. Names of the pharmaceutical distributor(s)' sales representatives and/or customer services representatives that TREATING FACILITY purchased and/or received Taxotere (docetaxel) from between 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE and DATE OF LAST TAXOTERE DOSE.

**TREATING FACILITY's Response to the Plaintiff's August 21, 2018 Subpoena:**

51. The method of search for the documents and/or electronically stored data requested pursuant to the Plaintiff's August 20, 2018 subpoena directed to TREATING FACILITY.

52. The meaning of the information displayed in Exhibit D, Ochsner Hospital Encounter Detail and Summary Report, a copy of which is attached hereto.

53. The manner in which the information displayed in Exhibit D relates to PLAINTIFF's chemotherapy infusions.

54. The existence of the documents and/or electronically stored data previously requested by the Plaintiff in its August 20, 2018 subpoena directed to TREATING FACILITY.

55. The systems, processes, and purpose for the creation, duplication, and/or storage of the documents and/or electronically stored data requested by the Plaintiff in its August 20, 2018 subpoena directed to TREATING FACILITY.

56. The systems, processes, and purpose for the creation, duplication, and/or storage of the documents and/or electronically stored data previously provided to the Plaintiff by TREATING FACILITY, copies of which are attached hereto as Exhibit D.

57. Any and all document and/or electronically stored data retention/destruction policies that would relate to any of the documents requested by the PLAINTIFF in its August 20, 2018 subpoena directed to TREATING FACILITY.

58. The source location of the documents and/or electronically stored data requested by PLAINTIFF in its August 20, 2018 subpoena directed to TREATING FACILITY.

59. The source location of the documents and/or electronically stored data previously provided to PLAINTIFF by TREATING FACILITY, copies of which are attached hereto as Exhibit D.

60. Organization, indexing, and/or filing of the documents and/or electronically stored data requested by PLAINTIFF in its August 20, 2018 subpoena directed to TREATING FACILITY.

61. Organization, indexing, and/or filing of the documents and/or electronically stored data previously provided to PLAINTIFF by TREATING FACILITY, copies of which are attached hereto as Exhibit D.

62. The completeness of the documents and/or electronically stored data previously provided to PLAINTIFF by TREATING FACILITY, copies of which are attached hereto as Exhibit D.

63. The authenticity of the documents and/or electronically stored data previously provided to PLAINTIFF by TREATING FACILITY, copies of which are attached hereto as Exhibit D.

**TREATING FACILITY's Response to this Subpoena *duces tecum*:**

64. The existence of the documents and/or electronically stored data requested below pursuant to this subpoena *duces tecum*.

65. The systems, processes, and purpose for the creation, duplication, and/or storage of the documents and/or electronically stored data requested below pursuant to this subpoena *duces tecum*.

66. Any and all document and/or electronically stored data retention/destruction policies that would relate to any of the documents requested below pursuant to this subpoena *duces tecum*.

67. The location of the documents and/or electronically stored data requested below pursuant to this subpoena *duces tecum*.

68. Organization, indexing, and/or filing of the documents and/or electronically stored data requested below pursuant to this subpoena *duces tecum*.

69. The method of search for the documents and/or electronically stored data requested below pursuant to this subpoena *duces tecum*.

8

70. The completeness of the documents and/or electronically stored data produced pursuant this subpoena *duces tecum*.

71. The authenticity of the documents and/or electronically stored data produced pursuant to this subpoena *duces tecum*.

**Communications:**

72. All communications between TREATING FACILITY and Antionette Durden's insurers regarding Antionette Durden from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

73. All communications between TREATING FACILITY and Antionette Durden's insurers regarding Antionette Durden's treatment at TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

74. All communications between TREATING FACILITY and Antionette Durden's insurers regarding billing for Antionette Durden's treatment at TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

75. Communications made between TREATING FACILITY and any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere/(docetaxel) for records responsive to PLAINTIFF'S August 20, 2018 subpoena directed to TREATING FACILITY.

76. Communications made between TREATING FACILITY and SANOFI for records responsive to PLAINTIFF'S August 20, 2018 subpoena directed to TREATING FACILITY.

77. All internal communications made between TREATING FACILITY employees regarding PLAINTIFF'S August 20, 2018 subpoena directed to TREATING FACILITY.

78. Communications made between TREATING FACILITY and any third party, other than any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere/docetaxel for records responsive to the Plaintiff's August 20, 2018 subpoena directed to TREATING FACILITY.

79. Communications made between TREATING FACILITY and any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere(docetaxel) for records responsive to this subpoena.

9

80. Communications made between TREATING FACILITY and SANOFI for records responsive to this subpoena.

81. Communications made between TREATING FACILITY and any third party, other than any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere(docetaxel), for records responsive to this subpoena.

82. All internal communications made between TREATING FACILITY employees regarding this subpoena.

83. All internal communications made between TREATING FACILITY employees regarding the Taxotere (docetaxel) administered to Antionette Durden.

84. Communications made between TREATING FACILITY and any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere(docetaxel) for records regarding the Taxotere (docetaxel) administered to Antionette Durden.

85. Communications made between TREATING FACILITY and any third party, other than any/all PHARMACEUTICAL DISTRIBUTORS of Taxotere(docetaxel), for records regarding the Taxotere (docetaxel) administered to Antionette Durden.

86. Communications made between TREATING FACILITY and Accord Healthcare Inc., Sandoz, Inc., Hospira Inc., Hospira Worldwide, LLC, Pfizer, Inc., Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc., and Defendant Actavis Pharma, Inc. or their respective agents, or representatives regarding this subpoena or Plaintiff's August 20, 2018 subpoena.

## Exhibit B

## Document Requests

1. Documents that provide the information sought in the document entitled "Statement Regarding Chemotherapy Drug Administered," which is attached hereto as Exhibit C.

2. Documents supporting TREATING FACILITY's responses to the information sought in the document entitled "Statement Regarding Chemotherapy Drug Administered," which is attached hereto as Exhibit C.

10

3. TREATING FACILITY's protocols for the acquisition, maintenance, inventory tracking, dispensing, and administration of chemotherapy pharmaceuticals to cancer patients from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

4. Communications between TREATING FACILITY and the pharmaceutical distributor(s)' sales representatives and/or customer services representatives from which TREATING FACILITY purchased and/or received Taxotere (docetaxel) from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

5. Any and all shipping records of Taxotere (docetaxel) purchased and/or received by TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

6. Any and all itemized invoicing and payment records for Taxotere (docetaxel) shipped to and/or received by TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

7. Agreements between TREATING FACILITY and all persons or entities for TREATING FACILITY's acquisition of Taxotere (docetaxel) which were in effect at any point in time between 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE and DATE OF LAST TAXOTERE DOSE.

8. Any and all patient specific records with the National Drug Codes of the Taxotere (docetaxel) administered to PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

9. Any and all patient specific records with the named manufacturers of the Taxotere (docetaxel) administered to PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

10. Any and all patient specific records with the dosage amount of all Taxotere (docetaxel) administered to PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

11. Any and all patient specific records with all of the dates on which Taxotere (docetaxel) was administered to PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

12. All records regarding the administration of Taxotere (docetaxel) to PLAINTIFF from the super-billing records system or any other practice management software

11

utilized by TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

13. All communications between TREATING FACILITY and PLAINTIFF's insurers regarding PLAINTIFF from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

14. All communications between TREATING FACILITY and PLAINTIFF's insurers regarding PLAINTIFF's treatment at TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

15. All communications between TREATING FACILITY and PLAINTIFF's insurers regarding billing for PLAINTIFF's treatment at TREATING FACILITY from 2 YEARS PREVIOUS TO FIRST TAXOTERE DOSE to DATE OF LAST TAXOTERE DOSE.

16. Communications made between TREATING FACILITY and PHARMACEUTICAL DISTRIBUTOR's for records responsive to the PLAINTIFF'S August 20, 2018 subpoena directed to TREATING FACILITY.

17. All internal communications made between TREATING FACILITY employees regarding the PLAINTIFF'S P August 20, 2018 subpoena directed to TREATING FACILITY.

18. Communications made between TREATING FACILITY and any third party, other than PHARMACUETICAL DISTRIBUTORS, for records responsive to the PLAINTIFF'S August 20, 2018 subpoena directed to TREATING FACILITY.

19. Communications made between TREATING FACILITY and PHARMACEUTICAL DISTRIBUTORS for records responsive to this subpoena.

20. Communications made between TREATING FACILITY and any third party, other than PHARMACEUTICAL DISTRIBUTORS, for records responsive to this subpoena.

21. All internal communications made between TREATING FACILITY employees regarding this subpoena.

22. All internal communications made between TREATING FACILITY employees regarding the Taxotere (docetaxel) administered to Antionette Durden.

23. Communications made between TREATING FACILITY and PHARMACEUTICAL DISTRIBUTORS for records regarding the Taxotere (docetaxel) administered to Antionette Durden.

24. Communications made between TREATING FACILITY and any third party, other than PHARMACEUTICAL DISTRIBUTORS, for records regarding the Taxotere (docetaxel) administered to Antionette Durden.

25. Communications made between TREATING FACILITY and Accord Healthcare Inc., Sandoz, Inc., Hospira Inc., Hospira Worldwide, LLC, Pfizer, Inc., Sanofi-Aventis U.S. LLC, Sanofi U.S. Services Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc., and Defendant Actavis Pharma, Inc. or their respective agents, or representatives regarding this subpoena or Plaintiff's August 20, 2018 subpoena.

13

**EXHIBIT C**

## EXHIBIT C

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH:_____/_____/_____          SSN:_____/_____/_____

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

#### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

_____/_____/_____      _____/\_\_\_\_/\_\_\_\_      _____

DATE OF FIRST TREATMENT          DATE OF LAST TREATMENT        # OF DOSES

SIGNATURE OF REPRESENTATIVE OF          NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE          ADDRESS

DATE          CITY, STATE, ZIP

# EXHIBIT D

**Hospital Encounter Detail & Summary Report**

DURDEN, ANTONETTE M   11/8/1950   8245896   Ochsner-Main Campus Hospital

| Account | Adm Date | Det Date | | Code | Description | | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 25607102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30217686 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30286190 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 8/29/2011 | 30286934 | VITAMIN D, 25 HYDROXY | 1 | $260.00 | ANCILLARY CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 9/1/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/1/2011 | 110132 | MEDICAID PAYMENT | -6 | -$79.75 | PAYMENT | COMMUNITY OF CARE |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/3/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896614 | 8/29/2011 | 8/29/2011 | 10/3/2011 | 620009 | MEDICAID OP ALLOW. | -6 | -$551.25 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/27/2011 | 25607102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/27/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 9/30/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896708 | 9/27/2011 | 9/27/2011 | 10/24/2011 | 620009 | MEDICAID OP ALLOW. | -2 | -$111.91 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/7/2011 | 25607102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/7/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/10/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/31/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/31/2011 | 620009 | MEDICAID OP ALLOW. | -2 | -$111.91 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896805 | 10/7/2011 | 10/7/2011 | 10/31/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/17/2011 | 25607102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/17/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 10/20/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896902 | 10/17/2011 | 10/17/2011 | 11/14/2011 | 620009 | MEDICAID OP ALLOW. | -2 | -$111.91 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631019 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631598 | TAXOTERE 20 MG | 7 | $9,058.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33631939 | INFUSION/ADDL SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALC00 | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633094 | SODIUM CHLORIDE 0.9% 250ML BAG | 1 | $30.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33662269 | RANITIDINE/RANS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/18/2011 | 33662331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/26/2011 | 33631855 | INJECTION, SUBCU-M / ANTIBIOTI | 1 | $96.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/26/2011 | 33632886 | FILGRASTIM 480 MCG/1.6/VL | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/27/2011 | 33631855 | INJECTION, SUBCU-M / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/27/2011 | 33632886 | FILGRASTIM 480 MCG/1.6/VL | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/28/2011 | 33631855 | INJECTION, SUBCU-M / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/28/2011 | 33632886 | FILGRASTIM 480 MCG/1.6/VL | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/29/2011 | 33631855 | INJECTION, SUBCU-M / ANTIBIOTI | 1 | $96.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 10/29/2011 | 33632886 | FILGRASTIM 480 MCG/1.6/VL | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6403727332 | 10/18/2011 | 10/31/2011 | 12/5/2011 | 110132 | MEDICAID PAYMENT | -18 | -$3,081.05 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 620009 | MEDICAID OP ALLOW. | -18 | -$15,203.95 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 12/7/2011 | 110132 | MEDICAID PAYMENT | -1 | -$1,660.74 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 7/2/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -18 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 7/2/2012 | 620009 | MEDICAID OP ALLOW. | -1 | $8,195.24 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 7/5/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 1/13/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 1/16/2013 | 110134 | DENIED-TIMELY FILING | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 1/20/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 1/29/2013 | 999904 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 3/17/2013 | 110132 | MEDICAID PAYMENT | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 3/21/2013 | 999904 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403727332 | 10/18/2011 | 10/31/2011 | 7/30/2013 | 620009 | MEDICAID OP ALLOW. | -1 | -$8,195.26 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 29680982 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30217586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30286880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30287070 | PHOSPHORUS | 1 | $43.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 30289714 | MAGNESIUM | 1 | $50.00 | ANCILLARY CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 10/26/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/28/2011 | 110132 | MEDICAID PAYMENT | -8 | -$61.86 | PAYMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/28/2011 | 620009 | MEDICAID OP ALLOW. | -8 | -$414.14 | ADJUSTMENT | COMMUNITY OF CARE |
| 28245896996 | 10/26/2011 | 10/26/2011 | 11/30/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 28245896701 | 10/28/2011 | 10/28/2011 | 10/28/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 28245896701 | 10/28/2011 | 10/28/2011 | 10/28/2011 | 29680982 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 28245896701 | 10/28/2011 | 10/28/2011 | 10/31/2011 | 99888881 | PKW940 1050 #1N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |

