



MACY'S INC / BLOOMINGDALES ESPLANADE MALL
1401 West Esplanade Ave.
Kenner, LA 70065
504-461-4800 (main)
504-461-4809 (fax)

# FAX

| To: Melissa | From: Toula Terry |
|---|---|
| Fax: 225 687-6398 | Pages: 11 |
| Phone: | Date: 1/16/2017 |
| Re: | cc: |

Comments:

This is the information I received from the insurance. Per the insurance the Drug code is on the last page. If you have any questions or need any further information, please feel free to call me.

## Claim

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Claim Type | OP - OutPatient |
| Provider Claim Number | 6405864078 |
| Total Claim Charge | $27,130.00 |
| Facility Type | 13 - Hospital Outpatient |
| Claim Frequency | 1 - Admit Through Discharge Claim (a) |
| Medicare Assignment | A - Assigned |
| Benefits Assignment Indicator | Y - Yes |
| Release of Information | Y - Yes, Provider has a Signed Statement Permitting Release of Medical Billing Data Related to a Claim |
| Predetermination of Benefits Indicator | No |
| Statement Begin Date | 07/18/2012 |
| Statement End Date | 07/31/2012 |
| Admission Type | 3 - Elective |
| Admission Source | 2 - Clinic or Physician's Office |
| Patient Status | 01 - Discharged to home or self care (routine discharge) |
| Type Of Bill | 131 - Hospital Outpatient-Admit Through Discharge Claim (a) |

## Transaction

| | |
|---|---|
| Current Activity State | V - Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A - Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Transaction Set Purpose | 00 - Original |
| Transaction Creation Date Time | 08/05/2012 11:48:00 PM |
| Claim or Encounter Indicator | CH - Chargeable |
| Transaction Set Identifier Code | 837 - Health Care Claim |
| Transaction Set Control Number | 0549 |
| Implementation Reference | 005010X223A2 |

## Claim

### Transaction

#### Functional Group

| | |
|---|---|
| Current Activity State | V – Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A – Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Functional Identifier Code | HC – Health Care Claim (837) |
| Group Creation Date Time | 08/05/2012 11:47:00 PM |
| Group Control Number | ▇▇▇▇▇▇ |
| Responsible Agency Code | X – Accredited Standards Committee X12 |
| Group Version | ▇▇▇▇▇▇ |

#### Interchange

| | |
|---|---|
| Current Activity State | V – Validation |
| Current Activity State Modified Date Time | 08/06/2012 08:19:36 AM |
| Current Validation Status | A – Accepted |
| Current Validation Status Modified Date Time | 08/06/2012 08:19:36 AM |
| Originator Partner | XACTIMED--P0000462 |
| Sender Partner | XACTIMED--P0000462 |
| Receiver Partner | Blue Cross Blue Shield of Louisiana |
| Destination Partner | Blue Cross Blue Shield of Louisiana |
| Authorization Information Qualifier | 00 – No Information Present (No Meaningful Information in the corresponding element) |
| Security Information Qualifier | 00 – No Information Present (No Meaningful Information in the corresponding element) |
| Interchange Date Time | 08/05/2012 11:47:00 PM |
| Interchange Control Version Number | 00501 |
| Interchange Control Number | 1098489 |
| Acknowledgment Requested | No |
| Usage Indicator | P – Production |

### Submitter

| | |
|---|---|
| Originator Application Transaction Identifier | P5400S |
| Submitter Person Indicator | 2 – Non-Person Entity |
| Submitter Last Name | XACTIMED |
| Submitter Name | XACTIMED |
| Submitter Identifier Qualifier | 46 – Electronic Transmitter Identification Number (ETIN) |

## Claim

### Submitter

| | |
|---|---|
| Submitter Identifier | P0000462 |
| Application Sender Identifier | P0000462 |
| Interchange Sender Identifier Qualifier | ZZ – Mutually Defined |
| Interchange Sender Identifier | P0000462 |

### Contact Information List

#### Contact Information

| | |
|---|---|
| Contact Function | IC - Information Contact |
| Contact Name | MEDASSETS EDI SERVICE |
| Communication Number Qualifier | TE - Telephone |
| Communication Number | 2146924459 |

### Receiver

| | |
|---|---|
| Receiver Person Indicator | 2 – Non-Person Entity |
| Receiver Name | BCBSLA001 |
| Receiver Identifier Qualifier | 46 – Electronic Transmitter Identification Number (ETIN) |
| Receiver Identifier | BCBSLA001 |
| Application Receiver Identifier | BCBSLA001 |
| Interchange Receiver Identifier Qualifier | ZZ - Mutually Defined |
| Interchange Receiver Identifier | BCBSLA001 |

### Billing Provider

| | |
|---|---|
| Provider Role | 85 – Billing Provider |
| Person Indicator | 2 – Non-Person Entity |
| Last Name | OCHSNER FOUNDATION HOSPIT |
| Taxonomy Code | 282N00000X - General Acute Care Hospital |

#### Primary Identifier

Identifier Type XX – Health Care Financing Administration National Provider Identifier

Identifier �no text readable

#### Other Identifier List

##### Other Identifier

Identifier Type EI – Employer's Identification Number

Identifier ▬▬▬▬▬▬

#### Address Information

| | |
|---|---|
| Address Line 1 | 1516 JEFFERSON HWY |
| City | NEW ORLEANS |
| State | LA - Louisiana |
| Postal Code | 701212429 |

Case 2:16-md-02740-JTM-MBN   Document 5975-3   Filed 01/22/19   Page 5 of 43

## Claim

### Pay To Provider

Provider Role    87 - Pay-to Provider

Person Indicator 2 - Non-Person Entity

### Address Information

Address Line 1 P O BOX 60981

City            NEW ORLEANS

State           LA - Louisiana

Postal Code     701600981

## Insurance

Payer Responsibility Sequence Number P - Primary

Policy Number                       112

Claim Filing Indicator              BL - Blue Cross/Blue Shield

### Payer

Organization Role PR - Payer

Person Indicator  2 - Non-Person Entity

Name              BC PREFERRED PROV PPO

#### Primary Identifier

Identifier Type PI - Payor Identification

Identifier      00170

#### Address Information

Address Line 1 P O BOX 98028

City            BATON ROUGE

State           LA - Louisiana

Postal Code     70898

## Subscriber

Person Role         ` IL - Insured or Subscriber

Person Indicator    1 - Person

Last Name           TERRY

First Name          CARL

Name                TERRY CARL

Is Patient Indicator No

### Primary Identifier

Identifier Type MI - Member Identification Number

Identifier      ███████

## Patient

Person Role         QC - Patient

## Claim

### Patient

| | |
|---|---|
| Person Indicator | 1 - Person |
| Last Name | TERRY |
| First Name | TONEKA |
| Middle Name | C |
| Name | TERRY TONEKA C |
| Date of Birth | ▮▮▮▮▮ |
| Gender | F - Female |
| Subscriber Relationship | 01 - Spouse |

### Address Information

| | |
|---|---|
| Address Line 1 | ▮▮▮▮ |
| City | ▮▮▮▮ |
| State | ▮▮▮▮ |
| Postal Code | ▮▮▮▮ |

### Attending Provider

| | |
|---|---|
| Provider Role | 71 - Attending Physician |
| Person Indicator | 1 - Person |
| Last Name | THEODOSSIOU |
| First Name | CHRIS |
| Provider Code | AT - Attending |
| Taxonomy Code | 207RH0003X - Hematology & Oncology |

### Primary Identifier

Identifier Type XX - Health Care Financing Administration National Provider Identifier

Identifier ▮▮▮▮▮▮

### Operating Provider

| | |
|---|---|
| Provider Role | 72 - Operating Physician |
| Person Indicator | 1 - Person |
| Last Name | THEODOSSIOU |
| First Name | CHRIS |

