UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: : | HON. JANE TRICHE MILAZZO |
| : | MAG. JUDGE MICHAEL NORTH |
| *Teresa Hamilton v. McKesson Corporation, d/b/a McKesson Packaging; Case No. 2:18-cv-13033* : | |

## ORDER

Upon Plaintiff's Motion for Leave to file a Second Amended Complaint (Doc. 5967);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
Hon. Jane Triche Milazzo