UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Teresa Hamilton v. Sandoz Inc.; Case No. 2:18-cv-13033* | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Accord Healthcare, Inc., and McKesson Corporation d/b/a McKesson Packaging ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 23rd day of January, 2019.

| | |
|---|---|
| PULASKI LAW FIRM, PLLC | TUCKER ELLIS, LLP |
| /s/ Leslie LaMacchia | /s/ Julie A. Callsen |
| Leslie LaMacchia, Esq.<br>Adam Pulaski, Esq.<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>Phone: (713) 664-4555<br>Fax: (713) 664-7543<br>llamacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com | Julie A. Callsen, Esq.<br>Brandon Cox, Esq.<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Phone: 216-696-2286<br>Fax: 216-592-5009<br>Julie.callsen@tuckerellis.com<br>Brandon.cox@tuckerellis.com |
| Attorney for Plaintiff | Attorney for Accord Healthcare, Inc. |

MORRISON FOERSTER


 /s/ *Julie Y. Park*
Julie Y. Park, Esq.
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Phone: 858-314-7560
Fax: 216-592-5009
juliepark@mofo.com

Attorney for McKesson Corp.