MINUTE ENTRY
NORTH, M.J.
JANUARY 18, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                                SECTION: "H"(5)

                                                THIS DOCUMENT RELATES TO
                                                ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Karen Ibos).

PRESENT:        Lawrence Centola          Harley Ratliff
                Andrew Lemmon             Cliff Merrell
                Darin Schanker            Peter Rotolo
                Karen Barth Menzies       Geoffrey Coan
                Kyle Bachus               Michael Sufferin
                Chris Coffin              John Olinde
                                          Patrick Oot
                                          Douglas Moore

PARTICIPATING BY PHONE:   Lee McGartland          Suzy Marinkovich
                          Andre Mura

For all future discovery status conferences, the parties[1] are limited to a single letter-brief submission each, no longer than five pages, single-spaced in 12-point font.  Each party may also respond in similar fashion to any other party's submission prior to the conference. Any party violating these limits without prior approval of the Court will be sanctioned.

The Court declines to make any changes to the deadlines for production of privilege logs for third party document productions.

---

[1] The PSC is considered one party, Sanofi one party and the 505(b)(2) Defendants one party for purposes of this ruling.

MJSTAR (00:45)

The Court declined to rule on any issues related to the Cantwell subpoena, as that subpoena is subject to a motion to quash filed by Plaintiff, Debbie Cantwell, in the Western District of Washington and recently transferred to this Court. The Court will rule on the briefs once that motion is referred and the motion is fully briefed.

The third sitting of the Sanofi Rule 30(b)(6) deposition on issues related to adverse event reports ("AERs") shall proceed with the PSC having one extra hour of deposition time on the record with the Sanofi designee. No later than seven days prior to that deposition, counsel for the PSC is to inform counsel for Sanofi which specific AERs counsel intends to inquire about in any detail in order that the witness may be suitably prepared to testify knowledgably about said AERs.

Finally, every member of the PSC or Plaintiff's counsel who has or is reasonably expected to take or defend a deposition in this MDL and every attorney for Sanofi or the 505(b)(2) Defendants who has or is reasonably expected to take or defend a deposition in this MDL will do the following:

- Read the following three opinions of this Court:
    - *Tajonera v. Black Elk Energy Offshore Operations, LLC*, No. 13-CV-0366, 2015 WL 13533520 (E.D. La. Sept. 30, 2015);
    - *Howard v. Offshore Liftboats, LLC*, No. 13-CV-4811, 2015 WL 965976 (E.D. La. Mar. 4, 2015), *aff'd*, 2015 WL 3796458 (E.D. La. Jun. 18, 2015); and
    - *Hunter v. GEICO General Insurance Co.*, No. 17-CV-5070, 2018 WL 4352823 (E.D. La. Sept. 12, 2018).

- Read this Court's Civil Practice Guidelines, available on the court's website at http://www.laed.uscourts.gov/judges-information/judge/honorable-michael-b-north.

- In advance of the next scheduled discovery status conference, attach to the letter submissions of the PSC, Sanofi and the 505(b)(2) Defendants declarations signed by every attorney designated above that confirms they have each read and understand the designated materials and that they agree to abide by the rules and expectations of this court in the conduct of depositions in this matter as described in detail in those materials.

The next scheduled discovery status conference will take place February 20, 2019 at 1:00 p.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE