UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Brenda Arnett, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740  SECTION "N"(5)  JUDGE MILAZZO  MAG. JUDGE NORTH  Civil No.: **2:17-cv17837** |

**PLAINTIFF'S MOTION FOR
SUBSTITUTION OF COUNSEL**

COMES NOW, the Plaintiff herein, and files this, the Plaintiff's Motion for Substitution of Counsel, and respectfully shows to this Court as follows:

The Plaintiff requests that attorneys-of-record Debra J. Humphrey of Marc J. Bern & Partners LLP be granted leave to withdraw as counsel in the matter of *Brenda Arnett v. Sanofi-Aventis, U.S., LLC, et al., 2:17-cv17837,* as there was a dual representation issue and Plaintiff wishes to proceed with another law firm.

The Plaintiff further requests attorney Leslie LaMacchia of Pulaski Law Firm, 2925 Richmond Avenue, Suite 1725, Houston, Texas 77098 be substituted as her attorney-of-record in the instant action.

Attorneys Debra J. Humphrey and Marc J. Bern & Partners LLP have conferred with attorney Leslie LaMacchia and represent to this Court that all above-mentioned attorneys consent to this Motion.

At no point will Plaintiff be unrepresented if this Motion is granted.

WHEREFORE, the Plaintiff respectfully requests that attorneys Marc J. Bern & Partners LLP be granted leave to withdraw as counsel in Case No. Arnett, 2:17-cv17837, and that attorney Leslie LaMacchia be substituted therefor.

Dated:　　　　January 23, 2019

Respectfully submitted,

By: */s/Debra J. Humphrey*
　Debra J. Humphrey, (NYS Bar No. 5050448)
　Marc J. Bern & Partners LLP
　60 East 42nd Street, Suite 950
　New York, NY 10165
　Tel: (212) 702-5000
　Fax: (212) 818-0164
　dhumphrey@bernllp.com
　*Counsel for Plaintiff*

By:　　*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, a copy of the foregoing Plaintiff's Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Debra Humphrey*