UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) BRENDA ARNETT, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH<br><br>Civil No. **2:17-cv17837** |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the Plaintiff's Motion for Withdrawal and Substitution of Counsel in the above-listed action, is hereby set for submission to the Court on February 13, 2019, at 9:00 a.m. before the Honorable Jane Triche Milazzo, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated:     January 23, 2019

Respectfully submitted,

By: */s/Debra J. Humphrey*
  Debra J. Humphrey, (NYS Bar No. 5050448)
  Marc J. Bern & Partners LLP
  60 East 42nd Street, Suite 950
  New York, NY 10165
  Tel: (212) 702-5000
  Fax: (212) 818-0164
  dhumphrey@bernllp.com
  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2019, a copy of the foregoing Plaintiff's Notice of Submission was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Debra J. Humphrey*