UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) BRENDA ARNETT, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740 SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH Civil No. **2:17-cv17837** |

**PROPOSED ORDER**

Considering the foregoing Motion for Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Marc J. Bern & Partners LLP are withdrawn as the Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorney Leslie LaMacchia of Pulaski Law Firm is substituted as the Plaintiff's attorney of record in Case No. **2:17-cv17837**, *Brenda Arnett v. Sanofi-Aventis, U.S. LLC, et al.*

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane Triche Milazzo