# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N" (5) |
| This document relates to: | : JUDGE MILAZZO |
| | : MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | : |
| | : |
| Plaintiff, | : Case No. 2:18-cv-05547-JTM-MBN |
| | : |
| v. | : |
| | : |
| Sanofi US Services Inc., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Plaintiff herein, and files this, the Plaintiff's Motion for Substitution of Counsel, and respectfully shows to this Court as follows:

The Plaintiff requests that attorneys-of-record Debra J. Humphrey of Marc J. Bern & Partners LLP be granted leave to withdraw as counsel in the matter of Sites et al., v. Sanofi US Services, Inc., et al., 2:18-cv-05547 as there was a dual representation issue and Plaintiff wishes to proceed with another law firm.

The Plaintiff further requests attorneys Alyssa White and Margarita Michaels from Johnson Law Group 2925 Richmond Avenue, Suite 1700 Houston, Texas 77098 be substituted as her attorney-of-record in the instant action.

Attorneys Alexandra Colella and Marc J. Bern & Partners LLP have conferred with attorneys Alyssa White and Margarita Michaels and represent to this Court that all above-mentioned attorneys consent to this Motion.

At no point will Plaintiff be unrepresented if this Motion is granted.

WHEREFORE, the Plaintiff respectfully requests that attorneys Marc J. Bern & Partners LLP be granted leave to withdraw as counsel in Case No. 2:18-cv-05547, and that attorneys Alyssa White and Margarita Michaels be substituted therefore.

Dated: January 23, 2019  By: */s/ Alexandra Colella*
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
acolella@bernllp.com
*Counsel for Plaintiff*

By: */s/ Alyssa White*
JOHNSON LAW GROUP
Alyssa White, Esq (Bar No. 24073014)
Margarita Michaels, Esq. (Bar No. 24109554)
Johnson Law Group
 2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
AWhite@johnsonlawgroup.com
MMichaels@johnsonlawgroup.com

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, a copy of the foregoing Plaintiff's Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Alexandra Colella*