## UNITED STATES OF DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "N" (5) |
| This document relates to: | : JUDGE MILAZZO <br> : MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | : |
| Plaintiff, | : Case No. 2:18-cv-05547-JTM-MBN |
| v. | : |
| Sanofi US Services Inc., *et al.*, | : |
| Defendants. | : |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the Plaintiff's Motion for Withdrawal and Substitution of Counsel in the above-listed action, is hereby set for submission to the Court on February 13, 2019, at 9:00 a.m. before the Honorable Jane Triche Milazzo, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated:     January 23, 2019

                                            Respectfully submitted,

                                            By: */s/Alexandra Colella*
                                                Alexandra Colella, (NYS Bar No. 5536883)
                                                Marc J. Bern & Partners LLP
                                                60 East 42nd Street, Suite 950
                                                New York, NY 10165
                                                Tel: (212) 702-5000
                                                Fax: (212) 818-0164
                                                acolella@bernllp.com
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2019, a copy of the foregoing Plaintiff's Notice of Submission was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Alexandra Colella*
