## UNITED STATES OF DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| This document relates to: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-cv-05547-JTM-MBN |
| | : | |
| v. | : | |
| | : | |
| Sanofi US Services Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **PROPOSED ORDER**

Considering the foregoing Motion for Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Marc J. Bern & Partners LLP are withdrawn as the Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorneys Alyssa White and Margarita Michaels from Johnson Law Group are substituted as the Plaintiff's attorney of record in Case No. 2:18-cv-05547, *Sites, et al., v. Sanofi U.S .Services Inc., et al.*

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane Triche Milazzo