MINUTE ENTRY
MILAZZO, J.
January 18, 2019

JS-10: 01:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 16-16635 | | |

## MINUTE ENTRY

On January 18, 2019, the Court held oral argument on plaintiff Antoinette Durden's Motion to Enforce CMO 12A (Rec. Doc. 5518). Chris Coffin & Jessica A. Perez appear on behalf of plaintiff. Douglas J. Moore appears on behalf of Sanofi defendants. Motion was argued by counsel and taken under submission by the Court.

