UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Marie Roberts v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-09196 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated this 23rd day of January, 2019**

                                              **LOWE LAW GROUP**
                                              By: */s/ T. Aaron Stringer*
                                              T. Aaron Stringer
                                              6028 S. Ridgeline Dr., Ste. 200
                                              Ogden, UT 84405
                                              Telephone: (385) 298-0175
                                              Facsimile: (801) 656-0997
                                              Email: aaron@lowelawgroup.com
                                              *Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 23, 2019                /s/ T. Aaron Stringer