**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE NORTH |
| SEE ATTACHED EXHIBIT 1 | : | |
| | : | |
| ----------------------------------------------------------- | : | |

### NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that the law firm of Friend Law Group, LLC has changed its

name to Hissey, Mulderig & Friend PLLC, effective January 1, 2019.  The new address, telephone

number, facsimile number and email address are as follows:

HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N., Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

Please update your records accordingly.

January 23, 2019                                   Respectfully submitted,

                                                   /s/ David L. Friend
                                                   David L. Friend, Esq.
                                                   Attorney ID No. 7-5942
                                                   HISSEY, MULDERIG & FRIEND PLLC
                                                   One Arboretum Plaza
                                                   9442 Capital of Texas Highway N, Suite 400
                                                   Austin, TX 78759
                                                   (512) 320-9100
                                                   (512) 320-9101 (fax)
                                                   dfriend@hmf-law.com

                                                   ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

*/s/ David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **EXHIBIT 1**

| | |
|---|---|
| *Christine Araco v. Sandoz* | *2:18-cv-8654* |
| *Mamie Ausmus v. Sanofi* | *2:18-cv-6458* |
| *Susan Battit v. Sanofi* | *2:17-cv-17328* |
| *Mary Carroll v. Sanofi* | *2:17-cv-17324* |
| *Amber Cobren v. Sanofi* | *2:17-cv-17331* |
| *Christina Eckhart v. Sanofi* | *2:18-cv-7915* |
| *Pamela Harris v. Accord Healthcare* | *2:18-cv-6459* |
| *Helen Miller v. Sanofi* | *2:17-cv-17297* |
| *Glory Slater v. Sanofi* | *2:17-cv-16828* |
| *Janet Vialpando v. Sanofi* | *2:18-cv-6460* |
| *Mary Watkins v. Sanofi* | *2:18-cv-6462* |
| *Christine Yarbrough v. Sanofi* | *2:18-cv-7916* |