UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| MEA ATUATASI | : | **WITH PREJUDICE AS TO ALL** |
| *Plaintiff* | : | **EXCEPT HOSPIRA, INC. and** |
| vs. | : | **HOSPIRA WORLDWIDE, LLC f/k/a** |
| | : | **HOSPIRA WORLDWIDE, INC.** |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| *Defendants* | : | Civil Action No.: 2:17-cv-16602 |
| | : | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: January 24, 2019                              Respectfully submitted,

                                                                 **SHAW COWART, L.L.P.**
                                                                 */s/ Ethan L. Shaw*
                                                                 ETHAN L. SHAW
                                                                 Texas Bar No. 18140480
                                                                 elshaw@shawcowart.com

JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW
