MINUTE ENTRY
MILAZZO, J.
JANUARY 18, 2019

JS-10: 00:20

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On January 18, 2019, the Court held a general status conference. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by telephone. Counsel discussed the matters outlined in Joint Report No. 14 (Filed at Rec. Doc. 5978.)

Court Reporter:   Jodi Simcox

