MINUTE ENTRY
MILAZZO, J.
JANUARY 18, 2019

JS-10: 05:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ORDER

On January 18, 2019, the Court held a show cause hearing. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by telephone.

Court Reporter:     Jodi Simcox

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled the "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Declarations List," with the exception of Lavoria Jones, 2:18-cv-0608 & Dusty Roth, 2:18-8078, for reasons stated on the record, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-16303   Gail Hall
- 17-16413   Linda Smith
- 18-6431    Rose Bybee
- 18-6104    Barbara Martin
- 18-8300    Marcia Heath
- 18-7286    Savonia Mitchell
- 18-6441    Lashaun Golden
- 17-17254   Barbara Hogan
- 18-8230    Debra Huckey
- 18-5726    Tamerlane Hyde
- 18-8229    Stephanie Kissiah
- 18-7074    Lisa Martin
- 18-7033    Tabitha Melton
- 18-6534    Carolyn Mullins
- 18-7072    Ana Santana
- 18-7032    Kathy Simon
- 18-5818    Satara Stukes
- 18-6444    Robin Vandeweghe
- 18-5725    Lorna Williams
- 18-7730    Julianna Willits
- 18-2805    Beatrice Gipson
- 18-5468    Karen Groff
- 18-5470    Constance Mckercher
- 17-12248   Sandra Osovich
- 18-696     Courtney Preusse
- 18-5471    Cordelia Ross
- 18-5424    Jennie Townsend-Campbell
- 18-2320    Cynthia Williams
- 18-2322    Valerie Wilson
- 18-6703    Anne Abell
- 18-8205    Liliana Arenas
- 18-8022    Theresa Bolton
- 18-7806    Shirley Brown
- 18-6932    Barbara Cezair
- 18-7920    Myria Crabtree
- 18-7028    Sandra Craggette
- 18-5603    Sharon Feaster
- 18-6997    Carrie Fitzpatrick
- 18-7891    Lois Gary
- 18-7883    Barbara Gorski
- 18-8251    Karen Headrick
- 18-6494    Meredith Hunt
- 18-7857    Judith Kies

- 18-8246      Deanna Lynn Kippes
- 18-8424      Denise Lawandus
- 18-7733      Vivkie Leffert
- 18-7743      Shannon Lewis
- 18-7965      Patricia Lolakis
- 18-4851      Abigail Lopez
- 18-6568      Mary Milton
- 18-6690      Lorrie Mounce
- 18-6302      Gladys Oladehin
- 18-8046      Judy Philbrook
- 18-7653      Cheryl Reeves
- 18-6282      Freda Schoen
- 18-7417      Margaret Skoog
- 18-6954      Judy Smith
- 18-8033      Tracey Smith Scott
- 18-6710      Tina Streeter
- 18-5144      Leslie Talbott
- 18-8173      Mary Wallace
- 18-7724      Anida Westbrook
- 18-7444      Christina York
- 17-17236    Janet Starr
- 17-14076    Andera D Shelton
- 17-14750    Maggie B. Wilson
- 17-14562    Deandra Solomon Fisher
- 17-17007    Rhonda Grimes
- 18-5600      Joanne Boots
- 18-5549      JoAnn Mcleod
- 18-5599      Iris Sosa
- 17-13681    Johnsah Hayes
- 17-15810    Florence Coukoulis
- 17-15891    Latalya Johnson Jenkins
- 18-2491      Alicia Bingham
- 17-15296    Randie Bowen
- 17-12653    Maria Cabello
- 16-16229    Fran Herbst
- 17-13046    Oriann Holmes
- 17-13607    Cathy L. Jones
- 17-13527    Athena Mack
- 18-125        Jerrye Marcantel
- 17-14431    Drusilla Mounce
- 18-494        Trina Ramsey
- 18-8428      Betty Storman
- 16-17530    Betty Wilson
- 17-16421    Deborah Rachilla
- 17-5013      Cynthia Grant
- 17-12897    June Jensen

**IT IS FURTHER ORDERED** that the following case are **DISMISSED WITHOUT PREJUDICE:**

- 18-2332    Deborah Flores (Duplicate case remains pending – 17-11005)
- 18-1453    Denese Glenn (Duplicate case remains pending – 18-4208)
- 18-1902    Gloria Stocks (Duplicate case remains pending -17-13762)
- 17-1701    Octavia Smith

**IT IS FURTHER ORDERED** that Civil Action No. 17-15783 Angela Washington is **REOPENED** and Plaintiff's counsel has 30 days from January 18, 2019 to remedy any deficiencies.

New Orleans, Louisiana this 23rd day of January, 2019.

_____
JANE TRICHE MILAZZO
U.S. DISTRICT JUDGE

4