January 18, 2019
Non Compliance Dismissal List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 46 | Brewer | Brenda | 2:18-cv-05404 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 1/15/2019 | 5860 |
| 72 | Chavez | Paulette | 2:17-cv-16589 | PFS not Substantially Complete | sanofi | Bachus & Schanker, LLC | 1/14/2019 | 5841 |
| 107 | Davis | Lori | 2:17-cv-13620 | PFS not Substantially Complete | sanofi | Harrison Davis Steakley Morrison Jones, PC | 1/9/2019 | 5752 |
| 139 | Ferguson | Wanda | 2:17-cv-15345 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Baron & Budd | 1/11/2019 | 5775 |
| 187 | Gunderson | Carol | 2:18-cv-05742 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 1/15/2019 | 5859 |
| 196 | Harper | Francis | 2:18-cv-06116 | No PFS Submitted | sanofi and 505 | Morris Bart, LLC | 1/14/2019 | 5796 |
| 217 | Hicks | Lilly | 2:18-cv-03314 | No PFS Submitted | 505 | Napoli Shkolnik, LLC | 1/4/2019 | 5698 |
| 285 | Labuda | Beverly | 2:17-cv-14873 | PFS not Substantially Complete | sanofi | Baron & Budd | 1/14/2019 | 5848 |
| 300 | Linton | Vanessa | 2:16-cv-15679 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi | Morris Bart, LLC | 1/15/2019 | 5874 |
| 309 | Magee | Carolyn | 2:18-cv-06032 | No PFS Submitted | sanofi | Morris Bart, LLC | 12/10/2018 | 5485 |
| 323 | McCombs | Rebecca | 2:18-cv-03314 | No PFS Submitted | 505 | Napoli Shkolnik, LLC | 1/4/2019 | 5699 |
| 364 | Nichols | Bobbie Jean | 2:18-cv-05161 | No PFS Submitted | 505 | Reich & Binstock | 9/5/2018 | 4047 |
| 387 | Penn | Lydia | 2:16-cv-15681 | PFS not Substantially Complete | sanofi | Morris Bart, LLC | 1/14/2019 | 5810 |
| 447 | Smith | Ola | 2:18-cv-06057 | No PFS Submitted | sanofi | Morris Bart, LLC | 1/14/2019 | 5814 |
| 472 | Swisher | Ruthann | 2:18-cv-06001 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/11/2019 | 5776 |

**EXHIBIT A**