January 18, 2019
Non Compliance Statement List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 204 | Hazelton | Elizabeth | 2:17-cv-14130 | PFS not Substantially Complete | sanofi | Shaw Cowart, LLP | 12/20/2018 | 5611 |
| 238 | Hvizdak | Yolanda | 2:18-cv-05991 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/11/2019 | 5783 |
| 270 | Jones | Michele | 2:18-cv-02148 | No PFS Submitted | 505 | Smith Stag, LLC | 1/10/2019 | 5762 |
| 333 | Mclean | Christine | 2:18-cv-05996 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/11/2019 | 5784 |
| 350 | Moore | Tammy | 2:18-cv-05998 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/14/2019 | 5811 |
| 389 | Petersen | Patricia | 2:17-cv-14529 | PFS not Substantially Complete | sanofi | Shaw Cowart, LLP | 12/20/2018 | 5614 |
| 470 | Sugg | Vicky | 2:17-cv-14896 | PFS not Substantially Complete; No PTO 71 Uploaded | sanofi | Baron & Budd | 1/14/2019 | 5845 |
| 484 | Towery | Josephine | 2:17-cv-14742 | PFS not Substantially Complete | sanofi | Shaw Cowart, LLP | 12/20/2018 | 5615 |
| 517 | Williams | Michelle | 2:18-cv-06002 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/11/2019 | 5786 |

EXHIBIT B