January 18, 2019
Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 2 | Adams | Brenda S. | 2:18-cv-08426 | No PFS Submitted | 505 | Pendley, Baudin & Coffin, LLP | 1/15/2019 | 5907 |
| 20 | Arvan | Anna | 2:18-cv-07010 | No PFS Submitted | sanofi | TorHoerman Law LLC | 1/15/2019 | 5875 |
| 35 | Blair | Linda | 2:16-cv-17427 | No PFS Submitted | 505 | Lowe Law Group | 11/21/2018 | 5332 |
| 43 | Bradley | Johannah | 2:17-cv-13984 | PFS not Substantially Complete | sanofi | Brent Coon & Associates | 12/18/2018 | 5551 |
| 48 | Briones | Elsa | 2:17-cv-13532 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Niemeyer, Grebel & Kruse | 1/14/2019 | 5812 |
| 56 | Burton | Johnnie | 2:18-cv-06197 | No PFS Submitted | sanofi and 505 | Morris Bart, LLC | 1/15/2019 | 5914 |
| 81 | Collier | Donna | 2:18-cv-06049 | No PFS Submitted | sanofi and 505 | Fears Nachawati PLLC | 1/15/2019 | 5882 |
| 89 | Cotton | Alison | 2:17-cv-13926 | PFS not Substantially Complete; No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5433 |
| 110 | De La Cruz | Annalis | 2:17-cv-14079 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5434 and 5436 |
| 147 | Frank | Nelda | 2:17-cv-14855 | PFS not Substantially Complete | sanofi | Baron & Budd | 1/11/2019 | 5781 |
| 161 | Gentry | Geraldine | 2:18-cv-06008 | No PFS Submitted | sanofi | Morris Bart, LLC | 1/15/2019 | 5915 |
| 191 | Hall | Marilyn | 2:18-cv-07089 | No PFS Submitted | sanofi | TorHoerman Law LLC | 1/15/2019 | 5877 |
| 192 | Hammond | Cheryl | 2:17-cv-15011 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Baron & Budd | 1/11/2019 | 5785 |
| 194 | Harp-Clasquin | Nevena | 2:18-cv-07906 | No PFS Submitted | sanofi | Fears Nachawati PLLC | 1/15/2019 | 5910 |
| 208 | Henderson | Gloria | 2:18-cv-05987 | PFS not Substantially Complete; CMO12 Not Uploaded; PTO 71A Not Uploaded | 505 | Baron & Budd | 1/11/2019 | 5780 |
| 216 | Herzog | Lisa | 2:18-cv-05989 | No PFS Submitted | sanofi and 505 | Baron & Budd | 1/11/2019 | 5779 |
| 226 | Hopkins | Lynne | 2:17-cv-14128 | PFS not Substantially Complete | sanofi | Brent Coon & Associates | 12/18/2018 | 5552 |
| 242 | Ishida | Anisa | 2:18-cv-04437 | No PFS Submitted | 505 | Brent Coon & Associates | 11/14/2018 | 5249 |
| 245 | Jackson | Nannette | 2:18-cv-05970 | No PFS Submitted | sanofi | Baron & Budd | 1/11/2019 | 5782 |

EXHIBIT C   Page 1

January 18, 2019

Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 253 | Joffrion | Gertrude | 2:18-cv-06115 | No PFS Submitted | sanofi and 505 | Morris Bart, LLC | 1/15/2019 | 5916 |
| ~~269~~ | ~~Jones~~ | ~~Lavoria~~ | ~~2:18-cv-00608~~ | ~~No PFS Submitted~~ | ~~sanofi~~ | ~~Pendley, Baudin & Coffin, LLP~~ | ~~1/15/2019~~ | ~~5908~~ |
| 275 | Jones-Bolton | Gisela | 2:18-cv-05254 | No PFS Submitted | sanofi and 505 | Morris Bart, LLC | 1/15/2019 | 5917 |
| 306 | Lucas | Bridgette | 2:17-cv-14641 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5439 and 5440 |
| 326 | Mcdaniel | Gloria | 2:18-cv-06165 | No PFS Submitted | sanofi | Morris Bart, LLC | 1/15/2019 | 5918 |
| 335 | Mcmanus | Tara | 2:17-cv-15249 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Baron & Budd | 1/14/2019 | 5849 |
| 356 | Mouton | Donna | 2:18-cv-07091 | No PFS Submitted | sanofi and 505 | TorHoerman Law LLC | 1/15/2019 | 5876 |
| ~~415~~ | ~~Roth~~ | ~~Dusty~~ | ~~2:18-cv-08078~~ | ~~No PFS Submitted~~ | ~~sanofi and 505~~ | ~~Pendley, Baudin & Coffin, LLP~~ | ~~1/15/2019~~ | ~~5909~~ |
| 440 | Smart | Gloria | 2:17-cv-14389 | PFS not Substantially Complete; No PTO 71 Uploaded; No Authorizations Uploaded | sanofi | Brent Coon & Associates | 12/5/2018 | 5443 |
| 500 | Warren | Lacretia | 2:17-cv-11777 | PFS not Substantially Complete | sanofi | McGartland Law Firm, PLLC | 12/13/2018 | 5515 |
| 525 | Winquest | Lorraine | 2:17-cv-10705 | PFS not Substantially Complete | sanofi | Watts Guerra, LLP | 1/15/2019 | 5856 |
| 526 | Wright | Gina P. | 2:17-cv-14762 | PFS not Substantially Complete | 505 | Brown & Crouppen | 1/14/2019 | 5788 |
| 528 | Yates | Terry R | 2:17-cv-12198 | PFS not Substantially Complete | sanofi and 505 | McGartland Law Firm, PLLC | 12/13/2018 | 5517 |