UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

**10:00 am General Status Conference/Show Cause Hearing**
Sign in Sheet
PLEASE PRINT

| Name | Firm |
|---|---|
| Cliff Merrell | Greenberg Traurig |
| Dawn Barrios | Barrios Kingsdorf |
| Harley Ratt | SHB |
| Michael Suffern | Ulmer & Berne LLP |
| Geoffrey Coan | Hinshaw & Culbertson |
| Charles G. Orr | Mulligan Law Firm |
| Andrew Lemmon | LLF |
| Palmer Lambert | Gainsburgh Benjamin |
| Christopher Coffin | Pendley Baudin & Coffin |
| Karen Menzies | Gibbs Law Group |
| Douglas Moore | Irwin Fritchie |
| Julie Callsen | Tucker Ellis |