# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A/ HOSPIRA WORLDWIDE, INC, HOSPIRA, INC, AND PFIZER, INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-14157 |
| PATRICIA GARDNER, | |
| v. | |
| SANOFI US SERVICES, INC., ET AL | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. Hospira, Inc, and Pfizer, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 24th day of January, 2019.

By: _/s/ Joseph D. Terry_
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
One Greenway Plaza, Suite 100
Houston, TX 77046
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 24, 2019.

        */s/ Joseph D. Terry*
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
One Greenway Plaza, Suite 100
Houston, TX 77046
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
jterry@terrythweatt.com
lthweatt@terrythweatt.com