UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
Case No.: 16-15283

### ORDER

Considering Plaintiff's Motion to Continue Submission Date (Doc. 5912), seeking to continue Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan is **CONTINUED** to March 6, 2019;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Expedite Submission Date (Doc. 5913) relating to her Opposed Motion Seeking Continuation of Submission Date is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 28th day of January, 2019

_____
UNITED STATES DISTRICT JUDGE