# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| This document relates to: | : : | SECTION "N" (5) JUDGE MILAZZO |
| Catherine Sites and Robin Sites, | : : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | Case No. 2:18-cv-05547-JTM-MBN |
| v. | : : : | |
| Sanofi US Services Inc., *et al.*, | : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel (Doc. 5936), in which the law firm of Marc J. Bern & Partners LLP seeks to withdraw as counsel in the above-referenced action and allow Plaintiffs to either retain new counsel or proceed pro se;

**IT IS ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
United States District Judge