UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) BRENDA ARNETT, ) ) *Plaintiff* ) ) v. ) ) SANOFI-AVENTIS U.S. LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH<br><br>Civil No. 2:17-cv17837 |

## ORDER

Considering the foregoing Motion for Substitution of Counsel of Record (Doc. 5980);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorneys Marc J. Bern & Partners LLP are **WITHDRAWN** as attorneys of record;

**IT IS FURTHER ORDERED** that attorney Leslie LaMacchia of Pulaski Law Firm is **SUBSTITUTED** as the Plaintiff's attorney of record in Case No. 2:17-cv17837, Brenda Arnett v. Sanofi-Aventis, U.S. LLC, et al.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
Honorable Jane Triche Milazzo