# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| This document relates to: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Catherine Sites and Robin Sites, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-cv-05547-JTM-MBN |
| | : | |
| v. | : | |
| | : | |
| Sanofi US Services Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Considering the foregoing Motion for Substitution of Counsel of Record (Doc. 5981);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorneys Marc J. Bern & Partners LLP are **WITHDRAWN** as the Plaintiffs' counsel of record;

**IT IS FURTHER ORDERED** that attorneys Alyssa White and Margarita Michaels from Johnson Law Group are **SUBSTITUTED** as the Plaintiffs' attorney of record in Case No. 2:18-cv-05547, *Sites, et al., v. Sanofi U.S .Services Inc., et al.*

New Orleans, Louisiana this 28th day of January, 2019.

Honorable Jane Triche Milazzo