MINUTE ENTRY
MILAZZO, J.
January 18, 2019

JS-10: 00:35

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On January 18, 2019, the Court held a status conference with liaison counsel and lead counsel. The sign-in sheet is attached. The parties updated the Court on the status of the case. The next status conference with liaison and lead counsel is **February 21, 2019 at 8:30 a.m.** A general status conference and show cause hearing will follow beginning at 10:00 a.m. The dial-in number for the general status conference and show cause hearing is (800) 260-0712 and the access code is 463704.



CASE TITLE: In Re: Taxotere

CIVIL ACTION: 16-MD-2740

CRIMINAL ACTION NO:

PRE-TRIAL CONFERENCE:
STATUS CONFERENCE ✓
PRELIMINARY STATUS CONF.
OTHER:

DATE: 1/18/2019        TIME: 8:30am

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| MICHAEL SUFFERN | 513-698-5064 | Actavis & Sagent |
| Julie Callsen | 216-696-2286 | Accord |
| GEOFFREY COAN | 617.213.7045 | Sun |
| Cliff Merrell | 678-553-2175 | Sandoz |
| Mark Cheffo | (212) 698-3814 | Hospira/Pfizer |
| John Olinde | (504) 585-7241 | Liaison 505b1(2) dc |
| Harley Ratliff | 816.286.6858 | SANOFI |
| Douglas Moore | 504 310 2163 | sanofi |
| Palmer Lambert | 504-522-2304 | P/S Co-Liaison |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE        _____
PRELIMINARY STATUS CONF. _____
OTHER:                   _____

DATE: _____        TIME: _____

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Karen Barth Menzies | 310/722-2536 | Π |
| Chris Coffin | 504-355-0086 | Π |
| Dawn Barrios | 504-524-3300 | Π |