UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

CASE MANAGEMENT ORDER NO. 16
SELECTING SECOND BELLWETHER TRIAL PLAINTIFF(S)

As contemplated by Case Management Order No. 14 (Doc. 3064), as amended by Case Management Order No. 14A (Doc. 5035), Plaintiffs and Defendants have each submitted to the Court a letter brief proposing three (3) Plaintiffs for the second bellwether trial in this MDL. Having carefully considered the parties' written submissions, **IT IS ORDERED** that the following Plaintiffs are designated to proceed to the second phase of discovery:

(1) Cynthia Thibodeaux, Case No. 2:16-cv-15859 (Primary Plaintiff)

(2) Shelia Crayton, Case No. 2:17-cv-05923

New Orleans, Louisiana, this 29th day of January, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE