UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | Case No. 16-cv-16146 |

Brenda Monroe,

  Plaintiff

v.

Sanofi, et al.,

  Defendants

## ORDER

Before the Court is the parties' Consent Motion for Extension (Doc. 5969), seeking to extend the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 5233);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 5233) is **CONTINUED** to June 5, 2019.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
JUDGE, JANE T. MILAZZO