UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

Section "N" (5) Case

THIS DOCUMENT RELATES TO:     No. 16-cv-15500

Genelle Williams

  Plaintiff

v.

Sanofi, et al.,

  Defendants

## ORDER

Before the Court is the parties' Consent Motion for Extension (Doc. 5970), seeking to extend the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 5227);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 5227) is **CONTINUED** to June 5, 2019.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
JUDGE, JANE T. MILAZZO