UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremiah S. Wikler of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC., in the above-captioned matters.

Dated: January 30, 2019

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jeremiah S. Wikler*
Jeremiah S. Wikler
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: jwikler@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

9122609 v1