UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** Hospira Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC |
| THIS DOCUMENT RELATES TO: **Wanda Fularz v. Sanofi S.A., et al.** | Civil Action No.: 2:17-cv-17914 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc. , Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Sanofi U.S. Services Inc, and Sanofi-Aventis U.S. LLC each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of January, 2019

/s/ Bradley D. Honnold
Bradley D. Honnold #22972
Goza & Honnold, LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66208
913.451.3433 P
913.839.0567 F
bhonnold@gohonlaw.com

00550481-1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: January 30, 2019         /s/ Bradley D. Honnold_____

00550481-1