UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| SEE ATTACHED EXHIBIT 1 | | |
| ------------------------------------------------------------ | | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Hissey Kientz, LLP has changed its name to Hissey, Mulderig & Friend PLLC. The address, telephone number and facsimile number remain the same. The email address has changed. Please update your records accordingly.

January 29, 2019

Respectfully submitted,

*/s/ Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
Attorney ID No. 24061339
HISSEY, MULDERIG & FRIEND, PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N.
Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

**EXHIBIT 1**

| Last Name | First Name | Docket Numbers |
| --- | --- | --- |
| Alexander | Betty | 2:17-cv-12064 |
| Allen | Margaree | 2:18-cv-6445 |
| Atkins | Susie | 2:17-cv-12205 |
| Bielstein | Jill | 2:18-cv-3091 |
| Biggs | Linda | 2:18-cv-3094 |
| Burnett | Corliss | 2:17-cv-13798 |
| Bynum | Hilda | 2:18-cv-3098 |
| Dailey | Conchetta | 2:18-cv-3102 |
| Drayton | Debra | 2:18-cv-8405 |
| Foster | Angela | 2:17-cv-15154 |
| Frazier | Marion | 2:17-cv-17315 |
| Gilmore | Evelyn | 2:17-cv-17326 |
| Grant | Cathalee | 2:17-cv-17316 |
| Green | Alma | 2:18-cv-3325 |
| Hanley | Lisa | 2:18-cv-3321 |
| Howard | Cathy | 2:17-cv-15412 |
| Hyter | Yvonne | 2:18-cv-3326 |
| Lacy | Marcella | 2:18-cv-8404 |
| Landers | Kimberley | 2:17-cv-15742 |
| Leavell | Delois | 2:18-cv-3322 |
| Littleton | Vera | 2:17-cv-12294 |
| Maurizzio | Mary | 2:17-cv-11148 |
| Moore | Roxanne | 2:17-cv-17101 |
| Oliver | Clair | 2:17-cv-15759 |
| Rakestraw | Brenda | 2:17-cv-17317 |
| Raybon | Cynthia | 2:18-cv-3328 |
| Reina-Trevino | Lucy | 2:17-cv-17105 |
| Routt | Anita | 2:17-cv-17103 |
| Sanchez | Sonia | 2:17-cv-17106 |
| Shellcroft | Theresa | 2:17-cv-17151 |