UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| TAMMY SLAPE and ERNIE SLAPE | : | |
| | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiffs, | : | **Partial Notice of Dismissal with** |
| | : | **Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:18-cv-13905- |
| | : | JTM-MBN |
| ACTAVIS PHARMA, INC., ACTAVIS LLC | : | |
| f/k/a ACTAVIS, INC. and PFIZER, INC. | : | |
| Defendants. | : | |
| ------------------------------------------------------- | : | |

Plaintiffs Tammy Slape and Ernie Slape, and their counsel, hereby give notice that the above-captioned action against Defendants ACTAVIS PHARMA, INC., ACTAVIS LLC f/k/a ACTAVIS, INC and PFIZER, INC., solely, is voluntary dismissed, with prejudice.

Dated this 31st day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: 31st day of January, 2019                    /s/ __Hunter Shkolnik_____
                                                          Hunter Shkolnik, Esquire