UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| PATSY ABBOTT, <br><br>            Plaintiff, <br><br>v. <br><br>SANDOZ, INC. <br><br>            Defendants. | SECTION "H" (5) <br>JUDGE MILAZZO <br>MAG. JUDGE NORTH <br><br>Civil Action No.: 2:17-cv-11709 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

COMES NOW, Victoria Maniatis of the law firm of Sanders Phillips Grossman, LLC, and formally enters her appearance as counsel for Plaintiff Patsy Abbott in the above captioned matter.

DATED:  January 31, 2019        Respectfully submitted,


By:  */s/ Victoria Maniatis*

Victoria Maniatis
Randi Kassan (NY Bar No. 4375754)
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: vmaniatis@thesandersfirm.com
        rkassan@thesandersfirm.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>January 31</u>, 2018

                                         By: <u>*/s/ Victoria Maniatis*</u>
                                                    Victoria Maniatis