UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| SOPHIA GOZADER and DANIEL GOZADER | MAG. JUDGE NORTH |
| Plaintiffs, | **Partial Notice of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:18-cv-13917 |
| SANOFI U.S. SERVICES, INC., ET AL., | |
| Defendants. | |

Plaintiffs SOPHIA GOZADER and DANIEL GOZADER, and undersigned counsel, hereby give notice that the above-captioned action against Defendants ACTAVIS PHARMA, INC., ACTAVIS LLC f/k/a ACTAVIS, INC and PFIZER, INC., solely, is voluntary dismissed, with prejudice.

Dated this 31[th] day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 31th day of January, 2019                    /s/__ Hunter Shkolnik_____
                                                                                    Hunter Shkolnik, Esquire