UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| MARY SCOTT and BLAKELY SCOTT | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-13902 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL. | : : : : | |
| Defendants. | : : | |

  Plaintiffs MARY SCOTT and BLAKELY SCOTT, and undersigned counsel, hereby give notice that the above-captioned action against Defendants Sandoz Inc., Accord Healthcare, Inc., M cKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., ACTAVIS PHARMA, INC., ACTAVIS LLC f/k/a ACTAVIS, INC and PFIZER, INC., solely, is voluntary dismissed, with prejudice.

  Dated this 31^th day of January, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 31th day of January, 2019                 /s/ __ Hunter Shkolnik _____
                                                                         Hunter Shkolnik, Esquire