UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br>*Johnson v. Sanofi S.A. et al,*<br>2:17-cv-09968-JTM-MBN | HON. MICHAEL B. NORTH |

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 45, hereby provides notice to Defendants that she intends to serve the attached subpoena commanding the production of documents, information, or objects directed to HD Smith, LLC.

Dated: January 31, 2019

Respectfully submitted,

/s/ *Dean A. Goetz, Esq.*

Dean A. Goetz (SBN 65949)
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Tel: (858) 481-8844
Fax: (858) 481-2139
E-mail: dgoetz12@gmail.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

    This is to certify that, contemporaneously or before filing, the foregoing NOTICE OF INTENT TO SERVE SUBPOENA and copy of corresponding Subpoena(s) were served on all parties or their attorneys this 31st day of January, 2019, in a manner authorized by *FRCP 5(b)(2)* on the following:

    Douglas J. Moore
    IRWIN FRITCHIE URQUGART & MOORE LLC
    400 Poydras Street
    Suite 2700
    New Orleans, Louisiana 70130
    Phone: (504) 310-2163
    Facsimile: (504) 310-2101
    Email: dmoore@irwinllc.com
    *Liaison counsel for the Defendants*

    John F. Olinde
    CHAFFE MCCALL, LLP
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2300
    Phone: (504) 585-7241
    Facsimile: (504) 544-6084
    Email: olinde@chaffe.com
    *Liaison counsel for the Defendants*

    Kelly Bieri
    Harley V. Ratliff
    Jon Strongman
    Adrienne Bieri
    SHOOK, HARDY & BACON L.L.P
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
    Email: kbieri@shb.com
           hratliff@shb.com
           jstrongman@shb.com
           abyard@shb.com
    *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

    Mark S. Cheffo
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Ave., 22nd Floor

New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Dean A. Goetz, Esq*
Dean A. Goetz (SBN 65949)
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Tel: (858) 481-8844
Fax: (858) 481-2139
E-mail: dgoetz12@gmail.com
*Attorney for the Plaintiff*