UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION                   SECTION "H" (5)

                                   HON. JANE T. MILAZZO

THIS DOCUMENT RELATES TO:
*Johnson v. Sanofi S.A. et al,*        HON. MICHAEL B. NORTH
**2:17-cv-09968-JTM-MBN**

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 45, hereby provides notice to Defendants that she intends to serve the attached subpoena commanding the production of documents, information , or objects directed to McKesson Corporation.

Dated: January 31, 2019              Respectfully submitted,

                               */s/ Dean Goetz, Esq.*

                               Dean A. Goetz (SBN 65949)
                               The Goetz Firm, Inc.
                               603 N. Coast Hwy 101, Ste. H
                               Solana Beach, CA 92075
                               Tel: (858) 481-8844
                               Fax: (858) 481-2139
                               E-mail: dgoetz12@gmail.com
                               *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that, contemporaneously or before filing, the foregoing NOTICE OF INTENT TO SERVE SUBPOENA and copy of corresponding Subpoena(s) were served on all parties or their attorneys this 31st day of January, 2019, in a manner authorized by *FRCP 5(b)(2)* on the following:

Douglas J. Moore
IRWIN FRITCHIE URQUGART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2163
Facsimile: (504) 310-2101
Email: dmoore@irwinllc.com
*Liaison counsel for the Defendants*

John F. Olinde
CHAFFE MCCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Phone: (504) 585-7241
Facsimile: (504) 544-6084
Email: olinde@chaffe.com
*Liaison counsel for the Defendants*

Kelly Bieri
Harley V. Ratliff
Jon Strongman
Adrienne Bieri
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
Email: kbieri@shb.com
        hratliff@shb.com
        jstrongman@shb.com
        abyard@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

Mark S. Cheffo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor

New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: markcheffo@quinnemanuel.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Dean Goetz, Esq.*
Dean A. Goetz (SBN 65949)
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Tel: (858) 481-8844
Fax: (858) 481-2139
E-mail: dgoetz12@gmail.com
*Attorney for the Plaintiff*