# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE MILAZZO |
| | | COMPLAINT & JURY DEMAND |
| *This Document Relates to:* *Diane Hopson* | | CIVIL ACTION NO. 2:17-cv-11367 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Diane Hopson, by and through her attorneys, with the consent of Defendants and Defendants Liaison Counsel, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Diane Hopson, that she was provided Taxotere/Docetaxel chemotherapy which caused her permanent hair loss. Her original suit was filed on October 27, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff learned that Actavis LLC f/k/a Actavis, Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals should have been named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). No party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated:  January 4, 2019

**SIMMONS HANLY CONROY**

/s/  John J. Foley
John J. Foley
One Court Street
Alton, IL 62002
Telephone:  618-259-2222
Facsimile:  618-259-2251
Email:  jfoley@simmonsfirm.com
*Attorney for Plaintiff*