# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Johnson v. Sanofi-Aventis U.S. LLC et al,*<br>2:17-cv-13564-KDE-MBN | |

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 45, hereby provides notice to Defendants that she intends to serve the attached subpoena commanding the production of documents, information , or objects directed to St. Luke's Mountain States Tumor Institute.

Dated: February 1, 2019

Respectfully submitted,

THE GOETZ FIRM, INC.

  */s/Dean A. Goetz*

Dean A. Goetz (SBN 65949)
The Goetz Firm, Inc.
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Tel: (858) 481-8844
Fax: (858) 481-2139
E-mail: dgoetz12@gmail.com

## CERTIFICATE OF SERVICE

       This is to certify that, contemporaneously or before filing, the foregoing NOTICE OF INTENT TO SERVE SUBPOENA and copy of corresponding Subpoena(s) were served on all parties or their attorneys this 1st day of February, 2019, in a manner authorized by *FRCP 5(b)(2)* on the following:

       Douglas J. Moore
       Irwin Fritchie Urquhart & Moore LLC
       400 Poydras Street
       Suite 2700
       New Orleans, Louisiana 70130
       Phone: (504) 310-2163
       Facsimile: (504) 310-2101
       Email: dmoore@irwinllc.com
       *Liaison Counsel for the Defendants*

       John F. Olinde
       Chaffe McCall, LLP
       2300 Energy Centre
       1100 Poydras Street
       New Orleans, Louisiana 70163-2300
       Phone: (504) 585-7241
       Facsimile: (504) 544-6084
       Email: olinde@chaffe.com
       *Liaison Counsel for the Defendants*

       Kelly Bieri
       Harley V. Ratliff
       Jon Strongman
       Adrienne Bieri
       SHOOK, HARDY & BACON L.L.P
       2555 Grand Blvd.
       Kansas City, MO 64108
       Telephone:  (816) 474-6550
       Facsimile:  (816) 421-5547
       Email: kbieri@shb.com
              hratliff@shb.com
              jstrongman@shb.com
              abyard@shb.com
       *Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

       Julie A. Callsen
       TUCKER ELLIS LLP
       950 Main Avenue, Suite 1100

Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Email: julie.callsen@tuckerellis.com
*Counsel for Defendants Accord Healthcare Inc.*

Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
Email: msuffern@ulmer.com
*Counsel for Defendants Actavis Pharma, Inc. and Actavis LLC*

R. Cliffton Merrell
GREENBERG TRAURIG, LLP Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile; 678-553-2100
Email: merrellc@gtlaw.com
*Counsel for Defendants Sandoz Inc.*

                                                        */s/Dean A. Goetz*
                                               Dean A. Goetz (SBN 65949)
                                               The Goetz Firm, Inc.
                                               603 N. Coast Hwy 101, Ste. H
                                               Solana Beach, CA 92075
                                               Tel: (858) 481-8844
                                               Fax: (858) 481-2139
                                               E-mail: dgoetz12@gmail.com