UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Ramona Gibson, et al., v. Sanofi U.S. Services, Inc., et al.,* as to **Plaintiff MIKKI GARZA ONLY**;  Case No.  2:18-cv-2601

JUDGE MILAZZO
MAG. JUDGE NORTH

### NON-TRIAL POOL PLAINTIFF MIKKI GARZA' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own

costs, on Plaintiff MIKKI GARZA' averment of the basis for dismissal as follows:

### YOU <u>MUST</u> CHECK ALL THAT APPLY

 **X**  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product
   manufactured by an MDL defendant;

 ___  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

 ___  Other

If warranted under the circumstances, Plaintiff MIKKI GARZA' may seek relief from this

dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of February, 2019

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: 4th day of February, 2019                    /s/ Hunter Shkolnik_____
                                                                              Hunter Shkolnik, Esquire