UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Antoinette Durden, Case No. 2:16-cv-16635

### DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s (collectively "Defendants" or "Sanofi"), hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

**A. Taxotere**

1. Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Master Compl. ¶ 4.[1]

2. Taxotere was first approved for use in the United States in 1996, and its FDA-approved labeling has always warned that hair loss is one of the drug's most common side effects. *Compare* Ex. A, 1996 Taxotere Labeling, *with* Ex. B 2018 Taxotere Labeling.

3. In December 2015, Sanofi, following discussions with FDA, added the following language to the post-marketing section of Taxotere's package insert: "cases of permanent alopecia have been reported" Ex. C, 2015 Taxotere Labeling.

---

[1] Docetaxel is the generic version of Taxotere. For ease of reference, Defendants use Taxotere interchangeably.

4.      Taxotere has never been removed from the market and oncologists continue to prescribe Taxotere to treat potentially life-threatening forms of breast cancer. *See, e.g.,* Ex. D, Dr. Sophy Jancich Deposition ("Jancich Dep.") 227:13-15.

**B.    Plaintiff's Diagnosis and Chemotherapy Treatment Plan**

5.      Plaintiff Antoinette Durden is a 68-year-old resident of New Orleans, Louisiana. Ex. E, PFS at 2-6.

6.      On July 20, 2011, Ms. Durden was diagnosed with breast cancer, ER-positive, PR-positive, and HER2-negative. Ex. D, Jancich Dep. 96:18-25; Ex. E, PFS at pp. 11-12.

7.      On October 18, 2011, Ms. Durden began a chemotherapy regimen with Taxotere and Cytoxan. Ex. D, Jancich Dep. 92:13-19; *see also* Ex. F, SFC ¶ 10. Ms. Durden's last dose of chemotherapy was administered on February 1, 2012. Ex. F, SFC ¶ 10; Ex. G, Antoinette Durden Deposition ("Durden Dep.") 26:19-21.

8.      Ms. Durden is currently cancer-free. Ex. E, PFS at 15.

9.      Ms. Durden's treater, Dr. Jancich, testified unequivocally that she could not recall the last time she read the Taxotere label nor could she state that she had read the Taxotere labeling in its entirety. Ex. D, Jancich Dep. 284:17-285:20.

10.      Dr. Jancich testified that, for product information, she relies on "UpToDate," which is a third-party, clinical resource prepared by physician authors, rather than the Taxotere labeling. *Id.* 126:6-127:10; 289:9-20.

11.      Dr. Jancich testified that, at the time of Ms. Durden's treatment in 2011, Taxotere was part of the National Comprehensive Cancer Network (NCCN) approved regimen—the guidelines which Dr. Jancich in her practice follows—for Ms. Durden's specific cancer type. *See, e.g.,* Ex. D, Jancich Dep. 257:18-258:2-12.

12. Dr. Jancich testified that the Taxotere regimen (which included Cyclophosphamide) and the Taxol regimens (which included Adriamycin), were the only preferred chemotherapy regimens "she would have selected from" in 2011 for Ms. Durden. Ex. D, Jancich Dep. 257:2-12.[2]

13. For Ms. Durden, Dr. Jancich chose the Taxotere regimen and rejected the Taxol regimen because Ms. Durden (and her daughter) "were adamant about not wanting to receiving an Adriamycin-containing regimen" due to the potential side effects. *See, e.g.,* Ex. D, Jancich Dep. 201:21-202:25.

14. Since approximately 2003, Dr. Jancich has prescribed Taxotere to patients. Ex. D, Jancich Dep. 120:12-23. She has prescribed Taxotere for breast cancer, head and neck cancer, and prostate cancer. *Id.* 120:17-23.

15. Dr. Jancich still prescribes Taxotere today. *Id.* 227:13-15.

16. None of Ms. Durden's experts claim Taxotere is wholly or substantially useless. To the contrary, one of Ms. Durden's experts, Dr. Bosserman, believes Taxotere is highly effective and has contributed to saving lives. Ex. H, Deposition of Dr. Linda Bosserman ("Bosserman Dep.") 65:10-13;100:11-13; *see also* Ex. D, Jancich Dep. 120:12-18; 227:13-15. Dr. Bosserman also agrees it is possible Ms. Durden is alive today because she received treatment for their cancer that included Taxotere. Ex. H, Bosserman Dep. 536:1-7.

---

[2] Defendants use Taxol and paclitaxel interchangeably.

Date:  February 5, 2019

                                         Respectfully submitted,

                                         */s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                           /s/ *Douglas J. Moore*