# EXHIBIT D

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    ANTOINETTE DURDEN,
5           Plaintiff,
6
7    VERSUS          CIVIL ACTION NO. 2:16-cv-16635
8
9    SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-PHARMA S.A.,
12          Defendants.
13
14
15
16
17
18      VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.
19
20       Taken at the Ochsner Medical Center, 2500
21       Belle Chasse Highway, Gretna, Louisiana, on
22       Friday, January 12, 2018, beginning at
23       1:30 p.m.
24   JOB NO. 2782159
25

Page 92

1    Q.   Are you familiar with --
2    A.   I don't even know what CCA is.  Something
3  with alopecia?
4    Q.   Centrifugal --
5    A.   It's a pattern of alopecia.
6    Q.   Something alopecia.  And are you aware
7  that CCCA is seen more commonly in
8  African-American patients?
9  MR. COFFIN:
10          Object to the form.
11   A.   No.
12  MS. SCHULTZ:
13   Q.   Did you ever have any discussions with
14  Ms. Durden whether Taxotere had anything to do
15  with her hair loss?
16   A.   We just talked about chemo.
17   Q.   And she had received Taxotere and
18  Cytoxan, correct?
19   A.   Correct.
20   Q.   And then at the completion of her chemo,
21  she began taking --
22   A.   I think she was on Letrozole.
23   Q.   Letrozole.
24   A.   Which is the same as Femara.
25   Q.   So you -- when I asked you if you

1   Durden been diagnosed with?
2       A.   She had, I believe, an invasive
3   infiltrating ductal carcinoma.
4   COURT REPORTER:
5            Say that one more time.
6       A.   An infiltrating ductal carcinoma.
7   MS. SCHULTZ:
8       Q.   And what stage of the cancer was --
9       A.   Stage IIB.
10      Q.   And then it also says here, pT2, pN1 and
11  MX.  What does that refer to?
12      A.   The pathology staging.
13      Q.   Did she have lymph -- did she have cancer
14  in one of her lymph nodes?
15      A.   She had some lymph node involvement.  And
16  the pathology report should be somewhere.  If not
17  -- yes, she did.
18      Q.   And then was her cancer ER positive?
19      A.   I believe it was, but I'm going to refer
20  to this.  Yes.  Yes.  It was.
21      Q.   It was ER positive and PR positive,
22  correct?
23      A.   Correct.
24      Q.   And HER-2 negative?
25      A.   Negative.

Page 120

1  or drug information, which comes from the patient
2  label.  So if that's your question, yes.
3      Q.  So to the extent you reviewed information
4  in the -- a drug label, you looked at what
5  UpToDate said about the drug label?
6      A.  There's different sites though.  Product
7  information is on UpToDate, and that comes from
8  the drug -- if that's what you are asking, do I
9  specifically look at each drug label for each
10 chemotherapy to give to the patient?  No.  But we
11 don't have to -- we don't have to do that.
12     Q.  When did you first start prescribing
13 Taxotere?
14     A.  I mean, we used it in fellowship.  As far
15 back as fellowship.
16     Q.  Remind me those dates.
17     A.  2003 to -- no.  2003 to -- no.  That's
18 not right.  2000 to 2003.  2000 to 2003.
19     Q.  And what were you using Taxotere for
20 during your fellowship in 2000 to 2003?
21     A.  Various cancers.  We used it for breast,
22 head and necks.  We also used Docetaxel prostate,
23 prostate cancer.
24     Q.  When did you first read the Taxotere
25 label?

