# EXHIBIT G

Page 1

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
 3   ANTOINETTE DURDEN
                          CASE NO.
 4   VERSUS                2:16-CV-16635
 5   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
 6   AVENTIS-PHARMA S.A.
 7
          DEPOSITION OF ANTOINETTE DURDEN, 404
 8   FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
 9   BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA  70112
16         ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:  LORI R. SCHULTZ, ESQUIRE
        BY:  JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI  64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25    Job No. NJ2756266
```

Page 26

```
 1   regrow?
 2         A.    I don't know.  I really don't.
 3         Q.    Was it within a couple months?
 4         A.    No.
 5         Q.    Was it within a year?
 6         A.    No.
 7         Q.    So one year after your
 8   chemotherapy ended, you still had no hair
 9   regrowth?
10         A.    Correct.
11         Q.    Did you have any regrowth
12   between a year and two years?
13         A.    No.
14         Q.    Well, did your hair begin to
15   regrow in the three years after chemo?
16         A.    Uh-uh (negative response).
17   Not until maybe like around the fourth
18   year it started coming back in.
19         Q.    So you finished your chemo in
20   February 2012; correct?
21         A.    Correct.
22         Q.    And did you lose all of your
23   hair during --
24         A.    Yes, I did.
25         Q.    So would you have considered
```