UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Antoinette Durden, Case No. 2:16-cv-16635

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF ANTOINETTE DURDEN

Defendant Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1. Antoinette Durden is a 68 year-old African-American woman living in Louisiana. Durden's Fourth Amended Plaintiff Fact Sheet ("PFS") § I, attached as **Exhibit B** to Memorandum in Support of Motion.

2. Ms. Durden was diagnosed with breast cancer on July 20, 2011.  PFS § V.5.

3. To treat her breast cancer, Ms. Durden underwent a double mastectomy and chemotherapy. PFS § V.1–4.

4. As part of her chemotherapy regimen, Ms. Durden alleges she was treated with Taxotere® from October 2011 until February 2012.  Durden's Amended Short Form Complaint ("SFC") at ¶ 10 (No. 2:16-cv-16635, Rec. Doc. 7), attached as **Exhibit A** to Memorandum in Support of Motion.

5. In August 2011, prior to beginning chemotherapy, Ms. Durden's physician reviewed chemotherapy's side effects with her, including hair loss.  Ochsner Health System 2590–

93, attached as **Exhibit D** to Memorandum in Support of Motion.

6. In October 2011, Ms. Durden signed a chemotherapy consent form which mentioned hair loss as a risk for treatment. Ochsner Health System 2673–74, attached as **Exhibit D** to Memorandum in Support of Motion.

7. After treatment with a chemotherapy regimen that she alleges included Taxotere®, Ms. Durden alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." Amended Master Complaint (MDL Doc. 689) ("AMC") at ¶ 180.

8. Per Ms. Durden's definition of her injury, she began suffering permanent alopecia in *September 2012*, which is six months after completing chemotherapy treatment in February 2012. *See* AMC at ¶ 181; SFC at ¶ 10.

9. When her hair had not grown back one year after chemotherapy, Ms. Durden believed Taxotere® was the cause. *See* Durden Dep. Tr. 32:6–13, attached as **Exhibit C** to Memorandum in Support of Motion.

10. In her PFS, Ms. Durden alleges the following injuries as beginning in *March 2012*:

    a. Persistent total alopecia—No hair growth on [her] head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment

    b. Permanent/Persistent Hair Loss on scalp

    c. Diffuse thinning of hair: total scalp (Top, Sides, Temples)

    d. Significant thinning of the hair on [her] head after six (6) months of discontinuing Taxotere® or Docetaxel treatment

    e. Large bald area in the hair on [her] head

  f. Permanent/Persistent Loss of Eyebrows/Eyelashes/Body Hair/Genital Hair/Nasal Hair/Ear Hair.  PFS § VI.5.

11. Also in her PFS, Ms. Durden alleges that she has had "alopecia or incomplete hair re-growth" for "5 years"—in other words, since 2012, five years before filing her PFS.  PFS § VII.23.

12. Ms. Durden reports in her PFS that she was injured at age 61, which was her age in March 2012, according to her birthdate.  *See* PFS § I.15; ¶ IV.2.

13. In March 2013, Ms. Durden called her physician, Dr. Sophy Jancich, and asked what vitamins she should take for hair growth. Ochsner Health System 287, attached as **Exhibit D** to Memorandum in Support of Motion.

14. In May 2013, Ms. Durden requested something to treat her hair loss at her visit with Dr. Jancich.  Ochsner Health System 355–65, attached as **Exhibit D** to Memorandum in Support of Motion.

15. Ms. Durden alleges she was first informed by a health care provider that she had permanent hair loss around December 2013.  *See* PFS § VI.7; *see also* Durden Dep. Tr. 66:14–67:10.

16. Ms. Durden alleges she received treatment for her injury beginning in December 2013.  *See* PFS VI.6.

17. At some point prior to October 22, 2015, Dr. Jancich, is pretty sure she discussed with Ms. Durden that "the reason both for her hair loss during chemotherapy and the reason it wasn't coming back was because of chemotherapy."  *See* Jancich Dep. at 93:13–95:5 (Jan. 12, 2018); 147:10–23 (Fed. 2, 2018), attached as **Exhibit E** to Memorandum in Support of Motion.

18. Ms. Durden did not file suit against Sanofi until November 29, 2016.  Durden Dep. Tr. at

38:12–14.

Date:  February 5, 2019

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE  URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA  70130
        Telephone: 504-310-2100
        Facsimile:  504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile:  816-421-5547
        hratliff@shb.com
        abyard@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*