# EXHIBIT C

Page 1

```
 1            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3   ANTOINETTE DURDEN
                              CASE NO.
 4   VERSUS                   2:16-CV-16635
 5   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
 6   AVENTIS-PHARMA S.A.
 7
         DEPOSITION OF ANTOINETTE DURDEN, 404
 8   FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
 9   BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA  70112
16         ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:  LORI R. SCHULTZ, ESQUIRE
        BY:  JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI  64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25    Job No. NJ2756266
```

Page 21

1          Q.   How long have you had
2     permanent hair loss?
3          MR. COFFIN:
4              Object to the form.
5          THE WITNESS:
6              I can't put a time frame on it.
7     I don't know the dates or anything like
8     that.  Somewhere around 2014 maybe I
9     noticed that it wasn't coming back in.
10    EXAMINATION BY MS. SCHULTZ:
11         Q.   So in 2014 you realized that
12    your hair loss was permanent?
13         MR. COFFIN:
14             Object to the form.
15         THE WITNESS:
16             Well, not really permanent.  No
17    one -- I did a lot of research and no one
18    ever told me that it was going to be
19    permanently, that the hair wasn't going to
20    grow back.  They always said that your
21    hair was going to come back.
22    EXAMINATION BY MS. SCHULTZ:
23         Q.   Now, in 2014, is that when you
24    realized that your hair regrowth wasn't
25    getting any better?

Page 26

1    regrow?

2            A.    I don't know.  I really don't.

3            Q.    Was it within a couple months?

4            A.    No.

5            Q.    Was it within a year?

6            A.    No.

7            Q.    So one year after your

8    chemotherapy ended, you still had no hair

9    regrowth?

10           A.    Correct.

11           Q.    Did you have any regrowth

12   between a year and two years?

13           A.    No.

14           Q.    Well, did your hair begin to

15   regrow in the three years after chemo?

16           A.    Uh-uh (negative response).

17   Not until maybe like around the fourth

18   year it started coming back in.

19           Q.    So you finished your chemo in

20   February 2012; correct?

21           A.    Correct.

22           Q.    And did you lose all of your

23   hair during --

24           A.    Yes, I did.

25           Q.    So would you have considered

1   loss and not the other drug?

2          A.   I don't know.  I don't know

3   how long.  I really can't say because I

4   don't put a timeframe on stuff so I really

5   don't know.

6          Q.   Well, when your hair hadn't

7   grown back a year after chemotherapy, did

8   you think it might be because of the other

9   drug you took?

10          A.   No.

11          Q.   Did you think it was because

12   of the Taxotere?

13          A.   Yes.

14          Q.   Who else is aware that you

15   have brought this lawsuit?

16          A.   Just my lawyers and myself.

17          Q.   Have you told any family

18   members?

19          A.   I spoke with my daughter.

20          Q.   What is your daughter's name?

21          A.   Annisha Williams Prier.

22          Q.   Is that Prier?

23          A.   P-r-i-e-r.

24          Q.   Where does your daughter live?

25          A.   2837 Bristol Place.

```
                                              Page 44
 1          A.    We did talk.
 2          Q.    Okay.  So you're saying that
 3   during chemo you lost your hair and you
 4   were completely bald; correct?
 5          A.    During chemo, yes.
 6          Q.    And now you're saying that you
 7   were not bald for four years?
 8          A.    For four years, no.  I got it
 9   confused.
10          Q.    And --
11          A.    I am saying that because deep
12   down in my heart I did get confused.  I
13   was too rattled up.  So I was bald after
14   chemo.  That's a fact.
15          Q.    How long were you bald after
16   chemo?
17          A.    Maybe about for two years.
18   After them two years period I started
19   seeing some little grays of hair coming
20   back in, but it wasn't the full, full,
21   full.  Some little grays started coming
22   in.
23          Q.    So your chemo ended in
24   February 2012?
25          A.    Yes.
```

