# EXHIBIT D

BAPC HEMATOLOGY ONCOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB: ▮▮▮▮▮▮ Sex: F  
Enc. Date 3/20/2013

## Result Notes and Comments (continued)

### Encounter Messages
No messages in this encounter

## All Other Notes

**Telephone Encounter by Angela J Susor, RN at 3/20/2013 2:29 PM**

Author: Angela J Susor, RN  Service: (none)  Author Type: Registered Nurse  
Filed: 3/20/2013 2:30 PM  Encounter Date: 3/20/2013  Status: Signed  
Editor: Angela J Susor, RN (Registered Nurse)

Informed patient per Dr. Jancich she can stop taking the calcium and she recommends Vitamin A for hair growth.

Electronically signed by Angela J Susor, RN at 3/20/2013 2:30 PM

**Telephone Encounter by Angela J Susor, RN at 3/20/2013 2:28 PM**

Author: Angela J Susor, RN  Service: (none)  Author Type: Registered Nurse  
Filed: 3/20/2013 2:28 PM  Encounter Date: 3/20/2013  Status: Signed  
Editor: Angela J Susor, RN (Registered Nurse)

Message copied by SUSOR, ANGELA on Wed Mar 20, 2013 2:28 PM  
------  
    Message from: JANCICH, SOPHY  
    Created: Wed Mar 20, 2013 2:17 PM

    She can stop Ca.  
    Vit A  
    ----- Message -----  
      From: Angela J Susor, RN  
      Sent: 3/20/2013 1:55 PM  
      To: Sophy Ann Jancich, MD

Patient states she remembers the things to tell/ask you...

1. She is taking calcium vitamin bid, is that the reason why my level is high?
2. What vitamin OTC do you recommend for her to take to help her hair grow?

Electronically signed by Angela J Susor, RN at 3/20/2013 2:28 PM

### Contacts

| | Type | Contact | Phone |
|---|---|---|---|
| 03/20/2013 02:28 PM | Phone (Outgoing) | Durden, Antoinette M (Self) | ▮▮▮▮▮▮ (M) |

### Follow-up Information
None

### Follow Up Call
No data filed

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:               Sex: F  
Acct #:  
Enc. Date 5/10/2013  

## Encounter Information - Office Visit

### Reason for Visit
Annual Exam

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **Hyperpigmentation of skin** - Primary | ICD-10-CM: L81.9<br>ICD-9-CM: 709.00 |  |
| **Hair loss** | ICD-10-CM: L65.9<br>ICD-9-CM: 704.00 |  |

**Problem List** as of 5/10/2013                                         Reviewed: **5/10/2013 by Priya P Velu, MD**

|  | Codes | Noted - Resolved |
|---|---|---|
| Acquired absence of breast and nipple | ICD-10-CM: Z90.10<br>ICD-9-CM: V45.71 | 5/8/2012 - Present |
| Follow-up examination following completed treatment with high-risk medications, not elsewhere classified | ICD-10-CM: Z09<br>ICD-9-CM: V67.51 | 3/22/2012 - Present |
| Malignant neoplasm of breast (female), unspecified site | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 5/8/2012 - Present |
| Malignant neoplasm of upper-outer quadrant of female breast | ICD-10-CM: C50.419<br>ICD-9-CM: 174.4 | 11/6/2011 - Present |
| Neutropenia, unspecified | ICD-10-CM: D70.9<br>ICD-9-CM: 288.00 | 2/12/2012 - Present |
| Other lymphedema | ICD-10-CM: I89.0<br>ICD-9-CM: 457.1 | 5/8/2012 - Present |
| Postmastectomy lymphedema syndrome (Chronic) | ICD-10-CM: I97.2<br>ICD-9-CM: 457.0 | 4/10/2012 - Present |
| Personal history of breast cancer | ICD-10-CM: Z85.3<br>ICD-9-CM: V10.3 | 7/5/2012 - Present |
| Vitamin D deficiency disease | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | 7/5/2012 - Present |
| Osteopenia | ICD-10-CM: M85.80<br>ICD-9-CM: 733.90 | 9/19/2012 - Present |
| History of vitamin D deficiency | ICD-10-CM: Z86.39<br>ICD-9-CM: V12.1 | 9/19/2012 - Present |
| Lower back pain | ICD-10-CM: M54.5<br>ICD-9-CM: 724.2 | 10/1/2012 - Present |
| Contact dermatitis and other eczema due to detergents | ICD-10-CM: L24.0<br>ICD-9-CM: 692.0 | 11/27/2012 - Present |
| Anxiety associated with depression | ICD-10-CM: F41.8<br>ICD-9-CM: 300.4 | 11/27/2012 - Present |
| Lymphedema | ICD-10-CM: I89.0<br>ICD-9-CM: 457.1 | 12/21/2012 - Present |
| History of breast cancer | ICD-10-CM: Z85.3<br>ICD-9-CM: V10.3 | 12/31/2012 - Present |
| HTN (hypertension) | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 1/2/2013 - Present |
| Reflux | ICD-10-CM: K21.9<br>ICD-9-CM: 530.81 | 1/2/2013 - Present |
| Needs flu shot | ICD-10-CM: Z23<br>ICD-9-CM: V04.81 | 1/2/2013 - Present |
| Swelling of limb | ICD-10-CM: M79.89<br>ICD-9-CM: 729.81 | 1/14/2013 - Present |
| Postmastectomy lymphedema | ICD-10-CM: I97.2 | 3/20/2013 - Present |

