# EXHIBIT E

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    ANTOINETTE DURDEN,

5            Plaintiff,

6

7    VERSUS          CIVIL ACTION NO. 2:16-cv-16635

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-PHARMA S.A.,

12           Defendants.

13

14

15

16

17

18     VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.

19

20      Taken at the Ochsner Medical Center, 2500

21      Belle Chasse Highway, Gretna, Louisiana, on

22      Friday, January 12, 2018, beginning at

23      1:30 p.m.

24   JOB NO. 2782159

25

1   recalled any discussions with Ms. Durden about

2   Taxotere and her hair loss, you said, we just

3   talked about chemo.  What did you mean by that?

4       A.   I mean, talked about it in terms of hair

5   loss in chemotherapy.  Did she ask me specifically

6   which of the two chemotherapy drugs caused the

7   hair loss?  No, we did not discuss that.

8       Q.   Well, did -- and just so we're clear on

9   timeframe, after her chemotherapy, did you have a

10  discussion with her about chemotherapy being the

11  reason her hair had not regrown?

12      A.   Yes.

13      Q.   Tell me about that discussion.

14      A.   Again, she did not have the hair

15  regrowth, as we had discussed.  And I think it

16  past two months -- it was past two months of the

17  postchemotherapy, and she mentioned her hair

18  wasn't coming back.

19           And then we had discussed that if it's

20  not coming back, it's likely not going to come

21  back.

22      Q.   And the --

23      A.   She asked if there was anything we could

24  do, and that's when, I'm sure, I checked some

25  blood work, but -- that's why I say, she may have

Page 94

1   gone to a dermatologist, but I cannot say for

2   certain.

3       Q.   And when you had the discussion with her

4   about the fact that her hair likely was not going

5   to come back, in the context of that discussion,

6   was it clear that -- or was it clear that

7   chemotherapy was the reason she had both lost it

8   and the reason it wasn't coming back?

9   MR. COFFIN:

10           Object to the form.

11      A.   What do you mean, was it clear?

12  MS. SCHULTZ:

13      Q.   Well, in the context of your discussions

14  with Ms. Durden and her hair loss, it was your

15  opinion that the reason both for her hair loss

16  during chemotherapy and the reason it wasn't

17  coming back was because of chemotherapy, correct?

18  MS. SCHULTZ:

19           Object to the form.

20      A.   Yes.

21  MS. SCHULTZ:

22      Q.   And is that what you told Ms. Durden?

23      A.   Told her that her hair wasn't coming back

24  because of chemo?

25      Q.   That the reason she had both lost her

Page 95

1   hair and the reason it wasn't coming back was

2   because of the chemotherapy?

3       A.   I'm pretty certain we had that

4   discussion, that it was discussed at one of her

5   visits.

6           (Exhibits 3 and 4 were marked.)

7   MS. SCHULTZ:

8       Q.   I'm handing you what is marked Deposition

9   Exhibit 3.  And it's a medical record dated August

10  29, 2011.

11      A.   Okay.

12      Q.   And is that a record that you prepared or

13  dictated?

14      A.   It looks like it, yes.

15      Q.   And I also want to hand you an exhibit

16  marked Deposition Exhibit 4, and it's also dated

17  8/29/2011.

18      A.   Okay.

19      Q.   And the Exhibit 4, it's the same day as

20  the appointment that is Exhibit 3.  And I'm not

21  sure which came first.  But let's start with

22  Exhibit 3.  Is this the first time that you had

23  seen Ms. Durden?

24      A.   It was in 2011, so it looks like it.

25      Q.   And what type of breast cancer had Ms.

1      A.   If that's what it's dated.  I mean, I

2  remember it was 2011.  It's --

3      Q.   It's Exhibit --

4      A.   Yes.

5      Q.   Yes.

6      A.   That's correct.

7      Q.   It's August 29, 2011.  And then

8  Exhibit 10, if you could take a look at that?

9      A.   Yes.

10      Q.   That is dated October 22nd, 2015; is

11  that correct?

12      A.   As my last encounter?

13      Q.   Yes, correct.

14      A.   That is correct.

15      Q.   All right.  Have you had any contact

16  with Ms. Durden since the last appointment on

17  October 22, 2015?

18      A.   No, I have not.

19      Q.   And when I say any contact, have you

20  spoken to her?

21      A.   No.

22      Q.   Have you seen her?

23      A.   No.

24      Q.   Okay.  Have you talked to her current

25  oncologist about how she's doing?