# EXHIBIT F

Page 1

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4  * * * * * * * * * * * * * * * * * * * * * * * * *
5  IN RE:  TAXOTERE (DOCETAXEL)            MDL No. 2740
   PRODUCTS LIABILITY LITIGATION
6                                           SECTION: H
7  This Document Relates To:
8  Antoinette Durden, Case No. 2:16-cv-16635;
   Tanya Francis, Case No. 2:16-cv-17410;
9  Barbara Earnest, Case No. 2:16-cv-17144
10 * * * * * * * * * * * * * * * * * * * * * * * * *
11
12                      VOLUME I
13
14
15        Videotaped Deposition of KEVIN J. BIANCHINI,
16 PhD, ABPN, taken at Jefferson Neurobehavioral Group,
17 2901 N. I-10 Service Road E., Suite 300, Metairie,
18 Louisiana 70002, on Tuesday, January 8th, 2019, at 1:08
19 p.m.
20
21
22
23
24 By:  Ashlee B. Ancalade
   Registered Professional Reporter
25 Job No. NJ3184787

```
 1   and emotional symptoms.
 2        Q    So --
 3        A    I guess you could --
 4        Q    -- you have -- you have not rendered any
 5   opinion as to whether or not Taxotere caused hair loss
 6   in either of these plaintiffs; correct?
 7        A    Right.  My expertise does not cover hair
 8   loss, cause --
 9        Q    And --
10        A    -- causes of hair loss.
11        Q    And you don't intend to render any opinion at
12   any time in the future as to whether or not Taxotere
13   caused hair loss for either Ms. Durenst or Ms. --
14   Durden or Ms. Earnest; is that correct?
15        A    I don't believe I'll be rendering any
16   opinion, now or in the future, as to causes of hair
17   loss.
18        Q    Did you review all of the expert reports
19   listed in Exhibit 13?
20        A    I -- I looked through them.  I -- I -- I
21   didn't have time to look- -- read them in great detail,
22   but I -- I looked through them.  I -- I -- if you
23   decided to quiz me on them, I'd have to refer to them.
24        Q    Well, are there any reports that you read in
25   more detail than any other report?
```