UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144

### DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s (collectively "Defendants" or "Sanofi"), hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

**A.**      **Taxotere**

1. Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Master Compl. ¶ 4.[1]

2. Taxotere was first approved for use in the United States in 1996, and its FDA-approved labeling has always warned that hair loss is one of the drug's most common side effects. *Compare* Ex. A, 1996 Taxotere Labeling, *with* Ex. B 2018 Taxotere Labeling.

3. In December 2015, Sanofi, following discussions with FDA, added the following language to the post-marketing section of Taxotere's package insert: "cases of permanent alopecia have been reported" Ex. C, 2015 Taxotere Labeling.

---

[1] Docetaxel is the generic version of Taxotere. For ease of reference, Defendants use Taxotere interchangeably.

4.      Taxotere has never been removed from the market and oncologists continue to prescribe Taxotere to treat potentially life-threatening forms of breast cancer. *See, e.g.,* Ex. D, Dr. James Carinder Deposition ("Carinder Dep.") 127:15-128:6.

**B.      Plaintiff's Diagnosis and Chemotherapy Treatment Plan**

5.      Plaintiff Barbara Earnest is a 66-year-old resident of Slidell, Louisiana. Ex. E, Earnest PFS at 2-6.

6.      On February 2, 2011, Ms. Earnest was diagnosed with breast cancer, ER-positive, PR-positive, and HER-2-negative. Ex. D, Carinder Dep. 74:15-18; Ex. E, PFS at pp. 12-14.

7.      On June 22, 2011, Ms. Earnest began an adjuvant chemotherapy regimen with Adriamycin, Cyotaxan, and Taxotere. Ex. F, Barbara Earnest Dep. 198:10-199:13; Ex. D, Carinder Dep. 81:3-9; *see also* Ex. E, PFS ¶ 12; Ex. G, SFC at ¶ 10. Plaintiff's last dose of chemotherapy was administered on August 24, 2011. Ex. E, PFS ¶ 12.

8.      Ms. Earnest is currently cancer-free. Ex. F, Earnest Dep. 63:20-64:4; Ex. E, PFS at 17.

9.      When Ms. Earnest learned she had cancer, her goal was survival. Ex. F, Earnest Dep. 176:2-3. When Plaintiff first saw Dr. Carinder, he informed Ms. Earnest that she would have eight treatments of chemotherapy. Ms. Earnest told Dr. Carinder "I'm in your hands. Whatever you tell me I have to do, I'll do." Ex. F, Earnest Dep. 189:12-25.

10.     Ms. Earnest remembered Dr. Carinder telling her the names of the drugs he was going to give her, including Adriamycin or, as it is often called, the "red devil." Ex. F, Earnest Dep. 190:1-7. Dr. Carinder did not offer her different options of treatment: "He told me the drugs he was going to give me, and that was it." Ex. F, Earnest Dep. 190:23-191:4.

11. Dr. Carinder testified that breast cancer survival rates have increased since the time he started practicing medicine, and taxanes, including Taxotere, have helped increase survival rates. Ex. D, Carinder Dep. 68:12-20.

12. Dr. Carinder informs his patients of frequent potential side effects. Ex. D, Carinder Dep. 87:8-88:17. Dr. Carinder does not tell his patients that their hair will "absolutely regrow after chemotherapy." Ex. D, Carinder Dep. 96:13-16.

13. Dr. Carinder has been prescribing Taxotere to treat breast cancer since it came on the market. Ex. D, Carinder Dep. 127:15-128:6. He still prescribes Taxotere today because it is effective and "a good drug." *Id.*

14. For Ms. Earnest's multi-drug chemotherapy regimen, Dr. Carinder testified that he specifically chose Taxotere and rejected another taxane known as Taxol because Taxol was not used for weekly dose-dense use in 2011, and Taxol carries serious side effects that Taxotere does not, including neuropathy and severe infusion reactions. Ex. D, Carinder Dep. 26, 69, 130-31, 139-40.[2]

15. Dr. Carinder testified unequivocally that the only time he read the Taxotere package insert was "when it first came on the market" (which he estimated was 1999 or 2000), and that he has never read it since. Ex. D, Carinder Dep. 119:3-14.

