# EXHIBIT D

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5              Plaintiff,

6    VERSUS            CASE NO. 2:16-cv-17731

7    SANOFI S.A., SANOFI-AVENTIS

     U.S. L.L.C., SANOFI US SERVICE,

8    INC., AND AVENTIS-PHARMA,

9              Defendants.

10

11

12

13         Videotaped deposition of JAMES E.

14   CARINDER, M.D., taken at the offices of NORTHSHORE

15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,

16   Suite 390, Slidell, Louisiana 70458, on Thursday,

17   January 11, 2018, commencing at 1:08 p.m.

18

19

20

21

22

23

24

25      Job No. NJ2757175

1      Q.   (Affirmative response.)

2      A.   At that time, I used docetaxel more

3  because you had less risk of infusion reactions,

4  and you had less neuropathy.  And the efficacy was

5  very similar.  And so in order to avoid infusion

6  reactions and -- and persistent neuropathy, which

7  is daunting for many people we take care of, at

8  that time, I used more docetaxel.

9      Q.   And did they -- so you told them a

10  little bit about your use of paclitaxel and

11  docetaxel?

12      A.   Yes.

13      Q.   Did they tell you anything about

14  Taxotere or docetaxel?

15      A.   With regard to?

16      Q.   To anything.

17           Did they make --

18      A.   No, not really.  I mean, I -- they --

19  they -- the questions I got were basically why

20  were I -- why did -- why was I using that.  Okay?

21  And at the time, like I said, both drugs were

22  proven to have pretty much equivocal evica- --

23  efficacy.  And if I can avoid the neuropathy and

24  the infusion reactions, of course I'm gonna use

25  that.

1                Objection, form.

2     EXAMINATION BY MS. BIERI:

3         Q.   Do you want me to ask it again?

4                How have survival rates changed

5     for breast cancer patients, if at all, over the

6     course of your career?

7         A.   We've come up with -- over the course

8     of my time doing oncology, they've gotten -- well,

9     I mean, we have -- we have a lot better drugs than

10    we had when I started out doing this.  Okay?  But

11    still -- you know, we still have a ways to go.

12        Q.   Have -- generally speaking, have breast

13    cancer survival rates increased since the time you

14    started practicing?

15        A.   Yes.  Yes.

16        Q.   Would you say that the advent of

17    taxanes, including Taxotere, docetaxel and

18    paclitaxel, would you say that those have in- --

19    helped increase survival rates?

20        A.   Yes.

21        Q.   Tell me a little bit more about that if

22    you can.

23        A.   Well, what would you like to know?

24        Q.   Why -- fair.

25                I'm interested in -- if you know

1   the percentage increase that they've given or why

2   you think that they've increased survival rates?

3            MR. SCHANKER:

4                  Objection, form.

5            THE WITNESS:

6                  Because it was a different class

7   of drugs that hadn't been seen before.  And

8   they -- they have incredible efficacy in breast

9   cancer and many other malignancies.  You know,

10  when I started out doing this, the -- the taxanes

11  were -- when I was a fellow, paclitaxel was the

12  only thing that was really coming around.  You

13  know, everybody was using that.  And the docetaxel

14  came along and had equal efficacy.

15                 But the reason -- and the reason I

16  gravitated more towards using docetaxel is because

17  you didn't lose efficacy, but you reduced the

18  infusion-related complications and the daunting

19  neuropathy that a lot of patients get.

20  EXAMINATION BY MS. BIERI:

21       Q.   Are you aware of whether the docetaxel

22  compound has a greater affinity for tubulin and

23  more potent antimito- -- mitotic activity than

24  other taxane compounds?

25            MR. SCHANKER:

1    Q.   And did she have any nodes positive?

2    A.   Yes.

3    Q.   In one of your notes, I saw a reference

4  to "intermediate or high grade infiltrating ductal

5  carcinoma"?

6    A.   Yes.

7    Q.   What does that mean, the intermediate

8  or high grade component?

9    A.   Well, they look at angiolymphatic

10  invasion.  They look at the Ki-67, which is a

11  proliferative index.  And, I mean, it's how poorly

12  or how well differentiated the tumor is.  Okay?  I

13  mean, hers was in the middle to approaching a

14  higher grade tumor.

15    Q.   And she was HER2 negative, correct?

16    A.   Yes.

17    Q.   And do you recall her ER and PR status?

18    A.   Positive.

19    Q.   What chemotherapy drugs have you used

20  over the course of your career that you are now no

21  longer using?

