# EXHIBIT F

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5           Plaintiffs,
 6
 7   VERSUS             CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12           Defendants.
13
14
15
16
17
18              DEPOSITION OF BARBARA EARNEST
19
20       Taken at the Offices of Barrios, Kingsdorf &
21       Casteix, LLP, 701 Poydras Street, Suite 3650,
22       New Orleans, Louisiana, on Thursday, December
23       21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

Page 176

1  MS. BIERI:
2      Q.   Was your goal survival?
3      A.   Yes.
4      Q.   Okay.  Do you remember how many times you
5  met with Dr. Shafor?
6      A.   Before the surgery -- before we had the
7  time for surgery?  Let's see.  Maybe two or three.
8  It wasn't much.  It wasn't that long.  He
9  immediately was going to do the surgery right
10 away.
11     Q.   And you were comfortable with the idea of
12 doing a lumpectomy?
13     A.   Yes, I was.  Very much so.
14     Q.   Do you remember if Dr. Shafor ever gave
15 you any materials to review?
16     A.   No, he didn't.  I can honestly say, I
17 know he didn't.
18     Q.   And you were scheduled to have a
19 lumpectomy with Dr. Shafor, right?
20     A.   Yes, I was.
21     Q.   But you didn't have a lumpectomy with
22 Dr. Shafor?
23     A.   Right, correct.
24     Q.   Can you tell me why the change to
25 Dr. Karlin as a surgeon?

1         So then he started telling me the name of
2    the drugs he was going to give me.  In fact, he
3    called one a Red Devil.  I remember him saying
4    that.
5         Q.   Was that the Adriamycin?
6         A.   Yes.  That just stood in my mind when he
7    called that.  I thought, it must be something bad.
8         Q.   Did he say why he called it the Red
9    Devil?
10        A.   No, he didn't.  He just said, it's known
11   as that.
12        Q.   Did you assume that meant --
13        A.   Something bad, that it made you sicker.
14   You know, I really don't know.  But he seemed real
15   nice.  I liked him for the first visit.  I was
16   understanding what he was telling me.
17             And, like he said, he could have handed
18   -- I'm sure he did hand me out pamphlets, but I
19   just don't know if I kept them all those years.  I
20   really doubt it.  I may have looked at them and
21   then (indicating), okay, I don't need that.  I
22   was --
23        Q.   Did he discuss options with you or did he
24   -- did he discuss options with you?
25        A.   Oh, different drugs to pick, you mean?

1  Options of what?
2      Q.  Options of treatment.
3      A.  No.  He told me the drugs he was going to
4  give me, and that was it.
5      Q.  And did he tell you Adriamycin, Cytoxan
6  and Taxotere?
7      A.  Yes.
8      Q.  Did he talk to you about the risks and
9  benefits of chemotherapy?
10     A.  He did.  He told me I would get -- it
11 would make me nauseated, it would put sores in my
12 mouth.  I would lose fingernails, toenails, lose
13 my hair.  And in the same breath, he says, but it
14 will grow back.  I said, okay.  He says, in fact,
15 he says, it may come back curly.  I said, oh,
16 great, I want curly hair, you know.  I have
17 straight hair.  I want curly hair for a change.
18 He told me it could come back a different color.
19 And --
20     Q.  Did he tell you if it could come back a
21 different texture?
22     A.  Yes.
23     Q.  Do you remember what he said in that
24 regard?
25     A.  It could be thick.  It could come back

Page 198

1  A.  For each chemo, right.
2  Q.  Do you remember if he told you that you
3  would take Adriamycin and Cytoxan for four cycles,
4  and then that would be followed by four cycles of
5  Taxotere?
6  MR. SCHANKER:
7       Objection, form.
8  A.  Yes.
9  MS. BIERI:
10  Q.  Can you tell me what Dr. Carinder told
11  you regarding the chemotherapy regimen timing?
12  MR. SCHANKER:
13       Objection, form.
14  A.  What do you mean by that, the regimen
15  timing?
16  MS. BIERI:
17  Q.  Did he tell you that you would take
18  certain of the drugs first?
19  A.  Yes.  He did mention those first two, and
20  then the Taxotere was the last one.  I'd have four
21  of those.  But there was no break in between.
22  They immediately went from those four to those
23  four.
24  Q.  And when you are saying "those four," you
25  mean the cycles?

```
 1       A.   Yes.
 2       Q.   And the first two chemotherapy agents
 3  that you had were Adriamycin and Cytoxan, correct?
 4       A.   Yes.
 5       Q.   And those were administered on the same
 6  day for each of the four cycles, correct?
 7       A.   Yes.
 8       Q.   And after you finished four cycles of
 9  Adriamycin and Cytoxan, you went into four cycles
10  of Taxotere, correct?
11       A.   Correct.
12       Q.   I should say Docetaxel.
13       A.   Yes.
14       Q.   Did you trust Dr. Carinder?
15       A.   Yes.  You trust most of your doctors.
16       Q.   Did you get a second opinion after you
17  met with Dr. Carinder?
18       A.   No.
19       Q.   And you followed his recommendation,
20  correct?
21       A.   Yes.
22       Q.   Did you discuss with Dr. Carinder dose
23  dense chemotherapy?
24  MR. SCHANKER:
25            Objection to form.
```