# EXHIBIT I

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 _____
                                )
 IN RE:  TAXOTERE (DOCETAXEL)  )MDL No. 2740
 PRODUCTS LIABILITY LITIGATION)
                                )Section:  H
 This Document Relates to:     )
                                )
 Antoinette Durden,             )
 Case No. 2:16-cv-16635;        )
 Tanya Francis,                 )
 Case No. 2:16-cv-17410;        )
 Barbara Earnest,               )
 Case No. 2:16-cv-17144         )
 _____)




   VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
                Costa Mesa, California
               Monday, December 3, 2018
                      Volume I




 Reported by:
 DENISE BARDSLEY
 CSR No. 11241
 Job No. 3134931

 PAGES 1 - 314
```

Page 65

1   Q   And so what purpose did Deposition Exhibit
2   Number 8 serve?
3   A   So as I tried to search all of this and
4   develop it myself, I believe -- I assume Dr. Feigal
5   did this, but this helped me summarize the main time
6   points of when things were on the label and when
7   they were changed --
8   Q   And with regard to --
9   A   -- how it was described.
10  Q   Sorry.
11      With regard to Deposition Exhibit Number 8,
12  when did you first receive that document?
13  A   I believe yesterday.
14  Q   So when you prepared your expert report in
15  this case, you did not have Exhibit Number 8,
16  correct?
17  A   Correct.
18  Q   And when you prepared your expert report in
19  this case --
20  A   This isn't my scope.  The label is not my
21  scope of work.
22  Q   Fair enough.
23      Counsel, do you have a copy of -- of her
24  report?  I can give you one if you need one.
25      MR. THORNTON:  I could use one.  I don't

1              And by 1992 I started in some leadership
2      role there and then slowly progressed on.
3              We then were hired by a cancer center in
4      Pomona to lead the cancer center as the assistant
5      director, the director of the cancer center,
6      bringing breast cancer expertise and psychosocial
7      oncology and research, clinical research, to the
8      bedside where people lived.
9          Q   And it's fair to say that you've been
10     involved in breast cancer treatment since the '80s,
11     correct?
12         A   Yes.
13         Q   How has breast cancer treatment changed
14     since when you first entered the profession until
15     today?
16         A   It's changed so substantially.  It is
17     probably one of the greatest markers of oncology
18     progress, if you look at breast cancer.
19             So if you summarize, back in the '80s there
20     were a couple of drugs for breast cancer,
21     Adriamycin, Cytoxan, 5-FU, three big drugs.  And
22     everybody got the same drugs.  And way back then
23     there was the beginning of the impact of clinical
24     trials through the NSABP, the National Surgical
25     Adjuvant Breast and Colon Project that really put

1    Q   You certainly would agree that it's
2  possible that these three women are here and alive
3  today because they received systemic treatment for
4  their cancer that included Taxotere?
5         MR. THORNTON:  Objection to form.
6         THE WITNESS:  Yes, I would agree to that
7  statement.
8  BY MR. STRONGMAN:
9    Q   And, Doctor, you know what speculation is,
10 correct?
11   A   Yes.
12   Q   Okay.  And we've talked about, looking
13 backwards, what we know and don't know.  We've had
14 this conversation a couple of times.
15        Do you know what I'm talking about?
16        MR. THORNTON:  Objection; form.
17        THE WITNESS:  I don't really know
18 specifically what you are talking about.  We've had
19 a lot of conversations.  So which -- how can I help?
20 BY MR. STRONGMAN:
21   Q   In your report you specifically offer
22 opinions about offering these patients other
23 alternatives back in the time frames when they were
24 prescribed their chemotherapy treatment, correct?
25   A   Yes.