UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144

DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
ON STATUTE OF LIMITATIONS GROUNDS
AGAINST PLAINTIFF BARBARA EARNEST

　　　　Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi") hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

*Background*

　　　　1.　　Plaintiff Barbara Earnest filed suit against Sanofi on December 12, 2016.  PFS § I.4.

　　　　2.　　Ms. Earnest was born on November 20, 1950 in New Orleans, Louisiana.  *See* Barbara Earnest Fourth Amended Fact Sheet ("PFS"), attached as **Exhibit B** to Motion, at § II.15.

　　　　3.　　She married Ralph Earnest on September 1, 1972.  *Id.* at § II.3.

　　　　4.　　They had two children.  *Id.* at § IV.7.

*Breast Cancer Diagnosis and Treatment*

　　　　5.　　In February 2011, at age 60, Ms. Earnest was diagnosed with breast cancer.  *Id.* at § V.5.

　　　　6.　　Before receiving any chemotherapy treatment, Ms. Earnest met with a surgeon, Dr.

Celeste Lagarde.  Barbara Earnest Dep. Tr., attached as **Exhibit C** to Motion, at 168:12–25. Celeste Lagarde Dep. Tr., attached as **Exhibit G** to Motion, at 36:12–37:5.

7. Dr. Lagarde provided Ms. Earnest a patient handbook titled "Breast Cancer Treatment Handbook."  Celeste Lagarde Dep. Tr., at 60:17–61:1.

8. **Exhibit H** to Defendants' Motion is a true and correct copy of the patient handbook provided by Dr. Lagarde to Ms. Earnest.

9. Under side effects of Taxotere (docetaxel), the patient handbook states: "rare reports of permanent hair loss."  Breast Cancer Treatment Handbook, at p. 195 (PPR_1972).

10. Ms. Earnest then decided to see a different surgeon, who ultimately performed surgery on her breast.  Barbara Earnest Dep. Tr., at 170:21–171:6.

11. Ultimately, Ms. Earnest underwent surgery, radiation, and chemotherapy to treat her cancer.  PFS § V.3.

12. The oncologist that prescribed her chemotherapy was Dr. James Carinder.  PFS § V.5.

13. As part of her chemotherapy treatment, Dr. Carinder prescribed doxorubicin (Adriamycin), cyclophosphamide (Cytoxan), and docetaxel (Taxotere) for Ms. Earnest.  *Id.* at § V.12.

14. Dr. Carinder discussed the side effects and risks of chemotherapy with Ms. Earnest and her husband, Ralph Earnest.  Barbara Earnest Dep. Tr., at 191:8–19; Ralph Earnest Dep. Tr., at 147:1–4.

15. Ralph Earnest testified that Dr. Carinder said "it was possible [Ms. Earnest's hair] would never grow back."  Ralph Earnest Dep. Tr., at 147:24–148:2.

16. On March 31, 2011, both Ms. Earnest and her husband signed the chemotherapy

consent form. Hematology & Oncology Specialists, LLC, Chemotherapy Consent, attached as **Exhibit E** to Motion.

17. The chemotherapy consent formed signed by Ms. Earnest and her husband specifically states that "hair loss" is a side effect of chemotherapy. *Id.*

18. By signing the chemotherapy consent form on March 31, 2011, Ms. Earnest certified that she read and understood that hair loss was a risk of chemotherapy. *Id.*

19. The chemotherapy consent formed Ms. Earnest and her husband signed specifically lists the chemotherapy medicines Ms. Earnest was prescribed including Taxotere. *Id.*

20. By signing the chemotherapy consent form on March 31, 2011, Ms. Earnest certified that she "underst[ood] there [was] a risk of very uncommon, rare, or previously unknown side effects developing because of the use of these drugs." *Id.*

21. By signing the chemotherapy consent form on March 31, 2011, Ms. Earnest certified that she had "been given specific drug information with potential side effects regarding" Taxotere. *Id.*

22. Before starting her chemotherapy regimen, Ms. Earnest wrote down the chemotherapy medicines she was taking, including Taxotere, in a personal journal she kept in her purse until 2017. Barbara Earnest Dep. Tr., at 52:3–24; 73:16–19.

23. **Exhibit F** to Defendants' Motion is a true and correct copy of Ms. Earnest's personal journal that she kept in her purse from 2011 to 2017.

