# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5          Plaintiffs,
 6
 7   VERSUS            CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12          Defendants.
13
14
15
16
17
18            DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

```
1       A.    When we ate.
2       Q.    The gumbo?
3       A.    Yes.
4       Q.    And did you discuss your case over the
5    gumbo?
6       A.    No.
7       Q.    You mentioned that you gave approximately
8    100 pages of records to your lawyers.  When do you
9    think that you did that?
10      A.    I'm trying to think.  I know it was in
11   2016 -- I'm not sure of the month -- when I
12   contacted them to have them -- because I didn't
13   even know about this.  It was through my brother,
14   that he seen their advertisement on TV about
15   Taxotere.  And he called me, and then I got in
16   touch with the lawyer.  And then that's when I
17   sent information, what ever I had, I sent it to
18   them.
19      Q.    And you didn't make copies to keep for
20   yourself?
21      A.    No.
22      Q.    Did you have any information or documents
23   related to your cancer treatment or diagnosis in
24   any way that you didn't provide to your lawyers?
25      A.    No.
```

```
                                              Page 52
 1   wrote in the journal from front to back, correct?
 2        A.   Correct.
 3        Q.   So things that are towards the front of
 4   the journal were recorded before things later in
 5   the journal, correct?
 6        A.   Correct.
 7        Q.   And this Exhibit 2, the original of this
 8   Exhibit 2, is something that you provided to your
 9   lawyers, correct?
10        A.   Yes, correct.
11        Q.   Where did you keep what has been marked
12   as Exhibit 2 prior to handing it to your lawyers
13   -- or giving it to your lawyers in some fashion?
14        A.   In my purse, with me at all times.
15        Q.   Since 2011?
16        A.   This?
17        Q.   Yes.
18        A.   You asked me if I kept -- where did I
19   keep this book?
20        Q.   Yes.
21        A.   In my purse.
22        Q.   From 2011 until the day you gave it to
23   your lawyers, in your purse?
24        A.   Yes.
25        Q.   Why did you always keep it in your purse?
```

800-227-8440                                         973-410-4040

1    Q.   Where does Jules live?
2    A.   In Montague.  Like out of Houma, if you
3  recognize Houma.
4    Q.   What is Jules' date of birth,
5  Mr. LeBlanc's date of birth?
6  MR. SCHANKER:
7         Objection to form.
8    A.   Oh, let's see.  1936.
9  MS. BIERI:
10   Q.   Tell me about that conversation that you
11 had with Jules.
12   A.   Well, he called me one day --
13   Q.   Do you mind if I say Jules?  I can say
14 Mr. LeBlanc.
15   A.   Sure.  He called me one day and asked me
16 if I seen the advertisement about a drug that's
17 causing baldness.  And I said, no.  What are you
18 talking about?
19        And he says, well, I don't know if you
20 took it, but -- because he knows my hair is not --
21 didn't grow back yet.  And so when he told me the
22 drug, I recognized the name.  So I looked in my
23 records, and I did have that name in there.
24   Q.   And when you -- and were the records that
25 you looked at Exhibit 2?

Page 73

1	A.	Yes.
2	Q.	And then on the right-hand side of the
3	page, I believe, "first chemo and blood work
4	4/18/11."
5		Correct?
6	A.	Correct.
7	Q.	Were -- with regard to Page 50 of Exhibit
8	2 -- and when I say 50, I mean what is Bates
9	labeled as PPR 00050 -- do you think that you
10	first wrote on this page -- or these two pages on
11	April 18th of 2011?
12	MR. SCHANKER:
13		Objection, form.
14	A.	Yes.  That's when that was written.
15	MS. BIERI:
16	Q.	So turning back now to what is marked as
17	PPR 000048, do you think that you wrote the word
18	"Taxotere" before 4/18 of 2011?
19	A.	Yes.  Yes.
20	Q.	Okay.  Turning back to the conversation
21	you were telling me about with your brother,
22	Mr. LeBlanc, do you remember anything else about
23	that conversation?
24	A.	No.
25	Q.	Did he mention the name of the drug that

1            Objection to form.
2       A.   Not really.  Other than Dr. Carinder,
3   when I asked him about my hair loss.  He just
4   said, it's going to grow back.  It takes time.
5   And I --
6   MS. BIERI:
7       Q.   Are you saying that you have a
8   recollection of discussing your hair loss with
9   Dr. Carinder?
10  MR. SCHANKER:
11           Objection to form.
12      A.   Or just asking him about it, you know,
13  when is it going to grow back.
14  MS. BIERI:
15      Q.   When did you have that conversation?
16      A.   I don't know.
17      Q.   Was it when you were in chemotherapy?
18      A.   It was after chemo.  So it had to be
19  after 2011, November, because I know it was at the
20  end of November, I took my last chemo in November.
21  Or last radiation, because after the chemo was the
22  radiation.
23      Q.   So do you think it was while you were in
24  radiation?
25      A.   No.  It was after that.

