# EXHIBIT D

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4               NO. 2:16-cv-17731

5

6            BARBARA EARNEST, Plaintiff

7

8                   VERSUS

9

10      SANOFI S.A., SANOFI-AVENTIS US. L.L.C.,

11            SANOFI US SERVICE, INC., and

12         AVENTIS-PHARMA S.A., Defendants,

13

14

15        Deposition of RALPH L. EARNEST, SR.,

16     2313 Pelican Street, Slidell, Louisiana 70460,

17     taken in the offices of Gainsburgh, Benjamin,

18     David, Meunier & Warshauer, 1100 Poydras

19     Street, Suite 2800, New Orleans, Louisiana

20     70163-2800 on Monday, April 16, 2018.

21

22

23

24

25     Job No. NJ2863167

1   Q. So at what point were you surprised?

2          At what point did --

3   A. I don't know if you are talking about in terms

4      of years or months or whatever.

5          I would think that -- After this occurred

6      in 2011, I would think somewhere in maybe '13

7      or '15 -- somewhere in the range of '13, '14,

8      or '15, the hair would come back to some

9      better -- better -- I don't know -- more hair

10     than what she has now.

11  Q. So it surprised you when her hair did not come

12     back more than it is now by 2012?

13  A. That's correct.

14         MR. SCHANKER:

15             Objection to form.

16  EXAMINATION BY MR. HARMON:

17  Q. Did it surprise you that her hair did not come

18     back more than she has now in 2013?

19  A. Correct.

20         MR. SCHANKER:

21             Objection to form.

22  EXAMINATION BY MR. HARMON:

23  Q. Were you surprised by the level of hair

24     regrowth -- Strike that.

25         Were you surprised by the level of hair

```
 1   Q. At that meeting Dr. Carinder talked about some
 2       of the side effects that might be anticipated
 3       with the use of Taxotere.  Is that right?
 4   A. Yes.
 5           MR. HARMON:
 6               Object to form.
 7   EXAMINATION BY MR. SCHANKER:
 8   Q. And one of those side effects you mentioned
 9       was hair loss.  Correct?
10   A. Correct.
11           MR. HARMON:
12               Object to form.
13   EXAMINATION BY MR. SCHANKER:
14   Q. Did Dr. Carinder tell you that your wife's
15       hair would most likely fall out as a result of
16       using the chemotherapy?
17   A. Yes.
18   Q. Did Dr. Carinder tell you that your wife's
19       hair would grow back after the use of the
20       chemotherapy?
21           MR. HARMON:
22               Object to form.
23   EXAMINATION BY MR. SCHANKER:
24   Q. Did he explain to you that her hair would grow
25       back after using chemotherapy?
```

```
1    A. He said it was possible it would never grow

2       back.

3    Q. Okay.  Did Dr. Carinder say to you your hair

4       will grow back, Barbara, after you are done

5       with the chemotherapy?

6          MR. HARMON:

7              Object to form.

8          THE WITNESS:

9              No, he didn't say it like that.

10   EXAMINATION BY MR. SCHANKER:

11   Q. What did he say to you?

12   A. He just said that your hair possibly could

13      grow back.  It may be a different texture.

14   Q. So he said it was going to grow back, but it

15      could grow back differently?

16   A. Yes.

17         MR. HARMON:

18             Object to form.

19         THE WITNESS:

20             Yes.

21   EXAMINATION BY MR. SCHANKER:

22   Q. Did he say to Barbara your hair will never

23      grow back, Barbara, there's a risk of that?

24         MR. HARMON:

25             Object to form.
```