# EXHIBIT E



EXHIBIT 2



# Hematology & Oncology Specialists, LLC
## Chemotherapy Consent

In maintaining compliance with the Louisiana law of informed consent, you are being asked to sign a confirmation that we have discussed all applicable information regarding chemotherapy treatment. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully, ask about anything you do not understand, and we will be pleased to explain.

Chemotherapy is the use of medications, either alone or in combination, in order to destroy or control cancer cells. These drugs may affect normal cells as well as malignant cells. Because of potential damage to normal cells, side effects may occur. Side effects from chemotherapeutic agents may include hair loss, nausea and vomiting, mouth ulcers, inflammation of the lining of the intestinal tract, decreased blood counts with increased risk of infection, bleeding or anemia, potential need for red cell or platelet transfusion, weakness and malaise, shortness of breath, irritation of vein and skin at insertion sites, ulceration of the skin, and potentially life threatening damage to such vital organs as the heart, lungs, liver, and kidneys. In addition, it is possible that these medications may result in death, brain damage, quadriplegia (paralysis of all arms and legs), paraplegia (paralysis of legs), loss of an organ or function of an organ, and loss of an arm or leg or function of an arm or leg.

I hereby acknowledge that Dr. __Carrol__ has provided detailed explanation of the chemotherapy treatment, the possible side effects, alternative therapies, the possibility of complications and risks associated with receiving chemotherapy. I understand that drugs used in my treatment are selected based on features of my individual tumor and my general health and metabolic state. I understand that drugs used in my treatment are being used to try to produce a beneficial effect (palliative, remission or cure) though such a result cannot be guaranteed. I understand there is a risk of very uncommon, rare, or previously unknown side effects developing because of the use of these drugs.

I acknowledge that I have been given specific drug information with potential side effects regarding the specific chemotherapeutic drugs listed below.

| | Medication | Initials |
|---|---|---|
| 1. | Adriamycin | BE |
| 2. | Cytoxan | BE |
| 3. | Taxotere | BE |
| 4. | Neulasta | BE |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

Page 1 of 2

## Hematology & Oncology Specialists, LLC
## Chemotherapy Consent

The medications which I received are all licensed by the United States Food and Drug Administration and do not fall in the category of research, experimental, or investigational agents. I understand that my physician is free to discontinue permanently or temporarily the treatment at his/her discretion. I understand that I am also able to withdraw my consent and stop treatment at any time with my written instructions to my physician without jeopardizing my relationship with my physician.

I hereby release Dr. __Carinci__, associates, _____ (hospital), its agents and employees, from liability associated with the administration of cancer chemotherapy. I hereby bind my heirs and estate to indemnify and hold harmless the above named physician and hospital against claims for injury or wrongful death which may occur as a result of the administration of cancer chemotherapy. Chemotherapy may be administered in an open area (room) where other patients and a family member may be present.

I certify with my signature that I have read and fully understand the above consent and that I have had an opportunity to ask questions of my physician regarding the consent, the specific chemotherapy, and known hazards. I further acknowledge that I am signing this consent on my own free will.

X _Barbara Earnest_  
Signature of patient/guardian (relationship)

Date 3/31/11

_Ralph L Earnest_  
Signature of witness

Date 3/31/11

Signature of physician  
_Lisa Lenzato, RN_  
Signature of nurse

Date

Date 3/31/11