# EXHIBIT F



Medicines
Port
Adriamycin - red liquid
Cytoxan
Taxotere

Shot
Neulasta -

Pills
Emend 1 - 125 mg 1st
Emend 1   80 mg 2nd 3rd
Dexamethasone 4MG 2nd + 3rd
Prochlorper. 10MG nausea
Zofran 8MG nausea

Earnest, Barbara (Doc ID 1798) - PPR 000048