# EXHIBIT G

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * * * * * * * * *

5    BARBARA EARNEST

6        Plaintiff,

7

     VERSUS                    CASE NO. 2:16-cv-17731

8

     SANOFI S.A., SANOFI-AVENTIS

9    U.S. L.L.C., SANOFI US

     SERVICE, INC., and

10   AVENTIS-PHARMA S.A.,

11       Defendants.

12   * * * * * * * * * * * * * * * * * * * * * * * *

13

14

15

16          Videotaped Deposition of MARIE CELESTE

17   LAGARDE, MD, taken at the office of Dr. Lagarde, 110

18   Lakeview Circle, Suite 200, Covington, Louisiana 70433,

19   on Thursday, November 1st, 2018, at 3:55 p.m.

20

21

22

23

     Job No. NJ3063922

24   By:  Ashlee B. Ancalade

25   Registered Professional Reporter

1       Q    Do you have knowledge of any other contact

2    that anyone in your office had with her?

3       A    No.  I do not.

4       Q    So according to what you know, this is the

5    only -- this is -- these records document the only

6    interactions you are aware of --

7       A    Correct.

8       Q    -- between you or anyone in your office and

9    Ms. Earnest?

10      A    Yes.

11      Q    In what capacity did you treat Ms. Earnest?

12      A    The patient came to see us on February 11th,

13   2000 -- I mean, February 7th, 2011, with an abnormal

14   mammogram done at Lakeview Regional Medical Center on

15   February 4th, 2011.  She had a dominant mass at the

16   left breast, three o'clock position.

17           We have our own ultrasound machine.  I did an

18   ultrasound examination.  She had a -- over the palpable

19   mass, she had a hypoechoic 1.5-centimeter mass with

20   increased blood flow on Doppler examination, consistent

21   with a breast carcinoma.  So on physical exam and

22   Doppler -- I mean, on ultrasound exam, it was very high

23   index of suspicion.

24           So we did an ultrasound-guided Tru-Cut

25   biopsy, placed a clip in the specimen and sent that

Page 37

1   biopsy to Lakeview -- I believe it was Lakeview -- to

2   the pathology department.  And that return -- that was

3   done on February 7th, and that came back infiltrating

4   ductal carcinoma, intermediate high-grade

5   micropapillary patterns, ER/PR-positive.

6        Q    Okay.  Did you make recommendations to

7   Ms. Earnest in consideration of the results of the

8   biopsy or treatment?

9        A    Although I don't remember the exact visit, it

10  is my practice when I see something that's this

11  obvious, I -- we tell the patient that if the biopsy

12  showed anything other than carcinoma, I would doubt the

13  biopsy.  I was that convinced that this was an

14  infiltrating ductile carcinoma.

15             She had an insurance issue.  She had been

16  sold a policy that only covered $1,000 for medical

17  issues, and so for us to treat her would have been

18  difficult.  We did tell her that we could get a PET CT

19  scan, and it was my understanding she paid cash for

20  that.

21             A PET CT scan is a scan where you're injected

22  with radioactive glucose and then you drink the

23  contrast.  So you get a CT scan of the breast plus

24  radioactive glucose.  Cancer cells take glucose up more

25  than regular cells, and so we see the cancer -- we do

Page 60

```
 1   markers, they can -- excuse me.
 2           The other thing I like to show them is
 3   whether -- when they're trying to decide if they want
 4   lumpectomies or mastectomies, there's a checklist and
 5   they can go through that.
 6       Q    So you -- you selected this book to provide
 7   to patients who are going through cancer; is that
 8   correct?
 9       A    Yeah.
10       Q    Do you regularly provide this book?
11       A    Yes.
12       Q    Do you still provide this book to your
13   patients?
14       A    A new edition.
15       Q    A newer edition of this book?
16       A    Yes.
17       Q    Did you provide this book to patients at the
18   time of Ms. Earnest's treatment?
19       A    Yes.
20       Q    Is this book the educational book that's
21   referred to on page 6 of Exhibit 2?
22       A    Yes.
23       Q    And based on the date of page 6 of Exhibit 2,
24   did you provide this book to Ms. Earnest in February of
25   2011?
```

Page 61

```
 1        A    Yes.

 2             MR. BAEHR:

 3                 I don't have any more questions at this

 4             time.

 5             THE WITNESS:

 6                 Okay.

 7                           EXAMINATION

 8   BY MR. SCHANKER:

 9        Q    All right.  I just have a few questions.

10             Are you okay to keep going right now?

11        A    Yeah, I am.

12        Q    Okay.  You don't need a drink or anything?  I

13   know you're . . .

14        A    No.

15        Q    Okay.  Doctor, you were just asked a few

16   questions about Exhibit 3, which is the "Breast Cancer

17   Treatment Handbook" --

18        A    Uh-huh.

19        Q    -- that you have in front of you; correct?

20        A    Yes.

21        Q    Is it fair to say that you haven't read this

22   book cover to cover?

23        A    That's -- that's correct.

24        Q    You -- as a matter of fact, you indicated

25   that you -- you thought there was some real beneficial
```