# EXHIBIT H

7TH EDITION



# Breast Cancer
## Treatment Handbook

UNDERSTANDING THE DISEASE, TREATMENTS, EMOTIONS AND RECOVERY FROM BREAST CANCER

JUDY C. KNEECE, RN, OCN

Earnest, Barbara (Doc ID 48147) PPR 001760

## UNDERSTANDING CHEMOTHERAPY DRUGS

**Notify Physician of These Side Effects:** Severe diarrhea; loss of appetite; severe vomiting; tingling; numbness; pain; redness or swelling of the hands or feet; sores or pain in the mouth or throat; fever or infection; chills; sore throat; chest pain; rash

**Precautions:** Take drug within 30 minutes of a meal. Use barrier-type (condom) method of birth control. Do not breastfeed while taking capecitabine.

### CARBOPLATIN

**Brand Name:** Paraplatin®

**Method Administered:** I.V.

**Side Effects:** Low platelet count; low white blood count; low hemoglobin; nausea; vomiting; numbness of hands and feet; hearing changes

**Notify Physician of These Side Effects:** Fever; chills; signs of infection; unusual bleeding or bruising; nausea not controlled with medication within 24 hours; tingling or loss of feeling in hands or feet; changes in hearing

### CISPLATIN

**Brand Name:** Platinol-AQ®

**Method Administered:** I.V.

**Side Effects:** Decreased red blood count; nausea; vomiting; low white blood counts; decreased platelet count; potential kidney damage; potential hearing loss; diarrhea

**Notify Physician of These Side Effects:** Fever; chills; signs of infection; unusual bleeding or bruising; dizziness or fainting; diarrhea not controlled with medication; blood in urine or stools; decreased urine output; changes in hearing

### CYCLOPHOSPHAMIDE

**Brand Names:** Cytoxan® and Neosar®

**Methods Administered:** P.O., I.V.

**Side Effects:** Lowered blood counts (WBCs, Platelets, RBCs); nausea; vomiting; loss of appetite; hair loss; stopping of menstrual periods; darkening of skin

**Notify Physician of These Side Effects:** Blood in urine; fever; chills; painful urination; unusual bleeding or bruising

**Precautions:** Drink lots of fluids while taking medication. One to two quarts a day is recommended during the 24-hour period following administration. If the drug is given by mouth, take in the morning and follow with adequate fluids during the day.

### DOCETAXEL

**Brand Name:** Taxotere®

**Method Administered:** I.V.

**Side Effects:** Temporary hair loss; rare reports of permanent hair loss; decreased white blood cell count with increased risk of infection; decreased platelet count with increased risk of bleeding; hair thinning or loss; diarrhea; loss of appetite; nausea; vomiting; rash; numbness and tingling in hands or feet

**Notify Physician of These Side Effects:** Redness; swelling and pain in hands or feet; swelling in the ankles; shortness of breath; weight gain; if your clothes feel too tight at the waist

**Precautions:** Some drugs increase toxicity. Consult your physician or pharmacist. Take dexamethasone (Decadron®) medication, as ordered by your physician, prior to chemotherapy.

Earnest, Barbara (Doc ID 48147) PPR 001972