UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410

### DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s (collectively "Defendants" or "Sanofi"), hereby submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, pursuant to Local Rule 56.1:

**A.    Taxotere**

1.    Taxotere is a chemotherapy prescribed to treat various forms of cancer, including breast cancer. Second Am. Master Compl. ¶ 4.[1]

2.    Taxotere was first approved for use in the United States in 1996, and its FDA-approved labeling has always warned that hair loss is one of the drug's most common side effects. *Compare* Ex. A, 1996 Taxotere Label, *with* Ex. B 2018 Taxotere Label.

3.    In December 2015, Sanofi, following discussions with FDA, added the following language to the post-marketing section of Taxotere's package insert: "cases of permanent alopecia have been reported" Ex. C, 2015 Taxotere Labeling.

---

[1] Docetaxel is the generic version of Taxotere. For ease of reference, Defendants use Taxotere interchangeably.

4.      Taxotere has never been removed from the market and oncologists continue to prescribe Taxotere to treat potentially life-threatening forms of breast cancer. *See, e.g.,* Ex. D, Dr. Cherian Verghese Deposition ("Verghese Dep.") 128.

**B.      Plaintiff's Diagnosis and Chemotherapy Treatment Plan**

5.      Plaintiff Tanya Francis is a 46-year-old resident New Orleans, Louisiana. Ex. E, PFS at 6.

6.      On March 11, 2019, Ms. Francis was diagnosed with breast cancer, type PR-negative, ER-positive, and HER2-negative. Ex. E, PFS at pp. 11-12.

7.      On July 22, 2009, Ms. Francis began a chemotherapy regimen with Taxotere, Adriamycin, and Cyclophosphamide. Ex. D, Verghese Dep. 77:1-80:1; *see also* Ex. F, SFC ¶ 10. Ms. Francis' last dose of chemotherapy was administered on October 20, 2009. Ex. F, SFC ¶ 10.

8.      Ms. Francis is currently cancer-free. Ex. E, PFS at 15.

9.      Dr. Verghese currently serves as the Director of Training for oncology fellows at the University of Toledo. Ex. D, Verghese Dep. 23:1-25. Over the course of his career he has treated patients with a variety of cancer conditions, including breast, lung, colon, and pancreas cancers, as well as leukemia, myelomas, and lymphomas. *Id*. at 33:11-34:2.

10.     The treatment of breast cancer patients, specifically, makes up approximately ten percent of his practice. *Id*. at 33:23. During his career, Dr. Verghese has prescribed a variety of chemotherapy drugs and regimens, including Taxotere. *Id*. at 39:22-40:7.

11.     In Dr. Verghese's clinical experience, "hair loss is something almost 100 percent of people get," and the "majority of them, more than 80 percent, almost 90 percent of them, it grows back too." *Id.* at 156:6-14. When Dr. Verghese discusses potential side effects of chemotherapy regimens, including those regimens containing a taxane (such as Taxotere and Taxol), Dr. Verghese tells his patients:

2

> [hair loss] depends on multiple factors, your other medical problems, your deficiencies. You may be vitamin deficient. We don't know anything about these things. So multiple factors go into how you react, how deep the reaction is, and how long it takes for things to turn around. Even though all these people say it's temporary and all that, there's multiple factors involved, so I don't use the word temporary. I even tell them, you know, hair may come back, and it may look totally different.

*Id.* at 103:7-18.

12. Dr. Verghese further explains to his patients to make a wig, given the "chance" the hair loss might be permanent:

> Q: Well, would you say that there's a difference between your hair coming back and being a different texture versus your hair not coming back at all?
>
> A: I tell them that expecting not to lose hair, expecting the hair to look the same, these are all unreal expectations. We have to treat this, and you will have hair-related problems. If they tell me - - if they ask me whether their hair loss is going to be permanent, then I tell them, even though there aren't - - I'm not going to take a chance on that, and that's where the wig comes in.
>
> So the discussion is a little different from saying it may be permanent or never permanent. I tell them it's better to take a different approach to some of these side effects.

*Id.* at 104:23-105:16.

13. Shortly after her diagnosis with breast cancer, and prior to receiving chemotherapy, Ms. Francis suffered a deep vein thrombosis that required hospitalization. *See* Ex. G, University Medical Center New Orleans 270-71; 477-79; 590. Given this special circumstance, Dr. Verghese raised Ms. Francis' chemotherapy treatment with the hospital's Tumor Board, which consisted of approximately ten trained oncologists. Ex. D, Verghese Dep. 158:13-25; 159:1-22. The Tumor Board discussed, and agreed with, Dr. Verghese's recommendation that Ms. Francis receive six

cycles of the combination regimen "TAC" (Taxotere, Adriamycin and Cyclophosphamide) every 21 days. *Id*. at 158:13-25; 159:1-22.

14. Dr. Verghese prescribed the TAC regimen because, at the time of Ms. Francis' treatment in 2009, TAC was "the most commonly used regimen across the country," and was part of the National Comprehensive Cancer Network (NCCN) preferred regimens for Ms. Francis's specific cancer type. *Id*. at 82:2-87:3; 90:1-3. While there are other regimens listed in the NCCN Guidelines, Dr. Verghese emphasized that each regimen has "different side effect profiles." *Id*. at 89:12-25.

15. Dr. Verghese has never read the Taxotere labeling in its entirety, "because the labeling goes from studies, dosing protocols, diluents and IV fluids, which don't really translate to any relevant changes in treatments." *Id.* 139:4-7. He could not recall the last time he actually reviewed the Taxotere label. *Id.* 117:9-12. He could not recall whether the Taxotere labeling has changed in the past five or six years (i.e., since 2012 or 2013). *Id.* 139:15-22. He did not know "that Sanofi updated its labeling for Taxotere in December of 2015 to include a warning of permanent hair loss." *Id.* 117:15-22.

16. The effective dates of the various Taxotere labeling versions since 2012 are: 4/13/2012, 6/26/2013, 12/13/2013, 11/14/ 2014, 12/11/2015, and 10/18/2018. Ex. I, Sanofi_001169

17. Today, Dr. Verghese continues to believe that Taxotere is an effective, life-saving drug, when used as part of a chemotherapy regimen. *Id*. at 128:8-12, and he still recommends to his breast-cancer patients the same Taxotere-containing regimen that he chose for Ms. Francis. *Id*. at 145:25 to 146:4.None of Ms. Francis' experts claim Taxotere is wholly or substantially useless. To the contrary, one of Ms. Francis' experts, Dr. Bosserman, believes Taxotere is highly effective

4

and has contributed to saving lives. Ex. H, Deposition of Dr. Linda Bosserman ("Bosserman Dep.") 65:10-13;100:11-13; *see also* Ex. D, Verghese Dep. 128. Dr. Bosserman also agrees it is possible Ms. Francis is alive today because she received treatment for their cancer that included Taxotere. Ex. H, Bosserman Dep. 536:1-7.

Date: February 5, 2019

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*

5