# EXHIBIT D

```
                                                Page 1
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3            ~~~~~~~~~~~~~~~~~~~~~
 4
 5    TANYA FRANCIS,
 6
 7                  Plaintiff,
 8
 9         vs.              Case No. 2:16-cv-17410
10
11    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
12    AVENTIS-PHARMA S.A.,
13                  Defendants.
14
15            ~~~~~~~~~~~~~~~~~~~~~
16                  Deposition of
17            CHERIAN VERGHESE, M.D.
18
                  January 10, 2018
19                  11:25 a.m.
20
                  Taken at:
21
         University of Toledo Medical Center
22                3000 Arlington Avenue
                  Toledo, Ohio
23
24    Job No. NJ2775665
25                Stephen J. DeBacco, RPR
```

Page 23

```
 1          Q.    After you completed your
 2     fellowship, where did your career take you
 3     next?
 4          A.    I joined the University of Toledo.
 5          Q.    And is that who you're currently
 6     employed by today?
 7          A.    Yes.
 8          Q.    And what is your role here at the
 9     University of Toledo?
10          A.    I'm, right now, the program
11     director for the training program.
12          Q.    And are you the director for a
13     particular subset of the training program or
14     just the overall training program?
15          A.    Overall.
16          Q.    And is that overall in oncology
17     or --
18          A.    Oncology.
19          Q.    In your role as the overall
20     training director for the -- I'm assuming
21     oncology fellows; is that accurate?
22          A.    Yes.
23          Q.    Do you continue to see a variety of
24     different types of cancer patients?
25          A.    Yes.
```

1    fellow --

2          A.    Yes.

3          Q.    -- in that calculation?

4                And when did you first begin

5    treating patients for breast cancer?

6          A.    2009.

7          Q.    In your current role as the

8    director of training for oncology, do you still

9    treat patients for breast cancer now?

10         A.    Yes.

11         Q.    Aside from treating breast cancer,

12   could you tell me a little bit more about the

13   other types of cancer that you routinely treat

14   in your practice?

15         A.    Yeah.  The majority would be

16   leukemias, myelomas, and lymphomas.

17         Q.    Overall, I know you've told me that

18   you believe you've treated somewhere between 40

19   and 50 patients for breast cancer.  What

20   percentage would you say that breast cancer

21   treatment plays in your overall practice of

22   oncology?

23         A.    Not more than 10 percent.

24         Q.    What other forms of cancer make up

25   the rest of the majority of the cancers that

1   you treat, percentage-wise?

2        A.     Lung and colon and pancreas.

3        Q.     Earlier, we were discussing -- the

4   NCCN -- did I get it right?

5        A.     (Witness nodding head.)

6        Q.     -- guidelines and how those are

7   used with your fellows.  Could you walk me

8   through the basic steps of how you develop a

9   chemotherapy regime or treatment recommendation

10  for a breast cancer patient?  What's the first

11  thing that you look for?

12       A.     Well, the first thing is we look at

13  what the age of the patient is and how healthy

14  the patient is.  After once we know that, we

15  confirm the stage of the disease.  And based on

16  the stage and the health status of the patient,

17  we decide on how intense or how comprehensive

18  the treatment plan can be.  Patients cannot

19  always take chemo or surgery or a combination.

20  And based on the health status and stage, we

21  may or may not be able to give all the

22  treatment that a person needs.

23       Q.     Is it fair to say that prior to

24  making a chemotherapy recommendation, you

25  perform a risk/benefit analysis?

1        Q.      Do you know, is the other name for

2    docetaxel perhaps Taxotere?

3        A.      People tend to use Taxotere, yes.

4        Q.      And then paclitaxel, would that be

5    referring to Taxol?

6        A.      Taxol, yes.

7        Q.      What is your understanding of the

8    differences between Taxol and Taxotere?

9        A.      They're basically the same

10   medicines, but they have some side effect

11   profile differences, but both have been used in

12   breast cancer.

13       Q.      Is it your belief that Taxol or

14   Taxotere, that one or the other is more

15   effective?

16       A.      We go with the protocols, so once

17   we stage a patient, then we look at what the

18   Level 1 recommendation is, and -- which is

19   based on studies.  So we go to the paper, and

20   we try to reproduce the treatment as the paper

21   did it.

