# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Tanya Francis - 2:16-cv-17410 | : : : | |
| | : | |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand

filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short

Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form

Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

Tanya Francis

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

N/A

3.    Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A

4.    Current State of Residence: Louisiana

5.    State in which Plaintiff(s) allege(s) injury: Louisiana

1

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

        ■  A.  Sanofi S.A.

        ■  B.  Aventis Pharma S.A.

        ■  C.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ■  D.  Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐  A.  Sandoz, Inc.

        ☐  B.  Accord Healthcare, Inc.

        ☐  C.  McKesson Corporation d/b/a McKesson Packaging

        ☐  D.  Hospira Worldwide Inc.

        ☐  E.  Hospira Inc

        ☐  F.  Sun Pharma Global FZE

        ☐  G.  Sun Pharma Global Inc.

        ☐  H.  Caraco Pharmaceutical Laboratories Ltd.

        ☐  I.  Pfizer Inc.

        ☐  J.  Allergan Finance LLC f/k/a Actavis Inc.

        ☐  K.  Actavis Pharma Inc.

        ☐  L.  Other:

7.      Basis for Jurisdiction:

■     Diversity of Citizenship

☐       Other (any additional basis for jurisdiction must be pled in sufficient detail as
        required by the applicable Federal Rules of Civil Procedure):

8.      Venue:

        District Court and Division in which remand and trial is proper and where you might
        have otherwise filed this Short Form Complaint absent the direct filing Order entered by
        this Court:

        Eastern District of Louisiana, New Orleans
        Division

9.      Brand Product(s) used by Plaintiff (check applicable):

■     A.     Taxotere

☐       B.     Docefrez

☐       C.     Docetaxel Injection

☐       D.     Docetaxel Injection Concentrate

☐       E.     Unknown

☐       F.     Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown)
        for Products identified in question 9:

3

July 22, 2009 - October 20, 2009

11.     State in which Product(s) identified in question 9 was/were administered:

Louisiana

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

Permanent/persistent hair loss and diffuse thinning of hair.

13.     Counts in Master Complaint brought by Plaintiff(s):

- ■ Count I – Strict Products Liability - Failure to Warn
- ■ Count II – Strict Products Liability for Misrepresentation
- ■ Count III – Negligence
- ■ Count IV – Negligent Misrepresentation
- ■ Count V – Fraudulent Misrepresentation
- ■ Count VI – Fraudulent Concealment
- ■ Count VII – Fraud and Deceit
- ■ Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- ■ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

In addition to the counts listed above, Plaintiff also adopts the allegations and claims listed in the Master Long Form Complaint and asserts the following:

Count IX. Violations of Applicable Louisiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices.

Count X. Breach of Warranty in Redhibition

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:    *T. Aaron Stringer (UT 12681)
*Nathan Buttars (UT 13659)
*(Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Ste 200
Ogden, Utah 84405
Tel: (801) 917-8500
Fax: (801) 917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

Respectfully submitted,

**LOWE LAW GROUP**

/s/ T. Aaron Stringer
_____

T. Aaron Stringer, UT Atty. No. 12681
Nathan Buttars, UT Atty. No. 13659
(Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500 Facsimile:
801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ T. Aaron Stringer
_____