# EXHIBIT G

```
NAME: FRANCIS, TANYA              MRN:
DATE OF VISIT: 06/02/2009         ACCOUNT#:
DATE OF BIRTH:                    SEX: F
```

Stroke/Heart and Prevention Clinic

PROGRESS NOTE

The patient is here for a routine followup of her blood pressure.  Since the last visit, a left breast mass was found.  This was seen on mammography and a biopsy was done the same day of the mammography.  She is now status post mastectomy and she has a diagnosis of stage II T2 N1 MX carcinoma of the breast.  She underwent a simple mastectomy on April 2009 and then one of the sentinel nodules was positive and underwent a modified radical with axillary dissection and later had a right internal jugular port placed on May 1, however, she went to the emergency room and was admitted to the University Hospital on May 29, with internal jugular vein thrombosis and the cast was removed.  The patient presents today with a lot of pain, increased swelling, and now some new difficulty with swallowing her saliva and with decreased volume in her voice.  She denies any problems breathing and she states that now she cannot lie down.

Limited examination today, he is alert, oriented x3.  She looks acutely ill and in pain.  Her blood pressure is 145/74.  Pulse is 97.  Weight 183.  Height 5 feet 8 inches.  The patient is sitting on a chair and she is very still moving the trunk of her body if she needs to move her head.  There is swelling and tenderness in the right side of her neck area.  She is hoarse with a low voice and she has no stridor and no wheezing.  I went downstairs to speak with Dr. Way, and she will be seeing the patient now.  I am taking her downstairs via wheelchair.  Dr. Way has evaluated the patient and has decided to admit her.  The patient will be seeing me for a blood pressure management once these problems are taking care of.

| Patient Name: | Tanya T Francis | MRN: | |
|---|---|---|---|
| Age: | | Gender: | Female |

**Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.**

```
Signed by
Lydia Melendez-Ramiez, MD 03/04/2010 14:36
Lydia Melendez-Ramiez, MD



cc:


EDX/
D: 06/04/2009  2:49 P T: 06/05/2009  9:55 P
Edix Doc #:200906040992088400    JN#: 363114
```

```
NAME: FRANCIS, TANYA              MRN:
DATE OF SERVICE: 06/08/2009       ROOM#:      CHP
DATE OF BIRTH:                    SEX: F
```

## CONSULTATION REPORT

CONSULTING:

AGE: 38

STAFF:
Dr. Cindy Leissinger.

RESIDENT:
Dr. Cherian Verghese.

HISTORY OF PRESENT ILLNESS:
The patient is a 38-year-old female who is presently admitted for completion of axillary lymph node dissection after she was found to have sentinel node positive subsequent to left mastectomy and reconstructive surgery. Initial mastectomy seems to have been done on April 9, 2009, and she was diagnosed at that time with T2 N1 MX/Stage II CA breast. This consult has been called for advice regarding any adjuvant treatment that remains. Recently, she had been admitted on May 29 for an internal jugular line thrombosis and, the line was removed at that time. She is presently on Coumadin. At this time, the patient denies any acute complaints. No weight loss. No chest pain. No shortness of breath. No ankle edema. No decrease in appetite.

As per history, the cancer was diagnosed when she noticed nipple retraction on the left breast and an ultrasound showed a 2 x 1.5 x 1.5 cm mass at the 12 o'clock position in the left breast. Fine-needle aspiration cytology showed an infiltrating ductal carcinoma.

| Patient Name: | Tanya T Francis | MRN: | |
|---|---|---|---|
| Age: | | Gender: | Female |

**Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.**

PAST MEDICAL HISTORY:
CA breast, hypertension, hyperlipidemia.

PAST SURGICAL HISTORY:
Mastectomy and completion axillary lymph node dissection.

ALLERGIES:
No known drug allergies.

MEDICATIONS AT THIS TIME:
IV heparin, potassium chloride, laxatives, hydrochlorothiazide, lisinopril, Zocor and Coumadin.

PERSONAL HISTORY:
Smoking presently. Denies alcohol or drug abuse.

