# EXHIBIT I

Taxotere Labeling Chronology

| Supplement Number | Effective From Date: | Effective To Date: | Begin Bates Number |
|---|---|---|---|
| 0 | 5/14/1996 | 1/5/1998 | Sanofi_000001 |
| 4 | 1/6/1998 | 6/21/1998 | Sanofi_000011 |
| 5, 6 | 6/22/1998 | 12/22/1999 | Sanofi_000019 |
| 11 | 12/23/1999 | 7/8/2002 | Sanofi_000027 |
| 17 | 7/9/2002 | 7/29/2002 | Sanofi_000031 |
| 19 | 7/30/2002 | 11/26/2002 | Sanofi_000057 |
| 22 | 1/3/2003 | 4/23/2003 | Sanofi_000083 |
| 16 | 4/24/2003 | 5/18/2004 | Sanofi_000109 |
| 28 | 5/19/2004 | 8/17/2004 | Sanofi_000140 |
| 29 | 8/18/2004 | 1/5/2005 | Sanofi_000175 |
| 31 | 1/6/2005 | 8/10/2005 | Sanofi_000213 |
| 33 | 8/11/2005 | 11/4/2005 | Sanofi_000254 |
| 35 | 3/22/2006 | 6/6/2006 | Sanofi_000295 |
| 36 | 6/7/2006 | 10/16/2006 | Sanofi_000297 |
| 39 | 10/17/2006 | 9/27/2007 | Sanofi_000338 |
| 45 | 9/28/2007 | 4/19/2010 | Sanofi_000393 |
| 44 | 4/20/2010 | 5/12/2010 | Sanofi_000450 |
| 53 | 4/20/2010 | 5/12/2010 | Sanofi_000508 |
| 59 | 5/13/2010 | 9/6/2011 | Sanofi_000566 |
| 54 | 8/22/2010 | 9/6/2011 | Sanofi_000628 |
| 64 | 9/7/2011 | 12/14/2011 | Sanofi_000690 |
| 65 | 12/15/2011 | 4/12/2012 | Sanofi_000752 |
| 63 | 4/13/2012 | 6/25/2013 | Sanofi_000815 |
| 69 | 6/26/2013 | 12/12/2013 | Sanofi_000855 |
| 71 | 12/13/2013 | 11/13/2014 | Sanofi_000918 |
| 73 | 11/14/2014 | 12/10/2015 | Sanofi_001045 |
| 75 | 12/11/2015 |  | Sanofi_001106 |