UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF TANYA FRANCIS

Defendant Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1. Tanya Francis is a 48 year-old African-American woman living in Louisiana. *See* Ms. Francis's Eighth Amended Plaintiff Fact Sheet Amend ("PFS") § I.

2. Ms. Francis was diagnosed with breast cancer on March 11, 2009. PFS § V.5.

3. To treat her breast cancer, Ms. Francis underwent a left-side mastectomy and chemotherapy. PFS § V.1–4.

4. As part of her chemotherapy regimen, Ms. Francis was treated with Taxotere from July 22, 2009 to October 20, 2009. *See* Ms. Francis's Amended Short Form Complaint ("SFC") at ¶ 10 (No. 2:16-cv-17410, Rec. Doc. 5).

5. In July 2009, prior to beginning chemotherapy, Ms. Francis's physician reviewed chemotherapy's side effects with her, including hair loss. *See* Cherian Verghese Dep. 103:7-18; *id.* at 104:23 – 105:16; University Medical Center New Orleans 518.

6. After treatment with a chemotherapy regimen that included Taxotere, Ms. Francis alleges

that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." Amended Master Complaint (MDL Doc. 689) ("AMC") at ¶ 180.

7. Per Ms. Francis's definition of her injury, she began suffering permanent alopecia in *May 2010*, which is six months after completing chemotherapy treatment in October 2009. *See* AMC at ¶ 181; SFC at ¶ 10.

8. When Ms. Francis experienced incomplete hair growth on the side, top, and middle of her head one year after chemotherapy, Ms. Francis believed her chemotherapy treatment was the cause. *See* Francis Depo. 236:20-238:2.

9. In her verified Eighth Amended PFS, Ms. Francis alleges the following injuries as beginning in *May 2010*:

    a. Permanent/Persistent Hair Loss on scalp

    b. Diffuse thinning of hair: total scalp (Top, Sides, Temples)

    c. Moderate thinning of the hair on [her] head after six (6) months of discontinuing Taxotere or Docetaxel treatment

    d. Change in the texture, thickness or color of [her] hair after Taxotere or Docetaxel treatment

    e. Permanent/Persistent Loss of Eyebrows/Eyelashes. PFS § VI.5.

10. Ms. Francis also alleges that she has had "alopecia or incomplete hair re-growth" "[s]ince Chemotherapy with Taxotere" - in other words, since 2009, eight years before filing her PFS. PFS § VII.23.

11. Ms. Francis reports in her PFS that she was injured at age 38, which was her age in July 2009, according to her birthdate. *See* PFS § I.15; ¶ IV.2.

12. As early as 2012, Ms. Francis raised her concerns regarding her hair regrowth with her oncologist's nurse practitioner, as well as her primary care physician. *See* Francis Depo. 236:20-238:2.

13. Ms. Francis did not file suit against Sanofi until December 14, 2016. *See* PFS § I.4.

Date:  February 5, 2019

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA  70130
        Telephone: 504-310-2100
        Facsimile:  504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile:  816-421-5547
        hratliff@shb.com
        abyard@shb.com

        ***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*

3