# EXHIBIT C

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6
 7   TANYA FRANCIS                              PLAINTIFF
 8   VS.                      CASE NO. 2:16-cv-17410
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC.,
10   and AVENTIS-PHARMA S.A.                    DEFENDANTS
11
     _____
12
                  DEPOSITION OF TANYA FRANCIS
13   _____
14       Taken at Gainsburgh, Benjamin, David,
         Meunier & Warshauer, 2800 Energy Centre,
15       1100 Poydras Street, New Orleans, Louisiana,
         on Wednesday, December 13, 2017, beginning at
16       9:13 a.m.
17
18
19
20
21
22
                         REPORTED BY:
23
         Elizabeth Bost Simpson, RDR, RMR, CRR
24     Mississippi CCR 1293/Louisiana CCR 2014020
25     Job No. NJ2756277
```

1    Q.   What do you recall Dr. Verghese telling
2　you about side effects or the risks of
3　chemotherapy?
4    A.   I remember him saying basically
5　everything, fatigue, temporary hair loss,
6　discoloration of your fingernails, nausea, even
7　death.  He also said, I think -- I'm not sure if
8　it was bone and joint pain.  I'm not sure.  He
9　told me all of them had the same symptoms except
10　for one.
11   Q.   Which one was that?
12   A.   Adriamycin.
13   Q.   Did he tell you what specific symptoms
14　adriamycin had?
15   A.   Everything was the same except for your
16　urine would come out an orangy-looking color.
17   Q.   When he was describing the side effects
18　of the chemotherapy drugs, he was describing the
19　side effects as general side effects of each of
20　the drugs?
21   A.   Yes.
22   Q.   Okay.  With the exception of adriamycin;
23　right?
24   A.   Yeah.  He described the side effects,
25　but it was one that he said that adriamycin would

1  the Red Devil and the changes in urine that you
2  told me about?
3       A.   No, that it would be a slower drip.
4       Q.   Did Dr. Verghese show you the labels of
5  any of the chemotherapeutic drugs that he was
6  prescribing for you?
7       A.   No, ma'am.
8       Q.   Did you have an expectation of when --
9  and this is prior to your starting chemotherapy.
10 After talking with Dr. Verghese and looking at
11 your pamphlets, did you have any expectation of
12 when you thought your hair would start to regrow?
13      A.   No.
14      Q.   After speaking with Dr. Verghese and
15 reading the pamphlets, did you have any
16 expectation that your hair would fully regrow and
17 be exactly the same as it was before?
18      A.   Yes, that my hair would start to grow
19 once I finished the chemo.
20      Q.   I'm sorry.  Can you repeat that?
21      A.   That's what I wanted to get back to you
22 with, that question, meaning once I finished the
23 chemo, my hair would start to grow back.  As long
24 as I was with chemo, it's constantly killing the
25 hair to where my hair won't grow.  I will

1     A.   No, I don't remember.
2     Q.   What you found on Taxotere in your
3  Google search, did it tell you anything that you
4  didn't already know from either reading the
5  pamphlets or from Dr. Verghese's office?
6     A.   No.
7     Q.   Did you look up the label for Taxotere?
8     A.   The label?  I just typed in the word
9  "Taxotere."  I didn't -- that should have gave me
10 all the information right there.
11    Q.   Do you remember looking at a label for
12 Taxotere?
13    A.   No.
14    Q.   For Cytoxan, you mentioned there was
15 another word for Cytoxan.  Was that
16 cyclophosphamide?
17    A.   I'm not sure how to pronounce it, but it
18 was a long word.
19    Q.   You mentioned that when you put in the
20 names of the drugs, it also gave you the class of
21 drug.  For Taxotere, what class of --
22    A.   I am -- I --
23    Q.   What class of drug did it tell you
24 Taxotere was?
25    A.   I don't remember.

1    Q.   When did they go away?
2    A.   Everything just went away except for my
3  nails and the hair loss like a week after I took a
4  treatment.
5    Q.   So all of the side effects that you
6  experienced one week after completing your sixth
7  cycle were gone with the exception of your nail
8  nails and toenails and the hair loss; right?
9    A.   Uh-huh.
10   Q.   Did your nail nails and toenails ever
11 turn back to a natural color?
12   A.   Yeah.  I can't recall how long it took,
13 but it did.
14   Q.   Tell me about your hair regrowth.  How
15 did that progress?  First, when did it start
16 growing back?
17   A.   It had to be in the end of April,
18 beginning of May, because I remember for my son's
19 graduation, it was real short and thin, and I
20 didn't put a wig or anything else on or a scarf.
21   Q.   Is that May of 2000- and --
22   A.   -- '10.
23   Q.   So between the time that your hair was
24 completely gone and May of 2010 -- let me ask you
25 this.  Strike that.

Page 222

1          Do you remember when the first hair
2    started growing back?
