# EXHIBIT D

| | | | |
|---|---|---|---|
| **Patient Name:** | Tanya T Francis | **MRN:** | |
| **Age:** | 46 Years | **Gender:** | Female |

**Since Pelican go-live, portions of CLIQ have not been updated. More current information may be available in Pelican.**



### Clinical Reports

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

✉ **Share Result**

| | | | |
|---|---|---|---|
| **Clinician:** | Keller, Celeste E | **Signed Date:** | 07/22/2009 14:45:08 |
| **Report Type:** | Chart Check Note | **Addendum Date:** | |
| **Report Status:** | Final | | |

Chart Check Note

***Nursing Note***

Ambulated to chemo-infusion area today for 1st cycle of chemo (taxotere, adriamycin & cytoxan).
Reviewed side effects. Nausea and vomiting-antiemetics to control, take as prescribed. (phenergan on hand). Neutropenia and thrombocytopenia- watch for fever > 100.6 or unusual bleeding or bruising. If occurs report to ER and notify personnel of recent chemo treatment. Alopecia-total hair loss in about 2-3 weeks. Suggested wigs and scarfs or hats. Has attended Look Good Feel Better program. Taxotere may cause infusion related reaction. Notify personnel immediately if any tightness in throat, chest pain or tightness, pain in back, flushed feeling, headache, may also cause muscular aches and pains. Adriamycin will cause urine to turn dark orange up to 2 voidings after infusion. Encouraged to force fluids 6-8 glasses a day to prevent toxicity to bladder. Adriamycin is a vesicant and can cause damage if it should leak into the tissue therefore notify personnel or report to ER for any burning, redness, pain, blistering around port a cath insertin site. Fatigue may occur in a few weeks-instructed on energy conservation. Drug info sheets and side effect management sheets given. Understood what was reviewed per appropiate verbal feedback. Pt. is well informend on disease process.

Written and signed electronically by:
Celeste E Keller    07/22/2009 2:45 PM