# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3              ~~~~~~~~~~~~~~~~~~~~~

4

5    TANYA FRANCIS,

6

7                 Plaintiff,

8

9        vs.              Case No. 2:16-cv-17410

10

11   SANOFI S.A., SANOFI-AVENTIS U.S.

     L.L.C., SANOFI US SERVICE, INC., and

12   AVENTIS-PHARMA S.A.,

13                 Defendants.

14

15              ~~~~~~~~~~~~~~~~~~~~~

16                 Deposition of

17              CHERIAN VERGHESE, M.D.

18

                 January 10, 2018

19                   11:25 a.m.

20

                    Taken at:

21

         University of Toledo Medical Center

22              3000 Arlington Avenue

                    Toledo, Ohio

23

24     Job No. NJ2775665

25              Stephen J. DeBacco, RPR

Page 102

1  and then it lists several side effects.

2            And if you look over at the third

3  column there, the second side effect down, do

4  you see where it says alopecia?

5       A.    Yes.

6       Q.    I will represent to you that this

7  is a -- this is exactly what this letter here

8  purports that it is and that there are handouts

9  that nursing staff could provide to patients

10 about chemotherapy side effects.

11           I'd like to just look with you at

12 the handout as it relates to alopecia, and

13 luckily that's only two pages over at 474.  I

14 think it might be one back.  You'll see at the

15 top where it says "alopecia hair loss."

16      A.    Right.

17      Q.    And then it reads, "What is

18 alopecia?  Alopecia is another word for hair

19 loss or the thinning of hair.  It is a common,

20 yet temporary, side effects of some cancer

21 medicines."

22           Doctor, at the time that you

23 prescribed Taxotere for Ms. Francis, was it

24 your general understanding that alopecia, as it

25 related to chemotherapy, was a common, yet

Page 103

1    temporary, side effect?

2              MR. SEARS:  Objection to form.

3         A.    It is common, but I would not call

4    it temporary.  I never tell people that it's

5    temporary.

6         Q.    What do you tell them?

7         A.    I tell them it all depends on

8    multiple factors, your other medical problems,

9    your deficiencies.  You may be vitamin

10   deficient.  We don't know anything about these

11   things.  So multiple factors go into how you

12   react, how deep the reaction is, and how long

13   it takes for things to turn around.  Even

14   though all these people say it's temporary and

15   all that, there's multiple factors involved, so

16   I don't use the word temporary.  I even tell

17   them, you know, hair may come back, and it may

18   look totally different.

19        Q.    So you advised your patients,

20   generally, that they will lose their hair,

21   correct?

22        A.    I advise the patient, actually, to

23   make a wig.  And unfortunately, I have not had

24   even one person who has taken that up.

25        Q.    Really?

Page 104

1          A.     So it's just disappointing.

2          Q.     I agree.  I've actually never heard

3     a doctor recommend that, but I think it's a

4     very novel idea.

5          A.     But I'm not effective in making

6     them do that, so -- but that's exactly what I

7     do.  I tell them this is not as simple as you

8     can talk about.  Your hair actually -- the

9     color might change, the texture might change if

10    it comes back.  So the best thing is, you know,

11    if you can take it off and make a wig, then you

12    won't have to worry about anything.

13         Q.     Do you generally advise them that

14    their hair will, at some point, come back?

15              MR. SEARS:  Objection to form.

16         A.     Well, it's not a simple thing like

17    that.  The reason being, even if it comes back,

18    it may be totally different, feels totally

19    different.  So I told them it's not appropriate

20    to expect a normal hair growth back after

21    multiagent chemotherapy.  That's the way I sort

22    of tell them.

23         Q.     Well, would you say that there's a

24    difference between your hair coming back and

25    being a different texture versus your hair not

Page 105

1    coming back at all?

2              MR. SEARS:  Objection to form.

3         A.   I tell them that expecting not to

4    lose hair, expecting the hair to look the same,

5    these are all unreal expectations.  We have to

6    treat this, and you will have hair-related

7    problems.  If they tell me -- if they ask me

8    whether their hair loss is going to be

9    permanent, then I tell them, even though there

10   aren't -- I'm not going to take a chance on

11   that, and that's where the wig comes in.

12             So the discussion is a little

13   different from saying it may be permanent

14   or never permanent.  I tell them it's better to

15   take a different approach to some of these side

16   effects.

17        Q.   Do you discuss with your patients

18   at all when they may expect for their hair to

19   start to return?

20        A.   Sure.  I tell them that most of the

21   time, yes, it is likely to come back, even if

22   it may look different and feel different.

23   Majority of the time, it does come back.

24        Q.   And at the time that you were

25   treating Ms. Francis in 2009, did you have any