UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |

*Sheila Crayton v. Sanofi US Services, Inc., et al.*
Case No. 2:17-cv-05923

### [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT FOR TRIAL PLAINTIFF SHEILA CRAYTON

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS the above captioned Plaintiff Sheila Crayton's Motion for Leave to File Amended Short Form Complaints for the above captioned Plaintiffs. (Rec. Doc. ___) in the above captioned matter.

New Orleans, Louisiana this ____ day of_____, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1