# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: DEBRA BOLSON v. HOSPIRA INC., ET AL. | JUDGE MILAZZO MAG. JUDGE NORTH CIVIL ACTION NO: 2:17-cv-13277 |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

___

Full Dismissal with Prejudice - Debra Bolson  page 1 of 2

|  |  |
|---|---|
| Dated this 6th day of February, 2019 | **SHAW COWART, L.L.P.** |
|  | /s/ Ethan L. Shaw |
|  | ETHAN L. SHAW |
|  | Texas Bar No. 18140480 |
|  | elshaw@shawcowart.com |
|  | JOHN P. COWART |
|  | Texas Bar No. 04919500 |
|  | jcowart@shawcowart.com |
|  | 1609 Shoal Creek Blvd., Suite 100 |
|  | Austin, Texas 78701 |
|  | T: 512.499.8900 / F: 512.320.8906 |
|  | **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          /s/ Ethan L. Shaw