UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : THIS DOCUMENT RELATES TO: : : *Maria Greendyk v. Sanofi-Aventis U.S. LLC., et al.;* : *Case No. 2:17-cv-15259* : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 5540). The Court has been advised that there is no opposition to this Motion.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 5th day of February, 2019.

_____
Hon. Jane Triche Milazzo