UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**
*Annie Jones v. Sanofi-Aventis US, LLC, et al.;*
Civil Action No. 2:17-cv-04864

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 2424);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 6th day of February, 2019.

JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT