# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| N RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:17-cv-11367 |
| *This Document Relates to:* *Diane Hopson* | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 6055);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 6th day of February, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT