UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| ************************************ | | |
| GAIL A. GAINER,<br><br>             Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.*<br><br>             Defendants. | * * * * * * * * * * * * * * * * | Case No. 2:18-cv-08637-EEF-MBN |
| ************************************ | * * | |

**MOTION TO EXTEND TIME FOR SERVICE OF PROCESS ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 4(m), and moves this Court for an order granting Plaintiff and extension of time to serve Defendants, *Nunc Pro Tunc*, and deem the complaint timely filed for the reasons set forth in the attached memorandum.

Dated: February 6, 2019

Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey
Marc J. Bern & Partners LLP


One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212)702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on the 6th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all attorneys of record.

/s/ Debra J. Humphrey
Attorney for Plaintiff