MINUTE ENTRY
NORTH, M.J.
FEBRUARY 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A hearing was held on this date in the presence of a Court Reporter (Mary Thompson).

| | | |
|---|---|---|
| PRESENT: | Kyle Bachus | Douglas Moore |
| | Karen Barth Menzies | Jeremiah Wikler |
| | Palmer Lambert | Patrick Oot |
| | | John Olinde |
| | | Kelly Brilleaux |
| PARTICIPATING BY PHONE: | Emily Jeffcott | Beth Toberman |
| | Andre Mura | |
| | David Miceli | |
| | Dawn Barrios | |

The PSC may take the 30(b)(6) deposition of Sanofi limited to the following topics:

(1)     Sanofi's follow up on Individual Case Safety Reports ("ICSRs"). This may include whether and how Sanofi followed up on particular ICSRs, whether such follow up was documented and whether such documentation exists and was provided to the PSC in this litigation and, if not, the extent of the effort made by Sanofi to locate such documentation. Questions concerning the retention policies pertaining to such documentation are outside the scope of this order. To the extent the PSC plans to use particular ICSRs in the deposition, it must identify them in advance of the deposition in sufficient time

MJSTAR (00:35)

to allow Sanofi to appropriately prepare a corporate designee to testify about that ICSR and/or Sanofi's follow up to it.

(2) Communications between Sanofi and Taxotere patients relating to the possibility of legal action for ongoing alopecia similar to those identified in Sanofi_05442744, and any reviews, investigations, reports of cases or incidents related to ongoing alopecia by "Risk Management" as noted in Sanofi_05442744. Questions concerning retention policies for such documents are outside the scope of this order.

(3) The 10 Sanofi legacy files referenced in the PSC's email to the Court and counsel for Sanofi of February 4, 2019. Questions regarding retention policies or schedules for these files is outside the scope of this order.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE