# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Pollok et al v. Sanofi US Services Inc. et al*,<br>Civil Action No.: 2:18-cv-10728 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 7th day of Ferbuary 2019

                                                                    Respectfully submitted,

                                                                    /s/ Charlotte Gulewicz

                                                                    Charlotte Gulewicz
                                                                    Texas Bar No: 24094692
                                                                    charlotte@fnlawfirm.com

                                                                    FEARS NACHAWATI, PLLC
                                                                    5473 Blair Road
                                                                    Dallas, Texas 75231
                                                                    Tel. (214) 890-0711
                                                                    Fax (214) 890-0712

                                                                   Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                    /s/ Charlotte Gulewicz