UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Saima Shajahan, et al., v. Sanofi U.S. Services Inc. et al.,* as to **Plaintiff JACQUELINE SMITH ONLY;** Civil Action No.: 2:18-cv-2600 | |

**NON-TRIAL POOL PLAINTIFF JACQUELINE SMITH' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff JACQUELINE SMITH' averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

> ___   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
>
> ___   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> _X_   Other

If warranted under the circumstances, Plaintiff JACQUELINE SMITH' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 7th day of February, 2019

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 7th day of February, 2019　　　　　　　　　　/s/ Hunter Shkolnik_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hunter Shkolnik, Esquire