UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Kathy Gesier**_____
Case No.: __2:18-cv-112_____

## DECLARATION

I, Melissa Ephron (Attorney's Name), have attempted to reach my client, Kathy Gesier, on the following dates:

1/23/18

1/24/18

2/14/18

3/8/18

3/22/18

5/2/18

5/30/18

6/11/18

6/15/18

6/20/18

1/11/19

1/25/19

2/5/19

by (check all that apply) \_\_\_X\_ telephone, \_\_X\_\_ e-mail, \_\_\_\_ text message, \_\_\_\_ social media, \_\_\_\_ U.S. Mail, \_\_X\_\_ Certified Mail, \_\_\_\_ other, and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

By: /s/ Melissa Binstock Ephron
Melissa Binstock Ephron
State Bar No. 24101518
E-mail: mephron@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*