# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 1 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | PFS Not Substantially Complete | sanofi |
| 2 | Apprill | Alice | 2:17-cv-03853 | 4/24/2017 | PFS Not Substantially Complete | sanofi |
| 3 | Bailey | Judith | 2:17-cv-11043 | 10/23/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 4 | Barreto | Sharon | 2:17-cv-17343 | 12/15/2017 | PFS Not Substantially Complete | sanofi |
| 5 | Bell | Alice | 2:17-cv-12706 | 11/17/2017 | PFS Not Substantially Complete | sanofi |
| 6 | Benjamin | Clemintene | 2:17-cv-10293 | 10/8/2017 | PFS Not Substantially Complete | sanofi |
| 7 | Bennett | Virginia | 2:18-cv-08811 | 9/20/2018 | No PFS Submitted | sanofi |
| 8 | Bleicher | Tara | 2:18-cv-08844 | 09/21/2018 | No PFS Submitted | 505 |
| 9 | Boots | Joanne | 2:18-cv-05600 | 06/01/2018 | PFS Not Substantially Complete; No Deficiency Response | 505 |
| 10 | Bowlin | Lynne | 2:17-cv-17026 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 11 | Breed | Shauna | 2:18-cv-08482 | 9/10/2018 | No PFS Submitted | Both sanofi and 505 |
| 12 | Brooks | Tawni | 2:18-cv-08850 | 09/24/2018 | No PFS Submitted | 505 |
| 13 | Brown | Betty | 2:18-cv-09173 | 10/3/2018 | No PFS Submitted | Both sanofi and 505 |
| 14 | Brown | Pamela | 2:17-cv-17157 | 12/13/2017 | PFS Not Substantially Complete | sanofi |
| 15 | Buquet | Joyann | 2:18-cv-00800 | 1/25/2018 | PFS Not Substantially Complete | sanofi |
| 16 | Burnett | Joy | 2:17-cv-13651 | 11/29/2017 | No PTO 71A Uploaded | sanofi |
| 17 | Burris | Kimberly | 2:18-cv-08762 | 9/19/2018 | No PFS Submitted | sanofi |
| 18 | Bush-Goddard | Suzette | 2:18-cv-09228 | 10/4/2018 | No PFS Submitted | Both sanofi and 505 |
| 19 | Byers | Cyrethia | 2:17-cv-07373 | 8/1/2017 | PFS Not Substantially Complete | sanofi |
| 20 | Caldwell | Juanita | 2:18-cv-01321 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 21 | Chapman | Joyce | 2:16-cv-17229 | 12/12/2016 | No PFS Submitted | sanofi |
| 22 | Charette | Gloria | 2:18-cv-03315 | 12/13/2017 | No PFS Submitted | sanofi |
| 23 | Coleman | Vernita | 2:17-cv-06202 | 6/27/2017 | PFS Not Substantially Complete | sanofi |
| 24 | Cooley | Lisa | 2:18-cv-01326 | 2/8/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 25 | Costa | Joyce | 2:17-cv-16298 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 26 | Courtney | Magaly | 2:18-cv-09309 | 10/5/2018 | No PFS Submitted | Both sanofi and 505 |
| 27 | Crowder | Nada | 2:17-cv-13176 | 11/22/2017 | PFS Not Substantially Complete | sanofi |
| 28 | Dalessio | Deborah | 2:17-cv-13747 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 29 | Davison | Vicki | 2:18-cv-09025 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 30 | Day | Velma | 2:17-cv-05627 | 6/7/2017 | PFS Not Substantially Complete | sanofi |
| 31 | Deaton | Davida M. | 2:18-cv-07267 | 08/01/2018 | PFS Not Substantially Complete; No Deficiency Response | 505 |
| 32 | Dillard | Tracey | 2:17-cv-13674 | 11/29/2017 | PFS Not Substantially Complete | sanofi |
| 33 | Dizadare | Irene | 2:18-cv-09321 | 10/5/2018 | No PFS Submitted | sanofi |
| 34 | Dodson | Ami | 2:17-cv-16979 | 12/11/2017 | No PFS Submitted | sanofi |
| 35 | Elkind | Melissa | 2:17-cv-18010 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 36 | Ellis | Eola | 2:17-cv-18012 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 37 | Evans | Maxine | 2:18-cv-08505 | 9/10/2018 | No PFS Submitted | sanofi |
| 38 | Fernandez | Phyllis | 2:17-cv-17263 | 12/14/2017 | PFS Not Substantially Complete | sanofi |
| 39 | Frazier | Rhonda | 2:17-cv-07511 | 8/4/2017 | PFS Not Substantially Complete | sanofi |
