UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Suzette Bush-Goddard**

Case No.: **2:18-cv-09228**

## DECLARATION

I, Melissa Ephron (Attorney's Name), have attempted to reach my client, Suzette Bush-Goddard, on the following dates:

1/23/19

2/4/19

2/5/19

2/7/19

by (check all that apply) __X_ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　By: /s/ Melissa Binstock Ephron
　　　　　　　　　　　　　　　　　　Melissa Binstock Ephron
　　　　　　　　　　　　　　　　　　State Bar No. 24101518
　　　　　　　　　　　　　　　　　　E-mail: mephron@reichandbinstock.com
　　　　　　　　　　　　　　　　　　4265 San Felipe, Suite 1000

Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*