# EXHIBIT C

## Taxotere Rule 26 Report

By: Linda D Bosserman, MD, FACP, FASCO
    Medical Oncologist and Breast Cancer Specialist
    City of Hope Medical Group
    1500 Duarte Road, Building 170, Office 1007
    Duarte, CA 91010

### Biography

My name is Linda Bosserman, MD, FACP, FASCO, and I am an Assistant Clinical Professor, medical oncologist and value-based care leader at City of Hope. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network and the Pathways Task Force.  I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I will serve as the chair of the 2019 Oncology Practice Conference.

I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University. I performed my internship and residency at Stanford University Hospital and did my oncology fellowship at

1

the Dana-Farber Cancer Institute, Harvard Medical School, and Brigham and Women's Hospital. I was a Clinical Instructor of Medicine at Stanford University School of Medicine and Harvard University before joining Wilshire Oncology Medical Group serving cancer patients in eastern Los Angeles, San Bernardino and Riverside counties in 1990. There I was a breast cancer expert and clinical research trial lead for breast cancer studies while leading the group's pioneering work on oncology medical home care until 2014.  I, along with my entire medical practice group, then joined the City of Hope Medical Group Foundation in 2014 to continue my work as a breast medical oncology specialist and oncology medical home leader.

In March of 2018 I was named to serve as Editor-In-Chief of the *Journal of Oncology Practice (JOP)*.[1] This is an ASCO journal  focused on bringing the latest in clinical care advances with high quality care delivery to busy practicing cancer clinicians, their administrators and the payer communities.

### Cancer Staging of the Cases Under Consideration

The American Joint Committee on Cancer (AJCC) staging system for breast cancer is based on tumor, nodal and metastasis criteria (TNM), leading to a rules-based stage for a patient's breast cancer. There were two editions of the AJCC manual during the time of the care for patients

---

[1] Journal of Oncology Practice (JOP) provides necessary information and insights to keep oncology practice current on changes and challenges inherent in delivering quality oncology care. All content dealing with understanding the provision of care—the mechanics of practice—is the purview of JOP. JOP also addresses an expressed need of practicing physicians to have compressed, expert opinion addressing common clinical problems.

JOP content focuses on care delivery from various perspectives, including:
- quality and value of care;
- improvement science;
- health services research;
- business and socioeconomics;
- performance of clinical trials;
- professionalism and ethics; and
- health policy

in this report: AJCC 6 (January 1, 2003-December 31, 2009), and then AJCC 7 (January 1, 2010-January 1, 2018). The American Joint Commission on Cancer (AJCC) is the nationally recognized professional association who set the standards for staging of all patients diagnosed with cancers in the US and other countries who choose to use it with specific time periods of use set for each edition. The goal of having a patient's cancer stage is to be able to then offer the best treatment options for each group to achieve the best disease recurrence prevention, survival and quality of life. As biologic information has expanded with the understanding of receptors on the tumor surface that can stimulate or block cancer cell growth as well as genetic mutations within the tumor DNA that can influence cell growth, spread and aggressiveness, the information gets incorporated into the newer AJCC editions when it is determined additional subgrouping for a disease or stage of disease indicates patients in that subgroup could benefit from defined therapies, or receive less therapy with the same excellent disease and survival rates as well as to indicate when a subgroup would best benefit from further study with newer therapies being evaluated in clinical trials. Each edition of the AJCC from edition 7 to the currently used 8 has expanded the subgrouping information for women with breast cancer based on evidence generated in clinical trials that was felt important for physicians to consider when determining an individual patient's treatment plan to achieve the best short- and long-term clinical outcome for each patient.

The patients that I am addressing in this report, Antoinette Durden, Tanya Francis and Barbara Earnest, each have a Stage 2, ER positive and PR positive, and HER2 negative, breast cancer which was node positive. Each woman was found to have one lymph node containing breast cancer tumor metastasis in her the underarm area draining the primary breast cancer but otherwise had no distant metastasis and thus all had early breast cancer. The treatment options are focused on Stage I, IIA, IIB, or IIIA (T3N1M0) and include therapies for breast cancers that are  hormone

3

receptor positive and Her2 gene non-amplified.  Given that none of the 3 women had Her2 gene amplification, no therapies were recommended for Her2 receptor blockade. The treatments discussed cover those for invasive ductal or lobular carcinomas with Stage I, Stage IIA, Stage IIB, and Stage IIIA breast cancers. These also correspond to the NCCN categories of invasive operable or early breast cancer.

The National Cancer Institute also defines Stages I-IIIA as early-stage breast cancer, for which the goal of therapy is curative as opposed to metastatic or Stage IV breast cancer, which is currently not considered curable. I will use the term early-stage breast cancer to refer to Stages I-IIIA breast cancer in this report.

### Practice of Clinical Oncology

Oncology is the branch of medicine dedicated to preventing, diagnosing, treating and caring for survivors and patients with breast cancer.  Some oncologists also conduct clinical trials and other cancer research dedicated to finding better treatments and cures for cancer.  The field of oncology has three main specialties: medical, surgical and radiation oncology.  The treatment of breast cancer requires multiple specialists and is guided by evidence-based guidelines.

### NCCN Guidelines

In most instances the treatment of breast cancer follows the guidelines of the National Comprehensive Cancer Network (NCCN). The NCCN is an alliance of 27 cancer centers throughout the United States that diagnose and treat cancer. City of Hope is an NCCN Member Institution. The NCCN develops recommended practice guidelines for the diagnosis, treatment and care of cancer patients.  The guidelines provide recommendations based on the best evidence

available broken into the growing numbers of breast and other cancer subtypes such as hormone sensitive versus hormone insensitive tumors, Her2 amplified versus Her2 non-amplified tumors, as well as by stage. The guidelines are updated at least annually to stay current. They are available to patients and clinicians at no charge online.[2]

**Local Therapy with Surgery**

The surgical oncologist is the surgeon who surgically removes the cancer. The surgical oncologist has a central role in the diagnosis and surgical removal of early breast cancer. This surgery can be done after an initial diagnosis or suspicion of breast cancer or after initial systemic (whole body) therapy is given to shrink a cancer before surgery. Depending on the size and location of the breast cancer and on the joint decision of the surgeon, patient, and often a medical oncologist and radiation oncologist, a treatment plan is made. For early stage breast cancer, patients typically make a choice for local therapy to lessen the risk of breast cancer returning in the effected breast through either a lumpectomy to remove the tumor with a margin of normal tissue around it (along with lymph node evaluation/dissection) or a mastectomy, which removes the whole breast along with the tumor (along with lymph node dissection).

A lumpectomy involves removal of the tumor and surrounding breast tissue to achieve a margin of tissue without cancer, while conserving as much normal breast tissue as possible. A mastectomy involves the removal of one or, sometimes, both breasts. In both surgeries, the lymph nodes under the arm on the side with breast cancer are evaluated. Initially, women had axillary lymph node dissections (ALNDs) to remove at least level 1-2 lymph nodes resulting often in 8-20 lymph nodes being removed. Since the early 1990s sentinel lymph node dissection (SLND) has

---

[2] NCCN Guidelines (2018), *available at* https://nccn.org/guidelines.

become the more common procedure where only the nodes shown to drain from the tumor area are removed, often 1-3 lymph nodes. When lumpectomy is performed women are advised to have post-surgery radiation therapy to the breast to lower the recurrence risk of cancer in that breast to that of mastectomy. The combination of lumpectomy with lymph node evaluation followed by radiation therapy is called breast conserving therapy (BCT). After mastectomy, only if tumors are 4-5 cm in size in the breast or multiple lymph nodes are involved under the arm is radiation therapy recommended. The trend has been toward lumpectomy except in very young women and those with an identified genetic risk for second or subsequent breast cancers where patients may choose unilateral or bilateral mastectomies.  There have been major advances in breast conserving surgery, trends to more chemotherapy before surgery called Neo-adjuvant therapy as well as advances in plastic and reconstructive techniques for women choosing mastectomy(ies).

### Local Therapy with Radiation

The radiation oncologist performs radiation therapy.  In early stage breast cancer patients, radiation therapy utilizes precise beams of radiation to kill cancer cells after lumpectomy and lymph node surgery. The radiation destroys cancer cells that may remain in the breast after lumpectomy but cannot be seen by our current imaging studies. Radiation therapy damages cells by destroying the genetic material in cancer cells that causes cells to grow and divide. Radiation therapy after lumpectomy reduces the in-breast recurrence risk from the 25-30% range down to the 3-6% range, similar to that after a mastectomy, while preserving the breast.

The radiation oncologist uses computed tomography (CT) or magnetic resonance imaging (MRI) scans to accurately target tumor sites. There have been major advances in  techniques to avoid damage to nontarget organs.

### Systemic Therapy Is Influenced by Cancer Subtypes

Another major trend over the past 20 years is understanding the very different impacts of chemotherapy, endocrine and targeted biologic therapies on the four major subtypes of breast cancer: (1) Hormone +, Her2-: typically ER+, PR+, Her2- or ER+/PR-/Her2- or ER-/PR+/Her2-. Next type is Her2+ which can be (2) Hormone +, Her2+ ER+/PR+/Her2+ (triple positive) or ER+/PR-/Her2+ or ER-/PR+/Her2+.  Her2+ tumors can also be (3) hormone negative: ER-/PR-/Her2+ or the last major subtype, (4) Triple negative; ER-/PR-/Her2-. Increased understanding of the different impacts that different systemic therapies have on these different major breast subtypes has led to many more tailored systemic treatment recommendations for women with early breast cancer to avoid over treatment and minimize toxicities given the overall favorable prognosis of most women after local therapy for their breast cancer, especially women with Stage I and II early breast cancers.

### Systemic Therapy with Chemotherapy

The medical oncologist is the specialist who provides hormone therapy and chemotherapy and targeted therapies either before surgery to shrink a cancer and make surgery less radical or after surgery to prevent later recurrences of breast cancer in early stage women. Chemotherapy is a type of cancer treatment administered intravenously to the whole body, thus is considered one of the systemic therapies for cancer. Systemic therapies are used in patients to kill cancer cells that

can be detected as well as those that cannot be detected. Chemotherapy drugs for breast cancer are most often given in combination using several different medications. These medications may be given at the same time, or in a sequence at specific doses and for specific periods of time. This is referred to as a chemotherapy regimen.[3]  Medical oncologists commonly also conduct clinical research which allows their patients to participate in clinical trials to test adding new therapies to standard therapies as a way to continue discovery of more effective and less toxic therapies. Clinical trials are conducted to study the safety and effectiveness of chemotherapy, hormone and biologic or targeted therapy (systemic therapies) regimens on patients as well as surgeries and radiation therapy and other supportive cancer therapies. Clinical trials since the 1970s have continually adjusted the standards of care for the systemic therapies of breast cancer to decrease the risk of cancer recurrence and improve patient survival.  Over time, therapies have gotten shorter in duration with less toxicities. New drugs like the taxanes were incorporated into older drug regimens to achieve better outcomes. Biologic testing was identified to indicate when a targeted drug may be effective. Newer genetic panel testing of breast cancers for women like those in this report have also identified many women with early breast cancer who do not need any chemotherapy in addition to their endocrine therapy.

