# EXHIBIT E

Page 1

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3
 4            NO. 2:16-cv-17731
 5
 6         BARBARA EARNEST, Plaintiff
 7
 8                  VERSUS
 9
10   SANOFI S.A., SANOFI-AVENTIS US. L.L.C.,
11        SANOFI US SERVICE, INC., and
12      AVENTIS-PHARMA S.A., Defendants,
13
14
15     Deposition of RALPH L. EARNEST, SR.,
16  2313 Pelican Street, Slidell, Louisiana 70460,
17  taken in the offices of Gainsburgh, Benjamin,
18  David, Meunier & Warshauer, 1100 Poydras
19  Street, Suite 2800, New Orleans, Louisiana
20  70163-2800 on Monday, April 16, 2018.
21
22
23
24
25   Job No. NJ2863167
```

Page 146
1  Q. And she had been complaining to you about it
2     since 2012?
3  A. That would be natural for a woman to complain
4     about her hair loss.
5     MR. HARMON:
6         Okay. I might have a couple of
7         questions for you after Darin asks you
8         some questions, but other than that I
9         think I'm done.
10    THE WITNESS:
11        Sure.
12 EXAMINATION BY MR. SCHANKER:
13 Q. Now, Mr. Earnest, you talked about
14    Dr. Carinder when you were asked questions
15    earlier. Is that correct?
16 A. That's correct.
17 Q. You understand that Dr. Carinder was the
18    doctor who prescribed the Taxotere
19    chemotherapy regimen to your wife. Correct?
20 A. Correct.
21 Q. If I understood your testimony, you actually
22    went to a meeting with Dr. Carinder when he
23    spoke with you and your wife about prescribing
24    Taxotere. Is that right?
25 A. Correct. Yes.

Page 147
1  Q. At that meeting Dr. Carinder talked about some
2     of the side effects that might be anticipated
3     with the use of Taxotere. Is that right?
4  A. Yes.
5     MR. HARMON:
6         Object to form.
7  EXAMINATION BY MR. SCHANKER:
8  Q. And one of those side effects you mentioned
9     was hair loss. Correct?
10 A. Correct.
11    MR. HARMON:
12        Object to form.
13 EXAMINATION BY MR. SCHANKER:
14 Q. Did Dr. Carinder tell you that your wife's
15    hair would most likely fall out as a result of
16    using the chemotherapy?
17 A. Yes.
18 Q. Did Dr. Carinder tell you that your wife's
19    hair would grow back after the use of the
20    chemotherapy?
21    MR. HARMON:
22        Object to form.
23 EXAMINATION BY MR. SCHANKER:
24 Q. Did he explain to you that her hair would grow
25    back after using chemotherapy?

Page 148
1  A. He said it was possible it would never grow
2     back.
3  Q. Okay. Did Dr. Carinder say to you your hair
4     will grow back, Barbara, after you are done
5     with the chemotherapy?
6     MR. HARMON:
7         Object to form.
8     THE WITNESS:
9         No, he didn't say it like that.
10 EXAMINATION BY MR. SCHANKER:
11 Q. What did he say to you?
12 A. He just said that your hair possibly could
13    grow back. It may be a different texture.
14 Q. So he said it was going to grow back, but it
15    could grow back differently?
16 A. Yes.
17    MR. HARMON:
18        Object to form.
19    THE WITNESS:
20        Yes.
21 EXAMINATION BY MR. SCHANKER:
22 Q. Did he say to Barbara your hair will never
23    grow back, Barbara, there's a risk of that?
24    MR. HARMON:
25        Object to form.

Page 149
1  EXAMINATION BY MR. SCHANKER:
2  Q. Or did he explain to Barbara that her hair
3     would grow back, but it could be different?
4     MR. HARMON:
5         Object to form.
6     THE WITNESS:
7         Well, I just heard -- I understood
8         him to say different.
9  EXAMINATION BY MR. SCHANKER:
10 Q. It could be different?
11 A. It could be different.
12 Q. Or it could be the same?
13 A. Yes.
14 Q. But it was going to grow back?
15    MR. HARMON:
16        Object to form.
17    THE WITNESS:
18        Yes. That's the way I understood it.
19 EXAMINATION BY MR. SCHANKER:
20 Q. Right.
21    Do you believe that pharmaceutical
22    companies should disclose the side effects
23    that they are aware of?
24    MR. HARMON:
25        Object to form.