# EXHIBIT F

140

1              UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5    ***********************
                            *
6    ANTOINETTE DURDEN,      *   CIVIL ACTION NO.
              Plaintiff      *   2:16-CV-16635
7                            *
                             *
8    VERSUS                  *
                             *
9                            *
     SANOFI S.A., ET AL      *
10          Defendants       *
                             *
11   ***********************

12

13

14                    VOLUME II

15

16

17

18         Volume II of the Videotaped

19   Deposition of SOPHY JANCICH, M.D., taken on

20   Friday, February 2, 2018, commencing at

21   1:23 p.m., at Ochnser Medical Center-West

22   Bank Campus, 2500 Belle Chasse Highway,

23   Gretna, Louisiana 70056.

24

25   Job No. NJ2802463

237

1  decision. The pharmacist at the main campus,
2  the ordering, they -- we -- we don't order
3  that.
4      Q. So whether a -- or not a patient
5  receives a generic or brand, that's not your
6  decision?
7      A. As far as intravenous chemotherapy?
8      Q. Correct.
9      A. No.
10     Q. Or is that correct?
11     A. Yes.
12     Q. If you want to determine what kind of
13  docetaxel a patient received, whether it was
14  Taxotere or a different generic brand, how
15  would you determine that?
16     A. I'd have to ask the pharmacist, I
17  suppose.
18        MS. SCHULTZ:
19           Can we -- can we take a short
20  break and go off the record?
21        THE VIDEOGRAPHER:
22           We're now off the record. The
23  time is 3:13 p.m.
24           (Recess).
25        THE VIDEOGRAPHER:

238

1           We're now back on the record.
2  The time is 3:23 p.m.
3  EXAMINATION BY MS. SCHULTZ:
4      Q. Up until 2017, if a patient asked you
5  whether or not their hair would grow back if
6  they took Taxotere, you told them that it
7  would; is --
8        MR. COFFIN:
9           Object --
10  EXAMINATION BY MS. SCHULTZ:
11     Q. -- that correct?
12        MR. COFFIN:
13           Object to the form.
14        THE WITNESS:
15           I -- I can't -- I cannot say.
16  EXAMINATION BY MS. SCHULTZ:
17     Q. Well, your general practice, you
18  said, up until 2017, was that if a patient
19  asked you whether or not their hair would
20  grow back, you would tell them that it will
21  grow back.
22        MR. COFFIN:
23           Object to the form.
24  EXAMINATION BY MS. SCHULTZ:
25     Q. Is that right?

239

1      A. I would never say a hundred percent.
2  I would not say that.
3      Q. So what -- what would you say to
4  that?
5      A. I don't say in percentages.
6      Q. Well, how would you answer that
7  question?
8        MR. COFFIN:
9           Object to the form.
10        THE WITNESS:
11           I would say, by the second month
12  off of chemotherapy, that you would usually
13  see hair growth. Off of chemotherapy. But
14  it could take longer.
15  EXAMINATION BY MS. SCHULTZ:
16     Q. So if asked by a patient if their
17  hair would grow back, you'd tell them that
18  they will usually see growth by the second
19  month off of chemo, but it could take longer?
20     A. Yes.
21     Q. Okay. Did you tell them anything
22  else about hair regrowth?
23     A. Not to my knowledge, no.
24     Q. And the first time you started
25  telling patients that there was a risk of

240

1  permanent hair loss with Taxotere was in
2  2017, correct?
3      A. I think so, yes.
4      Q. If Ms. Durden presented to you today
5  with this same cancer and refused to include
6  an Adriamycin-containing drug in her regimen,
7  do you agree that you still would have
8  recommended TC?
9      A. It would be one of my
10  recommendations.
11     Q. Okay. Well, in 2011, your
12  recommendations were the clinical trial, that
13  was AC, followed by paclitaxel, correct?
14     A. Yes.
15     Q. Or TC, docetaxel and
16  cyclophosphamide, right?
17     A. Phosphamide, yes.
18     Q. And today, if Ms. Durden told you
19  that she was adamant about not receiving
20  Adriamycin, you're saying that one of your
21  recommendations would be TC, docetaxel and
22  cyclophosphamide?
23     A. We'd again discuss side effects, yes.
24     Q. Well, is there another chemotherapy
25  regimen that you would recommend to her other

26 (Pages 237 to 240)