UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

**ORDER**

Considering the foregoing Sanofi Defendants' Ex Parte Motion to Seal Its Motion for Summary Judgment Based on Preemption (and Related Exhibits);

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Motion and related Exhibits (A through J) UNDER SEAL.

New Orleans, Louisiana, this ___ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE