# EXHIBIT A

Page 1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2    _____

3    IN RE:   TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
4

     This Document Relates To:        MDL No. 2740
5

     Antoinette Durden, Case No. 2:16-cv-16635
6    Tanya Francis, Case No. 2:16-cv-17410
     Barbara Earnest, Case No. 2:16-cv-17144
7    _____

8

9

10

11

12

13       Videotape Deposition of JAVID MOSLEHI, M.D.
14                 December 5, 2018
15                    9:25 a.m.
16               Nashville, Tennessee
17

18

19

20

21    _____
22    REPORTED BY:   JULIE K. LYLE, RPR/RMR/CRR
                      Registered Merit Reporter
23                    Certified Realtime Reporter
                      TN License #786
24

25    Job No. NJ3137944

Page 2

```
1        A P P E A R A N C E S
2
3   For the Plaintiffs:

4      MR. DAVID F. MICELI
       David F. Miceli, LLC
       119 Maple Street
5      Carrollton, GA  30117
6      MR. M. PALMER LAMBERT (via phone)
       Gainsburgh, Benjamin, David, Meunier &
7      Warshauer
       2800 Energy Centre
8      1100 Poydras Street, Suite 2800
       New Orleans, LA  70163
9
       MS. JESSSICA PEREZ REYNOLDS (via phone)
10     Pendley, Baudin & Coffin, LLP
       P.O. Drawer 71
11     24110 Eden Street
       Plaquemine, LA  70765
12
    For the Defendants:
13
       MS. LORI SCHULTZ
14     MS. HILLARY NICHOLAS
       Shook, Hardy & Bacon LLP
15     2555 Grand Boulevard
       Kansas City, MO  64108
16
    For Defendant Sun Pharmaceutical Industry, Inc.:
17
       MS. KATHLEEN KELLY (via telephone)
18     Hinshaw & Culbertson
       53 State Street
19     27th Floor
       Boston, MA  02109
20
    For Defendant Hospira:
21
       MR. PETER ROTOLO (via telephone)
22     Chaffe McCall, LLP
       1100 Poydras Street
23     New Orleans, LA  70163
24
25
```

Page 4

```
1              EXAMINATION
2   BY MS. SCHULTZ              6
    BY MR. MICELI            306
3   BY MS. SCHULTZ           339
4
               EXHIBITS
5
    Exhibit 1  Notice of Videotape Deposition of   7
6      Javid Moslehi
    Exhibit 2  Dr. Moslehi's expert report    25
7   Exhibit 2A  Dr. Moslehi References         25
    Exhibit 2B  Dr. Moslehi's prior testimony   25
8   Exhibit 2C  Dr. Moslehi's CV              26
    Exhibit 2D  Dr. Moslehi's fee schedule     26
9   Exhibit 2E  Dr. Moslehi's materials consulted  26
10  Exhibit 3  Dr. Moslehi's time sheet        28
    Exhibit 4  Dr. Moslehi's time sheet        29
11  Exhibit 5  Dr. Moslehi's notes             11
    Exhibit 6  Plaintiffs' response to          36
12     defendant's notice of expert
       material not obtained
13  Exhibit 7  Prescribing information for     101
       doxorubicin
14  Exhibit 8  Article: Cancer Therapy-Related  106
       Cardiac Dysfunction and Heart
       Failure
15  Exhibit 9  Updated CV                     112
    Exhibit 10 Article: The Cardiovascular     121
16     Perils of Cancer Survivorship
    Exhibit 11 Herceptin label                162
17  Exhibit 12 Article: Breast Cancer Therapies 268
       and Cardiomyopathy
18
19
20
21
22
23
24
25
```

Page 3

```
1        A P P E A R A N C E S
2   For Defendant Sandoz, Inc.:
3      MR. ERIC W. SWANIS (via telephone)
       Greenberg Traurig
4      10845 Griffith Peak Drive
       Las Vegas, NV  89135
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1            (Exhibit No. 1 was marked for
2   identification.)
3            (Exhibit No. 2 was marked for
4   identification.)
5            (Exhibit No. 3 was marked for
6   identification.)
7            (Exhibit No. 4 was marked for
8   identification.)
9            (Exhibit No. 5 was marked for
10  identification.)
11           (Exhibit No. 2A was marked for
12  identification.)
13           (Exhibit No. 2B was marked for
14  identification.)
15           (Exhibit No. 2C was marked for
16  identification.)
17           (Exhibit No. 2D was marked for
18  identification.)
19           (Exhibit No. 2E was marked for
20  identification.)
21           JAVID MOSLEHI, M.D.,
22  having been first duly sworn, was examined and
23  testified as follows:
24
25
```

2 (Pages 2 - 5)

Page 6

1        EXAMINATION
2  BY MS. SCHULTZ:
3     Q   Would you please state your full name
4  for the record.
5     A   Yes.  My name is Javid Moslehi.
6     Q   Doctor, my name is Lori Schultz, and I
7  represent the defendant, Sanofi, in these cases.
8         We've never met before today, correct?
9     A   I don't recall.
10    Q   What is your business address?
11    A   I work at Vanderbilt School of Medicine.
12  It's 2220 Pierce Avenue, Nashville, Tennessee
13  37232.
14    Q   And you've given a deposition before,
15  correct?
16    A   Yes.
17    Q   And you understand, then, how the
18  process works?
19    A   Sure.
20    Q   And we have a court reporter present,
21  and you're under oath and sworn just like you were
22  giving testimony in a courtroom, correct?
23    A   Yes.
24    Q   And if you don't understand a question
25  that I'm asking, just let me know, and I will do

Page 7

1  my best to clarify it.  All right?
2     A   Yes.
3     Q   And as we said at the outset, we'll
4  probably plan to break each hour, but if you would
5  like a break at any time in between, just let me
6  know.
7     A   Thank you.
8     Q   I'm going to hand you what has been
9  marked Deposition Exhibit 1.
10        Have you seen this before?  It's titled,
11  "Notice of Videotape Deposition of Javid Moslehi."
12    A   Yes.
13    Q   Have you seen this?
14    A   Yes.
15    Q   And if you'll look -- turn with me in
16  Exhibit 1 to page 6 titled "Exhibit A," you'll see
17  that there is a request for you to produce items
18  at this deposition, correct?
19    A   Yes.
20    Q   Have you reviewed the requested items?
21    A   Yes.
22    Q   And have you brought any items to your
23  deposition today?
24    A   Yes.  I reviewed with David, and I
25  believe he communicated with you all the relevant

Page 8

1  information that we thought would be important for
2  this.
3     Q   Now, when -- when you refer to David,
4  you're referring to David Miceli?
5     A   David Miceli, yes.
6         MR. MICELI:  And just for the
7  record, a response and objections were filed by
8  counsel for PSC, and three items were produced
9  prior to the deposition.  So minimal notes and two
10  separate billing items.
11        MS. SCHULTZ:  And so is it the
12  plaintiffs' position that you're objecting to
13  producing any of the other items on Exhibit A
14  other than the two billing records and the -- what
15  I've marked as Exhibit 5?
16        MR. MICELI:  Well, specifically,
17  when we filed our objections, we -- there were --
18  there were materials that we objected to
19  producing, such as drafts of report which are not
20  allowed under Rule 26, when you read the committee
21  comments on that.
22        There were a number of items on
23  here that he simply does not have.  They requested
24  treatment records, and the doctor has never seen
25  the plaintiffs in these cases, so he doesn't

Page 9

1  have -- there's certain ones that we let defense
2  know, through our responses, that we simply didn't
3  have documents that were responsive to those
4  requests.
5         I can tell you that we are not
6  withholding anything from the production based on
7  privilege, and we have produced the responsive
8  documents under the notice.
9         MS. SCHULTZ:  Well, let me just ask
10  a few follow-up questions about these items, then.
11  BY MS. SCHULTZ:
12    Q   The second item asks you to produce --
13  provide a complete set of medical and treatment
14  records relating to the medical care or treatment
15  of plaintiffs in this case.
16        Do you see that?
17    A   Yes.
18    Q   Do you have copies of medical records of
19  the plaintiffs in these cases?
20    A   Yes, I do.
21        MS. SCHULTZ:  And are you objecting
22  to him producing those to show us what medical
23  records he has?
24        MR. MICELI:  We have produced his
25  reliance list which sets out exactly what he has,

3 (Pages 6 - 9)

Page 10

1  which are the same ones that came off of
2  Centrality that have already been produced to the
3  defendants. So we did not reproduce them here
4  simply because they've already been in defendants'
5  possession for some months now.
6  BY MS. SCHULTZ:
7      Q   And I'll ask you some further questions
8  when we get to the case-specific portions with
9  respect to those medical records.
10         Do you keep a file regarding this
11  litigation?
12     A   I have -- I take some notes that went
13  into preparing the draft. I have taken notes that
14  are relevant to the cardiac portions of the cases
15  specifically, and so I have -- I think we've
16  produced some of them, but there are those for
17  you.
18     Q   And you're saying you believe you have
19  produced notes that you took related to these
20  plaintiffs?
21     A   I did as they were relevant to the -- as
22  I reviewed the medical records. Specifically, my
23  expertise is with respect to the cardiac issues
24  that arise during a cancer treatment, and I have
25  taken notes about what relevant cardiac testing

Page 11

1  was done, and I have those.
2         MR. MICELI: And I believe that's
3  what we produced to you this morning.
4  BY MS. SCHULTZ:
5      Q   Let me go ahead and show you what I've
6  marked as Deposition Exhibit 5.
7      A   Thank you.
8      Q   Are those the notes that you're
9  referring to?
10     A   Yes.
11     Q   Do you have any other notes from your
12  review of the plaintiffs' records other than
13  Exhibit 5?
14     A   No.
15     Q   So does Exhibit 5 constitute your entire
16  file, then, regarding this litigation?
17         MR. MICELI: Object to the form.
18         THE WITNESS: Provide -- sorry,
19  this is Exhibit A5, right?
20  BY MS. SCHULTZ:
21     Q   No, Exhibit 5 that I just showed you --
22     A   Yes.
23     Q   -- requests --
24     A   Well, there were -- there were drafts of
25  what I made before the -- the witness statement

Page 12

1  that I put in, as those are in the drafts. But I
2  wrote a longer thing which I drafted further so --
3         MR. MICELI: And draft reports are
4  the --
5  BY MS. SCHULTZ:
6      Q   So you're referring to a draft report?
7      A   Draft report, thank you.
8      Q   Okay. That's fine.
9         MR. MICELI: Okay. And that's what
10 we withheld.
11         MS. SCHULTZ: Correct.
12         MR. MICELI: Okay.
13 BY MS. SCHULTZ:
14     Q   Request Number 17 asks for all work
15 product, notes, memos, calculations, tables,
16 graphs, charts, and other documents that you
17 created in connection with this litigation.
18         MR. MICELI: Which number are you
19 reading from? I'm sorry.
20         MS. SCHULTZ: Number 17.
21 BY MS. SCHULTZ:
22     Q   Is -- other than the draft report you
23 referred to, is Exhibit 5 the only document
24 responsive to that request?
25     A   Yes.

Page 13

1      Q   And do you have notes from any of
2  your -- any communications that you may have had
3  with anyone other than counsel regarding this
4  case?
5      A   Anybody else besides counsel?
6      Q   Right.
7      A   No.
8      Q   And with respect to all documents or
9  materials you reviewed, considered, or relied upon
10 in the course of developing your opinions in this
11 case, have you identified those in your expert
12 report?
13     A   Yes.
14     Q   And did you also --
15         MR. MICELI: Lori, when you say
16 "your expert report," do you mean is -- including
17 all of the attachments, the exhibit -- or the list
18 of relevant -- or materials referred to in the
19 references?
20         MS. SCHULTZ: Yes. Yes.
21         MR. MICELI: Okay. I just want to
22 make sure that we're using the broadest
23 definition.
24         MS. SCHULTZ: We'll go into that in
25 more detail.

4 (Pages 10 - 13)

1        MR. MICELI:  Thank you.
2   BY MS. SCHULTZ:
3     Q    And then Number 20 asks for all time
4   sheets, time records, billing records, and
5   documents reflecting the time you spent on this
6   litigation.  And I've been provided with two
7   documents that I've marked Exhibits 3 and 4.
8        MR. MICELI:  I'm assuming 3 is the
9   earlier one?
10        MS. SCHULTZ:  Yes.
11        THE WITNESS:  Thank you.
12   BY MS. SCHULTZ:
13     Q    And are those the only documents
14   responsive to Request Number 20?
15     A    Yes.
16        MR. MICELI:  Not surprisingly,
17   Counsel -- you'll be getting into this, I'm sure,
18   later -- we've spent some time since the 23rd of
19   November, so you can ask him about that later.
20        MS. SCHULTZ:  Okay.
21   BY MS. SCHULTZ:
22     Q    All right.  You can set aside that
23   Deposition Exhibit 1.
24     A    Okay.  Which is this one (indicating)?
25     Q    The notice of deposition.

1     A    And should I put these over here or
2   put --
3        MR. MICELI:  Just put them face
4   down right here because the court reporter will
5   appreciate that.
6        THE WITNESS:  Do you need this
7   still, 3 and 4?
8        MS. SCHULTZ:  Oh, yes.  Go ahead
9   and keep Exhibits 3, 4, and 5.
10        THE WITNESS:  3, 4, and 5.
11        MR. MICELI:  Yeah.  Don't mix them
12   up with what you have there.  Make sure we keep
13   them separate.
14   BY MS. SCHULTZ:
15     Q    All right.  Now, in this litigation,
16   you've been retained by counsel for the plaintiffs
17   to serve as an expert witness on behalf of the
18   plaintiffs, correct?
19     A    Yes.
20     Q    And how were you first contacted?
21     A    I think I received an e-mail from Ann
22   Andrews, one of the lawyers, about my possibly
23   being an interest and, of course, being --
24   participating in this.  And that was an e-mail
25   that came sometime in 2017.

1     Q    Did the e-mail tell you anything about
2   the case?
3     A    No.
4     Q    And Ann Andrews is counsel for the
5   plaintiffs?
6     A    I believe so, yes.
7        MR. MICELI:  Ann Andrews is a --
8   we'll stipulate Ann Andrews is a member of the
9   PSC.
10   BY MS. SCHULTZ:
11     Q    And have you worked with Ms. Andrews or
12   any other of the plaintiffs' counsel in this case?
13     A    No.  Actually, the connection came from
14   another cardiologist who identified me an expert
15   in cardiac issues of cancer therapies, and he made
16   the introductory e-mail early in 2017.
17     Q    Who was that cardiologist?
18     A    Doug Zipes.
19     Q    Can you spell that?
20     A    Doug Zipes, Z-I-P-E-S.
21     Q    And Dr. Zipes is a cardiologist?
22     A    He is a very famous cardiologist.  He's
23   an author of the main textbook for cardiology, and
24   he's in Indiana, I believe.
25     Q    Where does he practice in Indiana?

1     A    I think University of Indiana, but I
2   don't know.  He has been practicing for many
3   years.  I don't know if he's fully practicing
4   right now.
5     Q    So did Dr. Zipes first contact you about
6   potentially serving as an expert witness for the
7   plaintiffs?
8     A    Yes.
9     Q    Tell me about that conversation.
10     A    I think he wrote me an e-mail -- we
11   didn't have a conversation -- e-mail saying that
12   this -- for what this -- this case will involve an
13   expert in cardiac issues with cancer therapies
14   potentially, and I think you would be a good
15   person to work with them if you're interested.
16        And then that's how the initial
17   connection was made, and I think Ann Andrews
18   followed up with an e-mail.
19     Q    Did you respond to Dr. Zipes' e-mail?
20     A    Yes, I did:  Yes, I'm happy to explore
21   to see what this entails.
22     Q    And do you still have those e-mails
23   between you and Dr. Zipes?
24     A    I will have to go back and look.
25        MS. SCHULTZ:  Is that something

5 (Pages 14 - 17)

Page 18

1  you'll produce to us in this case?
2        MR. MICELI:  As long as it doesn't
3  include work product and discussions with
4  Dr. Zipes or any consulting he did, yes, we'll
5  look into it.
6  BY MS. SCHULTZ:
7     Q   Did you have any in-person or telephone
8  communications with Dr. Zipes?
9     A   No.
10    Q   Other than Dr. Zipes, did you have
11 communication with anyone else, other than counsel
12 for plaintiffs, regarding this litigation?
13    A   Nope.
14    Q   Other than telling you that the case
15 would involve issues with cardiology, did he tell
16 you anything else about the litigation?
17    A   No.  It was cardiovascular issues
18 associated with cancer therapies.
19    Q   And other than that, did he say anything
20 else --
21    A   I don't believe so.
22    Q   -- about the litigation?
23    A   I don't believe so.
24    Q   And we'll need to make sure that --
25        MR. MICELI:  The pace.

Page 19

1  BY MS. SCHULTZ:
2     Q   -- that -- generally, when we're having
3  a conversation, we often start talking before the
4  other person has answered.
5     A   Oh, I'm sorry.  Yes.  Yes.
6     Q   And I'm just as guilty of it.  So we'll
7  need to make sure that -- you'll need to make sure
8  that I finish my question before you start your
9  answer.
10    A   Sure.
11    Q   And I'll need to be -- make sure that I
12 let you completely finish your question -- your
13 answer before I start my question.  All right?
14 And the reason being, the court reporter is trying
15 to get down both my questions and your answers,
16 and if we're talking over each other, it makes it
17 very difficult.
18    A   I understand.
19        MR. MICELI:  And it may be
20 necessary for me to interpose an objection,
21 although Lori will do her best not to make
22 questions objectionable, but I -- if we're talking
23 over each other, there may be three instead of
24 two.
25        THE WITNESS:  Yes.

Page 20

1        MR. MICELI:  So --
2     Q   So after your communication with -- one
3  more question on Dr. Zipes.  Did Dr. Zipes
4  indicate to you whether or not he had done any
5  consulting with the plaintiffs' counsel on the
6  case?
7     A   I don't recall.  I mean, the e-mail was
8  a year and a half ago.
9     Q   So after your communication with
10 Dr. Zipes, you then said that you were contacted
11 by plaintiffs' counsel?
12        MR. MICELI:  Object to form.
13        THE WITNESS:  What that e-mail
14 included -- I believe that initial e-mail was an
15 introductory e-mail to Ann Andrews, and then she
16 followed up with an e-mail.  This is what I recall
17 from how it came about.
18 BY MS. SCHULTZ:
19    Q   So at some point you came to understand
20 what these cases were about, correct?
21    A   Well, the initial -- we had a meeting
22 initially -- I believe it was July of 2017 -- here
23 with a number of the lawyers on the plaintiffs'
24 side, Ann Andrews being one.
25        And you were there, David, of course.

Page 21

1  David Miceli was there.
2        MR. MICELI:  Yeah.  And I think at
3  this point, Lori, what we have to do is we have
4  to -- I will interpose objections, but there comes
5  a point -- and this is -- the meeting that he's
6  referring to is the point after we retained him,
7  and then the rest are going to be communications
8  with retained -- counsel who is retaining him, so
9  I think we're getting into dangerous ground.  I
10 may be instructing him not to answer.
11 BY MS. SCHULTZ:
12    Q   Well, Doctor, when were you retained to
13 be an expert in this case?
14        MR. MICELI:  Object to the form.
15        THE WITNESS:  I don't know the
16 answer -- I mean, I guess after the first meeting,
17 there was an interest for part of the -- the group
18 to learn more about cardiovascular issues as it
19 pertains to cancer therapies, and specifically
20 breast cancer therapies.  So part of our ongoing
21 discussions over the preceding -- subsequent six
22 to eight months involved more how does cardiology
23 play a role in a cancer patient, which is what I
24 do clinically and researchwise.
25

6 (Pages 18 - 21)

Page 22

BY MS. SCHULTZ:

2    Q   So --

3    A   So it was partly education of kind of
4  how does cardiology -- how is cardiology relevant
5  in cancer patients' treatments.

6    Q   Now, are you saying that your
7  communications with counsel up to and during that
8  first meeting were based on educating counsel on
9  cardiology?

10       MR. MICELI:  I'm going to object to
11  form -- I'm going to object, and I'm going to
12  instruct him not to answer because we had retained
13  him by that point, and -- and discussions with
14  counsel are not fair game.

15       MS. SCHULTZ:  And that's what I'm
16  trying to understand, is whether or not his answer
17  pertained to after the time he was retained.

18  BY MS. SCHULTZ:

19    Q   Let me -- let me phrase the question
20  this way.  Tell me about your communications with
21  counsel prior to and during the first meeting
22  before you were retained.

23       MR. MICELI:  Object.  That's where
24  I need to object and instruct him not to answer
25  because he was retained -- by the time I came to

Page 23

1  Nashville to meet with him with Ann, he was
2  retained.

3       MS. SCHULTZ:  So you're instructing
4  him not to answer that question?

5       MR. MICELI:  Not to discuss -- not
6  to testify to what we discussed in our meetings
7  with him.

8       MS. SCHULTZ:  All right.

9  BY MS. SCHULTZ:

10    Q   Tell me about your discussions with
11  counsel for plaintiffs prior to your first
12  in-person meeting with plaintiffs' counsel.

13    A   Okay.  We had -- and I have to go back
14  and look.  Let me just quickly see.  Sorry.  This
15  is review of information, background.

16       So I -- maybe I'm misunderstanding.  I
17  thought I was retained after the meeting in
18  Nashville.  It may have been beforehand.  I just
19  don't know when the retainer part occurs.

20    Q   What --

21    A   Or maybe it's my misunder- -- my lack of
22  understanding of how this works.

23       MS. SCHULTZ:  Why don't we go --
24  I'll tell you what.  Let's go off the record just
25  for a few minutes.  We've got a chronology here

Page 24

1  that is on Exhibits 3 and 4, see if we can make a
2  determination so we don't end up belaboring the
3  point.  Okay?

4       THE WITNESS:  Sure.

5       MR. MICELI:  Sure.

6       MS. SCHULTZ:  All right.

7       VIDEO TECHNICIAN:  We are going off
8  the record at 9:46 a.m.

9       (A recess was taken.)

10       VIDEO TECHNICIAN:  We are back on
11  the record at 9:51 a.m.

12  BY MS. SCHULTZ:

13    Q   Doctor, we took a short break.  And did
14  you have an opportunity to consult with counsel
15  for plaintiff?

16    A   Yes.

17    Q   Do you have an understanding as to when
18  you were retained to be an expert on behalf of the
19  plaintiffs in this case?

20    A   Yes.  I have an appreciation of that
21  now, what it entails in terms of retaining.  David
22  brought a check when we first met as part of a
23  retainer check, and I believe, then, I now
24  understand that's the time you get retained.

25    Q   Okay.  So do you recall discussions with

Page 25

1  counsel about the nature of these cases prior to
2  you being retained in the case?

3    A   I did not have discussions about the
4  cases prior to our discussion and meeting in
5  Nashville.

6    Q   Did you have discussion about the nature
7  of the litigation?

8    A   Well, I knew it involved breast cancer
9  therapy and taxanes, but that was the extent of
10  it.

11    Q   I'm handing you what has been marked
12  Deposition Exhibit 2, 2A, 2B, 2C, 2D, and 2E.

13    A   Should I make -- keep these?

14    Q   Yes.  Go ahead and keep those in front
15  of you and --

16    A   Okay.  Thank you.

17    Q   Now, Exhibit 2 is your expert report in
18  this case, correct?

19    A   Yes.

20    Q   And Exhibit 2A are your references --

21    A   Yes.

22    Q   -- correct?

23       And Exhibit 2B is prior testimony,
24  correct?

25    A   Yes.

7 (Pages 22 - 25)

Page 26

1     Q    Exhibit 2C is your CV?
2     A    Yes.
3     Q    And Exhibit 2D is your fee schedule,
4  correct?
5     A    Let me see here.  Yes.
6     Q    And Exhibit 2E are your materials
7  consulted, correct?
8     A    Just looking at this.  Yes.
9     Q    And in looking at Exhibit 2D, it looks
10  like you are paid -- you were paid a $2,400
11  retainer, correct?
12     A    Yes.
13     Q    And then you are paid by plaintiffs'
14  counsel $800 for every additional hour of work
15  that you do?
16     A    Yes.
17     Q    And $800 an hour for drafting your
18  report, correct?
19     A    Yes.
20     Q    And trial appearance is $5,000 for a
21  half day and 9,000 for a full day; is that
22  correct?
23     A    Yes.
24     Q    Okay.  And your deposition today, you
25  are charging $1,200 for the first hour and $800

Page 27

1  per hour after, correct?
2     A    Yes.
3     Q    How did you decide on the fees that you
4  would charge as an expert witness?
5     A    I have done a couple of these before,
6  and this is the -- about the rate I charge.
7     Q    And how many times have you been
8  retained as an expert witness?
9     A    I believe it's three times.
10     Q    What is your hourly rate outside of this
11  expert realm?  Do you have an hourly rate?
12     A    I don't have an hourly rate.  I work 20
13  hours a day, so --
14          MR. MICELI:  Not all billed to me,
15  Lori.
16          MS. SCHULTZ:  Okay.
17  BY MS. SCHULTZ:
18     Q    Now, when you are paid for your expert
19  work in this case, does the payment go directly to
20  you?
21     A    Yes.
22     Q    Okay.  And how much have you been paid
23  to date for your work in these cases?
24     A    I believe 16,400.
25     Q    How much have you billed or how much --

Page 28

1  how much in fees have you incurred?
2     A    16,400 were paid, and I believe as -- it
3  would be another 15,000 based on the -- the
4  subsequent time sheet that I -- which is Exhibit
5  Number 4.
6     Q    Okay.  Let's take a look at Exhibits 3
7  and 4.
8     A    Yes.
9     Q    Was Exhibit 3 prepared by you?
10     A    Yes.
11     Q    And Exhibit 4 as well?
12     A    Yes.
13     Q    The first entry on Exhibit 3 is
14  August 1, 2017.  And it says, "Review of
15  background information and literature, two hours."
16     A    Yes.
17     Q    But three hours charged for retainer,
18  correct?
19     A    Yes.
20     Q    And then your -- you had the meeting
21  with plaintiffs' counsel in Nashville for an hour
22  and a half, correct?
23     A    Yes.
24     Q    And then the next entries from August
25  through January are review of literature, correct?

Page 29

1     A    Yes.
2     Q    There's a January 15, 2018, telephone
3  conference.  Was that with counsel for plaintiff?
4     A    Yes.
5     Q    And then the entries for January through
6  February of 2018 are review of literature,
7  organizing literature, correct?
8     A    Yes.
9     Q    And so that was a total of 23.5 hours
10  spent on the case, correct?
11     A    Yes.
12     Q    And for that you received $16,400?
13     A    Yes.
14     Q    Okay.  And then Exhibit 4 begins with
15  entries on July 3, 2018, correct?
16     A    Yes.
17     Q    So did you perform any work on this
18  litigation between February 2018 and July 3, 2018?
19     A    As indicated on this time sheet, no.
20     Q    All right.  The -- at the top of
21  Exhibit 4, then, starting with July 3, 2018, it
22  says, "Telephone conference, also Mike Ewer."
23     A    Yes.
24     Q    And who is Mike -- is it Ewer?
25     A    Ewer, yes.

8 (Pages 26 - 29)

Page 30

1    Q   Ewer.  Who is Mike Ewer?
2    A   He's a cardiologist at MD Anderson.
3        MR. MICELI:  And I apologize.  I
4    should have -- that should have been deleted as a
5    consulting expert.  There's three entries that
6    have his name on them.  They should have been
7    blacked out.  We may need to seek to do that, but
8    they're there.
9    BY MS. SCHULTZ:
10   Q   So the telephone conference on July 3,
11   2018, was it with Mike --
12   A   So it was with the counsel, and I don't
13   remember who was specifically there.  I believe
14   Ann was there.  I believe David was there.  But
15   also Mike Ewer was there, who's another
16   cardiologist with expertise in cancer therapies,
17   on the call, which is what that indicates.
18   Q   So that call was with counsel for
19   plaintiff and Dr. Ewer?
20   A   Yes.
21   Q   And then you have another telephone
22   conference on -- in September that also indicates
23   also Mike Ewer, same thing?
24   A   It was counsel plus Mike Ewer, Dr. Ewer.
25   Q   All right.  And your next three entries,

Page 31

1    on October 25, October 28, and November 1st, are
2    review of the medical records of AD, the records
3    of BE, and the records of TF, correct?
4    A   Yes.
5    Q   And is AD Antoinette Durden?
6    A   Yes.
7    Q   And BE is who?
8    A   Barbara Earnest.
9    Q   And TF is who?
10   A   I believe is Tanya Francis.
11   Q   So you spent two hours reviewing the
12   medical records of Antoinette Durden, correct?
13   A   Yes.
14   Q   And two hours reviewing the medical
15   records of Barbara Earnest?
16   A   Yes.
17   Q   And two hours reviewing the medical
18   records of Tanya Francis?
19   A   Yes.
20   Q   To your knowledge, were you provided all
21   of the medical records of all three plaintiffs?
22       MR. MICELI:  Object to the form.
23       THE WITNESS:  To my understanding,
24   yes.
25

Page 32

1    BY MS. SCHULTZ:
2    Q   Approximately how many pages of medical
3    records did you receive for Antoinette Durden?
4    A   I think it was over 6,000 pages.
5    Q   And what about -- how many medical
6    records for Barbara Earnest?
7    A   I don't recall specifically, but it was
8    around the same -- same -- same.
9    Q   So you received approximately 6,000
10   pages for each of the three plaintiffs?
11   A   I believe so, yes.
12   Q   But you only spent two hours reviewing
13   the medical records of each plaintiff?
14   A   I -- I'm a cardiology expert, so my
15   specific points of interest are cardiac issues as
16   it pertains to the cancer therapy.
17   Q   Did you -- did you review all of the
18   medical records of each of the plaintiffs?
19   A   Yes.
20   Q   Every page of the medical records?
21   A   I at least looked at every single page
22   to see what pertained to what my expertise and my
23   interests were.
24   Q   So you looked at every single page of
25   the 6,000 pages for each plaintiff during that two

Page 33

1    hours?
2    A   I believe I did, yes.
3    Q   Then you have another telephone
4    conference with Mike Ewer, correct?
5    A   Yes.
6        MR. MICELI:  Object to the form.
7        THE WITNESS:  Counsel with Mike
8    Ewer again.  Sorry.
9    BY MS. SCHULTZ:
10   Q   Correct.  Then the next entry is,
11   "Review of the cardiac images of BE and TF,"
12   correct?
13   A   Yes.
14   Q   And what type of cardiac images?
15   A   Well, I -- I -- one was clearly a disk
16   with images of video of the echocardiogram that
17   each had, so I took a look at the actual pictures
18   in addition to reviewing the report that was
19   created with the person reviewing those images.
20   Q   And did you review a video of the echo
21   for both Barbara Earnest and Tanya Francis?
22   A   I believe so.
23   Q   All right.  And then the next two
24   entries are preparation of your report and
25   preparation and completion of report.  And those

9 (Pages 30 - 33)

Page 34

1  are each two hours, correct?
2      A   Yes.
3      Q   And then revision of the report, we've
4  got two entries there, correct?
5      A   Yes.
6      Q   And you've got an entry for finalization
7  of your report?
8      A   Yes.
9      Q   So you spent a little over six hours in
10  total working on your report?
11      A   I believe so.
12          MR. MICELI:  Object to the form.
13  BY MS. SCHULTZ:
14      Q   Then on 11/20/2018 it says, "Retrieval
15  of the material for the rebuttal."
16          What does that mean?
17      A   I believe certain information you
18  requested.  There were seven items, including
19  getting a number of the actual copies of the
20  manuscripts and references that I put in there and
21  what -- at least what I understood with two of
22  them, the FDA statement, which I was able to
23  retrieve and then sent to David, which I think he
24  communicated to you.
25          MR. MICELI:  I think that's the

Page 35

1  materials not obtained that you served a request
2  on us for.  Excuse me.
3          MS. SCHULTZ:  Yes.
4  BY MS. SCHULTZ:
5      Q   So you referenced two of those materials
6  that we requested, and one of those was the
7  presentation materials associated with
8  cardiovascular assessment of novel cancer
9  therapies, United States Federal Drug
10  Administration, Silver Spring, 2015, correct?
11      A   I would look at that --
12          MR. MICELI:  Excuse me.  Excuse me.
13  Object to the form.  We produced the materials --
14  counsel produced materials to you.  We objected to
15  two items.
16          MS. SCHULTZ:  I -- I understand
17  that.
18          MR. MICELI:  Okay.
19          MS. SCHULTZ:  I'm just following up
20  on what -- what he just testified to.
21  BY MS. SCHULTZ:
22      Q   And you said that --
23          MR. MICELI:  Well, I want to make
24  sure -- let me just say object to form.
25          MS. SCHULTZ:  That's great.

Page 36

1          MR. MICELI:  Thank you.
2          MS. SCHULTZ:  Let's proceed that
3  way.
4  BY MS. SCHULTZ:
5      Q   You testified that you provided the
6  materials associated with the two FDA
7  presentations to your counsel, correct?
8          MR. MICELI:  Object to the form.
9          THE WITNESS:  I did not, no.
10  BY MS. SCHULTZ:
11      Q   Okay.
12      A   So I -- can I look at that list?
13      Q   Yeah.
14      A   Because I can go through it for you
15  quickly.
16          (Exhibit No. 6 was marked for
17  identification.)
18      Q   Sure.  I'm going to go ahead and mark
19  this as Exhibit 6.  And this is plaintiffs'
20  response to defendant's notice of expert material
21  not obtained.
22          MS. SCHULTZ:  And this is the only
23  copy I have of it.
24          MR. MICELI:  Sure.  Sure.  Sure.
25          THE WITNESS:  So I believe there

Page 37

1  were seven things that was required, one --
2  suggested that I provide.  One was the paper I
3  wrote for the New England Journal of Medicine in
4  2018.  I was able to retrieve that.
5  BY MS. SCHULTZ:
6      Q   And the only ones -- the only ones I'm
7  going to ask you about are on the second page.
8      A   Yes.
9      Q   The two FDA presentations.
10      A   These are two talks I gave to the FDA in
11  2015 and '16 that part of my CV.  It's listed
12  as part of my CV.
13      Q   Correct.
14      A   What's the question?
15      Q   Did you provide those materials to your
16  counsel?
17      A   There is no material.  It's basically
18  talks I give, and it's included in my CV.
19      Q   So you have no -- nothing in writing
20  pertaining to those presentations?
21      A   No.
22      Q   All right.  Thank you.  You can set that
23  aside.  Or -- yes.
24          Exhibit 4 ends on November 23, 2018.
25  And it has a total of 19.5 hours and total

10 (Pages 34 - 37)

1  compensation of $15,600.  Is that correct?
2      A   I believe that's what the calculator I
3  put in there.  If it adds up correctly, it should
4  be correct, yes.
5          MR. MICELI:  I think that's to be
6  billed to us.  That hasn't been paid yet.
7          MS. SCHULTZ:  All right.
8  BY MS. SCHULTZ:
9      Q   So looking at these two billings, you've
10  billed plaintiffs' counsel for $16,400, and then
11  you've also billed plaintiffs' counsel for so far
12  an additional $15,600, correct?
13      A   Yes.  I haven't billed them yet.  This
14  is just documentation of the hours I worked.
15      Q   And then since November 23, have you
16  incurred additional hours?
17      A   Yes, with Mr. Miceli.  We met.
18          MR. MICELI:  Sorry.  Just make sure
19  you let her finish her question.
20          Sorry, Lori.
21  BY MS. SCHULTZ:
22      Q   Have you incurred additional hours
23  working on this litigation since November 23,
24  2018?
25      A   Yes.

1      Q   And how many additional hours?
2      A   I believe it would be 4 1/2 hours when
3  we met yesterday.  And I did some review of the
4  material last night.  I don't know; it's one or
5  two hours.
6      Q   And what materials were you reviewing
7  last night?
8      A   I think both records of the patients as
9  well as some of the literature in this area.
10      Q   And the literature that you're
11  reviewing, was that all literature that you
12  identified in your list of references?
13      A   Yes.
14      Q   Have you ever personally examined
15  Ms. Earnest, Ms. Durden, and Ms. Francis?
16      A   I have not.
17      Q   Have you ever spoken with any of them
18  regarding the chemotherapy decisions they made
19  following their diagnosis?
20      A   I have not.
21      Q   Have you ever spoken with them regarding
22  their health?
23      A   No.
24      Q   Have you ever spoken to Ms. Earnest,
25  Ms. Durden, or Ms. Francis?

1      A   No.
2      Q   Let's turn to Exhibit 2.
3          MR. MICELI:  Is that the report?
4          MS. SCHULTZ:  Yes.  I'll tell you
5  what.  Before we get to that, let's take a look at
6  the other document you produced today, Exhibit 5.
7          THE WITNESS:  Yeah, I don't know --
8  is that here?
9          MR. MICELI:  Yeah.
10          THE WITNESS:  Yeah.
11  BY MS. SCHULTZ:
12      Q   And who created Exhibit 5?
13      A   I did.
14      Q   It -- it says at the top, "Ann Andrews -
15  Summary Cases, 2018"?
16      A   Yes.
17      Q   But this was something you created --
18      A   Yeah.  I just put -- because Ann Andrews
19  connected -- contacted me first, for a habit, when
20  I wrote the note, I just put Andrews, as in this
21  is the case of Andrews.  So that's -- that's --
22  that's the extent to which --
23      Q   And when did you create Exhibit 5?
24      A   I believe it was the same time I was
25  reviewing the -- the specific documents of each

1  patient.  So as I went through, I took notes.  And
2  we have to look at the dates at which I reviewed
3  the -- specifically the cases.
4      Q   But you think that these notes on
5  Exhibit 5 were prepared contemporaneously with
6  your review of the medical records?
7      A   Yes.
8      Q   All right.  And you have a short
9  paragraph for each plaintiff, correct?
10      A   Yes.
11      Q   Other than the notes that you've taken
12  on Exhibit 5 for each plaintiff, did you take any
13  notes or record any information during your review
14  of the plaintiffs' medical records?
15      A   The only thing that's there is also
16  what's in my report itself, because these were the
17  relevant cardiac issues, and I went through -- as
18  I was preparing my report, there were times I had
19  to pull specific data to enter into my expert
20  report.
21      Q   So the notes on Exhibit 5 for each
22  plaintiff reflect what you believe are the
23  relevant cardiac issues for each plaintiff,
24  correct?
25      A   Yes.

11 (Pages 38 - 41)

1    Q   Now, let's turn to Exhibit 2. It's
2  titled "Rule 26 Report of Javid Moslehi" --
3    A   Moslehi.
4    Q   -- "M.D."?
5    A   Yes.
6    Q   Let me try that again. Moslehi?
7    A   Moslehi, yes.
8    Q   All right. And Exhibit 2, your expert
9  report, is ten pages long, correct?
10    A   With the signature, I believe it's 11
11  pages.
12    Q   And the last page of the report is your
13  signature, correct?
14    A   Yes.
15    Q   And you signed this report on
16  November 7, 2018?
17    A   I -- that must have been when I signed
18  it, yeah.
19    Q   It's --
20    A   Yes, November 7. Yes.
21    Q   And the opinions that you're offering in
22  this case are set forth in your expert report,
23  correct?
24    A   Yes.
25    Q   And all of the opinions that you intend

1  to offer at trial are set forth in this expert
2  report, correct?
3    A   Yes.
4    Q   And there's been no update to this
5  report since it was produced to Sanofi on
6  November 9, correct?
7    A   No.
8    Q   Is that correct?
9    A   Yes. Yes.
10    Q   So to be clear, in this litigation
11  you're not offering any opinions on hair loss or
12  its various causes, correct?
13    A   That is correct.
14    Q   And you are not offering any opinions on
15  chemotherapy-induced alopecia, correct?
16    A   That is correct.
17    Q   Now, you've prepared an expert report
18  before, correct?
19    A   Yes.
20    Q   And it's a process that you take
21  seriously, correct?
22    A   Absolutely.
23    Q   And you sign your name to it, correct?
24    A   Yes.
25    Q   And you agree that your work in

1  litigation deserves the same level of care as you
2  give to your other professional endeavors?
3    A   Absolutely.
4        MR. MICELI:  Object to the form.
5  BY MS. SCHULTZ:
6    Q   And your expert report in this
7  litigation deserves as much care as your research
8  or treatment, correct?
9    A   Yes.
10        MR. MICELI:  Object to the form.
11  BY MS. SCHULTZ:
12    Q   And the same level of attention to
13  detail, correct?
14    A   Yes.
15    Q   And you agree that your testimony you
16  give under oath in this litigation deserves the
17  same care as any statement you would make to your
18  peers in the medical community?
19    A   Yes.
20    Q   If you will look with me at Exhibit 2A.
21  And it's titled "References."
22        Do you see that?
23    A   Yes.
24    Q   And there are a -- it's a list of 21
25  articles, correct?

1    A   Yes.
2    Q   Is -- and then if you will also take a
3  look with me at Exhibit 2E. It's titled
4  "Materials Consulted."
5    A   I apologize. 2E is -- yes.
6    Q   And the materials consulted include,
7  first, all references listed in footnotes --
8    A   Yes.
9    Q   -- which means all of the references in
10  Exhibit A, correct?
11    A   Yes.
12    Q   And then patient medical records for
13  Antoinette Durden, Barbara Earnest, and Tanya
14  Francis, correct?
15    A   Yes.
16    Q   And then it also includes deposition
17  testimony from Antoinette Durden, Barbara Earnest,
18  Tanya Francis, Sophy Jancich, James Carinder,
19  Cherian Verghese, Julie Martin, Janice Birkhoff,
20  and Anesha Prier, correct?
21    A   Yes.
22    Q   Are Exhibit -- the Exhibit A references
23  and the materials consulted in Exhibit E a
24  complete list of everything you considered to form
25  your opinions in this case?

12 (Pages 42 - 45)

1      MR. MICELI:  Object to the form.
2      THE WITNESS:  Yes.
3  BY MS. SCHULTZ:
4      Q   On Exhibit E it includes deposition
5  testimony, and I read through the names of the
6  individuals who gave depositions that are included
7  in Exhibit E.
8      Did you review any of the deposition
9  testimony in forming your opinions in this case?
10     A   Well, I reviewed the cases after I had
11  written the expert -- the report basically.  So I
12  reviewed their depositions after I reviewed the --
13  after I had written the report.
14     Q   So after you completed your expert
15  report, you then read the deposition testimony of
16  the plaintiffs and the physicians and Anesha Prier
17  that you have listed on Exhibit E?
18     A   Yes.
19     Q   Did you review the entire deposition and
20  all transcripts of each of these witnesses?
21     A   Yes.
22     Q   And why did you review the depositions
23  of these witnesses after you prepared your expert
24  report?
25     A   Partly because they were given to me

1  actually afterwards.  And, second, I kind of
2  reviewed the cases myself objectively with respect
3  to their cardiac issues.
4      Q   When did you receive the deposition
5  transcripts?
6      A   Actually, yesterday.
7      Q   Yesterday was December 4 --
8      A   Yes.
9      Q   -- 2018, correct?
10     So the first that you had received the
11  depositions you list in Exhibit E was yesterday,
12  December 4?
13     A   Yes.
14     Q   And yesterday did you review all of
15  those depositions?
16     A   Yes.
17     Q   So is it correct, then, that the
18  deposition testimony of these witnesses played no
19  role in the opinions you set forth in your expert
20  report because you had not even reviewed them,
21  correct?
22     A   You are correct.
23     Q   Is -- did you ask to see the depositions
24  of the plaintiffs' treating cardiologists in order
25  to prepare your opinions and issue your expert

1  report in this case?
2      MR. MICELI:  Object to the form.
3      THE WITNESS:  So there's a --
4  there's a mistake with what you just meant.  You
5  said patients' cardiologists.  I believe there
6  were no cardiologists involved in these patients'
7  care.
8  BY MS. SCHULTZ:
9      Q   Thank you for -- thank you for that.
10  Let me -- let me start the question over.  I meant
11  oncologists.
12     Did you ask to review the depositions of
13  the plaintiffs or the depositions of their
14  oncologists so that you could form your opinions
15  and write your report in this case?
16     A   I did not.
17     Q   Did you ever ask to review those
18  depositions?
19     A   I did not.
20     Q   Then why are the depositions listed in
21  your materials consulted that were attached to
22  your expert report?
23     A   I believe that was a mistake from -- in
24  terms of what I had reviewed and what I had not.
25  I did review them, and they played no part in my

1  final thoughts about this case as it pertains to
2  the cardiac issues involved.
3      Q   Well, did -- was there anything about
4  the decision-making process of any of the
5  plaintiffs that you felt was relevant to your
6  opinions in this case?
7      A   Well, the decision about what
8  chemotherapy was given involves multiple things,
9  including the efficacy of the cancer therapies,
10  but certainly the cardiac issues.  And with
11  respect to cardiac issues where I'm an expert in,
12  it did not play a role whatsoever in the decision
13  about what was -- what the patient was being
14  given.
15     Q   Well, but without -- without reading
16  their depositions, you wouldn't know whether
17  cardiac considerations played a role in the
18  plaintiffs' decisions with respect to their
19  chemotherapy regimens, correct?
20     MR. MICELI:  Object to the form.
21     THE WITNESS:  Well, there are a
22  number of different issues that come into play
23  when you're deciding what -- what the patient gets
24  as a drug.
25

13 (Pages 46 - 49)

Page 50

1 BY MS. SCHULTZ:
2    Q   I understand that. But if you didn't
3 read the deposition testimony of the plaintiffs,
4 you wouldn't know what things the plaintiffs
5 considered in deciding on a regimen, correct?
6    A   In the notes -- in the medical records
7 themselves, there's usually documentation of what
8 was discussed with a patient. Every oncologist
9 puts this in with respect to what was discussed
10 and what went into the thought process of why they
11 went with chemotherapy option A versus B.
12    Q   Well, and setting aside what may be
13 present in the medical records, is -- is it -- are
14 you stating that the plaintiffs' testimony in this
15 case regarding their decision-making process is of
16 no relevance to your opinion?
17    A   It is relevant, but it's usually
18 documented in the medical records. When you go
19 through the 6,000 pages, there are at least two --
20 three pages that are relevant to what was
21 discussed with the patient about the decision tree
22 of what the patient would get as chemotherapy. So
23 that's incorporated there.
24    Q   And if it's not documented in the
25 medical records, then you are missing relevant

Page 51

1 information in forming your opinions in this case,
2 correct?
3         MR. MICELI:  Object -- object to
4 the form.
5         THE WITNESS:  If it's not there, I
6 would be missing the relevant information. In
7 this case, that was not an issue.
8 BY MS. SCHULTZ:
9    Q   Are -- is it your testimony that
10 everything in the depositions of the plaintiffs
11 regarding the decision-making process for their
12 treatment, all of those statements were also
13 included in the medical records?
14    A   As --
15         MR. MICELI:  Object -- excuse me.
16 Object to the form.
17         THE WITNESS:  As it pertains to
18 cardiac issues involved with the decision tree
19 here, everything was documented in the medical
20 records.
21 BY MS. SCHULTZ:
22    Q   And you're saying that because yesterday
23 you reviewed the deposition transcripts?
24    A   I reviewed the deposition transcripts.
25    Q   But you issued your report without

Page 52

1 having reviewed those transcripts, correct?
2    A   Yes.
3    Q   And at the time you issued your report,
4 you didn't know if you were missing relevant
5 information regarding the decision-making process
6 that may be reflected in the deposition
7 transcripts and not in the medical records,
8 correct?
9         MR. MICELI:  Object to the form.
10         THE WITNESS:  There's always
11 additional information that may come about as
12 you're reviewing cases. There may be medical
13 records that were not provided to me initially.
14 There may be other information that comes into
15 play.
16         I made my decision about the
17 opinions I put in Exhibit -- I guess it's 2 not
18 reviewing this. Having reviewed them, it did not
19 change my opinion whatsoever.
20 BY MS. SCHULTZ:
21    Q   But -- so -- but the bottom line, you
22 issued your expert report without reviewing any of
23 the deposition testimony of Ms. Durden,
24 Ms. Earnest, or Ms. Francis, correct?
25    A   I did write my report and without having

Page 53

1 reviewed their deposition.
2    Q   And your report contains all of the
3 opinions that you are issuing in this case,
4 correct?
5    A   Yes.
6    Q   Now, with respect to the depositions of
7 the treating oncologists for each of the
8 plaintiffs, prior to forming your opinions in this
9 case and writing your report, did you request to
10 review those depositions?
11    A   I did not.
12    Q   And the first time you reviewed the
13 depositions of the treating oncologists was
14 yesterday, correct?
15    A   Yes.
16    Q   And so I take it you did not believe
17 that the deposition testimony of the treating
18 oncologists was relevant to your expert report,
19 correct?
20    A   That's not correct.
21         MR. MICELI:  Object -- excuse me.
22 Object to the form.
23         You got to make sure there's --
24         THE WITNESS:  I do not -- that's
25 not correct. I review the opinions of the

14 (Pages 50 - 53)

Page 54

1  oncologists as documented in the medical records.
2  BY MS. SCHULTZ:
3    Q   And I --
4    A   There's discussion as it pertains to
5  cardiac issues documented in the medical records
6  that are basically reflected in the depositions
7  that they did make.
8    Q   But you didn't know -- you didn't reach
9  that opinion until yesterday, correct?
10      MR. MICELI:  Object to the form.
11      THE WITNESS:  With respect to what?
12  BY MS. SCHULTZ:
13    Q   Let me rephrase my question.  All I'm
14  asking you right now is about the deposition
15  testimony.  All right?
16      And is it correct that, in your opinion,
17  the deposition testimony of the plaintiffs'
18  treating oncologists was not relevant to you
19  forming your opinions and issuing your report?  Is
20  that correct?
21      MR. MICELI:  Object to the form.
22      THE WITNESS:  I think they would be
23  relevant.  I didn't know they existed.
24  BY MS. SCHULTZ:
25    Q   So you acknowledge that the deposition

Page 55

1  testimony of the treating oncologists is relevant
2  to your opinions in this case, correct?
3      MR. MICELI:  Object to the --
4      THE WITNESS:  It may be relevant.
5      MR. MICELI:  Excuse me.  Object to
6  the form.
7      THE WITNESS:  It may be relevant.
8  BY MS. SCHULTZ:
9    Q   And if depositions of the treating
10  oncologists had been taken in these cases, that
11  would be something you would have wanted to see
12  and review prior to forming your opinions and
13  issuing your report in this case, correct?
14      MR. MICELI:  Object to the form.
15      THE WITNESS:  I -- the more
16  material you review is always better.
17  BY MS. SCHULTZ:
18    Q   Well, but specifically, you would have
19  wanted to review the depositions of the treating
20  oncologists before you formed your opinions and
21  issued your report, correct?
22      MR. MICELI:  Object to the form.
23      THE WITNESS:  I would like -- their
24  opinions are usually reflected in the medical
25  records.

Page 56

1  BY MS. SCHULTZ:
2    Q   But you didn't know that, correct?
3      MR. MICELI:  Object to the form.
4      THE WITNESS:  I -- their decision
5  tree with respect to cardiac issues is reflected
6  in the medical records.
7  BY MS. SCHULTZ:
8    Q   But without reviewing their depositions,
9  you didn't know whether the decision-making
10  process reflected in the depositions was also
11  reflected in the medical records, correct?
12    A   I would not fully know, yes, you're
13  correct.
14    Q   Now, as an expert witness, in forming
15  opinions in this case, then, do you agree that had
16  you known that depositions had been taken of the
17  treating oncologists, that's something you would
18  have asked to review, correct?
19      MR. MICELI:  Object to the form.
20      THE WITNESS:  I could always ask
21  for more information, yes.
22  BY MS. SCHULTZ:
23    Q   But my question is, if -- if you knew
24  that depositions of the treating oncologists had
25  been taken in this case, you would have asked to

Page 57

1  review those prior to forming your opinions,
2  correct?
3      MR. MICELI:  Object to the form.
4      THE WITNESS:  I'm fairly new to
5  this game in terms of lawsuits.  I usually review
6  the medical records.  Therein entails most of the
7  issues.  Everything that I would want in these
8  specific cases as it pertains to cardiac relevance
9  of the therapies, everything was reflected there.
10  BY MS. SCHULTZ:
11    Q   I don't believe you're answering my
12  question.
13      You agreed earlier that, in preparing an
14  expert report, you used the same academic and
15  scientific rigor that you do when you are treating
16  patients or performing studies or writing
17  articles, correct?
18      MR. MICELI:  Object to the form.
19      THE WITNESS:  Yes.
20  BY MS. SCHULTZ:
21    Q   Okay.  And you want to review all
22  relevant information that pertains to the opinions
23  that you give or that you write about, correct?
24    A   Yes.
25    Q   Okay.  In this litigation, you agree

15 (Pages 54 - 57)

Page 58

1  that the deposition testimony of the plaintiffs'
2  treating oncologists is relevant to the opinions
3  in your -- this case, correct?
4          MR. MICELI: Object to the form.
5          THE WITNESS: It may be relevant,
6  yes.
7  BY MS. SCHULTZ:
8      Q   And you --
9      A   If it's not captured in the medical
10  records.
11     Q   And you didn't know whether or not it
12  was captured in the medical records until
13  yesterday, correct?
14     A   Yes.
15     Q   And you didn't know whether or not it
16  was captured in the medical records at the time
17  you formed your opinions and issued your report,
18  correct?
19     A   Yes.
20         MS. SCHULTZ: Okay. Let's take
21  a -- let's go ahead and take a break.
22         MR. MICELI: Okay.
23         MS. SCHULTZ: Thanks.
24         MR. MICELI: Don't forget this.
25         VIDEO TECHNICIAN: We are going off

Page 59

1  the record at 10:31, ending media 1.
2          (A recess was taken.)
3  BY MS. SCHULTZ:
4      Q   Back on the record, Doctor.
5      A   Yes.
6      Q   And if you will go ahead and keep in
7  front of you Exhibit 2, which is your expert
8  report, and then the exhibits to your expert
9  report, Exhibits 2A through E. Okay?
10         For Exhibit 2E to your report, the
11  materials consulted, you testified that where it
12  says, "All references listed in the footnotes,"
13  that those were the articles that are in the
14  attachment to your report labeled "References,"
15  correct?
16     A   Yes.
17     Q   And where did you find those articles?
18  Were they provided to you, or did you research and
19  find them?
20     A   Yeah, so what I do every day in clinic
21  in terms of what my clinical practice is, as well
22  as what I've done for the last ten years in terms
23  of research, has been cardiovascular effects of
24  cancer therapies. So much of what I wrote in this
25  opinion report entails cardiovascular issues as

Page 60

1  they pertain to breast cancer and breast cancer
2  therapies. I've written many of the articles in
3  this field, and so many of the articles I
4  referenced are the very peer-reviewed publications
5  that I've published in this field. So many of
6  those entail those papers.
7          There's some other papers, when there
8  was relevance, I made references to.
9      Q   And, for the record, when we first
10  looked at your materials consulted, I asked you if
11  it included all of the materials consulted in
12  forming your opinions and issuing your report in
13  this case.
14         Do you recall that?
15     A   Repeat the question again. Sorry.
16     Q   Previously when I asked you whether or
17  not the materials consulted included all of the
18  materials that you had consulted in forming your
19  opinions and issuing your report in this case, you
20  answered yes?
21     A   But the question I don't understand -- I
22  apologize.
23     Q   Okay. But let me -- let me finish my
24  question.
25         Just so we're clear from the record --

Page 61

1  for the record, you issued your report on
2  November 7, 2018, correct?
3      A   Yes.
4      Q   And the first time you reviewed any
5  deposition testimony of the plaintiffs or any of
6  the treating or prescribing oncologists was
7  yesterday, December 4, correct?
8      A   Yes.
9      Q   Thank you.
10     A   But most of what I entail in my opinion
11  entails -- in fact, 8 1/2 pages of it pertains to
12  cardiovascular issues as they are relevant to
13  breast cancer therapies. In fact, they have
14  nothing to do with these specific cases. It's
15  only on the last two pages or last page and a half
16  that we get into the specific cases. So I want to
17  be sure that goes on record as well.
18     Q   And I'll move to strike the rest of that
19  answer as nonresponsive.
20         Exhibit C -- it's Exhibit 2C, which is
21  Exhibit C to your report -- is your CV; is that
22  correct?
23     A   Yes.
24     Q   And is it accurate, current, and
25  complete?

16 (Pages 58 - 61)

Page 62

1      A    At least when it was printed, it was
2  there. I don't know when this -- which copy it
3  is. I constantly update my CV. I do that every
4  few months, so at this time, it must have been
5  what I had, yes.
6      Q    And so when you say "at this time," when
7  was this CV printed?
8      A    Well, I have multiple CVs that I gave
9  the counsel, and I believe this must have been
10 done sometime in late 2000- -- sometime in 2018, I
11 believe, as I look at the publications and
12 papers -- talks that I've given.
13     Q    As you look at the CV that you've
14 provided with your report, does it look to you to
15 be updated and current?
16     A    Yes.
17         MR. MICELI: Object to the form.
18 BY MS. SCHULTZ:
19     Q    I'll tell you what. Maybe over our next
20 break, would you please take a look at your CV --
21     A    Sure.
22     Q    -- and then let me know if there's
23 anything that needs to be updated.
24     A    Sure. With respect to my CV, every few
25 months my secretary goes through what publications

Page 63

1  I've had, what papers I've published. So it's
2  done every few months.
3         So I don't know what specific time
4  period this was. It probably doesn't include
5  papers that I published in the last few months,
6  but I can look and tell you.
7      Q    Have you published papers in the last
8  few months?
9      A    I've published 110 peer-reviewed
10 publications, so there's a paper coming out
11 literally every month.
12     Q    What papers have you published in the
13 last few months?
14     A    I've published a number of papers. I
15 mean, we can -- I had a paper that was just
16 published in Lancet Oncology that is -- that is --
17 entails cardiovascular issues as they pertain to
18 immunotherapies.
19         I've published papers before that on --
20 a basic science paper with respect to certain
21 molecules important in cardio protection.
22         And the other thing with papers as they
23 come is they usually are released online first,
24 and then they're actually in the print version and
25 come out several months later. So usually my

Page 64

1  secretary updates this when they're actually in
2  print.
3      Q    Well, as I said, then, let's -- at a
4  break, if you could please look through your
5  papers and your editorials and reviews.
6         And it looks to me like you have them
7  listed in chronological order?
8      A    Yes.
9      Q    And then let me know if there are
10 additional papers or additional information that
11 would be included in an updated CV.
12     A    Sure. I'll definitely review that.
13     Q    Or do you have access to an updated copy
14 of your CV?
15     A    I will have to check with my secretary
16 to see when the last update was --
17         MR. MICELI: You're reading my
18 mind.
19         THE WITNESS: -- but I can
20 certainly bring that to your attention.
21         MS. SCHULTZ: Pardon me?
22         MR. MICELI: You're reading my
23 mind.
24         MS. SCHULTZ: Okay.
25         MR. MICELI: Yeah, we'll check.

Page 65

1          MS. SCHULTZ: All right.
2          MR. MICELI: I'm sorry. I didn't
3  mean to talk over you there, Doctor.
4          THE WITNESS: No, no problem.
5  BY MS. SCHULTZ:
6      Q    Now, you received your -- or you
7  finished medical school in 2001; is that correct?
8      A    Yes.
9      Q    And then you did a residency in internal
10 medicine; is that correct?
11     A    Yes.
12     Q    And you completed that residency in
13 2004?
14     A    Yes.
15     Q    And then you did a clinical fellowship
16 in cardiovascular medicine from 2004 to 2007?
17     A    Yes.
18     Q    What does clinical fellowship mean?
19     A    Yeah. So clinical fellowship means I've
20 completed my internal medicine residency, which is
21 how you become an internist, at Johns-Hopkins.
22 And I went to Harvard Med School afterwards to be
23 trained as a clinical fellow in cardiology. And
24 so that I learned how to be a cardiologist during
25 those three years.

17 (Pages 62 - 65)

Page 66

1     Q   And then, after that, it says you were a
2  research fellow from 2007 to 2009, correct?
3     A   Yes.
4     Q   And what is a research fellow?
5     A   Yeah.  I wanted to be a physician
6  scientist, and to be able to get the training as
7  to how to be a scientist, I did the two years of
8  an oncology fellow -- not oncology fellow, sorry,
9  in a research lab that happened to be an oncology
10 lab for learning basic techniques that are
11 important in research, including basic laboratory
12 skills.
13 BY MS. SCHULTZ:
14    Q   So the -- your position as a research
15 fellow did not involve the direct treatment of
16 patients, then, correct?
17    A   Yes and no.  As a -- you basically
18 complete the two years or three years of
19 requirement to be a cardiologist, and you maintain
20 continuity clinic once every week, one-half day a
21 week, which is your continuity clinic.  And you
22 maintain that just to kind of have your -- to not
23 be out of practice when you're going to be in the
24 lab for two years.  So I maintained and I
25 continued to see the patients I'd taken care of in

Page 67

1  the preceding three years.
2     Q   And so you finished your research
3  fellowship in 2009, correct?
4     A   Yes.
5     Q   And that was the same year that
6  Ms. Francis received her cancer diagnosis and
7  treatment, correct?
8     A   I believe so.  I need to go back and
9  specifically look at the dates of Ms. Francis's
10 cancer diagnosis.
11    Q   And when did Ms. Durden and Ms. Earnest
12 receive their diagnosis, do you know, or do you --
13    A   I would have to go back and take a look.
14 I believe it's '11 or '12 or something, but we can
15 definitely double-check.
16    Q   And you are board-certified by the
17 American Board of Internal Medicine in internal
18 medicine, correct?
19    A   Yes.
20    Q   And you're also board-certified in
21 cardiovascular disease?
22    A   Yes.
23    Q   And what does board certification mean?
24    A   Board certification is one -- this is
25 actually a very interesting question because

Page 68

1  there's a lot of discussion about this.  But board
2  certification is what the committee that is -- all
3  the internists or cardiologists decide that
4  there's a test that somebody has to pass to be
5  able to be named a cardiologist.  And so you get
6  board certification with cardiology or as an
7  internist, and I passed those -- both of those
8  tests basically.
9     Q   Now, there is a board certification in
10 oncology, correct?
11    A   Yes.
12    Q   And you are not board-certified in
13 oncology, correct?
14    A   I am not an oncologist, you're correct.
15    Q   Is there any type of certification for
16 cardio-oncology?
17    A   I actually recently created a
18 fellowship, so I have to write -- do paperwork.
19 Now, I think, as this field expands, I think as a
20 lot of the big centers start these fellowships,
21 we'll come together and we'll develop kind of a
22 credentialing for the fellowship.
23        At this point, it's -- the field is sort
24 of in its -- it's past infancy, but it is not a
25 time where we could get -- you kind of start doing

Page 69

1  it.  And I started doing it when I joined the
2  faculty in 2009.
3     Q   And -- but so there is no such thing as
4  a board certification for cardio-oncology,
5  correct?
6     A   There is no board certification for
7  cardio-oncology.
8     Q   In which states are you licensed to
9  practice medicine?
10    A   I was in Massachusetts until I recently
11 came to Tennessee.  And I believe the
12 Massachusetts physician license has now passed, so
13 it's only Tennessee right now.
14    Q   Has your license ever been suspended or
15 revoked?
16    A   No.
17    Q   Have you ever been sued for malpractice?
18    A   No.
19    Q   What medical journals do you generally
20 subscribe to?
21    A   I read various types, both general
22 medicine, New England Journal of Medicine, Lancet,
23 as well as cardiovascular, which are, say,
24 Circulation, European Heart Journal, JACC, to name
25 a few.  And then oncology journals, such as Lancet

18 (Pages 66 - 69)

Page 70

1  Oncology, JAMA Oncology, Journal of Clinical
2  Oncology, and Blood and so forth.  So I read all
3  of those because I have to be both -- I have to be
4  up to date both with cardiac issues but also the
5  new cancer drugs as they come in and how they
6  pertain to cardiovascular issues.
7      Q   And all of those journals are
8  authoritative --
9          MR. MICELI:  Object to the form.
10         THE WITNESS:  They're --
11 BY MS. SCHULTZ:
12     Q   -- in their fields?
13     A   They're sort of considered high-impact
14 journals within the field.  Because there have
15 been so many explosion of new therapies in
16 oncology, there are a lot of other journals out
17 there, and I read the relevant articles as they
18 are -- pertain to my field.
19     Q   And do you keep textbooks in your
20 office?
21     A   I have some textbooks from medical
22 school.  I -- I think the general feel, I think at
23 least for what I do, I read the textbooks online.
24     Q   Do you agree that the term
25 "cardio-oncology" is the cardiovascular care of

Page 71

1  patients that have cancer?
2      A   Yes.
3      Q   And you still consider it to be a new
4  discipline or field of study?
5          MR. MICELI:  Object to the form.
6          THE WITNESS:  It was new certainly
7  15 years ago and certainly in 2009.  It's matured
8  significantly in the last decade.
9  BY MS. SCHULTZ:
10     Q   Now, in an article you wrote in 2013,
11 "The Cardiovascular Perils of Cancer
12 Survivorship," you state that "Cardio-oncology has
13 emerged as a new discipline."
14         Is that a correct statement?
15     A   That's correct.
16         MR. MICELI:  Object to the --
17 excuse me.  Object to the form.
18         THE WITNESS:  That is a correct
19 statement.
20 BY MS. SCHULTZ:
21     Q   And the goal of cardio-oncology is to
22 promote cardiovascular health in cancer patients?
23     A   Yes.
24     Q   Do you agree that the term
25 "survivorship" is a fairly new theme in oncology?

Page 72

1          MR. MICELI:  Object to the form.
2          THE WITNESS:  Not really.
3  Survivorship in the pediatric population started
4  coming into -- becoming a reality in the 1980s.
5  That's when we first started realizing patients
6  can have long-term sequelae of disease.
7          With adult population, it is
8  ever-changing, mostly because of the explosion of
9  new therapies.  It has been relatively, compared
10 to the pediatric population, a newer concept.
11 BY MS. SCHULTZ:
12     Q   Do you agree that, in the past,
13 relatively few patients survived cancer long
14 enough to experience the cardiovascular effects of
15 cancer treatment?
16         MR. MICELI:  Object to the form.
17         THE WITNESS:  So, again, let's
18 just -- one of the key themes in cardio-oncology
19 is the introduction of personalized care to
20 patients.  So what you just mentioned is
21 completely incorrect in the pediatric population.
22 Younger women with a very early stage of breast
23 cancer, it has changed significantly with more
24 advanced cancers, and so you have to take each
25 case individually.

Page 73

1  BY MS. SCHULTZ:
2      Q   Well, let's look at breast cancer, then.
3          Do you agree that the cardiovascular
4  concerns of patients treated for breast cancer is
5  more of a new concern and consideration for
6  survivorship?
7          MR. MICELI:  Object to the form.
8          THE WITNESS:  So cardiovascular
9  issues for breast cancer patients have become
10 relevant for two reasons.  One is the introduction
11 of all the new cancer therapies where you have to
12 think about cardiovascular sequelae, and second is
13 the very fact that the survivorship in breast
14 cancer has improved, so for the first time
15 cardiovascular issues that occur some time later
16 are relevant.
17 BY MS. SCHULTZ:
18     Q   It's estimated there are more than
19 13 million cancer survivors in the United States,
20 correct?
21     A   That number is --
22         MR. MICELI:  I'm sorry.  Go ahead.
23         THE WITNESS:  That number is
24 actually higher now.  It's more over 16 million
25 Americans who are cancer survivors.

19 (Pages 70 - 73)

Page 74

1  BY MS. SCHULTZ:
2      Q   So approximately 16 million cancer
3  survivors in the United States as of today?
4          MR. MICELI:  Object to the form.
5          THE WITNESS:  That's what it was as
6  of earlier in 2018, yes.
7          MS. SCHULTZ:  What is -- what was
8  wrong with the form of that question?
9          MR. MICELI:  Well, you --
10         MS. SCHULTZ:  You're interposing
11  "object to form" after almost every question.
12         MR. MICELI:  No, just on the last
13  series of questions I have because -- if you would
14  like me to explain why --
15         MS. SCHULTZ:  Yes.  Yeah, that's
16  fine.
17         MR. MICELI:  Because you keep
18  referring to breast cancer.  You're not referring
19  to metastatic breast cancer versus early-stage
20  breast cancer.  In that last one you're referring
21  to cancer survivors, and his report goes to
22  early-stage breast cancer.
23         MS. SCHULTZ:  That's not a form
24  objection.  If you think there's a relevancy issue
25  to it, that's fine.  But that is not a form

Page 75

1  objection --
2          MR. MICELI:  I understand what
3  you're saying.
4          MS. SCHULTZ:  -- and you know that.
5          MR. MICELI:  I will -- I will
6  interpose my objections as I see fit.  Thank you.
7  BY MS. SCHULTZ:
8      Q   Do you agree that the female breast
9  cancer death rate declined 39 percent from 1989 to
10  2015?
11     A   I don't know the full extent of that,
12  yeah.  I don't -- it's certainly improved.  I
13  don't know the specific statistics as they pertain
14  to those dates.
15     Q   And that there are more than 3 million
16  breast cancer survivors in the United States?
17     A   Yes.
18     Q   Referring to your report, Exhibit 2, I'd
19  like you to turn to the second page under the
20  title, "Cardiovascular Health in Cancer Patients."
21         And you state that "The advent of novel
22  cancer therapies has revolutionized oncology
23  treatment, resulting in a growing number of cancer
24  survivors," correct?
25     A   Yes.

Page 76

1      Q   And then you state that "Cardiovascular
2  issues have become important in cancer patients
3  for several reasons.  First, cancer therapies can
4  be associated with cardiovascular
5  complications" -- and I believe -- is that a typo
6  there?
7      A   Both.  Yes, both.
8      Q   -- "both acutely during the time of
9  treatment or following completion of therapy."
10         That's a correct statement?
11     A   Uh-huh.
12     Q   Is that a yes?
13     A   Yes.
14     Q   And then, second, "Given the survival of
15  a growing number of cancer patients,
16  cardiovascular disease has become more relevant."
17     A   Yes.
18     Q   And, third, "There's a growing
19  appreciation that common risk factors predispose
20  patients to cancer and cardiovascular disease,"
21  correct?
22     A   Yes.
23     Q   On the first page of your report, you
24  state that you are a clinical cardiologist and a
25  physician scientist.

Page 77

1      A   Yes.
2      Q   Let me ask you first, you referenced the
3  term "physician scientist" earlier, but can you
4  define what that means?
5      A   Yes.  So with respect to new knowledge
6  that's gained, especially here -- I'm going to use
7  a specific area here -- you have new breast cancer
8  therapies, you have old breast cancer therapies
9  that may have cardiovascular issues which we
10  didn't recognize, as you just mentioned, a few
11  years ago.  There's a growing need to have science
12  incorporated into it.  That includes both clinical
13  science, where you look objectively at whether
14  certain drugs have toxicities that pertain to the
15  heart, but also, when they do, figuring out what
16  the mechanism is so we can develop preventative
17  treatment strategies for our patients.
18         So the science part includes the fact
19  that I have a research program.  It includes a
20  basic science research program where we look
21  mechanistically at the why cardiotoxicities occur.
22  It includes a clinical program -- there are four
23  physicians now under me -- where we see patients
24  with cardiovascular issues where we try to
25  understand whether certain -- especially new drugs

20 (Pages 74 - 77)

Page 78

1  have cardiovascular issues and, if they are, how
2  we can help our patients get the most optimal
3  treatment for their -- for the case, for the
4  specific case.
5       So the scientist involves what I publish
6  routinely, which are sort of new knowledge that I
7  bring to the field.
8       Q   In terms of the amount of time you
9  devote to the science and research versus the
10  clinical program, can you tell me what the
11  percentages would be?
12      A   Sure. So I myself directly see patients
13  30 percent of the time, give or take. It's
14  supposed to be 20, but it ends up being 30, and
15  70 percent of the time in research.
16      In addition, I'm the director of the
17  cardio-oncology program, which is now four
18  physicians, so we meet regularly to go over cases,
19  we meet regularly to discuss important things, and
20  there may be somebody seeing a new toxicity in the
21  clinic that we all discuss.
22      So that's the other arm of what I do
23  clinically.
24      Q   So 30 percent of your time is spent,
25  approximately, seeing patients, and the other

Page 79

1  70 percent is spent on the research scientific
2  side?
3      A   Sure.
4      Q   And you said that the patients you see
5  are patients that have cardiovascular issues,
6  correct?
7      A   Yes, most of the time.
8      Sorry. Let me just rephrase that. I
9  guess the question you wanted to ask is every
10  patient I see has cardiovascular issues.
11  Virtually all of the patients have had cancer or
12  do have cancer. I think that's the question you
13  were trying to ask, right?
14      Q   You divided it up --
15      A   Sure.
16      Q   -- better than I did.
17      A   Yes.
18      Q   So the -- all of the patients you see
19  have cardiovascular disease?
20      A   Yes and no. Again, sometimes when you
21  are deciding to -- what chemotherapy the patient
22  should get, even if they don't have cardiovascular
23  disease, where they had an obvious heart attack
24  three months ago or they had heart failure, they
25  may have risk factors for cardiovascular disease,

Page 80

1  and I become involved in their care in terms of --
2  especially with the discussion with oncologists,
3  to see what is the best treatment for the patient.
4  And then if we are going to go with a treatment
5  that's more effective yet more cardiotoxic, what
6  can you do to help protect the heart.
7      Q   So sometimes you would see a patient
8  prior to that patient receiving cancer therapy?
9      A   Sometimes that can happen, yes. That's
10  not the majority of the clinic, just because of
11  the -- you can't see everybody with -- with --
12  somebody with obvious cardiac disease, I see them
13  in the clinic prior to therapy.
14      Q   Approximately how many patients do you
15  see in the clinic prior to the patient actually
16  receiving treatment for the cancer?
17      A   Because we are so overwhelmed with
18  patients who do get the drugs and have cardiac
19  issues, that number is a minority. It also
20  includes sometimes phone calls or just e-mails
21  from the physician, just because it's just what --
22  the bandwidth of what you can see in the clinic.
23      So sometimes it's a quick discussion
24  with not specific individuals but a general
25  concept of this is what the echo showed; what do

Page 81

1  you think?
2      But that number that you ask is about 5
3  to 10 percent, I would say. And by that I also
4  include surgery. So sometimes you have to go for
5  surgery, and the question is, is the heart going
6  to go through a prostatectomy where you take the
7  prostate out or you do a thoracotomy where you
8  take the lung cancer out.
9      Q   When you see a patient in advance of
10  cancer treatment, do you see the patient in
11  conjunction with appointment -- an appointment
12  with the oncologist?
13      A   We would love to do it, but it's a
14  different clinic; it's a different part of the
15  campus. Usually, because of my expertise in the
16  specific area, patients come from afar, where I
17  have to call the oncologist who's two hours away.
18      So it's a combination of all of the
19  above. But mostly they come to me because the
20  clinic is physically not where the oncology clinic
21  is, even within Vanderbilt, for example. It's
22  just a different part of the campus.
23      Q   So of that 5 to 10 percent of the
24  patients you see, are they patients with all types
25  of cancer?

21 (Pages 78 - 81)

1   A   Yes.
2   Q   And what percentage of that 5 to
3   10 percent are breast cancer patients?
4   A   I would say 10 to 15 percent.
5   Q   So 10 to 15 percent of the 5 to
6   10 percent?
7   A   Yeah.
8   Q   And do you have any estimation as to the
9   percentage of those that are -- have metastatic
10  breast cancer, early-stage breast cancer?
11  A   To be honest, I don't recall off the top
12  of my -- it may be somewhere 50 percent, each arm.
13  I don't know.  I'm just guessing.
14  Q   Now, any cancer patient that you see
15  that has not yet undergo -- -gone cancer
16  treatment, you see that patient in consultation
17  with the patient's treating oncologist, correct?
18  A   No.  The oncologist sees the patient,
19  and then they say, Well, I'm deciding between X,
20  Y, and Z in terms of cancer treatments; can they
21  be seen by a cardiologist?
22       And so they -- they send a note to our
23  pre-appointment coordinator and they say, Well,
24  this is -- the group of doctors are five days in
25  the clinic.  That includes me and my colleagues

1   that work under me.  They're going to come back on
2   a Thursday.  Okay, we're going to make them see
3   you on a Thursday.  But we see them within a very
4   short period after they see the oncologist.
5   Q   But my question concerning in
6   consultation, I didn't mean that you were in the
7   same room with the oncologist, but that patient is
8   being treated by an oncologist, correct?
9   A   Yes.
10  Q   And the oncologist makes a decision to
11  send the patient to the cardio-oncology clinic,
12  correct?
13  A   Yes.
14  Q   And then once you've seen the patient,
15  you have a discussion with the oncologist?
16  A   Yes.
17  Q   And do you also have a discussion with
18  the oncologist prior to seeing the patient?
19  A   Normally I see the patient and I call
20  them.  It depends really.  Sometimes there's an
21  urgency to see the patient and they call me, my
22  cell phone directly, and they say, Well, this is
23  this patient; can you please see them tomorrow;
24  here's what's happening, and then there's a
25  discussion.

1       Many times, if it is a patient who had a
2   heart attack, the patient comes in and sees a
3   breast oncologist at, let's say, Vanderbilt, and
4   they say, Well, the patient -- Oh, yeah, I had a
5   heart attack; I had stents placed in my heart a
6   year ago.
7       They say, Well, what is -- they have
8   some stents.  Let's send them to cardiology to be
9   sure.  And during that time, I also get the
10  records of what stent was placed at Northern
11  Alabama, or wherever they came from, in terms of
12  what specifically was done with that.
13      So after all of that, then we can have a
14  discussion.  And sometimes there's a direct
15  discussion.  Sometimes it's inferred in my notes.
16  It depends on the case.
17  Q   But once you have seen a patient, do
18  you -- do you then have a discussion with the
19  treating oncologist about the patient?
20  A   Sometimes it's a direct phone
21  conversation.  Other times it's -- my thoughts are
22  reflected in the note.  Then they call me if there
23  are any questions.  Depends on the case, again.
24  Q   And so you provide your thoughts on the
25  patient to the treating oncologist, correct?

1   A   Yes.
2   Q   And then the treating oncologist is the
3   one that then makes the recommendation to that
4   patient concerning the treatment the patient will
5   receive, correct?
6   A   Yes.  And sometimes it's a decision we
7   reach together.  But he or she is the quarterback,
8   I guess.  That's -- she kind of makes the final
9   decisions, with input from myself and other
10  consultants, if necessary.
11  Q   And when you refer to he or she, you're
12  referring to the treating oncologist, correct?
13  A   Yes, who then discusses with the
14  patient, because ultimately it's the patient that
15  decides.
16  Q   And you don't ever prescribe
17  chemotherapy?
18  A   I do not.
19  Q   And you have never prescribed a
20  chemotherapy regimen of drugs, correct?
21  A   I have not.
22  Q   Now, can you estimate for me the
23  patients seen in the clinic that are going through
24  breast cancer treatment versus those that have
25  finished their treatment?

22 (Pages 82 - 85)

Page 86

1       MR. MICELI:  Object.  Well, I'm not
2   going to object to that one.
3       THE WITNESS:  I really can't.  I
4   mean, it's probably -- you're now looking at the
5   overall patients that I see where I think 10 to
6   15 percent are breast cancer, what percent are --
7   you're asking which percent have completed
8   therapy, which percent are during therapy?
9   BY MS. SCHULTZ:
10      Q   Correct.
11      A   So that is a moving target.  We started
12  initially with just seeing patients during the
13  course of chemotherapy where they have changes in
14  their echocardiogram or have cardiac symptoms.
15      We have also -- there is a growing
16  recognition of survivorship being important, so
17  they're expanding the survivorship program to see
18  patients who come in subsequently, my specific --
19  where you prevent cardiac disease in a breast
20  cancer patient who got radiation ten years later
21  effectively.
22      But many of the patients I see are
23  during the course of treatment.  That's just what
24  is acutely needed in terms of where I can best
25  provide my expertise.  And that's about 70,

Page 87

1   80 percent of the patients are getting treatment
2   when I see them.  As we expand our practitioner
3   numbers and we expand our survivorship program,
4   we're going to be seeing more of the survivorship
5   group.
6       Q   And so just to summarize, then, you
7   spend 30 percent of your time in the clinical
8   aspect seeing patients, correct?
9       A   Yes.
10      Q   And of that 30 percent of your time, 5
11  to 10 percent of those patients you receive prior
12  to treatment, and of that 5 to 10 percent, 10 to
13  15 percent are breast cancer patients, correct?
14      A   Yes.  However, in the bigger 85 percent,
15  there's a good size of breast cancer patients who
16  have therapy prior to me seeing them.
17      Q   And those are patients that are either
18  already undergoing treatment or have completed
19  treatment?
20      A   Yes.
21      Q   And when you are seeing patients prior
22  to them undergoing treatment, you are seeing them
23  to evaluate their cardiovascular health, correct?
24      A   Yes.
25      Q   And then you provide that evaluation of

Page 88

1   their cardiovascular health to their treating
2   oncologist?
3       A   Yes.
4       Q   Now, the -- the cancer treatment for
5   breast cancer patients involves, first of all,
6   local treatments.  That would be surgery or
7   radiation, correct?
8       MR. MICELI:  Object to the form.
9       THE WITNESS:  Yes.  Breast cancer
10  treatment may include surgery and radiation,
11  absolutely.
12  BY MS. SCHULTZ:
13      Q   And then it can also include systemic
14  therapy, such as chemotherapy, targeted therapy,
15  and medications like Herceptin, and hormone
16  therapy?
17      A   Yes.
18      Q   Do you agree that the prescribing
19  oncologist develops a treatment plan tailored to
20  each patient?
21      A   Sure.  Yes.
22      Q   And their number one objective for the
23  patient is survival, correct?
24      MR. MICELI:  Objection.
25      THE WITNESS:  I can't tell you what

Page 89

1   every oncologist thinks for every single case, but
2   yes.  The overall objective is to kill the cancer,
3   yes.
4   BY MS. SCHULTZ:
5       Q   And when you're working with the
6   treating oncologist for those -- the patients you
7   see, do you agree that it's important for you to
8   have communication with the treating oncologist
9   who is making the treatment decisions?
10      A   I think communication between doctors is
11  an excellent thing, yes.
12      Q   And I believe you said that you often
13  have a telephone conversation with the treating
14  oncologist after you've seen the patient?
15      MR. MICELI:  Object to the form.
16      THE WITNESS:  Sometimes I have a
17  telephone conversation after I see the patient.
18  Other times my thoughts are reflected in the
19  notes.
20  BY MS. SCHULTZ:
21      Q   And when you say "reflected in the
22  notes," how do you then provide those notes to the
23  treating oncologist?
24      A   If the physician -- if the oncologist is
25  right there, they will simply be able to get into

23 (Pages 86 - 89)

Page 90

1  medical records and see my notes. Even there's
2  other places they can do that. Other times I send
3  the notes to them. So we send the notes to the
4  referring physician who's an oncologist.
5      Q    And what percentage of the time do you
6  have either a telephone or in-person communication
7  with an oncologist of a patient that you've seen?
8      A    It's not -- because we have -- it's
9  maybe about -- specific telephone call will be
10 maybe 5 to 10 percent of the time, I would guess.
11     Q    And are there situations in which you
12 think it's important to have a phone conversation
13 with the oncologist? In other words, what
14 dictates whether you have a telephone conversation
15 with the oncologist about a patient versus
16 providing written material?
17     A    Sure. So when the -- especially if
18 there's a time when there's several options that
19 are -- that the oncologist deems equally effective
20 for the cancer treatment and when that now entails
21 safety of the treatments, I think a phone
22 conversation would be very useful then.
23         But if there's only one option for the
24 treatment, that's the option, and my job is to
25 optimize the heart as they're getting the

Page 91

1  treatment. So it partly depends on what they are
2  putting into play in terms of options for the
3  patient.
4          And then -- sorry to belabor the point,
5  but if there is a lot of cardiac issues, obviously
6  then that probably dictates more of a discussion,
7  right, as opposed to somebody who doesn't have
8  cardiac issues that -- that -- where I feel the
9  patient shouldn't get a specific therapy or that
10 that therapy -- not that they shouldn't get it but
11 that therapy may have adverse effects on the
12 heart.
13     Q    So do you leave it up to the oncologist
14 to talk to the patients about the risks and
15 benefits of cancer treatment?
16     A    I sometimes discuss them with the
17 patient themselves. Many times I get patients who
18 look me up on the Internet, fly in, and they talk
19 to me about the treatment options as a second
20 opinion.
21         Many times, however, the decision about
22 what is the best treatment course for the patient
23 is done by the oncologist, because what I provide
24 is only one part of the equation, which is what
25 effect does this have on the heart. But there may

Page 92

1  be a very big difference of using that treatment
2  because the efficacy is much better. So that is
3  not something that I'm an expert in, and I leave
4  that for the oncologist to discuss with the
5  patient.
6      Q    So if you have a discussion with a
7  patient about the risks, it's a discussion about
8  cardiovascular risks?
9      A    Yes.
10     Q    Now, I want to unpack what you had said
11 earlier about treatment options.
12         You said first, if -- if there are
13 several options that the oncologist deems equally
14 effective, then you look at those options in terms
15 of the risk for cardiac toxicity?
16         MR. MICELI: Object to the form.
17         THE WITNESS: So you asked me when
18 is it good to have a conversation with the
19 physician. I said when there are -- with a
20 complicated case, when a patient has a lot of
21 active heart issues, whether they had three heart
22 attacks three months ago, it's when they have
23 multiple cancer therapies that are at play that
24 are deemed relatively similar. Although I don't
25 know that, obviously, talking -- but talking to

Page 93

1  them helps me. I think those are two cases.
2          I think there was a third thing I
3  said where it's helpful to have the conversation.
4  BY MS. SCHULTZ:
5      Q    Well, if -- if there are -- let's say
6  there are -- the oncologist tells you that there
7  is more than one chemotherapy regimen that -- and
8  that those regimens are equally efficacious.
9  Okay?
10     A    Yes.
11     Q    In that scenario, what you're looking at
12 is, well, which of those regimens has less of a
13 risk of cardiovascular toxicity, correct?
14     A    Sure. But, in short, what I said is
15 basically -- I can summarize, one word, if it's a
16 complicated patient, a conversation is useful.
17 The complication can be both from a cardiac
18 standpoint in terms of patient's history, in terms
19 of cardiac effects of the cancer therapies, and
20 then, when there are multiple cancer therapies,
21 that I -- sometimes when I read between the lines
22 of the patients, I let the oncologist know I think
23 they're pretty similar, and there the conversation
24 is very useful.
25         So, in short, a complicated patient,

24 (Pages 90 - 93)

1 it's very useful to have a conversation.
2    Q    And then you also said if there's only
3 one option, then your job is to try to optimize
4 the treatment.  What did you mean by that?
5    A    Well, there are ways you can optimize
6 the cardiac risk factors before the patient goes
7 on a treatment.  So everybody knows if your blood
8 pressure is 220/120, that's a lot of pressure on
9 the heart.  That's not a good thing.  So I help
10 optimize the treatment.
11        If your sugar is 300, that's not good.
12 If you had a heart attack three months ago and you
13 had a stent placed and you're not on aspirin,
14 that's a bad thing.  So if you're not on a statin,
15 that's a bad thing.
16        So I optimize the patient's risk
17 factors, and I optimize the patient's medical
18 therapy with respect to a heart disease they may
19 have had.
20    Q    And the treatment options are provided
21 to you by the oncologist, correct?
22        MR. MICELI:  Object to the form.
23        THE WITNESS:  So I'm not an
24 oncology expert.  Yes, the oncologist deems what
25 is the best treatment for the patient and then we

1 have -- yes.
2 BY MS. SCHULTZ:
3    Q    And you don't provide an opinion
4 pertaining to the efficacy of any chemotherapy
5 regimen, correct?
6    A    I do not.  That's not my expertise.
7    Q    I'd like to turn back to your report on
8 page 2.
9    A    Uh-huh.
10    Q    And look at the second paragraph.  You
11 state that "Cardio-oncology has been particularly
12 relevant to breast cancer.  First, some of the
13 established treatments in breast cancer
14 (anthracyclines, HER2-targeted therapies,
15 radiation) are associated with cardiovascular
16 disease."
17        That's correct?
18    A    Yes.
19    Q    Then you said, "In addition, the growing
20 number of breast cancer survivors (totaling more
21 than 3 million Americans in 2018) are at risk of
22 cardiovascular disease given the high prevalence
23 of the latter in the general population," correct?
24    A    Yes.
25    Q    Then you state, "Therefore,

1 cardiovascular disease prevention has become an
2 important strategy to mitigate overall health in
3 breast cancer patients."
4        That's correct?
5    A    Yes.
6    Q    Now, anthracyclines are drugs used to
7 treat many types of cancer, correct?
8    A    Yes.
9    Q    And doxorubicin, daunorubicin, and
10 epirubicin are all anthracyclines?
11    A    Yes.  There are many examples of
12 anthracyclines.  Those are three examples, yes.
13    Q    And you state in your report that
14 "Anthracyclines are also among the best studied
15 and the most common cause for treatment-associated
16 cardiac injury."
17        That's a correct statement?
18    A    That is a correct statement.
19    Q    Anthracyclines are often combined with
20 other drugs in the adjuvant treatment of breast
21 cancer, correct?
22    A    Yes.
23    Q    Meaning anthracyclines are used in
24 conjunction with other chemotherapy drugs,
25 correct?

1    A    Yes, you are correct.
2    Q    And Adriamycin is the brand name for the
3 anthracycline doxorubicin?
4    A    Yes.
5    Q    And do you agree that Adriamycin carries
6 a significant risk of cardio -- cardiac toxicity?
7    A    Yes.
8    Q    For purposes of terminology, before we
9 go any further, the terms "cardiac toxicity" and
10 "cardiotoxicity" are used, I believe, both in your
11 report.  Is there a difference between those?
12    A    No.
13    Q    It means the same thing?
14    A    Yes.
15    Q    All right.  And what is cardiac
16 toxicity?
17    A    So that is a definition that we, as
18 experts in the field, meet once every couple years
19 to discuss what is -- entails cardiotoxicity.
20        Previously, when anthracyclines were
21 used in kids, you waited until somebody came into
22 the emergency room huffing and puffing away, where
23 they had -- squeeze of the heart was not good and
24 they basically had end-stage heart failure.
25        Now we do routine monitoring on the

25 (Pages 94 - 97)

Page 98

1  patients, high-risk patients, where you see --
2  even though the patient is asymptomatic, their
3  squeeze of the heart, the EF, the ejection
4  fraction, what we call it, is suboptimal. It's
5  less than what we would expect for the patient.
6  So that definition has moved.
7       In that case, that patient is completely
8  asymptomatic, and so our definition of
9  cardiotoxicity has evolved, given the fact that
10 previously we're used to seeing the patients
11 literally before the heart failure was going to
12 kill them, but now we are pro--- proactive about
13 monitoring it. So that definition has changed.
14      And the big discussions we have is, for
15 example, with respect to heart failure, where the
16 squeeze is not optimal, what is the optimal
17 squeeze on the heart? When should we care when
18 anthracyclines are being used? At what point
19 should we not give anthracyclines?
20      So these are big discussions that we in
21 our community have for the betterment of the
22 patient. And so we need more data in that space
23 especially.
24  Q   So that is something that is, in many
25 respects, still yet to be determined?

Page 99

1   A   Yes. Because especially when we combine
2  drugs and we've learned of -- newer drugs, we've
3  learned of other cardiovascular toxicities.
4       And now I'm going to make things a
5  little more complicated in the sense that not all
6  heart disease is created equal. So with certain
7  diseases, you may have arrhythmias where the heart
8  squeeze is perfect. The heart -- there's no heart
9  failure, but you have irregularities of the
10 electrical system of the heart.
11      Other cases you may have disease in the
12 vascular -- the arteries that provide blood to the
13 heart. So these are all -- encompass
14 cardiovascular or cardiotoxicity now.
15      And as we combine drugs, we're seeing
16 both synergistic effects on different drugs
17 combined together or different drugs talking when
18 you're combining in this patient.
19  Q   And so the risk of cardiotoxicity with
20 an anthracycline like doxorubicin is a risk of
21 cardiotoxicity during treatment and after
22 treatment, correct?
23  A   Yes.
24  Q   Have you read the Adriamycin package
25 insert label?

Page 100

1   A   We actually -- this drug has been around
2  forever. And so, in fact, if I understand --
3  yeah, I have read it because they updated it,
4  although some of the discussions in the Adriamycin
5  packet are somewhat outdated. That's the --
6  that's one of the points that we -- came up during
7  the discussion. But I have read all doxo--- I
8  have not read the most updated Adriamycin package
9  insert.
10  Q   And for purposes of our record --
11  A   Yes.
12  Q   -- the Adriamycin is doxorubicin,
13 correct?
14  A   Yes. Yes.
15  Q   Now, did you say that the doxorubicin
16 package insert is outdated from the perspective of
17 a cardio-oncologist?
18  A   Well, I think the issue I brought up
19 was -- the package insert I looked at several
20 years ago was an older version. I don't know what
21 the most updated version was.
22      And I'll have to look at it to tell you
23 because, as you know, these -- for a drug that's
24 been in the market for 50-some years now, the
25 packet insert has changed somewhat, and I have to

Page 101

1  specifically see what the cardiac issues were.
2   Q   Well, when you last looked at the
3  package insert, did you think that the package
4  insert needed updating?
5   A   I don't remember, to be honest.
6   Q   I'm going to hand you what has been
7  marked Deposition Exhibit 7.
8       (Exhibit No. 7 was marked for
9  identification.)
10 BY MS. SCHULTZ:
11  Q   And this is the prescribing information
12 for doxorubicin --
13  A   Yes.
14  Q   -- correct?
15      And if you look at the very last page --
16 or, I'm sorry, stay on the first page. It says --
17 about halfway down, you see where it says,
18 "Revised October 2013"?
19  A   Revised October, yes. Yes.
20  Q   All right. I want to ask you a few
21 questions about this.
22  A   Uh-huh. Sure.
23  Q   What number did I make that?
24  A   You made this Number 7, I believe.
25  Q   7. Thank you.

26 (Pages 98 - 101)

1      On the upper left-hand corner, there's a
2  black box, correct?
3      A   Yes.
4      Q   And it's what we call a black box
5  warning, correct?
6      A   Yes.
7      Q   And what is the meaning of a black box
8  warning?
9      A   It means --
10         MR. MICELI:  Object to form.
11         THE WITNESS:  Sorry?
12         MR. MICELI:  I objected to the
13  form, but go ahead.
14         THE WITNESS:  The black box warning
15  are certain cautionary notes, if you will, that
16  the FDA thinks would be important for physicians
17  to know about.
18  BY MS. SCHULTZ:
19      Q   Well, there -- it's essentially the most
20  important and most significant risks of the
21  medication?
22         MR. MICELI:  Object to form.
23         THE WITNESS:  Depends on each
24  therapy.  Again, this is a moving target,
25  especially with newer therapies.  But, yes, with

1  respect to anthracyclines -- or, sorry, with
2  doxorubicin that's been around for now '70 --
3  since '74, so 50-some years, those are the data
4  that we have that are toxicities of the drug that
5  the physician should be aware of.
6  BY MS. SCHULTZ:
7      Q   And this black box warning states,
8  "Cardiomyopathy:  Myocardial damage can occur with
9  doxorubicin HCl with incidences from 1 to
10  20 percent for cumulative doses from
11  300 milligrams to 500 milligrams (M squared) when
12  doxorubicin HCl is administered every three
13  weeks."
14         Do you agree with that statement?
15      A   Well, that's -- that's why they have a
16  long range.  Yes, there's some percent, somewhere
17  between 1 to 20 percent, who may have myocardial
18  damage as they're getting treatment with
19  doxorubicin that manifests clinically and/or on
20  echocardiography.
21      Q   And when you say "as they're getting
22  treatment," are you saying during the process of
23  the administration of chemotherapy?
24      A   Both during and after.  The question is
25  when do -- how do you define cardiotoxicity, going

1  back to the question we asked some time ago.  Do
2  we wait until the patient has symptoms, or do we
3  do a surrogate, an ultrasound of the heart that
4  says what the EF is low, for example?  So, again,
5  that comes down to what is the definition of
6  cardiotoxicity.
7      Q   And it goes on to say that "The risk of
8  cardiomyopathy is further increased with
9  concomitant cardiotoxic therapy," correct?
10      A   Yes.
11      Q   So the risk is even higher when the
12  doxorubicin is administered along with other drugs
13  that may be cardiotoxic?
14      A   Yes.
15      Q   Is it correct that approximately 7 to
16  10 percent of patients that have been treated with
17  anthracycline can have systolic left ventricular
18  dysfunction if checked within one year after
19  treatment?
20      A   Yes.
21         MR. MICELI:  Object to the form.
22         THE WITNESS:  Yes.  Recent data,
23  especially over the last several years, suggests
24  that both in clinical trials and real-world
25  population, 7 to 10 percent have a meaningful drop

1  in their ejection fraction within one year after
2  treatment.
3  BY MS. SCHULTZ:
4      Q   Do you agree with the following
5  statement:  "In the long term, the risk of death
6  from cardiovascular causes exceeds that of tumor
7  recurrence for many forms of cancer"?
8         MR. MICELI:  Object to the form.
9         THE WITNESS:  Let me -- can you
10  repeat the question again?  Sorry.  I just have --
11  just read the -- it's a very generic sentence, so
12  I want to think about it, if that's possible.
13  BY MS. SCHULTZ:
14      Q   "In the long term, the risk of death
15  from cardiovascular causes exceeds that of tumor
16  recurrence for many forms of cancer."
17         MR. MICELI:  Same objection.
18         THE WITNESS:  That's a very generic
19  statement.  I don't know if that's -- I mean,
20  certainly that can be the case in some cases.
21  Otherwise, it would be.  So we should be, I
22  guess, more succinct with what -- the specific
23  case.
24  BY MS. SCHULTZ:
25      Q   I'm going to hand you what has been

27 (Pages 102 - 105)

Page 106

1  marked as Deposition Exhibit 8.
2        (Exhibit No. 8 was marked for
3  identification.)
4  BY MS. SCHULTZ:
5      Q   And this is an article entitled "Cancer
6  Therapy-Related Cardiac Dysfunction and Heart
7  Failure."
8          Are you familiar with this article?
9      A   I'm familiar with the -- the statement
10 that came out, I think it was a year and a half
11 ago, but I have not read every single sentence.
12 But I'm familiar with the general statement, yes.
13     Q   And I just want to ask you about a few
14 of the statements in here.
15     A   Sure.
16     Q   One of the authors of this article is a
17 Daniel Lenihan?
18     A   Yes.
19     Q   And it shows that he is in the
20 cardiology division at Vanderbilt?
21     A   He's actually at Wash U now.
22     Q   Did you practice with Dr. Lenihan?
23     A   We practiced together, yep.  He was
24 actually at the practice before I came, but I
25 became the director of it, and then he moved

Page 107

1  subsequently to Wash U.
2      Q   Okay.  And if you will turn with me --
3  the abstract starts on that first page.  If you
4  will turn with me to the second page.
5      A   Second page, sure.  Absolutely.
6  Uhm-uhm.
7      Q   Do you see where it begins "Early
8  detection and treatment"?
9      A   Yes.
10     Q   Okay.  It states, "Early detection and
11 treatment has transformed cancer from a uniformly
12 fatal disease to one that in many cases is a
13 chronic condition."
14         Do you agree with that?
15         MR. MICELI:  Object to the form.
16         THE WITNESS:  Yes.  Certain cancers
17 have become chronic conditions.
18 BY MS. SCHULTZ:
19     Q   "Improved survival, however, is often
20 accompanied by treatment-related complications,
21 including adverse effects of cancer therapies on
22 the heart."
23         Do you agree with that statement?
24     A   With certain therapies, absolutely,
25 there are effects on the heart.

Page 108

1      Q   And one of those therapies is
2  anthracyclines?
3      A   That is one of the treatments, uh-huh.
4          MR. MICELI:  Object to the form.
5  BY MS. SCHULTZ:
6      Q   And then it states, "In the long-term
7  the risk of death from cardiovascular causes
8  exceeds that of tumor recurrence for many forms of
9  cancer."
10         Do you agree with that statement?
11     A   So it --
12         MR. MICELI:  Object to the form.
13         THE WITNESS:  -- it's true with
14 certain cancer types and where the cancer status
15 is.  For example, in the case of -- and this is,
16 again, a moving target.  If you have a prostate
17 cancer that's local and if you're 85 with three
18 heart attacks, well, there's a better chance the
19 heart attack will become a bigger player with
20 respect to the prostate cancer.
21         If you have very early-stage breast
22 cancer and you had three heart attacks in the
23 preceding five years, there's a better chance the
24 heart problem -- I think what they're trying to
25 say here is, in those cases, the risk of cardiac

Page 109

1  causes of death exceed the tumor itself or the
2  tumor recurrence.
3          Can I give you a scenario that may
4  clarify this?
5  BY MS. SCHULTZ:
6      Q   Sure.
7      A   So you have a prostate patient who comes
8  in who has localized prostate cancer, okay?  You
9  take the prostate cancer out, and you're getting
10 monitored subsequently.  And they're 85.  And
11 after they have the surgery, they have three heart
12 attacks, okay?
13         Then they're doing well from a heart
14 standpoint at that point, but they had the heart
15 attacks.  They have heart dysfunction, let's say.
16 But then you come back and they have recurrence of
17 cancer, as measured by an increased blood antigen
18 called PSA.  So now you have a patient with
19 increased PSA where the heart condition, as a risk
20 of death, exceeds that of the cancer recurrence.
21         So this is a moving target in all of
22 oncology, and there's quite a bit of research
23 being done.  So certain cases, that statement may
24 be correct.
25     Q   Well, if you look with me at the very

28 (Pages 106 - 109)

Page 110

1  next sentence --
2      A   Uh-huh.
3      Q   -- it says, "Patnaik, et al., found that
4  cardiovascular disease (CVD) was the leading cause
5  of death among older female breast cancer
6  survivors without an initial diagnosis of
7  cardiovascular disease."
8      A   That's one of many studies done in this
9  area to look at the relative cardiovascular risks
10  versus cancer patients in various population
11  subsets, yes.
12      Q   And are you -- do you agree with that
13  statement, then?
14      A   I -- that's what they may have found.  I
15  have to look at the paper specifically to see what
16  they used and -- what epidemiological tools they
17  used, what -- where they defined the age.  Because
18  they say older age.  Is it over 65 or over 85?  I
19  mean, you know, so those are all the things we
20  need to look at.
21          There have been a number of studies in
22  this space, and in this paper that I was not an
23  author on, they chose to use this one we have to
24  look at the specific paper.
25      Q   And you're not familiar with that paper

Page 111

1  or study as you sit here today?
2      A   I do not know the full details of that
3  specific paper.  I'm happy to look at it with you.
4          MR. MICELI:  Lori, I don't want to
5  interrupt your flow.
6          MS. SCHULTZ:  That's fine.
7          MR. MICELI:  We've been going a
8  little over an hour and ten minutes, and it's a
9  little after noon --
10          MS. SCHULTZ:  Noon.
11          MR. MICELI:  -- or about noontime.
12  Do you want to take a short break?
13          MS. SCHULTZ:  Okay.
14          MR. MICELI:  We'll see about
15  ordering something and then take another break in
16  a little bit to actually have lunch.  What are
17  your plans?  I'll do whatever you want.
18          (Off-the-record discussion.)
19          VIDEO TECHNICIAN:  We're going to
20  go off the record at 11:57, ending media 2.
21          (A lunch break was taken.)
22          VIDEO TECHNICIAN:  We are back on
23  the record at 1:23 p.m., beginning media 3.
24  BY MS. SCHULTZ:
25      Q   Afternoon, Doctor.  We are back after

Page 112

1  lunch.
2      A   Good afternoon.
3      Q   And when you-all came back from lunch, I
4  was provided with an updated copy of your CV.
5      A   Yes.
6      Q   And I'm going to hand that to you.
7      A   Thank you very much.
8          (Exhibit No. 9 was marked for
9  identification.)
10  BY MS. SCHULTZ:
11      Q   And I've marked it Exhibit 9.
12      A   You know what?  Should I keep these, or
13  what should I do here?
14      Q   And you're referring to your --
15      A   Sorry.  I have Exhibit 7, and I have
16  Exhibit 3, Exhibit --
17      Q   Why don't you hand me Exhibits -- here,
18  I'll --
19      A   You tell me what --
20      Q   Let me organize these so you don't have
21  such a mess in front of you.  So these -- these
22  I'll probably still be referring to.
23      A   Sure.
24      Q   So I'm going to leave these out.
25          (Off-the-record discussion.)

Page 113

1  BY MS. SCHULTZ:
2      Q   And so Exhibit 9 is a copy of your
3  updated CV --
4      A   Yes.
5      Q   -- correct?
6          And the only updates are articles or
7  research that would be dated during 2018, correct?
8      A   Yes.
9      Q   All right.
10      A   So I think there are a couple things.  I
11  mean, if you wanted to be -- I think you should
12  compare directly because every part of this sort
13  of expands.
14          In general, the things that change are
15  publications and talks I give nationally and
16  internationally because those are definitely
17  updated.  There may be small changes at other
18  places, but those are the main areas where --
19  which are updated, my publications and my national
20  and international talks I give in this -- in this
21  area.
22      Q   All right.  Now, you moved to Vanderbilt
23  in June of 2014?
24      A   Yes.
25      Q   And prior to that you were at --

29 (Pages 110 - 113)

1     A   Harvard Medical School.
2     Q   Harvard Medical School.  Right.
3         Did -- you've talked about your
4  cardio-oncology clinic earlier today, correct?
5     A   Yes.
6     Q   And when you were talking about the
7  clinic, were you referring to the clinic here at
8  Vanderbilt?
9     A   Yes, as well as what I had in Boston.
10     Q   So when we've talked about your
11  experience in working with the cardio-oncology
12  clinic, you were responding in terms of your
13  clinic experience both here and in Boston?
14     A   Yes.
15     Q   All right.  And I want to ask you a few
16  more questions about that just to see if I can get
17  a little better understanding of what you do when
18  you see patients in the clinic.  All right?
19     A   Absolutely.
20     Q   And we established earlier that you had
21  said that 30 percent of your practice is actually
22  seeing patients in the clinic, that 5 to
23  10 percent of those are breast cancer patients?
24     A   No, that's an incorrect statement.  You
25  asked me what percent of the time am I seeing

1  patients prior to any of the patients starting
2  chemotherapy, and I said 5 to 10 percent.  I think
3  you misunderstood my previous -- so you asked me
4  previously -- about 100 percent of my practice is
5  cardio-oncology population.  You asked me
6  what percent of the time do I see the patients
7  prior to starting chemotherapy.  I said 5 to
8  10 percent.
9     Q   But what percentage of the patients you
10  see are breast cancer patients?
11     A   10 to 20 percent, I would say.
12     Q   Okay.  Now, earlier you said 10 to
13  15 percent.
14     A   Maybe 10 to -- I don't know.  These are
15  rough estimates again.  I'm just -- I'm just
16  guessing.
17     Q   All right.  But of those 10 to
18  15 percent that you see that are breast cancer
19  patients, only 5 to 10 percent are patients who
20  have not yet started their cancer treatment,
21  correct?
22     A   You're correct.
23     Q   All right.  So with those statistics,
24  about 1 percent of your clinical practice is in
25  seeing breast cancer patients prior to them

1  starting treatment.  Agree?
2     A   Of the patients I see directly in
3  clinic, that's 1 percent.  We also talked about
4  other curbside consults as they occur between
5  physicians, but with our bandwidth, that's what we
6  end up seeing officially in the clinic.
7     Q   All right.  Now, let's talk about both
8  of those, then.
9         When you see a patient officially in the
10  clinic, that patient comes to you either because
11  an oncologist has referred the patients due to
12  cardiovascular concerns or the patient has
13  referred himself or herself?
14     A   Both can occur, yes.
15     Q   All right.  So walk me through the
16  process of a scenario where a patient is referred
17  to you from an oncologist sort of start to finish.
18     A   So -- absolutely.  So a breast cancer
19  patient [sic] sees a woman who is 68 who has a new
20  diagnosis of breast cancer, and while they're
21  going through the history, it appears that the
22  patient has hypertension, hyperlipidemia, and any
23  other past medical history, the patient says, I
24  had -- yeah, I had some stents placed in my heart.
25  Where was it done?  It was done in some hospital

1  somewhere.
2         At that point, the patient clearly has
3  cardiac disease, so they refer the patient to me,
4  sometimes to figure out what exactly happened to
5  the heart issues because that's not the
6  oncologist's expertise.
7     Q   And the -- you'll agree that the best
8  time for an oncologist to assess cardiovascular
9  issues is prior to commencing cancer treatment,
10  correct?
11     A   All of the --
12         MR. MICELI:  Object -- hold on.
13  Object to the form.
14         THE WITNESS:  So there are
15  different times.  Again, this is a moving target
16  in our field of cardio-oncology.  Previously it
17  was an afterthought.  That's what I put in one of
18  my editorials in the New England Journal of
19  Medicine, that it was an afterthought.  Now people
20  are thinking about it more proactively.
21  BY MS. SCHULTZ:
22     Q   And when you say "previously," what time
23  frame are you referring to?
24     A   I'm talking to -- this is, again, a
25  moving target, and now people are thinking more

30 (Pages 114 - 117)

Page 118

1 proactively about these issues. It's something we
2 need to educate the entire medical community
3 about.
4     Q   Well, so when you're talking about
5 previously and now, give me some time frames.
6     A   So this is a young field, as I
7 mentioned, and I've pretty much been at the very
8 start of it ten years ago, I would say.
9         Starting at about four or five years
10 ago, there was more of a recognition of these
11 cardiac issues. And this is a moving thing. In
12 cardiology meetings, as well as oncology meetings,
13 this is something that's coming up.
14        I literally got an e-mail from one of my
15 colleagues who's now at the San Antonio Breast
16 Cancer Meeting. This is the big meeting of all
17 breast cancer. And this person said there's five
18 or six abstracts in cardiac issues being
19 presented. That would have been unimaginable
20 three years ago. So this is clearly a moving area
21 in the field, and it's improving dramatically each
22 year.
23     Q   And so that -- that recognition of
24 cardiac issues, then, occurred after each of these
25 three plaintiffs were treated, correct?

Page 119

1     A   Well, it's been a moving target since --
2 the real time all of this came to the forefront
3 was initially with anthracyclines and some of the
4 early papers that were published in the 1970s.
5         And then in 19- -- 2000 or 1998,
6 Herceptin was approved for 20 to 30 percent of
7 breast cancer. And part of what the FDA required
8 for Herceptin is cardiac monitoring during the
9 course of treatment, and so then it became another
10 big thing for the field itself.
11        Then other issues came. I wrote an
12 editorial about the effects of radiation. That
13 was a big paper that came in 2013.
14        So all of these issues have been moving
15 targets each year for the last 20 years or so.
16 And each year we learn something new, so I can't
17 definitively say which doctor learned which which
18 year.
19     Q   And that's not what I'm asking you.
20 Earlier you said that four to five years ago there
21 was more of a recognition of cardiac issues with
22 cancer treatment. And four to five years ago
23 would be 2013 to 2014, correct?
24     A   There was especially -- I think I wrote
25 an editorial in the New England Journal of

Page 120

1 Medicine that brought it to the forefront as well,
2 but it was something that was really brought into
3 the picture in 2001 when -- when -- when the
4 Herceptin came up where people had to do constant
5 cardiac monitoring.
6     Q   And you referred to an editorial. Is it
7 the editorial called "The Cardiovascular Perils of
8 Cancer Survivorship"?
9     A   Yes.
10     Q   And that was written in March of 2013,
11 correct?
12     A   Yes.
13     Q   And you agree that this was written
14 after all three plaintiffs had been treated,
15 correct?
16     A   I believe so, yes.
17     Q   All right. And in your editorial, you
18 state that "Cardio-oncology (the cardiovascular
19 care of patients with cancer) has emerged as a new
20 discipline in medicine."
21        And that's what you're saying in 2013,
22 correct?
23     A   That's what I wrote in that paper. I
24 may have to look at it. If you're reading off, I
25 want to make sure every line is correct as you're

Page 121

1 reading them. If you want to make it an exhibit,
2 I'm happy to look at it.
3     Q   That's fine. I'll pull it. All right.
4 I'm going to mark this as Exhibit --
5         MR. MICELI:   10, I believe.
6         MS. SCHULTZ:   10.
7         (Exhibit No. 10 was marked for
8 identification.)
9         THE WITNESS:   Thank you.
10 BY MS. SCHULTZ:
11     Q   So I've marked as Exhibit 10 your
12 editorial in the New England Journal of Medicine
13 titled "The Cardiovascular Perils of Cancer
14 Survivorship."
15        And if you'll look on the second page,
16 you state, "The advent of novel approaches to the
17 treatment of cancer has introduced survivorship as
18 a new theme in oncologic care. In addition,
19 'cardio-oncology' (cardiovascular care of patients
20 with cancer) has emerged as a new discipline in
21 medicine," correct?
22     A   Yeah. And I reference an article
23 published in 2010, I believe.
24     Q   All right. And then you state,
25 "Cardio-oncology is relevant to cancer

31 (Pages 118 - 121)

1   survivorship in two ways.  First, early
2   cardiovascular toxicities that arise during
3   treatment may interfere with completion of the
4   very therapies needed to enhance survivorship."
5          That's a correct statement?
6      A   That's a very correct statement, yes.
7      Q   And an example of that may be
8   cardiotoxicity occurring from a patient receiving
9   anthracycline who then can't go ahead and take
10  Herceptin?
11     A   No.  It could be both.  It could be you
12  need four cycles of, let's say, anthracycline, but
13  you may not complete all four cycles.
14     Q   But it could also be a scenario of a
15  patient not even being able to take one of the
16  drugs if that drug is taken after completion of
17  the anthracycline?
18     A   Sure.  Yes.  Yes.  Yes.
19     Q   And then you go on to state, "Moreover,
20  cardiac issues may arise years after completion of
21  cancer treatment," correct?
22     A   Yes.
23     Q   And then if you look on down that page,
24  at the bottom of that column you state, "An
25  important lesson for the oncologist may be that

1   the time to address concerns about cardiovascular
2   survivorship is at the time of cancer diagnosis
3   and before treatment rather than after completion
4   of therapy" --
5      A   Yes.
6      Q   -- correct?
7          And that was a statement you made in
8   this article in 2013, correct?
9      A   Yes.
10     Q   Okay.  So back to having you walk me
11  through what it is you do.  If you happen to see a
12  patient, a breast cancer patient, prior to cancer
13  treatment -- let's -- let's start with the
14  scenario where an oncologist refers you a patient.
15         You already said you might have a
16  conversation on the phone with the oncologist
17  prior to seeing the patient?
18     A   Sometimes, if it's an urgent thing where
19  the patient is having active symptoms.  Other
20  times it may be a scenario where there's some
21  cardiac history and I need to figure that out.  So
22  I figure that out, I see the patient, and I talk
23  to the oncologist then.
24     Q   And what I want to know is what you
25  would -- what you do when you're seeing a patient

1   who has not yet started cancer treatment, breast
2   cancer treatment.  All right?
3      A   Uh-huh.
4      Q   So why don't you walk me through that
5   process --
6      A   Sure.
7      Q   -- from beginning to end.
8      A   Sure.
9      Q   All right?
10     A   Ready?  So one issue is assessing fully
11  their history of cardiac disease.  What exactly
12  does that entail?  Did they have a stress test ten
13  years ago and they had a stent placed, or did they
14  have three active heart attacks in the last ten
15  years which required suddenly going to the
16  emergency room?
17         Did they have -- if they have heart
18  failure, does -- is it just that their heart
19  squeeze is abnormal or have they been hospitalized
20  each month for the last five years with heart
21  failure where they need to get --
22         If they have heart failure, do they have
23  arrhythmias where they have VTS so they need a
24  defibrillator placed, or is it that they have --
25  that it's just there's no arrhythmia whatsoever?

1          So these are all the different levels
2   that I look at with respect to cardiac disease
3   which the patient may have had.
4      Q   Let me stop you right there.
5      A   Uh-huh.
6      Q   How do you assess that?  What do you
7   rely on?
8      A   So old records, additional tests I may
9   order, and how the patient is doing by talking to
10  the patient.  Okay?
11     Q   All right.  And when you say "old
12  records," you're referring to old medical records?
13     A   Yeah.  So patients that may have had
14  a -- the oncologist asks me, Well, the patient had
15  a stent placed.  That's all they're going to tell
16  me.  I'm going to look up where they went to
17  Alabama and they had a stress test -- and Alabama,
18  I'm using an example of a place which is not right
19  there in the campus, so they saw an outside
20  cardiologist, and they had a stent placed in what
21  context?  Was it that a patient had a massive
22  heart attack, they had a stent placed because
23  there was a blockage, or was it an abnormal stress
24  test that they put a stent?  Those are two
25  different things.

Page 126

1    So these are all the things I ask with
2  medical records, with talking to the patient, and
3  tests that I may order, that's been a changing,
4  moving target, if you will.  Those are the areas
5  where there's clearly cardiac disease.  Because
6  there's a second part I'm going to tell you in a
7  minute in terms of what I look at.
8    The second thing, big class, so these
9  are patients who have active cardiac disease,
10 where the oncologist either didn't figure out or
11 they refer to me -- okay?
12   Q   All right.
13   A   -- and I need to figure out the details
14 of it.
15    The second is, one thing that we know is
16 cardiac disease occurs as a result of accumulation
17 of risk factors.  If your blood pressure is
18 220/120, well, that's not cardiac disease per se,
19 but that's not good for the heart.
20    If your cholesterol is 500, that's not
21 good for the heart.  If you have sugar diabetes,
22 that's not good for the heart.  If you're smoking,
23 that's not good for the heart.
24    While these don't -- are not truly that
25 the patient has heart disease, they're risk

Page 127

1  factors for the heart disease, and we modulate
2  those; we attenuate those risk factors during
3  therapy.
4    Q   And let me start with the -- the patient
5  that comes in that clearly has cardiac disease.
6  All right?
7    So you say you review old medical
8  records, correct?
9    A   (Nods head.)
10   Q   And you said that there are additional
11 tests that you may order.  What kind of tests?
12   A   It may involve EKG if it's relevant, and
13 it may involve an echocardiogram, an ultrasound of
14 the heart, if it's relevant.  And it may involve
15 ten other tests if they are relevant.  It may
16 involve a stress test.  But, again, all of those
17 we personalize depending what the patient is
18 telling us and what the old records show.
19   Q   And then you said you also talk to the
20 patient?
21   A   Yes.
22   Q   And what kind of things do you talk to
23 the patient about?
24   A   Yeah.  So it's one thing that we assess,
25 not just with cancer therapies but any sort of

Page 128

1  surgery or anything, is what the patient's level
2  of activity is.  And we used to think we could do
3  more tests, the better it was.  Now we realize we
4  can talk to the patient.  If they're playing 18
5  holes of golf with no issues and they're walking,
6  well, that's a stress test, and you don't usually
7  put them through a test.  It's talking to the
8  patient about their level of activity and what
9  symptoms they have depending on when they do
10 activity.
11    And, again, you should really realize
12 that we also have this issue of not delaying
13 cancer therapy for random tests I may want to
14 order.  So that's the balance I have to face in
15 the clinic.
16   Q   So when you're talking to a patient, you
17 are -- the main thing you're trying to determine
18 is what is their level of activity and what are
19 their physical symptoms when they are doing that
20 activity?
21   A   Yes.
22   Q   And what can that tell you, then?
23   A   That tells us a lot.  For example, the
24 recent guidelines in cardiology for somebody going
25 for surgery, which I sort of kind of put this the

Page 129

1  same thing where it has risks, is that level of
2  activity sometimes is as important as any, meaning
3  that if somebody goes up and plays 18 holes of
4  golf or walks three flights of stairs with no
5  symptoms, then that gives me an idea that that
6  patient may be doing well for, let's say, a
7  surgery.  These are less well defined in oncology
8  treatments, but those are kind of -- that's the
9  art I put into when I see the patients.
10   Q   And the patients that you see may be
11 undergoing surgery, chemotherapy or radiation, or
12 all three?
13   A   Yes.
14   Q   Right.  Now, when you see that patient,
15 have you already received information from the
16 oncologist as to a proposed treatment plan?
17   A   No.  I kind of have a general idea of
18 what they may be thinking.  And, again, you got to
19 go after the big stuff first.  Is it
20 anthracyclines or not?  That's a big question.
21 How much radiation and Herceptin?  Those are the
22 three main things that we think about.
23    And if they're going for major surgery,
24 and then that's another issue that I bring up.  So
25 those are the kind of four main things we think

33 (Pages 126 - 129)

Page 130

1 about with breast cancer patients.
2    Q    And how do you get that general idea of
3 what the oncologist may be thinking?
4    A    Well, I've seen enough patients now that
5 I have a general idea of what the oncologist
6 prefers for that stage and type of breast cancer.
7 So I have an idea of what the breast cancer expert
8 at Vanderbuilt, for example, does.
9       If they're coming from outside,
10 sometimes the discussion -- that's when the
11 discussion becomes helpful because sometimes the
12 choices are not as straightforward in terms of
13 what is the best effective therapy.
14    Q    So when you're talking to a parent, do
15 you also ask the patient about the patient's
16 concerns about treatment?
17    A    Sometimes a patient brings them up,
18 absolutely, and they have questions.  And my
19 patients are very educated and they read a lot
20 about breast cancer, and they have read mostly,
21 many cases, my papers actually, so they come up
22 and ask questions about those, absolutely.
23       And just to make sure, one other
24 statement.  I get patients who come and see me as
25 a second opinion irrespective of what the oncology

Page 131

1 wants.  They want to know generally what does
2 radiation do to breast cancer.  They want to get
3 more the specifics of their case.
4    Q    So you may have patients where the
5 patient's oncologist has said, I want you to take
6 this chemotherapy regimen and have radiation, and
7 the patient has a concern about that so the
8 patient, on the patient's own volition, comes to
9 see you?
10    A    Yes.
11       MR. MICELI:  Object to the form.
12 BY MS. SCHULTZ:
13    Q    So after you have looked at the records,
14 maybe performed additional tests and talked to the
15 patient, what do you do?
16    A    So then I -- I form an opinion usually,
17 but a lot of times, if it's referred by an
18 oncologist, then that involves knowing what they
19 want to do.
20       Many times I recognize that this is
21 almost a good problem to have, to have so many
22 effective cancer therapies now, so I do my best to
23 cure -- to help the patient get the treatment
24 that's going to save their life.
25    Q    Well, do you make any judgment as to

Page 132

1 what treatment is going to be the best to have
2 that patient save their life?
3       MR. MICELI:  Object to the form.
4       THE WITNESS:  I don't -- I only
5 deal with cardiac issues, and the ultimate
6 decision about percent benefit of drug A versus
7 drug combination B, let's say, that's the
8 oncologist that makes the decision.  I only deal
9 with cardiac issues, and that's the only statement
10 I make.
11 BY MS. SCHULTZ:
12    Q    So if someone came to you and had the
13 option of two chemotherapy regimens and -- that
14 were equally efficacious and one contained an
15 anthracycline and the other did not, would you
16 make a recommendation to the patient or the
17 oncologist as to which would be the preferable
18 regimen?
19       MR. MICELI:  Object to the form.
20       THE WITNESS:  So the question that
21 you bring up is whether anthracycline itself
22 becomes an issue.  Again, you have to take it in
23 the context of a patient.
24       If the patient has had heart
25 failure, their ejection fraction, which every

Page 133

1 oncologist checks, is 30 percent, and they have
2 been hospitalized three times in the last year,
3 yes, that's an objectionable thing to bring up.
4 But this doesn't pertain to every patient, which
5 is why that initial assessment is so key, done
6 both by myself and the oncologist.
7 BY MS. SCHULTZ:
8    Q    But Adriamycin is a risk for -- has a
9 risk of cardiotoxicity for patients that have no
10 history of cardiac disease, correct?
11    A    In 1 to 20 percent, as you read in that
12 statement, yes.
13    Q    Okay.  And so let me ask you, then, in
14 the concept of your second type of patient, the
15 one that has risk factors --
16    A    Uh-huh.
17    Q    -- an accumulation of risk factors,
18 those risk factors -- if you have a patient -- let
19 me start that question over.
20       If you have a patient that has a lot of
21 risk factors for heart disease and a patient is --
22 and you're advised that there are two chemotherapy
23 regimens equally efficacious, you agree that it
24 would be your preference for that patient to
25 receive the regimen that did not contain an

34 (Pages 130 - 133)

Page 134

1  anthracycline --
2         MR. MICELI:  Object to the form.
3  BY MS. SCHULTZ:
4     Q   -- correct?
5     A   So, no, that's not correct.  The issue
6  is, we're really -- this is such a young field.
7  We're really dealing with the top.  You don't have
8  the bandwidth to see everybody at the top of that
9  thing which has cardiac disease, let alone cardiac
10 risk factors.  But cardiac risk factors itself is
11 not a contraindication to getting anthracyclines.
12 They're just simply not.
13    Q   Well, it's warned about in the
14 anthracycline label, correct?
15    A   1 to 20 percent.  But 80 to 99 percent
16 don't get any cardiotoxicity, and that's where I
17 think the field needs to understand who is at
18 risk.
19    Q   But cardiotoxicity is a very serious
20 risk.  You agree?
21        MR. MICELI:  Object to the form.
22        THE WITNESS:  For 1 to 20 percent
23 of the patients.  You can't generalize treatments
24 on patients based on a percentage that has the
25 toxicity.

Page 135

1  BY MS. SCHULTZ:
2     Q   Okay.
3     A   Because I can say, for 80 to 99 percent
4  of the patients that get the anthracyclines, and
5  nothing happens despite having cardiac risk
6  factors.
7     Q   But if -- but for those 10 percent that
8  do have cardiotoxicity results, that's a
9  significant result, correct?
10        MR. MICELI:  Object to the form.
11        THE WITNESS:  Again, it depends on
12 how you define the cardiotoxicity.  We talked
13 earlier about how cardiotoxicity may involve the
14 heart squeeze not being quite normal.
15        MS. SCHULTZ:  I'm using your
16 definition, but --
17        MR. MICELI:  Well, hold on.  Are
18 you finished with your answer?
19        THE WITNESS:  I'm not.  Sorry.
20 BY MS. SCHULTZ:
21    Q   Okay.  Go ahead.
22    A   So I -- we talked earlier about what you
23 mean by cardiotoxicity, and we talked about how
24 that definition has evolved.  Previously we dealt
25 with issues where the patient is coming in with

Page 136

1  huffing and puffing and has cardiomyopathy.  Now
2  we're dealing with also asymptomatic dysfunction
3  of the heart, which may or may not be serious, and
4  you have to put that in the context of is your
5  cancer cured or not.
6         There are a lot of moving parts here,
7  and it's hard to put one statement to generalize
8  for all.
9     Q   But do you agree that cardiac risk
10 factors increases -- increase a patient's risk of
11 having anthracycline-associated cardiotoxicity?
12        MR. MICELI:  Object to the form.
13        THE WITNESS:  There are incremental
14 risk factors.  Yes, they do.
15 BY MS. SCHULTZ:
16    Q   Okay.  So let's go back to our scenario
17 where you've looked at the records, you may have
18 ordered additional tests, and you've talked to the
19 patient.  And what do you do next?  Do you make a
20 recommendation to the oncologist?
21    A   Well, I talk to the patient about what
22 the risks are, and that's one thing I do.  And I
23 talk to the oncologist about what the risks are.
24    Q   Do you --
25    A   The decisions I make are not definitive.

Page 137

1  I do talk about percentages and the oncologist
2  talks about percentages of what's better in terms
3  of cancer treatment.  But I also talk about
4  percentages of what's better with respect to more
5  cardiac safety.
6         So these are all things that we discuss.
7  There's nothing definitive about my recommendation
8  to a patient.  I discuss risks with the patient.
9     Q   Well, do you discuss risks as they
10 pertain to particular medications?
11    A   A combination of therapies and
12 medications, yes.
13    Q   Do you -- so do you discuss the risks of
14 a regimen, let's say, for someone with HER2
15 positive breast cancer, the risk of a regimen of
16 AC followed by TH versus the risk of TCH?
17    A   I look at all of those, yes.  I mean, I
18 talk about just -- but, again, the four things
19 I -- or three things we care about, particularly
20 in breast cancer, are Adriamycin, HER2 positive,
21 of which now there are four or five, and
22 radiation.  Those are the three big pillars that
23 trump, frankly, everything else because the other
24 risks are either less known, less frequent, and
25 just not the bigger players that we think about.

35 (Pages 134 - 137)

1    Q   So have you treated a breast cancer
2  patient that is HER2 positive prior to the patient
3  receiving a chemotherapy treatment?  Have you ever
4  done that?
5    A   I don't treat breast cancer patients.
6  I'm a cardiologist who sees patients as a
7  consultation.
8    Q   Have you ever seen a breast cancer
9  patient with a cancer that is HER2 positive prior
10 to that patient undergoing cancer treatment?
11   A   Which cancer treatment?
12   Q   Chemotherapy.
13   A   AC, for example?  Anthracycline?
14   Q   Any type of chemotherapy.
15   A   Yes.  There are times I've seen the
16 patients.  Again, those fall in the top part where
17 they had cardiac issues and now there's a
18 discussion.
19   Q   So you have not seen patients with HER2
20 positive cancers prior to the chemotherapy unless
21 those patients already have cardiac disease?
22   A   Yeah.  It's really a bandwidth of what
23 our clinic as a group can handle.  If we saw every
24 single breast cancer patient that came through the
25 door, we would not be able to handle that many

1  volume.  We prioritize in terms of patients who
2  need our help, especially who have active cardiac
3  disease.  Maybe we get to a period where we do
4  encompass everybody.
5        So I've seen all kinds of patients.
6  I've seen patients where -- who are HER2 positive
7  which the oncologist thought they had cardiac
8  disease, but they don't have any cardiac disease,
9  and that chest pain and the, quote/unquote, heart
10 attack they had ten years ago was really not a
11 heart attack when you look at the records.  I've
12 seen all types of patients.
13   Q   So of the -- so of the breast cancer
14 patients that you see prior to them receiving
15 chemotherapy, is it just a very small fraction of
16 those that do not have existing cardiovascular
17 disease?
18   A   Yes.  In terms of prioritizing and
19 seeing patients, it's just -- it's just impossible
20 for me or another clinician to see every breast
21 cancer patient that comes in.  So we see the
22 patients who we think are -- have our -- could use
23 our help the most.
24   Q   And then so for those patients that have
25 cardiac risk factors, those are risk factors that

1  an oncologist should be assessing.  Agree?
2    A   That's -- that's a question that we
3  debate, because I'm part of the National Cancer
4  Center Network committee that provides guidelines
5  for patients, and that's a discussion we have.
6  What should the oncologist be required to do?
7  What should the primary care physician do?  What
8  should the cardiologist do?
9        So these are all complicated issues that
10 have surfaced in the last decade or so.
11   Q   Now, when you mentioned the NCCN
12 guidelines for patients, have you -- are you
13 involved in any way with respect to the
14 identification of chemotherapy regimens for
15 certain types of cancer?
16   A   I don't.  I'm on the survivorship
17 committee, which is cardiovascular follow-up.
18   Q   And is it correct that you don't ever
19 make a recommendation concerning which
20 chemotherapy regimen would be most efficacious for
21 a patient?  Is that right?
22   A   I don't make those recommendations.
23       MR. MICELI:  Object to the form.
24 BY MS. SCHULTZ:
25   Q   Doctor, in your report, I'm looking at

1  page 3.
2    A   Sure.  Yes.
3    Q   And you've got a couple paragraphs on
4  anthracyclines.  And you start by saying,
5  "Anthracyclines are the most common cause for
6  treatment-associated cardiac injury."  Agreed?
7    A   I say best studied and most common
8  cause, yes.
9    Q   Best studied and most common cause for
10 treatment-associated cardiac --
11   A   Yeah.
12   Q   -- injury, correct?
13   A   Uh-huh.
14       MR. MICELI:  Which page are you on,
15 Lori?
16       MS. SCHULTZ:  Page 3.
17       MR. MICELI:  Page 3.  Thanks.
18 BY MS. SCHULTZ:
19   Q   And then if we go to the next paragraph
20 in your report, you state, "The major risk factor
21 for anthracycline-associated cardiomyopathy is
22 cumulative dose of anthracyclines received, with
23 significant overall risk when doses greater than
24 450 mg/m2 are given," correct?
25   A   Yes.

1    Q    And when you refer to cumulative dose,
2  what do you mean?
3    A    This is a patient's, over the lifetime,
4  cumulative dose that they receive.
5    Q    So a cumulative dose means the same
6  thing as a lifetime dose?
7    A    Yes.
8    Q    So if a patient has received
9  anthracycline therapy for breast cancer and
10  there's a recurrence, then it has to be taken into
11  consideration whether anthracycline could even be
12  given to that patient because you'd have to
13  combine the dose that was going to be given with
14  any prior anthracycline that was given, correct?
15    A    If the patient benefits from
16  anthracycline therapy, yes.
17    Q    Correct.
18    A    Yeah.
19    Q    Right.  But then you go on to say that
20  "However, there is no minimum anthracycline
21  threshold since cardiotoxicity can occur at much
22  lower doses."
23    A    Uh-huh.
24    Q    That's a correct statement?
25    A    Yes.

1    Q    And then you go on in your report to
2  state that "Other risk factors for
3  anthracycline-associated cardiotoxicity include
4  extremes of age (both young and old individuals
5  are at risk), female sex, other cardiac risk
6  factors, and concomitant cancer treatment with
7  other cardiotoxic therapies, including radiation,"
8  correct?
9    A    Yes, I put that in.
10    Q    Great.
11    A    Uhm-uhm.
12    Q    I want to ask you some questions about
13  the -- well, first of all, cardiac risk -- or the
14  risk factors include extremes of age and then
15  female sex, correct?
16    A    Yes.
17    Q    And I want to ask you some questions
18  about what you refer to as "other cardiac risk
19  factors."  All right?
20    A    Uh-huh.
21    Q    Those other cardiac risk factors include
22  diabetes?
23    A    Yes.
24    Q    Hyperlipidemia?
25    A    Uh-huh.

1    Q    Is that a yes?
2    A    Yes.
3    Q    Smoking?
4    A    Yes.
5    Q    Atherosclerosis?
6    A    Well, atherosclerosis is cardiac disease
7  basically, yeah.
8    Q    So pre-existing cardiac disease would be
9  a risk --
10    A    Cardiac disease is a misnomer.
11  Pre-existing atherosclerosis because, as we talked
12  earlier, there are different flavors of cardiac
13  disease.  The big one we care about is blockages
14  in the arteries, which is atherosclerosis, but
15  other patients come in with heart disfunction
16  where the arteries are completely clean.
17        So, again, this is just terminology,
18  just nailing down the terminology.
19    Q    Okay.
20    A    I think just --
21    Q    And family history of heart disease is a
22  risk factor, correct?
23    A    Those are all established risk factors
24  for heart disease in general, yes.
25    Q    Correct.  Postmenopausal?

1    A    I have to look at the specific data.
2  Yeah, the older you are, the more risk you are --
3  you have.  Yes.
4    Q    Obesity?
5    A    Obesity can be a risk factor, yep.
6  Although the question often comes up, obese people
7  can get diabetes, and is it the obesity or is it
8  the diabetes?  That's a big question that we have
9  in general.  But, in general, that's a risk
10  factor, yes.
11    Q    And those are all risk factors that an
12  oncologist should consider when determining
13  treatment regimens.  Do you agree?
14    A    That's --
15        MR. MICELI:  Hold on.  I want to
16  object to the form.
17        THE WITNESS:  That's actually not a
18  very -- that's a big debate we have in NCCN.  Who
19  should take care of these issues?  When should we
20  recognize it?
21        We have a group of patients who
22  have cardiac disease that we don't know what to
23  do, and the cardiologist would get overwhelmed.
24  So this is a big million-dollar question in the
25  field with respect to who is in charge.  Is it

37 (Pages 142 - 145)

1  just them recognizing it, or should they check for
2  it?  We don't know the answer to these questions.
3  BY MS. SCHULTZ:
4      Q   So --
5      A   I think the --
6      Q   -- the answer is that someone should
7  take care of it, correct?
8      A   True.  But --
9      Q   Either the oncologist --
10         MR. MICELI:  Are you finished with
11  your answer?
12         THE WITNESS:  Yeah.  I think the
13  thing that you should also recognize is it's
14  also -- you have a patient with breast cancer in
15  front of you.  And, frankly, the potential risk of
16  hyperlipidemia by itself causing cardiac disease
17  should be a consideration, but what you give the
18  patient right then and there that's going to make
19  sure that patient lives or dies next year is much
20  more important.
21         So these are all moving parts that
22  we are all recognizing, and then we also have to
23  put it in the bigger context.
24      Q   And either an oncologist or a
25  cardio-oncologist should assess those risk

1  factors, whether there are one or multiple,
2  correct?
3      A   Sure, but they should be done in every
4  single person.
5      Q   Great.
6      A   Everybody over 20 needs to get a
7  cholesterol check, and not everybody gets a
8  cholesterol check starting at the age of 20 every
9  five years.  Those are the official
10  recommendations on everybody.
11      Q   And that's something that the area of
12  cardio-oncology, as you've put it, is focused on,
13  trying to make sure that patients are assessed for
14  their heart disease, whether it's by the
15  oncologist or by a cardio-oncologist, correct?
16         MR. MICELI:  Object to the form.
17         THE WITNESS:  One of the hopes --
18  one of the hopes of this field is where we get to
19  the point where we're not taking care of every
20  patient with existing heart disease so now we can
21  focus on risk factors.  Because they're not -- the
22  two are not the same.
23         All of these individually are
24  clearly risk factors, but if you walk in there
25  with existing heart disease, that's a bigger issue

1  to worry about, and a much bigger issue.  So we're
2  now at the top right now in this field.
3  BY MS. SCHULTZ:
4      Q   And when you say you're at the top,
5  you're saying you're looking at the most at-risk
6  patients?
7      A   Yes.
8      Q   And that's due mostly to the fact that
9  you just don't have the number of physicians to do
10  anything more than focus on those most at-risk
11  patients, correct?
12      A   Partly physicians, partly awareness of
13  the field, partly our recognition that we're going
14  pretty good with breast cancer treatments now.
15  All of the above play into that role.
16         If we talk in five years, it's going to
17  be maybe a different issue.
18      Q   And you referred to how and when.  And
19  we agree that the "when" should be prior to
20  starting therapy, correct?
21      A   In certain patients, absolutely.  It's
22  also -- the other thing that comes into play is
23  some cancer therapies affect these risk factors.
24  Until recently, we used blood vessel growth
25  inhibitors for breast cancer patients, Avastin,

1  which acutely increase the risk of blood pressure.
2  The blood pressure goes up when they're on the
3  drugs.  And in my other practice, I'm focused on
4  the very drugs that affect these risk factors.
5      Q   So some drugs in themselves can impact
6  risk factors such as hypertension?
7      A   Yes.
8      Q   All right.
9      A   Such as diabetes, such as cholesterol.
10      Q   And then you -- you also said that
11  concomitant cancer treatment with other toxic
12  cancer therapies increases the risk of
13  anthracycline-associated toxicity, correct?
14      A   Yes, that's the standard thought.  And
15  by those, we talk about, again, three different
16  groups that we care about, HER2-targeted therapies
17  which are now four or five drugs; radiation.
18  Those are the main ones we think about.
19      Q   And what about calcium channel blockers?
20      A   What about them?
21      Q   Do patients that are taking calcium
22  general entry blockers, does that increase their
23  risk of cardiotoxicity with anthracycline?
24      A   I'm unaware of such data.  There may be
25  drug -- drug interactions with some things that

Page 150

1  are of a theoretical concern, but calcium channel
2  blockers as a whole are used to treat cardiac
3  disease to begin with, so --
4      Q   All right.  Let's -- can you take a look
5  at the Adriamycin label that you have in front of
6  you --
7      A   Sure.
8      Q   -- for me?
9      A   Uh-huh.  Let's find that, first of all.
10     Q   I'll tell you what.  I'm going to have
11 Hillary look for that section label.
12     A   Sure.  Sure.
13     Q   So we don't have to sit here and page
14 through it.
15     A   I mean, there are drug interactions with
16 doxorubicin.  That's a --
17         MR. MICELI:  There's not a question
18 right now.
19 BY MS. SCHULTZ:
20     Q   While you have that in front of you,
21 I'll look for channel blocker entry in a minute.
22     A   Sure.  Sure.
23     Q   If you'll just turn with me to under the
24 drug interactions.
25     A   Uh-huh.

Page 151

1      Q   I just want to ask you about the
2  paragraph that is for Paclitaxel.
3      A   So what page are we on?
4      Q   It's -- unfortunately, there's no page
5  numbers.
6      A   There are no page numbers, but there are
7  numbers --
8      Q   Oh, 7.3.
9      A   7.3.
10     Q   Yes.
11     A   Paclitaxel.
12     Q   Paclitaxel.
13     A   Uh-huh.
14     Q   It says, "Paclitaxel, when given prior
15 to doxorubicin HCI, increases the plasma
16 concentrations of doxorubicin and its metabolites.
17 Administer doxorubicin HCI prior to paclitaxel if
18 used concomitantly."
19         Do you see that?
20     A   Yes.
21     Q   And you understand that that means that
22 the Adriamycin and paclitaxel should not be
23 administered at the same time?
24     A   That's what this is recommending, yes.
25     Q   All right.  Do you agree that Taxotere

Page 152

1  and Taxol are different chemotherapy drugs?
2         MR. MICELI:  Object to the form.
3         THE WITNESS:  I'm not an
4  oncologist, but there are -- I understand they're
5  molecularly different.
6  BY MS. SCHULTZ:
7      Q   And meaning you can't just swap out
8  Taxol or Taxotere in a treatment regimen, correct?
9      A   That is not --
10         MR. MICELI:  Object to the --
11 excuse me.  Object to the form.
12         THE WITNESS:  I can't comment on
13 that because I'm not an oncologist.  You want to
14 help your patient, and I don't know --
15 BY MS. SCHULTZ:
16     Q   Do you know that Taxotere and Taxol have
17 different indications?
18     A   Maybe, but I'm not an oncologist, again.
19     Q   And do you know that they're given to
20 patients using different administration schedules?
21     A   I think I'm aware of that, yep.
22     Q   Are you aware that Taxol is commonly
23 administered in a regimen that contains
24 anthracycline?
25     A   Taxol can be given in -- at the same

Page 153

1  regimen as anthracycline.  Yes, that's -- that can
2  be done.
3      Q   Well, as of 2011, do you have an
4  understanding as to what the NCCN guidelines say
5  about preferred regimens?
6      A   I don't --
7         MR. MICELI:  Objection.  Excuse me.
8  Object to the form.  When you say "preferred
9  regimens," I'm assuming you mean chemotherapy
10 regimens?
11         THE WITNESS:  Yeah.
12 BY MS. SCHULTZ:
13     Q   Do you understand that the NCCN
14 guidelines contain preferred chemotherapy regimens
15 for treatment of particular cancers?
16     A   I understand that, yep.
17     Q   And as of 2011 when Ms. Durden and
18 Ms. Earnest were treated, do you know what the
19 preferred chemotherapy regimens were for HER2
20 negative cancer?
21     A   I don't.
22         MR. MICELI:  Object to the form.
23 BY MS. SCHULTZ:
24     Q   It is your understanding, however, that
25 Taxol should not be administered concurrently with

39 (Pages 150 - 153)

Page 154

1  Adriamycin, right?
2     A   That's --
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  Again, I don't
5   administer drugs.  I don't think about the timing,
6   so I'm not physically there to know when they
7   should be given and so forth, so --
8   BY MS. SCHULTZ:
9     Q   Do you know --
10    A   I am -- this is not what I do routinely.
11  I don't give the drugs.  So I know what regimen is
12  being given.  I have the oncologist and the nurses
13  on the oncology team determine when they should be
14  given and so forth.
15    Q   Do you know whether or not Taxotere can
16  be administered concurrently with Adriamycin?
17    A   I don't know anything about the cancer
18  treatment and how you give the treatments because
19  I don't prescribe the drugs.
20    Q   And -- well, doesn't the administration
21  of the drug in a regimen impact its potential
22  cardiotoxicity?
23    A   The administration could, but the bigger
24  picture is what are you exactly giving to the
25  patient.  So --

Page 155

1     Q   But when that -- when that drug is
2   administered has an impact on cardiotoxicity.
3   Wouldn't you agree?
4     A   Sure.  But there -- again, there are a
5   lot of things that we always consider, should you
6   or not.  I mean, we were talking about whether to
7   give a treatment or not, and that's the bigger
8   thing that plays a part.  I don't necessarily get
9   into the details of when it's -- when something is
10  given.
11    Q   Let me ask you about that.  You've got a
12  paragraph in your report about taxanes.
13    A   Yep.
14    Q   We can go to that.  And that's on page 6
15  of your report.
16    A   Let me just find that.  Yes.  Uh-huh.
17    Q   It states, "Taxanes are a class of
18  anticancer agents that bind microtubules causing
19  cell-cycle arrest and" --
20         What is that?
21    A   Apoptosis.
22    Q   -- "apoptosis (cell death)," correct?
23    A   Uh-huh.
24    Q   You then go on to state that "Both
25  paclitaxel and docetaxel have proven beneficial in

Page 156

1   specific subsets of breast cancers."
2     A   Yes.
3     Q   What do you base that statement on?
4     A   It's a pretty generic term actually.  So
5   it's based on some cancer types different -- I'm
6   not an oncologist, but the oncologists tell me
7   they used taxanes for specific types of breast
8   cancer.
9     Q   So you're relying on things that
10  oncologists have told you for that statement?
11    A   For that statement, I know that taxanes
12  are indicated for specific subsets of breast
13  cancers.  I mean, I can't tell you what they are.
14  I know what -- that's what the field, I think,
15  everybody agrees on, so --
16    Q   And then you go on to say that
17  "Cardiovascular complications, however, do not
18  play a big role selecting a specific taxane" --
19    A   Yes.
20    Q   -- correct?
21         But do you agree that the selection of a
22  taxane for use in a regimen determines whether or
23  not an anthracycline must be part of that regimen?
24         MR. MICELI:  Object to the form.
25         THE WITNESS:  That's an oncology

Page 157

1   question.  Again, I can't -- oncologists tell me
2   these are what I'm considering, so I can't comment
3   on that.  I don't know whether that dictates
4   whether you give anthracyclines or not.
5   BY MS. SCHULTZ:
6     Q   Well, what do you base that statement
7   on, then, the statement, "Cardiovascular
8   complications, however, do not play a big role
9   selecting a specific taxane"?
10    A   Yeah.  So that, as best as I know, among
11  the taxanes that exist, one taxane is not above
12  another one with respect to cardiovascular safety.
13    Q   But do you understand that if you chose
14  paclitaxel as the taxane -- let's look at 2011 --
15  that the chemotherapy regimen, if you are going to
16  use paclitaxel, must include Adriamycin?
17         MR. MICELI:  Object to the form.
18         THE WITNESS:  I'm not an
19  oncologist, so I can't comment on that.  Again,
20  the anthracycline -- choosing an anthracycline or
21  not doesn't -- I mean, otherwise we would outlaw
22  it and half of the patients we don't.  We look at
23  each patient individually.
24         But what I'm making a statement
25  about is that the taxane specifically doesn't play

40 (Pages 154 - 157)

Page 158

1 a big role in selecting -- it doesn't have a role
2 in -- it's not the main drug we think about with
3 respect to cardiotoxicity.
4 BY MS. SCHULTZ:
5    Q   Okay. But then let's look at your last
6 line on that paragraph. You say, "The more
7 critical element in determining cardiotoxicity is
8 the choice of other cancer therapies used in
9 combination with a taxane in a patient."
10    A   Sure.
11    Q   Okay. But do you understand that the
12 choice of taxane dictates what those other cancer
13 therapies are that can be used in connection with
14 that taxane?
15        MR. MICELI: Object to the form.
16        THE WITNESS: I actually don't -- I
17 don't know the answer to that. I don't know
18 whether the choice of taxane completely rules out
19 using anthracyclines or not. I'm unaware of it.
20 Again, I'm not an oncologist.
21 BY MS. SCHULTZ:
22    Q   So you weren't aware that in 2011, all
23 of the preferred regimens for HER2 positive and
24 HER2 negative cancers that included paclitaxel
25 also included an anthracycline?

Page 159

1        MR. MICELI: Object to the form.
2        THE WITNESS: I'm not an
3 oncologist, again. If -- I just don't know about
4 indications. When a patient comes up, we make
5 decisions based on whether to use anthracyclines
6 or not and so forth. But it's -- it's really the
7 choice of anthracyclines that matter.
8 BY MS. SCHULTZ:
9    Q   Now -- well, you don't make a decision
10 for the patient whether or not to use an
11 anthracycline, do you?
12    A   I don't make a decision, no.
13    Q   All right. So -- and would you agree
14 that the choice of a taxane plays a role in terms
15 of cardiotoxicity if you want to administer that
16 taxane at the same time as Adriamycin?
17        MR. MICELI: Object to the form.
18        THE WITNESS: So, again, just going
19 back to Adriamycin, 80 to 99 percent of patients
20 with Adriamycin don't have cardiac disease.
21 Again, you better -- I don't know the data with
22 efficacy certainly not in 2011 specifically with
23 respect to whether to use anthracyclines or not,
24 so I didn't do that part. But there are -- I
25 mean, there are a substantial number who get

Page 160

1 anthracyclines, so that's something to ask an
2 oncologist.
3 BY MS. SCHULTZ:
4    Q   So do you understand that the choice of
5 a taxane dictates what other chemotherapy drugs
6 will be used in a chemotherapy regimen?
7        MR. MICELI: Object to the form.
8        THE WITNESS: I'm unaware of that.
9 BY MS. SCHULTZ:
10    Q   All right.
11    A   I'm not an oncologist, again.
12    Q   You -- your report talks about
13 Herceptin --
14    A   Uh-huh.
15    Q   -- and toxicity from Herceptin --
16    A   Yes.
17    Q   -- correct?
18        And you state that Herceptin, when
19 combined with anthracyclines, that there was an
20 alarming 27 percent of patients that experienced
21 symptomatic heart failure or asymptomatic cardiac
22 dysfunction, correct?
23    A   In the initial study that was done with
24 metastatic breast cancer.
25    Q   All right. And then at the bottom of

Page 161

1 that page, you refer to trastuzumab, which is
2 Herceptin, correct --
3    A   Yes.
4    Q   -- being administered sequentially after
5 treatment with other therapies --
6    A   Uh-huh.
7    Q   -- especially anthracyclines, correct?
8    A   Yes.
9    Q   And so it's your understanding that
10 if -- let me rephrase that. Do you have any
11 knowledge as to whether or not -- strike that.
12        Let me try -- let me see if I can move
13 this along with the Herceptin.
14    A   Sure. Sure. Maybe I could break at
15 some point, but just --
16    Q   Okay. That's good.
17        Are you aware that, even when Adriamycin
18 is administered prior to the Herceptin, that
19 there's still an increased risk of cardiotoxicity
20 if Taxol is used as compared to Taxotere?
21        MR. MICELI: Object to the form.
22        THE WITNESS: I'm unaware of such
23 data.
24 BY MS. SCHULTZ:
25    Q   Have you ever looked at the Herceptin

41 (Pages 158 - 161)

1  label?
2      A   Yes, I have.  Yeah.
3      Q   Let me -- I'll do this real quickly.
4      A   Sure.  Sure.
5      Q   All right?  And then we can take a
6  break.
7      A   Absolutely.
8          MR. MICELI:  Just so we're clear,
9  Exhibit 7 was the Herceptin label as well.  Or
10  is -- that's Adriamycin.  I'm sorry.
11         THE WITNESS:  Adriamycin, yes.
12         MR. MICELI:  Adriamycin.  I'm
13  sorry.  Yeah.
14         MS. SCHULTZ:  Let me hand you now
15  Deposition Exhibit 11.
16         MR. MICELI:  We're talking about
17  trastuzamab, correct?
18         MS. SCHULTZ:  Right.
19         (Exhibit No. 11 was marked for
20  identification.)
21  BY MS. SCHULTZ:
22      Q   And I want you to turn to Table 1, which
23  is on page 5.
24      A   Uh-huh.
25      Q   Have you reviewed that table before?

1      A   Yes.
2      Q   And you see there are different
3  regimens, that the top line is a regimen of AC
4  followed by paclitaxel plus Herceptin, correct?
5      A   Yep.
6      Q   And the bottom is docetaxel plus
7  carboplatin plus Herceptin, correct?
8      A   I would say the bottom is carbo,
9  Herceptin, docetaxel, yep.
10      Q   Yeah.  The bottom line of the table?
11      A   Yes.
12      Q   Yes.  Yes.  And so you understand that
13  the AC and then the arrow and paclitaxel plus
14  Herceptin means that the AC was administered
15  first, followed by the paclitaxel and Herceptin?
16      A   Paclitaxel, yes.  Yes.
17      Q   All right.  And then do you understand
18  that the docetaxel-carboplatin-Herceptin, that
19  those are all administered concurrently?
20      A   Yes.
21      Q   Because there's no --
22      A   I'm sorry.  Concurrently --
23      Q   -- because there's no arrow?
24      A   Yes.  Yes.  They're given concurrently,
25  yes.

1      Q   All right.  And so even when the Taxol
2  and Herceptin are delayed until the AC cycles are
3  complete, you see that there was a 2 percent
4  incidence of coronary heart failure?
5      A   That's cardiac -- or congestive heart
6  failure.
7      Q   Oh, congestive heart failure?
8      A   Yes.
9      Q   All right.  And is that correct, that
10  there was a 2 percent --
11      A   Well, this was based on -- I believe
12  this is based on Dennis Lehman's paper, but we can
13  look at that, or at least we can look at the
14  report of it.
15      Q   Let me finish looking at the table.
16      A   Sure.  Sure.  Sure.
17      Q   All right?
18      A   Let's look at the table, and then we can
19  look at that.
20      Q   And that is compared to a .4 percent
21  risk with the regimen of Taxotere, carboplatin,
22  and Herceptin, correct?
23      A   Yes.
24      Q   And so the risk of heart failure was,
25  according to this table, five times greater in the

1  regimens using the Taxol than the regimen using
2  the docetaxel, carboplatin, and Herceptin.  Agree?
3      A   True.
4      Q   All right.
5      A   But you also have to look at the
6  efficacy of the drug, which was more effective.
7  That's the big million-dollar question in the
8  breast cancer field.
9      Q   Right.  And you don't have an opinion on
10  the efficacy of these regimens, correct?
11      A   Well, I talk to the oncologist, and the
12  oncologist educates me where they feel to be the
13  preferred thing.
14      Q   And you're not giving any opinion in
15  this case regarding the efficacy of these
16  regimens, correct?
17      A   I'm not giving an opinion, no.
18         MS. SCHULTZ:  Okay.  Great.
19  Thanks.  Let's take a break.
20         MR. MICELI:  Okay.
21         VIDEO TECHNICIAN:  Going off the
22  record, completing media 3 at 4 -- I'm sorry,
23  2:25 p.m.
24         (A recess was taken.)
25         VIDEO TECHNICIAN:  Going back on

42 (Pages 162 - 165)

1  the record at 2:40 p.m., beginning media 4.
2  BY MS. SCHULTZ:
3     Q   All right.  Before we went off the
4  record, we were discussing the Herceptin
5  FDA-approved label, correct?
6     A   Sure.
7     Q   And --
8     A   Herceptin.  Sorry.
9     Q   Herceptin.  Yes.  Yes.
10    A   Let me get the right one up here.
11    Q   And I have referred you to Table 1 of
12  the label, correct?
13    A   Yes.  And let me just bring it up again.
14  I apologize.
15    Q   It was on page 5.
16    A   Page 5, yeah.
17    Q   And you agree that this table of the
18  "Incidence of Congestive Heart Failure in Adjuvant
19  Breast Cancer Studies" is included in the
20  Herceptin label, which is an FDA-approved label,
21  correct?
22    A   This table is included in the label,
23  yes.
24    Q   And you made a -- you asked a question
25  or made a comment about from what study that this

1  table occurred --
2     A   Yes.
3     Q   -- correct?
4         And that's an answer to which you don't
5  know the answer, correct, the question?
6     A   I have to double-check because it's
7  obviously very easy to see.  I think it was a
8  Slayman paper.  It was a New England Journal of
9  Medicine paper in 2011, but I have to look at it.
10    Q   Regardless of whether it's from a
11  clinical study or another study, you agree that
12  this is the table that the FDA has approved for
13  inclusion in the Herceptin label, correct?
14        MR. MICELI:  Object to the form.
15        THE WITNESS:  So these are HER2
16  positive breast cancer patients, and that has --
17  they have included that for those patients.
18  BY MS. SCHULTZ:
19    Q   Do you understand that all of the
20  information in this Herceptin label has been
21  approved by the FDA?
22        MR. MICELI:  Object to the form.
23        THE WITNESS:  I'm sorry.  You have
24  to repeat the question again.
25        MR. MICELI:  I won't object.  I'll

1  just say subject to it.  Go ahead.
2  BY MS. SCHULTZ:
3     Q   Do you understand that the FDA must
4  approve all of the information contained in this
5  drug's label?
6     A   Yes.  And the other issue is the FDA
7  puts a lot of data in here which help the
8  clinician decide what to do next.  If there's
9  concern obviously, you put in the black label, so
10  it's just the -- one of the information pieces
11  that the FDA included in this label.
12    Q   Now, you're not an expert on FDA
13  labeling, correct?
14    A   I do a lot of work with the FDA.
15    Q   Well, do you do work with the FDA
16  concerning what information should or should not
17  be included in chemotherapy drug labels?
18    A   I do not.  Sorry.  I over-- I do not.
19    Q   Now, the work that you did with the FDA,
20  that was one of the areas that we had requested
21  information on, correct?
22    A   It was a meeting that the FDA wanted
23  thought leaders in the field, and I gave a talk in
24  that meeting, among other people.
25    Q   And you have no documentation --

1     A   I don't have documentation of that,
2  yeah.
3     Q   All right.  Okay.  Let's move on in your
4  report to your review of the cases.
5     A   Yes.
6     Q   And that begins at the bottom of page 8,
7  correct?
8     A   Uh-huh.  Uh-huh.
9     Q   And your report states that you were
10  asked to review the patient history and
11  presentation of three patient cases, AD, BE, and
12  TF.
13        That's Ms. Durden, Ms. Earnest, and
14  Ms. Francis, correct?
15    A   Yes.
16    Q   And then you have a paragraph for each
17  of the patient cases, correct?
18    A   Yes.
19    Q   And your opinions for what we'll call
20  your case-specific opinions, your total report is
21  about a page and a half, correct?
22    A   Yes.
23    Q   When you say you --
24        MR. SWANIS:  Hey, Lori, I
25  apologize.  I apologize for interrupting you.  I

43 (Pages 166 - 169)

1 understand -- this is Eric Swanis with Greenberg
2 Traurig on behalf of Sandoz, Inc.
3           I understand that the court has
4 precluded myself and other 505(e)(2) attorneys
5 from participating in the deposition to the extent
6 it concerns case-specific information and
7 opinions.
8           MR. MICELI:  Yes.
9           MR. SWANIS:  Okay.  Do you believe
10 that you will be going back to general opinions,
11 or is this a good point for us to drop off, if
12 not?
13           MS. SCHULTZ:  I'd say -- I'm going
14 to go through the case-specific opinions now.
15 There -- I skipped over a portion of the general
16 opinions just to get through this, but if we -- if
17 we decide to turn back to that, we'll notify
18 you-all.
19           (Off-the-record discussion.)
20           MR. MICELI:  Let's go off the
21 record just for a second.
22           VIDEO TECHNICIAN:  We're going off
23 the record at 2:47.
24           (Off-the-record discussion.)
25           VIDEO TECHNICIAN:  We are back on

1 the record at 2:49 p.m.
2 BY MS. SCHULTZ:
3      Q    All right.  Looking back at the bottom
4 of page 8 of your report, for your opinions about
5 the specific cases, what information did you rely
6 on to provide this -- to prepare this section of
7 your report?
8      A    The medical records, echocardiographic
9 data that were done on each individual patient
10 prior to a subsequent, in some cases, after
11 starting therapy.  The patient document -- the
12 patient documents as it pertains to the oncologist
13 talking to them.  So a number of different things
14 that were in the medical records.  All of them,
15 basically.
16      Q    Did you just say that -- the patient
17 documents?
18      A    Oh, sorry.  By -- medical records, I
19 meant.  So I looked at the medical records that
20 were provided to me in terms of the -- of forming
21 my opinion.
22      Q    All right.  And did you use anything
23 else or consider anything else in forming your
24 opinions pertaining to each case?
25      A    Well, this is what I do every day in

1 clinic and otherwise, so this is my body of
2 knowledge for the last ten years that I carry with
3 me.
4      Q    So you're saying that you used your
5 practical experience in addition to a review of
6 the medical records?
7      A    I think about -- I put that -- put them
8 in that context, yes.
9      Q    Is there a different -- when you say the
10 patient history and presentation, you're referring
11 to the patient's previous health history and then
12 the patient's presentation at the time of the
13 cancer diagnosis?
14      A    Yes.
15      Q    All right.  So let's start with -- let's
16 actually start with Barbara Earnest on page --
17      A    Sure.
18      Q    -- 9.
19           Now, you said you had reviewed her
20 medical records --
21      A    Yes.
22      Q    -- correct?
23      A    Yes.
24      Q    And I believe you estimated there were
25 about 6,000 pages of medical records?

1      A    Well, I think with her it was like 3,000
2 pages, but we can look.
3      Q    Okay.  So you think approximately 3,000
4 pages?
5      A    Yeah, we can look if I have to give you
6 a specific number.
7      Q    You don't -- you can give me an
8 estimate.
9      A    Maybe 3,000, yeah.  I think it started
10 at 3,000 and went to 6,000, so that's what it was
11 there.
12      Q    And out of those 3,000 pages, you took
13 notes of facts that you felt were relevant to your
14 opinion?
15      A    Yes, as they pertained to the cardiac
16 issue.  So these are PDFs.  I looked at the echo
17 data.  I look at the cardiac data.  I look at some
18 of the discussions.  As you can imagine you get a
19 lot of extraneous stuff, like nurse's notes and so
20 forth, that don't immediately impact me.  So I
21 glanced through those.  So it's just what you read
22 careful is key.
23      Q    And your notes from your review of
24 Ms. Earnest's records are on Exhibit 5 --
25      A    Those are --

44 (Pages 170 - 173)

Page 174

1    Q   -- correct?
2    A   Yes.  Yeah, those are my notes that I
3  put down on paper.  Yes.
4    Q   And these are the notes that you took
5  regarding your review of Ms. Earnest's medical
6  records, correct?
7         MR. MICELI:  Object to the form.
8         THE WITNESS:  These are some notes
9  I took based on the medical records, yes.
10  BY MS. SCHULTZ:
11    Q   Well, did you take other notes regarding
12  Barbara Earnest during a review of her medical
13  records?
14    A   I put them in the document here, as you
15  can see here.
16    Q   So you're saying there are additional
17  statements in this paragraph in the report?  Is
18  that what you mean?
19    A   Yes.  There are additional statements I
20  make here, yes.
21    Q   All right.  So on Exhibit 5 -- let's
22  look at that.  These are the notes from your
23  review of the medical records.
24    A   Uh-huh.
25    Q   It states, "Barbara Earnest

Page 175

1  (plaintiff)."  And then "Cancer, AC times 4 cycles
2  - AC - 4/11 to 6/11, followed by docetaxel 6/1 to
3  8/11."
4    A   Yeah.  I think it should be 6/11 to
5  8/11.
6    Q   So the 6, that should be changed to
7  6/11 --
8    A   Yes.
9    Q   -- - 8/11?
10    A   I think so.  These are notes that I take
11  as I'm doing this, so these are not final
12  documents, but yeah.
13    Q   And why is it, as you sit here today,
14  that you think her docetaxel treatments would have
15  begun on 6/11 rather than 6/1?
16    A   Oh, I think that's a typo I have.  But
17  it may have been that it was started exactly on
18  June 1st, 2011.  I don't know.  I think I may have
19  left the 1 off.
20    Q   Okay.
21    A   Yeah, I just don't know.  We can go back
22  and look.
23    Q   Then the only other note you took
24  regarding your review of Barbara Earnest's records
25  is under the word "cardiac."  And it says, "5/11 -

Page 176

1  MUGA - 79 percent," correct?
2    A   Yes.
3    Q   And those are the only notes of your
4  review of Barbara Earnest's medical records that
5  are on Exhibit 5, correct?
6    A   As they pertain to cardiac events.
7    Q   Well, there aren't any other notes of --
8  regarding medical records of Barbara Earnest in
9  this exhibit, are there?
10    A   I don't see any other notes here, yeah.
11    Q   Okay.  Great.
12      So were -- the chemotherapy regimen she
13  received and the fact that she had a May 2011 --
14  2011 -- do you refer to that as a MUGA?
15    A   MUGA.
16    Q   MUGA?
17    A   Uh-huh.
18    Q   Those were the only relevant facts you
19  derived from the review of her 3,000 --
20    A   As --
21    Q   -- pages of medical records?
22    A   As they pertained to cardiac issues and
23  lots of negatives, right?  So there's no cardiac
24  history I can appreciate.
25    Q   All right.

Page 177

1    A   So I don't put every negative down on a
2  sheet of paper I'm taking notes on.
3    Q   And we discussed earlier that you spent
4  about two hours reviewing the medical records of
5  Ms. Earnest?
6    A   Yes.
7    Q   Now, your list of medical records for
8  Ms. Earnest has 20-plus providers, correct?
9    A   Yes.
10    Q   And did you review all of the medical
11  records of each one of those providers?
12    A   Well, especially ones that are relevant
13  to cardiovascular issues.  I mean, there are -- if
14  it's a psychiatric evaluation, I look at it,
15  glance at it.  If it's a dermatologic evaluation,
16  I glance at it, but I don't review it as
17  thoroughly as I do with cardiac issues.
18    Q   But cardiac issues or risk factors may
19  very well be identified within those records.  You
20  agree?
21         MR. MICELI:  Object to the form.
22         THE WITNESS:  I don't think so.
23  Normally the dermatologist is not going to make
24  big statements about what the heart is doing.  I
25  mean, I glanced at them.  There are nothing

45 (Pages 174 - 177)

Page 178

1 obviously relevant seen because I would have taken
2 notes, nor was there much identified. So I look
3 at those.
4 　　Or if the patient is just going in
5 for their treatment, I just glance at those, but
6 usually nothing cardiacwise. I would have taken
7 notes if there was something seen. So I -- it's
8 just what you kind of prioritize in terms of
9 focusing into.
10 BY MS. SCHULTZ:
11 　Q　What time period did the medical records
12 you reviewed represent with respect to
13 Ms. Earnest?
14 　A　I think we have to look at the time --
15 look at the time. I put it on the sheet, so I
16 believe it was when --
17 　Q　Oh. I'm not asking you --
18 　A　Sorry.
19 　Q　-- how many hours it took you to review
20 them.
21 　A　Oh.
22 　Q　What time period, what years, did the
23 medical records that you reviewed of Ms. Earnest
24 represent?
25 　A　Yeah, it was -- I don't remember off the

Page 179

1 top of my head. I will need to look back, and I
2 can tell you. I think it was definitely prior and
3 at the time of getting the cancer treatment. I
4 don't know how far after the cancer treatment it
5 went to. I just don't remember, again.
6 　Q　Well, how far prior to the cancer
7 diagnosis did you have medical records for for
8 Ms. Earnest?
9 　A　I have to look. I don't remember. I
10 mean, a lot of her issues -- there may have been a
11 primary care note from earlier. But a lot of the
12 times patient's medical care intensifies at the
13 time they're diagnosed and you have much more
14 important information there.
15 　Q　And as we established before, prior to
16 performing your -- prior to forming your opinions
17 regarding Ms. Earnest and preparing your report
18 specific to Ms. Earnest, you did not review the
19 deposition of Ms. Earnest or her treating or
20 prescribing oncologist, correct?
21 　　MR. MICELI: Object to the form.
22 　　THE WITNESS: I did not. But I
23 reviewed them afterwards, and it doesn't change my
24 opinion whatsoever.
25

Page 180

1 BY MS. SCHULTZ:
2 　Q　Well, and when you say you reviewed them
3 afterwards, first of all, you didn't know that
4 depositions had been taken, correct?
5 　A　I didn't know, no.
6 　Q　Right. And when you refer to reviewing
7 them afterwards, that was yesterday, correct?
8 　A　Yes.
9 　Q　Now, when I asked you about additional
10 time spent on these cases other than what you had
11 provided in Exhibits 3 and 4 --
12 　A　Uh-huh.
13 　Q　-- you stated that you had had a meeting
14 with Mr. Miceli yesterday, correct?
15 　A　Yes.
16 　Q　And I think you said it was about, what,
17 4 or 4 1/2 hours?
18 　A　4 1/2 hours.
19 　Q　Now, are you saying that you also
20 yesterday, in addition to that meeting, reviewed
21 deposition transcripts?
22 　A　I said I spent several hours at night
23 overlooking all the depositions, yes.
24 　Q　So several hours meaning?
25 　A　Yeah, I'd have to look back. I write

Page 181

1 down usually when I start, and I just don't
2 remember. Two or three hours at least. But we
3 can look at it and I can tell you. I don't have
4 it with me.
5 　Q　Were you provided transcripts of all of
6 the depositions?
7 　A　Everything on that list, yes.
8 　Q　And that two or three hours that you're
9 referring to, that was two or three hours to
10 review all of the deposition transcripts for all
11 three cases, right?
12 　A　Yes.
13 　Q　And in that two to three hours, you
14 reviewed both of the deposition transcripts of
15 Ms. Durden?
16 　A　All of the -- everything that's there.
17 Durden, Earnest, and Francis, yes.
18 　Q　Did -- how many depositions did you
19 review that were taken of Ms. Durden?
20 　A　Where there's one deposition of her.
21 　　MR. MICELI: We did not -- he did
22 not have the recent ones from last -- earlier this
23 month or last month.
24 BY MS. SCHULTZ:
25 　Q　So you have not reviewed the

46 (Pages 178 - 181)

Page 182

1  supplemental deposition of Ms. Durden as of today
2  that was taken earlier in November; is that
3  correct?
4      A   I have not, no.
5      Q   And have you reviewed the supplemental
6  deposition of Ms. Earnest?
7      A   I thought it was just one document.  I
8  don't recall there was a supplemental document.
9      Q   So with respect to the plaintiffs, last
10  night you reviewed one deposition for each
11  plaintiff, correct?
12      A   For the plaintiff themselves, yes, I
13  reviewed one document each.  Yep.
14      Q   And then with respect to Ms. --
15  Dr. Jancich --
16      A   Uh-huh --
17      Q   -- did you review one or two transcripts
18  of a deposition of Dr. Jancich?
19      A   I thought there -- one had two because
20  it was -- one of them had two days, and I just
21  don't remember, to be honest, which one was two
22  days.
23      Q   And --
24      A   So I thought it was Sophy Jancich may
25  have been the one with two days.  I'd have to go

Page 183

1  back.
2      Q   And then last night you also reviewed
3  the complete deposition of Dr. Carinder?
4      A   Yes.
5      Q   And the complete deposition of
6  Dr. Verghese?
7      A   Yes.
8      Q   And the complete deposition of
9  Dr. Martin?
10      A   Well, I -- those became more
11  dermatologic and other things, so I -- I think
12  that was -- was there -- was that a dermatologist
13  note, Martin?  So I glanced at it, yep.
14      Q   So you glanced at the deposition --
15      A   Uh-huh.
16      Q   -- of Dr. Martin.
17          Did you read the deposition of Nurse
18  Practitioner Birkhoff?
19      A   Yes, I glanced at it.
20      Q   What do you mean when you say you
21  glanced at it?
22      A   Well, I think there were a couple of
23  things, but I think when the discussion gets deep
24  into alopecia and other things that I certainly am
25  not an expert in nor have an opinion as it

Page 184

1  pertains to these cases, I don't read every single
2  line.  I kind of see what the topic is and I kind
3  of look at it.  Again, my expertise is cardiac
4  issues, so --
5      Q   And the deposition of Anesha Prier, did
6  you read that?
7      A   I have to remember which one that was.
8  I believe I saw that one, too, but that was --
9  again, I have to remember -- recall which person
10  that was.
11      Q   Do you know who Anesha Prier is?
12      A   I don't remember, to be honest, off the
13  top of my head.
14      Q   But at any rate, last night you reviewed
15  all of these transcripts, or glanced through them?
16      A   Glanced at them, yes.
17      Q   In a couple of hours?
18      A   Two or three hours, yeah.  I have to --
19  I can tell you exactly when I get home maybe, but
20  I don't know what it is right now.
21      Q   While you were reviewing the depositions
22  of the treating and prescribing oncologists, did
23  you also review the deposition exhibits?
24      A   I have to remember what they entailed.
25  There were indexes and some exhibits, but I don't

Page 185

1  believe I was given all the different exhibits,
2  but I'd need to look at it to let you know.  I
3  believe each one had -- they did not have every
4  exhibit that was shown at the -- in the PDF that I
5  looked at.
6      Q   So as you were reading through the
7  deposition, if it was referring to an exhibit, you
8  did not have the exhibit to be able to look at it?
9      A   I don't believe so.
10      Q   For example, the -- an exhibit such as
11  the NCCN guidelines --
12      A   Uh-huh.
13      Q   -- did you review NCCN guideline
14  exhibits?
15      A   I did not.
16      Q   Did you review any exhibits that were
17  drug labels?
18      A   I did not.  Some of them, I know what
19  they are, but I did not go back and review every
20  single one.
21      Q   And when you say you know what they are,
22  do you know what the label says for each of the
23  chemotherapy drugs for each year going back to
24  2009?
25      A   No.  But as it pertains to

47 (Pages 182 - 185)

Page 186

1  cardiovascular issues, and if that was the point
2  of discussion, then I would look.  If it really
3  wasn't a point of discussion with anything with
4  respect to cardiac issues, then I don't spend time
5  going through what the alopecia comments were as
6  they pertain to each patient.  So I just --
7      it's --
8      Q    And as you were reviewing the
9  depositions, did you take any notes?
10     A    I didn't take any notes, no.
11     Q    And -- but you're saying that you
12  concluded last night that, having read or skimmed
13  through these depositions, did not change your
14  opinions in any way?
15     A    It does not change my opinions.
16         MR. MICELI:  Object to the form.
17         THE WITNESS:  It does not change my
18  opinions.
19  BY MS. SCHULTZ:
20     Q    Now, looking at page 9 --
21     A    Uh-huh.
22     Q    -- the opinion regarding Ms. Earnest,
23  it's the one paragraph on page 9, correct?
24     A    Yes.
25     Q    Okay.  And those are all of your

Page 187

1  opinions that are specific to Ms. Earnest,
2  correct?
3      A    As they pertain to cardiac issues, yes.
4      Q    Well, you're not offering any other
5  opinions pertaining to Ms. Earnest in this case,
6  are you?
7      A    I'm only offering cardiovascular risk
8  assessment and general cardiac issues if it
9  pertained to the patient, yes.
10     Q    And so the opinions in this report, in
11  this paragraph on page 9, are the only opinions
12  you are offering regarding Ms. Earnest in this
13  case --
14     A    I --
15     Q    -- correct?
16     A    Yes.
17     Q    All right.  Can you just go ahead and
18  read into the record your opinion regarding Ms.
19  Earnest.
20     A    Yes.  "This 60-year-old female had ER
21  positive/HER2 negative, intermediate to high
22  grade, infiltrating ductal carcinoma of the left
23  breast."
24         MR. MICELI:  You might want to read
25  slower for the court reporter.

Page 188

1         THE WITNESS:  I'm sorry.
2         "She was treated with doxorubicin
3  and cyclophosphamide for four cycles (total
4  240 milligrams/meter2 of doxorubicin) followed by
5  four cycles of docetaxel.  She was then treated
6  with anastrozole.  She had been in excellent
7  health prior to breast cancer diagnosis with no
8  history of cardiovascular disease or cardiac risk
9  factors.  She had no obvious cardiac complications
10  during treatment.  An assessment of her cardiac
11  function prior to chemotherapy revealed an
12  ejection fraction of 79 (normal).  Given her lack
13  of cardiovascular disease risk factors, cardiac
14  consideration would not play a role in selecting
15  her cancer treatment."
16  BY MS. SCHULTZ:
17     Q    And that's your entire opinion with
18  respect to Ms. Earnest?
19     A    Yes.
20     Q    And let's -- let's walk through that,
21  then.
22         You state that she received docetaxel
23  and cyclophosphamide for four cycles, correct?
24     A    That's what I gathered from the clinic
25  notes that were -- I looked through, yes.

Page 189

1      Q    And how often did she receive those
2  cycles?
3      A    I don't remember.  I mean, how often,
4  what do you mean?
5      Q    Well --
6      A    Usually they get four cycles, and I
7  believe it was -- I don't remember if it was every
8  three weeks or every two weeks.  I'd need to go
9  back and look.
10     Q    Then you make the statement that she had
11  been in excellent health --
12     A    Uh-huh.
13     Q    -- prior to breast cancer diagnosis with
14  no history of cardiovascular disease or
15  cardiovascular risk factors, correct?
16     A    Yes.
17     Q    And what do you base that opinion on?
18     A    That's my assessment of every single
19  note that I had read, including the oncologist's
20  note, about what cardiac history were present in
21  the patient, and none were identified, and that
22  she reported no cardiac disease per se either.  So
23  she didn't have risk factors that were obvious and
24  no history of cardiovascular disease, period, that
25  I could identify.

48 (Pages 186 - 189)

1    Q   All right.  Now, when you say notes you
2  read, you're referring to the medical records,
3  correct?
4    A   Yes.  Yes.
5    Q   And so based on your review of the
6  medical records, it's your opinion that she had no
7  cardiovascular risk factors, correct?
8    A   That had been identified by the treating
9  physicians.
10   Q   And what is the basis for your statement
11  that she was in excellent health?
12   A   Oh, I just meant, I guess, in -- with
13  respect to cardiovascular risk factors or
14  cardiovascular disease.  I guess I meant no
15  obvious disease, cardiovascular disease, that was
16  an issue.
17   Q   And we'll come back to the risk factors
18  in just a minute.  But with respect to your
19  statement, the last line, "given her lack of
20  cardiovascular disease or risk factors, cardiac
21  consideration would not play a role in selecting
22  her cancer treatment."
23      Do you see that?
24   A   Yes.
25   Q   Now, you don't know, though, if

1  cardiovascular -- or cardiac considerations played
2  a role in selecting the cancer treatment, do you?
3    A   When somebody has no disease and no risk
4  factors, it certainly doesn't play a role in
5  selecting the therapy.  It just doesn't.
6    Q   But you don't know if cardiac
7  considerations played a role in her oncologist's
8  recommendation of her treatment, do you?
9    A   It did not -- it was not indicated
10  anywhere in her notes, as best as I can tell.
11   Q   And you don't know if cardiac
12  considerations played a role in Ms. Earnest's
13  decisions regarding her treatment, do you?
14   A   I don't -- I don't -- I can't comment on
15  that, obviously.
16   Q   And you didn't know that when you wrote
17  this report because you had not read her
18  deposition, correct?
19   A   Yes.
20   Q   Great.
21   A   But I read her deposition, and that does
22  not change my statement I'm making here now.
23   Q   Now, let's go back to your statement
24  that she was in excellent health and had no
25  cardiovascular risk factors.

1    A   Sure.
2    Q   We talked through some of the risk
3  factors for an increased risk of
4  anthracycline-associated cardiotoxicity.
5    A   Sure.
6       MR. MICELI:  Object to the form.
7  BY MS. SCHULTZ:
8    Q   And -- and also risk factors for heart
9  disease, correct?
10   A   Yes.
11   Q   And you agree that she's female,
12  correct?
13   A   Yes.
14   Q   And you agree that she is over the age
15  of 60 --
16   A   Yes.
17   Q   -- correct?
18      And were you aware that she had a strong
19  family history of heart disease and diabetes?
20   A   I did not.
21   Q   You didn't see that in any of the
22  medical records of Ms. Earnest?
23   A   I'd have to look back.  I didn't -- I
24  didn't put that as a note obviously, so I did not
25  either see it or it wasn't taken.  But, again,

1  that depends on what ages they had the issues.  I
2  don't know the answer to that.  I do not.  The
3  simple answer is I do not.
4    Q   Well, but your -- your opinion states
5  that she had no cardiovascular risk factors.  So,
6  in actuality, are you saying you don't know if
7  that's the case?
8    A   Well, no.  What I usually refer to with
9  this -- because you can't decide how old you are;
10  you can't decide your sex generally or your family
11  history -- it's modifiable risk factors, is what
12  we really get at.  So that's when I -- that's kind
13  of what I was referring to, if you will.
14   Q   Well, regardless of whether a risk
15  factor is modifiable, it's still important in
16  assessing an individual in terms of their
17  cardiovascular risk for cardiotoxicity treatment
18  regimens, correct?
19      MR. MICELI:  Object to the form.
20      THE WITNESS:  So we spent some time
21  going through what we consider prioritizing what's
22  important.  As we spoke about, underlying cardiac
23  diseases being the number one thing.  We think of
24  modifiable risk factors as being next.  And the
25  things you can control are being the final things.

49 (Pages 190 - 193)

Page 194

1      So of the things I particularly
2 care about with patients that I've been practicing
3 this for the last ten years are cardiac disease.
4 That's number one.  And then some things I can
5 modify, that would be priority number two.
6 BY MS. SCHULTZ:
7    Q  But that's not what you state in your
8 report.  You agree?
9    A  No.  I say there are no risk factors
10 that I identify with the patient.
11    Q  You stated she had been in excellent
12 health prior to breast cancer diagnosis with no
13 history of cardiovascular disease or
14 cardiovascular risk factors, correct?
15    A  Yes.
16    Q  All right.  And were you aware that
17 Ms. Earnest was morbidly obese at the time of her
18 diagnosis?
19    A  I did not -- I think I knew she was
20 obese, but I didn't know how obese she was.
21    Q  Do you know today how obese she is?
22    A  I don't remember off the top of my head.
23    Q  But obesity is certainly a
24 cardiovascular risk factor, correct?
25    A  Yeah.  But we talked earlier about there

Page 195

1 are controversies as to whether obesity
2 independently is a risk factor or as it pertains
3 to other modifiable risk factors, such as
4 diabetes.  We talked about it earlier today, about
5 that, didn't we?
6    Q  But are you stating that you can't say
7 one way or the other whether or not obesity is a
8 risk factor for heart disease?
9    A  Obesity in the absence of modifiable
10 risk factors is a point of controversy with
11 respect to cardiovascular disease.  And if you
12 look through the literature, that's something that
13 comes up again and again.  If you are obese,
14 you're at a higher risk of diabetes.
15    Q  With respect to Ms. Earnest's family
16 history of heart disease and diabetes, I believe
17 you said you have no knowledge what that family
18 history is, correct?
19    A  I don't believe anybody had sudden
20 diabetes at an early age or died of heart disease
21 at an early age.  We know heart disease comes
22 about as we get older, and the question is when.
23 I don't -- it did not -- it was not something that
24 jumped out at me.
25    Q  Well, so you weren't aware that her

Page 196

1 mother died due to congestive heart failure and
2 she had diabetes and obesity?
3    A  But what age did she die from?  I don't
4 remember the age.
5    Q  I don't know.
6    A  I -- it did not strike me as being a
7 premature age.
8    Q  What do you consider a premature age?
9    A  Well, I don't know.  It depends on what
10 risk factors you have.  If you're less than 40 or
11 50, that's a less risk factor.  I mean, that's
12 when I think of family history.
13    Q  So you don't consider a family history
14 of a parent with congestive heart failure to be a
15 risk factor unless that parent died of the heart
16 failure at the age of 40-something?
17    A  Younger age --
18       MR. MICELI:  Object to the --
19 excuse me.  Object to the form.
20       THE WITNESS:  Younger age is a much
21 stronger risk factor.  When I look at a patient,
22 there are a lot of things you take into
23 consideration.  With a young age of family
24 histories is what we consider heart disease.
25 Because most of the patients die of heart disease

Page 197

1 at the end of the day, especially as we get older,
2 so --
3 BY MS. SCHULTZ:
4    Q  Were you aware that her mother was
5 deceased due to congestive heart failure at the
6 age of 65?
7    A  Yeah.  I believe it was over 60, yes.
8 65.
9    Q  Well --
10    A  Yeah, I don't remember exactly what the
11 age.
12    Q  A few minutes ago --
13    A  Yeah.
14    Q  -- you didn't even recall that she had a
15 family history of heart disease?
16    A  We identify family history as premature
17 family history of heart disease because,
18 invariably, as we get older, we have heart
19 disease.  That's what strikes me as being a risk
20 factor.
21    Q  In terms of obesity, do you agree that a
22 BMI of 41 is a significant risk factor for heart
23 disease?
24    A  It can be a risk factor.  We also
25 discussed why obesity independently being a risk

50 (Pages 194 - 197)

Page 198

1  factor of heart disease is a point of contention
2  in the cardiac world.
3      Q   And do you still contend that if
4  Ms. Earnest has a BMI of 41, that she was in
5  excellent health at the time of her breast cancer
6  diagnosis?
7      A   I believe that she did not have heart
8  disease or heart risk factors that affected the
9  best choice of treatment for her cancer.
10     Q   My --
11     A   That's -- that's my issue.
12     Q   My question was, do you agree that if
13  Ms. Earnest had a BMI of 41 at the time of her
14  diagnosis, that she was not in "excellent health"?
15     A   Obesity itself without -- if somebody
16  exercises is not -- does not take me and call it a
17  disease. I don't do that. I don't take away the
18  excellent health.
19     Q   Did Ms. Earnest exercise?
20     A   I don't remember.
21     Q   You don't know one way or the other?
22     A   Well, I think -- I don't know actually.
23  I don't know the answer to that.
24     Q   Was Ms. Earnest's chemotherapy regimen a
25  dose-dense regimen?

Page 199

1      A   I don't --
2          MR. MICELI:  Object -- hold it.
3  Object to the form.
4          THE WITNESS:  I don't remember
5  that.
6  BY MS. SCHULTZ:
7      Q   What is dose dense?
8          MR. MICELI:  Object to the form.
9          THE WITNESS:  Dose dense, I
10  believe, is the -- again, I'm not an oncologist,
11  so you should ask an oncologist. I believe it's
12  the frequency with which the chemotherapy is
13  given.
14  BY MS. SCHULTZ:
15     Q   Does it have anything to do with the
16  dose of the chemotherapy?
17     A   I'm not an oncologist.
18     Q   So you don't know?
19     A   I'm not an oncologist.
20     Q   Are you aware of the reasons for the
21  selection of her chemotherapy regimen of
22  doxorubicin and cyclophosphamide followed by
23  docetaxel?
24         MR. MICELI:  Object to the form.
25         THE WITNESS:  I'm not an

Page 200

1  oncologist. I don't know the answer to that. I
2  believe the oncologist probably thought that was
3  the best course of treatment for her.
4  BY MS. SCHULTZ:
5      Q   Well, based on your review of the
6  medical records, do you have any information as to
7  why that regimen was chosen?
8      A   Again --
9          MR. MICELI:  Object to the form --
10  hold on. Object to the form.
11         THE WITNESS:  I'm not an
12  oncologist. I don't know what -- what therapies
13  they used. That's not my expertise here.
14  BY MS. SCHULTZ:
15     Q   Well, based on your review of
16  Dr. Carinder's deposition, do you know why that
17  regimen was chosen?
18     A   It may have been done on some studies.
19  I don't know the answer to that. I'm not an
20  oncologist.
21     Q   Well, and I'm asking what you read in
22  his deposition.
23     A   Yeah.
24     Q   Do you recall reading that he testified
25  that, at that time in 2011, paclitaxel was given

Page 201

1  at a high dose every two or three weeks? Do you
2  recall that that was his testimony?
3      A   Maybe, yes. Maybe. I don't remember
4  specifics of everything I read last night, but --
5  especially if it didn't pertain to cardiac issues.
6      Q   Do you -- do you recall that
7  Dr. Carinder testified that paclitaxel often
8  resulted in daunting neuropathy for patients?
9      A   I don't -- again, she may have said it,
10  he or she may have said it. But, again, since
11  it's not cardiac, it's not my opinion to form one
12  way or another what she said.
13     Q   Do you recall that Dr. Carinder
14  testified that docetaxel was preferred because
15  docetaxel had a lower risk of neuropathy and
16  infusion reactions than paclitaxel?
17         MR. MICELI:  Object to the form.
18         THE WITNESS:  Again, I'm not an
19  oncologist and I'm not a neurologist. I cannot
20  comment on her decision about what she did.
21  BY MS. SCHULTZ:
22     Q   Did Ms. Earnest develop neuropathy?
23     A   Again, I don't recall because, again,
24  that's not relevant to the cardiac issues relevant
25  to this case.

51 (Pages 198 - 201)

Page 202

1    Q   Well, what is -- it would be relevant to
2  cardiac issues if she underwent radiation therapy,
3  correct?
4          MR. MICELI:  Object to the form.
5          THE WITNESS:  If she does get
6  radiation, that is does, yep.  Well, it's --
7  again, that's the point that becomes important
8  later.  Whether or not she does get radiation is
9  not something that I consider when am I treating
10  the patient as much.
11  BY MS. SCHULTZ:
12    Q   Well, in your report you talk about the
13  increased risk of heart damage for patients that
14  receive radiation, correct?
15    A   Yes.
16    Q   And, in fact, you state that -- you
17  refer to a population-based case control study of
18  the incidence of major ischemic cardiac events
19  that showed that exposure of the heart to
20  radiation for breast cancer treatment, regardless
21  of minimum dose, increased the rate of ischemic
22  heart disease, with each ray unit of radiation
23  associated with a 7.4 percent increase in the
24  occurrence of a subsequent major coronary artery
25  event, correct?

Page 203

1    A   Yes.  And these are at least five years
2  after the fact people got radiation.
3          What I also say in my documentary, which
4  is also the editorial, radiation is something
5  that's part of treatment.  We don't -- I don't
6  tell the oncologist whether to not give radiation.
7    Q   Okay.  And now, you also state,
8  "Additionally, the risk of coronary events
9  increased within five years after exposure to
10  radiation and continued for at least two decades
11  after radiation treatment," correct?
12    A   Radiation effects are long-term
13  generally with respect to cardiac issues.  That's
14  what the Darbin papers show.
15    Q   And you state that "The absolute
16  radiation-related risk of a major coronary event
17  was far greater for women with pre-existing
18  cardiac risk factors or ischemic cardiac disease,"
19  correct?
20    A   Yes.
21    Q   Now, given -- given that risk of
22  radiation -- I mean, are you saying that you don't
23  consider radiation when assessing a patient's
24  condition and the potential for cardiotoxicity?
25          MR. MICELI:  Object to the form.

Page 204

1          THE WITNESS:  Do I consider
2  radiation?  It's a long-term effect that occurs
3  later.  Virtually many patients with radiation --
4  who have breast cancer get radiation.  In general,
5  they get radiation.  I do not make the decision of
6  whether or not to take radiation.  The cardiac
7  issues do not play a role in deciding when they
8  get radiation or not.
9  BY MS. SCHULTZ:
10    Q   But the fact that a patient is going to
11  have radiation is a factor if you are then
12  assessing the other treatment options, including
13  chemotherapy, correct?
14    A   No.  Radiation is somewhat independent
15  because it's -- more goes along with what type of
16  surgery you have.  In general, radiation is not
17  part of the chemotherapy, as best as I know.  I'm
18  not an oncologist, again.  It's not the mainstay
19  of treatment --
20    Q   But --
21    A   -- with respect to what other
22  chemotherapies you get.
23    Q   And I'm not saying that there is a link
24  between certain regimens and whether or not you
25  have radiation.

Page 205

1          My point is, with that kind of an
2  increased risk from radiation, as a
3  cardio-oncologist, you would have that knowledge
4  when you are looking at chemotherapy treatment and
5  the potential cardiotoxicities from certain
6  regimens in chemotherapy treatment, correct?
7          MR. MICELI:  Object to the form.
8          THE WITNESS:  Yes.  But that pales
9  in comparison with other things, such as the
10  patient having heart disease to begin with, such
11  as if they were going to get 450 milligrams of
12  doxorubicin.  It's just all relative in terms of
13  what you do.
14          Every treatment has potential
15  risks, and we're beginning to recognize the issues
16  with radiation, so that's -- that's what we
17  basically -- we look at that, but it's not the
18  major issue.  As I look at her case in its
19  entirety, cardiac issues are not a major
20  consideration with respect to what treatment she
21  gets.
22  BY MS. SCHULTZ:
23    Q   Well, are you saying that whether or not
24  a patient is going to receive radiation therapy
25  has no impact on whether or not a patient should

52 (Pages 202 - 205)

Page 206

1  or shouldn't receive a chemotherapy regimen that
2  includes an anthracycline?
3         MR. MICELI:  Object to the form.
4         THE WITNESS:  So I'm not an
5  oncologist, so you can ask the oncologist what the
6  efficacy things are.  But what I'm deciding, when
7  looking at a patient such as her, with no cardiac
8  disease, I tell the oncologist give what you think
9  is best for her cancer treatment.
10 BY MS. SCHULTZ:
11    Q   If a -- if a -- do you agree that a --
12 the radiation therapy is an additional risk factor
13 for heart disease over and above the risk that a
14 patient undertakes when taking Adriamycin?
15        MR. MICELI:  Object to the form.
16        THE WITNESS:  Slightly more, yes.
17 But, again, those data -- many of those data come
18 from lymphoma patients where you radiate the
19 entire chest.  There's a little bit of controversy
20 as to what the radiation doses we give in 2011
21 mean in this setting, which are much targeted.
22 That's the point of research that's being done.
23 BY MS. SCHULTZ:
24    Q   Now -- but you agree that you make no
25 statement about radiation in your paragraph-long

Page 207

1  report of Ms. Earnest, correct?
2     A   I don't.
3     Q   And that's because you weren't aware one
4  way or the other if she had had radiation,
5  correct?
6         MR. MICELI:  Object to the form.
7     A   No.  I think it really doesn't play into
8  a role.  When you're prescreening the patient, the
9  radiation part is really minimal.  When I look at
10 the patient and she has no cardiac disease, it's a
11 different box.  And if there are no modifiable
12 cardiac risk factors, that's a different box.
13    Q   And, again, your report said that she
14 had no cardiovascular risk factors, not that she
15 had no modifiable cardiovascular risk factors,
16 correct?
17    A   Well, I think there's certain things you
18 can't control.  You can't control being female.
19 Obesity maybe, but we talked about the contentious
20 issues with respect to obesity right now as it
21 pertains to cardiovascular issues.  You can't
22 control those.
23        Many women with breast cancer are
24 middle-aged, and I will call her middle-aged
25 female.  That's just the reality of the game in

Page 208

1  terms of -- and I can't -- I don't make that
2  obvious statement.  That's not a risk factor.
3  It's --
4     Q   But those are risk factors, correct?
5     A   You have to distinguish them from
6  somebody whose blood pressure is over 220/160.
7  It's really something that where I come in as a
8  cardiologist.  If I put that in the notes, that's
9  just -- every patient that I see has risk factors.
10 I'm not distinguishing the patient with the blood
11 pressure of 220, which I can really do something
12 about, from those that don't.
13    Q   Is Ms. Earnest in excellent health
14 today?
15    A   I don't know the answer to that.  I
16 don't know how up to date my -- the medical
17 records were.  I think it was a year or two after
18 completing therapy.
19    Q   Well, if you reviewed all of
20 Ms. Earnest's medical records, you would have
21 reviewed her medical records up through at least
22 2017, and even into 2018?
23    A   Yeah, I --
24        MR. MICELI:  Hold on.  Hold on.
25 Let me object to the form of the question because

Page 209

1  the opinion he has been asked to render is about
2  the choice of her cancer treatment.
3         MS. SCHULTZ:  Yes, that's a -- let
4  me --
5         MR. MICELI:  Well, let's go off the
6  record.  Can you leave the room?  I mean, I
7  just --
8         THE WITNESS:  Uhm-uhm.
9         MS. SCHULTZ:  No, it's -- I don't
10 want to go off the record.  I want to ask this
11 question.
12        MR. MICELI:  Well, you're asking a
13 question, Lori, that is very different than the
14 purpose for what this witness was offered as.
15        MS. SCHULTZ:  I can ask him --
16        MR. MICELI:  You can ask anything
17 you want.
18        MS. SCHULTZ:  -- I want, so let me
19 just go ahead and proceed.
20        MR. MICELI:  Go ahead.
21 BY MS. SCHULTZ:
22    Q   You said that you reviewed all of
23 Ms. Earnest's medical records?
24    A   That was provided to me.
25    Q   Okay.  And did you -- so are you saying

53 (Pages 206 - 209)

Page 210

1  you have no idea if you were provided only a
2  portion of her medical records?
3      A   Yeah.  I don't -- I mean, I went to
4  particularly until after the completion of breast
5  cancer treatment.  I don't -- and I specifically
6  paid attention to cardiovascular issues.  So with
7  respect to cardiovascular issues, I did not see
8  any issues now, at least as far as I could review
9  the records.
10     Q   So did you ask for all of Ms. Earnest's
11 medical records?
12     A   I looked at what was provided to me in
13 the context of the decision making of the cancer
14 and cancer treatment and immediately afterwards.
15     Q   So when you say you looked at what was
16 provided to you, those -- you're saying you looked
17 at the medical records that were provided to you
18 by plaintiffs' counsel?
19     A   Yes.
20     Q   Well, did you ever ask plaintiffs'
21 counsel if you had been provided with all of the
22 medical records of these three plaintiffs?
23     A   I asked of what was relevant to me as a
24 cardiovascular witness in the time of treatment
25 for the patient because, as you know, each thing

Page 211

1  changes every few months -- with a patient, it
2  could potentially change, so I don't ask for
3  updates every time.
4      Q   Well, are you saying that you asked
5  plaintiffs' counsel to provide you with medical
6  records that they believed were relevant to you as
7  a cardiovascular witness?
8          MR. MICELI:  Object to the form of
9  the question.
10         THE WITNESS:  So not --
11         MR. MICELI:  And you do not need --
12 you do not need to discuss what we have discussed.
13         THE WITNESS:  Okay.  I am -- I
14 am -- my expertise is cardiovascular health of
15 patients.  I look at cardiovascular disease as it
16 pertains to the cancer and cancer therapies.  And
17 that's the part -- especially around the time of
18 deciding what chemotherapy or what treatment the
19 patient gets.
20 BY MS. SCHULTZ:
21     Q   But for purposes of what you do --
22     A   Uh-huh.
23     Q   -- do you agree that you would want to
24 be able to review all of Ms. Earnest's medical
25 records and not have someone else make a choice of

Page 212

1  which records are or are not relevant?
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  With the purpose --
4  with the purpose of what I do, which is assessing
5  cardiovascular risk at the time of cancer
6  treatment, I ask for everything that was pertinent
7  then.  Then I form my opinion of what the
8  cardiovascular issues were as it pertains to the
9  patient.
10 BY MS. SCHULTZ:
11     Q   So you left it up to plaintiffs' counsel
12 to provide you with what plaintiffs' counsel
13 thought was pertinent to your assessment of
14 Ms. Earnest and the other plaintiffs'
15 cardiovascular condition and risks at the time of
16 their diagnosis?
17         MR. MICELI:  Object to the form of
18 the question.
19         THE WITNESS:  I think that question
20 is misleading, because I got all of the medical
21 records that were available at the time of getting
22 the cancer treatment and immediately afterwards.
23 That's what I reviewed.
24         What I pay attention to and what I
25 can offer you as an opinion is with respect to

Page 213

1  cardiovascular issues.  And that's -- I can tell
2  you this is what I believe, and that hasn't
3  changed any.
4  BY MS. SCHULTZ:
5      Q   So are you, then, saying that you
6  received all medical records of these three
7  plaintiffs reflective of the time of their cancer
8  diagnosis?
9      A   Cancer and immediately afterwards, yes.
10     Q   Okay.  All right.
11     A   Because, again, the question we're
12 asking especially is the choice of treatment.
13 That's where it's particularly important.  That's
14 the opinion I'm offering you.
15     Q   So I take it, then, you're not aware
16 that Ms. Earnest had an abnormal EKG in March of
17 2011?
18     A   I don't think there was an abnormal EKG.
19 I'm happy to review it to tell you.  I know she
20 had an echo, which is the thing we care about,
21 and -- I'm sorry, echo -- the assessment of the
22 squeeze of the heart, and that was normal.
23     Q   And that was -- she actually did not
24 have an echo, correct?
25     A   I'm sorry.  It's a MUGA scan.

54 (Pages 210 - 213)

1    Q    And you agree that an echo provides more
2  information about an individual's heart condition
3  than a MUGA scan, correct?
4    A    Echo you get more information, yes.
5    Q    And are you aware that, in July of 2011,
6  that she had cardiac murmurs?
7    A    Somebody may have heard a murmur, but it
8  was not seen on the echocardiogram, I believe,
9  earlier, so -- or, I'm sorry, MUGA scan, it was
10  not seen. So you can pick up some murmurs on the
11  MUGA scan.
12    Q    Are you aware that she had left
13  ventricular hypertrophy in December of 2008?
14    A    That may have been seen, yes.
15    Q    Do you know one way or the other? Is --
16    A    I believe that may -- so the LVH is
17  assessed based on different criteria. You can see
18  it on the EKG, and you can see it on the
19  subsequent imaging, which is what I go by. So
20  there, I look at -- and there was no -- there was
21  no mention of hypertrophy then.
22    Q    I made a misstatement in my question.
23    A    Yeah. I just --
24    Q    Are you aware that she had left
25  ventricular hypertrophy in December of 2011?

1    A    December of 2011, I -- based on what?
2  Because if it's EKG, it's inaccurate. And she may
3  have had an EKG which shows LVH, but it's not --
4  but, again, we -- you have to think of what you're
5  going to nitpick with patient's cardiac issues.
6  What we care about is the ejection fraction, and
7  there was no change there.
8    Q    Well, I haven't reviewed all of
9  Ms. Earnest's medical records.
10    A    Uh-huh.
11    Q    But did you review her records through
12  2011?
13    A    I believe I did, yes.
14    Q    And you don't have a recollection of her
15  having left ventricular hypertrophy in
16  December 2011; is that right?
17    A    If it was just somebody saying LVH, I
18  want to see proof of it. EKG is a nonsensitive
19  way, and the computer does automatic reading of
20  the EKG.
21    Q    Were you aware that Ms. Earnest had a
22  sister that was deceased from complications of
23  atrial fibrillation?
24    A    From atrial -- well, she had atrial
25  fibrillation, and she was deceased, yes.

1    Q    Were you aware of that fact?
2    A    I was not aware she died from atrial
3  fibrillation. She happened to have atrial
4  fibrillation.
5    Q    Were you aware that Ms. Earnest
6  diagnosed with cardioaortic disease in April of
7  2012?
8    A    I don't know what that definition even
9  means. And I'm happy to see where you saw that so
10  I can make the assessment of that. Because that's
11  a very nondescript term.
12    Q    Do you have any recollection of
13  reviewing any medical records reflecting
14  cardioaortic disease in April of 2012?
15    A    That does not have any significance to
16  me. That terminology is a nonterminology in the
17  world. Somebody may have made up something, but
18  there was nothing that jumped out at me with
19  respect to her having symptoms of her having a
20  specific disease. Because what you're describing,
21  it's not a disease.
22    Q    Do you agree that Dr. Carinder was
23  correct in prescribing doxorubicin and
24  cyclophosphamide, followed by docetaxel, for
25  Ms. Earnest?

1         MR. MICELI: Object.
2         THE WITNESS: I'm not an
3  oncologist. I can't comment on what she did with
4  her oncology care.
5  BY MS. SCHULTZ:
6    Q    Are you providing any opinion in this
7  case regarding the regimen prescribed and taken by
8  Ms. Earnest?
9    A    I am saying that cardiac risk factors or
10  cardiac disease would not play a role in selecting
11  her cancer therapy.
12    Q    Do you agree that her cancer treatment
13  was an effective treatment for Ms. Earnest?
14         MR. MICELI: Object to the form.
15         THE WITNESS: I can't comment on
16  the cancer treatment.
17  BY MS. SCHULTZ:
18    Q    Well, do you know if Ms. Earnest
19  currently is cancer free?
20    A    I can't comment on that. I don't know
21  what the latest update is with her.
22    Q    Well, what is the latest information
23  that you recall?
24    A    I mean, it was immediately after her
25  response to treatment, and I thought she

Page 218

1 responded.
2    Q   When you say you thought she responded,
3 what do you mean?
4    A   She had a response to therapy, as I
5 recall, with her care and with her treatment.
6    Q   And what kind of response to therapy did
7 she have?
8        MR. MICELI:  Object to the form.
9        THE WITNESS:  Well, you look at a
10 number of different things.  You have treatment.
11 There's no evidence of recurrence immediately
12 after getting the treatment, and she didn't have
13 that.  I don't know what the -- that's why you
14 keep monitoring patients down the road.
15 BY MS. SCHULTZ:
16    Q   So you don't know what happened with
17 respect to Ms. Earnest's health after, say, three
18 to six months following her cancer treatment; is
19 that right?
20    A   I -- I -- as I recall, there were no
21 cardiovascular issues that played a role in her
22 having disease after treatment, and I believe that
23 was at least six to eight months after completing
24 therapy.
25    Q   Do you know whether or not any aspect of

Page 219

1 Ms. Earnest's cancer treatment has caused cardiac
2 issues other than what you're opining with respect
3 to a -- what is it, six-month period after
4 treatment?
5    A   Yeah.  Yeah.  The specific thing I was
6 asked to actually comment is does the
7 cardiovascular disease or risk factors play a part
8 in choosing the cancer therapy.  That's the part I
9 was asked to comment on.  That's where I can
10 provide an expertise, and that's what I put down.
11        Again, I want to -- given her lack of
12 disease or risk factors, cardiac considerations
13 would not have played a role in selecting her
14 specific cancer treatment.  And that's what I was
15 asked to comment on.  I'm not a few -- right.
16    Q   Your statement regarding Ms. Earnest's
17 lack of cardiovascular disease or risk factors,
18 that's based on your interpretation of risk
19 factors for Ms. Earnest, correct?
20    A   It's based on risk factors that, as a
21 cardio-oncologist, affect me looking at the
22 patient and assessing the patient.  Again, the
23 specific comment is, Would -- the choice of
24 therapy would have been affected in her case?  No.
25    Q   But you don't know whether or not her

Page 220

1 oncologist considered risk factors such as obesity
2 or family history in selecting her cancer
3 treatment, correct?
4    A   She can think what she wants.  However,
5 with respect to deciding therapies for patients
6 such as her, cardiovascular risk factors or
7 disease did not play a role.  Because what you're
8 deciding as risk factor is not -- again, none
9 of -- nothing excludes her from the therapy that
10 she did get.
11    Q   Well, you don't dispute that the risk of
12 cardiotoxicity from an anthracycline plays a role
13 when an oncologist is trying to select a treatment
14 regimen, correct?
15    A   The risk of cardiotoxicity plays a role
16 depending on the specific type of cancer that
17 somebody has.
18    Q   Well, and -- because with Adriamycin
19 comes a risk of cardiotoxicity, correct?
20    A   It -- yes.  We talked about 1 to
21 20 percent.
22    Q   Yes.  Right.  And that's regardless of
23 whether the individual has pre-existing cardiac
24 risk factors, correct?
25    A   Yes.  But that -- that issue is

Page 221

1 significantly higher if somebody has
2 cardiovascular disease, and she didn't have
3 cardiovascular disease; is significantly higher if
4 she has modifiable risk factors, and she doesn't
5 have modifiable risk factors, so otherwise --
6 okay.
7    Q   All right.  So let's look at -- so
8 your -- your conclusion with respect to
9 Ms. Earnest was that cardiac considerations would
10 not play a role in selecting her cancer treatment,
11 correct?
12    A   Yes.
13    Q   Now, let's turn to Antoinette Durden.
14    A   Uh-huh.
15    Q   And for Ms. Durden, you provided no
16 opinion as to whether or not cardiac
17 considerations would play a role in selecting her
18 cancer treatment.  Do you agree?
19    A   So I actually -- yeah, I said, in review
20 of her records, she does not have -- appear to
21 have cardiac complications during and immediately
22 after treatment.
23        She did have risk factors that are being
24 modified with blood pressure treatment and so
25 forth.

56 (Pages 218 - 221)

Page 222

1   Q   But do you agree that your report
2   provides no opinion as to whether cardiovascular
3   disease or risk factors would have played a role
4   in selecting her cancer treatment?
5   A   I do not state it here, no.  But, again,
6   with her case, given -- looking at the entirety of
7   her case, it would not affect what I would choose
8   for her treatment.
9   Q   Well, but you -- you make such -- you
10  don't reach any such opinion in your report,
11  correct?
12  A   I don't state it as such because she
13  really had no risk factors.  If -- she does have
14  risk factors, which include hypertension, which is
15  treated with multiple drugs.
16  Q   So you're saying that you didn't state
17  an opinion regarding whether cardiac
18  considerations played a role in selecting her
19  cancer treatment because they didn't?
20  A   Well, I don't think they did.  She did
21  have some symptoms that may have been interpreted
22  as cardiac and she walks in with hypertension, for
23  example, so these are all modifiable risk factors
24  that we work with, but they don't affect, again,
25  the -- the choice of treatment.

Page 223

1   Q   Well, but you didn't give an opinion
2   with respect to Ms. Durden regarding the choice of
3   treatment, correct?
4   A   Because she had some symptoms along the
5   way that were finally not deemed to be cardiac,
6   and I do not state a statement here.
7   Q   In fact, your last sentence of your
8   report regarding Ms. Durden states that "In review
9   of her records, the patient does not appear to
10  have had cardiac" --
11  A   Cardiovascular.
12  Q   -- "cardiovascular complications during
13  and immediately after treatment."
14  A   Yes.
15  Q   Right?
16  A   Uh-huh.
17  Q   And what -- what does that mean?
18  A   So normally, when we look at things, we
19  look at things like heart squeeze.  And there was
20  no affect whatsoever, as seen by the
21  echocardiograms that were done later.
22      We did not have a sudden increase in the
23  blood pressure.  There were periodic times her
24  blood pressure went higher.  Of course, when you
25  go for cancer therapy, your blood pressure is a

Page 224

1   little bit higher.
2       She had some symptoms of edema, but they
3   were not deemed to be primary cardiac in nature.
4       There was no evidence that the murmur
5   that somebody felt -- heard was cardiac in nature
6   based on the echocardiography.  And there's no
7   evidence that, despite her responses to diuretics,
8   that that was due to her heart.
9   Q   But -- so you're stating that she does
10  not appear to have cardiovascular complications
11  during and immediately after treatment, but her
12  treatment did not contain an anthracycline,
13  correct?
14  A   It did not contain an anthracycline,
15  correct.
16  Q   So you're saying --
17  A   It did include cyclophosphamide, for
18  example, but that's much less of an issue than
19  anthracyclines are.
20  Q   Well, let's -- let's walk through your
21  paragraph --
22  A   Sure.
23  Q   -- paragraph opinion, then.
24      First of all, let's look at Exhibit 5,
25  which includes --

Page 225

1       MR. MICELI:  I don't mean to
2   interrupt.  Should I send an e-mail to them and
3   say 4:30 or --
4       MS. NICHOLAS:  I think it's going
5   to be a while.
6       MR. MICELI:  Just tell them to hold
7   on?
8       MS. SCHULTZ:  Why don't you tell
9   them we're aiming for 4:45.
10      MR. MICELI:  Okay.
11  BY MS. SCHULTZ:
12  Q   So let's look back at Exhibit 5, which
13  are your notes from your review of the medical
14  records.  And for Ms. Durden, you included her
15  date of birth, correct?
16  A   Yes.
17  Q   11/8/50?
18  A   Yes.
19  Q   And then you list her chemotherapy
20  treatments?
21  A   Yes.
22  Q   You have down 10/11 TC, docetaxel
23  Cytoxan, and then you have two question marks, 3/6
24  murmur?
25  A   Yeah.  I saw that on the notes.  And so

57 (Pages 222 - 225)

1 murmur is something somebody heard, and I wrote it
2 as a note. Again, even if -- itself it doesn't
3 mean anything until you look at the echocardiogram
4 to see if there was a murmur and it was primarily
5 cardiac.
6    Q   And then you list the next cycle, TC
7 Number 2, TC Number 3, and you note bilateral
8 edema?
9    A   Yes.
10   Q   And then TC Number 4 and TC Number 5,
11 correct?
12   A   Yes.
13   Q   And then under "cardiac," you list
14 cardiac RF HTN?
15   A   Hypertension.
16   Q   So that's a cardiac risk factor?
17   A   Yes. She had a cardiac risk factor of
18 hypertension, modified cardiac risk factor, which
19 is hypertension.
20   Q   And then you wrote, "Lipids checked
21 11/11." And what are your numbers following that?
22   A   Sorry. The 128 is total cholesterol.
23 114 is triglycerides. HDL is 39. LDL is 66.
24   Q   And then you stated glucose 78?
25   A   Yes.

1    Q   Now, this is under -- you see the
2 cardiac RF. That's underlying, correct?
3    A   Yes.
4    Q   And then it says HTN, correct?
5    A   Yes.
6    Q   Now, when you say lipids checked and
7 that -- the numbers you recorded, are you saying
8 that that is a cardiac risk factor?
9    A   No. They're actually pretty good
10 numbers. Somebody assessed them, which is part of
11 our problem. Nobody checks the lipids when
12 they're giving cancer therapy, and somebody did
13 check them, and I wrote them down.
14   Q   Did you look at any of her other lipid
15 levels at any time other than November 11th?
16   A   I think I looked at them. They were
17 generally in the pretty good ballpark, which is
18 128 total cholesterol, with LDL of 66. They
19 didn't dramatically change.
20   Q   Now, you wrote glucose 78?
21   A   Uh-huh.
22   Q   That was as of 11/11?
23   A   Uh-huh.
24   Q   Now, you're aware that she had -- there
25 are several other glucose readings in her records

1 where her glucose is very high.
2    A   Sure.
3    Q   Are you aware of that?
4    A   Absolutely. Because you can get
5 steroids, you can get acute phase issues that make
6 your glucose go up. They may have checked it
7 right after eating something. So they could go
8 all over the place during the treatment.
9    Q   But you don't -- you're just speculating
10 at this point that that could have been a cause
11 for high glucose readings?
12   A   What?
13   Q   Of Ms. Durden, if she had other glucose
14 readings that were high, you're speculating that
15 that could have been due to a --
16   A   A number of different things, yes.
17   Q   But you don't know one way or the other?
18   A   What -- I'm not sure I understand the
19 question you're asking. Are you deciding whether
20 we check diabetes -- if you're asking me whether
21 you diagnose diabetes, we don't look at random
22 sugars to check for diabetes.
23   Q   The reason I'm asking is because you
24 wrote glucose 78 --
25   A   Yes.

1    Q   -- when it was checked on November 11,
2 correct?
3    A   It was checked on November 11.
4    Q   All right.
5    A   Yes. It was checked, yes.
6    Q   But you haven't written down any of the
7 glucose readings taken for Ms. Durden on any other
8 date, correct?
9    A   I have not, no.
10   Q   All right. And then under echo, 9/11,
11 it says LVH. What is that?
12   A   Left ventricular hypertrophy.
13   Q   And what is left ventricular
14 hypertrophy?
15   A   Well, we have normal values about how
16 thick a heart should be, and sometimes they go
17 over that, and based on that, we call that left
18 ventricular hypertrophy.
19   Q   And the echo -- you also list echo,
20 January 2012, both left ventricular hypertrophy
21 and mitral calcification --
22   A   Yes.
23   Q   -- correct?
24       What is that?
25   A   Mitral calcification is thickening of

58 (Pages 226 - 229)

Page 230

1  the heart valves.  When you're looking with an
2  echo, you get a lot more information, and you kind
3  of note them basically.
4      Q   And are -- is it your testimony --
5  testimony that the left ventricular hypertrophy
6  and mitral calcification are not signs of heart
7  disease?
8      A   As it pertains to deciding breast cancer
9  therapy, it is not something we -- we decide on.
10     Q   But is -- is that a sign of heart
11  disease?
12     A   It's a sign.  It's not heart disease.
13     Q   Well, it's -- and it's certainly a risk
14  factor for heart disease, correct?
15     A   Well, there's been recent data
16  suggesting, in a large population, it can be a
17  risk for heart disease, yes, but it usually goes
18  along with something like hypertension.
19     Q   And so those are all of the notes that
20  you have regarding your review of Ms. Durden's
21  medical records, correct --
22     A   Yes.
23     Q   -- on Exhibit 5?
24     A   Exhibit 5, yeah.
25     Q   Okay.  Great.  What portion of

Page 231

1  Ms. Durden's medical records did you review?
2      A   I reviewed everything around the time of
3  cancer and cancer treatment.
4      Q   So within how many --
5      A   Probably six months or something, I
6  would say.
7      Q   So you reviewed Ms. Durden's medical
8  records for the period approximately six months
9  prior to her treatment?
10     A   Yeah, approximately.
11     Q   And approximately --
12     A   I have to go back, yeah.
13     Q   And approximately six months after?
14         MR. MICELI:  Object to the form.
15         THE WITNESS:  Yeah.  I -- again,
16  I -- when I look at these records, my expertise is
17  cardiac issues, and I specifically have a
18  heightened look if anything cardiac pops up.
19  BY MS. SCHULTZ:
20     Q   And you spent approximately two hours
21  reviewing the medical records of Ms. Durden?
22     A   Probably, give or take.
23     Q   Did -- do you recall, did you review any
24  of the medical records of Ms. Durden's primary
25  care providers?

Page 232

1      A   I believe I did some of them, yes.
2      Q   Do you recall which ones?
3      A   I don't remember.
4      Q   Now, just stepping back for a moment
5  with respect to Ms. Earnest, you don't cite to any
6  of her medical records in your report, correct?
7      A   I don't, no.
8      Q   Okay.  And the same with Ms. Durden?
9  You don't cite to any of her medical records in
10  your report, correct?
11     A   Nope.
12     Q   Now, the -- you said earlier that last
13  night you reviewed one of the transcripts of
14  Ms. Durden's deposition, correct?
15     A   Yes.
16     Q   And we agreed that you had not reviewed
17  the supplemental transcript, correct?
18     A   I don't believe I did.
19     Q   Did you review the deposition of
20  Ms. Durden's primary care provider?
21     A   I did not.
22     Q   Have you asked to review the deposition
23  of her primary care provider?
24     A   I wasn't sure it existed.
25     Q   Did you ask if it existed?

Page 233

1      A   I did not.
2      Q   Do you know who was treating
3  Ms. Durden's hypertension prior to her cancer
4  diagnosis?
5      A   From the notes that I recall, it was
6  probably the hypertension -- the primary care
7  physician, because she came in on a number of
8  different medications that the patient -- she was
9  on.
10     Q   And so the deposition of her primary
11  care physician who is treating her heart condition
12  is something that would be relevant to your
13  opinion in this case to read, correct?
14         MR. MICELI:  Object to the form.
15         THE WITNESS:  First of all, I
16  didn't know -- this is the first time I realized
17  it existed.
18         Number two, I look at his -- his or
19  her notes as I look at my -- formulate my opinion
20  with respect to cancer choice of treatment in this
21  patient.
22  BY MS. SCHULTZ:
23     Q   In forming your opinions in this case
24  pertaining to her cardiovascular condition, which
25  includes a longstanding history of hypertension --

59 (Pages 230 - 233)

Page 234

1    A   Uh-huh.
2    Q   -- do you agree that it would be
3    important to review the transcript of the doctor
4    that was treating her for her cardiovascular
5    condition?
6    A   I believe it's good to look at the notes
7    of the doctor that was taking -- again, it's not a
8    cardiovascular condition; a cardiovascular risk
9    factor -- I look at the doctor's notes. I was not
10   aware he was even deposed in this case.
11   Q   But it -- if you're providing an
12   opinion, whether it's a scientific opinion or
13   treating a patient, you'd want to review all of
14   the information available regarding that patient's
15   condition. You agree?
16   A   Sure.
17        MR. MICELI:  Object to the --
18   excuse me.  Object to the form.
19        THE WITNESS:  I don't know what --
20   I'm used to, in the few cases I've ever done, just
21   reviewing the medical records.  That's how I form
22   an opinion.  And I look at the doctor's notes.  I
23   don't know who was deposed in this case in
24   general, so --
25

Page 235

1    BY MS. SCHULTZ:
2    Q   So are you going to ask to see the --
3    and review the deposition of Dr. -- it's Dr. Vayu?
4    A   Sure, I could.  It probably doesn't make
5    any changes here with respect to my opinion of
6    this patient's care.
7    Q   It won't make any difference in your
8    opinion --
9    A   No.
10   Q   -- is that right?
11        Okay.  Would you just read into the
12   record your full report for Ms. Durden.
13   A   Sure.  Ms. Durden, right.  60-year-old
14   -- "This is a 60-year-old female presenting with
15   stage IIB infiltrating moderately differentiated
16   ductal carcinoma of the left breast for which she
17   underwent bilateral mastectomy with sentinel lymph
18   node biopsy which was positive.
19        "Pathology revealed ER positive, HER2
20   negative breast cancer.  She then underwent six
21   doses of docetaxel and cyclophosphamide and
22   continued treatment with letrozole.
23        "From a cardiovascular standpoint, the
24   patient had hypertension, which was treated with
25   multiple medications, including atenolol,

Page 236

1    verapamil, benazepril, and hydrochlorothiazide,
2    which appeared to control her blood pressure
3    through the course of her treatment.
4         "She did not -- she did have
5    echocardiograms both prior and following
6    completion of therapy.  These showed normal
7    ventricular function, with evidence of left
8    ventricular hypertrophy and mitral valve
9    calcification.  The patient's echocardiographic
10   manifestations were most likely due to
11   hypertension and not related to cancer or cancer
12   treatment.
13        "During the course of treatment, the
14   patient was noted to have a cardiac murmur as well
15   as bilateral edema.  Her echocardiograms did not
16   reveal a primary cardiac etiology for a murmur or
17   her edema.  She appears to have responded to the
18   addition of diuretic for her swelling.
19        "In reviewing her records, the patient
20   does not appear to have had cardiovascular
21   complications during and immediately after
22   treatment."
23   Q   And that is the entirety of your opinion
24   with respect to Ms. Durden's case, correct?
25   A   Yes.

Page 237

1    Q   And there are no other opinions that you
2    will be offering at trial, correct?
3    A   That's what I wrote here, yes.
4    Q   And that is -- those are all of your
5    opinions that you're giving as an expert witness
6    on behalf of Ms. Durden, correct?
7    A   Yes.
8    Q   Great.  Now, you say that she underwent
9    six doses of docetaxel and cyclophosphamide?
10   A   Uhm-uhm.
11   Q   Is it cyclophosphamide or
12   cyclophosphamide?
13   A   -phamide, yes.
14   Q   -mide.  Okay.
15   A   Yes.  Yes.
16   Q   What dose did she receive of the
17   docetaxel?
18   A   I don't remember.
19   Q   What dose did she receive of the
20   cyclophosphamide?
21   A   I don't remember.
22   Q   And how many weeks apart were her doses?
23   A   I don't remember.
24   Q   Now, you say in your report that she
25   received six doses of docetaxel and

60 (Pages 234 - 237)

Page 238

1  cyclophosphamide, but on Exhibit 5, you only
2  identify five cycles?
3     A   Yeah.  I was -- I don't know.  I wrote
4  five here and six, and I wasn't sure whether she
5  was given six doses or not.  I was going through
6  each one chronologically, and I don't -- at least
7  I didn't make a note of the sixth one.
8     Q   So do you know whether or not she
9  received five or six doses?
10    A   I believe it was six doses, but we could
11  double-check again.
12    Q   What other chemotherapy regimens were
13  considered for the treatment of Ms. Durden?
14    A   I don't know the answer to that.
15        MR. MICELI:  Object to the form.
16  BY MS. SCHULTZ:
17    Q   Well, you don't know that from reading
18  Ms. Durden's deposition?
19    A   Oh, yeah, there was a question of
20  Adriamycin actually, the anthracyclines, that came
21  up.
22    Q   Do you know what other regimens were
23  considered?
24    A   I -- the extent I remember is an
25  anthracycline-containing treatment.  And I

Page 239

1  remember discussions that went around deciding
2  what to do, both with her family and oncologist.
3     Q   Are you aware that the -- a possibility
4  of enrolling in a clinical trial was discussed
5  with Ms. Durden?
6     A   I'm -- it may have been discussed.  I'm
7  unaware of it.  I don't recall it right here.
8     Q   So I take it you're not aware of the
9  nature of that clinical trial?
10    A   I'm not an oncologist, and I can't tell
11  you what the different clinical trials any
12  oncologist has on their arm when they offer the
13  patients the treatments.
14    Q   And do you know what regimens,
15  chemotherapy regimens, were part of that trial?
16    A   I do not know anything about the trial
17  to tell you what the chemotherapy is.  I'm not an
18  oncologist.
19    Q   All right.  Now, for Ms. Durden's case,
20  cardiac considerations actually did play a role in
21  selecting her cancer treatment.
22        Do you agree?
23    A   So are you asking me now to make a
24  statement on that, or did it play a role?  She was
25  scared of doxorubicin per discussions with her

Page 240

1  daughter, I believe, and there was a question of
2  toxicity that comes with doxorubicin.
3     Q   Because you're aware from your review of
4  the medical records that Ms. Durden refused to
5  take a regimen that contained Adriamycin?
6     A   Yes.
7     Q   And you're aware that, in the records,
8  it states that she was adamant that she not
9  receive Adriamycin?
10    A   I think she talked to her daughter, who
11  was a nurse, I believe, or was going back to
12  nursing school, and especially with -- after
13  discussion with her, she did not want Adriamycin.
14    Q   Well, there's nothing in the record as
15  to whether or not her opinion that she didn't want
16  Adriamycin was based on having talked to her
17  daughter, correct?
18    A   Not in the records.  I mean, I guess I
19  don't know where I saw that.  It may have been
20  part of the deposition I saw.
21    Q   Well, both Ms. Durden and her daughter
22  were adamant that she not receive Adriamycin,
23  correct?
24    A   Yes.
25    Q   And they referred to Adriamycin as "the

Page 241

1  red devil"?
2     A   Yes.
3     Q   Are you aware of that?
4     A   Yes.
5     Q   From where are you aware of that?
6     A   I believe that was said in the
7  deposition.
8     Q   And you understand that the reason that
9  they were adamant that she not receive Adriamycin
10  was based on Ms. Durden's extensive family history
11  of heart disease and her personal history of
12  hypertension?
13    A   So I -- my impression from looking at
14  this were cardiac considerations, among other
15  things, for the family's choice of deciding
16  whether to use anthracyclines or not.
17    Q   The -- because Ms. Durden advised that
18  she was concerned about taking Adriamycin -- well,
19  let me strike that because I don't want to have to
20  pull out the medical record.
21        You don't know what alternative regimen
22  was proposed that contained Adriamycin; is that
23  right?
24    A   I do not know the answer to that.
25        MR. MICELI:  Object to the form.

61 (Pages 238 - 241)

Page 242

1  BY MS. SCHULTZ:
2      Q   And -- but as we've discussed, cardiac
3  risk factors should be taken into consideration
4  before Adriamycin is used in treatment, correct?
5      A   No.  I specifically said cardiac disease
6  should be taken into consideration.  We modify
7  cardiac risk factors, and that's what I would do.
8      Q   But cardiac risk factors increase the
9  risk of Adriamycin-associated cardiotoxicity,
10  correct?
11      A   Sure.
12      Q   In fact, the Adriamycin label states
13  that, for patients that have cardiac risk factors,
14  there is an increased risk of
15  Adriamycin-associated cardiotoxicity.  Agree?
16      A   Sure.
17          MR. MICELI:  Object to the form.
18          THE WITNESS:  However --
19  BY MS. SCHULTZ:
20      Q   Now --
21      A   Okay.  Go ahead.
22      Q   Now, Ms. -- Ms. Durden did have risk
23  factors for heart disease and cardiotoxicity
24  before she was diagnosed with breast cancer.  You
25  agree?

Page 243

1      A   She had hypertension, yes.
2          MR. MICELI:  Object to the form.
3  BY MS. SCHULTZ:
4      Q   Well, she was 61 years old?
5      A   I mean, you can't modify age.  I'm
6  sorry.  It's just --
7      Q   I understand that.
8          And she was a female.  I understand that
9  can't be modified.
10      A   That's just the nature of the business
11  with breast cancer.
12      Q   But it's a risk factor?
13      A   Sure.
14      Q   She was postmenopausal, correct?
15      A   That comes with 61 and being female.
16      Q   She had an extensive family history of
17  cardiovascular disease, correct?
18      A   Sure.
19      Q   What was that family history?
20      A   I remember -- I believe there were some
21  parents -- some -- I think her mom had cardiac
22  disease.  I don't recall it specifically.
23      Q   Now, you don't state anything about a
24  family history of cardiovascular disease in your
25  report?

Page 244

1      A   Yeah.  It doesn't strike me as being a
2  major risk factor I would think about when it
3  comes to treatment of her case for the breast
4  cancer.
5      Q   Well, were you aware that her parents
6  died of heart attacks?
7      A   They had heart attacks, yeah.  I believe
8  it was an older age, though.
9      Q   Well, do you know what age it was?
10      A   I don't remember.
11      Q   Are you aware that many of her siblings
12  had experienced congestive heart failure and heart
13  attacks?
14      A   They had heart problems, yes.
15      Q   So it was a very extensive family
16  history of heart disease for Ms. Durden.  Do you
17  agree?
18      A   Sure.  But it does not affect this case
19  with respect to treatment.  But we can get into
20  that.  We can discuss that.
21      Q   It does -- well, you're saying it
22  doesn't -- in your opinion, it doesn't affect
23  Ms. Durden's treatment from the perspective of
24  someone like you as a cardio-oncologist who would
25  see her and run tests on her cardiovascular

Page 245

1  function?
2      A   No.  I'd look at --
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  Sorry.  I look at the
5  entirety of her history, of her existing cardiac
6  disease, which, if you recall, we go through and
7  look at.  We look at her echo, what's her LV --
8  what her LV function is.  We look at risk factors.
9          But we look for cardiac disease,
10  number one, and she did not have obvious cardiac
11  disease.
12  BY MS. SCHULTZ:
13      Q   Well, when would -- when would cardiac
14  risk factors, then, ever have any -- play any
15  factor in assessing the cardiotoxicity of cancer
16  treatment?
17      A   We emphasize modifying the risk factors,
18  but it doesn't necessarily -- in general, doesn't
19  play a role.
20      Q   Well, does it ever -- are you saying
21  there's no reason to assess the cardiovascular --
22  the cardiac risk factors prior to giving
23  Adriamycin therapy?
24      A   No.
25          MR. MICELI:  Hold on.  Object to

62 (Pages 242 - 245)

Page 246

1   the form.
2          THE WITNESS:  So what I'm saying
3   is, if you have cardiac risk factors, we modify
4   those and the patient gets the best cancer
5   treatment.
6   BY MS. SCHULTZ:
7       Q   And how do you modify those?
8       A   You treat the hypertension aggressively;
9   you check lipids, which we don't do on many of our
10  patients; you check sugars, which we don't do on
11  many of our patients.  So you assess and you
12  attenuate those risk factors.
13      Q   Well, how do you treat obesity and
14  modify it?
15      A   You tell them about exercise.  It's
16  really not something you can tell when somebody is
17  getting chemotherapy.  It's a hard thing to bring
18  up.
19      Q   Earlier you testified that one of the
20  things that you look at is an accumulation of risk
21  factors --
22      A   Sure.
23      Q   -- correct?
24          You don't just look at one risk factor,
25  correct?

Page 247

1       A   Yes.
2       Q   And you agree that several risk factors
3   greatly increases an individual's risk of
4   cardiodisease when you have several combined,
5   correct?
6       A   Sure.
7       Q   Great.
8          And so far we know that Ms. Durden had
9   an extensive history of -- family history of
10  cardiac disease, correct?
11      A   She did.  But it was not something I
12  make -- it's -- again, we -- as cardiologists,
13  there are different calculators we use to assess
14  cardiac risk factors.
15      Q   But that is --
16      A   The three big things -- sorry.  I'm not
17  if I understand yet.
18      Q   Okay.
19      A   The three big things is hypertension,
20  diabetes, and hyperlipidemia.  Mostly, we can
21  affect these.
22          There is controversy as what obesity
23  means.  We went through that already.  And there
24  are some things you can't control, such as age,
25  family history, and other things.

Page 248

1          So when we look at things, the first
2   three things I look at in terms of risk factors
3   are the hypertension, the hyperlipidemia, and the
4   diabetes.  Those are three big things because
5   certainly we can modify them.
6       Q   If somebody develops diabetes, say, six
7   months after having been treated with an
8   anthracycline, does that increase the risk of
9   anthracycline-associated cardiotoxicity?
10      A   Yeah, we don't have good studies to say
11  whether the diabetes itself, that sugar increase
12  independently increases the risk.
13          If you walk in with multiple risk
14  factors, that would be a risk factor, but it
15  would -- it is not independently the sugar
16  changing.  I'm unaware of a study that shows that
17  is an independent risk factor.
18      Q   But -- but let's say cardiovascular
19  disease developed a year after anthracycline
20  treatment.  Does that increase that patient's risk
21  of having anthracycline-induced cardiotoxicity?
22      A   So remind me again what you're
23  talking -- you're talking about whether the sugar
24  that was normal that goes up, whether that acts as
25  a risk factor for developing anthracycline-induced

Page 249

1   cardiotoxicity?
2       Q   No.  I'm asking you if -- if a patient
3   is diagnosed with cardiovascular disease --
4       A   You define that for me, please.
5       Q   Okay.  Well, let's -- let's say a
6   patient has coronary artery disease.
7       A   So what does that mean?
8       Q   Well, a year after treatment.
9       A   What does that mean?  Coronary artery
10  disease, what does that mean?
11      Q   Well, you tell me, what is coronary
12  artery disease?
13      A   Well, it could be any number of things.
14  It's a spectrum from dropping dead from heart
15  attack to having a heart attack where you need to
16  go to the angioplasty suite immediately and having
17  a CABG, to something where somebody checked the
18  blood tests, which was slightly high but there was
19  no cardiac damage seen and the coronaries look
20  normal.
21          So it's a spectrum of things that we
22  consider coronary vascular disease, if that's what
23  you're asking.
24      Q   The -- what I'm trying to ask you is,
25  does a patient's cardiac condition after treatment

63 (Pages 246 - 249)

Page 250

1  with anthracyclines impact their risk of
2  developing anthracycline-induced cardiotoxicity?
3      A   So --
4          MR. MICELI:  Object to the form.
5          THE WITNESS:  Okay.  So
6  anthracycline-induced cardiomyopathy is generally
7  thought of, in the long-term after getting
8  treatment, to be cardiomyopathy, where the
9  ejection fraction falls lower than what we would
10 expect it to be.  We used to look at patients when
11 they present with heart failure.
12         So there are no studies as of this
13 point showing that a blood glucose change, which
14 was normal that then becomes abnormal, that blood
15 pressure affects anthracycline-induced
16 cardiomyopathy.
17         They may develop cardiomyopathy
18 years later that may be due to a number of
19 different issues, and anthracycline is a
20 consideration that can play a role there.  So I --
21 I guess we can -- I hope I'm clear with that.
22 BY MS. SCHULTZ:
23      Q   So let's continue talking about
24 Ms. Durden's cardiac risk factors.  We had talked
25 about the family history.  Well, the fact that

Page 251

1  she's -- her age; the fact that she's a woman;
2  she's postmenopausal; she has the extensive family
3  history of cardiovascular disease.
4          Now, was Ms. Durden also obese?
5      A   I believe she was above the level of
6  obesity.  I don't remember what her BMI was.
7      Q   What is considered above the level of
8  obesity?
9      A   Well, it was 29, 28.  If it was above
10 that, I consider obese.
11     Q   So with a BMI of 31.5, she'd be
12 considered obese?
13     A   Yes.  But it's not 41, so --
14     Q   Well, but it's considered obese?
15     A   Sorry.
16     Q   It's considered obese?  Yes?
17     A   By definition, yes.
18     Q   And by the definition you gave me?
19     A   By definition again, I think I believe
20 about 29.  I'd have to double-check that.
21     Q   And you do acknowledge that she had
22 hypertension?
23     A   She has hypertension.
24     Q   And how long had she had hypertension?
25     A   I believe that was on for some time.

Page 252

1  She had hypertension that developed over some
2  time.  The question is we never know, because when
3  did she start seeing a doctor regularly and being
4  treated, but it was some -- several years prior to
5  presentation.
6      Q   Well, that's -- that's in her medical
7  records, correct?
8      A   Yes.
9      Q   It was actually many years prior to --
10     A   Yes.
11     Q   -- her treatment?
12     A   Yes.
13     Q   Do you know what year?
14     A   I don't remember when she was diagnosed.
15     Q   Well, did you understand that it took
16 several medications to try to keep her
17 hypertension under control?
18     A   Absolutely.  She was on four different
19 medications.
20     Q   And that was atenolol, verapamil,
21 benazepril, and hydrochlorothiazide?
22     A   Hydrochlorothiazide, yes.
23     Q   Yes.  And do you know whether those
24 medications were controlling her blood pressure?
25     A   Yes.  But, I mean, that's something now

Page 253

1  totally separate.  The medications, I would have
2  probably slightly chosen different medications to
3  control her blood pressure.
4      Q   Well, do you -- do you know what her
5  blood pressure readings were prior to her
6  diagnosis?
7      A   Yeah.  It appeared to actually control
8  her blood pressure reasonably well.  It was -- a
9  couple of times it was over -- 140/150 during
10 treatment.  But it's hard to say whether that was
11 at -- but they were actually -- on several notes
12 that I saw, there were reasonable control of her
13 blood pressure.
14     Q   But she also had blood pressure readings
15 prior to her diagnosis that were high.  You agree?
16     A   Sure.
17     Q   And then you state that she had
18 echocardiograms performed prior to and following
19 completion of therapy, correct?
20     A   Yes.
21     Q   And one of them was -- that was
22 performed in September of 2011?
23     A   Yes.
24     Q   You note she had evidence of left
25 ventricular hypertrophy and mitral valve

64 (Pages 250 - 253)

1 calcification, correct?
2          MR. MICELI:  Object to the form.
3      A   I believe the mitral valve calcification
4  was noted in the subsequent echocardiogram, if I
5  recall correctly.  But, again, that's pretty much
6  a judgmental call.  Probably there before as well.
7      Q   Are you aware that it was noted in a
8  September 1st, 2011, echocardiogram before she
9  ever started treatment?
10     A   I believe she had LVH, and there was
11 some -- I -- as I took my notes, I saw the mitral
12 calcification really be something they said on the
13 January 2012 echocardiogram.
14     Q   Well, if it's in the September
15 echocardiogram, that met -- the record will speak
16 for itself, right?
17     A   Probably -- yes.  Yes.  Yes.
18     Q   All right.  Now, was the echocardiogram
19 performed -- was it a two-dimensional
20 echocardiogram, do you know?
21     A   It's usually -- yes, it's usually a
22 two-dimensional echocardiogram.
23     Q   And do you agree that one of the
24 drawbacks of two-dimensional echocardiography is
25 its inability to detect small, less than

1  10 percent, changes in LV EF?
2      A   I don't agree with that statement
3  because I'm not sure that's relevant.  But I don't
4  agree with that statement.
5      Q   What is the best method of testing to
6  determine LV EF?
7      A   There are many, many ways you can ask --
8  you can order a much more expensive test, such as
9  an MRI.  You can do 3-D echocardiography.  With
10 respect to every cancer patient that comes through
11 the door, 2-D echocardiogram would suffice.
12     Q   So do you recall that, in December of
13 2011, during Ms. Durden's treatment, her radiology
14 report reflected that there was a plaque of the
15 aorta?
16     A   Yes.
17     Q   And that plaque of the aorta would have
18 existed prior to her starting treatment, correct?
19     A   Probably.  You get a lot of information
20 when you do tests on patients, so you have to take
21 everything in context.
22     Q   And then in her January 6th, 2012,
23 radiology report -- this is still during her
24 treatment -- do you recall that it stated a
25 cardiac silhouette is prominent; there is

1  atherosclerotic calcification of the aorta.
2      A   That's basically the aortic plaque, yes.
3  But, again, when you're doing a lot of tests on
4  patients, you get a lot of information.
5      Q   And that's a good thing, correct?
6      A   No.  We don't screen everybody with
7  imaging.
8      Q   But Ms. Durden was screened with
9  imaging, correct?
10     A   She was screened for -- specifically
11 looking at the heart -- cardiac function.
12     Q   Well, do you know -- actually, do you
13 know why she was having these tests done in
14 December and January of 2012?
15     A   Partly to assess whether she had the
16 swelling, and there was also a question of heart
17 murmur.
18     Q   Well, and are you aware that she was
19 also complaining of chest pain --
20     A   Chest pain, yes.
21     Q   -- and was concerned about her heart?
22 All right.
23          And is it -- pronounce this for me.
24 It's atherosclerosis?
25     A   Atherosclerosis, yes.

1      Q   And you told me earlier, and I lost my
2  note, but that atherosclerosis --
3      A   Atherosclerosis.
4      Q   -- atherosclerosis is heart disease,
5  correct?
6      A   Atherosclerosis is a sign that there are
7  blockages in the vessels.  Many people, as they
8  get older, they get atherosclerosis.  Many of us
9  in this room may have atherosclerosis.
10         It doesn't mean, with respect to the
11 patient's choice of treatment, whether she had a
12 cardiac event, which includes heart failure,
13 arrhythmias, coronary artery disease.
14     Q   But it is heart disease, correct?
15     A   No.  It's not -- it's not the equivalent
16 of a cardiac event that leads us to think this
17 patient has a cardiac event.  It's not cardiac
18 disease.
19     Q   You agree that it increases the risk for
20 a heart attack and stroke, correct?
21     A   Yes.  So with cardiac disease -- again,
22 let's just get -- there's a spectrum of disease
23 that we want to talk about, and we went through
24 this with a couple of examples.  So that is
25 something that is seen with the data that we get

65 (Pages 254 - 257)

Page 258

1  on patients, and they're not things we necessarily
2  treat out of context. We don't know what to do if
3  we see that in a regular patient with no cancer.
4      Q   Now -- but it does increase the risk for
5  heart attack and stroke, correct?
6      A   It is a risk factor. Just because you
7  get older, that's also a risk factor.
8      Q   And especially when it's combined with
9  other risk factors, correct?
10     A   You're combining a lot of different
11 things right now.
12         Diabetes -- if her sugars were 500,
13 that's a very different risk factor than seeing
14 the plaque on the aorta, which, by the way, it
15 doesn't show her chest pain was really cardiac.
16     Q   But you're not disputing that she had
17 atherosclerosis as of January 2012, correct?
18     A   Atherosclerosis is something that we
19 will find in some of us sitting in this room.
20     Q   But do you agree that she had
21 atherosclerosis as of January 2012?
22     A   Well, she didn't have a heart event.
23 She -- we looked for -- did a lot of tests, and
24 there was evidence of atherosclerosis, but she
25 didn't have a cardiac event.

Page 259

1      Q   And my only question is, do you agree
2  that she had atherosclerosis as of January 2012?
3      A   Okay.
4      Q   Correct?
5      A   Well, to correctly diagnose
6  atherosclerosis -- because I know you're going to
7  get into a technical term here -- you need
8  ankle-brachial index, for example, to diagnose
9  atherosclerosis. You need an angiogram to
10 diagnose atherosclerosis. You can't just go on a
11 plaque that was seen for a test that was -- that
12 was not the primary thing of the test. It was to
13 look for atherosclerosis.
14     Q   Well, if she had atherosclerosis as of
15 January 2012, that would mean she had
16 atherosclerosis as of September and October of
17 2011, correct?
18     A   Maybe, yes.
19     Q   Well, atherosclerosis doesn't develop in
20 two months' time, correct?
21     A   It doesn't generally, no.
22     Q   All right. You never examined
23 Ms. Durden, correct?
24     A   I did not.
25     Q   And you never ran any tests on

Page 260

1  Ms. Durden to determine whether or not she had
2  atherosclerosis, correct?
3      A   No. But we don't screen for
4  atherosclerosis in our breast cancer patients. We
5  just don't. If they had events -- because
6  otherwise you're ordering a lot of tests that
7  delay the treatment for the patient. So what
8  you're proposing, as what was seen in -- I would
9  say somewhat incidentally subsequently, is not
10 something we screen for.
11     Q   And I'm not asking whether this is
12 something that would have been tested or wouldn't.
13 I am simply going through Ms. Durden's medical
14 history --
15     A   Sure.
16     Q   -- and asking you, as you sit here
17 today, you have no basis to dispute that
18 Ms. Durden had atherosclerosis as of January 2012,
19 correct?
20     A   As I sit here today and look at the
21 entirety of their tests, I note that she had
22 atherosclerosis that was picked up on a test
23 without any cardiac events. This is really
24 important.
25     Q   Right. Right. And Ms. Durden was also

Page 261

1  taking verapamil at the time, correct?
2      A   Yes.
3      Q   And verapamil is a calcium entry
4  blocker, correct?
5      A   Yeah. I'm actually kind of interested
6  to know why she was taking it.
7      Q   Verapamil is indicated for treatment of
8  patients with vasospastic and chronic stable
9  angina pectoris?
10     A   It could be also for patients with
11 atrial fibrillation, and I didn't see any evidence
12 of atrial fibrillation.
13     Q   But you would want to know why she was
14 taking verapamil?
15     A   It's actually something many primary
16 care -- it's an older drug that many people use.
17 It's not one I normally use as part of my
18 practice.
19     Q   Well, are you aware that doxorubicin
20 combined with verapamil, a calcium channel entry
21 blocker, can increase the risk of
22 cardiotoxicity --
23     A   No. It --
24     Q   -- by anthracyclines?
25     A   Sorry. You're incorrect in making that

66 (Pages 258 - 261)

Page 262

1  statement.  Verapamil increases the concentration
2  of doxorubicin because they both metabolite
3  similarly.  And that's why we know it can increase
4  the concentration of doxorubicin at any given
5  point in the blood.
6      Q    It can -- where's the 2011 label?
7          Are you aware that the doxorubicin
8  label, at the time Ms. Durden was treated for her
9  cancer, stated that "Studies have suggested that
10 concomitant administration of doxorubicin and
11 calcium channel entry blockers or cardiotoxic
12 drugs, especially those with long half-lives, may
13 increase the risk of doxorubicin cardiotoxicity."
14     A    It says "may increase."  What it does
15 increase is the concentration of clinical effects
16 of doxorubicin.
17     Q    But you agree that it may increase the
18 risk of doxorubicin cardiotoxicity?
19     A    I don't think anybody has ever shown
20 that it increases the concentration of
21 doxorubicin, which is not to say the same thing,
22 it increases cardiotoxicity.
23     Q    So you're disagreeing with the FDA's
24 label which states that studies have suggested
25 that it can increase the risk of doxorubicin

Page 263

1  cardiotoxicity?
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  I disagree with that
4  statement.
5  BY MS. SCHULTZ:
6      Q    And have you --
7      A    It increases the risk of cardio- -- I'm
8  sorry, increases the risk of the concentration of
9  doxorubicin.
10     Q    Have you done any studies or research
11 regarding calcium channel blockers taken in
12 combination with anthracyclines?
13     A    I have looked at the existing literature
14 to show whether verapamil and of itself is a
15 risk factor for cardiotoxicity.  I have not found
16 anything.  This is based on a theoretical increase
17 in doxorubicin at the time of giving the drug.
18         I don't generally use it as part of my
19 practice because I don't think it's a very
20 effective antihypertensive, but that's a separate
21 issue.
22     Q    That's not what the label just said that
23 we read, correct?
24     A    Yeah.  Yeah.
25     Q    I agree you disagree with the label.

Page 264

1      A    Yes.
2      Q    Great.
3      A    And I just want to make sure, you may
4  refer to the label.  There are a lot of other
5  information that I incorporate in my practice when
6  it comes to deciding with respect to
7  cardiovascular issues.  Some of it is the label.
8  Some of it is the NCCN stuff.  Some of it is ASCO
9  guidelines.
10         There are a lot of different things that
11 play a role, including my experience in this field
12 for the last ten years.  So that's one
13 consideration that we always incorporate, but it's
14 only one.
15     Q    Why -- why is it that you don't rely on
16 the FDA label for a drug in determining potential
17 cardiotoxicity and the impact on cardiac health?
18     A    Because what's written on page 10 of an
19 FDA label is one of the many things I incorporate
20 in the patient care, along with about ten other
21 things, including my own research in this area.
22     Q    So in addition to the label, you rely on
23 your own research?
24     A    Yes.
25     Q    And what else?

Page 265

1      A    ASCO guidelines, NCCN guidelines.
2  There's a pharmacology group that has different
3  things with respect to cardiac issues.
4          Those are all the different things I
5  incorporate into my practice.
6      Q    Now, let's go back to Ms. Durden's risk
7  factors again.
8          She also had a heart murmur, correct?
9      A    Uh-huh.
10     Q    And it was a 3/6 systolic ejection
11 murmur, correct?
12     A    (Nods head.)
13     Q    And that would be deemed an abnormal
14 murmur?
15     A    That's an abnormal murmur, yes.
16     Q    Great.
17         And she had that murmur prior to
18 starting her treatment?
19     A    Yeah.  Because I have a note that it was
20 there beforehand, yep.
21     Q    All right.  And during treatment, she
22 developed anema -- edema?
23     A    Anemia.  Edema.  Sorry, yes.
24     Q    And she had 2-plus pitting edema of the
25 lower extremities, correct?

67 (Pages 262 - 265)

Page 266

1     A   Yes.
2     Q   And do you recall that there was a
3  concern that she was having congestive heart
4  failure during her treatment because of her pain
5  and symptoms of shortness of breath?
6     A   But also the edema, yes.
7     Q   Okay.  Now, since her treatment, is it
8  correct that you don't know anything about her
9  cardiovascular health?
10     A   I know during the course of treatment
11  she had further work-up to both assess the murmur,
12  which is a subjective reporting, as well as the
13  edema, which could be due to a number of different
14  causes, and there was no evidence that there was
15  cardiac issues playing a role in this.
16     Q   And do you -- are you aware that she
17  started seeing a cardiologist, Ms. Durden?
18     A   I think I saw one note that she saw a
19  cardiologist subsequently, yes.
20     Q   And she's also subsequently been
21  diagnosed with hyperlipidemia?
22     A   Well, because they checked her
23  cholesterol, and yeah.
24     Q   Are you aware of that?
25     A   I believe so, yeah.

Page 267

1     Q   And when was that?
2     A   I believe it was a year later, or
3  something like that.  I don't have the exact date.
4  I think that with respect to, again, what I was
5  asked to comment on, I did note what her lipids
6  were in November of 2011, and they were very
7  normal.
8     Q   Are you providing any opinion with
9  respect to the chemotherapy regimen that
10  Ms. Durden was treated with?
11     A   I don't have an opinion with respect to
12  efficacy or cancer treatment, no.
13     Q   If Ms. Durden did not want to take
14  Adriamycin, what were the other preferred
15  chemotherapy regimens available to her?  Do you
16  know?
17     A   I'm not an oncologist.  I can't comment
18  on that.
19          MR. MICELI:  I think he needs to
20  switch the media.
21          MS. SCHULTZ:  Okay.  Then let's go
22  ahead and take a break.
23          VIDEO TECHNICIAN:  Okay.  We're
24  ending media 4 and going off the record at
25  4:38 p.m.

Page 268

1          (Exhibit No. 12 was marked for
2  identification.)
3          VIDEO TECHNICIAN:  We are going
4  back on the record at 4:52 p.m., beginning media
5  5.
6  BY MS. SCHULTZ:
7     Q   Doctor, I'm going to hand you
8  Exhibit 12.  And this is an article that you
9  reference in your report titled "Breast Cancer
10  Therapies and Cardiomyopathy."
11     A   Yes.
12     Q   And you're one of the authors, correct?
13     A   Yes.
14     Q   And at the outset, it lists the key
15  points, correct?
16     A   Yes.
17     Q   And the first key point is that "The
18  prevalence of chemotherapy-related cardiac disease
19  is increasing, and management requires a
20  multidisciplinary approach from cardiologists and
21  oncologists," correct?
22     A   Yes.
23     Q   And the second key point of your article
24  is that "Pretreatment identification of
25  predisposing risk factors and assessment of

Page 269

1  cardiac function before and at intervals during
2  and after therapy with cardiotoxic agents are
3  necessary" --
4     A   Sure.
5     Q   -- correct?  Great.
6          And then if you will look with me at
7  your report on page 3.
8     A   Page 3?  My report on page 3.  Sorry.
9     Q   Yeah, and the paragraph at the bottom of
10  the page.
11     A   Uh-huh.
12     Q   Where -- do you see where you state that
13  "However, there is no minimum anthracycline
14  threshold since cardiotoxicity can occur at much
15  lower doses" --
16     A   Yes.
17     Q   -- correct?
18          And then you also state, "Other risk
19  factors for anthracycline-associated
20  cardiotoxicity include extremes of age 'both young
21  and old individuals are at risk' female sex, other
22  cardiac risk factors, and concomitant cancer
23  treatments with other cardiotoxic therapies,
24  including radiation," correct?
25     A   Sure.

68 (Pages 266 - 269)

Page 270

1    Q   Now, do you -- did Ms. Durden receive
2   radiation treatment?
3    A   I don't remember, actually.  I think she
4   may have, but it was not something that was
5   discussed right then in the front.  It depends
6   partly on what surgery you get.
7    Q   What do you mean when you say it wasn't
8   discussed right then at the front?
9    A   I don't remember that -- I don't
10  remember whether she got radiation, and I don't
11  have it in my notes.
12   Q   Okay.  Do you have any information
13  regarding Ms. Durden's health after six months
14  following her cancer treatment?
15   A   Again, my assessment of these cases had
16  to do with assessment of cardiac issues at the
17  time of deciding chemotherapy.  It's not so much
18  to see what happens down the road.
19   Q   I understand that.  I'm just -- these
20  are just yes-or-no questions.
21   A   Sure.
22   Q   Do you have any information regarding
23  Ms. Durden's health after six months following the
24  completion of her cancer treatment?
25   A   I don't.

Page 271

1        MR. MICELI:  Object to the form.
2   BY MS. SCHULTZ:
3    Q   Now, if you'll look back with me to
4   Exhibit 5.
5    A   Okay.
6    Q   And the -- the notes you took regarding
7   Tanya Francis.
8        And for Antoinette Durden on your notes
9   you have "Antoinette Durden (plaintiff)," and then
10  Barbara Earnest, it says "(plaintiff)."
11   A   Uh-huh.
12   Q   And then you wrote "Tanya Francis,
13  (defense)."
14   A   Uh-huh.
15   Q   Why did you write "defense"?
16   A   These may have been something about what
17  I heard from my counsel about whether there
18  were -- there were choices -- there was some cases
19  that were picked by the plaintiff versus defense.
20  I think that's what I tried to reflect here.
21   Q   And so you note then that the Tanya
22  Francis case was a case that was selected by the
23  defense?
24   A   Maybe, yeah.
25   Q   Okay.  And --

Page 272

1    A   I don't obviously know that looking at
2   the case.  It's just what I recall from the
3   conversation.
4    Q   And was that important to your review of
5   the medical records of these three plaintiffs?
6    A   No.  I'd written the cases beforehand,
7   and I just left it there with the patient's name.
8    Q   You include her date of birth, correct?
9    A   Yes.
10   Q   And then under "cancer," you state
11  November '09, AC-T?
12   A   Yes.
13   Q   What is AC-T?
14   A   I believe that's doxorubicin,
15  cyclophosphamide, and Taxol.
16   Q   And so you believe that Ms. Francis
17  received Taxol?
18   A   Or Taxotere.  It's the taxane that she
19  was given.
20   Q   And is that a regimen usually referred
21  to as TAC?
22   A   Maybe, yeah.  I just kind of summarized.
23  I'm not an oncologist, again, so I just summarized
24  what she did receive.
25   Q   And what -- what was it that you said

Page 273

1   the C stood for?
2    A   I -- I think that's cyclophosphamide.
3    Q   Then under "cardiac," it says cardiac
4   RF --
5    A   Uh-huh.
6    Q   -- HTN, meaning she had hypertension?
7    A   Yes.
8    Q   Then you write lisinopril HC TZ?
9    A   Uh-huh.
10   Q   HLD, Lipitor, Crestor?
11   A   Yes.
12   Q   And TOB?
13   A   Tobacco.
14   Q   Half a pack a day for 20 years?
15   A   That's what I saw somewhere in the
16  notes.
17   Q   And those are all risk factors for heart
18  disease, correct?
19   A   Those are modifiable risk factors that I
20  pay special attention to.
21   Q   Well, risk factors -- they're still risk
22  factors for heart disease whether or not they're
23  considered to be modifiable or not, correct?
24   A   Well, there are certain things that can
25  play a bigger role as a cardiologist into a

69 (Pages 270 - 273)

Page 274

1  patient's care.
2     Q   Well, and the fact that someone has had
3  a history of hypertension and high cholesterol,
4  just because you start treating it doesn't mean
5  that that history of hypertension and high
6  cholesterol just goes away as a risk factor.  You
7  agree?
8     A   It's significantly -- sorry.  I
9  apologize for --
10    Q   Go ahead.
11    A   It significantly decreases the risk of
12 events, cardiac events, if you treat them.  That's
13 why we treat them.
14    Q   So if a patient had -- had high
15 cholesterol for 15 years and starts taking
16 medication, you're saying the -- right when that
17 patient starts taking medication, that
18 significantly decreases the risk of cardiovascular
19 disease?
20        MR. MICELI:  Object to the form.
21        THE WITNESS:  So most of the
22 studies we have that allow us to say we're going
23 to treat the patients look at long-term events.
24 We just don't have data that say the day you start
25 taking the treatment there's a difference.  But

Page 275

1  that's why we treat these risk factors.
2  BY MS. SCHULTZ:
3     Q   Well, if -- if you -- if your high
4  cholesterol or hypertension has already caused
5  heart disease, starting on medications isn't going
6  to completely reverse that heart disease, is it?
7     A   It's not going to reverse it, but it's
8  going to significantly attenuate the events that
9  we ultimately care about.  That's -- again, I
10 don't know if you want to revamp cardiology, but
11 that's how we treat things.
12    Q   And the same with smoking.  The --
13    A   This is -- yeah.  Sorry.
14    Q   A history of smoking is -- remains a
15 risk factor even if you quit smoking?
16    A   Yeah.  So it's a really interesting
17 question you bring up because there are a lot of
18 studies to say whether you stop treatment --
19 smoking, say, ten years ago, are you still having
20 as high of a risk?  Certainly not.
21        And so the question is where you fall.
22 And there are some studies that suggest if you
23 stopped smoking ten years ago, it's -- it's -- the
24 increased risk is minuscule compared to if you
25 didn't smoke at all.  So you bring up a really

Page 276

1  good point that's hard to decipher on large
2  epidemiological studies.
3     Q   But it also depends on how much you
4  smoked and for how long you smoked, correct?
5     A   Sure.
6     Q   Now, you also note here echo 12/12, EF
7  53 percent?
8        MR. MICELI:  Time out.  I think the
9  phone is -- is off when the green light is not on.
10       VIDEO TECHNICIAN:  We are going off
11 the record at 5:01 p.m.
12       (A recess was taken.)
13       VIDEO TECHNICIAN:  We're going back
14 on the record at 5:02 p.m.
15 BY MR. SCHULTZ:
16    Q   There was an echo -- your notes show an
17 echo at 12/12 with an EF of 53 percent --
18    A   Yes.
19    Q   -- is that correct?
20        And was that during her treatment?
21    A   I believe that was done prior to -- I
22 don't remember, actually.  I may have miswritten
23 the date here.  And I have to go back and look.
24        I definitely misread the date.  I
25 believe -- I don't remember, to be honest.  I just

Page 277

1  don't -- I think there was an echo done prior to
2  start of treatment, which was normal, and I think
3  that may have been it.
4     Q   Then you note cholesterol, 262, 95, 49,
5  and 194?
6     A   Yes.
7     Q   Those aren't normal readings.  Do you
8  agree?
9     A   Those are high, yes.
10    Q   And then HbA1c 5.8 percent to
11 6.2 percent?
12    A   Yes.
13    Q   And it looks like -- was that in 2014?
14    A   I think, yeah, that's what I wrote,
15 2014, here.
16    Q   And normal is 5.6 percent?
17    A   Sure.  Yeah, it's somewhere in there.
18 Again, we don't diagnose diabetes based on
19 hemoglobin A1c, but it is something we follow.
20 It's not actually the correct way to diagnose
21 diabetes.
22    Q   Was she diagnosed with diabetes?
23    A   There was actually one statement that
24 said she had diabetes.  I didn't see it on some of
25 the other statements.  And I believe I made a note

70 (Pages 274 - 277)

1 of that in my clinical report.  We can look at it.
2     Q     And then it states, "Continuous chest
3 pain, work-up negative, DVT on IJ," correct?
4     A     Yes.
5     Q     Now let's turn to your report.
6     A     Uhm-uhm.
7     Q     And it is on the last page, page 10, for
8 Tanya Francis.  Can you read your report for
9 Ms. Francis into the record, please.
10    A     Yes.  "This 39-year-old female was
11 diagnosed with ER/PR positive HER2 negative
12 invasive ductal carcinoma of the left breast.  She
13 underwent treatment with mastectomy, followed by
14 AC-T chemotherapy (standard dose) and tamoxifen.
15         "The patient does have a number of
16 cardiac risk factors.  She has hypertension
17 (treated with lisinopril and hydrochlorothiazide),
18 hyperlipidemia (treated with atorvastatin, then
19 with rosuvastatin), and had at least several
20 borderline hemoglobin A1c values (5.8 to
21 6.2 percent), although fasting blood glucose was
22 not elevated.  In one of the physician notes, she
23 was mentioned to have been diagnosed with
24 diabetes.
25         "During her treatment course, she had

1 several episodes of chest pain.  A cardiac
2 etiology for chest pain was ruled out.  No obvious
3 ischemia or heart failure as a cause of her chest
4 pain.
5         "She was noted to have suffered an
6 internal jugular deep vein thrombosis in the
7 setting of a catheter, for which she was treated
8 with anticoagulation."
9     Q     And unlike your report on Ms. Earnest in
10 which you state that cardiac consideration would
11 not play a role in selecting her cancer treatment,
12 you reach no such conclusion with respect to
13 Ms. Francis; is that correct?
14    A     We modified risk factors for both
15 Ms. Francis and Durden.  I'm not sure, again, it
16 plays a role in deciding what therapies goes into
17 play.  But we're more vigilant about those risk
18 factors.
19    Q     Did you say you modified Ms. Francis's
20 risk factors?
21    A     You modify; you treat them; you check
22 for them more frequently.  You would.  I'm sorry.
23 I didn't do it, obviously, but -- I wasn't taking
24 care of the patient.  But those are things we
25 assess because we want to attenuate those risk

1 factors during the course of treatment.
2     Q     But you're not providing any opinion as
3 to whether or not cardiac considerations for
4 Ms. Francis played a role in determining her
5 breast cancer treatment; is that right?
6     A     Actually, with none of these cases would
7 I preclude specific therapies for their breast
8 cancer.
9     Q     Well, you have -- you've stated no
10 opinion in your report for Ms. Francis or
11 Ms. Durden on that subject, correct?
12    A     I didn't specifically say that, no.
13    Q     Well, you didn't say it at all --
14    A     Yeah.
15    Q     -- for either of them.  Would you agree?
16    A     I didn't say that with either one of
17 them because they didn't really have any.  I think
18 they had risk factors that we need to attenuate,
19 but, again, it would not affect my choice of
20 treatment with anthracycline or not in these
21 cases.
22    Q     Well, and that is not an opinion that
23 you included in your report, correct?
24    A     I'm saying it right now in front of you
25 in the deposition.

1     Q     I understand that.  But I'm confirming
2 that that is not an opinion that you included in
3 your report, correct?
4     A     I did not include those specific
5 terminology in the report.
6     Q     And you just used the words "would not
7 affect my choice of treatment."
8     A     Sorry.  I misspoke.  I apologize.
9 It's -- it would not affect my communication with
10 the oncologists and my recommendation about
11 anthracyclines or not.  I misspoke.  I apologize
12 for that.  Because I don't treat the oncology,
13 obviously.
14    Q     So it's your testimony that -- well,
15 first of all, cardiac risk factors increase the
16 risk of anthracycline-induced cardiotoxicity,
17 correct?
18              MR. MICELI:  Object to the form.
19              THE WITNESS:  It's one of many risk
20 factors that I consider.  Depends on the risk
21 factor and depends on treatment.
22 BY MS. SCHULTZ:
23    Q     So there's -- there's a risk of
24 cardiotoxicity with an anthracycline for
25 individuals that have no cardiac risk factors,

71 (Pages 278 - 281)

Page 282

1    correct?
2       A   True.
3       Q   And then if an individual does have
4    cardiovascular -- cardiac risk factors, that risk
5    is then even increased, correct?
6       A   We assume that extrapolating from normal
7    cardiac disease as it develops because that's many
8    times due to cardiac risk factors.
9       Q   And that's why you state in your report
10   that cardiac risk factors increase the risk of
11   anthracycline-induced cardiotoxicity, correct?
12      A   Sure.  They can do that, yeah.
13      Q   So if you have a patient with a cardiac
14   risk factor such as Ms. Francis, you agree that
15   her risk of anthracycline-induced cardiotoxicity
16   would have been even higher than someone without
17   cardiac risk factors, correct?
18      A   It's higher, yes.
19      Q   And in your report, you acknowledge --
20   you state, "The patient does have a number of
21   cardiac risk factors," correct?
22      A   She does, yes.
23      Q   Okay.  And you state that she has
24   hypertension, correct?
25      A   Yes.

Page 283

1       Q   And hyperlipidemia?
2       A   Yes.
3       Q   And at least several borderline
4    hemoglobin A1c values, correct?
5       A   I say that, yep.
6       Q   And so that's more than one A1c reading
7    that's high, correct?
8       A   That is a correct statement.  I also
9    said that's not how you diagnose diabetes.
10      Q   Well, but you state that she had at
11   least several borderline hemoglobin A1c values,
12   correct?
13      A   I say that, but I also say that's not
14   how you diagnose diabetes.
15      Q   Well --
16      A   Because I think that's what you're
17   getting at on this.
18      Q   Well, it's a -- it's a risk factor; it's
19   a cardiac risk factor?
20      A   Well, diabetes is a risk factor.
21      Q   No.  You state, "The patient does have a
22   number of cardiac risk factors."
23      A   Uh-huh.
24      Q   Then you say -- you say what those are.
25      A   Uhm-uhm.

Page 284

1       Q   She has hypertension, hyperlipidemia,
2    and had at least several borderline hemoglobin A1c
3    values, although fasting blood glucose were not
4    elevated, correct?
5       A   I also prefaced that by saying "although
6    blood pressure glucose was not elevated."
7       Q   And I stated that, correct?
8       A   Yes.
9       Q   And you state that "In one physician
10   note, she was mentioned to have been diagnosed
11   with diabetes," correct?
12      A   Yes.
13      Q   And you think that was just in one
14   physician note in her medical records?
15      A   I saw that, and during the course of the
16   treatment, I saw that in one of the records.  But
17   I'm not sure I saw an elevated blood glucose
18   fasting that would tell me that patient had
19   diabetes, because that's how we diagnose diabetes.
20      Q   And do you know -- as you sit here
21   today, you don't have sufficient knowledge of
22   Ms. Francis's medical history and tests to make a
23   determination as to whether or not you believe she
24   has diabetes, correct?
25      A   No.  I was asked to assess her risk

Page 285

1    factors at the time of getting cancer diagnosed
2    and cancer treatment, and I look at the data in
3    front of me with that.  And I didn't see an
4    elevated blood glucose.  I saw some borderline
5    blood hemoglobin A1c.  So I don't see diabetes.
6    Obviously, that's why I include all the data that
7    I did see.
8       Q   Now, your last line of your report for
9    Ms. Francis states, "She was noted to her [sic]
10   have suffered an internal jugular deep vein
11   thrombosis in the setting of a catheter, for which
12   she was treated with anticoagulation."
13      A   Yes.
14      Q   Tell me what you know about that.
15      A   Well, you can have clots form in the
16   setting of cancer.  Your risk of clots in the vein
17   can increase when you have a catheter in place,
18   and so you treat that very importantly with
19   anti -- blood thinners, anticoagulation.
20      Q   And where was her catheter?
21      A   I believe it was set up in the setting
22   of giving her her chemotherapy.  I'm not recalling
23   exactly where it was.  I believe it came -- it was
24   probably distal to the left IJ, I believe.
25      Q   And do you know when she developed the

72 (Pages 282 - 285)

Page 286

1 deep vein thrombosis?
2     A   I have to see.  I don't remember, to be
3 honest.  I don't know exactly when she was
4 diagnosed.
5     Q   Well, was it prior to her starting
6 chemotherapy?
7     A   I thought it was after she started
8 therapy.
9     Q   So during chemotherapy treatment?
10     A   During chemotherapy, that's my
11 recollection.
12     Q   So it's your opinion that -- well, so
13 that deep vein thrombosis, then, didn't delay her
14 chemotherapy treatment; is that right?
15     A   I would not have expected that.  I
16 didn't see anything to that effect.
17     Q   Okay.  With respect to the medical
18 records of Ms. Francis --
19     A   Yes.
20     Q   -- did you only review medical records
21 for Ms. Francis during -- for a period six months
22 prior to her treatment and six months after her
23 treatment?
24     A   Yeah.  Again, going back to what I said
25 earlier, I was asked to assess the patients'

Page 287

1 cardiac issues at the time of cancer diagnosis,
2 and as it pertained to them, a decision of what
3 cancer therapy would give them.
4     Q   And I understand that.  I'm just asking
5 you a question --
6     A   Yeah.
7     Q   -- that really just requires a yes or a
8 no answer --
9     A   Sure.
10     Q   -- because I'm trying to move this
11 along.
12         MR. MICELI:  I understand, too, and
13 I object to the instruction but --
14         MS. SCHULTZ:  Well, but --
15         THE WITNESS:  I'm trying to be
16 complete with my answer.
17 BY MS. SCHULTZ:
18     Q   And my question is simply, were the
19 medical records that you reviewed for Ms. Francis
20 during the period six months prior to her
21 diagnosis and six months after her diagnosis?
22     A   Well, I reviewed as much as we could
23 prior to getting the treatment.  But obviously,
24 you don't necessarily look at the primary care
25 physician from 19- -- I don't know, '99.  You look

Page 288

1 at the data immediately preceding the diagnosis
2 but especially when the care of the patient
3 intensifies after the diagnosis.
4     Q   So for what period of time did you
5 review Ms. Francis's medical records?
6     A   I believe prior to the treatment, which
7 would have been '90 -- I guess it was 2009, for
8 several years.  I don't remember what -- the
9 earliest primary care physician note I saw or any
10 other note.  I just don't remember.
11     Q   And it's your -- so -- and you don't
12 remember for what period of time after her
13 treatment you reviewed her records?
14     A   Because that was not part of what I was
15 asked to evaluate.  It was not something I paid, I
16 mean, special attention to, yes.  I mean, I
17 reviewed it, but I don't recall.
18     Q   And you reviewed her records for about
19 two hours; is that correct?
20     A   Two hours, yes.
21     Q   Okay.  And, then, for Ms. Francis, did
22 you review all of her deposition -- all of her
23 deposition?
24     A   I -- as we discussed, I looked at the --
25 I believe I looked at the oncologist's note last

Page 289

1 night as well as -- I don't remember.  That's the
2 one I particularly remember.
3     Q   You particularly remember reviewing the
4 oncologist's deposition?
5     A   For Francis, I believe, yes.
6     Q   Okay.  And which oncologist was that?
7     A   I don't remember because there were
8 three oncologists for three different patients.
9     Q   Did you review the deposition of Tanya
10 Francis?
11     A   Yes.
12     Q   And just one deposition?
13     A   I believe it was just one, yes.
14     Q   And you did not -- so you did not review
15 her supplemental deposition; is that correct?
16     A   I did not, no.
17     Q   And you did that -- you reviewed those
18 depositions during the same period --
19     A   Period, yes.  Last night.
20     Q   -- two-to-three-hour time period last
21 night?
22     A   Yes.
23     Q   Great.
24         Do you know where Ms. Francis had the
25 blood clot or the deep vein thrombosis?

73 (Pages 286 - 289)

Page 290

1    A   I thought I saw left IJ, is what I saw,
2  and that is what I put in there.
3    Q   Her left IJ?
4    A   Yeah, I believe it was left.  That's
5  what I had written down.  I'm not sure.  It may
6  have come from a note or --
7    Q   What is deep vein thrombosis?
8    A   So normally we can -- our veins have
9  slower flow of blood and, for a number of risk
10  factors, can predispose us to having clots in
11  there.  That includes taking a 14-hour flight.  It
12  includes having genetic changes that affect you
13  having risk of clots.  And it includes cancer
14  itself.  And it includes certain cancer therapies.
15  And it includes catheters in place to give
16  chemotherapy to patients.
17    Q   And what is the associated risk that
18  comes along with a DVT?
19    A   I'm sorry.  I don't understand the
20  question.
21    Q   Well --
22    A   Why is it bad?
23    Q   Yes.
24    A   So the clot normally sits in your vein.
25  However, it can trickle off, go through the right

Page 291

1  side of the heart and land in the lung.  And
2  that's what we call a pulmonary embolism.  And
3  that can be a risk of death in cancer patients
4  specifically, sudden death.
5    Q   Was Ms. Francis hospitalized due to the
6  DVT?
7    A   Well, she started an anticoagulation.  I
8  don't know if it was in the -- I mean, it was in
9  the context of -- so I believe that was done in
10  the hospital, yes.
11    Q   And when was she started on -- was it
12  Coumadin?
13    A   Well, I believe she was on Coumadin, but
14  there was one note of Lovenox as well.  But I
15  believe it was Coumadin.
16    Q   And are you aware of any impact that the
17  DVT had on Ms. Francis's cancer treatment?
18    A   I'm unaware of it.
19    Q   Now, you state in your report that
20  Ms. Francis received AC-T chemotherapy, standard
21  dose.  What is standard dose?
22    A   What I usually refer to with that is the
23  total dose of anthracyclines that patients get.
24  So normally that comes to about 240 milligrams
25  over a meter squared.  That's my understanding

Page 292

1  with respect to her total anthracycline dose that
2  she did get.
3    Q   You believe she received
4  240 milligrams/m2?
5    A   Yes.
6    Q   And how many weeks apart did she receive
7  her chemotherapy cycles?
8    A   I am not an oncologist.  I don't know
9  what dose timing they decided to do for her.
10    Q   Are you aware that part of the
11  determination of Ms. Cancer -- Ms. Francis's
12  cancer treatment was dictated by concerns
13  regarding her DVT?
14    A   That was -- I believe that was brought
15  in there as a DVT, was -- yes, I don't know to
16  what extent it was.  It certainly delays
17  treatment.
18      Again, it's not a cardiac issue, so I
19  don't know how much I want to comment on it.
20    Q   Well, you already said you didn't think
21  it delayed her treatment, correct?
22    A   I'm not sure.  I'm not sure.
23    Q   Do you know if -- for how long she had
24  to receive Coumadin?
25    A   Again, it's not a -- it's not a -- I'm

Page 293

1  not a -- it's not something I deal with directly,
2  so I don't know what they decided to do
3  ultimately.
4      I think it's important to bring it up in
5  the context of the chest pain she had, because she
6  did have a negative work-up for her chest pain,
7  and it's possible the DVT may have been a cause of
8  the chest pain.
9    Q   Now, you acknowledge in your report that
10  Ms. Francis does have a number of cardiac risk
11  factors as of the time of her diagnosis --
12    A   Yes.
13    Q   -- correct?
14      You have not listed her strong family
15  history of heart disease and diabetes, correct?
16    A   I have not because the modifiable risk
17  factors are the ones I ultimately care about
18  significantly.
19    Q   Well, but nonmodifiable risk factors
20  are, nonetheless, risk factors for heart disease,
21  correct?
22    A   Yes.  However, it's not something we can
23  do anything about.
24    Q   So are you only concerned, then, as a
25  cardio-oncologist with risk factors that you can

74 (Pages 290 - 293)

Page 294

1  treat?
2      A   Yes.  Partly because the choice of
3  chemotherapy, when we talk about what type of
4  patients I see, we started at the very top with
5  the patients with cardiac disease.  That's number
6  one.  That's where the discussion is made about
7  anthracyclines or not.
8      The other things I can treat, and it
9  certainly doesn't affect my decision or my
10  recommendation about whether the patient gets
11  anthracycline or not.
12      Q   Now, to the extent you're providing an
13  opinion about whether cardiac risk factors should
14  impact whether a plaintiff received
15  anthracycline --
16      A   No, I don't -- I apologize.  I kind of
17  cut in front of you, so go ahead and finish.
18      Q   Well --
19      A   I apologize.  Sorry.
20      Q   With respect to the impact of
21  cardiovascular risk factors on a decision as to
22  whether a patient should receive an anthracycline
23  in their chemotherapy regimen, you've only --
24  well, you've only seen very few patients in that
25  scenario.  Do you agree?

Page 295

1      A   I can't --
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  Can you ask the
4  question again?  Because it's not --
5  BY MS. SCHULTZ:
6      Q   Well, earlier -- earlier we talked about
7  how many patients you see that have breast cancer.
8      A   Yes.
9      Q   And how many patients that you see that
10  have breast cancer where you see them prior to
11  their treatment --
12      A   Yes.
13      Q   -- correct?
14      And we decided it was about 1 percent of
15  your patients?
16      A   Yes.
17      Q   Correct?
18      A   Yes.
19      Q   And of those 1 percent of your
20  patients --
21      A   Sorry.
22      Q   -- the majority of those, you're telling
23  me, are patients that have clear cardiovascular
24  disease, correct?
25      A   No cardiovascular disease and minimal

Page 296

1  risk factors.
2          However, I must preface something.  My
3  entire practice is cardio-oncology.  I see more
4  patients than probably anybody out there because
5  that's the entirety of my practice, 95 percent or
6  so at least.
7      Q   Well, the entirety of your clinical
8  practice, correct?
9      A   Yes.
10      Q   Which is what you do 30 percent of the
11  time, correct?
12      A   The other 70 percent I'm doing the
13  research on those patients.
14      Q   You're doing research on patients
15  through studies, not patients that you're
16  treating, correct?
17      A   Well, it's a combination of both, right?
18  I run a group of cardiologists who see patients
19  all the time.  We keep data on patients to try to
20  help the field move forward.  I do research on --
21  epidemiologically and agonistically about the
22  effects of cancer therapies.
23      Q   Has an oncologist ever sent a patient to
24  you, breast cancer patient to you, prior to
25  receiving any cancer treatment based on a concern

Page 297

1  that the patient has cardiac risk factors?
2      A   So what usually happens is they mention
3  something about heart disease, which may or may
4  not be heart disease, and my job is to decipher
5  whether there was heart disease.  And one of the
6  things I do is look at the risk factors.  But risk
7  factors themselves do not affect the treatment, as
8  they would not in these cases.  Cardiac disease
9  does.  And that partly depends also on the
10  benefits that the patients get from
11  anthracyclines.  Otherwise, we would not give them
12  to anybody.
13      Q   But do you agree that risk factors do
14  affect the risk-benefit analysis of taking an
15  anthracycline as part of your treatment, correct?
16      A   They do.  However, they don't do it as
17  much as if you have cardiac disease.  That's when
18  I start thinking about not giving anthracyclines
19  and explore other options.
20          The reason we check for cardiac risk
21  factors is we want to treat them aggressively
22  during the course of treatment.  And I would,
23  again -- with these cases, would give
24  anthracyclines if it benefited the patient.
25      Q   But so you agree -- well, when you say I

75 (Pages 294 - 297)

Page 298

1  would give anthracyclines if it benefited the
2  patient --
3      A   If the -- sorry.  I apologize.
4          If the oncologist deemed
5  anthracycline-based therapy to be beneficial
6  compared to alternative therapies, I would --
7  certainly the cardiac risk factors would not be an
8  issue.  I would just treat those aggressively.
9      Q   So you're talking about a situation
10 where an oncologist has determined that an
11 anthracycline-based therapy would be the most
12 efficacious for the patient, correct?
13     A   Yes.  And we talk about risk and
14 benefits and the significant benefits.
15         And, again, we should go back to what we
16 talked about earlier, because if they have an EF
17 of 40 percent, that changes things dramatically.
18 I don't care how many risk factors they have.  So
19 that's the number one thing we screen for.  The
20 other things we want to be aggressive, we want to
21 be good doctors and treat aggressively.
22     Q   Do you know whether there were other
23 preferred chemotherapy regimens in 2011 for
24 Ms. Francis's breast cancer that did not include
25 an anthracycline?

Page 299

1      A   I'm not an oncologist.  I can't comment
2  on that.
3      Q   So if you can't comment on that, then
4  you really can't comment on whether or not you
5  would make a recommendation regarding an
6  anthracycline-based therapy, correct?
7          MR. MICELI:  Object to the form.
8          THE WITNESS:  Let me just go back
9  to what we talked about.  When there is a decision
10 about anthracycline or not, therapy, presence of
11 risk factors is not nearly the same level as
12 cardiac disease per se.  If your EF is abnormal,
13 if you had a heart attack, that's when we have a
14 discussion about that.
15         It does not -- it's not a big
16 thing.  I treat it aggressively because that's the
17 way you want to be as a good doctor in terms of
18 the anthracycline or not.
19 BY MS. SCHULTZ:
20     Q   Well, if you have two equally
21 efficacious regimens and one regimen contains an
22 anthracycline and the other regimen does not, then
23 you agree that the presence of cardiac risk
24 factors is something that should be considered,
25 correct?

Page 300

1      A   That should be --
2          MR. MICELI:  Object -- object to
3  the form.
4          THE WITNESS:  Sorry.
5          I'm not on oncologist.  I can't
6  comment on individual cases.  Cardiac risk factors
7  is a consideration among ten other things, other
8  risk factors that the patient may have.  What is
9  the blood count, what is their neuro status, other
10 things.  But that is a consideration.
11         If it were all the same, then there
12 would -- I would not make -- I mean, I would not
13 be recommending anything either way.
14 BY MS. SCHULTZ:
15     Q   If two treatment regimens were -- had
16 the same efficacy, then you'd recommend a
17 treatment regimen that had a lower risk of cardiac
18 toxicity, correct?
19     A   Anthracyclines can be risk factors for
20 cardiotoxicity.  We're not smart to know which
21 patients fall in the 1 to 20 percent, so if
22 everything else, we want -- it's all equal, I
23 would suggest as a cardiologist, not being an
24 oncologist, a nonanthracycline-based therapy.
25     Q   And continuing on with Ms. Francis's

Page 301

1  risk factors, she was female, correct?
2      A   Yes.
3      Q   She was obese, correct?
4      A   I think so.  I think, yeah.
5      Q   And she was a chronic smoker, correct?
6      A   Yes.
7      Q   And she was still smoking at the time of
8  her cancer diagnosis?
9      A   I had .5 times 2 -- yes.  I have that,
10 yeah.  Half a pack a day.
11     Q   And she had been diagnosed with
12 hypertension and was taking medications, correct?
13     A   Yes.
14     Q   And she had reported occasional chest
15 pain and was taking aspirin daily, correct?
16     A   Yes.  But the chest pain was further
17 deciphered not to be cardiac, and that's really
18 important to note.
19     Q   And prior to her cancer diagnosis, is it
20 correct that her hypertension was not
21 well-controlled?
22     A   It was -- she was on multiple therapies,
23 and it was up and down.  Again, it's hard -- a
24 little bit hard to look at isolated blood
25 pressures when the patient is told they have a

76 (Pages 298 - 301)

Page 302

1  diagnosis and decipher on that.
2      Q   Well, her doctors weren't just looking
3  at isolated blood pressures, were they?
4      A   Uh-huh.  They were borderline.
5      Q   Right.
6      A   They were definitely elevated than 140,
7  I believe.
8      Q   And her doctors told her that her
9  hypertension was not at goal --
10     A   Yes.
11     Q   -- correct?
12         And Ms. Francis was also diagnosed with
13  metabolic syndrome, correct?
14     A   Yes.  Metabolic syndrome is a -- yes.
15     Q   And that's -- includes abnormal
16  lipids --
17     A   Yes.
18     Q   -- or cholesterol, hypertension,
19  abdominal obesity, and elevated fasting glucose,
20  correct?
21     A   Sure.
22     Q   And -- and then, as we've discussed, she
23  developed a deep vein thrombosis following the
24  placement of her Medi Port, correct?
25     A   Yes.

Page 303

1      Q   And do you know whether Ms. Francis's
2  oncologist considered all of these factors when
3  deciding the treatment regimen to recommend for
4  Ms. Francis?
5      A   I can't comment on that.
6      Q   Because --
7      A   I don't know what she was thinking.
8      Q   -- you don't know what factors her
9  oncologist considered, correct?
10     A   Well, there are other factors, like
11  which is the best treatment, what other toxicities
12  we're worried about.  I didn't see that there
13  anywhere in terms of being the driver of her
14  decision.
15     Q   Well --
16     A   Or even a consideration for her
17  decision.
18     Q   Do you --
19     A   It is risk factors.
20     Q   Do you know one way or the other what
21  factors her oncologist considered in deciding her
22  treatment regimen?
23     A   I do not -- cannot speak on her
24  oncologic thought process, no.  I can speak on the
25  cardiac issues, and I don't think it was a big

Page 304

1  role.
2      Q   Well, based on your review of her
3  medical records, do you have any information as to
4  the factors that her oncologist considered in
5  deciding her treatment regimen?
6      A   I don't.  I can't comment on everything
7  that went through.  I can speak on the cardiac
8  issues.  I don't think it was a big role.
9      Q   Well, you -- are you saying that you
10  don't believe cardiac issues were a big role in
11  her -- Ms. Francis's oncologist's determination of
12  a treatment regimen?
13     A   I -- again, I can't tell what the
14  oncologist was thinking.
15     Q   Right.  You just don't know one way or
16  the other?
17     A   I don't know one way or another, yeah.
18     Q   All right.  Do you know anything
19  about Ms. Francis's health today?
20     A   I don't.
21     Q   Do you know anything about her health
22  from 2010 until today?
23     A   Yeah.  I was asked, again, to assess her
24  risk at the time of treatment decision.
25     Q   I understand that.

Page 305

1      A   I don't.
2      Q   And my only question is --
3      A   I don't.
4      Q   -- do you know anything about her health
5  from 2010 until the present?
6      A   I don't.
7      Q   Okay.
8          MS. SCHULTZ:  Let's go off the
9  record.
10         MR. MICELI:  Do you want to take a
11  short break?
12         VIDEO TECHNICIAN:  We're going off
13  the record at 5:35 p.m.
14         (A recess was taken.)
15         VIDEO TECHNICIAN:  We are back on
16  the record at 6:00 p.m.
17         MS. SCHULTZ:  There's no one
18  else -- there's only two questioners.  All right.
19  So you go ahead.
20         MR. MICELI:  You pass the witness?
21         MS. SCHULTZ:  Yeah.
22             EXAMINATION
23  BY MR. MICELI:
24     Q   I'm going to try to be very quick.  I'm
25  going to attempt to be quick and just ask

77 (Pages 302 - 305)

Page 306

1  Dr. Moslehi a few follow-up questions and to sort
2  of introduce himself to the court because I
3  imagine there may come a time when the court needs
4  to read some of this.
5       Dr. Moslehi, could you please just --
6  you've introduced yourself earlier on the record.
7  Can you please just explain to the court what it
8  is you've been doing in your career generally
9  since you finished your training as a physician
10 scientist?
11      A   Yes.  So subsequent to finishing my
12 training in 2009, I joined the faculty at
13 medical -- at Harvard Medical School as an
14 instructor in medicine.  I started a
15 cardio-oncology program then, which included both
16 a clinic that saw patients with cardiac issues in
17 the context of cancer treatment, and I did
18 research in this area, especially with some of the
19 newer therapies that have been introduced for
20 breast and other cancer therapies.
21      I did this for five years, about, and
22 this is also a time when the -- really the field
23 exploded and really grew.  I had a number of big
24 papers, including two in the New England Journal
25 of Medicine and other papers during this time.

Page 307

1       Our program grew partly because we -- I
2  think we needed patients -- doctors to see
3  patients, so it went from one-half day clinic a
4  week to 4 1/2 and then 5 half-day clinics a week
5  during those five years.
6       In 2014 I was recruited to Vanderbilt to
7  start a program or head the program here, which
8  has included expanding the cardio-oncology
9  program, both clinically and researchwise.  And
10 I've been doing research on cardiovascular effects
11 of anthracyclines and nonanthracycline therapies,
12 but especially some of the new therapies that come
13 to the market for many different cancer types.
14      Q   Okay.  I know you explained to
15 Ms. Schultz when she was questioning you that you
16 have a split roughly of 30 percent clinical,
17 70 percent research or oversight of research.  Is
18 that fair?
19      A   Yes.
20      Q   Okay.  When you combine those two to
21 make 100 percent, how much of that 100 percent of
22 your time do you devote to the -- the area of
23 cardio-oncology in one form or another?
24      A   95 to 99 percent, because the research
25 involves our understanding of cardiovascular

Page 308

1  therapies -- I'm sorry, cancer therapies and their
2  effects on the cardiovascular issues, both on the
3  research setting, basic research setting,
4  epidemiological setting.  And obviously, from our
5  program, that's been expanding, trying to
6  understand the relative risks better and the
7  mechanism of risks further.
8       Q   Okay.  And you referenced earlier that
9  you have four other doctors that work with you in
10 your clinic?
11      A   We're going to have four in January.
12 Yeah, there are going to be 4 1/2 -- actually five
13 doctors.
14      Q   And those doctors, do they have a split
15 between research and clinical time as well?
16      A   So as it stands now, one of our fellows
17 are joining the faculty, and she has more research
18 time.  The other people are far more clinical.
19      Q   Okay.
20      A   And it comes -- one person is
21 100 percent.  He's our busiest practitioner,
22 actually.  And their volume, about 70, 80 percent
23 is cardio-oncology.
24      One thing that's important is we're one
25 of a few places that has a fellowship.  We are the

Page 309

1  only place that has a GME-approved fellowship.
2  And we have weekly meetings where we discuss
3  cases.
4       Q   Now, explain what you mean when you say
5  you have a fellowship and then a GME -- did you
6  say a GME-approved fellowship?
7       A   Yeah.  So we --
8       Q   Explain to the court what those are.
9       A   There's a need now to have this at
10 various places around the country.  Many academic
11 centers have started seeing cancer patients,
12 cardiovascular divisions, but also many private
13 practices.  Because these are actually -- we have
14 a growing number of cancer survivors, and there is
15 a growing realization of cardiovascular issues
16 playing a part in cancer treatment at many
17 different facets.  And so there's a need to
18 educate the next generation that comes and does
19 this, especially in the setting where every place
20 is starting one of these programs.
21      Q   Okay.  When somebody completes the
22 GME-approved fellowship that you have here at
23 Vanderbilt, what does that mean?  What are they
24 allowed -- or what are they able to do then?
25      A   Yeah.  So I have a number of fellows

78 (Pages 306 - 309)

1    that trained with me last year and this year.
2    They come from around the world, but some are U.S.
3    They're already cardiologists. And during the
4    year, they learn from me and colleagues about this
5    field so they can help our patients when they go
6    to different places.
7        Q   Okay. Now, do you do any training of
8    individuals outside of your work here at
9    Vanderbilt?
10       A   Yes. I give a lot of talks in this
11   area, mostly at academic centers. And that's
12   exemplified by my CV. I've given probably 150
13   talks in the last few years, both national and
14   international in this field.
15       Q   Okay. And I know that outside of this
16   deposition, you and I have talked about something
17   called grand rounds.
18       A   Yes.
19       Q   What is -- what are grand rounds? And
20   tell me what you do, if anything, with regard to
21   what you do at grand rounds at other facilities.
22       A   Yeah. So normally what happens is, in
23   order to get the entire cardiology team or
24   internal medicine group together, there's a
25   speaker that speaks each week. Every school has

1    this both for cardiology and internal medicine.
2    And so -- and so several times you bring an expert
3    from outside to give a state-of-the-art discussion
4    on a specific field. So I do a lot of these
5    around the country.
6        Last week I was at Cedars-Sinai in L.A.
7    to give such a talk. Tomorrow morning I'm going
8    to the University of Colorado-Denver. Next week
9    I'll be at UPMC, University of Pittsburgh, to give
10   the cardiology grand rounds.
11       Q   Okay. And when you give grand rounds,
12   what is it exactly that you do? Do you see
13   patients there?
14       A   No. You give a state-of-the-art talk
15   about where the field sits right now. Obviously,
16   they have an interest in hearing me speak, but
17   also the field itself, which is -- leads to my
18   being invited in the first place.
19       Q   Okay.
20       A   But it also allows us to think about
21   collaborations in this field. And that's
22   something that's really nice, actually.
23       Q   Okay. If you could look at your most
24   recent version of your CV. I think it's Number 9.
25       A   Yes.

1        Q   If you look with me -- and, again, the
2    pages aren't numbered, but go to the fourth page
3    from the front.
4        Are you there with me?
5        A   Yes.
6        Q   Okay. Under "Research Program Current
7    Funding," there lists two, three, four, five,
8    six -- six items there that range from 2014 to the
9    present and 2018 to the present.
10       Are those research endeavors that you
11   are responsible for?
12       A   Yes.
13       Q   When it says "principal investigator,"
14   what does that mean?
15       A   I'm mostly responsible for it.
16   Sometimes you help other colleagues in their --
17   for the grant. So it's a combination of both. So
18   principal investigator, you're in charge of the
19   research.
20       Q   And you're listed on these as either
21   principal investigator, coprincipal investigator,
22   or co- -- role of coinvestigator.
23       Do you see that?
24       A   Yes.
25           MS. SCHULTZ: Object to form.

1    BY MR. MICELI:
2        Q   What is coinvestigator?
3        A   So coinvestigator especially includes
4    when somebody else is taking the lead, being the
5    principal investigator, especially in an outside
6    institution. So in this case Dr. Joe Wu, who is a
7    cardiologist at Stanford -- sorry, that should be
8    Stanford, not Sanford. That's a good typo to
9    catch.
10       So he's at Stanford Medical School in
11   Palo Alto. And he was writing a grant, and I
12   wrote part of the grant and serve as a
13   coinvestigator on the grant itself.
14       Q   Okay. And in looking at these, who
15   funds -- who is funding your current research?
16       A   So mostly the NIH. There's some
17   start-up that lured me to come here from Harvard,
18   and then there's some with pharmaceutical
19   companies.
20       Q   When you -- when you say "start-up,"
21   earlier you said you were recruited to Vanderbilt.
22   How did that occur?
23       A   Well, they -- they wanted to really
24   expand the program and have both research and
25   clinical infrastructure in place, so they give

Page 314

1 you -- they say, What do you envision the program
2 to be down the road?
3      You go through a series of interviews,
4 and then they select you and they give you
5 resources to be able to materialize and -- the
6 vision that you have for the program.
7      Q   Okay.  Now, I know you were asked
8 questions earlier today about some of the
9 statements you've made about the growing field or
10 the moving out of infancy of the field of
11 cardio-oncology.  And I don't mean to
12 mischaracterize, but do you recall similar
13 questions about that?
14      A   Yes.
15      Q   Okay.  And also earlier in some of your
16 billing, you noted that there was a gentleman on
17 the -- on some conference calls that you had with
18 counsel named Michael Ewer?
19      A   Yes.
20      Q   And I believe you described Dr. Ewer as
21 another cardio-oncologist?
22      A   Yes.
23      Q   And he is where?
24      A   He's at MD Anderson in Texas.
25      Q   And he -- I'm sorry.  Were you finished?

Page 315

1      A   He's at MD Anderson, which is a medical
2 center in Texas.
3      Q   And is he a cardio-oncologist?
4      A   He's a cardio-oncologist.
5      Q   Now, Dr. Ewer has been practicing for
6 many more years than you have; is that fair?
7      A   Yes.  He started seeing these patients
8 at MD Anderson.
9      Q   Do you know when he started?
10      A   I think it was in the '80s, actually is
11 when he started seeing the patients.  Again, the
12 field was very young.  There were probably just
13 more anthracyclines that patients received.  There
14 was not even Herceptin on the market.  So he
15 started seeing the patients, and then their
16 program actually grew to 11 or 12 cardiologists,
17 which is what they are right now.
18      Q   Okay.  But so the field of
19 cardio-oncology has been building since at least
20 the early '80s?
21      MS. SCHULTZ:  Object to the form.
22 BY MR. MICELI:
23      Q   Or when did -- when did the field of
24 cardio-oncology began?
25      A   So really, it came more about more in

Page 316

1 the last 10 to 15 years.  And it's always as we
2 discussed, every year, it changes because there's
3 always new treatments.  But there's increasing
4 realization that we have to be aware of these
5 issues both from an oncology side but also a
6 cardiology side.
7      Q   I think I'm done with looking at your CV
8 for right now.
9      If you could look at your report with
10 me.  And I want to -- do you have your report in
11 front of you?
12      A   Yes.
13      Q   And just so we're clear, I want to
14 have -- I want you to keep 2A handy, which is your
15 references, and I think it was 2E handy, which is
16 the materials considered or consulted.
17      Do you have both of those with you?
18      A   Let me find the -- yes.
19      Q   You have them all there?  Okay?
20      A   2A, 2E and 2, right?
21      Q   2, 2A, and 2E.  I have -- perhaps we can
22 refer to this as an exhibit adverse event since we
23 have A and E.
24      The -- let's look at your report for a
25 second.  And if you could flip with me to page --

Page 317

1 start at page 1.  We don't need to read it.  Just
2 flip through your report with me to page 8 --
3      A   Uh-huh.
4      Q   -- okay?
5      Now, do you see where there's -- on page
6 8 there's a section that begins with "Review of
7 Cases"?
8      A   Yes.
9      Q   Okay.  Can you please just read those
10 two sentences below review of the cases?
11      A   Yes.  "I was asked to review the patient
12 history and presentation of three cases," which I
13 make the initials.  "I reviewed these cases with
14 the specific viewpoint of cardiovascular issues
15 each patient may have had and how this impacted
16 patient care during" -- "including choice of
17 cancer treatment."
18      Q   Okay.  So you were asked to review these
19 cases with an eye toward -- well, for your
20 expertise, cardio-oncology?
21      A   Yes.
22      Q   And the choice of cancer treatment?
23      MS. SCHULTZ:  Object to form.
24      THE WITNESS:  That's -- that was
25 one of the considerations I was asked.

80 (Pages 314 - 317)

Page 318

1  BY MR. MICELI:
2     Q   Okay.  Okay.  And the choice of cancer
3  treatment centers around what period of time?
4           MS. SCHULTZ:  Object to form.
5           THE WITNESS:  Well, the choice of
6  cancer treatment really comes to the point where
7  you're deciding what chemotherapy to give the
8  patient.
9  BY MR. MICELI:
10    Q   So -- and I don't -- this will draw an
11  objection.  I'm trying to simplify it.
12        Is it between when a person is diagnosed
13  and when a person starts their treatment?
14          MS. SCHULTZ:  Object to form.
15          THE WITNESS:  Yes.
16  BY MR. MICELI:
17    Q   Okay.  So were you asked to evaluate
18  ongoing cardiac health of any patients?
19    A   I did not, mostly because I was focused
20  more on what therapy they were going to get.
21    Q   Okay.  And so for purposes of
22  determining what the choice of cancer treatment
23  was and how cardio-oncology plays into that, is it
24  necessary for you to review medical records two,
25  three, four, five years after treatment?

Page 319

1     A   No, because a decision is made when we
2  see the patient right then.
3     Q   Okay.  All right.  I want to stop that
4  right now and look above the review of cases.
5        Now, aside from listing the initials of
6  the three individuals in your report at the top of
7  page 8, is the -- and on page 6, is there any
8  opinions you offer or review of literature or
9  science between pages 2 and the review of cases
10  portion of your report that deals with the
11  specific opinions about the plaintiffs in this
12  case, those three women?
13    A   So on --
14          MS. SCHULTZ:  Object to form.
15  BY MR. MICELI:
16    Q   All right.  Let me ask it differently.
17  Your report starts out with a section called
18  "Expert Qualifications," correct?
19    A   Yes.
20    Q   And that briefly summarizes a rather
21  thick CV that -- that more fully sets out your
22  qualifications --
23    A   Yes.
24    Q   -- correct?
25          And then you start with a couple of

Page 320

1  sections.  The first one on page 2 is
2  "Cardiovascular Health In Cancer Patients"?
3     A   Yes.
4     Q   Is there anything about that section of
5  your report that deals with patient-specific
6  reviews or opinions that you have rendered in this
7  case?
8     A   They don't.
9     Q   Okay.  Is it just general information
10  about cardiovascular health in cancer patients?
11    A   Yes.
12    Q   Okay.  So -- and then the next section
13  of your report is "Breast Cancer Therapies and
14  Cardiovascular Disease."
15        Do you see that?
16    A   Yes.
17    Q   And I think this is where you reviewed
18  with Ms. Schultz anthracyclines, radiation, and
19  one other -- or was it just radiation and
20  anthracyclines in this section?  Oh, and her the
21  two -- the trastuzumab, Herceptin, correct?
22    A   Uh-huh.
23    Q   Is that a yes?
24    A   Yes.
25    Q   And is there anything in the section of

Page 321

1  your report breast cancer therapies and
2  cardiovascular disease that refers to
3  case-specific evaluations of the individual
4  plaintiffs or opinions you render with regard to
5  those plaintiffs?
6           MS. SCHULTZ:  Object to form.
7           THE WITNESS:  Minimal.  There's --
8  I'm sorry.  Go ahead.
9           MS. SCHULTZ:  That's just for the
10  record.  You can keep going.
11          THE WITNESS:  There's -- no.
12  BY MR. MICELI:
13    Q   So then if we flip to Exhibit A to your
14  deposition, or Exhibit 2A, that is the list of
15  references, correct?
16    A   Yes.
17    Q   Okay.  Do the list of references, excuse
18  me, 1 through 21, relate to the 21 references in
19  your report that end right before review of cases?
20    A   Yes.  I don't think I included any
21  references after that.
22    Q   Okay.  And the -- if you look at Exhibit
23  E to your deposition, the materials consulted, it
24  says all reference listed in footnotes and patient
25  medical records and then depositions, correct?

81 (Pages 318 - 321)

Page 322

1    A   Yes.
2    Q   We spent a lot of time today -- or not
3  we.  Ms. Schultz spent a lot of time today
4  reviewing what you reviewed and what you didn't
5  review from the list of materials consulted,
6  correct?
7    A   Yes.
8    Q   Does any of the materials consulted
9  listed on pages 1, 2, or 3 of the Exhibit 2E have
10  anything to do with or impact upon your general
11  opinions as they're expressed in the first two
12  sections of your report?
13    A   They don't.
14        MS. SCHULTZ:  Object to form.
15  BY MR. MICELI:
16    Q   Okay.  So, I mean, stated differently,
17  do you need to know about a patient's medical
18  records or the depositions of the plaintiff or the
19  doctor that -- the doctors that they have treated
20  with in order to render your general opinions and
21  provide the general information you do in pages 1
22  through 8 of your report?
23        MS. SCHULTZ:  Object to form.
24        THE WITNESS:  I don't.
25

Page 323

1  BY MR. MICELI:
2    Q   Okay.  You had mentioned something
3  earlier today in the deposition about journal
4  impact factors.
5        Do you recall mentioning that one time?
6    A   I -- this has been such a long day.
7  I -- yes.
8        MS. SCHULTZ:  Object to form.
9        THE WITNESS:  You objected?
10        MS. SCHULTZ:  I don't recall that.
11  BY MR. MICELI:
12    Q   Okay.  Well, do you know what impact
13  factor is?
14    A   Yes.  So as we talk about in general
15  with impact factors, it depends on where you
16  publish your stuff.  Because impact factor
17  includes, among other things, viewership and
18  referencing of articles.  So if you publish
19  somewhere where the article is generally -- that
20  journal is highly referenced, meaning most people
21  read it, that's a high impact factor.  And when
22  you don't, when you publish something with just
23  any journal which has limited viewership and
24  limited reference to the journal itself -- I'm not
25  talking about a specific article -- that has

Page 324

1  limited -- limited impact factor or lower impact
2  factor.
3        So we talk about a 1 to 73 is actually
4  the -- there's one journal that's higher because
5  it's got a list of things, but 73, for all intents
6  and purposes, is the highest impact factor for one
7  journal.
8    Q   And who has that 73?
9    A   New England Journal of Medicine.
10    Q   Okay.  There have been a number of
11  questions asked about what cardiologists would do,
12  what oncologists would do throughout this
13  deposition.
14        As a cardio-oncologist, is it possible
15  for patients with cardiovascular disease to
16  receive anthracycline-based chemotherapy regimens
17  if their oncologist deems it the most appropriate
18  treatment for them?
19        MS. SCHULTZ:  Object to form.
20        THE WITNESS:  Can you repeat the
21  question again?  Sorry.
22  BY MR. MICELI:
23    Q   Sure.  Can patients -- I'm going to try
24  to do this exactly.
25        Can patients with cardiovascular disease

Page 325

1  receive anthracycline-based or
2  anthracycline-included chemotherapy regimens if
3  their oncologist deems it the most appropriate
4  treatment?
5    A   Yes.
6        MS. SCHULTZ:  Object to form.
7  BY MR. MICELI:
8    Q   How can that be, given all the questions
9  you've been asked today?
10        MS. SCHULTZ:  Object to form.
11        THE WITNESS:  Well, again, it's --
12  anthracyclines are a mainstay part of treatment
13  for many cancers, including subtypes of breast
14  cancers.  If it were -- if every patient had a
15  cardiotoxicity, of course the drug would not be in
16  the market, period.  So you have to weigh the risk
17  and benefits as it pertains to the cancer type,
18  cancer stage, but also cardiovascular disease.
19  BY MR. MICELI:
20    Q   Okay.
21    A   And we talked about different layers of
22  that, whether you actually have disease, whether
23  you have risk factors, where the risk factors are,
24  or no risk factors.  But it doesn't -- everybody
25  should be -- if it's deemed necessary, we treat

82 (Pages 322 - 325)

Page 326

1   with anthracyclines.
2       Q   Now -- and you've also been asked a
3   number of questions today about breast cancer
4   and -- just generally breast cancer.
5           With regard to breast cancer, does your
6   cardio-oncology review of what may be advisable or
7   not advisable for a patient, from a cardiology
8   standpoint, differ upon whether or not a patient
9   is a metastatic breast cancer patient versus an
10  early-stage breast cancer who is receiving
11  treatment for adjuvant care?
12      A   Absolutely.
13          MS. SCHULTZ:  Object to form.
14  BY MR. MICELI:
15      Q   And how is that?
16      A   Well, a decision is personalized for
17  each patient.  I'm not going to go through every
18  single scenario.  But certainly metastatic disease
19  has different risks than localized disease, and
20  within localized disease, there's different layers
21  of severity of disease.
22      Q   And you've answered questions earlier
23  today that you treat, in your cardio-oncology
24  practice, all types of cancer patients, correct?
25      A   Yes.

Page 327

1       Q   So you're not a breast cancer-only
2   cardio-oncologist?
3       A   No.
4       Q   I think we went through that perhaps
5   it's maybe 1 percent or so of your --
6       A   No.  The breast cancer patients is 10 to
7   15 percent.
8       Q   Oh, okay.  I'm sorry.
9       A   Yeah.  So --
10      Q   It's just those that you see before
11  treatment is started or --
12      A   Yeah.  I think we talked about which
13  percent of the patients are 10 percent of, and
14  then we talked about 10 percent of that, which is
15  a lower amount.
16      Q   And do you treat -- obviously you treat
17  patients with other types of cancers?
18      A   Yes.
19      Q   Do you treat patients who have stage
20  III, stage IV, end-stage cancers?
21      A   All types of cancers.
22      Q   Do you treat people who are inoperable
23  cancers?
24      A   I don't understand what you mean by
25  "inoperable."

Page 328

1       Q   Where they can't have -- operating to
2   remove the tumor is not an option.
3       A   Oh.  Well, when you have metastatic
4   disease, you don't generally operate because you
5   don't know where to operate because the cancer is
6   all over.
7       Q   Okay.  Thank you for clearing that up
8   for me.
9           Now, you were asked a number of
10  questions, and I think you were even shown the
11  doxorubicin label.  Is that fair?
12      A   I was given the doxorubicin label, yes.
13      Q   Is doxorubicin a drug that you're
14  familiar with?
15      A   Yes.
16      Q   I mean, doxorubicin is an anthracycline?
17      A   Yes.
18      Q   And -- and through your training, your
19  postfellowship training as a physician scientist
20  and your practice as a practicing
21  cardio-oncologist, what period of time during all
22  of that were you familiar with and working with
23  the knowledge of anthracyclines and doxorubicin?
24      A   I believe doxorubicin was approved in
25  1974, if I'm not mistaken.  So pretty much my

Page 329

1   entire career I've been dealing with doxorubicin.
2   Since I started cardio-oncology, that was a big
3   part of all patients, many patients.
4       Q   I guess I could probably look at your
5   CV, but what year were you born?
6       A   '75.
7       Q   Okay.  So it's been around longer than
8   you've been around?
9       A   Yes.
10      Q   Is it a well-known drug with well-known
11  side effects and safety and risk profiles?
12          MS. SCHULTZ:  Object to form.
13          THE WITNESS:  We have been studying
14  it in different populations for some time.  The
15  best data come from pediatric population.  And
16  we're learning more with different types of
17  cancers and different stages of cancers and when
18  they're used with different combinations.
19  BY MR. MICELI:
20      Q   Okay.  And then do you have any ongoing
21  studies that are assessing either anthracycline,
22  the drug itself, or patients who were receiving
23  anthracycline therapies?
24      A   Yeah.  We have a number of clinical
25  studies and we have a number of research studies

83 (Pages 326 - 329)

Page 330

1  in the lab to understand how it causes cardiac
2  issues specifically.
3      Q   Okay.  You were shown -- if you could
4  look at Exhibit Number 8 with me for a moment.
5          MS. SCHULTZ:  What is Exhibit 8?
6          THE WITNESS:  That's the Bloom
7  article, the one that -- I think it's the first
8  HHS Public Access Publication.
9          MS. SCHULTZ:  Hold on a minute.  I
10  need to find my copy.
11         MR. MICELI:  Sure.
12  BY MR. MICELI:
13     Q   The portions of the -- the portion of
14  this article that Ms. Schultz went over with you I
15  believe are found on page 2.  And if you can look
16  at that with me.  It starts with the paragraph
17  that begins "Early detection."
18     A   Yes.
19     Q   And then it goes through that second or
20  third sentence that starts with the author's name,
21  "Patnaik, et al., found cardiovascular disease was
22  the leading cause of death."
23     A   Yes.
24     Q   And it goes through -- and that
25  references Number 3.

Page 331

1          So the first three references in this
2  article are what were referenced in what
3  Ms. Schultz asked you.  What I wanted to ask you
4  about was actually Number 2.
5          This is a case involving pediatric
6  patient -- cancer patients who are exposed to
7  anthracycline, correct?
8      A   Which are you talking about?
9      Q   I'm sorry.  Reference -- if you look at
10  page Number 2.
11     A   Yes.
12     Q   Do you remember going over that first
13  paragraph --
14     A   Yes.
15     Q   -- that starts with "Early detection."
16     A   Yes.
17     Q   And if you go through to the second
18  sentence, do you see references 1 and 2?
19     A   1 and 2, yes.
20     Q   Yep.  And then the next sentence that
21  Ms. Schultz went over with you concerning -- it
22  starts out with the author's name, Patnaik,
23  Patnaik.
24     A   Yes.
25     Q   And that references -- the end of that

Page 332

1  sentence references Number 3, correct?
2      A   Yes.
3      Q   And Ms. Schultz went over with you an
4  issue about cardiovascular disease competing with
5  breast cancer as a leading cause of death of older
6  females diagnosed with breast cancer in a
7  retrospective cohort study.
8          Do you see that?
9      A   Yes.
10     Q   I'm back at -- so I'm looking at 3.  And
11  the retrospective cohort study is what?
12     A   Well, there are different ways -- and as
13  we mentioned, there are different ways you can
14  look at epidemiologic data.  Ideally, you want to
15  look prospectively where you predefine what you're
16  looking at.  And retrospective is a -- is really
17  a -- it depends on what population are you looking
18  at but also retrospectively looking at things.
19         So many times the data are not as clear.
20  There's a significant amount of noise, which, for
21  this specific topic, has been a big issue, what do
22  breast cancer patients die of, and they commented
23  on one study here.
24     Q   Right.  And then the other reference is
25  to reference Number 1, just references adult

Page 333

1  cancer survivors.  It doesn't mention anything
2  about breast cancer, correct?
3      A   Yes.  That's an old study that -- a JCO
4  paper, I think is the committee that got together
5  to write this.
6      Q   Right.  And then reference Number 2 that
7  supports the other portion that Ms. Schultz went
8  over with you is a pediatric cancer study that
9  talks about children that were exposed to
10  anthracyclines, correct?
11     A   Yes.
12     Q   Okay.  That's all I wanted to do on that
13  one.
14         I believe you said earlier today that,
15  when you're looking at the use of anthracyclines,
16  you look at lifetime load or lifetime dosing?
17     A   A cumulative dose that the patient
18  accrues over time, over a lifetime, yes.
19     Q   Okay.  And that -- in what you reviewed
20  on the patients involved in this case, Ms. Durden,
21  Ms. Earnest, and Ms. Francis, did you find that
22  any of them had received any prior anthracycline
23  doses prior to their cancer treatment for
24  early-stage breast cancer?
25     A   So they did not have previous cancers,

84 (Pages 330 - 333)

Page 334

1   as best as I can tell.  And I don't believe any of
2   them received -- there would be no reason for them
3   to get anthracyclines, or any other chemotherapy,
4   for that matter.
5       Q   Okay.  I've just got one more area that
6   I want to ask you about, and then I may want to
7   take a quick break and consult my notes, but this
8   may be the last thing.
9           If you'd look at Exhibit Number 11 with
10  me, and that is the Herceptin label.  I'm sorry.
11      A   Uh-huh.
12          MS. SCHULTZ:  I've got to find
13  mine.
14          MR. MICELI:  I may have one for
15  you.
16          (Off-the-record discussion.)
17  BY MR. MICELI:
18      Q   And does this table reflect treatment of
19  early-stage breast cancer patients with HER2
20  negative or HER2 positive findings?
21      A   Yeah.  So I can't -- again, I have to
22  look at what the reference is.  Everybody in this
23  arm's got Herceptin, so that is all HER2 positive
24  breast cancer.
25      Q   And the individuals whose records you

Page 335

1   reviewed, were those HER2 positive or HER2
2   negative?
3       A   HER2 negative.
4       Q   So does this data -- is this data
5   relevant to the patients you reviewed records for?
6       A   Well, I need to look at the entire --
7           MS. SCHULTZ:  Object to form.
8           THE WITNESS:  I need to look to the
9   entire field of -- this was HER2 positive breast
10  cancer, and none of the patients had HER2 positive
11  breast cancer.
12  BY MR. MICELI:
13      Q   Okay.  And is treatment for HER2
14  positive and HER2 negative different?
15      A   Dramatically.
16      Q   Okay.  And have -- does that dramatic
17  difference in the HER2 positive versus HER2
18  negative have different cardiac risk profiles?
19          MS. SCHULTZ:  Object to form.
20          THE WITNESS:  Depends on the
21  individual case and individually what happens, so
22  a lot of moving parts into that question.  But it
23  is a different beast, if you will, a different
24  entity.  And different thought processes go, at
25  least with respect to cardiovascular issues, which

Page 336

1   is the part I can comment on.
2   BY MR. MICELI:
3       Q   Are there cardiovascular implications
4   for treating patients with Herceptin and
5   anthracycline?
6       A   So, again, a lot of things there.  Are
7   we giving them together at once, not concomitantly
8   but sequentially, or what's the cancer treatment.
9       Q   So it depends?
10      A   And we're trying to decide on the --
11      Q   Okay.
12      A   So there are a lot of things that go
13  into play.  It's hard to generalize.  But, yes,
14  different thought processes go into each
15  individual patient.  None of the patients here
16  were HER2 positive.  And HER2 positive breast
17  cancer is a different -- at least with my mind,
18  what goes through my thought process is
19  significantly different.
20      Q   Okay.  If you could -- if you can look
21  at the last couple of sentences just above
22  Table 1.  It said -- there's a sentence that
23  begins, four lines up -- I guess really, yeah,
24  four lines up -- it begins "approximately."
25          Do you see that?

Page 337

1       A   Four sentence -- okay.
2       Q   "Approximately half of the surviving
3   patients had recovery to a normal LV EF."
4           Do you know what that stands for?
5       A   Yes.  Again, I don't know what the study
6   was.  I have to look at the study.
7       Q   I understand.
8       A   But it says half of the patients had
9   their squeeze of the heart, which is the ejection
10  fraction that we talked about earlier, had
11  recovery to a normal EF.
12      Q   Which was defined as what here?
13      A   Ejection fraction greater than
14  50 percent, EF greater than 50 percent.
15      Q   Okay.  "On continuing medical management
16  at the time of the last follow-up."
17          And, again, we don't know what the last
18  follow-up was because we don't have the study in
19  front of us, right?
20      A   I don't -- I just don't remember what
21  study this was.
22      Q   Okay.  And so is it -- is it possible
23  for individuals who have left ventricular ejection
24  fractions that are impacted negatively by
25  chemotherapy treatments to recover to normal

85 (Pages 334 - 337)

Page 338

1  ejection fractions?
2         MS. SCHULTZ:  Object to form.
3         THE WITNESS:  It is possible.
4  BY MR. MICELI:
5     Q   Okay.  All right.  So it's not every --
6  not every negative impact to a heart's left
7  ventricular ejection fraction, that squeeze you
8  were talking about, is necessarily permanent?
9         MS. SCHULTZ:  Object to form.
10        THE WITNESS:  Not every effect is
11 permanent.
12        MR. MICELI:  Okay.  If we could
13 take about a two-minute break.  I just want to go
14 off the record and make one call, and I may be
15 done?
16        VIDEO TECHNICIAN:  We are going off
17 the record at 6:37 p.m.
18        (A recess was taken.)
19        VIDEO TECHNICIAN:  We are back on
20 the record at 6:42 p.m.
21        EXAMINATION
22 BY MS. SCHULTZ:
23    Q   Doctor, when you were being asked some
24 questions by counsel for plaintiff about various
25 regimens, you said that you weigh the risks and

Page 339

1  benefits of treatment regimens, and then you said
2  something to the effect that if it's deemed
3  necessary, we treat with anthracyclines.
4        Do you recall that?
5        MR. MICELI:  Object to the form.
6        THE WITNESS:  So it may have been
7  in the context of the discussion with the patient
8  and if they need -- so cardiac disease and cardiac
9  risk factors is not a contraindication to getting
10 anthracyclines when the oncologist deems it is an
11 important part of their care.
12 BY MS. SCHULTZ:
13    Q   Now -- first of all, when you say "we
14 treat," you don't --
15    A   Sorry.  I misspoke.  I am part -- as a
16 team, we treat.  I don't actually physically
17 treat.  I don't give chemotherapy.  But my opinion
18 does play a role in what the oncologist ultimately
19 does and what the patient decides.
20    Q   And --
21    A   I apologize for that.
22    Q   -- earlier today you testified that
23 "Anthracyclines can be risk factors for
24 cardiotoxicity.  We're not smart to know which
25 patient falls in the 1 to 20 percent, so for

Page 340

1  everything else being equal, I would suggest, as a
2  cardiologist, nonanthracycline-based therapy."
3        Do you recall --
4     A   Everything being equal, yes.
5     Q   All right.  You were asked questions
6  about the cardiotoxicity with chemotherapy
7  regimens and whether it is permanent.
8        Do you recall that?
9     A   Yes.  I was specifically asked whether
10 there are cases where the EF comes back to normal.
11 I said yes, there are cases where that happens.
12    Q   And there is a difference between
13 Adriamycin-induced cardiotoxicity and
14 Herceptin-induced cardiotoxicity, correct?
15    A   That's actually not very correct, partly
16 because what we understand about Adriamycin
17 cardiotoxicity has been turned on its head over
18 the last several years based on several large data
19 suggesting that, for example, anthracycline
20 cardiotoxicity can reverse.
21    Q   So is it your opinion that there's no
22 distinction between Adriamycin-induced toxicity
23 and Herceptin-induced toxicity when it comes to
24 reversibility?
25    A   So there is -- there was an initial

Page 341

1  classification of what cardiotoxicity entails,
2  which is type 1 and type 2, and that's brought
3  into significant questioning given the recent
4  data.
5        So with respect to reversibility, about
6  50 percent of the patients -- and that's what the
7  FDA statement actually says -- don't reverse with
8  Herceptin.
9        Nevertheless, what has turned the issue
10 on its head is a recent Italian paper, Cardinale
11 [phonetic] and colleagues, 2600 breast --
12 patients, sorry -- they're all cancer patients --
13 who got Adriamycin, 73 percent or 70-some percent
14 of whom, where you detected the heart dysfunction
15 earlier, there was at least partial reversibility
16 of the partial [sic].
17    Q   And that's based -- information based on
18 a very new survey, correct?
19    A   Well, it's 2015, depending on what you
20 call it.  It's not a survey.  It's a prospective
21 study that was done.
22    Q   And that study --
23    A   And several other studies, actually.
24    Q   Those other studies -- that study was
25 done in 2015, correct?

86 (Pages 338 - 341)

Page 342

1    A   Yes.
2    Q   And the other studies, the time period?
3    A   Yeah.  So we look at different studies.
4  So they've come all the way from 2011, 2012,
5  smaller studies.  This was 2,600 or so patients --
6  I think that was the approximate number -- and
7  prospective study which says, all right, now we
8  have something here.
9        So these studies come, they're smaller.
10  You kind of read about it.  But this was a study
11  that said, all right, these patients got
12  anthracyclines and 70 percent reversed.
13    Q   And I'm just trying to understand the
14  time frame of the knowledge factor with respect to
15  reversibility when --
16    A   Yes.
17    Q   -- I'm asking you about the dates of
18  these studies.  And --
19    A   So these have started coming into
20  question starting about a decade ago, I would
21  guess, where some of the early studies are seen.
22  But, again, the 2015 study was a -- was the study
23  that was done right, prospective study.  Single
24  institution, mind you, but it was still
25  prospectively done where they assessed the

Page 343

1  ejection fraction after anthracyclines.
2    Q   Do you know if any of the institutions
3  where plaintiffs were treated had a
4  cardio-oncology program at the time they were
5  treated?
6    A   I do not know the answer to that.
7    Q   You stated that you were not asked to
8  evaluate the ongoing health of any of these
9  plaintiffs, correct?
10    A   Yes.
11    Q   And so for that reason, you don't know
12  one way or the other whether or not Ms. Earnest or
13  Ms. Francis has suffered any cardiotoxic effects
14  from taking Adriamycin as of today, correct?
15    A   I cannot comment on that.
16        MS. SCHULTZ:  That's all.
17        MR. MICELI:  There were no hand
18  grenades, so I'll say done.
19        VIDEO TECHNICIAN:  This is
20  concluding the video deposition of Dr. Javid
21  Moslehi on media 5, and we're off the record at
22  6:48 p.m.
23     (Deposition concluded at 6:48 p.m.)
24
25

Page 344

1        REPORTER CERTIFICATE
2  STATE OF TENNESSEE
3  COUNTY OF DAVIDSON
4    I, JULIE K. LYLE, RPR, RMR, CRR, Licensed
   Court Reporter, in and for the State of Tennessee,
   hereby certify that I reported the foregoing
   transcript by machine shorthand to the best of my
6  skills and abilities, and thereafter the same was
   reduced to typewritten form by me.

7    I further certify that I am not related to
8  any of the parties named herein and have no
   interest, financial or otherwise, in the outcome
9  of the proceedings.
10    I further certify that this transcript is the
   work product of this court reporting agency and
11  any unauthorized reproduction and/or transfer of
   it, in whole or in part, will be in violation of
12  the Tennessee Code Annotated 39-14-104, Theft of
   Services.
13
   IN WITNESS WHEREOF, I have hereunto set my
14  hand this 8th day of December, 2018.
15
16  _____
   Julie K. Lyle, RPR/RMR/CRR
17  REGISTERED PROFESSIONAL REPORTER
   REGISTERED MERIT REPORTER
18  CERTIFIED REALTIME REPORTER
   TN License #786
19
20
21
22
23
24
25

Page 345

1        ERRATA SHEET
   VERITEXT LEGAL SOLUTIONS
2        800-227-8440
   ASSIGNMENT NO. NJ3137944
3  CASE NAME: Durden, Antoinette v. Sanofi S.A.
   DATE OF DEPOSITION: 12/5/2018
4  WITNESS' NAME: Javid Moslehi ,
5
   PAGE/LINE(S)/   CHANGE        REASON
6  ___/___/___  _____  _____
   ___/___/___  _____  _____
7  ___/___/___  _____  _____
   ___/___/___  _____  _____
8  ___/___/___  _____  _____
   ___/___/___  _____  _____
9  ___/___/___  _____  _____
   ___/___/___  _____  _____
10  ___/___/___  _____  _____
   ___/___/___  _____  _____
11  ___/___/___  _____  _____
   ___/___/___  _____  _____
12  ___/___/___  _____  _____
   ___/___/___  _____  _____
13  ___/___/___  _____  _____
   ___/___/___  _____  _____
14  ___/___/___  _____  _____
   ___/___/___  _____  _____
15  ___/___/___  _____  _____
   ___/___/___  _____  _____
16  ___/___/___  _____  _____
   ___/___/___  _____  _____
17  ___/___/___  _____  _____
   ___/___/___  _____  _____
18  ___/___/___  _____  _____
   ___/___/___  _____  _____
19  ___/___/___  _____  _____
   ___/___/___  _____  _____
20  ___/___/___  _____  _____
        _____
        Javid Moslehi ,
21  (Notary not required in California)
   SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
   OF_____, 2018.
23  _____
24  NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____

Page 346

1        Veritext Legal Solutions
         290 W. Mt. Pleasant Ave. - Suite 3200
2        Livingston, New Jersey 07039
       Toll Free: 800-227-8440  Fax: 973-629-1287
3
   _____, 2018
4
  Javid Moslehi, M.D.
5
  Case Name: Durden, Antoinette v. Sanofi S.A.
6
  Veritext Reference Number: 3137944
7
  Witness:  Javid Moslehi         Deposition Date:  12/5/2018
8
  Dear Sir/Madam:
9
  Enclosed you will find a transcript of your deposition.
10
  As the reading and signing have not been expressly
11
  waived, please review the transcript and note any
12
  changes or corrections on the jurat/errata sheet
13
  included, indicating the page, line number, change and
14
  reason for the change. Sign at the bottom of the sheet
15
  in the presence of a notary except in California where
16
  you are signing under penalty of perjury and forward
17
  the errata sheet back to us at the address shown above.
18
  If the jurat is not returned within thirty days of your receipt of
19
  this letter, the reading and signing will be deemed waived.
20
  Sincerely,
21
  Production Department
22
  Encl.
23  cc:  Lori Schultz
       M. Palmer Lambert
24   Harley Ratliff
25    Magan Ennis

**&**

**&**   2:6,10,14,18

**0**

**02109**   2:19
**07039**   346:2
**09**   272:11

**1**

**1**   4:5 5:1 7:9,16
   14:23 28:14 59:1
   103:9,17 115:24
   116:3 133:11
   134:15,22 162:22
   166:11 175:19
   220:20 295:14,19
   300:21 317:1
   321:18 322:9,21
   324:3 327:5
   331:18,19 332:25
   336:22 339:25
   341:2
**1,200**   26:25
**1/2**   39:2 61:11
   180:17,18 307:4
   308:12
**10**   4:15 81:3,23
   82:3,4,5,6 86:5
   87:11,12,12 90:10
   104:16,25 114:23
   115:2,8,11,12,14
   115:17,19 121:5,6
   121:7,11 135:7
   255:1 264:18
   278:7 316:1 327:6
   327:13,14
**10/11**   225:22
**100**   115:4 307:21
   307:21 308:21
**101**   4:12
**106**   4:13

**10845**   3:4
**10:31**   59:1
**11**   4:10,16 42:10
   67:14 162:15,19
   229:1,3 315:16
   334:9
**11/11**   226:21
   227:22
**11/20/2018**   34:14
**11/8/50**   225:17
**110**   63:9
**1100**   2:8,22
**112**   4:15
**114**   226:23
**119**   2:4
**11:57**   111:20
**11th**   227:15
**12**   4:17 67:14
   268:1,8 315:16
**12/12**   276:6,17
**12/5/2018**   345:3
   346:7
**121**   4:15
**128**   226:22 227:18
**13**   73:19
**14**   290:11
**140**   302:6
**140/150**   253:9
**15**   29:2 71:7 82:4
   82:5 86:6 87:13
   115:13,18 274:15
   316:1 327:7
**15,000**   28:3
**15,600**   38:1,12
**150**   310:12
**16**   37:11 73:24
   74:2
**16,400**   27:24 28:2
   29:12 38:10
**162**   4:16

**16635**   1:5
**17**   12:14,20
**17144**   1:6
**17410**   1:6
**18**   128:4 129:3
**19**   119:5 287:25
**19.5**   37:25
**194**   277:5
**1970s**   119:4
**1974**   328:25
**1980s**   72:4
**1989**   75:9
**1998**   119:5
**1:23**   111:23
**1st**   31:1 175:18
   254:8

**2**

**2**   4:6 5:3 25:12,17
   40:2 42:1,8 52:17
   59:7 75:18 95:8
   111:20 164:3,10
   170:4 226:7
   255:11 265:24
   301:9 316:20,21
   319:9 320:1 322:9
   330:15 331:4,10
   331:18,19 333:6
   341:2
**2,400**   26:10
**2,600**   342:5
**20**   14:3,14 27:12
   78:14 103:10,17
   115:11 119:6,15
   133:11 134:15,22
   147:6,8 177:8
   220:21 273:14
   300:21 339:25
**2000**   62:10 119:5
**2001**   65:7 120:3
**2004**   65:13,16

**2007**   65:16 66:2
**2008**   214:13
**2009**   66:2 67:3
   69:2 71:7 185:24
   288:7 306:12
**2010**   121:23
   304:22 305:5
**2011**   153:3,17
   157:14 158:22
   159:22 167:9
   175:18 176:13,14
   200:25 206:20
   213:17 214:5,25
   215:1,12,16
   253:22 254:8
   255:13 259:17
   262:6 267:6
   298:23 342:4
**2012**   216:7,14
   229:20 254:13
   255:22 256:14
   258:17,21 259:2
   259:15 260:18
   342:4
**2013**   71:10 101:18
   119:13,23 120:10
   120:21 123:8
**2014**   113:23
   119:23 277:13,15
   307:6 312:8
**2015**   35:10 37:11
   75:10 341:19,25
   342:22
**2017**   15:25 16:16
   20:22 28:14
   208:22
**2018**   1:14 29:2,6
   29:15,18,18,21
   30:11 37:4,24
   38:24 40:15 42:16
   47:9 61:2 62:10

74:6 95:21 113:7
208:22 312:9
344:14 345:22
346:3
**21**   44:24 321:18,18
**220**   208:11
**220/120**   94:8
126:18
**220/160**   208:6
**2220**   6:12
**23**   37:24 38:15,23
**23.5**   29:9
**23rd**   14:18
**240**   188:4 291:24
292:4
**24110**   2:11
**25**   4:6,7,7 31:1
**2555**   2:15
**26**   4:8,8,9 8:20
42:2
**2600**   341:11
**262**   277:4
**268**   4:17
**27**   160:20
**2740**   1:4
**27th**   2:19
**28**   4:9 31:1 251:9
**2800**   2:7,8
**29**   4:10 251:9,20
**290**   346:1
**2:16**   1:5,6,6
**2:25**   165:23
**2:40**   166:1
**2:47**   170:23
**2:49**   171:1
**2a**   4:7 5:11 25:12
25:20 44:20 59:9
316:14,20,21
321:14
**2b**   4:7 5:13 25:12
25:23

**2c**   4:8 5:15 25:12
26:1 61:20
**2d**   4:8 5:17 25:12
26:3,9
**2e**   4:9 5:19 25:12
26:6 45:3,5 59:10
316:15,20,21
322:9

**3**

**3**   4:9 5:5 14:7,8
15:7,9,10 24:1
28:6,9,13 29:15,18
29:21 30:10 75:15
95:21 111:23
112:16 141:1,16
141:17 165:22
180:11 226:7
255:9 269:7,8,8
322:9 330:25
332:1,10
**3,000**   173:1,3,9,10
173:12 176:19
**3/6**   225:23 265:10
**30**   78:13,14,24
87:7,10 114:21
119:6 133:1
296:10 307:16
**300**   94:11 103:11
**30117**   2:5
**306**   4:2
**31.5**   251:11
**3137944**   346:6
**3200**   346:1
**339**   4:3
**36**   4:11
**37232**   6:13
**39**   75:9 226:23
278:10
**39-14-104**   344:12

**4**

**4**   4:10 5:7 14:7
15:7,9,10 24:1
28:5,7,11 29:14,21
37:24 39:2 47:7
47:12 61:7 164:20
165:22 166:1
175:1 180:11,17
180:17,18 226:10
267:24 307:4
308:12
**4/11**   175:2
**40**   196:10,16
298:17
**41**   197:22 198:4,13
251:13
**450**   141:24 205:11
**49**   277:4
**4:30**   225:3
**4:38**   267:25
**4:45**   225:9
**4:52**   268:4

**5**

**5**   1:14 4:10 5:9
8:15 11:6,13,15,21
12:23 15:9,10
40:6,12,23 41:5,12
41:21 81:2,23
82:2,5 87:10,12
90:10 114:22
115:2,7,19 162:23
166:15,16 173:24
174:21 176:5
224:24 225:12
226:10 230:23,24
238:1 268:5 271:4
301:9 307:4
343:21
**5,000**   26:20

**5.6**   277:16
**5.8**   277:10 278:20
**5/11**   175:25
**50**   82:12 100:24
103:3 196:11
337:14,14 341:6
**500**   103:11 126:20
258:12
**505**   170:4
**53**   2:18 276:7,17
**5:01**   276:11
**5:02**   276:14
**5:35**   305:13

**6**

**6**   4:2,11 7:16
36:16,19 155:14
175:6 319:7
**6,000**   32:4,9,25
50:19 172:25
173:10
**6.2**   277:11 278:21
**6/1**   175:2,15
**6/11**   175:2,4,7,15
**60**   187:20 192:15
197:7 235:13,14
**61**   243:4,15
**64108**   2:15
**65**   110:18 197:6,8
**66**   226:23 227:18
**68**   116:19
**6:00**   305:16
**6:37**   338:17
**6:42**   338:20
**6:48**   343:22,23
**6th**   255:22

**7**

**7**   4:5,12 42:16,20
61:2 101:7,8,24,25
104:15,25 112:15
162:9

**[7.3. - advanced]**

**7.3.** 151:8,9
**7.4** 202:23
**70** 78:15 79:1
86:25 103:2
296:12 307:17
308:22 341:13
342:12
**70163** 2:8,23
**70765** 2:11
**71** 2:10
**73** 324:3,5,8
341:13
**74** 103:3
**75** 329:6
**78** 226:24 227:20
228:24
**786** 1:23 344:18
**79** 176:1 188:12

**8**

**8** 4:13 61:11 106:1
106:2 169:6 171:4
317:2,6 319:7
322:22 330:4,5
**8/11** 175:3,5,9
**80** 87:1 134:15
135:3 159:19
308:22
**800** 26:14,17,25
**800-227-8440**
345:2 346:2
**80s** 315:10,20
**85** 87:14 108:17
109:10 110:18
**89135** 3:4
**8th** 344:14

**9**

**9** 4:15 43:6 112:8
112:11 113:2
172:18 186:20,23
187:11 311:24

**9,000** 26:21
**9/11** 229:10
**90** 288:7
**95** 277:4 296:5
307:24
**973-629-1287**
346:2
**99** 134:15 135:3
159:19 287:25
307:24
**9:25** 1:15
**9:46** 24:8
**9:51** 24:11

**a**

**a.m.** 1:15 24:8,11
**a1c** 277:19 278:20
283:4,6,11 284:2
285:5
**a5** 11:19
**abdominal** 302:19
**abilities** 344:6
**able** 34:22 37:4
66:6 68:5 89:25
122:15 138:25
185:8 211:24
309:24 314:5
**abnormal** 124:19
125:23 213:16,18
250:14 265:13,15
299:12 302:15
**absence** 195:9
**absolute** 203:15
**absolutely** 43:22
44:3 88:11 107:5
107:24 114:19
116:18 130:18,22
148:21 162:7
228:4 252:18
326:12
**abstract** 107:3

**abstracts** 118:18
**ac** 137:16 138:13
163:3,13,14 164:2
175:1,2 272:11,13
278:14 291:20
**academic** 57:14
309:10 310:11
**access** 64:13 330:8
**accompanied**
107:20
**accrues** 333:18
**accumulation**
126:16 133:17
246:20
**accurate** 61:24
**acknowledge**
54:25 251:21
282:19 293:9
**active** 92:21
123:19 124:14
126:9 139:2
**activity** 128:2,8,10
128:18,20 129:2
**acts** 248:24
**actual** 33:17 34:19
**actuality** 193:6
**acute** 228:5
**acutely** 76:8 86:24
149:1
**ad** 31:2,5 169:11
**adamant** 240:8,22
241:9
**addition** 33:18
78:16 95:19
121:18 172:5
180:20 236:18
264:22
**additional** 26:14
38:12,16,22 39:1
52:11 64:10,10
125:8 127:10

131:14 136:18
174:16,19 180:9
206:12
**additionally** 203:8
**address** 6:10
123:1 346:17
**adds** 38:3
**adjuvant** 96:20
166:18 326:11
**administer** 151:17
154:5 159:15
**administered**
103:12 104:12
151:23 152:23
153:25 154:16
155:2 161:4,18
163:14,19
**administration**
35:10 103:23
152:20 154:20,23
262:10
**adriamycin** 97:2,5
99:24 100:4,8,12
133:8 137:20
150:5 151:22
154:1,16 157:16
159:16,19,20
161:17 162:10,11
162:12 206:14
220:18 238:20
240:5,9,13,16,22
240:25 241:9,18
241:22 242:4,9,12
242:15 245:23
267:14 340:13,16
340:22 341:13
343:14
**adult** 72:7 332:25
**advance** 81:9
**advanced** 72:24

**advent** 75:21
121:16
**adverse** 91:11
107:21 316:22
**advisable** 326:6,7
**advised** 133:22
241:17
**afar** 81:16
**affect** 148:23
149:4 219:21
222:7,24 223:20
244:18,22 247:21
280:19 281:7,9
290:12 294:9
297:7,14
**afternoon** 111:25
112:2
**afterthought**
117:17,19
**age** 110:17,18
143:4,14 147:8
192:14 195:20,21
196:3,4,7,8,16,17
196:20,23 197:6
197:11 243:5
244:8,9 247:24
251:1 269:20
**aged** 207:24,24
**agency** 344:10
**agents** 155:18
269:2
**ages** 193:1
**aggressive** 298:20
**aggressively** 246:8
297:21 298:8,21
299:16
**ago** 20:8 71:7
77:11 79:24 84:6
92:22 94:12
100:20 104:1
106:11 118:8,10

118:20 119:20,22
124:13 139:10
197:12 275:19,23
342:20
**agonistically**
296:21
**agree** 43:25 44:15
56:15 57:25 70:24
71:24 72:12 73:3
75:8 88:18 89:7
97:5 103:14 105:4
107:14,23 108:10
110:12 116:1
117:7 120:13
133:23 134:20
136:9 140:1
145:13 148:19
151:25 155:3
156:21 159:13
165:2 166:17
167:11 177:20
192:11,14 194:8
197:21 198:12
206:11,24 211:23
214:1 216:22
217:12 221:18
222:1 234:2,15
239:22 242:15,25
244:17 247:2
253:15 254:23
255:2,4 257:19
258:20 259:1
262:17 263:25
274:7 277:8
280:15 282:14
294:25 297:13,25
299:23
**agreed** 57:13
141:6 232:16
**agrees** 156:15

**ahead** 11:5 15:8
25:14 36:18 58:21
59:6 73:22 102:13
122:9 135:21
168:1 187:17
209:19,20 242:21
267:22 274:10
294:17 305:19
321:8
**aiming** 225:9
**al** 110:3 330:21
**alabama** 84:11
125:17,17
**alarming** 160:20
**allow** 274:22
**allowed** 8:20
309:24
**allows** 311:20
**alopecia** 43:15
183:24 186:5
**alternative** 241:21
298:6
**alto** 313:11
**american** 67:17
**americans** 73:25
95:21
**amount** 78:8
327:15 332:20
**analysis** 297:14
**anastrozole** 188:6
**anderson** 30:2
314:24 315:1,8
**andrews** 15:22
16:4,7,8,11 17:17
20:15,24 40:14,18
40:20,21
**anema** 265:22
**anemia** 265:23
**anesha** 45:20
46:16 184:5,11

**angina** 261:9
**angiogram** 259:9
**angioplasty**
249:16
**ankle** 259:8
**ann** 15:21 16:4,7,8
17:17 20:15,24
23:1 30:14 40:14
40:18
**annotated** 344:12
**answer** 19:9,13
21:10,16 22:12,16
22:24 23:4 61:19
135:18 146:2,6,11
158:17 167:4,5
193:2,3 198:23
200:1,19 208:15
238:14 241:24
287:8,16 343:6
**answered** 19:4
60:20 326:22
**answering** 57:11
**answers** 19:15
**anthracycline**
97:3 99:20 104:17
122:9,12,17
132:15,21 134:1
134:14 136:11
138:13 141:21
142:9,11,14,16,20
143:3 149:13,23
152:24 153:1
156:23 157:20,20
158:25 159:11
192:4 206:2
220:12 224:12,14
238:25 248:8,9,19
248:21,25 250:2,6
250:15,19 269:13
269:19 280:20
281:16,24 282:11

282:15 292:1
294:11,15,22
297:15 298:5,11
298:25 299:6,10
299:18,22 324:16
325:1,2 328:16
329:21,23 331:7
333:22 336:5
340:19
**anthracyclines**
95:14 96:6,10,12
96:14,19,23 97:20
98:18,19 103:1
108:2 119:3
129:20 134:11
135:4 141:4,5,22
157:4 158:19
159:5,7,23 160:1
160:19 161:7
224:19 238:20
241:16 250:1
261:24 263:12
281:11 291:23
294:7 297:11,18
297:24 298:1
300:19 307:11
315:13 320:18,20
325:12 326:1
328:23 333:10,15
334:3 339:3,10,23
342:12 343:1
**anti** 285:19
**anticancer** 155:18
**anticoagulation**
279:8 285:12,19
291:7
**antigen** 109:17
**antihypertensive**
263:20
**antoinette** 1:5
31:5,12 32:3

45:13,17 221:13
271:8,9 345:3
346:5
**antonio** 118:15
**anybody** 13:5
195:19 262:19
296:4 297:12
**aorta** 255:15,17
256:1 258:14
**aortic** 256:2
**apart** 237:22
292:6
**apologize** 30:3
45:5 60:22 166:14
169:25,25 274:9
281:8,11 294:16
294:19 298:3
339:21
**apoptosis** 155:21
155:22
**appear** 221:20
223:9 224:10
236:20
**appearance** 26:20
**appeared** 236:2
253:7
**appears** 116:21
236:17
**appointment**
81:11,11 82:23
**appreciate** 15:5
176:24
**appreciation**
24:20 76:19
**approach** 268:20
**approaches**
121:16
**appropriate**
324:17 325:3
**approve** 168:4

**approved** 119:6
166:5,20 167:12
167:21 309:1,6,22
328:24
**approximate**
342:6
**approximately**
32:2,9 74:2 78:25
80:14 104:15
173:3 231:8,10,11
231:13,20 336:24
337:2
**april** 216:6,14
**area** 39:9 77:7
81:16 110:9
113:21 118:20
147:11 264:21
306:18 307:22
310:11 334:5
**areas** 113:18
126:4 168:20
**arm** 78:22 82:12
239:12
**arm's** 334:23
**arrest** 155:19
**arrhythmia**
124:25
**arrhythmias** 99:7
124:23 257:13
**arrow** 163:13,23
**art** 129:9 311:3,14
**arteries** 99:12
144:14,16
**artery** 202:24
249:6,9,12 257:13
**article** 4:13,15,17
71:10 106:5,8,16
121:22 123:8
268:8,23 323:19
323:25 330:7,14
331:2

**articles** 44:25
57:17 59:13,17
60:2,3 70:17
113:6 323:18
**asco** 264:8 265:1
**aside** 14:22 37:23
50:12 319:5
**asked** 56:18,25
60:10,16 92:17
104:1 114:25
115:3,5 166:24
169:10 180:9
209:1 210:23
211:4 219:6,9,15
232:22 267:5
284:25 286:25
288:15 304:23
314:7 317:11,18
317:25 318:17
324:11 325:9
326:2 328:9 331:3
338:23 340:5,9
343:7
**asking** 6:25 54:14
86:7 119:19
178:17 200:21
209:12 213:12
228:19,20,23
239:23 249:2,23
260:11,16 287:4
342:17
**asks** 9:12 12:14
14:3 125:14
**aspect** 87:8 218:25
**aspirin** 94:13
301:15
**assess** 117:8 125:6
127:24 146:25
245:21 246:11
247:13 256:15
266:11 279:25

284:25 286:25 304:23
**assessed** 147:13 214:17 227:10 342:25
**assessing** 124:10 140:1 193:16 203:23 204:12 212:4 219:22 245:15 329:21
**assessment** 35:8 133:5 187:8 188:10 189:18 212:13 213:21 216:10 268:25 270:15,16
**assignment** 345:2
**associated** 18:18 35:7 36:6 76:4 95:15 96:15 136:11 141:6,10 141:21 143:3 149:13 192:4 202:23 242:9,15 248:9 269:19 290:17
**assume** 282:6
**assuming** 14:8 153:9
**asymptomatic** 98:2,8 136:2 160:21
**atenolol** 235:25 252:20
**atherosclerosis** 144:5,6,11,14 256:24,25 257:2,3 257:4,6,8,9 258:17 258:18,21,24 259:2,6,9,10,13,14 259:16,19 260:2,4

260:18,22
**atherosclerotic** 256:1
**atorvastatin** 278:18
**atrial** 215:23,24 215:24 216:2,3 261:11,12
**attached** 48:21
**attachment** 59:14
**attachments** 13:17
**attack** 79:23 84:2 84:5 94:12 108:19 125:22 139:10,11 249:15,15 257:20 258:5 299:13
**attacks** 92:22 108:18,22 109:12 109:15 124:14 244:6,7,13
**attempt** 305:25
**attention** 44:12 64:20 210:6 212:24 273:20 288:16
**attenuate** 127:2 246:12 275:8 279:25 280:18
**attorneys** 170:4
**august** 28:14,24
**author** 16:23 110:23
**author's** 330:20 331:22
**authoritative** 70:8
**authors** 106:16 268:12
**automatic** 215:19
**available** 212:21 234:14 267:15

**avastin** 148:25
**ave** 346:1
**avenue** 6:12
**aware** 103:5 152:21,22 158:22 161:17 192:18 194:16 195:25 197:4 199:20 207:3 213:15 214:5,12,24 215:21 216:1,2,5 227:24 228:3 234:10 239:3,8 240:3,7 241:3,5 244:5,11 254:7 256:18 261:19 262:7 266:16,24 291:16 292:10 316:4
**awareness** 148:12

**b**

**b** 50:11 132:7
**back** 17:24 23:13 24:10 59:4 67:8 67:13 83:1 95:7 104:1 109:16 111:22,25 112:3 123:10 136:16 159:19 165:25 170:10,17,25 171:3 175:21 179:1 180:25 183:1 185:19,23 189:9 190:17 191:23 192:23 225:12 231:12 232:4 240:11 265:6 268:4 271:3 276:13,23 286:24 298:15 299:8 305:15 332:10

338:19 340:10 346:17
**background** 23:15 28:15
**bacon** 2:14
**bad** 94:14,15 290:22
**balance** 128:14
**ballpark** 227:17
**bandwidth** 80:22 116:5 134:8 138:22
**barbara** 1:6 31:8 31:15 32:6 33:21 45:13,17 172:16 174:12,25 175:24 176:4,8 271:10
**base** 156:3 157:6 189:17
**based** 9:6 22:8 28:3 134:24 156:5 159:5 164:11,12 174:9 190:5 200:5 200:15 202:17 214:17 215:1 219:18,20 224:6 229:17 240:16 241:10 263:16 277:18 296:25 298:5,11 299:6 300:24 304:2 324:16 325:1 340:2,18 341:17 341:17
**basic** 63:20 66:10 66:11 77:20 308:3
**basically** 37:17 46:11 54:6 66:17 68:8 93:15 97:24 144:7 171:15 205:17 230:3

256:2
**basis** 190:10
260:17
**baudin** 2:10
**beast** 335:23
**becoming** 72:4
**began** 315:24
**beginning** 111:23
124:7 166:1
205:15 268:4
**begins** 29:14 107:7
169:6 317:6
330:17 336:23,24
**begun** 175:15
**behalf** 15:17 24:18
170:2 237:6
**belabor** 91:4
**belaboring** 24:2
**believe** 7:25 10:18
11:2 16:6,24
18:21,23 20:14,22
24:23 27:9,24
28:2 30:13,14
31:10 32:11 33:2
33:22 34:11,17
36:25 38:2 39:2
40:24 41:22 42:10
48:5,23 53:16
57:11 62:9,11
67:8,14 69:11
76:5 89:12 97:10
101:24 120:16
121:5,23 164:11
170:9 172:24
178:16 184:8
185:1,3,9 189:7
195:16,19 197:7
198:7 199:10,11
200:2 213:2 214:8
214:16 215:13
218:22 232:1,18

234:6 238:10
240:1,11 241:6
243:20 244:7
251:5,19,25 254:3
254:10 266:25
267:2 272:14,16
276:21,25 277:25
284:23 285:21,23
285:24 288:6,25
289:5,13 290:4
291:9,13,15 292:3
292:14 302:7
304:10 314:20
328:24 330:15
333:14 334:1
**believed** 211:6
**benazepril** 236:1
252:21
**beneficial** 155:25
298:5
**benefit** 132:6
297:14
**benefited** 297:24
298:1
**benefits** 91:15
142:15 297:10
298:14,14 325:17
339:1
**benjamin** 2:6
**best** 7:1 19:21 80:3
86:24 91:22 94:25
96:14 117:7
130:13 131:22
132:1 141:7,9
157:10 191:10
198:9 200:3
204:17 206:9
246:4 255:5
303:11 329:15
334:1 344:5

**better** 55:16 79:16
92:2 108:18,23
114:17 128:3
137:2,4 159:21
308:6
**betterment** 98:21
**big** 68:20 92:1
98:14,20 118:16
119:10,13 126:8
129:19,20 137:22
144:13 145:8,18
145:24 156:18
157:8 158:1 165:7
177:24 247:16,19
248:4 299:15
303:25 304:8,10
306:23 329:2
332:21
**bigger** 87:14
108:19 137:25
146:23 147:25
148:1 154:23
155:7 273:25
**bilateral** 226:7
235:17 236:15
**billed** 27:14,25
38:6,10,11,13
**billing** 8:10,14
14:4 314:16
**billings** 38:9
**bind** 155:18
**biopsy** 235:18
**birkhoff** 45:19
183:18
**birth** 225:15 272:8
**bit** 109:22 111:16
206:19 224:1
301:24
**black** 102:2,4,7,14
103:7 168:9

**blacked** 30:7
**blockage** 125:23
**blockages** 144:13
257:7
**blocker** 150:21
261:4,21
**blockers** 149:19
149:22 150:2
262:11 263:11
**blood** 70:2 94:7
99:12 109:17
126:17 148:24
149:1,2 208:6,10
221:24 223:23,24
223:25 236:2
249:18 250:13,14
252:24 253:3,5,8
253:13,14 262:5
278:21 284:3,6,17
285:4,5,19 289:25
290:9 300:9
301:24 302:3
**bloom** 330:6
**bmi** 197:22 198:4
198:13 251:6,11
**board** 67:16,17,20
67:23,24 68:1,6,9
68:12 69:4,6
**body** 172:1
**borderline** 278:20
283:3,11 284:2
285:4 302:4
**born** 329:5
**boston** 2:19 114:9
114:13
**bottom** 52:21
122:24 160:25
163:6,8,10 169:6
171:3 269:9
346:14

**boulevard** 2:15
**box** 102:2,4,7,14
　103:7 207:11,12
**brachial** 259:8
**brand** 97:2
**break** 7:4,5 24:13
　58:21 62:20 64:4
　111:12,15,21
　161:14 162:6
　165:19 267:22
　305:11 334:7
　338:13
**breast** 4:17 21:20
　25:8 60:1,1 61:13
　72:22 73:2,4,9,13
　74:18,19,20,22
　75:8,16 77:7,8
　82:3,10,10 84:3
　85:24 86:6,19
　87:13,15 88:5,9
　95:12,13,20 96:3
　96:20 108:21
　110:5 114:23
　115:10,18,25
　116:18,20 118:15
　118:17 119:7
　123:12 124:1
　130:1,6,7,20 131:2
　137:15,20 138:1,5
　138:8,24 139:13
　139:20 142:9
　146:14 148:14,25
　156:1,7,12 160:24
　165:8 166:19
　167:16 187:23
　188:7 189:13
　194:12 198:5
　202:20 204:4
　207:23 210:4
　230:8 235:16,20
　242:24 243:11

244:3 260:4 268:9
　278:12 280:5,7
　295:7,10 296:24
　298:24 306:20
　320:13 321:1
　325:13 326:3,4,5,9
　326:10 327:1,6
　332:5,6,22 333:2
　333:24 334:19,24
　335:9,11 336:16
　341:11
**breath** 266:5
**briefly** 319:20
**bring** 64:20 78:7
　129:24 132:21
　133:3 166:13
　246:17 275:17,25
　293:4 311:2
**brings** 130:17
**broadest** 13:22
**brought** 7:22
　24:22 100:18
　120:1,2 292:14
　341:2
**building** 315:19
**busiest** 308:21
**business** 6:10
　243:10

| c |
| --- |

**c** 2:1 3:1 61:20,21
　273:1
**cabg** 249:17
**calcification**
　229:21,25 230:6
　236:9 254:1,3,12
　256:1
**calcium** 149:19,21
　150:1 261:3,20
　262:11 263:11
**calculations** 12:15

**calculator** 38:2
**calculators** 247:13
**california** 345:21
　346:15
**call** 30:17,18 81:17
　83:19,21 84:22
　90:9 98:4 102:4
　169:19 198:16
　207:24 229:17
　254:6 291:2
　338:14 341:20
**called** 109:18
　120:7 310:17
　319:17
**calls** 80:20 314:17
**campus** 81:15,22
　125:19
**cancer** 4:13,16,17
　10:24 16:15 17:13
　18:18 21:19,20,23
　22:5 25:8 30:16
　32:16 35:8 49:9
　59:24 60:1,1
　61:13 67:6,10
　70:5 71:1,11,22
　72:13,15,23 73:2,4
　73:9,11,14,19,25
　74:2,18,19,20,21
　74:22 75:9,16,20
　75:22,23 76:2,3,15
　76:20 77:7,8
　79:11,12 80:8,16
　81:8,10,25 82:3,10
　82:10,14,15,20
　85:24 86:6,20
　87:13,15 88:4,5,9
　89:2 90:20 91:15
　92:23 93:19,20
　95:12,13,20 96:3,7
　96:21 105:7,16
　106:5 107:11,21

108:9,14,14,17,20
　108:22 109:8,9,17
　109:20 110:5,10
　114:23 115:10,18
　115:20,25 116:18
　116:20 117:9
　118:16,17 119:7
　119:22 120:8,19
　121:13,17,20,25
　122:21 123:2,12
　123:12 124:1,2
　127:25 128:13
　130:1,6,7,20 131:2
　131:22 136:5
　137:3,15,20 138:1
　138:5,8,9,10,11,24
　139:13,21 140:3
　140:15 142:9
　143:6 146:14
　148:14,23,25
　149:11,12 153:20
　154:17 156:5,8
　158:8,12 160:24
　165:8 166:19
　167:16 172:13
　175:1 179:3,4,6
　188:7,15 189:13
　190:22 191:2
　194:12 198:5,9
　202:20 204:4
　206:9 207:23
　209:2 210:5,13,14
　211:16,16 212:5
　212:22 213:7,9
　217:11,12,16,19
　218:18 219:1,8,14
　220:2,16 221:10
　221:18 222:4,19
　223:25 227:12
　230:8 231:3,3
　233:3,20 235:20

236:11,11 239:21
242:24 243:11
244:4 245:15
246:4 255:10
258:3 260:4 262:9
267:12 268:9
269:22 270:14,24
272:10 279:11
280:5,8 285:1,2,16
287:1,3 290:13,14
291:3,17 292:11
292:12 295:7,10
296:22,24,25
298:24 301:8,19
306:17,20 307:13
308:1 309:11,14
309:16 317:17,22
318:2,6,22 320:2
320:10,13 321:1
325:17,18 326:3,4
326:5,9,10,24
327:1,6 328:5
331:6 332:5,6,22
333:1,2,8,23,24
334:19,24 335:10
335:11 336:8,17
341:12
**cancers** 72:24
107:16 138:20
153:15 156:1,13
158:24 325:13,14
327:17,20,21,23
329:17,17 333:25
**captured** 58:9,12
58:16
**carbo** 163:8
**carboplatin** 163:7
163:18 164:21
165:2
**carcinoma** 187:22
235:16 278:12

**cardiac** 4:14 10:14
10:23,25 16:15
17:13 32:15 33:11
33:14 41:17,23
47:3 49:2,10,11,17
51:18 54:5 56:5
57:8 70:4 80:12
80:18 86:14,19
91:5,8 92:15
93:17,19 94:6
96:16 97:6,9,15
101:1 106:6
108:25 117:3
118:11,18,24
119:8,21 120:5
122:20 123:21
124:11 125:2
126:5,9,16,18
127:5 132:5,9
133:10 134:9,9,10
135:5 136:9 137:5
138:17,21 139:2,7
139:8,25 141:6,10
143:5,13,18,21
144:6,8,10,12
145:22 146:16
150:2 159:20
160:21 164:5
173:15,17 175:25
176:6,22,23
177:17,18 184:3
186:4 187:3,8
188:8,9,10,13
189:20,22 190:20
191:1,6,11 193:22
194:3 198:2 201:5
201:11,24 202:2
202:18 203:13,18
203:18 204:6
205:19 206:7
207:10,12 214:6

215:5 217:9,10
219:1,12 220:23
221:9,16,21
222:17,22 223:5
223:10 224:3,5
226:5,13,14,16,17
226:18 227:2,8
231:17,18 236:14
236:16 239:20
241:14 242:2,5,7,8
242:13 243:21
245:5,9,10,13,22
246:3 247:10,14
249:19,25 250:24
255:25 256:11
257:12,16,17,17
257:21 258:15,25
260:23 264:17
265:3 266:15
268:18 269:1,22
270:16 273:3,3
274:12 278:16
279:1,10 280:3
281:15,25 282:4,7
282:8,10,13,17,21
283:19,22 287:1
292:18 293:10
294:5,13 297:1,8
297:17,20 298:7
299:12,23 300:6
300:17 301:17
303:25 304:7,10
306:16 318:18
330:1 335:18
339:8,8
**cardiacwise** 178:6
**cardinale** 341:10
**cardio** 63:21 68:16
69:4,7 70:25
71:12,21 72:18
78:17 83:11 95:11

97:6 100:17 114:4
114:11 115:5
117:16 120:18
121:19,25 146:25
147:12,15 205:3
219:21 244:24
263:7 293:25
296:3 306:15
307:8,23 308:23
314:11,21 315:3,4
315:19,24 317:20
318:23 324:14
326:6,23 327:2
328:21 329:2
343:4
**cardioaortic** 216:6
216:14
**cardiodisease**
247:4
**cardiologist** 16:14
16:17,21,22 30:2
30:16 65:24 66:19
68:5 76:24 82:21
125:20 138:6
140:8 145:23
208:8 266:17,19
273:25 300:23
313:7 340:2
**cardiologists**
47:24 48:5,6 68:3
247:12 268:20
296:18 310:3
315:16 324:11
**cardiology** 16:23
18:15 21:22 22:4
22:4,9 32:14
65:23 68:6 84:8
106:20 118:12
128:24 275:10
310:23 311:1,10
316:6 326:7

**cardiomyopathy**
4:17 103:8 104:8
136:1 141:21
250:6,8,16,17
268:10
**cardiotoxic** 80:5
104:9,13 143:7
262:11 269:2,23
343:13
**cardiotoxicities**
77:21 205:5
**cardiotoxicity**
97:10,19 98:9
99:14,19,21
103:25 104:6
122:8 133:9
134:16,19 135:8
135:12,13,23
136:11 142:21
143:3 149:23
154:22 155:2
158:3,7 159:15
161:19 192:4
193:17 203:24
220:12,15,19
242:9,15,23
245:15 248:9,21
249:1 250:2
261:22 262:13,18
262:22 263:1,15
264:17 269:14,20
281:16,24 282:11
282:15 300:20
325:15 339:24
340:6,13,14,17,20
341:1
**cardiovascular**
4:15 18:17 21:18
35:8 59:23,25
61:12 63:17 65:16
67:21 69:23 70:6

70:25 71:11,22
72:14 73:3,8,12,15
75:20 76:1,4,16,20
77:9,24 78:1 79:5
79:10,19,22,25
87:23 88:1 92:8
93:13 95:15,22
96:1 99:3,14
105:6,15 108:7
110:4,7,9 116:12
117:8 120:7,18
121:13,19 122:2
123:1 139:16
140:17 156:17
157:7,12 177:13
186:1 187:7 188:8
188:13 189:14,15
189:24 190:7,13
190:14,15,20
191:1,25 193:5,17
194:13,14,24
195:11 207:14,15
207:21 210:6,7,24
211:7,14,15 212:5
212:8,15 213:1
218:21 219:7,17
220:6 221:2,3
222:2 223:11,12
224:10 233:24
234:4,8,8 235:23
236:20 243:17,24
244:25 245:21
248:18 249:3
251:3 264:7 266:9
274:18 282:4
294:21 295:23,25
307:10,25 308:2
309:12,15 317:14
320:2,10,14 321:2
324:15,25 325:18
330:21 332:4

335:25 336:3
**care** 9:14 44:1,7
44:17 48:7 66:25
70:25 72:19 80:1
98:17 120:19
121:18,19 137:19
140:7 144:13
145:19 146:7
147:19 149:16
179:11,12 194:2
213:20 215:6
217:4 218:5
231:25 232:20,23
233:6,11 235:6
261:16 264:20
274:1 275:9
279:24 287:24
288:2,9 293:17
298:18 317:16
326:11 339:11
**career** 306:8 329:1
**careful** 173:22
**carinder** 45:18
183:3 201:7,13
216:22
**carinder's** 200:16
**carries** 97:5
**carrollton** 2:5
**carry** 172:2
**case** 1:5,6,6 9:15
10:8 13:4,11 16:2
16:12 17:12 18:1
18:14 20:6 21:13
24:19 25:2,18
27:19 29:10 40:21
42:22 45:25 46:9
48:1,15 49:1,6
50:15 51:1,7 53:3
53:9 55:2,13
56:15,25 58:3
60:13,19 72:25

78:3,4 84:16,23
89:1 92:20 98:7
105:20,23 108:15
131:3 165:15
169:20 170:6,14
171:24 187:5,13
193:7 201:25
202:17 205:18
217:7 219:24
222:6,7 233:13,23
234:10,23 236:24
239:19 244:3,18
271:22,22 272:2
313:6 319:12
320:7 321:3 331:5
333:20 335:21
345:3 346:5
**cases** 6:7 8:25 9:19
10:14 20:20 25:1
25:4 27:23 40:15
41:3 46:10 47:2
52:12 55:10 57:8
61:14,16 78:18
93:1 99:11 105:20
107:12 108:25
109:23 130:21
169:4,11,17 171:5
171:10 180:10
181:11 184:1
234:20 270:15
271:18 272:6
280:6,21 297:8,23
300:6 309:3 317:7
317:10,12,13,19
319:4,9 321:19
340:10,11
**catch** 313:9
**catheter** 279:7
285:11,17,20
**catheters** 290:15

**cause** 96:15 110:4
141:5,8,9 228:10
279:3 293:7
330:22 332:5
**caused** 219:1
275:4
**causes** 43:12 105:6
105:15 108:7
109:1 266:14
330:1
**causing** 146:16
155:18
**cautionary** 102:15
**cc** 346:23
**cedars** 311:6
**cell** 83:22 155:19
155:22
**center** 140:4 315:2
**centers** 68:20
309:11 310:11
318:3
**centrality** 10:2
**centre** 2:7
**certain** 9:1 34:17
63:20 77:14,25
99:6 102:15
107:16,24 108:14
109:23 140:15
148:21 204:24
205:5 207:17
273:24 290:14
**certainly** 49:10
64:20 71:6,7
75:12 105:20
159:22 183:24
191:4 194:23
230:13 248:5
275:20 292:16
294:9 298:7
326:18

**certificate** 344:1
**certification** 67:23
67:24 68:2,6,9,15
69:4,6
**certified** 1:23
67:16,20 68:12
344:18
**certify** 344:5,7,10
**chaffe** 2:22
**chance** 108:18,23
**change** 52:19
113:14 179:23
186:13,15,17
191:22 211:2
215:7 227:19
250:13 345:5
346:13,14
**changed** 72:23
98:13 100:25
175:6 213:3
**changes** 86:13
113:17 211:1
235:5 255:1
290:12 298:17
316:2 346:12
**changing** 72:8
126:3 248:16
**channel** 149:19
150:1,21 261:20
262:11 263:11
**charge** 27:4,6
145:25 312:18
**charged** 28:17
**charging** 26:25
**charts** 12:16
**check** 24:22,23
64:15,25 67:15
146:1 147:7,8
167:6 227:13
228:20,22 238:11
246:9,10 251:20

279:21 297:20
**checked** 104:18
226:20 227:6
228:6 229:1,3,5
249:17 266:22
**checks** 133:1
227:11
**chemotherapies**
204:22
**chemotherapy**
39:18 43:15 49:8
49:19 50:11,22
79:21 85:17,20
86:13 88:14 93:7
95:4 96:24 103:23
115:2,7 129:11
131:6 132:13
133:22 138:3,12
138:14,20 139:15
140:14,20 152:1
153:9,14,19
157:15 160:5,6
168:17 176:12
185:23 188:11
198:24 199:12,16
199:21 204:13,17
205:4,6 206:1
211:18 225:19
238:12 239:15,17
246:17 267:9,15
268:18 270:17
278:14 285:22
286:6,9,10,14
290:16 291:20
292:7 294:3,23
298:23 318:7
324:16 325:2
334:3 337:25
339:17 340:6
**cherian** 45:19

**chest** 139:9 206:19
256:19,20 258:15
278:2 279:1,2,3
293:5,6,8 301:14
301:16
**children** 333:9
**choice** 158:8,12,18
159:7,14 160:4
198:9 209:2
211:25 213:12
219:23 222:25
223:2 233:20
241:15 257:11
280:19 281:7
294:2 317:16,22
318:2,5,22
**choices** 130:12
271:18
**cholesterol** 126:20
147:7,8 149:9
226:22 227:18
266:23 274:3,6,15
275:4 277:4
302:18
**choose** 222:7
**choosing** 157:20
219:8
**chose** 110:23
157:13
**chosen** 200:7,17
253:2
**chronic** 107:13,17
261:8 301:5
**chronological** 64:7
**chronologically**
238:6
**chronology** 23:25
**circulation** 69:24
**cite** 232:5,9
**city** 2:15

**clarify** 7:1 109:4
**class** 126:8 155:17
**classification** 341:1
**clean** 144:16
**clear** 43:10 60:25 162:8 250:21 295:23 316:13 332:19
**clearing** 328:7
**clearly** 33:15 117:2 118:20 126:5 127:5 147:24
**clinic** 59:20 66:20 66:21 78:21 80:10 80:13,15,22 81:14 81:20,20 82:25 83:11 85:23 114:4 114:7,7,12,13,18 114:22 116:3,6,10 128:15 138:23 172:1 188:24 306:16 307:3 308:10
**clinical** 59:21 65:15,18,19,23 70:1 76:24 77:12 77:22 78:10 87:7 104:24 115:24 167:11 239:4,9,11 262:15 278:1 296:7 307:16 308:15,18 313:25 329:24
**clinically** 21:24 78:23 103:19 307:9
**clinician** 139:20 168:8

**clinics** 307:4
**clot** 289:25 290:24
**clots** 285:15,16 290:10,13
**code** 344:12
**coffin** 2:10
**cohort** 332:7,11
**coinvestigator** 312:22 313:2,3,13
**collaborations** 311:21
**colleagues** 82:25 118:15 310:4 312:16 341:11
**colorado** 311:8
**column** 122:24
**combination** 81:18 132:7 137:11 158:9 263:12 296:17 312:17
**combinations** 329:18
**combine** 99:1,15 142:13 307:20
**combined** 96:19 99:17 160:19 247:4 258:8 261:20
**combining** 99:18 258:10
**come** 49:22 52:11 63:23,25 68:21 70:5 81:16,19 83:1 86:18 109:16 130:21,24 144:15 190:17 206:17 208:7 290:6 306:3 307:12 310:2 313:17 329:15 342:4,9

**comes** 21:4 52:14 84:2 104:5 109:7 116:10 127:5 131:8 139:21 145:6 148:22 159:4 195:13,21 220:19 240:2 243:15 244:3 255:10 264:6 290:18 291:24 308:20 309:18 318:6 340:10,23
**coming** 63:10 72:4 118:13 130:9 135:25 342:19
**commencing** 117:9
**comment** 152:12 157:2,19 166:25 191:14 201:20 217:3,15,20 219:6 219:9,15,23 267:5 267:17 292:19 299:1,3,4 300:6 303:5 304:6 336:1 343:15
**commented** 332:22
**comments** 8:21 186:5
**commission** 345:25
**committee** 8:20 68:2 140:4,17 333:4
**common** 76:19 96:15 141:5,7,9
**commonly** 152:22
**communicated** 7:25 34:24

**communication** 18:11 20:2,9 89:8 89:10 90:6 281:9
**communications** 13:2 18:8 21:7 22:7,20
**community** 44:18 98:21 118:2
**companies** 313:19
**compare** 113:12
**compared** 72:9 161:20 164:20 275:24 298:6
**comparison** 205:9
**compensation** 38:1
**competing** 332:4
**complaining** 256:19
**complete** 9:13 45:24 61:25 66:18 122:13 164:3 183:3,5,8 287:16
**completed** 46:14 65:12,20 86:7 87:18
**completely** 19:12 72:21 98:7 144:16 158:18 275:6
**completes** 309:21
**completing** 165:22 208:18 218:23
**completion** 33:25 76:9 122:3,16,20 123:3 210:4 236:6 253:19 270:24
**complicated** 92:20 93:16,25 99:5 140:9
**complication** 93:17

**complications**
76:5 107:20
156:17 157:8
188:9 215:22
221:21 223:12
224:10 236:21
**computer** 215:19
**concentration**
262:1,4,15,20
263:8
**concentrations**
151:16
**concept** 72:10
80:25 133:14
**concern** 73:5
131:7 150:1 168:9
266:3 296:25
**concerned** 241:18
256:21 293:24
**concerning** 83:5
85:4 140:19
168:16 331:21
**concerns** 73:4
116:12 123:1
130:16 170:6
292:12
**concluded** 186:12
343:23
**concluding** 343:20
**conclusion** 221:8
279:12
**concomitant** 104:9
143:6 149:11
262:10 269:22
**concomitantly**
151:18 336:7
**concurrently**
153:25 154:16
163:19,22,24
**condition** 107:13
109:19 203:24

212:15 214:2
233:11,24 234:5,8
234:15 249:25
**conditions** 107:17
**conference** 29:3
29:22 30:10,22
33:4 314:17
**confirming** 281:1
**congestive** 164:5,7
166:18 196:1,14
197:5 244:12
266:3
**conjunction** 81:11
96:24
**connected** 40:19
**connection** 12:17
16:13 17:17
158:13
**consider** 71:3
145:12 155:5
171:23 193:21
196:8,13,24 202:9
203:23 204:1
249:22 251:10
281:20
**consideration** 73:5
142:11 146:17
188:14 190:21
196:23 205:20
242:3,6 250:20
264:13 279:10
300:7,10 303:16
**considerations**
49:17 191:1,7,12
219:12 221:9,17
222:18 239:20
241:14 280:3
317:25
**considered** 13:9
45:24 50:5 70:13
220:1 238:13,23

251:7,12,14,16
273:23 299:24
303:2,9,21 304:4
316:16
**considering** 157:2
**constant** 120:4
**constantly** 62:3
**constitute** 11:15
**consult** 24:14
334:7
**consultants** 85:10
**consultation** 82:16
83:6 138:7
**consulted** 4:9 26:7
45:4,6,23 48:21
59:11 60:10,11,17
60:18 316:16
321:23 322:5,8
**consulting** 18:4
20:5 30:5
**consults** 116:4
**contact** 17:5
**contacted** 15:20
20:10 40:19
**contain** 133:25
153:14 224:12,14
**contained** 132:14
168:4 240:5
241:22
**containing** 238:25
**contains** 53:2
152:23 299:21
**contemporaneou...**
41:5
**contend** 198:3
**contention** 198:1
**contentious**
207:19
**context** 125:21
132:23 136:4
146:23 172:8

210:13 255:21
258:2 291:9 293:5
306:17 339:7
**continue** 250:23
**continued** 66:25
203:10 235:22
**continuing** 300:25
337:15
**continuity** 66:20
66:21
**continuous** 278:2
**contraindication**
134:11 339:9
**control** 193:25
202:17 207:18,18
207:22 236:2
247:24 252:17
253:3,7,12
**controlled** 301:21
**controlling** 252:24
**controversies**
195:1
**controversy**
195:10 206:19
247:22
**conversation** 17:9
17:11 19:3 84:21
89:13,17 90:12,14
90:22 92:18 93:3
93:16,23 94:1
123:16 272:3
**coordinator** 82:23
**copies** 9:18 34:19
**coprincipal**
312:21
**copy** 36:23 62:2
64:13 112:4 113:2
330:10
**corner** 102:1
**coronaries** 249:19

**coronary**  164:4
202:24 203:8,16
249:6,9,11,22
257:13
**correct**  6:8,15,22
7:18 12:11 15:18
20:20 25:18,22,24
26:4,7,11,18,22
27:1 28:18,22,25
29:7,10,15 31:3,12
33:4,10,12 34:1,4
35:10 36:7 37:13
38:1,4,12 41:9,24
42:9,13,23 43:2,6
43:8,12,13,15,16
43:18,21,23 44:8
44:13,25 45:10,14
45:20 47:9,17,21
47:22 49:19 50:5
51:2 52:1,8,24
53:4,14,19,20,25
54:9,16,20 55:2,13
55:21 56:2,11,13
56:18 57:2,17,23
58:3,13,18 59:15
61:2,7,22 65:7,10
66:2,16 67:3,7,18
68:10,13,14 69:5
71:14,15,18 73:20
75:24 76:10,21
79:6 82:17 83:8
83:12 84:25 85:5
85:12,20 86:10
87:8,13,23 88:7,23
93:13 94:21 95:5
95:17,23 96:4,7,17
96:18,21,25 97:1
99:22 100:13
101:14 102:2,5
104:9,15 109:24
113:5,7 114:4

115:21,22 117:10
118:25 119:23
120:11,15,22,25
121:21 122:5,6,21
123:6,8 127:8
133:10 134:4,5,14
135:9 140:18
141:12,24 142:14
142:17,24 143:8
143:15 144:22,25
146:7 147:2,15
148:11,20 149:13
152:8 155:22
156:20 160:17,22
161:2,7 162:17
163:4,7 164:9,22
165:10,16 166:5
166:12,21 167:3,5
167:13 168:13,21
169:7,14,17,21
172:22 174:1,6
176:1,5 177:8
179:20 180:4,7,14
182:3,11 186:23
187:2,15 188:23
189:15 190:3,7
191:18 192:9,12
192:17 193:18
194:14,24 195:18
202:3,14,25
203:11,19 204:13
205:6 207:1,5,16
208:4 213:24
214:3 216:23
219:19 220:3,14
220:19,24 221:11
222:11 223:3
224:13,15 225:15
226:11 227:2,4
229:2,8,23 230:14
230:21 232:6,10

232:14,17 233:13
236:24 237:2,6
240:17,23 242:4
242:10 243:14,17
246:23,25 247:5
247:10 252:7
253:19 254:1
255:18 256:5,9
257:5,14,20 258:5
258:9,17 259:4,17
259:20,23 260:2
260:19 261:1,4
263:23 265:8,11
265:25 266:8
268:12,15,21
269:5,17,24 272:8
273:18,23 276:4
276:19 277:20
278:3 279:13
280:11,23 281:3
281:17 282:1,5,11
282:17,21,24
283:4,7,8,12 284:4
284:7,11,24
288:19 289:15
292:21 293:13,15
293:21 295:13,17
295:24 296:8,11
296:16 297:15
298:12 299:6,25
300:18 301:1,3,5
301:12,15,20
302:11,13,20,24
303:9 319:18,24
320:21 321:15,25
322:6 326:24
331:7 332:1 333:2
333:10 340:14,15
341:18,25 343:9
343:14

**corrections**  346:12
**correctly**  38:3
254:5 259:5
**coumadin**  291:12
291:13,15 292:24
**counsel**  8:8 13:3,5
14:17 15:16 16:4
16:12 18:11 20:5
20:11 21:8 22:7,8
22:14,21 23:11,12
24:14 25:1 26:14
28:21 29:3 30:12
30:18,24 33:7
35:14 36:7 37:16
38:10,11 62:9
210:18,21 211:5
212:11,12 271:17
314:18 338:24
**count**  300:9
**country**  309:10
311:5
**county**  344:3
**couple**  27:5 97:18
113:10 141:3
183:22 184:17
253:9 257:24
319:25 336:21
**course**  13:10
15:23 20:25 86:13
86:23 91:22 119:9
200:3 223:24
236:3,13 266:10
278:25 280:1
284:15 297:22
325:15
**court**  1:1 6:20
15:4 19:14 170:3
187:25 306:2,3,7
309:8 344:4,10
**courtroom**  6:22

create  40:23
created  12:17
  33:19 40:12,17
  68:17 99:6
credentialing
  68:22
crestor  273:10
criteria  214:17
critical  158:7
crr  1:22 344:4,16
culbertson  2:18
cumulative  103:10
  141:22 142:1,4,5
  333:17
curbside  116:4
cure  131:23
cured  136:5
current  61:24
  62:15 312:6
  313:15
currently  217:19
cut  294:17
cv  1:5,6,6 4:8,15
  26:1 37:11,12,18
  61:21 62:3,7,13,20
  62:24 64:11,14
  112:4 113:3
  310:12 311:24
  316:7 319:21
  329:5
cvd  110:4
cvs  62:8
cycle  155:19 226:6
cycles  122:12,13
  164:2 175:1 188:3
  188:5,23 189:2,6
  238:2 292:7
cyclophosphami...
  188:3,23 199:22
  216:24 224:17
  235:21 237:9,11

237:12,20 238:1
  272:15 273:2
cytoxan  225:23

### d

d  255:9,11
daily  301:15
damage  103:8,18
  202:13 249:19
dangerous  21:9
daniel  106:17
darbin  203:14
data  41:19 98:22
  103:3 104:22
  145:1 149:24
  159:21 161:23
  168:7 171:9
  173:17,17 206:17
  206:17 230:15
  257:25 274:24
  285:2,6 288:1
  296:19 329:15
  332:14,19 335:4,4
  340:18 341:4
date  27:23 70:4
  208:16 225:15
  229:8 267:3 272:8
  276:23,24 345:3
  346:7
dated  113:7
dates  41:2 67:9
  75:14 342:17
daughter  240:1,10
  240:17,21
daunorubicin  96:9
daunting  201:8
david  2:3,4,6 7:24
  8:3,4,5 20:25 21:1
  24:21 30:14 34:23
davidson  344:3
day  26:21,21
  27:13 59:20 66:20

171:25 197:1
  273:14 274:24
  301:10 307:3,4
  323:6 344:14
  345:22
days  82:24 182:20
  182:22,25 346:18
dead  249:14
deal  132:5,8 293:1
dealing  134:7
  136:2 329:1
deals  319:10 320:5
dealt  135:24
dear  346:8
death  75:9 105:5
  105:14 108:7
  109:1,20 110:5
  155:22 291:3,4
  330:22 332:5
debate  140:3
  145:18
decade  71:8
  140:10 342:20
decades  203:10
deceased  197:5
  215:22,25
december  1:14
  47:7,12 61:7
  214:13,25 215:1
  215:16 255:12
  256:14 344:14
decide  27:3 68:3
  168:8 170:17
  193:9,10 230:9
  336:10
decided  292:9
  293:2 295:14
decides  85:15
  339:19
deciding  49:23
  50:5 79:21 82:19

204:7 206:6
  211:18 220:5,8
  228:19 230:8
  239:1 241:15
  264:6 270:17
  279:16 303:3,21
  304:5 318:7
decipher  276:1
  297:4 302:1
deciphered  301:17
decision  49:4,7,12
  50:15,21 51:11,18
  52:5,16 56:4,9
  83:10 85:6 91:21
  132:6,8 159:9,12
  201:20 204:5
  210:13 287:2
  294:9,21 299:9
  303:14,17 304:24
  319:1 326:16
decisions  39:18
  49:18 85:9 89:9
  136:25 159:5
  191:13
declined  75:9
decreases  274:11
  274:18
deemed  92:24
  223:5 224:3
  265:13 298:4
  325:25 339:2
  346:19
deems  90:19 92:13
  94:24 324:17
  325:3 339:10
deep  183:23 279:6
  285:10 286:1,13
  289:25 290:7
  302:23
defendant  2:16,20
  3:2 6:7

**defendant's** 4:11
36:20
**defendants** 2:12
10:3,4
**defense** 9:1 271:13
271:15,19,23
**defibrillator**
124:24
**define** 77:4 103:25
135:12 249:4
**defined** 110:17
129:7 337:12
**definitely** 64:12
67:15 113:16
179:2 276:24
302:6
**definition** 13:23
97:17 98:6,8,13
104:5 135:16,24
216:8 251:17,18
251:19
**definitive** 136:25
137:7
**definitively**
119:17
**delay** 260:7
286:13
**delayed** 164:2
292:21
**delaying** 128:12
**delays** 292:16
**deleted** 30:4
**dennis** 164:12
**dense** 198:25
199:7,9
**denver** 311:8
**department**
346:21
**depending** 127:17
128:9 220:16
341:19

**depends** 83:20
84:16,23 91:1
102:23 135:11
193:1 196:9 270:5
276:3 281:20,21
297:9 323:15
332:17 335:20
336:9
**deposed** 234:10,23
**deposition** 1:13
4:5 6:14 7:9,11,18
7:23 8:9 11:6
14:23,25 25:12
26:24 45:16 46:4
46:8,15,19 47:4,18
50:3 51:23,24
52:6,23 53:1,17
54:14,17,25 58:1
61:5 101:7 106:1
162:15 170:5
179:19 180:21
181:10,14,20
182:1,6,10,18
183:3,5,8,14,17
184:5,23 185:7
191:18,21 200:16
200:22 232:14,19
232:22 233:10
235:3 238:18
240:20 241:7
280:25 288:22,23
289:4,9,12,15
310:16 321:14,23
323:3 324:13
343:20,23 345:3
346:7,9
**depositions** 46:6
46:12,22 47:11,15
47:23 48:12,13,18
48:20 49:16 51:10
53:6,10,13 54:6

55:9,19 56:8,10,16
56:24 180:4,23
181:6,18 184:21
186:9,13 289:18
321:25 322:18
**derived** 176:19
**dermatologic**
177:15 183:11
**dermatologist**
177:23 183:12
**described** 314:20
**describing** 216:20
**deserves** 44:1,7,16
**despite** 135:5
224:7
**detail** 13:25 44:13
**details** 111:2
126:13 155:9
**detect** 254:25
**detected** 341:14
**detection** 107:8,10
330:17 331:15
**determination**
24:2 284:23
292:11 304:11
**determine** 128:17
154:13 255:6
260:1
**determined** 98:25
298:10
**determines** 156:22
**determining**
145:12 158:7
264:16 280:4
318:22
**develop** 68:21
77:16 201:22
250:17 259:19
**developed** 248:19
252:1 265:22
285:25 302:23

**developing** 13:10
248:25 250:2
**develops** 88:19
248:6 282:7
**devil** 241:1
**devote** 78:9
307:22
**diabetes** 126:21
143:22 145:7,8
149:9 192:19
195:4,14,16,20
196:2 228:20,21
228:22 247:20
248:4,6,11 258:12
277:18,21,22,24
278:24 283:9,14
283:20 284:11,19
284:19,24 285:5
293:15
**diagnose** 228:21
259:5,8,10 277:18
277:20 283:9,14
284:19
**diagnosed** 179:13
216:6 242:24
249:3 252:14
266:21 277:22
278:11,23 284:10
285:1 286:4
301:11 302:12
318:12 332:6
**diagnosis** 39:19
67:6,10,12 110:6
116:20 123:2
172:13 179:7
188:7 189:13
194:12,18 198:6
198:14 212:16
213:8 233:4 253:6
253:15 287:1,21
287:21 288:1,3

293:11 301:8,19
302:1
**dictated** 292:12
**dictates** 90:14
91:6 157:3 158:12
160:5
**die** 196:3,25
332:22
**died** 195:20 196:1
196:15 216:2
244:6
**dies** 146:19
**differ** 326:8
**difference** 92:1
97:11 235:7
274:25 335:17
340:12
**different** 49:22
81:14,14,22 99:16
99:17 117:15
125:1,25 144:12
148:17 149:15
152:1,5,17,20
156:5 163:2
171:13 172:9
185:1 207:11,12
209:13 214:17
218:10 228:16
233:8 239:11
247:13 250:19
252:18 253:2
258:10,13 264:10
265:2,4 266:13
289:8 307:13
309:17 310:6
325:21 326:19,20
329:14,16,17
332:12,13 335:14
335:18,23,23,24
336:14,17,19
342:3

**differentiated**
235:15
**differently** 319:16
322:16
**difficult** 19:17
**dimensional**
254:19,22,24
**direct** 66:15 84:14
84:20
**directly** 27:19
78:12 83:22
113:12 116:2
293:1
**director** 78:16
106:25
**disagree** 263:3,25
**disagreeing**
262:23
**discipline** 71:4,13
120:20 121:20
**discuss** 23:5 78:19
78:21 91:16 92:4
97:19 137:6,8,9,13
211:12 244:20
309:2
**discussed** 23:6
50:8,9,21 177:3
197:25 211:12
239:4,6 242:2
270:5,8 288:24
302:22 316:2
**discusses** 85:13
**discussing** 166:4
**discussion** 25:4,6
54:4 68:1 80:2,23
83:15,17,25 84:14
84:15,18 91:6
92:6,7 100:7
111:18 112:25
130:10,11 138:18
140:5 170:19,24

183:23 186:2,3
240:13 294:6
299:14 311:3
334:16 339:7
**discussions** 18:3
21:21 22:13 23:10
24:25 25:3 98:14
98:20 100:4
173:18 239:1,25
**disease** 67:21 72:6
76:16,20 79:19,23
79:25 80:12 86:19
94:18 95:16,22
96:1 99:6,11
107:12 110:4,7
117:3 124:11
125:2 126:5,9,16
126:18,25 127:1,5
133:10,21 134:9
138:21 139:3,8,8
139:17 144:6,8,10
144:13,21,24
145:22 146:16
147:14,20,25
150:3 159:20
188:8,13 189:14
189:22,24 190:14
190:15,15,20
191:3 192:9,19
194:3,13 195:8,11
195:16,20,21
196:24,25 197:15
197:17,19,23
198:1,8,17 202:22
203:18 205:10
206:8,13 207:10
211:15 216:6,14
216:20,21 217:10
218:22 219:7,12
219:17 220:7
221:2,3 222:3

230:7,11,12,14,17
241:11 242:5,23
243:17,22,24
244:16 245:6,9,11
247:10 248:19
249:3,6,10,12,22
251:3 257:4,13,14
257:18,21,22
268:18 273:18,22
274:19 275:5,6
282:7 293:15,20
294:5 295:24,25
297:3,4,5,8,17
299:12 320:14
321:2 324:15,25
325:18,22 326:18
326:19,20,21
328:4 330:21
332:4 339:8
**diseases** 99:7
193:23
**disfunction** 144:15
**disk** 33:15
**dispute** 220:11
260:17
**disputing** 258:16
**distal** 285:24
**distinction** 340:22
**distinguish** 208:5
**distinguishing**
208:10
**district** 1:1,1
**diuretic** 236:18
**diuretics** 224:7
**divided** 79:14
**division** 106:20
**divisions** 309:12
**docetaxel** 1:3
155:25 163:6,9,18
165:2 175:2,14
188:5,22 199:23

201:14,15 216:24
225:22 235:21
237:9,17,25
**doctor** 6:6 8:24
21:12 24:13 59:4
65:3 111:25
119:17 140:25
234:3,7 252:3
268:7 299:17
322:19 338:23
**doctor's** 234:9,22
**doctors** 82:24
89:10 298:21
302:2,8 307:2
308:9,13,14
322:19
**document** 1:4
12:23 40:6 171:11
174:14 182:7,8,13
**documentary**
203:3
**documentation**
38:14 50:7 168:25
169:1
**documented** 50:18
50:24 51:19 54:1
54:5
**documents** 9:3,8
12:16 13:8 14:5,7
14:13 40:25
171:12,17 175:12
**doing** 68:25 69:1
109:13 125:9
128:19 129:6
175:11 177:24
256:3 296:12,14
306:8 307:10
**dollar** 145:24
165:7
**door** 138:25
255:11

**dose** 141:22 142:1
142:4,5,6,13
198:25 199:7,9,16
201:1 202:21
237:16,19 278:14
291:21,21,23
292:1,9 333:17
**doses** 103:10
141:23 142:22
206:20 235:21
237:9,22,25 238:5
238:9,10 269:15
333:23
**dosing** 333:16
**double** 67:15
167:6 238:11
251:20
**doug** 16:18,20
**doxo** 100:7
**doxorubicin** 4:13
96:9 97:3 99:20
100:12,15 101:12
103:2,9,12,19
104:12 150:16
151:15,16,17
188:2,4 199:22
205:12 216:23
239:25 240:2
261:19 262:2,4,7
262:10,13,16,18
262:21,25 263:9
263:17 272:14
328:11,12,13,16
328:23,24 329:1
**dr** 4:6,7,7,8,8,9,9
4:10,10 16:21
17:5,19,23 18:4,8
18:10 20:3,3,10
30:19,24 106:22
182:15,18 183:3,6
183:9,16 200:16

201:7,13 216:22
235:3,3 306:1,5
313:6 314:20
315:5 343:20
**draft** 10:13 12:3,6
12:7,22
**drafted** 12:2
**drafting** 26:17
**drafts** 8:19 11:24
12:1
**dramatic** 335:16
**dramatically**
118:21 227:19
298:17 335:15
**draw** 318:10
**drawbacks** 254:24
**drawer** 2:10
**drive** 3:4
**driver** 303:13
**drop** 104:25
170:11
**dropping** 249:14
**drug** 35:9 49:24
100:1,23 103:4
122:16 132:6,7
149:25,25 150:15
150:24 154:21
155:1 158:2 165:6
168:17 185:17
261:16 263:17
264:16 325:15
328:13 329:10,22
**drug's** 168:5
**drugs** 70:5 77:14
77:25 80:18 85:20
96:6,20,24 99:2,2
99:15,16,17
104:12 122:16
149:3,4,5,17 152:1
154:5,11,19 160:5
185:23 222:15

262:12
**ductal** 187:22
235:16 278:12
**due** 116:11 148:8
196:1 197:5 224:8
228:15 236:10
250:18 266:13
282:8 291:5
**duly** 5:22
**durden** 1:5 31:5
31:12 32:3 39:15
39:25 45:13,17
52:23 67:11
153:17 169:13
181:15,17,19
182:1 221:13,15
223:2,8 225:14
228:13 229:7
231:21 232:8
235:12,13 237:6
238:13 239:5
240:4,21 241:17
242:22 244:16
247:8 251:4 256:8
259:23 260:1,18
260:25 262:8
266:17 267:10,13
270:1 271:8,9
279:15 280:11
333:20 345:3
346:5
**durden's** 230:20
231:1,7,24 232:14
232:20 233:3
236:24 238:18
239:19 241:10
244:23 250:24
255:13 260:13
265:6 270:13,23
**dvt** 278:3 290:18
291:6,17 292:13

292:15 293:7
**dysfunction** 4:14
104:18 106:6
109:15 136:2
160:22 341:14

**e**

**e** 2:1,1 3:1,1 15:21
15:24 16:1,16,20
17:10,11,18,19,22
20:7,13,14,15,16
45:23 46:4,7,17
47:11 59:9 80:20
118:14 170:4
225:2 316:23
321:23
**earlier** 14:9 57:13
74:6 77:3 92:11
114:4,20 115:12
119:20 135:13,22
144:12 177:3
179:11 181:22
182:2 194:25
195:4 214:9
232:12 246:19
257:1 286:25
295:6,6 298:16
306:6 308:8
313:21 314:8,15
323:3 326:22
333:14 337:10
339:22 341:15
**earliest** 288:9
**early** 16:16 72:22
74:19,22 82:10
107:7,10 108:21
119:4 122:1
195:20,21 315:20
326:10 330:17
331:15 333:24
334:19 342:21

**earnest** 1:6 31:8
31:15 32:6 33:21
39:15,24 45:13,17
52:24 67:11
153:18 169:13
172:16 174:12,25
176:8 177:5,8
178:13,23 179:8
179:17,18,19
181:17 182:6
186:22 187:1,5,12
187:19 188:18
192:22 194:17
198:4,13,19
201:22 207:1
208:13 212:14
213:16 215:21
216:5,25 217:8,13
217:18 219:19
221:9 232:5
271:10 279:9
333:21 343:12
**earnest's** 173:24
174:5 175:24
176:4 191:12
195:15 198:24
208:20 209:23
210:10 211:24
215:9 218:17
219:1,16
**eastern** 1:1
**easy** 167:7
**eating** 228:7
**echo** 33:20 80:25
173:16 213:20,21
213:24 214:1,4
229:10,19,19
230:2 245:7 276:6
276:16,17 277:1
**echocardiogram**
33:16 86:14

127:13 214:8
226:3 254:4,8,13
254:15,18,20,22
255:11
**echocardiograms**
223:21 236:5,15
253:18
**echocardiographic**
171:8 236:9
**echocardiography**
103:20 224:6
254:24 255:9
**edema** 224:2
226:8 236:15,17
265:22,23,24
266:6,13
**eden** 2:11
**editorial** 119:12
119:25 120:6,7,17
121:12 203:4
**editorials** 64:5
117:18
**educate** 118:2
309:18
**educated** 130:19
**educates** 165:12
**educating** 22:8
**education** 22:3
**ef** 98:3 104:4
255:1,6 276:6,17
298:16 299:12
337:3,11,14
340:10
**effect** 91:25 204:2
286:16 338:10
339:2
**effective** 80:5
90:19 92:14
130:13 131:22
165:6 217:13
263:20

**effectively** 86:21
**effects** 59:23 72:14
91:11 93:19 99:16
107:21,25 119:12
203:12 262:15
296:22 307:10
308:2 329:11
343:13
**efficacious** 93:8
132:14 133:23
140:20 298:12
299:21
**efficacy** 49:9 92:2
95:4 159:22 165:6
165:10,15 206:6
267:12 300:16
**eight** 21:22 218:23
**either** 87:17 90:6
116:10 126:10
137:24 146:9,24
189:22 192:25
280:15,16 300:13
312:20 329:21
**ejection** 98:3
105:1 132:25
188:12 215:6
250:9 265:10
337:9,13,23 338:1
338:7 343:1
**ekg** 127:12 213:16
213:18 214:18
215:2,3,18,20
**electrical** 99:10
**element** 158:7
**elevated** 278:22
284:4,6,17 285:4
302:6,19
**embolism** 291:2
**emerged** 71:13
120:19 121:20

emergency  97:22
124:16
emphasize  245:17
encl  346:22
enclosed  346:9
encompass  99:13
139:4
endeavors  44:2
312:10
ends  37:24 78:14
energy  2:7
england  37:3
69:22 117:18
119:25 121:12
167:8 306:24
324:9
enhance  122:4
ennis  346:25
enrolling  239:4
entail  60:6 61:10
124:12
entailed  184:24
entails  17:21
24:21 57:6 59:25
61:11 63:17 90:20
97:19 341:1
enter  41:19
entire  11:15 46:19
118:2 188:17
206:19 296:3
310:23 329:1
335:6,9
entirety  205:19
222:6 236:23
245:5 260:21
296:5,7
entitled  106:5
entity  335:24
entries  28:24 29:5
29:15 30:5,25
33:24 34:4

entry  28:13 33:10
34:6 149:22
150:21 261:3,20
262:11
envision  314:1
epidemiologic
332:14
epidemiological
110:16 276:2
308:4
epidemiologically
296:21
epirubicin  96:10
episodes  279:1
equal  99:6 300:22
340:1,4
equally  90:19
92:13 93:8 132:14
133:23 299:20
equation  91:24
equivalent  257:15
er  187:20 235:19
278:11
eric  3:3 170:1
errata  345:1
346:12,17
especially  77:6,25
80:2 90:17 98:23
99:1 102:25
104:23 119:24
139:2 161:7
177:12 197:1
201:5 211:17
213:12 240:12
258:8 262:12
288:2 306:18
307:12 309:19
313:3,5
essentially  102:19
established  95:13
114:20 144:23

179:15
estimate  85:22
173:8
estimated  73:18
172:24
estimates  115:15
estimation  82:8
et  110:3 330:21
etiology  236:16
279:2
european  69:24
evaluate  87:23
288:15 318:17
343:8
evaluation  87:25
177:14,15
evaluations  321:3
event  202:25
203:16 257:12,16
257:17 258:22,25
316:22
events  176:6
202:18 203:8
260:5,23 274:12
274:12,23 275:8
everybody  80:11
94:7 134:8 139:4
147:6,7,10 156:15
256:6 325:24
334:22
evidence  218:11
224:4,7 236:7
253:24 258:24
261:11 266:14
evolved  98:9
135:24
ewer  29:22,24,25
30:1,1,15,19,23,24
30:24 33:4,8
314:18,20 315:5

exact  267:3
exactly  9:25 117:4
124:11 154:24
175:17 184:19
197:10 285:23
286:3 311:12
324:24
examination  4:1
6:1 305:22 338:21
examined  5:22
39:14 259:22
example  81:21
98:15 104:4
108:15 122:7
125:18 128:23
130:8 138:13
185:10 222:23
224:18 259:8
340:19
examples  96:11,12
257:24
exceed  109:1
exceeds  105:6,15
108:8 109:20
excellent  89:11
188:6 189:11
190:11 191:24
194:11 198:5,14
198:18 208:13
excludes  220:9
excuse  35:2,12,12
51:15 53:21 55:5
71:17 152:11
153:7 196:19
234:18 321:17
exemplified
310:12
exercise  198:19
246:15
exercises  198:16

[exhibit - factors]                                                         Page 21

**exhibit**  4:5,6,7,7,8
  4:8,9,9,10,10,11
  4:12,13,15,15,16
  4:17 5:1,3,5,7,9,11
  5:13,15,17,19 7:9
  7:16,16 8:13,15
  11:6,13,15,19,21
  12:23 13:17 14:23
  25:12,17,20,23
  26:1,3,6,9 28:4,9
  28:11,13 29:14,21
  36:16,19 37:24
  40:2,6,12,23 41:5
  41:12,21 42:1,8
  44:20 45:3,10,22
  45:22,23 46:4,7,17
  47:11 52:17 59:7
  59:10 61:20,20,21
  75:18 101:7,8
  106:1,2 112:8,11
  112:15,16,16
  113:2 121:1,4,7,11
  162:9,15,19
  173:24 174:21
  176:5,9 185:4,7,8
  185:10 224:24
  225:12 230:23,24
  238:1 268:1,8
  271:4 316:22
  321:13,14,22
  322:9 330:4,5
  334:9
**exhibits**  4:4 14:7
  15:9 24:1 28:6
  59:8,9 112:17
  180:11 184:23,25
  185:1,14,16
**exist**  157:11
**existed**  54:23
  232:24,25 233:17
  255:18

**existing**  139:16
  144:8,11 147:20
  147:25 203:17
  220:23 245:5
  263:13
**expand**  87:2,3
  313:24
**expanding**  86:17
  307:8 308:5
**expands**  68:19
  113:13
**expect**  98:5 250:10
**expected**  286:15
**expensive**  255:8
**experience**  72:14
  114:11,13 172:5
  264:11
**experienced**
  160:20 244:12
**expert**  4:6,11
  13:11,16 15:17
  16:14 17:6,13
  21:13 24:18 25:17
  27:4,8,11,18 30:5
  32:14 36:20 41:19
  42:8,22 43:1,17
  44:6 46:11,14,23
  47:19,25 48:22
  49:11 52:22 53:18
  56:14 57:14 59:7
  59:8 92:3 94:24
  130:7 168:12
  183:25 237:5
  311:2 319:18
**expertise**  10:23
  30:16 32:22 81:15
  86:25 95:6 117:6
  184:3 200:13
  211:14 219:10
  231:16 317:20

**experts**  97:18
**expires**  345:25
**explain**  74:14
  306:7 309:4,8
**explained**  307:14
**exploded**  306:23
**explore**  17:20
  297:19
**explosion**  70:15
  72:8
**exposed**  331:6
  333:9
**exposure**  202:19
  203:9
**expressed**  322:11
**expressly**  346:10
**extensive**  241:10
  243:16 244:15
  247:9 251:2
**extent**  25:9 40:22
  75:11 170:5
  238:24 292:16
  294:12
**extraneous**  173:19
**extrapolating**
  282:6
**extremes**  143:4,14
  269:20
**extremities**  265:25
**eye**  317:19

**f**

**f**  2:3,4
**face**  15:3 128:14
**facets**  309:17
**facilities**  310:21
**fact**  61:11,13
  73:13 77:18 98:9
  100:2 148:8
  176:13 202:16
  203:2 204:10
  216:1 223:7

  242:12 250:25
  251:1 274:2
**factor**  141:20
  144:22 145:5,10
  193:15 194:24
  195:2,8 196:11,15
  196:21 197:20,22
  197:24 198:1
  204:11 206:12
  208:2 220:8
  226:16,17,18
  227:8 230:14
  234:9 243:12
  244:2 245:15
  246:24 248:14,17
  248:25 258:6,7,13
  263:15 274:6
  275:15 281:21
  282:14 283:18,19
  283:20 323:13,16
  323:21 324:1,2,6
  342:14
**factors**  76:19
  79:25 94:6,17
  126:17 127:1,2
  133:15,17,18,21
  134:10,10 135:6
  136:10,14 139:25
  139:25 143:2,6,14
  143:19,21 144:23
  145:11 147:1,21
  147:24 148:23
  149:4,6 177:18
  188:9,13 189:15
  189:23 190:7,13
  190:17,20 191:4
  191:25 192:3,8
  193:5,11,24 194:9
  194:14 195:3,10
  196:10 198:8
  203:18 207:12,14

207:15 208:4,9
217:9 219:7,12,17
219:19,20 220:1,6
220:24 221:4,5,23
222:3,13,14,23
242:3,7,8,13,23
245:8,14,17,22
246:3,12,21 247:2
247:14 248:2,14
250:24 258:9
265:7 268:25
269:19,22 273:17
273:19,21,22
275:1 278:16
279:14,18,20
280:1,18 281:15
281:20,25 282:4,8
282:10,17,21
283:22 285:1
290:10 293:11,17
293:19,20,25
294:13,21 296:1
297:1,6,7,13,21
298:7,18 299:11
299:24 300:6,8,19
301:1 303:2,8,10
303:19,21 304:4
323:4,15 325:23
325:23,24 339:9
339:23
**facts** 173:13
  176:18
**faculty** 69:2
  306:12 308:17
**failure** 4:14 79:24
  97:24 98:11,15
  99:9 106:7 124:18
  124:21,22 132:25
  160:21 164:4,6,7
  164:24 166:18
  196:1,14,16 197:5

244:12 250:11
257:12 266:4
279:3
**fair** 22:14 307:18
  315:6 328:11
**fairly** 57:4 71:25
**fall** 138:16 275:21
  300:21
**falls** 250:9 339:25
**familiar** 106:8,9
  106:12 110:25
  328:14,22
**family** 144:21
  192:19 193:10
  195:15,17 196:12
  196:13,23 197:15
  197:16,17 220:2
  239:2 241:10
  243:16,19,24
  244:15 247:9,25
  250:25 251:2
  293:14
**family's** 241:15
**famous** 16:22
**far** 38:11 179:4,6
  203:17 210:8
  247:8 308:18
**fasting** 278:21
  284:3,18 302:19
**fatal** 107:12
**fax** 346:2
**fda** 34:22 36:6
  37:9,10 102:16
  119:7 166:5,20
  167:12,21 168:3,6
  168:11,12,14,15
  168:19,22 264:16
  264:19 341:7
**fda's** 262:23
**february** 29:6,18

**federal** 35:9
**fee** 4:8 26:3
**feel** 70:22 91:8
  165:12
**fees** 27:3 28:1
**fellow** 65:23 66:2
  66:4,8,8,15
**fellows** 308:16
  309:25
**fellowship** 65:15
  65:18,19 67:3
  68:18,22 308:25
  309:1,5,6,22
**fellowships** 68:20
**felt** 49:5 173:13
  224:5
**female** 75:8 110:5
  143:5,15 187:20
  192:11 207:18,25
  235:14 243:8,15
  269:21 278:10
  301:1
**females** 332:6
**fibrillation** 215:23
  215:25 216:3,4
  261:11,12
**field** 60:3,5 68:19
  68:23 70:14,18
  71:4 78:7 97:18
  117:16 118:6,21
  119:10 134:6,17
  145:25 147:18
  148:2,13 156:14
  165:8 168:23
  264:11 296:20
  306:22 310:5,14
  311:4,15,17,21
  314:9,10 315:12
  315:18,23 335:9
**fields** 70:12

**figure** 117:4
  123:21,22 126:10
  126:13
**figuring** 77:15
**file** 10:10 11:16
**filed** 8:7,17
**final** 49:1 85:8
  175:11 193:25
**finalization** 34:6
**finally** 223:5
**financial** 344:8
**find** 59:17,19
  150:9 155:16
  258:19 316:18
  330:10 333:21
  334:12 346:9
**findings** 334:20
**fine** 12:8 74:16,25
  111:6 121:3
**finish** 19:8,12
  38:19 60:23
  116:17 164:15
  294:17
**finished** 65:7 67:2
  85:25 135:18
  146:10 306:9
  314:25
**finishing** 306:11
**first** 5:22 15:20
  17:5 21:16 22:8
  22:21 23:11 24:22
  26:25 28:13 40:19
  45:7 47:10 53:12
  60:9 61:4 63:23
  72:5 73:14 76:3
  76:23 77:2 88:5
  92:12 95:12
  101:16 107:3
  122:1 129:19
  143:13 150:9
  163:15 180:3

224:24 233:15,16
248:1 268:17
281:15 311:18
320:1 322:11
330:7 331:1,12
339:13
**fit** 75:6
**five** 82:24 108:23
118:9,17 119:20
119:22 124:20
137:21 147:9
148:16 149:17
164:25 203:1,9
238:2,4,9 306:21
307:5 308:12
312:7 318:25
**flavors** 144:12
**flight** 290:11
**flights** 129:4
**flip** 316:25 317:2
321:13
**floor** 2:19
**flow** 111:5 290:9
**fly** 91:18
**focus** 147:21
148:10
**focused** 147:12
149:3 318:19
**focusing** 178:9
**follow** 9:10 140:17
277:19 306:1
337:16,18
**followed** 17:18
20:16 137:16
163:4,15 175:2
188:4 199:22
216:24 278:13
**following** 35:19
39:19 76:9 105:4
218:18 226:21
236:5 253:18

**270**:14,23 302:23
**follows** 5:23
**footnotes** 45:7
59:12 321:24
**forefront** 119:2
120:1
**foregoing** 344:5
**forever** 100:2
**forget** 58:24
**form** 11:17 20:12
21:14 22:11 31:22
33:6 34:12 35:13
35:24 36:8 44:4
44:10 45:24 46:1
48:2,14 49:20
51:4,16 52:9
53:22 54:10,21
55:6,14,22 56:3,19
57:3,18 58:4
62:17 70:9 71:5
71:17 72:1,16
73:7 74:4,8,11,23
74:25 88:8 89:15
92:16 94:22
102:10,13,22
104:21 105:8
107:15 108:4,12
117:13 131:11,16
132:3,19 134:2,21
135:10 136:12
140:23 145:16
147:16 152:2,11
153:8,22 154:3
156:24 157:17
158:15 159:1,17
160:7 161:21
167:14,22 174:7
177:21 179:21
186:16 192:6
193:19 196:19
199:3,8,24 200:9

**200**:10 201:11,17
202:4 203:25
205:7 206:3,15
207:6 208:25
211:8 212:2,7,17
217:14 218:8
231:14 233:14
234:18,21 238:15
241:25 242:17
243:2 245:3 246:1
250:4 254:2 263:2
271:1 274:20
281:18 285:15
295:2 299:7 300:3
307:23 312:25
315:21 317:23
318:4,14 319:14
321:6 322:14,23
323:8 324:19
325:6,10 326:13
329:12 335:7,19
338:2,9 339:5
344:6
**formed** 55:20
58:17
**forming** 46:9 51:1
53:8 54:19 55:12
56:14 57:1 60:12
60:18 171:20,23
179:16 233:23
**forms** 105:7,16
108:8
**formulate** 233:19
**forth** 42:22 43:1
47:19 70:2 154:7
154:14 159:6
173:20 221:25
**forward** 296:20
346:16
**found** 110:3,14
263:15 330:15,21

**four** 77:22 78:17
118:9 119:20,22
122:12,13 129:25
137:18,21 149:17
188:3,5,23 189:6
252:18 308:9,11
312:7 318:25
336:23,24 337:1
**fourth** 312:2
**fraction** 98:4
105:1 132:25
139:15 188:12
215:6 250:9
337:10,13 338:7
343:1
**fractions** 337:24
338:1
**frame** 117:23
342:14
**frames** 118:5
**francis** 1:6 31:10
31:18 33:21 39:15
39:25 45:14,18
52:24 67:6 169:14
181:17 271:7,12
271:22 272:16
278:8,9 279:13,15
280:4,10 282:14
285:9 286:18,21
287:19 288:21
289:5,10,24 291:5
291:20 293:10
302:12 303:4
333:21 343:13
**francis's** 67:9
279:19 284:22
288:5 291:17
292:11 298:24
300:25 303:1
304:11,19

**frankly** 137:23
146:15
**free** 217:19 346:2
**frequency** 199:12
**frequent** 137:24
**frequently** 279:22
**front** 25:14 59:7
112:21 146:15
150:5,20 270:5,8
280:24 285:3
294:17 312:3
316:11 337:19
**full** 6:3 26:21
75:11 111:2
235:12
**fully** 17:3 56:12
124:10 319:21
**function** 188:11
236:7 245:1,8
256:11 269:1
**funding** 312:7
313:15
**funds** 313:15
**further** 10:7 12:2
97:9 104:8 266:11
301:16 308:7
344:7,10

**g**

**ga** 2:5
**gained** 77:6
**gainsburgh** 2:6
**game** 22:14 57:5
207:25
**gathered** 188:24
**general** 69:21
70:22 80:24 95:23
106:12 113:14
129:17 130:2,5
144:24 145:9,9
149:22 170:10,15
187:8 204:4,16

234:24 245:18
320:9 322:10,20
322:21 323:14
**generalize** 134:23
136:7 336:13
**generally** 19:2
69:19 131:1
193:10 203:13
227:17 250:6
259:21 263:18
306:8 323:19
326:4 328:4
**generation** 309:18
**generic** 105:11,18
156:4
**genetic** 290:12
**gentleman** 314:16
**getting** 14:17 21:9
34:19 87:1 90:25
103:18,21 109:9
134:11 179:3
212:21 218:12
246:17 250:7
283:17 285:1
287:23 339:9
**give** 37:18 44:2,16
57:23 78:13 98:19
109:3 113:15,20
118:5 146:17
154:11,18 155:7
157:4 173:5,7
203:6 206:8,20
223:1 231:22
287:3 290:15
297:11,23 298:1
310:10 311:3,7,9
311:11,14 313:25
314:4 318:7
339:17
**given** 6:14 46:25
49:8,14 62:12

76:14 95:22 98:9
141:24 142:12,13
142:14 151:14
152:19,25 154:7
154:12,14 155:10
163:24 185:1
188:12 190:19
199:13 200:25
203:21,21 219:11
222:6 238:5 262:4
272:19 310:12
325:8 328:12
341:3
**gives** 129:5
**giving** 6:22 154:24
165:14,17 227:12
237:5 245:22
263:17 285:22
297:18 336:7
**glance** 177:15,16
178:5
**glanced** 173:21
177:25 183:13,14
183:19,21 184:15
184:16
**glucose** 226:24
227:20,25 228:1,6
228:11,13,24
229:7 250:13
278:21 284:3,6,17
285:4 302:19
**gme** 309:1,5,6,22
**go** 11:5 13:24 15:8
17:24 23:13,23,24
25:14 27:19 36:14
36:18 50:18 58:21
59:6 67:8,13
73:22 78:18 80:4
81:4,6 97:9
102:13 111:20
122:9,19 129:19

135:21 136:16
141:19 142:19
143:1 155:14,24
156:16 168:1
170:14,20 175:21
182:25 185:19
187:17 189:8
191:23 209:5,10
209:19,20 214:19
223:25 228:6,7
229:16 231:12
242:21 245:6
249:16 259:10
265:6 267:21
274:10 276:23
290:25 294:17
298:15 299:8
305:8,19 310:5
312:2 314:3 321:8
326:17 331:17
335:24 336:12,14
338:13
**goal** 71:21 302:9
**goes** 61:17 62:25
74:21 94:6 104:7
129:3 149:2
204:15 230:17
248:24 274:6
279:16 330:19,24
336:18
**going** 7:8 21:7
22:10,11,11 24:7
36:18 37:7 58:25
66:23 77:6 80:4
81:5 83:1,2 85:23
86:2 87:4 98:11
99:4 101:6 103:25
105:25 111:7,19
112:6,24 116:21
121:4 124:15
125:15,16 126:6

128:24 129:23
131:24 132:1
142:13 146:18
148:13,16 150:10
157:15 159:18
165:21,25 170:10
170:13,22 177:23
178:4 185:23
186:5 193:21
204:10 205:11,24
215:5 225:4 235:2
238:5 240:11
259:6 260:13
267:24 268:3,7
274:22 275:5,7,8
276:10,13 286:24
305:12,24,25
308:11,12 311:7
318:20 321:10
324:23 326:17
331:12 338:16
**golf** 128:5 129:4
**good** 17:14 87:15
92:18 94:9,11
97:23 112:2
126:19,21,22,23
131:21 148:14
161:16 170:11
227:9,17 234:6
248:10 256:5
276:1 298:21
299:17 313:8
**grade** 187:22
**grand** 2:15 310:17
310:19,21 311:10
311:11
**grant** 312:17
313:11,12,13
**graphs** 12:16
**great** 35:25 143:10
147:5 165:18

176:11 191:20
230:25 237:8
247:7 264:2
265:16 269:5
289:23
**greater** 141:23
164:25 203:17
337:13,14
**greatly** 247:3
**green** 276:9
**greenberg** 3:3
170:1
**grenades** 343:18
**grew** 306:23 307:1
315:16
**griffith** 3:4
**ground** 21:9
**group** 21:17 82:24
87:5 138:23
145:21 265:2
296:18 310:24
**groups** 149:16
**growing** 75:23
76:15,18 77:11
86:15 95:19
309:14,15 314:9
**growth** 148:24
**guess** 21:16 52:17
79:9 85:8 90:10
105:22 190:12,14
240:18 250:21
288:7 329:4
336:23 342:21
**guessing** 82:13
115:16
**guideline** 185:13
**guidelines** 128:24
140:4,12 153:4,14
185:11 264:9
265:1,1

**guilty** 19:6

## h

**habit** 40:19
**hair** 43:11
**half** 20:8 26:21
28:22 61:15 66:20
106:10 157:22
169:21 262:12
273:14 301:10
307:3,4 337:2,8
**halfway** 101:17
**hand** 7:8 101:6
102:1 105:25
112:6,17 162:14
268:7 343:17
344:14
**handing** 25:11
**handle** 138:23,25
**handy** 316:14,15
**happen** 80:9
123:11
**happened** 66:9
117:4 216:3
218:16
**happening** 83:24
**happens** 135:5
270:18 297:2
310:22 335:21
340:11
**happy** 17:20 111:3
121:2 213:19
216:9
**hard** 136:7 246:17
253:10 276:1
301:23,24 336:13
**hardy** 2:14
**harley** 346:24
**harvard** 65:22
114:1,2 306:13
313:17

**hba1c** 277:10
**hc** 273:8
**hci** 103:9,12
151:15,17
**hdl** 226:23
**head** 127:9 179:1
184:13 194:22
265:12 307:7
340:17 341:10
**health** 39:22 71:22
75:20 87:23 88:1
96:2 172:11 188:7
189:11 190:11
191:24 194:12
198:5,14,18
208:13 211:14
218:17 264:17
266:9 270:13,23
304:19,21 305:4
318:18 320:2,10
343:8
**heard** 214:7 224:5
226:1 271:17
**hearing** 311:16
**heart** 4:14 69:24
77:15 79:23,24
80:6 81:5 84:2,5,5
90:25 91:12,25
92:21,21 94:9,12
94:18 97:23,24
98:3,11,15,17 99:6
99:7,8,8,10,13
104:3 106:6
107:22,25 108:18
108:19,22,24
109:11,13,14,15
109:19 116:24
117:5 124:14,17
124:18,20,22
125:22 126:19,21
126:22,23,25

127:1,14 132:24
133:21 135:14
136:3 139:9,11
144:15,21,24
147:14,20,25
160:21 164:4,5,7
164:24 166:18
177:24 192:8,19
195:8,16,20,21
196:1,14,15,24,25
197:5,15,17,18,22
198:1,7,8 202:13
202:19,22 205:10
206:13 213:22
214:2 223:19
224:8 229:16
230:1,6,10,12,14
230:17 233:11
241:11 242:23
244:6,7,12,12,14
244:16 249:14,15
250:11 256:11,16
256:21 257:4,12
257:14,20 258:5
258:22 265:8
266:3 273:17,22
275:5,6 279:3
291:1 293:15,20
297:3,4,5 299:13
337:9 341:14
**heart's** 338:6
**heightened** 231:18
**help** 78:2 80:6
94:9 131:23 139:2
139:23 152:14
168:7 296:20
310:5 312:16
**helpful** 93:3
130:11
**helps** 93:1

**hemoglobin**
277:19 278:20
283:4,11 284:2
285:5
**her2** 95:14 137:14
137:20 138:2,9,19
139:6 149:16
153:19 158:23,24
167:15 187:21
235:19 278:11
334:19,20,23
335:1,1,3,9,10,13
335:14,17,17
336:16,16
**herceptin** 4:16
88:15 119:6,8
120:4 122:10
129:21 160:13,15
160:18 161:2,13
161:18,25 162:9
163:4,7,9,14,15,18
164:2,22 165:2
166:4,8,9,20
167:13,20 315:14
320:21 334:10,23
336:4 340:14,23
341:8
**hereunto** 344:13
**hey** 169:24
**hhs** 330:8
**high** 70:13 95:22
98:1 187:21 201:1
228:1,11,14
249:18 253:15
274:3,5,14 275:3
275:20 277:9
283:7 323:21
**higher** 73:24
104:11 195:14
221:1,3 223:24
224:1 282:16,18

324:4
**highest** 324:6
**highly** 323:20
**hillary** 2:14
150:11
**hinshaw** 2:18
**histories** 196:24
**history** 93:18
116:21,23 123:21
124:11 133:10
144:21 169:10
172:10,11 176:24
188:8 189:14,20
189:24 192:19
193:11 194:13
195:16,18 196:12
196:13 197:15,16
197:17 220:2
233:25 241:10,11
243:16,19,24
244:16 245:5
247:9,9,25 250:25
251:3 260:14
274:3,5 275:14
284:22 293:15
317:12
**hld** 273:10
**hold** 117:12
135:17 145:15
199:2 200:10
208:24,24 225:6
245:25 330:9
**holes** 128:5 129:3
**home** 184:19
**honest** 82:11
101:5 182:21
184:12 276:25
286:3
**hope** 250:21
**hopes** 147:17,18

**hopkins** 65:21
**hormone** 88:15
**hospira** 2:20
**hospital** 116:25
291:10
**hospitalized**
124:19 133:2
291:5
**hour** 7:4 26:14,17
26:25 27:1 28:21
111:8 289:20
290:11
**hourly** 27:10,11
27:12
**hours** 27:13 28:15
28:17 29:9 31:11
31:14,17 32:12
33:1 34:1,9 37:25
38:14,16,22 39:1,2
39:5 81:17 177:4
178:19 180:17,18
180:22,24 181:2,8
181:9,13 184:17
184:18 231:20
288:19,20
**htn** 226:14 227:4
273:6
**huffing** 97:22
136:1
**huh** 76:11 95:9
101:22 108:3
110:2 124:3 125:5
133:16 141:13
142:23 143:20,25
150:9,25 151:13
155:16,23 160:14
161:6 162:24
169:8,8 174:24
176:17 180:12
182:16 183:15
185:12 186:21

189:12 211:22
215:10 221:14
223:16 227:21,23
234:1 265:9
269:11 271:11,14
273:5,9 283:23
302:4 317:3
320:22 334:11
**hydrochlorothia...**
236:1 252:21,22
278:17
**hyperlipidemia**
116:22 143:24
146:16 247:20
248:3 266:21
278:18 283:1
284:1
**hypertension**
116:22 149:6
222:14,22 226:15
226:18,19 230:18
233:3,6,25 235:24
236:11 241:12
243:1 246:8
247:19 248:3
251:22,23,24
252:1,17 273:6
274:3,5 275:4
278:16 282:24
284:1 301:12,20
302:9,18
**hypertrophy**
214:13,21,25
215:15 229:12,14
229:18,20 230:5
236:8 253:25

_____

**i**
_____
**idea** 129:5,17
130:2,5,7 210:1
**ideally** 332:14

**identification** 5:2
5:4,6,8,10,12,14
5:16,18,20 36:17
101:9 106:3 112:9
121:8 140:14
162:20 268:2,24
**identified** 13:11
16:14 39:12
177:19 178:2
189:21 190:8
**identify** 189:25
194:10 197:16
238:2
**iib** 235:15
**iii** 327:20
**ij** 278:3 285:24
290:1,3
**images** 33:11,14
33:16,19
**imagine** 173:18
306:3
**imaging** 214:19
256:7,9
**immediately**
173:20 210:14
212:22 213:9
217:24 218:11
221:21 223:13
224:11 236:21
249:16 288:1
**immunotherapies**
63:18
**impact** 70:13
149:5 154:21
155:2 173:20
205:25 250:1
264:17 291:16
294:14,20 322:10
323:4,12,15,16,21
324:1,1,6 338:6

**impacted** 317:15
337:24
**implications** 336:3
**important** 8:1
63:21 66:11 76:2
78:19 86:16 89:7
90:12 96:2 102:16
102:20 122:25
129:2 146:20
179:14 193:15,22
202:7 213:13
234:3 260:24
272:4 293:4
301:18 308:24
339:11
**importantly**
285:18
**impossible** 139:19
**impression** 241:13
**improved** 73:14
75:12 107:19
**improving** 118:21
**inability** 254:25
**inaccurate** 215:2
**incidence** 164:4
166:18 202:18
**incidences** 103:9
**incidentally** 260:9
**include** 18:3 45:6
63:4 81:4 88:10
88:13 143:3,14,21
157:16 222:14
224:17 269:20
272:8 281:4 285:6
298:24
**included** 20:14
37:18 46:6 51:13
60:11,17 64:11
158:24,25 166:19
166:22 167:17
168:11,17 225:14

280:23 281:2
306:15 307:8
321:20 325:2
346:13
**includes** 45:16
46:4 77:12,18,19
77:22 80:20 82:25
206:2 224:25
233:25 257:12
290:11,12,13,14
290:15 302:15
313:3 323:17
**including** 13:16
34:18 49:9 66:11
107:21 143:7
189:19 204:12
235:25 264:11,21
269:24 306:24
317:16 325:13
**inclusion** 167:13
**incorporate** 264:5
264:13,19 265:5
**incorporated**
50:23 77:12
**incorrect** 72:21
114:24 261:25
**increase** 136:10
149:1,22 202:23
223:22 242:8
248:8,11,20 258:4
261:21 262:3,13
262:14,15,17,25
263:16 281:15
282:10 285:17
**increased** 104:8
109:17,19 161:19
192:3 202:13,21
203:9 205:2
242:14 275:24
282:5

increases 136:10
149:12 151:15
247:3 248:12
257:19 262:1,20
262:22 263:7,8
increasing 268:19
316:3
incremental
136:13
incurred 28:1
38:16,22
independent
204:14 248:17
independently
195:2 197:25
248:12,15
index 259:8
indexes 184:25
indiana 16:24,25
17:1
indicate 20:4
indicated 29:19
156:12 191:9
261:7
indicates 30:17,22
indicating 14:24
346:13
indications 152:17
159:4
individual 171:9
193:16 220:23
282:3 300:6 321:3
335:21 336:15
individual's 214:2
247:3
individually 72:25
147:23 157:23
335:21
individuals 46:6
80:24 143:4
269:21 281:25

310:8 319:6
334:25 337:23
induced 43:15
248:21,25 250:2,6
250:15 281:16
282:11,15 340:13
340:14,22,23
industry 2:16
infancy 68:24
314:10
inferred 84:15
infiltrating 187:22
235:15
information 4:12
8:1 23:15 28:15
34:17 41:13 51:1
51:6 52:5,11,14
56:21 57:22 64:10
101:11 129:15
167:20 168:4,10
168:16,21 170:6
171:5 179:14
200:6 214:2,4
217:22 230:2
234:14 255:19
256:4 264:5
270:12,22 304:3
320:9 322:21
341:17
infrastructure
313:25
infusion 201:16
inhibitors 148:25
initial 17:16 20:14
20:21 110:6 133:5
160:23 340:25
initially 20:22
52:13 86:12 119:3
initials 317:13
319:5

injury 96:16 141:6
141:12
inoperable 327:22
327:25
input 85:9
insert 99:25 100:9
100:16,19,25
101:3,4
institution 313:6
342:24
institutions 343:2
instruct 22:12,24
instructing 21:10
23:3
instruction 287:13
instructor 306:14
intend 42:25
intensifies 179:12
288:3
intents 324:5
interactions
149:25 150:15,24
interest 15:23
21:17 32:15
311:16 344:8
interested 17:15
261:5
interesting 67:25
275:16
interests 32:23
interfere 122:3
intermediate
187:21
internal 65:9,20
67:17,17 279:6
285:10 310:24
311:1
international
113:20 310:14
internationally
113:16

internet 91:18
internist 65:21
68:7
internists 68:3
interpose 19:20
21:4 75:6
interposing 74:10
interpretation
219:18
interpreted
222:21
interrupt 111:5
225:2
interrupting
169:25
intervals 269:1
interviews 314:3
introduce 306:2
introduced 121:17
306:6,19
introduction
72:19 73:10
introductory
16:16 20:15
invariably 197:18
invasive 278:12
investigator
312:13,18,21,21
313:5
invited 311:18
involve 17:12
18:15 66:15
127:12,13,14,16
135:13
involved 21:22
25:8 48:6 49:2
51:18 80:1 140:13
333:20
involves 49:8 78:5
88:5 131:18
307:25

**involving** 331:5
**irregularities** 99:9
**irrespective**
  130:25
**ischemia** 279:3
**ischemic** 202:18
  202:21 203:18
**isolated** 301:24
  302:3
**issue** 47:25 51:7
  74:24 100:18
  124:10 128:12
  129:24 132:22
  134:5 147:25
  148:1,17 168:6
  173:16 190:16
  198:11 205:18
  220:25 224:18
  263:21 292:18
  298:8 332:4,21
  341:9
**issued** 51:25 52:3
  52:22 55:21 58:17
  61:1
**issues** 10:23 16:15
  17:13 18:15,17
  21:18 32:15 41:17
  41:23 47:3 49:2
  49:10,11,22 51:18
  54:5 56:5 57:7
  59:25 61:12 63:17
  70:4,6 73:9,15
  76:2 77:9,24 78:1
  79:5,10 80:19
  91:5,8 92:21
  101:1 117:5,9
  118:1,11,18,24
  119:11,14,21
  122:20 128:5
  132:5,9 135:25
  138:17 140:9

145:19 176:22
  177:13,17,18
  179:10 184:4
  186:1,4 187:3,8
  193:1 201:5,24
  202:2 203:13
  204:7 205:15,19
  207:20,21 210:6,7
  210:8 212:8 213:1
  215:5 218:21
  219:2 228:5
  231:17 250:19
  264:7 265:3
  266:15 270:16
  287:1 303:25
  304:8,10 306:16
  308:2 309:15
  316:5 317:14
  330:2 335:25
**issuing** 53:3 54:19
  55:13 60:12,19
**italian** 341:10
**item** 9:12
**items** 7:17,20,22
  8:8,10,13,22 9:10
  34:18 35:15 312:8
**iv** 327:20

**j**

**jacc** 69:24
**jama** 70:1
**james** 45:18
**jancich** 45:18
  182:15,18,24
**janice** 45:19
**january** 28:25
  29:2,5 229:20
  254:13 255:22
  256:14 258:17,21
  259:2,15 260:18
  308:11

**javid** 1:13 4:6 5:21
  6:5 7:11 42:2
  343:20 345:4,20
  346:4,7
**jco** 333:3
**jersey** 346:2
**jesssica** 2:9
**job** 1:25 90:24
  94:3 297:4
**joe** 313:6
**johns** 65:21
**joined** 69:1 306:12
**joining** 308:17
**journal** 37:3 69:22
  69:24 70:1 117:18
  119:25 121:12
  167:8 306:24
  323:3,20,23,24
  324:4,7,9
**journals** 69:19,25
  70:7,14,16
**judgment** 131:25
**judgmental** 254:6
**jugular** 279:6
  285:10
**julie** 1:22 45:19
  344:4,16
**july** 20:22 29:15
  29:18,21 30:10
  214:5
**jumped** 195:24
  216:18
**june** 113:23
  175:18
**jurat** 346:12,18

**k**

**k** 1:22 344:4,16
**kansas** 2:15
**kathleen** 2:17
**keep** 10:10 15:9,12
  25:13,14 59:6

70:19 74:17
  112:12 218:14
  252:16 296:19
  316:14 321:10
**kelly** 2:17
**key** 72:18 133:5
  173:22 268:14,17
  268:23
**kids** 97:21
**kill** 89:2 98:12
**kind** 22:3 47:1
  66:22 68:21,25
  85:8 127:11,22
  128:25 129:8,17
  129:25 178:8
  184:2,2 193:12
  205:1 218:6 230:2
  261:5 272:22
  294:16 342:10
**kinds** 139:5
**knew** 25:8 56:23
  194:19
**know** 6:25 7:6 9:2
  17:2,3 21:15
  23:19 39:4 40:7
  49:16 50:4 52:4
  54:8,23 56:2,9,12
  58:11,15 62:2,22
  63:3 64:9 67:12
  75:4,11,13 82:13
  92:25 93:22
  100:20,23 102:17
  105:19 110:19
  111:2 112:12
  115:14 123:24
  126:15 131:1
  145:22 146:2
  152:14,16,19
  153:18 154:6,9,11
  154:15,17 156:11
  156:14 157:3,10

158:17,17 159:3
159:21 167:5
175:18,21 179:4
180:3,5 184:11,20
185:2,18,21,22
190:25 191:6,11
191:19 193:2,6
194:20,21 195:21
196:5,9 198:21,22
198:23 199:18
200:1,12,16,19
204:17 208:15,16
210:25 213:19
214:15 216:8
217:18,20 218:13
218:16,25 219:25
228:17 233:2,16
234:19,23 238:3,8
238:14,17,22
239:14,16 240:19
241:21,24 244:9
247:8 252:2,13,23
253:4 254:20
256:12,13 258:2
259:6 261:6,13
262:3 266:8,10
267:16 272:1
275:10 284:20
285:14,25 286:3
287:25 289:24
291:8 292:8,15,19
292:23 293:2
298:22 300:20
303:1,7,8,20
304:15,17,18,21
305:4 307:14
310:15 314:7
315:9 322:17
323:12 328:5
337:4,5,17 339:24
343:2,6,11

**knowing** 131:18
**knowledge** 31:20
77:5 78:6 161:11
172:2 195:17
205:3 284:21
328:23 342:14
**known** 56:16
137:24 329:10,10
**knows** 94:7

**l**

**l.a.** 311:6
**la** 2:8,11,23
**lab** 66:9,10,24
330:1
**label** 4:16 99:25
134:14 150:5,11
162:1,9 166:5,12
166:20,20,22
167:13,20 168:5,9
168:11 185:22
242:12 262:6,8,24
263:22,25 264:4,7
264:16,19,22
328:11,12 334:10
**labeled** 59:14
**labeling** 168:13
**labels** 168:17
185:17
**laboratory** 66:11
**lack** 23:21 188:12
190:19 219:11,17
**lambert** 2:6
346:23
**lancet** 63:16 69:22
69:25
**land** 291:1
**large** 230:16 276:1
340:18
**las** 3:4
**late** 62:10

**latest** 217:21,22
**lawsuits** 57:5
**lawyers** 15:22
20:23
**layers** 325:21
326:20
**ldl** 226:23 227:18
**lead** 313:4
**leaders** 168:23
**leading** 110:4
330:22 332:5
**leads** 257:16
311:17
**learn** 21:18 119:16
310:4
**learned** 65:24 99:2
99:3 119:17
**learning** 66:10
329:16
**leave** 91:13 92:3
112:24 209:6
**left** 102:1 104:17
175:19 187:22
212:11 214:12,24
215:15 229:12,13
229:17,20 230:5
235:16 236:7
253:24 272:7
278:12 285:24
290:1,3,4 337:23
338:6
**legal** 345:1 346:1
**lehman's** 164:12
**lenihan** 106:17,22
**lesson** 122:25
**letrozole** 235:22
**letter** 346:19
**level** 44:1,12 128:1
128:8,18 129:1
251:5,7 299:11

**levels** 125:1
227:15
**liability** 1:3
**license** 1:23 69:12
69:14 344:18
**licensed** 69:8
344:4
**life** 131:24 132:2
**lifetime** 142:3,6
333:16,16,18
**light** 276:9
**limited** 323:23,24
324:1,1
**line** 52:21 120:25
158:6 163:3,10
184:2 190:19
285:8 345:5
346:13
**lines** 93:21 336:23
336:24
**link** 204:23
**lipid** 227:14
**lipids** 226:20
227:6,11 246:9
267:5 302:16
**lipitor** 273:10
**lisinopril** 273:8
278:17
**list** 9:25 13:17
36:12 39:12 44:24
45:24 47:11 177:7
181:7 225:19
226:6,13 229:19
321:14,17 322:5
324:5
**listed** 37:11 45:7
46:17 48:20 59:12
64:7 293:14
312:20 321:24
322:9

listing  319:5
lists  268:14 312:7
literally  63:11
98:11 118:14
literature  28:15
28:25 29:6,7 39:9
39:10,11 195:12
263:13 319:8
litigation  1:3
10:11 11:16 12:17
14:6 15:15 18:12
18:16,22 25:7
29:18 38:23 43:10
44:1,7,16 57:25
little  34:9 99:5
111:8,9,16 114:17
206:19 224:1
301:24
lives  146:19
262:12
livingston  346:2
llc  2:4
llp  2:10,14,22
load  333:16
local  88:6 108:17
localized  109:8
326:19,20
long  18:2 42:9
72:6,13 103:16
105:5,14 108:6
203:12 204:2
206:25 250:7
251:24 262:12
274:23 276:4
292:23 323:6
longer  12:2 329:7
longstanding
233:25
look  7:15 17:24
18:5 23:14 28:6
33:17 35:11 36:12

40:5 41:2 44:20
45:3 62:11,13,14
62:20 63:6 64:4
67:9,13 73:2
77:13,20 91:18
92:14 95:10
100:22 101:15
109:25 110:9,15
110:20,24 111:3
120:24 121:2,15
122:23 125:2,16
126:7 137:17
139:11 145:1
150:4,11,21
157:14,22 158:5
164:13,13,18,19
165:5 167:9 173:2
173:5,17,17
174:22 175:22
177:14 178:2,14
178:15 179:1,9
180:25 181:3
184:3 185:2,8
186:2 189:9
192:23 195:12
196:21 205:17,18
207:9 211:15
214:20 218:9
221:7 223:18,19
224:24 225:12
226:3 227:14
228:21 231:16,18
233:18,19 234:6,9
234:22 245:2,4,7,7
245:8,9 246:20,24
248:1,2 249:19
250:10 259:13
260:20 269:6
271:3 274:23
276:23 278:1
285:2 287:24,25

297:6 301:24
311:23 312:1
316:9,24 319:4
321:22 329:4
330:4,15 331:9
332:14,15 333:16
334:9,22 335:6,8
336:20 337:6
342:3
looked  32:21,24
60:10 100:19
101:2 131:13
136:17 161:25
171:19 173:16
185:5 188:25
210:12,15,16
227:16 258:23
263:13 288:24,25
looking  26:8,9
38:9 86:4 93:11
140:25 148:5
164:15 171:3
186:20 205:4
206:7 219:21
222:6 230:1
241:13 256:11
272:1 302:2
313:14 316:7
332:10,16,17,18
333:15
looks  26:9 64:6
277:13
lori  2:13 6:6 13:15
19:21 21:3 27:15
38:20 111:4
141:15 169:24
209:13 346:23
loss  43:11
lost  257:1
lot  68:1,20 70:16
91:5 92:20 94:8

128:23 130:19
131:17 133:20
136:6 155:5 168:7
168:14 173:19
179:10,11 196:22
230:2 255:19
256:3,4 258:10,23
260:6 264:4,10
275:17 310:10
311:4 322:2,3
335:22 336:6,12
lots  176:23
louisiana  1:1
love  81:13
lovenox  291:14
low  104:4
lower  142:22
201:15 250:9
265:25 269:15
300:17 324:1
327:15
lunch  111:16,21
112:1,3
lung  81:8 291:1
lured  313:17
lv  245:7,8 255:1,6
337:3
lvh  214:16 215:3
215:17 229:11
254:10
lyle  1:22 344:4,16
lymph  235:17
lymphoma  206:18

| m |
| --- |

m  2:6 103:11
346:23
m.d.  1:13 5:21
42:4 346:4
m2  141:24 292:4
ma  2:19

machine  344:5
madam  346:8
magan  346:25
mail  15:21,24 16:1
  16:16 17:10,11,18
  17:19 20:7,13,14
  20:15,16 118:14
  225:2
mails  17:22 80:20
main  16:23 113:18
  128:17 129:22,25
  149:18 158:2
mainstay  204:18
  325:12
maintain  66:19,22
maintained  66:24
major  129:23
  141:20 202:18,24
  203:16 205:18,19
  244:2
majority  80:10
  295:22
making  49:4 50:15
  51:11 52:5 56:9
  89:9 157:24
  191:22 210:13
  261:25
malpractice  69:17
management
  268:19 337:15
manifestations
  236:10
manifests  103:19
manuscripts  34:20
maple  2:4
march  120:10
  213:16
mark  36:18 121:4
marked  5:1,3,5,7
  5:9,11,13,15,17,19
  7:9 8:15 11:6 14:7

25:11 36:16 101:7
  101:8 106:1,2
  112:8,11 121:7,11
  162:19 268:1
market  100:24
  307:13 315:14
  325:16
marks  225:23
martin  45:19
  183:9,13,16
massachusetts
  69:10,12
massive  125:21
mastectomy
  235:17 278:13
material  4:12
  34:15 36:20 37:17
  39:4 55:16 90:16
materialize  314:5
materials  4:9 8:18
  13:9,18 26:6 35:1
  35:5,7,13,14 36:6
  37:15 39:6 45:4,6
  45:23 48:21 59:11
  60:10,11,17,18
  316:16 321:23
  322:5,8
matter  159:7
  334:4
matured  71:7
mccall  2:22
md  30:2 314:24
  315:1,8
mdl  1:4
mean  13:16 20:7
  21:16 34:16 63:15
  65:3,18 67:23
  83:6 86:4 94:4
  105:19 110:19
  113:11 135:23
  137:17 142:2

150:15 153:9
  155:6 156:13
  157:21 159:25
  174:18 177:13,25
  179:10 183:20
  189:3,4 196:11
  203:22 206:21
  209:6 210:3
  217:24 218:3
  223:17 225:1
  226:3 240:18
  243:5 249:7,9,10
  252:25 257:10
  259:15 270:7
  274:4 288:16,16
  291:8 300:12
  309:4,23 312:14
  314:11 322:16
  327:24 328:16
meaning  96:23
  102:7 129:2 152:7
  180:24 273:6
  323:20
meaningful
  104:25
means  45:9 65:19
  77:4 97:13 102:9
  142:5 151:21
  163:14 216:9
  247:23
meant  48:4,10
  171:19 190:12,14
measured  109:17
mechanism  77:16
  308:7
mechanistically
  77:21
med  65:22
medi  302:24
media  59:1 111:20
  111:23 165:22

166:1 267:20,24
  268:4 343:21
medical  9:13,14
  9:18,22 10:9,22
  31:2,12,14,17,21
  32:2,5,13,18,20
  41:6,14 44:18
  45:12 50:6,13,18
  50:25 51:13,19
  52:7,12 54:1,5
  55:24 56:6,11
  57:6 58:9,12,16
  65:7 69:19 70:21
  90:1 94:17 114:1
  114:2 116:23
  118:2 125:12
  126:2 127:7 171:8
  171:14,18,19
  172:6,20,25 174:5
  174:9,12,23 176:4
  176:8,21 177:4,7
  177:10 178:11,23
  179:7,12 190:2,6
  192:22 200:6
  208:16,20,21
  209:23 210:2,11
  210:17,22 211:5
  211:24 212:20
  213:6 215:9
  216:13 225:13
  230:21 231:1,7,21
  231:24 232:6,9
  234:21 240:4
  241:20 252:6
  260:13 272:5
  284:14,22 286:17
  286:20 287:19
  288:5 304:3
  306:13,13 313:10
  315:1 318:24
  321:25 322:17

337:15
**medication**  102:21
  274:16,17
**medications**  88:15
  137:10,12 233:8
  235:25 252:16,19
  252:24 253:1,2
  275:5 301:12
**medicine**  6:11
  37:3 65:10,16,20
  67:17,18 69:9,22
  69:22 117:19
  120:1,20 121:12
  121:21 167:9
  306:14,25 310:24
  311:1 324:9
**meet**  23:1 78:18
  78:19 97:18
**meeting**  20:21
  21:5,16 22:8,21
  23:12,17 25:4
  28:20 118:16,16
  168:22,24 180:13
  180:20
**meetings**  23:6
  118:12,12 309:2
**member**  16:8
**memos**  12:15
**mention**  214:21
  297:2 333:1
**mentioned**  72:20
  77:10 118:7
  140:11 278:23
  284:10 323:2
  332:13
**mentioning**  323:5
**merit**  1:22 344:17
**mess**  112:21
**met**  6:8 24:22
  38:17 39:3 254:15

**metabolic**  302:13
  302:14
**metabolite**  262:2
**metabolites**
  151:16
**metastatic**  74:19
  82:9 160:24 326:9
  326:18 328:3
**meter**  291:25
**meter2**  188:4
**method**  255:5
**meunier**  2:6
**mg**  141:24
**miceli**  2:3,4 4:2
  8:4,5,6,16 9:24
  11:2,17 12:3,9,12
  12:18 13:15,21
  14:1,8,16 15:3,11
  16:7 18:2,25
  19:19 20:1,12
  21:1,2,14 22:10,23
  23:5 24:5 27:14
  30:3 31:22 33:6
  34:12,25 35:12,18
  35:23 36:1,8,24
  38:5,17,18 40:3,9
  44:4,10 46:1 48:2
  49:20 51:3,15
  52:9 53:21 54:10
  54:21 55:3,5,14,22
  56:3,19 57:3,18
  58:4,22,24 62:17
  64:17,22,25 65:2
  70:9 71:5,16 72:1
  72:16 73:7,22
  74:4,9,12,17 75:2
  75:5 86:1 88:8,24
  89:15 92:16 94:22
  102:10,12,22
  104:21 105:8,17
  107:15 108:4,12

111:4,7,11,14
  117:12 121:5
  131:11 132:3,19
  134:2,21 135:10
  135:17 136:12
  140:23 141:14,17
  145:15 146:10
  147:16 150:17
  152:2,10 153:7,22
  154:3 156:24
  157:17 158:15
  159:1,17 160:7
  161:21 162:8,12
  162:16 165:20
  167:14,22,25
  170:8,20 174:7
  177:21 179:21
  180:14 181:21
  186:16 187:24
  192:6 193:19
  196:18 199:2,8,24
  200:9 201:17
  202:4 203:25
  205:7 206:3,15
  207:6 208:24
  209:5,12,16,20
  211:8,11 212:2,17
  217:1,14 218:8
  225:1,6,10 231:14
  233:14 234:17
  238:15 241:25
  242:17 243:2
  245:3,25 250:4
  254:2 263:2
  267:19 271:1
  274:20 276:8
  281:18 287:12
  295:2 299:7 300:2
  305:10,20,23
  313:1 315:22
  318:1,9,16 319:15

321:12 322:15
  323:1,11 324:22
  325:7,19 326:14
  329:19 330:11,12
  334:14,17 335:12
  336:2 338:4,12
  339:5 343:17
**michael**  314:18
**microtubules**
  155:18
**middle**  207:24,24
**mide**  237:14
**mike**  29:22,24
  30:1,11,15,23,24
  33:4,7
**milligrams**  103:11
  103:11 188:4
  205:11 291:24
  292:4
**million**  73:19,24
  74:2 75:15 95:21
  145:24 165:7
**mind**  64:18,23
  336:17 342:24
**mine**  334:13
**minimal**  8:9 207:9
  295:25 321:7
**minimum**  142:20
  202:21 269:13
**minority**  80:19
**minuscule**  275:24
**minute**  126:7
  150:21 190:18
  330:9 338:13
**minutes**  23:25
  111:8 197:12
**mischaracterize**
  314:12
**misleading**  212:20
**misnomer**  144:10

misread 276:24
missing 50:25 51:6
  52:4
misspoke 281:8,11
  339:15
misstatement
  214:22
mistake 48:4,23
mistaken 328:25
misunder 23:21
misunderstanding
  23:16
misunderstood
  115:3
miswritten 276:22
mitigate 96:2
mitral 229:21,25
  230:6 236:8
  253:25 254:3,11
mix 15:11
mo 2:15
moderately
  235:15
modifiable 193:11
  193:15,24 195:3,9
  207:11,15 221:4,5
  222:23 273:19,23
  293:16
modified 221:24
  226:18 243:9
  279:14,19
modify 194:5
  242:6 243:5 246:3
  246:7,14 248:5
  279:21
modifying 245:17
modulate 127:1
molecularly 152:5
molecules 63:21
mom 243:21

moment 232:4
  330:4
monitored 109:10
monitoring 97:25
  98:13 119:8 120:5
  218:14
month 63:11
  124:20 181:23,23
  219:3
months 10:5 21:22
  62:4,25 63:2,5,8
  63:13,25 79:24
  92:22 94:12 211:1
  218:18,23 231:5,8
  231:13 248:7
  259:20 270:13,23
  286:21,22 287:20
  287:21
morbidly 194:17
morning 11:3
  311:7
moslehi 1:13 4:6,7
  5:21 6:5 7:11 42:2
  42:3,6,7 306:1,5
  343:21 345:4,20
  346:4,7
moslehi's 4:6,7,8,8
  4:9,9,10,10
mother 196:1
  197:4
move 61:18
  161:12 169:3
  287:10 296:20
moved 98:6
  106:25 113:22
moving 86:11
  102:24 108:16
  109:21 117:15,25
  118:11,20 119:1
  119:14 126:4
  136:6 146:21

  314:10 335:22
mri 255:9
mt 346:1
muga 176:1,14,15
  176:16 213:25
  214:3,9,11
multidisciplinary
  268:20
multiple 49:8 62:8
  92:23 93:20 147:1
  222:15 235:25
  248:13 301:22
murmur 214:7
  224:4 225:24
  226:1,4 236:14,16
  256:17 265:8,11
  265:14,15,17
  266:11
murmurs 214:6
  214:10
myocardial 103:8
  103:17

**n**

n 2:1 3:1
nailing 144:18
name 6:3,5,6 30:6
  43:23 69:24 97:2
  272:7 330:20
  331:22 345:3,4
  346:5
named 68:5
  314:18 344:8
names 46:5
nashville 1:16
  6:12 23:1,18 25:5
  28:21
national 113:19
  140:3 310:13
nationally 113:15
nature 25:1,6
  224:3,5 239:9

  243:10
nccn 140:11
  145:18 153:4,13
  185:11,13 264:8
  265:1
nearly 299:11
necessarily 155:8
  245:18 258:1
  287:24 338:8
necessary 19:20
  85:10 269:3
  318:24 325:25
  339:3
need 15:6 18:24
  19:7,7,11 22:24
  30:7 67:8 77:11
  98:22 110:20
  118:2 122:12
  123:21 124:21,23
  126:13 139:2
  179:1 185:2 189:8
  211:11,12 249:15
  259:7,9 280:18
  309:9,17 317:1
  322:17 330:10
  335:6,8 339:8
needed 86:24
  101:4 122:4 307:2
needs 62:23
  134:17 147:6
  267:19 306:3
negative 153:20
  158:24 177:1
  187:21 235:20
  278:3,11 293:6
  334:20 335:2,3,14
  335:18 338:6
negatively 337:24
negatives 176:23
network 140:4

**neuro** 300:9
**neurologist** 201:19
**neuropathy** 201:8
  201:15,22
**never** 6:8 8:24
  85:19 252:2
  259:22,25
**nevertheless** 341:9
**new** 2:8,23 37:3
  57:4 69:22 70:5
  70:15 71:3,6,13,25
  72:9 73:5,11 77:5
  77:7,25 78:6,20
  116:19 117:18
  119:16,25 120:19
  121:12,18,20
  167:8 306:24
  307:12 316:3
  324:9 341:18
  346:2
**newer** 72:10 99:2
  102:25 306:19
**nice** 311:22
**nicholas** 2:14
  225:4
**night** 39:4,7
  180:22 182:10
  183:2 184:14
  186:12 201:4
  232:13 289:1,19
  289:21
**nih** 313:16
**nitpick** 215:5
**nj3137944** 1:25
  345:2
**node** 235:18
**nods** 127:9 265:12
**noise** 332:20
**nonanthracycline**
  300:24 307:11
  340:2

**nondescript**
  216:11
**nonmodifiable**
  293:19
**nonresponsive**
  61:19
**nonsensitive**
  215:18
**nonterminology**
  216:16
**noon** 111:9,10
**noontime** 111:11
**nope** 18:13 232:11
**normal** 135:14
  188:12 213:22
  229:15 236:6
  248:24 249:20
  250:14 267:7
  277:2,7,16 282:6
  337:3,11,25
  340:10
**normally** 83:19
  177:23 223:18
  261:17 290:8,24
  291:24 310:22
**northern** 84:10
**notary** 345:21,24
  346:15
**note** 40:20 82:22
  84:22 175:23
  179:11 183:13
  189:19,20 192:24
  226:2,7 230:3
  238:7 253:24
  257:2 260:21
  265:19 266:18
  267:5 271:21
  276:6 277:4,25
  284:10,14 288:9
  288:10,25 290:6
  291:14 301:18

  346:11
**noted** 236:14
  254:4,7 279:5
  285:9 314:16
**notes** 4:10 8:9
  10:12,13,19,25
  11:8,11 12:15
  13:1 41:1,4,11,13
  41:21 50:6 84:15
  89:19,22,22 90:1,3
  90:3 102:15
  173:13,19,23
  174:2,4,8,11,22
  175:10 176:3,7,10
  177:2 178:2,7
  186:9,10 188:25
  190:1 191:10
  208:8 225:13,25
  230:19 233:5,19
  234:6,9,22 253:11
  254:11 270:11
  271:6,8 273:16
  276:16 278:22
  334:7
**notice** 4:5,11 7:11
  9:8 14:25 36:20
**notify** 170:17
**novel** 35:8 75:21
  121:16
**november** 14:19
  31:1 37:24 38:15
  38:23 42:16,20
  43:6 61:2 182:2
  227:15 229:1,3
  267:6 272:11
**number** 8:22
  12:14,18,20 14:3
  14:14 20:23 28:5
  34:19 49:22 63:14
  73:21,23 75:23
  76:15 80:19 81:2

  88:22 95:20
  101:23,24 110:21
  148:9 159:25
  171:13 173:6
  193:23 194:4,5
  218:10 226:7,7,10
  226:10 228:16
  233:7,18 245:10
  249:13 250:18
  266:13 278:15
  282:20 283:22
  290:9 293:10
  294:5 298:19
  306:23 309:14,25
  311:24 324:10
  326:3 328:9
  329:24,25 330:4
  330:25 331:4,10
  332:1,25 333:6
  334:9 342:6 346:6
  346:13
**numbered** 312:2
**numbers** 87:3
  151:5,6,7 226:21
  227:7,10
**nurse** 183:17
  240:11
**nurse's** 173:19
**nurses** 154:12
**nursing** 240:12
**nv** 3:4

        **o**

**oath** 6:21 44:16
**obese** 145:6
  194:17,20,20,21
  195:13 251:4,10
  251:12,14,16
  301:3
**obesity** 145:4,5,7
  194:23 195:1,7,9
  196:2 197:21,25

198:15 207:19,20
220:1 246:13
247:22 251:6,8
302:19
**object**  11:17 20:12
21:14 22:10,11,23
22:24 31:22 33:6
34:12 35:13,24
36:8 44:4,10 46:1
48:2 49:20 51:3,3
51:15,16 52:9
53:21,22 54:10,21
55:3,5,14,22 56:3
56:19 57:3,18
58:4 62:17 70:9
71:5,16,17 72:1,16
73:7 74:4,11 86:1
86:2 88:8 89:15
92:16 94:22
102:10,22 104:21
105:8 107:15
108:4,12 117:12
117:13 131:11
132:3,19 134:2,21
135:10 136:12
140:23 145:16
147:16 152:2,10
152:11 153:8,22
154:3 156:24
157:17 158:15
159:1,17 160:7
161:21 167:14,22
167:25 174:7
177:21 179:21
186:16 192:6
193:19 196:18,19
199:2,3,8,24 200:9
200:10 201:17
202:4 203:25
205:7 206:3,15
207:6 208:25

211:8 212:2,17
217:1,14 218:8
231:14 233:14
234:17,18 238:15
241:25 242:17
243:2 245:3,25
250:4 254:2 263:2
271:1 274:20
281:18 287:13
295:2 299:7 300:2
300:2 312:25
315:21 317:23
318:4,14 319:14
321:6 322:14,23
323:8 324:19
325:6,10 326:13
329:12 335:7,19
338:2,9 339:5
**objected**  8:18
35:14 102:12
323:9
**objecting**  8:12
9:21
**objection**  19:20
74:24 75:1 88:24
105:17 153:7
318:11
**objectionable**
19:22 133:3
**objections**  8:7,17
21:4 75:6
**objective**  88:22
89:2
**objectively**  47:2
77:13
**obtained**  4:12 35:1
36:21
**obvious**  79:23
80:12 188:9
189:23 190:15
208:2 245:10

279:2
**obviously**  91:5
92:25 167:7 168:9
178:1 191:15
192:24 272:1
279:23 281:13
285:6 287:23
308:4 311:15
327:16
**occasional**  301:14
**occur**  73:15 77:21
103:8 116:4,14
142:21 269:14
313:22
**occurred**  118:24
167:1
**occurrence**  202:24
**occurring**  122:8
**occurs**  23:19
126:16 204:2
**october**  31:1,1
101:18,19 259:16
**offer**  43:1 212:25
239:12 319:8
**offered**  209:14
**offering**  42:21
43:11,14 187:4,7
187:12 213:14
237:2
**office**  70:20
**official**  147:9
**officially**  116:6,9
**oh**  15:8 19:5 84:4
151:8 164:7
171:18 175:16
178:17,21 190:12
238:19 320:20
327:8 328:3
**okay**  12:8,9,12
13:21 14:20,24
23:13 24:3,25

25:16 26:24 27:16
27:22 28:6 29:14
35:18 36:11 57:21
57:25 58:20,22
59:9 60:23 64:24
83:2 93:9 107:2
107:10 109:8,12
111:13 115:12
123:10 125:10
126:11 133:13
135:2,21 136:16
144:19 158:5,11
161:16 165:18,20
169:3 170:9 173:3
175:20 176:11
186:25 203:7
209:25 211:13
213:10 221:6
225:10 230:25
232:8 235:11
237:14 242:21
247:18 249:5
250:5 259:3 266:7
267:21,23 270:12
271:5,25 282:23
286:17 288:21
289:6 305:7
307:14,20 308:8
308:19 309:21
310:7,15 311:11
311:19,23 312:6
313:14 314:7,15
315:18 316:19
317:4,9,18 318:2,2
318:17,21 319:3
320:9,12 321:17
321:22 322:16
323:2,12 324:10
325:20 327:8
328:7 329:7,20
330:3 333:12,19

334:5 335:13,16
336:11,20 337:1
337:15,22 338:5
338:12
**old**  77:8 125:8,11
125:12 127:7,18
143:4 187:20
193:9 235:13,14
243:4 269:21
278:10 333:3
**older**  100:20 110:5
110:18 145:2
195:22 197:1,18
244:8 257:8 258:7
261:16 332:5
**once**  66:20 83:14
84:17 97:18 336:7
**oncologic**  121:18
303:24
**oncologist**  50:8
68:14 81:12,17
82:17,18 83:4,7,8
83:10,15,18 84:3
84:19,25 85:2,12
88:2,19 89:1,6,8
89:14,23,24 90:4,7
90:13,15,19 91:13
91:23 92:4,13
93:6,22 94:21,24
100:17 116:11,17
117:8 122:25
123:14,16,23
125:14 126:10
129:16 130:3,5
131:5,18 132:8,17
133:1,6 136:20,23
137:1 139:7 140:1
140:6 145:12
146:9,24,25
147:15,15 152:4
152:13,18 154:12

156:6 157:19
158:20 159:3
160:2,11 165:11
165:12 171:12
179:20 199:10,11
199:17,19 200:1,2
200:12,20 201:19
203:6 204:18
205:3 206:5,5,8
217:3 219:21
220:1,13 239:2,10
239:12,18 244:24
267:17 272:23
289:6 292:8
293:25 296:23
298:4,10 299:1
300:5,23 303:2,9
303:21 304:4,14
314:21 315:3,4
324:14,17 325:3
327:2 328:21
339:10,18
**oncologist's**  117:6
189:19 191:7
288:25 289:4
304:11
**oncologists**  48:11
48:14 53:7,13,18
54:1,18 55:1,10,20
56:17,24 58:2
61:6 80:2 156:6
156:10 157:1
184:22 268:21
281:10 289:8
324:12
**oncology**  63:16
66:8,8,9 68:10,13
68:16 69:4,7,25
70:1,1,2,16,25
71:12,21,25 72:18
75:22 78:17 81:20

83:11 94:24 95:11
109:22 114:4,11
115:5 117:16
118:12 120:18
121:19,25 129:7
130:25 147:12
154:13 156:25
217:4 281:12
296:3 306:15
307:8,23 308:23
314:11 315:19,24
316:5 317:20
318:23 326:6,23
329:2 343:4
**ones**  9:1 10:1 37:6
37:6 149:18
177:12 181:22
232:2 293:17
**ongoing**  21:20
318:18 329:20
343:8
**online**  63:23 70:23
**operate**  328:4,5
**operating**  328:1
**opining**  219:2
**opinion**  50:16
52:19 54:9,16
59:25 61:10 91:20
95:3 130:25
131:16 165:9,14
165:17 171:21
173:14 179:24
183:25 186:22
187:18 188:17
189:17 190:6
193:4 201:11
209:1 212:7,25
213:14 217:6
221:16 222:2,10
222:17 223:1
224:23 233:13,19

234:12,12,22
235:5,8 236:23
240:15 244:22
267:8,11 280:2,10
280:22 281:2
286:12 294:13
339:17 340:21
**opinions**  13:10
42:21,25 43:11,14
45:25 46:9 47:19
47:25 48:14 49:6
51:1 52:17 53:3,8
53:25 54:19 55:2
55:12,20,24 56:15
57:1,22 58:2,17
60:12,19 169:19
169:20 170:7,10
170:14,16 171:4
171:24 179:16
186:14,15,18
187:1,5,10,11
233:23 237:1,5
319:8,11 320:6
321:4 322:11,20
**opportunity**  24:14
**opposed**  91:7
**optimal**  78:2
98:16,16
**optimize**  90:25
94:3,5,10,16,17
**option**  50:11 90:23
90:24 94:3 132:13
328:2
**options**  90:18 91:2
91:19 92:11,13,14
94:20 204:12
297:19
**order**  47:24 64:7
125:9 126:3
127:11 128:14
255:8 310:23

322:20
ordered   136:18
ordering   111:15
  260:6
organize   112:20
organizing   29:7
orleans   2:8,23
outcome   344:8
outdated   100:5,16
outlaw   157:21
outset   7:3 268:14
outside   27:10
  125:19 130:9
  310:8,15 311:3
  313:5
overall   86:5 89:2
  96:2 141:23
overlooking
  180:23
oversight   307:17
overwhelmed
  80:17 145:23

**p**

p   2:1,1 3:1,1 16:20
p.m.   111:23
  165:23 166:1
  171:1 267:25
  268:4 276:11,14
  305:13,16 338:17
  338:20 343:22,23
p.o.   2:10
pace   18:25
pack   273:14
  301:10
package   99:24
  100:8,16,19 101:3
  101:3
packet   100:5,25
paclitaxel   151:2
  151:11,12,14,17
  151:22 155:25

157:14,16 158:24
163:4,13,15,16
200:25 201:7,16
page   7:16 32:20,21
  32:24 37:7 42:12
  61:15 75:19 76:23
  95:8 101:15,16
  107:3,4,5 121:15
  122:23 141:1,14
  141:16,17 150:13
  151:3,4,6 155:14
  161:1 162:23
  166:15,16 169:6
  169:21 171:4
  172:16 186:20,23
  187:11 264:18
  269:7,8,8,10 278:7
  278:7 312:2
  316:25 317:1,2,5
  319:7,7 320:1
  330:15 331:10
  345:5 346:13
pages   32:2,4,10,25
  42:9,11 50:19,20
  61:11,15 172:25
  173:2,4,12 176:21
  312:2 319:9 322:9
  322:21
paid   26:10,10,13
  27:18,22 28:2
  38:6 210:6 288:15
pain   139:9 256:19
  256:20 258:15
  266:4 278:3 279:1
  279:2,4 293:5,6,8
  301:15,16
pales   205:8
palmer   2:6 346:23
palo   313:11
paper   37:2 63:10
  63:15,20 110:15

110:22,24,25
111:3 119:13
120:23 164:12
167:8,9 174:3
177:2 333:4
341:10
papers   60:6,7
  62:12 63:1,5,7,12
  63:14,19,22 64:5
  64:10 119:4
  130:21 203:14
  306:24,25
paperwork   68:18
paragraph   41:9
  95:10 141:19
  151:2 155:12
  158:6 169:16
  174:17 186:23
  187:11 206:25
  224:21,23 269:9
  330:16 331:13
paragraphs   141:3
pardon   64:21
parent   130:14
  196:14,15
parents   243:21
  244:5
part   21:17,20
  23:19 24:22 37:11
  37:12 48:25 77:18
  81:14,22 91:24
  113:12 119:7
  126:6 138:16
  140:3 155:8
  156:23 159:24
  203:5 204:17
  207:9 211:17
  219:7,8 227:10
  239:15 240:20
  261:17 263:18
  288:14 292:10

297:15 309:16
313:12 325:12
329:3 336:1
339:11,15 344:11
partial   341:15,16
participating
  15:24 170:5
particular   137:10
  153:15
particularly   95:11
  137:19 194:1
  210:4 213:13
  289:2,3
parties   344:8
partly   22:3 46:25
  91:1 148:12,12,13
  256:15 270:6
  294:2 297:9 307:1
  340:15
parts   136:6 146:21
  335:22
pass   68:4 305:20
passed   68:7 69:12
pathology   235:19
patient   21:23 41:1
  45:12 49:13,23
  50:8,21,22 79:10
  79:21 80:3,7,8,15
  81:9,10 82:14,16
  82:18 83:7,11,14
  83:18,19,21,23
  84:1,2,4,17,19,25
  85:4,4,14,14 86:20
  88:20,23 89:14,17
  90:7,15 91:3,9,17
  91:22 92:5,7,20
  93:16,25 94:6,25
  98:2,5,7,22 99:18
  104:2 109:7,18
  116:9,10,12,16,19
  116:22,23 117:2,3

122:8,15 123:12
123:12,14,17,19
123:22,25 125:3,9
125:10,14,21
126:2,25 127:4,17
127:20,23 128:4,8
128:16 129:6,14
130:15,17 131:7,8
131:15,23 132:2
132:16,23,24
133:4,14,18,20,21
133:24 135:25
136:19,21 137:8,8
138:2,2,9,10,24
139:21 140:21
142:8,12,15
146:14,18,19
147:20 152:14
154:25 157:23
158:9 159:4,10
169:10,11,17
171:9,11,12,16
172:10 178:4
186:6 187:9
189:21 194:10
196:21 202:10
204:10 205:10,24
205:25 206:7,14
207:8,10 208:9,10
210:25 211:1,19
212:9 219:22,22
223:9 233:8,21
234:13 235:24
236:14,19 246:4
249:2,6 255:10
257:17 258:3
260:7 264:20
274:14,17 278:15
279:24 282:13,20
283:21 284:18
288:2 294:10,22

296:23,24 297:1
297:24 298:2,12
300:8 301:25
317:11,15,16
318:8 319:2 320:5
321:24 325:14
326:7,8,9,17 331:6
333:17 336:15
339:7,19,25
**patient's**  82:17
93:18 94:16,17
128:1 130:15
131:5,8 136:10
142:3 172:11,12
179:12 203:23
215:5 234:14
235:6 236:9
248:20 249:25
257:11 272:7
274:1 322:17
**patients**  22:5 39:8
48:5,6 57:16
66:16,25 71:1,22
72:5,13,20 73:4,9
75:20 76:2,15,20
77:17,23 78:2,12
78:25 79:4,5,11,18
80:14,18 81:16,24
81:24 82:3 85:23
86:5,12,18,22 87:1
87:8,11,13,15,17
87:21 88:5 89:6
91:14,17 93:22
96:3 98:1,1,10
104:16 110:10
114:18,22,23
115:1,1,6,9,10,19
115:19,25 116:2
116:11 120:19
121:19 125:13
126:9 129:9,10

130:1,4,19,24
131:4 133:9
134:23,24 135:4
138:5,6,16,19,21
139:1,5,6,12,14,19
139:22,24 140:5
140:12 144:15
145:21 147:13
148:6,11,21,25
149:21 152:20
157:22 159:19
160:20 167:16,17
194:2 196:25
201:8 202:13
204:3 206:18
211:15 218:14
220:5 239:13
242:13 246:10,11
250:10 255:20
256:4 258:1 260:4
261:8,10 274:23
286:25 289:8
290:16 291:3,23
294:4,5,24 295:7,9
295:15,20,23
296:4,13,14,15,18
296:19 297:10
300:21 306:16
307:2,3 309:11
310:5 311:13
315:7,11,13,15
318:18 320:2,10
324:15,23,25
326:24 327:6,13
327:17,19 329:3,3
329:22 331:6
332:22 333:20
334:19 335:5,10
336:4,15 337:3,8
341:6,12,12 342:5
342:11

**patnaik**  110:3
330:21 331:22,23
**pay**  212:24 273:20
**payment**  27:19
**pdf**  185:4
**pdfs**  173:16
**peak**  3:4
**pectoris**  261:9
**pediatric**  72:3,10
72:21 329:15
331:5 333:8
**peer**  60:4 63:9
**peers**  44:18
**penalty**  346:16
**pendley**  2:10
**people**  117:19,25
120:4 145:6
168:24 203:2
257:7 261:16
308:18 323:20
327:22
**percent**  75:9 78:13
78:15,24 79:1
81:3,23 82:3,4,5,6
82:12 86:6,6,7,8
87:1,7,10,11,12,13
87:14 90:10
103:10,16,17
104:16,25 114:21
114:23,25 115:2,4
115:6,8,11,13,18
115:19,24 116:3
119:6 132:6 133:1
133:11 134:15,15
134:22 135:3,7
159:19 160:20
164:3,10,20 176:1
202:23 220:21
255:1 276:7,17
277:10,11,16
278:21 295:14,19

296:5,10,12
298:17 300:21
307:16,17,21,21
307:24 308:21,22
327:5,7,13,13,14
337:14,14 339:25
341:6,13,13
342:12
**percentage** 82:2,9
90:5 115:9 134:24
**percentages** 78:11
137:1,2,4
**perez** 2:9
**perfect** 99:8
**perform** 29:17
**performed** 131:14
253:18,22 254:19
**performing** 57:16
179:16
**perils** 4:16 71:11
120:7 121:13
**period** 63:4 83:4
139:3 178:11,22
189:24 219:3
231:8 286:21
287:20 288:4,12
289:18,19,20
318:3 325:16
328:21 342:2
**periodic** 223:23
**perjury** 346:16
**permanent** 338:8
338:11 340:7
**person** 17:15 18:7
19:4 23:12 33:19
90:6 118:17 147:4
184:9 308:20
318:12,13
**personal** 241:11
**personalize**
127:17

**personalized**
72:19 326:16
**personally** 39:14
**perspective**
100:16 244:23
**pertain** 60:1 63:17
70:6,18 75:13
77:14 133:4
137:10 176:6
186:6 187:3 201:5
**pertained** 22:17
32:22 173:15
176:22 187:9
287:2
**pertaining** 37:20
95:4 171:24 187:5
233:24
**pertains** 21:19
32:16 49:1 51:17
54:4 57:8,22
61:11 171:12
184:1 185:25
195:2 207:21
211:16 212:8
230:8 325:17
**pertinent** 212:6,13
**peter** 2:21
**phamide** 237:13
**pharmaceutical**
2:16 313:18
**pharmacology**
265:2
**phase** 228:5
**phone** 2:6,9 80:20
83:22 84:20 90:12
90:21 123:16
276:9
**phonetic** 341:11
**phrase** 22:19
**physical** 128:19

**physically** 81:20
154:6 339:16
**physician** 66:5
69:12 76:25 77:3
80:21 89:24 90:4
92:19 103:5 140:7
233:7,11 278:22
284:9,14 287:25
288:9 306:9
328:19
**physicians** 46:16
77:23 78:18
102:16 116:5
148:9,12 190:9
**pick** 214:10
**picked** 260:22
271:19
**picture** 120:3
154:24
**pictures** 33:17
**pieces** 168:10
**pierce** 6:12
**pillars** 137:22
**pitting** 265:24
**pittsburgh** 311:9
**place** 125:18 228:8
285:17 290:15
309:1,19 311:18
313:25
**placed** 84:5,10
94:13 116:24
124:13,24 125:15
125:20,22
**placement** 302:24
**places** 90:2 113:18
308:25 309:10
310:6
**plaintiff** 24:15
29:3 30:19 32:13
32:25 41:9,12,22
41:23 175:1

182:11,12 271:9
271:10,19 294:14
322:18 338:24
**plaintiffs** 2:2 4:11
8:12,25 9:15,19
10:20 11:12 15:16
15:18 16:5,12
17:7 18:12 20:5
20:11,23 23:11,12
24:19 26:13 28:21
31:21 32:10,18
36:19 38:10,11
41:14 46:16 47:24
48:13 49:5,18
50:3,4,14 51:10
53:8 54:17 58:1
61:5 118:25
120:14 182:9
210:18,20,22
211:5 212:11,12
212:14 213:7
272:5 319:11
321:4,5 343:3,9
**plan** 7:4 88:19
129:16
**plans** 111:17
**plaque** 255:14,17
256:2 258:14
259:11
**plaquemine** 2:11
**plasma** 151:15
**play** 21:23 49:12
49:22 52:15 91:2
92:23 148:15,22
156:18 157:8,25
188:14 190:21
191:4 204:7 207:7
217:10 219:7
220:7 221:10,17
239:20,24 245:14
245:19 250:20

264:11 273:25
279:11,17 336:13
339:18
**played** 47:18
48:25 49:17 191:1
191:7,12 218:21
219:13 222:3,18
280:4
**player** 108:19
**players** 137:25
**playing** 128:4
266:15 309:16
**plays** 129:3 155:8
159:14 220:12,15
279:16 318:23
**pleasant** 346:1
**please** 6:3 62:20
64:4 83:23 249:4
278:9 306:5,7
317:9 346:11
**plus** 30:24 163:4,6
163:7,13 177:8
265:24
**point** 20:19 21:3,5
21:6 22:13 24:3
68:23 91:4 98:18
109:14 117:2
147:19 161:15
170:11 186:1,3
195:10 198:1
202:7 205:1
206:22 228:10
250:13 262:5
268:17,23 276:1
318:6
**points** 32:15 100:6
268:15
**pops** 231:18
**population** 72:3,7
72:10,21 95:23
104:25 110:10

115:5 202:17
230:16 329:15
332:17
**populations**
329:14
**port** 302:24
**portion** 170:15
210:2 230:25
319:10 330:13
333:7
**portions** 10:8,14
330:13
**position** 8:12
66:14
**positive** 137:15,20
138:2,9,20 139:6
158:23 167:16
187:21 235:18,19
278:11 334:20,23
335:1,9,10,14,17
336:16,16
**possession** 10:5
**possibility** 239:3
**possible** 105:12
293:7 324:14
337:22 338:3
**possibly** 15:22
**postfellowship**
328:19
**postmenopausal**
144:25 243:14
251:2
**potential** 146:15
154:21 203:24
205:5,14 264:16
**potentially** 17:6
17:14 211:2
**poydras** 2:8,22
**pr** 278:11
**practical** 172:5

**practice** 16:25
59:21 66:23 69:9
106:22,24 114:21
115:4,24 149:3
261:18 263:19
264:5 265:5 296:3
296:5,8 326:24
328:20
**practiced** 106:23
**practices** 309:13
**practicing** 17:2,3
194:2 315:5
328:20
**practitioner** 87:2
183:18 308:21
**pre** 82:23 144:8,11
203:17 220:23
**preceding** 21:21
67:1 108:23 288:1
**preclude** 280:7
**precluded** 170:4
**predefine** 332:15
**predispose** 76:19
290:10
**predisposing**
268:25
**preface** 296:2
**prefaced** 284:5
**preferable** 132:17
**preference** 133:24
**preferred** 153:5,8
153:14,19 158:23
165:13 201:14
267:14 298:23
**prefers** 130:6
**premature** 196:7
196:8 197:16
**preparation** 33:24
33:25
**prepare** 47:25
171:6

**prepared** 28:9
41:5 43:17 46:23
**preparing** 10:13
41:18 57:13
179:17
**prescreening**
207:8
**prescribe** 85:16
154:19
**prescribed** 85:19
217:7
**prescribing** 4:12
61:6 88:18 101:11
179:20 184:22
216:23
**presence** 299:10
299:23 346:15
**present** 6:20 50:13
189:20 250:11
305:5 312:9,9
**presentation** 35:7
169:11 172:10,12
252:5 317:12
**presentations** 36:7
37:9,20
**presented** 118:19
**presenting** 235:14
**pressure** 94:8,8
126:17 149:1,2
208:6,11 221:24
223:23,24,25
236:2 250:15
252:24 253:3,5,8
253:13,14 284:6
**pressures** 301:25
302:3
**pretreatment**
268:24
**pretty** 93:23 118:7
148:14 156:4
227:9,17 254:5

328:25
prevalence 95:22
268:18
prevent 86:19
preventative
77:16
prevention 96:1
previous 115:3
172:11 333:25
previously 60:16
97:20 98:10 115:4
117:16,22 118:5
135:24
prier 45:20 46:16
184:5,11
primarily 226:4
primary 140:7
179:11 224:3
231:24 232:20,23
233:6,10 236:16
259:12 261:15
287:24 288:9
principal 312:13
312:18,21 313:5
print 63:24 64:2
printed 62:1,7
prior 4:7 8:9 22:21
23:11 25:1,4,23
53:8 55:12 57:1
80:8,13,15 83:18
87:11,16,21
113:25 115:1,7,25
117:9 123:12,17
138:2,9,20 139:14
142:14 148:19
151:14,17 161:18
171:10 179:2,6,15
179:16 188:7,11
189:13 194:12
231:9 233:3 236:5
245:22 252:4,9

253:5,15,18
255:18 265:17
276:21 277:1
286:5,22 287:20
287:23 288:6
295:10 296:24
301:19 333:22,23
prioritize 139:1
178:8
prioritizing
139:18 193:21
priority 194:5
private 309:12
privilege 9:7
pro 98:12
proactive 98:12
proactively
117:20 118:1
probably 7:4 63:4
86:4 91:6 112:22
200:2 231:5,22
233:6 235:4 253:2
254:6,17 255:19
285:24 296:4
310:12 315:12
329:4
problem 65:4
108:24 131:21
227:11
problems 244:14
proceed 36:2
209:19
proceedings 344:9
process 6:18 43:20
49:4 50:10,15
51:11 52:5 56:10
103:22 116:16
124:5 303:24
336:18
processes 335:24
336:14

produce 7:17 9:12
18:1
produced 8:8 9:7
9:24 10:2,16,19
11:3 35:13,14
40:6 43:5
producing 8:13,19
9:22
product 12:15
18:3 344:10
production 9:6
346:21
products 1:3
professional 44:2
344:17
profiles 329:11
335:18
program 77:19,20
77:22 78:10,17
86:17 87:3 306:15
307:1,7,7,9 308:5
312:6 313:24
314:1,6 315:16
343:4
programs 309:20
prominent 255:25
promote 71:22
pronounce 256:23
proof 215:18
proposed 129:16
241:22
proposing 260:8
prospective
341:20 342:7,23
prospectively
332:15 342:25
prostate 81:7
108:16,20 109:7,8
109:9
prostatectomy
81:6

protect 80:6
protection 63:21
proven 155:25
provide 9:13
11:18 37:2,15
84:24 86:25 87:25
89:22 91:23 95:3
99:12 171:6 211:5
212:12 219:10
322:21
provided 14:6
31:20 36:5 52:13
59:18 62:14 94:20
112:4 171:20
180:11 181:5
209:24 210:1,12
210:16,17,21
221:15
provider 232:20
232:23
providers 177:8
177:11 231:25
provides 140:4
214:1 222:2
providing 90:16
217:6 234:11
267:8 280:2
294:12
psa 109:18,19
psc 8:8 16:9
psychiatric 177:14
public 330:8
345:24
publication 330:8
publications 60:4
62:11,25 63:10
113:15,19
publish 78:5
323:16,18,22
published 60:5
63:1,5,7,9,12,14

63:16,19 119:4
121:23
**puffing** 97:22
136:1
**pull** 41:19 121:3
241:20
**pulmonary** 291:2
**purpose** 209:14
212:3,4
**purposes** 97:8
100:10 211:21
318:21 324:6
**put** 12:1 15:1,2,3
34:20 38:3 40:18
40:20 52:17
117:17 125:24
128:7,25 129:9
136:4,7 143:9
146:23 147:12
168:9 172:7,7
174:3,14 177:1
178:15 192:24
208:8 219:10
290:2
**puts** 50:9 168:7
**putting** 91:2

**q**

**qualifications**
319:18,22
**quarterback** 85:7
**question** 6:24 19:8
19:12,13 20:3
22:19 23:4 37:14
38:19 48:10 54:13
56:23 57:12 60:15
60:21,24 67:25
74:8,11 79:9,12
81:5 83:5 103:24
104:1 105:10
129:20 132:20
133:19 140:2

145:6,8,24 150:17
157:1 165:7
166:24 167:5,24
195:22 198:12
208:25 209:11,13
211:9 212:18,19
213:11 214:22
225:23 228:19
238:19 240:1
252:2 256:16
259:1 275:17,21
287:5,18 290:20
295:4 305:2
324:21 335:22
342:20
**questioners**
305:18
**questioning**
307:15 341:3
**questions** 9:10
10:7 19:15,22
74:13 84:23
101:21 114:16
130:18,22 143:12
143:17 146:2
270:20 306:1
314:8,13 324:11
325:8 326:3,22
328:10 338:24
340:5
**quick** 80:23
305:24,25 334:7
**quickly** 23:14
36:15 162:3
**quit** 275:15
**quite** 109:22
135:14
**quote** 139:9

**r**

**r** 2:1 3:1
**radiate** 206:18
**radiation** 86:20
88:7,10 95:15
119:12 129:11,21
131:2,6 137:22
143:7 149:17
202:2,6,8,14,20,22
203:2,4,6,10,11,12
203:16,22,23
204:2,3,4,5,6,8,11
204:14,16,25
205:2,16,24
206:12,20,25
207:4,9 269:24
270:2,10 320:18
320:19
**radiology** 255:13
255:23
**ran** 259:25
**random** 128:13
228:21
**range** 103:16
312:8
**rate** 27:6,10,11,12
75:9 184:14
202:21
**ratliff** 346:24
**ray** 202:22
**reach** 54:8 85:7
222:10 279:12
**reactions** 201:16
**read** 8:20 46:5,15
50:3 69:21 70:2
70:17,23 93:21
99:24 100:3,7,8
105:11 106:11
130:19,20 133:11
173:21 183:17
184:1,6 186:12

187:18,24 189:19
190:2 191:17,21
200:21 201:4
233:13 235:11
263:23 278:8
306:4 317:1,9
323:21 342:10
**reading** 12:19
49:15 64:17,22
120:24 121:1
185:6 200:24
215:19 238:17
283:6 346:10,19
**readings** 227:25
228:11,14 229:7
253:5,14 277:7
**ready** 124:10
**real** 104:24 119:2
162:3
**reality** 72:4
207:25
**realization** 309:15
316:4
**realize** 128:3,11
**realized** 233:16
**realizing** 72:5
**really** 72:2 83:20
86:3 120:2 128:11
134:6,7 138:22
139:10 159:6
186:2 193:12
207:7,9 208:7,11
222:13 246:16
254:12 258:15
260:23 275:16,25
280:17 287:7
299:4 301:17
306:22,23 311:22
313:23 315:25
318:6 332:16
336:23

**realm** 27:11
**realtime** 1:23
   344:18
**reason** 19:14
   228:23 241:8
   245:21 297:20
   334:2 343:11
   345:5 346:14
**reasonable** 253:12
**reasonably** 253:8
**reasons** 73:10 76:3
   199:20
**rebuttal** 34:15
**recall** 6:9 20:7,16
   24:25 32:7 60:14
   82:11 182:8 184:9
   197:14 200:24
   201:2,6,13,23
   217:23 218:5,20
   231:23 232:2
   233:5 239:7
   243:22 245:6
   254:5 255:12,24
   266:2 272:2
   288:17 314:12
   323:5,10 339:4
   340:3,8
**recalling** 285:22
**receipt** 346:18
**receive** 32:3 47:4
   67:12 85:5 87:11
   133:25 142:4
   189:1 202:14
   205:24 206:1
   237:16,19 240:9
   240:22 241:9
   270:1 272:24
   292:6,24 294:22
   324:16 325:1
**received** 15:21
   29:12 32:9 47:10

65:6 67:6 129:15
141:22 142:8
176:13 188:22
213:6 237:25
238:9 272:17
291:20 292:3
294:14 315:13
333:22 334:2
**receiving** 80:8,16
   122:8 138:3
   139:14 296:25
   326:10 329:22
**recess** 24:9 59:2
   165:24 276:12
   305:14 338:18
**recognition** 86:16
   118:10,23 119:21
   148:13
**recognize** 77:10
   131:20 145:20
   146:13 205:15
**recognizing** 146:1
   146:22
**recollection**
   215:14 216:12
   286:11
**recommend**
   300:16 303:3
**recommendation**
   85:3 132:16
   136:20 137:7
   140:19 191:8
   281:10 294:10
   299:5
**recommendations**
   140:22 147:10
**recommending**
   151:24 300:13
**record** 6:4 8:7
   23:24 24:8,11
   41:13 59:1,4 60:9

60:25 61:1,17
100:10 111:18,20
111:23 112:25
165:22 166:1,4
170:19,21,23,24
171:1 187:18
209:6,10 235:12
240:14 241:20
254:15 267:24
268:4 276:11,14
278:9 305:9,13,16
306:6 321:10
334:16 338:14,17
338:20 343:21
**recorded** 227:7
**records** 8:14,24
   9:14,18,23 10:9,22
   11:12 14:4,4 31:2
   31:2,3,12,15,18,21
   32:3,6,13,18,20
   39:8 41:6,14
   45:12 50:6,13,18
   50:25 51:13,20
   52:7,13 54:1,5
   55:25 56:6,11
   57:6 58:10,12,16
   84:10 90:1 125:8
   125:12,12 126:2
   127:8,18 131:13
   136:17 139:11
   171:8,14,18,19
   172:6,20,25
   173:24 174:6,9,13
   174:23 175:24
   176:4,8,21 177:4,7
   177:11,19 178:11
   178:23 179:7
   190:2,6 192:22
   200:6 208:17,20
   208:21 209:23
   210:2,9,11,17,22

211:6,25 212:1,21
213:6 215:9,11
216:13 221:20
223:9 225:14
227:25 230:21
231:1,8,16,21,24
232:6,9 234:21
236:19 240:4,7,18
252:7 272:5
284:14,16 286:18
286:20 287:19
288:5,13,18 304:3
318:24 321:25
322:18 334:25
335:5
**recover** 337:25
**recovery** 337:3,11
**recruited** 307:6
   313:21
**recurrence** 105:7
   105:16 108:8
   109:2,16,20
   142:10 218:11
**red** 241:1
**reduced** 344:6
**refer** 8:3 85:11
   117:3 126:11
   142:1 143:18
   161:1 176:14
   180:6 193:8
   202:17 264:4
   291:22 316:22
**reference** 121:22
   268:9 321:24
   323:24 331:9
   332:24,25 333:6
   334:22 346:6
**referenced** 35:5
   60:4 77:2 308:8
   323:20 331:2

**references**  4:7
13:19 25:20 34:20
39:12 44:21 45:7
45:9,22 59:12,14
60:8 316:15
321:15,17,18,21
330:25 331:1,18
331:25 332:1,25
**referencing**
323:18
**referred**  12:23
13:18 116:11,13
116:16 120:6
131:17 148:18
166:11 240:25
272:20
**referring**  8:4 11:9
12:6 21:6 74:18
74:18,20 75:18
85:12 90:4 112:14
112:22 114:7
117:23 125:12
172:10 181:9
185:7 190:2
193:13
**refers**  123:14
321:2
**reflect**  41:22
271:20 334:18
**reflected**  52:6 54:6
55:24 56:5,10,11
57:9 84:22 89:18
89:21 255:14
**reflecting**  14:5
216:13
**reflective**  213:7
**refused**  240:4
**regard**  310:20
321:4 326:5
**regarding**  10:10
11:16 13:3 18:12

39:18,21 50:15
51:11 52:5 165:15
174:5,11 175:24
176:8 179:17
186:22 187:12,18
191:13 217:7
219:16 222:17
223:2,8 230:20
234:14 263:11
270:13,22 271:6
292:13 299:5
**regardless**  167:10
193:14 202:20
220:22
**regimen**  50:5
85:20 93:7 95:5
131:6 132:18
133:25 137:14,15
140:20 152:8,23
153:1 154:11,21
156:22,23 157:15
160:6 163:3
164:21 165:1
176:12 198:24,25
199:21 200:7,17
206:1 217:7
220:14 240:5
241:21 267:9
272:20 294:23
299:21,22 300:17
303:3,22 304:5,12
**regimens**  49:19
93:8,12 132:13
133:23 140:14
145:13 153:5,9,10
153:14,19 158:23
163:3 165:1,10,16
193:18 204:24
205:6 238:12,22
239:14,15 267:15
298:23 299:21

300:15 324:16
325:2 338:25
339:1 340:7
**registered**  1:22
344:17,17
**regular**  258:3
**regularly**  78:18,19
252:3
**relate**  321:18
**related**  4:13 10:19
106:6 107:20
203:16 236:11
268:18 344:7
**relates**  1:4
**relating**  9:14
**relative**  110:9
205:12 308:6
**relatively**  72:9,13
92:24
**released**  63:23
**relevance**  50:16
57:8 60:8
**relevancy**  74:24
**relevant**  7:25
10:14,21,25 13:18
22:4 41:17,23
49:5 50:17,20,25
51:6 52:4 53:18
54:18,23 55:1,4,7
57:22 58:2,5
61:12 70:17 73:10
73:16 76:16 95:12
121:25 127:12,14
127:15 173:13
176:18 177:12
178:1 201:24,24
202:1 210:23
211:6 212:1
233:12 255:3
335:5

**reliance**  9:25
**relied**  13:9
**rely**  125:7 171:5
264:15,22
**relying**  156:9
**remains**  275:14
**remember**  30:13
101:5 178:25
179:5,9 181:2
182:21 184:7,9,12
184:24 189:3,7
194:22 196:4
197:10 198:20
199:4 201:3 232:3
237:18,21,23
238:24 239:1
243:20 244:10
251:6 252:14
270:3,9,10 276:22
276:25 286:2
288:8,10,12 289:1
289:2,3,7 331:12
337:20
**remind**  248:22
**remove**  328:2
**render**  209:1
321:4 322:20
**rendered**  320:6
**repeat**  60:15
105:10 167:24
324:20
**rephrase**  54:13
79:8 161:10
**report**  4:6 8:19
12:6,7,22 13:12,16
25:17 26:18 33:18
33:24,25 34:3,7,10
40:3 41:16,18,20
42:2,9,12,15,22
43:2,5,17 44:6
46:11,13,15,24

47:20 48:1,15,22
51:25 52:3,22,25
53:2,9,18 54:19
55:13,21 57:14
58:17 59:8,9,10,14
59:25 60:12,19
61:1,21 62:14
74:21 75:18 76:23
95:7 96:13 97:11
140:25 141:20
143:1 155:12,15
160:12 164:14
169:4,9,20 171:4,7
174:17 179:17
187:10 191:17
194:8 202:12
207:1,13 222:1,10
223:8 232:6,10
235:12 237:24
243:25 255:14,23
268:9 269:7,8
278:1,5,8 279:9
280:10,23 281:3,5
282:9,19 285:8
291:19 293:9
316:9,10,24 317:2
319:6,10,17 320:5
320:13 321:1,19
322:12,22
**reported**  1:22
189:22 301:14
344:5
**reporter**  1:22,23
6:20 15:4 19:14
187:25 344:1,4,17
344:17,18
**reporting**  266:12
344:10
**reports**  12:3
**represent**  6:7
178:12,24

**reproduce**  10:3
**reproduction**
344:11
**request**  7:17 12:14
12:24 14:14 35:1
53:9
**requested**  7:20
8:23 34:18 35:6
168:20
**requests**  9:4 11:23
**required**  37:1
119:7 124:15
140:6 345:21
**requirement**
66:19
**requires**  268:19
287:7
**research**  44:7
59:18,23 66:2,4,9
66:11,14 67:2
77:19,20 78:9,15
79:1 109:22 113:7
206:22 263:10
264:21,23 296:13
296:14,20 306:18
307:10,17,17,24
308:3,3,15,17
312:6,10,19
313:15,24 329:25
**researchwise**
21:24 307:9
**residency**  65:9,12
65:20
**resources**  314:5
**respect**  10:9,23
13:8 47:2 49:11
49:18 50:9 53:6
54:11 56:5 62:24
63:20 77:5 94:18
98:15 103:1
108:20 125:2

137:4 140:13
145:25 157:12
158:3 159:23
178:12 182:9,14
186:4 188:18
190:13,18 195:11
195:15 203:13
204:21 205:20
207:20 210:7
212:25 216:19
218:17 219:2
220:5 221:8 223:2
232:5 233:20
235:5 236:24
244:19 255:10
257:10 264:6
265:3 267:4,9,11
279:12 286:17
292:1 294:20
335:25 341:5
342:14
**respects**  98:25
**respond**  17:19
**responded**  218:1,2
236:17
**responding**  114:12
**response**  4:11 8:7
36:20 217:25
218:4,6
**responses**  9:2
224:7
**responsible**
312:11,15
**responsive**  9:3,7
12:24 14:14
**rest**  21:7 61:18
**result**  126:16
135:9
**resulted**  201:8
**resulting**  75:23

**results**  135:8
**retained**  15:16
21:6,8,12 22:12,17
22:22,25 23:2,17
24:18,24 25:2
27:8
**retainer**  23:19
24:23 26:11 28:17
**retaining**  21:8
24:21
**retrieval**  34:14
**retrieve**  34:23
37:4
**retrospective**
332:7,11,16
**retrospectively**
332:18
**returned**  346:18
**revamp**  275:10
**reveal**  236:16
**revealed**  188:11
235:19
**reverse**  275:6,7
340:20 341:7
**reversed**  342:12
**reversibility**
340:24 341:5,15
342:15
**review**  11:12
23:15 28:14,25
29:6 31:2 32:17
33:11,20 39:3
41:6,13 46:8,19,22
47:14 48:12,17,25
53:10,25 55:12,16
55:19 56:18 57:1
57:5,21 64:12
127:7 169:4,10
172:5 173:23
174:5,12,23
175:24 176:4,19

| | | | |
|---|---|---|---|
| 177:10,16 178:19 | 40:25 52:12,18,22 | 180:6 181:11 | 145:11 146:15,25 |
| 179:18 181:10,19 | 56:8 177:4 180:6 | 184:20 187:17 | 147:21,24 148:5 |
| 182:17 184:23 | 184:21 186:8 | 190:1 194:16 | 148:10,23 149:1,4 |
| 185:13,16,19 | 216:13 231:21 | 207:20 213:10 | 149:6,12,23 |
| 190:5 200:5,15 | 234:21 236:19 | 215:16 218:19 | 161:19 164:21,24 |
| 210:8 211:24 | 289:3 322:4 | 219:15 220:22 | 177:18 187:7 |
| 213:19 215:11 | **reviews** 64:5 320:6 | 221:7 223:15 | 188:8,13 189:15 |
| 221:19 223:8 | **revised** 101:18,19 | 228:7 229:4,10 | 189:23 190:7,13 |
| 225:13 230:20 | **revision** 34:3 | 235:10,13 239:7 | 190:17,20 191:3 |
| 231:1,23 232:19 | **revoked** 69:15 | 239:19 241:23 | 191:25 192:2,3,8 |
| 232:22 234:3,13 | **revolutionized** | 254:16,18 256:22 | 193:5,11,14,17,24 |
| 235:3 240:3 272:4 | 75:22 | 258:11 259:22 | 194:9,14,24 195:2 |
| 286:20 288:5,22 | **reynolds** 2:9 | 260:25,25 265:21 | 195:3,8,10,14 |
| 289:9,14 304:2 | **rf** 226:14 227:2 | 270:5,8 274:16 | 196:10,11,15,21 |
| 317:6,10,11,18 | 273:4 | 280:5,24 286:14 | 197:19,22,24,25 |
| 318:24 319:4,8,9 | **right** 7:1 11:19 | 290:25 296:17 | 198:8 201:15 |
| 321:19 322:5 | 13:6 14:22 15:4 | 302:5 304:15,18 | 202:13 203:8,16 |
| 326:6 346:11 | 15:15 17:4 19:13 | 305:18 311:15 | 203:18,21 205:2 |
| **reviewed** 7:20,24 | 23:8 24:6 29:20 | 315:17 316:8,20 | 206:12,13 207:12 |
| 10:22 13:9 41:2 | 30:25 33:23 37:22 | 319:2,3,4,16 | 207:14,15 208:2,4 |
| 46:10,12,12 47:2 | 38:7 41:8 42:8 | 321:19 332:24 | 208:9 212:5 217:9 |
| 47:20 48:24 51:23 | 54:14,15 65:1 | 333:6 337:19 | 219:7,12,17,18,20 |
| 51:24 52:1,18 | 69:13 79:13 89:25 | 338:5 340:5 342:7 | 220:1,6,8,11,15,19 |
| 53:1,12 60:4 61:4 | 91:7 97:15 101:20 | 342:11,23 | 220:24 221:4,5,23 |
| 63:9 162:25 | 113:9,22 114:2,15 | **rigor** 57:15 | 222:3,13,14,23 |
| 172:19 178:12,23 | 114:18 115:17,23 | **risk** 76:19 79:25 | 226:16,17,18 |
| 179:23 180:2,20 | 116:7,15 120:17 | 92:15 93:13 94:6 | 227:8 230:13,17 |
| 181:14,25 182:5 | 121:3,24 124:2,9 | 94:16 95:21 97:6 | 234:8 242:3,7,8,9 |
| 182:10,13 183:2 | 125:4,11,18 | 98:1 99:19,20 | 242:13,14,22 |
| 184:14 208:19,21 | 126:12 127:6 | 104:7,11 105:5,14 | 243:12 244:2 |
| 209:22 212:23 | 129:14 140:21 | 108:7,25 109:19 | 245:8,14,17,22 |
| 215:8 231:2,7 | 142:19 143:19 | 126:17,25 127:2 | 246:3,12,20,24 |
| 232:13,16 287:19 | 146:18 148:2 | 133:8,9,15,17,18 | 247:2,3,14 248:2,8 |
| 287:22 288:13,17 | 149:8 150:4,18 | 133:21 134:10,10 | 248:12,13,14,17 |
| 288:18 289:17 | 151:25 154:1 | 134:18,20 135:5 | 248:20,25 250:1 |
| 317:13 320:17 | 159:13 160:10,25 | 136:9,10,14 | 250:24 257:19 |
| 322:4 333:19 | 162:5,18 163:17 | 137:15,16 139:25 | 258:4,6,7,9,13 |
| 335:1,5 | 164:1,9,17 165:4,9 | 139:25 141:20,23 | 261:21 262:13,18 |
| **reviewing** 31:11 | 166:3,10 169:3 | 143:2,5,5,13,14,18 | 262:25 263:7,8,15 |
| 31:14,17 32:12 | 171:3,22 172:15 | 143:21 144:9,22 | 265:6 268:25 |
| 33:18,19 39:6,11 | 174:21 176:23,25 | 144:23 145:2,5,9 | 269:18,21,22 |

273:17,19,21,21
274:6,11,18 275:1
275:15,20,24
278:16 279:14,17
279:20,25 280:18
281:15,16,19,20
281:23,25 282:4,4
282:8,10,10,14,15
282:17,21 283:18
283:19,20,22
284:25 285:16
290:9,13,17 291:3
293:10,16,19,20
293:25 294:13,21
296:1 297:1,6,6,13
297:14,20 298:7
298:13,18 299:11
299:23 300:6,8,17
300:19 301:1
303:19 304:24
325:16,23,23,24
329:11 335:18
339:9,23
**risks** 91:14 92:7,8
102:20 110:9
129:1 136:22,23
137:8,9,13,24
205:15 212:15
308:6,7 326:19
338:25
**rmr** 1:22 344:4,16
**road** 218:14
270:18 314:2
**role** 21:23 47:19
49:12,17 148:15
156:18 157:8
158:1,1 159:14
188:14 190:21
191:2,4,7,12 204:7
207:8 217:10
218:21 219:13

220:7,12,15
221:10,17 222:3
222:18 239:20,24
245:19 250:20
264:11 266:15
273:25 279:11,16
280:4 304:1,8,10
312:22 339:18
**room** 83:7 97:22
124:16 209:6
257:9 258:19
**rosuvastatin**
278:19
**rotolo** 2:21
**rough** 115:15
**roughly** 307:16
**rounds** 310:17,19
310:21 311:10,11
**routine** 97:25
**routinely** 78:6
154:10
**rpr** 1:22 344:4,16
**rule** 8:20 42:2
**ruled** 279:2
**rules** 158:18
**run** 244:25 296:18

**s**

**s** 2:1 3:1 16:20
345:5
**s.a.** 345:3 346:5
**safety** 90:21 137:5
157:12 329:11
**san** 118:15
**sandoz** 3:2 170:2
**sanford** 313:8
**sanofi** 6:7 43:5
345:3 346:5
**save** 131:24 132:2
**saw** 125:19 138:23
184:8 216:9
225:25 240:19,20

253:12 254:11
266:18,18 273:15
284:15,16,17
285:4 288:9 290:1
290:1 306:16
**saying** 10:18 17:11
22:6 51:22 75:3
103:22 120:21
141:4 148:5 172:4
174:16 180:19
186:11 193:6
203:22 204:23
205:23 209:25
210:16 211:4
213:5 215:17
217:9 222:16
224:16 227:7
244:21 245:20
246:2 274:16
280:24 284:5
304:9
**says** 28:14 29:22
34:14 40:14 59:12
66:1 101:16,17
104:4 110:3
116:23 151:14
175:25 185:22
227:4 229:11
262:14 271:10
273:3 312:13
321:24 337:8
341:7 342:7
**scan** 213:25 214:3
214:9,11
**scared** 239:25
**scenario** 93:11
109:3 116:16
122:14 123:14,20
136:16 294:25
326:18

**schedule** 4:8 26:3
**schedules** 152:20
**school** 6:11 65:7
65:22 70:22 114:1
114:2 240:12
306:13 310:25
313:10
**schultz** 2:13 4:2,3
6:2,6 8:11 9:9,11
9:21 10:6 11:4,20
12:5,11,13,20,21
13:20,24 14:2,10
14:12,20,21 15:8
15:14 16:11 17:25
18:6 19:1 20:18
21:11 22:1,15,18
23:3,8,9,23 24:6
24:12 27:16,17
30:9 32:1 33:9
34:13 35:3,4,16,19
35:21,25 36:2,4,10
36:22 37:5 38:7,8
38:21 40:4,11
44:5,11 46:3 48:8
50:1 51:8,21
52:20 54:2,12,24
55:8,17 56:1,7,22
57:10,20 58:7,20
58:23 59:3 62:18
64:21,24 65:1,5
66:13 70:11 71:9
71:20 72:11 73:1
73:17 74:1,7,10,15
74:23 75:4,7 86:9
88:12 89:4,20
93:4 95:2 101:10
102:18 103:6
105:3,13,24 106:4
107:18 108:5
109:5 111:6,10,13
111:24 112:10

113:1 117:21
121:6,10 131:12
132:11 133:7
134:3 135:1,15,20
136:15 140:24
141:16,18 146:3
148:3 150:19
152:6,15 153:12
153:23 154:8
157:5 158:4,21
159:8 160:3,9
161:24 162:14,18
162:21 165:18
166:2 167:18
168:2 170:13
171:2 174:10
178:10 180:1
181:24 186:19
188:16 192:7
194:6 197:3 199:6
199:14 200:4,14
201:21 202:11
204:9 205:22
206:10,23 209:3,9
209:15,18,21
211:20 212:10
213:4 217:5,17
218:15 225:8,11
231:19 233:22
235:1 238:16
242:1,19 243:3
245:12 246:6
250:22 263:5
267:21 268:6
271:2 275:2
276:15 281:22
287:14,17 295:5
299:19 300:14
305:8,17,21
307:15 312:25
315:21 317:23

318:4,14 319:14
320:18 321:6,9
322:3,14,23 323:8
323:10 324:19
325:6,10 326:13
329:12 330:5,9,14
331:3,21 332:3
333:7 334:12
335:7,19 338:2,9
338:22 339:12
343:16 346:23
**science** 63:20
77:11,13,18,20
78:9 319:9
**scientific** 57:15
79:1 234:12
**scientist** 66:6,7
76:25 77:3 78:5
306:10 328:19
**screen** 256:6 260:3
260:10 298:19
**screened** 256:8,10
**se** 126:18 189:22
299:12
**second** 9:12 37:7
47:1 73:12 75:19
76:14 91:19 95:10
107:4,5 121:15
126:6,8,15 130:25
133:14 170:21
268:23 316:25
330:19 331:17
**secretary** 62:25
64:1,15
**section** 150:11
171:6 317:6
319:17 320:4,12
320:20,25
**sections** 320:1
322:12

**see** 7:16 9:16
17:21 23:14 24:1
26:5 32:22 44:22
47:23 55:11 64:16
66:25 75:6 77:23
78:12 79:4,10,18
80:3,7,11,12,15,22
81:9,10,24 82:14
82:16 83:2,3,4,19
83:21,23 86:5,17
86:22 87:2 89:7
89:17 90:1 98:1
101:1,17 107:7
110:15 111:14
114:16,18 115:6
115:10,18 116:2,9
123:11,22 129:9
129:10,14 130:24
131:9 134:8
139:14,20,21
151:19 161:12
163:2 164:3 167:7
174:15 176:10
184:2 190:23
192:21,25 208:9
210:7 214:17,18
215:18 216:9
226:4 227:1 235:2
244:25 258:3
261:11 269:12
270:18 277:24
285:3,5,7 286:2,16
294:4 295:7,9,10
296:3,18 303:12
307:2 311:12
312:23 317:5
319:2 320:15
327:10 331:18
332:8 336:25
**seeing** 78:20,25
83:18 86:12 87:4

87:8,16,21,22
98:10 99:15
114:22,25 115:25
116:6 123:17,25
139:19 252:3
258:13 266:17
309:11 315:7,11
315:15
**seek** 30:7
**seen** 7:10,13 8:24
82:21 83:14 84:17
85:23 89:14 90:7
130:4 138:8,15,19
139:5,6,12 178:1,7
214:8,10,14
223:20 249:19
257:25 259:11
260:8 294:24
342:21
**sees** 82:18 84:2
116:19 138:6
**select** 220:13
314:4
**selected** 271:22
**selecting** 156:18
157:9 158:1
188:14 190:21
191:2,5 217:10
219:13 220:2
221:10,17 222:4
222:18 239:21
279:11
**selection** 156:21
199:21
**send** 82:22 83:11
84:8 90:2,3 225:2
**sense** 99:5
**sent** 34:23 296:23
**sentence** 105:11
106:11 110:1
223:7 330:20

331:18,20 332:1
336:22 337:1
**sentences** 317:10
336:21
**sentinel** 235:17
**separate** 8:10
15:13 253:1
263:20
**september** 30:22
253:22 254:8,14
259:16
**sequelae** 72:6
73:12
**sequentially** 161:4
336:8
**series** 74:13 314:3
**serious** 134:19
136:3
**seriously** 43:21
**serve** 15:17 313:12
**served** 35:1
**services** 344:12
**serving** 17:6
**set** 9:13 14:22
37:22 42:22 43:1
47:19 285:21
344:13
**sets** 9:25 319:21
**setting** 50:12
206:21 279:7
285:11,16,21
308:3,3,4 309:19
**seven** 34:18 37:1
**severity** 326:21
**sex** 143:5,15
193:10 269:21
**she'd** 251:11
**sheet** 4:9,10 28:4
29:19 177:2
178:15 345:1
346:12,14,17

**sheets** 14:4
**shook** 2:14
**short** 24:13 41:8
83:4 93:14,25
111:12 305:11
**shorthand** 344:5
**shortness** 266:5
**show** 9:22 11:5
127:18 203:14
258:15 263:14
276:16
**showed** 11:21
80:25 202:19
236:6
**showing** 250:13
**shown** 185:4
262:19 328:10
330:3 346:17
**shows** 106:19
215:3 248:16
**siblings** 244:11
**sic** 116:19 285:9
341:16
**side** 20:24 79:2
291:1 316:5,6
329:11
**sign** 43:23 230:10
230:12 257:6
346:14
**signature** 42:10,13
**signed** 42:15,17
**significance**
216:15
**significant** 97:6
102:20 135:9
141:23 197:22
298:14 332:20
341:3
**significantly** 71:8
72:23 221:1,3
274:8,11,18 275:8

293:18 336:19
**signing** 346:10,16
346:19
**signs** 230:6
**silhouette** 255:25
**silver** 35:10
**similar** 92:24
93:23 314:12
**similarly** 262:3
**simple** 193:3
**simplify** 318:11
**simply** 8:23 9:2
10:4 89:25 134:12
260:13 287:18
**sinai** 311:6
**sincerely** 346:20
**single** 32:21,24
89:1 106:11
138:24 147:4
184:1 185:20
189:18 326:18
342:23
**sir** 346:8
**sister** 215:22
**sit** 111:1 150:13
175:13 260:16,20
284:20
**sits** 290:24 311:15
**sitting** 258:19
**situation** 298:9
**situations** 90:11
**six** 21:21 34:9
118:18 218:18,23
219:3 231:5,8,13
235:20 237:9,25
238:4,5,9,10 248:6
270:13,23 286:21
286:22 287:20,21
312:8,8
**sixth** 238:7

**size** 87:15
**skills** 66:12 344:6
**skimmed** 186:12
**skipped** 170:15
**slayman** 167:8
**slightly** 206:16
249:18 253:2
**slower** 187:25
290:9
**small** 113:17
139:15 254:25
**smaller** 342:5,9
**smart** 300:20
339:24
**smoke** 275:25
**smoked** 276:4,4
**smoker** 301:5
**smoking** 126:22
144:3 275:12,14
275:15,19,23
301:7
**solutions** 345:1
346:1
**somebody** 68:4
78:20 80:12 91:7
97:21 128:24
129:3 191:3
198:15 208:6
214:7 215:17
216:17 220:17
221:1 224:5 226:1
227:10,12 246:16
248:6 249:17
309:21 313:4
**somewhat** 100:5
100:25 204:14
260:9
**sophy** 45:18
182:24
**sorry** 11:18 12:19
19:5 23:14 33:8

38:18,20 60:15
65:2 66:8 73:22
79:8 91:4 101:16
102:11 103:1
105:10 112:15
135:19 162:10,13
163:22 165:22
166:8 167:23
168:18 171:18
178:18 188:1
213:21,25 214:9
226:22 243:6
245:4 247:16
251:15 261:25
263:8 265:23
269:8 274:8
275:13 279:22
281:8 290:19
294:19 295:21
298:3 300:4 308:1
313:7 314:25
321:8 324:21
327:8 331:9
334:10 339:15
341:12
**sort** 68:23 70:13
78:6 113:12
116:17 127:25
128:25 306:1
**space** 98:22
110:22
**speak** 254:15
303:23,24 304:7
311:16
**speaker** 310:25
**speaks** 310:25
**special** 273:20
288:16
**specific** 10:8 32:15
40:25 41:19 57:8
61:14,16 63:3

75:13 77:7 78:4
80:24 81:16 86:18
90:9 91:9 105:22
110:24 111:3
145:1 156:1,7,12
156:18 157:9
169:20 170:6,14
171:5 173:6
179:18 187:1
216:20 219:5,14
219:23 220:16
280:7 281:4 311:4
317:14 319:11
320:5 321:3
323:25 332:21
**specifically** 8:16
10:15,22 21:19
30:13 32:7 41:3
55:18 67:9 84:12
101:1 110:15
157:25 159:22
210:5 231:17
242:5 243:22
256:10 280:12
291:4 330:2 340:9
**specifics** 131:3
201:4
**spectrum** 249:14
249:21 257:22
**speculating** 228:9
228:14
**spell** 16:19
**spend** 87:7 186:4
**spent** 14:5,18
29:10 31:11 32:12
34:9 78:24 79:1
177:3 180:10,22
193:20 231:20
322:2,3
**split** 307:16
308:14

**spoke** 193:22
**spoken** 39:17,21
39:24
**spring** 35:10
**squared** 103:11
291:25
**squeeze** 97:23
98:3,16,17 99:8
124:19 135:14
213:22 223:19
337:9 338:7
**stable** 261:8
**stage** 72:22 74:19
74:22 82:10 97:24
108:21 130:6
235:15 325:18
326:10 327:19,20
327:20 333:24
334:19
**stages** 329:17
**stairs** 129:4
**standard** 149:14
278:14 291:20,21
**standpoint** 93:18
109:14 235:23
326:8
**stands** 308:16
337:4
**stanford** 313:7,8
313:10
**start** 19:3,8,13
48:10 68:20,25
116:17 118:8
123:13 127:4
133:19 141:4
172:15,16 181:1
252:3 274:4,24
277:2 297:18
307:7 313:17,20
317:1 319:25

**started** 69:1 72:3,5
86:11 115:20
124:1 173:9
175:17 254:9
266:17 286:7
291:7,11 294:4
306:14 309:11
315:7,9,11,15
327:11 329:2
342:19
**starting** 29:21
115:1,7 116:1
118:9 147:8
148:20 171:11
255:18 265:18
275:5 286:5
309:20 342:20
**starts** 107:3
274:15,17 318:13
319:17 330:16,20
331:15,22
**state** 2:18 6:3
71:12 75:21 76:1
76:24 95:11,25
96:13 120:18
121:16,24 122:19
122:24 141:20
143:2 155:24
160:18 188:22
194:7 202:16
203:7,15 222:5,12
222:16 223:6
243:23 253:17
269:12,18 272:10
279:10 282:9,20
282:23 283:10,21
284:9 291:19
311:3,14 344:2,4
**stated** 180:13
194:11 226:24
255:24 262:9

280:9 284:7
322:16 343:7
**statement**  11:25
34:22 44:17 71:14
71:19 76:10 96:17
96:18 103:14
105:5,19 106:9,12
107:23 108:10
109:23 110:13
114:24 122:5,6
123:7 130:24
132:9 133:12
136:7 142:24
156:3,10,11 157:6
157:7,24 189:10
190:10,19 191:22
191:23 206:25
208:2 219:16
223:6 239:24
255:2,4 262:1
263:4 277:23
283:8 341:7
**statements**  51:12
106:14 174:17,19
177:24 277:25
314:9
**states**  1:1 35:9
69:8 73:19 74:3
75:16 103:7
107:10 108:6
155:17 169:9
174:25 193:4
223:8 240:8
242:12 262:24
278:2 285:9
**statin**  94:14
**stating**  50:14
195:6 224:9
**statistics**  75:13
115:23

**status**  108:14
300:9
**stay**  101:16
**stent**  84:10 94:13
124:13 125:15,20
125:22,24
**stents**  84:5,8
116:24
**stepping**  232:4
**steroids**  228:5
**stipulate**  16:8
**stood**  273:1
**stop**  125:4 275:18
319:3
**stopped**  275:23
**straightforward**
130:12
**strategies**  77:17
**strategy**  96:2
**street**  2:4,8,11,18
2:22
**stress**  124:12
125:17,23 127:16
128:6
**strike**  61:18
161:11 196:6
241:19 244:1
**strikes**  197:19
**stroke**  257:20
258:5
**strong**  192:18
293:14
**stronger**  196:21
**studied**  96:14
141:7,9
**studies**  57:16
110:8,21 166:19
200:18 248:10
250:12 262:9,24
263:10 274:22
275:18,22 276:2

296:15 329:21,25
329:25 341:23,24
342:2,3,5,9,18,21
**study**  71:4 111:1
160:23 166:25
167:11,11 202:17
248:16 332:7,11
332:23 333:3,8
337:5,6,18,21
341:21,22,24
342:7,10,22,22,23
**studying**  329:13
**stuff**  129:19
173:19 264:8
323:16
**subject**  168:1
280:11
**subjective**  266:12
**suboptimal**  98:4
**subscribe**  69:20
**subscribed**  345:21
**subsequent**  21:21
28:4 171:10
202:24 214:19
254:4 306:11
**subsequently**
86:18 107:1
109:10 260:9
266:19,20
**subsets**  110:11
156:1,12
**substantial**  159:25
**subtypes**  325:13
**succinct**  105:22
**sudden**  195:19
223:22 291:4
**suddenly**  124:15
**sued**  69:17
**suffered**  279:5
285:10 343:13

**suffice**  255:11
**sufficient**  284:21
**sugar**  94:11
126:21 248:11,15
248:23
**sugars**  228:22
246:10 258:12
**suggest**  275:22
300:22 340:1
**suggested**  37:2
262:9,24
**suggesting**  230:16
340:19
**suggests**  104:23
**suite**  2:8 249:16
346:1
**summarize**  87:6
93:15
**summarized**
272:22,23
**summarizes**
319:20
**summary**  40:15
**sun**  2:16
**supplemental**
182:1,5,8 232:17
289:15
**supports**  333:7
**supposed**  78:14
**sure**  6:19 13:22
14:17 15:12 18:24
19:7,7,10,11 24:4
24:5 35:24 36:18
36:24,24,24 38:18
53:23 61:17 62:21
62:24 64:12 78:12
79:3,15 84:9
88:21 90:17 93:14
101:22 106:15
107:5 109:6
112:23 120:25

122:18 124:6,8
130:23 141:2
146:19 147:3,13
150:7,12,12,22,22
155:4 158:10
161:14,14 162:4,4
164:16,16,16
166:6 172:17
192:1,5 224:22
228:2,18 232:24
234:16 235:4,13
238:4 242:11,16
243:13,18 244:18
246:22 247:6
253:16 255:3
260:15 264:3
269:4,25 270:21
276:5 277:17
279:15 282:12
284:17 287:9
290:5 292:22,22
302:21 324:23
330:11
**surfaced** 140:10
**surgery** 81:4,5
88:6,10 109:11
128:1,25 129:7,11
129:23 204:16
270:6
**surprisingly** 14:16
**surrogate** 104:3
**survey** 341:18,20
**survival** 76:14
88:23 107:19
**survived** 72:13
**surviving** 337:2
**survivors** 73:19,25
74:3,21 75:16,24
95:20 110:6
309:14 333:1

**survivorship** 4:16
71:12,25 72:3
73:6,13 86:16,17
87:3,4 120:8
121:14,17 122:1,4
123:2 140:16
**suspended** 69:14
**swanis** 3:3 169:24
170:1,9
**swap** 152:7
**swelling** 236:18
256:16
**switch** 267:20
**sworn** 5:22 6:21
345:21
**symptomatic**
160:21
**symptoms** 86:14
104:2 123:19
128:9,19 129:5
216:19 222:21
223:4 224:2 266:5
**syndrome** 302:13
302:14
**synergistic** 99:16
**system** 99:10
**systemic** 88:13
**systolic** 104:17
265:10

**t**

**t** 272:11,13 278:14
291:20
**table** 162:22,25
163:10 164:15,18
164:25 166:11,17
166:22 167:1,12
334:18 336:22
**tables** 12:15
**tac** 272:21
**tailored** 88:19

**take** 10:12 28:6
40:5 41:12 43:20
45:2 53:16 58:20
58:21 62:20 67:13
72:24 78:13 81:6
81:8 109:9 111:12
111:15 122:9,15
131:5 132:22
145:19 146:7
150:4 162:5
165:19 174:11
175:10 186:9,10
196:22 198:16,17
204:6 213:15
231:22 239:8
240:5 255:20
267:13,22 305:10
334:7 338:13
**taken** 10:13,25
24:9 41:11 55:10
56:16,25 59:2
66:25 111:21
122:16 142:10
165:24 178:1,6
180:4 181:19
182:2 192:25
217:7 229:7 242:3
242:6 263:11
276:12 305:14
338:18
**talk** 65:3 91:14,18
116:7 123:22
127:19,22 128:4
136:21,23 137:1,3
137:18 148:16
149:15 165:11
168:23 202:12
257:23 294:3
298:13 311:7,14
323:14 324:3

**talked** 114:3,10
116:3 131:14
135:12,22,23
136:18 144:11
192:2 194:25
195:4 207:19
220:20 240:10,16
250:24 295:6
298:16 299:9
310:16 325:21
327:12,14 337:10
**talking** 19:3,16,22
92:25,25 99:17
114:6 117:24
118:4 125:9 126:2
128:7,16 130:14
155:6 162:16
171:13 248:23,23
250:23 298:9
323:25 331:8
338:8
**talks** 37:10,18
62:12 113:15,20
137:2 160:12
310:10,13 333:9
**tamoxifen** 278:14
**tanya** 1:6 31:10,18
33:21 45:13,18
271:7,12,21 278:8
289:9
**target** 86:11
102:24 108:16
109:21 117:15,25
119:1 126:4
**targeted** 88:14
95:14 149:16
206:21
**targets** 119:15
**taxane** 156:18,22
157:9,11,14,25
158:9,12,14,18

159:14,16 160:5
272:18
**taxanes** 25:9
155:12,17 156:7
156:11 157:11
**taxol** 152:1,8,16
152:22,25 153:25
161:20 164:1
165:1 272:15,17
**taxotere** 1:3
151:25 152:8,16
154:15 161:20
164:21 272:18
**tc** 225:22 226:6,7
226:10,10
**tch** 137:16
**team** 154:13
310:23 339:16
**technical** 259:7
**technician** 24:7,10
58:25 111:19,22
165:21,25 170:22
170:25 267:23
268:3 276:10,13
305:12,15 338:16
338:19 343:19
**techniques** 66:10
**telephone** 2:17,21
3:3 18:7 29:2,22
30:10,21 33:3
89:13,17 90:6,9,14
**tell** 9:5 16:1 17:9
18:15 22:20 23:10
23:24 40:4 62:19
63:6 78:10 88:25
100:22 112:19
125:15 126:6
128:22 150:10
156:6,13 157:1
179:2 181:3
184:19 191:10

203:6 206:8 213:1
213:19 225:6,8
239:10,17 246:15
246:16 249:11
284:18 285:14
304:13 310:20
334:1
**telling** 18:14
127:18 295:22
**tells** 93:6 128:23
**ten** 42:9 59:22
86:20 111:8 118:8
124:12,14 127:15
139:10 172:2
194:3 264:12,20
275:19,23 300:7
**tennessee** 1:16
6:12 69:11,13
344:2,4,12
**term** 70:24 71:24
72:6 77:3 105:5
105:14 108:6
156:4 203:12
204:2 216:11
250:7 259:7
274:23
**terminology** 97:8
144:17,18 216:16
281:5
**terms** 24:21 48:24
57:5 59:21,22
78:8 80:1 82:20
84:11 86:24 91:2
92:14 93:18,18
97:9 114:12 126:7
130:12 137:2
139:1,18 159:14
171:20 178:8
193:16 197:21
205:12 208:1
248:2 299:17

303:13
**test** 68:4 124:12
125:17,24 127:16
128:6,7 255:8
259:11,12 260:22
**tested** 260:12
**testified** 5:23
35:20 36:5 59:11
200:24 201:7,14
246:19 339:22
**testify** 23:6
**testimony** 4:7 6:22
25:23 44:15 45:17
46:5,9,15 47:18
50:3,14 51:9
52:23 53:17 54:15
54:17 55:1 58:1
61:5 201:2 230:4
230:5 281:14
**testing** 10:25
255:5
**tests** 68:8 125:8
126:3 127:11,11
127:15 128:3,13
131:14 136:18
244:25 249:18
255:20 256:3,13
258:23 259:25
260:6,21 284:22
**texas** 314:24 315:2
**textbook** 16:23
**textbooks** 70:19
70:21,23
**tf** 31:3,9 33:11
169:12
**th** 137:16
**thank** 7:7 11:7
12:7 14:1,11
25:16 36:1 37:22
48:9,9 61:9 75:6
101:25 112:7

121:9 328:7
**thanks** 58:23
141:17 165:19
**theft** 344:12
**theme** 71:25
121:18
**themes** 72:18
**theoretical** 150:1
263:16
**therapies** 4:17
16:15 17:13 18:18
21:19,20 30:16
35:9 49:9 57:9
59:24 60:2 61:13
70:15 72:9 73:11
75:22 76:3 77:8,8
92:23 93:19,20
95:14 102:25
107:21,24 108:1
122:4 127:25
131:22 137:11
143:7 148:23
149:12,16 158:8
158:13 161:5
200:12 211:16
220:5 268:10
269:23 279:16
280:7 290:14
296:22 298:6
301:22 306:19,20
307:11,12 308:1,1
320:13 321:1
329:23
**therapy** 4:13 25:9
32:16 76:9 80:8
80:13 86:8,8
87:16 88:14,14,16
91:9,10,11 94:18
102:24 104:9
106:6 123:4 127:3
128:13 130:13

| | | | |
|---|---|---|---|
| 142:9,16 148:20 | 183:11,23,24 | 183:11,22,23 | 290:1 303:24 |
| 171:11 191:5 | 193:25,25 194:1,4 | 193:23 194:19 | 335:24 336:14,18 |
| 202:2 205:24 | 196:22 205:9 | 196:12 198:22 | **thoughts**   49:1 |
| 206:12 208:18 | 206:6 207:17 | 206:8 207:7,17 | 84:21,24 89:18 |
| 217:11 218:4,6,24 | 218:10 223:18,19 | 208:17 212:19 | **three**   8:8 19:23 |
| 219:8,24 220:9 | 228:16 241:15 | 213:18 215:4 | 27:9 28:17 30:5 |
| 223:25 227:12 | 246:20 247:16,19 | 220:4 222:20 | 30:25 31:21 32:10 |
| 230:9 236:6 | 247:24,25 248:1,2 | 225:4 227:16 | 50:20 65:25 66:18 |
| 245:23 253:19 | 248:4 249:13,21 | 240:10 243:21 | 67:1 79:24 92:21 |
| 269:2 286:8 287:3 | 258:1,11 264:10 | 244:2 251:19 | 92:22 94:12 96:12 |
| 298:5,11 299:6,10 | 264:19,21 265:3,4 | 257:16 262:19 | 103:12 108:17,22 |
| 300:24 318:20 | 273:24 275:11 | 263:19 266:18 | 109:11 118:20,25 |
| 340:2 | 279:24 294:8 | 267:4,19 270:3 | 120:14 124:14 |
| **thick**   229:16 | 297:6 298:17,20 | 271:20 273:2 | 129:4,12,22 133:2 |
| 319:21 | 300:7,10 323:17 | 276:8 277:1,2,14 | 137:19,22 149:15 |
| **thickening**   229:25 | 324:5 332:18 | 280:17 283:16 | 169:11 181:2,8,9 |
| **thing**   12:2 30:23 | 336:6,12 | 284:13 292:20 | 181:11,13 184:18 |
| 41:15 63:22 69:3 | **think**   10:15 15:21 | 293:4 301:4,4 | 189:8 201:1 |
| 89:11 93:2 94:9 | 17:1,10,14,17 21:2 | 303:25 304:8 | 210:22 213:6 |
| 94:14,15 97:13 | 21:9 32:4 34:23 | 307:2 311:20,24 | 218:17 247:16,19 |
| 118:11 119:10 | 34:25 38:5 39:8 | 315:10 316:7,15 | 248:2,4 272:5 |
| 123:18 126:8,15 | 41:4 54:22 68:19 | 320:17 321:20 | 289:8,8,20 312:7 |
| 127:24 128:17 | 68:19 70:22,22 | 327:4,12 328:10 | 317:12 318:25 |
| 129:1 133:3 134:9 | 73:12 74:24 79:12 | 330:7 333:4 342:6 | 319:6,12 331:1 |
| 136:22 142:6 | 81:1 86:5 89:10 | **thinking**   117:20 | **threshold**   142:21 |
| 146:13 148:22 | 90:12,21 93:1,2,22 | 117:25 129:18 | 269:14 |
| 155:8 165:13 | 100:18 101:3 | 130:3 297:18 | **thrombosis**   279:6 |
| 193:23 210:25 | 105:12 106:10 | 303:7 304:14 | 285:11 286:1,13 |
| 213:20 219:5 | 108:24 113:10,11 | **thinks**   89:1 102:16 | 289:25 290:7 |
| 246:17 256:5 | 115:2 119:24 | **thinners**   285:19 | 302:23 |
| 259:12 262:21 | 128:2 129:22,25 | **third**   76:18 93:2 | **thursday**   83:2,3 |
| 298:19 299:16 | 134:17 137:25 | 330:20 | **time**   4:9,10 7:5 |
| 308:24 334:8 | 139:22 144:20 | **thirty**   346:18 | 14:3,4,5,18 22:17 |
| **things**   37:1 49:8 | 146:5,12 149:18 | **thoracotomy**   81:7 | 22:25 24:24 28:4 |
| 50:4 78:19 99:4 | 152:21 154:5 | **thoroughly**   177:17 | 29:19 40:24 52:3 |
| 110:19 113:10,14 | 156:14 158:2 | **thought**   8:1 23:17 | 53:12 58:16 61:4 |
| 125:25 126:1 | 167:7 172:7 173:1 | 50:10 139:7 | 62:4,6 63:3 68:25 |
| 127:22 129:22,25 | 173:3,9 175:4,10 | 149:14 168:23 | 73:14,15 76:8 |
| 137:6,18,19 | 175:14,16,18 | 182:7,19,24 200:2 | 78:8,13,15,24 79:7 |
| 149:25 155:5 | 177:22 178:14 | 212:13 217:25 | 84:9 87:7,10 90:5 |
| 156:9 171:13 | 179:2 180:16 | 218:2 250:7 286:7 | 90:10,18 104:1 |

114:25 115:6
117:8,22 118:5
119:2 123:1,2
151:23 159:16
172:12 178:11,14
178:15,22 179:3
179:13 180:10
186:4 193:20
194:17 198:5,13
200:25 210:24
211:3,17 212:5,15
212:21 213:7
227:15 231:2
233:16 251:25
252:2 259:20
261:1 262:8
263:17 270:17
276:8 285:1 287:1
288:4,12 289:20
293:11 296:11,19
301:7 304:24
306:3,22,25
307:22 308:15,18
318:3 322:2,3
323:5 328:21
329:14 333:18
337:16 342:2,14
343:4
**times**   27:7,9 41:18
84:1,21 89:18
90:2 91:17,21
117:15 123:20
131:17,20 133:2
138:15 164:25
175:1 179:12
223:23 253:9
282:8 301:9 311:2
332:19
**timing**   154:5
292:9

**title**   75:20
**titled**   7:10,16 42:2
44:21 45:3 121:13
268:9
**tn**   1:23 344:18
**tob**   273:12
**tobacco**   273:13
**today**   6:8 7:23
26:24 40:6 74:3
111:1 114:4
175:13 182:1
194:21 195:4
208:14 260:17,20
284:21 304:19,22
314:8 322:2,3
323:3 325:9 326:3
326:23 333:14
339:22 343:14
**told**   156:10 257:1
301:25 302:8
**toll**   346:2
**tomorrow**   83:23
311:7
**tools**   110:16
**top**   29:20 40:14
82:11 134:7,8
138:16 148:2,4
163:3 179:1
184:13 194:22
294:4 319:6
**topic**   184:2 332:21
**total**   29:9 34:10
37:25,25 169:20
188:3 226:22
227:18 291:23
292:1
**totaling**   95:20
**totally**   253:1
**toxic**   149:11
**toxicities**   77:14
99:3 103:4 122:2

303:11
**toxicity**   78:20
92:15 93:13 97:6
97:9,16 134:25
149:13 160:15
240:2 300:18
340:22,23
**trained**   65:23
310:1
**training**   66:6
306:9,12 310:7
328:18,19
**transcript**   232:17
234:3 344:5,10
346:9,11
**transcripts**   46:20
47:5 51:23,24
52:1,7 180:21
181:5,10,14
182:17 184:15
232:13
**transfer**   344:11
**transformed**
107:11
**trastuzamab**
162:17
**trastuzumab**
161:1 320:21
**traurig**   3:3 170:2
**treat**   96:7 138:5
150:2 246:8,13
258:2 274:12,13
274:23 275:1,11
279:21 281:12
285:18 294:1,8
297:21 298:8,21
299:16 325:25
326:23 327:16,16
327:19,22 339:3
339:14,16,17

**treated**   73:4 83:8
104:16 118:25
120:14 138:1
153:18 188:2,5
222:15 235:24
248:7 252:4 262:8
267:10 278:11,18
279:7 285:12
322:19 343:3,5
**treating**   47:24
53:7,13,17 54:18
55:1,9,19 56:17,24
57:15 58:2 61:6
82:17 84:19,25
85:2,12 88:1 89:6
89:8,13,23 179:19
184:22 190:8
202:9 233:2,11
234:4,13 274:4
296:16 336:4
**treatment**   8:24
9:13,14 10:24
44:8 51:12 66:15
67:7 72:15 75:23
76:9 77:17 78:3
80:3,4,16 81:10
82:16 85:4,24,25
86:23 87:1,12,18
87:19,22 88:4,10
88:19 89:9 90:20
90:24 91:1,15,19
91:22 92:1,11
94:4,7,10,20,25
96:15,20 99:21,22
103:18,22 104:19
105:2 107:8,11,20
115:20 116:1
117:9 119:9,22
121:17 122:3,21
123:3,13 124:1,2
129:16 130:16

131:23 132:1
137:3 138:3,10,11
141:6,10 143:6
145:13 149:11
152:8 153:15
154:18 155:7
161:5 178:5 179:3
179:4 188:10,15
190:22 191:2,8,13
193:17 198:9
200:3 202:20
203:5,11 204:12
204:19 205:4,6,14
205:20 206:9
209:2 210:5,14,24
211:18 212:6,22
213:12 217:12,13
217:16,25 218:5
218:10,12,18,22
219:1,4,14 220:3
220:13 221:10,18
221:22,24 222:4,8
222:19,25 223:3
223:13 224:11,12
228:8 231:3,9
233:20 235:22
236:3,12,13,22
238:13,25 239:21
242:4 244:3,19,23
245:16 246:5
248:20 249:8,25
250:8 252:11
253:10 254:9
255:13,18,24
257:11 260:7
261:7 265:18,21
266:4,7,10 267:12
270:2,14,24
274:25 275:18
276:20 277:2
278:13,25 279:11

280:1,5,20 281:7
281:21 284:16
285:2 286:9,14,22
286:23 287:23
288:6,13 291:17
292:12,17,21
295:11 296:25
297:7,15,22
300:15,17 303:3
303:11,22 304:5
304:12,24 306:17
309:16 317:17,22
318:3,6,13,22,25
324:18 325:4,12
326:11 327:11
333:23 334:18
335:13 336:8
339:1
**treatments** 22:5
82:20 88:6 90:21
95:13 108:3 129:8
134:23 148:14
154:18 175:14
225:20 239:13
269:23 316:3
337:25
**tree** 50:21 51:18
56:5
**trial** 26:20 43:1
237:2 239:4,9,15
239:16
**trials** 104:24
239:11
**trickle** 290:25
**tried** 271:20
**triglycerides**
226:23
**true** 108:13 146:8
165:3 282:2
**truly** 126:24

**trump** 137:23
**try** 42:6 77:24
94:3 161:12
252:16 296:19
305:24 324:23
**trying** 19:14 22:16
79:13 108:24
128:17 147:13
220:13 249:24
287:10,15 308:5
318:11 336:10
342:13
**tumor** 105:6,15
108:8 109:1,2
328:2
**turn** 7:15 40:2
42:1 75:19 95:7
107:2,4 150:23
162:22 170:1
221:13 278:5
**turned** 340:17
341:9
**two** 8:9,14 14:6
19:24 28:15 31:11
31:14,17 32:12,25
33:23 34:1,4,21
35:5,15 36:6 37:9
37:10 38:9 39:5
50:19 61:15 66:7
66:18,24 73:10
81:17 93:1 122:1
125:24 132:13
133:22 147:22
177:4 181:2,8,9,13
182:17,19,20,21
182:25 184:18
189:8 194:5 201:1
203:10 208:17
225:23 231:20
233:18 254:19,22
254:24 259:20

288:19,20 289:20
299:20 300:15
305:18 306:24
307:20 312:7
317:10 318:24
320:21 322:11
338:13
**type** 33:14 68:15
130:6 133:14
138:14 204:15
220:16 294:3
325:17 341:2,2
**types** 69:21 81:24
96:7 108:14
139:12 140:15
156:5,7 307:13
326:24 327:17,21
329:16
**typewritten** 344:6
**typo** 76:5 175:16
313:8
**tz** 273:8

| u |
|---|

**u** 106:21 107:1
**u.s.** 310:2
**uh** 76:11 95:9
101:22 108:3
110:2 124:3 125:5
133:16 141:13
142:23 143:20,25
150:9,25 151:13
155:16,23 160:14
161:6 162:24
169:8,8 174:24
176:17 180:12
182:16 183:15
185:12 186:21
189:12 211:22
215:10 221:14
223:16 227:21,23
234:1 265:9

269:11 271:11,14
273:5,9 283:23
302:4 317:3
320:22 334:11
**uhm** 107:6,6
143:11,11 209:8,8
237:10,10 278:6,6
283:25,25
**ultimate** 132:5
**ultimately** 85:14
275:9 293:3,17
339:18
**ultrasound** 104:3
127:13
**unauthorized**
344:11
**unaware** 149:24
158:19 160:8
161:22 239:7
248:16 291:18
**undergo** 82:15
**undergoing** 87:18
87:22 129:11
138:10
**underlying** 193:22
227:2
**understand** 6:17
6:24 19:18 20:19
22:16 24:24 35:16
50:2 60:21 75:2
77:25 100:2
134:17 151:21
152:4 153:13,16
157:13 158:11
160:4 163:12,17
167:19 168:3
170:1,3 228:18
241:8 243:7,8
247:17 252:15
270:19 281:1
287:4,12 290:19

304:25 308:6
327:24 330:1
337:7 340:16
342:13
**understanding**
23:22 24:17 31:23
114:17 153:4,24
161:9 291:25
307:25
**understood** 34:21
**undertakes** 206:14
**underwent** 202:2
235:17,20 237:8
278:13
**unfortunately**
151:4
**uniformly** 107:11
**unimaginable**
118:19
**unit** 202:22
**united** 1:1 35:9
73:19 74:3 75:16
**university** 17:1
311:8,9
**unpack** 92:10
**unquote** 139:9
**update** 43:4 62:3
64:16 217:21
**updated** 4:15
62:15,23 64:11,13
100:3,8,21 112:4
113:3,17,19
**updates** 64:1
113:6 211:3
**updating** 101:4
**upmc** 311:9
**upper** 102:1
**urgency** 83:21
**urgent** 123:18
**use** 77:6 110:23
139:22 156:22

157:16 159:5,10
159:23 171:22
241:16 247:13
261:16,17 263:18
333:15
**useful** 90:22 93:16
93:24 94:1
**usually** 50:7,17
55:24 57:5 63:23
63:25 81:15 128:6
131:16 178:6
181:1 189:6 193:8
230:17 254:21,21
272:20 291:22
297:2

| v |
| --- |

**v** 345:3 346:5
**values** 229:15
278:20 283:4,11
284:3
**valve** 236:8 253:25
254:3
**valves** 230:1
**vanderbilt** 6:11
81:21 84:3 106:20
113:22 114:8
307:6 309:23
310:9 313:21
**vanderbuilt** 130:8
**various** 43:12
69:21 110:10
309:10 338:24
**vascular** 99:12
249:22
**vasospastic** 261:8
**vayu** 235:3
**vegas** 3:4
**vein** 279:6 285:10
285:16 286:1,13
289:25 290:7,24
302:23

**veins** 290:8
**ventricular** 104:17
214:13,25 215:15
229:12,13,18,20
230:5 236:7,8
253:25 337:23
338:7
**verapamil** 236:1
252:20 261:1,3,7
261:14,20 262:1
263:14
**verghese** 45:19
183:6
**veritext** 345:1
346:1,6
**version** 63:24
100:20,21 311:24
**versus** 50:11 74:19
78:9 85:24 90:15
110:10 132:6
137:16 271:19
326:9 335:17
**vessel** 148:24
**vessels** 257:7
**video** 24:7,10
33:16,20 58:25
111:19,22 165:21
165:25 170:22,25
267:23 268:3
276:10,13 305:12
305:15 338:16,19
343:19,20
**videotape** 1:13 4:5
7:11
**viewership** 323:17
323:23
**viewpoint** 317:14
**vigilant** 279:17
**violation** 344:11
**virtually** 79:11
204:3

vision 314:6
volition 131:8
volume 139:1
  308:22
vts 124:23

**w**

w 3:3 346:1
wait 104:2
waited 97:21
waived 346:11,19
walk 116:15
  123:10 124:4
  147:24 188:20
  224:20 248:13
walking 128:5
walks 129:4
  222:22
want 13:21 35:23
  57:7,21 61:16
  92:10 101:20
  105:12 106:13
  111:4,12,17
  114:15 120:25
  121:1 123:24
  128:13 131:1,2,5
  131:19 143:12,17
  145:15 151:1
  152:13 159:15
  162:22 187:24
  209:10,10,17,18
  211:23 215:18
  219:11 234:13
  240:13,15 241:19
  257:23 261:13
  264:3 267:13
  275:10 279:25
  292:19 297:21
  298:20,20 299:17
  305:10 316:10,13
  316:14 319:3
  332:14 334:6,6

338:13
wanted 55:11,19
  66:5 79:9 113:11
  168:22 313:23
  331:3 333:12
wants 131:1 220:4
warned 134:13
warning 102:5,8
  102:14 103:7
warshauer 2:7
wash 106:21 107:1
way 22:20 36:3
  140:13 186:14
  195:7 198:21
  201:12 207:4
  214:15 215:19
  223:5 228:17
  258:14 277:20
  299:17 300:13
  303:20 304:15,17
  342:4 343:12
ways 94:5 122:1
  255:7 332:12,13
we've 6:8 10:15
  14:18 23:25 34:3
  99:2,2 111:7
  114:10 242:2
  302:22
week 66:20,21
  307:4,4 310:25
  311:6,8
weekly 309:2
weeks 103:13
  189:8,8 201:1
  237:22 292:6
weigh 325:16
  338:25
went 10:12 41:1
  41:17 50:10,11
  65:22 125:16
  166:3 173:10

179:5 210:3
223:24 239:1
247:23 257:23
304:7 307:3 327:4
330:14 331:21
332:3 333:7
whatsoever 49:12
  52:19 124:25
  179:24 223:20
whereof 344:13
withheld 12:10
withholding 9:6
witness 11:18,25
  14:11 15:6,10,17
  17:6 19:25 20:13
  21:15 24:4 27:4,8
  31:23 33:7 36:9
  36:25 40:7,10
  46:2 48:3 49:21
  51:5,17 52:10
  53:24 54:11,22
  55:4,7,15,23 56:4
  56:14,20 57:4,19
  58:5 64:19 65:4
  70:10 71:6,18
  72:2,17 73:8,23
  74:5 86:3 88:9,25
  89:16 92:17 94:23
  102:11,14,23
  104:22 105:9,18
  107:16 108:13
  117:14 121:9
  132:4,20 134:22
  135:11,19 136:13
  145:17 146:12
  147:17 152:3,12
  153:11 154:4
  156:25 157:18
  158:16 159:2,18
  160:8 161:22
  162:11 167:15,23

174:8 177:22
179:22 186:17
188:1 193:20
196:20 199:4,9,25
200:11 201:18
202:5 204:1 205:8
206:4,16 209:8,14
210:24 211:7,10
211:13 212:3,19
217:2,15 218:9
231:15 233:15
234:19 237:5
242:18 245:4
246:2 250:5 263:3
274:21 281:19
287:15 295:3
299:8 300:4
305:20 317:24
318:5,15 321:7,11
322:24 323:9
324:20 325:11
329:13 330:6
335:8,20 338:3,10
339:6 344:13
345:4 346:7
witnesses 46:20,23
  47:18
woman 116:19
  251:1
women 72:22
  203:17 207:23
  319:12
word 93:15 175:25
words 90:13 281:6
work 6:11 12:14
  17:15 18:3 26:14
  27:12,19,23 29:7
  43:25 83:1 168:14
  168:15,19 222:24
  266:11 278:3
  293:6 308:9 310:8

344:10

**worked**  16:11
38:14

**working**  34:10
38:23 89:5 114:11
328:22

**works**  6:18 23:22

**world**  104:24
198:2 216:17
310:2

**worried**  303:12

**worry**  148:1

**write**  48:15 52:25
57:23 68:18
180:25 271:15
273:8 333:5

**writing**  37:19 53:9
57:16 313:11

**written**  46:11,13
60:2 90:16 120:10
120:13 229:6
264:18 272:6
290:5

**wrong**  74:8

**wrote**  12:2 17:10
37:3 40:20 59:24
71:10 119:11,24
120:23 191:16
226:1,20 227:13
227:20 228:24
237:3 238:3
271:12 277:14
313:12

**wu**  313:6

**x**

**x**  82:19

**y**

**y**  82:20

**yeah**  15:11 21:2
36:13 40:7,9,10,18

42:18 59:20 64:25
65:19 66:5 74:15
75:12 82:7 84:4
100:3 116:24
121:22 125:13
127:24 138:22
141:11 142:18
144:7 145:2
146:12 153:11
157:10 162:2,13
163:10 166:16
169:2 173:5,9
174:2 175:4,12,21
176:10 178:25
180:25 184:18
194:25 197:7,10
197:13 200:23
208:23 210:3
214:23 219:5,5
221:19 225:25
230:24 231:10,12
231:15 238:3,19
244:1,7 248:10
253:7 261:5
263:24,24 265:19
266:23,25 269:9
271:24 272:22
275:13,16 277:14
277:17 280:14
282:12 286:24
287:6 290:4 301:4
301:10 304:17,23
305:21 308:12
309:7,25 310:22
327:9,12 329:24
334:21 336:23
342:3

**year**  20:8 67:5
84:6 104:18 105:1
106:10 118:22
119:15,16,18

133:2 146:19
185:23 187:20
208:17 235:13,14
248:19 249:8
252:13 267:2
278:10 310:1,1,4
316:2 329:5

**years**  17:3 59:22
65:25 66:7,18,18
66:24 67:1 71:7
77:11 86:20 97:18
100:20,24 103:3
104:23 108:23
118:8,9,20 119:15
119:20,22 122:20
124:13,15,20
139:10 147:9
148:16 172:2
178:22 194:3
203:1,9 243:4
250:18 252:4,9
264:12 273:14
274:15 275:19,23
288:8 306:21
307:5 310:13
315:6 316:1
318:25 340:18

**yep**  106:23 145:5
152:21 153:16
155:13 163:5,9
182:13 183:13
202:6 265:20
283:5 331:20

**yesterday**  39:3
47:6,7,11,14 51:22
53:14 54:9 58:13
61:7 180:7,14,20

**young**  118:6 134:6
143:4 196:23
269:20 315:12

**younger**  72:22
196:17,20

**z**

**z**  16:20 82:20

**zipes**  16:18,20,21
17:5,19,23 18:4,8
18:10 20:3,3,10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.