# EXHIBIT B

## RULE 26 REPORT OF JAVID MOSLEHI, MD

### Expert Qualifications

My name is Dr. Javid Moslehi. I am a clinical cardiologist and physician scientist. I am currently an Assistant Professor of Medicine at Vanderbilt University Medical Center. For the last decade, my clinical focus has been the cardiovascular care of cancer patients or "cardio-oncology". I founded the Brigham and Women's/Harvard Medical School cardio-oncology program in 2009 before being recruited to Vanderbilt in 2014 to direct the cardio-oncology program. In both settings, I have created clinical and research programs in cardio-oncology involving multiple clinicians, researchers and fellows. I have published over 110 peer-reviewed publications in this field in leading medical journals. I have been the leading author in six articles published in the prestigious *New England Journal of Medicine*, including the authoritative review in the field (in 2016 entitled "Cardiovascular Toxic Effects of Targeted Cancer Therapies"). I have also been an author in other high profile publications in either clinical journals (*Lancet, Lancet Oncology, JAMA Oncology*) or basic research journals (*Cell, Nature*). I have served on several national and international committees in this space including National Cancer Center Network (NCCN), National Cancer Institute (NCI) and several American Heart Association (AHA) committees and writing groups. I work closely with cardiologists and oncologists locally, nationally and internationally. I have also started several collaborations with industry and regulatory bodies (including the US Food and Drug Administration). In 2017, I started a Vanderbilt Graduate Medical Education (GME) approved fellowship in cardio-oncology, training the next generation of physicians-scientists. To the best of my knowledge, this is the first such program in the country. I obtained my medical degree at University of Connecticut, completed internship and residency in internal medicine at Johns Hopkins Hospital, and cardiology fellowship at Brigham and Women's

1

Hospital (Harvard Medical School). My full *curriculum vitae* (CV) is attached.

**Cardiovascular Health in Cancer Patients**

The advent of novel cancer therapies has revolutionized oncology treatment resulting in a growing number of cancer survivors. Cardiovascular issues have become important in cancer patients for several reasons.[1] First, cancer therapies can be associated with cardiovascular complications but acutely (during the time of treatment) or following completion of therapy. Second, given the survival of a growing number of cancer patients, cardiovascular disease has become more relevant. Third, there is growing appreciation that common risk factors predispose patients to cancer and cardiovascular disease. This latter point is an important consideration for the more than 16,000,000 Americans who are cancer survivors in 2018.

Cardio-oncology has been particularly relevant to breast cancer. First, some of the established treatments in breast cancer (anthracyclines, HER2 targeted therapies, radiation) are associated with cardiovascular disease.[1] In addition, the growing number of breast cancer survivors (totaling more than 3,000,000 Americans in 2018)[2] are at risk of cardiovascular disease, given the high prevalence of the latter in the general population. Therefore, cardiovascular disease prevention has become an important strategy to mitigate overall health in breast cancer patients.[3] This opinion piece will focus on cardiovascular issues in breast cancer patients with a particular focus on the requested review of three patients: Antoinette Durden (AD), Barbara Earnest (BE) and Tonya Francis (TF).

**Breast Cancer Therapies and Cardiovascular Disease**

Anthracyclines (e.g. doxorubicin, daunorubicin) are antibiotics that are used for the

2

treatment of several cancer types including breast cancer, sarcoma, lymphoma and leukemias and work by damaging the DNA of cancer cells. Anthracyclines are also among the best studied and the most common cause for treatment-associated cardiac injury.[4] Historically, cardiotoxicities associated with anthracyclines were classified as acute, subacute or chronic. However, more recent studies challenge these distinctions. Both pre-clinical and clinical data suggest that anthracyclines cause cardiomyocyte death which can rarely manifest acutely as arrhythmias and myopericarditis.[5] However, the most common presentation of anthracycline-induced cardiotoxicity is systolic left ventricular dysfunction which manifests following completion of therapy.[6] Previously, cases of systolic left ventricular dysfunction – often in patients presenting with clinical heart failure – were identified in patients years to even decades after anthracycline exposure. However, the introduction of cardiac imaging in several settings suggested that approximately 7-10% of patients can have systolic left ventricular dysfunction if checked within one year after treatment.[7] However, many of these cases are asymptomatic with only a smaller fraction presenting with clinical heart failure within the one year period after exposure. Moreover, the natural course of these cases of asymptomatic left ventricular dysfunction is unclear.

