# EXHIBIT D



National Comprehensive Cancer Network®

**NCCN Clinical Practice Guidelines in Oncology™**

# Breast Cancer

V.1.2009

**Continue**

www.nccn.org

These guidelines are a statement of consensus of the authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult these guidelines is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. The National Comprehensive Cancer Network makes no representations nor warranties of any kind whatsoever regarding their content, use, or application and disclaims any responsibility for their application or use in any way. These guidelines are copyrighted by National Comprehensive Cancer Network. All rights reserved. These guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN. ©2008.



# NCCN Practice Guidelines in Oncology – v.1.2009 — Invasive Breast Cancer

## ADJUVANT CHEMOTHERAPY [1,2,3,4,5,6]

### NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- AC followed by paclitaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)

### TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimen:**
- AC followed by T + concurrent trastuzumab (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab, various schedules)
- TCH (docetaxel, carboplatin, trastuzumab)

**Other Adjuvant Regimens:**
- Docetaxel + trastuzumab followed by FEC (fluorouracil/epirubicin/cyclophosphamide)
- Chemotherapy followed by trastuzmab sequentially
- AC followed by docetaxel + trastuzumab

**Neoadjuvant:**
- T + trastuzumab followed by CEF + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

---

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

---

[1] Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2 positive tumors.
[2] In patients with HER2 positive and axillary lymph node positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2 positive lymph node negative tumors greater than or equal to 1 cm. (category 1) Trastuzumab may be given beginning either concurrent with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrent with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year, (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every three weekly schedule.
[3] CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.
[4] Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.
[5] For node-positive patients, anthracycline-containing chemotherapy regimens are preferred.
[6] Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.



NCCN
National Comprehensive Cancer Network®

**NCCN Clinical Practice Guidelines in Oncology™**

# Breast Cancer

Version 2.2011

**NCCN.org**

**NCCN Guidelines for Patients™ available at [www.nccn.com](www.nccn.com)**

**Continue**

Version 2.2011, 03/25/11 © National Comprehensive Cancer Network, Inc. 2011, All rights reserved. The NCCN Guidelines™ and this illustration may not be reproduced in any form without the express written permission of NCCN®.

NCCN Guidelines Index
Breast Cancer Table of Contents
Staging, Discussion

Case 2:16-md-02740-JTM-MBN   Document 6138-4   Filed 02/08/19   Page 5 of 5

BINV-K
1 of 5

National Comprehensive **NCCN Guidelines™ Version 2.2011**
**Invasive Breast Cancer**

## NEOADJUVANT/ADJUVANT CHEMOTHERAPY[1,2,3,4,5]

### NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- FEC (fluorouracil/epirubicin/cyclophosphamide) followed by weekly paclitaxel

### TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimen:**
- AC followed by T + concurrent trastuzumab (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab, various schedules)
- TCH (docetaxel, carboplatin, trastuzumab)

**Other Adjuvant Regimens:**
- Docetaxel + trastuzumab followed by FEC (fluorouracil/epirubicin/cyclophosphamide)
- Chemotherapy followed by trastuzumab sequentially
- AC followed by docetaxel + trastuzumab

**Neoadjuvant:**
- T + trastuzumab followed by CEF + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

[1]Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2 positive tumors.
[2]In patients with HER2 positive and axillary lymph node positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2 positive lymph node negative tumors greater than or equal to 1 cm. (category 1) Trastuzumab may be given beginning either concurrent with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrent with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year, (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every three weekly schedule.
[3]CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.
[4]Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.
[5]Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Printed by Martina Huckova on 10/3/2011 2:48:19 PM. For personal use only. Not approved for distribution. Copyright © 2011 National Comprehensive Cancer Network, Inc., All Rights Reserved.

Version 2.2011, 03/25/11 © National Comprehensive Cancer Network, Inc. 2011, All rights reserved. The NCCN Guidelines™ and this illustration may not be reproduced in any form without the express written permission of NCCN®.