# EXHIBIT E

Page 315

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                        )
 4     IN RE:  TAXOTERE (DOCETAXEL) )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION)
 5                                  )Section:  H
       This Document Relates to:    )
 6                                  )
       Antoinette Durden,           )
 7     Case No. 2:16-cv-16635;      )
       Tanya Francis,               )
 8     Case No. 2:16-cv-17410;      )
       Barbara Earnest,             )
 9     Case No. 2:16-cv-17144       )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                 Costa Mesa, California
16              Monday, December 10, 2018
17                    Volume II
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3154285
24
25     PAGES 315 - 557
```

Page 316

```
 1      IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3   _____
                                   )
 4   IN RE: TAXOTERE (DOCETAXEL)   ) MDL No. 2740
     PRODUCTS LIABILITY LITIGATION )
 5                                 ) Section: H
     This Document Relates to:     )
 6                                 )
     Antoinette Durden,            )
 7   Case No. 2:16-cv-16635;       )
     Tanya Francis,                )
 8   Case No. 2:16-cv-17410;       )
     Barbara Earnest,              )
 9   Case No. 2:16-cv-17144        )
     _____)
10
11
12
13
14
15         Videotaped deposition of LINDA D.
16   BOSSERMAN, M.D., Volume II, taken on behalf of
17   Defendant Sanofi Aventis, at 611 Anton Boulevard,
18   Fifth Floor, Costa Mesa, California, beginning at
19   8:26 a.m. and ending at 2:35 p.m. on Monday,
20   December 10, 2018, before DENISE BARDSLEY, Certified
21   Shorthand Reporter No. 11241.
22
23
24
25
```

Page 317

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4       GIBBS LAW GROUP
 5       BY: KAREN BARTH MENZIES
 6       Attorney at Law
 7       400 Continental Boulevard, 6th Floor
 8       El Segundo, California  90245
 9       (510) 350-9420
10       kbm@classlawgroup.com
11
12       ANDREWS THORNTON
13       BY: JOHN C. THORNTON
14       BY: TREVOR A. WHITE
15       BY: LAUREN DAVIS
16       Attorneys at Law
17       4701 Von Karman Avenue, Suite 300
18       Newport Beach, California  92660
19       (949) 748-1000
20       jct@andrewsthornton.com
21       twhite@andrewsthornton.com
22
23
24
25
```

Page 318

```
 1   APPEARANCES (Continued):
 2
 3   For Defendant Sanofi S.A.:
 4       SHOOK, HARDY & BACON L.L.P.
 5       BY: JON STRONGMAN
 6       BY: HILLARY NICHOLAS
 7       Attorneys at Law
 8       2555 Grand Boulevard
 9       Kansas City, Missouri  64108-2613
10       (816) 474-6550
11       jstrongman@shb.com
12
13   For Co-Counsel 505(b)(2) Defendants:
14       TUCKER ELLIS LLP
15       BY: JULIE A. CALLSEN
16       Attorney at Law
17       950 Main Avenue, Suite 1100
18       Cleveland, Ohio  44113-7213
19       (216) 696-2286
20       julie.callsen@tuckerellis.com
21       (Telephonic appearance.)
22
23
24
25
```

Page 319

```
 1   APPEARANCES (Continued):
 2
 3   For Defendant Hospira:
 4       CHAFFE MC CALL, L.L.P
 5       BY: PETER J. ROTOLO
 6       Attorney at Law
 7       2300 Energy Centre 1100 Poydras Street
 8       New Orleans, Louisiana  70163
 9       (504) 544-6089
10       rotolo@chaffe.com
11       (Telephonic appearance.)
12
13   For Defendant Sun Pharmaceutical Industries:
14       HINSHAW & CULBERTSON LLP
15       BY: KATHLEEN E. KELLEY
16       Attorney at Law
17       53 State Street, 27th Floor
18       Boston, Massachusetts  02109
19       (617) 213-7000
20       kekelley@hinshawlaw.com
21       (Telephonic appearance.)
22
23   Videographer:
24       SCOTT SLATER, VERITEXT
25
```

