# EXHIBIT G

```
                                                               1
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4  BARBARA EARNEST,

 5          Plaintiff,

 6  VERSUS              CASE NO. 2:16-cv-17731

 7  SANOFI S.A., SANOFI-AVENTIS
    U.S. L.L.C., SANOFI US SERVICE,
 8  INC., AND AVENTIS-PHARMA,

 9          Defendants.

10

11

12

13          Videotaped deposition of JAMES E.

14  CARINDER, M.D., taken at the offices of NORTHSHORE

15  ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,

16  Suite 390, Slidell, Louisiana 70458, on Thursday,

17  January 11, 2018, commencing at 1:08 p.m.

18

19

20

21

22

23

24

25     Job No. NJ2757175
```

### Page 2

```
 1                INDEX
 2
                                    Page
 3
 4      CAPTION.................................1
        APPEARANCES.............................3
 5      AGREEMENT OF COUNSEL....................4
        REPORTER'S CERTIFICATE................186
 6
 7
 8              EXAMINATION
 9      MS. BIERI...............................6
        MR. SCHANKER..........................153
10      MS. BIERI.............................180
11
12
                EXHIBITS
13
        #1.....................................35
14      #2.....................................42
        #3.....................................43
15      #4....................................149
        #5....................................157
16      #6....................................175
17
18
19
20
21
22
23
24
25
```

### Page 3

```
 1   APPEARANCES:
 2
          Bachus & Schanker, LLC
 3        BY:  Darin Schanker, Esquire
          1899 Wynkoop Street
 4        Suite 700
          Denver, Colorado 80202
 5        (303) 893-9900
          dschanker@coloradolaw.com
 6
               ATTORNEYS FOR PLAINTIFF
 7
 8        Shook, Hardy & Bacon L.L.P.
          BY:  Kelly G. Bieri, Esquire
 9        BY:  Jason R. Harmon, Esquire
          2555 Grand Boulevard
10        Kansas City, Missouri 64108
          (816) 474-6550
11        kbieri@shb.com
          jharmon@shb.com
12
               ATTORNEYS FOR DEFENDANTS
13
14   VIDEOGRAPHER:
15        Robin Visel
          Joey McLean Video Image Productions
16
17   REPORTED BY:
18        CINDY ROGERS LA COUR, CCR, RPR, RMR
          Certified Court Reporter
19
20
21
22
23
24
25
```

### Page 4

```
 1             S T I P U L A T I O N
 2
 3        IT IS STIPULATED AND AGREED by and
 4   between counsel for the parties hereto that the
 5   deposition of the aforementioned witness is hereby
 6   being taken under the Federal Rules of Civil
 7   Procedure, for all purposes, in accordance with
 8   law;
 9        That the formalities of reading,
10   signing, certification and filing are specifically
11   waived;
12        That all objections, save those as to
13   the form of the question and the responsiveness of
14   the answer, are hereby reserved until such time as
15   this deposition, or any part thereof, may be used
16   or sought to be used in evidence.
17
18             *  *  *  *
19
20        CINDY ROGERS LA COUR, C.M., Certified
21   Court Reporter, in and for the Parish of Orleans,
22   State of Louisiana, officiated in administering
23   the oath to the witness.
24
25
```

### Page 5

```
 1         JAMES E. CARINDER, M.D.,
 2   after having been first duly sworn by the
 3   above-mentioned Court Reporter, did testify as
 4   follows:
 5        THE VIDEOGRAPHER:
 6             Okay.  We're on the record.
 7             Today's date is January the 11th,
 8   2018.  The time is approximately 1:08.  We are in
 9   the United States District Court, Eastern District
10   of Louisiana, to take the deposition of James
11   Carinder, doctor, D.O., in the matter of Barbara
12   Earnest and Sanofi S.A., et al.  The case number
13   is 2:16-CV-17731.
14             Would counsel identify yourself
15   and state whom you represent.  After that, the
16   court reporter may administer the oath.
17        MR. SCHANKER:
18             I'm Darin Schanker, and I
19   represent Barbara Earnest.
20             Good afternoon, Doctor.
21        THE WITNESS:
22             Hello.
23        MS. BIERI:
24             And I'm Kelly Bieri, and I
25   represent Sanofi.
```

