# EXHIBIT I

```
                                                            140
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  ***********************
                           *
 6  ANTOINETTE DURDEN,     *   CIVIL ACTION NO.
            Plaintiff      *   2:16-CV-16635
 7                         *
                           *
 8  VERSUS                 *
                           *
 9                         *
    SANOFI S.A., ET AL     *
10          Defendants     *
                           *
11  ***********************

12

13

14                  VOLUME II

15

16

17

18       Volume II of the Videotaped

19  Deposition of SOPHY JANCICH, M.D., taken on

20  Friday, February 2, 2018, commencing at

21  1:23 p.m., at Ochnser Medical Center-West

22  Bank Campus, 2500 Belle Chasse Highway,

23  Gretna, Louisiana 70056.

24

25  Job No. NJ2802463
```

### Page 141

I N D E X

| | PAGE |
|---|---|
| Caption | 140 |
| Exhibit Index | 142 |
| Appearances | 143 |
| Agreement of Counsel | 144 |
| Examination | |
| LORI R. SCHULTZ | 145-250, 279-291 |
| CHRISTOPHER L. COFFIN | 250-279 |
| Reporters' Certification | 292-293 |
| Witness' Attestation | 294-296 |

### Page 142

EXHIBIT INDEX

| Exhibits | Page |
|---|---|
| Exhibit 8-8/29/11 Report | 146 |
| Exhibit 9-Deposition Notice | 145 |
| Exhibit 10-10/22/15 Report | 146 |
| Exhibit 11-9/12/11 Report | 176 |
| Exhibit 12-NCCN Guidelines 2.2011 | 190 |
| Exhibit 13-NCCN Guidelines 2.2017 | 195 |
| Exhibit 14-Questionnaire | 197 |
| Exhibit 15-9/27/11 Report | 201 |
| Exhibit 16-10/17/11 Report | 203 |
| Exhibit 17-UpToDate | 245 |
| Exhibit 18-Prescribing Info | 268 |
| Exhibit 19-Partnering with Patients | 271 |

### Page 143

APPEARANCES:

Representing the Plaintiff:
PENDLEY BAUDIN & COFFIN
Attorneys-at-Law
1515 Poydras Street
Suite 1400
New Orleans, Louisiana 70112
BY: CHRISTOPHER L. COFFIN
AND JESSICA PEREZ REYNOLDS

Representing the Defendants:
SHOOK, HARDY & BACON, LLP
Attorneys-at-Law
2555 Grand Boulevard
Kansas City, MO 64108

BY: LORI R. SCHULTZ

Also Present: Darren Guastella,
Videographer

Reported by: Terence D. Skelton
Certified Court Reporter
State of Louisiana

### Page 144

S T I P U L A T I O N

It is stipulated and agreed by and between counsel that the videotaped deposition of SOPHY JANCICH, M.D., is hereby being taken under the Federal Rules of Civil Procedure, in accordance with the Rules.

The formalities of sealing and certification are hereby waived. The witness reserves the right to read and sign the deposition. The party responsible for service of the discovery material shall retain the original.

All objections are to be made in accordance with the Rules of Civil Procedure.

* * * * *

Terence D. Skelton, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

161

1  A. Yes.
2  Q. As you sit here today, do you have a
3  recollection of what you said to Ms. Durden
4  on August 29, 2011?
5      MR. COFFIN:
6          Object to the form.
7      THE WITNESS:
8          I discussed it as it is written
9  here. I mean, in what terms? We discussed
10 the potential side effects of chemo.
11 EXAMINATION BY MS. SCHULTZ:
12 Q. Other than reading what's written in
13 your record, do you have an independent
14 recollection of this appointment with
15 Ms. Durden?
16 A. I remember that her daughter, I
17 believe, was there. Either at the initial or
18 the second encounter, I believe her daughter
19 was accompanying the patient, and her
20 daughter had questions about chemo.
21 Q. Do you remember whether Ms. Durden
22 asked you any questions about any side
23 effects of chemo?
24     MR. COFFIN:
25         Object to the form.

162

1      THE WITNESS:
2          I remember her concerns for
3  certain chemotherapy regimen.
4  EXAMINATION BY MS. SCHULTZ:
5  Q. And what was that?
6  A. The Red Devil, Adriamycin.
7  Q. And what do you recall about her
8  concerns?
9  A. I believe her daughter had a nursing
10 background, so her daughter was concerned --
11 was familiar with side effects of that
12 particular chemotherapy. Either she had
13 somehow, I don't know, come into contact with
14 patients that had that chemo, or whether she
15 was administering that chemo.
16     I don't know what her exact
17 relationship to the chemo, but she was well
18 aware of side effects of Adriamycin, also
19 known as the Red Devil. And she would -- had
20 concerns about the side effects, fatigue,
21 cardiotoxicity. That's what I recall.
22 Q. Do you recall concerns regarding
23 Adriamycin other than the cardiotoxicity and
24 fatigue?
25 A. Nausea and vomiting, if I can

163

1  remember. I believe nausea and vomiting,
2  just making her sick.
3  Q. Are those side effects that
4  Ms. Durden told you she was concerned about?
5      MR. COFFIN:
6          Object to the form.
7      THE WITNESS:
8          I believe they were both
9  concerned about it.
10 EXAMINATION BY MS. SCHULTZ:
11 Q. And when you say both, Ms. Durden and
12 her daughter?
13 A. Yes.
14 Q. Why is Adriamycin called Red Devil?
15     MR. COFFIN:
16         Object to the form.
17     THE WITNESS:
18         Because of the potential harsh
19 side effects of therapy. It can -- it's one
20 of the highly metagenic chemotherapies,
21 meaning it can be highly nauseating,
22 vomiting, fatigue.
23 EXAMINATION BY MS. SCHULTZ:
24 Q. And also carries with it, a risk of
25 cardiotoxicity?

164

1  A. It's about a one percent. It's a
2  fully documented risk of CHF, congestive
3  heart failure, which is why everyone will
4  have echocardiograms prior to chemotherapy.
5  Q. Other than what you just told me
6  about Ms. Durden's and her daughter's
7  concerns about Adriamycin, do you recall any
8  other discussion with Ms. Durden about any
9  side effect of any kind of chemotherapy?
10 A. She was concerned about her hair
11 loss.
12 Q. And what do you mean when you say
13 that?
14 A. She was -- as a side -- potential
15 side effect of chemo, mentioned, you know, am
16 I going to be nauseated, am I going to be
17 vomiting, am I going to be tired, hair loss.
18 Q. And you recall that discussion with
19 Ms. Durden from August 29, 2011, as you sit
20 here today?
21 A. I remember the discussion about
22 chemotherapy once she was trying to choose
23 regimens.
24 Q. When you say you remember the
25 discussion about chemotherapy --

7 (Pages 161 to 164)