UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

### SANOFI DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT H TO ITS MOTION TO EXCLUDE TESTIMONY OF JAVID MOSLEHI MD UNDER SEAL

Defendants respectfully request leave of Court to file under seal the following exhibits to its Motion to Exclude Expert Testimony of Javid Moslehi M.D. (Rec. Doc. 6138):

- Exhibit H;

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including information that reveals medical and protected health information, and personal identifying information. For these reasons, these exhibits must be sealed.

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
[u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

1

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibit (Rec. Doc. 6138-8) be filed UNDER SEAL.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2