EXHIBIT J

**David Spiegel, M.D.**
**Forensic Psychiatry**
**Member, National Academy of Medicine**
**401 Quarry Road, Office 2325**
**Stanford, CA 94304**
**650 723 6421**
dspiegel@stanford.edu

*In re Taxotere (Docetaxel) Products Liability Litigation*, MDL 2740 (E.D. La.)

## I.   EXPERT QUALIFICATIONS

I attended Yale College, earning a Bachelor of Arts in Philosophy.  I then received my MD from Harvard Medical School.  I completed my residency in psychiatry at the Massachusetts Mental Health Center and the Cambridge Hospital at Harvard Medical School.  I did a fellowship at the Laboratory of Community Psychiatry at Harvard Medical School.  I have been licensed to practice medicine since 1971.  I am licensed as a physician in California, and was previously licensed in Massachusetts and New York.  I practice in the subspecialty of psycho-oncology and am a member of the American and International Psycho-Oncology Societies.  This is a professional discipline involving the psychiatric and psychological aspects of coping with cancer and its treatment.  In this area I specialize in research and treatment involving patients with breast cancer. I have conducted randomized clinical trials for women with both recently diagnosed (1) and metastatic breast cancer that demonstrate improvements in mood, (2, 3) pain, (4, 5) and, in some cases, survival time. (6) (7)  These groups involved direct and intense discussions of fears of dying and death, and grieving losses of women from the groups who had died of their cancer. (8)  In addition to conducting these research groups that involved weekly meetings over many years, I have treated hundreds of cancer patients to help them with the emotional consequences and physical symptoms associated with the disease and its treatment. I currently have a UO1 grant from the National Cancer Institute, National Institutes of Health, to study the emotional basis of decision-making regarding initial cancer treatment.  We are examining the choice of prophylactic bilateral mastectomy versus lumpectomy or unilateral mastectomy as a treatment choice.  Currently a third of women under age 40, and 13% of all breast cancer patients choose to remove the unaffected breast as well as the one in which a cancer has been diagnosed, despite the fact that this choice provides no survival advantage, since the majority of these women do not have a BrCA 1 or 2 mutation that increase risk of cancer in the unaffected breast. (9)   Difficulty managing the intense anxiety associated with a diagnosis of breast cancer may result in choices that leave patients with substantially more long-term side effects than necessary.  We are using functional magnetic resonance brain imaging to test the hypothesis that difficulty with emotion regulation is related to the choice of more extensive surgery than is needed.

I am the Willson Professor in the School of Medicine (Psycho-oncology) and Associate Chair of Psychiatry and Behavioral Sciences at Stanford University School of Medicine, where I have been a member of the academic faculty since 1975.  I am Director of the Stanford Center on Stress and Health and Medical Director of the Stanford Center for Integrative Medicine.  I was Board Certified in Psychiatry and Neurology in 1976 and have been an examiner for the American Board of Psychiatry and Neurology.  I have directed the Stanford University Clinics and the Stanford Psychiatric Outpatient Clinic.  I am an elected member of the National Academy of Medicine (2,000 doctors selected from among 2 million in the United States).  I am a Past President of the American College of Psychiatrists, and Past President of the Society for Clinical and Experimental Hypnosis.  I was a member of the American Psychiatric Association's Work Group on Trauma and Stressor-Related Disorders that designed these diagnostic criteria for the Diagnostic and Statistical

Manual, 4th and 5th Editions (DSM-IV and DSM-5).  I conduct research, teach residents, medical students and undergraduates, administer clinical and academic programs, and treat patients.

I am the author of 405 articles in peer-reviewed scientific journals, 170 textbook chapters, and 13 books on psycho-oncology, neuro-imaging, psychoneuroendocrinology, and hypnosis.  My research has been supported by the National Institute of Mental Health, the National Cancer Institute, the National Institute on Aging, the National Center for Complementary and Integrative Health, the John D. and Catherine T. MacArthur Foundation, the Fetzer Institute, the Dana Foundation for Brain Sciences, and the Nathan S. Cummings Foundation, among others.  I am the winner of 25 awards, including the 2011 Arthur Sutherland Award from the International Society of Psycho-Oncology for Lifetime Achievement, the 2004 Judd Marmor Award from the American Psychiatric Association for contributions to biopsychosocial research, and the Bernard B. Raginski Award for outstanding global leadership in hypnosis research and clinical practice from the Society for Clinical and Experimental Hypnosis in 2018.  In my forensic psychiatry career, I have been involved in approximately 30 criminal cases (12 for the prosecution, 18 for the defense) and 84 civil cases (54 for the plaintiff, 30 for the defense).  A list of my forensic activity from the past four years is attached as **Exhibit A.**

My qualifications and list of publications are included in my curriculum vitae, attached as **Exhibit B**.

