# EXHIBIT D

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    ANTOINETTE DURDEN,
5           Plaintiff,
6
7    VERSUS              CIVIL ACTION NO. 2:16-cv-16635
8
9    SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-PHARMA S.A.,
12          Defendants.
13
14
15
16
17
18      VIDEOTAPED DEPOSITION OF ANTOINETTE DURDEN
19
20      Taken at the Offices of Pendley, Baudin &
21      Coffin, 1100 Poydras Street, 2505 Energy
22      Center, New Orleans, Louisiana, on Tuesday,
23      November 6, 2018, beginning at 3:39 p.m.
24
25   JOB NO. 3111602

Page 166

1  A. Yes.
2  Q. What -- is that what you told
3  Dr. Thompson?
4  A. Yes.
5  Q. What room full of people were you
6  referring to?
7  A. Oh. "She then reported she was in a room
8  full of people." I don't remember who that was,
9  though.
10  Q. Okay. It states down here that
11  grandchildren refer to you as Bozo? Did you tell
12  Dr. Thompson --
13  A. Where do you see that?
14  Q. Did you tell Dr. Thompson that?
15  A. Where do you see that?
16  Q. Down here.
17  A. No. This -- well, I guess you could say
18  my grandkids, yes.
19  Q. Which grandkids?
20  A. I only have two.
21  Q. Okay. And those are Annisha's children?
22  A. Yes.
23  Q. What are their names again?
24  A. Scout and Cedric.
25  Q. So you told Dr. Thompson that they refer

Page 167

1  to you as Bozo?
2  A. Yes.
3  Q. That's what they call you?
4  A. They don't call me that. They don't call
5  me that, no.
6  Q. Okay. Well, did you tell Dr. Thompson
7  that your grandchildren refer to you as Bozo?
8  A. They called -- they called me that that
9  particular day, yes.
10  Q. Oh, on one day they did?
11  A. Yes. They don't call me that now, no.
12  Q. Well, when was that that they called you
13  that?
14  A. It was one day when I didn't have my wig
15  on. I don't remember the date or anything like
16  that, but I did tell him that.
17  Q. Okay. And was anyone else there when
18  they said that?
19  A. I was by my daughter's house.
20  Q. You were at your daughter's house?
21  A. Yes.
22  Q. And did your daughter hear that?
23  A. Yes.
24  Q. What did she do?
25  A. She told them not to say that again.

Page 168

1  That's why I was telling you that they don't call
2  me that.
3  Q. So just that one time?
4  A. Yes.
5  Q. Have you been using tea tree oil on your
6  hair?
7  A. Yes, ma'am.
8  Q. And is it a certain brand of tea tree
9  oil?
10  A. No.
11  Q. How often do you use tea tree oil on your
12  hair?
13  A. Wait. Hold up. Only when I wash it
14  sometime, I put that on it.
15  Q. And how long have you been using tea tree
16  oil on your hair?
17  A. For a while. It's just an herb that you
18  grease your scalp with.
19  Q. It's a greasy oil you put on your scalp?
20  A. Yes. It's tea tree oil. That's why it's
21  called oil.
22  Q. And have you been using it for many
23  years?
24  A. Not many years, but I use it.
25  Q. More than a year?

Page 169

1  A. Less than a year.
2  Q. And you are currently using it?
3  A. Yes.
4  Q. There's a reference on the next page.
5  It's saying that you reported that you have
6  refused to participate in activities, such as
7  going on a family cruise. Did you tell that to
8  Dr. Thompson?
9  A. Yes.
10  Q. And did you refuse to go on a family
11  cruise?
12  A. Yes.
13  Q. Which family -- when was that?
14  A. Last year.
15  Q. In 2017?
16  A. Yes.
17  Q. And when in 2017?
18  A. November.
19  Q. November? Okay. And the reason I'm
20  asking you about that is there are medical records
21  where you report that you are going on the cruise
22  November 25 to 30, and then when you get back, you
23  reported that you went on the cruise.
24  A. Yes, because I changed my mind, so I did.
25  Q. So you are saying you did go --

