# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
*Durden v. Sanofi S.A., et al.*, 16-16635
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.*, 16-17144

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 6140-5] Exhibit D to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.;

2. [Rec. Doc. 6140-6] Exhibit E to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.;

3. [Rec. Doc. 6140-7] Exhibit F to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.;

4. [Rec. Doc. 6140-8] Exhibit G to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.;

5. [Rec. Doc. 6140-9] Exhibit H to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.; and

6. [Rec. Doc. 6140-10] Exhibit I to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D.;

1

On Monday, February 11, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: February 8, 2019                                      Respectfully submitted,

*/s/ Christopher L. Coffin*                                      */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.              GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                           Los Angeles, California 90045
Phone: (504) 355-0086                                         Telephone: 510-350-9700
Fax: (504) 355-0089                                             Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                              *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                      */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                    BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street          New Orleans, LA 70139
New Orleans, LA 70163-2800                            Phone: 504-524-3300
Phone: 504-522-2304                                           Fax: 504-524-3313
Fax: 504-528-9973                                                barrios@bkc-law.com
plambert@gainsben.com

                                                                             *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews                                                      Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP     Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                                9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                                  Oklahoma City, OK 73120
Phone: (800) 664-1734                                        Phone: (405) 607-8757
aa@andrewsthornton.com                                 Fax: (405) 607-8749
                                                                             dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon | Genevieve Zimmerman |
| Lemmon Law Firm, LLC | Meshbesher & Spence Ltd. |
| P.O. Box 904 | 1616 Park Avenue South |
| 15058 River Road | Minneapolis, MN 55404 |
| Hahnville, LA 70057 | Phone: (612) 339-9121 |
| Phone: (985) 783-6789 | Fax: (612) 339-9188 |
| Fax: (985) 783-1333 | gzimmerman@meshbesher.com |
| andrew@lemmonlawfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ Dawn M. Barrios*
                                                      Dawn M. Barrios