UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
*Durden v. Sanofi S.A., et al.*, 16-16635
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.*, 16-17144

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS D, E, F, G, H, I TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT DAVID SPIEGEL, M.D. UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits D, E, F, G, H, I to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits D-I) to the Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D. UNDER SEAL.

New Orleans, Louisiana, this ___ of February, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE