# EXHIBIT A

# Docetaxel and Irreversible Alopecia

David Madigan, PhD

## 1. Background

1. I am Professor of Statistics, former chair of Statistics, and former Executive Vice-President of Arts and Sciences and Dean of the Faculty of Arts and Sciences at Columbia University in New York City.  I was chair of the Columbia Department of Statistics from 2008 to 2013. I served as EVP and Dean from 2013 to 2018. I received my bachelor's degree in Mathematical Sciences from Trinity College Dublin in 1984 and was awarded the College's gold medal. In 1990, I received a Ph.D. in Statistics, also from Trinity College. I have worked in the past for KPMG, SkillSoft, University of Washington, AT&T Labs, and Soliloquy Inc. From 2005 to 2007 I was Professor of Statistics and Dean of Physical and Mathematical Sciences at Rutgers University. Prior to serving as Dean I was Director of the Rutgers University Institute of Biostatistics. I am an elected Fellow of both the Institute of Mathematical Statistics and the American Statistical Association, as well as the American Association for the Advancement of Science, and was the 36th most cited mathematician worldwide from 1995-2005. I was an Institute of Mathematical Statistics Medallion Lecturer in 2009. I served a term as the Editor of *Statistical Science* from 2008 to 2010, the highest impact journal in Statistics.

2. I have published more than 180 technical papers on Bayesian statistics, biostatistics, pharmacovigilance, statistical graphics, Monte Carlo methods, computer-assisted learning, information retrieval, and text mining. Within the last few years I have consulted for Clarus Therapeutics, Jarvik Heart, Lilly, Merck, Novartis, and Pfizer on a variety of issues, many related to drug safety. In the past, I advised Boehringer Ingelheim on issues related to pharmacovigilance. I have considerable statistical experience with clinical trials including the design and analysis of pain studies at the University of Washington and the Fred Hutchinson Cancer Research Center, both in Seattle, and service as a statistical consultant to multiple internal and external clients, particularly while I was director of the Institute of Biostatistics at Rutgers University, and continuing with Jarvik Heart.

3. Drug safety is one of my significant research interests, with a focus on the development and application of statistical methods for pharmacovigilance. I have published my work in *Drug Safety*, *Pharmacoepidemiology and Drug Safety*, *Therapeutic Advances in Drug Safety*, *Epidemiology*, the *American Journal of Epidemiology*, and other journals. I have also served as an investigator in the Mini-Sentinel project. Mini-Sentinel is a pilot project sponsored by the FDA to inform and facilitate development of a fully operational active surveillance system, the Sentinel System, for monitoring the safety of FDA-regulated medical products. In 2010-11, I led the Mini-Sentinel Working Group on case-based methods in active surveillance. In addition, from 2010 to 2013 I was a Principal Investigator for the Observational Medical Outcomes Partnership (OMOP), a public-private partnership between the FDA and the pharmaceutical industry. The partnership conducted a multi-year initiative to research methods that are feasible and useful to analyze existing

1

healthcare databases to identify and evaluate safety and benefit issues of drugs already on the market. The OMOP work now continues in the Observational Health Data Sciences and Informatics (OHDSI) collaborative where I co-direct the Columbia-based coordinating center. I was a member of the FDA's Drug Safety and Risk Management Advisory Committee (DSaRM) from 2011 to 2014 and then served the FDA as a consultant through 2017. DSaRM advises the FDA Commissioner on risk management, risk communication, and quantitative evaluation of spontaneous reports for drugs for human use and for any other product for which the FDA has regulatory responsibility. From 2010 to 2011 I was a member of a sub-committee of the FDA Science Board charged with reviewing the Center for Drug Evaluation and Research's pharmacovigilance program.

4. Further information concerning my background, training, and experience, including a complete list of my publications, is reflected in my curriculum vitae, a copy of which is attached as Appendix 1.  A list of the deposition and trial testimony I have provided in the last four years is attached as Appendix 2.

5. For my services, I am being compensated at the rate of $700 per hour. My compensation is not contingent on the outcome of this matter.  The approach I have taken to this work would have been the same had Sanofi hired me to carry out these analyses.

## 2.  Research Questions

6. I was asked to investigate whether a safety signal existed for docetaxel and irreversible alopecia and, if so, to calculate the timing of any safety signal in FAERS for docetaxel and irreversible alopecia.

7. I was asked to review Sanofi's internal global pharmacovigilance database in relation to docetaxel and irreversible alopecia.

8. I was asked to perform a statistical analysis comparing the adverse event rate for irreversible alopecia in the TAC versus FAC arms from the TAX 316 and TAX 301 clinical trials as well as meta-analysis combining the studies.

9. I was asked to conduct an analysis of the time-to-resolution for alopecia in the TAX 316 and TAX 301 trials.

## 3.  Background Concepts

### 3.1 Post-Marketing Safety Assessment

### *3.1.1 Post-Marketing Safety Assessment: Background*

9. Prior to regulatory authorization, pharmaceutical companies conduct clinical trials of increasing scope and complexity culminating in large-scale randomized, controlled

trials. After regulatory authorization, surveillance schemes based on spontaneous reporting system (SRS) databases are one of the cornerstones for the detection and evaluation of drug hazards. Since at least the 1980's, pharmaceutical companies, health authorities, and drug monitoring centers use SRS databases for global screening for signals of new adverse events or changes in the frequency, character, or severity of existing adverse events (AEs) after regulatory authorization for use in clinical practice. The precise details of each SRS differ in terms of size and scope, statutory reporting mandates, surveillance selectivity or intensity, and organizational structure. Prominent SRSs include the Adverse Event Reporting System (FAERS) of the United States Food and Drug Administration (FDA)[1], the Yellow Card Scheme of the Medicines and Healthcare Products Regulatory Agency (MHRA)[2], and the international pharmacovigilance program of the World Health Organization (the WHO Uppsala Monitoring Center)[3]. These systems were created to provide early warnings of possible safety problems that would be difficult to detect during clinical drug development because of the power limitations, constricted range of demographics, exclusion of patients with extensive co-morbid illnesses and co-medications, and limited duration of follow-up that are characteristic of clinical trials.

10. The first step in the process is the submission of case reports of suspected adverse drug reactions and/or adverse events (AEs, i.e. any medical event coincident with drug therapy regardless of an index of suspicion by the reporter) to pharmaceutical companies and health authorities by healthcare professionals and/or patients. Although legally required in some countries, there is *de facto* voluntary reporting for all but pharmaceutical manufacturers, for whom such reporting is mandatory. The voluntary component introduces differential reporting of AEs. The literature surveying the factors that might influence reporting behavior is extensive.[4]

---

[1]

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

[2] https://yellowcard.mhra.gov.uk/the-yellow-card-scheme/

[3] https://www.who-umc.org/vigibase/vigibase/

[4] Belton KJ. (1997). Attitude survey of adverse drug-reaction reporting by health care professionals across the European Union. The European Pharmacovigilance Research Group. *European Journal of Clinical Pharmacology*, *52*(6), 423-427;  Belton KJ, Lewis SC, Payne S, Rawlins MD, Wood SM. (1995). Attitudinal survey of adverse drug reaction reporting by medical practitioners in the United Kingdom. *British Journal of Clinical Pharmacology*, *39*(3), 223-226; Cosentino M, Leoni O, Banfi F, Lecchini S, Frigo G. (1997). Attitudes to adverse drug reaction reporting by medical practitioners in a Northern Italian district. *Pharmacological Research*, *35*(2), 85-88; De Bruin ML, Van Puijenbroek EP, Egberts AC, Hoes AW, Leufkens HG. (2002). Non-sedating antihistamine drugs and cardiac arrhythmias -- biased risk estimates from spontaneous reporting systems? *British Journal of Clinical Pharmacology*, *53*(4), 370-374; Eland IA, Belton KJ, Van Grootheest AC *et al.* (1999). Attitudinal survey of voluntary reporting of adverse drug reactions. *British Journal of Clinical Pharmacology*, *48*(4), 623-7; Williams D, Feely J. (1999). Underreporting of adverse drug reactions: attitudes of Irish doctors. *Irish Journal of Medical Science*, *168*(4), 257-61.

11. These reports are thereafter classified according to standardized AE coding dictionaries. This standardization facilitates signal detection at the case level and reduces data corruption (e.g. inaccurate coding of reported AEs) at the level of individual records that could compromise statistical approaches based on aggregate data.

12. Algorithmic methods to identify such patterns began to emerge in the 1970's.[5] Different algorithmic approaches in pharmacovigilance include disproportionality analyses, sequential probability ratio tests, correlation analyses, and multiple regression.  Most of the practical experience to date has been with so-called disproportionality analyses. While the precise operational details of each disproportionality algorithm vary, they all calculate surrogate observed-to-expected ratios in which the reporting experience of each reported Drug-Event Combination (DEC) is compared to the background reporting experience across all other drugs using an independence model.[6] In the appropriate clinical context, DECs that stand out statistically against the background reporting experience represent a signal and warrant additional investigation.

13. SRS data have some inherent, well-documented limitations relying as they do on voluntary reporting. Underreporting[7] is a particular concern that has been well documented. Furthermore, the data provide limited temporal information to inform analyses. Nonetheless, despite new efforts to build active surveillance systems harnessing newer data sources, SRS systems provide the primary data for day-to-day drug safety surveillance by regulators and manufacturers worldwide. I concur with

---

[5] Finney, D. J. (1974). Systemic signalling of adverse reactions to drugs. *Methods of Information in Medicine, 13*(1), 1-10; Stricker, B. H. C., & Tijssen, J. G. (1992). Serum sickness-like reactions to cefaclor. *Journal of Clinical Epidemiology, 45*(10), 1177-1184. See also, Moore, N., Thiessard, F., & Begaud, B. (2005). The history of disproportionality measures (reporting odds ratio, proportional reporting rates) in spontaneous reporting of adverse drug reactions. *Pharmacoepidemiology and Drug Safety, 14*(4), 285-286.

[6] Bate A, Lindquist M, Edwards IR et al. (1998). A Bayesian neural network method for adverse drug reaction signal generation. *Eur. J. Clin. Pharmacol., 54*(4), 315-321; Egberts AC, Meyboom RH, Van Puijenbroek EP. (2002). Use of measures of disproportionality in pharmacovigilance: three Dutch examples. *Drug Safety, 25*(6), 453-458; Evans SJ, Waller PC, Davis S. (2001). Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. *Pharmacoepidemiol Drug Saf, 10*(6), 483-486; Fram, D. M., Almenoff, J. S., & DuMouchel, W. (2003, August). Empirical Bayesian data mining for discovering patterns in post-marketing drug safety. In *Proceedings of the ninth ACM SIGKDD international conference on Knowledge discovery and data mining* (pp. 359-368). ACM; Szarfman A, Machado SG, O'Neill RT. (2002). Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. *Drug Saf, 25*(6), 381-392.

[7] Hazell L, Shakir SA. (2006). Under-reporting of adverse drug reactions: a systematic review. *Drug Safety, 29*, 385-396.

the FDA guidance[8] on the appropriate use of SRS data: "Spontaneous reports play a major role in the identification of safety signals once a drug is marketed. In many instances, a company can be alerted to rare adverse events that were not detected in earlier clinical trials or other premarketing studies. Spontaneous reports can also provide important information on at-risk groups, risk factors, and clinical features of known serious adverse drug reactions. Caution should be exercised in evaluating spontaneous reports, especially when comparing drugs."

14. SRS data have played a role in many drug withdrawal decisions. Appendix 3 lists some examples. Lester et al.[9] provide a demonstration of the importance of spontaneous report analyses in characterizing drug safety issues. Five of the 6 authors of this publication are FDA affiliates. The article considered all drug label changes in 2010 and reported that "Spontaneous reports were the most common evidence source from which drug safety issues were identified that resulted in safety-related label changes in 2010 when analyzed both by unique safety issue and drug (52% and 55% of all evidence sources, respectively)." Other information sources that commonly led to safety-related labeling changes were clinical trials (16%), pharmacokinetic studies (11%), published case reports (6%), and observational pharmacoepidemiologic studies (6%). Moore et al.[10] conducted a similar exercise, in their case looking at 2009 label changes involving major regulatory safety actions. The authors state that spontaneous reports "formed the basis of 77 of 135 new regulatory actions (57%) and 19 of 25 new boxed warnings (76%). Clinical studies were cited as the evidence source for 26 of 135 actions (19%) but only 2 were derived from statistically significant differences and 1 was based on a single study case." Hennessy and Strom[11] state: "Spontaneous reporting systems remain to this day a crucial means of uncovering important postapproval drug safety information."

15. Safety signals represent concerns that require further investigation.  Thus, when a drug manufacturer detects a safety signal, the FDA recommends that the manufacturer "conduct a careful case level review and summarize the resulting case series descriptively" (FDA Guidance at 17).  Among the tools for doing this, a manufacturer may "(1) employ data mining techniques, and (2) calculate reporting rates for comparison to background rates." *Id.*  The FDA further recommends that the manufacturer "provide an assessment of the benefit-risk balance of the product for the population of users as a whole and for identified at-risk patient populations, and, if appropriate, (1) propose steps to further investigate the signal through additional studies, and (2) propose risk minimization actions." *Id.* at 18.  The FDA

---

[8] *Guidance for Industry: E2E Pharmacovigilance Planning*,
www.fda.gov/ohrms/dockets/98fr/04d-0117-gdl0002.doc
[9] Lester, J., Neyarapally, G. A., Lipowski, E., Graham, C. F., Hall, M., & Dal Pan, G. (2013). Evaluation of FDA safety-related drug label changes in 2010. *Pharmacoepidemiology and Drug Safety, 22*(3), 302-305.
[10] Moore, T. J., Singh, S., & Furberg, C. D. (2012). The FDA and new safety warnings. *Archives of Internal Medicine, 172*(1), 78-80.
[11] Hennessy, S., & Strom, B. L. (2015). Improving postapproval drug safety surveillance: getting better information sooner. *Annual review of pharmacology and toxicology, 55*, 75-87.

further clarifies that "[i]n the vast majority of cases, risk communication that incorporates appropriate language into the product's labeling will be adequate for risk minimization." *Id.* at n.30.  Thus, well before there is confirmatory epidemiology, drug manufacturers who find safety signals suggesting potential safety risks of their products are encouraged to investigate the signals, perform risk-benefit analyses of the product, and communicate the potential concern through a labeling change.

16. I do not characterize my FAERS analyses as "data mining." This term usually applied to situations where analysts consider many drugs and outcomes. I used FAERS to conduct an analysis of a specific issue, namely docetaxel and irreversible alopecia. As such, my analysis is a statistical analysis and not a data mining exercise.

### 3.1.2 Post-Marketing Safety Assessment: Analytic Approaches

17. SRSs receive reports that comprise one or more drugs, one or more AEs, and possibly some basic demographic information (in addition to narrative and text data). Over time, SRS databases emerge that contain thousands or even millions of these reports. Notwithstanding the data limitations discussed above, SRS databases represent a primary data source for evaluating drug safety. SRS databases present some computational challenges. The MedDRA adverse event coding system includes over 20,000 distinct Preferred Terms (PTs). The number of licensed drugs is of the same order of magnitude. Thus SRS databases resemble spreadsheets with one row per report and around 30,000 columns. Table 1 below shows a conceptual representation of a typical entry.

Table 1: A conceptual representation of a typical entry in an SRS database

| Age | Sex | Drug 1 | Drug 2 | ... | Drug 15000 | AE 1 | AE 2 | ... | AE 16000 |
|-----|------|--------|--------|-----|------------|------|------|-----|----------|
| 42 | Male | No | Yes | ... | No | Yes | No | ... | Yes |

18. Researchers have developed a number of algorithms that search SRS databases for "interesting" associations. Most such algorithms (e.g. multi-item gamma-Poisson shrinker [MGPS], proportional reporting ratios [PRR], reporting odds ratios [ROR], Bayesian confidence propagation neural network [BCPNN]) focus on 2 X 2 tables constructed from these data. Table 2 shows a typical (fictitious) table for a fictitious drug called Ganclex and a real adverse event, nausea.

Table 2: A fictitious 2 X 2 table constructed from an SRS database

| | Nausea Yes | Nausea No | Total |
|-----------------|------------|-----------|-------|
| Ganclex Yes | 20 | 100 | 120 |
| Ganclex No | 100 | 980 | 1080 |

| | | | |
|---|---|---|---|
| **Total** | 120 | 1080 | 1200 |

19. The number 20 in the upper left cell means there are 20 reports in the database that include Ganclex and list nausea as an adverse event. There are 100 reports in the database that include Ganclex but do not list nausea as an adverse event and thus a total of 120 reports exist in the database that include Ganclex. The second row concerns reports in the database that do not include Ganclex. Some 100 of these reports list nausea as an adverse event while 980 of these reports do not list nausea. This particular database has a total of 1,200 reports. Real SRS databases are of course much larger.

20. The basic analysis task then is to rank order the tables and report some subset of the DECs as worthy of further investigation. Many measures of signal strength exist and their statistical properties for hypothesis testing vary. MGPS focuses on the "reporting ratio" (RR). The RR for the Ganclex – nausea combination above (20 in the example above) divided by the expected number of occurrences. Since nausea occurs in 10% of all reports (120/1200), the expected number of nausea reports on Ganclex is 12, i.e., 10% of 120. Thus, the RR for this example is 20/12 or 1.67; this combination occurred about 67% more often than expected.

21. The widely-used MGPS algorithm statistically estimates the RR using a Bayesian approach. The estimator is called EBGM (empirical Bayes geometric mean) and it generally provides a more conservative (i.e. closer to one) estimate than the one I described above. However, once the number in the upper left cell (20 in the example above) exceeds about 10, the EBGM and the simple estimator described above are typically very close.

22. MGPS produces a Bayesian confidence interval along with the EBGM. The lower end of a 90% interval is commonly referred to as EB05. When EBGM exceeds one, and because it is the lower end of the interval, EB05 is always closer to one than the EBGM and is thus even more conservative than EBGM.

23. The Proportional Reporting Ratio (PRR) is another widely used measure of association. The PRR is the fraction of the reports of the drug of interest (Ganclex in the example above) that contain the adverse event of interest (nausea in the example above) divided by the fraction of reports that do not mention Ganclex that contain nausea. Thus, for the example above, the PRR is (20/120) / (100/1080) which is 1.8. The Reporting Odds Ratio (ROR) is a similar but older metric that was in use in the 1990's. The ROR is the odds of reporting the event of interest in reports that mention the drug of interest divided by the odds of reporting the event of interest in reports that do not mention the drug of interest. Thus, for the example above, the ROR is (20/100) / (100/980) which is 1.96. The RR, PRR, and ROR are generally numerically very similar.

24. Both the FDA and the Medicines and Healthcare Products Regulatory Agency in the UK use the MGPS algorithm and focus primarily on the EB05 measure. In the

7

FDA's case, EB05 has been in use at least since 1998[12] although the agency often presents both EBGM and EB05[13] or EBGM, EB05, and a non-Bayesian metric such as the PRR or RR.[14] The PRR measure is much simpler and is widely used.[15] Useage of the PRR also dates back to the late 1990's.[16] I note that if there are small upper left cell counts (3 or smaller), the PRR is unstable and can yield very large or very small values with little or no statistical meaning. The FDA provides software for calculating the PRR (and only the PRR) in FAERS on its website.[17] The FDA also provides an open-source R package that calculates EB05, EBGM, and PRR.[18]

### 3.1.3 Post-Marketing Safety Assessment: Signaling Thresholds

25. In practice, signal detection algorithms are often used with "signal thresholds" that dictate whether or not a given drug-outcome pair generates a signal when broadly screening SRS databases. For example, a commonly applied threshold for PRR is 2 with a minimum chi-square value of 4 and a minimum case count of 3.[19] For MGPS, Szarfman and her co-authors proposed using a threshold of 2 for the EB05 measure[20] although other authors have suggested that EB05 is intrinsically too conservative in the sense that it could result in delayed detection of relevant signals. A threshold of 2 has also been applied to the EBGM metric. A 2010 review article[21] identified a wide variety of thresholds in actual use.

---

[12] Szarfman, A., Tonning, J. M., & Doraiswamy, P. M. (2004). Pharmacovigilance in the 21st century: new systematic tools for an old problem. *Pharmacotherapy: The Journal of Human Pharmacology and Drug Therapy*, *24*(9), 1099-1104.

[13] See, for example, Nevo et al., Abilify pharmacovigilance review, March 10, 2016

[14] Martin, D., Menschik, D., Bryant-Genevier, M., & Ball, R. (2013). Data mining for prospective early detection of safety signals in the Vaccine Adverse Event Reporting System (VAERS): a case study of febrile seizures after a 2010–2011 seasonal influenza virus vaccine. *Drug Safety*, *36*(7), 547-556; Zhu, X., & Kruhlak, N. L. (2014). Construction and analysis of a human hepatotoxicity database suitable for QSAR modeling using post-market safety data. *Toxicology*, *321*, 62-72.

[15] A PubMed search for "proportional reporting ratio" yields 17 hits in 2018 alone.

[16] Cave, A., Arlett, P., & Lee, E. (1999). Inhaled and nasal corticosteroids: factors affecting the risks of systemic adverse effects. *Pharmacology & therapeutics*, *83*(3), 153-179.

[17] https://open.fda.gov/tools/

[18] Canida, T., & Ihrie, J. (2017). openEBGM: An R Implementation of the Gamma-Poisson Shrinker Data Mining Model. *The R Journal*, *9*(2), 499-519.

[19] Evans, SJ, Waller, PC, Davis, S. (2001). Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. *Pharmacoepidemiology and Drug Safety*, *10*(6), 483-486.

[20] Szarfman A, Machado SG, O'Neill RT (2002). Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. *Drug Saf., 25*(6), 381-392.

[21] Deshpande, G., Gogolak, V., Weiss Smith, S. (2010). Data Mining in Drug Safety: Review of Published Threshold Criteria for Defining Signals of Disproportionate Reporting. *Pharmaceutical Medicine*, *24*(1), 37-43.

### 3.1.4 Post-Marketing Safety Assessment: Signal Refinement

26. The methods I have just described represent standard approaches to signal detection in SRSs that are used by regulators and pharmaceutical companies worldwide. Once a signal is detected, a wide variety of acceptable methodologies are used to carry out "signal refinement," a process designed to shed further light on the signal. One standard approach is to compare reporting rates of the drug in question with reporting rates for specific other drugs in the same class (using, for example, the PRR). This was the approach adopted when a signal was generated for Baycol (cerivastatin) and rhabdomyolysis. In that context, the scientific community focused on the reporting rate for rhabdomyolysis and Baycol as compared with other market-leading statins.[22]

27. I note that FDA routinely compares reporting rates of different drugs and differential reporting can and does provide a basis for safety assessment and communications about potential safety risks.[23] See, for example, an FDA Office of Surveillance and Epidemiology Review[24] comparing proportional reporting ratios ("PRR") and relative reporting ratios from AERS for five gadolinium-based contrast agents and concluding that "[t]he analysis of disproportional reporting from the AERS data within the gadolinium product class, shows safety signals for Omniscan and Optimark. . . . Reports of nephrogenic system fibrosis (NSF) are more frequent than expected with these two contrast agent drugs, when compared to the other three." This was also the approach adopted when a signal was generated for Baycol (cerivastatin) and rhabdomyolysis. In that context, the scientific community focused on the reporting rate for rhabdomyolysis and Baycol as compared with other market-leading statins.[25] See also, Szarfman *et al.* Atypical antipsychotics and pituitary tumors: A pharmacovigilance study. *Pharmacotherapy* 2006, 26(6) 748-758 at Table 1 (study by FDA officer which includes a comparison of reporting rates for different atypical antipsychotics). In the context of aripiprazole and pathological gambling, the FDA compared EB05's with other atypical antipsychotics.[26] Although such analyses do not precisely quantify the extent of any increased risks for, or differential risk among, various products, they do provide insight into relative safety concerns and safety signals for such products. The FDA Guidance[27] states "Comparisons of

---

[22] Furberg, C. D., & Pitt, B. (2001). Withdrawal of cerivastatin from the world market. *Trials, 2*(5), 205.

[23] Of note, I am not a regulatory expert and will not be offering opinions about the FDA's pharmacovigilance rights and responsibilities

[24] *Joint Meeting of the Cardiovascular and Renal Drugs and Drug Safety and Risk Management Advisory Committee: Gadolinium-Based Contrast Agents & Nephrogenic Systemic Fibrosis FDA Briefing Document,* http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMateri als/Drugs/DrugSafetyandRiskManagementAdvisoryCommittee/UCM190850.pdf

[25] Furberg, C. D., & Pitt, B. (2001). Withdrawal of cerivastatin from the world market. *Trials, 2*(5), 205.

[26] Nevo et al., Abilify pharmacovigilance review, March 10, 2016

[27] *Guidance for Industry:  Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment,* www.fda.gov/OHRMS/DOCKETS/98fr/04d-0189-gdl0002.doc (2005).

reporting rates and their temporal trends can be valuable, particularly across similar products or across different product classes prescribed for the same indication."

28. Duplicate reports can occur in SRS systems and a number of authors have described algorithms for detecting duplicates. In the analyses presented below I removed duplicates defined as reports having identical manufacturer and control codes.

29. The so-called "Weber effect" states that adverse event reporting tends to increase in the first two years after a new drug is on the market, peaks at the end of the second year, and then declines.[28] The original paper posited this effect based on an analysis of adverse event reports for seven NSAIDs. Recent work,[29] however, considered a much more extensive set of drugs, and showed no evidence for a Weber effect. Other studies outside the NSAID context have also found no evidence to support the Weber effect.[30]

30. Some authors refer to the possibility of "stimulated" or publicity-triggered reporting to FAERS. I note however that a recent comprehensive review[31] of FDA safety alerts suggests only modest evidence for significant reporting changes associated with the issuance of alerts. Some earlier studies drew similar conclusions.[32] I exclude reports from lawyers.

