# EXHIBIT C

Page 1

1          UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA
2
3                              MDL NO.: 2740
                               SECTION: H
4
5      IN RE:  TAXOTERE (DOCETAXEL)
       PRODUCTS LIABILITY LITIGATION
6
7      This Document Relates To:
8      Antoinette Durden, Case No. 2:16-cv-16635;
9      Tanya Francis, Case No. 2:16-cv-17410;
10     Barbara Earnest, Case No. 2:16-cv-17144.
11     _____/
12
13            Thursday, December 13, 2018
14
15         Videotape Deposition of DAVID A.
16     KESSLER, MD, taken at the Whitfield Bryson &
17     Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18     Washington, D.C., beginning at 8:55 a.m.,
19     before Ryan K. Black, a Registered Professional
20     Reporter, Certified Livenote Reporter and Notary
21     Public in and for the District of Columbia.
22
23
24
25     Job No. NJ3173488

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 157

1    I mean, those are -- those -- those permanent
2    or alopecia -- a person with a disability is
3    associated with the high-level term, but I'd
4    want to go back and check.
5         Q.   Would Dr. Madigan be knowledgeable
6    about that, as well?
7         A.   No.  We may have to -- he may not.
8    I mean, he's a statistician.  I mean, he refers
9    -- I mean, we can -- we can determine the answer
10   to that question.  I think that's the case, but
11   I can't be sure.
12        Q.   Well, how can we know the answer to
13   that?  How would we know the answer?
14        A.   Well, I mean, we'd have to do a little
15   research in MedDRA together and figure it out.
16        Q.   So --
17        A.   Figure out exactly -- I'm sorry, not
18   in MedDRA.  We would have to look at those --
19   that -- those data tapes and understand and
20   track whether those terms are specific to the
21   high-level term.  I mean, that -- that would get
22   to the answer of your question.
23             At one point I think I looked at that
24   or asked about that, and I thought the answer
25   was yes, but I'd have to go back and check.

Page 159

1    And I assume if you provided them to Madigan,
2    you would have provided -- if you provided them
3    to me, you would have provided them to Madigan,
4    because you would have provided them to the
5    lawyers.
6              Your -- your -- your company has those
7    case narratives, or should, and I don't have
8    those.  I asked for those.
9         Q.   Did you read Dr. Madigan's deposition?
10        A.   In part, not the whole thing.
11        Q.   Did you see some of the exhibits that
12   were marked in Dr. Madigan's deposition included
13   some of the reports that it appeared were part
14   of the 31 that he captured?
15             Did you see any of those?
16             MS. JEFFCOTT:  Object to form.
17             THE WITNESS:  I -- I -- I don't recall
18   seeing those.  But I, specifically, asked for
19   the underlying case reports in the FAERS
20   database, and I didn't get them.
21             (Kessler Deposition Exhibit No. 24, a
22   document from Dr. Kessler's files, was marked.)
23   BY MR. KEENAN:
24        Q.   Okay.
25        A.   I think we talked about that earlier.