# EXHIBIT E

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA


                                    MDL NO.:  2740

                                    SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


                        255 Alhambra Circle, Penthouse
                        Coral Gables, Florida 33134
                        Wednesday, 9:15 a.m. - 4:40 p.m.
                        December 5, 2018


                VIDEOTAPED DEPOSITION OF

                  ANTONELLA TOSTI, M.D.



                       VOLUME 2
                  Pages 301 through 498


        Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.
```

Page 491

1    usually, you know.  They're established by
2    pharmacovigilancy after the drug is in the market.
3    BY MR. SEARS:
4         Q.   So, again, you agree there's not been a
5    clinical trial that has looked at that?
6              MR. SCHANKER:  Objection, form.
7         A.   I agree, there is not a clinical trial and
8    I believe there will never be a clinical trial on
9    that.
10   BY MR. SEARS:
11        Q.   Do you know what a null hypothesis is?
12             MR. SCHANKER:  Objection, form.
13        A.   What?
14   BY MR. SEARS:
15        Q.   Do you know what a null hypothesis is?
16        A.   No, I'm not a statistician.  I have no
17   knowledge on that field.
18        Q.   All right.  And you haven't run any
19   statistical analysis to consider whether the rate of
20   persistent chemotherapy-induced alopecia is higher in
21   an anthracycline and cyclophosphamide regimen versus
22   a taxane-containing regimen, right?
23             MR. SCHANKER:  Objection, form.
24        A.   This is not my expertise.
25

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
fd1bb285-ebb8-4c72-95f3-c593e1bbca84