# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
    IN RE: TAXOTERE              )
 3  (DOCETAXEL) PRODUCTS         )
    LIABILITY LITIGATION         )
 4                               )    MDL No. 2740
    This Document Relates To:    )
 5                               )    SECTION: H
    Antoinette Durden, Case      )
 6  No. 2:16-cv-16635            )
                                 )
 7  Tanya Francis, Case          )
    No. 2:16-cv-17410;           )
 8                               )
    Barbara Earnest, Case        )
 9  No. 2:16-cv-17144            )
10
11  ********************************************************
12              ORAL VIDEOTAPED DEPOSITION OF
13                 LAURA PLUNKETT, PH.D.
14                   DECEMBER 10, 2018
15  ********************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18  PH.D., produced as a witness at the instance of the
    Defendants and duly sworn, was taken in the
19  above-styled and numbered cause on the 10th day of
    December, 2018, from 9:21 a.m. to 5:22 p.m., before
20  Stephanie Barringer, Certified Realtime Reporter
    (CRR), Registered Professional Reporter (RPR), and
21  Certified Shorthand Reporter (CSR) in and for the
    State of Texas, reported by stenographic means at the
22  offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
    Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23  the Federal Rules of Civil Procedure and the
    provisions stated on the record or attached hereto.
24
25  Job No. NJ3152742
```

Page 278

1          MR. MICELI:  Object to the form.
2      A.   I think it's inappropriate to make that
3  statement based on that comparison.  I don't think
4  it's -- you certainly can look at these data
5  together if you're trying to analyze the efficacy
6  and safety overall of the drugs like FDA would do.
7               But certainly I -- I don't
8  believe that you would use the number from GEICAM,
9  with such a significant problem with reporting
10 or -- or -- or lack of reporting at the ten-year
11 follow-up, to indicate that that number you have is
12 a true reflection of the percentage of permanent
13 alopecia.
14     Q.   (BY MS. SASTRE)  Okay.
15     A.   That's why --
16     Q.   Go ahead.
17     A.   So that's why in my report, I have
18 provided you a discussion of the percentages of the
19 studies looked at individually.
20     Q.   Uh-huh.
21               And you agree with this issue in
22 reporting that you described and the flawed data
23 with regard to GEICAM, you think it would be
24 inappropriate to do a meta-analysis with these two
25 studies?