UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits D and E to the Motion to Exclude Expert Testimony of David Madigan Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits D and F (Rec. Doc. 6144-4 and 6144-6) UNDER SEAL.

New Orleans, Louisiana, this 8th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE