# EXHIBIT D

IN THE COURT OF COMMON PLEAS

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

CIVIL TRIAL DIVISION

- - -

_____
                                :
IN RE: XARELTO LITIGATION    :
_____:

DANIEL RUSSELL                  :

         VS.                    :   NO. 150500362

JANSSEN PHARMACEUTICALS,     :

INC., et al.                    :

- - -

Thursday, April 12, 2018

- - -

TRIAL - AFTERNOON SESSION

- - -

COURTROOM 243

CITY HALL

PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E:  THE HONORABLE MICHAEL ERDOS, J.

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

APPEARANCES:


        LAURA A. FELDMAN, ESQUIRE
        Feldman & Pinto
        6706 Springbank Street
        Philadelphia, PA  19119
        (215)546-2604

        FRED S. LONGER, ESQUIRE
        MICHAEL M. WEINKOWITZ, ESQUIRE
        Levin Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA  19106
        (215)592-1500

        BRIAN BARR, ESQUIRE
        Levin Papantonio
        316 South Baylen Street, Suite 600
        Pensacola, FL  32502
        (850)435-7000

        EMILY C. JEFFCOTT, ESQUIRE
        The Lambert Firm
        701 Magazine Street
        New Orleans, LA  70130
        (504)581-1750

        REBECCA NEWMAN, ESQUIRE
        Douglas & London, PC
        59 Maiden Lane, 6th Floor
        New York, NY  10038
        (212)566-7500

        ROGER DENTON, ESQUIRE
        Schlicter, Bogard & Denton
        100 South 4th Street, Suite 1200
        St. Louis, MO  63102
        (314)621-6115

        Counsel for the Plaintiff

APPEARANCES CONT'D:

        BRIAN L. STEKLOFF, ESQUIRE
        Wilkinson Walsh & Eskovitz
        2001 M Street, NW, 10th Floor
        Washington, DC  20036
        (202)847-4030

        TAREK ISMAIL, ESQUIRE
        Goldman Ismail Tomaselli Brennan & Baum, LLP
        564 West Randolph Street, Suite 400
        Chicago, Illinois  60661
        (312)681-6000

        CHANDA A. MILLER, ESQUIRE
        Drinker Biddle Reath
        One Logan Square
        18th and Cherry Streets
        Philadelphia, PA  19103

        SHEILA S. BOSTON, ESQUIRE
        Arnold & Porter Kaye Scholer
        250 West 55th Street
        New York, New York  10019

        Counsel for the Defendant

W I T N E S S   I N D E X

PLAINTIFF'S EVIDENCE

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| D. Kessler | 112 | 128 | 173 | |

DEFENSE'S EVIDENCE

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
1                    DIRECT - KESSLER
2                         (Morning session reported by
3                    Kimberly Wilson, RMR, CRR,
4                    Official Court Reporter.)
5           THE COURT OFFICER:  All rise.
6           THE COURT:  All right.  You may be
7      seated.
8           Anything to discuss?
9           MR. STEKLOFF:  Not from the defense,
10     Your Honor.
11          THE COURT:  Great.  Let's see if --
12     Dr. Kessler, you can take the stand, and
13     let's see if the jury is all here, please.
14     You can be seated, if you want.  We're
15     waiting for just one juror.
16          THE COURT OFFICER:  All rise.
17                    (The jury enters the courtroom at
18                    2:22 p.m.)
19          THE COURT:  Everyone may be seated,
20     please.
21          All right.  When you're ready,
22     Counselor, you may proceed.
23          MR. BARR:  Thank you, Your Honor.
24                     -  -  -
25               DIRECT EXAMINATION
```

DIRECT - KESSLER

- - -

BY MR. BARR:

Q.   Now, Dr. Kessler, I want to move on, and I want to start specifically talking about Xarelto; okay?

A.   Okay.

Q.   When was Xarelto approved for use in the United States for patients with atrial fibrillation?

A.   November 2011.

Q.   And before the approval in November of 2011, did Bayer and Janssen draft and submit to the FDA a drug label?

A.   Yes.

Q.   And in the drafting process, have you seen documents where the defendants added or struck language that the FDA recommended?

A.   It appears that way.

MR. BARR:  I'd like to pull up Exhibit 5767369.

BY MR. BARR:

Q.   All right.  Doctor, can you tell the jury, is this the approved label for the AFib indication, what I put on the screen?

A.   Yes.  This is -- the initial approval was

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

DIRECT - KESSLER

1   2011, and there should be a date revised 11/2011.

2   Q.   So this is the initial label for the AFib

3   indication; is that correct?

4   A.   Yes, exactly.

5   Q.   Now, before we get into the details of this

6   label, and I really don't think there's any dispute

7   about this, but do you agree with me that major

8   bleeding is a serious adverse event?

9   A.   Yes, I would.  Of course I would agree with

10  that.

11  Q.   Does the label contain a section warning

12  about the risk of bleeding?

13  A.   Yes.

14  Q.   Is that in Section 5, Dr. Kessler?

15  A.   Yes.

16  Q.   Is that 5.2, to be precise?

17  A.   Yes.

18          MR. BARR:  Evan, can we pull up

19          Section 5.2 for Dr. Kessler, please?

20  BY MR. BARR:

21  Q.   Dr. Kessler, is this the section you were

22  talking about that warns about the risk of bleeding?

23  A.   Yes.

24  Q.   Now, Dr. Kessler, if a drug company knows

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

                    DIRECT - KESSLER

1

2    that certain other drugs will excessively increase

3    the risk of a serious adverse event such that those

4    drugs should be avoided, is that information that

5    should be in the warning section of the label?

6         A.   Ask your question, make sure I heard every

7    word of it, if you can ask it again.

8         Q.   If a drug company knows that taking certain

9    other drugs with their drug would excessively

10   increase the risk of a serious adverse event such

11   that those drugs should be avoided, is that

12   information that should be in the warning section of

13   the drug label?

14        A.   Of course.

15        Q.   Now, Doctor, looking at Section 5 of the

16   Xarelto label, does this section recommend avoiding

17   the use of Xarelto with other concomitant drugs?

18        A.   No.

19        Q.   Is there another section in the label where

20   the drug label discusses avoiding the use of Xarelto

21   with the use of other drugs?

22        A.   Yes, there is, in Section 7.

23             MR. BARR:   Okay.  Evan, can we pull up

24        Section 7, please?

25   BY MR. BARR:

          SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

DIRECT - KESSLER

Q.   Is 7.3, is that a good section to look at, Dr. Kessler?

A.   Yes.

MR. BARR:  Okay.  So, Evan, can we blow up Section 7.3?

BY MR. BARR:

Q.   So what in Section 7.3 is an example of what you're talking about where the drug label discusses avoiding the use of Xarelto with other drugs?

A.   So when you see the word "avoid" -- Evan, if you can just highlight that sentence -- that is specifically language to avoid concurrent use of Xarelto with other anticoagulants due to the increased bleeding risk.  That's an "avoid" sentence.

Q.   Doctor, is this a contraindication?

A.   Big C, little C.

Q.   Please explain.

A.   So certainly avoid is, in essence, when you avoid, means avoid.  The jury understands avoid. Don't use.  The -- there is another section of the label called the contraindication section, which I would call capital C.  This one I'd call a small C contraindication.

```
                       DIRECT - KESSLER
```

          And, again, the issue is maybe one of
degrees, right.  Avoid doesn't connote under all
circumstances even if you're in a -- you know, the
benefit might be acceptable in light of the risks.  A
contraindication is more of an absolute, under no
circumstances.  So it's an absolute.  This is avoid,
which I would say is a small C contraindication.

     Q.   So why is this type of language that's
written right here, why is that not in the
contraindication section?

               MR. STEKLOFF:  Your Honor, may we
          approach?

               THE COURT:  Yes.

                    (Discussion held at sidebar off
                    the record.)

               THE COURT:  I don't remember if there
          was a formal objection.  If so, it's
          overruled.  If not, you can continue.

          Maybe you need to ask the question again.

BY MR. BARR:

     Q.   What I had asked is why is this type of
information not in the contraindication section?

     A.   You'd have to ask the company that
question.  I can give you my opinion, if you'd like.

DIRECT - KESSLER

Q.   Please, I'd love to hear your opinion.

A.   Because I think that --

        MR. STEKLOFF:  Objection, Your Honor.

        Now we're going beyond what was discussed.

        THE COURT:  I agree.  Sustained.

        MR. BARR:  I'll move on.

BY MR. BARR:

    Q.   Now, Dr. Kessler, the jury heard from the
plaintiff's expert hematologist, Dr. Rinder, a few
days ago.

        Are you familiar with the testimony he gave
to this jury?

    A.   I have read certain parts of the
transcript, yes.

    Q.   And did you see where Dr. Rinder was
discussing the TIMI 46 study with the jury?

    A.   Yes.

        MR. STEKLOFF:  Objection, Your Honor.

        THE COURT:  Beyond the scope?

        MR. STEKLOFF:  It's beyond the scope,
        based on your ruling.

        MR. BARR:  Can we approach, Your

        Honor?  I don't know if this will help cure

        his objection, but I can ask one question.

```
 1                     DIRECT - KESSLER

 2              THE COURT:  Talk to him for a second

 3         and see.

 4                  (Conferring.)

 5              MR. STEKLOFF:  Your Honor, I think we

 6         need to approach.

 7              THE COURT:  Okay.

 8                  (Sidebar discussion as follows:)

 9              MR. STEKLOFF:  Your Honor, Mr. Barr, I

10         may not get this exact, explained to me he

11         intends on eliciting a characterization of

12         Dr. Rinder's testimony about TIMI 46, then

13         asking Dr. Kessler if, based on that type

14         of information that Dr. Rinder said was

15         important to him, it should have been in

16         the label.

17              That is a triple therapy opinion.

18         Dr. Kessler did not offer any -- the only

19         reason TIMI 46 has come into this trial is

20         in the context of triple therapy, that it

21         was a trial that included Xarelto, aspirin,

22         and Plavix, even though it was only in an

23         acute coronary syndrome patient population.

24         So by asking him that, that goes beyond

25         your ruling because he has no triple
```

```
 1                    DIRECT - KESSLER

 2            therapy opinions.

 3                  I did ask Ms. Jeffcott to show me,

 4            because I know they're going to say ATLAS

 5            TIMI studies are referenced in the report,

 6            the fact that he has a compendium, an

 7            appendix of every Xarelto trial that

 8            occurred up to, I think, 2013 or '14.  It's

 9            Appendix 7 of his report.  So I actually am

10            familiar with this document.  I mean, the

11            fact that ATLAS is listed in that doesn't

12            mean he has opinions about ATLAS.

13                  This is just a backdoor way to try to

14            get Dr. Kessler to opine on triple therapy

15            and say there should have been triple

16            therapy in the label because Dr. Rinder

17            thought that information coming out of

18            ATLAS relating to triple therapy was

19            important.

20                  THE COURT:  With the backdrop that we

21            all agreed he was only going to be able to

22            talk about Xarelto plus aspirin -- no, no.

23                  Variability and US subgroup, with that

24            as the backdrop, what do we got?

25                  MS. JEFFCOTT:  There are a number of
```

DIRECT - KESSLER

1
2          references in his report, not just to the
3          one cited in his Schedule 7.  There are
4          other references, and it's specific to the
5          ACS indication, which is what TIMI 46 was
6          informing.
7               So within this report are discussions
8          and statements by Dr. Kessler that he has
9          gathered regarding the ACS indication,
10         including the phase II data, which is TIMI
11         46, and how that informed the AFib
12         indication.
13              So this isn't something that's outside
14         the purview of his report.  TIMI 46 was
15         actually used to inform the AFib
16         indication, which is the central focus of
17         his report.  Furthermore --
18              THE COURT:  To inform Xarelto's choice
19         of what to put on the label?
20              MS. JEFFCOTT:  Regarding the AFib
21         indication.
22              THE COURT:  And then what's the
23         probative value?
24              MS. JEFFCOTT:  So it's establishing
25         his knowledge of TIMI 46 and that it isn't

```
 1                    DIRECT - KESSLER
 2         outside the scope of his report.
 3              Furthermore, at his deposition,
 4         Dr. Kessler was asked what information he
 5         relied upon in evaluating some certain
 6         statistical analyses regarding the bleeding
 7         risk values, and he referenced TIMI.
 8              THE COURT:  So let's assume that he
 9         did mention a few times.  Still, what's its
10         probative value, since he's not allowed to
11         opine on anything other than the two things
12         we just spoke of?
13              MR. BARR:  He's not offering a direct
14         opinion that this information should be in
15         the label.  What he's saying is, if
16         Dr. Rinder is correct about this 18 times
17         bleed risk Dr. Rinder talked about, he's
18         not taking a position on it, but he's
19         saying if Dr. Rinder is correct on that,
20         that's the type of information that has to
21         be in a drug label.  That's what he's
22         offering.
23              THE COURT:  I got it.  I'm sustaining
24         that objection.
25              MR. BARR:  Before it comes up, let's
```

DIRECT - KESSLER

1
2      address it now.  There are two other points
3      where we talk about TIMI 46, and it's to
4      address specifically what appears to be
5      their defense that, if you publish this
6      information or if you talk about it in the
7      medical conferences, that that somehow is a
8      defense.  And all we're asking Dr. Kessler
9      to say is, if it's in a medical journal or
10     if it's in a medical conference, does that
11     mean you don't have to put it in the label.
12          THE COURT:  Why does it have to be in
13     regards to TIMI 46?  Can't you ask it
14     generally about a study?
15          MR. BARR:  I could, yeah.  I could
16     handle it that way.
17          THE COURT:  I think you should.
18              (End of sidebar discussion.)
19          THE COURT:  Members of the jury, as a
20     courtesy, we not only handled that
21     objection, we talked about other possible
22     objections down the road.  We still may
23     have to come up here from time to time, but
24     we cut down on it.  That objection is
25     sustained.

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                    DIRECT - KESSLER

 2   BY MR. BARR:

 3        Q.   Dr. Kessler, if a drug company publishes

 4   data in a peer-reviewed journal, does that mean that

 5   the drug company does not have to put that

 6   information in the drug label?

 7        A.   No.

 8        Q.   Why is that?

 9        A.   Because there are rules and also because

10   not every doctor is going to be able to read that

11   journal.  And the central repository is the label.

12   The journal, some doctors may read, some doctors may

13   not read.

14        Q.   If data from a study is talked about at

15   medical conferences, does that excuse a drug company

16   from not putting that information in the label?

17        A.   It does not excuse drug companies.  It's a

18   good thing to talk at a medical conference, applaud

19   that, but it still has to be -- if it meets the

20   requirements of what has to be in the label, it meets

21   the requirements of what has to be in the label.

22        Q.   I want to try and start wrapping up a

23   little bit here.

24             Now, you issued opinions in this case; is

25   that right?
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

DIRECT - KESSLER

1

2      A.   I did.

3      Q.   And did you prepare a slide that we can

4  present to the jury that offers a summary of your

5  opinions?

6      A.   Yes.

7      Q.   Would it assist you in testifying here

8  today to have that slide on the screen today?

9      A.   Sure.

10          MR. BARR:   Evan, can we pull that up?

11  BY MR. BARR:

12      Q.   Now, I'd like to go through each of your

13  opinions starting with the first one.

14          What is your opinion that you're offering

15  to the jury?

16      A.   Drug companies have a responsibility to

17  provide information to physicians so that they can

18  use the drug safely.

19      Q.   Okay.   And can you just explain in

20  layperson's terms what that means?

21      A.   Make sure, if there's going to be potential

22  safety hazards, what those hazards are and what to do

23  about it.   Make sure you know how to use a drug

24  safely.   That information is what has to be in the

25  label.

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

DIRECT - KESSLER

1

2      Q.    Now, is this responsibility based just on

3   the regulations we've been talking about?

4      A.    No.  Even if you didn't have regulations,

5   that would be what the standard is for the industry.

6      Q.    And to be crystal clear on this point,

7   where must this safety information you've been

8   talking about today, where must that be?

9      A.    To be in the label.

10      Q.    All right.  Now, let's talk about your

11   second opinion.

12           Can you explain to the jury the second

13   opinion you're offering in this case?

14      A.    In my opinion, the FDA places great

15   emphasis on a serious adverse reaction -- it should

16   be "that" -- can be prevented or reduced in frequency

17   or severity by appropriate use of the drug.  For

18   example, patient selection, careful monitoring,

19   avoiding certain concomitant therapy, additional

20   drugs, addition of another drug, or managing patients

21   in a specific manner, avoiding use in a specific

22   clinical situation.

23      Q.    So, Doctor, in your opinion, is it proper

24   to include an instruction to avoid certain

25   concomitant therapy in order to prevent a serious

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

                         DIRECT - KESSLER

 1

 2   adverse reaction such as major bleeding?

 3        A.   Yes, if that's what's called for, yes.

 4        Q.   Let's talk about your third opinion.

 5             Can you explain your third opinion to the

 6   jury?

 7        A.   Third opinion is the sponsors did not

 8   adequately instruct physicians on how to clinically

 9   manage the information, e.g., discontinue

10   additional -- it should say titrate discontinue.

11   There's a word missing.  That's in paragraph 103.  It

12   should be titrate discontinue additional.

13        Q.   Just so it's clear to the jury, the sponsor

14   you're talking about, that's Bayer and Janssen?

15        A.   Yes.

16             MR. BARR:  Your Honor, I have no more

17             questions at this time.

18             THE COURT:  All right.  When you're

19             ready, if you need a moment.

20             MR. STEKLOFF:  Your Honor, can we

21             approach very quickly?

22             THE COURT:  Yes.

23                  (Discussion held at sidebar off

24                  the record.)

25             THE COURT:  I don't mean to put undue

```
1                    DIRECT - KESSLER

2          emphasis on this, but the last answer I'm

3          going to ask you to disregard.  So I need

4          to read it so you know what it is to

5          disregard because there was a lot of stuff

6          going on there.

7                The question was:  Let's talk about

8          your third opinion.  Can you explain your

9          third opinion to the jury?

10               The doctor's answer was:  Third

11         opinion is the sponsors did not adequately

12         instruct physicians on how to clinically

13         manage the information, that is,

14         discontinue, it should be titrate,

15         discontinue additional.  It's a little bit

16         unclear.

17               And the next question was:  Just so

18         it's clear to the jury, the sponsor you're

19         talking about, that's Bayer and Janssen?

20               He said yes.

21               You are to completely disregard those

22         two questions and answers.

23               And with that, you may cross-examine.

24               MR. STEKLOFF:  Thank you, Your Honor.

25                         -  -  -
```

```
 1                        CROSS - KESSLER

 2                      CROSS-EXAMINATION

 3                           - - -

 4    BY MR. STEKLOFF:

 5         Q.    Good afternoon, Dr. Kessler.

 6         A.    Good afternoon.

 7         Q.    Dr. Kessler, I'd like to start by talking

 8    to you about the FDA; okay?

 9         A.    Of course.

10         Q.    You provided some testimony this morning

11    about the FDA; correct?

12         A.    Yes.  I love to talk about the FDA.

13         Q.    All right.  Good.  You would agree that the

14    FDA is full of many dedicated professionals; right?

15         A.    Sounds like you're quoting me, yes.

16         Q.    Doctors?

17         A.    Yes.

18         Q.    Statisticians?

19         A.    Exactly.

20         Q.    These professionals work on reviewing each

21    NDA?

22         A.    Yes.

23         Q.    This is a process that takes months?

24         A.    Sure.

25         Q.    These dedicated professionals look at data
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                      CROSS - KESSLER
 2   for each trial?
 3        A.   That's a little broad of a statement.  I
 4   mean, I'm sure maybe I've said it, but it's a little
 5   broad of a statement.  I can't swear that they look
 6   at the data for every single trial.
 7        Q.   Okay.  You said it.
 8        A.   I'm sure I said it.  The question is the
 9   context.  It's obvious that they can't possibly --
10   they're not going to look at the data for every
11   single trial.  Again, we've got to talk about the
12   context.  General thought is they're going to try to
13   look at the clinical trials, but there's limitations,
14   realistically.
15        Q.   They certainly looked at the ROCKET trial;
16   right?
17        A.   Sure, of course, no question, sir.
18        Q.   And that's the AFib trial for Xarelto;
19   correct?
20        A.   Yes.  That was what's called -- that was
21   called the pivotal trial.  It was the central most
22   important phase III trial.
23        Q.   Understood.  We're going to talk about that
24   trial later.  I'm going to go back to some questions
25   about the FDA; okay?
```

```
                        CROSS - KESSLER
 1
 2          A.   Sure.
 3          Q.   The dedicated professionals at the FDA
 4    don't just rely on what the pharmaceutical company
 5    tells them; right?
 6          A.   I think that's fair.
 7          Q.   They don't just rely on the conclusions of
 8    the companies?
 9          A.   I think that's fair.
10          Q.   They don't just rely on what's in the
11    published literature?
12          A.   That's fair too.
13          Q.   Even if the literature is peer-reviewed?
14          A.   Oh, certainly.  I don't think -- I think
15    that's very fair.
16          Q.   The FDA looks at case reports?
17          A.   Certainly, in certain instances, yes.
18          Q.   And it does consider what the manufacturer
19    is saying; right?
20          A.   Sure.
21          Q.   But then it does its own statistical
22    analysis?
23          A.   Again, a very broad statement.  In many
24    instances that's correct.
25          Q.   It's true in the case of Xarelto; correct?
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2      A.    Yes.  I mean, in terms of ROCKET, they will

3  do some of their own analysis, yes.

