# EXHIBIT A
# Fonseca Deposition Transcript Excerpts
# (UNDER SEAL)