# EXHIBIT B
Fonseca Expert Report
**(UNDER SEAL)**