# EXHIBIT C
## Love Expert Report
# (UNDER SEAL)