# EXHIBIT D
# Shapiro Expert Report (General) **(UNDER SEAL)**