# EXHIBIT E
## Shapiro Expert Report (Earnest)
## **(UNDER SEAL)**