# EXHIBIT F

REVIEW ARTICLE

BJD
British Journal of Dermatology

# Hormonal changes in menopause: do they contribute to a 'midlife hair crisis' in women?

P. Mirmirani*†‡

*Department of Dermatology, The Permanente Medical Group, Vallejo, CA 94589, U.S.A.
†Department of Dermatology, University of California, San Francisco, CA 94143, U.S.A.
‡Department of Dermatology, Case Western Reserve University, Cleveland, OH 44106, U.S.A.

**Correspondence**
Paradi Mirmirani.
E-mail: paradi.mirmirani@kp.org

**Accepted for publication**
23 August 2011

**Funding sources**
Financial support for publication of this supplement was provided by Procter & Gamble.

**Conflicts of interest**
P.M. has received honoraria from Procter & Gamble for speaking at satellite symposia.

DOI 10.1111/j.1365-2133.2011.10629.x

## Summary

Female pattern hair loss is a common problem affecting a large number of women worldwide but beset by a paucity of research. The study of androgens has hitherto dominated the field of hair biology but there is increasing scientific and clinical data to suggest that nonandrogen signals can also affect the folliculosebaceous unit, especially in women. The discovery of oestrogen receptor beta has renewed and redefined prior concepts of oestrogen activity and signalling in hair biology. It is postulated that oestrogens modulate hair growth by their influence on a number of other hormones, growth factors, transcription factors and cytokines. The menopause is a period in which significant changes in oestrogen levels are recorded, and this review discusses studies that help to clarify the link between menopause and the perception of thinning hair. In a study of pre- and postmenopausal women without alopecia, menopausal status significantly influenced hair parameters, specifically hair growth rate, percentage anagen and hair diameter distributions, most notably in the frontal scalp. Hair density decreased with age, but was not correlated with menopausal status. Analyses of hair amount using a model of hair density and hair diameters suggest that the impact of changing hair parameters is most notable in the mid-forties for women.

In a typical case scenario, the archetypal patient is a 49-year-old healthy woman who reports that in the past year, her hair is 'just not the same'. It inadequately covers her scalp, does not achieve any length and the texture has changed. She is perimenopausal, with irregular periods for the last 2 years. She has no significant family or personal history. All laboratory tests are normal. On examination, the patient is slender, with clear skin, and with no other evidence of androgen excess. Her hair is fine textured, with some visibility of her scalp and increased spacing between hairs on the vertex compared with the occiput. Miniaturized hairs are noted. Her pull test is negative. A scalp biopsy shows a normal follicular count, preserved sebaceous glands and an increased percentage of miniaturized hairs. The patient is informed that she has female pattern hair loss (FPHL) (Fig. 1).

The diagnosis of FPHL often unleashes a cascade of questions from patients and can be one of the more challenging cases for a clinician in terms of providing answers, counselling and treatment options. The aim of this paper is to address some of these common questions and controversies:

What is the aetiology of FPHL? Are there nonandrogen triggers of hair thinning in women? Specifically, is there evidence that the hormonal changes in menopause affect the hair follicles? How much of the change is age related? What types of changes occur in the hair that can lead to a perception of hair loss? Can these changes be quantified?

## Perimenopause/menopause

Perimenopause is considered to be a transition phase prior to menopause, in which menses become irregular, and hormonal fluctuations occur. Perimenopause can commence as early as 35 years to the mid-forties.[1] Menopause is defined either as the permanent cessation of menses, or the lack of menses for 12 consecutive months.[2] The mean age women undergo menopause is 51 years, and as a consequence women spend approximately one-third of their life in the postmenopausal period.[2] One of the major changes during menopause is the virtual cessation of ovarian oestrogen production. The major source of oestrogen after the menopause is from conversion of adrenal androgen to oestrogen by the enzyme aromatase in the peripheral tissues.

While it has been recognized that oestrogen is an important modulator of hair growth, most evidently during pregnancy

© 2011 The Author



Fig 1. A 49-year-old woman with a 2-year history of hair thinning diagnosed with female pattern hair loss.

and nursing, the molecular regulatory pathways have not been well characterized. In contrast, the role of androgens on hair growth has dominated the field of hair biology. As our understanding of the molecular and hormonal controls on the folliculosebaceous unit has expanded, there has been renewed interest in the role of oestrogens as well as androgens in modulating hair growth.