| Account | Date | Date | Date | Code | Description | Qty | Amount | Type | Payer |
|---|---|---|---|---|---|---|---|---|---|
| 282458967011 | 10/28/2011 | 10/28/2011 | 11/28/2011 | 110132 | MEDICAID PAYMENT | -2 | -$9.24 | PAYMENT | COMMUNITY OF CARE |
| 282458967011 | 10/28/2011 | 10/28/2011 | 11/28/2011 | 620009 | MEDICAID OP ALLOW. | -2 | -$65.76 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967011 | 10/28/2011 | 11/30/2011 | 110523 | | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631206 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33631809 | INFUSION/ADDL SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632631 | DIPHENHYDRAMINE 50MG5ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633116 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632269 | RANITIDINE/ARMS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/9/2011 | 33632337 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/10/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 11/10/2011 | 33632894 | PEGFMLGRAS 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6403903751 | 10/31/2011 | 11/30/2011 | 110132 | | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/12/2011 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 12/13/2011 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/22/2012 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/3/2012 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -5 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/3/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/23/2012 | 110132 | MEDICAID PAYMENT | -12 | -$244.16 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/23/2012 | 620009 | MEDICAID OP ALLOW. | -5 | -$1,204.84 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/25/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 1/25/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -7 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 2/6/2012 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 2/7/2012 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -12 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/2/2012 | 110132 | MEDICAID PAYMENT | -12 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/3/2012 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -12 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/16/2012 | 110132 | MEDICAID PAYMENT | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/17/2012 | 999610 | PENDING FURTHER REVIEW | -5 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/23/2012 | 110132 | MEDICAID PAYMENT | -7 | -$3,633.84 | PAYMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/23/2012 | 620009 | MEDICAID OP ALLOW. | -7 | -$12,968.39 | ADJUSTMENT | COMMUNITY OF CARE |
| 6403903751 | 10/31/2011 | 11/30/2011 | 4/24/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 29609962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/7/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 11/10/2011 | 99888881 | PKWH40 1050 8IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967119 | 11/7/2011 | 11/7/2011 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/5/2011 | 620009 | MEDICAID OP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 12/19/2011 | 110132 | MEDICAID PAYMENT | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967119 | 11/7/2011 | 11/7/2011 | 999610 | PENDING FURTHER REVIEW | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33063461 | CHEMO COMPOUNDING FEE | 2 | $58.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33631079 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33531834 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33535090 | INFUSION/ADDL SEQ UP TO 1HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592337 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592337 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33592449 | DIPHENHYDRAMINE 50MG5ML 50ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 11/30/2011 | 33631495 | DEXAM 20MG/ALOXI .25/GN5 50ML | 1 | $1,287.00 | ANCILLARY CHARGE | GUA |
| 6404020283 | 11/15/2011 | 11/30/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404020283 | 11/15/2011 | 11/30/2011 | 12/28/2011 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -8 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404020283 | 11/15/2011 | 11/30/2011 | 2/20/2012 | 110132 | MEDICAID PAYMENT | -8 | -$1,916.52 | PAYMENT | COMMUNITY OF CARE |
| 6404020283 | 11/15/2011 | 11/30/2011 | 2/22/2012 | 620009 | MEDICAID OP ALLOW. | -8 | -$9,457.48 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404020283 | 11/15/2011 | 11/30/2011 | 2/22/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 29609962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30212586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30279280 | FERRITIN | 1 | $118.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/22/2011 | 30206880 | IRON | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 11/25/2011 | 99888881 | PKWH40 1050 8IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967267 | 11/22/2011 | 11/22/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -6 | -$49.94 | PAYMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 12/26/2011 | 620009 | MEDICAID OP ALLOW. | -6 | -$347.06 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967267 | 11/22/2011 | 11/22/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 11/30/2011 | 29687162 | CMPL CBC W/PLT W/AUTO/M DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 282458967348 | 11/30/2011 | 11/30/2011 | 11/30/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 282458967348 | 11/30/2011 | 11/30/2011 | 11/30/2011 | 99888881 | PKWH40 1050 8IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/26/2011 | 110132 | MEDICAID PAYMENT | -2 | -$20.06 | PAYMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/26/2011 | 620009 | MEDICAID OP ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 282458967348 | 11/30/2011 | 11/30/2011 | 12/28/2011 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404127291 | 11/30/2011 | 7/27/2012 | 99777770 | ZERO CHARGE | 1 | | | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632894 | PEGFMLGRAS 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33072062 | PIGGYBACK | 1 | $19.00 | ANCILLARY CHARGE | GUA |
| 6404139925 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631596 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631839 | INFUSION/ADD'L SEQ UP TO 3HR | 3 | $357.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632495 | RANTIDINE 25MG/ML (ZANTAC) | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633122 | SODIUM CHLORIDE 0.9% 100ML BAG | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 5 | $50.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/21/2011 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $62.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 12/22/2011 | 33632894 | PEGFILLGRAS 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/9/2012 | 110132 | MEDICAID PAYMENT | -14 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/10/2012 | 999131 | NO PRE-CERTIFICATION/REFERRAL | -14 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/11/2012 | 33692269 | RANTIDINE/0.45NS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/6/2012 | 110132 | MEDICAID PAYMENT | -8 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/7/2012 | 999304 | INFO REQ FROM PROV-UNSPECIFIED | -8 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/12/2012 | 110132 | MEDICAID PAYMENT | -8 | -$259.50 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/12/2012 | 620009 | MEDICAID CP ALLOW. | -6 | -$1,290.50 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/13/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -6 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/19/2012 | 110132 | MEDICAID PAYMENT | -6 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/22/2012 | 999510 | PENDING FURTHER REVIEW | -6 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/26/2012 | 110132 | MEDICAID PAYMENT | -6 | -$5,596.91 | PAYMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/26/2012 | 620009 | MEDICAID CP ALLOW. | -3 | -$27,619.09 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 3/26/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404139825 | 12/1/2011 | 7/9/2012 | 5/16/2012 | 620009 | MEDICAID CP ALLOW. | -1 | -$28.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 12/19/2011 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 12/22/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 12/22/2011 | 99888861 | PKW940 1050@N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 1/8/2012 | 110132 | MEDICAID PAYMENT | -2 | -$20.00 | PAYMENT | COMMUNITY OF CARE |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 1/8/2012 | 620009 | MEDICAID CP ALLOW. | -2 | -$111.94 | ADJUSTMENT | COMMUNITY OF CARE |
| 2824589675/34 | 12/19/2011 | 12/19/2011 | 1/10/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 12/29/2011 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 12/29/2011 | 29695962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 12/29/2011 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 1/2/2012 | 99888861 | PKW940 1050@N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 1/16/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 1/16/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 2824589676/31 | 12/29/2011 | 12/29/2011 | 1/16/2012 | 620009 | MEDICAID CP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $200.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631596 | TAXOTERE 20 MG | 6 | $8,448.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33631839 | INFUSION/ADD'L SEQ UP TO 3HR | 3 | $471.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 3 | $30.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 6 | $60.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/12/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $112.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 1/12/2012 | 33632894 | PEGFILLGRAS 6MG/0.6ML NEULASTA | 1 | $11,614.00 | ANCILLARY CHARGE | GUA |
| 6404372201 | 1/3/2012 | 1/31/2012 | 2/13/2012 | 110132 | MEDICAID PAYMENT | -11 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 2/13/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -11 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/5/2012 | 110132 | MEDICAID PAYMENT | -11 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/7/2012 | 999431 | NO PRE-CERTIFICATION/REFERRAL | -11 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/26/2012 | 110132 | MEDICAID PAYMENT | -11 | -$3,908.37 | PAYMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/26/2012 | 620009 | MEDICAID CP ALLOW. | -11 | -$19,286.63 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404372201 | 1/3/2012 | 1/31/2012 | 3/27/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -11 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404391290 | 1/5/2012 | 1/31/2012 | 1/11/2012 | 33692269 | RANTIDINE/0.45NS 50MG/50ML PB | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 6404391290 | 1/5/2012 | 1/31/2012 | 1/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30217678 | IRON BINDING CAPACITY | 1 | $37.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30279260 | FERRITIN | 1 | $115.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30296880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30287070 | PHOSPHORUS | 1 | $43.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/9/2012 | 30289714 | MAGNESIUM | 1 | $30.00 | ANCILLARY CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/12/2012 | 99888861 | PKW940 1050@N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 110132 | MEDICAID PAYMENT | -7 | -$90.74 | PAYMENT | COMMUNITY OF CARE |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 2824589640/92 | 1/9/2012 | 1/9/2012 | 1/30/2012 | 620009 | MEDICAID CP ALLOW. | -7 | -$382.26 | ADJUSTMENT | COMMUNITY OF CARE |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 29695962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 1/20/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 1/24/2012 | 99888861 | PKW940 1050@N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 2/6/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 2824589642/03 | 1/20/2012 | 1/20/2012 | 2/6/2012 | 620009 | MEDICAID CP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |

| Account | Date1 | Date2 | Date3 | Code | Description | Qty | Amount | Type | Payer |
|---|---|---|---|---|---|---|---|---|---|
| 382458964203 | 1/30/2012 | 1/30/2012 | 2/7/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 382458964301 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964301 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 29609962 | DIFFERENTIAL, MANUAL | 1 | $45.00 | ANCILLARY CHARGE | GUA |
| 382458964301 | 1/30/2012 | 1/30/2012 | 1/30/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458964301 | 1/30/2012 | 1/30/2012 | 2/22/2012 | 99888881 | PKW840 1050#IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964301 | 1/30/2012 | 1/30/2012 | 2/20/2012 | 110132 | MEDICAID PAYMENT | -3 | -$21.18 | PAYMENT | COMMUNITY OF CARE |
| 382458964301 | 1/30/2012 | 1/30/2012 | 2/20/2012 | 620009 | MEDICAID OP ALLOW. | -3 | -$143.82 | ADJUSTMENT | COMMUNITY OF CARE |
| 382458964301 | 1/30/2012 | 1/30/2012 | 2/22/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | 1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631049 | CHEMO ADMIN IV INFUSION/1 HR | 1 | $770.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631073 | CHEMO EACH ADD SEQUEN INF/1 HR | 1 | $300.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631197 | CYCLOPHOSPHAMIDE 1 GM | 1 | $204.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631696 | TAXOTERE 20 MG | 6 | $1,148.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631639 | INFUSION/ADDL SEQ UP TO 1HR | 3 | $471.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33631880 | IV PUSH ADDL NEW SUB/DRUG | 1 | $152.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33632444 | PALONOSETRON 0.25MG/5ML ALOXI | 1 | $1,256.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33632631 | DIPHENHYDRAMINE 50MG/ML | 1 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633084 | SODIUM CHLORIDE 0.9% 250ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633106 | SODIUM CHLORIDE 0.9% 500ML BAG | 1 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633114 | SODIUM CHLORIDE 0.9% 50ML BAG | 2 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33633335 | DEXAMETHASONE 4MG/ML VIAL | 6 | $50.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33665709 | FUROSEMIDE 20MG/2ML | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33692269 | RANITIDINE/0.45NS 50MG/50ML PB | 1 | $18.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/1/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/14/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $152.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/14/2012 | 33632686 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $152.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 33632686 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/15/2012 | 99888881 | PKW840 1050#IN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33631855 | INJECTION, SUBQ/IM / ANTIBIOTI | 1 | $152.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/16/2012 | 33632686 | FILGRASTIM 480 MCG/1.6ML | 1 | $1,314.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/23/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/23/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 2/23/2012 | 33665709 | FUROSEMIDE 20MG/2ML | 1 | $20.00 | ANCILLARY CHARGE | GUA |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -9 | -$512.89 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | 0 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -9 | -$2,529.41 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 999466 | DUPLICATE CLAIM | -1 | $0.00 | ADJUSTMENT | COMMUNITY OF CARE |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/11/2012 | 999466 | DUPLICATE CLAIM | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/20/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -21 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/24/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/24/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -6 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/24/2012 | 999610 | PENDING FURTHER REVIEW | -13 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/30/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 4/30/2012 | 999610 | PENDING FURTHER REVIEW | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/7/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -8 | -$202.41 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/7/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -4 | -$1,245.59 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/8/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -5 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/8/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/16/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -8 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/21/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/21/2012 | 999610 | PENDING FURTHER REVIEW | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 5/22/2012 | 999610 | PENDING FURTHER REVIEW | -6 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 6/18/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 6/18/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/2/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | -$1,423.49 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/2/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$7,024.51 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/2/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/25/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -31 | -$31.51 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/25/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -3 | -$155.49 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -3 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 7/27/2012 | 999610 | PENDING FURTHER REVIEW | -4 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 11/2/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$3,101.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/1/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -35 | -$300.79 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/1/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -7 | -$2,471.21 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/1/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -7 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999316 | UNCLEAN CLAIM | -8 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999504 | INFO REQ FROM PROV-UNSPECIFIED | -5 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/4/2012 | 999610 | PENDING FURTHER REVIEW | -15 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 110132 | MEDICAID PAYMENT | 7 | $500.79 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 610006 | AMERIGROUP ADJUSTMENT | 6 | $1,990.59 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | 1 | $480.62 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -1 | -$10.11 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/5/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$45.89 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/10/2012 | 110323 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/10/2012 | 999610 | PENDING FURTHER REVIEW | -2 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404586970 | 1/31/2012 | 2/29/2012 | 12/11/2012 | 110132 | MEDICAID PAYMENT | 1 | $10.11 | PAYMENT | UHC BAYOU HEALTH |

| | | | | | Description | Qty | Amount | Transaction | Payor |
|---|---|---|---|---|---|---|---|---|---|
| 6404586970 | 1/31/2012 | 2/9/2012 | 12/11/2012 | 610062 | | 1 | $49.89 | ADJUSTMENT | UHC BAYOU HEALTH |
| 6404607811 | 2/1/2012 | 9/28/2012 | 4/1/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 2/13/2012 | 30289714 | MAGNESIUM | 1 | $36.00 | ANCILLARY CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 2/16/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 1 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458966441 | 2/13/2012 | 2/13/2012 | 3/13/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -4 | -$28.14 | PAYMENT | UHC BAYOU HEALTH |
| 382458966441 | 2/13/2012 | 2/13/2012 | 3/13/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$172.86 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/16/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/16/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 2/20/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964475 | 2/16/2012 | 2/16/2012 | 3/13/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -2 | -$9.24 | PAYMENT | UHC BAYOU HEALTH |
| 382458964475 | 2/16/2012 | 2/16/2012 | 3/13/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -1 | -$65.76 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 29681716 | HEMATOLOGY PROFILE | 1 | $35.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 29689962 | DIFFERENTIAL, MANUAL | 1 | $40.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/23/2012 | 30378097 | TSH | 1 | $102.00 | ANCILLARY CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 2/27/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458964548 | 2/23/2012 | 2/23/2012 | 3/20/2012 | 999140 | MISCELLANEOUS | -2 | $0.00 | ANCILLARY CHARGE | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/23/2012 | 110761 | UHC BAYOU HEALTH PAYMENT | -4 | -$38.74 | PAYMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/23/2012 | 610062 | UHC BAYOU HEALTH ADJUSTMENT | -4 | -$228.26 | ADJUSTMENT | UHC BAYOU HEALTH |
| 382458964548 | 2/23/2012 | 2/23/2012 | 4/23/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -4 | $0.00 | PAYMENT | UHC BAYOU HEALTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 3/14/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $167.00 | ANCILLARY CHARGE | GUA |
| 6404845720 | 2/29/2012 | 3/31/2012 | 3/14/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6404845720 | 2/29/2012 | 3/31/2012 | 3/14/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$1.72 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/9/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/10/2012 | 110345 | SERVICE IS NOT COVERED | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 4/10/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 5/22/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$26.68 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/10/2012 | 110744 | AMERIGROUP PAYMENT | 0 | -$27.58 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/10/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/11/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/24/2012 | 502318 | MANAGED CARE INTEREST PAYMENT | 1 | $0.60 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6404845720 | 2/29/2012 | 3/31/2012 | 7/24/2012 | 610046 | AMERIGROUP ADJUSTMENT | 0 | $165.28 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6404586653 | 2/29/2012 | 10/26/2012 | 4/29/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 382458966831 | 3/23/2012 | 3/23/2012 | 3/23/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382458966831 | 3/23/2012 | 3/23/2012 | 3/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458966831 | 3/23/2012 | 3/23/2012 | 3/27/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 1 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458966831 | 3/23/2012 | 3/23/2012 | 4/9/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$27.21 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966831 | 3/23/2012 | 3/23/2012 | 4/9/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$104.79 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 382458966831 | 3/23/2012 | 3/23/2012 | 4/10/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966831 | 3/23/2012 | 3/23/2012 | 2/15/2013 | 110744 | AMERIGROUP PAYMENT | 0 | $6.75 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966831 | 3/23/2012 | 3/23/2012 | 2/15/2013 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$6.75 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 382458966831 | 3/23/2012 | 3/23/2012 | 2/20/2013 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/10/2012 | 33633327 | ALTEPLASE 2MG/2ML (ACTIVASE) | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/10/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 0 | $0.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/11/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $167.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 4/11/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/1/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/1/2012 | 110744 | AMERIGROUP ADJUSTMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 6/1/2012 | 610046 | AMERIGROUP ADJUSTMENT | 0 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/17/2012 | 110744 | AMERIGROUP PAYMENT | 0 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/17/2012 | 610046 | AMERIGROUP ADJUSTMENT | 0 | $0.00 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405102097 | 3/30/2012 | 4/30/2012 | 7/18/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -2 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/22/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/23/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $167.00 | ANCILLARY CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 5/23/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/18/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/18/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405338546 | 4/30/2012 | 5/31/2012 | 12/19/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/9/2012 | 33516210 | EVAL, PT | 1 | $464.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/14/2012 | 35512051 | CMPLX DECONGEST THER-15 MIN-PT | 1 | $516.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/14/2012 | 35413932 | THERAPEUTIC EX, EA 15 MIN-PT | 3 | $163.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/29/2012 | 35413932 | THERAPEUTIC EX, EA 15 MIN-PT | 4 | $652.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 5/30/2012 | 35413932 | THERAPEUTIC EX, EA 15 MIN-PT | 3 | $489.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/8/2012 | 35412051 | CMPLX DECONGEST THER-15 MIN-PT | 2 | $340.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/8/2012 | 35413932 | THERAPEUTIC EX, EA 15 MIN-PT | 1 | $163.00 | ANCILLARY CHARGE | GUA |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/19/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$237.35 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/19/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$2,543.65 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 6405417314 | 5/9/2012 | 6/30/2012 | 6/20/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30217586 | IRON BINDING CAPACITY | 1 | $57.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30286080 | IRON | 1 | $55.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 30289714 | MAGNESIUM | 1 | $36.00 | ANCILLARY CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 5/23/2012 | 99888881 | PKW940 1050 #N1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 382458966447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 110523 | CHGS APPLIED TO CONTRACT ADJ | -1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$56.89 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 382458966447 | 5/23/2012 | 5/23/2012 | 6/8/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$343.11 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |

| Account | Service Date | Post Date | Due Date | Code | Description | Qty | Amount | Type | Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 64055859142 | 5/30/2012 | 6/30/2012 | 6/27/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 64055859142 | 5/30/2012 | 6/30/2012 | 6/27/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 64055859142 | 5/30/2012 | 6/30/2012 | 7/23/2012 | | MISCELLANEOUS | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 64055859142 | 5/30/2012 | 6/30/2012 | 12/18/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 64055859142 | 5/30/2012 | 6/30/2012 | 12/18/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 64055859142 | 5/30/2012 | 6/30/2012 | 12/30/2012 | 110023 | CHGS APPLIED TO CONTRACT ADJ | 1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 29687102 | COMPL CBC W/PLT W/AUTOM DIFF | 1 | $42.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30215222 | COMPREHENSIVE METABOLIC PAN 14 | 1 | $90.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30217686 | IRON BINDING CAPACITY | 1 | $37.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30279280 | FERRITIN | 1 | $119.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30286880 | IRON | 1 | $56.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/27/2012 | 30636934 | VITAMIN D, 25 HYDROXY | 1 | $267.00 | ANCILLARY CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 6/30/2012 | 99888881 | PKW940 1050 RIN1 WILLIAMS | 2 | $0.00 | STATISTICAL CHARGE | GUA |
| 38245896790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 110023 | CHGS APPLIED TO CONTRACT ADJ | 1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 38245896790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 110744 | AMERIGROUP PAYMENT | -1 | -$81.34 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 38245896790 | 6/27/2012 | 6/27/2012 | 7/13/2012 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$549.66 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 64058828868 | 6/29/2012 | 7/31/2012 | 7/29/2012 | 33631871 | IV PUSH INITIAL SUBSTANCE/DRUG | 1 | $157.00 | ANCILLARY CHARGE | GUA |
| 64058828868 | 6/29/2012 | 7/31/2012 | 7/29/2012 | 33692331 | HEPARIN FLUSH 500U/5ML SYRINGE | 1 | $10.00 | ANCILLARY CHARGE | GUA |
| 64058828868 | 6/29/2012 | 7/31/2012 | 9/5/2012 | 999440 | MISCELLANEOUS | -1 | $0.00 | ADJUSTMENT | UHC BAYOU HEALTH |
| 64058828868 | 6/29/2012 | 7/31/2012 | 3/15/2013 | 110744 | AMERIGROUP PAYMENT | -1 | -$28.70 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 64058828868 | 6/29/2012 | 7/31/2012 | 3/15/2013 | 610046 | AMERIGROUP ADJUSTMENT | -1 | -$138.30 | ADJUSTMENT | AMERIGROUP BAYOU HLTH |
| 64058828868 | 6/29/2012 | 7/31/2012 | 3/18/2013 | 110023 | CHGS APPLIED TO CONTRACT ADJ | 1 | $0.00 | PAYMENT | AMERIGROUP BAYOU HLTH |
| 64060372221 | 7/27/2012 | 3/24/2013 | 9/25/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 64061439535 | 8/13/2012 | 4/10/2013 | 10/12/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 64063116676 | 9/4/2012 | 5/2/2013 | 11/3/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 64064909355 | 9/27/2012 | 5/25/2013 | 11/26/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |
| 64065691341 | 10/3/2012 | 5/31/2013 | 12/2/2012 | 99777770 | ZERO CHARGE | 1 | $0.00 | ANCILLARY CHARGE | GUA |

Rows 1 - 428 (All Rows)

### 28245896414 DURDEN ,ANTOINETTE M
| Type Service Date | Date Range | Balance | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$551.25 | |
| CHARGES AND CREDITS | 38245896 | $631.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$79.75 | |
| Account Balance | | $0.00 | |

### 28245896708 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$111.94 | |
| CHARGES AND CREDITS | 38245896 | $132.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$20.06 | |
| Account Balance | | $0.00 | |

### 28245896805 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$111.94 | |
| CHARGES AND CREDITS | 38245896 | $132.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$20.06 | |
| Account Balance | | $0.00 | |

### 28245896902 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$111.94 | |
| CHARGES AND CREDITS | 38245896 | $132.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$20.06 | |
| Account Balance | | $0.00 | |

### 28245896998 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$414.14 | |
| CHARGES AND CREDITS | 38245896 | $476.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$61.86 | |
| Account Balance | | $0.00 | |

### 28245897071 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$65.76 | |
| CHARGES AND CREDITS | 38245896 | $75.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$9.24 | |
| Account Balance | | $0.00 | |

### 28245897119 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$143.82 | |
| CHARGES AND CREDITS | 38245896 | $165.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$21.18 | |
| Account Balance | | $0.00 | |

### 28245897267 DURDEN ,ANTOINETTE M
| | | | |
|---|---|---|---|
| ADJUSTMENTS | 38245896 | -$347.06 | |
| CHARGES AND CREDITS | 38245896 | $397.00 | |
| PAYMENTS AND DENIALS | 38245896 | -$49.94 | |
| Account Balance | | $0.00 | |

282458967348 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$111.94 |
| CHARGES AND CREDITS | 82458961 | $132.00 |
| PAYMENTS AND DENIALS | 82458961 | -$20.06 |
| Account Balance | | $0.00 |

282458967534 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$111.94 |
| CHARGES AND CREDITS | 82458961 | $132.00 |
| PAYMENTS AND DENIALS | 82458961 | -$20.06 |
| Account Balance | | $0.00 |

282458967631 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$143.82 |
| CHARGES AND CREDITS | 82458961 | $165.00 |
| PAYMENTS AND DENIALS | 82458961 | -$21.18 |
| Account Balance | | $0.00 |

382458964092 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$392.26 |
| CHARGES AND CREDITS | 82458961 | $443.00 |
| PAYMENTS AND DENIALS | 82458961 | -$50.74 |
| Account Balance | | $0.00 |

382458964209 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$143.82 |
| CHARGES AND CREDITS | 82458961 | $165.00 |
| PAYMENTS AND DENIALS | 82458961 | -$21.18 |
| Account Balance | | $0.00 |

382458964301 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$143.82 |
| CHARGES AND CREDITS | 82458961 | $165.00 |
| PAYMENTS AND DENIALS | 82458961 | -$21.18 |
| Account Balance | | $0.00 |

382458964441 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$172.86 |
| CHARGES AND CREDITS | 82458961 | $201.00 |
| PAYMENTS AND DENIALS | 82458961 | -$28.14 |
| Account Balance | | $0.00 |

382458964479 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$65.76 |
| CHARGES AND CREDITS | 82458961 | $75.00 |
| PAYMENTS AND DENIALS | 82458961 | -$9.24 |
| Account Balance | | $0.00 |

382458964548 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$228.26 |
| CHARGES AND CREDITS | 82458961 | $267.00 |
| PAYMENTS AND DENIALS | 82458961 | -$38.74 |
| Account Balance | | $0.00 |

382458964631 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENT | 82458961 | -$111.54 |
| CHARGES AND CREDITS | 82458961 | $132.00 |
| PAYMENTS AND DENIALS | 82458961 | -$20.46 |
| Account Balance | | $0.00 |

382458965447 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$343.11 |
| CHARGES AND CREDITS | 82458961 | $400.00 |
| PAYMENTS AND DENIALS | 82458961 | -$56.89 |
| Account Balance | | $0.00 |

382458965790 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$549.66 |
| CHARGES AND CREDITS | 82458961 | $631.00 |
| PAYMENTS AND DENIALS | 82458961 | -$81.34 |
| Account Balance | | $0.00 |

6403727332 DURDEN ,ANTOINETTE M

| | | |
|---|---|---|
| ADJUSTMENTS | 82458961 | -$15,203.95 |

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| CHARGES AND CREDITS | | $18,285.00 |
| PAYMENTS AND DENIALS | | -$3,081.05 |
| Account Balance | | |

**6403903751** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$19,163.23 |
| CHARGES AND CREDITS | | $23,049.00 |
| PAYMENTS AND DENIALS | | -$3,883.77 |
| Account Balance | | |

**6404020283** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$9,457.48 |
| CHARGES AND CREDITS | | $11,374.00 |
| PAYMENTS AND DENIALS | | -$1,916.52 |
| Account Balance | | $0.00 |

**6404127291** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| CHARGES AND CREDITS | | $0.00 |
| Account Balance | | $0.00 |

**6404139825** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$28,927.59 |
| CHARGES AND CREDITS | | $34,784.00 |
| PAYMENTS AND DENIALS | | -$5,856.41 |
| Account Balance | | |

**6404377201** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$19,286.63 |
| CHARGES AND CREDITS | | $23,195.00 |
| PAYMENTS AND DENIALS | | -$3,908.37 |
| Account Balance | | $0.00 |

**6404391260** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| CHARGES AND CREDITS | | $0.00 |
| Account Balance | | $0.00 |

**6404586970** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$14,056.00 |
| CHARGES AND CREDITS | | $16,276.00 |
| PAYMENTS AND DENIALS | | -$2,220.00 |
| Account Balance | | $0.00 |

**6404607811** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| CHARGES AND CREDITS | | $0.00 |
| Account Balance | | $0.00 |

**6404845720** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$137.70 |
| CHARGES AND CREDITS | | $167.00 |
| PAYMENTS AND DENIALS | | -$29.30 |
| Account Balance | | $0.00 |

**6404856583** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| CHARGES AND CREDITS | | $0.00 |
| Account Balance | | $0.00 |

**6405102097** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$138.30 |
| CHARGES AND CREDITS | | $167.00 |
| PAYMENTS AND DENIALS | | -$28.70 |
| Account Balance | | $0.00 |

**6405338546** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$138.30 |
| CHARGES AND CREDITS | | $167.00 |
| PAYMENTS AND DENIALS | | -$28.70 |
| Account Balance | | $0.00 |

**6405417314** DURDEN ,ANTOINETTE M

| Transaction Type Category : Patient DMR | | |
|---|---|---|
| ADJUSTMENTS | | -$2,543.65 |
| CHARGES AND CREDITS | | $2,781.00 |
| PAYMENTS AND DENIALS | | -$237.35 |
| Account Balance | | $0.00 |

**6405585942** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| ADJUSTMENTS | -$138.30 |
| CHARGES AND CREDITS | $167.00 |
| PAYMENTS AND DENIALS | -$28.70 |
| Account Balance | $0.00 |

**6405828688** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| ADJUSTMENTS | -$138.30 |
| CHARGES AND CREDITS | $167.00 |
| PAYMENTS AND DENIALS | -$28.70 |
| Account Balance | $0.00 |

**6406037221** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| CHARGES AND CREDITS | $0.00 |
| Account Balance | $0.00 |

**6406143935** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| CHARGES AND CREDITS | $0.00 |
| Account Balance | $0.00 |

**6406311676** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| CHARGES AND CREDITS | $0.00 |
| Account Balance | $0.00 |

**6406499535** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| CHARGES AND CREDITS | $0.00 |
| Account Balance | $0.00 |

**6406569134** DURDEN ,ANTOINETTE M

| Transaction Type Category: Paid in Full - Zero Balance | |
|---|---|
| CHARGES AND CREDITS | $0.00 |
| Account Balance | $0.00 |



Ochsner Clinic Foundation
Hematology/Oncology
Outpatient Injection Documentation Form

MRN 8245896   10/18/11   8403727332
DURDEN, ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN
SEX:F   AGE:60 y   DOB:11/08/1950   NAP

| Date/Time | Drug & Dose | Waste | Site | Route | BP | H/H | Initial |
|---|---|---|---|---|---|---|---|
| 10/26/11 1200 | neupogen 480mcg | | (Lt) arm | Subcutaneous | | | |
| 10/27/11 1120 | neupogen 480mg | | (Lt) arm | Subcutaneous | | | |
| 10/28/11 1130 | neupogen 480 mcg | | (Lt) arm | Subcutaneous | | | |
| 10/26/11 1105 | neupogen 480mg | | (Lt) arm | Subcutaneous | | | |
| 11/9/11 1005 | Neulasta 6 mg | | R UA Q | — | SQ | | |
| 12/1/11 1440 | neulasta 6mg | | R UA | Subcutaneous | | | P.B |

MRN: 8245896   12/01/11   6404139825
DURDEN, ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN
SEX:F   AGE:61 y   DOB:11/08/1950   NAP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0830 12/22/11 | neulasta 6mg | | Subcutaneous | (Rt) arm | | | |
| 1/12/12 | neulasta 6mg | | Subcutaneous | (Rt) arm | | | |

MRN: 8245896   02/01/12   6404586970
DURDEN, ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN
SEX:F   AGE:61 y   DOB:11/08/1950   NAP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1005 2/14/12 | neupogen 480mcg | | Subcutaneous | (R) arm | | | |
| 1000 2/15/12 | neupogen 480mcg | | Subcutaneous | (Rt) arm | | | |
| 0945 2/16/12 | neupogen 480 mcg | | Subcutaneous | Rt arm | | | |
| 4/23/12 | Lasix 40mg | | P | RAC | IV | | P.B |

| Initials | Signature | | Initials | Signature |
|---|---|---|---|---|
| | | | P.B | P Buckley RN |

Update 3/2005

Clinic Progress Notes

DURDEN, ANTOINETTE M   MRN:   8245896   Encounter: L-824589620120724 DOS:

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896    02/01/12    6404586970
DURDEN ,ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN          NAP
SEX:F    AGE:61 y    DOB:11/08/1950

DATE _2/1/12_

Pain Scale (0-10) ___0___        ☑ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**

☑ Central line  ☐ PICC  ☑ Port  ☐ Hickman  ☐ Passport  Other _____
Location __(RUA)__        Huber needle  ☑ Yes  ☐ No  Gauge _#20  1"_