### Primary Identifier

Identifier Type XX - Health Care Financing Administration National Provider Identifier

Identifier ▮▮▮▮▮▮

## Claim Reference Number List

### Claim Reference Number

Reference Number Type  EA - Medical Record Identification Number

Reference Number Value  1499492

## Claim

### Claim Diagnosis List

#### Claim Diagnosis

| | |
|---|---|
| Diagnosis Type | BK - Principal Diagnosis |
| Diagnosis Code Type | BK - Principal Diagnosis |
| Diagnosis Code | V5811 - Antineoplastic chemo enc |

#### Claim Diagnosis

| | |
|---|---|
| Diagnosis Type | PR - Patient Reason for Visit |
| Diagnosis Code Type | PR - International Classification of Diseases (ICD9) |
| Diagnosis Code | V5811 - Antineoplastic chemo enc |

#### Claim Diagnosis

| | |
|---|---|
| Diagnosis Type | BN - United States Department of Health and Human Services, Office of Vital Statistics E-code |
| Diagnosis Code Type | BN - United States Department of Health and Human Services, Office of Vital Statistics E-code |
| Diagnosis Code | E9331 - Adv eff antineoplastic |

#### Claim Diagnosis

| | |
|---|---|
| Diagnosis Type | BF - Diagnosis |
| Diagnosis Code Type | BF - Diagnosis |
| Diagnosis Code | 1748 - Malign neopl breast NEC |

#### Claim Diagnosis

| | |
|---|---|
| Diagnosis Type | BF - Diagnosis |
| Diagnosis Code Type | BF - Diagnosis |
| Diagnosis Code | 28803 - Drug induced neutropenia |

### Occurrence Information List

#### Occurrence Information

| | |
|---|---|
| Occurrence Type | BH - Occurrence |
| Occurrence Code | 11 - Onset of Symptoms/Illness |
| Occurrence Begin Date | 03/30/2012 |

### Service Line List

#### Service Line

| | |
|---|---|
| Line Counter | 1 |
| Revenue Code | 0250 - Pharmacy (Also see 063X, an extension of 025X) - General Classification |
| Line Charge | $20.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 2 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Claim**

**Service Line List**

**Service Line**

**Service Line**

| | |
|---|---|
| Line Counter | 2 |
| Revenue Code | 0258 - Pharmacy (Also see 063X, an extension of 025X) - IV Solutions |
| Line Charge | $40.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 4 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Service Line**

| | |
|---|---|
| Line Counter | 3 |
| Revenue Code | 0260 - IV Therapy - General Classification |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | 96367 - TX/PROPH/DG ADDL SEQ IV INF |
| Line Charge | $314.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 2 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Service Line**

| | |
|---|---|
| Line Counter | 4 |
| Revenue Code | 0260 - IV Therapy - General Classification |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | 96372 - THER/PROPH/DIAG INJ SC/IM |
| Line Charge | $112.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 1 |
| Service Begin Date | 07/19/2012 |
| Service End Date | 07/19/2012 |

**Service Line**

| | |
|---|---|
| Line Counter | 5 |
| Revenue Code | 0335 - Radiology - Therapeutic and/or Chemotherapy Administration- Chemotherapy Administration - IV |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | 96413 - CHEMO IV INFUSION 1 HR |

Case 2:16-md-02740-JTM-MBN    Document 5975-3    Filed 01/22/19    Page 9 of 43

**Claim**

**Service Line List**

**Service Line**

| | |
|---|---|
| Line Charge | $770.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 1 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Service Line**

| | |
|---|---|
| Line Counter | 6 |
| Revenue Code | 0636 - Pharmacy - Extension of 025X - Drugs Requiring Detailed Coding |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J1100 - Dexamethasone sodium phos |
| Line Charge | $30.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 12 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Drug Identification List**

**Drug Identification**

| | |
|---|---|
| Drug Code | 63323016501 - Dexamethasone Sodium Phosphate, 25 VIAL in 1 TRAY (63323-165-01) > 1 mL in 1 VIAL |
| National Drug Unit Count | 1 |
| National Drug Unit Measure | ML - Milliliter |

**Service Line**

| | |
|---|---|
| Line Counter | 7 |
| Revenue Code | 0636 - Pharmacy - Extension of 025X - Drugs Requiring Detailed Coding |
| Service Code Type | HC - Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J1626 - Granisetron hcl injection |
| Line Charge | $150.00 |
| Service Unit Measure | UN - Unit |
| Service Unit Count | 10 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

**Drug Identification List**

**Drug Identification**

| | |
|---|---|
| Drug Code | 17478054601 - GRANISETRON HYDROCHLORIDE INJECTION |
| National Drug Unit Count | 1 |

### Claim

#### Service Line List

##### Service Line

###### Drug Identification List

####### Drug Identification

National Drug Unit Measure ML – Milliliter

##### Service Line

| | |
|---|---|
| Line Counter | 8 |
| Revenue Code | 0636 – Pharmacy – Extension of 025X – Drugs Requiring Detailed Coding |
| Service Code Type | HC – Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J9171 – Docetaxel injection |
| Line Charge | $14,080.00 |
| Service Unit Measure | UN – Unit |
| Service Unit Count | 200 |
| Service Begin Date | 07/18/2012 |
| Service End Date | 07/18/2012 |

###### Drug Identification List

####### Drug Identification

| | |
|---|---|
| Drug Code | 00075800120 – Taxotere, .5 mL in 1 VIAL, GLASS (0075-8001-20) |
| National Drug Unit Count | 0.5 |
| National Drug Unit Measure | ML – Milliliter |

##### Service Line

| | |
|---|---|
| Line Counter | 9 |
| Revenue Code | 0636 – Pharmacy – Extension of 025X – Drugs Requiring Detailed Coding |
| Service Code Type | HC – Health Care Financing Administration Common Procedural Coding System (HCPCS) Codes |
| Service Code | J2505 – Injection, pegfilgrastim 6mg |
| Line Charge | $11,614.00 |
| Service Unit Measure | UN – Unit |
| Service Unit Count | 1 |
| Service Begin Date | 07/19/2012 |
| Service End Date | 07/19/2012 |

###### Drug Identification List

####### Drug Identification

| | |
|---|---|
| Drug Code | 55513019001 – Neulasta, 1 BLISTER PACK in 1 BOX (55513-190-01) > 1 SYRINGE in 1 BLISTER PACK > .6 mL in 1 SYRINGE |
| National Drug Unit Count | 0.6 |
| National Drug Unit Measure | ML – Milliliter |

Claim

Service Line List

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6406320322


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number: 1499492
Hospital Account Number:  6406320322


Date:  Sep 05, 2012
Location: Main Campus


Toxicities: There are no reported toxicities.