1  mentioned, Chemocare is one of them, UpToDate.  So
2  we look at the ones that is interpretable and easy
3  to understand for the patients that lists the side
4  effects.  So I speak to them, plus provide the
5  handouts, plus they attend chemo teaching.
6      Q.  Let me try to get at it this way.  When
7  you prescribe Taxotere, up until the time you
8  prescribed it to Ms. Durden in 2011, did you --
9  it's my understanding that you did not go look at
10 the label of Taxotere to determine what the side
11 effects of Taxotere could be.  Is that correct?
12 MR. COFFIN:
13         Object to the form.
14     A.  Did I just go to Taxotere and go to each
15 drug?  Again, it is on UpToDate under Product
16 Information, and we refer to it very often.
17 MS. SCHULTZ:
18     Q.  When you prescribed Taxotere to Ms.
19 Durden in 2011 --
20     A.  Yes.  Did I look at this specific
21 handout?  No.
22     Q.  And the label.  You did not look at the
23 label?
24     A.  But I probably looked again at UpToDate,
25 which has a lot of this already listed on there.

1  It has drug interactions, because we have to
2  review and see if there's any drug -- any
3  medications they are on that could interact with
4  the chemo. We have to see if they have renal dys,
5  kidney dysfunction, and the dose has to be
6  adjusted. So there's things that we look at, and
7  that is reviewed.
8      But product information is available on
9  UpToDate, so that, I do refer to, as many other
10 physicians do, as well.
11     Q. As of the time you prescribed Taxotere to
12 Ms. Durden in 2011, approximately how many times
13 had you prescribed Taxotere before?
14     A. I have no idea. I used it in fellowship,
15 too. I can't tell you. But we use it often, but
16 I can't tell you how many times.
17     Q. So you had been using it since two
18 thousand --
19     A. For different cancers, yes.
20     Q. So you had been using it for 11 years as
21 of the time you prescribed it to Ms. Durden?
22     A. When I was in fellowship and after that,
23 I guess, yes.
24     Q. And when you prescribed it to Ms. Durden
25 in 2011, were you familiar with the side effects

1           Object to the form.
2        THE WITNESS:
3           No.
4  EXAMINATION BY MS. SCHULTZ:
5     Q.  That verapamil can cause a higher
6  incidence and severity of degenerative
7  changes in cardiac tissue, resulting in a
8  shorter survival.  Have you ever heard that?
9     A.  No.
10       MR. COFFIN:
11          Object to the form.
12       MS. SCHULTZ:
13          What number are we on?
14       THE COURT REPORTER:
15           15.
16  EXAMINATION BY MS. SCHULTZ:
17    Q.  I'll show you what has been marked
18  Deposition Exhibit 15.  And this is a visit
19  from September 27, 2011.
20    A.  I'm using my light.  Yes.
21    Q.  And under History of Present Illness,
22  it says that Ms. Durden has decided not to
23  enroll in the clinical trial, correct?
24    A.  Under HPI?  I'm -- just one second.
25  I don't know if that was the time.  Yes.

1      Q.   And if you look at the bottom of that
2  paragraph, the last two lines of HPI, it
3  says:  Patient and daughter report they
4  prefer not to undergo therapy with
5  Adriamycin-containing regimen due to
6  potential side effects.
7           That's consistent with your
8  recollection, correct?
9      A.   Yes.
10     Q.   And if you'll look with me down at
11 the bottom of the page, under Plan, it says:
12 Long discussion with daughter and patient
13 regarding adjuvant chemotherapy combination
14 regimens.  Patient and daughter adamant that
15 they do not want to receive
16 Adriamycin-containing regimen.  Is that
17 consistent with your recollection?
18     A.   Yes.
19     Q.   And because they were adamant about
20 not wanting to receive an
21 Adriamycin-containing regimen, you write:
22 Therefore, will receive TC (Docetaxel, 75
23 milligrams/m2; and Cytoxan, 600 milligrams/
24 m2) every 21 days, times six cycles, correct?
25     A.   Yes.  Yes.