Page 45

1        Q.   And you were bald at that
2   time; correct?
3        A.   Yes.
4        Q.   And then you stayed bald for
5   two years?
6        A.   Yes.
7        Q.   So you were completely bald
8   from February 2012 to about February 2014?
9      MR. COFFIN:
10          Object to the form.
11     THE WITNESS:
12          I don't know the timeframe
13   because I don't put timeframes on things.
14   So I really can't say that's 2014, 2015
15   because I really don't know.
16   EXAMINATION BY MS. SCHULTZ:
17        Q.   Well, let's just do it this
18   way then.  You became bald during chemo?
19        A.   Yes.
20        Q.   And you were bald for two
21   years after chemo?
22        A.   Yes.
23        Q.   And then you said two years
24   after you finished chemo you started
25   seeing some little --

1    the dermatologist, you were diagnosed with

2    seborrheic dermatitis?

3          A.    Yes.

4          Q.    And you went to see her

5    because your head was itching so badly?

6          A.    Yes.

7          Q.    Did you also go to see her

8    because of hair loss?

9          A.    What do you mean when you say

10   hair loss?

11         Q.    Well, did you go --

12         A.    No.  Go ahead.

13         Q.    Did you go see to see her

14   because your hair hadn't grown back in?

15         A.    Yes.

16      MR. COFFIN:

17           Object to the form.

18      THE WITNESS:

19           Yes.  I talked to her about that

20   a little bit.

21   EXAMINATION BY MS. SCHULTZ:

22         Q.    Tell me about that discussion.

23         A.    What do you want to know?

24   What the question is?  What are you

25   saying?

Page 51

1          Q.   Well, you said you talked to
2    her about the fact that your hair hadn't
3    grown in; right?
4          A.   Yeah.  Where it was like
5    little fuzzies and stuff like that.  I
6    just talked to her and asked her do she
7    think, what do she think about it and
8    stuff.
9               And so she was like she was
10   saying that at that time she didn't -- she
11   wasn't quite sure at that time whether or
12   not if it could have been permanently hair
13   loss.  No one never did tell --
14               Well, let me back up.  I'm
15   going to back up.  Let me back up because
16   I don't want to spend too much time on the
17   hair loss part.
18               No one ever told me that my
19   hair was not going to come back, that it
20   was going to be -- that this chemo that I
21   took was going to be permanently.
22               Had I known that that was
23   going to be permanently I wouldn't have
24   took that drug.  So but the hair loss that
25   you're referring to that at that time when

```
 1   I went to see her, it was during the chemo
 2   time when I have -- after I had the chemo
 3   and stuff like that so.
 4          Q.   And this was late 2013 you
 5   went to see her; correct?
 6          A.   Correct.
 7          Q.   And so you had completed your
 8   chemo about a year-and-a-half before you
 9   went to see her?
10          A.   Yes.
11          Q.   And you said that when you saw
12   her in December -- or not December.
13          A.   I can't say.
14          Q.   Late 2013 that she wasn't sure
15   if it could be permanent hair loss?
16          A.   No.  I was saying that no one
17   ever told me that this could be
18   permanently hair loss or temporary hair
19   loss.
20               They always told me that it
21   was going to be temporary hair loss.  Not
22   permanently, that my hair is going to grow
23   back because that was a question I asked
24   her, do she think that my hair is going to
25   come back.
```

Page 54

1   telling you about the drug and stuff -- I
2   mean, they were telling you about the
3   chemo and stuff like that.
4            You're going to lose your hair
5   and your hair is going to come back, you
6   know, and stuff like that.  But they never
7   once said that this is a permanent thing
8   that's going to happen.
9            I didn't know it was going to
10  be permanent until when I saw the ad on
11  the TV about Taxotere.  At that time I
12  didn't know that was the drug that I had
13  taken.
14       Q.   So you didn't know your hair
15  loss was going to be permanent until you
16  saw the TV ad?
17       A.   What I'm saying is I didn't
18  see, actually know about the Taxotere, you
19  know, that that's the drug that actually
20  could cause permanent hair loss.
21            It's about the hair loss and
22  it's not -- I'm just trying to tell you
23  that they were saying to me that it wasn't
24  going to be permanently that I'm going to
25  lose my hair.  It's only going to be

1    reports anyway.