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:           Sex: F  
Acct #:  
Enc. Date 5/10/2013  

## Encounter Information - Office Visit (continued)

**Problem List (continued)** as of 5/10/2013        Reviewed: 5/10/2013 by Priya P Velu, MD

| | Codes | Noted - Resolved |
|---|---|---|
| Hyperpigmentation of skin | ICD-9-CM: 457.0<br>ICD-10-CM: L81.9<br>ICD-9-CM: 709.00 | 5/10/2013 - Present |

**Allergies as of 5/10/2013**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Grape Fruit Extract | 07/02/2012 12:53 PM | | Angela J Susor, RN | Shortness Of Breath | | |
| Orange | 07/02/2012 12:53 PM | | Angela J Susor, RN | | Other reaction(s): Unknown | |
| Shellfish Containing Products | 07/02/2012 12:53 PM | | Angela J Susor, RN | | Other reaction(s): Swelling,Rash | |
| Amoxicillin | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| Clindamycin | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| Codeine | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| Erythromycin (bulk) | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| Iodine Containing Multivitamin | 07/05/2012 10:00 AM | Allergy | Angela J Susor, RN | Rash | | |
| Penicillins | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |

**Immunizations as of 5/10/2013**                                                 Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Influenza - Intradermal | 1/2/2013 | 0.1 mL | 2012 | Intradermal |

   Site: Right arm  
   Given By: Bobkeitha J Collins, LPN

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 05/10/13 1319 | (!) 152/90 | MC | 05/10/13 1323 | Current |
| Pulse | | | | |
| 05/10/13 1319 | 90 | MC | 05/10/13 1323 | Current |
| Weight | | | | |
| 05/10/13 1319 | 76.7 kg (169 lb) | MC | 05/10/13 1323 | Current |
| Height | | | | |
| 05/10/13 1319 | 4' 11" (1.499 m) | MC | 05/10/13 1323 | Current |

User Key                                                                (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| MC | -- | Mandi L Corkern | -- | -- |

**Medical History**

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:            Sex: F  
Acct #:  
Enc. Date 5/10/2013  

## Encounter Information - Office Visit (continued)

### Medical History (continued)

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Allergy | | | Provider |
| Breast cancer | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| breast construction | | | | Provider |
| MASTECTOMY | | | | Provider |

### Family and Education as of 5/10/2013

| Marital Status | Number of Children |
|---|---|
| Single | 1 |

## Social Documentation

### Social Documentation as of 5/10/2013

**None**

### Tobacco Use as of 5/10/2013

Never Smoker.

### Alcohol Use as of 5/10/2013

Yes.  
Comments: rarely

### Drug Use as of 5/10/2013

No.

### Family History as of 5/10/2013

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Coronary artery disease | Father | | |

### Family Status as of 5/10/2013

| Relation | Status |
|---|---|
| Father | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Daughter | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |

### Employment History as of 5/10/2013

No employment history on file.

### Obstetric History as of 5/10/2013

The patient has not been asked about pregnancy.