The effective dates of the various Taxotere labeling versions between 2000 and 2011 are: 7/9/2002, 7/30/2002, 1/3/2003, 4/24/2003, 5/19/2004, 8/18/2004, 1/6/2005, 8/11/2005, 3/22/2006, 6/7/2006, 10/17/2006, 9/28/2007, 4/20/2010, 5/13/2010, 8/22/2010, 9/7/2011, and 12/15/2011. Ex. J, Sanofi_001169

---

[2] Defendants use Taxol and paclitaxel interchangeably.

16. When Dr. Carinder chose Ms. Earnest's chemotherapy regimen in 2011, he testified that he was already aware that a Taxotere-containing chemotherapy regimen might result in permanent hair loss because, in 2005, one of his patients developed permanent hair loss after using the "exact same" chemotherapy regimen as Ms. Earnest (*i.e.* dose-dense Adriamycin and Cyclophosphamide, followed by Taxotere). Ex. D, Carinder Dep. 85-86.

17. At the time of Ms. Earnest's treatment in 2011, Taxotere was part of the National Comprehensive Cancer Network (NCCN) approved regimen—the guidelines which Dr. Carinder in his practice follows—for Ms. Earnest's specific cancer type. Ex. H, Carinder Dep. Ex. 5.

18. Dr. Carinder testified that his 2005 patient "never got her hair back," "no hair, none." Ex. D, Carinder Dep. at 85, 121. After 2005, if patients on Ms. Earnest's chemotherapy regimen asked Dr. Carinder about the possibility of permanent hair loss, Dr. Carinder "always told" those patients about the "one lady . . . who still hasn't recovered her hair yet." *Id*. 124-25.

19. Dr. Carinder has treated hundreds of breast cancer patients over the course of his career; about one-third of his patients are breast cancer patients. Ex. D, Carinder Dep. 61:13–25; 62:1–7. Dr. During his entire career, Dr. Carinder has prescribed Taxotere to treat his breast cancer patients. *Id*. 127:15-25; 128:1–2.

20. He also prescribes many other chemotherapy drugs and regimens and he treats various kinds of cancer. *Id*. 128:10-19. Today, Dr. Carinder prescribes Taxotere for breast cancer, lung cancer, prostate cancer and gastric cancer. *Id*. 128:10-19.

Dr. Carinder still prescribes Taxotere for various cancers—including breast cancer—because it "works" and it is "effective" and a "good drug." *Id*. 127:25; 128:1–6.

21. Dr. Carinder testified that "[n]o one can say that with certainty" that Ms. Earnest would be alive today if she had been given a chemotherapy regimen with Taxol. *Id*. 138:14-21.

4

22. Dr. Carinder agreed that no one could say that Ms. Earnest's hair would not be in the same condition if she had been prescribed Taxol instead of Taxotere. *Id*. 138:23-139:5.

23. None of Ms. Earnest's experts claim Taxotere is wholly or substantially useless. To the contrary, one of Ms. Earnest's experts, Dr. Bosserman, believes Taxotere is highly effective and has contributed to saving lives. Ex. I, Deposition of Dr. Linda Bosserman ("Bosserman Dep.") 65:10-13;100:11-13; *see also* Ex. D, Carinder Dep. 127:15-128:6. Dr. Bosserman also agrees it is possible Ms. Earnest is alive today because she received treatment for their cancer that included Taxotere. Ex. I, Bosserman Dep. 536:1-7.

Date:  February 5, 2019

                              Respectfully submitted,

                              */s/ Douglas J. Moore*
                              Douglas J. Moore (Bar No. 27706)
                              **IRWIN FRITCHIE URQUHART & MOORE LLC**
                              400 Poydras Street, Suite 2700
                              New Orleans, LA  70130
                              Telephone: 504-310-2100
                              Facsimile:  504-310-2120
                              dmoore@irwinllc.com

                              Harley Ratliff
                              Adrienne L. Byard
                              **SHOOK, HARDY & BACON L.L.P.**
                              2555 Grand Boulevard
                              Kansas City, Missouri 64108
                              Telephone: 816-474-6550
                              Facsimile:  816-421-5547
                              hratliff@shb.com
                              abyard@shb.com

                              ***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                              /s/ *Douglas J. Moore*