22    A.   That we don't use anymore?

23    Q.   (Affirmative response.)

24    A.   Nitrogen mustard, thiotepa.  I mean,

25  meclorethamine.  I mean, there are some that are

Page 85

1      A.   On occasion.

2      Q.   Have you ever had a chemotherapy

3 patient experience a side effect you weren't aware

4 of before?

5      A.   Yes.

6      Q.   Tell me about that circumstance or

7 circumstances.

8      A.   This lady with the hair.

9      Q.   Any others?

10      A.   I had one other lady who never got her

11 hair back.  And she also received docetaxel.  But

12 was treated before this.

13      Q.   Do you know what other -- I feel weird

14 calling her "the other lady."  It seems strange.

15           But --

16      A.   Well, it's another patient of mine --

17      Q.   Sure.

18      A.   -- who I treated in -- I want to say

19 around 2005.

20      Q.   Okay.  May I refer to her as your 2005

21 patient?

22      A.   Yes.

23      Q.   Okay.  What other drugs, chemotherapy

24 agents, was your 2005 patient on?

25           MR. SCHANKER:

Page 61

1    oncology, correct?

2         A.   But I'm also a hematologist.

3         Q.   Okay.

4         A.   And not all hematologic disorders are

5    malignant.

6         Q.   Okay.

7         A.   I see a lot of benign hematology as

8    well:  Clotting disorders, bleeding -- bleeding

9    disorders, anemias, leukopenias.  Not -- not every

10   bit of hematology is malignant.

11        Q.   Okay.  Understood.  Thank you for that

12   clarification.

13                  What percentage of the patients

14   that you see are breast cancer patients?

15        A.   Probably a third.

16        Q.   What makes up the other two-thirds?

17        A.   Everything else.  Probably a third of

18   my practice is hem malignancies, probably a third

19   is breast, and then the other third is benign hem

20   and other solid tumors.

21        Q.   How many new breast cancer patients do

22   you see a week or a year, whichever is easier for

23   you to answer?

24        A.   I probably see three or four new breast

25   cancer patients in a month.

1      Q.   Has the number of breast cancer

2  patients that you see been consistent over the

3  course of your practice?

4      A.   I would say so, yes.

5      Q.   And how long have you been treating

6  breast cancer pra- -- patients?

7      A.   Eighteen years.

8      Q.   How do you keep yourself current on

9  medical issues regarding breast cancer and breast

10  cancer treatment?

11      A.   I attend numerous conferences every

12  year for CME, and -- and I go to the Miami breast

13  cancer every year, which is coming up in March.  I

14  go to the Chemotherapy Foundation Symposium every

15  year.  Most of the conferences that I attend

16  either deal with breast or deal with hematology,

17  because that's where the majority of my

18  practice -- my patients are.

19      Q.   Can you think of any of those

20  conferences that you've attended that discussed

21  docetaxel?

22      A.   Well, sure.  Lots of them.

23      Q.   Do you ever speak at the conferences,

24  or do you just attend?

25      A.   I attend.  I gave up speaking at

Page 85

1       A.   On occasion.

2       Q.   Have you ever had a chemotherapy

3   patient experience a side effect you weren't aware

4   of before?

5       A.   Yes.

6       Q.   Tell me about that circumstance or

7   circumstances.

8       A.   This lady with the hair.

9       Q.   Any others?

10      A.   I had one other lady who never got her

11  hair back.  And she also received docetaxel.  But

12  was treated before this.

13      Q.   Do you know what other -- I feel weird

14  calling her "the other lady."  It seems strange.

15           But --

16      A.   Well, it's another patient of mine --

17      Q.   Sure.

18      A.   -- who I treated in -- I want to say

19  around 2005.

20      Q.   Okay.  May I refer to her as your 2005

21  patient?

22      A.   Yes.

23      Q.   Okay.  What other drugs, chemotherapy

24  agents, was your 2005 patient on?

25           MR. SCHANKER:

Page 86

1            Objection, form.

2        THE WITNESS:

3            She got doxorubicin and

4    cyclophosphamide dose-dense, four cycles, and then

5    docetaxel, a hundred milligrams per meter squared,

6    four cycles.  Exact same thing this lady got.

7    EXAMINATION BY MS. BIERI:

8        Q.   And have you talked to your 2005

9    patient regarding the condition of her hair today?

10        A.   She -- she -- no, I don't bring that

11   up, and it doesn't bother her.  In fact, she was

12   here today.

13        Q.   Oh.

14        A.   But she's 80 years old.

15        Q.   Do you warn patients that there are

16   unknowns related to chemotherapy?