24. Ms. Earnest underwent chemotherapy treatment from June 2011 to August 2011. PFS § V.12.

25. She completed chemotherapy treatment on August 24, 2011. *Id.*

26. Today, Ms. Earnest is cancer free. *Id.* at § VI.2.

*Alleged Injury*

27. Alopecia or hair loss is a well-known side effect of chemotherapy and has always been in Taxotere's FDA-approved labeling. *See, e.g.*, Second Amended Master Long Form Complaint (Rec. Doc. 4407) ("AMC") at ¶¶ 129; 135; 174.

28. Ms. Earnest alleges injuries resulting from her use of Taxotere in 2011. *See* AMC at ¶ 8; Amended Short Form Complaint (No. 2:16-cv-17144, Rec. Doc. 5) ("SFC") at ¶ 10.

29. She alleges that she suffered permanent, disfiguring hair loss after her Taxotere treatment in 2011. *See* SFC at ¶ 12; PFS at §§ VI.5, VII.3.

30. Ms. Earnest alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." *See id.* at ¶ 181.

31. She claims that she has suffered permanent or persistent hair loss of her scalp and significant thinning of the hair since February 2012. *See* PFS at § VI.5.

32. Ms. Earnest claims that since February 2012 she has had visible bald spots on her head no matter how she styles her hair. *See id.* at § VI.5.

33. Ms. Earnest claims that, as of the date of her verified PFS, she has had alopecia or incomplete hair re-growth for approximately five (5) years. *See id.* at § VII.23.

34. Ms. Earnest alleges that she has struggled to return to normalcy and that she is "stigmatized with the universal cancer signifier—baldness—long after [she] underwent cancer treatment, and [her] hair loss acts as a permanent reminder that [she is] a cancer victim[]." AMC at ¶ 6.

35. She alleges that the permanent change in her hair has altered her self-image, negatively impacted her relationships and others' perceptions of her, and led to social isolation and

4

depression. *Id.* at ¶ 6.

36. Ms. Earnest claims that "[a]lopecia symbolizes cancer identity and treatment." *Id.* at ¶¶ 216.

37. And she alleges that "women who suffer from alopecia have a heightened awareness of their appearance" and alopecia can "heighten an individual's everyday awareness that she has or had cancer." *Id.* at ¶¶ 216–17, 6.

38. Ms. Earnest does not allege that her injury was hidden or latent.

### *Failure to Investigate Claim*

39. About six months after her last treatment with Taxotere, Ms. Earnest asked Dr. Carinder about her lack of hair regrowth because she "thought it should be growing back by then." Barbara Earnest Dep. Tr., at 81:7– 82:16.

40. Ralph Earnest was surprised that Ms. Earnest's hair had not grown back as expected by 2012. Ralph Earnest Dep. Tr. 138:11–13.

41. In February 2012, Ms. Earnest thought that the condition of her hair growth or lack thereof was due to chemotherapy. Barbara Earnest Dep. Tr., at 83:14–18; 92:2–9.

42. Ms. Earnest has never thought that her hair loss was due to anything other than chemotherapy. Barbara Earnest Dep. Tr., at 240:18–20.

43. Ms. Earnest never talked to Dr. Carinder, or any other healthcare provider, about her lack of hair regrowth until after filing this lawsuit. Barbara Earnest Dep. Tr., at 240:21–241:9; PFS § VI.6–8.

44. Ms. Earnest sought no treatment for her hair loss until after filing this lawsuit. Barbara Earnest Dep. Tr., at 240:21–241:9; PFS § VI.6–8.

### *Lawsuit*

45. Ms. Earnest acknowledges that alopecia or hair loss is a well-known side effect of chemotherapy and has always been in Taxotere's FDA-approved labeling. *See, e.g.*, AMC at ¶¶ 129; 135; 174.

46. She alleges that permanent or persistent alopecia has been discussed in various public forms since 1999. *See id.* at ¶¶ 149–162; 180–187.

47. And she alleges that her injuries occurred in May 2011 and February 2012. *See* PFS at § VI.5.

48. Yet, Ms. Earnest filed suit against Sanofi on December 12, 2016 after hearing about plaintiffs' law firm advertisements from her brother. Barbara Earnest Dep. Tr., at 23:10–18.

Date:  February 5, 2019

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA  70130
        Telephone: 504-310-2100
        Facsimile:  504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile:  816-421-5547
        hratliff@shb.com
        abyard@shb.com

        ***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*