Page 82

1    Q.   Okay.  I'm sorry.  I misunderstood.
2         And what is your -- do you think it was
3    in 2012?
4    A.   '12, yes.
5    Q.   Do you think it was in the early part of
6    2012?
7    A.   Uh-huh.  Yes.
8    Q.   Do you have a recollection of what month?
9    A.   Not -- probably the -- say, February,
10   March.  I know it was early in the year because I
11   was just waiting for it to start growing back.
12   Q.   Because you thought it would --
13   A.   I --
14   Q.   You thought it should be growing back by
15   then, correct?
16   A.   Sure.  Correct, yes.
17   Q.   And what is your recollection of what
18   Dr. Carinder told you?
19   A.   That it's going to come back.  It just
20   takes time.  So I just kept waiting.
21   Q.   Did he give you any specific timeframe?
22   A.   No, he didn't.
23   Q.   Did you ask for a specific timeframe?
24   A.   No, I didn't.
25   Q.   And did he -- at the time that you had

1  that conversation with Dr. Carinder in February or
2  March of 2012, did you attribute the condition of
3  your hair to chemotherapy?
4  MR. SCHANKER:
5      Objection, form.
6    A.  No.  Did I think that my hair loss was
7  because of chemo?
8  MS. BIERI:
9    Q.  Uh-huh.
10   A.  Oh, definitely then, yes, because I was
11 told I was going to lose my hair.
12   Q.  And then you did lose your hair.
13   A.  Yes.
14   Q.  In February or March of 2012, when you
15 talked to Dr. Carinder, you assumed that the
16 condition of your hair growth or lack thereof was
17 due to chemo?
18   A.  Right.
19   Q.  Is that right?
20   A.  Yes.  Yes.
21   Q.  Is it your understanding that you took
22 three chemotherapy drugs?
23 MR. SCHANKER:
24     Objection, form.
25   A.  Yes.  What I have written in my book are

Page 92

1  MS. BIERI:
2     Q.   We're talking about different things.
3  I'm just asking -- I'm asking you, at the time
4  that you spoke with Dr. Carinder in early 2012,
5  you thought that the condition of your hair was
6  because of a chemotherapy agent, correct?
7  MR. SCHANKER:
8          Objection, form.
9     A.   Right.
10 MS. BIERI:
11    Q.   Did you -- and we've established that you
12 took three chemotherapy drugs, correct?
13    A.   Correct.
14    Q.   At that time, did you have a thought that
15 it was a specific one of those, or just a
16 chemotherapy, one of the three?
17 MR. SCHANKER:
18          Objection, form.  Asked and answered.  A
19 compound question, vague, and misstates --
20 MS. BIERI:
21          Can you just say "form," Mr. Schanker,
22 under deposition protocol, please?
23    A.   I didn't think about it being one or all
24 three.  I really didn't -- I just knew that it was
25 the chemo that did it.

Page 168

1  to do surgery. And that's what scared me.
2      Q.  So can you remember -- you and your
3  sister are there.
4      A.  And my husband.
5      Q.  And your husband.
6      A.  Yes.
7      Q.  And you are talking to Dr. Schultis.
8      A.  Uh-huh.
9      Q.  See has the films up. And what did she
10 say?
11     A.  Well, it was Dr. Lagarde, the surgeon.
12     Q.  Okay. I didn't appreciate that. Did you
13 speak -- and I'll represent to you, my notes have
14 the appointment date as February 7th, but did you
15 see Dr. Schultis that day, as well?
16     A.  I don't think I seen her. She was
17 supposed to be the doctor that I was going to see,
18 but since I seen the practitioner, and they
19 immediately sent me for a mammogram and a -- I
20 don't even remember seeing Dr. Schultis. Like I
21 say, I seen him the next day or a few days later,
22 I seen Lagarde, and she's the surgeon.
23     Q.  And Lagarde was the one who told you that
24 it was cancer?
25     A.  Yes.