22       Q.      During the course of your career,

23   do you recall if you have ever had the

24   opportunity to prescribe Taxol to a breast

25   cancer patient?

1          A.    Well, again, we go with the
2    regimen, so if the regimen did it, yes, I would
3    have given Taxol, yes.
4          Q.    And the same for Taxotere.  Do you
5    know whether or not you've ever prescribed
6    Taxotere for breast cancer?
7          A.    Yes.
8          Q.    And prior to prescribing
9    Taxotere -- I believe I know the answer to this
10   question, but I want to ask it anyway -- what
11   information did you use to inform your decision
12   to prescribe Taxotere to that patient?
13         A.    Once we go with the recommendation
14   and the paper, we talk to the patient about the
15   medicine, outcomes with the medicine, the major
16   side effects of the medicine, and how it is
17   given, and how -- where it is given, IV lines
18   that are needed, and how the side effects are
19   managed.
20         Q.    I want to talk about all of that
21   and just try to get a better understanding,
22   because it sounds like you do a lot of
23   educating of the patient when you can; is that
24   accurate?
25         A.    Yes.

1    for report status, it has "unreviewed."  What,

2    if anything, does that status mean to you?

3           A.    Where is the "unreviewed"?

4           Q.    If you look on the very first page

5    there where it lists you as the dictating

6    physician.  It will be -- it's the --

7           A.    Yeah.

8           Q.    -- visit from 7/9 of 2009.

9           A.    Right.

10          Q.    And you see where it says

11   "dictating physician" and then lists your name?

12          A.    Right.

13          Q.    If you look at the --

14          A.    Yeah, I see it.

15          Q.    Okay.  Does that mean anything to

16   you at all?

17          A.    I don't think so.

18          Q.    Okay.  If you look with me at the

19   second page, again, as we've done before, it

20   appears, based on the patient's name on the

21   top, that this is a record that relates to a

22   patient by the name of Tanya Francis, correct?

23          A.    Right.

24          Q.    And the date of this visit is

25   listed as July 8th of 2009; is that correct?

Page 78

1          A.     Right.

2          Q.     Roughly how long or how far apart

3     is this visit after your initial consult with

4     Ms. Francis?

5          A.     Can I ask a question here?  I think

6     the initial question was all related to hair

7     loss, and now it is all about something else.

8     Why is that?

9          Q.     I apologize, as I'm not quite sure

10    what you're asking me.

11         A.     The initial question was about

12    Taxotere and hair loss, and now I don't see any

13    of the hair loss coming anywhere, and I'm

14    getting multiple questions about when was

15    initial consult done and when was the initial

16    chemo started.

17         Q.     Yes, sir.

18         A.     Why is there a change in course of

19    the question here?

20         Q.     Well, generally I'm not allowed to

21    answer questions from the witness, but what I

22    will tell you is what I'm trying to do is

23    establish that you are the doctor that did, in

24    fact, see Ms. Francis, and what you prescribed

25    as part of her chemotherapy treatment.

Page 79

1      A.    Isn't that already established

2   here?

3      Q.    Well, for the record, Doctor, we

4   just want to make sure that we're putting these

5   visits in and reviewing that information with

6   you.  This is the last record that I have to

7   show you at this point, but I did want to just

8   go through two quick things in it, if you would

9   bear with me.

10           On the second page of the record,

11   eight lines down, it says, "At this time, she

12   is here for deciding on adjuvant chemotherapy."

13   So as we've discussed before, based on this

14   note, is this -- would this have been a visit

15   at which you would have discussed her

16   chemotherapy options with her?

17      A.    Yes.

18      Q.    And if you turn with me to the very

19   last page, under assessment and plan, you'll

20   see the first thing, it says, "We will start

21   the patient on TAC adjuvant chemotherapy for

22   six cycles."

23           Can you please tell me what TAC

24   stands for?

25      A.    Taxotere, Adriamycin, and

Page 80

1    cyclophosphamide.

2          Q.    Is it Taxol or Taxotere?  Based on

3    what you see here, do you recall which one it

4    was?