VITALS:
Blood pressure 150/85, pulse 79, respiratory rate 20, temperature 99.

PHYSICAL EXAMINATION:
The patient is alert and oriented x3, ambulatory, in no apparent distress.
HEENT/NECK: No pallor or icterus.
CHEST: Clear.
CARDIOVASCULAR: No significant murmurs.
BREASTS: Left breast mastectomy scar is healed. Right breast is negative for any masses.
GENITOURINARY SYSTEM: Negative for dysuria.
ABDOMEN: Soft. No hepatosplenomegaly.
EXTREMITIES: No ankle edema.

LABORATORY:
Fine-needle aspiration cytology dated March 3, 2009, shows a tubular lobular carcinoma grade I with the Ki67 proliferation index less than 2%. Chem-7 is within normal limits. CBC: White cell count 9.5, H and H 11.5/34.4, platelets 306. Sentinel lymph node biopsy positive, dated April 9, 2009. Revision surgery for axillary lymph node dissection shows no positive nodes with 18 nodes removed. ER/PR positive. HER-2/neu negative.

ASSESSMENT:
THE PATIENT IS A 38-YEAR-OLD FEMALE WITH INFILTRATING DUCTAL CARCINOMA, WHICH APPEARS TO BE EITHER T1 OR T2, N1 AND M0, LIKELY AT STAGE II, ER/PR POSITIVE AND ECOG STATUS 0. THE ISSUE WITH HER SEEMS TO BE THE RECENT DVT, WHICH WILL MAKE IT DIFFICULT TO GET TAMOXIFEN. CONSIDERING THIS, THE

| Patient Name: | Tanya T Francis | MRN: | |
|---|---|---|---|
| Age: | | Gender: | Female |

**Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.**

```
POSSIBILITY OF CHEMOTHERAPY IS THERE. Will discuss with the Oncology Team
whether which to give her adjuvant chemotherapy or just hormone therapy.
If needed, would also get a Radiation Oncology consult.




Signed by
Cherian Verghese, MD 02/01/2010 16:20
Cherian Verghese, MD

cc:   Cherian Verghese, MD



EDX/
D: 06/08/2009 10:09 P T: 06/09/2009  8:13 A
Edix Doc #:200906090990245500    SoftMed Doc #: 364491
```

| Patient Name: | Tanya T Francis | MRN: | |
|---|---|---|---|
| Age: | | Gender: | Female |

**Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.**


Radiology

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

✉ Share Result

**Ordering Physician:**
**Interpreting Physician:** Ferreyro, Humberto Roque
**Priority:** IPROUT
**Report Status:** Final
**Test Type:** SOFT TISSUE NECK W/ CONTRAST

**Order Date:** 06/02/2009 14:45
**Performed Date:** 06/02/2009 18:31
**Result Date:** 06/03/2009 08:55

```
Staff Radiologist: HUMBERTO FERREYRO
** FINAL ** Reading Doctor: HUMBERTO FERREYRO
-----------------------------------------------------------------------


CLINICAL HISTORY:    THROMBESI VENOUS.

Accession No.     Date          Time          CPT         Procedure
1712308           06/02/2009    6:31PM        70491       SOFT TISSUE NECK W/ CONTRAST

RESULT: 3 mm slices were performed with IV contrast and angiographic
technique. Sagittal and coronal reconstructions were obtained.

IMPRESSION:
There is enlargement and lack of opacification of the right jugular vein,
with peripheral soft tissue edema suggestive of thrombophlebitis.
In comparison with a study performed on 05/29/2009, the thromboses now
extends from the jugular foramen to the junction with the subclavian vein.
There is mass-effect with moderate compression of the are not entirely.
The an carotid artery is medially displaced.
The sigmoid sinus is patent. There is collateral flow through the veins
of the suboccipital region
No lymphadenopathy is identified. No evidence of fluid collections to
suggest abscess formation.
```

| Diagnosis Code | Description |
|---|---|
| | |

**Electronic Signature:**
Humberto Roque Ferreyro (Staff) - Timestamp: 06/03/2009 08:55