3         A.   No, I don't remember.
4         Q.   But you know it was prior to May 2010?
5         A.   Yes.
6         Q.   And by May 2010, tell me what your hair
7    looked like.
8         A.   Real thin, short, but it was hair
9    whereas, too.
10        Q.   It was hair what?
11        A.   It was hair.  I decided not to put on a
12   wig or a scarf.  My sister and my kids was like,
13   Put on a scarf or a wig.  It's still thin, thin,
14   thin.
15        Q.   Did it eventually grow back thicker?
16        A.   No.  This is as thick as it ever got,
17   this.
18        Q.   So in May of 2010 --
19        A.   No.  My hair was not like this.  It was
20   still --
21        Q.   You have to let me finish my question.
22        A.   I thought you were done.
23        Q.   In May of 2010, did it look like it does
24   today?
25        A.   No.

1  Q.  So tell me the progression to get where
2  you are today.
3  A.  It took years.  It started off like just
4  thin, curly hair, and it just grew and grew.  And
5  it got to one point whereas sometimes I'll comb or
6  brush it too hard, the hair will come out.
7  Q.  Does that happen today still?
8  A.  Sometimes if I have a -- tug on it.
9  When I comb it, I always have to hold it and do
10 that (indicating) or it's going to come out.
11 Q.  Is your hair still growing back in
12 today?
13 A.  Yes.
14 Q.  Do you believe your hair is still
15 getting thicker?
16 A.  It's somewhat, but it's not thick like
17 it was before chemo.
18 Q.  But if I understand your testimony, and
19 correct me if I'm wrong, you believe that your
20 hair is still continuing to regrow back in; right?
21 A.  If it was going to reback -- grow back
22 in, it should have done it years ago, from my
23 under- -- from looking at other people hair grow,
24 your hair grow, her hair growing.
25 Q.  When do you think it should have regrown

1      A.   I'm not sure.  I can't tell you a
2   percentage.  I'm not good with numbers.
3   BY MS. MIMS:
4      Q.   What about in at the end of 2011?
5      A.   Not sure.
6      Q.   You still had some hair?
7      A.   Yeah.
8      Q.   Was it continuing to grow back?
9      A.   Yes.
10     Q.   And during 2012, was it continuing to
11  grow back and get thicker?
12          MS. MENZIES:  Object to the form.
13     A.   It was growing.  I'm not going to say --
14  I'm not sure.
15  BY MS. MIMS:
16     Q.   So in 2012, you don't know if it was
17  continuing to become any thicker?
18          MS. MENZIES:  Objection.
19     A.   It was growing, but it did not -- been
20  the same, this area.  Pictures that you have,
21  you'll see the difference.
22  BY MS. MIMS:
23     Q.   You said it was growing, but it was
24  still the same; and you pointed to the side of
25  your head, since she can't take that in.  So when

Page 231

1   you say it was growing, but this was still here,
2   do you mean the thinning parts on --
3        A.   Thinning parts --
4        Q.   Let me finish my question.  Do you mean
5   the thinning parts on the side of your head were
6   still there?
7        A.   Yes.
8        Q.   And they're still there today; right?
9        A.   Yes.
10       Q.   So they've been there since at least
11  2012?
12       A.   Yes.
13       Q.   How about the thinning on the middle and
14  the top of your head?  Has that been there --
15       A.   Same.
16       Q.   -- since at least 2012?
17       A.   Yes, ma'am.
18       Q.   And the bald spot on the top left of
19  your head, has that been there since 2012?
20            MS. MENZIES:  Object to the form.
21       A.   I'm not sure.
22            MS. MENZIES:  Do you want to take a few
23       minutes?
24            (OFF RECORD)
25  BY MS. MIMS:

```
 1      Q.   All right.  Mrs. Francis, I want to
 2   clear up the issue that we were discussing before
 3   the break, which is the bald spot on the top
 4   left-hand part of your head.  Was there a point at
 5   which hair grew into that spot and then it fell
 6   out and became bald?
 7      A.   Yes.  Hair grew into it.  It's not
 8   really bald-bald.
 9      Q.   That's what I'm trying to clarify.
10      A.   It's thin.
11      Q.   Okay.  So the hair that's in the top
12   left-hand part that's there now, has that also
13   been there since around 2012?
14      A.   Yes.
15      Q.   At the point in which you began to lose
16   the hair on your head during chemotherapy, did you
17   lose hair anywhere else on your body?
18      A.   Yes, ma'am.
19      Q.   Did you lose your eyebrows?
20      A.   Every part of my body that hair grew on.
21      Q.   At what point were your eyebrows and
22   eyelashes -- at what point were they completely
23   gone?
24      A.   They were gone by the second treatment.
25      Q.   When did they start to grow back?
```

1        A.    Oh, my God.  I don't think I have any.
2        Q.    Any -- which -- when you say "any," do
3   you mean eyelashes or eyebrows?