| 40 | Gardner | Betty | 2:17-cv-17664 | 12/20/2017 | PFS Not Substantially Complete | sanofi |
| 41 | Gentile | Margaret | 2:18-cv-00516 | 1/16/2018 | PFS Not Substantially Complete | sanofi |
| 42 | Giffen | Sandra | 2:18-cv-08764 | 9/19/2018 | No PFS Submitted | sanofi |
| 43 | Glass | Ibis | 2:18-cv-09301 | 10/5/2018 | No PFS Submitted | sanofi |
| 44 | Goins | Felecia | 2:17-cv-12542 | 11/15/2017 | PFS Not Substantially Complete | sanofi |
| 45 | Golston | Delores | 2:17-cv-15251 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 46 | Greene | Shirley | 2:16-cv-16748 | 11/7/2016 | PFS Not Substantially Complete | sanofi |
| 47 | Grier | Teresa | 2:18-cv-08810 | 9/20/2018 | No PFS Submitted | sanofi |
| 48 | Gross | Brenda | 2:17-cv-17102 | 12/12/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 49 | Guidry | Ida | 2:18-cv-08976 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 50 | Haffner | Edith | 2:18-cv-08977 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 51 | Hall | Vanessa | 2:18-cv-08717 | 9/18/2018 | No PFS Submitted | Both sanofi and 505 |
| 52 | Hamlin | Dorothy | 2:18-cv-08497 | 9/10/2018 | No PFS Submitted | sanofi |
| 53 | Hardin | Regana | 2:18-cv-08472 | 9/7/2018 | No PFS Submitted | Both sanofi and 505 |
| 54 | Hargraves | Ruth | 2:17-cv-15354 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 55 | Harris | Casandra | 2:17-cv-12831 | 11/20/2017 | PFS Not Substantially Complete | sanofi |
| 56 | Harris | Gail | 2:18-cv-00806 | 1/26/2018 | PFS Not Substantially Complete | sanofi |
| 57 | Harris | Sonya | 2:18-cv-08507 | 9/10/2018 | No PFS Submitted | sanofi |
| 58 | Hassler | Lori | 2:18-cv-09264 | 10/5/2018 | No PFS Submitted | sanofi |
| 59 | Hathaway | Vina | 2:17-cv-10653 | 10/15/2017 | PFS Not Substantially Complete | sanofi |
| 60 | Hickel | Lisa | 2:18-cv-09045 | 9/28/2018 | No PFS Submitted | sanofi |
| 61 | Hickman | JoAnn | 2:18-cv-08765 | 9/19/2018 | No PFS Submitted | sanofi |
| 62 | Hicks | Lilly | 2:18-cv-03314 | 12/13/2017 | No PFS Submitted | sanofi |
| 63 | Hill | Cathy | 2:18-cv-01217 | 2/6/2018 | PFS Not Substantially Complete | sanofi |
| 64 | Hobson | Valerie | 2:17-cv-13860 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 65 | Hotobah During | Bridget | 2:18-cv-00808 | 1/26/2018 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 66 | Houston | Judith | 2:18-cv-05698 | 06/07/2018 | PFS Not Substantially Complete; No Deficiency Response | 505 |
| 67 | Ingram | Carla | 2:17-cv-17307 | 12/15/2017 | PFS Not Substantially Complete | sanofi |
| 68 | Ishmon | Charlena | 2:18-cv-08919 | 9/26/2018 | No PFS Submitted | sanofi |
| 69 | Jasper | Deborah | 2:18-cv-08766 | 9/19/2018 | No PFS Submitted | sanofi |
| 70 | Jenkins | Lemon | 2:18-cv-01336 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 71 | Jiles | Sharon | 2:17-cv-08999 | 9/13/2017 | PFS Not Substantially Complete | sanofi |
| 72 | Johnson | Tamisha | 2:17-cv-14609 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 73 | Johnson | Tena | 2:17-cv-08680 | 9/6/2017 | No PFS Submitted | sanofi |
| 74 | Jones | Delois | 2:16-cv-17575 | 12/1/2016 | No PFS Submitted | sanofi |
| 75 | Jones | Sharon | 2:17-cv-15273 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 76 | Joseph | Denise | 2:18-cv-08469 | 9/7/2018 | No PFS Submitted | sanofi |
| 77 | Kelly | Jeanne | 2:17-cv-16636 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 78 | King | Alice | 2:17-cv-13937 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 79 | Kingery | Lori | 2:18-cv-08921 | 9/26/2018 | No PFS Submitted | sanofi |
| 80 | Knerr | Kristin | 2:18-cv-08978 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 81 | Knight | Sophia | 2:18-cv-08500 | 9/10/2018 | No PFS Submitted | sanofi |