Chemotherapy affects different people in different ways, but there are some common temporary side effects including fatigue, nausea, vomiting, decreased blood cell counts, infection risks, heart muscle weakness, nerve pain and hair loss. Some chemotherapies have longer term side effects including some with longer term nerve pain, secondary leukemia or other risks.

---

[3] Regimens may be identified by an acronym, which are formed using the first letter(s) of the chemical name, chemical abbreviation, and/or trade name of the agents used in the regimen.

### Systemic Therapy with Endocrine Therapy

Endocrine Therapy for ER and/or PR positive breast cancer is administered as pills over 5-10 years to decrease the activity of hormone receptors on breast cancer cells that can bind to circulating hormones in the blood to make cancer cells grow and spread.  About 2 out of 3 breast cancers have significant levels of estrogen receptors and/or progesterone receptors on their surfaces, which is referred to as the tumor being hormone receptor-positive or ER+, PR+ which we'll use in this report.  These cancer cells can thus attach to the hormones estrogen and progesterone in the blood, which in turn stimulate cancer cell growth and later recurrence of dormant cells that may have spread early in the disease and can activate years later.

Endocrine therapy of breast cancer refers to using medications that block the hormone receptor stimulation either by lowering estrogen in the blood stream or by blocking the estrogen and/or progesterone receptors so they cannot be stimulated by circulating hormones in the blood stream. Endocrine therapy for premenopausal woman is most often in the form of the oral medication, Tamoxifen. Tamoxifen is a selective estrogen receptor modulator that stops estrogen from connecting to cancer cells while permitting estrogen to act in other parts of the body. Postmenopausal women are most often treated with one of three effective aromatase inhibitor pills: Anastrozole (Arimidex), Letrozole (Femara) or sometimes, Exemestane (Aromasin). These are drugs that stop estrogen production. Clinical trials over the past 20 years have shown that the use of endocrine therapies is the most important component of therapy for women with hormone positive early breast cancer to prevent early and late cancer recurrences. In addition, studies have shown that 10 years of hormone blockade therapy is more effective than 3-5 years of therapy and has become the standard recommendation for the majority of women with early breast cancer.

**Adjuvant Chemotherapy**

For early stage breast cancer, the primary therapy is surgical removal of the tumor. Radiation therapy, endocrine therapy and chemotherapy are additional treatments to lower the risk that the cancer will come back.  Surgery and radiation therapy are primarily given to prevent local cancer recurrence in the breast and local lymph nodes. Chemotherapy, endocrine therapies and biologic or targeted therapies are given to improve disease free and overall survival by preventing any distant metastasis from gaining a foothold in other sites in the body and causing a cancer recurrence as a Stage III local recurrence or a Stage IV metastatic recurrence. Systemic therapy is given to stop any microscopic cancer cells that may have broken off from the original tumor but that cannot be found by our current testing modalities from establishing themselves and growing in other parts of the body. The extent to which a cancer will recur varies according to a patient's stage and tumor features of estrogen receptor, progesterone receptor and Her2/neu receptor status.

**Adjuvant Radiation Therapy**

Radiation therapy is given to the breast to decrease local recurrence although there is a small impact on decreasing distant recurrence in some instances as well. Chemotherapy, endocrine therapy and/or targeted/biologic therapies are given alone or in combination most often according to the NCCN's national cancer treatment guidelines. This additional cancer treatment after the surgical removal is referred to as adjuvant therapy, meaning "in addition to."  The overriding goal of adjuvant therapies is to reduce the recurrence of breast cancer and improve overall survival with acceptable short- and long-term toxicity tradeoffs determined by risk modeling and individual patients' informed choices.

**Breast Cancer Neoadjuvant or Adjuvant Therapy Choices are a Shared Decision Between the Medical Oncologist and the Patient with Input from the Surgical Oncologist and Radiation Oncologist.**

After diagnosis, patients are faced with a number of important decisions to make about the treatment of early stage breast cancer.  It may be supposed by patients who have not been through the diagnostic and treatment process that these decisions are routinely made by oncologists because of their training background and experience.  Certainly, the oncologist has the medical knowledge which is an indispensable part of the decision-making process; however the final care plan decisions are ultimately made by patients with their clinicians after the pros and cons of the available options are accurately explained to them.  The NCCN Guidelines for Patients, Breast Cancer Stages 1 and 2, centralizes the role of the patient in making decisions about her breast cancer care: "In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan."  In that way decisions can be made that are "in line with your beliefs, wishes, and values."[5]

---

[5] NCCN, *NCCN Guidelines for Patients: Breast Cancer, Early-Stage, Stages I and II* (version 1.2016), *available at* https://www.nccn.org/patients/guidelines/stage_i_ii_breast/index.html#92, Ch. 9, pages 88-89.

# 9  Making treatment decisions

89 It's your choice
90 Questions to ask your doctors
94 Weighing your options
96 Websites
96 Review



Having cancer is very stressful. While absorbing the fact that you have cancer, you have to learn about tests and treatments. In addition, the time you have to accept a treatment plan feels short. Parts 1 through 8 described the cancer and the test and treatment options recommended by NCCN experts. These options are based on science and agreement among NCCN experts. Part 9 aims to help you make decisions that are in line with your beliefs, wishes, and values.

**9** Making treatment decisions | It's your choice

## It's your choice

The role patients want in choosing their treatment differs. You may feel uneasy about making treatment decisions. This may be due to a high level of stress. It may be hard to hear or know what others are saying. Stress, pain, and drugs can limit your ability to make good decisions. You may feel uneasy because you don't know much about cancer. You've never heard the words used to describe cancer, tests, or treatments. Likewise, you may think that your judgment isn't any better than your doctors'.

Letting others decide which option is best may make you feel more at ease. But, whom do you want to make the decisions? You may rely on your doctors alone to make the right decisions. However, your doctors may not tell you which to choose if you have multiple good options. You can also have loved ones help. They can gather information, speak on your behalf, and share in decision-making with your doctors. Even if others decide which treatment you will receive, you still have to agree by signing a consent form.

On the other hand, you may want to take the lead or share in decision-making. Most patients do. In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan. Your doctors know the science behind your plan but you know your concerns and goals. By working together, you are likely to get a higher quality of care and be more satisfied. You'll likely get the treatment you want, at the place you want, and by the doctors you want.



During my 30 years as an oncologist there has been an increased recognition by clinicians and patients presenting with various kinds of breast cancer that decisions concerning treatment—including whether  to have a surgical mastectomy and sampling (SLND) or removing specific areas of the regional lymph nodes (ALND) OR to have a lumpectomy to remove only the cancerous

tissue with a clear margin around it and either sample (SLND) or remove specific areas of the reginal lymph nodes (ALND), after which radiation therapy is recommended to save most of the breast tissue but decrease local recurrence risk to that of mastectomy and most recently to improve survival is the patient's final decision. The patient's decision for local therapy is made after discussion and being informed of the risks and benefits of each major surgical option and how these are impacted by the patient's specific stage, tumor receptors, the patient's individual health factors, family history and personal preferences.  Patient decisions also include making decisions on the use of adjuvant systemic therapies whether chemotherapy, targeted biologic therapies, endocrine therapy and their combinations based on their stage, tumor biology, risk factor analysis, health and personal preferences.

ASCO, a leading professional oncology organization, is comprised of forty-five thousand health care professionals dedicated to the treatment of cancer patients.  As part of its mission it publishes journals, holds meetings and provides guidelines and resources to its members.

ASCO has provided written guidance on the importance of providing patients with sufficient information to permit them to make decisions about their individual cancer treatments. Patient decisions about potential treatment requires weighing the risks against the benefits.

> Ethically, consent conversations allow physicians to fulfill their responsibility to help patients make autonomous choices about their medical care. For this reason, informed consent is not limited to a single discussion or form; rather, it is an ongoing communication process that is central to the doctor-patient relationship.[6]

Medical oncologists have the responsibility to help their patients understand and consider risks that are important to them so they can make informed choices among options for local and systemic therapy to reduce the risk of local and distant recurrences of breast cancer:

---

[6] Courtney Storm et al, *Informed Consent for Chemotherapy: ASCO Member Resources,* 4(6) J. ONCOL. PRACTICE 289, 289 (2008), *available at* http://ascopubs.org/doi/pdf/10.1200/JOP.0866002.

> *Risks and adverse effects of proposed treatment.* The toxic nature of chemotherapy introduces numerous risks and potential adverse effects that physicians must disclose. Generally, physicians should disclose risks and adverse effects that are common as well as those that are not common but could be severe. Physicians should consider whether a patient's specific circumstances would make some risks more material than others. Disclosure should include how short-term adverse effects can be managed to make the patient more comfortable. In some cases, long-term planning initiatives are appropriate. For example, physicians should advise patients about the fertility preservation strategies available to them.[7]

In order for shared decision making to be meaningful it is essential that <u>all risks that are significant to patients be discussed.</u>

It is equally important to explain the benefit of the treatment so that patients can weigh the benefits against the risks in their decision making:

> *Potential benefits of proposed treatment.* Physicians should inform patients of the benefits they can reasonably expect from treatment if it is successful, such as reduction in tumor size, prolonged survival, or reduced discomfort, but should make clear that outcomes vary among patients.[8]

In order to weigh the risks versus the benefits the medically acceptable alternatives must also be explained:

> *Alternatives to proposed treatment and associated risks.* Physicians should inform patients about reasonable alternatives to proposed treatment. What is reasonable will depend on the circumstances of a patient's case; the patient's medical, social, and personal concerns; and the judgment of the physician. When considering alternatives, patients may value information about cost, length of recuperation, likely success, and risks, compared with the proposed treatment….[9]

ASCO incorporated these standards of informed consent into their Quality Oncology Practice Initiative (QOPI). This national and global oncology practice quality certification program requires documentation and auditing of quality metrics across six areas of oncology practice. The process

---

[7] *Id.* at 290.
[8] *Id.*
[9] *Id.*

of informed consent outlined above is considered so important to the delivery of quality care that it is a major metric in the core module that practices must attest to in order to be certified.[10]

**The Prognosis for Future Recurrence Can Be Assessed with Reasonable Accuracy with Validated Online Tools:  This Enables Patients to Assess Both Risks of Cancer Recurrence and Benefits of Chemotherapy, Endocrine and targeted biologic therapies in Preventing Recurrence.**

A number of web-based tools were developed to estimate prognostic benefits of adjuvant chemotherapy for breast cancer patients. Adjuvant! Online was developed in 2001 and was available and used routinely for shared decision making for women with stage I or II breast cancer when Tanya Francis was diagnosed with breast cancer in 2009 and when Barbara Earnest and Antoinette Durden were diagnosed in 2011.[11]

In approximately 2014, Adjuvant! Online was no longer available in the U.S., but practitioners had (and have) access to PREDICT UK and ONCOassist, which provide similar prognostic information. PREDICT was developed by the National Health Service (NHS) and University of Cambridge using information on 5,694 women treated for breast cancer in England between 1999 and 2003: the results were presented in a peer-reviewed article published in Breast Cancer Research in January 2010.[12]  An updated PREDICT breast cancer prognostication and treatment benefit prediction model (v2.0) article with independent validation was published in the peer reviewed Breast Cancer Research journal in May of 2017. This is the version I used in my report as it provides more accurate calculations for woman under 40 among other updates.[13]

---

[10] https://practice.asco.org/quality-improvement/quality-programs

[11] Ivo A. Olivotto et al., *Population-Based Validation of the Prognostic Model ADJUVANT! for Early Breast Cancer*, 23(12) J. CLIN. ONCOL. 2716 (2005).