The major risk factor for anthracycline-associated cardiomyopathy is cumulative dose of anthracyclines received with significant increased overall risk when doses greater than 450 mg/m2 are given.[5] However, there is no minimum anthracycline threshold, since cardiotoxicity can occur at much lower doses. Other risk factors for anthracycline-associated cardiotoxicity include extremes of age (both young and old individuals are at risk), female sex, other cardiac risk factors and concomitant cancer treatment with other cardiotoxic therapies including radiation.[6] There have been several mechanisms proposed for anthracycline-associated cardiomyopathy including formation of reactive oxygen species (ROS), formation of anthracycline-iron complexes and

3

topoisomerase-2 beta (Top2beta) inhibition.[4]

There has been increasing efforts to develop preventive and treatment strategies for anthracycline-associated cardiomyopathy. The most accepted guidelines are in the pediatric population.[8] Full recommendations can be found at (http://www.survivorshipguidelines.org). Less consistent (and thus less utilized) are recommendations for screening for cardiotoxicity in the adult population exposed to anthracyclines. While all current guidelines stress the importance of a thorough history and physical examination, as well as cardiac risk factor assessment and attenuation in all patients exposed to anthracyclines, there is less consistency about routine diagnostic cardiac testing in patients following cancer treatment. The National Cancer Center Network (NCCN) recommends consideration of an echocardiogram in patients with at least one risk factor within one year after completion of anthracycline therapy. Examples of risk factors include cardiac risk factors such as diabetes, hyperlipidemia, low-normal left ventricular ejection faction at baseline, concomitant other cardiac disease as well as age greater than 65 year. A high dose of anthracycline use (cumulative doxorubicin dose greater than 250 mg/m$^2$) is also such a risk factor.[9] Similarly, the American Society of Clinical Oncology (ASCO) places a similar risk stratification for patients based on cardiac risk factors and co-morbidities as well as higher dose of anthracyclines (similarly doxorubicin dose greater than 250 mg/m$^2$).[10] However, in terms of specific screening following exposure, the ASCO guidelines suggests that an echocardiogram may be performed between 6 to 12 months after completion of therapy in asymptomatic patients at high risk. While there has been considerable interest in identification of biomarkers and other imaging parameters in risk stratification of patients exposed to anthracyclines, the level of evidence was not felt to be sufficient to warrant general recommendations for cancer survivors in either NCCN or ASCO guidelines.

Like anthracyclines, radiation therapy has served as a backbone of therapy for a number of cancer types. Specifically, mediastinal irradiation has been applied to the treatment for a number of neoplasms, including lung, breast, esophagus, testicular, and lymphomas. When the irradiation field includes the heart, cardiotoxicities can occur. Studies in patients with Hodgkin's lymphoma, chest radiation can lead to cardiac effects years to decades after exposure.[11] Unlike anthracyclines, however, cardiac sequalae from radiation can lead to a number of different cardiovascular disease processes including heart failure, vascular disease (both coronary ischemia and peripheral vascular disease), valvular heart disease, arrhythmias and pericardial disease. In particular, pericardial disease can manifest as constrictive pericarditis in some cases leading to surgical intervention with pericardial stripping.[12] In addition, radiation can lead to heart failure by diastolic dysfunction and restrictive myocardial disease. Finally, recent data suggest evidence for autonomic dysfunction in patients exposed to mediastinal radiation.[13] These patients can have elevated resting heart rate and abnormal heart rate recovery, leading to impaired exercise tolerance.