| | |
|---|---|
| Page 544<br>1  BY MR. STRONGMAN:<br>2      Q   If I wanted to understand what Ms. Earnest<br>3  would or wouldn't have done, the best place to go is<br>4  to Ms. Earnest, correct?<br>5      A   Yes.<br>6      Q   And if I want to understand what<br>7  Dr. Carinder would or wouldn't have done, the best<br>8  place to go is to Dr. Carinder, correct?<br>9      A   Yes.<br>10     Q   I don't need Dr. Bosserman to offer an<br>11 opinion about what they would or wouldn't have done?<br>12         MR. THORNTON:  Objection to form.<br>13         THE WITNESS:  If you don't need that,<br>14 that's fine.<br>15 BY MR. STRONGMAN:<br>16     Q   And that's the same for Ms. Francis' case<br>17 and Ms. Durden's case, correct?<br>18         MR. THORNTON:  Objection to form.<br>19         THE WITNESS:  That you don't need my<br>20 opinion?  That's up to you.<br>21 BY MR. STRONGMAN:<br>22     Q   That I don't need your opinion to summarize<br>23 what the witnesses in the case said?<br>24         MR. THORNTON:  Objection to form.<br>25         THE WITNESS:  Okay.  I accept you don't | Page 546<br>1      Q   And you have three numbered paragraphs<br>2  there, correct?<br>3      A   Yes.<br>4      Q   And in your first numbered paragraph<br>5  regarding your summary opinions, you discuss your<br>6  opinions about the communication of information<br>7  concerning the risk of PCIA to the various treating<br>8  physicians; is that correct?<br>9      A   Yes.<br>10     Q   Okay.  And we have covered the opinions<br>11 that you have as it relates to that summary<br>12 paragraph number 1 for Ms. Francis, Ms. Durden and<br>13 Mrs. Earnest's case, correct?<br>14     A   I believe I've answered all your questions.<br>15     Q   Say that again.<br>16     A   I believe I've answered all your questions<br>17 on it.<br>18     Q   And have we covered the opinions that you<br>19 hold on those three cases as it relates to your<br>20 summary number 1?<br>21     A   I believe so.<br>22     Q   And then for paragraph number 2 you<br>23 mentioned there were several alternative choices for<br>24 adjuvant care for these three patients that, in your<br>25 opinion, didn't present the same PCIA risk as |
| Page 545<br>1  need that.<br>2          MR. STRONGMAN:  Let me take a few minutes<br>3  to go through my notes and see what I've got, but<br>4  we're almost done.<br>5          THE VIDEOGRAPHER:  We are off the record.<br>6  The time is 2:08 p.m.<br>7          (Recess.)<br>8          THE VIDEOGRAPHER:  We are back on the<br>9  record.  The time is 2:25 p.m.<br>10 BY MR. STRONGMAN:<br>11     Q   All right.  Dr. Bosserman, we're in the<br>12 home stretch.  Okay?<br>13     A   If you say so.<br>14     Q   In your report, if you have it in front of<br>15 you, Exhibit Number 9, you offered a summary of your<br>16 opinions on the last two pages.<br>17     A   Exhibit Number 9?<br>18     Q   Your report is Exhibit Number 9.<br>19     A   Okay.  I'm sorry.  I'm sorry.<br>20         Yes, my opinions.  Yes, my summary<br>21 opinions, yes.<br>22     Q   Okay.  So in your expert report we marked<br>23 as Exhibit 9, you include your summary opinions on<br>24 page 52 and 53 of your report, correct?<br>25     A   Correct. | Page 547<br>1  Taxotere; is that correct?<br>2      A   Yes.<br>3      Q   And have we discussed all of the opinions<br>4  that you have in that regard with respect to<br>5  Ms. Durden, Ms. Francis and Ms. Earnest's case?<br>6      A   I believe I answered all the questions you<br>7  asked me about it.<br>8      Q   And then in your last paragraph you talk<br>9  about cold cap use, correct?<br>10     A   Yes.<br>11     Q   And we've talked about cold caps some<br>12 throughout these two days, correct?<br>13     A   We've touched on the topic, yes.<br>14     Q   Yes.<br>15         Did you cite anything in Dr. Jancich's<br>16 deposition regarding the potential of cold cap use?<br>17     A   I don't remember that.<br>18     Q   Do you remember citing anything in<br>19 Dr. Verghese's deposition regarding the<br>20 possibilities of cold cap use?<br>21     A   I don't remember that.<br>22     Q   And did you cite anything in Dr. Carinder's<br>23 deposition regarding the possibility of cold cap<br>24 use?<br>25     A   I don't remember that. |

Veritext Legal Solutions<br>800-227-8440                                                                                                973-410-4040