74

1 Q. And did she have any nodes positive?
2 A. Yes.
3 Q. In one of your notes, I saw a reference
4 to "intermediate or high grade infiltrating ductal
5 carcinoma"?
6 A. Yes.
7 Q. What does that mean, the intermediate
8 or high grade component?
9 A. Well, they look at angiolymphatic
10 invasion. They look at the Ki-67, which is a
11 proliferative index. And, I mean, it's how poorly
12 or how well differentiated the tumor is. Okay? I
13 mean, hers was in the middle to approaching a
14 higher grade tumor.
15 Q. And she was HER2 negative, correct?
16 A. Yes.
17 Q. And do you recall her ER and PR status?
18 A. Positive.
19 Q. What chemotherapy drugs have you used
20 over the course of your career that you are now no
21 longer using?
22 A. That we don't use anymore?
23 Q. (Affirmative response.)
24 A. Nitrogen mustard, thiotepa. I mean,
25 meclorethamine. I mean, there are some that are

75

1 just not even available anymore, and they -- and
2 we don't use them. Okay?
3 Q. And I mean in your personal practice.
4 And I'll -- I'll even narrow it down to --
5 A. Those.
6 Q. -- breast cancer patients. Okay.
7 A. Well, we used to use thiotepa in breast
8 cancer a long time ago, way back.
9 Q. Would you say that the choice of the
10 chemotherapy agent is a patient-specific
11 determination?
12         MR. SCHANKER:
13             Objection, form.
14         THE WITNESS:
15             Be a little clearer, please.
16 EXAMINATION BY MS. BIERI:
17 Q. Certainly.
18     Is there one chemotherapy drug
19 that you prescribe across the board for all your
20 patients?
21 A. Not necessarily. You have to tailor
22 your treatment for who you're treating.
23 Q. So what factors do you consider when
24 you're coming up with your treatment plan and what
25 chemotherapy drugs you're gonna use?

76

1 A. Well, if they have a bad heart, okay,
2 you can't use doxorubicin because that's
3 cardiotoxic. Okay? That's -- that's a -- you
4 know, if they have a cardiomyopathy with an
5 injection fraction that's too low, obviously
6 you're not gonna give them doxorubicin. You're
7 putting the patient at big risk. Okay?
8     If it were someone that had
9 horrible diabetes with neuropathy, okay, a lot of
10 our chemo drugs that we use, not just for breast
11 cancer, but for colon cancer and myeloma, cause
12 neuropathy and aggravate neuropathy. And if they
13 already have existing neuropathy, you're gonna
14 make things worse.
15     You have to -- you have to -- you
16 have to look at who's in front of you.
17 Q. Does the cancer type itself or the
18 stage of cancer inform your decisionmaking?
19 A. Yes. Absolutely.
20 Q. The personal risk factors that the
21 patient has beyond the heart -- the hear- -- the
22 heart conditions or diabetes or neuropathy, can
23 you think of any?
24 A. What do you mean by --
25     MR. SCHANKER:

77

1         Objection, form.
2     THE WITNESS:
3         -- "personal risk factors"? Do
4 you mean that determine what we treat them with?
5 Those are --
6 EXAMINATION BY MS. BIERI:
7 Q. Yeah.
8 A. That's mainly --
9 Q. Those are the big ones.
10 A. Yeah. And of course the -- the tumor
11 type.
12 Q. And also I just wanted to apologize. I
13 just spoke over you, and it was a hundred percent
14 unintentional. I'm sorry.
15 A. Okay. Do you know what's the biggest
16 predictor for a patient with breast cancer
17 relapsing? Do you know that? You --
18 Q. Tell me.
19 A. You've surely done some reading on
20 this. Do you know?
21 Q. Tell me.
22 A. Okay. We have so many different
23 phenotypes of breast cancer. Breast cancer's not
24 a one-size-fits-all disease --
25 Q. (Affirmative response.)

20 (Pages 74 to 77)