The following report contains my opinions regarding the psychological factors associated with breast cancer diagnosis, treatment decisions, and survival.  I hold all opinions to a reasonable degree of medical or scientific probability.  My opinions are based on my education, training, clinical experience, research, review of medical and scientific literature, and information presented at various medical forums.  A complete list of materials I considered in forming my opinions is included at the conclusion of this report.  I am being compensated, without regard of the outcome of this litigation, $600 per hour and $6,000 per day at trial.

## II.  **EXPERT OPINIONS**

### A) **Assessing Risks and Benefits at Time of Diagnosis**

Before the 1950s, survival rates after breast cancer diagnosis were extremely low, but with the advent of modern chemotherapy, hormonal treatments, radiotherapy, and surgical techniques, 5-year survival has increased from 75% in 1975 to 91% in 2014. (10) Given this history, an initial diagnosis of breast cancer constitutes a sudden existential threat, challenging assumptions about living a normal lifespan and raising the prospect of disease recurrence, and an early and painful death.  The vast majority of women diagnosed with breast cancer experience symptoms of post-traumatic stress disorder ("PTSD"), though only a minority have the full disorder. (11)   PTSD is characterized by symptoms of intrusion (e.g. involuntary recurrent memories, dreams, or flashbacks of the stressor), avoidance involving efforts to avoid memories, thoughts, feelings, or reminders associated with the stressor or emotional numbing, negative alterations in cognition and mood associated with the traumatic event(s), and hyperarousal. (11)  More than 80% of breast cancer patients experience some of these symptoms at the time of diagnosis, and half (57.3%) still experience these symptoms one year later. (11)

The National Comprehensive Cancer Network has an entire set of Guidelines for Distress Management. (12) Patients at increased risk for distress include those with history of psychiatric disorders/substance abuse, history of depression/suicide attempt, social issues including inadequate social support, living alone, financial problems, limited access to medical care, young or dependent children, and other stressors. (12)

The NCCN lists periods of increased vulnerability when finding out the diagnosis, awaiting treatment, end of treatment, discharge from hospital following treatment, transition to survivorship, and medical follow-up and surveillance. (12)

Thus, the time when crucial treatment decisions are made is one when most patients are beset by intrusive fears, are inclined to avoid thinking about reminders of the disease, have a generally negative outlook, and are irritable and excessively responsive to aversive stimuli. A case-control study showed that patients with breast cancer experience impairment especially in the domain of behavioral control prior to beginning treatment, and this impairment is due to post-traumatic stress symptoms. (13) Reduced behavioral control can lead to relatively impulsive decision-making, especially in the face of complex and emotionally-laden choices. The mediating role of PTSD symptoms is more problematic because breast cancer patients also have the highest overall prevalence of mental disorders (41.6%) among all cancer patients. (14) Anxiety and depression, especially related to fears of dying and death, are common among breast cancer patients, despite the fact that more women with breast cancer will die of heart disease than cancer. (15) (16) Anxiety, PTSD, and depression exacerbate the normal fear that comes with a cancer diagnosis, exaggerating worry (anxiety), linking the diagnosis to previous traumatic experiences (PTSD), and increasing the expectation of a negative outcome (depression). Women diagnosed with breast cancer wonder not only "why me?" but "why not me?" A clearly visualized possibility, progression and death from breast cancer, comes to seem like a probability, intensified by preoccupation with possible negative outcomes. This makes a careful assessment of risks and benefits difficult, especially just after diagnosis, leading to all-or-none thinking that pushes patients toward doing anything possible to reduce the risk of dying of cancer. Anxiety is common and understandable among women diagnosed with breast cancer. Pre-existing mental health symptoms of PTSD, anxiety, and depression can increase the emotionally charged nature of treatment decisions. Emotion drives cognition, so those already affected by PTSD, anxiety, or depressive symptoms may make decisions based on fear and negative expectations rather than the information given.