43 (Pages 166 - 169)

Page 170

1  A. Yes.
2  Q. -- on the family cruise?
3  A. Yes.
4  Q. But you told Dr. Thompson that you had
5  refused to go on the cruise?
6  A. Yes. Previously, I had refused to go,
7  yes.
8  Q. And just so I'm clear, but what you are
9  saying to me is that you actually did go on the
10 family cruise in November, correct?
11 A. Yes.
12 Q. And you've been on other cruises?
13 A. No, ma'am.
14 Q. No other cruises since 2012?
15 A. Nope.
16 Q. Okay. If you will just turn with me to
17 -- I'll find the page for you. Oh, wait. It
18 pulled apart, didn't it?
19 A. I took it off.
20 Q. Oh, okay. Let's look at the page that's
21 down -- it's just at the very end. Let's see.
22 1285. Let me see the rest of this. Okay. Right
23 here. That's the last thing I want to ask you
24 about.
25 A. Where?

Page 171

1  Q. Right under Assessment. You see there
2  was a diagnosis.
3  A. Uh-huh.
4  Q. When you met with Dr. Thompson, did he
5  diagnose you with any disorder; do you know?
6  MR. COFFIN:
7      Object to the form.
8  A. Not at the time.
9  MS. SCHULTZ:
10 Q. Tell me what you recall about your
11 appointment with Dr. Thompson.
12 A. I went for an evaluation. We just sat
13 and talked.
14 Q. How long did you talk with Dr. Thompson?
15 A. I don't put timeframes on things, so I
16 don't recall the time, but I did sit and talk with
17 him.
18 Q. Do you know, was it less than half an
19 hour?
20 A. Maybe about an hour.
21 Q. About an hour? And was he the only
22 person in the room?
23 A. Yes.
24 Q. Where is his office located? He's in New
25 Orleans, right?

Page 172

1  A. He's in New Orleans.
2  Q. Did anyone go with you to the
3  appointment?
4  A. I don't recall. I can't remember.
5  Q. Did you take any records or photographs
6  or anything for Dr. Thompson?
7  A. No, ma'am.
8  Q. Did Dr. Thompson provide you with any
9  records or materials?
10 A. Not that I could recall at the time.
11 Q. Did Dr. Thompson later provide you with
12 any records or materials?
13 A. I can't remember.
14 Q. Have you gone back to see Dr. Thompson
15 since March of 2018?
16 A. No, ma'am.
17 Q. Have you asked to go back to see
18 Dr. Thompson?
19 A. No, ma'am.
20 Q. Are you telling me that you can't
21 remember anything that you discussed with
22 Dr. Thompson?
23 A. I can't remember every detail. I don't
24 remember.
25 Q. Well, do you remember anything that you

Page 173

1  talked to him about?
2  A. Uh-uh.
3  Q. Is that a no?
4  A. Yes. It's a no. But I met with him.
5  Q. Okay. I understand that. Did
6  Dr. Thompson tell you that you would benefit from
7  any kind of therapy; do you recall?
8  A. I can't recall.
9  Q. Has anyone ever told you that you should
10 have counseling after this lawsuit is over?
11 A. I can't recall that either. The lawsuit
12 ain't over with yet, so I can't recall anybody
13 telling me that.
14 Q. But has anyone told you, as of now, that
15 sometime down the road, you should have
16 counseling?
17 A. No.
18     (Exhibit 13 was marked.)
19 MS. SCHULTZ:
20 Q. I'm going to hand you Deposition Exhibit
21 13. This is -- I'd like for you to look with me
22 on the second page of Exhibit 13. And this is a
23 document from BAPC Internal Medicine, which I
24 believe that's where Dr. Velu is, isn't it?
25 A. She's not there anymore.