---

[28] Weber JCP. (1984). Epidemiology of adverse reactions to nonsteroidal anti-inflammatory drugs. *Adv Inflamm Res.*; 6, 1-7.

[29] Chhabra, P., Chen, X., & Weiss, S. R. (2013). Adverse Event Reporting Patterns of Newly Approved Drugs in the USA in 2006: An Analysis of FDA Adverse Event Reporting System Data. *Drug safety*, *36*(11), 1117-1123; Hoffman, K. B., Dimbil, M., Erdman, C. B., Tatonetti, N. P., & Overstreet, B. M. (2014). The Weber Effect and the United States Food and Drug Administration's Adverse Event Reporting System (FAERS): Analysis of Sixty-Two Drugs Approved from 2006 to 2010. *Drug Safety*, 1-12.

[30] McAdams MA, Governale LA, Swartz L, Hammad TA, Dal Pan GJ. (2008). Identifying patterns of adverse event reporting for four members of the angiotensin II receptor blockers class of drugs: revisiting the Weber effect. *Pharmacoepidemiol Drug Saf.*, *17*(9), 882-9; Hartnell NR, Wilson JP, Patel NC, Crismon ML. (2003). Adverse event reporting with selective serotonin-reuptake inhibitors. *Ann Pharmacother*, *37*(10), 1387-91.

[31] Hoffman, K. B., Demakas, A. R., Dimbil, M., Tatonetti, N. P., & Erdman, C. B. (2014). Stimulated reporting: the impact of US Food and Drug Administration-issued alerts on the Adverse Event Reporting System (FAERS). *Drug Safety*, *37*(11), 971-980.

[32] van Hunsel, F., van Puijenbroek, E., de Jong van den Berg, L., & van Grootheest, K. (2010). Media attention and the influence on the reporting odds ratio in disproportionality analysis: an example of patient reporting of statins. *Pharmacoepidemiology and Drug Safety*, *19*(1), 26-32; Moore, T. J., Cohen, M. R., & Furberg, C. D. (2007). Serious adverse drug events reported to the Food and Drug Administration, 1998-2005. *Archives of Internal Medicine*, *167*(16), 1752-1759.

31. In some of my publications[33] I have expressed concern about confounding bias introduced by the so-called "innocent bystander" effect. The basic problem is as follows: suppose Drug A causes a particular adverse event and Drug B does not. Further suppose that Drug A is commonly co-prescribed with Drug B. Then any analysis of Drug B will tend to incorrectly show an association with the adverse event. Drug B is an "innocent bystander." Together with co-authors, I have developed statistical methods to account for this problem[34] and I provide corresponding logistic regression[35] results in Section 4.

32. To conduct my analyses, I used the programming language perl (for data preparation and analysis), the statistical software package R (version 3.3.3), and the QScan pharmacovigilance platform provided by DrugLogic Inc. (Reston, VA). The QScan software has been validated extensively. DrugLogic uses a very detailed validation process (originally setup by an FDA software auditor). DrugLogic's software development process is CFR 21 Part 11 compliant. Many peer-reviewed publications report results derived from QScan.

## 3.2    Randomized Clinical Trial Statistical Methods

33. To identify irreversible alopecia, I am following Sanofi's approach:[36] restrict to safety set; alopecia started on treatment, continued into follow-up, and, for the last occurrence in follow-up, had neither an end date nor was marked "ceased." Note, "ceased" only occurs in TAX 301 and in ten cases no date is attached (five each arm). I *assume* these occurred before any time-to-resolution cutoff.

## 4.  Docetaxel FAERS Analysis

34. I conducted a statistical analysis of reports in FDA's FAERS database in which reporters had made a connection between docetaxel and irreversible alopecia.

35. Adverse events in AERS are coded in MedDRA, a standard dictionary for adverse events. "Preferred terms" (PTs) from the MedDRA dictionary are commonly used in drug safety studies, as are clinically motivated colletions of PTs known as Standardised MedDRA Queries (SMQs). In what follows, and following Sanofi's own approach,[37] I consider the MedDRA higher level term (HLT) "Alopecias." To

---

[33] Hauben, M., Madigan, D., Gerrits, C., and Meyboom, R. (2005). The role of data mining in pharmacovigilance. *Expert Opinion in Drug Safety, 4*(5), 929-948.

[34] Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2010). Large-Scale Regression-Based Pattern Discovery: The Example of Screening the WHO Global Drug Safety Database. *Statistical Analysis and Data Mining, 3*, 197-208.

[35] These methods are: CCD regularized logistic regression, normal prior, prior variance = 0.1, covariates are age, sex, year of report, and all drugs that occur at least 10 times in AERS.

[36] a7_aept_fup.sas

[37] Sanofi_00829788

identify irreversible alopecia, my analysis is restricted to alopecia tagged with an outcome of "Disability or Permanent Damage."[38]

36. To address potential confounding by indication, I also provide parallel analyses for paclitaxel, 5-fluorouracil, cyclophosphamide, doxorubicin, and cisplatin.[39] Sanofi used several of these drugs as comparator and concomitant drugs in its docetaxel trials (e.g., TAX 311, TAX 301, TAX 316). For each of the drugs, I searched for the following terms:

- docetaxel: taxotere, docefrez, and docetaxel
- paclitaxel: abraxane, taxol, onxal, and paclitaxel
- 5-fluorouracil: fluorouracil and adrucil
- cyclophosphamide: cyclophosphamide, neosar and cytoxan
- doxorubicin: doxorubicin, adriamycin, and rubex
- cisplatin: cisplatin, briplatin, and cisplatyl

Since there was but one report of irreversible alopecia with cisplatin, I do not include it in my analyses below.

37. Appendix 4 (irreversible_alopecia.xlsx) provides the corresponding numerical results cumulatively by quarter. In each case, I provide the cumulative number of reports through quarter end, the expected number of reports (E), the stratified expected number of reports (sE), and four different signaling statistics: the stratified EBGM (SEBGM), the stratified EB05 (SEB05), the proportional reporting ratio (PRR), and the chi square statistic. All statistics except the chi-square are on the scale of a rate ratio so, for example, a score of 2 represent a doubling of the reported event rate as compared to background. A chi square in excess of 4 can be considered to be large but usually only when coupled with a PRR in excess of 2. All stratified analyses are stratified by age, sex, and year of report.

38. Figure 1 shows the corresponding PRR values over time while Figure 2 shows the EBGM values and Figure 3 shows SEB05. Figure 1 shows a PRR signal for docetaxel from as early as 2000. Paclitaxel shows an early (but smaller) signal but this dissipates over time. Figure 2 shows a signal as early as 2000 and permanently by the middle of 2008. Figure 3 shows a safety signal for docetaxel by the middle of 2012. None of the comparator drugs generate either an SEBGM or a SEB05 signal.

---

[38] The other possible outcomes are "Death," "Life threatening," "Hospitalization," "Other Serious," "Required Intervention to Prevent Permanent Damage," and "Congenital Anomaly/Birth Defects."

[39] Drs. Feigal and Plunkett confirmed the appropriateness of these comparators. See also the NCCN Guidelines for Invasive Breast Cancer and Taxotere's Indications and Usage section in May 2010 label.



Figure 1. PRR values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.



Figure 2. SEBGM values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.



Figure 3. SEB05 values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

39. I also conducted a "lasso logistic regression" analysis that addresses the innocent bystander effect by adjusting for all other drugs. Such an analysis is computationally intensive and only became feasible in recent years. Table 1 shows the results for FAERS through 2017. The statistic here is a shrinkage estimator on the scale of a rate ratio and as such is directly comparable with EBGM and a signaling threshold of 2 is appropriate. For example, considering the last row of Table 3, the increased reporting rate of docetaxel as against all other drugs is estimated to be approximately 10-fold (10.01), *adjusting for all other drugs* as well as age, sex, and year of report.

Table 3. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. Lasso logistic regression fit using the CCD software[40] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | cyclophosphamide | doxirubicin | 5-fluorouracil |
|---|---|---|---|---|---|
| 2002 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2003 | 1.43 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2004 | 1.71 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2005 | 1.45 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2006 | 1.23 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2007 | 1.07 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2008 | 1.67 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2009 | 1.75 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2010 | 4.90 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2011 | 4.74 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2012 | 6.87 | 1.00 | 1.00 | 1.00 | 1.38 |
| 2013 | 6.07 | 1.00 | 1.00 | 1.00 | 1.42 |
| 2014 | 6.49 | 0.85 | 1.00 | 1.00 | 1.27 |
| 2015 | 8.37 | 0.73 | 1.00 | 1.00 | 1.28 |
| 2016 | 9.84 | 0.74 | 1.00 | 1.00 | 1.19 |
| 2017 | 10.01 | 0.79 | 1.00 | 1.00 | 1.08 |

40. Only docetaxel shows a safety signal using the conventional threshold of 2.

41. Both the FDA and pharmaceutical manufacturers routinely look to the FAERS database to provide context for specific drug safety concerns. The nature of the database does not permit definitive causal inferences but the evidence therein nonetheless forms an important component of any drug safety investigation. Concerning docetaxel and irreversible alopecia and depending on the metric, my analysis of FAERS shows the emergence of a safety signal at various times dating back to as early as 2000.

## 5.  Analysis of Internal Safety Databases

42. I conducted an analysis of Sanofi's global pharamacovigilance database to identify reports of irreversible alopecia. The manufacturer conducited similar analyses that I discuss below. To identify reports of irreversible alopecia, Dr. Antonella Tosti, Professor of Dermatology and Cutaneous Surgery at the University of Miami Miller School of Medicine, provided the following list of search terms:

- permanent
- irreversible
- chronic

---

40 https://github.com/OHDSI/CCD

- persistent
- hair never grew back
- still have no hair
- no hair regrowth
- hair not regrowing
- hair has not returned
- alopecia ongoing

Drs. Feigal and Plunkett confirmed this selection of terms. I added linguistic variations to these search terms (also confirmed by Dr. Tosti) - I provide my perl code in Appendix 5.

43. My analysis yields 291 reports. The middle column of Table 4 below shows the accumulation by year. The right-hand column excludes reports with either an outcome of "recovered" or an end date.

Table 4. Cumulative reports of irreversible alopecia in Sanofi's global pharmacovigilance database

| Year | Cumulative Number of Reports | Cumulative Number of Reports Excluding "Recovered" |
|---|---|---|
| 1999 | 6 | 6 |
| 2001 | 7 | 7 |
| 2002 | 8 | 8 |
| 2003 | 12 | 11 |
| 2004 | 19 | 18 |
| 2005 | 27 | 26 |
| 2006 | 34 | 32 |
| 2007 | 39 | 37 |
| 2008 | 45 | 43 |
| 2009 | 78 | 73 |
| 2010 | 168 | 149 |
| 2011 | 189 | 168 |
| 2012 | 214 | 191 |
| 2013 | 249 | 224 |
| 2014 | 272 | 246 |
| 2015 | 291 | 263 |

44. On 18 January 2011 Sanofi conducted an analysis of irreversible alopecia in their global pharamacovigilance database through 9 December 2010.[41] Dr. Emanuel Palatinsky authored the report. Alopecia events were identified by the MedDRA Higher Level Term "alopecias." The search identified 142 reports of irreversible alopecia defined as not recovered 12 or more months after the last dose of chemotherapy. The analysis excluded reports with an unknown outcome and reports where the latest outcome was reported less than 12 months following the last dose of chemotherapy. The report concluded that these 142 reports "revealed no evidence of a causal relationship" between docetaxel and irreversible alopecia.

45. On 11 November 2015 the manufacturer conducted another analysis of the global pharamacovigilance database, this one authored by Dr. Nanae Hangai. Specifically, Sanofi performed a cumulative search to 7 October 2015 for alopecia reports.[42] Alopecia events were identified by the MedDRA Higher Level Term "alopecias." The search identified 117 reports of irreversible alopecia defined as having either "permanent" or "irreversible" mentioned in the verbatim section of the report, or, alopecia that lasted more than 2 years with an outcome of not recovered, recovering, or unknown.

46. On the basis of the totality of the evidence available to it, Sanofi concluded that the "cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia." The information available to Sanofi at this time was not appreciably different from what was available at the time of the 2011 report. In fact, that report used a different definition of irreversible alopecia that yielded a *larger* number of cases. My own analysis in Table 4 using Dr. Tosti's definition shows that the number of reports of irreversible alopecia surpassed 117 sometime in 2010.

## 6. Irreversible Alopecia in the TAX 301 and TAX 316 studies

47. TAX 316 was a phase 3 controlled trial that randomized patients with high-risk operable breast cancer with negative axillary lymph nodes to either docetaxel (TAC) or 5-fluorouracil (FAC), both provided in combination with doxorubicin and cyclophoasphamide. The study began in 1997 and the last patient visit occurred in Janaury 2010. Study treatment comprised six 3-week cycles. Follow-up visits were to be every 12 weeks for the first two years, every six months for years 3 to 5, and then annually for 10 years.

48. TAX 301 was a similar phase 3 controlled trial that also randomized patients with high-risk operable breast cancer with negative axillary lymph nodes to either docetaxel (TAC) or 5-fluorouracil (FAC), both provided in combination with doxorubicin and cyclophoasphamide. The study began in 1999. Study treatment

---

[41] Sanofi_04353204/Sanofi_04353204
[42] Sanofi_00829788

comprised six 3-week cycles. Follow-up visits were to be every 12 weeks for the first two years, every six months for years 3 to 5, and then annually for 10 years.

49. The majority of patients in TAX 316 experienced alopecia while on treatment (98% of TAC patients and 97% of FAC patients). At study completion, 29 of 744 TAC patients had ongoing alopecia as compared with 16 of 738 FAC patients (risk ratio 1.79, 95% confidence interval ( 0.98 , 3.27 )). Of note, for 661 TAC patients and 629 FAC patients, resolution of alopecia is explicitly noted in the clinical trial data.

50. The majority of patients in TAX 301 also experienced alopecia while on treatment (97% of TAC patients and 98% of FAC patients). Unfortunately, the trial data fail to explicitly capture either the continuation of alopecia into the follow-up phase or alopecia resolution for the majority of patients. Only 49 of the 531 TAC and 35 of the 520 FAC patients were noted as having alopecia in follow-up. Of the 49, 3 were unresolved at study completion as compared with 1 unresolved in the FAC group. Given that the patients enrolled in TAX 316 and TAX 301 were very similar, I know of no reason for this striking asymmetry between the two studies. All but 9 of the 531 TAC patients had at least one year of follow-up but inexplicably, alopecia status, whether resolved or not, failed to be recorded for the majority of patients. I note that the 49 TAC patients with alopecia recorded in follow-up were concentrated in just 12 of the 55 study sites; phrased differently, 43 of the 55 study sites failed to record a single patient with alopecia in follow-up. More than half of the 49 patients (26) were in two particular sites with site-specific follow-up alopecia rates exceeding 80%

51. Follow-up in TAX 301 for non-alopecia adverse events also seems to be poor: 137 of 1,051 patients in 301 have non-alopecia AEs in followup as compared with 1,267 of 1,480 patients in 316.

52. I also considered the elapsed time between the end of treatment (plus 30 days) and any alopecia resolution. Table 5 below shows the results.[43]

Table 5. Numbers of patients with resolution of alopecia within different periods of time from the beginning of follow-up.

| TAX 316 | | | | |
|---|---|---|---|---|
| Not resolved within: | TAC ($n$=744) | FAC ($n$=736) | Rate Ratio | p-value |
| 22 weeks | 178 | 141 | 1.25 | 0.026 |
| 6 months | 112 | 82 | 1.35 | 0.026 |
| 12 months | 53 | 27 | 1.94 | 0.003 |
| 24 months | 36 | 19 | 1.87 | 0.022 |
| 60 months | 31 | 16 | 1.92 | 0.029 |
| 120 months | 29 | 16 | 1.79 | 0.053 |
| TAX 301 | | | | |
| Not resolved within: | TAC ($n$=531) | FAC ($n$=520) | Rate Ratio | p-value |

---

[43] This analysis uses SAS data files from SA-VOL-170. I note the the same analysis using the SAS files from SA-VOL-208 yields slightly different but qualitatively indistinguishable results.

| 22 weeks | 11 | 2 | 5.39 | 0.013 |
| 6 months | 9 | 1 | 8.81 | 0.012 |
| 12 months | 4 | 1 | 3.92 | 0.186 |
| 24 months | 3 | 1 | 2.94 | 0.327 |
| 60 months | 3 | 1 | 2.94 | 0.327 |
| 120 months | 3 | 1 | 2.94 | 0.327 |

53. A random effects meta-analysis combining the data from the two studies at completion yields a rate ratio of 1.85 with a corresponding 95% confidence interval ( 1.04 , 3.31 ) and a p-value of 0.04. Appendix 6 provides the R code.

## 7. Summary

54. As referenced above, Sanofi concluded in 2015 that the "cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia." While I agree with Sanofi's conclusion as of 2015, based on my education, training and experience, and the data analyzed herein, including the identification of safety signals in FAERS in the 2000's, my analyses of Sanofi's internal pharmacovigilance database and the results from Sanofi's TAX 316 and TAX 301--although severely limited due to follow-up issues--clinical trials, adequate statistical evidence supporting a causal association between  Taxotere (docetaxel) and permanent/ irreversible alopecia was available to Sanofi several years earlier.

David Madigan, PhD
November 2nd, 2018

# David Madigan

david.madigan@columbia.edu

http://www.stat.columbia.edu/~madigan

Tel: (862) 812-3690

## Curriculum Vitae
## October 1, 2018

## Education

Trinity College Dublin, Ph.D., Statistics, 1990. Dissertation "An investigation of weights of evidence in the context of probabilistic expert systems." K. R. Mosurski, Advisor.

Trinity College Dublin, B.A. (Mod.), Mathematical Sciences, 1984, First Class Honours.

## Employment History

2013-2018 : Executive Vice-President for Arts and Sciences and Dean of the Faculty of Arts and Sciences, Columbia University

2007-2013: Chair, Department of Statistics, Columbia University.

2007-: Professor, Department of Statistics, Columbia University.

2005-2007: Dean, Physical and Mathematical Sciences, Rutgers University

2003-2004: Director, Institute of Biostatistics, Rutgers University

2001-2007: Professor, Department of Statistics, Rutgers University.

2000-2001: Vice President, Data Mining, Soliloquy, Inc.

1999-2000: Principal Technical Staff Member, AT&T Labs-Research.

1992-1999: Assistant/Associate Member, Fred Hutchinson Cancer Research Center.

1990-1999: Assistant/Associate Professor, Department of Statistics, University of Washington.

1989-1990: Information Technology Consultant, KPMG, Ireland.

1986-1989: Technology Manager, Peregrine Expert Systems Ltd., Ireland.

1985-1986: Expert System Consultant, SkillSoft, Ireland.

1984-1985: Actuarial Associate, Hibernian Life Assurance, Ireland.

## Honors

2014: Elected Member of the International Statistical Institute

2012: Elected Fellow of the American Association for the Advancement of Science.

2009: Institute of Mathematical Statistics Medallion Lecturer.

2006: Elected Fellow of the Institute of Mathematical Statistics.

2005: 36th Most Cited Mathematician in the World, 1995-2005, ISI Thomson.

1999: Elected Fellow of the American Statistical Association.

1995: University of Washington Distinguished Teaching Award.

1984: Gold medal awarded by the board of Trinity College Dublin.

1980: Trinity College Dublin, Entrance Scholarship in Mathematics.

## Research Grants:

Principal Investigator on sub-contract from NSF Award IIS 1251151 to UCLA, "Patient-level predictive modeling from massive longitudinal databases." 2013-2017, $217,837.

Principal Investigator on FNIH/Observational Medical Outcomes Partnership grant to Columbia University, "Methods for Active Drug Safety Surveillance," 2009-2013.

Co-Principal Investigator on National Instutes of Health grant "Improving Pediatric Trauma Triage Using High Dimensional Data Analysis," R01 GM87600-01, 2010-2013.

Principal Investigator on sub-contract from FDA Award HHSF223200910006I to Harvard Pilgrim Healthcare, "Mini-sentinel," 2010-2011.

Investigator on Department of Homeland Security grant "Center for Dynamic Data Mining" to Center for Discrete Mathematics and Theoretical Computer Science (DIMACS), Rutgers University, 2006-2009, $2,400,000 total.

Principal Investigator on National Science Foundation grant "Bayesian Methods for Large-Scale Applications" to Columbia University, DMS-0505599, 2005-2009, $150,000 total.

Principal Investigator (with Shlomo Argamon) on National Science Foundation grant "Community resources for author identification" to Rutgers University, CNS-0454126, 2005, $56,019 total.

Principal Investigator on Knowledge Discovery and Dissemination (KD-D) grant to DIMACS "Author Identification," 2004, $250,000 total.

Co-Principal Investigator on National Science Foundation grant "Monitoring Message Streams" to DIMACS, Rutgers University, KDI-0087022, 2002-2008, $1,500,000 total (annual renewal).

Investigator on National Science Foundation grant "Computational and Mathematical Epidemiology" to DIMACS, Rutgers University, ITR-0205116, 2002-2007, $2,750,000 total.

Principal Investigator on National Science Foundation grant "Bayesian Data Analysis for Digital Traces" to Rutgers University, DMS-0113236, 2001-2004, $245,000 total.

Principal Investigator (with Steen Andersson and Michael Perlman) on National Science Foundation grant "Graphical Markov Models" to the University of Washington, DMS-9704573, 1997-2000, $313,722 total.

Principal Investigator (with Steven Tanimoto) on grant from National Science Foundation to University of Washington: "Use of Online Assessment in Forming and Coaching Learning Groups," 1996-1999, $600,501, CRLT-9616532.

Principal Investigator on National Science Foundation grant "Computing Environments for Graphical Models" to the University of Washington, DMS-92111629, 1992-1996, $65,000 total.

Principal Investigator on Subcontract to the University of Washington under National Institutes for Health Phase II SBIR grant "TALARIA: Multimedia tools for cancer pain education" to Mathsoft, Inc., 1995-1997, $750,000 total (UW Subcontract, $231,652).

Principal Investigator on Subcontract to the University of Washington under National Institutes for Health Phase I SBIR grant "An intelligent tutoring system for biostatistics" to Statistical Sciences, Inc., 1994-5, $80,853.

Principal Investigator on National Institutes for Heath SBIR Phase I grant "A Multimedia Teaching and Reference Tool for Cancer Pain" to Statistical Sciences, Inc., 1993-1994, $50,000 total.

Investigator (20%) on Quantum Health Resources Grant "Knowledge-based Systems for Bone Marrow Transplant Long Term Follow-up" to the Fred Hutchinson Cancer Research Center, 1993-94, $1m (C. Richard Chapman, P.I.).

Investigator (and author) on Department of Energy Phase I SBIR grant "An intelligent tutoring system for statistics" to Statistical Sciences, Inc., 1993-4, $75,000.

Investigator (10%) on Robert Wood Johnson Foundation grant to the Department of Family Medicine, University of Washington (Sharon Dobie, PI), 1995-1999.

Investigator (5%) on American College of Clinical Pharmacy grant to the Department of Family Medicine, University of Washington (Allan Ellsworth, PI), 1995-1996.

## Refereed Publications:

1. Schuemie, M., Ryan, P., Hripcsak, G., Madigan, D., and Suchard, M. (2018). Improving reproducibility by using high-throughput observational studies with empirical calibration. *Philosophical Transactions A*, to appear.

2. Madigan, D. and Shin, J. (2018). Drospirenone-Containing Oral Conraceptives and Venous Thromboembolism: An Analysis of the FAERS Database. *Open Access Journal of Contraception*, **9**:29-32.

3. Schuemie, M.J., Ryan, P., Hripcsak, G., Madigan, D., and Suchard, M. (2018). Empirical confidence interval calibration for population-level effect estimation studies in observational healthcare data. *Proceedings of the National Academy of Science*, https://doi.org/10.1073/pnas.1708282114.

4. Berger, M., Sox, H., Willke, R., Brixner, D., Eichler, H-G., Madigan, D., Makady, A., Schneeweiss, S., Tarricone, R., Wang, S., Mullins, D., Watkins, J. (2017). Recommendations for Good Procedural Practices for Real-World Data Studies of Treatment Effectiveness and/or Comparative Effectiveness: Report of the Joint ISPOR-ISPE Special Task Force on Real-World Evidence in Health Care Decision Making. *Pharmacoepidemiology and Drug Safety*, DOI: 10.1002/pds.4297, to appear.

5. Zannad, F., Michael S. Lauer, Robert Temple, Marc A. Pfeffer, Deepak L. Bhatt, Denise E. Bonds,  Jeffrey S. Borer, Gonzalo Calvo, Louis Fiore, Lars H. Lund, David Madigan, Aldo P. Maggioni, Jerry A. Menikoff, Catherine M. Meyers, Yves Rosenberg, Tabassome Simon, Wendy Gattis Stough, Andrew Zalewski, Nevine Zariffa, Robert M. Califf (2017). Streamlining Cardiovascular Clinical Trials to Achieve Improved Efficiency and Generalizability:  Current Progress and Future Steps. *Heart*, to appear.

6. Sobel, M., Madigan, D., and Wang, W. (2017). Meta-analysis: A causal framework, with application to randomized studies of Vioxx. *Psychometrika*. 82: 459, 10.1007/s11336-016-9507-z

7. Shahn, Z. and Madigan, D. (2016). Latent Class Mixture Models of Treatment Effect Heterogeneity. *Bayesian Analysis*, DOI: 10.1214/16-BA1022.