4      Q.    Those same dedicated professionals at the

5  FDA, they do their own review; right?

6      A.    Sure, they do their review, yes.

7      Q.    It's a very thorough review; correct?

8      A.    I think that's probably fair.

9      Q.    It's a very thorough review performed by a

10  lot of dedicated individuals; correct?

11      A.    Probably quoting me and I agree with that.

12      Q.    That's good.

13            All right.  Now, I want to talk to you a

14  little bit about your role as an expert.

15            This isn't the first time you've testified

16  before; correct?

17      A.    No.

18      Q.    And it's fair to say you testify a lot;

19  right?

20      A.    I've testified some 40 times, less times,

21  approximately, I've never counted it up, over the

22  last seven, ten years.

23      Q.    But you've testified at trials in different

24  litigations several times even in the last six

25  months; right?

```
                              CROSS - KESSLER
 1
 2        A.    Several trials, several trials, I think,

 3   I'm just trying to get exactly and precise, I think

 4   that would be probably correct.

 5        Q.    And for all of the work that you do as an

 6   expert, you charge a thousand dollars an hour; right?

 7        A.    I do.

 8        Q.    That's your rate today; correct?

 9        A.    That has always been my rate, yes.

10        Q.    I think we heard that, in Mr. Russell's

11   case, you estimated you've done about 80, 90 hours?

12        A.    Yes.  Don't hold me exactly to that, but

13   that's probably what it will come to.

14        Q.    So 80- to 90-thousand dollars; correct?

15        A.    You got the math right, sir.

16        Q.    When did you arrive in Philadelphia?  Was

17   it on Monday?

18        A.    Yes.

19        Q.    And so how much time are you billing for on

20   Monday?

21        A.    I don't know exactly, but I did arrive on

22   Monday, yes.

23        Q.    And you'll be billing for the time you

24   spent here?

25        A.    Of course.  I mean, that's the way it
```

CROSS - KESSLER

1

works.

3      Q.    Same on Tuesday?

4      A.    Every day that I'm working on this, yes,

5  sir.

6      Q.    How many hours did you spend working on

7  this on Tuesday?

8      A.    Oh, I probably -- I don't know.  I spent a

9  considerable amount Tuesday reading a lot of stuff.

10  I don't know exactly.  I have to go back and look.

11  But I spent a considerable amount of time.

12      Q.    Can you give the jury an estimate, 10

13  hours, 12 hours?

14      A.    Maybe something like that.

15      Q.    Would you say the same about Monday?

16      A.    I'd have to go back and look.  Yes, I take

17  this very seriously, and I was focusing on reviewing

18  a lot of documents.  So I put that time in, yes.

19      Q.    Same yesterday; right?

20      A.    Oh, yeah, I took this very seriously.

21      Q.    If we include today, we'll see, hopefully

22  we can finish today and we don't have to bring you

23  back tomorrow, but can we say you're going to make

24  about $40,000 this week having been in Philadelphia

25  to work on this case?

CROSS - KESSLER

1

2      A.   You do the math exactly correct, I mean,

3  yes.

4      Q.   Now, we heard that you have been involved

5  on both the plaintiff side and the defense side.

6           That's what you testified to on direct;

7  correct?

8      A.   I have been primarily on the plaintiff side

9  I think I testified to, but some on the defense side.

10      Q.   I went and counted up.  You've been

11  involved in 28 different litigations.

12           Does that sound right?

13      A.   I don't want to -- I'll take your word for

14  it, Counselor.

15      Q.   I identified four in which you've been on

16  the defense side.

17           Does that sound right?

18      A.   That sounds probably the right proportion.

19  Again, I'll take your word for it.  I've never

20  counted it up, but that's probably the right ratio is

21  my guess.

22      Q.   So one of those was between two different

23  pharmaceutical companies.  So you were on the defense

24  side, but it was against a pharmaceutical company;

25  right?

CROSS - KESSLER

1

2      A.   I think it was a dispute with two

3  pharmaceutical companies, yes.

4      Q.   One was between a pharmaceutical company

5  and an insurance company, and you were on the

6  insurance side; right?

7      A.   That's exactly what I -- that's correct.

8      Q.   Another was a med-mal-type issue, is that

9  right, where you were on the defense?

10     A.   Yes, I think that was exactly, I believe,

11  involved certain pharmaceutical companies, and I was

12  for the pharmaceutical company, yes.

13     Q.   And then the fourth was for a coffee

14  company, and there were allegations there should be

15  cancer warnings on coffee cups; right?

16     A.   For the major coffee roasters like

17  Starbucks, for that industry.

18     Q.   Those are the four where you've been on

19  this side of the defense; correct?

20     A.   Those are the ones that come to mind.  I

21  don't know if there was another insurance company or

22  not.  I have to take a look.

23     Q.   So that leaves 24 litigations where you've

24  been an expert; right?

25     A.   Yes, by your math, yes.  I'm not disputing

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1  any of your -- you counted it.  I appreciate it.

2      Q.   In all 24 of those cases you have been on

3  the side of the plaintiff; right?

4      A.   Yes.

5      Q.   And in all of those cases that involve the

6  pharmaceutical company, you have testified against

7  the pharmaceutical company; correct?

8      A.   If the pharmaceutical company for those --

9  again, we have to go through it, but, yes, on the

10  plaintiffs, against the defendant, yes.

11      Q.   That's almost all of the 24?

12      A.   If the numbers are exactly what you said,

13  four out of 28, I certainly agree with that.  That's

14  just the way it works.

15      Q.   In any of those cases where a label was at

16  issue, you have testified on behalf of the plaintiffs

17  that the label was inadequate; correct?

18      A.   You know, I've actually gone back and

19  looked.  And sometimes I've been asked a question

20  whether the label was adequate, and I've actually

21  testified, I believe, you have to look at the exact

22  testimony, it's adequate.

23           Most of the time, you're right, in a

24  failure-to-warn case, if I'm testifying and I get to

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2    that stage, you are right, the label would be

3    inadequate.

4        Q.    Over 20 times -- in over 20 litigations

5    against pharmaceutical companies, you have

6    consistently been on the side of plaintiffs and have

7    said that the labels at issue are inadequate; right?

8        A.    Be careful.  I don't think -- a number of

9    those cases are antitrust cases.

10       Q.    My question is, the ones that involve a

11   label, out of those 24 against pharmaceutical

12   companies, every single time the label is at issue

13   and you have testified, you have said the label is

14   inadequate; right?

15       A.    In some of those cases where the label

16   comes up, I've testified that it's adequate.  I'd

17   have to go back and read the transcript, but

18   generally your point I'm not disputing.  But I just

19   want to get it exactly right, Counselor.

20       Q.    Now, today it's true that you're involved

21   in 10 to 15 cases, having nothing to do with Xarelto,

22   around the country where you are testifying against

23   pharmaceutical companies on behalf of plaintiffs'

24   attorneys?

25       A.    I'm not sure where you get that number of

                          CROSS - KESSLER

1   10 to 15 where I'm actively involved.

2        Q.    Well, let's show you where I got it from.

3        A.    Sure, that I'm actively involved today.

4        Q.    I'm going to show you a transcript from a

5   different litigation dated March 12, 2018, so a month

6   ago.

7        A.    Okay.

8        Q.    So here you were asked a month ago:  How

9   many other product liability cases, not other cases,

10  how many other products or how many other products

11  are you currently acting as an expert witness for the

12  plaintiff?

13            You said:  I have no idea.  I'd have to

14  think that through and look at a list.

15            Ten, fifteen?

16            No.  I think that's the case.  Again, I

17  don't know sitting here what's accurate, what's not

18  accurate.

19            Right?

20       A.   I take it that's the transcript, but I

21  don't think I'm agreeing there that it's ten to

22  fifteen.  I certainly don't have a number of ten to

23  fifteen in my head that I'm actively involved in.  I

24  think I answered that no.

CROSS - KESSLER

1

2        If you look, maybe there's a confusion in

3   the transcription of the next sentence, but I think

4   if you read that, I certainly am saying I don't know

5   sitting here what's accurate, what's not accurate.

6   I'd have to count it up.  I can do that, Counselor,

7   if you want, and think that through, but I think the

8   answer was no to that question.

9        Q.   You certainly are an expert right now in

10   more than one litigation against pharmaceutical

11   companies; right?

12        A.   Yes, I certainly agree with that.  You

13   threw out a number of ten to fifteen.  I'm not sure

14   where you got that.

15        Q.   You can't tell the jury how many you're

16   involved in right now?

17        A.   That are active, again, I tend to be very

18   precise in my answers.  I'm under oath.  And I would

19   have to, you know, think through exactly what's

20   active.  I certainly don't see ten to fifteen cases I

21   am active on.  There are certainly not ten to fifteen

22   cases that are on my schedule.  That would be

23   impossible.

24        Q.   Well, let's talk about the money that

25   you've made; okay?

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
                          CROSS - KESSLER
 1
 2        A.    Sure, happy to.
 3        Q.    So you were asked, in another case that was
 4   in 2014, how much money you had made up to that
 5   point, and do you recall testifying that, as of that
 6   point, between 2008 and 2014, you had made
 7   $1.85 million testifying as an expert?
 8                   MR. BARR:  Your Honor, I object.
 9                   MR. STEKLOFF:  I'm happy to rephrase
10             the question.
11                   THE COURT:  I'm going to sustain the
12             question or ask you to rephrase.
13                   MR. STEKLOFF:  Sure.
14   BY MR. STEKLOFF:
15        Q.    You've made millions of dollars testifying
16   as an expert; right?
17        A.    Exactly.
18        Q.    As of 2014, do you recall that you had made
19   approximately $1.85 million up to that point?
20        A.    Someone had put together a number of cases
21   and showed those bills.  I think, if you looked at
22   the transcript, I said I don't disagree.  I have no
23   reason to disagree with that.  I think that's the
24   basis of that number.
25        Q.    Sitting here today, you have no reason to
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                    CROSS - KESSLER
 2   disagree that, between 2008 and 2014, you made
 3   $1.85 million?
 4        A.   I have no reason to dispute that, and I
 5   agree that I've made millions of dollars.
 6        Q.   And then between 2015 to 2017, is it fair
 7   to say that you made another $1.4 million testifying
 8   for plaintiffs' attorneys?
 9        A.   I don't know the exact amount.  I can tell
10   you somebody put together some bills.  But I can tell
11   you I've made millions of dollars is the answer to
12   your question.  I just don't know the dates and those
13   times exactly.
14        Q.   So you have no reason to dispute my
15   numbers, 1.85 up to 2014 and then an additional 1.4
16   between 2015 and 2017?
17        A.   I just can't agree with those numbers.
18   Somebody may have put together certain bills.  They
19   may have added to that, but, again, I don't have the
20   numbers.  I can sit here and tell you, I mean, I
21   agree with the overall conclusion that you've made.
22        Q.   The overall conclusion that I've made was
23   that, by 2017, you had been paid $3.25 million by
24   plaintiffs' attorneys.
25        A.   Again, I can't agree on an exact number.  I
```

                        CROSS - KESSLER

1  can tell you I made millions of dollars.  I didn't

2  bring my accountant here, so I can't tell you exactly

3  the number.  But the overall, if you take away that

4  exact number and just add millions, I would agree

5  with that question.

6

7       Q.   Since 2017, you've continued to work as an

8  expert for plaintiffs' attorneys; correct?

9       A.   In this last 2018, yes.

10      Q.   And the second half of 2017; right?

11      A.   Certainly, yes, yes.

12      Q.   So is it fair to say you've probably, in

13  all the other litigations, been paid another million

14  dollars in the last year?

15      A.   I would be guessing, Counselor.  I don't

16  have those exact numbers.  But the number, your point

17  is exactly right.  There's nothing to hide from.  I'm

18  proud of it.  I've made significant dollars.  I would

19  agree with that.

20      Q.   Why don't you estimate, since we're in

21  April of 2018, since April 2017, how much you've made

22  from plaintiffs' attorneys being paid as an expert

23  against pharmaceutical companies?

24      A.   It would be speculation, and I don't want

25  to do that.  I just don't want to do that because I

CROSS - KESSLER

1
2    tend to be very precise in my answers.  And I can
3    tell you it's significant, but I don't know.  You'd
4    have to go ask my wife.
5        Q.   You don't want to give the jury any
6    estimate of what you've made being paid by
7    plaintiffs' attorneys in the past year testifying
8    against pharmaceutical companies, any estimate?
9              MR. BARR:  Your Honor, I object.  At
10             this point he's arguing with the witness.
11             He's answered the question.
12             THE COURT:  I don't need speaking
13             objections too much.  I'll ask for them if
14             I need them.  I agree we're just about at
15             that point, a few more questions or maybe
16             one more or zero.
17             MR. STEKLOFF:  One more.
18   BY MR. STEKLOFF:
19       Q.   We can agree the total is over 4 million;
20   right?
21       A.   It's certainly in the millions of dollars.
22   Not in this most recent period.  You're talking about
23   total.  Yeah, it's significant dollars certainly over
24   the last ten years.
25       Q.   And, in fact, you've testified in so many

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1
2  pharmaceutical cases that do you remember -- let me
3  start over.
4          Do you remember when Mr. Barr showed your
5  big report to the jury?
6      A.   Yeah.
7      Q.   You've testified in so many pharmaceutical
8  cases that you sometimes just copy and paste portions
9  of your report from one litigation to the next;
10 right?
11     A.   That would be misleading to give that
12 impression.  There are certain things, there are
13 certain regulations that are true and certain things
14 about FDA that are true that I do duplicate.  But
15 it's just not a quick cut and paste.  I tend to be
16 very thoughtful.  But, yes, everything I would say
17 here about the regulations, I would have testified
18 previously the exact same way.  I'm very careful
19 about that.
20     Q.   So my question was, there are portions of
21 your report that you just cut and paste, and the
22 answer to that is yes; right?
23     A.   I would disagree with the words "just cut
24 and paste."  There are sections that are exactly the
25 same, right, because it's applicable.  If it's about

```
 1                        CROSS - KESSLER
```

 2   FDA and it's about the rules, for example, the rules

 3   apply across cases.  So, yes, theoretically, maybe

 4   it's a cut and paste when it comes to the rules

 5   because those rules are the same.

 6        Q.   Just to be clear, so my questions are

 7   clear, at trial, any time you've ever testified at a

 8   trial like this in front of a jury about the adequacy

 9   of the label, you have always said that the label is

10   inadequate; correct?

11        A.   I don't think that's correct.  We'd have to

12   go back and take a look.  I actually think I've

13   seen -- I think I've actually checked transcripts and

14   I've actually testified.  But, again, we'd have to

15   pull up all those transcripts.  Certainly there are

16   cases where I believe that is, in fact, the case.

17        Q.   Okay.  I'm going to show you testimony now

18   from April 2017.

19             MR. STEKLOFF:  Could we pull that up

20        on the screen, April 25, 2017?  This is

21        page 337, line 21.

22   BY MR. STEKLOFF:

23        Q.   All right.  So if we go to 337, line 21, to

24   338, line 4, you were asked:  And in these prior

25   cases in which plaintiffs claim that the drug company

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

did not adequately warn, your testimony in every one

of those cases previously, and including today, has

been that the warning was inadequate; correct?

　　　　　Your answer was:  So are you talking about

at trial at the end of the day?

　　　　　Question:  Yes.

　　　　　Your answer was:  Yes.  At trial most of

the -- I've testified in just a handful of cases,

three or four, and I believe I testified that the

label was inadequate in those.

　　　A.　Keep on going, please.

　　　Q.　Sure.

　　　　　The others may have been antitrust cases.

　　　　　We can keep going down.

　　　　　If my recollection serves me, we would have

to look at the list.

　　　A.　Yes, exactly.  I think that's exactly my

testimony.  That's my testimony today.  No different,

sir.

　　　Q.　All right.  So now I want to turn to a new

topic and talk to you about the ROCKET trial; okay?

　　　A.　Sure, happy to.

　　　Q.　And the ROCKET trial was the phase III

trial that was performed regarding patients with

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
                        CROSS - KESSLER
1
2    atrial fibrillation taking Xarelto and warfarin;
3    correct?
4         A.   Yes.
5         Q.   You described it as the pivotal trial; is
6    that right?
7         A.   It's a term of art because it's the basis
8    for approval.  Usually there's two required.  But
9    this was a very large trial.  So it was the term of
10   art the company would refer to it as, the pivotal
11   trial.
12        Q.   You have no criticisms about it being a
13   pivotal trial; right?
14        A.   Umm.
15        Q.   In other words, you're saying the pivotal
16   trial was the right trial; right?
17        A.   No.  I think the trial should have been at
18   a different dose, and I think the company failed to
19   do that.
20        Q.   Let's talk about the AFib condition.
21             Atrial fibrillation the jury's heard a lot
22   about; right?
23        A.   I haven't been in the courtroom.  I assume
24   so, yes.
25        Q.   You understand that's a condition where a
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2   patient has an irregular heartbeat; right?

3       A.    Certainly.

4       Q.    And that irregular heartbeat will cause

5   blood to pool in the heart and form clots; right?

6       A.    Yes, sir.

7       Q.    And the ROCKET trial was a prospective

8   randomized double-blind study; right?

9       A.    Yes.

10      Q.    Let's break that down because it's a lot of

11  words.

12            Prospective means looking forward; right?

13      A.    You got it.

14      Q.    Randomized means that the patients -- some

15  patients were on warfarin and some patients were on

16  Xarelto; correct?

17      A.    Yes.

18      Q.    And double-blind means both the patients

19  and their doctors did not know which medicine they

20  were receiving; correct?

21      A.    That's the way it should have been, yes.

22      Q.    And the reason why a trial like this is

23  done double-blind is so that it's not -- so there's

24  no biases associated with the doctors or the patients

25  knowing what medicine they're taking; correct?

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2      A.   Be a little careful in that, using the

3  words "no biases."  The reason you do that is to

4  limit bias.  You never get rid of all bias.

5      Q.   Fair enough.  But you agree that this

6  prospective randomized double-blind study is the gold

7  standard for clinical trials; right?

8      A.   For clinical trials, absolutely.

9      Q.   And that's not just in the pharmaceutical

10 industry, but that's in medicine more broadly; right?

11     A.   We could spend an hour talking about

12 epidemiological versus randomized trials, so I don't

13 want to make any blanket statements.  It depends on

14 the question you're answering, Counsel.

15          In certain instances, it's fair that the

16 clinical trial is the gold standard.  But you can't

17 answer every question from a clinical trial, and

18 sometimes it's epidemiological.  So it's a complex

19 answer but I'll stop there.

20     Q.   Double-blind randomized controlled clinical

21 trials, we can agree, are the bases for

22 evidence-based medicine; right?

23     A.   As well as epidemiological studies, I

24 think, of which clinical trials is a part.  I think

25 it's the whole field of epidemiological studies,

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1  including medical trials, is the way I would say

2

3  that.

4      Q.   The double-blind randomized controlled

5  trial, that's at the top of the epidemiological

6  pyramid; right?

7      A.   For certain questions, whether this drug

8  works in this population, I would agree with you

9  exactly.  It's not going to answer every safety

10  question because sometimes trials aren't adequately

11  powered to answer the questions.  So you have to make

12  sure that the study is adequately powered, and if it

13  can't be, you're going to have to get your answers

14  from elsewhere.

15      Q.   So the ROCKET trial was a trial about

16  Xarelto and whether it worked for patients who had

17  atrial fibrillation; right?

18      A.   Yes, in major part.  It had some

19  subpopulations, too, as you know.  But, yes, that was

20  the major thrust.

21      Q.   So if we go back, for the top of the

22  epidemiological pyramid, for that question, this was

23  the gold standard; right?

24      A.   Give me the exact question and then I'll

25  answer that.

```
 1                      CROSS - KESSLER

 2       Q.    Whether Xarelto works for AFib patients.

 3       A.    No, that's actually not the question.

 4       Q.    That's my question.  I'm asking you my

 5  question.

 6       A.    But that was not the question in ROCKET.

 7       Q.    Okay.

 8       A.    The question was, was it non-inferior

 9  compared to warfarin.  That was the question in the

10  ROCKET trial.

11       Q.    For that question, you agree it was the

12  gold standard?

13       A.    Yes, I think for that question, compared to

14  warfarin, that would be a fair statement.

15       Q.    Okay.  Now, ROCKET, you agree, is not the

16  only clinical trial that's been performed on Xarelto;

17  right?

18       A.    Oh, not at all.

19       Q.    In fact, you had, in that big report that

20  you have, one of your appendices lists a number of

21  clinical trials that have occurred with respect to

22  Xarelto; correct?

23       A.    Schedules, yes.

24       Q.    This is not a memory test, but I think in

25  that document you listed the trials from when they
```

```
 1                       CROSS - KESSLER

 2   started up through February 2013; is that fair?

 3        A.    I have to go back and check.  I have no

 4   reason to dispute what you're saying.

 5        Q.    And you agree that since February 2013

 6   there have been more clinical trials on Xarelto?

 7        A.    Even since I gave my deposition there's

 8   been trial results that have come in.