## Oestrogens and the hair follicle

Oestrogen is synthesized in the ovary and in a number of peripheral tissues and acts via oestrogen receptors which belong to a superfamily of nuclear receptors. There are two oestrogen receptors, alpha (ER alpha) and beta (ER beta). The relatively recent discovery of ER beta has broadened the range of potential oestrogenic target tissues and has also redefined prior concepts of oestrogen activity and signalling. In the human hair follicle, immunohistochemical studies have shown ER beta to be the predominant receptor.[3,4] Similar to other oestrogenic target tissues, the biological activity of oestrogen in the hair follicle probably depends on a complex interplay of signals that may differ depending on the relative distribution and location of the two ERs, as well as the activity of the peripheral converting enzyme, aromatase.[5–7]

Several studies have demonstrated the influence of oestrogen on the murine and other mammalian hair cycle; however, it is clear that the distribution, expression and biological activity of oestrogen receptors in murine models may be quite different than in humans.[7–13] In a recent study, a topical anti-oestrogen that caused hair growth in a murine model was ineffective in humans.[14] In vitro studies have shown that organ culture of human scalp hair follicles exposed to estradiol results in decreased growth whereas cells of the dermal papilla responded with proliferation.[15,16] Estradiol has also been noted to induce aromatase activity in human scalp follicles, one possible mechanism by which it may exert biological activity.[17] As hair growth is influenced by numerous hormones, growth factors, transcription factors and cytokines, many of which are known to be modulated by oestrogens, it is plausible that an intricate orchestration of these pathways occurs in response to oestrogen. Further clarification and study of oestrogen effects in different tissues, species and sexes is ongoing.[5,6,18]

## Clinical observations

Clinical observations have supported the hypothesis that oestrogen is an important regulator of hair follicle growth and cycling. The use of topical oestrogens to treat androgenetic alopecia and telogen effluvium has been proposed based on small clinical studies and they are commercially available in Europe, but their efficacy remains controversial.[17,19] The use of oral contraceptives, their cessation, or hormone replacement therapy, have all been reported to cause a temporary hair shedding or telogen effluvium.[20] Although the progesterone component of oral contraceptives has been thought to be the culprit in such an effluvium, the oestrogen content may also have an effect. Women with breast cancer who take medications aimed at decreasing the effect of oestrogens (selective oestrogen receptor modulators) or medications that block the peripheral production of oestrogen (aromatase inhibitors) commonly report hair loss. In pregnant women, there is an increase in hair growth rate, diameter and the ratio of anagen/telogen hairs.[21–23] Although higher oestrogen levels are likely to play a role in this alteration of hair biology, it is difficult to attribute the phenomenon to oestrogen alone because of the complex hormonal changes seen in pregnancy including increases in progesterone and prolactin.

It has been suggested that the various clinical patterns of androgenetic alopecia in men and women may reflect quantitative differences in levels of androgen receptor and steroid-converting enzymes in specific scalp regions at different ages.[24] However, in recognition that there may be other non-androgen causes of hair thinning in women that have no counterpart in men, the term FPHL has been coined to encompass the clinical phenotype of hair loss in the central scalp region that may occur: (i) in genetically predisposed women due to androgens; (ii) due to nonhereditary androgen excess; and (iii) due to menopausal hormonal changes.[25,26]

Although the aetiology of FPHL has not been fully elucidated, understanding the many hormonal factors that are changing in concert during middle age and menopause may be helpful in this group. A study supporting the notion that nonandrogen pathways may be involved in FPHL showed that sebum secretion, a marker of end-organ androgen response, was not elevated.[27] The report of a woman with hypopituitarism and hair thinning in the absence of detectable androgen levels also suggests that hair thinning is not exclusively androgen dependent.[28]

Further complicating our understanding of the possible role of menopause on hair characteristics is whether age-related changes may coexist, overlap or supersede hormonal changes. Various reports have suggested that decreased hair density and diameter occurs with advancing age in both sexes.[29–33]

© 2011 The Author
BJD © 2011 British Association of Dermatologists 2011 **165** (Suppl. 3), pp 7–11

In summary, there is convincing evidence from clinical observations that menopause and specifically oestrogens have an effect on hair biology. However, there is currently inadequate information to attribute specific hair changes to hormonal alterations seen in menopause. Despite the prevalence of FPHL, there are still many shortcomings in our pathogenetic understanding of hair loss in women.