☐ Peripheral line  ☐ Jelco  ☐ Butterfly  Gauge ___  ☐ CVC dsg care        ☐ Labs drawn  ☐ Labs reviewed
Site _____ # of attempts _____        WBC _____    Cr _____
                                                    H/H _____    Anc _____

**IV Site Assessment:**
blood return ☑ Yes  ☐ No*       10 mL saline flush ☑ Yes  ☐ No        Plt _____
redness ☐ Yes*  ☑ No            100 units/mL hep lock flush X _5_ mL ☑ Yes  ☐ No
swelling ☐ Yes*  ☑ No           Blood return check per policy with vesicant administration ☑ Yes*  ☐ No
tenderness ☐ Yes*  ☑ No         IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes  ☐ No
Heplock ☑ Needle removed        Research Protocol ☐ Yes  ☑ No

* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1005 | Dexamethasone | 20mg | ∅ | IVPB | 50 ml | 1022 | (+) | ✓ | AB |
|  | Aloxi | 0.25mg |  |  | NS | | (+) | ✓ | AB |
| 1022 | Benadryl | 50mg | ∅ | IVPB | 50ml NS | 1039 | (+) | ✓ | AB |
| 1039 | Zantac | 50mg | ∅ | IVPB | 50ml½ ans | 1050 | (+) | ✓ | AB |
| 1250 | Xacib | 20mg | ∅ | IVP | — | 1253 | (+) | ✓ | AB |

**CHEMOTHERAPY RECORD**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1100 | Taxotere | 122mg | ∅ | IV | 250 NS | 1200 | (+) | ✓ | AB |
| 1200 | Cytoxan | 972mg | ∅ | IV | 250 NS | 1245 | (+) | ✓ | AB |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

**IV FLUIDS / BLOOD PRODUCTS**   **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | 500 ml NS | ∅ | KVO | 1300 | 1030 | 110/63 | 77 | 18 | — |
|  |  |  |  |  | 1200 | 131/76 | 64 | 18 | — |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009) Copy Center page 1 of 2        CLINIC NOTES

DURDEN, ANTOINETTE M   MRN:  8245896   Encounter: L-6404586970 DOS: 2/1/2012

**Ochsner Chemotherapy**
**Notes and Consultant's Reports**



MRN: 8245896   02/01/12   6404586970
DURDEN ,ANTOINETTE M *
ATT PHYS: JANCICH, SOPHY ANN          NAP
SEX:F   AGE:61 y   DOB:11/08/1950

**PATIENT ASSESSMENT   Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| 1. Mouth Sores | ☐ * | ☑ | 7. Shortness of breath | ☐ * | ☑ |
| 2. Nausea / Vomiting | ☐ * | ☑ | 8. Itching/Rash | ☐ * | ☑ |
| 3. Constipation / Diarrhea | ☐ * | ☑ | 9. Fever/ Chills | ☐ * | ☑ |
| 4. Numbness / Tingling | ☐ * | ☑ | 10. Weak/Tired | ☐ * | ☑ |
| 5. Depression | ☐ * | ☑ | 11. Other | ☐ * | ☐ |
| 6. Bleeding / Bruising | ☐ * | ☑ |  |  |  |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**                    **Patient Discharged**
                                                 ☑ Ambulates with independent gait
Instructed to call nurse or MD for:              ☐ W/C   ☐ Stretcher   ☐ Admit to hospital
☑ Dyspnea              ☑ Bleeding                ☑ By self   ☐ Accompanied by _____
☑ Fever greater than 100.4   ☑ Mouth Sores       ☐ Escort _____
☑ Vomiting             ☑ Diarrhea                ☐ to RTC _____
☐ Other _____                                  ☐ Follow-up appt given to patient   ☐ Placed in the mail
COMMENTS / TEACHING: _Pt tolerated last TX well._

_____

_____  2/1/12
RN Signature / Print Name / Date / Time          RN Signature / Print Name / Date / Time

_____                            _____
RN Signature / Print Name / Data / Time          Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009)  Copy Center page 2 of 2        CLINIC NOTES

DURDEN, ANTOINETTE M  MRN:  8245896  Encounter: L-6404586970 DOS: 2/1/2012

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896   01/01/12   6404391290
DURDEN, ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN                CIS
SEX: F   AGE: 61 y   DOB: 11/08/1950

DATE __1/11/12__

Pain Scale (0-10) ___0___          ☐ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**

☑ Central line  ☐ PICC  ☑ Port  ☐ Hickman  ☐ Passport   Other _____
Location __Rt chest wall__          Huber needle  ☑ Yes  ☐ No Gauge __20 1"__
☐ Peripheral line  ☐ Jelco  ☐ Butterfly   Gauge _____  ☐ CVC dsg care      ☐ Labs drawn ☑ Labs reviewed
Site _____   # of attempts _____      WBC _____   Cr _____
                                                          H/H _____   Anc _____
**IV Site Assessment:**                                   Plt _____
  blood return ☑ Yes  ☐ No*      10 mL saline flush ☑ Yes  ☐ No __5__
  redness  ☐ Yes ☑ No           100 units/mL hep lock flush X __5__ mL ☑ Yes  ☐ No
  swelling ☐ Yes* ☑ No          Blood return check per policy with vesicant administration ☐ Yes ☑ No
  tenderness ☐ Yes* ☑ No        IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No
  Heplock ☑ Needle removed                   Research Protocol ☐ Yes ☑ No
* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1010 | Ranitidine | 50mg | — | IVPB | 50ml ENS | 1027 | + | ✓ | |
| 1027 | Benadryl | 50mg | — | IVPB | 50mins | 1043 | + | ✓ | |
| 1043 | Dexamethasone | 20mg | | IVPB | 50mins | 1059 | + | ✓ | |
| | Aloxi | 25mg | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| 1059 | Taxotere | 122mg | — | IVPB | 250ml | 1200 | + | ✓ | |
| 1200 | Cytoxan | 972mg | | IVPB | 250ml | 1300 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| IV FLUIDS / BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1000 | 250ml NS | — | KVO | 1310 | 1020 | 104/57 | 68 | 18 | -- |
| | | | | | 1200 | 130/65 | 66 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009)  Copy Center page 1 of 2          CLINIC NOTES

**Ochsner Chemotherapy**
**Notes and Consultant's Reports**

MRN: 8245896   01/01/12   6404391290
DURDEN ,ANTOINETTE M   *
ATT PHYS: JANCICH, SOPHY ANN          CIS
SEX:F   AGE:61 y   DOB:11/08/1950

**PATIENT ASSESSMENT   Does Patient Have?**

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| 1. Mouth Sores | ☐ * | ☑ | 7. Shortness of breath | ☐ * | ☑ |
| 2. Nausea / Vomiting | ☐ * | ☑ | 8. Itching/Rash | ☐ * | ☑ |
| 3. Constipation / Diarrhea | ☐ * | ☑ | 9. Fever/ Chills | ☐ * | ☑ |
| 4. Numbness / Tingling | ☐ * | ☑ | 10. Weak/Tired | ☐ * | ☑ |
| 5. Depression | ☐ * | ☑ | 11. Other | ☐ * | ☑ |
| 6. Bleeding / Bruising | ☐ * | ☑ | | | |

**DESCRIBE** *

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**

**Patient Discharged**

☑ Ambulates with independent gait

Instructed to call nurse or MD for:

☑ Dyspnea               ☐ Bleeding
☑ Fever greater than 100.4   ☐ Mouth Sores
☑ Vomiting              ☐ Diarrhea
☐ Other _____

☐ W/C   ☐ Stretcher   ☐ Admit to hospital
☑ By self   ☐ Accompanied by _____
☐ Escort
☑ To RTC  X 2WK MD, neulasta 1/12/12
☐ Follow-up appt given to patient   ☐ Placed in the mail

**COMMENTS / TEACHING:**  tolerated well

_____ 1/11/12
RN Signature / Print Name / Date / Time          RN Signature / Print Name / Date / Time

_____                    _____
RN Signature / Print Name / Date / Time          Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009)  Copy Center page 2 of 2          CLINIC NOTES

DURDEN, ANTOINETTE M   MRN:  8245896   Encounter: L-6404391290 DOS: 1/1/2012

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896    12/01/11   6404139825
DURDEN, ANTOINETTE M        *
ATT PHYS: JANCICH, SOPHY ANN        NAP
SEX: F    AGE: 61 y    DOB: 11/08/1950

DATE 12/21/11

Pain Scale (0-10) ___0___          ☐ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**

☑ Central line  ☐ PICC  ☑ Port  ☐ Hickman  ☐ Passport  Other _____
Location Rt chest wall                Huber needle ☑ Yes  ☐ No  Gauge 20 3/4"

☐ Peripheral line  ☐ Jelco  ☐ Butterfly    Gauge ____   ☐ CVC dsg care      ☐ Labs drawn  ☐ Labs reviewed
Site _____ # of attempts _____                        WBC _____   Cr _____

**IV Site Assessment:**                                                      H/H _____   Ano _____
blood return ☐ Yes  ☐ No*       10 mL saline flush ☑ Yes  ☐ No ___          Plt _____
redness  ☐ Yes*  ☑ No            100 units/mL hep lock flush X 5 mL ☐ Yes  ☐ No
swelling ☐ Yes*  ☑ No            Blood return check per policy with vesicant administration  ☐ Yes  ☐ No
tenderness ☐ Yes*  ☑ No          IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes  ☐ No
Heplock  ☐ Needle removed                             Research Protocol  ☐ Yes  ☑ No

* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 0920 | Dexemethasone | 20mg | | IVPB | 50mlNS | 0940 | + | ✓ | |
| | Aloxi | .25mg | ✓ | | | | | | |
| 0943 | Ranitidine | 50mg | — | IVPB | 50mlNS | 0959 | + | ✓ | |
| 1000 | Benadryl | 50mg | — | IVPB | 50mlNS | 1016 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| 1016 | Taxotere | 122mg | — | IVPB | 250mlNS | 1116 | + | ✓ | |
| 1116 | Cytoxan | 972mg | — | IVPB | 250mlNS | 1216 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV FLUIDS / BLOOD PRODUCTS**      **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0920 | 1000mlNS | — | KVO | 1230 | 1000 | 116/59 | 65 | 18 | |
| | | | | | 1120 | 127/73 | 89 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009)  Copy Center page 1 of 2                 CLINIC NOTES

**Ochsner Chemotherapy**
**Notes and Consultant's Reports**

MRN: 8245896      12/01/11    6404139825
DURDEN ,ANTOINETTE M  *
ATT PHYS: JANCICH, SOPHY ANN            NAP
SEX:F      AGE:61 y     DOB:1 /08/1950

**PATIENT ASSESSMENT    Does Patient Have?**

|   | YES | NO |   | YES | NO |
|---|-----|-----|---|-----|-----|
| 1. Mouth Sores | ☐ ★ | ☑ | 7. Shortness of breath | ☐ ★ | ☑ |
| 2. Nausea / Vomiting | ☐ ★ | ☑ | 8. Itching/Rash | ☐ ★ | ☑ |
| 3. Constipation / Diarrhea | ☐ ★ | ☑ | 9. Fever/ Chills | ☐ ★ | ☑ |
| 4. Numbness / Tingling | ☐ ★ | ☑ | 10. Weak/Tired | ☐ ★ | ☑ |
| 5. Depression | ☐ ★ | ☑ | 11. Other | ☐ ★ | ☑ |
| 6. Bleeding / Bruising | ☐ ★ | ☑ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**

Instructed to call nurse or MD for:
☐ Dyspnea                    ☑ Bleeding
☑ Fever greater than 100.4   ☑ Mouth Sores
☑ Vomiting                   ☑ Diarrhea
☐ Other _____

COMMENTS / TEACHING: _tolerated well_

**Patient Discharged**

☑ Ambulate with independent gait
☐ W/C   ☐ Stretcher   ☐ Admit to hospital
☐ By self   ☐ Accompanied by _____
☐ Escort
☑ To RTC  _tomorrow neulasta_
☐ Follow-up appt given to patient  ☐ Placed in the mail

_____
_____

_____          _____
RN Signature / Print Name / Date / Time       RN Signature / Print Name / Date / Time

_____          _____
RN Signature / Print Name / Date / Time       Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009)  Copy Center page 2 of 2        CLINIC NOTES

DURDEN, ANTOINETTE M  MRN:  8245896  Encounter: L-6404139825 DOS: 12/1/2011

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896     12/01/11   6404139825
**DURDEN ,ANTOINETTE M**
ATT PHYS: JANCICH, SOPHY ANN            NAP
SEX: F     AGE: 61 y     DOB: 11/08/1950

DATE 11/30/11

Pain Scale (0-10) ___0___         ☐ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**
☑ Central line   ☐ PICC ☑ Port   ☐ Hickman   ☐ Passport   Other _____
Location ®ches wall _____   Huber needle ☑ Yes  ☐ No  Gauge 20 1"
☐ Peripheral line   ☐ Jelco   ☐ Butterfly   Gauge _____   ☐ CVC dsg care   ☑ Labs drawn   ☐ Labs reviewed
Site _____   # of attempts _____         WBC _____   Cr _____
                                                        H/H _____   Anc _____
**IV Site Assessment:**
blood return ☑ Yes  ☐ No*     10 mL saline flush ☑ Yes  ☐ No       Plt _____
redness ☐ Yes* ☑ No         100 units/mL hep lock flush X 5 mL ☑ Yes  ☐ No
swelling ☐ Yes* ☑ No        Blood return check per policy with vesicant administration ☐ Yes ☐ No
tenderness ☐ Yes* ☐ No      IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No
Heplock    ☐ Needle removed  Research Protocol ☐ Yes ☐ No
* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 0850 | Ranitidine | 50mg | — | IVPB | 50ml NS | 0909 | + | ✓ | |
| 0909 | Benadryl | 50mg | — | IVPB | 50ml NS | 0929 | + | ✓ | |
| 0929 | Dexmethasone | 20mg | | IVPB | 50ml NS | 0945 | + | ✓ | |
| | Aloxi | .25ml | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0950 | Taxotere | 119mg | > | IVPB | 250ml NS | 1050 | + | ✓ | |
| 1050 | Cytoxan | 954mg | > | IVPB | 250ml NS | 1140 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV FLUIDS / BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | TIME | Temp | BP pulse | Resp Rest | Pulse Temp |
|---|---|---|---|---|---|---|---|---|---|---|
| 0850 | 250ml NS | — | KVO | 1145 | | 0946 | 119/56 | | 18 | 36 |
| | | | | | | 1050 | 121/65 | | 18 | 64 |
| | | | | | | | | | | |
| | | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009)  Copy Center page 1 of 2         CLINIC NOTES



**Ochsner Chemotherapy**
**Notes and Consultant's Reports**



MRN: 8245896    11/15/11    6404020283
DURDEN ,ANTOINETTE M    *
ATT PHYS: JANCICH, SOPHY ANN    CIS
SEX:F    AGE:61 y    DOB:11/08/1950

| PATIENT ASSESSMENT | Does Patient Have? | | | |
|---|---|---|---|---|
| | YES NO | | YES NO | |
| 1. Mouth Sores | ☐ * ☑ | 7. Shortness of breath | ☐ * ☑ | |
| 2. Nausea / Vomiting | ☐ * ☑ | 8. Itching/Rash | ☐ * ☑ | |
| 3. Constipation / Diarrhea | ☐ * ☑ | 9. Fever/Chills | ☐ * ☑ | |
| 4. Numbness / Tingling | ☐ * ☑ | 10. Weak/Tired | ☐ * ☑ | |
| 5. Depression | ☐ * ☑ | 11. Other | ☐ * ☑ | |
| 6. Bleeding / Bruising | ☐ * ☑ | | | |