Patient Education:

Patient Assessment: Date of Service: -  Sep 5, 2012 (Approved Sep 5,
2012)
Patient complaint of pain? -  No (Approved Sep 5, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Sep 5, 2012)
Pain medication given by RN? -  No (Approved Sep 5, 2012)
Self administered home medications? -  No (Approved Sep 5, 2012)
Time intervention reassessed: -  00:00:00 (Approved Sep 5, 2012)
Patient has: -  Other: (Approved Sep 5, 2012)
Describe: -  Swollen legs patient going for an ultrasound on 9/6/12 Dr.
Theo aware of condition (Approved Sep 5, 2012)

Venipuncture:

Vital Signs:  Performed on Sep 05, 2012 13:20
Height - 69.00 in
Pulse - 75.00 /min
BP - 137/86 mm(hg)
Performed on Sep 05, 2012 12:30
Height - 69.00 in
Pulse - 82.00 /min
BP - 129/85 mm(hg)
Performed on Sep 05, 2012 12:15
Height - 69.00 in
Pulse - 88.00 /min
BP - 127/85 mm(hg)

Drug Administration:  Date of Service: -  Sep 5, 2012 (Approved Sep 5,


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6406320322 DOS: 9/1/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6406320322


Report Title: Patient Treatment Documentation

2012)
Labwork reviewed? -  Yes (Approved Sep 5, 2012)
External pre-meds taken? -  Yes (Approved Sep 5, 2012)
If yes, Specify: -  Decadron 20 mg 12 & 6 hours prior to chemotherapy
(Approved Sep 5, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Sep 5, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved
Sep 5, 2012)
CENTRAL IV ACCESS: -  Pasport (Approved Sep 5, 2012)
Attempts -  1 (Approved Sep 5, 2012)
Location of unsuccessful attempts: -  Accessed by G. Abadie, RN 9/5/12
(Approved Sep 5, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check
performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
Sep 5, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Sep 5,
2012)
Complications -  N/A (Approved Sep 5, 2012)
Patient condition stable during treatment? -  Yes (Approved Sep 5, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Sep 5, 2012)
Patient discharge disposition: -  Ambulates with independent gait,
Accompanied by family/significant other (Approved Sep 5, 2012)


Dose Recording:  Dexamethasone Sodium Phosphate 12 mg Solution
Intravenous Sep 5, 2012 11:56 to 12:12 Recorded by  Erica Schmidt
(Co-Signed by: Schmidt, Lisa) (Prescription Approved by:  Chris
Theodossiou )
Docetaxel 210 mg Concentrate Intravenous Sep 5, 2012 12:15 to 13:20
Recorded by  Erica Schmidt (Co-Signed by: Schmidt, Lisa) (Prescription
Approved by:  Chris Theodossiou )
Granisetron HCl 1 mg Solution Intravenous Sep 5, 2012 11:40 to 11:56
Recorded by  Erica Schmidt (Co-Signed by: Schmidt, Lisa) (Prescription
Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Sep 5, 2012
13:30 Recorded by  Erica Schmidt (Prescription Approved by:  Chris
Theodossiou )
Lorazepam 1 mg Solution Intravenous Sep 5, 2012 11:35 to 11:36 Recorded
by  Erica Schmidt (Co-Signed by: Schmidt, Lisa) (Prescription Approved
by:  Chris Theodossiou )


Oral Chemotherapy Questionnaire:

Flush Bag:  Date of Service: -  Sep 5, 2012 (Approved Sep 5, 2012)


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6406320322 DOS: 9/1/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6406320322


Report Title: Patient Treatment Documentation

Type of solution: -  Normal Saline (Approved Sep 5, 2012)
Volume: -  250 mL (Approved Sep 5, 2012)
Start time: -  11:40:00 (Approved Sep 5, 2012)
Stop time: -  13:30:00 (Approved Sep 5, 2012)
Rate: -  KVO (Approved Sep 5, 2012)
Start time: -  00:00:00 (Approved Sep 5, 2012)
Stop time: -  00:00:00 (Approved Sep 5, 2012)
Start time: -  00:00:00 (Approved Sep 5, 2012)
Stop time: -  00:00:00 (Approved Sep 5, 2012)

Injection Note:

Weekend Injection Note:

Ambulatory Pump D/C Note:

Blood Transfusion Note:

Adverse Reaction Note:

Extravasation Note:

Nurse Note:

Electronically signed by: Erica Schmidt, RN on Sep 05, 2012 at 1:42PM


End of Report


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6406320322 DOS: 9/1/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6406320322


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6406320322


Date:  Sep 06, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Sep 6, 2012
11:40 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )

Injection Note: Date of service: -  Sep 6, 2012 (Approved Sep 6, 2012)
Labs reviewed: -  No (Approved Sep 6, 2012)
Blood pressure reviewed -  No (Approved Sep 6, 2012)
Name Of Medication: -  Neulasta (Approved Sep 6, 2012)
Injection site: -  RUQ of abdomen (Approved Sep 6, 2012)
Injection route: -  Subcutaneous (Approved Sep 6, 2012)
Does patient have: -  Other (Approved Sep 6, 2012)
If other, specify: -  swollen feet-has ultra sound this A.M.-awaiting
results (Approved Sep 6, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Sep 6, 2012)
Patient Discharge Disposition: -  Wheelchair, Accompanied by
family/significant other/friend (Approved Sep 6, 2012)


Electronically signed by: Gail Abadie, RN on Sep 06, 2012 at 1:53PM


End of Report

Ochsner Medical Center                NAME: Terry, Toneka C
1516 Jefferson Hwy.                   Medical Record #: 001499492
New Orleans, LA  70121                Account #: 6406061688


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6406061688


Date:  Aug 08, 2012
Location: Main Campus


Patient Assessment: Date of Service: -  Aug 8, 2012 (Approved Aug 8,
2012)
Patient complaint of pain? -  No (Approved Aug 8, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Aug 8, 2012)
Pain medication given by RN? -  No (Approved Aug 8, 2012)
Self administered home medications? -  No (Approved Aug 8, 2012)
Time intervention reassessed: -  00:00:00 (Approved Aug 8, 2012)
Patient has: -  Nausea/vomiting, Weak/tired, Other: (Approved Aug 8,
2012)
Describe: -  anticipatory nausea, and pt has swelling to BLE-Pt saw Dr.
Theo today and MD is aware (Approved Aug 8, 2012)

Venipuncture:

Vital Signs:  Performed on Aug 08, 2012 13:37
Height - 69.00 in
Pulse - 82.00 /min
BP - 133/89 mm(hg)

Drug Administration: Date of Service: -  Aug 8, 2012 (Approved Aug 8,
2012)
Labwork reviewed? -  Yes (Approved Aug 8, 2012)
External pre-meds taken? -  Yes (Approved Aug 8, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Aug 8, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved
Aug 8, 2012)
CENTRAL IV ACCESS: -  Port (Approved Aug 8, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), IV site check every 30
minutes (excluding vesicants/irritants), Infusion completed without


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6406061688 DOS: 7/30/2012

Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.           Medical Record #: 001499492
New Orleans, LA  70121        Account #: 6406061688


Report Title: Patient Treatment Documentation

adverse event, Other: (Approved Aug 8, 2012)
If other, specify: -  accessed in clinic this morning by Gail Abadie RN
(Approved Aug 8, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Aug 8,
2012)
Complications -  N/A (Approved Aug 8, 2012)
Patient condition stable during treatment? -  Yes (Approved Aug 8, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Aug 8, 2012)
Patient discharge disposition: -  Ambulates with independent gait,
Accompanied by family/significant other (Approved Aug 8, 2012)

Dose Recording: Dexamethasone Sodium Phosphate 12 mg Solution
Intravenous Aug 8, 2012 11:58 to 12:14 Recorded by  Amanda Sintes
(Co-Signed by: Schmidt,  Erica) (Prescription Approved by:  Chris
Theodossiou )
Docetaxel 210 mg Concentrate Intravenous Aug 8, 2012 12:30 to 13:35
Recorded by  Amanda Sintes (Co-Signed by: Schmidt,  Erica) (Prescription
Approved by:  Chris Theodossiou )
Granisetron HCl 1 mg Solution Intravenous Aug 8, 2012 12:14 to 12:30
Recorded by  Amanda Sintes (Co-Signed by: Schmidt,  Erica) (Prescription
Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Aug 8, 2012
13:40 Recorded by  Amanda Sintes (Prescription Approved by:  Chris
Theodossiou )
Lorazepam 1 mg Solution Intravenous Aug 8, 2012 11:25 to 11:27 Recorded
by  Amanda Sintes (Co-Signed by: Schmidt,  Erica) (Prescription Approved
by:  Chris Theodossiou )