Page 227

1  you're talking about that with the adverse
2  event.
3     Q.  Do you recall any drug for which you
4  received --
5     A.  Many.
6     Q.  -- the thing you're talking about to
7  complete?
8     A.  On different adverse events.  Yeah.
9  I can't go into the litany of them because I
10 don't always complete them.  Revlimid is one
11 of them.  I've gotten a few for those.  Some
12 oral drugs, yes.
13    Q.  Do you still prescribe Taxotere
14 today?
15    A.  Yes.
16    Q.  For what kind of cancers?
17    A.  Breast, prostate, lung, probably.
18 There's many.  Head and neck.
19    Q.  Has your prescribing of Taxotere in
20 terms of percentage of time changed since
21 2011?
22    A.  In the breast arena, possibly, yes,
23 but not in the others, because men with
24 prostate cancer don't really care if they
25 lose their hair.  So it's not really been a

Page 257

1  choice, correct?
2      A.   Correct.
3           MS. SCHULTZ:
4               Object to form.
5  EXAMINATION BY MR. COFFIN:
6      Q.   And if in 2011, you gave her that
7  choice and she decided she did not want to be
8  administered Adriamycin or Taxotere, would
9  you have honored that choice?
10     A.   Yes.
11          MS. SCHULTZ:
12              Object to form.
13 EXAMINATION BY MR. COFFIN:
14     Q.   Would you please turn to Exhibit 12.
15     A.   It's starting to look like my office.
16 Okay.  Just a second.  What is that?  I'm
17 sorry.  Okay.  Yes.
18     Q.   And can you identify what Exhibit 12
19 is?
20     A.   It's the NCCN Guidelines for invasive
21 breast CA chemo regimens.
22     Q.   Are these the National Comprehensive
23 Cancer Network Guidelines that were in effect
24 at the time that you were deciding which
25 regimens to suggest for Ms. Durden?

1    A.  Yes.
2    Q.  If Ms. Durden did not want to receive
3  Adriamycin or docetaxel, were there other
4  regimens that you could have prescribed?
5    A.  At that time, that would have been my
6  choice, those two.
7    Q.  And are there other regimens that you
8  could have allowed Ms. Durden to take if she
9  decided she did not want a regimen including
10 Adriamycin or docetaxel?
11   A.  Those are the regimens that I would
12 have selected from.
13   Q.  All -- all the regimens that are
14 listed here, you mean.
15        MS. SCHULTZ:
16            Object to form.
17        THE WITNESS:
18            The first -- yes.
19 EXAMINATION BY MR. COFFIN:
20   Q.  Okay.
21   A.  The preferred regimens.
22   Q.  Okay.  And you didn't pick one of the
23 preferred regimens with Adriamycin because
24 she refused to take it, right?
25   A.  Correct.

Page 284

1  hair loss listed as a side effect was
2  temporary hair loss?
3       A.   There is no information for me to
4  assume that it can be permanent.  It does not
5  list it as potentially permanent.
6       Q.   It also doesn't list it as temporary,
7  correct?
8       A.   Right.
9       Q.   And it doesn't list it as reversible,
10 correct?
11      A.   Right.
12      Q.   And other side effects and adverse
13 events are listed as temporary or reversible.
14 Do you agree?
15      A.   I don't see that they're listed as
16 temporary.
17      Q.   When is the last time you read a full
18 Taxotere label?
19      A.   Before --
20           MR. COFFIN:
21                Object to the form.
22           THE WITNESS:
23                I can't say.
24 EXAMINATION BY MS. SCHULTZ:
25      Q.   This one is 62 pages long, correct?

```
 1        A.   It looks like it.
 2        Q.   Okay.  Do you have no idea when you
 3   last read a Taxotere label?
 4        A.   No.
 5        Q.   Could it be more than five years ago?
 6             MR. COFFIN:
 7                  Object to the form.
 8             THE WITNESS:
 9                  More than five years ago?  No, I
10   don't think so.
11   EXAMINATION BY MS. SCHULTZ:
12        Q.   More than four years ago?
13        A.   I don't know.
14        Q.   Have you ever read the entire
15   Taxotere label from front to back, every
16   word?
17        A.   No.  Every word?  No.  But I have
18   read it.  So I can't tell you every word.
19   But again, this is similar to what is listed
20   on -- and -- go ahead.
21        Q.   And if you'd look with me at Exhibit
22   6?  It was another label that Mr. Coffin
23   handed to you.
24        A.   6, 6, 6, 6.  Okay.
25             MR. COFFIN:
```