2         Q.    Okay.  And what -- tell me

3    what happened when you went back to see

4    the dermatologist.

5         A.    I told her about the shampoo

6    and I used it and stuff like that.  And

7    she was like, um, well, by now you should

8    have seen some stimulation.

9              But I guess since your hair is

10   still the same, that it's probably

11   permanent.  She was the doctor that told

12   me that it was going to be permanent hair

13   loss.

14        Q.    So the first time you saw her

15   in December of 2013, she didn't say

16   anything about whether it would be

17   permanent?

18        A.    No.

19        Q.    Is that right?

20      MR. COFFIN:

21          Object to the form.

22      THE WITNESS:

23          No.

24   EXAMINATION BY MS. SCHULTZ:

25        Q.    Is that correct?

Page 67

1         A.   Correct.
2         Q.   And then you tried the shampoo
3    for a month and it didn't work; correct?
4         A.   Correct.
5         Q.   So you went back to see her
6    within the next month; correct?
7         A.   Correct.
8         Q.   And that's when she said it's
9    probably permanent hair loss; correct?
10        A.   Right.  Right.
11        Q.   Did you ask her why you had
12   permanent hair loss?
13        A.   I don't remember if I did or
14   didn't.
15        Q.   Did she say anything to you
16   about why she thought you had permanent
17   hair loss?
18        A.   I don't remember if she did.
19   If she did I really don't remember.  She
20   may have, but I don't remember.
21        Q.   Did she give you any other
22   things to try?
23        A.   No.  Remember -- never mind.
24   Go ahead.  No.  Never mind, I was saying
25   no, she didn't give me any other things to

1          A.    The binder.  They gave us a
2    binder.
3          Q.    But do you know when you
4    received -- do you know when you received
5    the binder?
6          A.    I can't recollect when I
7    received it.
8          Q.    Okay.  The class you told me
9    you went to.
10         A.    Yes.
11         Q.    Before you had chemotherapy.
12         A.    Yes.
13         Q.    Did you receive a binder of
14   materials at that class?
15         A.    Yes.
16         Q.    And we already talked about
17   that chemotherapy class; correct?
18         A.    Correct.
19         Q.    Okay.  All right.  When did
20   you begin to lose your hair after starting
21   chemotherapy?
22         A.    Sometime after chemo.  I don't
23   remember the month or the day, but I
24   remember losing it.
25         Q.    Do you remember how many

Page 283

1   cycles you had had of chemotherapy when
2   you began to lose your hair?
3           A.   I had all the cycles.  I had
4   done finished it.
5           Q.   Do you remember how many total
6   cycles you had?
7           A.   I don't remember the total
8   cycles of it.  I can't recollect right
9   now.
10          Q.   But you had several different
11  cycles of chemotherapy; correct?
12          A.   Yes.
13          Q.   And were they about every two
14  weeks or so?
15          A.   I don't remember how I did
16  them.  I really don't.
17          Q.   Okay.  That's fine.
18          A.   It's all in the binder.  I
19  can't remember, but I know it was -- I had
20  to do it in cycles.
21          Q.   Do you recall if after the
22  first cycle of chemotherapy you lost your
23  hair?
24          A.   Not right -- not right that
25  moment, but somewhere down the line I lost

Page 284

1   my hair.

2          Q.   And do you know if you had

3   lost your hair before you started your

4   second cycle?

5          A.   I didn't lose my hair like

6   during when -- it was after the chemo.

7   Like I had finished the cycle of chemo.

8          Q.   Okay.  So you had finished all

9   cycles --

10          A.   All the cycles.

11          Q.   Okay.  Let me finish the

12   question.

13               You had finished all of the

14   cycles of your chemotherapy before you

15   started losing any hair?

16          A.   Correct.

17          Q.   Okay.

18          A.   It just didn't come out like

19   today I'm going to give you this medicine

20   and then it's going to come out.  So no,

21   it didn't happen like that.

22          Q.   Well, when did it start coming

23   out?

24          A.   I don't know the timeframe.

25   All I know is I was washing my hair and I