Generated on 7/7/17 12:16 PM                                              Page 320

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:             Sex: F  
Acct #:  
Enc. Date 5/10/2013

## Encounter Information - Office Visit (continued)

### Anticoagulation Episode Summary

Current INR goal:  
TTR:                                —  
Next INR check:  
INR from last check:  
Weekly max dose:  
Target end date:  
INR check location:  
Preferred lab:  
Send INR reminders to:  
Comments:

### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Mandi Corkern | 5/10/2013  1:23 PM | Medical, Surgical, Tobacco, Family |

## Medications

### Outpatient Medications at Start of Encounter as of 5/10/2013

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **aspirin 81 MG chewable tablet**  (Taking) | | | 6/27/2012 | |
| Sig - Route: Take 1 tablet by mouth Daily. Last dose 10/10/11 - Dr. Riker aware - Oral  Class: Historical Med | | | | |
| **docusate sodium (COLACE) 100 MG capsule**  (Taking) | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Twice daily. - Oral  Class: Historical Med | | | | |
| **ferrous sulfate 325 mg (65 mg iron) Tab**  (Taking) | | | 6/27/2012 | |
| Sig - Route: Take 1 tablet by mouth Daily.  - Oral  Class: Historical Med | | | | |
| **vitamin A 8000 UNIT capsule**  (Taking) | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Daily. - Oral  Class: Historical Med | | | | |
| **vitamin E 400 UNIT capsule**  (Taking) | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Twice daily. - Oral  Class: Historical Med | | | | |
| **albuterol (PROVENTIL HFA/VENTOLIN HFA) 200 puff inhaler**  (Taking)  Class: Historical Med  Route: Inhalation | | | 6/27/2012 | 3/19/2014 |
| **ascorbic Acid (VITAMIN C) 500 mg CpSR**  (Taking) | | | 6/27/2012 | 4/13/2016 |
| Sig - Route: Take 1 tablet by mouth Daily. - Oral  Class: Historical Med | | | | |
| **atenolol (TENORMIN) 50 MG tablet**  (Taking) | 90 tablet | 1 | 3/25/2013 | 9/25/2013 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. - Oral | | | | |
| **benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-25 mg Tab**  (Taking) | 90 tablet | 1 | 3/25/2013 | 9/25/2013 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **calcium citrate (CALCITRATE) 200 mg (950 mg) tablet**  (Taking) | | | 6/27/2012 | 6/20/2013 |
| Sig - Route: Take 1 tablet by mouth Daily. - Oral  Class: Historical Med | | | | |
| **cetirizine (ZYRTEC) 10 mg Cap**  (Taking) | | | 6/27/2012 | 11/5/2014 |

1087- DURDEN, ANTOINETTE- Ochsner Health System  00358

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:           Sex: F  
Acct #:  
Enc. Date 5/10/2013

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/10/2013 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 10 mg by mouth daily as needed. - Oral<br>Class: Historical Med | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet  (Taking)**<br>Sig - Route: Take 1 tablet by mouth Every 8 hours as needed. - Oral<br>Class: Historical Med | | | 6/27/2012 | 6/19/2014 |
| **letrozole (FEMARA) 2.5 mg tablet  (Taking)**<br>Sig: TAKE ONE TABLET BY MOUTH DAILY | 30 tablet | 0 | 7/17/2012 | 8/7/2013 |
| **omeprazole (PRILOSEC) 20 MG capsule (Taking)**<br>Sig: Take two pills orally daily | 60 capsule | 1 | 1/2/2013 | 6/20/2013 |
| **triamcinolone (NASACORT AQ) 55 mcg nasal inhaler  (Taking)**<br>Sig - Route: 1 spray by Nasal route Daily. - Nasal | 16.5 g | 2 | 3/25/2013 | 4/15/2014 |
| **verapamil (CALAN-SR) 180 MG CR tablet (Taking)**<br>Sig - Route: Take 1 tablet (180 mg total) by mouth once daily. - Oral | 90 tablet | 1 | 10/1/2012 | 10/24/2013 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **aspirin 81 MG chewable tablet  (Taking)**<br>Sig: Take 1 tablet by mouth Daily. Last dose 10/10/11 - Dr. Riker aware<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)**<br>Sig: Take 1 capsule by mouth Twice daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **ferrous sulfate 325 mg (65 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth Daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **vitamin A 8000 UNIT capsule  (Taking)**<br>Sig: Take 1 capsule by mouth Daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **vitamin E 400 UNIT capsule  (Taking)**<br>Sig: Take 1 capsule by mouth Twice daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **albuterol (PROVENTIL HFA/VENTOLIN HFA) 200 puff inhaler  (Taking/Discontinued)**<br>Class: Historical Med<br>Route: Inhalation<br>Reason for Discontinue: **Patient no longer taking** | | | 6/27/2012 | 3/19/2014 |
| **ascorbic Acid (VITAMIN C) 500 mg CpSR (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth Daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | 4/13/2016 |
| **atenolol (TENORMIN) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (50 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 1 | 3/25/2013 | 9/25/2013 |