17        A.   Yes.

18        Q.   Why?

19        A.   Because you don't know what may come

20   up.  You tell them the most common side effects

21   and what you expect, but there are always

22   idiosyncratic things that can occur with -- that

23   you're -- you may not know about.

24        Q.   Are you aware of any chemotherapy drug

25   that doesn't have a lot of side effects?

1            MR. SCHANKER:

2                  Objection, form.

3            THE WITNESS:

4                  Every drug has side effects.

5     Every chemo drug has side effects.  Some side

6     effect profiles are less harsh than others.

7     EXAMINATION BY MS. BIERI:

8        Q.   Do you warn your patients of every

9     potential side effect, every risk --

10       A.   The most --

11       Q.   -- for the drugs you're --

12       A.   The --

13       Q.   -- prescribing?

14       A.   The common -- the ones that are

15    commonly known, yes.  I do.

16                  I'm sorry.  I have to get a cough

17    drop.

18       Q.   No problem at all.

19       A.   I'm listening.  Go ahead.

20       Q.   Okay.  I -- so not every single side

21    effect?

22            MR. SCHANKER:

23                  Objection, form.

24            THE WITNESS:

25                  Well, if you look in a -- if you

Page 88

1    look in a package insert, they're gonna have 500

2    potential side effects.  If -- if there's even one

3    patient when a drug is in trial -- when a drug is

4    in development, if even one patient develops

5    something, they have to list that as a potential

6    side effect.

7    EXAMINATION BY MS. BIERI:

8        Q.   So you can't go -- are you saying that

9    you can't go --

10       A.   I don't go --

11       Q.   -- through all of them?

12       A.    I don't go through that entire laundry

13   list.  I go through the most co- -- the things

14   that we know are going to happen, you know.  But

15   we have patients in very frequently when they're

16   getting treated so we can see how they're doing

17   and go over what's going on with them.

18       Q.   Do you think that there would be any

19   downside -- let me -- let me say that a different

20   way.

21                Do you think that going over every

22   single side effect, regardless if it happened to

23   one person, might be daunting for a patient?

24       A.    Absolutely.  You're gonna lose them.  I

25   mean, they're gonna get lost in the -- in the --

1      Q.   And why do you warn patients that their

2  hair may regrow a different texture or color?

3      A.   Because some people are not -- I --

4  that's -- that's just because it can, okay, and

5  you're informing them.  Some people are quite

6  thrilled when they come in and have curly hair.

7  But I tell them, I said, "It may come back a

8  different texture."

9      Q.   And is that based on something that

10  you've read or something that you've seen in your

11  practice?

12     A.   Seen.  Seen countless times.

13     Q.   Do you ever tell patients that their --

14  do you ever tell patients that their hair

15  absolutely will regrow after chemotherapy?

16     A.   No.

17          MR. SCHANKER:

18               Objection, form.

19          THE WITNESS:

20               No.

21  EXAMINATION BY MS. BIERI:

22     Q.   Do you ever tell patients -- do you

23  ever tell patients that their hair loss will only

24  be temporary?

25     A.   I te- -- yes.  Yes.

Page 119

1      Q.   When?

2      A.   Again, probably 20 years ago.

3      Q.   Have you read the package insert for

4  Taxotere?

5      A.   Yes.

6      Q.   When?

7      A.   Back when it first came on the market.

8  Whatever --

9      Q.   Be- --

10     A.   -- year that was, I can't remember.

11     Q.   Before 2000?

12     A.   2000, yeah.  1999, 2000.

13     Q.   Ever after that?

14     A.   No.

15     Q.   Today when you talk to breast cancer

16 patients who are going to receive docetaxel --

17     A.   (Affirmative response.)

18     Q.   -- do you warn of the possibility of

19 persistent or permanent hair loss?

20     A.   Yes.

21          MR. SCHANKER:

22               Objection, form.

23 EXAMINATION BY MS. BIERI:

24     Q.   And when did you start doing that?

25     A.   About three years ago when all the news

Page 121

1    with things that you saw in -- in the media

2    regarding -- you tell me.  I don't want to put

3    words in your mouth.

4              MR. SCHANKER:

5                   Objection, form.

6              THE WITNESS:

7                   What was -- what was in the --

8    what was in the news, as well as, like I said, I

9    had gotten -- I get these updates from ASCO and

10   various sites, and they had said that there was

11   now -- some evidence had surfaced that there were

12   cases where patients were not getting their hair

13   back.

14                  And I had had -- I had had, like I

15   said, this lady and one other lady that received

16   docetaxel that their hair hasn't grown back.  The

17   other lady has no hair, none.