Page 170

1  Q.   You were just thinking about your cancer.
2  A.   Right, you know.  And she just didn't
3  really relate and say, well, it's not a -- she
4  didn't even tell me what stage it was in, as far
5  as stages.
6       To me, when I hear removal of breast, I'm
7  thinking third and fourth stage.  I'm not thinking
8  first stage.  And that's what I consider myself
9  being in because I didn't have it that -- or I
10 don't know how long I had it before I found it.
11 Q.   So when Dr. Lagarde was talking about
12 removing, I think you said fat, was it with the
13 idea of doing reconstruction with it?
14 A.   Yes.
15 Q.   Or just turning it into a different kind
16 of surgery?
17 A.   No.  She was talking about
18 reconstruction, removing my breasts and making new
19 breasts.
20 Q.   Did she offer you any other options?
21 A.   No.  That's what I'm saying.  To me, she
22 didn't.  Now, maybe I'm hearing wrong, and I'm all
23 upset.  But I left there thinking, I don't know if
24 I'm doing this.  I told my husband, he said, well,
25 you've got to do it.  I said, no, I don't have

1   time to do anything.  I don't want to do it.  And
2   that's how I put it to him in the car.
3           And I said, I'm going for a second
4   opinion.  I need a second opinion.  I said, I
5   don't care if the insurance pays for it or don't
6   pay for it, I'm going for a second opinion.
7           So that's when I decided to go to Miller,
8   and then he sent me to do all kind of tests, and
9   he sent me to his -- to do the surgery was Shafor.
10       Q.   And you had seen Shafor before, right?
11       A.   Yes, for the gallbladder, so I knew him.
12       Q.   Was there any discussion of chemotherapy
13   with Dr. Lagarde?
14       A.   No, because she even said that if they
15   remove the breasts, I wouldn't have to go to chemo
16   and radiation.
17       Q.   Then you go see Dr. Shafor.
18       A.   Uh-huh.
19       Q.   What do you recall about your
20   appointment, your first appointment in February of
21   2011 with Dr. Shafor?
22       A.   I told him that I found a lump, how I
23   found it.  And he did more tests.  In fact, he
24   even -- they even did a biopsy on it.  And then
25   did -- the mammogram showed cloudy on the right

Page 191

1  Options of what?
2      Q.   Options of treatment.
3      A.   No.  He told me the drugs he was going to
4  give me, and that was it.
5      Q.   And did he tell you Adriamycin, Cytoxan
6  and Taxotere?
7      A.   Yes.
8      Q.   Did he talk to you about the risks and
9  benefits of chemotherapy?
10     A.   He did.  He told me I would get -- it
11 would make me nauseated, it would put sores in my
12 mouth.  I would lose fingernails, toenails, lose
13 my hair.  And in the same breath, he says, but it
14 will grow back.  I said, okay.  He says, in fact,
15 he says, it may come back curly.  I said, oh,
16 great, I want curly hair, you know.  I have
17 straight hair.  I want curly hair for a change.
18 He told me it could come back a different color.
19 And --
20     Q.   Did he tell you if it could come back a
21 different texture?
22     A.   Yes.
23     Q.   Do you remember what he said in that
24 regard?
25     A.   It could be thick.  It could come back

Page 240

1      A.   No.
2      Q.   But you are claiming the reduction of
3  hair on your scalp as damage in this litigation?
4      A.   Yes.
5      Q.   Okay.  I understand.  Any damages for
6  loss of ear hair?
7      A.   No.
8      Q.   If you -- I don't even know if you had
9  loss of ear hair during -- did you have loss of
10 ear hair during chemotherapy?
11     A.   I don't think I've even had ear hair.
12     Q.   Okay.  Did you have loss of nasal hair
13 during chemotherapy?
14     A.   No.
15     Q.   You are not claiming that in this
16 litigation?
17     A.   No.
18     Q.   Have you ever thought that your hair loss
19 is due to anything other than chemotherapy?
20     A.   No, I haven't.
21     Q.   Other than Dr. Carinder in February or
22 March of 2012, have you ever discussed hair loss
23 with any other healthcare provider?
24     A.   No.
25     Q.   Have you ever sought any diagnosis for

Page 241

1   what is causing your hair loss?
2        A.   No.
3        Q.   Have you ever tried anything to see if
4   you can get your hair to regrow?
5        A.   No.
6        Q.   No prescription medications?
7        A.   No.
8        Q.   No over-the-counter medications?
9        A.   No.
10       Q.   I want to talk to you a little bit about
11  how you styled your hair over the years.
12       A.   Uh-huh.
13       Q.   Earlier in the deposition, you told me
14  that right before -- I believe you told me that
15  right before chemotherapy, your hair was at your
16  ears; is that correct?
17       A.   Correct.
18       Q.   Tell me how you would style your hair
19  right before chemotherapy.  You know, what did a
20  day look like when you were -- in terms of hair
21  care?
22       A.   It was short, and it went -- I could
23  either wear it in front of my -- like a pixie
24  style cut or something.  I could either wear it
25  coming forward or wear it behind my ears to show