5          A.    I can't recall, so I'll have to

6    look at the regimen, what --

7          Q.    And, Doctor, you're referring to a

8    book.  What book are you looking at?  The

9    second edition of Hematology-Oncology Therapy.

10               Let me ask you this.  When you were

11   going through the protocols, do you recall if

12   you would have used that particular textbook at

13   that time, or did you refer to the NCCN

14   guidelines?

15         A.    It's the same thing, because the

16   NCCN guideline will tell you TAC, and this will

17   give you how to give TAC.

18         Q.    Well, I think I have something that

19   will help us.  It's next exhibit.  Would you

20   have used the guidelines that were in place in

21   2009 to make your decision?

22         A.    Yes.

23         Q.    If I were to show you a copy of

24   those 2009 guidelines, could you walk me

25   through how you located the particular

Page 82

1        A.    Yes.

2        Q.    And when you were going through the

3  process of determining potential treatment

4  options for Ms. Francis, would this have been

5  the set of guidelines or protocols that you

6  would have been referring to at the time?

7        A.    Yes.

8        Q.    Obviously, we will not review this

9  whole document, because it is very large.  But

10  if you would look with me on the page that's

11  marked as BINV-1.  I think that's about the

12  fifth page in, on the back side of the fifth

13  page.

14        A.    Okay.

15        Q.    And I noticed, when I was reviewing

16  this document, that in the left-hand column on

17  this chart, it lists as Stage IIB and then the

18  specifics of T2, N1, M0.

19        A.    Right.

20        Q.    And if I understand correctly from

21  her medical records, that is the type of cancer

22  that Ms. Francis had, correct?

23        A.    Correct.

24        Q.    What does this chart generally tell

25  you, as an oncologist?

1  One is docetaxel.  The other is paclitaxel.

2  Docetaxel is what we mean by Taxotere, and

3  paclitaxel is what people shorten to Taxol.

4         Q.    Okay.  That definitely helps,

5  because the next line down, it says, "Dose

6  dense AC, followed by paclitaxel every two

7  weeks."

8         A.    Right.

9         Q.    Is the main difference between TAC

10 at the top and then the dose dense AC followed

11 by paclitaxel just the use of the different

12 taxane drugs?

13        A.    Well, not exactly.  That's not the

14 only difference there.  What we mean by dose

15 dense is not the difference between docetaxel

16 and paclitaxel.

17        Q.    Okay.

18        A.    The dose dense means, in young

19 people, you can give more intense chemo every

20 two weeks.  Two weeks is what makes it dose

21 dense.  We hardly give chemo every two weeks.

22        Q.    And at the time, I believe

23 Ms. Francis was 38 years of age.  Does

24 that qualify as young in your --

25        A.    Dose dense is tough to go through,

1      A.    Category 1 just means that it's

2   well-studied regimen.  It doesn't mean that

3   they've been studied head to head.

4      Q.    For the treatment of Ms. Francis,

5   would you agree that two potential Category 1

6   chemotherapy recommendations could have been

7   TAC or the AC followed by weekly paclitaxel?

8            MR. SEARS:  Objection to form.

9      A.    The entire regimens following the

10  first five are also acceptable regimens, and

11  they all have different side effect profiles.

12     Q.    Sure.  Do you recall if there was

13  any particular reason why you chose TAC for

14  Ms. Francis?

15     A.    The reason TAC showed up there is

16  it's the one mostly studied.  There's a reason

17  for actually listing them the way it is.  So

18  Category 1 just means they're well-studied, but

19  the listing also means that they go from the

20  most preferred to the least preferred.

21     Q.    But there was not any particular

22  reason, at the time you prescribed a

23  chemotherapy regime for Ms. Francis, that you

24  did not prescribe her paclitaxel; is that

25  accurate?

1          MR. SEARS:  Objection to form.

2      A.     You are going with the most

3  commonly used regimen across the country.

4      Q.     Okay.  Doctor, do you recall if,

5  when you were making a recommendation to

6  Ms. Francis, whether or not you gave her

7  multiple different chemotherapy options, or did

8  you primarily focus on TAC?