4        A.    Lashes, eyebrows.  I don't remember, but
5   they're real thin.  I can't even get them waxed.
6   There's nothing to wax.
7        Q.    So now you're talking about your
8   eyebrows.
9        A.    Yes.
10       Q.    Let's talk about them one at a time.
11  Your eyebrows, you described them as thin.  When
12  did they start to grow back in at all?
13       A.    I can't recall.
14       Q.    How long have they been thin, as they
15  are now?
16       A.    Ever since chemo and it started to grow
17  back.  Before chemo, they were not thin.
18       Q.    How about -- let's use May 2010, your
19  son's graduation.
20       A.    Yes.
21       Q.    When you went to that graduation --
22       A.    No.
23       Q.    -- had your eyebrows grown back in?
24       A.    No.
25       Q.    Not at all?

1      A.   No.
2      Q.   By the end of 2010, had they grown back
3  at all, even thin?
4      A.   I'm not sure.  I don't want to give you
5  a date and it's not the date or a time frame and
6  it's not.  I really can't recall.
7      Q.   Have they been like they are for the
8  past year?
9      A.   Yes.
10     Q.   Have they been like they are for the
11 past --
12     A.   Three years.
13     Q.   Several years.  More than three years?
14     A.   (Nodding head affirmatively).
15     Q.   You're shaking your head yes; right?
16     A.   Yes, ma'am.  I'm sorry.  She can't hear
17 me.  I'm sorry for being difficult.
18     Q.   It's very hard to remember this.
19          Did you lose other body hair, hair
20 underneath your arms or hair on your body in other
21 places?
22     A.   Yes.
23     Q.   Did that start to grow back in?
24     A.   No.  I don't even have to shave.
25     Q.   When you say you don't have to shave,

Page 236

1  and all the information I got is that it would
2  cause temporary hair loss.
3     Q.   Did that belief ever change at all, the
4  drugs caused the hair loss?
5     A.   Did that belief ever change?
6     Q.   Yes.
7     A.   When I read the thing, post, on Facebook
8  about Taxotere causing permanent hair loss, it
9  changed, meaning that it wasn't the other drugs.
10 It was that specific drug.
11    Q.   Post on Facebook caused you to change
12 your belief as to what made the hair initially
13 fall out?  Is that what you're saying?
14         MS. MENZIES:  Object to the form.
15 BY MS. MIMS:
16    Q.   Or did it change your belief as to
17 whether it caused the hair to -- problem with hair
18 regrowth?  I want to make sure I'm clear on what
19 that Taxotere posting --
20    A.   From my understanding, the initial --
21 from chemo, from what I read, what others have
22 told me, that it was a temporary hair loss, that
23 my hair will grow back, maybe a different texture,
24 I think, but it will grow back.  It never said
25 that it wouldn't -- it would be a permanent thing,

```
 1   whereas to -- it don't grow back to the fullness
 2   of it or anything like that.
 3       Q.   The posting that you saw regarding
 4   Taxotere, did that cause you to change your belief
 5   that all three of the chemotherapy drugs caused
 6   your hair to fall out?  Just talking about the
 7   hair falling out at this point.
 8       A.   Oh, the hair.  No.
 9       Q.   So as you sit here today, you believe
10   all three chemotherapeutic drugs may have played a
11   role in your hair falling out; is that right?
12       A.   Yes.
13       Q.   After reading the post on Facebook, is
14   it fair to say that you believed that Taxotere
15   caused your hair to grow back in thinner; is that
16   right?
17       A.   I would say that all the chemo drugs put
18   together, no matter what chemo -- not going to say
19   what chemo drug, but the chemo drugs that I was
20   given, my hair -- under the impression that I
21   would have temporary hair loss, and I always
22   wondered why my hair is growing, but it's not
23   growing back the way it was.
24            And when I read the posts about Taxotere
25   and I read the comments that other women were
```

```
 1   saying, that would make me think that this is why
 2   my hair didn't grow back the way it was.
 3        Q.   "This" meaning Taxotere?
 4        A.   Yes, ma'am.
 5        Q.   Did any doctor ever tell you that
 6   Taxotere had any role to play in your hair growing
 7   back thinner?
 8        A.   No.
 9        Q.   Did any doctor ever tell you that
10   Taxotere had any role to play in having bald spots
11   or anything like that on your head?
12        A.   No.
13        Q.   Did any doctor ever tell you that
14   Taxotere caused the hair under your arms not to
15   grow back the same?
16        A.   No.
17             MS. MIMS:  Going to mark Defense Exhibit
18        10.
19                       - - -
20             (Exhibit Number 10 marked)
21             MS. MENZIES:  Thank you.
22   BY MS. MIMS:
23        Q.   Defense Exhibit 10 is University Medical
24   Center, New Orleans, 00343 to 344.  You see that
25   this is dated August 6, 2009, in the upper
```