| 82 | Knowles | Denese | 2:17-cv-13494 | 11/28/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 83 | Krahe | Margaret | 2:18-cv-05993 | 06/15/2018 | PFS Not Substantially Complete | 505 |
| 84 | Kressly | Dawn | 2:17-cv-15699 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 85 | Lade | Celeste | 2:17-cv-17666 | 12/21/2017 | PFS Not Substantially Complete | sanofi |
| 86 | Lambert | Diann | 2:18-cv-08769 | 9/19/2018 | No PFS Submitted | sanofi |
| 87 | LesCallett | Annette | 2:18-cv-09294 | 10/5/2018 | No PFS Submitted | Both sanofi and 505 |
| 88 | Lewis | Bonnie | 2:18-cv-08499 | 9/10/2018 | No PFS Submitted | sanofi |
| 89 | Linde | Patty | 2:17-cv-14097 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 90 | Marshall | Lue | 2:17-cv-17289 | 12/14/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 91 | Mayford | Dawn | 2:17-cv-16289 | 12/9/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 92 | McCombs | Rebecca | 2:18-cv-03314 | 12/13/2017 | No PFS Submitted | sanofi |
| 93 | Mcmullen | Helga | 2:17-cv-17056 | 12/12/2017 | PFS Not Substantially Complete | sanofi |
| 94 | Mickens | Elizabeth | 2:18-cv-06378 | 06/29/2018 | PFS Not Substantially Complete | 505 |
| 95 | Mims | Kathryn | 2:17-cv-15812 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 96 | Moffett | Francine | 2:17-cv-14827 | 12/5/2017 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 97 | Morgan | Rose | 2:17-cv-13506 | 11/28/2017 | PFS Not Substantially Complete | sanofi |
| 98 | Morrill | Patricia | 2:17-cv-15046 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 99 | Moss | Marilyn | 2:17-cv-17145 | 12/13/2017 | No PFS Submitted | sanofi |
| 100 | Myers | Jesse | 2:18-cv-07292 | 08/01/2018 | PFS Not Substantially Complete; No Deficiency Response | 505 |
| 101 | Nelson | Wanda | 2:18-cv-08498 | 9/10/2018 | No PFS Submitted | sanofi |
| 102 | Nichols | Winona | 2:17-cv-15204 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 103 | Nimako | Lea | 2:17-cv-10893 | 10/19/2017 | PFS Not Substantially Complete | sanofi |
| 104 | Noble | Debra | 2:18-cv-00995 | 2/1/2018 | PFS Not Substantially Complete | sanofi |
| 105 | Oleary | Rita | 2:18-cv-03395 | 3/29/2018 | PFS Not Substantially Complete | sanofi |
| 106 | Ortiz | Dell | 2:17-cv-16641 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 107 | Osthoff | Kathleen | 2:18-cv-08982 | 09/27/2018 | No PFS Submitted | 505 |
| 108 | Pacifico | Carol | 2:17-cv-16645 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 109 | Paden | Ida | 2:17-cv-09607 | 9/25/2017 | PFS Not Substantially Complete | sanofi |
| 110 | Papajohn | Colleen | 2:17-cv-16380 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 111 | Paris | Mia | 2:18-cv-08772 | 9/19/2018 | No PFS Submitted | sanofi |
| 112 | Pastore | Donna | 2:17-cv-10968 | 10/20/2017 | PFS Not Substantially Complete | sanofi |
| 113 | Payne | Juanita | 2:17-cv-04823 | 5/9/2017 | PFS Not Substantially Complete | sanofi |
| 114 | Pederson | Rhonda | 2:18-cv-08925 | 9/26/2018 | No PFS Submitted | sanofi |
| 115 | Penegar | Julie | 2:17-cv-14888 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 116 | Phillips | Joan | 2:16-cv-15513 | 7/29/2016 | PFS Not Substantially Complete | sanofi |
| 117 | Podesta | Barbara | 2:17-cv-09541 | 9/23/2017 | PFS Not Substantially Complete | sanofi |
| 118 | Poirier | Deborah | 2:18-cv-08926 | 9/26/2018 | No PFS Submitted | sanofi |
| 119 | Pollard | Terri | 2:17-cv-15101 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 120 | Ramsey | Pamela | 2:17-cv-12546 | 11/15/2017 | PFS Not Substantially Complete | sanofi |