[12] Gordon C. Wishart et al., PREDICT: A New UK Prognostic Model That Predicts Survival Following Surgery for Invasive Breast Cancer, 12 BREAST CANCER RESEARCH R1 (2010).

[13] Francisco J. Candido dos Ries, et al., *An updated PREDICT breast cancer prognostication and treatment benefit prediction model with independent validation*, Breast Cancer Research (May 2017)

ONCOassist  was developed in Ireland in 2012 and received CE (*Conformité Européenne*) certification in 2013, which indicates that it complies with relevant European Union legislation.[14]

I used Predict UK in my practice as a tool of patient counseling. More recently after being asked to evaluate ONCOassist along with many ASCO cancer experts, I have used ONCOassist. In my testing they provide similar results to help patients understand the benefit of skipping adjuvant therapy or taking only endocrine therapy or adding chemotherapy before using endocrine therapy. I have run and applied ONCOassist Adjuvant Breast Cancer Survival Results for all three patients and have attached the reports as follows:

**Exhibit E** - ONCOassist Report – Antoinette Durden

**Exhibit F** - ONCOassist Report – Barbara Earnest

**Exhibit G** - ONCOassist Report – Tanya Francis

**Exhibit H** - PredictUK 2.0 – Antoinette Durden

**Early Stage Breast Cancer Has a Number of Effective Chemotherapy Options**

The NCCN guidelines are widely recognized and utilized for breast cancer treatment.  The guidelines provide detailed options for treatment based on tumor features and stage. In 2009 and 2011, the years in which Ms. Durden, Ms. Earnest, and Ms. Francis were diagnosed with early breast cancer, the NCCN listed the standard options for adjuvant chemotherapy for women with hormone +, Her2- early breast cancer as:

---

[14] Maged N. Kamel Boulos et al., *Mobile Medical and Health Apps: State of the Art, Concerns, Regulatory Control and Certification*, 5(3) ONLINE J. PUBLIC HEALTH INFORMATICS e229 (2014); Judith J. Prochaska, PhD, MPH et al., *Social Media and Mobile Technology for Cancer Prevention and Treatment*, 37 AM. SOC. CLIN. ONCOL. EDUC. BOOK 128, 133 (2017).

**2009**

---

**NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)**

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- AC followed by paclitaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)

---

**2010**

---

**NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)**

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- FEC (fluorouracil/epirubicin/cyclophosphamide) followed by weekly paclitaxel

---

**2011**

---

**NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)**

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- FEC (fluorouracil/epirubicin/cyclophosphamide) followed by weekly paclitaxel

---

The NCCN recommends that patients with early stage breast cancer undergo adjuvant chemotherapy and/or adjuvant endocrine therapy depending on the cancer stage and hormone receptor status before or after surgery and radiotherapy.  I advise my patients with node-positive early stage breast cancer to undergo  chemotherapy in addition to endocrine therapy. Some patients elect or are advised to forgo chemotherapy and utilize endocrine therapy alone. This is a valid and acceptable option for some women, especially those where chemotherapy has increasingly been found to have a relatively small additional benefit of reducing cancer recurrences over endocrine therapy alone. Clinical trials over the past 20 years have led to a much deeper understanding of breast cancer tumor biology in women with hormone sensitive, Her2 negative breast cancers. These patients benefit significantly from the long term, daily hormone suppressive effects of endocrine therapy and relatively less from cancer growth suppressing forms of chemotherapy.

Chemotherapy regimens have different risk benefit profiles. Generally, the regimens with Taxotere/docetaxel or Taxol/paclitaxel and anthracyclines are considered the most effective for adjuvant treatment of early breast cancer. However, anthracyclines have greater cardiac toxicity risk than other chemotherapy drugs, and their use in the standard breast cancer regimens has a rare but lethal risk of secondary leukemia. Some of the alternatives that do not use anthracyclines and Taxol/paclitaxel or Taxotere/docetaxel are somewhat less effective but still significantly reduce the risk of recurrent breast cancer. Chemotherapy regimens that do not have anthracyclines or taxanes, when combined with endocrine therapy, have only slightly reduced effectiveness. Even first-generation regimens such as CMF, which has slightly reduced effectiveness, can be a reasonable patient choice and is associated with a lower risk of hair loss. As noted in the NCCN Guidelines, use of CMF remains within the standard of practice. This highlights the need for a meaningful informed consent process so that patients can make a decision for therapy that is the most reasonable for them.

**AC-T & TAC**

Taxotere/docetaxel and Taxol/paclitaxel are both taxanes. Clinical trials have demonstrated that Taxotere and Taxol are equally effective in the treatment of breast cancer.[15]

---

[15] Michele De Laurentiis et al., *Taxane-Based Combinations as Adjuvant Chemotherapy of Early Breast Cancer: A Meta-Analysis of Randomized Trials*, 26 J CLIN ONCOL 44 (2008); Wei-Xiang Qi et al., *Paclitaxel-Based Versus Docetaxel-Based Regimens in Metastatic Breast Cancer: A Systematic Review*, 29:2 CURRENT MED. RESEARCH & OPINION 117 (2013); Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663 (2008) (also note letters to editor and author reply NEJM July 17, 2008 & Figure corrections NEJM July 3, 2008); Joseph A. Sparano et al., *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*, 33 J. CLIN. ONCOL. 2353 (2015).

**The NCCN Guidelines Have Categories of Regimens**

In 2009 NCCN added to its guidelines three categories of regimens for use as adjuvant therapy. NCCN has set forth an explanation of the categories:

> Q: What are the NCCN Categories of Preference?
>
> The NCCN Categories of Preference are:
> •       Preferred intervention: Interventions that are based on superior efficacy, safety, and evidence; and, when appropriate, affordability
>
> •       Other recommended intervention: Other interventions that may be somewhat less efficacious, more toxic, or based on less mature data; or significantly less affordable for similar outcomes
>
> •       Useful in certain circumstances: Other interventions that may be used for selected patient populations (defined with recommendation)[16]

All recommendations in the NCCN Guidelines are considered appropriate in the individualized care of a patient.

NCCN also describes the reasons for the categories:

> Q: What are the goals of NCCN Categories of Preference?
>
> The goals of the NCCN Categories of Preference are to:
>
> •       Stratify Guidelines to clarify panel and institutional preferences for interventions;
>
> •       Provide guidance to users of the Guidelines on which recommendation(s) is considered optimal;
>
> •       And continue to provide updated and specific recommendations based on the weight of the scientific evidence to meet varying clinical stages, tumor biology, patient circumstances and patient preferences.[17]

---

[16] NCCN, *NCCN Categories of Preference: Frequently Asked Questions* (2017), *available at*: https://www.nccn.org/images/guidelines/PDF/NCCN_Categories_of_Preference_FAQ.pdf.
[17] *Id.*

Illustration by NCCN demonstrates that the factors of patient health and patient preferences come into the consideration for use of the regimens.

**Importance of Endocrine Therapy for early stage ER & PR positive breast cancer**

For ER positive and/or PR positive early stage breast cancer, endocrine therapy is highly effective at preventing the recurrence of breast cancer as well as improving the overall survival of patients. For many of these women, there may be little to no additional benefits, but only toxicities and risks, from the addition of chemotherapy.[18] Adding chemotherapy only to high risk women with this breast cancer subtype may further decrease the recurrence risk for women with this breast tumor biology with an early breast cancer diagnosis.[19]  The NCCN recommends use of online tools to assess benefits of chemotherapy treatment.

**Risks of Chemo in Treatment of Early Stage Breast Cancer**

There are a number of common adverse side effects from chemotherapy regimens including:

- Fatigue
- Shortness of breath
- Temporary hair loss, with changes in color and texture of regrown hair
- Easy bruising and bleeding
- Infection
- Anemia[20]
- Nausea and vomiting
- Appetite changes
- Constipation

---

[18] Tremont et al., *Endocrine Therapy for Early Breast Cancer: Updated Review*, 17(4) OCHSNER J. 405 (2017).
[19] Tremont et al., *Endocrine Therapy for Early Breast Cancer: Updated Review*, 17(4) OCHSNER J. 405 (2017).
[20] Temporary and intermittent low red blood cell counts during therapy can result in bleeding, infection, anemia or rare low platelets with the rare possibility of hospitalization or death that can be lessened by use of white cell growth factor (Neulasta shots after each chemotherapy treatment or daily shots for 3-10 days after each chemotherapy cycle).

- Diarrhea
- Mouth, tongue, and throat problems such as sores and pain with swallowing
- Nerve and muscle problems such as numbness, tingling, and pain[21]
- Skin and nail changes such as dry skin and color change
- Urine and bladder changes and kidney problems
- Weight changes
- "Chemo brain", which can affect concentration and focus
- Mood changes
- Changes in libido and sexual function
- Fertility problems
- Rash
- Skin reactions at site of administration

There are also less common serious risks including:

- Toxic deaths
- Hepatotoxicity
- Neutropenia
- Serious and long-term neurologic reactions including paresthesia, dysesthesia and pain
- Anaphylaxis and severe hypersensitivity reactions

Some of the systemic adverse events of Taxotere and Taxol regimens are substantially similar such as anaphylaxis, neurologic reactions, and temporary hair loss. However, Taxotere/docetaxel, is associated with a risk of permanent chemotherapy-induced alopecia (PCIA).