In breast cancer, radiation is also commonly used as part of treatment. However, since the field of radiation is more focused, the risk of cardiovascular disease is generally thought to be lower. A population-based, case-control study of incidence of major ischemic cardiac events, showed that exposure of the heart to radiation for breast cancer treatment, regardless of a minimum dose, increased the rate of ischemic heart disease, with each Gray (unit) of radiation associated with a 7.4% increase in the occurrence of a subsequent major coronary event.[14] Additionally, the risk of coronary events increased within 5 years after exposure to radiation and continued for at least two decades after radiation treatment. Finally, the absolute radiation-related risk of a major coronary event was far greater for women with preexisting cardiac risk factors or ischemic cardiac disease. Given the heterogeneous cardiac manifestations of radiation toxicity, there are less well-

defined guidelines for screening following exposure to radiation. However, there has been growing emphasis on cardiovascular risk factor assessment following treatment and perhaps more rigorous mitigation of these risk factors. A recently proposed ABCDE algorithm for cardiovascular health in cancer survivors (see below) may be particularly relevant to patients exposed to radiation.[15]

Taxanes are a class of anticancer agents that bind to and stabilize microtubules causing cell-cycle arrest and apoptosis (cell death). Both paclitaxel and docetaxel have proven beneficial in specific subset of breast cancers. Cardiovascular complications, however, do not play a big role selecting a specific taxane. For example, paclitaxel and docetaxel were compared in a head-to-head study of 4950 breast cancer patients. All patients received 4 cycles of doxorubicin and cyclophosphamide and were then assigned to paclitaxel or docetaxel. There were no significant cardiovascular toxicity differences observed between the two arms of this study.[16] The more critical element in determining cardiotoxicity is the choice of other cancer therapies used in combination with a taxane in a patient.

The cases I was asked to reviews (AD, BE, TF) do not include HER2 positive breast cancer, a brief review of this subset of breast cancer is important due to the cardiac related complications with the treatment for HER2 positive breast cancer. Trastuzumab, a humanized monoclonal antibody targeting human epidermal growth factor receptor 2 (HER2), a receptor kinase that is overexpressed in 20-30% of breast cancers, dramatically improved the prognosis of women with HER2-positive breast cancer. However, when combined with anthracyclines, an alarming 27% of patients experienced symptomatic heart failure or asymptomatic cardiac dysfunction.[17] Initial regulatory approval of trastuzumab for metastatic breast cancer was accompanied by caveats addressing cardiac safety. All patients were required to undergo periodic monitoring of cardiac function during trastuzumab treatment. In addition, trastuzumab would be administered

6

sequentially after treatment with other therapies, especially anthracyclines, with the presumption that concomitant treatment would result in synergistic cardiotoxicity. Subsequent trials and clinical experience with trastuzumab showed a lower incidence of cardiomyopathy, perhaps in part owing to closer cardiac monitoring and recognition of cardiac toxicity. In breast-cancer trials, the incidence of symptomatic heart failure in trastuzumab-treated patients was 2 to 4%, and the incidence of cardiac dysfunction was 3 to 19%.[1] Basic studies showed a critical, unexpected role for HER2 in cardiac biologic features, which suggested on-target toxicity.

From a practical standpoint, patients should get cardiac imaging to monitor for left ventricular function. Per the FDA recommendations, this usually means an echocardiogram every three months during the course of therapy. In practice, the frequency of monitoring many depend on the specific patient. For patients with localized disease who may need a total of one year of treatment, an echocardiogram every three months may be relevant or necessary. On the other hand, a patient with metastatic HER2 positive breast cancer who may need indefinite therapy may not need indefinite routine monitoring. Most groups recommend interrupting therapy only if the patient has clinical symptoms of heart failure or has at least moderate left ventricular dysfunction. When on routine echocardiogram, an asymptomatic patient has only mild left ventricular dysfunction (EF < 40%), then most physicians continue trastuzumab and add cardioprotective medications (including beta blockers and ACE inhibitors).[18] Cardiovascular complications in patients treated with HER2 inhibitors will become more challenging in the coming years due to the explosion of therapies in this class. Pertuzumab (a HER2 dimerization inhibitor), lapatinib and neratinib (small molecular inhibitors targeting HER2), trastuzumab emtansine (an antibody-drug conjugate consisting of trastuzumab and a cytotoxic agent) have all been approved and can be used in combination with trastuzumab for breast cancer treatment. The cardiovascular toxicities

7

associated with such combination therapies are less clear.[1] But again, I address the HER2 positive subset of patients here only to point out the cardiac issues related to the use of trastuzumab, and the related issues, but patients AD, BE and TF were all HER2 negative, and therefore the cardiac issues related to trastuzumab use are not relevant to their individual case evaluations.