At the time of diagnosis, in consultation with their oncologists, most women are willing to pay any price necessary to give themselves the best chance of surviving breast cancer and avoiding recurrence. Cancer scares many patients out of proportion to the actual risk, meaning that many women seek aggressive treatment that may be unnecessary and does not necessarily improve their chance of survival. (17) In addition, many women substantially overestimate their risk of contralateral breast cancer. (18) As a result, some undergo a prophylactic bilateral mastectomy even though only one breast is affected by cancer and despite the fact that there is no increased chance of survival with this procedure. (19, 20) A prophylactic bilateral mastectomy represents both treatment (for the affected breast) and prevention (for the contralateral breast). Women undergoing these procedures tend to overestimate their risk status and the preventive effect of removing an unaffected breast. A prophylactic bilateral mastectomy is an elective procedure for unilateral breast cancer, because it involves more surgery than is required for treatment, and it has detrimental effects involving significant and long-lasting surgical complications and associated costs (21-24), damaged body image, and sexual dysfunction. (25-28). A recent study suggested that the main reason patients chose prophylactic bilateral mastectomy is not because they anticipated a significant survival benefit, but rather to reduce anxiety about developing a second primary breast cancer. (18) Another recent study indicates that the survival outcome for women who choose prophylactic bilateral mastectomy is no better than that for women who chose breast sparing lumpectomy plus radiation, across all age groups, stages, and subtypes of breast cancer. (9) The uptake of prophylactic mastectomies has been increasing

3

at the rate of 14.3% per year, and is now the choice of 33% of women under 40, and 13% of all women diagnosed with breast cancer. (9)   Likewise, recent national data show that many women choose mastectomies generally (29, 30) over breast-conserving surgery even though equivalent survival has been demonstrated.

Breast cancer patients are willing to incur the risks of serious side effects of treatment in order to survive. The fear is, understandably, that if their breast cancer metastasizes, they will have very little chance of survival.  In fact, after distant recurrence, chemotherapy offers only a five-year survival rate of approximately 16% and a ten-year survival rate of approximately 6%. (31)  Most chemotherapy drugs, in turn, carry risks of toxic and septic death, fatal gastrointestinal bleeding, pulmonary embolism, and neurotoxicity, among other serious risks.  The chemotherapy drug Adriamycin (doxorubicin), produces heart muscle damage in a dose-dependent manner. (32)  It is not a matter of whether the drug will produce cardiotoxicity, but how much cardiac damage will occur. (16)   Studies from MD Anderson Cancer Center show that breast cancer patients over the age of 65 who have had doxorubicin versus those who did not had significantly higher rates of heart failure. (33)   A woman's choice to take the guaranteed risk of heart damage illustrates the extent of risks a woman is willing to take to survive cancer.  Likewise, exposure of the heart to radiation for breast cancer treatment increases the rate of heart disease.  Regardless of a minimum dose, radiation increases the rate of ischemic heart disease, with each Gray (unit) of radiation associated with a 7.4% increase in the occurrence of a subsequent major coronary event. (34)  The risk of a coronary event increases within five years after exposure to radiation and continues for at least two decades after radiation. (34)  In addition, women not uncommonly make other risk tradeoffs that may result in significant aesthetic or reproductive consequences.  For example, radiation increases the risk of complications and poor outcomes in breast reconstruction (or can prevent reconstruction completely) because such treatment causes permanent changes to breast tissue that may impair healing. (35)  Chemotherapy may also impact a woman's ability to have children.  All of these risks seem less important to a cancer patient who is making emotionally charged decisions while fearing death.  In addition, women with a family history of cancer are understandably more fearful of cancer and choose more aggressive treatments.  Married women and/or women with children, and younger women also tend to choose more aggressive treatments. (36)   Many women involve their family (partner and children) in decision-making. For many women, opinions about chemotherapy have already been framed through external sources, such as knowing someone who has experienced chemotherapy. Reliance on the doctor-patient relationship and the clinical experience of the oncologist thus proves critical in modulating the treatment decision.

Patient participation in choosing which chemotherapy regimen to take is generally low, and is affected by the patient's state of mind at time of diagnosis, their level of anxiety about a bad survival outcome, their reliance on their oncologist, and the complicated nature of chemotherapy regimens and risk/benefit trade-offs.  In addition, cancer patients often feel that they need to make decisions rapidly to quickly remove the cancer from their bodies.

It is for all of these reasons that the doctor-patient relationship in the breast cancer diagnosis and treatment setting is so important.  The patient does rely on her oncologist to weigh the benefits and risks for her in a way that is evidence-based and not fear-driven, and in a way that is based on treatment of hundreds or thousands of patients with the disease, rather than the singular, first-time experience of a specific patient.