8. Shaddox, T.R., Ryan, P.B., Schuemie, M.J., Madigan, D., and Suchard, M.A. (2016). Hierarchical models for multiple rare outcomes using massive observational heathcare databases. *Statistical Analysis and Data Mining*, *9*(4), 260-268.

9. Selzman, C. H., Felker, E., Sheridan, B. C., Silvestry, S., Daly, R. C., Anyanwu, A., Madigan, D., Frazier, O. & Griffith, B. P. (2016). The Jarvik 2000: Results of the United States Bridge to Transplant Trial. *The Journal of Heart and Lung Transplantation*, *35*(4), S38.

10. Webman, R. B., Carter, E. A., Mittal, S., Wang, J., Sathya, C., Nathens, A. B., Nance, M.L., Madigan, D. & Burd, R. S. (2016). Association between trauma center type and mortality among injured adolescent patients. *JAMA Pediatrics*, *170*(8), 780-786.

11. Hripcsak, G., Patrick Ryan, Jon Duke, Nigam H. Shah, Rae Woong Park, Vojtech Huserh, Marc A. Suchard, Martijn Schuemie, Frank DeFalco, Adler Perotte, Juan Banda, Christian Reich, Lisa Schilling, Michael Matheny, Daniella Meeker, Nicole Pratt, and Madigan, D. (2016). Addressing Clinical Questions at Scale: OHDSI Characterization of Treatment Pathways. *Proceedings of the National Academy of Sciences*, vol. 113 no. 277329–7336, doi: 10.1073/pnas.1510502113.

12. Moghaddass, R., Rudin, C., and Madigan, D. (2016). The Factorized Self-Controlled Case Series Method: An Approach for Estimating the Effects of Many Drugs on Many Outcomes. *Journal of Machine Learning Research*, 17(185):1−24, 2016.

13. Beck, H.E., Mittal, S., Madigan, D., and Burd, R.S. (2015). Reassessing mechanism as a predictor of pediatric injury mortality. *Journal of Surgical Research* 199 (2), 641-646.

14. Boland, M.R., Z Shahn, D Madigan, G Hripcsak, NP Tatonetti (2015). Birth Month Affects Lifetime Disease Risk: A Phenome-Wide Method. *Journal of the American Medical Informatics Association*, DOI: http://dx.doi.org/10.1093/jamia/ocv046.

15. Shahn, Z., Ryan, P., and Madigan, D. (2015). Predicting Health Outcomes from High Dimensional Longitudinal Health Histories Using Relational Random Forests. *Statistical Analysis and Data Mining*, 8:128-136, DOI: 10.1002/sam.11268.

16. Berger, M.L., Lipset, C., Gutteridge, A., Axelsen, K., Subedi, P., and Madigan, D. (2015). Optimizing the Leveraging of Real World Data: How It Can Improve the Development and Use of Medicines? *Value in Health*, http://dx.doi.org/10.1016/j.jval.2014.10.009.

17. Hripcsak, G., Jon D Duke, Nigam H Shah, Christian G Reich, Vojtech Huser, Martijn J Schuemie, Marc A Suchard, Rae Woong Park, Ian Chi Kei Wong, Peter R Rijnbeek, Johan van der Lei, Nicole Pratt, G Niklas Norén, Yu-Chuan Li, Paul E Stang, David Madigan, and Patrick B Ryan (2015). Observational Health Data Sciences and Informatics (OHDSI): Opportunities for Observational Researchers. MedInfo, Stud Health Technol Inform. 2015; 216: 574−578.

18. Letham, B., Rudin, C., McCormick, T.H., and Madigan, D. (2014). Interpretable classifiers using rules and Bayesian analysis: Building a better stroke prediction model. *Annals of Applied Statistics*, 9, 1350-1371, DOI: 10.1214/15-AOAS848.

19. Hripcsak, G., Varela, S.V., Ryan, P.B., Madigan, D., Stang, P., Schuemie, M., Friedman, C., and Tatonetti, N. (2014). Similarity-based Modeling applied to Signal Detection in Pharmacovigilance. *CPT: Pharmacometrics & Systems Pharmacology*, *3*(9), 1-9.

20. Schuemie, M.J., Trifirò, G., Coloma, P.M., Ryan, P.B. and Madigan, D. (2014). Detecting adverse drug reactions following long-term exposure in longitudinal observational data. *Statistical Methods in Medical Research*, doi:10.1177/0962280214527531.

21. Price, K. L., Xia, H.A., Lakshminarayanan, M., Madigan, D., Manner, D., Scott, J., Stamey, J., Thompson, L. (2014). Bayesian Methods for Design and Analysis of Safety Trials. *Pharmaceutical Statistics*, 13, 13-24.

22. Simpson, S., Madigan, D., Zorych, I., Schuemie, M.J., Ryan, P.B., and Suchard, M. (2013). Multiple self-controlled case series for large-scale longitudinal observational databases. *Biometrics*, DOI: 10.1111/biom.12078.

23. Ryan, P.B., Schuemie, M.J., Gruber, S., Zorych, I., and Madigan, D. (2013). Empirical Performance of a New User Cohort Method: Lessons for Developing a Risk Identification and Analysis System. *Drug Safety*, 36 (Suppl 1):S59-S72.

24. Madigan, D., Schuemie, M.J., and Ryan, P.B. (2013). Empirical Performance of the Case-Control Method: Lessons for Developing a Risk Identification and Analysis System. *Drug Safety*, **36** (Suppl 1):S73-S82.

25. Suchard, M.A., Zorych, I., Simpson, S.E., Schuemie, M.J., Ryan, P.B., and Madigan, D. (2013). Empirical Performance of the Self-Controlled Case Series Design: Lessons for Developing a Risk Identification and Analysis System. *Drug Safety*, **36** (Suppl 1):S83-S93.

26. Ryan, P.B., Schuemie, M.J.,  and Madigan, D. (2013). Empirical Performance of a Self-Controlled Cohort Method: Lessons for Developing a Risk Identification and Analysis System. *Drug Safety*, **36** (Suppl 1):S95-S106.

27. Schuemie, M.J., Madigan, D., and Ryan, P.B. (2013). Empirical Performance of LGPS and LEOPARD: Lessons for Developing a Risk Identification and Analysis System. *Drug Safety*, **36** (Suppl 1):S133-S142.

28. Noren, G.N., Bergvall, T., Ryan, P.B., Juhlin, K., Schuemie, M.J.,  and Madigan, D. (2013). Empirical performance of the calibrated self-controlled cohort analysis within Temporal Pattern Discovery: Lessons for developing a risk identification and analysis system. *Drug Safety*, 36 (Suppl 1):S107-S121.

29. Ryan, P.B., Stang, P.E., Overhage, J.M., Suchard, M.A., Hartzema, A.G., DuMouchel, W., Reich, C.G., Schuemie, M.J.,  and Madigan, D. (2013). A Comparison of the Empirical Performance of Methods for a Risk Identification System. *Drug Safety*, **36** (Suppl 1):S143-S158.

30. DuMouchel, W., Ryan, P.B., Schuemie, M.J.,  and Madigan, D. (2013). Evaluation of disproportionality safety signalling applied to healthcare databases. *Drug Safety*, **36** (Suppl 1):S123-S132.

31. Hartzema, A.G., Reich, C.G., Ryan, P.B., Stang, P.E., Madigan, D., Welebob, E., Overhage, J.M. (2013). Managing data quality for a drug safety surveillance system. *Drug Safety*, **36** (Suppl 1):S49-S58.

32. Ryan, P.B., Madigan, D., Stang, P.E., Schuemie, M.J., and Hripcsak, G. (2013). Medication-wide association studies. *CPT: Pharmacometrics & Systems Pharmacology* **2**, e76; doi:10.1038/psp.2013.52.

33. Mittal, S., Madigan, D., Suchard, M., and Burd, R. (2013). High-Dimensional, Massive Sample-Size Cox Proportional Hazards Regression for Survival Analysis. *Biostatistics*, doi: 10.1093/biostatistics/kxt043.

34. Rudin, C., Letham, B., and Madigan, D. (2013). Learning theory analysis for association rules and sequential event prediction. *Journal of Machine Learning Research*, **14**, 3441-3492.

35. Madigan, D., Stang, P.E., Berlin, J.A., Schuemie, M.J., Overhage, J.M., Suchard, M.A., DuMouchel, W., Hartzema, A.G., and Ryan P.B. (2013). A Systematic Statistical Approach to Integrating Information from Observational Studies. *Annual Review of Statistics and Its Application*, 1, 11-39.

36. Schuemie, M., Ryan, P., DuMouchel, W., Suchard, M.A., and Madigan, D. (2013). Interpreting observational studies - why empirical calibration is needed to correct p-values. *Statistics in Medicine*, DOI: 10.1002/sim.5925.

37. Simpson, S., Madigan, D., Zorych, I., Schuemie, M.J., Ryan, P.B., and Suchard, M. (2013). Multiple self-controlled case series for large-scale longitudinal observational databases. *Biometrics*, 69, 893-902.

38. Letham, B., Rudin, C., McCormick, T.H., and Madigan, D. (2013). An interpretable stroke prediction model with using rules using Bayesian analysis. *Twenty-Seventh AAAI Conference on Artificial Intelligence (AAAI-13) Late Breaking Paper*.

39. Letham, B., Rudin, C., and Madigan, D. (2013). A supervised ranking approach to sequential event prediction. *Machine Learning*, 10.1007/s10994-013-5356-5.

40. Ryan, P., Suchard, M.A., Schuemie, M., and Madigan, D. (2013). Learning from epidemiology: Interpreting observational studies for the effects of medical products. *Statistics in Biopharmaceutical Research*, DOI:10.1080/19466315.2013.791638.

41. Mittal, S., Madigan, D., Cheng, J., and Burd, R. (2013). Large-scale Bayesian parametric survival analysis. *Statistics in Medicine*, to appear, DOI: 10.1002/sim.5817.

42. Emir, B., Amaratunga, D., Beltangady, M., Cabrera, J., Freeman, R., Madigan, D., Nguyen, H., and Whalen, E. (2013). Generating productive dialogue between consulting statisticians and their clients ion the pharmaceutical and medical research settings. *Open Access Medical Statistics*, **3**, 51-56.

43. Madigan, D., Ryan, P., Schuemie, M., Stang, P., Overhage, M., Hartzema, A., Suchard, M.A., DuMouchel, W., and Berlin, J. (2013). Evaluating the impact of database heterogeneity on observational studies. *American Journal of Epidemiology*, DOI: 10.1093/aje/kwt010.

44. Suchard, M., Simpson, S.E., Zorych, I., Ryan, P., and Madigan, D. (2013). Massive parallelization of serial inference algorithms for generalized linear models. *ACM Transactions on Modeling and Computer Simulation*, 23:1-17.

45. Madigan, D., Ryan, P.B., and Schuemie, M.J. (2012). Does design matter? Systematic evaluation of the impact of analytical choices on effect estimates in observational studies. *Therapeutic Advances in Drug Safety*, 4, 53-62.

46. Ryan, P.B., Madigan, D., Stang, P.E., Overhage, J.M., Racoosin, J.A., Hartzema, A.G. (2012). Empirical Assessment of Analytic Methods for Risk Identification in Observational Healthcare Data: Results from the Experiments of the Observational Medical Outcomes Partnership. *Statistics in Medicine*, **30**, 4401-4415.

47. Madigan, D., Sigelman, D., Mayer, J.W., Furberg, C.D., Avorn, J. (2012). Under-reporting of cardiovascular events in the rofecoxib Alzheimer studies. *American Heart Journal*, doi:10.1016/j.ahj.2012.05.002.

48. Harpaz, R., DuMouchel, W., Shah, N.H., Madigan, D., Ryan, P., and Friedman, C. (2012). Novel data mining methodologies for adverse drug event discovery and analysis. *Clinical Pharmacology & Therapeutics*, doi:10.1038/clpt.2012.50.

49. Maclure, M., Fireman, B., Nelson, J.C., Hua, W., Shoaibi, A., Paredes, A., and Madigan, D. (2012). When should a distributed system for active medical product surveillance use case-based designs for safety monitoring?. *Pharmacoepidemiology and Drug Safety*, **21**, 50-61.

50. McCormick, T., Madigan, D., Raftery, A.E., and Burd, R.S. (2012). Dynamic model averaging for logistic regression. *Biometrics*, **68**:23-30.

51. McCormick, T., Rudin, C., and Madigan, D. (2012). A hierarchical model for association rule mining of sequential events: an approach to automated medical symptom prediction. *Annals of Applied Statistics*, **6**, 652-658.

52. Oquendo, M.A., Baca-Garcia, E., Artes, A., Perez-Cruz, F, Galfalvy H.C., Blasco-Fontecilla, H., Madigan, D., Duan, N. (2011). Hypothesis Generation in the 21st Century. *Molecular Psychiatry*, to appear.

53. Smith, R.T., Merriam, J.E., Sohrab, M.A., Pumariega, N.M., Barile, G., Blonska, A.M., Haans, R, Madigan, D., and Allikmets, R. (2011). Complement Factor H 402H Variant and Reticular Macular Disease. *Archives of Ophthalmology* 129(8):1061-1066.

54. Madigan, D., Mittal, S., and Roberts, F. (2011). Efficient sequential decision making algorithms for container inspection operations. *Naval Research Logistics,* **58**, 637-654.

55. Zorych, I., Madigan, D., Ryan, P., and Bate, A. (2011). Disproportionality methods for pharmacovigilance in longitudinal observational databases. *Statistical Methods in Medical Research*, doi: 10.1177/0962280211403602.

56. Rudin, C., Salleb-Aouissi, A., Kogan, E. and Madigan, D. (2011). Sequential Event Prediction with Association Rules. *Proceedings of the 2011 Conference on Learning Theory (COLT)* (30%). Also JMLR: Workshop and Conference Proceedings 19 (2011) 615-634.

57. Madigan, D. and Ryan, P. (2011). What can we really learn from observational studies? The need for empirical assessment of methodology for active drug safety surveillance and comparative effectiveness research. *Epidemiology*, 22 (5), 629-631.

58. Madigan, D., Ryan, P., Simpson, S.E., and Zorych, I. (2010). Bayesian methods in pharmacovigilance (with discussion). In: J. M. Bernardo, M. J. Bayarri, J. O. Berger, A. P. Dawid, D. Heckerman, A. F. M. Smith and M. West (eds), Bayesian Statistics 9, Oxford University Press, 421-438.

59. Balakrishnan, S. and Madigan, D. (2010). Priors on the variance in sparse Bayesian learning: the demi-Bayesian lasso. In: *Frontiers of Statistical Decision Making and Bayesian Analysis: In Honor of James O. Berger* by Ming-Hui Chen, Peter Müller, Dongchu Sun, and Keying Ye.

60. Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2010). Large-Scale Regression-Based Pattern Discovery: The Example of Screening the WHO Global Drug Safety Database. *Statistical Analysis and Data Mining*, **3**, 197-208.

61. Ross, J.S., Madigan, D., Konstam, M.A., Egilman, D.S., and Krumholz, H.M. (2010). Does Rofecoxib cardiovascular risk persist after discontinuation? *Archives of Internal Medicine*, **170**, 2035-2036.

62. Cheng, J. and Madigan, D. (2010). Bayesian Approaches to Aspects of the Vioxx Trials: Non-ignorable Dropout and Sequential Meta-Analysis. In: *Handbook of Applied Bayesian Analysis*, Oxford University Press, 51-68.

63. Ross, J.S., Madigan, D., Hill, K.P., Egilman, D.S., Wang, Y., Krumholz, H.M. (2009). Pooled analysis of Rofecoxib placebo-controlled clinical trial data: Lessons for post-market pharmaceutical safety surveillance. *Archives of Internal Medicine*, **169**, 1976-1985.

64. Burd, R. and Madigan, D. (2009). An evaluation of the impact of injury coding schemes on mortality prediction in pediatric trauma. *Academic Emergency Medicine*, **16**, 639-645.

65. Pearson, R.K., Hauben, M., Goldsmith, D., Gould, A.L., Madigan, D., O'Hara, D.J., Reisinger, S., and Hochberg, A. (2009). Influence of the MEDDRA hierarchy on pharmacovigilance data mining results. *International Journal of Medical Informatics*, 78, e97-e103.

66. Hochberg, A., Hauben, M., Pearson, R.K., O'Hara, D., Reisinger, S., Goldsmith, D.I., Gould, A.L., and Madigan, D. (2009). An Evaluation of Three Signal Detection Algorithms Using a Highly Inclusive Reference Event Database. *Drug Safety*, 32, 509-525.

67. Burd, R.S., Ouyang, M., and Madigan, D. (2008). Bayesian logistic injury severity score (BLISS): A method for predicting mortality using ICD-9 codes. *Academic Emergency Medicine*, 15(5), 466-475.

68. Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2008). Large-scale regression-based pattern discovery: The example of the WHO drug safety database. *KDD Workshop on Mining Medical Data,* to appear.

69. Naik, P., Wedel, M., Bacon, L., Bodapati, A., Bradlow, E., Kamakura, W., Kreulen, J., Lenk, P., Madigan, D., and Montgomery, A. (2008). Challenges and Opportunities in High-Dimensional Choice Data Analysis." *Marketing Letters*, 19 (3), 201-213.

70. Balakrishnan, S. and Madigan, D. (2007). Algorithms for Sparse Linear Classifiers in the Massive Data Setting. *Journal of Machine Learning Research,* **9**, 313-337, 2007.

71. Balakrishnan, S. and Madigan, D. (2007). LAPS: Lasso with Partition Search. *Proceedings of the IEEE International Conference on Data Mining,* 415-420, 19% acceptance rate.

72. Hauben, M., Madigan, D., Reisinger, S., Hochberg, A., and O'Hara, D. (2007). Data Mining in Pharmacovigilence: Computational Cost as a Neglected Performance Parameter. *International Journal of Pharmaceutical Medicine*, **21**, 319-323.

73. Hauben, M., Reich, L., Gerrits, C.M., and Madigan, D. (2007). Spontaneous Reporting of Hyperkalemia and The Randomized Aldactone Evaluation Study. *Drug Safety*, **30**, 1143-1149.

74. Eyheramendy, D. and Madigan, D. (2007). A Bayesian feature selection score based on Naive Bayes models. In: *Computational Methods of Feature Selection*, H. Liu and H. Motoda, Editors, 277-294.

75. Madigan, D., Mittal, S., and Roberts, F. (2007). Sequential decision making algorithms for port of entry inspection: overcoming computational challenges. *Proceedings of 2007 Intelligence and Security Informatics Conference*, 1-7.

76.  Eyheramendy, S. and Madigan, D. (2007). A Flexible Bayesian Generalized Linear Model for Dichotomous Response Data with an Application to Text Categorization. In: IMS Lecture Notes - Monograph Series, Volume 54, *Complex datasets and inverse problems: tomography, networks and beyond.* Regina Liu, William Strawderman & Cun-Hui Zhang, Editors, 76-91.

77.  Genkin, A., Lewis, D.D., and Madigan, D. (2007). Large-scale Bayesian logistic regression for text categorization. *Technometrics*, **49**, 291-304.

78.  Rolka, H., Burkom, H., Cooper, G.F., Kulldorff, M., Madigan, D., and Wong, W-K. (2006). Issues in Applied Statistics for Public Health Bioterrorism Surveillance using Multiple Data Streams: Research needs. *Statistics in Medicine*, **26**, 1834-1856.

79.  Balakrishnan, S. and Madigan, D. (2006). Decision Trees for Functional Variables. *Proceedings of the IEEE International Conference on Data Mining,* 798-802, 20% acceptance rate.

80.  Dayanik, A., Lewis, D.D., Madigan, D., Menkov, V., and Genkin, A. (2006). Constructing Informative Prior Distributions from Domain Knowledge in Text Classification, *Proceedings of the 29th Annual International ACM SIGIR conference*, 493-500 (18.5% acceptance rate).

81.  Anand, S., Madigan, D., Mammone, R., Pathak, S. and Roberts, F. (2006). Experimental Analysis of Sequential Decision Making Algorithms for Port of Entry Inspection Procedures. In S. Mehrotra, D. Zeng, H. Chen, B. Thuraisingham, and F-X Wang (eds.), Intelligence and Security Informatics, *Proceedings of ISI-2006, Lecture Notes in Computer Science #3975,* Springer-Verlag, New York, 2006.

82.  Balakrishnan, S. and Madigan, D. (2006). A One-Pass Sequential Monte Carlo Method for Bayesian Analysis of Massive Datasets. *Bayesian Analysis.* **1**, 345-362.

83.  Madigan, D., Ju, W., Krishnan, P., and Krishnakumar, A.S. (2006). Location estimation in wireless networks: A Bayesian approach. *Statistica Sinica*, 16, 495-522.

84.  Madigan, D., Vardi, Y., and Weissman, I. (2006). Extreme value theory applied to document retrieval from large collections. *Information Retrieval*, **9**, 273-294.

85.  Hauben, M., Madigan, D., Gerrits, C.M., Walsh, L., and Van Puijenbroek, E.P. (2005). The role of data mining in pharmacovigilance. *Expert Opinion in Drug Safety.*, **4**(5), 929-948.

86.  Madigan, D., Genkin, A., Lewis, D.D., and Fradkin, D. (2005). Bayesian multinomial logistic regression for author identification. *Proceedings of the 25th International Workshop on Bayesian inference and Maximum Entropy Methods in Science and Engineering (MaxEnt 05)*, 509-516.

87.  Madigan, D., Genkin, A., Argamon, S., Fradkin, D., and Ye, L. (2005). Author identification. *Proceedings of CSNA/Interface 05.*

88.  Eyheramendy, S. and Madigan, D. (2005). A Novel Feature Selection Score for Text Categorization. *International Workshop on Feature Selection for Data Mining*, 1-8, 24% acceptance rate.

89.  Madigan, D. (2005). Statistics and Data Mining. In: *AMS-DIMACS Discrete Methods in Epidemiology*, James Abello and Graham Cormode (Editors), 21-24.

90.  Hanks, S. and Madigan, D. (2005). Probabilistic temporal reasoning. In: *Handbook of Temporal Reasoning in Artificial Intelligence*, M. Fisher, D. Gabbay, and L. Vila, Editors, Elsevier B.V., 315-342.

91.  Madigan, D. (2005). Bayesian data mining for surveillance. In: *Spatial and Syndromic Surveillance for Public Health* (Andrew Lawson and Ken Kleinman, Editors), 203-221.

92. Madigan, D., Elnahrawy, E., Martin, R.P., Ju, W., Krishnan, P. and Krishnakumar, A.S. (2004). Bayesian Indoor Positioning Systems. *Proceedings of IEEE Infocom*, 1217-1227 (17% acceptance rate)

93. Madigan, D. (2004). Statistics and the war on spam. In: *Statistics: A Guide to the Unknown*, Deb Nolan (Editor), 135-147.

94. Fradkin, D. and Madigan, D.. (2003). Experiments with random projections for machine learning. In *Proceedings of KDD-03, The Ninth International Conference on Knowledge Discovery and Data Mining*, 517-522.

95. Ridgeway, G. and Madigan, D. (2003). A sequential Monte Carlo Method for Bayesian analysis of massive datasets. *Journal of Knowledge Discovery and Data Mining*, **7**, 301-319.

96. Eyheramendy, S., Lewis, David D., and Madigan, David (2003). On the naïve bayes model for text classification. In *Proceedings of The Ninth International Workshop on Artificial Intelligence and Statistics*, C.M. Bishop and B.J. Frey (Editors), 332-339.

97. Madigan, D., Vardi, Y., and Weissman, I. (2003). On retrieval properties of samples of large collections. In *Proceedings of The Ninth International Workshop on Artificial Intelligence and Statistics*, C.M. Bishop and B.J. Frey (Editors), 265-270.

98. Madigan, D. and Ridgeway, G. (2003). Bayesian data analysis for data mining.  In *Handbook of Data Mining*, N. Ye (Ed.), 103-132..

99. Cohen, A., Madigan, D., and Sackrowitz, H.B. (2003). Effective directed tests for models with ordered categorical data. *Australian and New Zealand Journal of Statistics*, **45**, 285-200. 2003 Best Paper Award.

100. Mangione, S., Yuen, E., and Madigan, D. (2003). Asthma in Philadelphia schools. *Chest*, **124** (4): 141S.

101. Mangione, S., Yuen, E., and Madigan, D. (2003). Asthma and tobacco: A survey of 65 Philadelphia middle schools. *Chest*, **124** (4): 141S-142S.

102. Dunbar, P.J., Madigan, D., Grohskopf, L.A., Revere, D., Woodward, J., Minstrell, J., Frick, P.A., Simoni, J.M., and Hooton, T.M. (2003). A two-way messaging system to enhance antiretroviral adherence. *Journal of The American Medical Informatics Association*, **10**, 11-15.

103. Ridgeway, G. and Madigan, D. (2002). Bayesian analysis of massive datasets via particle filters In *Proceedings of KDD-02, The Eighth International Conference on Knowledge Discovery and Data Mining*, 5-13.

104. Madigan, D., Raghavan, N., DuMouchel, W., Nason, M., Posse, C., and Ridgeway, G. (2002). Likelihood-based data squashing: A modeling approach to instance construction. *Journal of Data Mining and Knowledge Discovery*, **6**, 173-190.

105. Tanimoto, S., Carlson, A., Husted, J., Hunt, E.B., Larsson, J., Madigan, D., and Minstrell, J. (2002). Text Forum Features for Small Group Discussions with Facet-Based Pedagogy. *Proceedings of CSCL2002, Computer Supported Cooperative Learning.*

106. Hoeting, J., Raftery, A.E., and Madigan, D. (2002). A method for simultaneous variable and transformation selection in linear regression. *Journal of Computational and Graphical Statistics*, **11**, 485-507.