 9                    MR. STEKLOFF:  And can we pull that

10              appendix up, please, Matt?

11   BY MR. STEKLOFF:

12        Q.    So this is Schedule 7, description of

13   clinical trials for Xarelto.  I promise we're not

14   going to walk through the details.  I just want to

15   show the jury what you have here.  This is page 1.

16   These were some of the phase I clinical trials.

17                    So you explained -- if you can go back,

18   please, a page, Matt -- you explained that ROCKET was

19   a Phase III clinical trial; right?

20        A.    Yes.

21        Q.    Phase I clinical trial takes place earlier;

22   correct?

23        A.    Yes.

24        Q.    From every study regarding the phase, you

25   put the study title; do you see that column?
```

```
                        CROSS - KESSLER
```

 1                        CROSS - KESSLER

 2        A.    Yes.

 3        Q.    The study number, each study had a number;

 4   right?

 5        A.    Just tell me what schedule number that is

 6   so I can pull up my own copy.

 7        Q.    Schedule 7.

 8        A.    Thanks for reminding me.

 9        Q.    You have the date the study was initiated;

10   do you see that?

11        A.    Yes.

12        Q.    The date the study was completed; do you

13   see that?

14        A.    Yes.

15        Q.    You have number of patients completed and

16   number of patients enrolled, and then finally you

17   have a column called clinical study report.

18              Do you see that?

19        A.    Yes, where you can go to get the actual

20   CSR, yes.

21        Q.    Let's explain to the jury what a CSR is.

22              So at the end of a clinical trial, the

23   companies put together a report that takes all the

24   data from the trial, correct, and other information?

25        A.    Fair.

                              CROSS - KESSLER

1

2      Q.    And then that clinical study report is

3  provided to the FDA; correct?

4      A.    It's part of the NDA, it should be, yes.

5      Q.    And so I added up the number of studies

6  that were in your report, and I have determined that,

7  as of February 2013, you listed 96 studies that had

8  been done on Xarelto.

9      A.    For all the indications, yes, not just for

10  the AFib, I believe.

11      Q.    Correct.  Because there are different --

12  the jury's heard there are different indications for

13  Xarelto; right?

14      A.    Yes.  I mean, I take your word on adding it

15  up.  I have no reason to dispute.  It goes on for a

16  number of pages.

17      Q.    I added up all the patients you listed in

18  that patients enrolled column and patients completed,

19  and it was almost a hundred thousand patients.

20          Does that sound right?

21      A.    Again, I have no reason to dispute what

22  you're saying, Counselor.  I didn't do that math

23  myself.

24      Q.    I understand that.  And then so since there

25  have been more studies since 2013, can you agree with

CROSS - KESSLER

1

2    me that, sitting here today, there have been over a

3    hundred clinical trials performed on Xarelto?

4         A.   I will take your word for it.  You know

5    specifically because your client can tell you.  So I

6    have no reason to dispute that.

7         Q.   You could have figured it out.  Because it

8    wasn't part of your opinions, you didn't do so;

9    right?

10        A.   Well, I'm not sure do I have access to

11   every clinical trial.  If it's listed in

12   clinicaltrials.gov, sure, I'm sure I could have gone

13   back and done more work after the deposition.

14        Q.   If I told you that there have been almost

15   300,000 patients who took Xarelto in a clinical

16   trial, you would have no reason to disagree with me;

17   right?

18        A.   You can certainly testify to that.  I don't

19   know the number.

20        Q.   But you have no reason to disagree?

21        A.   I just don't -- I have not added it up.

22   But certainly this is a drug that is very widely

23   used, and it required studies to be able to figure

24   out what the company tried to figure out.

25        Q.   And then they take those clinical study

CROSS – KESSLER

1

2  reports and they provide them to the FDA; right?

3       A.   Huge room, tons of documents, right.

4       Q.   Right.  And then the dedicated

5  professionals at the FDA that we discussed earlier,

6  they're able to do their own statistics and their own

7  analyses of those; right?

8       A.   Right.  A lot of them fit on here, the

9  clinical study reports.  And you're right, dedicated

10 professionals, dedicated professionals try to work

11 their way through that, yes.

12      Q.   Now, let's go back to the ROCKET trial

13 specifically; okay?

14      A.   Sure.

15      Q.   You agree there was a clinical study report

16 that was done for the ROCKET trial; right?

17      A.   Yes.  Do you have it?

18      Q.   I'm going to pull it up actually on the

19 screen.

20      A.   The whole clinical.

21      Q.   No.  DX5265.

22      A.   Do you have a copy?

23      Q.   I don't have a copy.  It's more than 30,000

24 pages; correct?

25      A.   Correct.

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2      Q.    When the FDA receives it, they receive it

3  electronically just like the little hard drive you

4  just showed us?

5      A.    Today that's probably correct, yes.

6      Q.    That wasn't the case when you were

7  commissioned back in the '90s; right?

8      A.    You're dating me.

9      Q.    Not intentionally.

10     A.    It's okay.  I will take -- you know, I

11 still -- I will tell you some of those boxes I have

12 still paper for those clinical, some of the clinical

13 study, in certain portions of those clinical study

14 reports.

15     Q.    It makes sense that today the data is

16 provided electronically?

17     A.    Yes.  We actually -- I know it seems

18 Byzantine.  We actually started that process.

19     Q.    That allows the dedicated professionals at

20 the FDA to electronically review or search through

21 the material; right?

22     A.    Even, as you would say, cut and paste

23 certain things into their review, yes.  They have

24 access to the data, and they literally sometimes cut

25 and paste certain sections.

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                      CROSS - KESSLER
 2              MR. STEKLOFF:  Now, can we please,
 3         Matt, turn to page 16 of this clinical
 4         study report, Table 44?  If you go up to
 5         the top, Matt.
 6  BY MR. STEKLOFF:
 7      Q.   In the appendices, it had all of the
 8  bleeding-related events.  And this is the table of
 9  contents, so it showed, anyone who was reviewing this
10  clinical study report, where they could find the
11  bleeding data from the study; right?
12      A.   It would seem like on page 15,221.  That's
13  where that data would probably be of this report, if
14  I'm reading that table of contents correctly.
15      Q.   Right.  And then just to be clear, if
16  someone at the FDA was interested in the bleeding
17  data, they had electronic access to page 15,221;
18  right?
19      A.   Yes, yes, they have access to it, but
20  understand this is in an appendix, right.  So there's
21  a report.  There's several hundred pages.  I assume,
22  if you go back to the beginning, you know, you would
23  hope that that data is not just in the appendix, that
24  it's also in the body of the report.
25      Q.   You know that there was information about
```

CROSS - KESSLER

1

2    bleeding data in the body of the report; right?

3        A.    I assume so, of course, yes.

4        Q.    And you're not making fun of appendices.

5    We just showed Schedule 7 that was an appendix to

6    your multiple hundred-page report; right, Doctor?

7        A.    I love appendices.

8        Q.    So you're not putting down the fact that

9    this is in an appendix?

10       A.    I'm not putting it down, but I'm making the

11   point that you have a vast amount of information.  So

12   this is on page 15,000, and you would expect, if

13   there's, for example, an excessive risk, you don't

14   put that just in an appendix.  You would put that in

15   the body of the report.  You would save it.

16       Q.    And you understand that there were

17   discussions about both the safety and the efficacy in

18   the body of the report; right?

19       A.    Sure.  There's discussion of that, but

20   there was certainly not discussion of excessive risk.

21       Q.    Dr. Kessler, can you just answer my

22   question?  My question was, there was discussion of

23   safety and efficacy.

24           The answer to that is yes; right?

25       A.    Yes, in part, I think would be the exact

```
1                        CROSS - KESSLER
2    correct answer to that, if I can expand.
3                 THE COURT:  Doctor, if I may, so this
4            will probably go a little more smoothly if,
5            if an answer lends itself to yes or no,
6            please answer yes or no.  If you think
7            there's probably additional material that's
8            relevant that you think the jury would be
9            interested in, my guess is that the
10           attorneys for the plaintiff will also think
11           that, and they can follow up with
12           additional questions to you.
13                THE WITNESS:  Sure, Your Honor.
14                THE COURT:  Okay.  Thank you.
15                THE WITNESS:  Thank you.
16   BY MR. STEKLOFF:
17       Q.   Just to be clear, we're talking now about
18   bleeding data, but there's lots of other data that
19   was provided in this clinical study report; right?
20       A.   Yes.
21       Q.   Including whether Xarelto prevented strokes
22   in patients that were in the study; right?
23       A.   One of the endpoints, yes.
24       Q.   And we can even see here there was liver
25   data that is referenced on the page; right?
```

```
                        CROSS - KESSLER
 1
 2        A.    Yes, you see that on page -- it would be on
 3   page 29,000 of this report.
 4        Q.    Just as another example?
 5        A.    As another example, correct.
 6        Q.    Now, you know that this report, this
 7   clinical study report from ROCKET, was provided to
 8   the FDA in December 2010; correct?
 9        A.    I have a chronology but I'll take your -- I
10   have no reason to dispute that.
11        Q.    Okay.
12        A.    I can double -- I have that data, but I'll
13   take your word for it, Counsel.
14        Q.    You also know that the application to get
15   Xarelto approved to treat atrial fibrillation was
16   submitted in January 2011; correct?
17        A.    I believe that's correct, sir.
18        Q.    And so let's look at DX5913, please, and
19   you can see here, Dr. Kessler, if you look on the
20   screen -- do you want me to give you a moment to find
21   your chronology?
22        A.    No, no.  I don't have exact dates in my
23   head.  I apologize.  I do have a chronology but we
24   can work.  Here's my chronology.  So I can be exactly
25   certain.  Thanks.
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
                       CROSS - KESSLER

 1

 2        Q.    Now I'm showing you DX5913.  This is a

 3   letter dated January 4, 2011.

 4             Do you see that?

 5        A.    Yes.

 6        Q.    It has the NDA 202-439 for Xarelto;

 7   correct?

 8        A.    That's actually the Xarelto for AFib.

 9        Q.    Correct.  That was my next question.  So

10   this was the application for atrial fibrillation to

11   be approved -- for Xarelto to be approved for the

12   treatment of atrial fibrillation?

13        A.    Exactly.

14        Q.    And you can see it was a new drug

15   application; correct?

16        A.    Yes.

17        Q.    And it went to a Dr. Norman Stockbridge,

18   who was the director of CDER at the FDA, specifically

19   the Division of Cardiovascular and Renal Products;

20   right?

21        A.    You have that quite right.

22             MR. BARR:  Counsel, I'm going to stop

23        you.  Can I get a copy of this?

24             MR. STEKLOFF:  Sure.

25             THE COURT:  Anybody need a break on
```

```
 1                     CROSS - KESSLER

 2          the jury?  Yes.  All right.  Let's take our

 3          final break for the day.  We're going to

 4          finish today at 4:25.

 5                  THE COURT OFFICER:  All rise.

 6                      (The jury exits the courtroom at

 7                      3:27 p.m.)

 8                  THE COURT:  Everyone may be seated.

 9          Can we talk for a minute about scheduling,

10          what's on tap for tomorrow?  I mean, it

11          will be a continuation of Dr. Kessler, if

12          we don't get done, but beyond that, what

13          are we planning?

14                  MR. BARR:  If Dr. Kessler doesn't get

15          done, obviously he'll be back tomorrow.  I

16          think tomorrow would have to be videos

17          because our next live witness will be

18          Monday, most likely.

19                  THE COURT:  I think Monday is just an

20          afternoon session because of our juror who

21          has to travel up to Bucks County.

22                  MR. BARR:  We'll probably get that

23          witness started.

24                  THE COURT:  I don't know which witness

25          this business records deposition is germane
```

CROSS - KESSLER

1

2      to.  If the timing is right, we can do that

3      Monday morning.

4           MR. BARR:  It would be that witness,

5      Your Honor.  What I was planning to do on

6      this, I don't have to disclose this early,

7      but I'm hoping we can work through this

8      issue.  I was going to go ahead and prepare

9      for the defendants tonight the potential

10     exhibits that we may use with Dr. Miles

11     that are subject to this business records

12     issue, go ahead and send that over to them

13     to see if they have objections.  Maybe you

14     don't even have to deal with it.  If they

15     have objections, we can meet and confer,

16     talk about it.  If we have it resolved, we

17     can bring that to you on Monday.

18          THE COURT:  How many witnesses other

19     than Dr. Miles will this be pertinent to?

20          MR. BARR:  Dr. Miles will be the only

21     witness other than possibly

22     cross-examination.

23          THE COURT:  Of Dr. Kessler?

24          MR. BARR:  No, no, cross-examination

25     of their witnesses.  When they start going,

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                     CROSS - KESSLER
 2          the documents could become usable then.
 3               THE COURT:  Oh, oh right.
 4               Okay.  Does that make sense,
 5          Mr. Stekloff?
 6               MR. STEKLOFF:  That makes sense.  I
 7          agree the only witness, aside from
 8          cross-examination in their case, that these
 9          are pertinent to is Dr. Miles.
10               And I think hopefully we can narrow
11          the dispute about the documents.  We may
12          have questions about whether Dr. Miles is
13          the right expert to use such documents, but
14          that's a separate question.  I think we can
15          probably narrow the dispute about the
16          documents at issue.
17               THE COURT:  How many witnesses by
18          video would be after Dr. Kessler and
19          before --
20               MR. BARR:  I think right now there's
21          one ready to go, and that's Dr. Peters.
22          And I believe my IT people or my video
23          people, maybe Jeremy can correct me if I'm
24          wrong here, I think we're in the queue
25          trying to get Moye and Geiger ready to go.
```

```
 1                      CROSS - KESSLER
 2              THE COURT:  That would be most of
 3         tomorrow then?  That will fill up most of
 4         the day?
 5              MR. BARR:  Yes, Your Honor.
 6              MR. STEKLOFF:  Peters is long, Your
 7         Honor, and then the other two are
 8         relatively short.
 9              THE WITNESS:  Again, I will do
10         whatever the Court wants.  Nothing's more
11         important.  But right now I'm on a plane at
12         2:20 tomorrow afternoon.
13              THE COURT:  You'll be done by then.
14              THE WITNESS:  Thank you very much.
15              THE COURT:  I imagine you'd want to
16         leave here about noon, 12:30.
17              THE WITNESS:  Whatever.  Then I have
18         to get on my way abroad tomorrow night.  I
19         have to take a connecting flight in order
20         to get abroad.
21              THE COURT:  2:20 is the operative time
22         for you tomorrow.
23              THE WITNESS:  Out of Philadelphia, if
24         that's possible.
25              THE COURT:  I'm pretty sure it will
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                         CROSS - KESSLER
 2           be.
 3                 MR. BARR:  Mr. Stekloff and I have
 4           been talking.  I highly suspect we'll be
 5           done today.  If we're not, I don't think he
 6           will go long in the morning.
 7                 THE COURT:  That would mean four
 8           hours, well, three before we have to start
 9           worrying about your flight.  We'll make
10           sure you're done by then.
11                 THE WITNESS:  You're very kind, Your
12           Honor.
13                 THE COURT:  We'll take five minutes,
14           ten minutes, and, again, we're stopping at
15           4:25.
16                     (Whereupon a brief recess is
17                      taken.)
18                 THE COURT:  I think we're ready to go,
19           and since I'm leaving right at 4:25, if I
20           can have those designations, assuming
21           they're ready.  You can just hand them up
22           to Kylie whenever, for tomorrow's videos.
23           I just wanted to say you can come right on
24           up and give them to Kylie when you have
25           them.
```

```
 1                        CROSS - KESSLER

 2              THE COURT OFFICER:  All rise.

 3                   (The jury enters the courtroom at

 4                   3:48 p.m.)

 5              THE COURT:  Everyone may have a seat.

 6              All right.  Mr. Stekloff, you may

 7         continue.

 8              MR. STEKLOFF:  Thank you, Your Honor.

 9   BY MR. STEKLOFF:

10         Q.   We're in the home stretch, Dr. Kessler.

11         A.   Thank you, Counselor.

12         Q.   So we were looking at Exhibit 5913.  This

13   was the application associated with Xarelto and the

14   atrial fibrillation indication; correct?

15         A.   Correct.

16         Q.   Dated January 4, 2011; right?

17         A.   Correct.

18         Q.   And Dr. Stockbridge, we were talking about

19   him, he was the Director of the Cardiovascular and

20   Renal Products Division within the FDA; right?

21         A.   Correct.

22         Q.   And as part of this submission, there was

23   also a draft label attached; correct?

24         A.   Yes.

25                   MR. STEKLOFF:  Now, if we can pull up
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
1                    CROSS - KESSLER
2              DX5233, please.
3   BY MR. STEKLOFF:
4        Q.   And you're familiar with this document;
5   right?
6        A.   Yes.
7        Q.   This is the approval letter dated
8   November 10, 2011; right?
9        A.   It's received on that date.  You'd have to
10  go back to the last page.
11       Q.   That's correct.  It was actually approved
12  November 4, 2011.
13            Do you recall that?
14       A.   I take your word, yes.
15       Q.   When the FDA approves a medicine, they're
16  approving the whole application; right?
17       A.   I think they're approving the application
18  is correct.
19       Q.   The application includes the application
20  for the indication for atrial fibrillation and the
21  label that is attached to that; correct?
22       A.   They approved the new drug application.
23       Q.   And the application they approved includes
24  the product label; right?
25       A.   Yes.
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1

2      Q.    So it is also true that, if the FDA thinks

3  that the proposed labeling is false or mislabeled, it

4  has the authority to not approve the medicine; right?

5      A.    You're probably quoting me.

6      Q.    I didn't hear your answer.  What was that?

7      A.    You're probably quoting me.

8      Q.    I am quoting you.

9      A.    Good.

10     Q.    So you agree?

11     A.    I certainly do.

12     Q.    You testified a lot, so I can quote you a

13 lot; right?

14     A.    I also talked a lot when I was the FDA

15 commissioner.  It sounds like me.

16     Q.    And the FDA, before it approves a medicine,

17 it must determine that the medicine is safe and

18 effective; right?

19     A.    That is a statutory standard, yes.

20     Q.    And so when the FDA approves a medicine as

21 safe and effective, it is saying it is safe and

22 effective under the conditions described in the

23 label; right?

24     A.    That it meets that standard, yes.  That's

25 what the approval means, yes.  And it says that -- it

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

CROSS - KESSLER

1
2   probably says that as we go a little further down in
3   this letter.
4       Q.   It does, actually.  If you go down, it says
5   that the new drug application provides for use of
6   Xarelto for the following indication:  Xarelto
7   Rivaroxaban is indicated to reduce the risk of stroke
8   and systemic embolism in patients with nonvalvular
9   atrial fibrillation; right?
10      A.   Yes.
11      Q.   That's what we've been talking about here
12  today; correct?
13      A.   Exactly.
14      Q.   And then if you go down -- well, first of
15  all, it says:  We have completed our review of the
16  application as amended; right?
17      A.   Yes.
18      Q.   It is approved effective on the date of
19  this letter for use as recommended in the enclosed
20  agreed-upon labeling text; right?
21      A.   Exactly.
22      Q.   Now, that approval meant that, with respect
23  to Xarelto, it was approved as safe and effective in
24  patients with atrial fibrillation, including under
25  the conditions described in the label; right?

CROSS - KESSLER

1

2    A.    It met the standard, that statutory

3  standard.  That would be a correct interpretation.

4    Q.    Okay.  Now, if we take that down, I think I

5  actually have just one last topic for you.

6          You talked to the jury about this CBE

7  process; right?

8    A.    Yes, sir.

9    Q.    As part of your testimony earlier today?

10   A.    Yes.

11   Q.    And that was changes being effected;

12  correct?

13   A.    That's the term for CBE, yes.

14   Q.    When a CBE occurs, the FDA still has to

15  approve that language that's included in a

16  CBE-related label; right?

17   A.    After the fact.

18   Q.    After the fact, the FDA gets to review that

19  language and issue an approval or say it's not

20  approved; right?

21   A.    After the fact.

22          MR. STEKLOFF:  One moment, Your Honor.

23          THE COURT:  Sure.

24          MR. STEKLOFF:  Your Honor, I pass the

25          witness.

REDIRECT - KESSLER

1                                                  

THE COURT:  Okay.

MR. BARR:  Your Honor, may we approach quickly?

THE COURT:  You may, sure.

(Discussion held at sidebar off the record.)

MR. BARR:  May I proceed, Your Honor?

THE COURT:  Yes.

- - -

REDIRECT EXAMINATION

- - -

BY MR. BARR:

Q.  All right.  Dr. Kessler, counsel spent a lot of time talking to you about the money you've made working as an expert in litigation.

Do you recall that?

A.  I certainly do.

Q.  And as a person involved in public health, you testified that you're proud of the work that you've done as an expert in litigation.

Can you explain that?

A.  Sure.

Q.  Please, go ahead.

A.  Two main reasons.  One, I'm, you know, at

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

REDIRECT - KESSLER

1    my core, I'm an academic.  I'm a teacher.  And my

2    goal is to be able to teach what the regulations are

3    and what the standards are and to explain, and

4    obviously a jury can take that and make any decision

5    it has.

6            But this process is -- FDA does try to do a

7    good job, but this process is a very important

8    process, what goes on here.  I mean -- and I don't

9    want to say it's because of my testimony.  I don't

10   want to take any credit.  But sometimes, as a result,

11   I mean, I've seen medical products being pulled, I

12   mean, or labels being changed.  So this has an

13   influence.  This is about safety.