## Analysis of hair growth parameters in women

Despite the absence of a known molecular pathogenesis of FPHL, advances have been made in the clinical arena, bolstering our understanding of the variations in hair growth parameters. Specifically, refinement of computerized and computer-aided techniques for measurement of hair growth parameters has made such measurements more accurate and reproducible, opening the door to novel types of analysis.

Two such techniques are the modified phototrichogram and the optical fibre diameter analysis (OFDA). Briefly, the traditional phototrichogram technique involves photography of a target scalp area in which the hair is clipped to approximately 1 mm in length. A repeat photograph of the target area taken 1–3 days later allows for identification of anagen hairs. Further enhancement of the phototrichogram technique has included the use of digital luminescence microscopy and computerized 'blending' in which the photographic images are magnified, digitally captured and montaged, thus allowing for determination of length, diameter and growth rate, in addition to density, percentage anagen and anagen/telogen ratio. Improved speed and ease of measurement of hair diameters has been made possible using OFDA, a technique that was initially optimized and validated in the wool industry and has now been adapted for research purposes in human hair. The OFDA instrument analyses electronic images of horizontally cut and magnified hairs, which are distributed over a glass slide. Software analysis of these images derives large-volume, rapid and highly accurate measurement of diameter of various longitudinal hair sections.[34,35] In contrast, traditional hair diameter measurement is too labour intensive to analyse more than a few hairs from any individual sample. In addition to providing highly reliable and sensitive measurements, OFDA has another advantage in generating data on the distribution of hairs as a function of diameter (Fig. 2).

In a study of 44 pre- and postmenopausal women, without overt hair loss, modified trichogram and OFDA measurements showed that there are significant differences in hair growth characteristics between pre- and postmenopausal women, specifically hair growth rate, density, percentage anagen, hair diameters and hair diameter distributions.[36] These changes were more pronounced in the frontal compared with the occipital scalp. Whereas a decrease in hair growth rate and percentage anagen was associated with menopausal status, scalp hair density decreased with age, and was not significantly influenced by menopausal status. Prior studies of women without hair loss have also shown a wide, but normal distribution of scalp hair density that steadily declines with



**Fig 2.** Optical fibre diameter analysis showing a bimodal distribution of hair diameters.

age.[29,33] Therefore, it is likely that chronological age, but not menopausal status, dictates alterations in hair density. Hair diameters as measured by OFDA were lower in the frontal scalp in postmenopausal women; this finding was independent of age. Further analysis of this cohort as well as a larger cohort of 177 women showed that hair diameters were not normally distributed, and were typically bi- or trimodal (large, medium and small diameter).[36] While the mean fibre diameter reported by OFDA is an accurate, reproducible and valuable tool for assessment of hair diameter, the diameter *distribution* may report a more accurate and real-time assessment of hair diameter and diameter changes. Using this new measurement technology it was noted that there was a decrease in high diameter hairs in postmenopausal women. Future work entails development of more quantitative tools for analysis of OFDA distributions and their relevance to assessment of hair loss.

In order to give clinical relevance to the measurements of hair growth parameters, and to determine the variable impact of each of these individual hair growth parameters on the perception of hair loss, a new metric has been developed (Robbins C, Mirmirani P, Messenger AG, Birch MP, Youngquist RS, Filloon T, Luo F, Dawson TL Jr. submitted). A convenient, descriptive and quantitative measure of hair 'amount' combines the technical measures of density and diameter. Hair 'amount', or volume, is defined based on mass as simply the square of the average radius times the density. Relative scalp coverage is then defined as a function of the sum total of all hair cross-sectional areas in 1 $cm^2$ of skin surface, expressed as $\mu m^2$ hair surface $\mu m^{-2}$ skin surface.



**Fig 3.** Relative scalp coverage shows a more rapid decline in the mid-late forties in women. Age is given in years.

In a large comprehensive dataset of 1099 caucasian women (aged 18–66 years) with self-perceived hair loss and 315 caucasian women (aged 17–86 years) with no complaints of hair loss scalp hair diameter and density measurements were analysed and hair 'amount' was calculated. It was noted that parietal scalp hair diameter increased until 40–45 years and then decreased with increasing rate. Hair density peaked between 20 and 30 years of age and then steadily decreased. Hair amount and relative scalp coverage increased only slightly until the early forties and then decreased significantly (Fig. 3). These findings suggest that increasing hair diameter minimizes the perception of decreasing hair density until the mid-late forties when the combined decreases in density and diameter impact perception of 'amount'. Thus, determination of hair amount may provide a useful tool to understand the contributions of hair density and diameter on women's perception of hair loss. The age at which these changes occur supports the notion that hormonal influences, which may be starting at the perimenopausal transition stage, are impacting hair parameters.