MRN: 8245896    12/01/11    6404139825
DURDEN ,ANTOINETTE M    *
ATT PHYS: JANCICH, SOPHY ANN    NAP
SEX:F    AGE:61 y    DOB:11/08/1950

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**

Instructed to call nurse or MD for:
☐ Dyspnea          ☑ Bleeding
☐ Fever greater than 100.4    ☑ Mouth Sores
☑ Vomiting         ☑ Diarrhea
☐ Other _____

**Patient Discharged**
☑ Ambulates with independent gait
☐ W/C   ☐ Stretcher   ☐ Admit to hospital
☐ By self   ☐ Accompanied by _____
☐ Escort
☐ to RTC  *tomorrow zeu last nu*
☐ Follow-up appt given to patient   ☐ Placed in the mail

COMMENTS / TEACHING: *tolerated well*

_____
_____

_____ 11/30/11
RN Signature / Print Name / Date / Time        RN Signature / Print Name / Date / Time

_____
RN Signature / Print Name / Date / Time        Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009)  Copy Center page 2 of 2        CLINIC NOTES

DURDEN, ANTOINETTE M  MRN:  8245896  Encounter: L-6404139825 DOS: 12/1/2011

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896   11/01/11   6403903751
DURDEN ,ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN         NAP
SEX:F   AGE:60 y   DOB:11/08/1950

DATE _11/09/11_

Pain Scale (0-10) _0_          ☐ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**
☑ Central line  ☐ PICC  ☐ Port  ☐ Hickman  ☐ Passport   Other _____
Location _(R) chest wall_              Huber needle ☐ Yes  ☐ No  Gauge _20 1"_
☐ Peripheral line  ☐ Jelco  ☐ Butterfly   Gauge _____  ☐ CVC dsg care         ☐ Labs drawn  ☑ Labs reviewed
Site _____ # of attempts _____        WBC _____   Cr _____
                                                               H/H _____   Anc _____
**IV Site Assessment:**
blood return ☑ Yes ☐ No*     10 mL saline flush ☑ Yes ☐ Na          PH _____
redness ☐ Yes* ☑ No          100 units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No         Blood return check per policy with vesicant administration ☐ Yes ☐ No
tenderness ☐ Yes* ☑ No       IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No
Heplock ☐ Needle removed     Research Protocol ☐ Yes ☐ No
* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 0915 | Ranitidine | 50mg | — | IVPB | 50ml/NS | 0932 | + | ✓ | |
| 0935 | Dexamethasone | 20mg | — | IVPB | 50ml/NS | 0952 | + | ✓ | |
| | Aloxi | .25mg | | | | | | | |
| 0952 | Benadryl | 50mg | — | IVPB | 50ml/NS | 1010 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1010 | Taxotere | 114mg | — | IVPB | 250ml/NS | 1115 | + | ✓ | |
| 1115 | Cytoxan | 854mg | — | IVPB | 250ml/NS | 1200 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV FLUIDS / BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0910 | 250ml/NS | — | KVO | 1210 | 0915 | 144/72 | 73 | 18 | — | Begin(1) 150mxl |
| | | | | | 1025 | 122/68 | 86 | 18 | — | taxt. null inf |
| | | | | | 1115 | 140/72 | 89 | 18 | — | |
| | TOTAL IVF | | | | | | | | | |

**VITAL SIGNS RECORD**

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009)  Copy Center page 1 of 2          CLINIC NOTES

**Ochsner Chemotherapy**
**Notes and Consultant's Reports**

MRN: 8245896    11/01/11    6403903751
DURDEN ,ANTOINETTE M *
ATT PHYS: JANCICH, SOPHY ANN          NAP
SEX:F    AGE:60 y    DOB:11/08/1950

**PATIENT ASSESSMENT    Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. Mouth Sores | ☐ ★ | ☑ | 7. Shortness of breath | ☐ ★ | ☑ |
| 2. Nausea / Vomiting | ☐ ★ | ☑ | 8. Itching/Rash | ☐ ★ | ☑ |
| 3. Constipation / Diarrhea | ☐ ★ | ☑ | 9. Fever/ Chills | ☐ ★ | ☑ |
| 4. Numbness / Tingling | ☐ ★ | ☑ | 10. Weak/Tired | ☐ ★ | ☑ |
| 5. Depression | ☐ ★ | ☑ | 11. Other | ☐ ★ | ☐ |
| 6. Bleeding / Bruising | ☐ ★ | ☑ | | | |

DESCRIBE ★ _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**

Instructed to call nurse or MD for:

☑ Dyspnea          ☑ Bleeding
☑ Fever greater than 100.4   ☑ Mouth Sores
☑ Vomiting         ☑ Diarrhea
☐ Other _____

**Patient Discharged**

☑ Ambulates with independent gait
☐ W/C   ☐ Stretcher   ☐ Admit to hospital
☑ By self   ☐ Accompanied by _____
☐ Escort
☐ to RTC _____
☐ Follow-up appt given to patient   ☐ Placed in the mail

COMMENTS / TEACHING: ___ Pt. tolerated tx well ___

_Dbuckley RN_  11/9/11
RN Signature / Print Name / Date / Time

_____
RN Signature / Print Name / Date / Time

_____
RN Signature / Print Name / Date / Time

_____
Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009) Copy Center page 2 of 2        CLINIC NOTES

DURDEN, ANTOINETTE M   MRN:  8245896   Encounter: L-6403903751  DOS: 10/31/2011

**Ochsner- Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 8245896   10/18/11   6403727332
DURDEN ,ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN                NAP
SEX: F   AGE: 60 y   DOB: 11/08/1950

DATE 10/18/11

Pain Scale (0-10) Ø          ☐ Chemo Consent Complete

Describe: _____

**IV ACCESS RECORD:**
☐ Central line*  ☑PICC  ☑ Port  ☐ Hickman  ☐ Passport  Other _____
Location (R) chest wall _____  Huber needle ☑ Yes  ☐ No  Gauge 20 1"
☐ Peripheral line  ☐ Jelco  ☐ Butterfly   Gauge _____  ☐ CVC dsg care          ☐ Labs drawn ☑ Labs reviewed
Site _____  — # of attempts _____          WBC _____  Cr _____
**IV Site Assessment:**                                          H/H _____  Anc _____
blood return ☑Yes  ☐No*     10 mL saline flush ☑Yes  ☐No          PH _____
redness ☐ Yes*  ☑ No      100 units/mL hep lock flush X  5  mL  ☑Yes  ☐No
swelling ☐Yes*  ☑No.      Blood return check per policy with vesicant administration  ☐Yes  ☑No
tenderness ☐Yes*  ☑No     IV site check every 30 minutes (excluding vesicants/irritants) ☑Yes  ☐No
Heplock  ☑ Needle removed                        Research Protocol  ☐Yes ☑No
* further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | WASTE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | Benadryl | 50mg | | IVPB | 50ml NS | 1020 | + | ✓ | |
| 1020 | Dexamethasone Deca | 20mg .25m | | IVPB | 50ml NS | 1040 | + | ✓ | |
| 1040 | Ranitidine | 50mg | — | IVPB | 50ml/NS | 1100 | + | ✓ | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1100 | Taxotere | 122mg | — | IVPB | 250mlNS | 1200 | + | ✓ | |
| 1200 | Cytoxan | 972mg | — | IVPB | 250mlNS | 1300 | + | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| IV FLUIDS / BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP | |
| 0950 | 250ml NS | — | KVO | 1340 | 1000 | 160/76 | 64 | 18 | | 100 |
| | | | | | 1015 | 166/74 | 51 | 18 | | 150 |
| | | | | | 1130 | 168/76 | 54 | 18 | | 250 |
| | | | | | 1200 | 177/74 | 50 | 18 | | complete |
| | TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 7/21/2009)  Copy Center page 1 of 2          CLINIC NOTES

DURDEN, ANTOINETTE M   MRN:  8245896   Encounter: L-6403727332 DOS: 10/18/2011

**Ochsner Chemotherapy**
**Notes and Consultant's Reports**

MRN: 8245896   10/18/11   6403727332
DURDEN ,ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN
SEX:F    AGE:60 y    DOB:11/08/1950        NAP

**PATIENT ASSESSMENT   Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| 1. Mouth Sores | ☐ ★ | ☑ | 7. Shortness of breath | ☐ ★ | ☑ |
| 2. Nausea / Vomiting | ☐ ★ | ☑ | 8. Itching/Rash | ☐ ★ | ☑ |
| 3. Constipation / Diarrhea | ☐ ★ | ☑ | 9. Fever/ Chills | ☐ ★ | ☑ |
| 4. Numbness / Tingling | ☐ ★ | ☑ | 10. Weak/Tired | ☐ ★ | ☑ |
| 5. Depression | ☐ ★ | ☑ | 11. Other | ☐ ★ | ☐ |
| 6. Bleeding / Bruising | ☐ ★ | ☑ |  |  |  |

DESCRIBE ★ _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**

Instructed to call nurse or MD for:

☑ Dyspnea            ☑ Bleeding
☑ Fever greater than 100.4°   ☑ Mouth Sores
☑ Vomiting           ☑ Diarrhea
☐ Other _____

**Patient Discharged**

☐ Ambulates with independent gait
☑ W/C   ☐ Stretcher   ☐ Admit to hospital
☐ By self   ☐ Accompanied by: Nov, 7, 2011
☑ To RTC _____
☐ Follow-up appt given to patient   ☐ Placed in the mail

COMMENTS / TEACHING: _Good ed Will_ _____

_____

_____

_____   _____
RN Signature / Print Name / Date / Time      RN Signature / Print Name / Date / Time

_____   _____
RN Signature / Print Name / Date / Time      Physician Signature / Print Name / Date / Time

Form No. 00009 (Rev. 7/21/2009)  Copy Center page 2 of 2      CLINIC NOTES

WESTLAW

2016 WL 10574682
Only the Westlaw citation is currently available.
United States District Court, E.D. Louisiana.

**Duxworth Roofing and Sheet Metal Inc. v. Assurance Co. of America**
United States District Court, E.D. Louisiana. | April 11, 2016 | 2016 WL 10574682 (Approx. 6 pages)

v.

ASSURANCE CO. OF AMERICA

CIVIL ACTION NO: 15-2150
Signed 04/11/2016

### Attorneys and Law Firms

Steven Joseph Rando, Law Offices of Steven J. Rando, LLC, Colin J. Lagarde, Lagarde Law, LLC, New Orleans, LA, for Duxworth Roofing and Sheet Metal Inc. et al.

Charles L. Chassaignac, IV, Bryan Joseph Haydel, Jr., Eleanor Weeks Wall, James Eric Johnson, Kelly Rae Englert, Kellye R. Grinton, Porteous, Hainkel & Johnson, Valerie Briggs Bargas, Kinchen, Walker, Bienvenu, Bargas, Reed & Helm, LLC, Baton Rouge, LA, Matthew Lee Mann, Porteous, Hainkel & Johnson, New Orleans, LA, for Assurance Co. of America.

### SECTION: "H"(2)

### ORDER AND REASONS

JANE TRICHE **MILAZZO**, UNITED STATES DISTRICT JUDGE

*1 Before the Court are a Motion in Limine filed by Defendant seeking the exclusion of the expert testimony of Cornelius Gorman, Shelly Savant, and John Theriot and the exclusion of references to the payroll of Duxworth Roofing and Sheet Metal (Doc. 22) and a Motion in Limine filed by Plaintiff seeking the exclusion of the expert testimony of Dr. Terry Habig, Robert Gisclair, Dr. Curtis **Partington**, and Daniel Cliff (Doc 24). The Court held oral argument on these Motions on March 23, 2016. At that time, the Court took Defendant's Motion under advisement. Plaintiff withdrew his Motion with respect to the expert testimony of Robert Gisclair and Daniel Cliff. The Court denied Plaintiff's Motion with respect to Dr. Terry Habig and took the Motion under advisement with respect to Dr. Curtis **Partington**.

The Court advised the parties of its ruling on these Motions on April 7, 2016. These reasons follow. For the following reasons, Defendant's Motion is **GRANTED** with respect to John Theriot and **DENIED** with respect to Cornelius Gorman, Shelly Savant, and references to the payroll of Duxworth Roofing. Plaintiff's Motion is **GRANTED IN PART** with respect to Dr. Curtis **Partington**.

### BACKGROUND

This diversity case arises out of an automobile accident that occurred on I-59 in Starkville, Mississippi when the truck owned by Plaintiff Duxworth Roofing and driven by Plaintiff Paul Duxworth was rear-ended by intoxicated driver Aubrey Allen. Plaintiffs have settled their claim against Ms. Allen and her insurer, GEICO, at the limits of that policy. Plaintiffs bring this claim against their un-insured/under-insured motorist carrier Defendant Assurance Company of America.

### LEGAL STANDARD

**I. Admissibility of Expert Testimony**
The admissibility of expert testimony is governed by Federal Rule of Evidence 702, which provides as follows:

A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:(a)

**SELECTED** TOPICS

Criminal Law

Trial
    Evidence of Defendant Prior Drug Use

**Secondary Sources**

**Art. 1631.   Power of court over proceedings; exclusion of witnesses.**

3 La. Prac. Civ. Proc. Article 1631 (2018 ed.)

...(a) This article is a restatement of the court's inherent power of supervision. See Succession of Robinson, 186 La. 389, 172 So. 429 (1936); Wyatt v. Texas Pipe Line Co., 9 La. App. 248, 120 So. 123 (2...

**s 11.3.   Opinion testimony-Experts-Generally**

19 La. Civ. L. Treatise, Evidence And Proof § 11.3 (2d ed.)

...Modern technology and its collision with expanding tort law have greatly increased the number of lawsuits in which the trier of fact is required to form an opinion which is beyond his or her competence...

**s 17:12.   Impeachment by proof of prior conviction**

La. Prac. Trial Handbook for La. Lawyers § 17:12 (3d ed.)

...In Louisiana, attacking a witness' credibility by evidence of a prior criminal conviction is treated differently in civil cases and criminal cases. For the purpose of attacking the credibility of a wit...

See More Secondary Sources

**Briefs**

**Joint Appendix**

2011 WL 2472801
Eric Greene, Petitioner, v. Jon Fisher, Respondent.
Supreme Court of the United States
June 17, 2011

...BEFORE: THE HONORABLE CAROLYN ENGEL TEMIN APPEARANCES: FOR THE COMMONWEALTH: David Augenbraun, Esq. Office of the District Attorney 1421 Arch Street Philadelphia, PA 19102 (215) 686-8000 FOR THE DEFEND...

**JOINT APPENDIX, VOL. III**

2009 WL 1230313
E. K. MCDANIEL, WARDEN and THE ATTORNEY GENERAL OF THE STATE OF NEVADA, Petitioners, v. TROY BROWN, Respondent.
Supreme Court of the United States
May 01, 2009

...FN* Counsel of Record XX/XX/XXXX LABORATORY NUMBER: L0277-94-A AGENCY: CARLIN P.D. AGENCY CASE #: 0194-0070 SUSPECT: BROWN, TROY VICTIM: ALLRED, MEGAN PERSON REQUESTING: ROY LADD-ELKO PD DATE OF SUBMIS...

**Aaron LINDH, Petitioner, v. James P. MURPHY, Warden, Respondent.**

1997 WL 33487275
Aaron LINDH, Petitioner, v. James P. MURPHY, Warden, Respondent.
Supreme Court of the United States
Feb. 21, 1997

the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and(d) the expert has reliably applied the principles and methods to the facts of the case.