Oral Chemotherapy Questionnaire:

Flush Bag: Date of Service: -  Aug 8, 2012 (Approved Aug 8, 2012)
Type of solution: -  Normal Saline (Approved Aug 8, 2012)
Volume: -  250 mL (Approved Aug 8, 2012)
Start time: -  11:20:00 (Approved Aug 8, 2012)
Stop time: -  13:40:00 (Approved Aug 8, 2012)
Start time: -  00:00:00 (Approved Aug 8, 2012)
Stop time: -  00:00:00 (Approved Aug 8, 2012)
Start time: -  00:00:00 (Approved Aug 8, 2012)
Stop time: -  00:00:00 (Approved Aug 8, 2012)


Electronically signed by: Amanda Sintes, RN on Aug 08, 2012 at 1:50PM


TERRY, TONEKA C  MRN:  1499492   Encounter: L-6406061688 DOS: 7/30/2012

Page #: 3

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6406061688


Report Title: Patient Treatment Documentation


End of Report

TERRY, TONEKA C  MRN:  1499492  Encounter: L-6406061688 DOS: 7/30/2012

```
Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6406061688
```

Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ▆▆▆▆▆▆▆▆
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6406061688


Date:  Aug 09, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Aug 9, 2012
13:48 Recorded by  Amanda Sintes (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Aug 9, 2012 (Approved Aug 9, 2012)
Labs reviewed: -  N/A (Approved Aug 9, 2012)
Blood pressure reviewed -  N/A (Approved Aug 9, 2012)
Name Of Medication: -  Neulasta (Approved Aug 9, 2012)
Injection site: -  LLQ of abdomen (Approved Aug 9, 2012)
Injection route: -  Subcutaneous (Approved Aug 9, 2012)
Does patient have: -  Weak/tired (Approved Aug 9, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Aug 9, 2012)
Patient Discharge Disposition: -  Ambulates with independent gait, By
self (Approved Aug 9, 2012)


Electronically signed by: Amanda Sintes, RN on Aug 09, 2012 at 2:17PM


End of Report
```

```
Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405864078
```

Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████████

Attending Physician:  There is/are no Physician-Attending/s recorded for this patient.

Medical Record Number: 1499492
Hospital Account Number: 6405864078

Date:  Jul 18, 2012
Location: Main Campus

Toxicities: There are no reported toxicities.

Patient Education:

Patient Assessment: Date of Service: -  Jul 18, 2012 (Approved Jul 18, 2012)
Patient complaint of pain? -  No (Approved Jul 18, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Jul 18, 2012)
Pain medication given by RN? -  No (Approved Jul 18, 2012)
Self administered home medications? -  No (Approved Jul 18, 2012)
Time intervention reassessed: -  00:00:00 (Approved Jul 18, 2012)
Patient has: -  Nausea/vomiting, Weak/tired (Approved Jul 18, 2012)

Venipuncture:

Vital Signs:  Performed on Jul 18, 2012 13:35
Height - 69.00 in
Pulse - 62.00 /min
BP - 137/90 mm(hg)
Performed on Jul 18, 2012 12:00
Height - 69.00 in
Pulse - 66.00 /min
BP - 119/77 mm(hg)
Performed on Jul 18, 2012 11:15
Height - 69.00 in
Temperature - 98.20 F (LOW)
Pulse - 72.00 /min
Respiration - 20.00 /min
BP - 129/81 mm(hg)

Drug Administration:  Date of Service: -  Jul 18, 2012 (Approved Jul 18,

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405864078

Report Title: Patient Treatment Documentation

2012)
Labwork reviewed? -  Yes (Approved Jul 18, 2012)
External pre-meds taken? -  Yes (Approved Jul 18, 2012)
If yes, Specify: -  Decadron 20 mg 12 & 6 hours prior to chemotherapy
(Approved Jul 18, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Jul 18, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved
Jul 18, 2012)
CENTRAL IV ACCESS: -  Port (Approved Jul 18, 2012)
Attempts -  1 (Approved Jul 18, 2012)
Location of unsuccessful attempts: -  Accessed by A. Sintes, RN (Approved
Jul 18, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check
performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
Jul 18, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Jul 18,
2012)
Complications -  N/A (Approved Jul 18, 2012)
Patient condition stable during treatment? -  Yes (Approved Jul 18, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jul 18, 2012)
Patient discharge disposition: -  Ambulates with independent gait, By
self (Approved Jul 18, 2012)

Dose Recording:  Dexamethasone Sodium Phosphate 12 mg Solution
Intravenous Jul 18, 2012 12:25 to 12:41 Recorded by  Erica Schmidt
(Prescription Ordered by:  Chris Theodossiou)
Docetaxel 210 mg Concentrate Intravenous Jul 18, 2012 11:45 to 13:35
Recorded by  Erica Schmidt (Co-Signed by: Lennard, Shana) (Prescription
Approved by:  Chris Theodossiou ) (Start: Jul 18, 2012 11:45 - Erica
Schmidt; Stop: Jul 18, 2012 12:00 - Erica Schmidt; Start: Jul 18, 2012
12:41 - Erica Schmidt; Stop: Jul 18, 2012 13:35 - Erica Schmidt)
Granisetron HCl 1 mg Solution Intravenous Jul 18, 2012 11:25 to 11:41
Recorded by  Erica Schmidt (Co-Signed by: Lennard, Shana) (Prescription
Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Jul 18, 2012
13:40 Recorded by  Erica Schmidt (Prescription Approved by:  Chris
Theodossiou )
Lorazepam  - Not Given Jul 18, 2012 00:00 Recorded by  Erica Schmidt
(Prescription Ordered by:  Chris Theodossiou)

Oral Chemotherapy Questionnaire:

Flush Bag:  Date of Service: -  Jul 18, 2012 (Approved Jul 18, 2012)

Page #: 3

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405864078


Report Title: Patient Treatment Documentation

Type of solution: -  Normal Saline (Approved Jul 18, 2012)
Volume: -  250 mL (Approved Jul 18, 2012)
Start time: -  11:20:00 (Approved Jul 18, 2012)
Stop time: -  13:40:00 (Approved Jul 18, 2012)
Rate: -  KVO (Approved Jul 18, 2012)
Start time: -  00:00:00 (Approved Jul 18, 2012)
Stop time: -  00:00:00 (Approved Jul 18, 2012)
Start time: -  00:00:00 (Approved Jul 18, 2012)
Stop time: -  00:00:00 (Approved Jul 18, 2012)

Injection Note:

Weekend Injection Note:

Ambulatory Pump D/C Note:

Blood Transfusion Note:

Adverse Reaction Note:

Extravasation Note:

Nurse Note:  Date of Service -  Jul 18, 2012

Nurse Note -  Patient presented on the unit vomiting complaining of a
smell, that was causing her to feel nauseated. Kytil 1 mg was given and
taxotere was started. 15 minutes into taxotere patient began to vomit
again. Dr. Theo notified and stated to give 12 mg of dexamethasone. 12mg
of dexamethasone given and taxotere was restarted. Patient vomited again
at the end of treatment and Dr. Theo notified to give 1 mg of ativan.
Patient did not want the ativan because she was driving home. Patient
instructed to take zofran when she got home.


Electronically signed by: Erica Schmidt, RN on Jul 18, 2012 at 1:55PM


End of Report


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405864078 DOS: 7/1/2012

Page #: 1

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405864078


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB:  ███████

Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405864078


Date:  Jul 19, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Jul 19, 2012
14:20 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Jul 19, 2012 (Approved Jul 19, 2012)
Labs reviewed: -  No (Approved Jul 19, 2012)
Blood pressure reviewed -  No (Approved Jul 19, 2012)
Name Of Medication: -  Neulasta (Approved Jul 19, 2012)
Injection site: -  LUQ of abdomen (Approved Jul 19, 2012)
Injection route: -  Subcutaneous (Approved Jul 19, 2012)
Does patient have: -  Other (Approved Jul 19, 2012)
If other, specify: -  tired (Approved Jul 19, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jul 19, 2012)
Patient Discharge Disposition: -  Ambulates with independent gait, By
self (Approved Jul 19, 2012)


Electronically signed by: Gail Abadie, RN on Jul 19, 2012 at 2:31PM


End of Report


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405864078 DOS: 7/1/2012

Page #: 1