Generated on 7/7/17 12:16 PM                                                                                           Page 322

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:            Sex: F  
Acct #:  
Enc. Date 5/10/2013  

## Medications (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| **benazepril-hydrochlorothiazide (LOTENSIN HCT) 20-25 mg Tab** (Taking/Discontinued) <br> Sig: Take 1 tablet by mouth once daily. <br> Route: Oral <br> Reason for Discontinue: **Reorder** | 90 tablet | 1 | 3/25/2013 | 9/25/2013 |
| **calcium citrate (CALCITRATE) 200 mg (950 mg) tablet** (Taking/Discontinued) <br> Sig: Take 1 tablet by mouth Daily. <br> Class: Historical Med <br> Route: Oral <br> Reason for Discontinue: **Patient no longer taking** | | | 6/27/2012 | 6/20/2013 |
| **cetirizine (ZYRTEC) 10 mg Cap** (Taking/Discontinued) <br> Sig: Take 10 mg by mouth daily as needed. <br> Class: Historical Med <br> Route: Oral <br> Reason for Discontinue: **Reorder** | | | 6/27/2012 | 11/5/2014 |
| **ibuprofen (MOTRIN) 800 MG tablet** (Taking/Discontinued) <br> Sig: Take 1 tablet by mouth Every 8 hours as needed. <br> Class: Historical Med <br> Route: Oral <br> Reason for Discontinue: **Patient no longer taking** | | | 6/27/2012 | 6/19/2014 |
| **letrozole (FEMARA) 2.5 mg tablet** (Taking/Discontinued) <br> Sig: TAKE ONE TABLET BY MOUTH DAILY <br> Reason for Discontinue: **Reorder** | 30 tablet | 0 | 7/17/2012 | 8/7/2013 |
| **omeprazole (PRILOSEC) 20 MG capsule** (Taking/Discontinued) <br> Sig: Take two pills orally daily | 60 capsule | 1 | 1/2/2013 | 6/20/2013 |
| **triamcinolone (NASACORT AQ) 55 mcg nasal inhaler** (Taking/Discontinued) <br> Sig: 1 spray by Nasal route Daily. <br> Route: Nasal <br> Reason for Discontinue: **Reorder** | 16.5 g | 2 | 3/25/2013 | 4/15/2014 |
| **verapamil (CALAN-SR) 180 MG CR tablet** (Taking/Discontinued) <br> Sig: Take 1 tablet (180 mg total) by mouth once daily. <br> Route: Oral <br> Reason for Discontinue: **Reorder** | 90 tablet | 1 | 10/1/2012 | 10/24/2013 |

### Medication Comments

### Ordered Medications

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **spironolactone (ALDACTONE) 25 MG tablet** (Discontinued) <br> Sig - Route: Take 1 tablet (25 mg total) by mouth once daily. - Oral | 90 tablet | 0 | 5/10/2013 | 3/19/2014 |

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:                    Sex: F  
Acct #:  
Enc. Date 5/10/2013  

## Other Orders

### spironolactone (ALDACTONE) 25 MG tablet

Electronically signed by: **Priya P. Velu, MD on 05/10/13 1430**         Status: **Discontinued**  
Ordering user: Priya P. Velu, MD                  Authorized by: Priya P. Velu, MD  
Ordering mode: Standard  
Frequency: Daily 05/10/13 - 365 Days              Discontinued by: Angela J Susor, RN 03/19/14 1038  
Diagnoses  
Hair loss [704.00 (ICD-9-CM)]  

## Result Notes and Comments

### Result                                              spironolactone (ALDACTONE) 25 MG tablet  
                                                                       (Order 48995848)

### Encounter Messages

#### Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| System Message MyOchsner | Antoinette Durden | 5/6/2013 12:01 AM |

Last Read in Patient Portal  
Not Read  
Appointment Information  

Department:  
BAPC INTERNAL MEDICINE  
2820 Napoleon Ave  
New Orleans, LA 70115-6969  
Napoleon Building, Suite 890  
504-897-4250  
Provider:       PRIYA P VELU, MD  
Date:           5/10/13  
Time:           1:40 PM  

Please click epichttp://appointments[here] to view more details about your appointment.