18   EXAMINATION BY MS. BIERI:

19        Q.   So the -- the other lady --

20        A.   Yeah.

21        Q.   -- you treated her in 2005, correct?

22        A.   2004, 2005, somewhere in there.

23        Q.   And she's still your patient, correct?

24        A.   Yes.

25        Q.   And so when I say "you treated her in

Page 124

```
 1   when did she develop her recurrence?
 2        A.   About two or three years after she had
 3   completed her treatment, her chemo, she developed
 4   bone -- bone recurrence.  But she's -- she's been
 5   on -- she's been on estro- -- just estrogen
 6   blockers and Zometa; and her scans, her PETs, are
 7   all negative.
 8        Q.   How often did you see her in the period
 9   from when she stopped chemotherapy initially to
10   when you learned --
11        A.   She developed of her recurrence --
12        Q.   -- of her recurrence?
13        A.   About every three months.
14        Q.   And this was prior to when you treated
15   Miss Earnest, correct?
16        A.   Yes.
17        Q.   What did you -- did you attribute your
18   2005 patient's hair loss to chemotherapy?
19        A.   Yes.
20        Q.   And she had taken three chemotherapy
21   drugs, correct?
22        A.   Yes.
23        Q.   At any time between 2005 and when you
24   started mentioning the remote risk of hair loss as
25   to docetaxel --
```

1     A.   You mean permanent hair loss?

2     Q.   Yeah.

3     A.   Okay.

4     Q.   -- did you ever warn patients who were

5   on the dose-dense AC, and then followed by

6   Taxotere cycle, of the possibility of permanent

7   hair loss?

8     A.   Patients have asked about that.  And at

9   the time, I always told them, I said -- I have one

10  lady, I said, who still hasn't recovered her hair

11  yet.  But prior to her, I had never seen anyone

12  have long-lasting alopecia.

13    Q.   At what point in time after

14  chemotherapy finishes do you think the lack of

15  hair regrowth is abnormal?

16    A.   Depends on the chemotherapy.

17    Q.   Docetaxel.

18    A.   I would say if they hadn't started

19  getting hair back within eight to ten weeks, I

20  would start to wonder.

21    Q.   When do patients, in your experience,

22  who have taken docetaxel typically get all the

23  hair back that they're gonna get back?

24         MR. SCHANKER:

25             Objection, form.

1      Q.    -- than an average haircut?

2      A.    Yes.  Yes.

3      Q.    So like six months after they stop

4   chemo?

5      A.    I -- if -- if they don't have hair back

6   six months after chemotherapy, then, yes, I would

7   be starting to get concerned.  Absolutely.  I

8   mean, on average -- and I'm just saying on

9   average -- within -- within eight to ten weeks,

10  their hair should be -- their hair should be

11  coming back in as evenly -- as evenly as it's

12  gonna get.  On average, about eight to ten weeks.

13     Q.    Did you first learn -- when did you

14  first learn about Taxotere or docetaxel?

15                 When did you first learn about

16  docetaxel?

17     A.    When it came on the market about 1998

18  or '99.

19     Q.    When did you first prescribe docetaxel?

20     A.    About the same time.

21     Q.    And were you using it just to treat

22  breast cancer or other types of cancer?

23     A.    Breast cancer mainly.  Then it got

24  other indications.

25     Q.    And you still prescribe docetaxel

Page 128

1    today, correct?

2         A.    Yes.

3         Q.    Why?

4         A.    Because it works.

5         Q.    It's effective?

6         A.    Yes.  It's a good drug.

7         Q.    Do you prescribe it today just for

8    breast cancer patients or for other types of

9    patients?

10        A.    Other types of cancers as well.

11        Q.    Lung cancer?

12        A.    Yes.

13        Q.    Prostate cancer?

14        A.    Yes.

15        Q.    Gastric cancer?

16        A.    Yes.

17        Q.    Any others?

18        A.    That's pretty much -- that's pretty

19   much that group.

20        Q.    How many patients a month?

21        A.    I was gonna say be careful what you ask

22   here.

23               A month that I prescribe docetaxel

24   to?