9      A.     We go through -- well, if you can

10 actually filter all those regimens into maybe

11 four medicines, they are combinations of four

12 different medicines.  So one of them would be

13 Adriamycin.  The other one is Cyclophosphamide.

14 The other one is paclitaxel.  The other one is

15 docetaxel.  So between those four, you have

16 multiple regimens.  So we offer these things,

17 and you have some idea of what the main side

18 effects.  And based on what they understand at

19 that point in time, they go ahead and agree to

20 what they feel comfortable with.

21     Q.     Sure.  But as you sit here today,

22 you don't have any independent recollection of

23 any specific conversations that you had with

24 Ms. Francis?

25     A.     No.

Page 103

1    temporary, side effect?

2              MR. SEARS:   Objection to form.

3         A.    It is common, but I would not call

4    it temporary.  I never tell people that it's

5    temporary.

6         Q.    What do you tell them?

7         A.    I tell them it all depends on

8    multiple factors, your other medical problems,

9    your deficiencies.  You may be vitamin

10   deficient.  We don't know anything about these

11   things.  So multiple factors go into how you

12   react, how deep the reaction is, and how long

13   it takes for things to turn around.  Even

14   though all these people say it's temporary and

15   all that, there's multiple factors involved, so

16   I don't use the word temporary.  I even tell

17   them, you know, hair may come back, and it may

18   look totally different.

19        Q.    So you advised your patients,

20   generally, that they will lose their hair,

21   correct?

22        A.    I advise the patient, actually, to

23   make a wig.  And unfortunately, I have not had

24   even one person who has taken that up.

25        Q.    Really?

Page 104

1           A.      So it's just disappointing.

2           Q.      I agree.  I've actually never heard

3    a doctor recommend that, but I think it's a

4    very novel idea.

5           A.      But I'm not effective in making

6    them do that, so -- but that's exactly what I

7    do.  I tell them this is not as simple as you

8    can talk about.  Your hair actually -- the

9    color might change, the texture might change if

10   it comes back.  So the best thing is, you know,

11   if you can take it off and make a wig, then you

12   won't have to worry about anything.

13          Q.      Do you generally advise them that

14   their hair will, at some point, come back?

15                  MR. SEARS:  Objection to form.

16          A.      Well, it's not a simple thing like

17   that.  The reason being, even if it comes back,

18   it may be totally different, feels totally

19   different.  So I told them it's not appropriate

20   to expect a normal hair growth back after

21   multiagent chemotherapy.  That's the way I sort

22   of tell them.

23          Q.      Well, would you say that there's a

24   difference between your hair coming back and

25   being a different texture versus your hair not

Page 105

1    coming back at all?

2              MR. SEARS:  Objection to form.

3         A.    I tell them that expecting not to

4    lose hair, expecting the hair to look the same,

5    these are all unreal expectations.  We have to

6    treat this, and you will have hair-related

7    problems.  If they tell me -- if they ask me

8    whether their hair loss is going to be

9    permanent, then I tell them, even though there

10   aren't -- I'm not going to take a chance on

11   that, and that's where the wig comes in.

12             So the discussion is a little

13   different from saying it may be permanent

14   or never permanent.  I tell them it's better to

15   take a different approach to some of these side

16   effects.

17        Q.    Do you discuss with your patients

18   at all when they may expect for their hair to

19   start to return?

20        A.    Sure.  I tell them that most of the

21   time, yes, it is likely to come back, even if

22   it may look different and feel different.

23   Majority of the time, it does come back.

24        Q.    And at the time that you were

25   treating Ms. Francis in 2009, did you have any

1           MR. SEARS:  Objection to form.

2       A.     Well, my approach to alopecia has

3    always been make a wig, because that way you

4    can treat, and if it takes longer to come back,

5    you still have your wig.  Your option is

6    between either of the taxanes.  Both of them

7    cause hair loss.  Even though one may be more

8    than the other, both cause hair loss.  So if I

9    were to see hair loss in one, I would predict

10   hair loss in the other one too, so my

11   recommendation is just to make a wig all the

12   time.

13       Q.     And when you say they both cause

14   hair loss, are you referring to temporary,

15   anticipated hair loss or permanent hair loss?