| 121 | Redmond | Marsha | 2:18-cv-08984 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 122 | Reed | Ruby | 2:17-cv-10073 | 10/3/2017 | PFS Not Substantially Complete | sanofi |
| 123 | Rhone | Georena | 2:17-cv-15091 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 124 | Richardson | Suna | 2:17-cv-11333 | 10/26/2017 | PFS Not Substantially Complete; No Authorizations Uploaded; No PTO 71 Uploaded | sanofi |
| 125 | Robinson | Linda | 2:17-cv-13918 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 126 | Robinson | Tessa | 2:17-cv-13919 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 127 | Rodriguez | Rachelle | 2:17-cv-16813 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 128 | Rogers | Kathie | 2:17-cv-09675 | 9/26/2017 | PFS Not Substantially Complete | sanofi |
| 129 | Ruffin | Peggy | 2:17-cv-16297 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 130 | Ryan | Michelle | 2:18-cv-08928 | 9/26/2018 | No PFS Submitted | sanofi |
| 131 | Sampson | Shirley | 2:17-cv-15232 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 132 | Sanchez | Lisa | 2:18-cv-09274 | 10/5/2018 | No PFS Submitted | Both sanofi and 505 |
| 133 | Sanders | Eloise | 2:17-cv-10659 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 134 | Sanders | Glenice | 2:17-cv-15689 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 135 | Sanders | Mattie | 2:17-cv-14996 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 136 | Santos | Velma | 2:17-cv-17218 | 12/13/2017 | PFS Not Substantially Complete | sanofi |
| 137 | Scott | Shawna | 2:17-cv-17270 | 12/14/2017 | PFS Not Substantially Complete; No Authorizations Uploaded; No PTO 71 Uploaded | sanofi |
| 138 | Sethman | Kathleen | 2:18-cv-08931 | 9/26/2018 | No PFS Submitted | sanofi |

| #   | Last Name  | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|-----|------------|------------|----------------|----------------------|----------------------------|------------------|
| 139 | Sexton     | Jessie     | 2:18-cv-08985  | 9/27/2018            | No PFS Submitted           | Both sanofi and 505 |
| 140 | Sheard     | Lisa       | 2:17-cv-10657  | 10/16/2017           | PFS Not Substantially Complete | sanofi |
| 141 | Siggers    | Robin      | 2:18-cv-08986  | 9/27/2018            | No PFS Submitted           | sanofi |
| 142 | Simpson    | Jennifer   | 2:17-cv-15575  | 12/7/2017            | PFS Not Substantially Complete | sanofi |
| 143 | Sims       | Rita       | 2:17-cv-01844  | 3/2/2017             | PFS Not Substantially Complete | sanofi |
| 144 | Smith      | Charlene   | 2:18-cv-08502  | 9/10/2018            | No PFS Submitted           | sanofi |
| 145 | Smith      | Denice     | 2:17-cv-16005  | 12/8/2017            | PFS Not Substantially Complete | sanofi |
| 146 | Smith      | Karen      | 2;18-cv-01610  | 2/15/2018            | No PFS Submitted           | sanofi |
| 147 | Smith      | Mary       | 2:16-cv-17202  | 12/12/2016           | PFS Not Substantially Complete | sanofi |
| 148 | Snead      | Addie      | 2:18-cv-09325  | 10/5/2018            | No PFS Submitted           | sanofi |
| 149 | Spallino   | Judith     | 2:17-cv-10779  | 10/18/2017           | PFS Not Substantially Complete | sanofi |
| 150 | Stewart    | Beatrice   | 2:18-cv-09077  | 10/1/2018            | No PFS Submitted           | Both sanofi and 505 |
| 151 | Stillwell  | Juanita    | 2:17-cv-17723  | 12/22/2017           | PFS Not Substantially Complete | sanofi |
| 152 | Stinnett   | Jowana     | 2:16-cv-17071  | 12/11/2016           | PFS Not Substantially Complete | sanofi |