**Importance of Hair Loss to Patients**

Temporary loss of hair—My experience with patients from finishing medical school in 1981 onward has confirmed the importance of hair loss to women with breast cancer. Temporary hair loss is one of the most important adverse effects from chemotherapy to my patients. Patients

---

[21] Toxicities of numbness and tingling of hands/feet normally resolves after 6-12 months but can be longer for some patients.

weigh hair loss in their decisions about therapy. The medical literature has confirmed that temporary hair loss is one of the most distressing side effects to patients.[22] [23]

It is part of the responsibility of the medical oncologist to inform and prepare the patient for temporary hair loss. Hair loss can be very traumatic as well as stigmatizing. Hair loss, unless covered by wigs or hats, exposes the patient to the world as undergoing treatment for cancer.

Traditionally oncologists have reported to patients the common experience of total, temporary hair loss starting 3-4 weeks after the first chemotherapy treatment and the start of hair regrowth 6-8 weeks after the last chemotherapy. Before the understanding of Taxotere regimens as a risk for PCIA in the treatment of breast cancer, oncologists believed that hair only failed to regrow in idiosyncratic reactions, and it was not part of patient discussion of the risk of chemotherapy.

**Scalp Cooling**

In 2017 the FDA approved a scalp cooling system to treat temporary alopecia. However, scalp cooling caps had been used in other countries for decades and rarely in the US. It was legal to use caps in the US before the FDA approval. My limited experience with patients using the devices helped demonstrate to me the extreme importance that patients placed on avoiding even temporary alopecia from chemotherapy. To use the available scalp cooling systems before 2017, patients had to pay cash to independent companies (POLAR ice caps), often ranging from $1,500 - $3,000 as they had been shown to be effective, but not yet FDA approved, or covered by insurance. The patient or family had to pay to receive the cooling caps, procure dry ice the day of

---

[22] Julie Lemieux, *Chemotherapy-Induced Alopecia and Effects on Quality of Life Among Women with Breast Cancer: A Literature Review*, 17 PSYCHO-ONCOLOGY 317 (2008).
[23] Elizabeth L. McGarvey et al., *Psychological Sequelae and Alopecia Among Women with Cancer*, 9 CANCER PRACTICE 283 (2001).

the treatment, and cool the number of caps needed, and then bring the frozen caps to the clinic for use during treatment.  The use of these caps begins 40 minutes prior to chemotherapy infusion and are recommended to be worn for an hour after infusions stop, and must be changed during treatment.  The older caps had a reported 70% efficacy and required freezing the scalp to very uncomfortable and many times painful low temperatures for effectiveness. Some patients who could not afford this in my practice declined chemotherapy or chose the CMF regimen which had a much lower chance of total temporary alopecia. Others chose the caps and the family and patient carried out the additional steps outlined above while undergoing every cycle of their chemotherapy.

Before the 2015 FDA label change in the US and even now given the lack of general awareness of this important label change reporting the common risk of permanent, irreversible alopecia, patients were not counselled differently about using the available scalp cooling caps for Taxotere regimens vs any others. In fact, given the expense of the scalp cooling products, I most often advised patients and their families against the older scalp cooling devices as they were only 70% effective. In my practice I have averaged seeing 350-450 newly diagnosed patients with breast cancer annually, and only 5-10 women chose to use the Polar Ice cap devices. Others declined chemotherapy or changed chemotherapy or accepted the risk I reported to them of temporary total hair loss.

///

///

///

**History of Scalp Cooling to prevent Chemotherapy Hair Loss**

Since the 1970s, scalp cooling has been used to prevent temporary chemotherapy-induced alopecia.[24] Several cooling systems were devised such as ice and fluid cooling turbans[25], cold air hoods[26], and cryogel caps[27].  Gel caps, as depicted below, generally replaced other cooling methods due to relative ease of use.[28]



[29]

*Studies by 2005*

By 2005, scalp cooling had become recognized as "an increasingly effective method to prevent chemotherapy-induced hair loss."[30]  According to Grevelman and Breed's meta-analysis published in Annals of Oncology in 2005, six of seven randomized studies demonstrated a

---

[24] J.T. Luce et al., *Prevention of Alopecia by Scalp Cooling of Patients Receiving Adriamycin*, 57(1) CANCER CHEMOTHERAPY REPORTS 108 (1973).

[25] A.R. Timothy et al., *Influence of Scalp Hypothermia on Doxorubicin Related Alopecia*, 80(1) LANCET 663 (1980); R. Guy et al., *Scalp Cooling by Thermocirculator*, 24 LANCET 937 (1982).

[26] Luce et al.; R.P. Symonds et al., *Adriamycin Alopecia Prevented by Cold Air Scalp Cooling*, 9(5) AM. J. CLIN. ONCOL. 454 (1986); Lynn Adams et al., *The Prevention of Hair Loss from Chemotherapy by the Use of Cold-Air Scalp-Cooling*, 1(5) EUROPEAN J. CANCER CARE 16 (1992).

[27] Justine E. Anderson et al., *Prevention of Doxorubicin-Induced Alopecia by Scalp Cooling in Patients with Advanced Breast Cancer*, 282 BRITISH MED. JOURNAL 423 (1981); L. Vendelbo Johansen, *Scalp Hypothermia in the Prevention of Chemotherapy-Induced Alopecia*, 24(2) ACTA RADIOLOGICA: ONCOLOGY 113 (1985).

[28] D. Batchelor, RN, MSN, *Hair and Cancer Chemotherapy: Consequences and Nursing Care – A Literature Study*, 10 EUROPEAN J. CANCER CARE 147, 153-54 (2001).

[29] Johansen at 114 (Figures 1-3).

[30] E.G. Grevelman & W.P.M. Breed, *Prevention of Chemotherapy-Induced Hair Loss by Scalp Cooling*, 16 ANNALS OF ONCOLOGY 352, 357 (2005).

significant advantage when scalp cooling was used in the prevention of temporary alopecia.[31]  In addition, 13 of 14 non-randomized studies with historical control groups and 31 of 35 studies without historical control groups showed positive results.[32]  Grevelman and Breed concluded: "The average success rate of the studies carried out before 1995 was 56% and from 1995 onwards 73%."[33]

***FDA approval and studies***



*Figure 1: DigniTherm[TM] and corresponding DigniCap[TM]*                    [34]

In December 2015, the FDA granted marketing authorization of the DigniCap™ Scalp Cooling System for the reduction of hair loss in breast cancer patients undergoing chemotherapy.[35]  For that authorization, the efficacy of the cooling system was studied in 122 women undergoing chemotherapy for early stage breast cancer.[36]  The study demonstrated that more than 66 percent of patients treated with the DigniCap reported losing less than half their hair.[37]  In April 2017, the

---

[31] *Id.* at 352.
[32] *Id.* at 353.
[33] *Id.*
[34] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf
[35] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf
[36] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[37] *Id.*

FDA also granted marketing authorization of the Paxman Scalp Cooling System.[38]  The Paxman scalp cooler was tested in a randomized clinical trial in which 50.5% of the 95 breast cancer patients who received scalp cooling lost less than half their hair in comparison with 0% of the patients who did not receive cooling.[39]

"We are pleased to expand the use of this product for cancer patients with solid tumors to potentially minimize chemotherapy-induced hair loss," said Binita Ashar, M.D., Director of the Division of Surgical Devices in the FDA's Center for Devices and Radiological Health. "Managing the side effects of chemotherapy is a critical component to overall health and quality of life."[40]

The most common side effects of scalp cooling include headaches, neck and shoulder discomfort, chills, and pain associated with wearing the cooling cap for an extended period.[41]  The medical literature shows few occurrences of scalp metastasis after scalp cooling so the devices are deemed safe for use in patients taking chemotherapy to reduce the risk of breast cancer recurrence. In a study on 227 breast cancer patients who utilized scalp cooling, two (.88%) developed scalp metastases.[42]

***Assessing Benefits v. Risks of Permanent Irreversible Hair Loss***

If oncologists had been informed of the risk of permanent alopecia with Taxotere regimens, it would have permitted them to advise patients about the risk and the option of scalp cooling to prevent or decrease the risks of both temporary and permanent alopecia.  The risk of a permanent

---

[38] https://www.accessdata.fda.gov/cdrh_docs/pdf16/K163484.pdf
[39] Julie Nangia, MD et al., *Effect of a Scalp Cooling Device on Alopecia in Women Undergoing Chemotherapy for Breast Cancer: The SCALP Randomized Clinical Trial*, 317(6) JAMA 596 (2017).
[40] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[41] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[42] C. Christodoulou et al., *Scalp Metastases and Scalp Cooling for Chemotherapy-Induced Alopecia Prevention*, 17(2) ANNALS OF ONCOLOGY 350 (2006).

disfiguring condition would have changed the weighing of risks and benefits for patients, the informed consent process with their medical oncologist, and allowed the women to choose or consider choosing different chemotherapy regimens or even to avoid chemotherapy altogether. A study published in 2018 examined the effectiveness of cold caps in preventing PCIA from Taxotere/docetaxel regimens.  After a median follow-up of 8 years, one of 120 patients presented with grade 1 permanent alopecia, and no cases of grade 2 permanent alopecia were seen.[43]

**Observations about the cases based on the medical records of the patients, the deposition testimony of the medical oncologists who provided systemic chemotherapy and the testimony of the patients**

**Antoinette Durden**

1. Antoinette Durden was 60 years old when she was diagnosed with an early favorable histology, Stage 2B Left breast cancer in July of 2011. Her staging was reported using the AJCC 7 rules then in place for the US (1/1/2010-12/31/2017). The components of her stage determination included pT2 (2.5cm), pN1(1 positive of 5), M0, ER+, PR+, Her2/neu negative (by IHC) This diagnosis and therapy incorporated her positive family history of breast cancer. After consultations she chose to have, as local therapy to reduce the risk of local and distant recurrence as well as even the rare opposite breast second cancer development, Bilateral Mastectomies, left SLND and right prophylactic SLND with bilateral DIEP breast reconstructions on 7/20/2011. Due to left sided SLND node having cancer in it, she had a follow up Left ALND 8/17/2011.

2. Pathology from her biopsy, left mastectomy, Left SLND and left ALND showed a primary left moderately differentiated, grade 2, infiltrating ductal breast tumor

---

[43] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, BREAST CANCER RES. & TREAT. (2018).

measuring 2.5 cm with final clear margins and 1 of 5 sentinel nodes with metastatic breast cancer. The tumor was strongly ER +(95%), PR positive (10%) and Her2/neu negative (non-amplified by IHC method with result 0)

3. Antoinette Durden was a thoughtful and fully competent postmenopausal woman who sought, requested and incorporated information from family and her oncologist into her decisions about the kinds and types of therapies she wanted to use in order to reduce her chance of breast cancer local and distant recurrence after her diagnosis June 2, 2011.