Cardiovascular care of all breast cancer patients should be assessed in the context of anthracyclines, HER2 inhibitors and radiation, if these are part of the treatment. The cardiovascular issues associated with many of the novel therapies are unclear, especially when combined with the above therapies. For example, cancer immunotherapies (immune checkpoint inhibitors) have revolutionized treatment for many cancer types and recently showed considerable efficacy for a subset of breast cancer patients.[19] However, a small subset of patients treated with immune checkpoint inhibitors (ICI) when used for other cancer types can have life-threatening myocarditis (inflammation of the heart).[20] The cardiovascular sequalae of ICI, especially when combined with anthracyclines   Because of the limited studies on the newer therapies and the lack of accurate assessment of cardiovascular effects in the oncology clinical trials, some of the cardiovascular and metabolic toxicities of these novel treatment are not yet known.[21]

### Review of the Cases

I was asked to review the patient history and presentation of three patient cases (AD, BE, TF). I reviewed these cases with a specific viewpoint of cardiovascular issues each patient may have had and how this impacted patient care including choice of cancer treatment.

AD: This 60-year-old female presented with stage IIB infiltrating moderately differentiated ductal carcinoma of the left breast for which she underwent bilateral mastectomy with sentinel lymph

8

node biopsy which was positive. Pathology revealed ER positive, HER2 negative breast cancer. She then underwent 6 doses of docetaxel and cyclophosphamide and continued treatment with letrozole. From a cardiovascular standpoint, the patient had hypertension for which she was treated with multiple medications including atenolol, verapamil, benazepril, and hydrochlorothiazide which appeared to control her blood pressure through the course of treatment. She did have echocardiograms performed both prior to and following completion of therapy. These showed normal ventricular function with evidence of left ventricular hypertrophy and mitral valve calcification. The patient's echocardiographic manifestations were most likely due to long-term hypertension and not related to her cancer or cancer treatment. During the course of treatment, the patients was noted to have a cardiac murmur as well as bilateral edema. Her echocardiograms did not reveal a primary cardiac etiology for her murmur and her edema. She appears to have responded to the addition of diuretic for her swelling. In review of her records, the patient does not appear to have had cardiovascular compilations during and immediately after treatment.

BE: This 60-year-old female was diagnosed with ER positive/HER2 negative, intermediate to high grade, infiltrating ductal carcinoma of the left breast. She underwent left breast partial mastectomy with sentinel node excision (negative lymph nodes). She was then treated with doxorubicin and cyclophosphamide for 4 cycles (total 240 mg/m$^2$ of doxorubicin) followed by 4 cycles of docetaxel. She was then treated with anastrozole. She had been in excellent health prior to breast cancer diagnosis with no history of cardiovascular disease or cardiovascular risk factors. She had no obvious cardiac complications during treatment. An assessment of her cardiac function prior to chemotherapy revealed an ejection fraction of 79% (normal). Given her lack of cardiovascular disease or risk factors, cardiac consideration would not play a role in selecting her cancer treatment.

9

<u>TF:</u> This 39-year-old female was diagnosed with ER/PR positive/HER2 negative invasive ductal carcinoma of the left breast. She underwent mastectomy followed by ACT chemotherapy (standard dose) and tamoxifen. The patient does have a number of cardiac risk factors. She has hypertension (treated with lisinopril and hydrochlorothiazide), hyperlipidemia (treated with atorvastatin, then with rosuvastatin), and had at least several borderline hemoglobin A1C values (5.8%-6.2%), although fasting blood glucose were not elevated. In one of the physician notes, she was mentioned to have been diagnosed with diabetes. During her treatment course she had several episodes of chest pain. A cardiac etiology for chest pain was ruled out; she had no obvious ischemia or heart failure as a cause of her chest pain. She was noted to her have suffered an internal jugular deep vein thrombosis in the setting of a catheter for which she was treated with anti-coagulation.

Date: 11/7/18

_____
JAVID MOSLEHI, MD

11