### B)  Increasing Awareness of Side Effects Over Time

Many cancer patients have adjustment problems in the wake of diagnosis and treatment.  In the spectrum of mental disorders, adjustment disorders are among the most commonly diagnosed in oncology (14).  Adjustment disorder refers to a cluster of symptoms such as anxiety, depressive symptoms, and physical symptoms within 3 months following a stressful life event such as cancer diagnosis and treatment. Adjustment disorder is prevalent in 15.4% of patients in palliative care settings and in 11% to 19% of patients in oncological and hematologic settings. A large meta-analysis involving 10,071 cancer patients in outpatient and inpatient cancer treatment settings determined that one-third met criteria for a depressive or adjustment disorder. (37)   Another study from Germany involving 4,020 cancer patients found that the highest prevalence of any mental disorder was among those with breast cancer – 41.6%.  Removing those included for substance misuse, the findings confirm those in the previous study of one-third with a mood or adjustment disorders. (38)  This means that one-third of women with breast cancer will be making important treatment decisions influenced by a mental disorder, generally a variety of anxiety and depression, that can influence their judgement and treatment choice.  They would be excessively worried (anxiety) or pessimistic (depression) about their prognosis, which could lead them to select more aggressive treatments regardless of potential side effects.

Generally, cancer patients feel isolated from the rest of the world. (8) (39)  When treatment is completed, there is a feeling of "now what"?  This uncertain future and fear of recurrence has been referred to as the "Damocles syndrome," (40) with patients anxiously awaiting the sudden fall of the mythical sword dangling over their head.  They are challenged to re-enter society and find a "new normal".  This period of survivorship can be difficult because of postponed decision-making about ongoing life issues due to concerns about cancer and its treatment, overcoming the sense of social isolation that follows cancer, and loss of frequent contact with health care professionals who are familiar with cancer and its consequences.  Many have unresolved feelings of hopelessness, fear, anger or guilt.  They often deal with changes in body image, and in their prior sense of invulnerability.  Many have to deal with mastectomy and reconstruction (appearance, asymmetry, loss of sensation), dissatisfaction with body appearance, feelings of damaged femininity and adverse effects on sexual relationships. (26)   Other common and serious side effects of treatment include lymphedema secondary to lymph node dissection, neuropathy, radiation side effects, and hormone therapy (Aromatase Inhibitors/Tamoxifen) side effects for years after treatment.

Hair loss or change is a known risk of chemotherapy.  Alopecia can cause social embarrassment.  It is an obvious, visible sign of cancer.  It is well known that hair (if it returns) will be different after chemotherapy, usually thinner, curlier, and greyer than before.  At time of the treatment decision, the potential risk of hair loss is far outweighed by the fear of death or other, more serious and likely side effects such as cardiotoxicity, including left ventricular dysfunction and accelerated cardiovascular disease. (16) As discussed above, patients are willing to undertake extreme measures to survive, including prophylactic bilateral mastectomies and/or certain heart damage, to improve their chances of survival. Risks are difficult to assess, and the ability to assess them changes over time.  Anxiety, aging, children, other family considerations, and social interactions all affect the valuation of risk and treatment side effects. Irreversible treatment side effects understandably engender a feeling of helplessness.  Assigning responsibility for a decision, either directed toward oneself (guilt) or towards a treating physician (blame) can have the effect of reducing helplessness because someone can be held responsible and the decision might have been different, even a decision that represented a rational assessment of risks vs. benefits.

**C)  Reassessment of Risks and Benefits After a Period of Longer-Term Survival**

When a breast cancer patient is warned about the litany of potential side effects of cancer treatment, most accept that uncertainty and undergo treatment.  Any troubling side effect of treatment is minimized by the more terrible things that cancer can do.  Very few cancer patients have a long-term mindset when choosing cancer treatment – they focus on what will cure their cancer and help them survive in that moment. The desire to accept the risk of major treatment side effects to avoid future risk of regret about not treating cancer aggressively enough may drive treatment decisions.  However, as anxiety subsides and women acclimate to the diagnosis while experiencing an increasing period of remission, many come to regret their treatment decisions or the side effects that came with it. (41)   They may find that the risks of treatment that seemed relatively minor to survive or decrease the risk of recurrence now loom larger or are more important to them, especially as they experience a lengthening period of remission.

Since anxiety and depression drive cognition, (42) once the anxiety is removed or lessened, a person's decision-making process and views of risks and benefits are no longer the same.   Conversely, a patient cannot know today what treatment decisions she would have made years ago when she was first diagnosed with cancer. It is very difficult to retrospectively determine how she would have felt about a potential side effect at time of diagnosis because she is no longer faced with an imminent risk of death, and when she is not experiencing side effects of alternative, often toxic, treatments that were not chosen.