107. Liu, R., Madigan, D., and Eyheramendy, S. (2002). Text classification for mining aviation inspection reports. In: *Statistical Data Analysis based on the L1-norm and Related methods.* Birkhauser Statistics for Industry and technology, Y. Dodge editor, 379-392.

108. da Silva, C.Q., Zeh, J., Madigan, D., Laake, J., Rugh, D., Baraff, L., Koski, W., and Miller, G. (2001). Capture-recapture estimation of bowhead whale population size estimation using photo-identification data. *Journal of Cetacean Research and Management*, **2**, 45-61.

109. Levitz, M., Perlman, M.D., and Madigan, D. (2001). Separation and Completeness Properties for AMP Chain Graph Markov Models. *Annals of Statistics*, **29**, 1751–1784.

110. Church, L., Oliver, L., Dobie, S., Madigan, D., and Ellsworth, A. (2001). Analgesia for colposcopy: A double-blind, randomized comparison of ibuprofen and benzocaine gel for colposcopic analgesia. *Obstetrics and Gynecology*, **97**, 5-10.

111. Andersson, S.A., Madigan, D., and Perlman, M.D. (2001). An alternative Markov property for chain graphs. *Scandinavian Journal of Statistics*, **28**, 33-85.

112. Glusker, A.I., Dobie, S.A., Madigan, D., Rosenblatt, R.A., Larson, E.H. (2000). Differences in fertility patterns between urban and rural women in Washington state, 1983-1984 to 1993-1994. *Women and Health,* **31**, 55-70.

113. Kanungo, T., Haralick, R. M., Baird, H. Stuetzle, W., and Madigan, D. (2000). A statistical, nonparametric methodology for document degradation models validation. *IEEE Transactions on Pattern Analysis and Machine Intelligence*, **22**, 1209-1223.

114. Dobie, S.A., Hart, G., Glusker, A., Rosenblatt, R., and Madigan, D. (2000). Reproductive health services in rural Washington state: Scope of practice and the potential of medical abortions. *American Journal of Public Health.*, **90**, 624-626.

115. Madigan, D. and Nason, M. (2000). Statistics perspectives on data and knowledge. *Handbook of Knowledge Discovery and Data Mining*, Oxford University Press.

116. Nason, M. and Madigan, D. (2000). Sampling. *Handbook of Knowledge Discovery and Data Mining*, Oxford University Press.

117. Madigan, D., Raghavan, N., DuMouchel, W., Nason, M., Posse, C., and Ridgeway, G. (2000). Instance construction via likelihood-based data squashing. *Instance Selection and Construction, A Data Mining Perspective*, H. Motoda and H. Liu (Eds.), Kluwer, 209-226.

118. Hoeting, J.A.,  Madigan, D., Raftery, A.E., and Volinsky, C.T. (1999). Bayesian model averaging – a tutorial. *Statistical Science*, **14**, 382-401.

119. Dobie, S.A., Hart, G., Glusker, A., Madigan, D., Larsen, E.B., and Rosenblatt, R. (1999). Abortion services in rural Washington State, 1983-1984 to 1993-1994: availability and outcomes. *Family Planning Perspectives*, **31**, 241-245.

120. Condliff, M.K., Lewis, D.D., Madigan, D., and Posse, C. (1999). Bayesian mixed-effects models for recommender systems. *Proceedings of SIGIR-99 Workshop on Recommender Systems.*

121. Madigan, D. (1999). Bayesian Graphical Models, Intention-to-Treat, and the Rubin Causal Model. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 123-132.

122. Golinelli, D., Madigan, D., and Consonni, G. (1999). Relaxing the local independence assumption for quantitative learning in acyclic directed graphical models through hierarchical

partition models. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 203-208.

123. Ridgeway, G., Madigan, D., and Richardson, T. (1999). Boosting Methodology for Regression Problems. In *Proceedings of Uncertainty-99, The Seventh International Workshop on Artificial Intelligence and Statistics*, 152-161.

124. Ridgeway, G., Madigan, D., Richardson, T., and O'Kane, K. (1998). Interpretable Boosted Naïve Bayes Classification  In *Proceedings of KDD-98, The Fourth International Conference on Knowledge Discovery and Data Mining*, 101-104.

125. Andersson, S.A., Madigan, D., Perlman, M.D., and Richardson, T. (1998). Graphical Markov Models in multivariate analysis. In *Multivariate Analysis, Design of Experiments, and Survey Sampling*, Subir Ghosh (Ed.), Marcel Dekker Inc.

126. Draper, D. and Madigan, D. (1997). The scientific value of Bayesian statistical methods. *IEEE Intelligent Systems and their Applications*, **12**, 18-21.

127. Madigan, D. and York, J. (1997). Bayesian methods for estimating the size of a closed population. *Biometrika*, **84**, 19-31.

128. Glymour, C., Madigan, D., Pregibon, D., and Smyth, P. (1997). Statistical themes and lessons for data mining. *Journal of Data Mining and Knowledge Discovery*, **1**, 11-28.

129. Volinsky, C.T., Madigan, D., Raftery, A.E., and Kronmal, R.A. (1997). Bayesian Model Averaging in Proportional Hazard Models: Predicting Strokes. *Applied Statistics* **46**, 433-448.

130. Andersson, S.A., Madigan, D., Perlman, M.D., and Triggs, C.M. (1997). A graphical characterization of lattice conditional independence models. *Annals of Mathematics and Artificial Intelligence*, **21**, 27-50.

131. Madigan, D., Mosurski, K., and Almond, R.G. (1997). Explanation in belief networks. *Journal of Computational and Graphical Statistics*, **6**, 160-181.

132. Andersson, S.A., Madigan, D., and Perlman, M.D., (1997). A characterization of Markov equivalence classes for acyclic digraphs. *Annals of Statistics*, **25**, 505-541.

133. Raftery, A.E., Madigan, D., and Hoeting, J. (1997). Accounting for model uncertainty in linear regression. *Journal of the American Statistical Association*, **92**, 179-191.

134. Madigan, D., Keim, M, and Lewis, D.D. (1997). Bayesian information retrieval. *Proceedings of the Sixth International Workshop on Artificial Intelligence and Statistics*, 303-310.

135. Andersson, S.A., Madigan, D., and Perlman, M.D. (1997). On the Markov equivalence of chain graphs, undirected graphs, and acyclic digraphs. *Scandinavian Journal of Statistics*, **24**, 81-102.

136. Madigan, D., Raftery, A.E., Volinsky, C.T., and Hoeting, J.A. (1996). Bayesian model averaging. In*: Integrating Mulitple Learned Models (IMLM-96)*, P. Chan, S. Stolfo, and D. Wolpert (Eds.), 77-83.

137. Raftery, A.E., Madigan, D., and Volinsky, C.T. (1996). Accounting for model uncertainty in survival analysis improves predictive performance. In: Bernardo, J. M., Berger, J. O., Dawid, A. P. and Smith A. F. M., (eds.), *Bayesian Statistics V*, Oxford University Press, 323-350.

138. Andersson, S.A., Madigan, D., and Perlman, M.D. (1996). An alternative Markov property for chain graphs. In *Proceedings of the Twelfth Annual Conference on Uncertainty in Artificial Intelligence*, Eric Horvitz and Finn Jensen (Eds.), Morgan Kaufmann Publishers, Inc., San Mateo.

139. Schaffner, A., Madigan, D., Hunt, E., Graf, E., Minstrell, J., and Nason, M. (1996). Benchmark lessons and the world wide web: Tools for teaching statistics. In: D. Edelson and E. Domeshek (Eds.) *Proceedings of ICLS 96. Association for the Advancement of Computing in Education,* 480-484.

140. Madigan, D. and Almond, R.G. (1996). On test selection strategies for belief networks. In *Learning from Data: Artificial Intelligence and Statistics V*, D. D. Fisher and H. Lenz (Eds.), Springer Verlag, 89-98 (20% acceptance rate for plenary papers).

141. Glymour, C., Madigan, D., Pregibon, D., and Smyth, P., and (1996). Statistical inference and data mining. *Communications of the ACM*, **39**, 35-41.

142. Madigan, D., Andersson, S.A., Perlman, M.D, and Volinsky, C.T. (1996). Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs. *Communications in Statistics - Theory and Methods*, **25**, 2493-2519.

143. Hoeting, J.A., Madigan, D., and Raftery, A.E. (1996). A Method for Simultaneous Variable Selection and Outlier Identification in Linear Regression, *Journal of Computational Statistics and Data Analysis*, **22**, 251-270.

144. Madigan, D., Chapman, C.R., Gavrin, J., Villumsen, O., and Boose, J.H. (1995). Repertory hypergrids for large-scale hypermedia linking. *International Journal of Human-Computer Studies*, 43, 465-481.

145. Madigan, D., Gavrin, J., and Raftery, A.E. (1995). Eliciting prior information to enhance the predictive performance of Bayesian graphical models. *Communications in Statistics - Theory and Methods*, 24, 2271-2292.

146. Madigan, D. and York, J. (1995). Bayesian graphical models for discrete data.  *International Statistical Review*, 63, 215-232.

147. Andersson, S.A., Madigan, D., Perlman, M.D., and Triggs, C.M., (1995). On the relation between conditional independence models determined by finite distributive lattices and by directed acyclic graphs. *Journal of Statistical Planning and Inference,* **46**, 25-46.

148. York, J., Madigan, D., Heuch, I., and Lie, R.T. (1995). Estimation of the proportion of congenital malformations using double sampling: Incorporating covariates and accounting for model uncertainty. *Applied Statistics*, **44**, 227–242.

149. Madigan, D., and Chapman, C.R. (1995). Multimedia tools for cancer pain education. In: *Medical Multimedia*, C. Ghaoui and R. Rada (Eds.), Intellect, Oxford, 121–136.

150. Haynor, D. and Madigan, D. (1995). Bayesian approach to differential diagnosis with use of Monte Carlo technique. *Radiology*, **197**, 425S.

151. Hanks, S., Madigan, D., and Gavrin, J. (1995). Temporal reasoning in probabilistic knowledge-based systems. In *Proceedings of the Eleventh Annual Conference on Uncertainty in Artificial Intelligence*, Philippe Besnard and Steve Hanks (Eds.), Morgan Kaufmann Publishers, Inc., San Mateo, 111-119.

152. Madigan, D., Chapman, C.R., Gavrin, J., Villumsen, O., and Boose, J.H. (1994). Repertory Hypergrids: An Application to Clinical Practice Guidelines. *Proceedings of  the ACM European Conference on Hypermedia Technology*, 117–125.

153. Almond, R, Bradshaw, J.M., and Madigan, D. (1994). Reuse and sharing of graphical belief network components. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 113-122.

154. Madigan, D., York, J.C., Bradshaw, J.M., and Almond, R.G. (1994). Bayesian graphical models for predicting errors in databases. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 123-132.

155. Madigan, D., Raftery, A.E., York, J.C., Bradshaw, J.M., and Almond, R.G. (1994). Strategies for graphical model selection. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag, 91-100.

156. York, J.C. and Madigan, D. (1994). Markov chain Monte Carlo methods for hierarchical Bayesian expert systems. In *Selecting Models from Data: Artificial Intelligence and Statistics IV*, P. Cheeseman and W. Oldford (Eds.), Springer Verlag.

157. Madigan, D., Chapman, C.R., Gavrin, J., Villumsen, O., and Boose, J.H. (1994). Modularized Maintenance for Hyperlinking: An Application to Clinical Practice Guidelines. *Proceedings of the AAAI-94 Workshop on Indexing and Reuse in Multimedia Systems*, 126–140.

158. Kanungo, T., Haralick, R. M., Stuetzle, W., and Madigan, D. (1994). Document Degradation Models: Parameter Estimation and model validation. In *Proc. of Int. Workshop on Machine Vision Applications*, Kawasaki, Japan, 552-557.

159. Madigan, D. and Raftery, A.E. (1994). Model Selection and accounting for model uncertainty in graphical models using Occam's window. *Journal of the American Statistical Association*, **89**, 1535–1546.

160. Madigan, D. (1993). A note on equivalence classes of directed acyclic independence graphs. *Probability in the Engineering and Informational Sciences*, **7**: 409–412.

161. Bradshaw, J.M., Chapman, C.R., Sullivan, K.M., Almond, R.G., Madigan, D., Zarley, D., Gavrin, J., Nims, J., and Bush, N. (1993). KS-3000: Applying DDUCKS to bone-marrow transplant patient support. *Proceedings of the Sixth Annual Florida AI Research Symposium (FLAIRS '93)*, Ft. Lauderdale, FL, April, 78–83.

162. Bradshaw, J.M., Madigan, D., Richards, T., and Boy, G.A. (1993). Emerging technology and concepts for computer-based training. *Proceedings of the Sixth Annual Florida AI Research Symposium (FLAIRS '93)*, Ft. Lauderdale, FL, April, 89–95.

163. Bradshaw, J.M., Richards, T., Fairweather, P., Buchanan, C., Guay, R., Madigan, D.,and Boy, G.A. (1993).  New directions in computer-based training in aerospace.  *Proceedings of the Fourth International Conference on Human Machine Interactions and Artificial Intelligence in Aerospace*. Toulouse, France.

164. Bradshaw, J.M., Chapman, C.R., Sullivan, K.M., Boose, J.H., Almond, R.G., Madigan, D., Zarley, D., Gavrin, J., Nims, J. and Bush, N. (1993). KS-3000: An application of DDUCKS to bone-marrow transplant patient support. *Proceedings of the Seventh European Knowledge Acquisition for Knowledge-Based Systems Workshop (EKAW-93)*. Toulouse and Caylus, France, 57-74.

165. E.A. Kiely, Madigan, D., P.C. Ryan and M.R. Butler (1991). Ultrasonic imaging for extracorporeal shockwave lithotripsy: Analysis of factors in successful treatment. *British Journal of Urology*, **66**: 127–131.

166. Madigan, D. and Mosurski, K. (1991). An extension of the results of Asmussen and Edwards on collapsibility in contingency tables. *Biometrika*, **77**: 315–319.


**Refereed Publications–Submitted:**

## Patents:

167. Ju, W., Krishnakumar, A.S., Krishnan, P., and Madigan, D. (2008). Method and apparatus for positioning a set of terminals in an indoor wireless environment. US PTO # 7403784.

## Other Publications:

168. Schuemie, M., Ryan, P., Hripcsak, G., Madigan, D., and Suchard, M. (2016). Robust empirical calibration of p-values using observational data: Comment on 'Limitations of empirical calibration of p-values using observational data. *Statistics in Medicine*, DOI**:** 10.1002/sim.6977.

169. Ryan, P., Madigan, D., and Schuemie, M. (2014). The Emerging Role of Observational Healthcare Data in Pharmacovigilance. In: *Quantitative Evaluation of Safety in Drug Development: Design, Analysis and Reporting* edited by Qi Jiang and Amy Xia.

170. Stang, P., Patrick Ryan, Abraham G. Hartzema, David Madigan, J Marc Overhage, Emily Welebob, Christian G. Reich, Thomas Scarnecchia (2014). Development and Evaluation of Infrastructure and Analytic Methods for Systematic Drug Safety Surveillance: Lessons and Resources from the Observational Medical Outcomes Partnership. In: Mann's Pharmacovigilance, 3rd Edition Elizabeth B. Andrews and Nicholas Moore (Eds), Chapter 28.

171. Schuemie, M.J., Ryan, P.B., Suchard, M., Shahn, Z., and Madigan, D. (2013). Discussion of "An estimate of the science-wise false discovery rate and application to the top medical literature" by Jager and Leek, *Biostatistics.*

172. Caster, O., Noren, N., Madigan, D., and Bate, A. (2013). Logistic regression in signal detection: another piece added to the puzzle (letter). *Clinical Pharmacology & Therapeutics*, 94, 312.

173. Ryan PB, Madigan D, Stang PE, Marc Overhage J, Racoosin JA, Hartzema AG. (2013) Response to Comment on 'Empirical assessment of methods for risk identification in healthcare data'. *Statistics in Medicine*, Mar 15;32(6):1075-7. doi: 10.1002/sim.5725.

174. Brookhart, M.A., Ryan, P., Madigan, D., Sturmer, T. (2011). An Empirical Comparison of Different Implementations of a Standardized New User Design For Drug Safety Surveillance.

175. McCormick, T.H., Rudin, C. and Madigan, D. (2011). Predicting medical conditions with Bayesian hierarchical rule modeling. Proceedings of the 6th INFORMS Workshop on Data Mining and Health Informatics (DM-HI 2011. P. Qian, Y. Zhou, C. Rudin, eds.

176. Pickering, W.H., Madigan, D., McCarter, R.J., and Burd, R.S. (2009). Evaluating relative importance of injury groupings on in-hospital mortality.

177. Ryan, P.B., Reich, C., Welebob, E., Overhage, J.M., Stang, P.E., Hartzema, A.G., Racoosin, J.A., Scarnecchia, T., Madigan, D. (2011). Managing data quality for an active surveillance system.

178. Hauben, M., Madigan, D., Reisinger, S., Hochberg, A., and O'Hara, D. (2008). Effects of Stratification on Three Pharmacovigilance Data Mining Algorithms.

179. Hauben, M., Madigan, D., Patadia, V., Sakaguchi, M., van Puijenbroek, E. (2010). Quantitative signal detection for vaccines. *Human Vaccines*, 6, 1.

180. Madigan, D. and Gelman, A. (2009). Comment on "What is Statistics," *American Statistician*, **63**, 114.

181. Madigan, D. (2007). Introduction to the LARS chapter. Volume celebrating Efron's 60th birthday.

182. Bilker, W., Gogolak, V., Goldsmith, D., Hauben, M., Herrera, G., Hochberg, A., Jolley, S., Kulldorff, M., Madigan, D., Nelson, R., Shapiro, A., Shmueli, G. (2006). Accelerating Statistical Research in Drug Safety, Letter to the Editor (peer-reviewed), *Pharmacoepidemiology and Drug Safety*, **15**, 687-688.

183. Dayanik, A., Genkin, A., Kantor, P., Lewis, D.D., and Madigan, D. (2005). DIMACS at the TREC 2005 Genomics Track. TREC 2005.

184. Madigan, D. and Stuetzle, W. (2004). Statistics graduate education. Discussion of "The future of statistics" *Statistical Science*, **19**, 3, 408.

185. Madigan, D. (2003). Sparse Bayesian classifiers for text categorization. *Proceedings of the International Statistical Institute*.

186. Madigan, D. and Ridgeway, G. (2003). Discussion of "Least Angle Regression" by Efron, Hastie, Johnstone, and Tibshirani. *Annals of Statistics*.

187. Madigan, D. and Ridgeway, G. (2002). Discussion of "Chain graph models and their causal interpretations" by Lauritzen and Richardson. *Journal of the Royal Statistical Society (Series B)*.

188. Chaudhuri, S., Madigan, D., and Fayyad, U.M. (2000). KDD-99: The Fifth ACM SIGKDD International Conference on Knowledge Discovery and Data Mining. *SIGKDD Explorations*, 1, 49-51.

189. Madigan, D. (1999). Discussion of "Bayesian data mining in large frequency tables" by Bill DuMouchel. *The American Statistician*, **53**, 198-200.

190. Richardson, T., Ridgeway, G., and Madigan, D. (1999). Discussion of Bump Hunting in High-Dimensional Data by Jerome Friedman, *Statistics and Computing*, **9**, 150-152..

191. J.W. O'Kane, G. Ridgeway, and D. Madigan (1999). Statistical Analysis of Clinical Variables to Predict the Outcome of Surgical Intervention in Patients with Knee Complaints.

192. Higdon, D. and Madigan, D. (1998). Discussion of paper by Lavine in *Bayesian Statistics, VI*, 381-382.

193. Nakamura, Y., Chabal, C., Chapman, C.R., Dunbar, P.J., Madigan, D., and Minstrell, J. (1997). FABLE: A computer-based tool for teaching geriatric pain management skills. In *Proceedings of the Annual Conference of the American Pain Socity*.

194. Madigan, D., Perlman, M.D, and Volisnky, C.T. (1995). Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs. *Proceedings of Workshop on Model Robustness and Model Uncertainty*, Bath, England, http://www.isds.duke.edu:80/conferences/bath/abstracts.html.

195. York, J. and Madigan, D. (1993). Discussion of the paper by Smith and Roberts, *Journal of the Royal Statistical Society (Series B)*, **55**, 88.

196. Madigan, D. (1993). What's next? Contribution to *Statistical Science* discussion of two papers on graphical models, **8**:261–263.

197. Madigan, D. (1995). Discussion of the paper by Draper *Journal of the Royal Statistical Society (Series B)*, **57**, 85..

198. Madigan, D. (1995). Discussion of the paper by Chatfield *Journal of the Royal Statistical Society (Series A)*, **158**, 458-459.

199. Madigan, D. (1995). Editorial for special issue of the *International Journal of Human-Computer Studies* on Knowledge-Based Hypermedia, **43**, 279.

200. Clarkson, D.B., Donnell, D., Minstrell, J., Hunt, E., Madigan, D., and Traynor, C. (1994). Vital: An intelligent tutoring system for statistics. *American Statistical Association, Proceedings of Section on Statistical Education*, 88-93.

201. Dunbar, P.J., Madigan, D., Lam, A.M., and Matta, B.F. (1994). A hypermedia instruction tool for teaching retrograde jugular venous cannulation. Multimedia Scientific Exhibit at the 1994 Meeting of the American Society of Anesthesiologists, San Francisco, CA.

202. Madigan, D. (1989). Microcomputer research at the Meath hospital. *Irish Medical Times*, **21** (34), 14-15.

203. Madigan, D. (1989). Expert systems in government. *Irish Computer*, 22-24.

## Book and Software Reviews:

204. Madigan, D. (2002). A review of "Principles of Data Mining" by Hand, Mannila, and Smyth. *SIAM Review*, **44**, 501-502.

205. Madigan, D. (2001). A review of "Probabilistic Networks and Expert Systems" by Cowell, Dawid, Lauritzen, and Spiegelhalter. *Journal of the American Statistical Association,* **96**, 1524.

206. Madigan, D. (1994). A review of MIM: graphical modelling software. *Statistics and Computing*, **4**, 33–39.

207. Madigan, D. (1994). A review of "Graphical models in applied multivariate statistics" by Joe Whittaker. *Networks*, **24**,125.

## Unpublished Technical Reports:

208. Egilman, D., Madigan, D., and Druar, N.M. (2011). A Drug Trial Gone Wrong: Excess Death and Injury Among Study Volunteers in an Unmonitored Alzheimer's Drug Study.

209. Eyheramendy, S., Genkin, A., Ju, W-H., Lewis, D.D., and Madigan, D. (2003). Sparse Bayesian classifiers for text categorization. *JICRD*.

210. Ju, Wen-Hua, Madigan, David, and Scott, Steven (2002). On Bayesian learning of sparse classifiers.

211. Madigan, D. (1998). Combining probability distributions: A Review. Statistical Sciences Inc. Research Report.

212. Schaffner, A., Madigan, D., Clarkson, D.B., Donnell, D., Hunt, E.B., Keim, M., Minstrell, J., Nason, M., and Volinsky, C.T. (1996). Facet-based learning for statistics.

213. Schaffner, A., Madigan, D., Hunt, E.B., and Minstrell, J. (1996). Virtual benchmark instruction.

214. Madigan, D., Hunt, E., Levidow, B., and Donnell, D. (1995). Bayesian graphical models for intelligent tutoring systems.

215. Madigan, D. (1992). Temporal Reasoning with Probabilities: A Review. Statistical Sciences Inc. Research Report Number 7.

216. Madigan, D. (1992). Approaches to Explanation in Bayesian Networks. Statistical Sciences Inc. Research Report Number 8.

217. Carlsen, J.C., Madigan, D. and Bradshaw, D. (1992). Music expectancy and its measurement. UW Department of Music Technical Report.

## Selected Invited Presentations:

Boston University, Boston, "Ethical Challenges in Drug Development" October 2018.

IQVIA Research Institute Forum, Boston, "Honest Inference from Observational Studies" July 2018.

Keynote Address, FDA Center for Biologics Evaluation Research Science Day, "Honest Inference from Observational Studies" June 2018.

ASA Conference on Statistical Learning and Data Science, Keynote Address, "Honest Inference from Observational Studies" June 2018.

Atlantic Causal Inference Conference, "A Bayesian approach to modeling negative controls in observational studies." CMU, May 2018.

University of Arizona, "Honest Inference from Observational Studies" April 2018.

Temple University, "Honest Inference from Observational Studies" April 2018.

CRM Montreal, Workshop on Risk Modeling, Management and Mitigation in Health Sciences, "A data-driven world: opportunities and challenges," December 2017.

Royal Society London, Workshop on the Ubiquity of Algorithms, "A data-driven world: opportunities and challenges," October 2017.

New York University, Center for Data Science, "A data-driven world: opportunities and challenges," October 2017.

Pfizer Analytics Summit, "Honest Inference from Observational Studies" October 2017.

American Express, New York, "A data-driven world: opportunities and challenges," September 2017.

IBM Watson Computational Health Summit, "Honest Inference from Observational Studies" May 2017.

IMS Spring Research Conference, Rutgers, Keynote Address, "Honest Inference from Observational Studies" May 2017.

New England Statistics Symposium, U Conn, Keynote Address, "Honest Inference from Observational Studies" April 2017.

IBM Watson, Yorktown Heights, NY, "Honest Inference from Observational Studies" March 2017.