14           I guess the third reason is, you know, this

15   is about, use the word plaintiffs, but this is about

16   real people and real injuries and bad things

17   happening.

18       Q.   Now, you mentioned drugs that are taken off

19   the market and labels are changed.

20           Now, in some of these cases that you've

21   testified in, has the drug or the medical device been

22   pulled from the market?

23       A.   Yes.

24       Q.   Can you give us some examples of some of

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                    REDIRECT - KESSLER

 2   those?

 3        A.   Again --

 4             MR. STEKLOFF:  It's fine.

 5   BY MR. BARR:

 6        Q.   Can you give us some examples of drugs that

 7   have been taken off --

 8             MR. STEKLOFF:  Your Honor, I just want

 9        to make sure this is specific as opposed to

10        just generic, if that makes sense.

11             MR. BARR:  I don't understand that.

12             MR. STEKLOFF:  I think --

13             THE COURT:  Why don't you talk for a

14        second.

15                  (Conferring.)

16   BY MR. BARR:

17        Q.   Just so it's clear, we're talking about in

18   cases you've worked on.

19        A.   Yes.

20        Q.   So in cases you've worked on, some of those

21   drugs or medical devices have been pulled off the

22   market?

23        A.   Yes.

24        Q.   Can you give us some examples of drugs or

25   medical devices, in cases you have testified as an
```

                    REDIRECT - KESSLER

1  expert, in which the drug was pulled off the market?

2       A.   Sure.

3            MR. STEKLOFF:  Your Honor, objection.

4            THE COURT:  I think to be safe I'll

5       have to see you at sidebar.

6                 (Discussion held at sidebar off

7                  the record.)

8  BY MR. BARR:

9       Q.   Okay.  Doctor, isn't it true that you

10  testified as an expert for plaintiffs in the Vioxx

11  litigation?

12      A.   I did.

13      Q.   And the drug Vioxx was pulled off the

14  market; true?

15      A.   That's a true statement.

16      Q.   Isn't it true you worked on behalf of

17  plaintiffs and testified in the hip and knee medical

18  device cases?

19      A.   There are multiple different kinds, but,

20  yes, in certain ones I did, especially the

21  metal-on-metal ones, yes.

22      Q.   Those products were pulled from the market;

23  right?

24      A.   Yes.  To be exact, there are a number of

```
 1                    REDIRECT - KESSLER
 2   different versions, but, generally, yes, I think that
 3   would be fair.
 4        Q.    You've testified on behalf of plaintiffs in
 5   cases in the transvaginal mesh litigation; fair?
 6        A.    Yes, the female transvaginal mesh cases,
 7   yes, I have.
 8        Q.    And a number of those devices were pulled
 9   off the market?
10        A.    Yes.
11        Q.    Now, you have also testified in cases where
12   the drug was approved and then the label was changed;
13   right?
14        A.    Yes.
15        Q.    And that's a number of the cases you've
16   worked on?
17        A.    Absolutely.
18        Q.    Now, counsel spent some time with you.  He
19   showed you Defense Exhibit 5233.  I'll put that on
20   the Elmo.
21              Do you recall this, when he showed you this
22   document, the approval letter for Xarelto?
23        A.    Yes.
24        Q.    Okay.  And what he pointed out to you was
25   this paragraph here and this paragraph here.
```

REDIRECT - KESSLER

1          Do you recall that?

2     A.   Yes.

3     Q.   He did not read to you or the jury this

4  paragraph that I have put the red box around, did he?

5     A.   That's correct.

6     Q.   What does that paragraph say in this

7  letter?

8     A.   It says:  There are limited data on the

9  relative effectiveness of Xarelto and warfarin in

10 reducing the risk of stroke and systemic embolism

11 when warfarin therapy is well-controlled.

12    Q.   Okay.  Can you explain to the jury what

13 this paragraph that counsel did not read to you, what

14 this is about?

15    A.   If you just put it back up, if you don't

16 mind, just leave it there.

17         MR. STEKLOFF:  Your Honor, can we

18         approach?  I apologize.

19         THE COURT:  I think -- you know what,

20         to say no to you would create an impression

21         that all of a sudden I'm saying no, and

22         I've said yes every other time.  Let's do

23         it because I think we're getting close to

24         the end of this witness.

```
1                    C O L L O Q U Y

2          MR. BARR:  We're trying to.

3          THE COURT:  Yes.

4              (Discussion held at sidebar off

5               the record.)

6          THE COURT:  All right.  Just one

7     moment.

8          All right.  Members of the jury, we

9     are going to recess for the evening.  I

10    want to tell you a few scheduling things.

11    Tomorrow I will ask you to be back at 9:30.

12    We're taking an early lunch break tomorrow

13    at noon.  I don't know if that matters to

14    you or not, but we're going to take an

15    early lunch break.  We'll work late into

16    the afternoon.

17         On Monday, our plan is only to work a

18    half day, and that will be in the

19    afternoon, probably from about 1:00 on, and

20    that could change.  We need to figure out

21    some other logistics, but we certainly will

22    not be sitting in the morning.

23         I believe that both sides believe this

24    case is going along according to schedule,

25    meaning the time frame we told you.  We
```

C O L L O Q U Y

don't think we're going to exceed that;

    Is that fair?

    MR. BARR:  That's fair, Your Honor.

    THE COURT:  So far so good.  I know it
seems like there's a lot of stops and
starts, but there's just a lot of things we
need to take care of.

    We'll see you tomorrow morning at 9:30
for the conclusion of Dr. Kessler's
testimony.  And then I think we have two or
three videos, and then we'll be back with a
live witness on Monday.  Enjoy your
evenings.  Please remember not to discuss
the case.

    THE COURT OFFICER:  All rise.

        (The jury exits the courtroom at
        4:21 p.m.)

    THE COURT:  I think, as I mentioned
before, I'm going to ask -- well, we'll ask
the doctor to step out.  Have a good
evening.  I believe we're going to see you
back here tomorrow, probably not for very
long, possibly.  We'll see.

    THE WITNESS:  Am I under any

```
 1                    C O L L O Q U Y
 2        prohibitions?
 3             THE COURT:  You're not allowed to talk
 4        to --
 5             THE WITNESS:  Anybody?
 6             THE COURT:  Well, not to your
 7        attorneys, the plaintiff's attorneys.
 8             THE WITNESS:  Got it.  Can I come back
 9        and pack up after you're done?
10             THE COURT:  Sure.  We'll be done in
11        less than five minutes.
12                  (The witness exits the
13                  courtroom.)
14             THE COURT:  So I had asked up at
15        sidebar for briefing on the issue of
16        whether Dr. Kessler should now be permitted
17        to testify on redirect on opinions relating
18        to the ROCKET study.
19             I think it's really important, which
20        is why I didn't want to make a decision
21        right there on the spot.  I think I really
22        need to look at the transcript, read your
23        arguments.
24             I said 10:00, but if that's onerous,
25        as far as I'm concerned, even if it's like
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                    C O L L O Q U Y
 2          8:00 tomorrow morning, I'll work through it
 3          as quickly as I can.  I think that's the
 4          safest course, rather than either deciding
 5          he can't and then he leaves and then I
 6          change my mind, or he says something that
 7          the jury can't forget.
 8               So anything else?  Are there any
 9          objections that we wanted to preserve when
10          the reporter was not up?
11               MS. FELDMAN:  Your Honor, since we're
12          briefing the other issue about opening the
13          door, if it's all right with you, I can
14          just put it on the record tomorrow morning
15          while we have the briefing, and maybe I can
16          get a case that's got some current language
17          in it.
18               THE COURT:  That's fine.  I do
19          understand the principle.  Quickly reading
20          up there was a little archaic.  I
21          understand the principle of it.  If you
22          find other case law, that's fine.
23               MS. FELDMAN:  We'll just put it on in
24          the morning, if that's okay with you.
25               THE COURT:  That's fine.
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 1                    C O L L O Q U Y
 2          MS. FELDMAN:  Thank you.
 3          THE COURT:  I have another bifurcated
 4     bench trial that we set for noon.  I'm not
 5     going to go longer than an hour.  If it's
 6     not done by then, that will just be our
 7     lunch break.  That's why we're breaking at
 8     noon tomorrow.  That will be in here.  It
 9     doesn't matter to me whether people are in
10     the room or not.  Okay.  So we'll see
11     everyone at 9:30 tomorrow, and get the
12     briefs to me if you can.
13          MR. ISMAIL:  Just briefly, Your Honor,
14     the depositions that I believe have been
15     handed up to the Court, or soon will be,
16     the Geiger and Moye, you asked us
17     yesterday, in light of the marketing and
18     sales witnesses, to alert you that there
19     are specific cumulative 403 prejudice
20     issues.
21          Now that they have played billions and
22     hundreds of millions of marketing, we feel
23     there are references therein that should
24     come out.  You asked us yesterday to alert
25     you that those are in there.  I just wanted
```

```
1                    C O L L O Q U Y

2         to do that.

3              THE COURT:  Thank you.  I'll make sure

4         to take the transcript from the first time

5         with me so I can compare it.  All right.

6         Have a nice night, everyone.

7                    (Proceedings adjourned.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

I, Shannan Gagliardi,
Registered Diplomate Reporter in and for the
Commonwealth of Pennsylvania, do hereby certify that
the foregoing is a true and accurate transcript of
the notes of testimony of said witness who was first
duly sworn on the date and place hereinbefore set
forth.

I further certify that I am
neither attorney nor counsel for, nor related to or
employed by any of the parties to the action in which
this trial was taken, and further, that I am not a
relative or employee of any attorney or counsel
employed in this action, nor am I financially
interested in this case.

SHANNAN GAGLIARDI
Registered Diplomate Reporter
Certified Realtime Reporter

**$**

**$1.4** [1]  141/7
**$1.4 million** [1]  141/7
**$1.85** [3]  140/7 140/19 141/3
**$1.85 million** [3]  140/7 140/19 141/3
**$3.25** [1]  141/23
**$3.25 million** [1]  141/23
**$40,000** [1]  133/24

**,**

**'14** [1]  119/8
**'90s** [1]  157/7

**1**

**1.4** [1]  141/15
**1.85** [1]  141/15
**10** [4]  133/12 137/21 138/2 169/8
**100** [1]  108/20
**10019** [1]  109/13
**10038** [1]  109/13
**103** [1]  126/11
**10:00** [1]  181/24
**10th** [1]  109/4
**11/2011** [1]  113/2
**112** [1]  110/5
**12** [3]  107/13 133/13 138/6
**1200** [1]  108/20
**128** [1]  110/5
**12:30** [1]  166/16
**15** [2]  137/21 138/2
**15,000** [1]  159/12
**15,221** [2]  158/12 158/17
**1500** [1]  108/9
**150500362** [1]  107/9
**16** [1]  158/3
**173** [1]  110/5
**1750** [1]  108/15
**18** [1]  121/16
**18th** [1]  109/10
**19103** [1]  109/11
**19106** [1]  108/8
**19119** [1]  108/5
**1:00** [1]  179/19

**2**

**20** [2]  137/4 137/4
**2001** [1]  109/4
**20036** [1]  109/4
**2008** [2]  140/6 141/2
**2010** [1]  161/8
**2011** [9]  112/10 112/12 113/2 113/2 161/16 162/3 168/16 169/8 169/12
**2013** [5]  119/8 152/2 152/5 154/7 154/25
**2014** [5]  140/4 140/6 140/18 141/2 141/15
**2015** [2]  141/6 141/16
**2017** [8]  141/6 141/16 141/23 142/7 142/10 142/21 145/18 145/20
**2018** [4]  107/13 138/6 142/9 142/21
**202** [1]  109/5
**202-439** [1]  162/6
**21** [2]  145/21 145/23
**212** [1]  108/18
**215** [2]  108/5 108/9
**24** [4]  135/23 136/3 136/12 137/11
**243** [1]  107/17
**25** [1]  145/20
**250** [1]  109/13
**2604** [1]  108/5
**28** [2]  134/11 136/14
**29,000** [1]  161/3
**2:20** [2]  166/12 166/21
**2:22** [1]  111/18

**3**

**30,000** [1]  156/23
**300,000** [1]  155/15
**312** [1]  109/8
**314** [1]  108/21
**316** [1]  108/11
**32502** [1]  108/11
**337** [2]  145/21 145/23
**338** [1]  145/24
**3:27** [1]  163/7
**3:48** [1]  168/4

**4**

**4 million** [1]  143/19
**40** [1]  131/20
**400** [1]  109/7
**403** [1]  183/19
**4030** [1]  109/5
**435-7000** [1]  108/12
**439** [1]  162/6
**44** [1]  158/4
**46** [9]  117/17 118/12 118/19 120/5 120/11 120/14 120/25 122/3 122/13
**4:21** [1]  180/18
**4:25** [3]  163/4 167/15 167/19
**4th** [1]  108/20

**5**

**5.2** [2]  113/17 113/20
**500** [1]  108/8
**504** [1]  108/15
**510** [1]  108/8
**5233** [1]  177/19
**546-2604** [1]  108/5
**55th** [1]  109/13
**564** [1]  109/7
**566-7500** [1]  108/18
**5767369** [1]  112/20
**581-1750** [1]  108/15
**59** [1]  108/17
**5913** [1]  168/12
**592-1500** [1]  108/9

**6**

**600** [1]  108/11
**6000** [1]  109/8
**60661** [1]  109/7
**6115** [1]  108/21
**621-6115** [1]  108/17
**63102** [1]  108/20
**6706** [1]  108/4
**681-6000** [1]  109/8
**6th** [1]  108/17

**7**

**7.3** [3]  115/2 115/6 115/8
**7000** [1]  108/12
**701** [1]  108/14
**70130** [1]  108/14
**7500** [1]  108/18

**8**

**80** [2]  132/11 132/14
**847-4030** [1]  109/5
**850** [1]  108/12
**8:00** [1]  182/2

**9**

**90** [1]  132/11
**90-thousand** [1]  132/14
**96** [1]  154/7
**9:30** [3]  179/11 180/9 183/11

**A**

**able** [5]  119/21 123/10 155/23 156/6 174/3
**about** [71]  112/5 113/8 113/13 113/23 113/23 115/9 118/12 119/12 119/22 121/16 121/17 122/6 122/14 122/21 123/14 124/23 125/3 125/8 125/10 126/4 126/14 127/7 127/19 128/8 128/11 128/12 129/11 129/23 129/25 131/14 132/11 133/15 133/24 139/24 143/14 143/22 144/14 144/17 144/19 144/25 145/2 145/8 146/5 146/22 147/12 147/20 147/22 149/11 150/15 158/25 159/17 160/17 163/9 164/16 165/11 165/12 165/15 166/16 167/9 168/18 171/11 172/6 173/15 174/14 174/16 174/16 175/17 178/15 179/19 182/12
**abroad** [2]  166/18 166/20
**absolute** [2]  116/6 116/7
**absolutely** [2]  149/8 177/17
**academic** [1]  174/2
**acceptable** [1]  116/5
**access** [4]  155/10 157/24 158/17 158/19
**according** [1]  179/24
**accountant** [1]  142/3
**accurate** [5]  138/18 138/19 139/5 139/5 185/8
**across** [1]  145/3
**ACS** [2]  120/5 120/9
**acting** [1]  138/12
**action** [2]  185/15 185/18
**active** [3]  139/17 139/20 139/21
**actively** [3]  138/2 138/4 138/24
**actual** [1]  153/19
**actually** [15]  119/9 120/15 136/19 136/21 145/12 145/13 145/14 151/3 156/18 157/17 157/18 162/8 169/11 171/4 172/5
**acute** [1]  118/23
**add** [1]  142/5
**added** [5]  112/16 141/19 154/5 154/17 155/21
**adding** [1]  154/14
**addition** [1]  125/20
**additional** [7]  125/19 126/10 126/12 127/15 141/15 160/7 160/12
**address** [2]  122/2 122/4
**adequacy** [1]  145/8
**adequate** [3]  136/21 136/23 137/16
**adequately** [5]  126/8 127/11 146/2 150/10 150/12
**adjourned** [1]  184/7
**adverse** [5]  113/9 114/3 114/10 125/15 126/2
**AFib** [10]  112/23 113/3 120/11 120/15 120/20 129/18 147/20 151/2 154/10 162/8
**after** [6]  155/13 165/18 172/17 172/18 172/21 181/9
**afternoon** [7]  107/15 128/5 128/6 163/20 166/12 179/16 179/19
**again** [16]  114/7 116/2 116/20 129/11 130/23 134/19 136/10 138/17 139/17 141/19 141/25 145/14 154/21 166/9 167/14 175/3
**against** [9]  134/24 136/7 136/11 137/5 137/11 137/22 139/10 142/23 143/8
**ago** [3]  117/11 138/7 138/9
**agree** [25]  113/8 113/10 117/6 128/13 131/11 136/14 139/12 141/5 141/17 141/21 141/25 142/5 142/19 143/14 143/19 149/5 149/21 150/8 151/11 151/15 152/5 154/25 156/15 165/7 170/10
**agreed** [2]  119/21 171/20
**agreed-upon** [1]  171/20
**agreeing** [1]  138/22
**ahead** [3]  164/8 164/12 173/24
**al** [1]  107/11

## A

**alert [2]** 183/18 183/24
**all [39]** 111/5 111/6 111/13 111/16 111/21 112/22 116/3 119/21 122/8 125/10 126/18 128/13 131/13 132/5 136/3 136/6 136/12 142/13 145/15 145/23 146/21 149/4 151/18 153/23 154/9 154/17 158/7 163/2 163/5 168/2 168/6 171/15 173/14 178/22 179/6 179/8 180/16 182/13 184/5
**allegations [1]** 135/14
**allowed [2]** 121/10 181/3
**allows [1]** 157/19
**almost [3]** 136/12 154/19 155/14
**along [1]** 179/24
**also [8]** 123/9 158/24 160/10 161/14 168/23 170/2 170/14 177/11
**always [2]** 132/9 145/9
**am [8]** 119/9 139/4 139/21 170/8 180/25 185/13 185/16 185/18
**amended [1]** 171/16
**amount [4]** 133/9 133/11 141/9 159/11
**analyses [2]** 121/6 156/7
**analysis [2]** 130/22 131/3
**another [11]** 114/19 115/22 125/20 135/8 135/21 140/3 141/7 142/13 161/4 161/5 183/3
**answer [18]** 127/2 127/10 139/8 141/11 144/22 146/5 146/8 149/17 149/19 150/9 150/11 150/25 159/21 159/24 160/2 160/5 160/6 170/6
**answered [2]** 138/25 143/11
**answering [1]** 149/14
**answers [4]** 127/22 139/18 143/2 150/13
**anticoagulants [1]** 115/15
**antitrust [2]** 137/9 146/14
**any [14]** 113/7 118/18 136/2 136/16 143/5 143/8 145/7 149/13 174/5 174/11 180/25 182/8 185/15 185/17
**Anybody [2]** 162/25 181/5
**anyone [1]** 158/9
**anything [3]** 111/8 121/11 182/8
**apologize [2]** 161/23 178/19
**APPEARANCES [2]** 108/2 109/2
**appears [2]** 112/18 122/4
**appendices [4]** 151/20 158/7 159/4 159/7
**appendix [8]** 119/7 119/9 152/10 158/20 158/23 159/5 159/9 159/14
**applaud [1]** 123/18
**applicable [1]** 144/25
**application [12]** 161/14 162/10 162/15 168/13 169/16 169/17 169/19 169/22 169/23 171/5 171/16
**apply [1]** 145/3
**appreciate [1]** 136/2
**approach [6]** 116/13 117/23 118/6 126/21 173/3 178/19
**appropriate [1]** 125/17
**approval [8]** 112/11 112/25 147/8 169/7 170/25 171/22 172/19 177/22
**approve [2]** 170/4 172/15
**approved [12]** 112/8 112/23 161/15 162/11 162/11 169/11 169/22 169/23 171/8 171/21 172/20 177/12
**approves [3]** 169/15 170/16 170/20
**approving [1]** 169/16 169/17
**approximately [2]** 131/21 140/19
**April [5]** 107/13 142/21 142/21 145/18 145/20
**April 2017 [2]** 142/21 145/18
**April 25 [1]** 145/20
**archaic [1]** 182/20
**are [53]** 117/12 119/5 119/25 120/3 120/7