## Conclusions

Androgens are known to cause hair miniaturization in FPHL; however, other, nonandrogen signals may also influence the hair. Our understanding of the effects of oestrogen on the hair makes this hormone the leading target for ongoing study in FPHL. Until the complex molecular effects of oestrogen on peripheral tissues are fully understood, progress can be made in identifying and describing relevant clinical observations. Specifically, refinement of computerized and computer-aided techniques such as the modified phototrichogram and OFDA have allowed for reliable measurements of hair growth parameters.

There are significant differences in hair growth characteristics between pre- and postmenopausal women, specifically hair growth rate, percentage anagen, hair diameters and hair diameter distributions. Hair density is correlated with chronological age, as opposed to hormonal status. Combination of hair diameter and density into a single metric of hair 'amount' suggests a dramatic impact on the perception of hair loss that occurs in the mid-late forties. In other words, the compounded effect of hair density and hair diameter changes may lead to a heightened perception of decreased scalp coverage in middle-aged women, leading to a 'midlife hair crisis' as highlighted in the case scenario.

Further study of hair changes in response to menopause and age may provide an important opportunity for identification of treatments targets and strategies that may significantly benefit women.

> **What's already known about this topic?**
>
> - Androgens are known to have a role in the pathophysiology of female pattern hair loss, but other, nonandrogen signals may also cause hair miniaturization in women.

> **What does this study add?**
>
> - The hormonal changes of menopause lead to decreased hair diameter, growth rate and percentage anagen. Hair density is affected by chronological age. The compounded effect of these changes may lead to a heightened perception of decreased scalp coverage in middle-aged women.

## References

1 Burger HG, Dudley EC, Robertson DM *et al.* Hormonal changes in the menopause transition. *Recent Prog Horm Res* 2002; **57**:257–75.
2 Rymer J, Morris EP. Extracts from 'Clinical evidence': menopausal symptoms. *BMJ* 2000; **321**:1516–19.
3 Thornton MJ, Taylor AH, Mulligan K *et al.* Oestrogen receptor beta is the predominant oestrogen receptor in human scalp skin. *Exp Dermatol* 2003; **12**:181–90.
4 Thornton MJ, Taylor AH, Mulligan K *et al.* The distribution of estrogen receptor beta is distinct to that of estrogen receptor alpha and the androgen receptor in human skin and the pilosebaceous unit. *J Investig Dermatol Symp Proc* 2003; **8**:100–3.
5 Ohnemus U, Uenalan M, Inzunza J *et al.* The hair follicle as an estrogen target and source. *Endocr Rev* 2006; **27**:677–706.
6 Conrad F, Paus R. Estrogens and the hair follicle. *J Dtsch Dermatol Ges* 2004; **2**:412–23.
7 Ohnemus U, Uenalan M, Conrad F *et al.* Hair cycle control by estrogens: catagen induction via estrogen receptor (ER)-alpha is checked by ER beta signaling. *Endocrinology* 2005; **146**:1214–25.
8 Stenn KS, Paus R, Filippi M. Failure of topical estrogen receptor agonists and antagonists to alter murine hair follicle cycling. *J Invest Dermatol* 1998; **110**:95.
9 Smart RC, Oh HS. On the effect of estrogen receptor agonists and antagonists on the mouse hair follicle cycle. *J Invest Dermatol* 1998; **111**:175.
10 Ohnemus U, Unalan M, Handjiski B *et al.* Topical estrogen accelerates hair regrowth in mice after chemotherapy-induced alopecia by favoring the dystrophic catagen response pathway to damage. *J Invest Dermatol* 2004; **122**:7–13.
11 Oh HS, Smart RC. An estrogen receptor pathway regulates the telogen–anagen hair follicle transition and influences epidermal cell proliferation. *Proc Natl Acad Sci USA* 1996; **93**:12525–30.