The current version of Rule 702 reflects the Supreme Court's decisions in *Daubert v. Merrell Dow Pharms., Inc.*,[1] and *Kumho Tire Co. v. Carmichael*.[2] The threshold inquiry is whether the expert possesses the requisite qualifications to render opinion on a particular subject matter.[3] Having defined the permissible scope of the expert's testimony, a court next inquires whether the conclusions are reliable and relevant.[4] In undertaking this tripartite analysis, courts must give proper deference to the traditional adversary system and the role of the jury within that system.[5] "Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence."[6] As the "gatekeeper" of expert testimony, the trial court enjoys broad discretion in determining admissibility.[7]

## II. Exclusion of Irrelevant Evidence

*2 "The essential prerequisite of admissibility is relevance."[8] Evidence is relevant if "it has any tendency to make a fact more or less probable than it would be without the evidence ... and the fact is of consequence in determining the action."[9] Whether a fact is of consequence is a question governed by the substantive law applicable to the case.[10] "A district court 'may exclude relevant evidence if its probative value is substantially outweighed by a danger of ... unfair prejudice, confusing the issues, [or] misleading the jury.' "[11] Because Rule 403 "is an extraordinary measure [that] permits a trial court to exclude concededly probative evidence ... it should be used sparingly."[12]

## LAW AND ANALYSIS

### I. Defendant's Motion

Defendant's Motion asks the Court to exclude the expert testimony of Dr. Cornelius Gorman, Dr. Shelley Savant, and John Theriot. The Court will address each expert in turn.

#### A. Expert Testimony of Dr. Cornelius Gorman

Defendant first moves the Court to exclude the opinion testimony and report of Plaintiffs' expert Dr. Cornelius Gorman. Dr. Gorman issued a report evaluating Plaintiff Paul Duxworth's vocational status. Defendant challenges this report on several grounds. First, Defendant contends that Dr. Gorman is not qualified to quantify Plaintiff's medical disability because he is not a medical doctor. The Court rejects this argument. Though Dr. Gorman is not a medical doctor, he has ample experience working in vocational rehabilitation. The Court is satisfied that he is competent to render an opinion on Plaintiff's vocational status.

Defendant next challenges Dr. Gorman's report because it does not include Gorman's qualifications, compensation, and prior testimony as required by Rule 26. Defendant conceded at oral argument that they have not been prejudiced by any such omission, and it appears that this information has now been supplied. Accordingly, the Court will not exclude Dr. Gorman's testimony on these grounds.

Defendant finally contends that Dr. Gorman's report is foundationally deficient because he has not identified a medical assessment upon which to base a vocational evaluation. The Court disagrees. The report identifies medical records from Dr. Gorman and states that he performed an in-person evaluation of Plaintiff. He opines that Plaintiff's ability to work under physical duress is questionable and that Plaintiff may require accommodations ranging from supportive basic labor to supervisory assistance and contractual assistance. The Court finds that Gorman has identified a sufficient foundation for this opinion. According, Defendant's Motion is denied as to Dr. Gorman.

#### B. Expert Testimony of Dr. Shelly Savant

Defendant next asks the Court to exclude the expert testimony of Dr. Shelly Savant. Dr. Savant worked with Dr. Gorman to perform a psychiatric analysis of Plaintiff as part of his vocational assessment. She opines that Plaintiff suffers from significant depressive symptoms. Defendant's objections to Dr. Savant mirror its objections to Dr. Gorman. As to Dr. Savant's qualifications, she is a licensed psychiatrist with a board certification in life care planning. Accordingly, the Court finds that she is competent to render opinions regarding the impact of Plaintiff's psychiatric status on his vocational status. Just as with Dr. Gorman, Defendant concedes that it was not prejudiced by any late production of Dr. Savant's qualifications, compensation, and prior representations. Finally, the Court is satisfied that Dr.

...FN* Counsel of Record FN1 For the convenience of the court, a chronological listing of the facts which Appellant considers most significant is set forth in table form in the Appendix to this brief at p...

See More Briefs

**Trial Court Documents**

Bd. of Supervisors of Louisiana State University v. Villavaso

2014 WL 12479445
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY and Agricultural and Mechanical College, v. Michael P. VILLAVASO.
Civil District Court of Louisiana, Parish of Orleans.
May 30, 2014

...This matter came for hearing before the Court on May 14, 2014, on the Daubert/Motion in Limine to Exclude the Testimony of Defendant's Witness Charles C. Theriot filed herein on behalf of Plaintiff, Bo...

State v. Coleman

2012 WL 12877790
STATE of Louisiana, v. Robert COLEMAN.
District Court of Louisiana
May 03, 2012

...On February 17, 2005, Defendant, Robert Coleman, was found guilty by a unanimous jury of First Degree Murder and was sentenced to death. Due to a Batson violation, the Louisiana Supreme Court reversed ...

Landry v. Avondale Industries, Inc.

2003 WL 25884615
Raleigh LANDRY and Clailee Aucoin Landry, v. AVONDALE INDUSTRIES, INC., et al.
Civil District Court of Louisiana, Parish of Orleans.
June 25, 2003

...On June 23, and June 24, 2003 motions for summary judgment were heard by the Special Master. I. Master Motion for Summary Judgment on Behalf of "Employer" Defendants - Motions for Summary Judgment were...

See More Trial Court Documents

Savant has identified a sufficient foundation for her opinions, in that she personally evaluated Plaintiff and consulted with his prior medical records before rendering her opinion. Accordingly, Defendant's Motion to exclude Dr. Savant is denied.

### C. Expert Testimony of John Theriot

*3 Defendant's third challenge asks the Court to exclude the expert testimony of John Theriot. Theriot's report speaks to the economic losses Plaintiff allegedly sustained. Defendant contends that Theriot's report fails to supply an adequate foundation for his opinions. This Court agrees. Though Theriot is certainly qualified to serve as an expert economist, his report in this case is deficient. He provides no factual support for his opinions. His report begins by presenting four potential pre-injury earning capacity scenarios. It then continues by presenting two potential assumptions regarding Plaintiff's earning capacity after trial (50 percent lost earning capacity and 100 percent lost earning capacity). The Court is unable to determine the factual basis for any of these assumptions, and Theriot's report contains no analysis whatsoever as to how he arrived at these figures. He purports to rely on the opinions of Dr. Gorman and Dr. Savant; however, their reports contain no firm opinions or analysis related to Plaintiff's specific work restrictions. Accordingly, they cannot serve as the basis for Theriot's 50 percent and 100 percent lost earning capacity assumptions. Such broad, unsubstantiated assumptions regarding Plaintiff's economic future are neither reliable nor relevant.

Theriot also offers opinion testimony regarding increased payroll at Plaintiff's company; however, he offers no foundation tying these increased payroll expenses to Plaintiff's injury. "Louisiana law is clear that a corporation has no cause of action for an economic loss claim based on the personal injuries sustained by one of the business's employees."[13] "This principle applies even when the employee at issue is closely associated with the corporation, such as when he or she is the owner, president or sole shareholder of the corporation."[14] Though generalized payroll statements of the company are supplied, there is no evidence tying employee hires to Plaintiff's injury. Furthermore, there is no evidence tying increases in payroll to economic losses sustained directly by Mr. Duxworth. Without such evidence, Theriot's report is foundationally deficient. Accordingly, the Court grants Defendant's Motion with respect to John Theriot.

### D. References to the Payroll of Duxworth Roofing and Sheet Metal, Inc.

Defendant finally asks the Court to exclude evidence of increased payroll at Plaintiff's company as irrelevant. It argues that because Duxworth Roofing does not have an uninsured motorist claim against Defendant, evidence of corporate losses is irrelevant to establishing Mr. Duxworth's damages. This Court disagrees. Defendant has not established that this evidence is irrelevant in calculating Plaintiffs' damages. Though it appears that Plaintiff's salary from the corporation has not decreased, it is not apparent that he, as owner of Duxworth Roofing, has not otherwise suffered economic damage as a result of increased payroll at his company.[15] Accordingly, the Court will not exclude this evidence at this time. Plaintiffs are cautioned, however, that, prior to the introduction of this evidence, they must lay an appropriate foundation as to how it relates to Mr. Duxworth's personal losses.

### II. Plaintiff's Motion to Exclude Expert Testimony of Dr. Partington

Plaintiff asks the Court to exclude the expert testimony of Dr. John Partington, who was hired by Defendant to examine Plaintiff's lumbar MRI. This dispute centers on misstatements made by Dr. Partington during his video deposition testimony. This deposition was taken for purposes of perpetuation for use at trial pursuant to Rule 32 of the Federal Rules of Civil Procedure. Therein, Dr. Partington asserts that he had no contact with defense counsel prior to examining the MRI and that his review of the MRI was "blind." Plaintiff asserts, and defense counsel has verified, that this was in fact not the case. Defense counsel confirmed that his records reflect that he did have conversations with Dr. Partington prior to his review of the MRI at issue in this case but asserts that he did not recall these conversations at the time of the deposition at issue. The Court does not find that either Dr. Partington or defense counsel made this misrepresentation maliciously or with an affirmative attempt to deceive. Nevertheless, Dr. Partington's deposition testimony is tainted by this misrepresentation. Accordingly, though the Court declines to exclude Dr. Partington as an expert witness, it will not allow this deposition to be presented at trial in lieu of his testimony. Dr. Partington's deposition testimony is therefore excluded.

### CONCLUSION

*4 For the foregoing reasons, Defendant's Motion is **GRANTED** with respect to John Theriot and **DENIED** with respect to Cornelius Gorman, Shelly Savant, and references to the payroll

of Duxworth Roofing. Plaintiff's Motion is **GRANTED IN PART** with respect to Dr. Curtis **Partington**. Dr. Partington's deposition is **EXCLUDED** from use at trial.

**All Citations**

Slip Copy, 2016 WL 10574682

| Footnotes |
| --- |

| 1 | 509 U.S. 579 (1993). |
| --- | --- |
| 2 | 526 U.S. 137 (1999). |
| 3 | *Wagoner v. Exxon Mobil Corp.*, 813 F. Supp. 2d 771, 799 (E.D. La. 2011); *see also Wilson v. Woods*, 163 F.3d 935, 937 (5th Cir. 1999) ("A district court should refuse to allow an expert witness to testify if it finds that the witness is not qualified to testify in a particular field or on a given subject."). |
| 4 | *See United States v. Valencia*, 600 F.3d 389, 424 (5th Cir. 2010). |
| 5 | *See Daubert*, 509 U.S. at 596. |
| 6 | *Id.* |
| 7 | *Wellogix, Inc. v. Accenture, L.L.P.*, 716 F.3d 867, 881 (5th Cir. 2013). |
| 8 | *United States v. Hall*, 653 F.3d 1002, 1005 (5th Cir. 1981). |
| 9 | Fed. R. Evid. 401. |
| 10 | *Hall*, 653 F.2d at 1005. |
| 11 | *Wellogix, Inc. v. Accenture, L.L.P.*, 716 F.3d 867, 882 (5th Cir. 2013) (alterations in original) (quoting Fed. R. Evid. 403). |
| 12 | *Shepherd v. Dall. Cnty.*, 591 F.3d 445, 456–57 (5th Cir. 2009) (first alteration in original) (internal quotation marks and citation omitted). |
| 13 | *James v. Lincoln General Insurance Co.*, No. 09-0727, 2011 WL 3878339, at *5 (W.D. La. Aug. 30, 2011). |
| 14 | *Chaten v. Six Flags New Orleans, Inc.*, No. 05-1914, 2005 WL 1574313, at *1 (E.D. La. June 24, 2005). |
| 15 | *See Captville v. Liberty Mutual Insurance Co.*, No. 10-267, 2012 WL 112992, at *4 (M.D. La. Jan 12, 2012). |

**End of Document**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.





| **PBC** | PENDLEY BAUDIN & COFFIN | Patrick W. Pendley | Pamela P. Baudin | Of Counsel: |
|---|---|---|---|---|
| | ATTORNEYS AT LAW | Stanley P. Baudin | Courtney L. Stidham* | David M. Hundley* |
| | | Christopher L. Coffin*† | *Also admitted in Alabama | *Admitted only in Illinois |
| | | *Also admitted in Georgia | Jessica A. Reynolds | Tracy L. Turner* |
| | | †Registered nurse | Evan P. Fontenot | *Admitted only in Ohio |
| | | Nicholas R. Rockforte | Shannon A. Shelton | |

*September 14, 2018*

<u>VIA MAIL</u>
Ochsner Health System
Attn: Neil Hunter
1514 Jefferson highway
New Orleans, LA 70121
(504) 842-3000

RE:  *Antoinette Durden*
      DOB 11/8/1950

Dear Records Custodian:

This letter will confirm to your office that Pendley, Baudin & Coffin Law Firm represents Antoinette Durden in a claim that does not involve the quality of care provided by your facility. Ms. Durden was administered Taxotere/docetaxel at your facility during the time-period of October 2011 to February 2012. In connection therewith, I am attaching a HIPAA compliant medical authorization which will allow your office to forward to the undersigned a *copy of Ochsner's purchase History for Taxotere/docetaxel during the time period of October 2011 to February 2012.*

We are certainly willing to pay a reasonable fee for copying expenses. If you have any questions or concerns, please do not hesitate to contact me at lwaldrep@pbclawfirm.com or at 225-687-6396.

Very truly yours,

Lauren Daigle
Legal Assistant to Christopher L. Coffin

---

| **Plaquemine** | | **New Orleans** | |
|---|---|---|---|
| Post Office Drawer 71 | **T** (225) 687.6396 | 2505 Energy Centre | **T** (504) 355.0086 |
| 24110 Eden Street | **F** (225) 687.6398 | 1100 Poydras St. | **F** (504) 355.0089 |
| Plaquemine, LA 70765 | pbclawfirm.com | New Orleans, LA 70163 | pbclawfirm.com |

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION
(PURSUANT TO 45 C.F.R. 164.508)

| TO: | REGARDING: |
|-----|-----------|
| Healthcare Provider: | Patient: _Antoinette Durden_ |
| Clinic/Hospital: _Ochsner Health System_ | Patient Other Names: _Antoinette_ |
| Address: _1514 Jefferson Hwy_ | Date of Birth: _11-8-50_ |
| City, State, Zip: _New Orleans, LA 70121_ | Social Security Number: _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_ |

**SPECIFIC REQUESTOR:** Pendley, Baudin & Coffin, L.L.P.

**INFORMATION TO BE RELEASED:**

☐ All Medical Records in entirety including 3rd party    ☐ All Autopsy Records

☐ All Laboratory & Test Result Records    ☐ All Doctor/Nurse Handwritten Notes

☐ All Operative Reports    ☐ All Admission/Discharge Records

☐ All Radiology Records inc. films, scans & videos    ☐ All Billing Records/Information

☐ All Medication/Pharmacy Records    ☐ All Dialysis Records

☐ All ER/Outpatient Records    ☒ Other: **Ochsner's purchase history**

☐ **PURPOSE OF DISCLOSURE:** Legal review and Evaluation

Dates of Service from _____10/18/2011_____ to _____2/1/2012_____

☐ **UNDERSTANDINGS:**

1. I understand that this consent may be revoked in writing at any time, with the exception and to the extent that disclosure of information has already occurred prior to the receipt of revocation by the above-named provider.

2. If written revocation is not received, authorization will be considered valid for a period of time not to exceed 24 months from the date of signing. To initiate revocation of this authorization, direct all correspondence to the "Specific Requestor" above

3. I understand that, pursuant to 42 C.F.R. 2.31, this consent is to include disclosure of: Alcohol and/or Drug Abuse Records, Psychiatric Records, Sexually Transmitted Disease Information, and HIV / AIDS Information.