```
Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930
```

Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ▮▮▮▮▮▮▮▮
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405601930

Date:  Jun 05, 2012
Location: Main Campus

Toxicities: There are no reported toxicities.

Patient Education:
Patient Assessment: Date of Service: -  Jun 5, 2012 (Approved Jun 5,
2012)
Patient complaint of pain? -  No (Approved Jun 5, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Jun 5, 2012)
Pain medication given by RN? -  No (Approved Jun 5, 2012)
Self administered home medications? -  No (Approved Jun 5, 2012)
Time intervention reassessed: -  00:00:00 (Approved Jun 5, 2012)
Patient has: -  No complaints (Approved Jun 5, 2012)
Describe: -  reports nausea caused by  just stepping into Infusion suite.
(Approved Jun 5, 2012)

Venipuncture:

Vital Signs:  Performed on Jun 05, 2012 11:52
Height - 69.00 in
Temperature - 98.40 F
Pulse - 70.00 /min
Respiration - 18.00 /min
BP - 115/75 mm(hg)

Drug Administration: Date of Service: -  Jun 5, 2012 (Approved Jun 5,
2012)
Labwork reviewed? -  Yes (Approved Jun 5, 2012)
External pre-meds taken? -  N/A (Approved Jun 5, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Jun 5, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 3/4 inch non-coring needle
(Approved Jun 5, 2012)
CENTRAL IV ACCESS: -  Port (Approved Jun 5, 2012)

TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405601930 DOS: 5/31/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930

Report Title: Patient Treatment Documentation

Attempts -  1 (Approved Jun 5, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check
performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
Jun 5, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Jun 5,
2012)
Complications -  N/A (Approved Jun 5, 2012)
Patient condition stable during treatment? -  Yes (Approved Jun 5, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jun 5, 2012)
Patient discharge disposition: -  Ambulates with independent gait,
Accompanied by family/significant other (Approved Jun 5, 2012)

Dose Recording:  Aloxi 0.25 mg Solution Intravenous Jun 5, 2012 12:19 to
12:35 Recorded by  Tina Burgos (Co-Signed by: Monte, Mark) (Prescription
Approved by:  Chris Theodossiou )
Cyclophosphamide 1,240 mg Solution, when reconstituted Intravenous Jun 5,
2012 13:15 to 14:15 Recorded by  Tina Burgos (Co-Signed by: Monte,  Mark)
(Prescription Approved by:  Chris Theodossiou )
Dexamethasone Sodium Phosphate 20 mg Solution Intravenous Jun 5, 2012
12:19 to 12:35 Recorded by  Tina Burgos (Co-Signed by: Monte,  Mark)
(Prescription Approved by:  Chris Theodossiou )
DOXOrubicin HCl 124 mg Solution Intravenous Jun 5, 2012 12:55 to 13:10
Recorded by  Tina Burgos (Co-Signed by: Monte,  Mark) (Prescription
Approved by:  Chris Theodossiou )
Emend 150 mg Solution, when reconstituted Intravenous Jun 5, 2012 12:35
to 12:51 Recorded by  Tina Burgos (Co-Signed by: Monte,  Mark)
(Prescription Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Jun 5, 2012
14:25 Recorded by  Tina Burgos (Prescription Approved by:  Chris
Theodossiou )

Oral Chemotherapy Questionnaire:

Flush Bag:  Date of Service: -  Jun 5, 2012 (Approved Jun 5, 2012)
Type of solution: -  Normal Saline (Approved Jun 5, 2012)
Volume: -  250 mL (Approved Jun 5, 2012)
Start time: -  11:55:00 (Approved Jun 5, 2012)
Stop time: -  14:45:00 (Approved Jun 5, 2012)
Rate: -  kvo/flush (Approved Jun 5, 2012)
Start time: -  00:00:00 (Approved Jun 5, 2012)
Stop time: -  00:00:00 (Approved Jun 5, 2012)
Start time: -  00:00:00 (Approved Jun 5, 2012)
Stop time: -  00:00:00 (Approved Jun 5, 2012)

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation


Injection Note:
Weekend Injection Note:

Ambulatory Pump D/C Note:

Blood Transfusion Note:

Adverse Reaction Note:

Extravasation Note:

Nurse Note:

Electronically signed by: Tina Burgos, RN on Jun 05, 2012 at 2:58PM


End of Report

TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405601930 DOS: 5/31/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ▆▆▆▆▆▆
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405601930


Date:  Jun 06, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Jun 6, 2012
14:38 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Jun 6, 2012 (Approved Jun 6, 2012)
Labs reviewed: -  No (Approved Jun 6, 2012)
Blood pressure reviewed -  No (Approved Jun 6, 2012)
Name Of Medication: -  Neulasta (Approved Jun 6, 2012)
Injection site: -  LUQ of abdomen (Approved Jun 6, 2012)
Injection route: -  Subcutaneous (Approved Jun 6, 2012)
Does patient have: -  Other (Approved Jun 6, 2012)
If other, specify: -  little tired-but not as bad as usual after chemo
(Approved Jun 6, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jun 6, 2012)
Patient Discharge Disposition: -  Ambulates with independent gait,
Accompanied by family/significant other/friend (Approved Jun 6, 2012)


Electronically signed by: Gail Abadie, RN on Jun 06, 2012 at 2:40PM


End of Report

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405601930


Date:  Jun 27, 2012
Location: Main Campus


Toxicities: There are no reported toxicities.

Patient Education:

Patient Assessment: Date of Service: –  Jun 27, 2012 (Approved Jun 27,
2012)
Patient complaint of pain? –  No (Approved Jun 27, 2012)
Pain rating (Scale of 0 to 10): –  0 (Approved Jun 27, 2012)
Pain medication given by RN? –  No (Approved Jun 27, 2012)
Self administered home medications? –  No (Approved Jun 27, 2012)
Time intervention reassessed: –  00:00:00 (Approved Jun 27, 2012)
Patient has: –  Other: (Approved Jun 27, 2012)
Describe: –  Pt exasperated and "can't wait for chemo to be over, it's
starting to get the best of me."  Emotional support given. Pt denied any
other complaints today. (Approved Jun 27, 2012)

Venipuncture:

Vital Signs:  Performed on Jun 27, 2012 16:00 - Taxotere completion
Height - 69.00 in
Pulse - 56.00 /min (LOW)
Respiration - 20.00 /min
BP - 128/81 mm(hg)
Performed on Jun 27, 2012 15:18 - rate increased to 250ml/hr
Height - 69.00 in
Pulse - 73.00 /min
Respiration - 20.00 /min
BP - 122/75 mm(hg)
Performed on Jun 27, 2012 15:01 - Taxotere rate increased to 150ml/hr
Height - 69.00 in
Pulse - 64.00 /min

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation

Respiration - 18.00 /min
BP - 110/65 mm(hg)
Performed on Jun 27, 2012 13:55 - pre-Taxotere
Height - 69.00 in
Weight - 204.60 lbs (HIGH)
BSA - 2.09 sq.m
Temperature - 98.20 F (LOW)
Pulse - 85.00 /min
Respiration - 20.00 /min
BP - 122/76 mm(hg)


Drug Administration: Date of Service: - Jun 27, 2012 (Approved Jun 27,
2012)
Labwork reviewed? - Yes (Approved Jun 27, 2012)
External pre-meds taken? - Yes (Approved Jun 27, 2012)
If yes, Specify: - Decadron 8 mg bid x 3 days- started day before
chemotherapy (Approved Jun 27, 2012)
CENTRAL IV ACCESS LOCATION: - Right, Chest (Approved Jun 27, 2012)
CENTRAL IV ACCESS DEVICE: - 20 Gauge 1 inch non-coring needle (Approved
Jun 27, 2012)
CENTRAL IV ACCESS: - Port (Approved Jun 27, 2012)
Attempts - 1 (Approved Jun 27, 2012)
IV site assessment - Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check
performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
Jun 27, 2012)
IV access at time at discharge: - Huber removed intact (Approved Jun 27,
2012)
Complications - N/A (Approved Jun 27, 2012)
Patient condition stable during treatment? - Yes (Approved Jun 27, 2012)
Instructed to call nurse or MD for: - Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jun 27, 2012)
Patient discharge disposition: - Ambulates with independent gait,
Accompanied by family/significant other (Approved Jun 27, 2012)


Dose Recording: Docetaxel 210 mg Concentrate Intravenous Jun 27, 2012
14:46 to 16:00 Recorded by Socea May (Co-Signed by: Schmidt, Lisa)
(Prescription Approved by: Chris Theodossiou )
Granisetron HCl 1 mg Solution Intravenous Jun 27, 2012 14:27 to 14:43
Recorded by Socea May (Co-Signed by: Schmidt, Lisa) (Prescription
Approved by: Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Jun 27, 2012
16:08 Recorded by Socea May (Prescription Ordered by: Chris Theodossiou)

Oral Chemotherapy Questionnaire:


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405601930 DOS: 5/31/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation


Flush Bag:  Date of Service: -  Jun 27, 2012 (Approved Jun 27, 2012)
Type of solution: -  Normal Saline (Approved Jun 27, 2012)
Volume: -  250 mL (Approved Jun 27, 2012)
Start time: -  14:26:00 (Approved Jun 27, 2012)
Stop time: -  16:10:00 (Approved Jun 27, 2012)
Rate: -  flush (Approved Jun 27, 2012)