## Progress Notes

**Progress Notes by Priya P. Velu, MD at 5/12/2013 9:48 PM**

Author: Priya P. Velu, MD              Service: (none)                Author Type: Physician  
Filed: 5/12/2013 9:56 PM               Encounter Date: 5/10/2013      Status: Addendum  
Editor: Priya P. Velu, MD (Physician)  
Related Notes: Original Note by Priya P. Velu, MD (Physician) filed at 5/12/2013 9:51 PM  

### Subjective:

**Patient ID:** Antoinette Durden is a 62 y.o. female.

**Chief Complaint:** Annual Exam

| | |
|---|---|
| BAPC INTERNAL MEDICINE<br>OCHSNER, SOUTH SHORE REGION<br>Ambulatory Encounter | Durden, Antoinette<br>MRN:<br>DOB:              Sex: F<br>Acct #:<br>Enc. Date 5/10/2013 |

### Progress Notes (continued)

**Progress Notes by Priya P. Velu, MD at 5/12/2013  9:48 PM (continued)**

**HPI Comments:** Pt here for f/u on breast tattoing and wants me to assess to see if the area has healed well. Pt also worrying about her appearance and wants something to help regain her hair loss

Review of Systems
Constitutional: Negative.
Eyes: Negative.
Respiratory: Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative.
Musculoskeletal: Negative.  Negative for joint swelling.
Skin: Negative.
Neurological: Negative for dizziness, weakness, light-headedness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Positive for sleep disturbance, decreased concentration and agitation. Negative for suicidal ideas and self-injury. The patient is nervous/anxious.

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae normal and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm.

1087- DURDEN, ANTOINETTE- Ochsner Health System  00362

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:                    Sex: F  
Acct #:  
Enc. Date 5/10/2013

## Progress Notes (continued)

**Progress Notes by Priya P. Velu, MD at 5/12/2013 9:48 PM (continued)**



1: Pos hair loss noted

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

### Assessment:

1. Hyperpigmentation of skin
2. Hair loss

### Plan:

**Hyperpigmentation of skin**

**Hair loss**
- spironolactone (ALDACTONE) 25 MG tablet; Take 1 tablet (25 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 0

Her breast tattoo appear to be c/d/i. No ssx of infection at this time.  
Side effects of spirinolactone d/w pt in depth. Pt aware and amenable with plan

Electronically signed by Priya P. Velu, MD on 5/12/2013 9:56 PM

## All Other Notes

**Patient Instructions by Priya P. Velu, MD at 5/10/2013 2:30 PM**

Author: Priya P. Velu, MD           Service: (none)                  Author Type: Physician  
Filed: 5/10/2013 2:32 PM            Encounter Date: 5/10/2013        Status: Signed  
Editor: Priya P. Velu, MD (Physician)

Wrist splints at night if wrists/hands hurt  
Mederma for scars

Generated on 7/7/17 12:16 PM                                                                                        Page 326

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:             Sex: F  
Acct #:  
Enc. Date 5/10/2013

## All Other Notes (continued)

**Patient Instructions by Priya P. Velu, MD at 5/10/2013  2:30 PM (continued)**

Hydrocortisone for rash/irritation

Electronically signed by Priya P. Velu, MD at 5/10/2013  2:32 PM

**Follow-up Information**
  None

**Follow Up Call**
  No data filed

## Flowsheets (all recorded)

**Anthropometrics - Fri May 10, 2013**

| Row Name | 1319 |
|---|---|
| Anthropometrics | |
| Height | 4' 11" (1.499 m)  -MC |
| Weight | 76.7 kg (169 lb)  -MC |
| Weight Change | 0  -MC |
| BMI (Calculated) | 34.2  -MC |

**Custom Formula Data - Fri May 10, 2013**

| Row Name | 1319 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 1.79 sq meters  -MC |
| BMI (Calculated) | 34.2  -MC |
| IBW/kg (Calculated) Male | 47.7 kg  -MC |
| Low Range Vt 6cc/kg MALE | 286.2 mL  -MC |
| Adult Moderate Range Vt 8cc/kg MA | 381.6 mL  -MC |
| Adult High Range Vt 10cc/kg MALE | 477 mL  -MC |
| IBW/kg (Calculated) Female | 43.2 kg  -MC |
| Low Range Vt 6cc/kg FEMALE | 259.2 mL  -MC |
| Adult Moderate Range vt 8cc/kg FEMALE | 345.6 mL  -MC |
| Adult High Range Vt 10cc/kg FEMALE | 432 mL  -MC |
| Weight in (lb) to have BMI = 25 | 123.5  -MC |
| Percent Weight Change Since Birth | 0  -MC |
| IBW/kg (Calculated) | 43.2  -MC |
| Low Range Vt 6cc/kg | 259.2 mL  -MC |
| Adult Moderate Range Vt 8cc/kg | 345.6 mL  -MC |
| Adult High Range Vt 10cc/kg | 432 mL  -MC |
| Measurements (Adult/Pediatric) | |
| BMI (kg/m2) | 34.21  -MC |