25        Q.    Yeah.

```
                                           Page 132
 1        A.   No, I've never seen that.
 2        Q.   Never read anything about that either?
 3        A.   No.
 4        Q.   Have you ever read any -- strike that.
 5                  Can docetaxel be given in
 6   combination with doxorubicin and cyclophosphamide?
 7        A.   Yes.
 8        Q.   Is it syner- -- is docetaxel
 9   synergistic with any other cher- --
10   chemotherapeutic agents?
11        A.   What do you mean by "synergistic"?
12   What is your definition of synergistic?
13                  Synergism means that the drugs by
14   themselves don't work as effectively as if you put
15   the two of them together.  Okay?  By themselves,
16   they're effective.  Together, they're really
17   effective.  Okay?
18        Q.   More effective?  Enhances efficacy?
19        A.   Okay.  The regimen you're referring to,
20   okay, the TAC regimen, I -- I still use that
21   regimen on occasion with very high-risk breast
22   cancers.  It is an effective regimen, but you have
23   to be very selective in who you give that to.
24   Okay?  Because it's -- it's -- it's a tough
25   regimen, and it's very myelosuppressive.  But in
```

```
 1   schedule at a high dose, and the neuropathy was --
 2   was daunting in a lot of those patients, and plus
 3   the infusion reactions because it was a pretty
 4   sizeable dose of drug.  Now 12 weeks at a small
 5   dose, you don't have the -- the infusion
 6   complications really, and you don't -- the
 7   neuropathy is not as severe.
 8        Q.   You said, I think, that part of the
 9   reason that you are now using paclitaxel has to do
10   with the -- the possibility of permanent hair
11   loss.
12              What else?
13        A.   That's -- that's the main reason.
14   That's the main reason.  We didn't have paclitaxel
15   approved for using it weekly back in the day when
16   Miss Earnest was treated.  And like I said, it was
17   approved for using a dose every fift- -- 14 days,
18   but it was a high dose.  And the -- the neuropathy
19   the patients got from that was long-lasting in a
20   lot of cases, and that's -- that's bothersome for
21   people, and plus the infusion reactions were
22   severe.
23        Q.   What -- I -- can you explain to me what
24   that means, the infusion reactions?
25        A.   Do you know why people react to
```

Page 131

1    paclitaxel?

2         Q.   Tell me, please.

3         A.   Okay.  It's not the drug itself.  It's

4    the medium that it's suspended in, the Cremophor.

5    Cremophor is the base that tax- -- paclitaxel is

6    suspended in, and the patients react to the

7    Cremophor.  Okay?  And it's an allergic reaction.

8    I mean it's -- it's a -- it's an anaphylactoid-

9    type reaction, which can be severe in some cases.

10                   Docetaxel, occasionally patients

11   will have a reaction, but not nearly to the degree

12   that they do with paclitaxel.

13        Q.   Are you aware of reported cases of

14   permanent hair loss with paclitaxel?

15        A.   No.

16        Q.   Never seen any literature on that?

17        A.   Nope.

18        Q.   Is it your understanding that

19   paclitaxel carries a risk of hair loss?

20        A.   Yes.

21        Q.   Are you aware that it carries a risk of

22   permanent hair loss?

23        A.   No.

24        Q.   Are you aware of whether adriamycin

25   carries a risk of hair loss?

```
 1            THE WITNESS:
 2                  Do you mean if she recurred?  If
 3    she developed recurrent disease?  No, because
 4    she's seen that drug.
 5    EXAMINATION BY MS. BIERI:
 6        Q.   If she presented to you today having --
 7        A.   -- a new case of breast cancer just
 8    like her?
 9        Q.   Today.
10        A.   No, I would give her paclitaxel.
11        Q.   If --
12        A.   If she had HER2-positive disease, yes,
13    I would give her docetaxel.
14        Q.   Can you say with certainty that
15    Miss Earnest, if she had received paclitaxel,
16    would be alive today?
17            MR. SCHANKER:
18                  Objection, form.
19            THE WITNESS:
20                  No one can say that with
21    certainty.
22    EXAMINATION BY MS. BIERI:
23        Q.   Can you say with certainty that
24    Miss Earnest's hair wouldn't be in the same level
25    of fullness that it is today?
```

1        A.   You can't say that --
2             MR. SCHANKER:
3                  Objection, form.
4             THE WITNESS:
5                  -- with certainty either.
6    EXAMINATION BY MS. BIERI:
7        Q.   Do you agree with me that while
8    docetaxel and paclitaxel are structurally similar,
9    they are not the same drug?
10       A.   They're not the same drug.
11       Q.   They carry different risks and
12   benefits.
13                  Do you agree with that?
14       A.   Yes.  Their side effect profiles are
15   slightly different.
16       Q.   One has been associated with
17   cardiotoxicity more, correct?
18       A.   Yes.
19       Q.   Which one?
20       A.   Paclitaxel.
21       Q.   Has one been associated with cardiac
22   problems more?
23       A.   Paclitaxel.
24       Q.   Has one been associated with neuropathy
25   more?