16       A.     Both are known to cause temporary

17   hair loss.  If there's a report on one being

18   permanent, I would apply it to the other one

19   too.

20       Q.     Do you have any information that

21   you're aware of that supports that permanent

22   hair loss associated with Taxotere is also

23   associated with Taxol?

24           MR. SEARS:  Objection.

25       A.     Not that I know of.

Page 117

1          A.     Correct.

2                 MR. SEARS:   Objection to form.

3          Q.     At any time since you first began

4    prescribing Taxotere to treat breast cancer

5    patients to present, has anyone from Sanofi

6    ever told you about this potential risk?

7                 MR. SEARS:   Objection to form.

8          A.     No.

9          Q.     Do you recall the last time you may

10   have reviewed the labeling or package insert

11   material for Taxotere?

12         A.     No, I don't recall that, because

13   there are so many updates we do all the time,

14   so I don't.

15         Q.     Would you be surprised to learn

16   that Sanofi updated its labeling for Taxotere

17   in December of 2015 --

18                MR. SEARS:   Objection to form.

19         Q.     -- to include a warning of

20   permanent hair loss?

21                MR. SEARS:   Objection to form.

22         A.     I don't know, because I'm glad if

23   they did that, but some of us know of that even

24   before 2015, and it has not made it into even

25   the books, even now.  So this book is from -- I

Page 128

```
 1    antibiotics, used by themselves, are never
 2    quite as effective as when used together.  So I
 3    hate to say, oncology is complicated.  So, I
 4    mean, your statement about chemo in general,
 5    treatment protocols, I agree, but thinking one
 6    medicine out of the targeted, it's difficult to
 7    agree to that.
 8          Q.    And I think I understand where
 9    you're come coming from.  So let me ask it this
10    way.  Taxotere, as part of a chemotherapy
11    regimen, is effective?
12          A.    Yes.
13          Q.    And Taxotere, as part of a
14    chemotherapy regimen, helps to save lives?
15          A.    Yes.
16                MS. PEREZ REYNOLDS: Object to form.
17          Q.    So we talked a little bit about how
18    you have initial visits with patients who come
19    in, and they've perhaps recently received a
20    cancer diagnosis?
21          A.    Yes.
22          Q.    So tell me about how a patient is
23    generally feeling once they receive a cancer
24    diagnosis.
25                MS. PEREZ REYNOLDS: Object to form.
```

1    to a different hospital, go see a different

2    doctor, get a second opinion, right?

3           A.    Sure.

4           Q.    Now, we talked about the Taxotere

5    label.  Have you ever read the Taxotere label

6    in its entirety?

7           A.    No.  I -- because the labeling goes

8    from studies, dosing protocols, diluents and IV

9    fluids, which don't really translate to any

10   relevant changes in treatments.

11          Q.    Are you aware of any changes that

12   have ever been made in the Taxotere label?

13          A.    We get updates on labeling changes,

14   so, yes, from that.

15          Q.    As you sit here today, can you

16   remember, in particular with Taxotere, if

17   you've ever seen anything that's been changed

18   in the label?

19          A.    If you're talking of the last

20   several months, probably not.

21          Q.    What about in the last five or six

22   years?

23          A.    I wouldn't remember that.

24          Q.    So we talked about, generally, how

25   post-marketing side effects are communicated to

Page 145

1    it's relevant or not?

2         A.    If you have -- if you have

3    diabetes, and then I can't take much chance

4    with neuropathy.  So even if the neuropathy is

5    only 5 percent, if you're diabetic, it's

6    serious enough to be talked about.

7         Q.    Would you agree that between

8    Taxotere and Taxol, those two drugs can cause

9    different side effects?

10        A.    Yes.

11        Q.    And, for instance, with Taxol, one

12   of the side effects that occurs more frequently

13   is neuropathy?

14        A.    Taxanes generally cause neuropathy.

15   I'm not sure what the difference is between the

16   two, in terms of neuropathy.

17        Q.    So in 2009, when you recommended

18   your chemotherapy regimen to Mrs. Francis, that

19   was an approved chemotherapy regimen in the

20   medical community, wasn't it?

21        A.    Yes.

22        Q.    And even today, that is an approved

23   treatment regimen in the medical community?