| 153 | Stoops     | Robin      | 2:17-cv-13921  | 11/30/2017           | PFS Not Substantially Complete | sanofi |
| 154 | Stubenhofer| Margaret   | 2:17-cv-17991  | 12/30/2017           | PFS Not Substantially Complete | sanofi |
| 155 | Sultrop    | Catherine  | 2:18-cv-00210  | 1/8/2018             | PFS Not Substantially Complete | sanofi |
| 156 | Sutherline | Jacquely   | 2:18-cv-08876  | 9/24/2018            | No PFS Submitted           | Both sanofi and 505 |
| 157 | Tamez      | Alicia     | 2:17-cv-16097  | 12/8/2017            | PFS Not Substantially Complete | sanofi |
| 158 | Taylor     | Mary       | 2:17-cv-17104  | 12/12/2017           | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi |
| 159 | Taylor     | Sherry     | 2:17-cv-15814  | 12/8/2017            | PFS Not Substantially Complete | sanofi |
| 160 | Taylor     | Teresa     | 2:18-cv-08774  | 9/19/2018            | No PFS Submitted           | sanofi |
| 161 | Thomas     | Angela     | 2:17-cv-12173  | 11/9/2017            | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 162 | Thomas | Aqua | 2:18-cv-00990 | 2/1/2018 | PFS Not Substantially Complete | sanofi |
| 163 | Thomas | Patricia | 2:17-cv-15306 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 164 | Thompson | Lillie | 2:17-cv-10328 | 10/9/2017 | PFS Not Substantially Complete | sanofi |
| 165 | Thompson | Melissa | 2:17-cv-17013 | 12/11/2017 | PFS Not Substantially Complete; No Authorizations Uploaded; No PTO 71 Uploaded | sanofi |
| 166 | Tigner | Tisa | 2:17-cv-16925 | 12/11/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 167 | Todd | Tillie | 2:17-cv-16640 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 168 | Tucker | Dora | 2:18-cv-09252 | 10/4/2018 | No PFS Submitted | sanofi |
| 169 | Turner | Jennifer | 2:17-cv-12814 | 11/20/2017 | PFS Not Substantially Complete | sanofi |
| 170 | Tyler | Bobbie | 2:18-cv-08995 | 9/27/2018 | No PFS Submitted | sanofi |
| 171 | Valladon | Robyn | 2:17-cv-06357 | 6/30/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 172 | Varela | Ana | 2:18-cv-08476 | 9/10/2018 | No PFS Submitted | sanofi |
| 173 | Vyska | Cindy | 2:18-cv-09003 | 9/27/2018 | No PFS Submitted | Both sanofi and 505 |
| 174 | Wallace | Aslee | 2:17-cv-16189 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 175 | Washington | Gwendolyn | 2:18-cv-08773 | 9/19/2018 | No PFS Submitted | sanofi |
| 176 | Wearing-Williamson | Carol | 2:18-cv-09002 | 9/27/2018 | No PFS Submitted | sanofi |
| 177 | Weinstein | Jennifer | 2:17-cv-15440 | 12/7/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 178 | White | Geraldine | 2:17-cv-12548 | 11/15/2017 | PFS Not Substantially Complete | sanofi |
| 179 | Whitenight | Lorrie | 2:17-cv-17233 | 12/13/2017 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi |
| 180 | Wiggins | Sandra | 2:18-cv-08990 | 09/27/2018 | No PFS Submitted | 505 |
| 181 | Williams | Carolyn | 2:18-cv-08503 | 9/10/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 182 | Williams | Fay | 2:17-cv-14668 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi |
| 183 | Williams | Jami | 2:17-cv-15157 | 12/6/2017 | PFS Not Substantially Complete; No Authorizations Uploaded; No PTO 71 Uploaded | sanofi |
| 184 | Williams | Renee | 2:18-cv-03313 | 12/13/2017 | No PFS Submitted | sanofi |
| 185 | Williams | Ruby | 2:18-cv-03313 | 12/13/2017 | No PFS Submitted | sanofi |
| 186 | Wilson | Maggie | 2:17-cv-14750 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 187 | Woolfolk | Hope | 2:17-cv-15721 | 12/8/2017 | PFS Not Substantially Complete; No Authorizations Uploaded | sanofi |
| 188 | Younkins | Deborah | 2:17-cv-16432 | 12/9/2017 | PFS Not Substantially Complete | sanofi |