4. Sophy Jancich, M.D., Ms. Durden's medical oncologist, routinely addresses hair loss in her discussions of side effects with patients considering chemotherapy because hair loss is particularly traumatic for women[44] and is a main concern for most of her female patients.[45] While deciding which chemotherapy regimen to choose, Ms. Durden expressed concern about hair loss.[46]

5. At the time of Ms. Durden's diagnosis of early stage breast cancer in 2011, Dr. Jancich understood the Taxotere label to refer to alopecia as a temporary side effect.[47] It was not until 2016 or 2017, after some dissemination of the 2015 FDA label change reported this, that she understood that alopecia related to Taxotere/docetaxel could be permanent.[48] The 2010 Taxotere label did not list permanent alopecia as a potential reaction in the "Post-Marketing Experiences" section; Dr. Jancich expected potential reactions to be included in this section of the label.[49] The "Patient Counseling

---

[44] Deposition of Sophy Jancich, M.D. – Vol. 1 at page 112 (Jan. 12, 2018).
[45] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 173 (Feb. 2, 2018).
[46] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 164 (Feb. 2, 2018).
[47] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 262-63 (Feb. 2, 2018); Exhibit 6, Deposition of Sophy Jancich, M.D. – Vol. 1 (Jan. 12, 2018).
[48] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 263 (Feb. 2, 2018).
[49] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 263-64 (Feb. 2, 2018); Exhibit 6, Deposition of Sophy Jancich, M.D. – Vol. 1 (Jan. 12, 2018).

Information" section of the 2010 Taxotere label did not mention permanent alopecia; Dr. Jancich considers this section to include information Sanofi and the FDA reviewers felt was important to share with patients in educating them about potential side effects.[50] Dr. Jancich testified that if information about permanent alopecia had been included in the Taxotere label, she would have considered it when prescribing Taxotere regimens vs other available standard chemotherapy regimens and would have shared that information and those options with Ms. Durden and other patients.[51]

6. Prior to 2016 or 2017, Dr. Jancich discussed temporary hair loss as a side effect with all her patients for whom chemotherapy was an option.[52] Dr. Jancich would explain to patients that the hair could grow back a different texture or color.[53] If patients asked about when their hair would grow back, Dr. Jancich would reply that regrowth usually occurs within a couple of months but could take a little longer.[54]

7. Dr. Jancich recalls discussing temporary hair loss as a side effect of chemotherapy with Ms. Durden during her first appointment on August 29, 2011: she told Ms. Durden her hair would grow back but could be a different color or texture.[55] Dr. Jancich believes Ms. Durden asked whether her hair would grow back.[56] Dr. Jancich responded that hair would usually regrow two months after chemotherapy.[57]

---

[50] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 265-67 (Feb. 2, 2018); Exhibit 6, Deposition of Sophy Jancich, M.D. – Vol. 1 (Jan. 12, 2018).
[51] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 265-68 (Feb. 2, 2018).
[52] Deposition of Sophy Jancich, M.D. – Vol. 1 at pages 111-12 (Jan. 12, 2018).
[53] Deposition of Sophy Jancich, M.D. – Vol. 1 at pages 111-12 (Jan. 12, 2018).
[54] Deposition of Sophy Jancich, M.D. – Vol. 1 at page 113 (Jan. 12, 2018).
[55] Deposition of Sophy Jancich, M.D. – Vol. 1 at pages 113-15 (Jan. 12, 2018).
[56] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 171-74 (Feb. 2, 2018).
[57] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 175 (Feb. 2, 2018).

8.  Ms. Durden's daughter, Anesha Prier, participated in the decision making process regarding chemotherapy and accompanied her mother to the first or second appointment with Dr. Jancich.[58] Ms. Prier has a nursing background and expressed concern about nausea, vomiting, cardiotoxicity, and fatigue associated with Adriamycin.[59] Despite her daughter's concerns, Ms. Durden considered participating in a clinical trial with a regimen containing Adriamycin, Cytoxan, and Taxol but ultimately decided not to.[60] Ms. Durden was treated with the TC regimen (Taxotere and cyclophosphamide).

9.  Dr. Jancich testified that Ms. Durden did not have any areas of baldness on her scalp prior to chemotherapy.[61] Ms. Durden lost all of her hair during the course of chemotherapy, which was expected BUT it never returned to its pre-chemotherapy state.[62] Dr. Jancich testified that Ms. Durden's hair regrowth was limited to "fuzz" and recalls her patient being distressed and embarrassed about her appearance and lowered self-esteem following chemotherapy.[63]

10. Dr. Jancich relies on the NCCN Guidelines and ASCO's Journal of Clinical Oncology in identifying chemotherapy regimens for her patients.[64] In 2011, the NCCN Guidelines recommended thirteen different regimens for HER2-negative patients such as Ms. Durden.[65] Two of the 2011 NCCN-recommended regimens do not contain

---

[58] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 161-62 (Feb. 2, 2018).
[59] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 162-63 (Feb. 2, 2018).
[60] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 176-78 (Feb. 2, 2018).
[61] Deposition of Sophy Jancich, M.D. – Vol. 1 at page 11 (Jan. 12, 2018).
[62] Deposition of Sophy Jancich, M.D. – Vol. 1 at pages 12-13 (Jan. 12, 2018).
[63] Deposition of Sophy Jancich, M.D. – Vol. 1 at pages 73, 78-79 (Jan. 12, 2018).
[64] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 187-88 (Feb. 2, 2018).
[65] Exhibit 12, Deposition of Sophy Jancich, M.D. – Vol. 2 (Feb. 2, 2018).

anthracyclines: TC (Taxotere/docetaxel and cyclophosphamide) and CMF (cyclophosphamide, methotrexate, and fluorouracil).[66]

11. In 2011, Dr. Jancich did not distinguish between the side effects of Taxotere versus Taxol in counseling her patients.[67] Since then, she has seen patients in her practice—in addition to Ms. Durden—who suffer from permanent chemotherapy-induced alopecia (PCIA) from Taxotere/docetaxel.[68] In addition, Dr. Jancich has attended conferences where Taxotere-induced PCIA was discussed, has conferred with colleagues who have seen patients with Taxotere-induced PCIA, and has researched the issue.[69] Since 2016 or 2017, Dr. Jancich changed the counseling she provides to patients regarding hair loss by engaging in longer discussions and warning of permanent hair loss from Taxotere/docetaxel containing regimens.[70] She has amended her use of Taxotere/docetaxel based on permanent hair loss and instead prescribes Taxol/paclitaxel regimens.[71] Dr. Jancich has not seen PCIA with Taxol/paclitaxel in her practice; nor have her colleagues.[72] She is not aware of any studies regarding Taxol/paclitaxel and PCIA.[73]

12. Dr. Jancich testified that if she had known about the risk of PCIA from Taxotere/docetaxel, she would have warned Ms. Durden when discussing chemotherapy regimens.[74] If Ms. Durden had rejected Taxotere/docetaxel-containing

---

[66] Exhibit 12, Deposition of Sophy Jancich, M.D. – Vol. 2 (Feb. 2, 2018).
[67] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 181 (Feb. 2, 2018).
[68] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 207-08 (Feb. 2, 2018).
[69] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 208-10 (Feb. 2, 2018).
[70] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 209-10, 229 (Feb. 2, 2018).
[71] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 228-29 (Feb. 2, 2018).
[72] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 232 (Feb. 2, 2018).
[73] Deposition of Sophy Jancich, M.D. – Vol. 2 at pages 230-31 (Feb. 2, 2018).
[74] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 240 (Feb. 2, 2018).

regimens due to PCIA, Dr. Jancich testified that she would have recommended CMF (cyclophosphamide, methotrexate, and fluorouracil), which can be just as effective.[75] Use of CMF, a first-generation chemotherapy regimen, remains within the standard of care and effective treatment for early stage, single node positive breast cancer.

13. Antoinette Durden chose to have adjuvant therapy to reduce the risk of distant breast cancer recurrence with a combination of chemotherapy plus endocrine (hormonal blockade) therapy pills.  .

14. Antoinette Durden made the decision about chemotherapy after discussing the options with her medical oncologist, Dr Jancich, and her daughter, Anesha Prier.  Ms. Durden's daughter was informed about chemotherapy through her work with a breast cancer community program under the auspices of the American Cancer Society and had concerns about the use of the chemotherapy drug Adriamycin because of potential harm to the heart.   The patient had a family history of heart disease.

15. She chose not to participate in a clinical trial because it involved Adriamycin (which her daughter referred to as the "red devil").  However, she attended a class about the clinical trial to be informed about the option.[76]

16. She chose a chemotherapy regimen based on a detailed informed consent process where specific known side effects of the common chemotherapy regimens were shared with her and she chose the Taxotere Cytoxan regimen based on the presented toxicities compared to regimens. She was not counselled that the TC (Taxotere/Cytoxan) regimen carried a risk of permanent irreversible hair loss, and so could not weigh the  risk of

---

[75] Deposition of Sophy Jancich, M.D. – Vol. 2 at page 243 (Feb. 2, 2018).
[76] Deposition of Antoinette Durden - Vo. 1 at page 261 Line 6 through page 262 line 11 (December 13, 2017)

permanent irreversible alopecia with the TC regimen against the slightly less effective alternative of CMF without a known PCIA risk. .

17. Due to Sanofi's choice to not alert physicians and patients about the common risk of permanent irreversible alopecia, Ms. Durden and Dr. Jancich were not able to accurately consider the option of NCCN guideline adjuvant chemotherapy that did not include a taxane at all, and that has minimal hair loss and nearly equal disease control: CMF x 8.

18. Antoinette Durden chose to have the additional chemotherapy with the Taxotere/Cytoxan regimen based on the presented information about reducing the risk of distant cancer recurrence as well as the expected but inaccurate and incomplete information about the risk of PCIA hair loss from this Taxotere regimen.

19. Ms. Durden, like the other two patients under consideration, was counseled about the known side effect that is common to many agents, chemotherapy-related temporary hair loss. She actively participated in the final care plan decision making and accepted the risks of:

   A. Substantial and temporary hair thinning to complete temporary baldness, beginning as early as her first or second cycle of chemotherapy. She accepted that the hair loss would likely include hair that grows elsewhere including eyelashes, eyebrows and pubic hair.