Regret is not uncommon among women treated for breast cancer.  In one study of 449 women diagnosed under age 51, (41)  "42.5% of women in the sample regretted some aspect of treatment. The most common regrets were primary surgery (24.1%), chemotherapy and/or radiation (21.5%), reconstruction (17.8%), and problems with providers (13.1%). In addition, women regretted inactions (59.2%) (actions that they did not take) more than actions that they did take (30.4%). This represents a novel finding in the study of post-treatment regret, which has largely focused on regrets over actions. Quantitative analysis revealed that women who were anxious about the future (OR=1.32; p=.03) or had problems communicating with physicians (OR=1.26; p=.02) during treatment were more likely to express regret 5 years later. In addition, women with new or recurrent cancers 5 years later were significantly more likely to regret some aspect of their primary treatment (OR=5.81; p<.001)" (41), p. 506.   Since almost 90% of women diagnosed with breast cancer live for five years or longer, there is ample opportunity for reflecting upon treatment choices and their consequences.  This study noted that anxiety often amplifies both treatment choice and regret:  "I don't know if I would've had the mastectomy. Psychologically, it's difficult. I'm still grieving the loss of my breast. I was in such a panic at the time. I worried that it would grow more. I think I may have done the lumpectomy". (41), p. 511

**Conclusion**

The desire to accept the risk of major treatment side effects to avoid future risk of regret about cancer may drive treatment decisions.  However, as anxiety subsides and women acclimate to the diagnosis while experiencing an increasing period of remission, they may come to regret their initial decision or at least the side effects that came with it.  They may find that side effects of treatment that initially seemed relatively minor in the service of decreasing risk of recurrence now loom larger as they are more accustomed to the idea of the risk of having had a cancer diagnosis, especially as they experience a lengthening period of remission.  Thus if a substantial proportion of women with breast cancer are willing to have a normal breast removed when initially diagnosed, it is not surprising that women would accept a low risk of permanent hair loss in the hope of effectively preventing recurrence, especially when it helps them to avoid alternative

treatments that are uniformly cardiotoxic, pose an increased risk of neuropathy, or decreased chance of survival.  Anxiety and depression drive cognition, and can allow people to make decisions during an acute existential crisis that they may later regret when they are more accustomed to the idea that they have been diagnosed with breast cancer, and when they have survived for a long period of time without a recurrence.

David Spiegel, M.D.

## References

1.      Classen CC, Kraemer HC, Blasey C, Giese-Davis J, Koopman C, Palesh OG, Atkinson A, Dimiceli S, Stonisch-Riggs G, Westendorp J, Morrow GR, Spiegel D. Supportive-expressive group therapy for primary breast cancer patients: a randomized prospective multicenter trial. Psychooncology. 2008;17(5):438-47. Epub 2007/10/16. doi: 10.1002/pon.1280. PubMed PMID: 17935144.

2.      Spiegel D, Bloom JR, Yalom I. Group support for patients with metastatic cancer. A randomized outcome study. Arch Gen Psychiatry. 1981;38(5):527-33.

3.      Classen C, Butler LD, Koopman C, Miller E, DiMiceli S, Giese-Davis J, Fobair P, Carlson RW, Kraemer HC, Spiegel D. Supportive-expressive group therapy and distress in patients with metastatic breast cancer: a randomized clinical intervention trial. Arch Gen Psychiatry. 2001;58(5):494-501. Epub 2001/05/16. PubMed PMID: 11343530.

4.      Spiegel D, Bloom JR, Kraemer HC, Gottheil E. Effect of psychosocial treatment on survival of patients with metastatic breast cancer. Lancet. 1989;2(8668):888-91.

5.      Butler LD, Koopman C, Neri E, Giese-Davis J, Palesh O, Thorne-Yocam KA, Dimiceli S, Chen XH, Fobair P, Kraemer HC, Spiegel D. Effects of supportive-expressive group therapy on pain in women with metastatic breast cancer. Health Psychol. 2009;28(5):579-87. Epub 2009/09/16. doi: 2009-14439-009 [pii]10.1037/a0016124. PubMed PMID: 19751084.

6.      Spiegel D, Bloom JR, Kraemer HC, Gottheil E. Effect of psychosocial treatment on survival of patients with metastatic breast cancer. [see comments.]. Lancet. 1989;2(8668):888-91.

7.      Spiegel D, Butler LD, Giese-Davis J, Koopman C, Miller E, DiMiceli S, Classen CC, Fobair P, Carlson RW, Kraemer HC. Effects of supportive-expressive group therapy on survival of patients with metastatic breast cancer: a randomized prospective trial. Cancer. 2007;110(5):1130-8. Epub 2007/07/25. doi: 10.1002/cncr.22890. PubMed PMID: 17647221.

8.      Spiegel D, Classen C. Group Therapy for Cancer Patients:  A Research-Based Handbook of Psychosocial Care. New York: Basic Books; 2000.