Sackler Meeting at the National Academy of Sciences, Washington, DC, "Honest Inference from Observational Studies" March 2017.

University of Wisconsin, Department of Biostatistics, "Honest Inference from Observational Studies" November 2016.

Vanderbilt University, Department of Biostatistics, "Honest Inference from Observational Studies" October 2016.

Dana-Farber Reproducibility in Personalized Medicine Research Workshop, Boston, "Honest Inference from Observational Studies," September 2016.

EXPERT 2016: Trailblazers, "Large-scale Observational Healthcare Data: Promise and Peril," IUPUI, Indianapolis, September 2016.

International Society for Pharmacoepidemiology and Therapeutic Risk Management, Annual Meeting, Dublin, Ireland, August 2016.

International Chinese Statistical Association Applied Statistics Meeting, Keynote Address, Atlanta, "Honest Inference from Observational Studies" June 2016.

Trends and Innovations in Clinical Trial Statistics, Keynote Address, North Carolina, "Honest Inference from Observational Studies" May 2016.

Penn State University, Department of Statistics, "Honest Inference from Observational Studies" April 2016.

Theory of Big Data Conference, London, "Honest Inference from Observational Studies" January 2016.

University of Michigan, Department of Statistics, "Honest Inference from Observational Studies" October 2015.

ASA Connecticut Chapter, Farmington, CT, "Honest Inference from Observational Studies" April 2015.

Sackler Meeting at the National Academy of Sciences, Washington, DC, "Honest Inference from Observational Studies" March 2015.

NISS Affiliates Workshop, Miami FL, "Observational Studies: Lessons from OMOP and OHDSI" March 2015.

ENAR, Miami FL, "Observational Studies: Lessons from OMOP and OHDSI" March 2015.

U. Mass Medical School Grand Rounds, Worceter, MA, "Observational Studies: Lessons from OMOP and OHDSI" February 2015.

11th Global Cardiovascular Clinical Trials Forum, Washington, DC, "Honest Inference from Observational Studies" December 2014.

Duke University, Department of Statistical Science, "Honest Inference from Observational Studies" October 2014.

Good Medical Research Conference, Cooper Union, New York, "Honest Inference from Observational Studies" October 2014.

First Seattle Symposium on Healthcare Data Analytics, Group Health, Seattle, "Honest Inference from Observational Studies" September 2014.

Institute for Data Sciences and Engineering, Columbia University, "Are Observational Studies Any Good?" September 2014.

Joint Statistical Meetings, Boston, Lunch with the Speaker, "Are Observational Studies Any Good?" August 2014.

Rutgers Annual Statistics Symposium, "Are Observational Studies Any Good?" May 2014.

Keynote Address, SIAM International Conference on Data Mining, Philadelphia, "Are Observational Studies Any Good?" April 2014.

Rustagi Lecture, Ohio State University, "Calibrating Observational Studies" April 2014.

ENAR, Baltimore, "Calibrating Observational Studies" March 2014.

Stern School, New York University, "Are Observational Studies Any Good?" March 2014.

PaSiPhIC Conference, San Luis Obispo, "Are Observational Studies Any Good?" Keynote address, February 2014.

Robert Wood Johnson/Rutgers, "Are Observational Studies Any Good?" December 2013.

Pfizer Inc., New York, "The Bayesian List Machine" October 2013.

University at Buffalo, "Are Observational Studies Any Good?" October 2013.

Joint Statistical Meetings, Montreal, "The Bayesian List Machine," August 2013.

NYC R-Meetup, "Are Observational Studies Any Good?" July 2013.

IMA New Directions Summer School, University of Minnesota, June 2013.

McGill University, Department of Epidemiology, Biostatistics & Occupational Health, "Are Observational Studies Any Good?" February 2013.

Brown University, Department of Biostatistics, "Are Observational Studies Any Good?" November 2012.

Pfizer Inc., New York, "Are Observational Studies Any Good?" November 2012.

Yale University, Department of Biostatistics, "Are Observational Studies Any Good?" November 2012.

University of Montreal, Canada, "Are Observational Studies Any Good?" October 2012.

Rutgers University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

Carnegie Mellon University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

Yale University, Department of Statistics, "Are Observational Studies Any Good?" October 2012.

SAMSI Opening Workshop on Data-Driven Decisions in Healthcare, "A Predictivist Approach to Observational Analyses in Healthcare," SAMSI, August 2012.

Atlantic Causal Inference Conference, "Big-Data-Driven Medicine," Baltimore, May 2012.

Interface 2012, "Massive Parallelization of Serial Inference Algorithms for a Complex Generalized Linear Model," Houston, TX,  May 2012.

IMA Meeting on User-Centered Modeling, "Big-Data-Driven Medicine," Minneapolis, May 2012.

New York City Center for Innovation Through Data Intelligence, "Big-Data-Driven Medicine," New York City, April 2012.

University of Texas at Austin, "High-Dimensional Pharmacoepidemiology," Austin TX, April 2012.

ENAR Spring Meeting, "High-Dimensional Pharmacoepidemiology," Washington DC, April 2012.

Institute of Medicine Meeting on Healthcare Data, "High-Dimensional Pharmacoepidemiology," Washington DC, March 2012.

Wharton Business School, "Statistical Methods for Drug Safety Surveillance: Big Data to the Rsscue?" Philadelphia, December 2011.

New Paradigms in Clinical Trial Methodology Symposium, "Medicine meets Big Data," Research Triangle Park, NC, November 2011.

Drug Information Association Annual Meeting, "OMOP – A Summary of the Findings," Chicago, June 2011.

Drug Safety Research Unit 6th Biennial Conference - Signal Detection & Interpretation in Pharmacovigilance, London, "Signal Detection Methods," June 2011.

New York Machine Learning Meet-up, New York, "Bayesian model averaging – new tricks for an old dog," May 2011.

Café Science public lecture, New York, "How safe are your prescription drugs?" May 2011.

PhRMA/FDA Statistical Leaders Conference, Washington DC, "Bayesian methods in active surveillance," April 2011.

AcademyHealth, Electronic Data Methods Forum Symposium, Washington, DC, "OMOP Initial Findings," April 2011.

North Carolina State University, "Drug Safety", April 2011

DIA Computational Science Meeting, Washington DC, "Self-controlled methods for analyzing recurrent events in large-scale longitudinal data," March 2011.

Department of Mathematics and Statistics, Bowling Green State University, "Active Surveillane for Drug Safety," Bowling Green, OH, December 2010.

Second Annual Princeton Day of Statistics, "Active Surveillane for Drug Safety," Princeton, NJ, October 2010.

Workshop on Recent Advances in Bayesian Computation, "Big Bayesian Logistic Regression," Singapore, Septmeber 2010.

Joint Statistical Meetings, "The Observational Medical Outcomes Partnership," Vancouver, Canada, August 2010.

Sparsity Workshop, University of Bristol, "Sparse methods in drug safety," Bristol, U.K., June 2010.

Valencia 9 International Meeting on Bayesian Statistics, "Bayesian methods in pharmacovigilance," Benidorm, Spain, June 2010

CRiSM Workshop on Model Uncertainty, "Sequential Bayesian Model Averaging," Warwick, U.K., May 2010

Data Mining and Nonparametric Statistics conference, "Active Surveillane for Drug Safety," Columbus, OH, May 2010.

International Society for Pharmacoepidemiology, mid-year meeting, "Observational Medical Outcomes Partnership: Methods Update," Raleigh, NC, April 2010.

Department of Statistics, Harvard University, "Active Surveillane for Drug Safety," Cambridge, MA, March 2010.

Frontiers of Statistical Decision Making and Bayesian Analysis (in honor of Jim Berger), "Active Surveillance for Drug Safety," San Antonio, March, 2010.

American Society for Microbiology Biodefense Meeting, "A cross-species analysis of the CDC anthrax vaccine safety data," Baltimore, February, 2010.

DIMACS 20th Anniversary Conference, "Drug safety, port security, and anthrax: A DIMACS medley." New Jersey, November, 2009.

DIA 2nd Annual Conference on Signal Detection and Data Mining, "The OMOP Project." New York, November 2009.

Keynote Speaker at 11th Annual Johnson & Johnson Statistics Conference, "Post-marketing drug safety surveillance: new developments," New Jersey, October, 2009.

CDC Annual Anthrax Vaccine Research Meeting, "Correlates of protection, the bridge from animals to humans." September 2009.

Joint Statistical Meetings, "Sequential Bayesian Model Selection," Washington, DC, August 2009

IMS Medalion Lecture, WNAR Conferece, "High Dimensional Bayesian Classifiers," Portland, Oregon, June 2009.

Quality and Productivity Research Conferece, "High Dimensional Bayesian Classifiers," IBM Watson, June 2009.

Taft Competitive Lecture, University of Cincinnati, "How safe are your drugs?." May, 2009

Department of Biomedical Informatics, Columbia University, "Shrinkage methods for drug safety," New York, March 2009.

Roche Global Safety Science Meeting, "Logistic regression for drug safety," Vienna, Austria, February 2009.

Department of Statistics, Rice University, "Shrinkage methods for drug safety," Houston, TX, January 2009.

Department of Statistics, University of Illinois, "Shrinkage methods for drug safety," Champaign, IL, December 2008.

Drug Information Association Signal Detection and Data Mining workshop, "Shrinkage methods for drug safety," Washington DC, November 2008.

DIMACS Port Security Wokshop, "Efficient sequential decision making algorithms for container inspection operations," New Jersey, November 2008.

Psychiatry Institute, Columbia University, "Data mining and the drug development process: Safety," New York, September 2008.

Institute of Mathematical Statistics Annual Meeting, "High Dimensional Bayesian Classifiers," Singapore, July 2008.

International Conference on Machine Learning and Data Mining, half day tutorial, "Text Mining," Beijing, China, June 2008.

International Conference on Machine Learning and Data Mining, "Data mining and the drug development process: Safety," Beijing, China, June 2008.

International Indian Statistical Association Annual Meeting. "Data mining and the drug development process: Safety," University of Connecticut, May 2008.

10th Annual Symposium on Statistics in Psychiatry, "High-dimensional Bayesian classifiers," New York University, May 2008.

Brooklyn Law School, "Secrets of Vioxx: Lessons for Drug Safety," April 2008.

Columbia University, Department of Applied Mathematics, "High-dimensional Bayesian classifiers," April 2008.

NIH/NIAID, "Secrets of Vioxx: Lessons for Drug Safety," March 2008.

CDC Anthrax Vaccine Correlate of Protection Meeting, "Predictive modeling building for correlates of protection, " March 2008.

Tenth Annual Winter Workshop, Bayesian Model Selection and Objective Methods, University of Florida, "High-Dimensional Bayesian Classifiers," January 2008.

University of Pennsylvannia Wharton Business School, "Secrets of Vioxx: Lessons for Drug Safety in the Drug Development Process," December 2007.

University of Washington Department of Biostatistics, "Secrets of Vioxx: Lessons for Drug Safety in the Drug Development Process," November 2007.

Annual meeting of the International Society of Pharmacovigilance, Bournemouth, UK, "How to Shrink in Pharmacovigilance." October, 2007.

SIAM Conference on Mathematics for Industry, Philadelphia, PA, "Pharmacovigilance: new methods needed." October, 2007.

U. Penn Invitational Choice symposium, Philadelphia, PA,  "Statistical Analysis: Bigger and Bigger," June 2007.

Midwest Biopharmaceutical Statistics Workshop, Muncie IN, "Bayesian post-marketing drug safety surveillance," May 2007.

Yale University, "Lasso Logistic Regression: Recent Developmentsm" April, 2007.

ENAR Annual Meeting, Atlanta GA, "Bayesian post-marketing drug safety surveillance," March 2007.

Duke University, "Lasso Logistic Regression: Recent Developments" November, 2006.

CDC Anthrax Vaccine Research Program Seventh Annual Investigator's Meeting, "Non-Human Primate Study," Atlanta, GA, October 2006.

UCLA Undergraduate Statistics Program, "Localization in Wireless Networks", two-day practicum, June 2006, Los Angeles.

Classification Society of North America Annual Meeting, "The Power of the Prior," May 2006, New Jersey.

Workshop on The Science of Learning and the Teaching of Math and Science, "Facet-Based Learning," May, 2006, Rutgers University.

Data Mining in Pharmacovigilence, April 2006, Pfizer, New York City

Data Mining in Pharmacovigilence, March 2006, DIA Meeting, Washington, DC

University of Chicago, "Sparse Bayesian Classification", February 2006.

Data Mining in Drug Safety, February 2006, DIMACS Workshop

Bayesian Statistics VIII, June 2006, Valencia, Invited talk. (declined due to conflict)

Drug Information Association Tutorial on Data Mining for Pharmacovigilence, Washington D.C., January 2006.

CDC Anthrax Vaccine Research Program Sixth Annual Investigator's Meeting, "Non-Human Primate Study: Interim Report," Atlanta, GA, October 2005.

NISS Workshop in Honor of Jon Kettenring, Better Data Analysis with Prior Knowledge, September 2005.

SAMSI Workshop on Homeland Scurity and National Defence, Statistical Methods for Authorship Attribution, SAMSI, September 2005.

Mitre Workshop on the Significance of Bioinformatics to National Security, Washington D.C., June 2005

Plenary Address, Graybill Conference, "Text Mining," Colorado, June 2005.

Google, New York, "Text mining," April 2005

Princeton University, "Online logistic regression," March 2005

American Statistical Association, Florida Chapter, Annual Meeting, "From Sewage to Guns: 20 Years of Statistical Consulting", February 2005.

Florida State Unversity, "The statistical analysis of text data", February 2005

MCMSki Workshop, Bormio, Italy, "Text categorization", January 2005.

M2004 SAS Data Mining Conference, "Text mining", October, 2004

Pacific Northwest National Laboratory, "Bayesian Model Selection", October, 2004

Bell Labs, "Bayesian Location Estimation", October, 2004

JSM, Toronto, "Bayesian Location Estimation", August, 2004

Bertinoro, Italy, Workshop on the Mathematics of Web Search, "Statistical Analysis of text Data", June 2004.

Wharton Business School, "Bayesian text categorization," April 2004.

DIMACS Workshop on Data Mining and Epidemiology, "Data Mining: An Overview", March 2004.

Columbia University, "Statistical methods for the analysis of textual data", September 2003.

University of Aalborg, Denmark, "Bayesian graphical models for location determination", September 2003

SAMSI, "Statistical methods for the analysis of textual data", September 2003.

ISI, Berlin, "Text Categorization", August 2003.

DIMACS Working Group on Data Mining and Epidemiology, "Analysis of Hospital Discharge Data", May 2003.

Johns Hopkins University, "Text categorization", May 2003

North Carolina State University, "Text Categorization", May 2003

Cleveland Clinic, "Graphical Markov Models", December, 2002.

IBM TJ Watson, "Text Categorization", November, 2002

Educational Testing Service, "Sequential Monte Carlo Methods for Massive Datasets", November, 2002

University of Connecticut, "Text Categorization", September, 2002

IMS Annual Meeting, Banff, Canada, "Retrieval properties of large collections," July, 2002.

IMS Annual Meeting, Banff, Canada, "Bayesian analysis of hidden Markov models," July, 2002.

Keynote Speaker, 22nd International Symposium on Forecasting, Dublin, "Bayesian analysis of hidden Markov models", June 2002.

Bayesian Statistics VII, June 2002, Valencia, Invited discussion.

Duke University, "Text Categorization", May 2002.

University of California, Irvine, "Text Categorization", April 2002.

University of Southern California, "Text Categorization", April 2002.

New York University, "Bayesian analysis of hidden Markov models", April 2002.

DIMACS Epidemiology Workshop, "Some aspects of adverse events detection." March 2002.

Temple University, "Text Categorization", April 2002.

Haifa Winter Workshop on Computer Science and Statistics, Technion, Haifa, Israel, "Bayesian Analysis of Hidden Markov Models." December, 2001.

Haifa Winter Workshop on Computer Science and Statistics, University of Haifa, Israel, "Likelihood-based Data Squashing." December, 2001.

Columbia University, Graphical Models and Bayesian Networks: A History. October, 2001.

SCILS, Rutgers University, Bayesian statistical methods for digital traces, April, 2001.

Bell Labs, Data warehousing and reporting: a case study, January, 2001.

Rutgers University, Graphical Markov Models, December, 2000.

University of Washington. Data squashing. November 2000.

Royal Statistical Society Annual Meeting, University of Reading. Graphical Models and Bayesian Networks: A History. September, 2000.

University of Chicago Business School. Data squashing. November 1999.

Joint Statistical Meetings, August 1999, Baltimore. "Bayesian data mining in large frequency tables."

UW Mathday Plenary Speaker. Data in-Garbage out: How to twist the truth with statistics. March 1999.

Bell Labs, Bayesian Model Selection. January 1999.

Seventh International Workshop on AI and Statistics, Florida. Bayesian Graphical Models, Intention-to-Treat, and the Rubin Causal Model. January, 1999.

Bayesian Statistics VI, June 1998, Valencia, Invited discussion.

Bellcore, "Bayesian Collaborative Filtering" June 1998.

Cambridge University, Statistical Laboratory, "Noncompliance in clinical trials," October 1997.

Isaac Newton Institute for Mathematical Sciences, Cambridge, UK "Bayesian model averaging," October 1997.

Trinity College Dublin, "Bayesian model averaging," October 1997.

UW/Microsoft Data Mining Institute, "Bayesian model averaging," July 1997.

KDD-97, "Graphical models," August 1997.

 "The World-Wide Web as a Statistical Producer," Derry, Northern Ireland, "Statistical Analysis of Web-Generated Data," April 1997.

International Association for Statistical Computing, Pasadena, CA, "Graphical Markov Models for Chain Graphs," February 1997.

Sixth International Workshop on AI and Statistics, Florida, "Bayesian Information Retrieval," January, 1997.

Royal Statistical Society, Special Session sponsored by the Research Section, Invited Talk, "Dealing with model uncertainty," September, 1996.

ETS, Princeton, New Jersey, August 1996, "Bayesian model averaging."

Joint Statistical Meetings, August 1996, Chicago. "Bayesian information retrieval."

First European Conference on Highly Structured Stochastic Systems, Rebild, Denmark, May 1996.

INFORMS (formerly ORSA-TIMS) meeting, May 1996, Washington DC, "New developments in Bayesian model averaging."

Departments of Philosophy and Statistics, Carnegie-Mellon University, Invited talks, May 1996.

ENAR meetings, Richmond, VA, and ISDS, Duke University, "Model Selection and Averaging with Biostatistics applications," March 1996, invited.

Department of Mathematical Sciences, University of Alaska at Fairbanks, February 1996, invited.

NIPS Conference, Vail, Colerado December 1995, "Bayesian model averaging and model selection for Markov equivalence classes of acyclic digraphs"

Model Uncertainty Workshop, Bath, England, June 1995, "New developments in Bayesian model averaging."

Algebraic Methods in Multivariate Statistics, Oberwolfach, Germany, July 1995.

Workshop on Maximum Entropy and Bayesian Methods, Sante Fe, July 1995, "New developments in Bayesian model averaging."

Department of Psychology, UW, Facet-based Learning for Statistics, April, 1995

Fifth International Workshop on Artificial Intelligence and Statistics, Florida, Plenary Talk, "Test selection for graphical models," January 1995.

Department of Statistics, UW, Facet-based Learning for Statistics, December, 1994

European Conference on Hypermedia Technology, Edinburgh, Scotland, September 1994, "Repertory hypergrids: An application to clinical practice guidelines."

Bell Communications Research, August 1994, "Repertory hypergrids for hypermedia."

Bell Laboratories, August 1994, "Model Uncertainty" .

IMS Meeting, June 1994, Chapel Hill, "Computations for Bayesian graphical models."

Bayesian Statistics V, June 1994, Valencia, "Improving the predictive performance of Bayesian graphical models."

The Seventh Annual Florida Artificial Intelligence Research Symposium, May 1994. "Building Bayesian models for intelligent tutoring systems."

Joint Statistical Meetings, August 1993, San Francisco. "Accounting for Model Uncertainty."

First ACM Workshop on Multimedia in Medical Education, August 1993, Anaheim. "Multimedia tools for Cancer Pain Education."

Bayes Factors and Sensitivity Analysis Workshop, Febuary 1993, UCLA. "Bayesian graphical models."

Society for Medical Decision Making, October 1992, Portland, Oregon. "Bayesian Statistics."

Joint Statistical Meetings, August, 1992, Boston. "Model Selection and Accounting for Model Uncertainty in Graphical Models using Occam's Window."

The Second International Conference on Music Perception and Cognition, February, 1992, Los Angeles. "Development of a Data-based Expectancy Model."


## Scholarly Service Activities:

### Scholarly Journals

Editorial Board, *Journal of Scientific Practice and Integrity*, 2018-

Member, Editorial Committee, *Annual Reviews of Statistics and its Application*, 2018-2022.

Editor-in-Chief, *Statistical Analysis and Data Mining – the ASA Data Science Journal*, 2013-2015.

Associate Editor, *Statistical Science*, 2011-2013.

Editor-in-Chief, *Statistical Science*, 2008-2010.

Editorial Board, *Therapeutic Innovation and Regulatory Science*, 2013-

Editorial Board, *International Journal of Occupational and Environmental Health*, 2012-2017

Advisory Board, Wiley Interscience Review Series (WIRES) On Data Mining And Knowledge Discovery, 2008-

Editorial Board, *Foundations and Trends in Machine Learning*, 2007-

Senior Associate Editor, *Advances in Disease Surveillance*, 2005-2009.

Advisory Board, *Bayesian Analysis,* 2004-2006.

Action Editor, *Journal of Machine Learning Research*, 2003-2006.

Associate Editor, *Journal of Computational and Graphical Statistics*, 1997-2002.

Associate Editor, *Journal of the Royal Statistical Society (Series B)*, 1995-1999.

Editor of special issue of the *International Journal of Human-Computer Studies*: "Knowledge-based hypermedia," 1995.

Editorial Board for the *Handbook of Knowledge Discovery and Data Mining,* 1997-2000.

Editorial Board for the *Journal of Data Mining and Knowledge Discovery*,1996-2004.


### Professional Societies

Member, NAS Real World Evidence Workshop Planning Committee, 2017.

Member, International Society for Pharmacoeconomics and Outcomes Research (ISPOR) Task Force in Enhancing the Utility of Real World Evidence for Decision Making, 2016-2017.

Charter Member, International Prize in Statistics Foundation, 2014-2017.

Publications Officer, Statistical Learning and Data Mining Section, American Statistical Association, 2014-2016.

Chair, Ad-Hoc IMS Committee to select the editor-in-chief of the *Statistical Science*, 2012.

IMS representative to the steering committee for the International Year of Statistics, 2013.

Program Chair, Statistical Learning and Data Mining Section, American Statistical Association, 2009-2010.

Chair, ISBA Constitution and Bylaws Committee, 2009-2014

Program Chair, Institute of Mathematical Statistics, 2005.

Member, Ad-Hoc IMS Committee to select the editor of the *Annals of Applied Statistics*, 2006.

Member, Ad-Hoc ISBA Committee to select the editor of *Bayesian Analysis*, 2006.

Elected Member of the ISBA Board (International Society Bayesian Analysis), 2005-2006.

Program Chair, Statistical Computing Section, American Statistical Association, 2003-2004.


### Conferences

Co-Organizer, Workshop on Transdisciplinary Foundations of Data Science, Institute of Mathematics and its Applications, Minnesota, September 2016.

Chair, Organizing Committee for International Year of Statistics Capstone Workshop, 2012-13.

Member, Senior Program Committee, KDD-2011.

Member, Program Committee, 2nd International Conference on Algorithmic Decision Theory, DIMACS, 2011

Co-Chair, BioSurveillance 2007: NSF BioSurveillance Workshop: Systems and Case Studies.

Student Awards Chair, KDD-2004, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining.*

Member of the Organizing Committee for the National Syndromic Surveillance Conference, 2003, 2004.

Member of the KDD-2003, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining,* Best Paper Award Committee, 2003.

Program Chair, KDD-1999, *The ACM SIGKDD International Conference on Knowledge Discovery and Data Mining.*

Program Chair, AISTATS-07, *Sixth International Workshop on Artificial Intelligence and Statistics*, 1997.

Member of the program committee for Association for Computing Machinery Special Interest Group on Infromation Retrieval Annual Conference (ACM SIGIR)-2002, 03, 04.

Member of the program committee for KDD-95, 96, 97, 98, 99, 00, 01, 02, & 2004 Knowledge Discovery in Databases.

Member of the program committee for UAI-95, 96, 97, 98, 99, 02, 03 & 04, the Annual Conference on Uncertainty in Artificial Intelligence.

Member of the program committee for AISTATS-95, 97, 99, 01, 03 & 05, the International Workshop on Artificial Intelligence and Statistics.

Member of the program committee for IDA-01, Intelligent Data Analysis.

Co-organizer, Worskhop on Learning in Graphical Models, NIPS, Colorado, December, 1995.

Co-Chair for Institute of Mathematical Statistics/National Science Foundation Graphical Models Summer Workshop, 1997.

Member of the program committee for Florida Artificial Intelligence Research Symposium (FLAIRS) 1996 & 1997 Uncertain Reasoning in Artificial Intelligence Track, Florida.


### Government

Member, Organizing Committee NSF Statistics at a Crossroads, 2018.

Member, NAS Committee on Applied and Theoretical Statistics, 2017-2020.

Consultant, FDA Advisory Committees, 2014-2017.

Member, FDA Advisory Committee on Drug Safety and Risk Management, 2011-2014.

NIH Panel member, Special Emphasis Panel/Scientific Review Group 2012/10 ZRG1 PSE-B (02) M, 2012.