122/23 123/9 124/22 127/21 132/19 135/18 135/24 138/12 140/5 140/7 140/16 140/18 138/12 139/9 139/17 139/21 139/22 144/12 144/12 144/13 144/14 144/20 144/24 144/24 144/5 145/6 145/15 146/5 149/21 154/11 154/12 163/13 164/11 165/9 166/7 174/3 174/4 174/19 174/20 176/20 176/25 178/9 179/9 182/8 183/9 183/19 183/23 183/25
**aren't [1]** 150/10
**arguing [1]** 143/10
**arguments [1]** 181/23
**Arnold [1]** 109/12
**around [2]** 137/22 178/5
**arrive [2]** 132/16 132/21
**art [2]** 147/7 147/10
**as [41]** 118/8 119/24 122/19 126/2 131/14 132/5 138/12 140/5 140/7 140/16 140/18 142/7 142/22 147/5 147/10 149/23 149/23 150/19 154/7 157/22 161/4 161/5 168/22 170/20 171/2 171/16 171/19 171/23 172/9 173/16 173/19 173/21 174/11 175/9 175/25 176/11 180/19 181/25 181/25 182/3 182/3
**aside [1]** 165/7
**ask [14]** 114/6 114/7 116/20 116/24 117/25 119/3 122/13 127/3 140/12 143/4 143/13 179/11 180/20 180/20
**asked [9]** 116/22 121/4 136/20 138/9 140/3 145/24 181/14 183/16 183/24
**asking [4]** 118/13 118/24 122/8 151/4
**aspirin [2]** 118/21 119/22
**assist [1]** 124/7
**associated [2]** 148/24 168/13
**assume [4]** 121/8 147/23 158/21 159/3
**assuming [1]** 167/20
**ATLAS [4]** 119/4 119/11 119/12 119/18 162/10 162/12 168/14 169/20 171/9 171/24
**attached [2]** 168/23 169/21
**attorney [2]** 185/14 185/17
**attorneys [9]** 137/24 141/8 141/24 142/8 142/22 143/7 160/10 181/7 181/7
**authority [1]** 170/4
**avoid [10]** 115/12 115/14 115/16 115/20 115/21 115/21 115/21 116/3 116/7 125/24
**avoided [2]** 114/4 114/11
**avoiding [5]** 114/16 114/20 115/10 125/19 125/21
**away [1]** 142/4

## B

**back [21]** 129/24 133/10 133/16 133/23 136/19 137/17 145/12 150/21 152/3 152/17 155/13 156/12 157/7 158/22 163/15 169/10 178/16 179/11 180/12 180/23 181/8
**backdoor [1]** 119/13
**backdrop [2]** 119/20 119/24
**bad [1]** 174/17
**BARR [3]** 108/10 118/9 144/4
**based [4]** 117/22 118/13 125/2 149/22
**bases [1]** 149/21
**basis [2]** 140/24 147/7
**Baum [1]** 109/6
**Bayer [3]** 112/12 126/14 127/19
**Baylen [1]** 108/11
**be [83]**
**because [20]** 117/3 118/25 119/4 119/16 123/9 123/9 127/5 142/25 144/25 145/5 147/7 148/10 150/10 154/11 155/5 155/7 163/17 163/20 174/10 178/24
**become [1]** 165/2
**been [35]** 118/15 119/15 125/3 125/7 132/9 133/24 134/4 134/8 134/10 134/15 135/18 135/24 136/3 136/20 137/6 141/23 142/13

146/14 146/14 147/17 147/23 148/21 151/16 167/4 171/11 174/22 175/7 175/21 183/14
**before [8]** 112/11 113/6 121/25 131/16 165/19 167/8 170/16 180/20
**beginning [1]** 158/22
**behalf [4]** 136/17 137/23 176/17 177/4
**being [6]** 142/22 143/6 147/12 172/11 174/12 174/13
**believe [11]** 135/10 136/22 145/16 146/10 154/10 161/17 165/22 179/23 179/23 180/22 183/14
**bench [1]** 183/4
**benefit [1]** 116/5
**Berman [1]** 108/7
**between [6]** 134/22 135/4 140/6 141/2 141/6 141/16
**beyond [5]** 117/5 117/20 117/21 118/24 163/12
**bias [2]** 149/4 149/4
**biases [2]** 148/24 149/3
**Biddle [1]** 109/9
**bifurcated [1]** 183/3
**big [3]** 115/18 144/5 151/19
**billing [2]** 132/19 132/23
**billions [1]** 183/21
**bills [3]** 140/21 141/10 141/18
**bit [3]** 123/23 127/15 131/14
**blanket [1]** 149/13
**bleed [1]** 121/17
**bleeding [11]** 113/9 113/13 113/23 115/16 121/6 126/2 158/8 158/11 158/16 159/2 160/18
**bleeding-related [1]** 158/8
**blind [6]** 148/8 148/18 148/23 149/6 149/20 150/4
**blood [1]** 148/5
**blow [1]** 115/6
**body [4]** 158/24 159/2 159/15 159/18
**Bogard [1]** 108/19
**BOSTON [1]** 109/12
**both [4]** 134/5 148/18 159/17 179/23
**box [1]** 178/5
**boxes [1]** 157/11
**break [6]** 148/10 162/25 163/3 179/12 179/15 183/7
**breaking [1]** 183/7
**Brennan [1]** 109/6
**BRIAN [2]** 108/10 109/3
**brief [1]** 167/16
**briefing [3]** 181/15 182/12 182/15
**briefly [1]** 183/13
**briefs [1]** 183/12
**bring [3]** 133/22 142/3 164/17
**broad [3]** 129/3 129/5 130/23
**broadly [1]** 149/10
**Bucks [1]** 163/21
**business [2]** 163/25 164/11
**Byzantine [1]** 157/18

## C

**call [2]** 115/24 115/24
**called [5]** 115/23 126/3 129/20 129/21 153/17
**can [77]** 111/12 111/14 112/22 113/19 114/7 114/23 115/5 115/13 116/19 116/25 117/23 117/25 124/10 124/17 124/19 125/12 125/16 126/5 126/20 127/8 133/12 133/22 133/23 139/6 141/9 141/10 141/20 142/2 143/2 143/19 146/15 149/21 152/9 152/17 153/6 153/19 154/25 155/5 155/18 158/2 159/21 160/2 160/11 160/24 161/2 161/9 161/24 161/24 162/14 162/23 163/9 164/2

# C

can... [24] 164/7 164/15 164/17 165/10 165/14 165/23 167/20 167/21 167/23 168/25 170/12 173/22 174/5 174/25 175/6 175/24 178/13 178/18 181/8 182/3 182/13 182/15 183/12 184/5
can't [11] 122/13 129/5 129/9 139/15 141/17 141/25 142/3 149/16 150/13 182/5 182/7
cancer [1] 135/15
capital [1] 115/24
Cardiovascular [2] 162/19 168/19
care [1] 180/8
careful [4] 125/18 137/8 144/18 149/2
case [17] 123/24 125/13 130/16 130/25 132/11 133/25 136/25 138/17 140/3 145/16 157/6 165/8 179/24 180/15 182/16 182/22 185/19
cases [29] 136/3 136/6 136/16 137/9 137/9 137/15 137/21 138/10 138/10 139/20 139/22 140/20 144/2 144/8 145/3 145/16 145/25 146/3 146/9 146/14 174/21 175/18 175/20 175/25 176/19 177/5 177/6 177/11 177/15
cause [1] 148/4
CBE [4] 172/6 172/13 172/14 172/16
CBE-related [1] 172/16
CDER [1] 162/18
central [3] 120/16 123/11 129/21
certain [19] 114/2 114/8 117/14 121/5 125/19 125/24 130/17 135/11 141/18 144/12 144/13 144/13 149/15 150/7 157/13 157/23 157/25 161/25 176/21
certainly [22] 115/20 129/15 130/14 130/17 136/14 138/23 139/4 139/9 139/12 139/20 139/21 142/11 143/21 143/23 145/15 148/3 155/18 155/22 159/20 170/11 173/18 179/21
CERTIFICATE [1] 185/3
Certified [1] 185/25
certify [2] 185/7 185/13
CHANDA [1] 109/9
change [2] 179/20 182/6
changed [3] 174/13 174/20 177/12
changes [1] 172/11
characterization [1] 118/11
charge [1] 132/6
check [1] 152/3
checked [1] 145/13
Cherry [1] 109/10
Chicago [1] 109/7
choice [1] 120/18
chronology [4] 161/9 161/21 161/23 161/24
circumstances [2] 116/4 116/7
cited [1] 120/3
CITY [1] 107/18
CIVIL [1] 107/4
claim [1] 145/25
clear [8] 125/6 126/13 127/18 145/6 145/7 158/15 160/17 175/17
client [1] 155/5
clinical [32] 125/22 129/13 149/7 149/8 149/16 149/17 149/20 149/24 151/16 151/21 152/6 152/13 152/16 152/19 152/21 153/17 153/22 154/2 155/3 155/11 155/15 155/25 156/9 156/15 156/20 157/12 157/12 157/13 158/3 158/10 160/19 161/7
clinically [2] 126/8 127/12
clinicaltrials.gov [1] 155/12
close [1] 178/24
clots [1] 148/5
coffee [3] 135/13 135/15 135/16
column [3] 152/25 153/17 154/18
come [8] 118/19 122/23 132/13 135/20 152/8 167/23 181/8 183/24

comes [3] 121/25 137/16 145/4
commenting [1] 117/25
commissioned [1] 157/7
commission [1] 170/15
COMMON [1] 107/2
Commonwealth [1] 185/7
companies [13] 123/17 124/16 130/8 134/23 135/3 135/11 137/5 137/12 137/23 139/11 142/23 143/8 153/23
company [20] 113/25 114/8 116/24 123/3 123/5 123/15 130/4 134/24 135/4 135/5 135/12 135/14 135/21 136/7 136/8 136/9 145/25 147/10 147/18 155/24
compare [1] 184/5
compared [2] 151/9 151/13
compendium [1] 119/6
completed [4] 153/12 153/15 154/18 171/15
completely [1] 127/21
complex [1] 149/18
concerned [1] 181/25
conclusion [3] 141/21 141/22 180/10
conclusions [1] 130/7
concomitant [3] 114/17 125/19 125/25
concurrent [1] 115/14
condition [2] 147/20 147/25
conditions [2] 170/22 171/25
confer [1] 164/15
conference [2] 122/10 123/18
conferences [2] 122/7 123/15
Conferring [2] 118/4 175/15
confusion [1] 139/2
connecting [1] 166/19
connote [1] 116/3
consider [1] 130/18
considerable [2] 133/9 133/11
consistently [1] 137/6
CONT'D [1] 109/2
contain [1] 113/12
contents [2] 139/8 158/14
context [3] 118/20 129/9 129/12
continuation [1] 163/11
continue [2] 116/19 168/7
continued [1] 142/7
contraindication [7] 115/17 115/23 115/25 116/6 116/8 116/11 116/23
controlled [3] 149/20 150/4 178/12
copy [5] 144/8 153/6 156/22 156/23 162/23
core [1] 174/2
coronary [1] 118/23
correct [56] 113/4 121/16 121/19 128/11 129/19 130/24 130/25 131/7 131/10 131/16 132/4 132/8 132/14 134/2 134/7 135/7 135/19 136/8 136/18 142/8 145/10 145/11 146/4 147/3 148/16 148/20 148/25 151/22 152/22 153/24 154/3 154/11 156/24 156/25 157/5 160/2 161/5 161/8 161/16 161/17 162/7 162/9 162/15 165/23 168/14 168/15 168/17 168/23 169/11 169/18 169/21 171/12 172/3 172/12 178/6
correctly [1] 158/14
could [9] 122/15 122/15 145/19 149/11 155/7 155/12 158/10 165/2 179/20
counsel [10] 108/22 109/14 149/14 161/13 162/22 173/14 177/18 178/14 185/14 185/17
Counselor [7] 111/22 134/14 137/19 139/6 142/15 154/22 168/11
count [1] 139/6
counted [4] 131/24 134/10 134/20 136/2
country [1] 137/22
County [1] 163/21
course [7] 113/10 114/14 128/9 129/17 132/25 159/3 182/4
COURT [4] 107/2 111/4 166/10 183/15

courtesy [1] 122/20
courtroom [4] 127/6 127/23 177/23 163/6 168/3 180/17 181/13
create [1] 178/21
credit [1] 174/11
criticisms [1] 147/12
cross [7] 110/4 110/15 127/23 128/2 164/22 164/24 165/8
cross-examination [4] 128/2 164/22 164/24 165/8
cross-examine [1] 127/23
CRR [1] 111/3
crystal [1] 125/6
CSR [2] 153/20 153/21
cumulative [1] 183/19
cups [1] 135/15
cure [1] 117/24
current [1] 182/16
currently [1] 138/12
cut [7] 122/24 144/15 144/21 144/23 145/4 157/22 157/24

# D

DANIEL [1] 107/8
data [19] 120/10 123/4 123/14 128/25 129/6 129/10 153/24 157/15 157/24 158/11 158/3 158/17 158/23 159/2 160/18 160/18 160/25 161/12 178/9
date [6] 113/2 153/9 153/12 169/9 171/18 185/10
dated [4] 138/6 162/3 168/16 169/7
dates [2] 141/12 161/22
dating [1] 157/8
day [5] 133/4 146/6 163/3 166/4 179/18
days [1] 117/11
DC [1] 109/4
deal [1] 164/14
December [1] 161/8
December 2010 [1] 161/8
deciding [1] 182/4
decision [2] 174/5 181/20
dedicated [9] 128/14 128/25 130/3 131/4 131/10 156/4 156/9 156/10 157/19
defendant [2] 109/14 136/11
defendants [2] 112/16 164/9
defense [10] 111/9 122/5 122/8 134/5 134/9 134/16 134/23 135/9 135/19 177/19
DEFENSE'S [1] 110/14
degrees [1] 116/3
DENTON [2] 108/19 108/19
depends [1] 149/13
deposition [4] 121/3 152/7 155/13 163/25
depositions [1] 183/14
described [3] 147/5 170/22 171/25
description [2] 152/12
designations [1] 167/20
details [2] 113/6 152/14
determine [1] 170/17
determined [1] 154/6
device [2] 174/22 176/19
devices [3] 175/21 175/25 177/8
did [19] 112/12 117/16 118/18 119/3 121/9 124/2 124/3 126/7 127/11 132/16 132/21 133/6 146/2 148/19 176/13 176/21 178/4 178/5 178/14
didn't [6] 125/4 142/2 154/22 155/8 170/6 181/20
different [6] 123/13 134/11 134/22 138/6 146/19 147/18 154/11 154/12 176/20 177/2
Diplomate [2] 185/6 185/24
direct [5] 110/4 110/15 111/25 121/13 134/6
director [2] 162/18 168/19
disagree [6] 140/22 140/23 141/2 144/23

# D

disagree... [2] 155/16 155/20
disclose [1] 164/6
discontinue [5] 126/9 126/10 126/12 127/14 127/15
discuss [2] 111/8 180/14
discussed [2] 117/5 156/5
discusses [2] 114/20 115/10
discussing [1] 117/17
discussion [10] 116/15 118/8 122/18 126/23 159/19 159/20 159/22 173/6 176/7 179/4
discussions [2] 120/7 159/17
dispute [11] 113/7 135/2 141/4 141/14 152/4 154/15 154/21 155/6 161/10 165/11 165/15
disputing [2] 135/25 137/18
disregard [3] 127/3 127/5 127/21
DISTRICT [1] 107/3
DIVISION [3] 107/4 162/19 168/20
do [47] 113/8 119/24 124/22 131/3 131/5 131/6 132/5 132/7 134/2 137/21 139/6 140/5 140/18 142/25 142/25 144/2 144/4 144/14 147/19 149/3 152/25 153/10 153/12 153/18 154/22 155/8 155/10 156/6 156/17 156/22 161/20 161/23 162/4 164/2 164/5 166/9 169/13 170/11 173/17 173/18 174/7 177/21 178/2 178/23 182/18 184/2 185/7
doctor [9] 112/22 114/15 115/17 123/10 125/23 159/6 160/3 176/10 180/21
doctor's [1] 127/10
doctors [5] 123/12 123/12 128/16 148/19 148/24
document [4] 119/10 151/25 169/4 177/22
documents [7] 112/16 133/18 156/3 165/2 165/11 165/13 165/16
does [17] 113/12 114/16 122/10 122/12 123/4 123/5 123/15 123/17 130/18 130/21 134/12 134/17 154/20 165/4 171/4 174/7 178/7
doesn't [4] 116/3 119/1 163/14 183/9
dollars [10] 132/6 132/14 140/15 141/5 141/11 142/2 142/14 142/18 143/21 143/23
don't [53] 113/7 115/22 116/17 117/24 122/11 126/25 130/4 130/7 130/10 130/14 132/12 132/21 133/8 133/10 133/22 134/13 135/21 137/8 138/18 138/22 138/23 139/4 139/20 140/22 141/9 141/12 141/19 142/15 142/20 142/24 142/25 143/3 143/5 143/12 145/11 149/12 155/18 155/21 156/23 159/13 161/22 163/12 163/24 164/6 164/14 167/5 174/9 174/10 175/11 175/13 178/16 179/13 180/2
done [14] 132/11 148/23 154/8 155/13 156/16 163/12 163/15 166/13 167/5 167/10 173/21 181/9 181/10 183/6
door [1] 182/13
dose [1] 147/18
double [7] 148/8 148/18 148/23 149/6 149/20 150/4 161/12
double-blind [6] 148/8 148/18 148/23 149/6 149/20 150/4
Douglas [1] 108/16
down [10] 122/22 122/24 146/15 148/10 159/8 159/10 171/2 171/4 171/14 172/4
Dr [1] 164/20
Dr. [42] 111/12 112/4 113/15 113/20 113/22 113/25 115/3 117/9 117/10 117/16 118/12 118/13 118/14 118/18 119/14 119/16 120/8 121/4 121/16 121/17 121/19 122/8 123/3 128/5 128/7 159/21 161/19 162/17 163/11 163/14 164/10 164/19 164/23 165/9 165/12 165/18 165/21 168/10 168/18 173/14 180/10 181/16
Dr. Kessler [26] 111/12 112/4 113/15 113/20 113/22 113/25 115/3 117/9 118/13 118/18 159/21 161/19 163/11 163/14 163/14 164/23 165/18 168/10 173/14 181/16
Dr. Kessler's [1] 180/10
Dr. Miles [4] 164/10 164/19 165/9 165/12
Dr. Norman [1] 162/17
Dr. Peters [1] 165/21
Dr. Rinder [7] 117/10 117/16 118/14 119/16 121/16 121/17 121/19
Dr. Rinder's [1] 118/12
Dr. Stockbridge [1] 168/18
draft [2] 112/12 168/23
drafting [1] 112/15
Drinker [1] 109/9
drive [1] 157/3
drug [22] 112/13 113/25 114/8 114/9 114/13 114/20 115/9 121/21 123/3 123/5 123/6 123/12 123/17 124/16 124/18 124/23 125/17 125/20 145/25 150/7 155/22 162/14 169/22 171/5 174/22 176/2 176/14 177/12
drugs [12] 114/2 114/4 114/9 114/11 114/17 114/21 115/11 125/20 174/19 175/6 175/21 175/24
due [1] 115/15
duly [1] 185/10
duplicate [1] 144/14
DX5233 [1] 169/2
DX5265 [1] 156/21
DX5913 [2] 161/18 162/2

# E

e.g [1] 126/9
each [4] 124/12 128/20 129/2 153/3
earlier [5] 115/23 152/5 172/9
early [3] 164/6 179/12 179/15
effected [1] 172/11
effective [5] 170/18 170/21 170/22 171/18 171/23
effectiveness [1] 178/10
efficacy [2] 159/17 159/23
either [1] 182/4
electronic [1] 158/17
electronically [1] 157/3 157/16 157/20
eliciting [1] 118/11
Elmo [1] 177/20
else [1] 182/8
elsewhere [1] 150/14
embolism [2] 171/8 178/11
EMILY [1] 108/13
emphasis [2] 185/15 127/2
employed [2] 185/15 185/18
employee [1] 185/11
enclosed [1] 171/19
end [4] 122/18 146/6 153/22 178/25
endpoints [1] 160/23
Enjoy [1] 180/13
enough [1] 149/5
enrolled [2] 153/16 154/18
enters [2] 111/17 168/3
epidemiological [6] 149/12 149/18 149/23 149/25 150/5 150/22
ERDOS [1] 107/21
Eskovitz [1] 109/3
especially [1] 176/21
ESQUIRE [11] 108/3 108/6 108/7 108/10 108/13 108/16 108/19 109/3 109/6 109/9 109/12
essence [1] 115/20
establishing [1] 120/24
estimate [4] 133/12 142/20 143/6 143/8
estimated [1] 132/11
et [1] 107/11
evaluating [1] 121/5
even [10] 116/4 118/22 125/4 130/13 131/24 152/7 157/22 160/24 164/14 181/25
evening [2] 179/9 180/22
evenings [1] 180/14
event [3] 113/9 114/3 114/10
events [1] 158/8
ever [1] 145/7
every [13] 116/4 119/7 123/10 129/6 129/10 133/4 137/12 146/2 149/17 150/9 152/24 155/11 178/23
everyone [5] 111/19 163/8 168/5 183/11 184/6
everything [1] 144/16
evidence [3] 110/3 110/14 149/22
evidence-based [1] 149/22
exact [11] 118/10 136/22 141/9 141/25 142/5 142/16 144/18 150/24 159/25 161/22 176/25
exactly [24] 113/5 128/19 132/3 132/12 132/21 133/10 134/2 135/7 135/10 136/13 137/19 139/19 140/17 141/3 142/3 142/17 144/24 146/18 146/18 150/9 161/24 162/13 171/13 171/21
examination [6] 111/25 128/2 164/22 164/24 165/8 173/11
examine [1] 127/23
example [6] 115/8 125/18 145/2 159/13 161/4 161/5
examples [3] 174/25 175/6 175/24
exceed [1] 180/2
excessive [2] 159/13 159/20
excessively [2] 114/2 114/9
excuse [2] 123/15 123/17
Exhibit [3] 112/19 168/12 177/19
Exhibit 5233 [1] 177/19
Exhibit 5913 [1] 168/12
exhibits [1] 164/10
exits [3] 163/6 180/17 181/12
expand [1] 160/2
expect [1] 159/12
expert [15] 117/10 131/14 132/6 135/24 138/12 139/9 140/7 140/16 142/8 142/22 165/13 173/16 173/21 176/2 176/11
explain [9] 115/19 124/19 125/12 126/5 127/8 153/21 173/22 174/4 178/13
explained [3] 118/10 152/17 152/18