12 Chanda S, Robinette CL, Couse JF *et al*. *Am J Physiol Endocrinol Metab* 2000; **278**:E202–10.
13 Moverare S, Lindberg MK, Faergemann J *et al*. Estrogen receptor alpha, but not estrogen receptor beta, is involved in the regulation of the hair follicle cycling as well as the thickness of epidermis in male mice. *J Invest Dermatol* 2002; **119**:1053–8.
14 Gassmueller J, Hoffmann R, Webster A. Topical fulvestrant solution has no effect on male and postmenopausal female androgenetic alopecia: results from two randomized, proof-of-concept studies. *Br J Dermatol* 2008; **158**:109–15.
15 Kondo S, Hozumi Y, Aso K. Organ culture of human scalp hair follicles: effect of testosterone and oestrogen on hair growth. *Arch Dermatol Res* 1990; **282**:442–5.
16 Conrad F, Ohnemus U, Bodo E *et al*. Substantial sex-dependent differences in the response of human scalp hair follicles to estrogen stimulation *in vitro* advocate gender-tailored management of female versus male pattern balding. *J Investig Dermatol Symp Proc* 2005; **10**:243–6.
17 Hoffmann R, Niiyama S, Huth A. *et al*. 17alpha-estradiol induces aromatase activity in intact human anagen hair follicles *ex vivo*. *Exp Dermatol* 2002; **11**:376–80.
18 Thornton MJ. Oestrogen functions in skin and skin appendages. *Expert Opin Ther Targets* 2005; **9**:617–29.
19 Orfanos CE, Vogels L. [Local therapy of androgenetic alopecia with 17 alpha-estradiol. A controlled, randomized double-blind study]. *Dermatologica* 1980; **161**:124–32.
20 Bergfeld WF. Telogen effluvium. In: *Hair and Scalp Diseases* (McMichael AJ, Hordinsky MK, eds). New York: Informa Healthcare, 2008; 125.
21 Nissimov J, Elchalal U. Scalp hair diameter increases during pregnancy. *Clin Exp Dermatol* 2003; **28**:525–30.
22 Lynfield YL. Effect of pregnancy on the human hair cycle. *J Invest Dermatol* 1960; **35**:323–7.
23 Muallem MM, Rubeiz NG. Physiological and biological skin changes in pregnancy. *Clin Dermatol* 2006; **24**:80–3.
24 Sawaya ME, Price VH. Different levels of 5alpha-reductase type I and II, aromatase, and androgen receptor in hair follicles of women and men with androgenetic alopecia. *J Invest Dermatol* 1997; **109**:296–300.
25 Olsen EA. Female pattern hair loss. *J Am Acad Dermatol* 2001; **45**:S70–80.
26 Olsen EA, Hordinsky M, Roberts JL *et al*. Female pattern hair loss. *J Am Acad Dermatol* 2002; **47**:795.
27 Birch MP, Lashen H, Agarwal S *et al*. Female pattern hair loss, sebum excretion and the end-organ response to androgens. *Br J Dermatol* 2006; **154**:85–9.
28 Orme S, Cullen DR, Messenger AG. Diffuse female hair loss: are androgens necessary? *Br J Dermatol* 1999; **141**:521–3.
29 Birch MP, Messenger JF, Messenger AG. Hair density, hair diameter and the prevalence of female pattern hair loss. *Br J Dermatol* 2001; **144**:297–304.
30 Courtois M, Loussouarn G, Hourseau C *et al*. Ageing and hair cycles. *Br J Dermatol* 1995; **132**:86–93.
31 Kligman AM. The comparative histopathology of male-pattern baldness and senescent baldness. *Clin Dermatol* 1988; **6**:108–18.
32 Loussouarn G, El Rawadi C, Genain G. Diversity of hair growth profiles. *Int J Dermatol* 2005; **44** (Suppl. 1):6–9.
33 Tajima M, Hamada C, Arai T *et al*. Characteristic features of Japanese women's hair with aging and with progressing hair loss. *J Dermatol Sci* 2007; **45**:93–103.
34 Qi K, Lupton CJ, Pfeiffer FA *et al*. Evaluation of the optical fibre diameter analyser (OFDA) for measuring fiber diameter parameters of sheep and goats. *J Anim Sci* 1994; **72**:1675–9.
35 Lupton CJ, McColl A, Stobart RH. Fiber characteristics of the Huacaya alpaca. *Small Rumin Res* 2006; **64**:211–24.
36 Mirmirani P, Luo F, Youngquist RS *et al*.. Hair growth parameters in pre- and post-menopausal women. In: *Aging Hair* (Trüeb RM, Tobin DJ, eds). Heidelberg: Springer-Verlag, 2010; 49–60.

© 2011 The Author
BJD © 2011 British Association of Dermatologists 2011 **165** (Suppl. 3), pp 7–11