4. I understand that a photocopy of this authorization is to be considered valid as the original.

5. I understand that the information used or disclosed pursuant to this authorization may be transmitted electronically and may be subject to re-disclosure by the recipient and may no longer be protected by Federal Law (45 C.F.R. 164.508).

6. I understand that I have the right to refuse to sign this authorization and that I am signing this authorization voluntarily and that treatment, payment, enrollment, or eligibility for benefits may not be conditioned on obtaining the authorization. (45CFR § 164.508(c)(2)(ii)).

7. I understand I have the right to receive a copy of this authorization and any records obtained with its use.


_Antoinette Durden_

Signature of Patient (or *Personal Representative*)

Dated: _5/2/18_

_Antoinette Durden_

Printed Name of Patient (or *Personal Representative*)

Authority to Sign for Patient (Documents Attached):
☐ Parent of Minor Child
☐ Power of Attorney
☐ Representative of Deceased's Estate
☐ Representative of Incapacitated Adult



| | | | Of Counsel: |
|---|---|---|---|
| Patrick W. Pendley | Pamela P. Baudin | | David M. Hundley* |
| Stanley P. Baudin | Courtney L. Stidham* | | *Admitted only in Illinois |
| Christopher L. Coffin*† | *Also admitted in Alabama | | Tracy L. Turner* |
| *Also admitted in Georgia | Jessica A. Reynolds | | *Admitted only in Ohio |
| †Registered nurse | Evan P. Fontenot | | |
| Nicholas R. Rockforte | Shannon A. Shelton | | |

September 14, 2018

Via E-Mail (abyard@shb.com)
Adrienne Byard
2555 Grand Blvd.
Kansas City, MO 64108

Re:   *Antionette Durden v. Sanofi-Aventis U.S. LLC, et al.*, Civ. No: 2-16-cv-16635

Dear Adrienne,

As you are aware, discovery is still active and ongoing regarding product identification issues related to beliwether plaintiff Antionette Durden.  In reviewing the discovery produced to date by Defendants, it is clear Sanofi is in possession of relevant and discoverable product identification information, specific to Ms. Durden, which has not yet been produced in her specific case.

As with every case in this MDL, Defendants are required to submit and fully respond the appropriate questions set forth in the Court approved Defendant Fact Sheet.  Question II(A) of the DFS asks: "Did YOU sell, distribute, deliver or otherwise provide Taxotere (Docetaxel) to, any HEALTHCARE PROVIDER, either directly or pursuant to a Group Purchasing Organization GPO identified by the Plaintiff in Sections V.13 and V.14 of the PFS, during the time period of twenty-four (24) months preceding Plaintiff s first administration of Taxotere through the Plaintiff s last administration of Taxotere (Docetaxel)?" The Court approved response to this question was set forth simply as "Yes" or "No."

In initially responding to Question II(A) in Ms. Durden's case, on October 4, 2017, Sanofi failed to respond with a Yes or No answer.  Instead, Sanofi inserted a text box below Question II(A) with the following response:

> After a reasonable search of records currently available to Sanofi and kept in its ordinary course of business, Sanofi states that it has not identified information responsive to this request. Sanofi continues its search and will supplement its response if responsive information is identified.

Plaintiff then notified Sanofi that this response was deficient and requested that Sanofi respond with either a "Yes" or "No" answer, along with various other deficiencies, on November 17, 2017.

---

**Plaquemine**
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765

**T** (225) 687.6396
**F** (225) 687.6398
pbclawfirm.com

**New Orleans**
2505 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

**T** (504) 355.0086
**F** (504) 355.0089
pbclawfirm.com

On or about December 18, 2017, counsel for Plaintiff received a letter in addition to an amended DFS in response to these deficiencies. In that letter and amended DFS, Sanofi once more failed to respond to Question II(A) with a yes or no answer and instead stated:

> To date, after a diligent search, Sanofi has not identified documents responsive to this request. Sanofi has provided all relevant information in its possession, custody, or control, but has not yet indicated "yes" or "no" in response to II.A. Sanofi will supplement its response with additional information, should that information become available, through testimony or otherwise.

Plaintiff's counsel continued to insist that this response was insufficient.

Then on March 3, 2018, Sanofi issued a second amending DFS and for the first time responded "No" to Question II(A) stating: "*Sanofi expressly reserves the right to amend this answer as more information becomes available, through testimony, or otherwise, on a case-by-case basis.*" Plaintiffs timely issued a deficiency notice on April 16, 2018 asserting various deficiencies including in relation to Question II(A). Specifically, Plaintiff's counsel noted that:

> 1. The response suggests "more information" might be forthcoming or available somewhere which seems to contradict the "no" response. Please confirm that you in fact did not sell, distribute, deliver or otherwise provide Taxotere (Docetaxel) to any healthcare provider as requested in II.A.

> 2. Please identify any third party distributors/wholesalers with whom YOU contracted during the relevant time period of Plaintiff's use of docetaxel (24 months prior to Plaintiff's first use of docetaxel through her last use of docetaxel) who may potentially have relevant information regarding whether YOUR docetaxel product was distributed/sold to Plaintiff's healthcare providers.

To date, Sanofi has never offered a reply to the concerns raised by Plaintiff's counsel.

The response of "No" in relation to Question II(A) is exceptionally difficult to comprehend considering that the 24-month time period relevant to Ms. Durden's usage includes October 2009 to March 2011 when any Taxotere product distributed to Ms. Durden's Healthcare Provider(s) would have unquestionably been brand Taxotere manufactured by Sanofi. Additionally, Sanofi's response is inconsistent with documents which have been previously produced within the scope of general liability discovery.

Specifically, bates stamped document Sanofi_04408791, produced during general liability, clearly demonstrates that Sanofi was tracking the sell and distribution of Taxotere products on a weekly basis to Ms. Durden's relevant treatment facility, Ochsner Clinic Foundation. Ochsner Clinic Foundation, also referred to as Ochsner Health System, bears the same domicile as Ochsner Baptist where Ms. Durden was treated. It appears that Ochsner Clinic Foundation may be the

parent company for all Ochsner facilities located in New Orleans, yet Sanofi has never produced any sales data related to Ochsner Clinic Foundation in Ms. Durden's specific case.

The only logical conclusion which Plaintiff's counsel can draw is that Sanofi's "No" response may involve semantics. Please confirm whether or not Sanofi takes the position that Sanofi does not have to provide this relevant information for Sanofi manufactured Taxotere products which are sold or distributed to a facility by a third-party wholesaler, distributor, or other agent with whom Sanofi has entered an agreement for such services. Likewise, please confirm whether or not Sanofi takes the position that it does not have to produce relevant information because the Taxotere account name for all New Orleans Ochsner facilities is listed as Ochsner Foundation Clinic, rather than Ochsner Baptist or Ochsner Medical Center.

Either position would seem contrary to the spirit of the Court's intent for Plaintiff to receive relevant information regarding the shipment/sell of Taxotere/docetaxel products to her relevant healthcare facilities and providers. We do not believe the requirements of the DFS are perfunctory, nor do we believe the responses should be used to shield the production of relevant information related to the sell/shipment of Taxotere products, manufactured by Sanofi, based on a technicality of whether that product was *directly* distributed by Sanofi or was instead distributed by a third-party wholesaler and/or distributor with whom Sanofi purposefully engaged for such a purpose. Likewise, the interpretation advanced by Sanofi should not shield production of such highly relevant information simply based on corporate structure technicalities within a facility.

In light of this information, please produce all "Taxotere Weekly Reports," such as the one produced as document Sanofi_04408791 from the week of April 2, 2010, for the relevant time period of October 18, 2009 to February 2, 2012 related to Ochsner Clinic Foundation. In addition, please produce all relevant information pertaining to the shipment of Taxotere to the Ochsner Clinic Foundation during the relevant time-period, as this information is clearly contemplated within Question II(B) to the DFS. Furthermore, please confirm whether Sanofi distributed, sold, or shipped its Taxotere products to the Ochsner Clinic Foundation as document Sanofi_04408791 does not list a wholesaler for Ochsner Clinic Foundation. If Sanofi did utilize a wholesaler and/or distributor for the sell and distribution of Sanofi's Taxotere products to Ochsner Clinic Foundation, within the relevant time period of October 2009 to February 2012, please identify that third party immediately. If you will require formal requests for production, despite the clear requirements of the DFS, please advise the undersigned at your earliest convenience.

Lastly, in response to Question V(A), which seeks prescriber level data, Sanofi has consistently responded by stating:

> Sanofi is unable to identify "prescriber-level data" according to the definition provided and, therefore, does not have any responsive information to this request. Prescriber data is available for purchase from third parties, subject to restrictions on disclosure and distribution. Sanofi expressly reserves the right to amend this answer as more information becomes available, through testimony, or otherwise, on a case-by-case basis.

After reviewing the discovery produced to date, this response likewise seems to suggest the use of semantics, as the stated objection is premised on being unable to determine what is contemplated by the phrase "prescriber level data."

IMS data is known throughout the pharmaceutical industry and within pharmaceutical litigation as the data sets which contain physician specific prescribing information (prescriber level data) through which a pharmaceutical corporation can track physician prescribing habits in relation drug products.  As you are aware, the PSC has requested IMS data on numerous occasions and has diligently pursued obtaining such information.  Recently, a large production of IMS data was produced in general liability discovery.

Due the large volume of data produced the PSC retained a consultant to analyze the data. In doing so, the PSC's consultant confirmed that Dr. Jancich's name appears in the data produced. However, the consultant was unable to locate Dr. Jancich's historical prescribing data. Unfortunately, counsel has never received a supplemental DFS identifying any IMS data available on Dr. Jancich in Ms. Durden's specific case.

Please review Sanofi's IMS data sets and provide a supplemental response to Sanofi's DFS which produces any and all IMS data Sanofi has related to Ms. Durden's prescribing oncologist, Dr. Sophy Jancich, as well as the Ochsner Clinic Foundation.  While we understand that you have represented that your search capabilities are the same as that of the PSC, Sanofi still has an affirmative duty to provide IMS data with its DFS concerning Ms. Durden's healthcare provider(s), including Dr. Jancich.

We greatly appreciate your cooperation in resolving these outstanding product identification matters in Ms. Durden's specific case.  Please let me know if you would like to have a meet-and-confer related to these matters, as we do intend to raise them with the Court if necessary.

Sincerely,

Jessica Perez Reynolds

Jessica Perez Reynolds

cc:   Christopher L. Coffin
      Karen Barth Menzies
      Dawn Barrios
      Palmer Lambert
      David Miceli
      Kyle Bachus
      Douglas Moore
      John Olinde
      Harley Ratliff

**SHOOK**
HARDY & BACON

August 23, 2018

Adrienne L. Byard

Christopher L. Coffin
2505 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
ccoffin@pbclawfirm.com

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2574
**f** 816.421.5547
abyard@shb.com

Re:     *Antoinette Durden v. sanofi-aventis U.S. LLC, et al.*, No.: 2:16-cv-16635

Dear Counsel:

We write to confer on the *Durden* case, which is not eligible under CMO 14 to be tried as the first bellwether in MDL No. 2740. At the time *Durden* was selected by the Plaintiffs as a potential bellwether case, the parties agreed by letter that bellwether inclusion required product identification by NDC code and cases without positive proof of product ID would not be selected for trial as a bellwether.[1] As set forth in that letter, "Plaintiffs' Steering Committee's position is that the selection of trial plaintiffs should be from those with proof of NDC Code documentation in the medical records to ensure that the Taxotere/docetaxel the plaintiff took was manufactured by sanofi or Winthrop. . . ."[2] The stated justification for this position was so that "Product ID" would not be an issue that was litigated in the bellwether process.

And this position was codified by the parties and signed by Judge Milazzo in Case Management Order No. 14 which dictates that "Plaintiffs nominated for the Trial Pool must have product identification as defined in Case Management Order No. 12 (Rec. Doc. 1506)." CMO No. 14, at ¶ 7(c) (June 13, 2018) (Rec. Doc. 3064).

CMO 12 identifies specific categories of evidence sufficient to establish the identity of the docetaxel manufacturer in a plaintiff's case:

> 6. The following information is presumed sufficient evidence to establish the identity of the manufacturer(s) or labeler of docetaxel in this MDL:

---

[1]  *See* Letter to Judge Engelhardt from Lead and Liaison Counsel (June 30, 2017) (attached as Exhibit A).

[2]  *Id.*

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

8898039 V1

**SHOOK**
HARDY & BACON

August 23, 2018
Page 2

a. National Drug Code ( "NDC") numbers contained in a patient's medical, pharmacy, billing or insurance records; or

b. A Certificate of Authenticity of Product Identification Administered ("Certification") identifying the manufacturer(s) or labeler for Plaintiff and the correct dates of treatment, signed by an authorized person on behalf of the patient's infusion pharmacy, treatment facility, or other authorized health care professional. Such Certification need not be notarized and can be in the form of the Certification attached hereto as Exhibit B.

c. Medical and/or billing records showing that docetaxel was administered prior to March 8, 2011, is evidence that the docetaxel was manufactured by sanofi.

CMO No. 12, at ¶ 6 (Jan. 12, 2018) (Rec. Doc. 1506). *See also* CMO No. 12A, at ¶ 6(a-c) (Jul. 24, 2018) (Rec. Doc. 3492) (identical).

Plaintiff Durden does not have NDC codes in her medical, pharmacy, billing or insurance records; no authorized person on behalf of the patient's infusion pharmacy, treatment facility, or other authorized health care professional has been able to verify the manufacturer of the docetaxel used in her care; and she was not treated before March 2011. Ms. Durden therefore does not have CMO No. 12 product identification, nor is such evidence available for her treatment according to her infusion pharmacy and treatment facility.[3] After once transposing Taxotere NDC numbers onto a Statement Regarding Chemotherapy Drug Administered at the direction of your office,[4] Oschner Health System rescinded the Statement[5], and testified under oath that it had no patient treatment records identifying the manufacturer of the docetaxel

---

[3] Oschner Health System, Response to Request for NDC Codes (Mar. 5, 2018) ("DUE TO THE AGE OF THE DATES OF SERVICE, THE NDC CODE INFORMATION IS UNAVAILABLE.") (attached as Exhibit B).

[4] *See* Canty Dep., Exh. 8 (Email from Plaintiffs' Counsel to Ashley Canty ("I wanted to see if you can check on the NDC on our checklist and sign the bottom as well. I know a while back you gave us the NDC on the fax cover page, but my attorney would like it put on the actual checklist. So, basically, I just need you to transfer it over to the other page attached.")).

[5] Oschner Health System, Rescission of Certification of Statement Regarding Chemotherapy Drug Administered (Apr. 17, 2018) (attached as Exhibit C) ("I completed this Statement without the approval of the Ochsner Health System Legal Affairs Department or Release of Information department. Further, I did not have personal knowledge of the NDC Codes of the docetaxel that was in fact administered to Antoinette Durden by Ochsner Health System when I completed the Statement.").

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8898039 v1

SHOOK
HARDY & BACON

used in Ms. Durden's care. *See e.g.* Canty Dep. 28:8-11, 30:21-31:10, 42:11-14, 48:25-49:13, 95:8-99:15 (Jun. 29, 2018).