Start time: -  00:00:00 (Approved Jun 27, 2012)
Stop time: -  00:00:00 (Approved Jun 27, 2012)
Start time: -  00:00:00 (Approved Jun 27, 2012)
Stop time: -  00:00:00 (Approved Jun 27, 2012)

Injection Note:

Weekend Injection Note:

Ambulatory Pump D/C Note:

Blood Transfusion Note:

Adverse Reaction Note:

Extravasation Note:

Nurse Note:  Date of Service -  Jun 27, 2012
Nurse Note -  Pt aware to RTC tomorrow for Neulasta injection.

Electronically signed by: Socea May, RN on Jun 27, 2012 at 4:57PM


End of Report

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405601930


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405601930


Date:  Jun 28, 2012
Location: Main Campus




Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Jun 28, 2012
13:32 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Jun 28, 2012 (Approved Jun 28, 2012)
Labs reviewed: -  No (Approved Jun 28, 2012)
Blood pressure reviewed -  No (Approved Jun 28, 2012)
Name Of Medication: -  Neulasta (Approved Jun 28, 2012)
Injection site: -  LUQ of abdomen (Approved Jun 28, 2012)
Injection route: -  Subcutaneous (Approved Jun 28, 2012)
Does patient have: -  Other (Approved Jun 28, 2012)
If other, specify: -  no complaints (Approved Jun 28, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Jun 28, 2012)
Patient Discharge Disposition: -  Ambulates with independent gait,
Accompanied by family/significant other/friend (Approved Jun 28, 2012)


Electronically signed by: Gail Abadie, RN on Jun 28, 2012 at 1:37PM



End of Report

Ochsner Medical Center                NAME: Terry, Toneka C
1516 Jefferson Hwy.                   Medical Record #: 001499492
New Orleans, LA  70121                Account #: 6405346727


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB:  ████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405346727


Date:  May 15, 2012
Location: Main Campus


Patient Assessment: Date of Service: -  May 15, 2012 (Approved May 15,
2012)
Patient complaint of pain? -  No (Approved May 15, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved May 15, 2012)
Pain medication given by RN? -  No (Approved May 15, 2012)
Self administered home medications? -  No (Approved May 15, 2012)
Time intervention reassessed: -  00:00:00 (Approved May 15, 2012)
Patient has: -  No complaints (Approved May 15, 2012)


Drug Administration: Date of Service: -  May 15, 2012 (Approved May 15,
2012)
Labwork reviewed? -  Yes (Approved May 15, 2012)
External pre-meds taken? -  N/A (Approved May 15, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved May 15, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved
May 15, 2012)
CENTRAL IV ACCESS: -  Port (Approved May 15, 2012)
Attempts -  1 (Approved May 15, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check
performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
May 15, 2012)
IV access at time at discharge: -  Huber removed intact (Approved May 15,
2012)
Complications -  N/A (Approved May 15, 2012)
Patient condition stable during treatment? -  Yes (Approved May 15, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405346727 DOS: 5/1/2012

Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.           Medical Record #: 001499492
New Orleans, LA  70121        Account #: 6405346727


Report Title: Patient Treatment Documentation

F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved May 15, 2012)
Patient discharge disposition: -  Ambulates with independent gait, By
self (Approved May 15, 2012)

Dose Recording:  Aloxi 0.25 mg Solution Intravenous May 15, 2012 14:12 to
14:30 Recorded by  Amanda Sintes (Co-Signed by: Lennard,  Shana)
(Prescription Approved by:  Chris Theodossiou )
Cyclophosphamide 1,240 mg Solution, when reconstituted Intravenous May
15, 2012 15:05 to 15:40 Recorded by  Amanda Sintes (Co-Signed by: Lennard,
Shana) (Prescription Approved by: Chris Theodossiou )
Dexamethasone Sodium Phosphate 20 mg Solution Intravenous May 15, 2012
14:12 to 14:30 Recorded by  Amanda Sintes (Co-Signed by: Lennard,  Shana)
(Prescription Approved by:  Chris Theodossiou )
DOXOrubicin HCl 124 mg Solution Intravenous May 15, 2012 14:52 to 15:02
Recorded by  Amanda Sintes (Co-Signed by: Lennard,  Shana) (Prescription
Approved by:  Chris Theodossiou )
Emend 150 mg Solution, when reconstituted Intravenous May 15, 2012 14:33
to 14:50 Recorded by  Amanda Sintes (Co-Signed by: Lennard,  Shana)
(Prescription Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous May 15, 2012
15:45 Recorded by  Amanda Sintes (Prescription Approved by:  Chris
Theodossiou )


Flush Bag:  Date of Service: -  May 15, 2012 (Approved May 15, 2012)
Type of solution: -  Normal Saline (Approved May 15, 2012)
Volume: -  250 mL (Approved May 15, 2012)
Start time: -  14:10:00 (Approved May 15, 2012)
Stop time: -  15:45:00 (Approved May 15, 2012)
Start time: -  00:00:00 (Approved May 15, 2012)
Stop time: -  00:00:00 (Approved May 15, 2012)
Start time: -  00:00:00 (Approved May 15, 2012)
Stop time: -  00:00:00 (Approved May 15, 2012)

\E\

Electronically signed by: Amanda Sintes, RN on May 15, 2012 at 3:51PM


End of Report

Page #: 1

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405346727


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405346727


Date:  May 16, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous May 16, 2012
15:11 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  May 16, 2012 (Approved May 16, 2012)
Labs reviewed: -  No (Approved May 16, 2012)
Blood pressure reviewed -  No (Approved May 16, 2012)
Name Of Medication: -  Neulasta (Approved May 16, 2012)
Injection site: -  LLQ of abdomen (Approved May 16, 2012)
Injection route: -  Subcutaneous (Approved May 16, 2012)
Does patient have: -  Nausea/vomiting, Weak/tired (Approved May 16, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved May 16, 2012)
Patient Discharge Disposition: -  Wheelchair, Accompanied by
family/significant other/friend (Approved May 16, 2012)
Additional notes: -  patient states taking nausea meds with good
results-advised to acll if no better (Approved May 16, 2012)


Electronically signed by: Gail Abadie, RN on May 16, 2012 at 3:26PM


End of Report

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405115105


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB:  ████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405115105


Date:  Apr 04, 2012
Location: Main Campus


Toxicities: There are no reported toxicities.

Patient Education:  Date of Service: -  Apr 4, 2012 (Approved Apr 4,
2012)
Topics: -  Basic explanation, Medication, Community Resources,
Nutrition/Oral Health, Diet, Activity, Central Line Teaching (Approved Apr
4, 2012)
Readiness: -  Ask questions, Eager to Learn, Recognizes need to know
(Approved Apr 4, 2012)
Special needs: -  None (Approved Apr 4, 2012)
Taught to whom: -  Patient, Spouse (Approved Apr 4, 2012)
Methods: -  Binder - Navigating Your Experience, Brochure - Drug
specific, Handout - Specific drugs and side effects (Approved Apr 4, 2012)
Learner outcomes: -  Verbalizes understanding (Approved Apr 4, 2012)
Evaluation: -  No further teaching needed (Approved Apr 4, 2012)

Patient Assessment: Date of Service: -  Apr 4, 2012 (Approved Apr 4,
2012)
Patient complaint of pain? -  No (Approved Apr 4, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Apr 4, 2012)
Pain medication given by RN? -  No (Approved Apr 4, 2012)
Self administered home medications? -  No (Approved Apr 4, 2012)
Time intervention reassessed: -  00:00:00 (Approved Apr 4, 2012)
Pain rating after intervention (Scale of 0-10) -  0 (Approved Apr 4,
2012)
Patient has: -  No complaints (Approved Apr 4, 2012)

Venipuncture:

Vital Signs:  Performed on Apr 04, 2012 13:45
Height - 69.00 in

Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.         Medical Record #: 001499492
New Orleans, LA  70121      Account #: 6405115105

Report Title: Patient Treatment Documentation

Weight - 203.00 lbs (HIGH)
BSA - 2.08 sq.m
Temperature - 98.30 F (LOW)
Pulse - 74.00 /min
Respiration - 18.00 /min
BP - 119/71 mm(hg)

Drug Administration:  Date of Service: -  Apr 4, 2012 (Approved Apr 4, 2012)
Labwork reviewed? -  Yes (Approved Apr 4, 2012)
External pre-meds taken? -  N/A (Approved Apr 4, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Apr 4, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved Apr 4, 2012)
CENTRAL IV ACCESS: -  Port (Approved Apr 4, 2012)