**User Key**                                              (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

BAPC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:　　　　Sex: F  
Acct #:  
Enc. Date 5/10/2013

## Flowsheets (all recorded) (continued)

**User Key (continued)**　　　　　　　　　　　　　　　　(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| MC | Mandi L Corkern | - | Medical Assistant | — |

```
ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MS ANTOINETTE DURDEN
1516 JEFFERSON HIGHWAY               CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 08-29-11
PHONE 504/842-3000                   DICTATOR: JANCICH, SOPHY ANN
PLACE OF ENCOUNTER: BAPTIST MEDICAL CENTER
```

CONSULTATION NOTE

REFERRING PHYSICIAN:  Adam Riker, M.D.

REASON FOR CONSULTATION:  Newly diagnosed breast cancer of the left breast.

HISTORY OF PRESENT ILLNESS:  The patient is a pleasant 60-year-old female seen today in consultation per request of Adam Riker, M.D. for recently diagnosed invasive ductal carcinoma of the left breast.  The patient reports she has been undergoing annual screening mammography.  Recent mammography from 05/18/2011 revealed focal asymmetric density in the left posterior upper outer region of the left breast, requiring additional evaluation.  On 06/02/2011, the patient underwent a digital diagnostic mammography of the left breast as well as left ultrasound, which revealed a solid mass measuring 9 mm in the posterior region of the left breast at 12 o'clock, highly suggestive of malignancy.  She then underwent a core biopsy on 06/20/2011 of the mass.  The patient underwent a biopsy of the left breast at 11 o'clock position, the 1.5-cm solid mass was biopsied.  Pathology revealed invasive ductal carcinoma, grade 3 with no lymphovascular or perineural invasion noted.  Left breast biopsy at the 12 o'clock revealed benign fibrocystic changes with no evidence of malignancy.  On 07/20/2011, the patient underwent a left simple mastectomy, left axillary sentinel node mapping procedure, a right prophylactic mastectomy and a right axillary sentinel node procedure for left-sided breast cancer.  The patient also underwent bilateral DIEP flap reconstruction.  Final pathology revealed a moderately differentiated infiltrating ductal carcinoma within the left breast, measuring 2.5 cm in greatest diameter with some associated ductal carcinoma in situ and the surgical margins have an invasive component of 0.6 cm from the deep margin from DCIS 1.1 cm.  Lymphovascular invasion present.  In addition, metastatic adenocarcinoma noted within a single left axillary sentinel lymph node with a subcapsular nest of tumor measuring 0.2 cm.  The patient classified as a stage IIB (pT2, pN1, MX).  Tumor was estrogen positive, 95%, progesterone positive 10% and HER-2/neu non-amplified.  Two right axillary sentinel nodes removed were negative for neoplasm.  The patient was seen by Dr. St. Hilaire today in followup.  As mentioned, one of the five lymph nodes on the left removed was positive for neoplasm.  Two right axillary sentinel nodes were negative for neoplasm.  The patient underwent a left complete axillary lymph node dissection on 08/17/2011 and with an additional six lymph nodes removed, all negative for metastatic disease.  The patient has home health following for a slow healing DIEP flap donor site.  The patient has a wound VAC and visit by home health or twice a week.  The patient reports that Dr. St.

```
ALTON OCHSNER MEDICAL FOUNDATION      PATIENT NAME: MS ANTOINETTE DURDEN
1516 JEFFERSON HIGHWAY                CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 08-29-11
PHONE 504/842-3000                    DICTATOR: JANCICH, SOPHY ANN
PLACE OF ENCOUNTER: BAPTIST MEDICAL CENTER
```

CONSULTATION NOTE

Hilaire informed the patient that she may need to undergo surgical intervention and closure of the DIEP flap donor site due to slow healing. The patient denies any fevers or pain at the site. She is accompanied by her daughter today who is a nurse. The patient does have some anxiety regarding chemotherapy.

PAST MEDICAL HISTORY:  As above, hypertension, allergic rhinitis.

GYN HISTORY:  The patient began menarche at age 16.  She is postmenopausal. She has had one pregnancy and one full-term delivery.  Age of first live birth was age 28.  The patient has had oral contraceptive use in the past, but is uncertain of the number of years.  She denies hormone replacement therapy use.

SOCIAL HISTORY:  She is single.  She is self-employed.  She lives alone. She is a nondrinker and a nonsmoker.  She owns her own daycare.  She lives in New Orleans.