24        A.    Yes.

25        Q.    And even today, you recommend to

1    your patients who have breast cancers like

2    Mrs. Francis has, that that should be the

3    treatment regimen that they use?

4          A.    Yes.

5          Q.    Have you seen any literature that

6    says that Adriamycin causes persistent or

7    permanent hair loss?

8                MS. PEREZ REYNOLDS: Object to form.

9          A.    Hair loss, yes, but I have not seen

10   any, which -- I have seen things where it can

11   be permanent, yes.  I don't know what the

12   percent, but I've seen it.

13         Q.    I was a little confused earlier

14   when you were talking about hair loss

15   associated with taxanes.  When you were talking

16   about the medical literature that you had seen,

17   did the medical literature that addressed

18   persistent or permanent hair loss talk about

19   taxanes as a category, or did it break out the

20   taxane drugs in particular?

21         A.    That I don't remember.  It's on

22   UpToDate, so it's not something that's new.

23   It's on UpToDate.  I don't know whether it's

24   broken between the two.

25         Q.    I was trying to take some notes

1    here, in 2011, that Mrs. Francis had hair loss?

2         A.    Yeah, I remember her face, yes.

3    She had hair loss.

4         Q.    I think you said earlier that that

5    would have concerned you?

6         A.    If she was -- hair loss is

7    something almost 100 percent of people get.

8    And the nice thing is that majority of them,

9    more than 80 percent, almost 90 percent of

10   them, it grows back too.  So it's unusual for a

11   few people to have permanent hair loss, so

12   those would be concerning.  So at two years, if

13   she had expressed some concern, yes, it should

14   have made it to the note, yes, that is true.

15        Q.    I think you talked about how

16   earlier, after a patient has been cured of

17   cancer, their priorities shift.  What did you

18   mean by that?

19        A.    They're less concerned about the --

20   they're not even thinking of cancer anymore.

21   Now they're concerned, if at all, about getting

22   back to life, playing golf, things like that.

23        Q.    You mentioned that Mrs. Francis

24   sent you a Facebook friend request?

25        A.    Well, she never was a Facebook

1        Q.    And you talked about how you

2    remember Mrs. Francis and all that.  Based upon

3    your interactions with her, was Mrs. Francis

4    happy that she beat cancer?

5              MS. PEREZ REYNOLDS: Object to form.

6        A.    Everyone is happy.

7        Q.    We talked about the notation in

8    your first visit with Mrs. Francis that

9    referred to the oncology --

10       A.    Tumor board.

11       Q.    I believe you mentioned there's two

12   tumor boards; is that right?

13       A.    Yeah, there's one tumor board.

14       Q.    Okay.  How many doctors are on the

15   tumor board?

16       A.    Everybody who does deal with

17   oncology usually comes to the tumor board.

18       Q.    In 2009, when you were treating

19   Mrs. Francis, about how many doctors were on

20   that tumor board?

21       A.    Well, let me explain to you why

22   that tumor board thing came up.  The -- when

23   you have a tumor, which, as we talked about,

24   the positive ER, the positive PR, these people

25   need to be on targeted therapy called

Page 159

1    tamoxifen.  But she had a clot, so she cannot

2    go on tamoxifen right away.  So that is why she

3    was being talked about.

4              When do we really start her back on

5    tamoxifen?  Because the risk of clotting has to

6    go away before we start it, because if we start

7    it, she will clot.  That is the reason she

8    ended up on the tumor board.

9         Q.    When you were talking about

10   tamoxifen and the blood clot with the tumor

11   board, did you also talk about what

12   chemotherapy regimen should be given?

13        A.    Yes.

14        Q.    And approximately how many doctors

15   were on the tumor board back then?

16        A.    It was more than 10.

17        Q.    So 10 trained oncology

18   professionals, back in 2009, thought that the

19   TAC regimen that you recommended was an

20   appropriate treatment regimen for Mrs. Francis?

21             MS. PEREZ REYNOLDS: Object to form.

22        A.    It's still being used.

23        Q.    Let's talk briefly about the

24   tamoxifen.  So you mentioned that she's ER and

25   PR positive, right?