   B. The need to wear wig for a few months. Ms. Durden underwent chemotherapy with the expectation that hair regrowth would start about 6-8 weeks after the last cycle of chemotherapy and could take a year to be back to near normal length and fullness so that wigs or hats would no longer be needed. She

expected that, most likely, hair growth would be back to normal by 6 months after the last chemotherapy treatment.

   C.  Different hair color and texture. Ms. Durden also accepted that the regrown hair may have a different texture or color.

20.  Had the patient been presented with alternatives, which in fact were available, which did not have the risk of PCIA, she would have chosen an alternative adjuvant therapy.[77]

21.  She wanted her oncologist Dr. Jancich to provide her a full explanation of her chemotherapy options and risks so she could make an informed decision about what type of therapy to undergo.[78]

22.  Sanofi did not provide information about PCIA to her doctor or her .[79]

23.  She would have undergone chemotherapy but would have chosen an alternative chemotherapy if she was aware of the true risk of permanent irreversible alopecia.[80],[81]

24.  Calculating the RISK/benefits of ADJUVANT SYSTEMIC THERAPY BENEFITS for Antoinette Durden: for no adjuvant therapy, chemotherapy plus endocrine therapy or endocrine therapy alone:  The Predict UK on line version 2.0 tool available at (https://www.predict.nhs.uk/predict_v2.0.html) can inform us of the expected impact on overall survival for individual patients after adjuvant endocrine therapy with or without chemotherapy vs no adjuvant therapy. For Ms Durden the modeling using her grade 2, screen detected, 25 mm breast cancer with 1 node positive, ER+, Her2-with unknown Ki67 getting second generation chemotherapy shows that 91 of 100 women

---

[77] Deposition of Antoinette Durden - Vol. 1 at page 214 Line 25 through page 215 line 23 (December 13, 2017).
[78] Deposition of Antoinette Durden - Vo. 1 at page 264 Line 21 through page 365 line 5 (December 13, 2017)
[79] Deposition of Antoinette Durden - Vo. 1 at page 18 Line 2 through 16 (December 13, 2017)
[80] Deposition of Antoinette Durden - Vol. 1 at page 216 Line 11 through page 217 line 1 (December 13, 2017)
[81] Deposition of Antoinette Durden - Vo. 1 at page 216 Line 11 through page 217 line 1 (December 13, 2017)

will be alive at 5 years and 77 out of 100 at 10 years with NO adjuvant therapy at all after local therapy. An extra 2 women per 100 will be alive at 5 years and an extra 4 women alive at 10 years who take adjuvant endocrine therapy (referred to in their system as hormone therapy). IF you add a second-generation adjuvant chemotherapy to the adjuvant endocrine therapy you get only an additional 1 woman per 100 women treated with chemotherapy alive at 5 years and an extra 2 women per 100 treated with chemotherapy alive at 10 years.  For many women, the toxicities of chemotherapy may or may not be worth the short and long-term benefit when they have the type of tumor Ms Darden had given it helps only 2 women more be alive at 10 years but 100 women have to undergo the treatment. It also makes it that much more important that patients and their clinicians have knowledge of every short and long-term side effect that they can use to weigh into their final treatment plan on whether or not to include chemotherapy, and for some whether or not to add even endocrine therapy after local therapy is completed.

25. Using the web or app based no cost OncoAssist on line tool from: https://webapp.oncoassist.com/public/index.php/login, for Ms Durden we see the same prediction of minimal benefit from chemotherapy for her screen detected, grade 2, ER+, Her2-, Ki67 unknown, 25mm breast tumor with 1 positive lymph node at age 60 getting a second generation chemotherapy regimen followed by  endocrine therapy she would be expected to have a 92.2% 5 year and 81.2% 10 year survival without any further adjuvant therapy. She would be expected to have only 1.4% additional benefit to survival at 5 years and 3.7% additional survival at 10 years from adjuvant endocrine

therapy. The addition of chemotherapy to her adjuvant therapy would only help less than 1 women per 100 at 5 years and 2 women per 100 at 10 years.

**Tanya Francis**

1.  Tanya Francis was a 38-year-old African American woman who was diagnosed with Stage 2 Left Breast cancer in March 2009. Her cancer staging was determined per the then current AJCC 6th edition rules which were in effect from 1/1/2003-through 12/31/2009. She had Stage 2 Breast Cancer consisting of: T2 (3 cm tumor, grade 1 tubulolobular carcinoma), N1a (1 of 21 nodes had a focus of cancer in the peri-nodal region with 1 of 3 SLND found to have tumor but none of the additional 18 ALND nodes had tumor), MO, which was found to have tumor biomarkers: ER+, (90%), PR+, (90%) and Her2 negative by IHC staining at 1+, and the Ki67 was very low at <2%. These pathology findings of grade 1 tubulolobular cancer with very favorable biomarkers as strongly estrogen receptor and progesterone receptor positive while also being Her2- with a very low Ki67 level indicate a lower chance of distant recurrence and extreme likelihood that hormone therapy alone would provide significant benefit in reducing the already low distant recurrence risk even further. At the same time, it implies that adding chemotherapy may only do harm or at most, add a very minimal benefit to further lowering the distant recurrence risk.

2.  At the outset of her breast cancer treatment on July 22, 2009, Tanya Francis believed that chemotherapy with Taxotere caused temporary hair loss. Mrs. Francis was warned by Dr. Verghese, her treating oncologist, and the oncology nurses, Ms. Celeste and Miss Teresa, that temporary hair loss was a likely side effect of Taxotere chemotherapy.

She also went online and researched the side effects of Taxotere, which included temporary hair loss.[82] She was given pamphlets and materials about her chemotherapy with Taxotere that stated that she would experience temporary hair loss that will grow back once chemotherapy was completed.[83]

3.  Mrs. Francis discussed her chemotherapy regimen with Dr. Verghese. Dr. Verghese explained the purpose of chemotherapy with Taxotere, Adriamycin and Cytoxan (TAC) and their potential side effects.[84] Mrs. Francis recalls Dr. Verghese warning her that she would experience fatigue, temporary hair loss, discoloration of fingernails, nausea and even death.[85] Mrs. Francis specifically remembers Dr. Verghese using the word "temporary" when describing hair loss.[86]

4.  Mrs. Francis completed six cycles of TAC chemotherapy.[87] She was under the impression that her hair would fully grow back based on her conversations with Dr. Verghese and through her independent research she conducted on Taxotere using Google.[88]

5.  Celeste Keller, the oncology nurse who first administered chemotherapy to Mrs. Francis, gave Mrs. Francis a separate printed pamphlet regarding the side effects of each chemotherapy which were to be administered. The Taxotere pamphlet stated that hair loss was a temporary side effect.[89] Ms. Keller went over the pamphlets with Ms.

---

[82] Deposition of Tanya Francis – Vol. 1 at page 39 (Dec. 13, 2017)
[83] Deposition of Tanya Francis – Vol. 1 at page 40 (Dec. 13, 2017)
[84] Deposition of Tanya Francis – Vol. 1 at pages 176 – 77 (Dec. 13, 2017)
[85] Deposition of Tanya Francis – Vol. 1 at page 178 (Dec. 13, 2017)
[86] Deposition of Tanya Francis – Vol. 1 at page 179 (Dec. 13, 2017)
[87] Deposition of Tanya Francis – Vol. 1 at page 188 (Dec. 13, 2017)
[88] Deposition of Tanya Francis – Vol. 1 at pages 191 – 99 (Dec. 13, 2017)
[89] Deposition of Tanya Francis – Vol. 1 at pages 206 – 10 (Dec. 13, 2017)

Francis and told her she would experience temporary hair loss and that her hair would grow back.[90]

6. Mrs. Francis began to experience hair loss between her 1st and 2nd cycle of TAC chemotherapy.[91] She shaved her head before she began her 3rd cycle of chemotherapy because she had lost 80% to 90% of her hair.[92]

7. Mrs. Francis' hair began to regrow in spring 2010; however it was very short and thin.[93] Since May 2010, Mrs. Francis' hair has grown back slowly, but her hair is still weak and falls out if she brushes it too hard.[94] Before chemotherapy, Mrs. Francis' hair used to be much thicker and she could style it differently. She has bald spots now and her hair is much thinner on the sides, middle and top of her head.[95]

8. Mrs. Francis also lost eyelash, eyebrow, underarm and pubic hair. Her eyelash, eyebrow and underarm hair has also not grown back. Her pubic hair has only partially grown back.[96]

9. Tanya Francis trusted Dr. Verghese and his recommendation for treatment with TAC chemotherapy. Knowing what she knows now, if Dr. Verghese recommended the same course of treatment, she would have requested other treatment options that did not cause permanent hair loss.[98]

10. She testifies that if she had been advised by Dr. Varghese that Taxotere regimens had a risk of permanent hair loss she would have asked him to find a different chemotherapy

---

[90] Deposition of Tanya Francis – Vol. 1 at page 210 (Dec. 13, 2017)
[91] Deposition of Tanya Francis – Vol. 1 at page 218 (Dec. 13, 2017)
[92] Deposition of Tanya Francis – Vol. 1 at page 219 (Dec. 13, 2017)
[93] Deposition of Tanya Francis – Vol. 1 at page 222 (Dec. 13, 2017)
[94] Deposition of Tanya Francis – Vol. 1 at page 223 (Dec. 13, 2017)
[95] Deposition of Tanya Francis – Vol. 1 at page 224 (Dec. 13, 2017)
[96] Deposition of Tanya Francis – Vol. 1 at pages 232 – 35 (Dec. 13, 2017)
[98] Deposition of Tanya Francis – Vol. 1 at page 287 (Dec. 13, 2017)

drug for use in her therapy.  Had Dr Varghese insisted on using Taxotere she would have refused and sought a new physician.[99]

11. Cherian Verghese, M.D., Tanya Francis's medical oncologist, primarily relies upon the NCCN Guidelines and the medical articles referenced therein to decide which adjuvant chemotherapy regimens to recommend to patients.[100] Dr. Verghese subscribes to and regularly reviews the *Journal of Clinical Oncology*, *Blood*, and the *New England Journal of Medicine* and occasionally reviews *Leukemia & Lymphoma* and *Lancet*.[101] Prior to making recommendations regarding chemotherapy, Dr. Verghese consults the NCCN Guidelines and *Hematology-Oncology Therapy* textbook and considers the patient's individual factors such as age, type and stage of cancer, and health conditions.[102] Dr. Verghese learns about post-marketing adverse events and side effects from multiple sources, primarily through updates in medical journals.[103] He regularly confers with his colleagues regarding adverse events and consults pharmacists.[104] He also relies on pharmaceutical companies or their sales representatives to supply him with FDA approved information regarding adverse events or side effects.[105] When Dr. Verghese learns of a new post-marketing adverse event, he considers it in his prescribing practices and incorporates information on the new risk into his discussions with patients.[106]

---

[99] Deposition of Tanya Francis – Vol. 1 at pages 287-89 (Dec. 13, 2017
[100] Deposition of Cherian Verghese, M.D. at pages 29, 41-43 (Jan. 10, 2018).
[101] Deposition of Cherian Verghese, M.D. at pages 31-32 (Jan. 10, 2018).
[102] Deposition of Cherian Verghese, M.D. at pages 34-36, 80 (Jan. 10, 2018).
[103] Deposition of Cherian Verghese, M.D. at pages 46-47 (Jan. 10, 2018).
[104] Deposition of Cherian Verghese, M.D. at page 55 (Jan. 10, 2018).
[105] Deposition of Cherian Verghese, M.D. at pages 44-46 (Jan. 10, 2018).
[106] Deposition of Cherian Verghese, M.D. at pages 49-51 (Jan. 10, 2018).