9.      Kurian AW, Lichtensztajn DY, Keegan TH, Nelson DO, Clarke CA, Gomez SL. Use of and mortality after bilateral mastectomy compared with other surgical treatments for breast cancer in California, 1998-2011. JAMA. 2014;312(9):902-14. Epub 2014/09/04. doi: 10.1001/jama.2014.10707. PubMed PMID: 25182099.

10.     Noone AM, Howlader N, Krapcho M, Miller D, Brest A, Yu M, Ruhl J, Tatalovich Z, Mariotto A, Lewis DR, Chen HS, Feuer EJ, Cronin KA. SEER Cancer Statistics Review, 1975-2015. National Cancer Institute SEER Registry. 2017.

11.     Voigt V, Neufeld F, Kaste J, Buhner M, Sckopke P, Wuerstlein R, Hellerhoff K, Sztrokay-Gaul A, Braun M, von Koch FE, Silva-Zurcher E, Hasmuller S, Bauerfeind I, Debus G, Herschbach P, Mahner S, Harbeck N, Hermelink K. Clinically assessed posttraumatic stress in patients with breast cancer during the first year after diagnosis in the prospective, longitudinal, controlled COGNICARES study. Psychooncology. 2017;26(1):74-80. Epub 2016/02/24. doi: 10.1002/pon.4102. PubMed PMID: 26898732.

12.     NCCN. Distress Management. Plymouth Meeting, PA: 2016.

13.     Hermelink K, Voigt V, Kaste J, Neufeld F, Wuerstlein R, Buhner M, Munzel K, Rjosk-Dendorfer D, Grandl S, Braun M, von Koch FE, Hartl K, Hasmuller S, Bauerfeind I, Debus G, Herschbach P, Harbeck N. Elucidating pretreatment cognitive impairment in breast cancer patients: the impact of cancer-related post-traumatic stress. J Natl Cancer Inst. 2015;107(7). Epub 2015/04/18. doi: 10.1093/jnci/djv099. PubMed PMID: 25882713.

14.     Mehnert A, Brahler E, Faller H, Harter M, Keller M, Schulz H, Wegscheider K, Weis J, Boehncke A, Hund B, Reuter K, Richard M, Sehner S, Sommerfeldt S, Szalai C, Wittchen HU, Koch U. Four-Week Prevalence of Mental Disorders in Patients With Cancer Across Major Tumor Entities. J Clin Oncol. 2014. Epub 2014/10/08. doi: 10.1200/JCO.2014.56.0086. PubMed PMID: 25287821.

15.     Spiegel D, Riba MB. Managing anxiety and depression during treatment. Breast J. 2015;21(1):97-103. Epub 2014/11/08. doi: 10.1111/tbj.12355. PubMed PMID: 25377647.

16.     Mehta LS, Watson KE, Barac A, Beckie TM, Bittner V, Cruz-Flores S, Dent S, Kondapalli L, Ky B, Okwuosa T, Pina IL, Volgman AS, American Heart Association Cardiovascular Disease in W, Special Populations Committee of the Council on Clinical C, Council on C, Stroke N, Council on Quality of C, Outcomes R. Cardiovascular Disease and Breast Cancer: Where These Entities Intersect: A Scientific Statement From the American Heart Association. Circulation. 2018;137(8):e30-e66. Epub 2018/02/14. doi: 10.1161/CIR.0000000000000556. PubMed PMID: 29437116.

17.     Covelli AM, Baxter NN, Fitch MI, McCready DR, Wright FC. 'Taking control of cancer': understanding women's choice for mastectomy. Ann Surg Oncol. 2015;22(2):383-91. Epub 2014/09/06. doi: 10.1245/s10434-014-4033-7. PubMed PMID: 25190120.

18.     Rosenberg SM, Tracy MS, Meyer ME, Sepucha K, Gelber S, Hirshfield-Bartek J, Troyan S, Morrow M, Schapira L, Come SE, Winer EP, Partridge AH. Perceptions, knowledge, and satisfaction with contralateral prophylactic mastectomy among young women with breast cancer: a cross-sectional survey. Ann Intern Med. 2013;159(6):373-81. Epub 2013/09/18. doi: 10.7326/0003-4819-159-6-201309170-000031738492 [pii]. PubMed PMID: 24042365.

19.     Fisher B, Anderson S, Bryant J, Margolese RG, Deutsch M, Fisher ER, Jeong JH, Wolmark N. Twenty-year follow-up of a randomized trial comparing total mastectomy, lumpectomy, and lumpectomy plus irradiation for the treatment of invasive breast cancer. N Engl J Med. 2002;347(16):1233-41. Epub 2002/10/24. doi: 10.1056/NEJMoa022152347/16/1233 [pii]. PubMed PMID: 12393820.