Member, NAS-NRC Committee on Massive Data, 2010-2011.

Member, FDA Science Board – CDER sub-committee, 2010-2011.

Science Foundation Ireland Mathematics Review Panel, March, 2005, October 2005, February 2006, November 2006, March 2007.

National Science Foundation Artificial Intelligence and Cognitive Science Review Panel, 2004

National Science Foundation Statistics Review Panel, 2003, 2004, 2007

Member of the Institute of Medicine Committee to Review the CDC Anthrax Vaccine Safety and Efficacy Research Program, 2000-2002.


### Other

External Review Committee for the School of Computer Science and Statistics, Trinity College Dublin, February 2016.

External Review Committee for the Harvard Division of Continuing Education, February 2016.

External Review Committee for Statistics (Chair), Cornell, April 2015.

External Review Committee for Arts & Sciences (Chair), Emory University, April 2015.

External Review Committee for Statistics (Chair), Carnegie Mellon University, 2013.

Member, DIMACS Advisory Board, 2013-

Member, CCICADA Advisory Board, 2012-

Member, Advisory Board, University of Maryland "Development and Evaluation of Search Technology for Discovery of Evidence in Civil Litigation." 2011-2014.

Co-Organizer of Summer 2011 Undergraduate "Explorations in Statistics" camp, 30 students.

Member, Advisory Board, Command, Control, and Interoperability Center for Advanced Data Analysis, A Department of Homeland Security Center of Excellence, 2010-

External Review Committee for Biostatistics, Columbia University, May 2012

External Review Committee for Statistics, Harvard University, April 2010.

External Review Committee for Statistics (Chair), Duke University, 2009.

External Review Committee for Statistics, University of North Carolina, 2008.

Editorial Board, ASA-SIAM Series on Statistics and Applied Probability, 2006-2008.

Series Editor, Chapman and Hall Computer Science and Data Analysis Series, 2002-present

External Examiner for PhD Dissertation of Susanne Bottcher, Aalborg University, Denmark, June 2004.

External Examiner for PhD Dissertation of Bo Thieson, Aalborg University, Denmark, September 1996.


## Selected Consulting Activities:

Consultant, Aris Global, 2012.

Consultant, Emergent Biosolutions, 2012-2013.

Consultant, Pharmaceutical Development Group, Inc., 2012-.

Consultant, DaVita Inc., 2010.

Consultant, Boehringer Ingelheim, 2010.

Consultant, Foundation for the NIH, OMOP, 2009-2013.

Consultant, CDC Anthrax Vaccine Research program, 2005-2010.

Consultant, Skarven Enterprises/Boeing, 2003-2012.

Consultant, Wyeth Pharmaceutical, 2006, 2008-09.

Consultant, Novartis Inc., 2006-2008.

Consultant, Takeda Inc., 2008, 2011.

Consultant, Pfizer Inc., 2007-2008, 2013-14.

Advisory Board, mediGuard/Quintiles, 2007-2011.

Consultant, Adready Inc., 2008.

Consultant, Jarvik Heart Inc., 2009-2016,

Consultant, GSK Inc., 2009.

Consultant, Eli Lilly Inc., 2016-2018.

Consultant, Endo Pharmaceuticals Inc., 2016-2017.

Consultant, Merck, 2016.

Consultant, Heron Therapeutics Inc., 2018-2019.

Consultant, Shire Plc, 2018-.

Consultant in litigation in the last four years related to Abilify, Accutane, Aranesp, Avelox, Depakote, Ford, Incretins, InFuse, NexGen, Pradaxa, Talc, Taxotere, UBS, and Vioxx.

## PhD Committee Chairmanships:

1. Jeremy C. York, Dissertation Title: " Bayesian Methods for the Analysis of Misclassified or Incomplete Multivariate Discrete Data." PhD Awarded 1992. Winner of the Savage Outstanding Dissertation Award. Currently employed at amazon.com, Seattle.

2. Jennifer Hoeting, Dissertation Title: "Accounting for Model Uncertainty in Linear Regression." PhD Awarded 1994 (joint with Adrian Raftery). Currently Professor at Colorado State University.

3. Chris Volinsky, Dissertation Title: " Bayesian Model Averaging in Censored Survival Models." PhD Awarded 1997 (joint with Adrian Raftery). Currently employed at AT&T Laboratories - Research.

4. Andrew Schaffner, Dissertation Title: "Tools for the Advancement of Undergraduate Statistics Education." PhD Awarded 1997. Currently Professor at California Polytechnic State University, San Luis Obispo.

5. Michelle Keim, Dissertation Title: "Bayesian Information Retrieval." PhD Awarded 1997. Currently employed at Detectent, San Diego.

6. Cibele daSilva, Capture-recapture methodology for bowhead whales. PhD Awarded 1999.

7. Greg Ridgeway, Learning Massive Bayesian Networks. PhD Awarded 1999. Currently Associate Professor, U. Penn.

8. Susana Eyheramendy, Text categorization. PhD Awarded 2003. Currently Associate Professor, Department of Statistics, Pontificia Universidad Catolica de Chile.

9. Ivan Zorych, Location estimation in wireless networks, PhD Awarded 2005 (NJIT/Rutgers). Previously Research Scientist at Columbia University.

10. Aimin Feng, Bayesian methods for post-marketing drug safety surveillance, PhD Awarded 2006 Currently employed at C.R. Bard, Inc.

11. Denise Chang, Individualized hospital report cards, PhD Awarded 2006. Currently employed at Sanofi-Aventis.

12. Suhrid Balakrishnan, Algorithms and Applications for Classifiers of Massive and Structured Data Problems, PhD Awarded 2007. Currently employed at a financial trading firm.

13. Jerry Cheng, Bayesian Methods for Non-Standard Missing Data Probems, PhD Awarded 2010. Currently Assistant Professor, UMDNJ/Rutgers.

14. Shouhou Zhou, Bayesian Predictive Model Selection Criteria, PhD Awarded 2010. Assistant Professor, MD Anderson.

15. Shawn Simpson, Self-controlled methods for postmarketing drug safety surveillance in large-scale longitudinal data, PhD Awarded 2011. Currently data scientist at Tapad Inc.

16. Zach Shahn, Methods for Personalized and Evidence Based Medicine, PhD Awarded 2015. Currently research scientist at IBM.

17. Ed Cheng, Applications of Bayesian Methods of Legal Problems, PhD Awarded 2018. Professor at Vanderbilt

18. Feihan Liu, PhD Awarded 2018.


## PhD Committee Memberships:

### UW PhD Reading Committees
Mayumi Adachi, Department of Music
Denise Draper, Department of Computer Science
Geof Givens, Department of Statistics
Steven Lewis, Department of Statistics
Heike Blossey, Department of Statistics
Jeremy York, Department of Statistics (Chair)
Jennifer Hoeting, Department of Statistics (Chair)
David Bradshaw, Department of Music
Craig Donovan, SIPhD
Dan Hershman, Department of Music
Tapas Kanungo, Department of Electrical Engineering

### UW PhD Committees
Carlos Diaz Avalos, Department of Statistics
Lang Wu, Department of Statistics
Renato Assuncao, Department of Statistics
Dave Higdon, Department of Statistics
Brian Hopkins, Department of Mathematics
Shili Lin, Department of Statistics
Brian Lockyear, Department of Computer Science
Badr al Badr, Department of Electrical Engineering
Tapas Kanungo, Department of Electrical Engineering
Michael Heeley, Business School
Kyung-Im Sung, Department of Electrical Engineering

### Rutgers PhD Committees
William McLoughlin, Department of Chemistry
Francis Mendez, Business School, RU Newark
Qi Xia, Department of Statistics
Pai-Hsi Huang, Department of Computer Science
Yihua Wu, Department of Computer Science
Aynur Dayanik, Department of Computer Science
Dmitriy Fradkin, Department of Computer Science
Ying Sun, School of Communication, Information and Library Studies
Jun Li, Department of Statistics
Yong Wang, Department of Genetics

### Rutgers MS Committees
Saumitr Pathak, Department of Electrical and Computer Engineering

### Columbia PhD Committees
Lucy Robinson, Department of Statistics

Jane Paik, Department of Statistics
Mladen Laudanovic, Department of Statistics
Ragna Haraldsdottir, Department of Statistics
Tyler McCormick, Department of Statistics
Kamiar Rahnama Rad, Department of Statistics
Pannaga Shivaswamy, Department of Computer Science
Xiaoyan Wang, Department of Biomedical Informatics
Anil Raj, Department of Applied Physics and Applied Mathematics
Ivor Cribben, Department of Statistics
Ying Liu, Department of Statistics
Maria de los Angeles Resa Juarez, Department of Statistics
Susanna Makela, Department of Statistics
David Hirschberg, Department of Statistics

## Teaching:

### Columbia University
Research Design (APANKS5300), Fall 2017
Bayesian Data Analysis (ERM5580), Spring 2017
Applied Statistical Methods (W2025), Spring 2012, Spring 2013
Introduction to Statistical Methods (W3005), Fall 2012, Fall 2014, Fall 2015
Statistical Consulting, Fall 2008, Spring 2009, Fall 2009, Spring 2010, Fall 2010, Spring 2011
Data Mining, Fall 2008
Applied Statistics (G6101-2): Fall 2007 - Spring 2008.
Introduction to Statistical Reasoning (W1001): Spring 2010, Fall 2010.

### Rutgers University
Bayesian Data Analysis: Fall 2002, Spring 2003, Spring 2004, Spring 2006
Data Mining: Spring 2001, Spring 2002, Fall 2003, Fall 2004.
Computing and Graphics in Applied Statistics (486): Fall 2001.
Mathematical Statistics (583): Spring 2003.
Mathematical Statistics (384): Spring 2007.

### University of Washington
Introductory Statistics (311): Spring 1992, Fall 1992, Winter 1994, Spring 1995, Fall 1995, Spring 1997
Mathematical Statistics (341): Fall 1991, Winter 1991
Mathematical Statistics (342): Spring 1991
Introductory Statistics for Social Scientists (361-2): Fall-Winter 1998-9
Statistics for Engineers (390): Fall 1990, Spring 1993, Fall 1994, Winter 1995, Spring 1996
Stochastic Processes (396): Spring 1992
Mathematical Statistics (481): Fall 1993
Scientific Computing (535): Winter 1996, Winter 1997
Graphical Models (592): Fall 1991, Winter 1994, Spring 1995 (overload)
Statistical Consulting (598): Winter 1991, Fall 1992, Spring 1993

## University Service:

### Columbia Service Activities

Board Member, Columbia University Press, 2013-2016
Chair, Provost's Faculty Committee on Online Learning, 2012-
Chair, Columbia Shared Research Computing Policy Advisory Committee, 2011-2014
Executive Committee, Columbia Institute for Data Sciences and Engineering, 2012-
Member, Search Committee for Biostatistics Chair, 2012.
Member, Advisory Committee, Institute for Statistics and the Brain, 2012-
Member, Review Committee for Biostatistics Department, 2011.
Executive Committee, School of Continuing Education, 2011-2014
Chair, Arts and Science Committee on Classroom Technology, 2011-2
Member, Task Force on Benefits, 2010-2011.
Member, Provost's Committee on Retirement, 2011-2.
Member, Arts and Sciences Space Committee, 2009-
Chair, Search Committee for Dean of the School of Continuing Education, 2008.
Ad-hoc promotion committees (2)

### Rutgers Service Activities

Lecturer in workshop for high school teachers on Mathematics in Homeland Security, DIMACS, 2007.
Member of the Faculty of Arts and Sciences Transition Team, 2006.
Member of the Faculty of Arts and Sciences Budget Reduction Committee, 2005-06.
Member of the Faculty of Arts and Sciences Appointments and Promotions Committee, 2003-04.
Member of Organizing Committee for DIMACS Special Focus on Data Mining, 2001-.
Member of Organizing Committee for DIMACS Special Focus on Epidemiology, 2002-.
Co-Organizer of the DIMACS Working Group on Adverse Event and Disease Reporting, Surveillance, and Analysis.
Chair, DIMACS Associate Director Search Committee, 2005-06.
Member, Rutgers University Computer Coordinating Council, 2005-

### UW Service Activities

Chair of the Department Computing Committee, 1994-1999.
MS Applied Exam Committee, 1991-1999 (chair in 1993)
PhD Applied Exam Committee, 1993 (reader in other years)
Graduate Program Director, 1998-1999
UW Advisory Board on Accountability, 1998-1999
Seminar Series on Graphical Models, 1990-1991 (with Russell Almond)
Multivariate Analysis and Graphical Models of Association (MAGMA) Seminar Series, 1993-1994, 1996 (with Michael Perlman)
Seminar Co-ordinator, 1991-1992 (including PNWSM)
Director of Consulting, 1993-1994
Mathday Lecture, 1994, 1995, 1997, & 1998
College of Arts and Sciences Distance Learning/Instructional Technology Task Force, 1996
College of Arts and Sciences Graduation Committee, 1996-1998.
UW Distinguished Teaching Award Committee, 1996 and 1997.
Chair, Review Committee for UW Math Science Computing, 1996.

## David Madigan

30 Sunset Drive, Chatham, NJ 07928

davidbmadigan@gmail.com

Tel: (862) 812-3690

## Deposition and Trial Testimony
## October 1, 2018

*Accutane Litigation*, New York, Superior Court of New jersey, ATL-L-8213-05, December 23, 2013 (Deposition Testimony), January 7, 2014 and January 24, 2014 (Kemp Hearing), January 10, 2015 (Deposition Testimony), February 2, 2015 and February 10, 2015  (Kemp Hearing).

*Depakote Litigation*, United States District Court, Eastern District of Kentucky, Northern Division at Covington, Case No. 2:14-CV-00081-WOB-CJS. September 25, 2014 (Deposition Testimony, Rheinfrank), October 14, 2015 (Trial Testimony, Rheinfrank), February 22, 2016 (Deposition Testimony), August 3, 2016 (Deposition Testimony, Moughler), February 25, 2017 (Deposition Testimony, Willis)

*Incretin Litigation*, October 18, 2015 (Deposition Tetsimony)

*Amgen Securities Litigation*, United States District Court, Centrl District of California, Western Division, CV 07-2536 PSG (PLAx), New York, January 13th, 2015 (Deposition Testimony)

*Avelox Litigation*, Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida 14-CA-002006, New York, January 18th, 2016 (Deposition Testimony)

*Vioxx Litigation*, Jo Levitt v. Merck Sharp & Dohme Corp., 2:06-cv-09757-EEF-DEK, United States District Court, Eastern District of Louisana, MDL Docket Number 1657, New Jersey, March 7[h], 2016 (Deposition Testimony), October 21st, 2016 (Deposition Testimony).

*Medtronic Litigation*, Dennis Brian Anders versus Medtronic, Inc., Medtronic Sofamor Danek Inc., Circuit Court of the City of St. Lous, Case No. 1322-CC10219-02, New York, June 22nd, 2016 (Deposition Testimony).

*Zimmer Nexgen Litigation*, New York, August 11th, 2016 (Deposition Testimony).

*Gilenya patent litigation*, Novartis, Mitsubishi Tanabe Pharma, and Mitsui Sugar Co. vs. Ezra Ventures, C.A. No. 15-150-LPS, New York, December 22nd, 2016 (Deposition Testimony).

*Abilify (aripiprazole) Products Liability Litigation*, DOCKET NO. BER-L-337-16,  New York, June 28th, 2017 (Deposition Testimony), Pensacola, Florida, August 1st 2017 (Daubert Testimony)

*Ford unintended acceleration litigation*, CIVIL ACTION NO.: 3:13-cv-6529 (consolidated), New York, July 26th, 2017 (Deposition Testimony)

*Fernandez et al. versus UBS et al.*, No.: 15-cv-02859-SHS, District Court, Southern District of New York, February 5th, 2018 (Deposition Testimony), New York, Augiust 15th 2018 (Deposition Testimony)

*Talc Litigation, Ratcliff versus Johnson & Johnson Consumer*, NO. 16-2-18128-7 SEA, Superior Court of Washington for King County, New York, February 6th, 2018 (Deposition Testimony)

*Pradaxa litigation, Fourzon versus Boehringer Ingelheim*, Superior Court of California, County of San Franciso, Case Number CGC-16-554586, New York, March 12th, 2018 (Deposition Testimony)

*Talc Litigation, Ingham et al. versus Johnson & Johnson Consumer*, NO. 1522-CC10417-01, Circuit Court of the City of St. Louis, New York, March 13th, 2018 (Deposition Testimony), June 20th, 2018 (Trial Testimony).

*Talc Litigation, Zoas et al. versus BASF, Colgate*, et al. NO. 190162/2017, Supreme Court of the State of New York, New York, July 18th, 2018 (Deposition Testimony).

**APPENDIX 3: Spontaneous Report Analyses Driving Withdrawal Decisions**

**Drug**: Ticrynafen (Selacryn)
**Drug Type**: Diuretic
**Approval**: May 1979
**Adverse Effects Reported**: Liver toxicity
**Withdrawal**: January 1980
**References**:
Ticrynafen recalled. FDA Drug Bulletin 1980;10:3-4.
Zimmerman HJ et al. Ticrynafen-associated hepatic injury: Analysis of 340 cases. Hepatology 1984;4:315- 23.
Chitturi S, George J. Hepatotoxicity of commonly used drugs: Nonsteroidal anti-inflammatory drugs, antihypertensives, antidiabetic agents, anticonvulsants, lipid-lowering agents, psychotropic drugs. Semin Liver Dis 2002;22:169-83.

**Drug**: Benoxaprofen (Oraflex in US, Opren in UK)
**Drug Type**: NSAID
**Approval**: June 1982 (US)
**Adverse Effects Reported**: Liver and kidney toxicity
**Withdrawal**: August 1982
**References**:
Brass EP. Hepatic toxicity of antirheumatic drugs. Cleve Clin J Med 1993;60:466-72.
Marshall E. Guilty plea puts oraflex case to rest. Lancet 1985;229:1071.
Justice deputy barred lilly reps' prosecution. Journal Record 1985;September 13, 1985:NOPGCIT.
Oates JA et al. Clinical implications of prostaglandin and thromboxane A2 formation. New England Journal of Medicine 1988;319:689-98.
Taggart HM. Fatal cholestatic jaundice in elderly patients taking benoxaprofen. British Medical Journal 1982;284:1372.
Goudie BM et al. Jaundice associated with the use of benoxaprofen [letter]. Lancet 1982;1:959.

**Drug**: Zomepirac (Zomax)
**Drug Type**: NSAID
**Approval**: October 1980
**Adverse Effects Reported**: Anaphylaxis
**Withdrawal**: March 1983 (Dear Doctor in April 1982)
**References**:
Corre KA, Spielberg TE. Adverse drug reaction processing in the United States and its dependence on physician reporting: Zomepirac (Zomax) as a case in point. Annals of Emergency Medicine 1988;17:145-9.

**Drug**: Nomifensine
**Drug Type**: antidepressant
**Approval**: January 1985
**Adverse Effects Reported**: Immune hemolytic anemia
**Withdrawal**: January 1986

**References**:
Lessons from nomifensine. Lancet 1988;November 5th:1059-60.
Salama A, Mueller-Eckhardt C. The role of metabolite-specific antibodies in nomifensine-dependent immmune hemolytic anemia. New England Journal of Medicine 1985;313:469-74.

**Drug**: Suprofen
**Drug Type**: NSAID
**Approval**: January 1986
**Adverse Effects Reported**: Renal flank pain syndrome
**Withdrawal**: May 1987
**References**:
Rossi AC et al. The importance of adverse reaction reporting by physicians. Journal of the American Medical Association 1988;259:1203-4.

**Drug**: L-tryptophan
**Drug Type**: Nutritional supplement
**Approval**:
**Adverse Effects Reported**: Eosinophilia-myalgia syndrome
**Withdrawal**: November 1989
**References**:
Eidson M et al. L-tryptophan and eosinophilia-myalgia syndrome in New Mexico. Lancet 1990;335:645-8.
Belongia EA et al. An investigation of the cause of the eosinophilia-myalgia syndrome associated with tryptophan use. New England Journal of Medicine 1990;323:357-65.

**Drug**: Temafloxacin
**Drug Type**: Quinolone antibiotic
**Approval**: February 1992
**Adverse Effects Reported**: Hypoglycemia and hemolytic anemia
**Withdrawal**: June 1992
**References**:
Davey P, McDonald T. Postmarketing surveillance of Quinolones, 1990 to 1992. Drugs 1993;45:46-53.

**Drug**: Mibefradil (Posicor)
**Drug Type**: Calcium channel blocker
**Approval**: August 1997
**Adverse Effects Reported**: Drug-drug interactions
**Withdrawal**: June 1998
**References**:
Roche, FDA announce new drug-interaction warnings for mibefradil. Am J Health-Syst Pharm 1998;55:210.
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Bromfenac
**Drug Type**: NSAID

**Approval**: July 1997
**Adverse Effects Reported**: Liver injury
**Withdrawal**: June 1998 (Dear Doctor, February 1998)
**References**:
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Grepafloxacin (Raxar)
**Drug Type**: Quinolone antibiotic
**Approval**: August 1997
**Adverse Effects Reported**: Cardiac arrhythmia
**Withdrawal**: October 1999
**References**:
Quinolone-induced QT interval prolongation: a not-so-unexpected class effect. Journal of Antimicrobial Chemotherapy 2000;45:557-9.
Glaxo Wellcome voluntarily withdraws raxar (Grepafloxacin). FDA 1999;October 26th.

**Drug**: Rotavirus vaccine
**Drug Type**: Vaccine
**Approval**: August 1998
**Adverse Effects Reported**: Intussusception
**Withdrawal**: July 1999
**References**:
Murphy TV et al. Intussusception among infants given an oral rotavirus vaccine. New England Journal of Medicine 2001;344:564-72.
Centers for Disease Control. Intussusception among recipients of rotavirus vaccine-United States, 1998-1999. Journal of the American Medical Association 1999;282:520-1.
Centers for Disease Control. Withdrawal of rotavirus vaccine recommendation. Journal of the American Medical Association 1999;282:2113-4.

**Drug**: Cisapride
**Drug Type**: Gastrointestinal pro-motility agent
**Approval**: 1993
**Adverse Effects Reported**: Cardiac effects
**Withdrawal**: January 2000
**References**:
Smalley WE et al. Contraindicated use of cisapride: The impact of an FDA regulatory action. Journal of the American Medical Association 2000;284:3036-9.

**Drug**: Troglitazone
**Drug Type**: Oral antidiabetic agent
**Approval**: March 1997
**Adverse Effects Reported**: Acute liver failure
**Withdrawal**: March 2000
**References**:
Graham DJ et al. Liver enzyme monitoring in patients treated with troglitazone. Journal of the American Medical Association 2001;286:831-3.

Hirsch IB. First, do no harm. Clin Diab 2000;18:97-9.
Henney JE. Withdrawal of troglitazone and cisapride. Journal of the American Medical Association 2000;283:2228.

**Drug**: Baycol
**Drug Type**: Statin
**Approval**: June 1997
**Adverse Effects Reported**: Rhabdomyolysis
**Withdrawal**: August 2001
**References**:
Furberg CD, Pitt B. Withdrawal of cerivastatin from the world market. Curr Control Trials Cardiovasc Med 2001;2:205-207.

Psaty BM, Furberg CD, Ray WA, Weiss NS (2004). "Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis". *JAMA* **292** (21): 2622–31.

Staffa, J. A., Chang, J., & Green, L. (2002). Cerivastatin and reports of fatal rhabdomyolysis. New England Journal of Medicine, 346(7), 539-540.

**Drug**: Raptiva
**Drug Type**: Psoriasis
**Approval**: October 1993
**Adverse Effects Reported**: Progressive multifocal leukoencephalopathy
**Withdrawal**: April 2009
**References**:
Major, E. (2010). "Progressive multifocal leukoencephalopathy in patients on immunomodulatory therapies". *Annual review of medicine* **61** (1): 35–47.