# F

fact [9] 119/6 119/11 143/25 145/16 151/19 159/8 172/17 172/18 172/21
failed [1] 147/18
failure [1] 136/25
failure-to-warn [1] 136/25
fair [17] 130/6 130/9 130/12 130/15 131/8 131/18 141/6 142/12 149/5 149/15 151/14 152/2 153/25 177/3 177/5 180/3 180/4
false [1] 170/3
familiar [3] 117/12 119/10 169/4
far [2] 180/5 181/25
FDA [30] 112/13 112/17 125/14 128/8 128/11 128/12 128/14 129/25 130/3 130/16 131/5 144/14 145/2 154/3 156/2 156/5 157/2 157/20 158/16 161/8 162/18 168/20 169/15 170/2 170/14 170/16 170/20 172/14 172/18 174/7
February [3] 152/2 152/5 154/7
February 2013 [3] 152/2 152/5 154/7
feel [1] 183/22
FELDMAN [2] 108/3 108/4
female [1] 177/6
few [4] 117/10 121/9 143/15 179/10
fibrillation [11] 112/9 147/2 147/21 150/17

## F

**fibrillation... [7]** 161/15 162/10 162/12 168/14 169/20 171/9 171/24
**field [1]** 149/25
**fifteen [3]** 138/16 138/23 138/24 139/13 139/20 139/21
**figure [3]** 155/23 155/24 179/20
**figured [1]** 155/7
**fill [1]** 166/3
**final [1]** 163/3
**finally [1]** 153/16
**financially [1]** 185/18
**find [3]** 158/10 161/20 182/22
**fine [4]** 175/4 182/18 182/22 182/25
**finish [2]** 133/22 163/4
**Firm [1]** 108/13
**first [6]** 107/3 124/13 131/15 171/14 184/4 185/9
**fit [1]** 156/8
**five [2]** 167/13 181/11
**FL [1]** 108/11
**flight [2]** 166/19 167/9
**Floor [1]** 108/17 109/4
**focus [1]** 120/16
**focusing [1]** 133/17
**follow [1]** 160/11
**following [1]** 171/6
**follows [1]** 118/8
**foregoing [1]** 185/8
**forget [1]** 182/7
**form [1]** 148/5
**formal [1]** 116/18
**forth [1]** 185/11
**forward [1]** 148/12
**fourth [1]** 135/13
**frame [1]** 179/25
**FRED [1]** 108/6
**frequency [1]** 125/16
**front [1]** 145/8
**full [1]** 128/14
**fun [1]** 159/4
**further [3]** 171/2 185/13 185/16
**Furthermore [2]** 120/17 121/3

## G

**Gagliardi [2]** 185/5 185/24
**gathered [1]** 120/9
**gave [2]** 117/12 152/7
**Geiger [2]** 165/25 183/16
**General [1]** 129/12
**generally [3]** 122/14 137/18 177/2
**generic [1]** 175/10
**germane [1]** 163/25
**get [20]** 113/6 118/10 119/14 132/3 136/25 137/19 137/25 149/4 150/13 153/19 161/14 162/23 163/12 163/14 163/23 165/25 166/18 166/20 182/16 183/11
**gets [1]** 172/18
**getting [1]** 178/24
**give [10]** 116/25 133/12 143/5 144/11 150/24 161/20 167/24 174/25 175/6 175/24
**go [29]** 124/12 129/24 133/10 133/16 136/10 137/17 143/4 145/12 145/23 150/21 152/3 152/17 153/19 156/12 158/4 158/22 160/4 164/8 164/12 165/21 165/25 167/6 167/18 169/10 171/2 171/4 171/14 173/24 183/5
**goal [1]** 174/3
**goes [3]** 118/24 154/15 174/9
**going [32]** 117/5 119/14 119/21 123/10 124/21 127/3 127/6 129/10 129/12 129/23 129/24 133/23 138/5 140/11 145/17 146/12 146/15

150/9 150/13 152/14 156/18 162/22 163/3 167/1 168/8 172/22 172/24 173/3 174/8 Document 8146-4 181/15 182/11 180/20 180/22 183/5
**gold [14]** 149/6 149/16 150/23 151/12
**Goldman [1]** 109/6
**gone [2]** 136/19 155/12
**good [10]** 115/2 123/18 128/5 128/6 128/13 131/12 170/9 174/8 180/5 180/21
**got [9]** 119/24 121/23 129/11 132/15 138/3 139/14 148/13 181/8 182/16
**great [2]** 111/11 125/14
**guess [3]** 134/21 160/9 174/15
**guessing [1]** 142/15

## H

**had [14]** 116/22 140/4 140/6 140/18 140/20 141/23 150/16 150/18 151/19 153/3 154/7 158/7 158/17 181/14
**half [2]** 142/10 179/18
**HALL [1]** 107/18
**hand [1]** 167/21
**handed [1]** 183/15
**handful [1]** 146/9
**handle [1]** 122/16
**handled [1]** 122/20
**happening [1]** 174/18
**happy [3]** 140/2 140/9 146/23
**hard [1]** 157/3
**has [20]** 118/19 118/25 119/6 119/12 120/8 121/20 123/19 123/20 123/21 124/24 132/9 146/3 148/2 162/6 163/21 170/4 172/14 174/6 174/13 174/22
**have [121]**
**haven't [1]** 147/23
**having [2]** 133/24 137/21
**hazards [2]** 124/22 124/22
**he [21]** 117/12 118/10 118/25 119/6 119/12 119/21 120/8 121/4 121/7 121/8 127/20 167/5 168/19 171/7 177/21 177/24 178/4 178/5 182/5 182/5 182/6
**he'll [1]** 163/15
**he's [8]** 121/10 121/13 121/15 121/17 121/18 121/21 143/10 143/11
**head [2]** 138/24 161/23
**health [1]** 173/19
**hear [2]** 117/2 170/6
**heard [6]** 114/6 117/9 132/10 134/4 147/21 154/12
**heart [1]** 148/5
**heartbeat [2]** 148/2 148/4
**held [5]** 116/15 126/23 173/6 176/7 179/4
**help [1]** 117/24
**hematologist [1]** 117/10
**here [26]** 111/13 116/10 122/23 123/23 124/7 132/24 138/9 138/18 139/5 140/25 141/20 142/3 144/17 152/15 155/2 156/8 160/24 161/19 165/24 166/16 171/11 174/9 177/25 177/25 180/23 183/8
**Here's [1]** 161/24
**hereby [1]** 185/7
**hereinbefore [1]** 185/10
**hide [1]** 142/17
**highlight [1]** 115/13
**highly [1]** 167/4
**him [4]** 118/2 118/15 118/24 168/19
**hip [1]** 176/18
**his [9]** 117/25 119/9 120/2 120/3 120/14 122/25 125/20 121/2 121/3
**hold [1]** 132/12
**home [1]** 168/10
**Honor [29]** 111/10 111/23 116/12 117/4 117/19 117/24 118/5 118/9 126/16 126/20 127/24 140/8 143/9 160/13 164/5 166/5

166/7 167/13 168/8 172/22 172/24 173/3 182/11
183/13
**HONORABLE [1]** 107/21
**hope [1]** 158/23
**hopefully [2]** 133/21 165/10
**hoping [1]** 164/7
**hour [3]** 132/6 149/11 183/5
**hours [5]** 132/11 133/6 133/13 133/13 167/8
**how [44]** 120/11 124/23 126/8 127/12 132/19 133/6 138/9 138/11 138/11 139/15 140/4 142/21 164/18 165/17
**Huge [1]** 156/3
**hundred [4]** 154/19 155/3 158/21 159/6
**hundred-page [1]** 159/6
**hundreds [1]** 183/22

## I

**I'd [9]** 112/19 115/24 117/2 124/12 128/7 133/16 137/16 138/14 139/6
**I'll [12]** 117/7 134/13 134/19 143/13 149/19 150/24 161/9 161/12 176/5 177/19 182/2 184/3
**I'm [44]** 121/23 127/2 129/4 129/8 129/24 132/3 133/4 135/25 136/25 137/18 137/25 138/2 138/4 138/5 138/22 138/24 139/13 139/18 140/9 140/11 142/17 144/18 145/17 151/4 155/10 155/12 156/18 158/14 159/10 159/10 162/2 162/22 164/7 165/23 166/11 166/25 167/19 173/25 174/2 174/2 178/22 180/20 181/25 183/4
**I've [18]** 129/4 131/20 131/21 134/19 136/19 136/20 136/21 137/16 141/5 141/11 141/22 142/18 145/12 145/13 145/14 146/9 174/12 181/19
**idea [1]** 138/14
**identified [1]** 134/15
**II [1]** 120/10
**III [3]** 129/22 146/24 152/19
**Illinois [1]** 109/7
**imagine [1]** 166/15
**important [6]** 118/15 119/19 129/22 166/11 174/8 181/19
**impossible [1]** 139/23
**impression [2]** 144/12 178/21
**inadequate [7]** 136/18 137/3 137/7 137/14 145/10 146/4 146/11
**INC [1]** 107/11
**include [2]** 125/24 133/21
**included [2]** 118/21 172/15
**includes [2]** 169/19 169/23
**including [5]** 120/10 146/3 150/2 160/21 171/24
**increase [2]** 114/2 114/10
**increased [1]** 115/16
**indicated [1]** 171/7
**indication [10]** 112/23 113/4 120/5 120/9 120/12 120/16 120/21 168/14 169/20 171/6
**indications [2]** 154/9 154/12
**individuals [1]** 131/10
**industry [3]** 125/5 135/17 149/10
**inferior [1]** 151/8
**influence [1]** 174/14
**inform [2]** 120/15 120/18
**information [19]** 114/4 114/12 116/23 118/14 119/17 121/4 121/14 121/20 122/6 123/6 123/16 124/17 124/24 125/7 126/9 127/13 153/24 158/25 159/11
**informed [1]** 120/11
**informing [1]** 120/6
**initial [2]** 112/25 113/3
**initiated [1]** 153/9
**injuries [1]** 174/17

## I

instances [3] 130/14 130/24 149/15
instruct [2] 126/8 127/12
instruction [1] 125/24
insurance [3] 135/5 135/6 135/21
intends [1] 118/11
intentionally [1] 157/9
interested [3] 158/16 160/9 185/19
interpretation [1] 172/3
involve [2] 136/6 137/10
involved [9] 134/4 134/11 135/11 137/20
138/2 138/4 138/24 139/16 173/19
irregular [2] 148/2 148/4
is [138]
ISMAIL [2] 109/6 109/6
isn't [5] 120/13 120/25 131/15 176/10 176/17
issue [11] 116/2 135/8 136/17 137/7 137/12
164/8 164/12 165/16 172/19 181/15 182/12
issued [1] 123/24
issues [1] 183/20
it [136]
it's [54] 116/7 116/18 117/21 119/8 120/4
120/24 122/3 122/9 122/10 123/17 126/13
127/15 127/18 129/4 129/9 130/25 131/7
131/9 131/18 136/23 137/16 137/20 138/22
143/3 143/21 143/23 144/15 144/25 144/25
145/2 145/4 147/7 147/7 148/10 148/23
149/15 149/18 149/18 149/25 150/9 154/4
155/11 156/23 157/10 158/24 169/9 172/19
174/10 175/4 175/17 181/19 181/25 182/13
183/5
its [2] 121/9 130/21
itself [1] 160/5

## J

JANSSEN [4] 107/10 112/12 126/14 127/19
January [3] 161/16 162/3 168/16
January 2011 [1] 161/16
January 4 [2] 162/3 168/16
JEFFCOTT [2] 108/13 119/3
Jeremy [1] 165/23
job [1] 174/8
journal [2] 122/9 123/4 123/11 123/12
JUDICIAL [1] 107/3
juror [2] 111/15 163/20
jury [33] 111/13 111/17 112/22 115/21 117/9
117/13 117/17 122/19 124/4 124/15 125/12
126/6 126/13 127/9 127/18 133/12 139/15
143/5 144/5 145/8 152/15 153/21 160/8
163/2 163/6 168/3 172/6 174/5 178/4 178/13
179/8 180/17 182/7
jury's [2] 147/21 154/12
just [56] 111/15 115/13 119/13 120/2 121/12
124/19 125/2 126/13 127/17 130/4 130/7
130/10 132/3 136/15 137/18 141/12 141/17
142/5 142/25 143/14 144/8 144/15 144/21
144/23 145/6 146/9 149/9 152/14 153/5
154/9 155/21 157/3 157/4 158/15 158/23
159/5 159/14 159/21 160/17 161/4 163/19
167/21 167/23 172/5 175/8 175/10 175/17
178/16 178/17 179/6 180/7 182/14 182/23
183/6 183/13 183/25

## K

Kaye [1] 109/12
keep [2] 146/12 146/15
Kessler [27] 110/5 111/12 112/4 113/15
113/20 113/22 113/25 115/3 117/9 118/13
118/18 119/14 120/8 121/4 122/8 123/3
128/5 128/7 159/21 161/19 163/11 163/14
164/23 165/18 168/10 173/14 181/16
Kessler's [1] 180/10
Kimberly [1] 116/3

## K
(continued)

kind [1] 167/11
kinds [2] 167/6
knee [1] 176/18
know [32] 116/4 117/24 119/4 124/23 127/4
132/21 133/8 133/10 135/21 136/19 138/18
139/4 139/19 141/16 141/12 143/3 148/19
150/19 155/4 155/19 157/10 157/17 158/22
158/25 161/6 161/14 163/24 173/25 174/15
178/20 179/13 180/5
knowing [1] 148/25
knowledge [1] 120/25
knows [2] 113/25 114/8
Kylie [1] 167/22 167/24

## L

LA [1] 108/14
label [43] 112/13 112/23 113/3 113/7 113/12
114/5 114/13 114/16 114/19 114/20 115/9
115/23 118/16 119/16 120/19 121/15 121/21
122/11 123/6 123/11 123/16 123/20 123/21
124/25 125/9 136/16 136/18 136/21 137/2
137/11 137/12 137/13 137/15 145/9 145/9
146/11 168/23 169/21 169/24 170/23 171/25
172/16 177/12
labeling [2] 170/3 171/20
labels [3] 137/7 174/13 174/20
Lambert [1] 108/13
Lane [1] 108/17
language [6] 112/17 115/14 116/9 172/15
172/19 182/16
large [1] 147/9
last [8] 127/2 131/22 131/24 142/9 142/14
143/24 169/10 172/5
late [1] 179/15
later [1] 129/24
law [1] 182/22
layperson's [1] 124/20
leave [2] 166/16 178/17
leaves [2] 135/23 182/5
leaving [1] 167/19
lends [1] 160/5
less [2] 131/20 181/11
let [1] 144/2
let's [16] 111/11 111/13 121/8 121/25 125/10
126/4 127/17 138/3 139/24 147/20 148/10
153/21 156/12 161/18 163/2 178/23
letter [6] 162/3 169/7 171/3 171/19 177/22
178/8
Levin [2] 108/7 108/10
liability [1] 138/10
light [2] 116/5 183/17
like [14] 112/19 116/25 124/12 128/7 128/15
133/14 135/16 145/8 148/22 157/3 158/12
170/15 180/6 181/25
likely [1] 163/18
limit [1] 149/4
limitations [1] 129/13
limited [1] 178/9
line [3] 145/21 145/23 145/24
line 21 [2] 145/21 145/23
list [2] 138/15 146/17
listed [5] 119/11 151/25 154/7 154/17 155/11
lists [1] 151/20
literally [1] 157/24
literature [2] 130/11 130/13
litigation [8] 107/7 138/6 139/10 144/9
173/16 173/21 176/12 177/5
litigations [5] 131/24 134/11 135/23 137/4
142/13
little [11] 115/18 123/23 127/15 129/3 129/4
131/14 149/2 157/3 160/4 171/2 182/20
live [2] 163/17 180/13

## L
(continued)

liver [1] 160/24
Logan [1] 109/10
logistics [1] 179/21
London [1] 108/16
long [3] 166/6 167/6 180/24
longer [2] 108/6 183/5
look [16] 115/2 128/25 129/5 129/10 129/13
133/10 133/16 135/22 136/22 138/15 139/2
145/12 146/17 161/18 161/19 181/22
looked [3] 129/15 136/20 140/21
looking [3] 114/15 148/12 168/12
looks [1] 130/16
lot [14] 127/5 131/10 131/18 133/9 133/18
147/21 148/10 156/8 170/12 170/13 170/14
173/15 180/6 180/7
lots [1] 160/18
Louis [1] 108/20
love [3] 117/2 128/12 159/7
lunch [3] 179/12 179/15 183/7

## M

made [16] 139/25 140/4 140/6 140/15 140/18
141/2 141/5 141/7 141/11 141/21 141/22
142/2 142/18 142/21 143/6 173/16
Magazine [1] 108/14
Maiden [1] 108/17
main [1] 173/25
major [5] 113/8 126/2 135/16 150/18 150/20
make [12] 114/6 124/21 124/23 133/23
149/13 150/11 165/4 167/9 174/5 175/9
181/20 184/3
makes [1] 157/15 165/6 175/10
making [2] 159/4 159/10
mal [1] 135/8
manage [2] 126/9 127/13
managing [1] 125/20
manner [1] 125/21
manufacturer [1] 130/18
many [11] 128/14 130/23 133/6 138/10
138/11 138/11 139/15 143/25 144/7 164/18
165/7
March [1] 138/6
March 12 [1] 138/6
market [7] 174/20 174/23 175/22 176/2
176/15 176/23 177/9
marketing [2] 183/17 183/22
material [2] 157/21 160/7
math [4] 132/15 134/2 135/25 154/22
Matt [4] 152/10 152/18 158/3 158/5
matter [1] 183/9
matters [1] 179/13
may [21] 111/6 111/19 111/22 116/12 118/10
122/22 123/12 123/12 127/23 141/18 141/19
146/14 160/3 163/8 164/10 165/11 168/5
168/6 173/3 173/5 173/8
maybe [10] 116/2 116/20 129/4 133/14 139/2
143/15 145/3 164/13 165/23 182/15
me [22] 113/8 118/10 119/3 128/15 131/11
132/12 144/2 146/16 150/24 153/5 153/8
155/2 155/16 157/8 161/20 165/23 170/5
170/7 170/15 183/9 183/12 184/5
mean [16] 119/10 119/12 122/11 123/4
126/5 129/4 131/2 132/8 134/2 141/20
154/14 163/10 167/7 174/9 174/12 174/13
meaning [1] 179/25
means [6] 115/21 124/20 148/12 148/14
148/18 170/25
meant [1] 171/22
med [1] 135/8
med-mal-type [1] 135/8
medical [5] 122/7 122/9 122/10 123/15
123/18 150/2 174/12 174/22 175/21 175/25

# M

medical... [1] 176/18
medicine [9] 148/19 148/25 149/10 149/22 169/15 170/4 170/16 170/17 170/20
meet [1] 164/15
meets [3] 123/19 123/20 170/24
Members [2] 122/19 179/8
memory [1] 151/24
mention [1] 121/9
mentioned [2] 174/19 180/19
mesh [2] 177/5 177/6
met [1] 172/2
metal [2] 176/22 176/22
metal-on-metal [1] 176/22
MICHAEL [2] 107/21 108/7
might [1] 116/5
Miles [5] 164/10 164/19 164/20 165/9 165/12
MILLER [1] 109/9
million [7] 140/7 140/19 141/3 141/7 141/23 142/13 143/19
millions [7] 140/15 141/5 141/11 142/2 142/5 143/21 183/22
mind [3] 135/20 178/17 182/6
minute [1] 163/9
minutes [3] 167/13 167/14 181/11
mislabeled [1] 170/3
misleading [1] 144/11
missing [1] 126/11
MO [1] 108/20
moment [4] 126/19 161/20 172/22 179/7
Monday [10] 132/17 132/20 132/22 133/15 163/18 163/19 164/3 164/17 179/17 180/13
money [3] 139/24 140/4 173/15
monitoring [1] 125/18
month [2] 138/6 138/9
months [2] 128/23 131/25
more [13] 116/6 126/16 139/10 143/15 143/16 143/17 149/10 152/6 154/25 155/13 156/23 160/4 166/10
morning [9] 111/2 128/10 164/3 167/6 179/22 180/9 182/2 182/14 182/24
most [7] 129/21 136/24 143/22 146/8 163/18 166/2 166/3
move [2] 112/4 117/7
Moye [2] 165/25 183/16
Mr. [6] 118/9 132/10 144/4 165/5 167/3 168/6
Mr. Barr [2] 118/9 144/4
Mr. Russell's [1] 132/10
Mr. Stekloff [3] 165/5 167/3 168/6
Ms. [1] 119/3
Ms. Jeffcott [1] 119/3
much [5] 132/19 140/4 142/21 143/13 166/14
multiple [2] 159/6 176/20
must [3] 125/7 125/8 170/17
my [34] 116/25 125/14 132/9 134/21 137/10 138/24 139/18 139/22 141/14 142/3 143/2 143/4 144/20 145/6 146/16 146/18 146/19 151/4 151/4 152/7 153/6 159/21 159/22 160/9 161/22 161/24 162/9 165/22 165/22 166/18 174/2 174/2 174/10 182/6
myself [1] 154/23