August 23, 2018
Page 3

Ms. Durden does not have CMO 12 product identification.[6] This is a separate and distinction question from whether Ms. Durden might be able to present a triable issue of fact for a jury on product identification. Irrespective of that separate and distinct issue, Plaintiff Durden is not eligible for bellwether trial candidacy under the agreed terms of an agreed order. Her case, with this foundational issue, is not appropriate for the initial succession of trials in this MDL. Nor is the Durden case's claims "representative of the characteristics of claims in the litigation overall," with the question of the manufacturer and proper party-Defendant in question. *See* CMO No. 14, at ¶ 7(c) (Rec. Doc. 3064).

It is for this precise reason that you insisted on product identification in the cases; without it, trial of this matter does nothing to accomplish the goal of the bellwether process, namely, to allow the Court and the parties to evaluate types of plaintiffs, their alleged injuries, and possible resolution. *See* Manual for Complex Litigation § 22.315 (pg. 360) ("[I]f individual trials, sometimes referred to as bellwether trials or test cases, are to produce reliable information about other mass tort cases, the specific plaintiffs and their claims should be representative of the range of cases.").

With expert disclosures approaching, we see no reason to expend resources on a case that is not eligible to serve as a bellwether plaintiff under the parties' agreement and the Court's order. Please confirm that we may inform Judge Milazzo that *Durden* will be removed from the bellwether pool.

Best regards,

*Adrienne Byard*

Adrienne L. Byard
Partner

cc:   Harley Ratliff, Douglas Moore, John Olinde, M. Palmer Lambert, Dawn M. Barrios

---

[6]   You have made several representations to the Court about having product identification in the *Durden* case, but there is none meeting the bellwether eligibility criteria in CMO Nos. 14 and 12. Moreover, were such evidence to exist, it is Plaintiff's obligation to upload such evidence within 7 days of receipt. *See* CMO No. 12, at ¶ 7 (Rec. Doc. 1506) ("If Plaintiff obtains Product ID Information, Plaintiff shall upload such evidence to MDL Centrality within seven (7) days of receipt of such evidence. Plaintiff shall submit such evidence under the "Product Identification" document type field.").

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

8898039 v1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)   )     **MDL No. 2740**
PRODUCTS LIABILITY LITIGATION )
                                    )     **SECTION: "H" (5)**
                                      )
THIS DOCUMENT RELATES TO:   )
ALL ACTIONS                      )

<u>**CASE MANAGEMENT ORDER NO. 14**</u>
<u>**(TRIAL SCHEDULING ORDER)**</u>

The Court hereby Orders as follows:

1.     **Applicability of Order**. The following procedures and schedules will govern the identification and selection of the initial Plaintiffs (as defined below) whose claims will be adjudicated in a succession of trials. The Federal Rules of Civil Procedure shall apply to these proceedings, subject to provisions permitting Court orders or stipulations by the Parties to make appropriate modifications.   The procedures, provisions and schedules set forth in Case Management Order Nos. 3, 4, 6, 8, 8A, 8B, 10, and 11 are no longer in effect and are hereby replaced and superseded by this Case Management Order.

2.    **Trials**. The Court believes that conducting successive trials will further the efficient progress of this litigation. The Court sets initial trials for the following dates:

    **a.**     May 13-24, 2019 (for a case involving only alleged use of Taxotere sold by sanofi)

    **b.**     September 16-27, 2019

    **c.**     January 27-February 7, 2020

    **d.**     May 11-22, 2020

    **e.**     September 14-25, 2020

The selection of a trial pool and the locations for the trials is subject to whether (i) in the discretion of the Court, the Court determines after input from the Parties that trial of a Plaintiff's

1

case in another venue is appropriate, (ii) the Parties agree to waive *Lexecon* permitting the trial of a non-Louisiana Plaintiff's case in the Eastern District of Louisiana, or (iii) the Court, after input from the Parties, is interested in and able to obtain a temporary assignment to try a case in another district pursuant to 28 U.S.C § 292.  Absent the above, all parties preserve all *Lexecon* rights and arguments as to jurisdiction and venue for trial, including all rights preserved under Pretrial Order No. 5, and cases involving any non-Eastern District of Louisiana plaintiff shall be remanded for trial in their transferor courts or the appropriate jurisdiction and venue after pre-trial proceedings are completed.

3.　**First Trial Plaintiff Selection**.  The trial selections for the first sanofi-only trial ("First Trial") were established in Case Management Order No. 13 (Rec. Doc. 1819):

| |
|---|
| 1. Durden, Antoinette 2:16-cv-16635 |
| 2. Earnest, Barbara 2:16-cv-17144 |
| 3. Francis, Tanya 2:16-cv-17410 |
| 4. Tuyes, Lisa 2:16-cv-15473 |

Any additional fact witness depositions necessary for the First Trial shall be concluded by November 7, 2018.

4.　**Expert Discovery**. The following schedule shall apply to expert discovery for the First Trial:

　　a.　**Plaintiff General and Specific Expert Reports.** On or before **November 7, 2018**, Plaintiffs shall designate and provide reports for general causation and liability experts and, for each expert, provide at least three dates the expert is available for deposition before December 10, 2018.

　　b.　**Sanofi Defendant General and Specific Expert Reports.** On or before **December 10, 2018**, sanofi Defendants shall designate and provide reports for general causation and liability experts and, for each expert, provide at least three dates the expert is available for deposition before

January 25, 2019.

    **c.**    **Rebuttal Reports**. Rebuttal expert reports shall be submitted, if necessary and for good cause shown, to address only new issues raised in the Defendant expert reports, within fourteen (14) days of receipt of the expert report to which the rebuttal report is addressed. Rebuttal expert reports shall not be duplicative of the initial expert reports.

    **d.**    **Depositions**. At least ten (10) days prior to an expert's deposition, any party may notify the party producing the expert that it was unable to obtain materials listed on an expert's "materials relied upon" list, pursuant to FRCP, Rule 26(a)(2)(B)(ii-iv), and request that said materials be provided. In response to such request, the producing party shall provide the requested documents or materials, or excerpts therefrom, to the requesting party within 72 hours of the deposition.

    **(i)**    The limitations on expert discovery set forth in Rule 26 of the Federal Rules of Civil Procedure, including the provision of Rule 26(b)(4)(A)-(D) limiting discovery with respect to draft reports, communications with experts, and depositions of consulting experts, shall apply to all cases subject to this Order.

Nothing in paragraphs 4(a) – (b) above preclude the parties from taking any expert's deposition after the deadline by which the producing party is to make them available.

**5.**    **Briefing Schedule for Dispositive/*Daubert* Motions for the First Trial.**[1]

    **a.**    **Motions and Briefs:** February 8, 2019

    **b.**    **Response in Opposition Briefs:** March 8, 2019

---

[1] The parties acknowledge that Defendants who were not parties to earlier trials may have different or additional legal, factual, and/or expert arguments and defenses than Defendants in earlier trials. Those non-party Defendants shall be deemed to preserve all such arguments and defenses.

      c.      **Reply Briefs:** March 15, 2019

      d.      **Hearing and Argument:** Week of March 25, 2019

6.      **Schedule for Trial Preparation Documents for the First Trial.**

      a.      **Jury Questionnaire:** April 1, 2019

      b.      **Final Witness List:** April 5, 2019

      c.      **Exhibit Lists and Deposition Designations:** April 12, 2019

      d.      **Motions *in Limine:*** April 15, 2019

      e.      **Plaintiffs' and Defendants' Counter Deposition Designations:** April 26, 2019

      f.      **Plaintiffs' and Defendants' Objections to Exhibits and Deposition Designations:** May 3, 2019

      g.      **Plaintiffs' and Defendants' Jury Charges:** May 3, 2019

      h.      **Oppositions to Motions *in Limine*:** April 26, 2019

      i.      **Reply Briefs Regarding Motions *in Limine:*** May 6, 2019

      j.      **Final Pretrial Conference:** Week of May 6, 2019

      k.      **Trial Date:  May 13, 2019**

7.      **Second, Third, Fourth, and Fifth Trial Case Selection and Discovery.**

      a.      **Trial Pool**. The Trial Pool for the first five trial dates shall consist of forty (40) Plaintiffs.  The parties have already submitted to the Court the following sixteen (16) Plaintiffs, which remain in the eligible trial pool and are otherwise subject to the additional dates set forth herein:

| | |
|---|---|
| 1. Durden, Antoinette 2:16-cv-16635 | 9. Addelson, Barbara 2:16-cv-16041 |
| 2. Earnest, Barbara 2:16-cv-17144 | 10. Bland, Keri 2:17- cv-06059 |
| 3. Francis, Tanya 2:16-cv-17410 | 11. Crayton, Shelia 2:17-cv-05923 |
| 4. Tuyes, Lisa 2:16-cv-15473 | 12. Gahan, Kelly 2:16-cv-15283 |
| 5. Martin, Della 2:16-cv-15678 | 13. Kinderdine, Christine 2:17-cv-00348 |
| 6. Thibodeaux, Cynthia 2:16-cv-15859 | 14. Mills, Jacqueline 2:17-cv-02689 |

| 7. Johnson, Deborah 2:16-cv-15607 | 15. Phillips, June 2:16-cv-15397 |
| 8. Kahn, Elizabeth 2:16-cv-17039 | 16. Sylvest, Lisa 2:16-cv-15841 |

b.      **Final Plaintiff Selection for the Second Trial.** By **January 4, 2019**, the Parties shall submit briefing in which they each propose representative Plaintiffs from the previously selected sixteen (16) cases, identified in paragraph 7(a) *supra*, for the Second Trial.  Each Party shall propose three (3) Plaintiffs for the trial setting.  Plaintiffs and Defendants will each submit via email to the Court a letter brief no longer than five (5) pages in length describing: (i) the names and ranking in order of preference the plaintiffs that party is nominating, (ii) the reasons supporting these selections and suggested rankings, and (iii) the reasons why the other potential candidates are not appropriate selections.  These memoranda shall be submitted simultaneously on an ex parte basis at 5:30 p.m., and each party shall serve the other with a copy of their submission no later than 5:45 p.m. that day.  After considering the Parties' submissions, the Court shall select one (1) trial Plaintiff and one (1) alternate Plaintiff for the Second Trial, with such selection to occur no later than **January 11, 2019**.  In order to facilitate preparedness for trial, both the selected trial Plaintiff and alternate trial Plaintiff for each trial setting will involve the same, single Defendant.

c.      **Trial Pool Nomination.** By **November 1, 2018**, twenty-four (24) additional Plaintiffs shall be selected for inclusion in the Trial Pool for the third, fourth, and fifth trials as follows:

> **Plaintiffs:**                                     12 Selections
>
> **Defendants (Collectively):**          12 Selections

Of them, the parties will each identify select six (6) plaintiffs (for a total of twelve (12)), who will be subject to Phase I discovery between **November 1, 2018** and **June 1, 2019**.  The remaining twelve (12) plaintiffs shall be subject to Phase I discovery between **June 1, 2019** and **September 30, 2019.** For the additional twenty-four (24) Plaintiffs, the Court expects the Parties to select

Plaintiffs whose claims are representative of the characteristics of claims in the litigation overall. Plaintiffs nominated for the Trial Pool must have product identification as defined in Case Management Order No. 12 (Rec. Doc. 1506). The Parties disagree on whether cases without single-defendant product ID should be selected for the Trial Pool and will address that issue with the Court prior to November 1, 2018. The Parties will each send their nominations in list format (including Plaintiff name and MDL Docket No.) to one another and the Court.

      **d.**     **Initial Case-Specific Depositions in Trial Pool Cases.** Absent good cause shown, or unless otherwise agreed upon, discovery in each of the Trial Pool cases shall be limited to the following: Defendant(s) may depose the Plaintiff and select three (3) additional witnesses to depose, and Plaintiffs may select two (2) witnesses to depose. The deadline for completing Phase 1 depositions in the Trial Pool cases for the second trial shall be **December 14, 2018**. The deadline for completing Phase 1 depositions in the Trial Pool cases for the third trial shall be **April 19, 2019**. The deadline for completing Phase 1 depositions in the Trial Pool cases for the fourth and fifth trials will be **September 30, 2019**.

**8.**    **Schedule for Second, Third, Fourth, and Fifth Trials.** All other corresponding dates for the second, third, fourth, and fifth trials, not specifically defined in the paragraphs hereinabove, are outlined in Table 1 attached hereto.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT COURT JUDGE

| Deadlines | Trial 1 May 13, 2019 | Trial 2 September 16, 2019 | Trial 3 January 27, 2020 | Trial 4 May 11, 2020 | Trial 5 September 14, 2020 |
|---|---|---|---|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed | Completed | November 1, 2018 | November 1, 2018 | November 1, 2018 |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed | December 14, 2018 | April 19, 2019 | Per paragraph 7(c) and (d) | Per paragraph 7(c) and (d) |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed | January 4, 2019 | May 17, 2019 | August 30, 2019 | December 28, 2020 |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed | January 11, 2019 | May 24, 2019 | September 6, 2019 | January 3, 2020 |
| Phase II Discovery in Selected Trial Pool Cases | November 7, 2018 | March 4, 2019 | July 15, 2019 | October 21, 2019 | February 14, 2020 |
| Plaintiff General Expert Reports ¶ 4(a) | November 7, 2018 | March 22, 2019 | August 2, 2019 | November 8, 2019 | March 6, 2020 |
| Defendant General Expert Reports ¶ 4(b) | December 10, 2018 | April 19, 2019 | September 6, 2019 | December 6, 2019 | April 10, 2020 |
| Plaintiff Expert depositions ¶ 4(a) | December 10, 2018 | April 19, 2019 | September 6, 2019 | December 6, 2019 | April 10, 2020 |
| Defendant Expert Depositions ¶ 4(b) | January 25, 2018 | May 17, 2019 | October 7, 2019 | January 6, 2020 | May 11, 2020 |
| Motions and Briefs ¶ 65(a) | February 8, 2019 | May 31, 2019 | November 1, 2019 | February 7, 2020 | June 5, 2020 |
| Opposition Briefs ¶ 5(b) | March 8, 2019 | July 19, 2019 | November 22, 2019 | March 6, 2020 | July 10, 2020 |
| Reply Briefs ¶ 5(c) | March 15, 2019 | July 26, 2019 | November 29, 2019 | March 13, 2020 | July 17, 2020 |
| Hearing and Argument ¶ 5(d) | Week of March 25, 2019 | Week of July 29, 2019 | Week of December 9, 2019 | Week of March 23, 2020 | Week of July 27, 2020 |
| Jury Questionnaire ¶ 6(a) | April 1, 2019 | August 5, 2019 | December 16, 2019 | March 30, 2020 | August 3, 2020 |
| Final Witness List ¶ 6(b) | April 5, 2019 | August 9, 2019 | December 20, 2019 | April 3, 2020 | August 7, 2020 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | April 12, 2019 | August 16, 2019 | December 27, 2019 | April 10, 2020 | August 14, 2020 |
| Motions in Limine ¶ 6(d) | April 15, 2019 | August 19, 2019 | December 30, 2019 | April 13, 2020 | August 17, 2020 |
| Counter Designations ¶ 6(e) | April 26, 2019 | August 30, 2019 | January 10, 2020 | April 24, 2020 | August 28, 2020 |
| Oppositions to Motions in Limine ¶ 6(h) | April 26, 2019 | August 30, 2019 | January 10, 2020 | April 24, 2020 | August 28, 2020 |
| Objections to Designations ¶ 6(f) | May 3, 2019 | September 6, 2019 | January 17, 2020 | May 1, 2020 | September 4, 2020 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | May 3, 2019 | September 6, 2019 | January 17, 2020 | May 1, 2020 | September 4, 2020 |
| Final Pretrial Conference ¶ 6(j) | Week of May 6, 2019 | September 11, 2019 | January 22, 2020 | May 6, 2020 | September 9, 2020 |