Attempts -  1 (Approved Apr 4, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL normal saline (10 mL before and after infusion), Extravasation check performed per clinical practice guidelines, IV site check every 30 minutes (excluding vesicants/irritants), Infusion completed without ad (Approved Apr 4, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Apr 4, 2012)
Complications -  N/A (Approved Apr 4, 2012)
Patient condition stable during treatment? -  Yes (Approved Apr 4, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4 F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Apr 4, 2012)
Patient discharge disposition: -  Ambulates with independent gait, Accompanied by family/significant other (Approved Apr 4, 2012)

Dose Recording:  Aloxi 0.25 mg Solution Intravenous Apr 4, 2012 13:40 to 14:00 Recorded by  Mark Monte (Co-Signed by: Sintes,  Amanda) (Prescription Approved by:  Chris Theodossiou)
Cyclophosphamide 1,240 mg Solution, when reconstituted Intravenous Apr 4, 2012 14:30 to 15:00 Recorded by  Mark Monte (Co-Signed by: Sintes, Amanda) (Prescription Approved by:  Chris Theodossiou )
Dexamethasone Sodium Phosphate 20 mg Solution Intravenous Apr 4, 2012 13:40 to 14:00 Recorded by  Mark Monte (Co-Signed by: Sintes,  Amanda) (Prescription Approved by:  Chris Theodossiou )
DOXOrubicin HCl 124 mg Solution Intravenous Apr 4, 2012 14:20 to 14:30 Recorded by  Mark Monte (Co-Signed by: Sintes,  Amanda) (Prescription Approved by:  Chris Theodossiou )
Emend 150 mg Solution, when reconstituted Intravenous Apr 4, 2012 14:00 to 14:20 Recorded by  Mark Monte (Co-Signed by: Sintes,  Amanda) (Prescription Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Apr 4, 2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405115105


Report Title: Patient Treatment Documentation

15:10 Recorded by  Mark Monte (Prescription Ordered by:  Chris
Theodossiou)

Oral Chemotherapy Questionnaire:

Flush Bag:  Date of Service: -  Apr 4, 2012 (Approved Apr 4, 2012)
Type of solution: -  Normal Saline (Approved Apr 4, 2012)
Volume: -  250 mL (Approved Apr 4, 2012)
Start time: -  13:40:00 (Approved Apr 4, 2012)
Stop time: -  15:00:00 (Approved Apr 4, 2012)
Start time: -  00:00:00 (Approved Apr 4, 2012)
Stop time: -  00:00:00 (Approved Apr 4, 2012)
Start time: -  00:00:00 (Approved Apr 4, 2012)
Stop time: -  00:00:00 (Approved Apr 4, 2012)

Injection Note:

Weekend Injection Note:

Ambulatory Pump D/C Note:

Blood Transfusion Note:

Adverse Reaction Note:

Extravasation Note:

Nurse Note:

Electronically signed by: Mark Monte, RN on Apr 04, 2012 at 4:50PM


End of Report

Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.           Medical Record #: OO1499492
New Orleans, LA  70121        Account #: 6405115105


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB:  ██████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405115105


Date:  Apr O5, 2012
Location: Main Campus


Patient Education:  Date of Service: -  Apr 5, 2012 (Approved Apr 5,
2012)
Topics: -  Basic explanation, Medication (Approved Apr 5, 2012)
Readiness: -  Ask questions, Eager to Learn, Recognizes need to know
(Approved Apr 5, 2012)
Special needs: -  None (Approved Apr 5, 2012)
Taught to whom: -  Patient, Other: (Approved Apr 5, 2012)
If other, specify: -  friend (Approved Apr 5, 2012)
Methods: -  Other: (Approved Apr 5, 2012)
If other, specify: -  Basic explanation of use and side effects of
Neulasta (Approved Apr 5, 2012)
Learner outcomes: -  Verbalizes understanding (Approved Apr 5, 2012)
Evaluation: -  Further teaching needed (Approved Apr 5, 2012)


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Apr 5, 2012
15:35 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Apr 5, 2012 (Approved Apr 5, 2012)
Labs reviewed: -  No (Approved Apr 5, 2012)
Blood pressure reviewed -  No (Approved Apr 5, 2012)
Name Of Medication: -  Neulasta (Approved Apr 5, 2012)
Injection site: -  RUQ of abdomen (Approved Apr 5, 2012)
Injection route: -  Subcutaneous (Approved Apr 5, 2012)
Does patient have: -  Pain, Other (Approved Apr 5, 2012)
If other, specify: -  patient complaining fo headache and leg
pains--taking percocet--to see Dr.Theodo today (Approved Apr 5, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405115105 DOS: 4/4/2012

Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.           Medical Record #: OO1499492
New Orleans, LA  70121        Account #: 6405115105


Report Title: Patient Treatment Documentation

F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Apr 5, 2012)
Patient Discharge Disposition: -  Wheelchair, Accompanied by
family/significant other/friend (Approved Apr 5, 2012)

Electronically signed by: Gail Abadie, RN on Apr 05, 2012 at 3:39PM


End of Report

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: Terry, Toneka C
Medical Record #: 001499492
Account #: 6405115105

Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ████████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405115105

Date:  Apr 25, 2012
Location: Main Campus

Patient Assessment: Date of Service: -  Apr 25, 2012 (Approved Apr 25,
2012)
Patient complaint of pain? -  No (Approved Apr 25, 2012)
Pain rating (Scale of 0 to 10): -  0 (Approved Apr 25, 2012)
Pain medication given by RN? -  No (Approved Apr 25, 2012)
Self administered home medications? -  No (Approved Apr 25, 2012)
Time intervention reassessed: -  00:00:00 (Approved Apr 25, 2012)
Patient has: -  Constipation/diarrhea (Approved Apr 25, 2012)
Describe: -  constipation which pt is taking stool softeners for and
having some relief (Approved Apr 25, 2012)

Vital Signs:  Performed on Apr 25, 2012 10:57
Height - 69.00 in
Temperature - 97.90 F (LOW)
Pulse - 73.00 /min
Respiration - 18.00 /min
BP - 117/59 mm(hg)

Drug Administration: Date of Service: -  Apr 25, 2012 (Approved Apr 25,
2012)
Labwork reviewed? -  Yes (Approved Apr 25, 2012)
External pre-meds taken? -  N/A (Approved Apr 25, 2012)
CENTRAL IV ACCESS LOCATION: -  Right, Chest (Approved Apr 25, 2012)
CENTRAL IV ACCESS DEVICE: -  20 Gauge 1 inch non-coring needle (Approved
Apr 25, 2012)
CENTRAL IV ACCESS: -  Port (Approved Apr 25, 2012)
IV site assessment -  Obtained blood return, Flushes easily with 20 mL
normal saline (10 mL before and after infusion), Extravasation check

TERRY, TONEKA C  MRN:  1499492   Encounter: L-6405115105 DOS: 4/4/2012

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: 001499492
New Orleans, LA  70121          Account #: 6405115105

Report Title: Patient Treatment Documentation

performed per clinical practice guidelines, IV site check every 30 minutes
(excluding vesicants/irritants), Infusion completed without ad (Approved
Apr 25, 2012)
If other, specify: -  accessed in chemo injection this morning by Gail
Abadie RN (Approved Apr 25, 2012)
IV access at time at discharge: -  Huber removed intact (Approved Apr 25,
2012)
Complications -  N/A (Approved Apr 25, 2012)
Patient condition stable during treatment? -  Yes (Approved Apr 25, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Apr 25, 2012)
Patient discharge disposition: -  Ambulates with independent gait,
Accompanied by family/significant other (Approved Apr 25, 2012)

Dose Recording:  Aloxi 0.25 mg Solution Intravenous Apr 25, 2012 11:15 to
11:35 Recorded by  Amanda Sintes (Co-Signed by: Kennon,  Tara)
(Prescription Approved by:  Chris Theodossiou )
Cyclophosphamide 1,240 mg Solution, when reconstituted Intravenous Apr
25, 2012 12:50 to 13:35 Recorded by  Amanda Sintes (Co-Signed by: Kennon,
Tara) (Prescription Approved by:  Chris Theodossiou )
Dexamethasone Sodium Phosphate 20 mg Solution Intravenous Apr 25, 2012
11:15 to 11:35 Recorded by  Amanda Sintes (Co-Signed by: Kennon,  Tara)
(Prescription Approved by:  Chris Theodossiou )
DOXOrubicin HCl 124 mg Solution Intravenous Apr 25, 2012 12:37 to 12:47
Recorded by  Amanda Sintes (Co-Signed by: Kennon,  Tara) (Prescription
Approved by:  Chris Theodossiou )
Emend 150 mg Solution, when reconstituted Intravenous Apr 25, 2012 12:16
to 12:35 Recorded by  Amanda Sintes (Co-Signed by: Kennon,  Tara)
(Prescription Approved by:  Chris Theodossiou )
Heparin Sodium Lock Flush 500 Units Solution Intravenous Apr 25, 2012
13:42 Recorded by  Amanda Sintes (Prescription Approved by:  Chris
Theodossiou )

Flush Bag:  Date of Service: -  Apr 25, 2012 (Approved Apr 25, 2012)
Type of solution: -  Normal Saline (Approved Apr 25, 2012)
Volume: -  250 mL (Approved Apr 25, 2012)
Start time: -  11:05:00 (Approved Apr 25, 2012)
Stop time: -  13:42:00 (Approved Apr 25, 2012)
Start time: -  00:00:00 (Approved Apr 25, 2012)
Stop time: -  00:00:00 (Approved Apr 25, 2012)
Start time: -  00:00:00 (Approved Apr 25, 2012)
Stop time: -  00:00:00 (Approved Apr 25, 2012)

Page #: 3