FAMILY HISTORY:  Her mother died at the age of 85 from coronary artery disease.  Her two nieces are diagnosed and treated for breast cancer at ages 37 and 41.  The patient's sister also diagnosed and treated for breast cancer at age 58.  No history of ovarian cancer.  The patient reports that her nieces elected not to proceed with hereditary genetic testing.

PAST SURGICAL HISTORY:  As above.

CURRENT MEDICATIONS:  Aspirin 81 mg daily, cephalexin.

ALLERGIES:  Oranges, grapefruit, nuts, clindamycin (rash), codeine (rash), shellfish (rash, swelling), amoxicillin (rash), erythromycin (rash), penicillin (rash).

REVIEW OF SYSTEMS:
GENERAL:  No fevers/night sweats/weight loss.
HEENT:  No visual changes/hearing deficits/epistaxis, dizziness. Significant for occasional nasal congestion.
CARDIOVASCULAR:  No chest pain/dyspnea/edema.
RESPIRATORY:  No cough/shortness of breath/hemoptysis.
GASTROINTESTINAL:  No nausea/vomiting/diarrhea/constipation/change in bowel/melena/hematochezia/dysphagia/hematemesis/abdominal pain.
SKIN:  No rashes.
GENITOURINARY:  No dysuria/urinary incontinence/hematuria.
MUSCULOSKELETAL:  No muscle pain/back pain/joint pain/neck pain.
NEUROLOGIC:  No leg cramps/tremors/numbness/memory loss/seizures/headaches.
PSYCHIATRIC:  No increased anxiety/depression/mood swings.

DURDEN, ANTOINETTE   MRN:           Encounter: L-824589620110829 DOS: 8/29/2011

```
ALTON OCHSNER MEDICAL FOUNDATION      PATIENT NAME: MS ANTOINETTE DURDEN
1516 JEFFERSON HIGHWAY                CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 08-29-11
PHONE 504/842-3000                    DICTATOR: JANCICH, SOPHY ANN
PLACE OF ENCOUNTER: BAPTIST MEDICAL CENTER
```

CONSULTATION NOTE

ENDOCRINE: No heat or cold intolerance/syncope/polyuria/polydipsia.
HEMATOLOGIC: No anemia. Significant for easy bruisability.

PHYSICAL EXAMINATION:
VITAL SIGNS: BP 152/65, pulse 88, temperature 97.9. Weight 145.2 pounds, height 4 feet 11 inches.
GENERAL: The patient is alert, fully oriented, in no acute distress.
HEENT: Normocephalic. Conjunctivae and lids clear. No oral thrush. Oropharynx clear. Anicteric sclerae.
NECK: Supple, full range of motion.
LYMPH NODES: No cervical, supraclavicular or axillary lymphadenopathy palpated.
CARDIAC: S1, S2 normal with 3/6 systolic ejection murmur noted.
LUNGS: Clear to auscultation bilaterally. No wheezes or rhonchi.
BREASTS: Bilateral DIEP flaps intact. No infection, drainage or erythema noted.
ABDOMEN: Positive bowel sounds. Abdominal wound, DIEP flap donor site open with slight drainage noted, nontender, packed wound.
EXTREMITIES: No clubbing, cyanosis or edema.
SKIN: No rashes.
NEUROLOGIC: No focal deficits noted. Cranial nerves II through XII grossly intact.

IMPRESSION: 60-year-old with a stage IIB (pT2, N1, MX) infiltrating, moderately differentiated ductal carcinoma of the left breast, status post bilateral mastectomy, sentinel lymph node biopsy and left axillary dissection with slow healing DIEP flap donor site. As mentioned, the patient has a slowly healing DIEP flap donor site. Chemotherapy will be initiated once donor flap site is adequately healed. The patient is being followed by Dr. St. Hilaire on a weekly basis and may require surgical intervention for closure of the wound site. We discussed adjuvant chemotherapy combination regimens for this patient. Research coordinator, Vanessa Truxillo, present and we reviewed and discussed the potential enrollment in phase III trial of continuous scheduled AC q. 2 weeks schedule, followed by paclitaxel every two weeks x 6 or docetaxel weekly for 12 weeks as postoperative adjuvant therapy in node positive or high-risk negative breast cancer patients. The patient's daughter is concerned about potential side effects of chemotherapy. We reviewed the potential side effects of chemotherapy including, but not limited to myelosuppression, nausea, vomiting, neuropathy, hair loss and skin changes, fatigue, renal toxicity and rare but serious side effect of cardiotoxicity. The patient will require echocardiogram to evaluate for cardiac function. We will also obtain blood counts including CBC, CMP, iron studies and also vitamin D level. The patient will be referred to physical therapy for lymphedema education. The patient wants to think further about possible

ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MS ANTOINETTE DURDEN
1516 JEFFERSON HIGHWAY                CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 08-29-11
PHONE 504/842-3000                    DICTATOR: JANCICH, SOPHY ANN
PLACE OF ENCOUNTER: BAPTIST MEDICAL CENTER

CONSULTATION NOTE

enrollment in the available clinical trial.  She is uncertain at this time.
 The patient was provided with a handout on potential side effects of
chemotherapy.  A chemotherapy regimen will be finalized once the patient's
abdominal wound site is adequately healed.  The patient will return in two
weeks for followup.

Sophy A. Jancich, M.D.

SAJ/SF dd: 09/13/2011 10:09:10 (CDT)   td: 09/14/2011 01:09:12 (CDT)
Doc ID #469511   Job ID #366069

CC:

Authenticated by Sophy A. Jancich, M.D., on 10/20/2011 15:33:56 (CDT)

DURDEN, ANTOINETTE   MRN:          Encounter: L-824589620110829 DOS: 8/29/2011

## Ochsner
### Consent for Administration of Chemotherapy

MRN: ▓▓▓▓    10/18/11    6403727332
DURDEN, ANTOINETTE M   *
ATT PHYS: JANCICH, SOPHY ANN    NAP
SEX: F    AGE: 60 y    DOB: ▓▓▓▓



I have been informed that I have been diagnosed with _____,
and that treatment with chemotherapy has been recommended.

This chemotherapy will consist of the following drugs:

- Taxotere
- Cytoxan

There are possible risks and discomforts that can be associated with several chemotherapy drugs. These may include:

☑ Hair loss

☑ Damage to the bone marrow (blood forming organ) which may result in bleeding, infection, and anemia. I may need to receive a transfusion or I may need to receive treatment should I develop an infection.

☑ Damage to a body organ such as the brain, heart, kidneys, liver, lungs, nervous system, skin.

☐ Serious allergic reactions including shock.

☐ Sterility. There is also a possibility that chemotherapy could affect an unborn child. If I am of child bearing potential, I should practice some form of birth control while receiving chemotherapy.

☐ Nausea and/or vomiting.

☑ Constipation or diarrhea.

☑ Sores on my lips and/or ulcers along my gastrointestinal tract including lips, mouth, throat, stomach, intestine, and rectum.

☑ Loss of lining of the intestinal tract from the mouth to the anus.

Form No. 604 (Rev. 6/10/2008) Copy Center/Ochweb    page 1 of 2

DURDEN, ANTOINETTE   MRN: ▓▓▓▓   Encounter: L-6403727332 DOS: 10/31/2011

## Ochsner
### Consent for Administration of Chemotherapy



MRN: [redacted]   10/18/11   6403727332
DURDEN, ANTOINETTE M
ATT PHYS: JANCICH, SOPHY ANN   NAP
SEX: F   AGE: 60 y   DOB: [redacted]

- ☑ A secondary cancer (a cancer in the future that may be caused by chemotherapy).
- ☑ Local damage at the injection site.
- ☑ Death

Other risks specific to this treatment include:

_____

_____

_____

There may also be other rare or unknown risks. These risks will be discussed with me in detail on the Chemotherapy Information Sheet.

Alternative treatment that may be considered for the management of my disease include other chemotherapy, surgery, radiation, or no treatment at all. My doctor has discussed these choices with me. If I receive other chemotherapy, the risks would be similar to those above. If I choose no treatment, my disease could progress or return.

I have received explanation of the treatment, treatment goals, and the method by which the drug(s) are to be given. I have received written and verbal information about each of the above drugs, which includes potential side effects and the person(s) to be called if I have questions.

It has been explained to me that this consent is to cover the entire duration or course of this treatment given.

I have been given the opportunity to ask questions concerning the treatment. I have been clearly told that I am able to withdraw my consent to stop treatment at any time.

I voluntarily consent to the treatment discussed above.

_Antoinette Durden_   Date: 10/18/11
Patient (or Authorized Representative / Relationship to Patient)

_[signature]_   Date: 10/18/11
Witness

_[signature]_   Date: 10/18/11
Physician

_____   Date _____
Education Performed By

Form No. 604 (Rev. 6/10/2008) Copy Center/Ochweb   page 2 of 2