12. Dr. Verghese has prescribed Taxotere/docetaxel and Taxol/paclitaxel regimens to breast cancer patients, who represent approximately ten percent of his practice.[107] Before prescribing a particular chemotherapy regimen, Dr. Verghese discusses with his patient each medication, the outcomes, how and where the medication is administered, major short and long term side effects, and side effect management.[108] Dr. Verghese testified that he has previously reviewed the labeling or package insert information for Taxotere/docetaxel and would refer back to it if a patient raised a concern over a side effect not covered by the medical literature or major textbooks.[109] If a patient expresses a concern regarding a side effect, Dr. Verghese conducts additional research and explores other options for treatment.[110] Dr. Verghese testified that if he is aware of a permanent risk that a drug may have, he discloses that risk to his patient.[111]

13. On June 8, 2009, Dr. Verghese met with Ms. Francis for her initial consultation.[112] By the next appointment on June 16, 2009, Dr. Verghese discussed options for chemotherapy with Ms. Francis, and she decided in consultation with her medical oncologist on the regimen to use; this decision was made during her next July 9, 2009 appointment.[113] Dr. Verghese testified that he would have consulted the editions of the NCCN Guidelines and *Hematology-Oncology Therapy* (2nd Edition) in effect in 2009 to assist him in making recommendations to Ms. Francis.[114] For HER2-negative patients like Ms. Francis, the "Preferred Adjuvant Regimens" listed under the 2009

---

[107] Deposition of Cherian Verghese, M.D. at pages 33, 39-40 (Jan. 10, 2018).
[108] Deposition of Cherian Verghese, M.D. at page 40 (Jan. 10, 2018).
[109] Deposition of Cherian Verghese, M.D. at pages 41-43 (Jan. 10, 2018).
[110] Deposition of Cherian Verghese, M.D. at pages 42-43 (Jan. 10, 2018).
[111] Deposition of Cherian Verghese, M.D. at page 40 (Jan. 10, 2018).
[112] Exhibit 3, Deposition of Cherian Verghese (Jan. 10, 2018).
[113] Deposition of Cherian Verghese, M.D. at pages 75-79 (Jan. 10, 2018).
[114] Deposition of Cherian Verghese, M.D. at page 80 (Jan. 10, 2018).

NCCN Guidelines include different combinations of Taxotere/docetaxel, Cytoxan/cyclophosphamide, Adriamycin/doxorubicin, and Taxol/paclitaxel.[115] Dr. Verghese testified that all of the "Preferred Adjuvant Regimens" are "equally good" and that he would have discussed with Ms. Francis each regimen, its potential side effects, and any of her concerns so that she could make an informed choice.[116] That guideline also lists alternative regimens for adjuvant therapy including CMF which has different toxicities and could have been considered if the patient did not accept the risks and benefits of the preferred adjuvant regimens.

14. Dr. Verghese testified that prescribing oncologists must discuss potentially permanent side effects with patients.[117] In 2009, Dr. Verghese routinely discussed two potentially permanent chemotherapy-induced hair changes with patients: hair color and hair texture.[118] Dr. Verghese had no reason to believe Ms. Francis would suffer from permanent hair loss and, therefore, does not believe he warned her about permanent hair loss.[119] In approximately 2014, Dr. Verghese first learned of the association between Taxotere/docetaxel and permanent hair loss through medical literature and case reports.[120] Dr. Verghese now counsels his patients on permanent hair loss when prescribing Taxotere/docetaxel.[121]

15. Dr. Verghese testified that patient choice is crucial, and he always encourages his patients to be active participants in deciding which adjuvant chemotherapy regimen to

---

[115] Exhibit 6, Deposition of Cherian Verghese (Jan. 10, 2018).
[116] Deposition of Cherian Verghese, M.D. at pages 83-84, 90-91 (Jan. 10, 2018).
[117] Deposition of Cherian Verghese, M.D. at pages 94-95 (Jan. 10, 2018).
[118] Deposition of Cherian Verghese, M.D. at page 104 (Jan. 10, 2018).
[119] Deposition of Cherian Verghese, M.D. at pages 106-07 (Jan. 10, 2018).
[120] Deposition of Cherian Verghese, M.D. at pages 106-07 (Jan. 10, 2018).
[121] Deposition of Cherian Verghese, M.D. at page 104 (Jan. 10, 2018).

take.[122] He considers himself responsible for counseling his patients about the risks of chemotherapy.[123] Dr. Verghese testified that if Ms. Francis had been made aware of the risk of permanent hair loss associated with Taxotere/docetaxel and wanted to use a different regimen, he would have prescribed a Taxol/paclitaxel regimen.[124]

16. Entering Ms. Francis's breast cancer stage and biomarker information into the publicly available OncoAssist adjuvant therapy benefit calculator provides personalized information as to the likely benefit of additional systemic therapy in further improving her overall survival given her breast cancer diagnosis considering her recurrence risk. At the time of Ms. Francis's diagnosis Adjuvant! On Line was available to any clinician at no cost via a web portal and was commonly used by oncologist and shared with patients during shared decision making if the patient was interested. Because the site is no longer available, I ran the currently available OncoAssist breast cancer recurrence calculations. For this 38 year old woman with a 3cm (=30mm) grade 1 breast tumor with 1 node metastasis that was ER+, Her2-, Ki67 negative getting a third generation chemotherapy regimen, she is expected to have a 95.4% 5 year and 88.1% 10 year survival with no further adjuvant therapies. With the addition of endocrine therapy alone her survival improves by 1.2% at 5 years and 3.1% at 10 years. Further adding the third-generation chemotherapy adds 1.3% additional survival at 5 years and 3.7% additional survival at 10 years. In my experience, young women will fully accept the toxicities of chemotherapy for what may seem like a small 5 and 10 year survival benefit but they absolutely expect to be able to fully weight the treatment toxicity

---

[122] Deposition of Cherian Verghese, M.D. at page 119 (Jan. 10, 2018).
[123] Deposition of Cherian Verghese, M.D.  at pages 119-20 (Jan. 10, 2018).
[124] Deposition of Cherian Verghese, M.D.  at page 122 (Jan. 10, 2018).

options as they will also be risking living with potential long term risks for the duration of their lives. Given this relatively small but important benefit from the chemotherapy, if the risk of PCIA had been known, choosing the equally effective AC-Taxol regimen would have been the choice for any patient I have seen and I am confident for Ms. Francis as well.

**Barbara Earnest**

1. Barbara Earnest was 60 years old when she was diagnosed with Stage IIA Left breast cancer in February and March of 2011[109]. Her tumor was staged under the AJCC 7 staging system (in effect from 1/1/2010-12/31/12017). Her biopsy, surgery and work up showed staging components of p-for pathologically determined results of: pT1c (1.9cm, grade 2, infiltrating ductal carcinoma), pN1a (1 of 5 axillary lymph nodes had 12.5 mm of tumor metastasis in the lymph node), M0 with biomarkers showing ER + (90%), PR+ (90% on the initial core biopsy and 20% on the resected tumor), and Her2 negative[111] (IHC was 2+, equivocal so a reflex test to establish the gene amplification status was done by the FISH method and was found to be negative with HER-2/CEP17 Ratio: 1.33), with M0 (no distant metastasis). The pathology report also noted a Ki67 was ordered but results were not provided for consideration.

2. For her Stage IIA Left breast cancer Ms. Earnest chose to have a core biopsy of the breast to establish her cancer diagnosis followed by surgery for local control consisting of a lumpectomy with initial SLND which found 1 of the 2 sentinel nodes had a metastasis in it so an additional ALND was done which removed 3 additional lymph nodes of which none had cancer in them.[110]

3. She was then treated with adjuvant chemotherapy with Taxotere, Adriamycin, Cytoxan: using the AC-Taxotere regimen.[125] Ms. Earnest's treating oncologist was Dr. James Carinder.[126]

4. Dr. Carinder informed Ms. Earnest that her cancer treatment would include 8 chemotherapy treatments with the AC-Taxotere regimen followed by radiation therapy to her breast to complete her breast conservation local therapy.[127] At the completion of radiation treatments endocrine therapy is started for 5-10 years as oral pills. The AC-Taxotere regimen is given as Adriamycin and Cytoxan for Ms. Earnest's first 4 cycles of chemotherapy followed by 4 cycles of Taxotere.[128] Dr. Carinder and Ms. Earnest discussed the side effects of AC-Taxotere chemotherapy prior to her agreeing to therapy and starting. These  included nausea, fingernail loss and hair loss, however, Dr. Carinder informed her that her hair would grow back.[129] Dr. Carinder further explained that her hair might  grow back with a different texture, possibly even thicker.[130] By February or March of 2012, Ms. Earnest asked Dr. Carinder when her hair would grow back and Dr. Carinder informed her that it would certainly grow back but it would just take some time.[131]

5. Ms. Earnest was involved with her cancer treatment decisions. Had Dr. Carinder known about the risk of permanent hair loss associated with Taxotere, then she could have discussed this with him and asked about other treatment options that did not have the

---

[125] Deposition of Barbara Earnest – Vol. 1 at page 91 (Dec. 21, 2017)
[126] Deposition of Barbara Earnest – Vol. 1 at page 8 (Dec. 21, 2017)
[127] Deposition of Barbara Earnest – Vol. 1 at page 189 (Dec. 21, 2017)
[128] Deposition of Barbara Earnest – Vol. 1 at page 198 (Dec. 21, 2017)
[129] Deposition of Barbara Earnest – Vol. 1 at page 191 (Dec. 21, 2017)
[130] Deposition of Barbara Earnest – Vol. 1 at page 191 – 92 (Dec. 21, 2017)
[131] Deposition of Barbara Earnest – Vol. 1 at page 82 – 83 (Dec. 21, 2017)

risk of permanent hair loss. [132] There was another equally effective option that did not

have a PCIA risk. The most commonly used adjuvant AC-Taxol chemotherapy regimen

includes the same 4 cycles of AC but is followed by 4 cycles of Taxol which has not

been associated with PCIA. By the time of Ms. Earnest's breast cancer and adjuvant

therapy decision making, it was clear that AC-Taxol was likely as effective as AC-