20.     Veronesi U, Cascinelli N, Mariani L, Greco M, Saccozzi R, Luini A, Aguilar M, Marubini E. Twenty-year follow-up of a randomized study comparing breast-conserving surgery with radical mastectomy for early breast cancer. N Engl J Med. 2002;347(16):1227-32. Epub 2002/10/24. doi: 10.1056/NEJMoa020989347/16/1227 [pii]. PubMed PMID: 12393819.

21.     Barton MB, West CN, Liu IL, Harris EL, Rolnick SJ, Elmore JG, Herrinton LJ, Greene SM, Nekhlyudov L, Fletcher SW, Geiger AM. Complications following bilateral prophylactic mastectomy. JNatlCancerInstMonogr. 2005;(35)(35):61. PubMed PMID: 16287887.

22.     Mioton LM, Smetona JT, Hanwright PJ, Seth AK, Wang E, Bilimoria KY, Gaido J, Fine NA, Kim JY. Comparing thirty-day outcomes in prosthetic and autologous breast reconstruction: A multivariate analysis of 13,082 patients? J Plast Reconstr Aesthet Surg. 2013. Epub 2013/04/09. doi: S1748-6815(13)00128-9 [pii]10.1016/j.bjps.2013.03.009. PubMed PMID: 23562485.

23.     Unukovych D, Sandelin K, Wickman M, Arver B, Johansson H, Brandberg Y, Liljegren A. Breast reconstruction in patients with personal and family history of breast cancer undergoing contralateral prophylactic mastectomy, a 10-year experience. Acta Oncol. 2012;51(7):934-41. Epub 2012/03/14. doi:10.3109/0284186X.2012.666000. PubMed PMID: 22409595.

24.     Miller ME, Czechura T, Martz B, Hall ME, Pesce C, Jaskowiak N, Winchester DJ, Yao K. Operative risks associated with contralateral prophylactic mastectomy: a single institution experience. Ann Surg Oncol. 2013;20(13):4113-20. Epub 2013/07/23. doi: 10.1245/s10434-013-3108-1. PubMed PMID: 23868655.

25.     Bresser PJ, Seynaeve C, Van Gool AR, Brekelmans CT, Meijers-Heijboer H, van Geel AN, Menke-Pluijmers MB, Duivenvoorden HJ, Klijn JG, Tibben A. Satisfaction with prophylactic mastectomy and breast reconstruction in genetically predisposed women. PlastReconstrSurg. 2006;117(6):1675. PubMed PMID: PMID: 16651934.

26.     Frost MH, Schaid DJ, Sellers TA, Slezak JM, Arnold PG, Woods JE, Petty PM, Johnson JL, Sitta DL, McDonnell SK, Rummans TA, Jenkins RB, Sloan JA, Hartmann LC. Long-term satisfaction and psychological and social function following bilateral prophylactic mastectomy. JAMA. 2000;284(3):319. PubMed PMID: 10891963.