**Appendix 4**

| drug | year | quarter | O | E | sE | SEBGM | SEB05 | PRR | ChiSq |
|---|---|---|---|---|---|---|---|---|---|
| Taxotere | 2000 | 1 | 3 | 0.17 | 0.5 | 2.19 | 0.61 | 18.08 | 47.63 |
| Taxotere | 2000 | 2 | 3 | 0.19 | 0.56 | 2.02 | 0.61 | 15.68 | 40.6 |
| Taxotere | 2000 | 3 | 3 | 0.22 | 0.6 | 1.93 | 0.61 | 13.67 | 34.72 |
| Taxotere | 2000 | 4 | 3 | 0.26 | 0.67 | 1.79 | 0.6 | 11.85 | 29.4 |
| Taxotere | 2001 | 1 | 3 | 0.29 | 0.74 | 1.71 | 0.59 | 10.51 | 25.5 |
| Taxotere | 2001 | 2 | 3 | 0.32 | 0.81 | 1.63 | 0.58 | 9.4 | 22.24 |
| Taxotere | 2001 | 3 | 3 | 0.37 | 0.91 | 1.53 | 0.56 | 8.22 | 18.8 |
| Taxotere | 2001 | 4 | 3 | 0.4 | 0.97 | 1.49 | 0.55 | 7.56 | 16.88 |
| Taxotere | 2002 | 1 | 3 | 0.44 | 1.05 | 1.43 | 0.54 | 6.96 | 15.14 |
| Taxotere | 2002 | 2 | 3 | 0.46 | 1.08 | 1.41 | 0.54 | 6.58 | 14.06 |
| Taxotere | 2002 | 3 | 3 | 0.49 | 1.14 | 1.38 | 0.53 | 6.12 | 12.71 |
| Taxotere | 2002 | 4 | 3 | 0.54 | 1.21 | 1.33 | 0.52 | 5.63 | 11.33 |
| Taxotere | 2003 | 1 | 3 | 0.56 | 1.24 | 1.32 | 0.51 | 5.39 | 10.62 |
| Taxotere | 2003 | 2 | 3 | 0.59 | 1.28 | 1.3 | 0.5 | 5.11 | 9.84 |
| Taxotere | 2003 | 3 | 5 | 0.67 | 1.44 | 1.96 | 0.88 | 7.54 | 27.98 |
| Taxotere | 2003 | 4 | 5 | 0.72 | 1.51 | 1.89 | 0.86 | 7.02 | 25.49 |
| Taxotere | 2004 | 1 | 5 | 0.76 | 1.56 | 1.86 | 0.85 | 6.65 | 23.69 |
| Taxotere | 2004 | 2 | 5 | 0.8 | 1.61 | 1.82 | 0.83 | 6.3 | 22.04 |
| Taxotere | 2004 | 3 | 5 | 0.85 | 1.67 | 1.78 | 0.82 | 5.94 | 20.29 |
| Taxotere | 2004 | 4 | 6 | 0.9 | 1.73 | 2.09 | 1 | 6.74 | 28.94 |
| Taxotere | 2005 | 1 | 6 | 0.95 | 1.77 | 2.06 | 0.99 | 6.41 | 27.03 |
| Taxotere | 2005 | 2 | 6 | 0.99 | 1.82 | 2.02 | 0.98 | 6.15 | 25.56 |
| Taxotere | 2005 | 3 | 6 | 1.03 | 1.88 | 1.98 | 0.96 | 5.88 | 24 |
| Taxotere | 2005 | 4 | 6 | 1.07 | 1.92 | 1.95 | 0.95 | 5.65 | 22.68 |
| Taxotere | 2006 | 1 | 6 | 1.11 | 1.96 | 1.92 | 0.94 | 5.48 | 21.72 |
| Taxotere | 2006 | 2 | 6 | 1.15 | 2.01 | 1.89 | 0.93 | 5.26 | 20.49 |
| Taxotere | 2006 | 3 | 6 | 1.18 | 2.04 | 1.87 | 0.92 | 5.12 | 19.66 |
| Taxotere | 2006 | 4 | 6 | 1.2 | 2.05 | 1.87 | 0.92 | 5.05 | 19.29 |
| Taxotere | 2007 | 1 | 6 | 1.23 | 2.07 | 1.85 | 0.91 | 4.93 | 18.59 |
| Taxotere | 2007 | 2 | 6 | 1.27 | 2.11 | 1.83 | 0.9 | 4.77 | 17.7 |
| Taxotere | 2007 | 3 | 6 | 1.29 | 2.13 | 1.82 | 0.9 | 4.69 | 17.25 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Taxotere | 2007 | 4 | 6 | 1.32 | 2.15 | 1.81 | 0.89 | 4.57 | 16.58 |
| Taxotere | 2008 | 1 | 6 | 1.37 | 2.18 | 1.79 | 0.88 | 4.42 | 15.74 |
| Taxotere | 2008 | 2 | 8 | 1.41 | 2.23 | 2.38 | 1.23 | 5.72 | 30.77 |
| Taxotere | 2008 | 3 | 8 | 1.46 | 2.27 | 2.35 | 1.22 | 5.54 | 29.42 |
| Taxotere | 2008 | 4 | 8 | 1.48 | 2.29 | 2.33 | 1.21 | 5.44 | 28.65 |
| Taxotere | 2009 | 1 | 8 | 1.53 | 2.33 | 2.3 | 1.2 | 5.26 | 27.31 |
| Taxotere | 2009 | 2 | 8 | 1.59 | 2.37 | 2.27 | 1.19 | 5.07 | 25.89 |
| Taxotere | 2009 | 3 | 9 | 1.65 | 2.42 | 2.55 | 1.35 | 5.49 | 32.7 |
| Taxotere | 2009 | 4 | 9 | 1.67 | 2.43 | 2.54 | 1.35 | 5.43 | 32.22 |
| Taxotere | 2010 | 1 | 10 | 1.71 | 2.47 | 2.86 | 1.52 | 5.89 | 40.15 |
| Taxotere | 2010 | 2 | 10 | 1.78 | 2.51 | 2.82 | 1.5 | 5.68 | 38.17 |
| Taxotere | 2010 | 3 | 11 | 1.79 | 2.51 | 3.19 | 1.69 | 6.22 | 47.58 |
| Taxotere | 2010 | 4 | 11 | 1.82 | 2.54 | 3.15 | 1.68 | 6.11 | 46.46 |
| Taxotere | 2011 | 1 | 11 | 1.85 | 2.57 | 3.11 | 1.66 | 6.01 | 45.44 |
| Taxotere | 2011 | 2 | 11 | 1.89 | 2.6 | 3.08 | 1.65 | 5.87 | 44.01 |
| Taxotere | 2011 | 3 | 11 | 1.91 | 2.63 | 3.04 | 1.64 | 5.8 | 43.24 |
| Taxotere | 2011 | 4 | 11 | 1.96 | 2.67 | 3 | 1.62 | 5.65 | 41.7 |
| Taxotere | 2012 | 1 | 12 | 2 | 2.71 | 3.33 | 1.79 | 6.05 | 49.99 |
| Taxotere | 2012 | 2 | 16 | 2.07 | 2.77 | 5.01 | 2.55 | 7.81 | 93.68 |
| Taxotere | 2012 | 3 | 16 | 2.13 | 2.82 | 4.9 | 2.51 | 7.6 | 90.56 |
| Taxotere | 2012 | 4 | 17 | 2.19 | 2.87 | 5.23 | 2.68 | 7.85 | 100.33 |
| Taxotere | 2013 | 1 | 17 | 2.2 | 2.89 | 5.18 | 2.67 | 7.81 | 99.56 |
| Taxotere | 2013 | 2 | 17 | 2.28 | 2.95 | 5.04 | 2.62 | 7.55 | 95.4 |
| Taxotere | 2013 | 3 | 18 | 2.33 | 3 | 5.37 | 2.79 | 7.82 | 105.75 |
| Taxotere | 2013 | 4 | 19 | 2.38 | 3.06 | 5.66 | 2.95 | 8.07 | 116.2 |
| Taxotere | 2014 | 1 | 20 | 2.44 | 3.11 | 5.93 | 3.1 | 8.3 | 126.74 |
| Taxotere | 2014 | 2 | 20 | 2.53 | 3.19 | 5.77 | 3.04 | 8 | 121.01 |
| Taxotere | 2014 | 3 | 20 | 2.59 | 3.24 | 5.64 | 2.99 | 7.81 | 117.25 |
| Taxotere | 2014 | 4 | 21 | 2.68 | 3.33 | 5.84 | 3.12 | 7.93 | 125.64 |
| Taxotere | 2015 | 1 | 21 | 2.71 | 3.36 | 5.77 | 3.1 | 7.85 | 123.93 |
| Taxotere | 2015 | 2 | 22 | 2.74 | 3.41 | 6.03 | 3.26 | 8.12 | 135.66 |
| Taxotere | 2015 | 3 | 22 | 2.77 | 3.46 | 5.93 | 3.23 | 8.03 | 133.72 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Taxotere | 2015 | 4 | 24 | 2.9 | 3.56 | 6.39 | 3.51 | 8.37 | 153.96 |
| Taxotere | 2016 | 1 | 25 | 2.94 | 3.61 | 6.6 | 3.65 | 8.58 | 165.46 |
| Taxotere | 2016 | 2 | 25 | 3.02 | 3.68 | 6.46 | 3.59 | 8.37 | 160.39 |
| Taxotere | 2016 | 3 | 27 | 3.12 | 3.77 | 6.89 | 3.86 | 8.75 | 183.15 |
| Taxotere | 2016 | 4 | 29 | 3.21 | 3.87 | 7.25 | 4.13 | 9.13 | 207.34 |
| Taxotere | 2017 | 1 | 29 | 3.28 | 3.93 | 7.12 | 4.08 | 8.95 | 202.34 |
| Taxotere | 2017 | 2 | 29 | 3.4 | 4.07 | 6.86 | 3.98 | 8.61 | 192.86 |
| Taxotere | 2017 | 3 | 29 | 3.54 | 4.2 | 6.65 | 3.87 | 8.27 | 183.36 |
| Taxotere | 2017 | 4 | 31 | 3.7 | 4.34 | 6.92 | 4.07 | 8.47 | 201.79 |

| drug | year | quarter | O | E | sE | SEBGM | SEB05 | PRR | ChiSq |
|------|------|---------|---|---|-----|-------|-------|-----|-------|
| Paclitaxel | 2000 | 1 | 1 | 1 | 0.27 | 0.72 | 0.77 | 0.19 | 3.78 | 2.03 |
| Paclitaxel | 2000 | 2 | 2 | 1 | 0.3 | 0.79 | 0.74 | 0.18 | 3.36 | 1.65 |
| Paclitaxel | 2000 | 3 | 3 | 1 | 0.32 | 0.82 | 0.73 | 0.18 | 3.11 | 1.42 |
| Paclitaxel | 2000 | 4 | 1 | 1 | 0.36 | 0.9 | 0.71 | 0.18 | 2.78 | 1.13 |
| Paclitaxel | 2001 | 1 | 2 | 2 | 0.4 | 0.97 | 1.07 | 0.35 | 5.02 | 6.39 |
| Paclitaxel | 2001 | 2 | 3 | 2 | 0.44 | 1.04 | 1.04 | 0.35 | 4.59 | 5.57 |
| Paclitaxel | 2001 | 3 | 3 | 3 | 0.48 | 1.13 | 1.38 | 0.53 | 6.28 | 13.17 |
| Paclitaxel | 2001 | 4 | 3 | 3 | 0.52 | 1.19 | 1.34 | 0.52 | 5.84 | 11.9 |
| Paclitaxel | 2002 | 1 | 3 | 3 | 0.56 | 1.29 | 1.29 | 0.5 | 5.39 | 10.62 |
| Paclitaxel | 2002 | 2 | 2 | 3 | 0.6 | 1.35 | 1.27 | 0.5 | 5.05 | 9.65 |
| Paclitaxel | 2002 | 3 | 3 | 3 | 0.64 | 1.42 | 1.23 | 0.49 | 4.72 | 8.7 |
| Paclitaxel | 2002 | 4 | 3 | 3 | 0.7 | 1.55 | 1.18 | 0.47 | 4.33 | 7.62 |
| Paclitaxel | 2003 | 1 | 3 | 3 | 0.78 | 1.66 | 1.14 | 0.45 | 3.9 | 6.4 |
| Paclitaxel | 2003 | 2 | 3 | 3 | 0.8 | 1.69 | 1.13 | 0.45 | 3.75 | 6 |
| Paclitaxel | 2003 | 3 | 3 | 3 | 0.87 | 1.83 | 1.08 | 0.43 | 3.46 | 5.2 |
| Paclitaxel | 2003 | 4 | 3 | 3 | 0.93 | 1.92 | 1.06 | 0.42 | 3.24 | 4.61 |
| Paclitaxel | 2004 | 1 | 3 | 3 | 1 | 2.02 | 1.03 | 0.41 | 3.01 | 3.99 |
| Paclitaxel | 2004 | 2 | 2 | 3 | 1.05 | 2.08 | 1.01 | 0.41 | 2.87 | 3.64 |
| Paclitaxel | 2004 | 3 | 3 | 3 | 1.1 | 2.15 | 0.99 | 0.4 | 2.73 | 3.27 |
| Paclitaxel | 2004 | 4 | 4 | 3 | 1.16 | 2.22 | 0.98 | 0.39 | 2.59 | 2.92 |
| Paclitaxel | 2005 | 1 | 1 | 4 | 1.26 | 2.36 | 1.19 | 0.53 | 3.2 | 6.01 |
| Paclitaxel | 2005 | 2 | 2 | 4 | 1.31 | 2.41 | 1.17 | 0.52 | 3.08 | 5.57 |
| Paclitaxel | 2005 | 3 | 3 | 4 | 1.36 | 2.46 | 1.16 | 0.52 | 2.97 | 5.17 |
| Paclitaxel | 2005 | 4 | 4 | 4 | 1.4 | 2.5 | 1.15 | 0.51 | 2.87 | 4.85 |
| Paclitaxel | 2006 | 1 | 1 | 4 | 1.46 | 2.56 | 1.13 | 0.5 | 2.75 | 4.43 |
| Paclitaxel | 2006 | 2 | 2 | 4 | 1.52 | 2.64 | 1.11 | 0.5 | 2.65 | 4.07 |
| Paclitaxel | 2006 | 3 | 3 | 4 | 1.55 | 2.67 | 1.1 | 0.49 | 2.59 | 3.87 |
| Paclitaxel | 2006 | 4 | 4 | 4 | 1.57 | 2.68 | 1.1 | 0.49 | 2.56 | 3.78 |
| Paclitaxel | 2007 | 1 | 1 | 4 | 1.63 | 2.76 | 1.08 | 0.48 | 2.46 | 3.44 |
| Paclitaxel | 2007 | 2 | 2 | 4 | 1.68 | 2.81 | 1.07 | 0.48 | 2.4 | 3.24 |
| Paclitaxel | 2007 | 3 | 3 | 4 | 1.7 | 2.82 | 1.07 | 0.48 | 2.36 | 3.12 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paclitaxel | 2007 | 4 | 4 | 1.74 | 2.86 | 1.06 | 0.47 | 2.31 | 2.95 |
| Paclitaxel | 2008 | 1 | 4 | 1.81 | 2.94 | 1.04 | 0.46 | 2.22 | 2.66 |
| Paclitaxel | 2008 | 2 | 4 | 1.86 | 2.99 | 1.03 | 0.46 | 2.16 | 2.47 |
| Paclitaxel | 2008 | 3 | 4 | 1.91 | 3.04 | 1.02 | 0.46 | 2.1 | 2.31 |
| Paclitaxel | 2008 | 4 | 5 | 1.94 | 3.07 | 1.22 | 0.59 | 2.59 | 4.85 |
| Paclitaxel | 2009 | 1 | 5 | 2.01 | 3.14 | 1.2 | 0.58 | 2.5 | 4.48 |
| Paclitaxel | 2009 | 2 | 5 | 2.07 | 3.21 | 1.18 | 0.57 | 2.42 | 4.14 |
| Paclitaxel | 2009 | 3 | 5 | 2.14 | 3.26 | 1.17 | 0.57 | 2.34 | 3.82 |
| Paclitaxel | 2009 | 4 | 5 | 2.15 | 3.26 | 1.17 | 0.56 | 2.33 | 3.78 |
| Paclitaxel | 2010 | 1 | 5 | 2.2 | 3.31 | 1.16 | 0.56 | 2.28 | 3.56 |
| Paclitaxel | 2010 | 2 | 5 | 2.29 | 3.38 | 1.14 | 0.55 | 2.19 | 3.23 |
| Paclitaxel | 2010 | 3 | 5 | 2.3 | 3.39 | 1.14 | 0.55 | 2.18 | 3.19 |
| Paclitaxel | 2010 | 4 | 5 | 2.32 | 3.43 | 1.13 | 0.55 | 2.16 | 3.09 |
| Paclitaxel | 2011 | 1 | 5 | 2.37 | 3.48 | 1.12 | 0.54 | 2.12 | 2.93 |
| Paclitaxel | 2011 | 2 | 5 | 2.44 | 3.56 | 1.1 | 0.53 | 2.05 | 2.69 |
| Paclitaxel | 2011 | 3 | 5 | 2.48 | 3.61 | 1.09 | 0.53 | 2.02 | 2.56 |
| Paclitaxel | 2011 | 4 | 5 | 2.53 | 3.65 | 1.08 | 0.52 | 1.98 | 2.43 |
| Paclitaxel | 2012 | 1 | 5 | 2.58 | 3.72 | 1.07 | 0.52 | 1.94 | 2.27 |
| Paclitaxel | 2012 | 2 | 5 | 2.66 | 3.8 | 1.06 | 0.51 | 1.89 | 2.07 |
| Paclitaxel | 2012 | 3 | 5 | 2.72 | 3.86 | 1.05 | 0.51 | 1.84 | 1.91 |
| Paclitaxel | 2012 | 4 | 5 | 2.8 | 3.94 | 1.03 | 0.5 | 1.79 | 1.73 |
| Paclitaxel | 2013 | 1 | 5 | 2.84 | 3.99 | 1.02 | 0.49 | 1.77 | 1.65 |
| Paclitaxel | 2013 | 2 | 5 | 2.93 | 4.08 | 1.01 | 0.49 | 1.71 | 1.47 |
| Paclitaxel | 2013 | 3 | 5 | 3.01 | 4.17 | 0.99 | 0.48 | 1.66 | 1.32 |
| Paclitaxel | 2013 | 4 | 5 | 3.09 | 4.25 | 0.98 | 0.47 | 1.62 | 1.18 |
| Paclitaxel | 2014 | 1 | 5 | 3.17 | 4.33 | 0.96 | 0.47 | 1.58 | 1.06 |
| Paclitaxel | 2014 | 2 | 5 | 3.31 | 4.47 | 0.94 | 0.46 | 1.51 | 0.87 |
| Paclitaxel | 2014 | 3 | 5 | 3.44 | 4.61 | 0.92 | 0.45 | 1.45 | 0.7 |
| Paclitaxel | 2014 | 4 | 5 | 3.57 | 4.74 | 0.9 | 0.44 | 1.4 | 0.57 |
| Paclitaxel | 2015 | 1 | 5 | 3.68 | 4.86 | 0.89 | 0.43 | 1.36 | 0.48 |
| Paclitaxel | 2015 | 2 | 5 | 3.78 | 4.96 | 0.87 | 0.42 | 1.32 | 0.39 |
| Paclitaxel | 2015 | 3 | 5 | 3.87 | 5.06 | 0.86 | 0.42 | 1.29 | 0.33 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paclitaxel | 2015 | 4 | 5 | 4.08 | 5.26 | 0.84 | 0.4 | 1.23 | 0.21 |
| Paclitaxel | 2016 | 1 | 5 | 4.22 | 5.4 | 0.82 | 0.4 | 1.18 | 0.14 |
| Paclitaxel | 2016 | 2 | 5 | 4.38 | 5.56 | 0.8 | 0.39 | 1.14 | 0.09 |
| Paclitaxel | 2016 | 3 | 5 | 4.58 | 5.77 | 0.78 | 0.38 | 1.09 | 0.04 |
| Paclitaxel | 2017 | 4 | 5 | 4.72 | 5.9 | 0.77 | 0.37 | 1.06 | 0.02 |
| Paclitaxel | 2017 | 1 | 5 | 4.85 | 6.04 | 0.75 | 0.36 | 1.03 | 0 |
| Paclitaxel | 2017 | 2 | 5 | 4.99 | 6.17 | 0.74 | 0.36 | 1 | 0 |
| Paclitaxel | 2017 | 3 | 5 | 5.16 | 6.35 | 0.72 | 0.35 | 0.97 | 0.01 |
| Paclitaxel | | 4 | 5 | 5.42 | 6.58 | 0.7 | 0.34 | 0.92 | 0.03 |

| drug | year | quarter | O | E | sE | SEBGM | SEB05 | PRR | ChiSq |
|------|------|---------|---|---|-----|-------|-------|-----|-------|
| Fluorouracil | 2000 | 1 | 0 | 0 | 0.02 | 0.03 | 0.42 | 0.01 | 0 |
| Fluorouracil | 2000 | 2 | 0 | 0 | 0.02 | 0.04 | 0.42 | 0.01 | 0 |
| Fluorouracil | 2000 | 3 | 0 | 0 | 0.02 | 0.04 | 0.42 | 0.01 | 0 |
| Fluorouracil | 2000 | 4 | 0 | 0 | 0.02 | 0.04 | 0.42 | 0.01 | 0 |
| Fluorouracil | 2001 | 1 | 0 | 0 | 0.02 | 0.04 | 0.41 | 0.01 | 0 |
| Fluorouracil | 2001 | 2 | 0 | 0 | 0.03 | 0.05 | 0.41 | 0.01 | 0 |
| Fluorouracil | 2001 | 3 | 0 | 0 | 0.03 | 0.06 | 0.41 | 0.01 | 0 |
| Fluorouracil | 2001 | 4 | 0 | 0 | 0.03 | 0.07 | 0.41 | 0.01 | 0 |
| Fluorouracil | 2002 | 1 | 0 | 0 | 0.04 | 0.07 | 0.4 | 0.01 | 0 |
| Fluorouracil | 2002 | 2 | 0 | 0 | 0.04 | 0.08 | 0.4 | 0.01 | 0 |
| Fluorouracil | 2002 | 3 | 0 | 0 | 0.04 | 0.08 | 0.39 | 0.02 | 0 |
| Fluorouracil | 2002 | 4 | 0 | 0 | 0.05 | 0.1 | 0.39 | 0.02 | 0 |
| Fluorouracil | 2003 | 1 | 0 | 0 | 0.06 | 0.11 | 0.39 | 0.02 | 0 |
| Fluorouracil | 2003 | 2 | 0 | 0 | 0.07 | 0.12 | 0.39 | 0.02 | 0 |
| Fluorouracil | 2003 | 3 | 0 | 0 | 0.08 | 0.15 | 0.38 | 0.02 | 0 |
| Fluorouracil | 2003 | 4 | 0 | 0 | 0.09 | 0.17 | 0.37 | 0.02 | 0 |
| Fluorouracil | 2004 | 1 | 0 | 0 | 0.11 | 0.19 | 0.36 | 0.02 | 0 |
| Fluorouracil | 2004 | 2 | 0 | 0 | 0.12 | 0.21 | 0.36 | 0.02 | 0 |
| Fluorouracil | 2004 | 3 | 0 | 0 | 0.13 | 0.23 | 0.36 | 0.02 | 0 |
| Fluorouracil | 2004 | 4 | 0 | 0 | 0.15 | 0.26 | 0.35 | 0.02 | 0 |
| Fluorouracil | 2005 | 1 | 0 | 0 | 0.16 | 0.28 | 0.34 | 0.02 | 0 |
| Fluorouracil | 2005 | 2 | 0 | 0 | 0.18 | 0.31 | 0.34 | 0.01 | 0 |
| Fluorouracil | 2005 | 3 | 0 | 0 | 0.2 | 0.33 | 0.33 | 0.01 | 0 |
| Fluorouracil | 2005 | 4 | 0 | 0 | 0.2 | 0.34 | 0.33 | 0.01 | 0 |
| Fluorouracil | 2006 | 1 | 0 | 0 | 0.22 | 0.35 | 0.33 | 0.01 | 0 |
| Fluorouracil | 2006 | 2 | 0 | 0 | 0.23 | 0.36 | 0.32 | 0.01 | 0 |
| Fluorouracil | 2006 | 3 | 0 | 0 | 0.24 | 0.38 | 0.32 | 0.01 | 0 |
| Fluorouracil | 2006 | 4 | 0 | 0 | 0.25 | 0.38 | 0.32 | 0.01 | 0 |
| Fluorouracil | 2007 | 1 | 0 | 0 | 0.26 | 0.39 | 0.32 | 0.01 | 0 |
| Fluorouracil | 2007 | 2 | 0 | 0 | 0.28 | 0.41 | 0.31 | 0.01 | 0 |
| Fluorouracil | 2007 | 3 | 0 | 0 | 0.29 | 0.43 | 0.31 | 0.01 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fluorouracil | 2007 | 4 | 0 | 0.31 | 0.45 | 0.31 | 0.01 | 0 | 0 |
| Fluorouracil | 2008 | 1 | 0 | 0.33 | 0.47 | 0.3 | 0.01 | 0 | 0 |
| Fluorouracil | 2008 | 2 | 0 | 0.35 | 0.49 | 0.3 | 0.01 | 0 | 0 |
| Fluorouracil | 2008 | 3 | 0 | 0.37 | 0.51 | 0.29 | 0.01 | 0 | 0 |
| Fluorouracil | 2008 | 4 | 1 | 0.38 | 0.53 | 0.84 | 0.2 | 2.6 | 0.98 |
| Fluorouracil | 2009 | 1 | 1 | 0.41 | 0.55 | 0.83 | 0.2 | 2.47 | 0.87 |
| Fluorouracil | 2009 | 2 | 1 | 0.42 | 0.56 | 0.82 | 0.2 | 2.36 | 0.78 |
| Fluorouracil | 2009 | 3 | 1 | 0.44 | 0.58 | 0.82 | 0.19 | 2.26 | 0.7 |
| Fluorouracil | 2009 | 4 | 1 | 0.45 | 0.59 | 0.81 | 0.19 | 2.2 | 0.66 |
| Fluorouracil | 2010 | 1 | 1 | 0.48 | 0.61 | 0.8 | 0.19 | 2.1 | 0.58 |
| Fluorouracil | 2010 | 2 | 1 | 0.5 | 0.64 | 0.79 | 0.19 | 1.99 | 0.5 |
| Fluorouracil | 2010 | 3 | 1 | 0.51 | 0.65 | 0.79 | 0.19 | 1.95 | 0.46 |
| Fluorouracil | 2010 | 4 | 1 | 0.53 | 0.67 | 0.78 | 0.19 | 1.88 | 0.41 |
| Fluorouracil | 2011 | 1 | 1 | 0.55 | 0.68 | 0.78 | 0.19 | 1.81 | 0.36 |
| Fluorouracil | 2011 | 2 | 1 | 0.59 | 0.72 | 0.77 | 0.19 | 1.69 | 0.28 |
| Fluorouracil | 2011 | 3 | 1 | 0.61 | 0.74 | 0.76 | 0.18 | 1.63 | 0.24 |
| Fluorouracil | 2011 | 4 | 1 | 0.65 | 0.77 | 0.75 | 0.18 | 1.55 | 0.19 |
| Fluorouracil | 2012 | 1 | 1 | 0.68 | 0.8 | 0.74 | 0.18 | 1.47 | 0.15 |
| Fluorouracil | 2012 | 2 | 1 | 0.78 | 0.85 | 0.73 | 0.18 | 1.28 | 0.06 |
| Fluorouracil | 2012 | 3 | 1 | 0.87 | 0.97 | 0.69 | 0.17 | 1.15 | 0.02 |
| Fluorouracil | 2012 | 4 | 1 | 0.95 | 1.12 | 0.65 | 0.16 | 1.05 | 0 |
| Fluorouracil | 2013 | 1 | 1 | 1.02 | 1.17 | 0.64 | 0.16 | 0.98 | 0 |
| Fluorouracil | 2013 | 2 | 1 | 1.1 | 1.23 | 0.63 | 0.16 | 0.91 | 0.01 |
| Fluorouracil | 2013 | 3 | 1 | 1.19 | 1.28 | 0.62 | 0.15 | 0.84 | 0.03 |
| Fluorouracil | 2013 | 4 | 1 | 1.27 | 1.36 | 0.6 | 0.15 | 0.79 | 0.06 |
| Fluorouracil | 2014 | 1 | 1 | 1.33 | 1.4 | 0.6 | 0.15 | 0.75 | 0.08 |
| Fluorouracil | 2014 | 2 | 1 | 1.42 | 1.46 | 0.58 | 0.15 | 0.71 | 0.12 |
| Fluorouracil | 2014 | 3 | 1 | 1.47 | 1.52 | 0.57 | 0.14 | 0.68 | 0.15 |
| Fluorouracil | 2014 | 4 | 1 | 1.54 | 1.58 | 0.56 | 0.14 | 0.65 | 0.19 |
| Fluorouracil | 2015 | 1 | 1 | 1.57 | 1.61 | 0.56 | 0.14 | 0.64 | 0.2 |
| Fluorouracil | 2015 | 2 | 1 | 1.61 | 1.65 | 0.55 | 0.14 | 0.62 | 0.23 |
| Fluorouracil | 2015 | 3 | 2 | 1.64 | 1.68 | 0.84 | 0.28 | 1.22 | 0.08 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fluorouracil | 2015 | 4 | 2 | 1.73 | 1.75 | 0.82 | 0.28 | 1.16 | 0.04 |
| Fluorouracil | 2016 | 1 | 2 | 1.78 | 1.79 | 0.81 | 0.27 | 1.13 | 0.03 |
| Fluorouracil | 2016 | 2 | 2 | 1.85 | 1.85 | 0.8 | 0.27 | 1.08 | 0.01 |
| Fluorouracil | 2016 | 3 | 2 | 1.94 | 1.92 | 0.78 | 0.26 | 1.03 | 0 |
| Fluorouracil | 2016 | 4 | 2 | 2 | 1.97 | 0.77 | 0.26 | 1 | 0 |
| Fluorouracil | 2017 | 1 | 2 | 2.05 | 2.02 | 0.76 | 0.26 | 0.97 | 0 |
| Fluorouracil | 2017 | 2 | 2 | 2.13 | 2.08 | 0.75 | 0.25 | 0.94 | 0.01 |
| Fluorouracil | 2017 | 3 | 2 | 2.26 | 2.19 | 0.73 | 0.25 | 0.88 | 0.03 |
| Fluorouracil | 2017 | 4 | 2 | 2.38 | 2.29 | 0.71 | 0.24 | 0.84 | 0.06 |