# N

narrow [2] 165/10 165/15
NDA [3] 128/21 154/4 162/6
need [10] 116/20 118/6 126/19 127/3 143/12 143/14 162/25 179/20 180/8 181/22
neither [1] 185/14
never [3] 131/21 134/19 149/4
new [8] 108/14 108/17 109/13 109/13 146/21 162/14 169/22 171/5

# NEWMAN

NEWMAN [1] 108/16
next [3] 158/21 160/23 165/17
nice [1] 184/6
night [2] 166/18 184/6
no [41] 107/9 114/18 116/6 118/25 119/22 119/22 123/17 124/16 129/17 131/17 138/14 138/17 138/25 139/8 140/22 140/25 141/4 141/14 141/19 147/12 147/17 148/24 149/3 151/3 152/3 154/15 154/21 155/6 155/16 155/20 156/21 160/6 160/11 161/22 161/22 164/24 164/24 178/21 178/22
non [1] 151/8
non-inferior [1] 151/8
nonvalvular [1] 171/8
noon [4] 166/16 179/13 183/4 183/8
Norman [1] 162/17
not [66] 111/9 116/10 116/19 116/23 118/10 118/18 120/2 121/10 121/13 121/18 122/20 123/5 123/10 123/13 123/16 123/17 126/7 127/11 129/10 135/22 135/25 137/18 137/25 138/10 138/18 139/5 139/13 139/21 143/22 144/15 146/2 148/19 148/23 149/9 150/9 151/3 151/6 151/15 151/18 151/24 152/13 154/9 155/10 155/21 157/9 158/23 159/4 159/8 159/10 159/20 167/5 170/4 172/19 178/4 178/14 179/14 179/22 180/14 180/23 181/3 181/6 182/10 183/4 183/6 183/10 185/16
notes [1] 185/9
nothing [2] 137/21 142/17
Nothing's [1] 166/10
November [4] 112/10 112/11 169/8 169/12
November 10 [1] 169/8
November 2011 [1] 112/10
November 4 [1] 169/12
now [35] 112/4 113/6 113/25 114/15 117/5 117/9 122/2 123/24 124/12 125/2 125/10 131/13 134/4 137/20 139/9 139/16 145/17 146/21 151/15 156/12 158/2 160/17 161/6 162/2 165/20 166/11 168/25 171/22 172/4 174/19 174/21 177/11 177/18 181/16 183/21
number [23] 119/25 137/8 137/25 138/23 139/13 140/20 140/24 141/25 142/4 142/5 142/16 151/20 153/3 153/3 153/5 153/11 153/16 154/5 154/16 155/19 176/25 177/8 177/15
numbers [5] 136/13 141/15 141/17 141/20 142/16
NW [1] 109/4
NY [1] 108/17

# O

oath [1] 139/18
object [2] 140/8 143/9
objection [8] 116/18 117/4 117/19 117/25 121/24 122/21 122/24 176/4
objections [5] 122/22 143/13 164/13 164/15 182/9
obvious [1] 129/9
obviously [2] 163/15 174/5
occurred [2] 119/8 151/21
occurs [1] 172/5
off [11] 116/15 126/23 173/6 174/19 175/7 175/21 176/2 176/7 176/14 177/9 179/4
offer [1] 118/18
offering [4] 121/13 121/22 124/14 125/13
offers [1] 124/4
Official [1] 111/4
oh [6] 130/14 133/8 133/20 151/18 165/3 165/3
okay [27] 112/6 112/7 114/23 115/5 118/7 124/19 128/8 129/7 129/25 138/8 139/25 145/17 146/22 151/7 151/15 156/13 157/10

# one

one [21] 109/10 T11/15 115/24 116/2 117/25 120/3 124/13 134/22 135/4 139/10 143/16 143/17 144/9 146/2 151/20 160/23 165/21 172/5 172/22 173/25 179/6
onerous [1] 181/24
ones [4] 135/20 137/10 176/21 176/22
only [8] 118/18 118/22 119/21 122/20 151/16 164/20 165/7 179/17
opening [1] 182/12
operative [1] 166/21
opine [2] 119/14 121/11
opinion [15] 116/25 117/2 118/17 121/14 124/14 125/11 125/13 125/14 125/23 126/4 126/5 126/7 127/8 127/9 127/11
opinions [7] 119/2 119/12 123/24 124/5 124/13 155/8 181/17
opposed [1] 175/9
order [2] 125/25 166/19
Orleans [1] 108/14
other [25] 114/2 114/9 114/17 114/21 115/10 115/15 120/4 121/11 122/2 122/21 138/10 138/10 138/11 138/11 142/13 147/15 153/24 160/18 164/18 164/21 166/7 178/23 179/21 182/12 182/22
others [1] 146/14
our [6] 163/2 163/17 163/20 171/15 179/17 183/6
out [12] 119/17 136/14 137/11 139/13 155/7 155/24 155/24 166/23 177/24 179/20 180/21 183/24
outside [2] 120/13 121/2
over [8] 131/21 137/4 137/4 143/19 143/23 144/3 155/2 164/12
overall [3] 141/21 141/22 142/4
overruled [1] 116/19
own [6] 130/21 131/3 131/5 153/6 156/6 156/6

# P

p.m [4] 111/18 163/7 168/4 180/18
PA [3] 108/5 108/8 109/11
pack [1] 181/9
page [12] 145/21 152/15 152/18 158/3 158/12 158/17 159/6 159/12 160/25 161/2 161/3 169/10
page 1 [1] 152/15
page 15,000 [1] 159/12
page 15,221 [2] 158/12 158/17
page 16 [1] 158/3
page 29,000 [1] 161/3
page 337 [1] 145/21
pages [3] 154/16 156/24 158/21
paid [4] 141/23 142/13 142/22 143/6
Papantonio [1] 108/10
paper [1] 157/12
paragraph [6] 126/11 177/25 177/25 178/5 178/7 178/14
part [7] 149/24 150/18 154/4 155/8 159/25 168/22 172/9
parties [1] 185/15
parts [1] 117/14
pass [1] 172/24
past [1] 143/7
paste [7] 144/8 144/15 144/21 144/24 145/4 157/22 157/25
patient [3] 118/23 125/18 148/2
patients [20] 112/9 125/20 146/25 148/14 148/15 148/15 148/18 148/24 150/16 151/2 153/15 153/16 154/17 154/18 154/18 154/19 155/15 160/22 171/8 171/24
PC [1] 108/16

# P

peer [2] 123/4 130/13
peer-reviewed [2] 123/4 130/13
PENNSYLVANIA [3] 107/3 107/19 185/7
Pensacola [1] 108/11
people [4] 165/22 165/23 174/17 183/9
performed [4] 131/9 146/25 151/16 155/3
period [1] 143/22
permitted [1] 181/16
person [1] 173/19
pertinent [2] 164/19 165/9
Peters [2] 165/21 166/6
pharmaceutical [19] 130/4 134/23 134/24
135/3 135/4 135/11 135/12 136/7 136/8
136/9 137/5 137/11 137/23 139/10 142/23
143/8 144/2 144/7 149/9
PHARMACEUTICALS [1] 107/10
phase [7] 120/10 129/22 146/24 152/16
152/19 152/21 152/24
PHILADELPHIA [7] 107/19 108/5 108/8
109/11 132/16 133/24 166/23
physicians [3] 124/17 126/8 127/12
Pinto [1] 108/4
pivotal [5] 129/21 147/5 147/10 147/13
147/15
place [2] 152/21 185/10
places [1] 125/14
plaintiff [6] 108/22 134/5 134/8 136/4
138/13 160/10
plaintiff's [3] 110/3 117/10 181/7
plaintiffs [8] 136/11 136/17 137/6 145/25
174/16 176/11 176/18 177/4
plaintiffs' [6] 137/23 141/8 141/24 142/8
142/22 143/7
plan [1] 179/17
plane [1] 166/11
planning [2] 163/13 164/5
Plavix [1] 118/22
played [1] 183/21
PLEAS [1] 107/2
please [15] 111/13 111/20 113/20 114/24
115/19 117/2 146/12 152/10 152/18 158/2
160/6 161/18 169/2 173/24 180/14
plus [1] 119/22
point [9] 125/6 137/18 140/5 140/6 140/19
142/16 143/10 143/15 159/11
pointed [1] 177/24
points [1] 122/2
pool [1] 148/5
population [2] 118/23 150/8
Porter [1] 109/12
portions [3] 144/8 144/20 157/13
position [1] 121/18
possible [2] 122/21 166/24
possibly [3] 129/9 164/21 180/24
potential [2] 124/21 164/9
powered [2] 150/11 150/12
precise [4] 113/17 132/3 139/18 143/2
prejudice [1] 183/19
prepare [2] 124/3 164/8
present [1] 124/4
preserve [1] 182/9
pretty [1] 166/25
prevent [1] 125/25
prevented [2] 125/16 160/21
previously [2] 144/18 146/3
primarily [1] 134/8
principle [2] 182/19 182/21
prior [1] 145/24
probably [19] 131/8 131/11 132/4 132/13
133/8 134/18 134/20 142/12 157/5 158/13
160/4 160/7 163/22 165/15 170/5 170/7

171/2 179/19 180/23
probabilistic [1] 129/11
proceed [2] 111/22 173/8
Proceedings [1] 184/7
process [7] 112/15 128/23 157/18 172/7
174/7 174/8 174/9
product [2] 138/10 169/24
products [6] 138/11 138/11 162/19 168/20
174/12 176/23
professionals [9] 128/14 128/20 128/25
130/3 131/4 156/5 156/10 156/10 157/19
prohibitions [1] 181/2
promise [1] 152/13
proper [1] 125/23
proportion [1] 134/18
proposed [1] 170/3
prospective [3] 148/7 148/12 149/6
proud [2] 142/18 173/20
provide [2] 127/21 156/2
provided [5] 128/10 154/3 157/16 160/19
161/7
provides [1] 171/5
public [1] 173/19
publish [1] 122/5
published [1] 130/11
publishes [1] 123/3
pull [10] 112/19 113/19 114/23 124/10
145/15 145/19 152/9 153/6 156/18 168/25
pulled [7] 174/12 174/23 175/21 176/2
176/14 176/23 177/8
purview [1] 120/14
put [18] 112/24 120/19 122/11 123/5 126/25
133/18 140/20 141/10 141/18 152/25 153/23
159/14 159/14 177/19 178/5 178/14 182/14
182/23
putting [3] 123/16 159/8 159/10
pyramid [2] 150/6 150/22

# Q

question [35] 114/6 116/20 116/25 117/25
127/7 127/17 129/8 129/17 136/20 137/10
139/8 140/10 140/12 141/12 142/6 143/11
144/20 146/7 149/14 149/17 150/10 150/22
150/24 151/3 151/4 151/5 151/6 151/8 151/9
151/11 151/13 159/22 159/22 162/9 165/14
questions [9] 126/17 127/22 129/24 143/15
145/6 150/7 150/11 160/12 165/12
queue [1] 165/24
quick [1] 144/15
quickly [4] 126/21 173/4 182/3 182/19
quite [1] 162/21
quote [1] 170/12
quoting [5] 128/15 131/11 170/5 170/7 170/8

# R

Randolph [1] 109/7
randomized [6] 148/8 148/14 149/6 149/12
149/20 150/4
rate [2] 132/8 132/9
rather [1] 182/4
ratio [1] 134/20
RE [1] 107/7
reaction [2] 125/15 126/2
read [10] 117/14 123/10 123/12 123/13
127/4 137/17 139/4 178/4 178/14 181/22
reading [3] 139/3 158/14 182/19
ready [6] 111/21 126/19 165/21 165/25
167/18 167/21
real [2] 174/17 174/17
realistically [1] 129/14
really [3] 113/7 181/19 181/21
Realtime [1] 185/25
reason [15] 118/19 140/23 140/25 141/4

141/14 148/22 149/3 152/4 154/15 154/21
166/10 175/8 179/2 180/20 181/5
reasons [1] 173/25
Reath [1] 109/9
REBECCA [1] 108/16
recall [6] 140/5 140/18 169/13 173/17 177/21
178/2
receive [1] 157/2
received [1] 169/9
receives [1] 157/2
receiving [1] 148/20
recent [1] 143/22
recess [2] 167/16 179/9
recollection [1] 146/16
recommend [1] 114/16
recommended [2] 112/17 171/19
record [6] 116/16 126/24 173/7 176/8 179/5
182/14
records [2] 163/25 164/11
RECROSS [2] 110/4 110/15
red [1] 178/5
redirect [4] 110/4 110/15 173/11 181/17
reduce [1] 171/7
reduced [1] 125/16
reducing [1] 178/11
refer [1] 147/10
referenced [3] 119/5 121/7 160/25
references [3] 120/2 120/4 183/23
regarding [5] 120/9 120/20 121/6 146/25
152/24
regards [1] 122/13
Registered [2] 185/6 185/24
regulations [5] 125/3 125/4 144/13 144/17
174/3
related [3] 158/8 172/16 185/14
relating [2] 119/18 181/17
relative [2] 178/10 185/17
relatively [1] 166/8
relevant [1] 160/8
relied [1] 121/5
rely [3] 130/4 130/7 130/10
remember [4] 116/17 144/2 144/4 180/14
reminding [1] 153/8
Renal [2] 162/19 168/20
rephrase [2] 140/9 140/12
report [29] 119/5 119/9 120/2 120/7 120/14
120/17 121/2 144/5 144/9 144/21 151/19
153/17 153/23 154/2 154/6 156/15 158/4
158/10 158/13 158/21 158/24 159/2 159/6
159/15 159/18 160/19 161/3 161/6 161/7
reported [1] 111/2
reporter [5] 111/4 182/10 185/6 185/24
185/25
reports [4] 130/16 156/2 156/9 157/14
repository [1] 123/11
required [2] 147/8 155/23
requirements [2] 123/20 123/21
resolved [1] 164/16
respect [2] 151/21 171/22
responsibility [2] 124/16 125/2
result [1] 174/11
results [1] 152/8
review [8] 131/5 131/6 131/7 131/9 157/20
157/23 171/15 172/18
reviewed [2] 123/4 130/13
reviewing [3] 128/20 133/17 158/9
revised [1] 113/2
rid [1] 149/4
right [126]
Rinder [7] 117/10 117/16 118/14 119/16
121/16 121/17 121/19
Rinder's [1] 118/12
rise [5] 111/5 111/16 163/5 168/2 180/16

## R

**risk [11]** 113/13 113/23 114/3 114/10 115/16 121/7 121/17 159/13 159/20 171/7 178/11
**risks [1]** 116/5
**Rivaroxaban [1]** 171/7
**RMR [1]** 111/3
**road [1]** 122/22
**roasters [1]** 135/16
**ROCKET [14]** 129/15 131/2 146/22 146/24 148/7 150/15 151/6 151/10 151/15 152/18 156/12 156/16 161/7 181/18
**ROGER [1]** 108/19
**role [1]** 131/14
**room [2]** 156/3 183/10
**rules [5]** 123/9 145/2 145/2 145/4 145/5
**ruling [2]** 117/22 118/25
**RUSSELL [1]** 107/8
**Russell's [1]** 132/10

## S

**safe [5]** 170/17 170/21 170/21 171/23 176/5
**safely [2]** 124/18 124/24
**safest [1]** 182/4
**safety [6]** 124/22 125/7 150/9 159/17 159/23 174/14
**said [14]** 118/14 127/20 129/4 129/7 129/8 136/13 137/7 137/13 138/14 140/22 145/9 178/23 181/24 185/9
**sales [1]** 183/18
**same [7]** 131/4 133/3 133/15 133/19 144/18 144/25 145/5
**save [1]** 159/15
**say [18]** 116/8 119/4 119/15 122/9 126/10 131/18 133/15 133/23 141/7 142/12 144/16 150/2 157/22 167/23 172/19 174/10 178/7 178/21
**saying [9]** 121/15 121/19 130/19 139/4 147/15 152/4 154/22 170/21 178/22
**says [6]** 170/25 171/2 171/4 171/15 178/9 182/6
**schedule [7]** 120/3 139/22 152/12 153/5 153/7 159/5 179/24
**Schedules [1]** 151/23
**scheduling [2]** 163/9 179/10
**Schlicter [1]** 108/19
**Scholer [1]** 109/12
**scope [3]** 117/20 117/21 121/2
**screen [5]** 112/24 124/8 145/20 156/19 161/20
**search [1]** 157/20
**seat [1]** 168/5
**seated [4]** 111/7 111/14 111/19 163/8
**second [5]** 118/2 125/11 125/12 142/10 175/14
**section [18]** 113/12 113/15 113/20 113/22 114/5 114/12 114/15 114/16 114/19 114/22 114/24 115/2 115/6 115/8 115/22 115/23 116/11 116/23
**Section 5 [2]** 113/15 114/15
**Section 7 [2]** 114/22 114/24
**Section 7.3 [1]** 115/8
**sections [2]** 144/24 157/25
**Sedran [1]** 108/7
**see [22]** 111/11 111/13 115/12 117/16 118/3 133/21 139/20 152/25 153/10 153/13 153/18 160/24 161/2 161/19 162/4 162/14 164/13 176/6 180/9 180/22 180/24 183/10
**seem [1]** 158/12
**seems [2]** 157/17 180/6
**seen [3]** 112/15 145/13 174/12
**selection [1]** 125/18
**send [1]** 164/12

**sense [4]** 157/15 165/4 165/6 175/10
**sentence [1]** 154/23
**separate [1]** 165/14
**serious [5]** 113/9 114/3 114/10 125/15 125/25
**seriously [2]** 133/17 133/20
**serves [1]** 146/16
**session [3]** 107/15 111/2 163/20
**set [2]** 183/4 185/10
**seven [1]** 166/8
**several [4]** 131/24 132/2 132/2 158/21
**severity [1]** 125/17
**Shannan [2]** 185/5 185/24
**SHEILA [1]** 109/12
**short [1]** 166/8
**should [19]** 113/2 114/4 114/5 114/11 114/12 118/15 119/15 119/18 120/5 120/10 126/12 127/14 135/14 147/17 148/21 154/4 181/16 183/23
**show [5]** 119/3 138/3 138/5 145/17 152/15
**showed [7]** 140/21 144/4 157/4 158/9 159/5 177/19 177/21
**showing [1]** 162/2
**side [10]** 134/5 134/5 134/8 134/9 134/16 134/24 135/6 135/19 136/4 137/6
**sidebar [9]** 116/15 118/8 122/18 126/23 173/6 176/6 176/7 179/4 181/15
**sides [1]** 179/23
**significant [3]** 142/18 143/3 143/23
**since [10]** 121/10 142/7 142/20 142/21 152/5 152/7 154/24 154/25 167/19 182/11
**single [3]** 129/6 129/11 137/12
**sir [7]** 129/17 132/15 133/5 146/20 148/6 161/17 172/8
**sit [1]** 141/20
**sitting [5]** 138/18 139/5 140/25 155/2 179/22
**situation [1]** 125/22
**six [1]** 131/24
**slide [2]** 124/3 124/8
**small [2]** 115/24 116/8
**smoothly [1]** 160/4
**so [80]**
**some [25]** 121/5 123/12 123/12 128/10 129/24 131/3 131/20 134/9 137/15 141/10 148/14 148/15 150/18 152/16 157/11 157/12 174/21 174/25 174/25 175/6 175/20 175/24 177/18 179/21 182/16
**somebody [1]** 141/10 141/18
**somehow [1]** 122/7
**someone [2]** 140/20 158/16
**something [3]** 120/13 133/14 182/6
**sometimes [6]** 136/20 144/8 149/18 150/10 157/24 174/11
**soon [1]** 183/15
**sound [3]** 134/12 134/17 154/20
**sounds [3]** 128/15 134/18 170/15
**South [2]** 108/11 108/20
**speaking [1]** 143/12
**specific [5]** 120/4 125/21 125/21 175/9 183/19
**specifically [6]** 112/5 115/14 122/4 155/5 156/13 162/18
**speculation [1]** 142/24
**spend [2]** 133/6 149/11
**spent [5]** 132/24 133/8 133/11 173/14 177/18
**spoke [1]** 121/12
**sponsor [2]** 126/13 127/18
**sponsors [2]** 126/7 127/11
**spot [1]** 181/21
**Springbank [1]** 108/4
**Square [1]** 109/10
**St [1]** 108/20
**stage [1]** 137/2