```
Ochsner Medical Center        NAME: Terry, Toneka C
1516 Jefferson Hwy.           Medical Record #: OO1499492
New Orleans, LA  70121        Account #: 6405115105
```

Report Title: Patient Treatment Documentation

Electronically signed by: Amanda Sintes, RN on Apr 25, 2012 at 1:45PM

End of Report

TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405115105 DOS: 4/4/2012

Page #: 1

Ochsner Medical Center          NAME: Terry, Toneka C
1516 Jefferson Hwy.             Medical Record #: OO1499492
New Orleans, LA  70121          Account #: 6405115105


Report Title: Patient Treatment Documentation

Note Type: Patient Treatment Documentation
Patient:  TERRY, TONEKA C

DOB: ███████
Attending Physician:  There is/are no Physician-Attending/s recorded for
this patient.

Medical Record Number:  1499492
Hospital Account Number:  6405115105


Date:  Apr 26, 2012
Location: Main Campus


Dose Recording:  Pegfilgrastim 6 mg Solution Subcutaneous Apr 26, 2012
12:18 Recorded by  Gail Abadie (Prescription Approved by:  Chris
Theodossiou )


Injection Note: Date of service: -  Apr 26, 2012 (Approved Apr 26, 2012)
Labs reviewed: -  No (Approved Apr 26, 2012)
Blood pressure reviewed -  No (Approved Apr 26, 2012)
Name Of Medication: -  Neulasta (Approved Apr 26, 2012)
Injection site: -  RUQ of abdomen (Approved Apr 26, 2012)
Injection route: -  Subcutaneous (Approved Apr 26, 2012)
Does patient have: -  Nausea/vomiting, Weak/tired (Approved Apr 26, 2012)
Instructed to call nurse or MD for: -  Dyspnea, Fever greater then 100.4
F, Vomiting, Bleeding, Mouth sores, Diarrhea (Approved Apr 26, 2012)
Patient Discharge Disposition: -  Wheelchair, Accompanied by
family/significant other/friend (Approved Apr 26, 2012)
Additional notes: -  patient states nausea controlled with meds (Approved
Apr 26, 2012)


Electronically signed by: Gail Abadie, RN on Apr 26, 2012 at 12:51PM


End of Report


TERRY, TONEKA C  MRN:  1499492  Encounter: L-6405115105 DOS: 4/4/2012