Taxotere. The early results from the ECOG 1199 trial in 2008 published in the New

England Journal of Medicine concluded:

> As compared with patients receiving standard therapy (paclitaxel every 3 weeks),
> the odds ratio for disease-free survival was 1.27 among those receiving weekly
> paclitaxel (P=0.006), 1.23 among those receiving docetaxel every 3 weeks
> (P=0.02), and 1.09 among those receiving weekly docetaxel (P=0.29) (with an odds
> ratio >1 favoring the groups receiving experimental therapy). As compared with
> standard therapy, weekly paclitaxel was also associated with improved survival
> (odds ratio, 1.32; P=0.01). [133]

Dr. Carinder testified that if Ms. Earnest presented today with a new case of breast

cancer, he would prescribe the AC-Taxol/paclitaxel regimen. [134] Doctor Carinder has

changed his practice after learning that Taxotere carried a risk of PCIA, to the highly

effective AC-Taxol regimen over the more toxic AC-Taxotere regimen for adjuvant

systemic chemotherapy. It is noteworthy that, the results of the Phase 3, ECOG 1199

trial published on July 20, 2015 in the Journal of Clinical Oncology, showed that after

a 3-arm clinical trial compared AC-Taxol every 3 weeks to AC-weekly Taxol x 12 to

AC-Taxotere every 3 weeks concluded, "For hormone receptor–positive, human

---

[132] Deposition of Barbara Earnest – Vol. 1 at page 203 (Dec. 21, 2017)
[133] Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED.
1663 (2008).
[134] Deposition of James Carinder, M.D. at page 138 (Jan. 11, 2018).

epidermal growth factor receptor 2–non-overexpressing disease, no experimental arm improved OS."[135]

6.   When Barbara Earnest was diagnosed with breast cancer in 2011, James Carinder, M.D., her medical oncologist, was not aware that Taxotere/docetaxel caused permanent alopecia.[136] At that time, he was only aware of one patient who had permanent alopecia after chemotherapy with a Taxotere regimen and thought it was an idiosyncrasy and not a characteristic of a particular chemotherapy agent.[137] No one from Sanofi, then or to this day, has ever communicated the risk of permanent hair loss from Taxotere/docetaxel to Dr. Carinder.[138]

7.   Dr. Carinder relies upon the NCCN Guidelines and the ASCO Guidelines to inform his patients about chemotherapy options.[139] In addition, he considers DeVita, Hellman, and Rosenberg's *Cancer: Principles and Practice of Oncology* the "bible" of oncology principles and practice.[140] Dr. Carinder attends numerous conferences every year to stay updated on important oncology and hematology issues and has attended many conferences where Taxotere/docetaxel was discussed.[141] He focuses on peer reviewed articles in the *Journal of Clinical Oncology*, the *New England Journal of Medicine*, and *Blood*.[142] Dr. Carinder receives emails from ASCO when manufacturers of chemotherapy drugs update their FDA approved labels.[143] In approximately 2015, Dr.

---

[135] Joseph A. Sparano et al., *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*, 33 J. CLIN. ONCOL. 2353 (2015).
[136] Deposition of James Carinder, M.D. at page 41 (Jan. 11, 2018).
[137] Deposition of James Carinder, M.D. at pages 85-86 (Jan. 11, 2018).
[138] Deposition of James Carinder, M.D. at pages 117-18 (Jan. 11, 2018).
[139] Deposition of James Carinder, M.D. at pages 47-48 (Jan. 11, 2018).
[140] Deposition of James Carinder, M.D. at page 49 (Jan. 11, 2018).
[141] Deposition of James Carinder, M.D. at page 62 (Jan. 11, 2018).
[142] Deposition of James Carinder, M.D. at pages 63-64 (Jan. 11, 2018).
[143] Deposition of James Carinder, M.D. at pages 64-65 (Jan. 11, 2018).

Carinder received an email from ASCO regarding permanent alopecia from Taxotere/docetaxel.[144] From that point forward, he warned all his patients about the possibility of permanent hair loss from Taxotere/docetaxel.[145]

50. CALCULATING THE RISK OF ADJUVANT SYSTEMIC THERAPY BENEFITS for BARBARA EARNEST using the OncoAssist on line tool shows that for her symptomatic detection mode, a 1.9cm (19mm) grade 2 breast cancer with one lymph node with metastasis at age 60 and  tumor that was ER+, Her2- with unknown Ki67, she could expect to have a 92% survival at 5 years and a 81% survival at 10years with no further adjuvant systemic therapy. If she added adjuvant endocrine therapy her 5 year survival improved by 1% (helping 1 woman per 100 treated) and her 10 year survival improved by 4% (helping 4 women per 100 treated).  IF third generation chemotherapy is added her survival improves by 2% more at 5 years so it helps 2 woman for every 100 treated and at 10 years her survival improves by 3% so 3 women per 100 women treated with the addition of chemotherapy to endocrine therapy.

I agree with the statements and opinions expressed by the patients' treating medical oncologists. Sanofi never informed treating medical oncologists of the risk of PCIA associated with the use of Taxotere.

The product labeling did not include any statement of this risk until 2015. Each of the treating oncologists appreciates the role of an informed consent process and the concept of shared decision making with their patient, and actively participates in informing the patient of significant known risks when making a decision about the choice of adjuvant chemotherapy regimens.  PCIA

---

[144] Deposition of James Carinder, M.D. at pages 119-20 (Jan. 11, 2018).
[145] Deposition of James Carinder, M.D. at pages 119-20 (Jan. 11, 2018).

was unquestionably a significant risk to women afflicted with breast cancer who received Taxotere containing adjuvant chemotherapy regimens.  Each oncologist would have informed their patients of PCIA had they been informed of the risk by the manufacturer.  If after informing the patients, they had chosen not to undergo treatment with a Taxotere containing regimen because of the PCIA risk, they would have discussed alternative available and effective adjuvant regimens.

Barbara Earnest was administered the AC-Taxotere regimen, and Tanya Francis was administered TAC (Taxotere/Adriamycin/cyclophosphamide). Taxotere has now been recognized to have a risk of PCIA.  I am unaware of scientific evidence that demonstrates that Taxol has a similar risk of PCIA.[147] The treating medical oncologists of these patients -- Dr. Verghese of Ms. Francis and Dr. Carinder of Ms. Earnest -- have testified as discussed herein that they would have used a Taxol regimen had their patients expressed a preference based on the risk of PCIA with the Taxotere regimen.  This would have been an equally effective choice and, based on patient preferences, a reasonable alternative.

The medical oncologist of Antoinette Durden, Sophie Jancich, has testified that she would have used another recommended regimen—CMF—if the patient chose to decline the Taxotere regimen she was administered (TC), based on the risk of PCIA and her preference to avoid AC regimen used in the AC-Taxol regimen as it included anthracycline Adriamycin which can cause congestive heart failure. This choice was within the standard of care and would have been a reasonable outcome of shared decision making.

///

///

---

[147] Reports of PCIA from Taxol/paclitaxel are rare in the medical literature. *See* Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

**We Were Not Told and Did Not Know That Taxotere Had an Increased Risk of Permanent Hair Loss.**

The Taxotere labeling, including the patient leaflets before 2015, and other materials circulated and communicated to oncologists, mentioned the adverse event of alopecia; which I understood to refer to the well-known adverse effect of temporary alopecia.  Not until 2015 did the label first discuss the risk of permanent alopecia.  I did not receive a dear doctor letter notifying me of the label change or of the adverse event of PCIA.

As a result of my work as an expert in the Taxotere MDL, I have learned additional information about Taxotere. Much of this information is set forth in the Rule 26 Report of Ellen Feigal, MD, Section VIII, Taxotere and Alopecia, subsections B and C including table 2.  I have not copied this material but intend to rely on it as though set forth in this report in full.

I was in practice during the years that Sanofi held the patent for docetaxel. I followed the clinical trials and later was aware of its addition to adjuvant regimens on the NCCN guidelines. Taxotere was actively marketed by Sanofi and its drug sales representatives.  During that time, I would have expected the company to communicate the risk of PCIA so I could accurately and fully inform my patients.    I was aware from my work with pharmaceutical companies of the requirement that Speakers for every pharmaceutical company and their sales representatives include accurate and complete safety and side effect information in every presentation. It is essential for physicians that the educational and promotional content from pharmaceutical companies  prominently include safety discussions throughout the presentations to ensure that clinicians receive a fair and balanced set of information about drugs:  benefits as well as their short- and long-term risks. As an experienced speaker for several pharmaceutical companies I can attest to the serious responsibility of full disclosure of toxicities in any talk or sales representative

visit discussing an oncology drug. Ensuring that all toxicities were presented in the most complete and transparent way is essential. I relied upon full disclosure of the risks in my prescribing practice with Taxotere.

As I have become an active member of the City of Hope breast cancer team I have been educating on this common and devastating risk.  It has permitted me to properly inform patients about the risks and benefits as they evaluate use of the Dignicap for those who chose the TC regimen or other regimens with Taxotere.

**Summary Opinions**

Based on the material reviewed, my education, training and experience as a medical oncologist, breast cancer specialist, researcher/scientist, and in my various leadership roles in regional, national and international societies, I offer my opinion to a reasonable degree of medical certainty, that:

1) The communication of information concerning the risk of PCIA with the use of Taxotere, from Sanofi to the treating physicians of Ms. Durden, Ms. Earnest and Ms. Francis (the plaintiffs) via the product label, marketing pieces, correspondence and through the sales representatives that visited the doctors' offices, would have changed the discussion and process of informed consent in a real and substantial way. It would have allowed for fully accurate and complete informed consent process and discussions between the physicians and their patients.

2) That given the option of several alternative choices for adjuvant care with relatively similar differences in efficacy profiles, yet significantly different toxicity profiles, the patients would have had the opportunity to select among several alternatives that did not present the proven risk of PCIA associated with the use of Taxotere.

3) Had the risk of PCIA been communicated to medical oncologists they would have had the option in their professional judgement to offer the use of cold caps to patients who choose Taxotere regimens.

Date: _____11 | 9 | 2018_____

_____
Linda D Bosserman, MD, FACP, FASCO