27.     Frost MH, Slezak JM, Tran NV, Williams CI, Johnson JL, Woods JE, Petty PM, Donohue JH, Grant CS, Sloan JA, Sellers TA, Hartmann LC. Satisfaction after contralateral prophylactic mastectomy: the significance of mastectomy type, reconstructive complications, and body appearance. JClinOncol. 2005;23(31):7849. PubMed PMID: PMID: 16204003.
28.     Gopie JP, Mureau MA, Seynaeve C, Ter Kuile MM, Menke-Pluymers MB, Timman R, Tibben A. Body image issues after bilateral prophylactic mastectomy with breast reconstruction in healthy women at risk for hereditary breast cancer. Fam Cancer. 2012. Epub 2012/12/12. doi: 10.1007/s10689-012-9588-5. PubMed PMID: 23224779.
29.     Gomez SL, Lichtensztajn D, Kurian AW, Telli ML, Chang ET, Keegan TH, Glaser SL, Clarke CA. Increasing mastectomy rates for early-stage breast cancer? Population-based trends from California. J Clin Oncol. 2010;28(10):e155-7; author reply e8. Epub 2010/02/18. doi: JCO.2009.26.1032 [pii]10.1200/JCO.2009.26.1032. PubMed PMID: 20159812.
30.     Katipamula R, Degnim AC, Hoskin T, Boughey JC, Loprinzi C, Grant CS, Brandt KR, Pruthi S, Chute CG, Olson JE, Couch FJ, Ingle JN, Goetz MP. Trends in mastectomy rates at the Mayo Clinic Rochester: effect of surgical year and preoperative magnetic resonance imaging. J Clin Oncol. 2009;27(25):4082-8. Epub 2009/07/29. doi: JCO.2008.19.4225 [pii]10.1200/JCO.2008.19.4225. PubMed PMID: 19636020; PMCID: 2734420.
31.     Tevaarwerk AJ, Gray RJ, Schneider BP, Smith ML, Wagner LI, Fetting JH, Davidson N, Goldstein LJ, Miller KD, Sparano JA. Survival in patients with metastatic recurrent breast cancer after adjuvant chemotherapy: little evidence of improvement over the past 30 years. Cancer. 2013;119(6):1140-8. doi: 10.1002/cncr.27819. PubMed PMID: 23065954; PMCID: PMC3593800.
32.     Murtagh G, Lyons T, O'Connell E, Ballot J, Geraghty L, Fennelly D, Gullo G, Ledwidge M, Crown J, Gallagher J, Watson C, McDonald KM, Walshe JM. Late cardiac effects of chemotherapy in breast cancer survivors treated with adjuvant doxorubicin: 10-year follow-up. Breast Cancer Res Treat. 2016;156(3):501-6. Epub 2016/04/12. doi: 10.1007/s10549-016-3781-4. PubMed PMID: 27060913.
33.     Ewer MS, Ewer SM. Cardiotoxicity of anticancer treatments: what the cardiologist needs to know. Nat Rev Cardiol. 2010;7(10):564-75. Epub 2010/09/16. doi: 10.1038/nrcardio.2010.121. PubMed PMID: 20842180.
34.     Darby SC, Ewertz M, McGale P, Bennet AM, Blom-Goldman U, Bronnum D, Correa C, Cutter D, Gagliardi G, Gigante B, Jensen MB, Nisbet A, Peto R, Rahimi K, Taylor C, Hall P. Risk of ischemic heart disease in women after radiotherapy for breast cancer. N Engl J Med. 2013;368(11):987-98. Epub 2013/03/15. doi: 10.1056/NEJMoa1209825. PubMed PMID: 23484825.
35.     Chuba PJ, Stefani WA, Dul C, Szpunar S, Falk J, Wagner R, Edhayan E, Rabbani A, Browne CH, Aref A. Radiation and depression associated with complications of tissue expander reconstruction. Breast Cancer Res Treat. 2017;164(3):641-7. Epub 2017/05/16. doi: 10.1007/s10549-017-4277-6. PubMed PMID: 28503719.
36.     Gaitanidis A, Alevizakos M, Tsalikidis C, Tsaroucha A, Simopoulos C, Pitiakoudis M. Refusal of Cancer-Directed Surgery by Breast Cancer Patients: Risk Factors and Survival Outcomes. Clin Breast Cancer. 2018;18(4):e469-e76. Epub 2017/08/09. doi: 10.1016/j.clbc.2017.07.010. PubMed PMID: 28784267.
37.     Mitchell AJ, Chan M, Bhatti H, Halton M, Grassi L, Johansen C, Meader N. Prevalence of depression, anxiety, and adjustment disorder in oncological, haematological, and palliative-care settings: a meta-analysis of 94 interview-based studies. Lancet Oncol. 2011;12(2):160-74. Epub 2011/01/22. doi: 10.1016/S1470-2046(11)70002-X. PubMed PMID: 21251875.
38.     Mehnert A, Brahler E, Faller H, Harter M, Keller M, Schulz H, Wegscheider K, Weis J, Boehncke A, Hund B, Reuter K, Richard M, Sehner S, Sommerfeldt S, Szalai C, Wittchen HU, Koch U. Four-week prevalence of mental disorders in patients with cancer across major tumor entities. J Clin Oncol. 2014;32(31):3540-6. Epub 2014/10/08. doi: 10.1200/JCO.2014.56.0086. PubMed PMID: 25287821.

10

39.     Pietersz R, McClintock M, Classen C, Field N, Spiegel D. Group psychotherapy prevents progressive social isolation in women with breast cancer1999.

40.     Koocher G, O'Malley J. The damocles syndrome:  Psychosocial consequences of surviving childhood cancer. New York: McGraw Hill; 1981.

41.     Fernandes-Taylor S, Bloom JR. Post-treatment regret among young breast cancer survivors. Psychooncology. 2011;20(5):506-16. Epub 2010/09/30. doi: 10.1002/pon.1749. PubMed PMID: 20878843; PMCID: PMC3015023.

42.     Beck AT, Clark DA. An information processing model of anxiety: automatic and strategic processes. Behav Res Ther. 1997;35(1):49-58. Epub 1997/01/01. PubMed PMID: 9009043.