| drug | year | quarter | O | E | sE | SEBGM | SEB05 | PRR | ChiSq |
|---|---|---|---|---|---|---|---|---|---|
| Doxorubicin | 2000 | 1 | 1 | 0 | 0.03 | 0.09 | 0.39 | 0.02 | 0 |
| Doxorubicin | 2000 | 2 | 2 | 0 | 0.03 | 0.1 | 0.39 | 0.02 | 0 |
| Doxorubicin | 2000 | 3 | 3 | 0 | 0.03 | 0.11 | 0.39 | 0.02 | 0 |
| Doxorubicin | 2000 | 4 | 4 | 0 | 0.04 | 0.12 | 0.39 | 0.02 | 0 |
| Doxorubicin | 2001 | 1 | 1 | 0 | 0.04 | 0.13 | 0.38 | 0.02 | 0 |
| Doxorubicin | 2001 | 2 | 2 | 0 | 0.05 | 0.14 | 0.38 | 0.02 | 0 |
| Doxorubicin | 2001 | 3 | 3 | 0 | 0.05 | 0.15 | 0.38 | 0.02 | 0 |
| Doxorubicin | 2001 | 4 | 4 | 0 | 0.06 | 0.15 | 0.38 | 0.02 | 0 |
| Doxorubicin | 2002 | 1 | 1 | 0 | 0.06 | 0.17 | 0.37 | 0.02 | 0 |
| Doxorubicin | 2002 | 2 | 2 | 0 | 0.07 | 0.18 | 0.37 | 0.02 | 0 |
| Doxorubicin | 2002 | 3 | 3 | 0 | 0.07 | 0.19 | 0.36 | 0.02 | 0 |
| Doxorubicin | 2002 | 4 | 4 | 0 | 0.08 | 0.21 | 0.36 | 0.02 | 0 |
| Doxorubicin | 2003 | 1 | 1 | 0 | 0.08 | 0.21 | 0.36 | 0.02 | 0 |
| Doxorubicin | 2003 | 2 | 2 | 0 | 0.09 | 0.23 | 0.36 | 0.02 | 0 |
| Doxorubicin | 2003 | 3 | 3 | 0 | 0.1 | 0.25 | 0.35 | 0.02 | 0 |
| Doxorubicin | 2003 | 4 | 4 | 0 | 0.11 | 0.27 | 0.34 | 0.02 | 0 |
| Doxorubicin | 2004 | 1 | 1 | 0 | 0.12 | 0.29 | 0.34 | 0.02 | 0 |
| Doxorubicin | 2004 | 2 | 2 | 0 | 0.14 | 0.31 | 0.34 | 0.02 | 0 |
| Doxorubicin | 2004 | 3 | 3 | 0 | 0.15 | 0.33 | 0.33 | 0.01 | 0 |
| Doxorubicin | 2004 | 4 | 4 | 0 | 0.16 | 0.34 | 0.33 | 0.01 | 0 |
| Doxorubicin | 2005 | 1 | 1 | 0 | 0.17 | 0.36 | 0.32 | 0.01 | 0 |
| Doxorubicin | 2005 | 2 | 2 | 0 | 0.19 | 0.39 | 0.32 | 0.01 | 0 |
| Doxorubicin | 2005 | 3 | 3 | 0 | 0.2 | 0.41 | 0.31 | 0.01 | 0 |
| Doxorubicin | 2005 | 4 | 4 | 0 | 0.21 | 0.42 | 0.31 | 0.01 | 0 |
| Doxorubicin | 2006 | 1 | 1 | 0 | 0.22 | 0.43 | 0.31 | 0.01 | 0 |
| Doxorubicin | 2006 | 2 | 2 | 0 | 0.23 | 0.44 | 0.31 | 0.01 | 0 |
| Doxorubicin | 2006 | 3 | 3 | 0 | 0.24 | 0.45 | 0.31 | 0.01 | 0 |
| Doxorubicin | 2006 | 4 | 4 | 0 | 0.24 | 0.46 | 0.3 | 0.01 | 0 |
| Doxorubicin | 2007 | 1 | 1 | 0 | 0.25 | 0.47 | 0.3 | 0.01 | 0 |
| Doxorubicin | 2007 | 2 | 2 | 0 | 0.27 | 0.49 | 0.3 | 0.01 | 0 |
| Doxorubicin | 2007 | 3 | 3 | 0 | 0.28 | 0.49 | 0.3 | 0.01 | 0 |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0.01 | 0.3 | 0.5 | 0.29 | 0 | 4 | 2007 | Doxorubicin |
| 0 | 0 | 0.01 | 0.29 | 0.52 | 0.3 | 0 | 1 | 2008 | Doxorubicin |
| 0 | 0 | 0.01 | 0.29 | 0.56 | 0.33 | 0 | 2 | 2008 | Doxorubicin |
| 0 | 0 | 0.01 | 0.28 | 0.59 | 0.35 | 0 | 3 | 2008 | Doxorubicin |
| 0 | 0 | 0.01 | 0.28 | 0.6 | 0.37 | 0 | 4 | 2009 | Doxorubicin |
| 0 | 0 | 0.01 | 0.27 | 0.63 | 0.39 | 0 | 1 | 2009 | Doxorubicin |
| 0 | 0 | 0.01 | 0.27 | 0.65 | 0.41 | 0 | 2 | 2009 | Doxorubicin |
| 0 | 0 | 0.01 | 0.27 | 0.67 | 0.42 | 0 | 3 | 2009 | Doxorubicin |
| 0 | 0 | 0.01 | 0.26 | 0.68 | 0.43 | 0 | 4 | 2010 | Doxorubicin |
| 0 | 0 | 0.01 | 0.26 | 0.7 | 0.45 | 0 | 1 | 2010 | Doxorubicin |
| 0 | 0 | 0.01 | 0.26 | 0.74 | 0.48 | 0 | 2 | 2010 | Doxorubicin |
| 0 | 0 | 0.01 | 0.25 | 0.75 | 0.5 | 0 | 3 | 2010 | Doxorubicin |
| 0 | 0 | 0.01 | 0.25 | 0.77 | 0.52 | 0 | 4 | 2011 | Doxorubicin |
| 0 | 0 | 0.01 | 0.24 | 0.8 | 0.56 | 0 | 1 | 2011 | Doxorubicin |
| 0 | 0 | 0.01 | 0.24 | 0.85 | 0.61 | 0 | 2 | 2011 | Doxorubicin |
| 0 | 0 | 0.01 | 0.23 | 0.89 | 0.65 | 0 | 3 | 2011 | Doxorubicin |
| 0 | 0 | 0.01 | 0.23 | 0.95 | 0.72 | 1 | 4 | 2012 | Doxorubicin |
| 0 | 0 | 0.01 | 0.22 | 1 | 0.78 | 1 | 1 | 2012 | Doxorubicin |
| 0.02 | 1.14 | 0.17 | 0.67 | 1.06 | 0.88 | 1 | 2 | 2012 | Doxorubicin |
| 0 | 1.04 | 0.16 | 0.64 | 1.18 | 0.96 | 1 | 3 | 2012 | Doxorubicin |
| 0 | 0.96 | 0.15 | 0.61 | 1.34 | 1.05 | 2 | 4 | 2013 | Doxorubicin |
| 0.01 | 0.9 | 0.15 | 0.59 | 1.4 | 1.11 | 2 | 1 | 2013 | Doxorubicin |
| 0.53 | 1.66 | 0.3 | 0.9 | 1.47 | 1.2 | 2 | 2 | 2013 | Doxorubicin |
| 0.38 | 1.54 | 0.29 | 0.87 | 1.54 | 1.3 | 2 | 3 | 2013 | Doxorubicin |
| 0.32 | 1.49 | 0.29 | 0.86 | 1.6 | 1.34 | 2 | 4 | 2014 | Doxorubicin |
| 0.26 | 1.43 | 0.29 | 0.85 | 1.64 | 1.4 | 2 | 1 | 2014 | Doxorubicin |
| 0.18 | 1.34 | 0.28 | 0.83 | 1.72 | 1.49 | 2 | 2 | 2014 | Doxorubicin |
| 0.12 | 1.28 | 0.27 | 0.81 | 1.79 | 1.56 | 2 | 3 | 2014 | Doxorubicin |
| 0.08 | 1.23 | 0.27 | 0.79 | 1.87 | 1.63 | 2 | 4 | 2015 | Doxorubicin |
| 0.07 | 1.21 | 0.27 | 0.79 | 1.9 | 1.66 | 2 | 1 | 2015 | Doxorubicin |
| 0.01 | 1.08 | 0.26 | 0.76 | 2.05 | 1.85 | 2 | 2 | 2015 | Doxorubicin |
| 0 | 1.05 | 0.25 | 0.75 | 2.09 | 1.91 | 2 | 3 | 2015 | Doxorubicin |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Doxorubicin | 2015 | 4 | 2 | 2.06 | 2.28 | 0.71 | 0.24 | 0.97 | 0 |
| Doxorubicin | 2016 | 1 | 2 | 2.14 | 2.34 | 0.7 | 0.24 | 0.94 | 0.01 |
| Doxorubicin | 2016 | 2 | 2 | 2.22 | 2.4 | 0.69 | 0.23 | 0.9 | 0.02 |
| Doxorubicin | 2016 | 3 | 2 | 2.33 | 2.54 | 0.67 | 0.23 | 0.86 | 0.05 |
| Doxorubicin | 2016 | 4 | 3 | 2.46 | 2.65 | 0.88 | 0.35 | 1.22 | 0.12 |
| Doxorubicin | 2017 | 1 | 3 | 2.59 | 2.77 | 0.86 | 0.34 | 1.16 | 0.07 |
| Doxorubicin | 2017 | 2 | 3 | 2.71 | 2.84 | 0.84 | 0.34 | 1.11 | 0.03 |
| Doxorubicin | 2017 | 3 | 3 | 2.88 | 3 | 0.81 | 0.32 | 1.04 | 0 |
| Doxorubicin | 2017 | 4 | 3 | 3.05 | 3.16 | 0.79 | 0.31 | 0.98 | 0 |

| drug | year | quarter | O | E | sE | SEBGM | SEB05 | PRR | ChiSq |
|------|------|---------|---|---|-----|-------|-------|-----|-------|
| Cyclophosphi | 2000 | 1 | 0 | 0 | 0.06 | 0.2 | 0.36 | 0.02 | 0 |
| Cyclophosphi | 2000 | 2 | 0 | 0 | 0.07 | 0.22 | 0.36 | 0.02 | 0 |
| Cyclophosphi | 2000 | 3 | 0 | 0 | 0.08 | 0.23 | 0.35 | 0.02 | 0 |
| Cyclophosphi | 2000 | 4 | 0 | 0 | 0.09 | 0.26 | 0.35 | 0.02 | 0 |
| Cyclophosphi | 2001 | 1 | 0 | 0 | 0.11 | 0.28 | 0.34 | 0.02 | 0 |
| Cyclophosphi | 2001 | 2 | 0 | 0 | 0.12 | 0.31 | 0.33 | 0.02 | 0 |
| Cyclophosphi | 2001 | 3 | 0 | 0 | 0.13 | 0.33 | 0.33 | 0.01 | 0 |
| Cyclophosphi | 2001 | 4 | 0 | 0 | 0.15 | 0.36 | 0.32 | 0.01 | 0 |
| Cyclophosphi | 2002 | 1 | 0 | 0 | 0.16 | 0.38 | 0.32 | 0.01 | 0 |
| Cyclophosphi | 2002 | 2 | 0 | 0 | 0.17 | 0.4 | 0.32 | 0.01 | 0 |
| Cyclophosphi | 2002 | 3 | 0 | 0 | 0.18 | 0.42 | 0.31 | 0.01 | 0 |
| Cyclophosphi | 2002 | 4 | 0 | 0 | 0.19 | 0.44 | 0.31 | 0.01 | 0 |
| Cyclophosphi | 2003 | 1 | 0 | 0 | 0.2 | 0.46 | 0.3 | 0.01 | 0 |
| Cyclophosphi | 2003 | 2 | 0 | 0 | 0.22 | 0.48 | 0.3 | 0.01 | 0 |
| Cyclophosphi | 2003 | 3 | 0 | 0 | 0.26 | 0.56 | 0.29 | 0.01 | 0 |
| Cyclophosphi | 2003 | 4 | 0 | 0 | 0.28 | 0.59 | 0.28 | 0.01 | 0 |
| Cyclophosphi | 2004 | 1 | 0 | 0 | 0.31 | 0.62 | 0.27 | 0.01 | 0 |
| Cyclophosphi | 2004 | 2 | 0 | 0 | 0.33 | 0.66 | 0.27 | 0.01 | 0 |
| Cyclophosphi | 2004 | 3 | 0 | 0 | 0.35 | 0.68 | 0.27 | 0.01 | 0 |
| Cyclophosphi | 2004 | 4 | 0 | 0 | 0.38 | 0.72 | 0.26 | 0.01 | 0 |
| Cyclophosphi | 2005 | 1 | 0 | 0 | 0.4 | 0.74 | 0.26 | 0.01 | 0 |
| Cyclophosphi | 2005 | 2 | 0 | 0 | 0.42 | 0.78 | 0.25 | 0.01 | 0 |
| Cyclophosphi | 2005 | 3 | 0 | 0 | 0.45 | 0.81 | 0.25 | 0.01 | 0 |
| Cyclophosphi | 2005 | 4 | 0 | 0 | 0.47 | 0.84 | 0.24 | 0.01 | 0 |
| Cyclophosphi | 2006 | 1 | 0 | 0 | 0.5 | 0.86 | 0.24 | 0.01 | 0 |
| Cyclophosphi | 2006 | 2 | 0 | 0 | 0.53 | 0.91 | 0.23 | 0.01 | 0 |
| Cyclophosphi | 2006 | 3 | 0 | 0 | 0.55 | 0.94 | 0.23 | 0.01 | 0 |
| Cyclophosphi | 2006 | 4 | 0 | 0 | 0.57 | 0.95 | 0.23 | 0.01 | 0 |
| Cyclophosphi | 2007 | 1 | 0 | 0 | 0.59 | 0.98 | 0.23 | 0.01 | 0 |
| Cyclophosphi | 2007 | 2 | 0 | 0 | 0.63 | 1.02 | 0.22 | 0.01 | 0 |
| Cyclophosphi | 2007 | 3 | 0 | 0 | 0.65 | 1.04 | 0.22 | 0.01 | 0 |

| Drug | Year | Qtr | | | | | | | |
|------|------|-----|------|------|------|------|------|------|------|
| Cyclophospha | 2007 | 4 | 4 | 0 | 0.69 | 1.08 | 0.21 | 0.01 | 0 | 0 |
| Cyclophospha | 2008 | 1 | 1 | 0 | 0.72 | 1.12 | 0.21 | 0.01 | 0 | 0 |
| Cyclophospha | 2008 | 2 | 2 | 0 | 0.76 | 1.18 | 0.2 | 0.01 | 0 | 0 |
| Cyclophospha | 2008 | 3 | 3 | 0 | 0.8 | 1.22 | 0.2 | 0.01 | 0 | 0 |
| Cyclophospha | 2008 | 4 | 4 | 0 | 0.84 | 1.25 | 0.19 | 0.01 | 0 | 0 |
| Cyclophospha | 2009 | 1 | 1 | 0 | 0.88 | 1.3 | 0.18 | 0 | 0 | 0 |
| Cyclophospha | 2009 | 2 | 2 | 0 | 0.94 | 1.4 | 0.18 | 0 | 0 | 0 |
| Cyclophospha | 2009 | 3 | 3 | 0 | 0.98 | 1.44 | 0.18 | 0 | 0 | 0 |
| Cyclophospha | 2009 | 4 | 4 | 0 | 1 | 1.43 | 0.18 | 0 | 0 | 0 |
| Cyclophospha | 2010 | 1 | 1 | 0 | 1.03 | 1.46 | 0.17 | 0 | 0 | 0 |
| Cyclophospha | 2010 | 2 | 2 | 0 | 1.09 | 1.51 | 0.17 | 0 | 0 | 0 |
| Cyclophospha | 2010 | 3 | 3 | 0 | 1.13 | 1.54 | 0.17 | 0 | 0 | 0 |
| Cyclophospha | 2010 | 4 | 4 | 0 | 1.2 | 1.59 | 0.16 | 0 | 0 | 0 |
| Cyclophospha | 2011 | 1 | 1 | 1 | 1.34 | 1.67 | 0.53 | 0.14 | 0.68 | 0.15 |
| Cyclophospha | 2011 | 2 | 2 | 1 | 1.47 | 1.76 | 0.53 | 0.13 | 0.65 | 0.19 |
| Cyclophospha | 2011 | 3 | 3 | 1 | 1.54 | 1.81 | 0.51 | 0.13 | 0.61 | 0.24 |
| Cyclophospha | 2011 | 4 | 4 | 1 | 1.63 | 1.9 | 0.51 | 0.13 | 0.59 | 0.28 |
| Cyclophospha | 2012 | 1 | 1 | 4 | 1.68 | 1.95 | 1.29 | 0.56 | 2.23 | 2.7 |
| Cyclophospha | 2012 | 2 | 2 | 4 | 1.8 | 2.05 | 1.27 | 0.55 | 2.18 | 2.55 |
| Cyclophospha | 2012 | 3 | 3 | 4 | 1.84 | 2.1 | 1.24 | 0.54 | 2.1 | 2.29 |
| Cyclophospha | 2012 | 4 | 4 | 4 | 1.91 | 2.2 | 1.23 | 0.54 | 2.09 | 2.26 |
| Cyclophospha | 2013 | 1 | 1 | 4 | 1.92 | 2.22 | 1.22 | 0.53 | 2.03 | 2.09 |
| Cyclophospha | 2013 | 2 | 2 | 4 | 1.97 | 2.25 | 1.2 | 0.53 | 1.95 | 1.85 |
| Cyclophospha | 2013 | 3 | 3 | 4 | 2.05 | 2.31 | 1.19 | 0.52 | 1.88 | 1.66 |
| Cyclophospha | 2013 | 4 | 4 | 4 | 2.13 | 2.37 | 1.17 | 0.51 | 1.83 | 1.51 |
| Cyclophospha | 2014 | 1 | 1 | 4 | 2.19 | 2.42 | 1.16 | 0.51 | 1.75 | 1.29 |
| Cyclophospha | 2014 | 2 | 2 | 4 | 2.29 | 2.46 | 1.13 | 0.5 | 1.69 | 1.12 |
| Cyclophospha | 2014 | 3 | 3 | 4 | 2.37 | 2.55 | 1.11 | 0.49 | 1.63 | 0.98 |
| Cyclophospha | 2014 | 4 | 4 | 4 | 2.45 | 2.65 | 1.1 | 0.48 | 1.61 | 0.93 |
| Cyclophospha | 2015 | 1 | 1 | 4 | 2.48 | 2.69 | 1.09 | 0.48 | 1.59 | 0.88 |
| Cyclophospha | 2015 | 2 | 2 | 4 | 2.52 | 2.72 | 1.08 | 0.48 | 1.58 | 0.86 |
| Cyclophospha | 2015 | 3 | 3 | 4 | 2.53 | 2.74 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cyclophosph: | 2015 | 4 | 4 | 2.71 | 2.88 | 1.05 | 0.46 | 1.48 | 0.61 |
| Cyclophosph: | 2016 | 1 | 4 | 2.81 | 2.95 | 1.03 | 0.46 | 1.43 | 0.51 |
| Cyclophosph: | 2016 | 2 | 4 | 2.87 | 2.99 | 1.03 | 0.45 | 1.4 | 0.45 |
| Cyclophosph: | 2016 | 3 | 4 | 2.93 | 3.09 | 1.01 | 0.44 | 1.36 | 0.39 |
| Cyclophosph: | 2016 | 4 | 4 | 2.99 | 3.12 | 1 | 0.44 | 1.34 | 0.34 |
| Cyclophosph: | 2017 | 1 | 4 | 3.02 | 3.16 | 0.99 | 0.44 | 1.33 | 0.32 |
| Cyclophosph: | 2017 | 2 | 4 | 3.04 | 3.18 | 0.99 | 0.44 | 1.32 | 0.3 |
| Cyclophosph: | 2017 | 3 | 4 | 3.12 | 3.22 | 0.98 | 0.43 | 1.28 | 0.25 |
| Cyclophosph: | 2017 | 4 | 4 | 3.22 | 3.27 | 0.97 | 0.43 | 1.24 | 0.19 |

**Appendix 5. Perl code form Tosti definition**

```perl
sub Tosti {

  my ($MyString);

  $MyString = shift;

  if (
      ($MyString =~ /permanent/i)
      || ($MyString =~ /irreversible/i)
      || ($MyString =~ /(didnt grow|did not grow|is not growing|has not grown|not
gotten their hair|never grew|never got my hair|not yet grown|no hair starting to grow|not
started growing) back/i)
      || ($MyString =~ /chronic (alopecia|hair loss)/i)
      || ($MyString =~ /persist(ent|ant|ing).{0,20}(alopecia|hair loss)/i)
      || ($MyString =~ /(alopecia|hair loss) \(?persist(ent|ant|ing)/i)
      || ($MyString =~ /still (have no|does not have any|no) hair/i)
      || ($MyString =~ /no hair (re|)growth/i)
      || ($MyString =~ /not regrowing/i)
      || ($MyString =~ /hair has not returned/i)
      || ($MyString =~ /(alopecia|hair loss) (on-going|ongoing|continuing)/i)
      || ($MyString =~ /(on-going|ongoing|continuing) (alopecia|hair loss)/i)
    ) {
    return 1;
  }
  else {
    return 0;
  }
}
```

**Appendix 6. R code for meta-analysis**

```r
library(rmeta)
# foo<-c(736,520,744,531,17,7,31,16)  # interim
foo<-c(736,520,744,531,16,1,29,3)  # final
dim(foo)<-c(2,4)
foo<-data.frame(foo)
names(foo)<-c("n.ctrl","n.trt","event.ctrl","event.trt")
faa <- meta.DSL(n.trt,n.ctrl,event.trt,event.ctrl,statistic="RR",data=foo)
summary(faa)
faa$test
```