**stand [1]** 111/12
**standpoint [1]** 151/24
**Stanley [2]** 109/4 109/9 150/23 151/12 170/19 170/24 172/2 172/3
**standards [1]** 174/4
**Starbucks [1]** 135/17
**start [6]** 112/5 123/22 128/7 144/3 164/25 167/8
**started [3]** 152/2 157/18 163/23
**starting [1]** 124/13
**starts [1]** 180/7
**statement [5]** 129/3 129/5 130/23 151/4 176/16
**statements [2]** 120/8 149/13
**States [1]** 112/9
**statistical [2]** 121/6 130/21
**Statisticians [1]** 128/18
**statistics [1]** 156/6
**statutory [2]** 170/19 172/2
**STEKLOFF [4]** 109/3 165/5 167/3 168/6
**step [1]** 180/21
**still [6]** 121/9 122/22 123/19 157/11 157/12 172/14
**Stockbridge [2]** 162/17 168/18
**stop [2]** 149/19 162/22
**stopping [1]** 167/14
**stops [1]** 180/6
**Street [8]** 108/4 108/8 108/11 108/14 108/20 109/4 109/7 109/13
**Streets [1]** 109/10
**stretch [1]** 112/16
**stroke [2]** 171/7 178/11
**strokes [1]** 160/21
**struck [1]** 112/16
**studies [7]** 119/5 149/23 149/25 154/5 154/7 154/25 155/23
**study [26]** 117/17 122/14 123/14 148/8 149/6 150/12 152/24 152/25 153/3 153/3 153/9 153/12 153/17 154/2 155/25 156/9 156/15 157/13 157/13 158/4 158/10 158/11 160/19 160/22 161/7 181/18
**stuff [2]** 127/5 133/9
**subgroup [1]** 119/23
**subject [1]** 164/11
**submission [1]** 168/22
**submit [1]** 112/12
**submitted [1]** 161/16
**subpopulations [1]** 150/19
**such [4]** 114/3 114/10 126/2 165/13
**sudden [1]** 178/22
**Suite [4]** 108/8 108/11 108/20 109/7
**summary [1]** 124/4
**sure [35]** 114/6 124/9 124/21 124/23 128/24 129/4 129/8 129/17 130/2 130/20 131/6 137/25 138/4 139/13 140/2 140/13 146/13 146/23 150/12 155/10 155/12 155/12 156/14 159/19 160/13 162/24 166/25 167/10 172/23 173/5 173/23 175/9 176/3 181/10 184/3
**suspect [1]** 167/4
**sustain [1]** 140/11
**sustained [2]** 117/6 122/25
**sustaining [1]** 121/23
**swear [1]** 129/5
**sworn [1]** 185/10
**syndrome [1]** 118/23
**systemic [2]** 171/8 178/11

## T

**table [3]** 158/4 158/8 158/14
**take [24]** 111/12 133/16 134/13 134/19 135/22 138/21 142/4 145/12 154/14 155/4 155/25 157/10 161/9 161/13 163/2 166/19 167/13 169/14 172/4 174/5 174/11 179/14 180/8 184/4

## T

**taken [4]** 167/17 174/19 175/7 185/16
**takes [3]** 128/23 152/21 153/23
**taking [5]** 114/8 121/18 147/2 148/25 179/12
**talk [19]** 118/2 119/22 122/3 122/6 123/18 125/10 126/4 127/7 128/12 129/11 129/23 131/13 139/24 146/22 147/20 163/9 164/16 175/13 181/3
**talked [5]** 121/17 122/21 123/14 170/14 172/6
**talking [17]** 112/5 113/23 115/9 125/3 125/8 126/14 127/19 128/7 143/22 146/5 149/11 160/17 167/4 168/18 171/11 173/15 175/17
**tap [1]** 163/10
**TAREK [1]** 109/6
**teach [1]** 174/3
**teacher [1]** 174/2
**tell [12]** 122/22 139/15 141/9 141/10 141/20 142/2 142/3 143/3 153/5 155/5 157/11 179/10
**tells [1]** 130/5
**ten [9]** 131/22 138/16 138/22 138/23 139/13 139/20 139/21 143/24 167/14
**tend [3]** 139/17 143/2 144/15
**term [3]** 147/7 147/9 172/13
**terms [2]** 124/20 131/2
**test [1]** 151/24
**testified [25]** 131/15 131/20 131/23 134/6 134/9 136/7 136/17 136/22 137/13 137/16 143/25 144/7 144/17 145/7 145/14 146/9 146/10 170/12 173/20 174/22 175/25 176/11 176/18 177/4 177/11
**testify [3]** 131/18 155/18 181/17
**testifying [8]** 124/7 136/25 137/22 140/5 140/7 140/15 141/7 143/7
**testimony [12]** 117/12 118/12 128/10 136/23 145/17 146/2 146/19 146/19 172/9 174/10 180/11 185/9
**text [1]** 171/20
**than [8]** 121/11 139/10 156/23 164/19 164/21 181/11 182/4 183/5
**Thank [9]** 111/23 127/24 160/14 160/15 166/14 168/8 168/11 183/2 184/3
**Thanks [2]** 153/8 161/25
**that [320]**
**that's [66]** 115/16 116/9 120/13 121/20 121/21 126/3 126/11 126/14 127/19 129/3 129/18 130/6 130/9 130/12 130/15 130/24 131/8 131/12 132/8 132/13 132/25 134/6 134/20 135/7 135/7 136/14 136/14 138/17 138/21 140/23 145/11 146/18 146/19 147/25 148/21 149/9 149/10 150/5 151/3 151/4 151/16 157/5 158/12 160/7 161/17 162/8 165/14 165/21 166/24 169/11 170/24 171/11 172/13 172/15 176/16 177/15 178/6 180/4 181/24 182/3 182/16 182/18 182/22 182/24 182/25 183/7
**their [12]** 114/9 122/5 131/3 131/5 131/6 148/19 156/6 156/6 156/11 157/23 164/25 165/8
**them [9]** 130/5 143/13 143/14 156/2 156/8 164/12 167/21 167/24 167/25
**then [26]** 118/12 120/22 130/21 135/13 141/6 141/15 150/24 153/16 154/2 154/24 155/25 156/4 158/15 165/2 166/3 166/7 166/13 166/17 167/10 171/14 177/12 180/11 180/12 182/5 182/5 183/6
**theoretically [1]** 145/3
**therapy [9]** 118/17 118/20 119/2 119/14 119/16 119/18 125/19 125/25 178/12
**there [46]** 113/2 114/19 114/22 115/22 116/17 119/15 119/25 120/3 122/2 123/9

127/5 127/6 135/14 135/14 135/21 138/22 139/2 139/24 149/12 149/12 150/14 149/19 152/6 154/11 154/12 154/24 155/2 155/14 156/15 158/25 159/16 159/20 159/22 160/24 168/22 176/20 176/25 178/9 178/17 181/21 182/8 182/20 183/18 183/23 183/25
**there's [18]** 113/7 124/21 126/11 129/13 139/2 142/17 147/8 148/23 152/7 158/20 158/21 159/13 159/19 160/7 160/18 165/20 180/6 180/7
**therein [1]** 183/23
**these [6]** 128/20 128/25 145/24 152/16 165/8 174/21
**they [27]** 124/17 129/5 129/9 129/15 130/7 130/10 131/12 131/15 141/18 148/19 151/25 155/25 156/2 157/2 157/23 157/24 164/25 169/22 169/23 183/23
**they're [8]** 119/4 129/10 129/12 148/25 156/6 167/21 169/15 169/17
**thing [1]** 123/18
**things [7]** 121/11 144/12 144/13 157/23 174/17 179/10 180/7
**think [62]** 113/7 117/3 118/5 119/8 122/17 130/6 130/9 130/14 130/14 131/8 132/2 132/3 132/10 134/9 135/2 135/10 137/8 138/15 138/17 138/22 138/25 139/3 139/7 139/7 139/19 140/21 140/23 145/11 145/12 145/13 146/18 147/17 147/18 149/24 149/24 151/13 151/24 159/25 160/6 160/8 160/10 163/16 163/19 165/10 165/14 165/20 165/24 167/5 167/18 169/17 172/4 175/12 176/5 177/2 178/20 178/24 180/2 180/11 180/19 181/19 181/21 182/3
**thinks [1]** 170/2
**third [7]** 126/4 126/5 126/7 127/8 127/9 127/10 174/15
**this [103]**
**thorough [2]** 131/7 131/9
**those [34]** 114/3 114/11 124/22 127/21 131/4 134/22 135/18 135/20 136/3 136/6 136/9 136/16 137/9 137/11 137/15 140/21 141/12 141/17 142/16 145/5 145/15 146/3 146/11 155/25 156/7 157/11 157/12 157/13 167/20 175/2 175/20 176/23 177/8 183/25
**though [1]** 118/22
**thought [2]** 119/17 129/12
**thoughtful [1]** 144/16
**thousand [3]** 132/6 132/14 154/19
**three [3]** 146/10 167/8 180/12
**threw [1]** 139/13
**through [11]** 124/12 136/10 138/15 139/7 139/19 152/2 152/14 156/11 157/20 164/7 182/2
**thrust [1]** 150/20
**Thursday [1]** 107/13
**time [17]** 122/23 122/23 126/17 131/15 132/19 132/23 133/11 133/18 136/24 137/12 145/7 166/21 173/15 177/18 178/23 179/25 184/4
**times [7]** 121/9 121/16 131/20 131/20 131/24 137/4 141/13
**TIMI [11]** 117/17 118/12 118/19 119/5 120/5 120/10 120/14 120/25 121/7 122/3 122/13
**timing [1]** 164/2
**title [1]** 152/25
**titrate [3]** 126/10 126/12 127/14
**today [18]** 124/8 124/8 125/8 132/8 133/21 133/22 137/20 138/4 140/25 146/3 146/19 155/2 157/5 157/15 163/4 167/5 171/12 172/9
**together [4]** 140/20 141/10 141/18 153/23
**told [2]** 155/14 179/25

**Tomaselli [1]** 109/6
**tomorrow's [1]** 167/22
**tonight [1]** 164/9
**tons [1]** 156/3
**too [3]** 130/12 143/13 150/19
**took [2]** 133/20 155/15
**top [3]** 150/5 150/21 158/5
**topic [2]** 146/22 172/5
**total [2]** 143/19 143/23
**transcript [8]** 117/15 137/17 138/5 138/21 140/22 181/22 184/4 185/8
**transcription [1]** 139/3
**transcripts [2]** 145/13 145/15
**transvaginal [2]** 177/5 177/6
**travel [1]** 163/21
**treat [1]** 161/15
**treatment [1]** 162/12
**trial [47]** 107/4 107/15 118/19 118/21 119/7 129/2 129/6 129/11 129/15 129/18 129/21 129/22 129/24 145/7 145/8 146/6 146/8 146/22 146/24 146/25 147/5 147/9 147/11 147/13 147/16 147/16 147/17 148/7 148/2 149/16 149/17 150/5 150/15 150/15 151/10 151/16 152/8 152/19 152/21 153/22 153/24 155/11 155/16 156/12 156/16 183/4 185/16
**trials [17]** 129/13 131/23 132/2 132/2 149/7 149/8 149/12 149/21 149/24 150/2 150/10 151/21 151/25 152/6 152/13 152/16 155/3
**tried [1]** 155/24
**triple [6]** 118/17 118/20 118/25 119/14 119/15 119/18
**true [10]** 130/25 137/20 144/13 144/14 170/2 176/10 176/15 176/16 176/17 185/8
**try [5]** 119/13 123/22 129/12 156/10 174/7
**try to [1]** 174/7
**trying [3]** 132/3 165/25 179/2
**Tuesday [3]** 133/3 133/7 133/9
**turn [2]** 146/21 158/3
**two [9]** 121/11 122/2 127/22 134/22 135/2 147/8 166/7 173/25 180/11
**type [5]** 116/9 116/22 118/13 121/20 135/8

## U

**Umm [1]** 147/14
**unclear [1]** 127/16
**under [6]** 116/3 116/6 139/18 170/22 171/24 180/25
**understand [7]** 147/25 154/24 158/20 159/16 175/11 182/19 182/21
**understands [1]** 115/21
**Understood [1]** 129/23
**undue [1]** 126/25
**United [1]** 112/9
**up [40]** 112/19 113/19 114/23 115/6 119/8 121/25 122/23 123/22 124/10 131/21 134/10 134/20 137/16 139/6 140/4 140/19 141/15 145/15 149/15 152/2 152/10 153/6 154/5 154/15 154/17 155/21 156/18 158/4 160/11 163/21 166/3 167/21 167/24 168/25 178/16 181/9 181/14 182/10 182/20 183/15
**upon [2]** 121/5 171/20
**us [7]** 119/23 157/4 174/25 175/6 175/24 183/16 183/24
**usable [1]** 165/2
**use [16]** 112/8 114/17 114/20 114/21 115/10 115/14 115/22 124/18 124/23 125/17 125/21 164/10 165/13 171/5 171/19 174/16
**used [2]** 120/15 155/23
**using [1]** 149/2
**Usually [1]** 147/8

**V**

**value [2]** 120/23 121/10
**values [1]** 121/7
**Variability [1]** 119/23
**vast [1]** 159/11
**versions [1]** 177/2
**versus [1]** 149/12
**very [17]** 126/21 130/15 130/23 131/7 131/9
133/17 133/20 139/17 143/2 144/16 144/18
147/9 155/22 166/14 167/11 174/8 180/23
**video [2]** 165/18 165/22
**videos [3]** 163/16 167/22 180/12
**Vioxx [2]** 176/11 176/14

**W**

**waiting [1]** 111/15
**walk [1]** 152/14
**Walnut [1]** 108/8
**Walsh [1]** 109/3
**want [21]** 111/14 112/4 112/5 123/22 131/13
134/13 137/19 139/7 142/24 142/25 143/5
146/21 149/13 152/14 161/20 166/15 174/10
174/11 175/8 179/10 181/20
**wanted [3]** 167/23 182/9 183/25
**wants [1]** 166/10
**warfarin [6]** 147/2 148/15 151/9 151/14
178/10 178/12
**warn [2]** 136/25 146/2
**warning [4]** 113/12 114/5 114/12 146/4
**warnings [1]** 135/15
**warns [1]** 113/23
**was [96]**
**Washington [1]** 109/4
**wasn't [2]** 155/8 157/6
**way [10]** 112/18 119/13 122/16 132/25
136/15 144/18 148/21 150/2 156/11 166/18
**we [73]** 113/6 113/19 114/23 115/5 116/12
117/23 118/5 119/20 119/24 121/12 122/3
122/20 122/21 122/22 122/24 124/3 124/10
126/20 132/10 133/13 133/22 133/22 133/23
134/4 136/10 143/19 145/19 145/23 146/15
146/16 149/11 149/21 150/21 152/9 156/5
157/17 157/18 158/2 159/5 160/24 161/23
163/9 163/12 163/13 164/2 164/7 164/10
164/15 164/16 164/18 165/15 165/11 165/14
167/8 168/12 168/18 168/25 171/2 171/15
172/4 173/3 178/18 179/8 179/20 179/21
179/25 179/25 180/7 180/11 182/9 182/15
183/4 183/22
**we'd [2]** 145/11 145/14
**we'll [13]** 133/21 163/22 167/4 167/9 167/13
179/15 180/9 180/12 180/20 180/24 181/10
182/23 183/10
**we're [23]** 111/14 117/5 122/8 129/23 142/20
143/14 152/13 160/17 163/3 165/24 167/5
167/14 167/18 168/10 175/17 178/24 179/2
179/12 179/14 180/2 180/22 182/11 183/7
**we've [3]** 125/3 129/11 171/11
**week [1]** 133/24
**WEINKOWITZ [1]** 108/7
**well [9]** 138/3 139/24 149/23 155/10 167/8
171/14 178/12 180/20 181/6
**well-controlled [1]** 178/12
**went [2]** 134/10 162/17
**were [20]** 113/22 134/23 135/5 135/9 135/14
138/9 140/3 145/24 148/15 148/15 148/20
152/16 154/6 157/6 159/16 160/22 168/12
168/18 176/23 177/8
**West [2]** 109/7 109/13
**what [48]** 112/24 115/8 115/9 116/22 117/5
119/24 120/5 120/19 121/4 121/15 121/21
122/4 123/20 123/21 124/14 124/20 124/22

124/22 124/24 125/5 127/4 130/4 130/18
131/21 132/7 133/6 133/24 137/18 151/10
152/4 152/15 153/5 153/21 154/21 155/24
163/12 164/15 170/6 170/25 171/11 174/3
174/4 174/9 177/24 178/7 178/13 178/14
178/20
**what's [11]** 120/22 121/9 126/3 129/20
130/10 138/18 138/18 139/5 139/5 139/19
163/10
**whatever [2]** 166/10 166/17
**when [20]** 111/21 112/8 115/12 115/20
126/18 132/16 144/4 145/4 151/25 157/2
157/6 164/25 167/24 169/15 170/14 170/20
172/14 177/21 178/12 182/9
**whenever [1]** 167/22
**where [23]** 112/16 114/19 115/9 117/16
122/3 125/7 125/8 135/9 135/18 135/23
136/16 137/15 137/22 137/25 138/2 138/3
139/14 145/16 147/25 153/19 158/10 158/13
177/11
**Whereupon [1]** 167/16
**whether [8]** 136/21 150/7 150/16 151/2
160/21 165/12 181/16 183/9
**which [13]** 115/23 116/8 120/5 120/10
120/16 134/15 145/25 148/19 149/24 163/24
176/2 181/19 185/15
**while [1]** 182/15
**who [6]** 150/16 155/15 158/9 162/18 163/20
185/9
**whole [3]** 149/25 156/20 169/16
**why [10]** 116/9 116/10 116/22 122/12 123/8
142/20 148/22 175/13 181/20 183/7
**widely [1]** 155/22
**wife [1]** 143/4
**Wilkinson [1]** 109/3
**will [24]** 114/2 117/24 131/2 132/13 148/4
155/4 157/10 157/11 160/4 160/10 163/11
163/17 164/19 164/20 166/3 166/9 166/25
167/6 179/11 179/18 179/21 183/6 183/8
183/15
**Wilson [1]** 111/3
**within [2]** 120/7 168/20
**witness [15]** 110/4 110/15 138/12 143/10
163/17 163/23 163/24 164/4 164/21 165/7
172/25 178/25 180/13 181/12 185/9
**witnesses [4]** 164/18 164/25 165/17 183/18
**word [10]** 114/7 115/12 126/11 134/13
134/19 154/14 155/4 161/13 169/14 174/16
**words [4]** 144/23 147/15 148/11 149/3
**work [12]** 128/20 132/5 133/25 142/7 155/13
156/10 161/24 164/7 173/20 179/15 179/17
182/2
**worked [5]** 150/16 175/18 175/20 176/17
177/16
**working [3]** 133/4 133/6 173/16
**works [4]** 133/2 136/15 150/8 151/2
**worrying [1]** 167/9
**would [45]** 113/10 113/10 114/9 115/24
116/8 124/7 125/5 128/13 132/4 133/15
137/2 139/18 139/22 142/5 142/15 142/18
142/24 144/11 144/16 144/17 144/23 146/16
147/10 150/2 150/8 151/14 155/16 157/22
158/12 158/13 158/22 159/12 159/14 159/15
160/8 161/2 163/16 164/4 165/18
166/2 167/7 172/3 177/3 178/21
**wrapping [1]** 123/22
**written [1]** 116/10
**wrong [1]** 165/24

**X**

**XARELTO [37]** 107/7 112/5 112/8 114/16
114/17 114/20 115/10 115/15 118/21 119/7
119/22 129/18 130/25 137/21 147/2 148/16

150/16 151/2 151/16 151/22 152/6 152/13
162/6 162/8 162/11 168/13 171/6 171/6
162/6 162/8 162/11 168/13 171/6 171/6
171/23 177/22 178/10
**Xarelto's [1]** 120/18

**Y**

**yeah [4]** 122/15 133/20 143/23 144/6
**year [2]** 142/14 143/7
**years [2]** 131/22 143/24
**yes [121]**
**yesterday [3]** 133/19 183/17 183/24
**York [3]** 108/17 109/13 109/13
**you [264]**
**you'd [5]** 116/24 116/25 143/3 166/15 169/9
**you'll [2]** 132/23 166/13
**you're [31]** 111/21 115/9 116/4 124/14
125/13 126/14 126/18 127/18 128/15 133/23
136/24 137/20 139/15 143/22 147/15 149/14
150/13 152/4 154/22 156/9 157/8 159/4
159/8 167/10 167/11 169/4 170/5 170/7
173/20 181/3 181/9
**you've [25]** 125/7 131/15 131/23 132/11
134/10 134/15 135/18 135/23 139/25 140/15
141/21 142/7 142/12 142/21 143/6 143/25
144/7 145/7 173/15 173/21 174/21 175/18
175/20 177/4 177/15
**your [75]** 111/10 111/23 114/6 116/12 117/2
117/4 117/19 117/22 117/23 118/5 118/9
118/25 124/4 124/12 124/14 125/10 125/23
126/4 126/5 126/16 126/20 127/8 127/8
127/24 131/14 132/8 134/13 134/19 135/25
136/23 137/18 140/8 141/12 142/16 143/9
144/4 144/9 144/21 146/2 146/5 146/8
150/13 151/20 154/6 154/14 155/4 155/5
155/8 159/6 160/13 161/9 161/13 161/21
164/5 166/5 166/6 167/4 167/11 168/8
169/14 170/6 172/9 172/22 172/24 173/3
173/8 175/8 176/4 178/18 180/4 180/13
181/6 181/22 182/11 183/13

**Z**

**zero [1]** 143/16