# EXHIBIT G

MINERVA GINECOL 2009;61:491-7
Dec

# Androgens and menopause

L. P. SHULMAN [1,2]

[1]Cancer Genetics Program
Division of Genetics
Feinberg School of Medicine of Northwestern
University, Chicago, IL, USA
[2]University of Illinois at Chicago
College of Pharmacy
Chicago, IL, USA

The cessation of ovarian sex steroidigenesis, either as result as surgical extirpation, certain medical therapies or the gradual cessation of ovarian function, leads to menopause with all its associated physiological, physical and lifestyle changes. The changing hormonal milieu of menopause is most commonly associated with declining levels of estrogens. However, ovarian senescence also results in declining levels of androgens. Indeed, it is the loss of physiological levels of estrogens and androgens that result in the varied signs and symptoms of menopause including vasomotor symptoms, bone mineral density loss, reduced interest in sex, alterations in mood and energy and hair loss, among others. This paper will provide a review of the role of androgens in the menopause and assess the potential of androgen therapies in the management of the menopause.

Key words: Androgens - Menopause - Therapeutics.

M enopause is the result of either the gradual or sudden loss of ovarian sex steroidigenesis, leading to changes in a variety of tissues and alterations in numerous organic functions. Menopause primarily signals the loss of reproductive function, but also results in a spectrum of physical, physiological and structural changes that characterize the latter portion of a woman's life. In the industrialized world, the average age of onset of menopause is approximately 51 years of age. As such, with life expectancy of women in western nations being 80 years and older, many women can expect to lead up to a third of their lives in menopause.

For many women and clinicians, the primary cause of the varied signs of symptoms of menopause is the decline and eventual loss of physiological levels of estrogen, primarily estradiol. It is this loss of estrogen that is strongly associated with many of the preeminent and common signs and symptoms of menopause including amenorrhea, vasomotor symptoms, bone mineral density loss, vulvovaginal atrophy, hair loss and change in body habitus. While the loss of estrogen is clearly associated with these aforementioned changes, it is also clear that the loss of physiological levels of androgens has a profound impact on the menopausal woman. Not only do the declining levels of androgens result in unique changes for the menopausal woman, the loss of physiological levels of androgens

Corresponding author: L. P. Shulman MD, 250 E. Superior Street, Room 05-2174, Chicago, IL 60611.
E-mail: lps5@cornell.edu

also exacerbates alterations associated with the loss of estrogen.

As androgen loss is clearly associated with many of the effects of menopause, androgen therapy has been studied to assess whether the delivery of exogenous androgens can be used to prevent, ameliorate and even reverse some of the changes associated with menopause. While some studies have found that certain androgen therapies provide benefits, such benefits need to be balanced against the adverse events and risks to which some these therapies have been associated. And in addition, there still remains great debate as to not only which androgen molecule is best suited to provide the most reliable and safest therapy, but also which delivery system is best suited to maintain a woman's health and well being.

This paper will provide an overview of the impact of androgen loss on the menopausal women, and present some of the more recent studies concerning the effectiveness and safety of androgen therapies used in the management of menopausal women.

## Androgen physiology

While the major source of estrogen during the reproductive years is ovarian sex steroidigenesis, the variety of androgens are produced by the adrenal glands and the ovaries. Dehydroepiandrosterone (DHEA) is produced in the adrenal glands and the ovaries under the direction of adrenocorticotrophic hormone (ACTH) and luteinizing hormone (LH), respectively. Another androgen related to DHEA, DHEA sulfate (DHEAS), is produced only by the adrenal glands and is eventually converted to DHEA by steroid sulfatase.

As with DHEA, the adrenal glands and ovaries contribute to the production of androstenedione, with that contribution during the reproductive years being approximately equal. However, unlike the marked decline in DHEA observed during menopause, the ovaries contribute less to the overall production of androstenedione in menopausal women than the adrenal glands; as such, menopause only results in a 30% reduction in the production of androstenedione.

One of the important functions of androstenedione in women is that it serves as an important source of testosterone. Approximately 50% of circulating testosterone is derived from androstenedione, with the remaining production of testosterone being shared by the adrenals and ovaries. The reduction in estrogen in menopause results in elevated levels of LH; interestingly, these elevated LH levels result in higher levels of testosterone (produced in the ovarian stroma) and lead to a reduced loss of testosterone compared to estrogen during menopause.

Davison et al.[1] found that DHEA, androstenedione and total testosterone are highest when a woman is in her 20s and begins to decline until menopause when the levels of these sex hormones drop precipitously. In trying to ascertain the roles of each of these androgens, one must also factor in the impact of sex hormone binding globulin (SHBG), a protein produced in the liver that binds testosterone. Estrogen promotes the production of SHBG while androgens suppress its synthesis. SHBG binds free testosterone, thereby reducing its bioavailability. As menopause is associated with a marked reduction in the production of estradiol, menopause is also associated with a reduction in the production of SHBG which leads to an increase in bioavailable testosterone. Accordingly, an assessment of the androgen milieu during either the reproductive or menopausal years must take into account the impact of SHBG and the levels of bioavailable androgens, not just the total amount of androgenic sex steroids.

## Androgens and menopause

The onset of menopause heralds a drop in androgenic sex steroids. Korse et al.[2] found that estradiol and testosterone levels were lower after surgical menopause than as result of natural menopause. With regard to women undergoing a natural transition to menopause, the drop in androgens is not as profound as

the drop in estradiol levels. These changes make for menopause to be characterized by a somewhat androgenic milieu, a considerable change for most women who have experienced a mostly estrogenic milieu for most of their reproductive lives. This profound change is best observed in certain characteristics of menopausal women such as a changes in hair growth and even male-pattern baldness in some women as well as a change in fat distribution to a more male-pattern distribution. While these signs and symptoms are troubling for many women, this more androgenic milieu is of more concern in that it is more likely to be associated with disease conditions that adversely impact a woman's health and well-being during her menopausal years.

The change in the hormonal milieu from an estrogenic to androgenic state is strongly associated with an increased likelihood of metabolic syndrome.[3] This longitudinal study found that the increase likelihood of metabolic syndrome was not correlated with aging or other factors; rather, the risk of metabolic syndrome was positively correlated with bioavailable testosterone and reduced levels of SHBG. Metabolic syndrome is an important predictor of cardiovascular disease; however, some of the other effects of the androgenic milieu such as an increase in abdominal fat (male-pattern) and an increase in atherogenic lipoproteins are also strong predictors of cardiovascular risk.[4] Another impact of androgens that may exacerbate this adverse effect comes from Greenman et al.[5] who found that testosterone was positively correlated with ghrelin levels in postmenopausal women, another factor that could exacerbate metabolic syndrome and all the associated morbidities. To this end, Ouyang et al.[6] found that total and bioavailable (free) testosterone were both positively associated with increased intimal-medial thickness of the carotid artery in menopausal women, another strong risk factor for coronary artery disease. While not every study has demonstrated a positive relationship between androgens and cardiovascular disease,[7] the androgenic milieu resulting from ovarian senescence is likely an important and central pathway by which menopause exerts a considerable adverse effect on the risk of cardiovascular disease in many mature women.[8]

The increased risk of cardiovascular disease in menopausal women is well described and is strongly rooted in the hormonal changes associated with menopause. However, these same changes have also been associated with an increased risk for breast cancer. Again, serum estradiol levels have previously been reported to be associated with an increased risk for breast cancer,[9] although the results from the estrogen-only arm of the WHI failed to show an increased risk for breast cancer among women using an estrogen-only systemic hormone therapy. However, Sieri et al.[10] recently found that total and free testosterone levels were positively associated with breast cancer risk, and that high total testosterone levels were positively associated with estrogen-receptor positive cancers. Conversely, Shufeit and Braunstein [11] claim that the clinical evidence supporting an adverse effect of testosterone on the risk for breast cancer is not unanimous and that *in vitro* studies have shown that testosterone may have an antiproliferative effect on breast tissue. Regardless, the change in hormonal milieu caused either by surgical extirpation of the ovaries or the natural decline and eventual cessation of ovarian estradiol production is associated with two major sources of morbidity and mortality in menopausal women: cardiovascular disease and breast cancer.

### Androgens and sexuality

It is important to recognize that while menopause leads to the hormonal changes that result in a relative increase in androgens compared to estrogens, menopause still results in an absolute reduction in the overall levels of circulating androgens compared to levels produced during the reproductive years. As such, menopausal women can have androgen deficiency even while they undergo an hormonal transition to a more androgenic milieu. The impact of this apparent dichotomy is that menopausal women can suffer from the adverse effects of having a

relative increase in androgenicity and yet also suffer from the dearth of androgens brought on by the onset of menopause. The clinical impact of the reduction in bioavailable testosterone in the menopause is best observed by the marked increase in the frequency of low libido and its associated adverse impact on quality-of-life.

Menopause is associated with a loss of sexual desire. West et al.[12] reported that more than half of naturally menopausal women and over 1/3 of surgically menopausal women report a demonstrable loss of interest in sex. While this loss of interest in sex may not be life threatening, it is clearly life altering, affecting a woman's relationships, sense of well being and self esteem. When low desire leads to personal distress, the condition is known as hypoactive sexual desire disorder (HSDD), with prevalence estimated to range from 10% to 25% and highest among surgically menopausal women. Krapf and Simon 2009,[13] Longcope [14] and Graziottin [15] reported a wide range of incidences of reduced sexual interest in European menopausal women according to the national origin of the women; however, the rate of low sexual interest among European women who had undergone surgical menopause was approximately 40% regardless of national origin and similar to studies in the US. These studies indicate that the rapid loss of ovarian function by surgery initiates a mechanism that has a relatively uniform clinical impact on all such women, whereas natural menopause initiates a mechanism that more involves other complex factors, including societal behaviors and possibly racial and ethnic origins, that do not necessarily lead to a uniform clinical presentation.[16]

The most common sexual complaints among menopausal women are reduced or absent interest in sex, vaginal dryness and discomfort, poor arousal, reduced orgasm or anorgasmia, and reduced overall sex satisfaction. These symptoms bespeak not only a role of androgens in sex and sexuality during the menopause, but an important role for estrogens, albeit one that is likely more associated with mechanical issues (i.e., vaginal atrophy and subsequent dyspareunia) rather than function.[16, 17]

Androgens are likely to play an important role in sexual interest and satisfaction for postmenopausal women; however, a clear pathway or association between androgens and sexual interest has not yet been delineated. Dennerstein et al.[18] in Australia and Davis et al.[19] in the US have failed to show a relationship between serum testosterone levels and sexual dysfunction, despite the well described loss of circulating testosterone associated with surgical and natural menopause. While most women have makedly reduced levels of testosterone and other androgens after the menopausal transition, measurements of testosterone or other androgens have little predictability for ascertaining adverse clinical outcomes or demonstrating clinical benefits with androgen therapies.[13] Nonetheless, clinician anecdotal experiences and small clinical trials have mostly been in support of some benefit of androgen therapies on sexual interest and response,[20] which were subsequently supported by larger and more robust clinical trials. Two such studies, one by Sherwin and Gelfand [21] and one by Davis et al.,[22] showed the potential of androgen therapy, when added to conventional estrogen-based hormone therapy, for the relief of specific sexual problems commonly encountered by menopausal women. In addition, androgen therapy has been shown to be effective in preventing bone mineral density loss in menopausal women.[22]

Studies of androgen therapies have mostly demonstrated mild to moderate improvements, though some have shown no benefit and most have been relatively short-term studies. Dow et al. in 1983 [23] added a 100 mg testosterone implant to 40 postmenopausal women receiving a 50 mg estradiol implant and found no improvement in sexual interest among those receiving the testosterone and estradiol implants compared to those receiving the estradiol implant alone. However, Burger et al.[24] did find improvement in sexual interest and pleasure in a similar study lasting 24 weeks, as did Davis et al.[22] who evaluated a 50 mg dose of subcutaneous testosterone in post-menopausal women receiving estrogen therapy.

Studies of transdermal testosterone patch-

es have mostly shown improvement in postmenopausal women with reduced libido. Shifren et al.[25] evaluated 75 surgically menopausal women randomized to placebo, 150 mcg/day testosterone patch and 300 mcg/day testosterone patch over a 12-week study period. Women in the higher-dose group showed marked improvement in sexual outcomes, assessment of mood and well-being over the placebo and lower-dose group. Braunstein et al.[8] likewise evaluated surgical menopausal women over a 24-week period with 3 different patch dosing regimens (150 mcg/day, 300 mcg/day, 450 mcg/day) and interestingly found significant improvement in only the 300 mcg/day dose cohort. More recently, phase III studies (INTIMATE SM 1 and 2) evaluating a 300 mcg/day testosterone patch showed improvement versus placebo in larger but still relatively short studies in surgically menopausal women.[26, 27]

Other testosterone delivery systems have also been evaluated. Nathorst-Boos et al.[28] and El Hage et al.[29] found that a 10 mg testosterone gel/day regimen significantly improved clinical sexual outcomes in women taking hormone therapy. Oral testosterone therapies were evaluated by Sarrel et al.,[30] Floter et al.[31] and Lobo et al.[32] and showed improvement among the women in cohorts receiving oral testosterone therapies. One potential benefit of non-oral testosterone therapies may be a different, and more salutary, physiological effect, but such physiological differences between oral and non-oral regimens have yet to be demonstrated.[33] In addition, studies of other androgens with alternative delivery systems have also shown promise. Labrie et al.[34] recently showed in a 12-week prospective, randomized, double-blinded study that an intravaginal application of DHEA was associated with significant sexual improvement. While most of these studies evaluated androgen therapy in women using estrogen-based hormone therapies, Davis et al.[19] recently reported on a longer (52-week) and relatively larger (814 women) trial of a 150 mcg and 300 mcg testosterone patch in women not using estrogen and found that the higher dose patch resulted in "modest but meaningful improvement in sexual function."

Despite the overall benefit of androgen therapies in the treatment of postmenopausal reduction of libido and sexual satisfaction, there remains no Food and Drug Administration (FDA)-approved regimen, primarily as result of concerns over safety. The INTIMATE 1 and 2 studies both showed the 300 mcg patch to be efficacious, yet the FDA declined to approve the patch because of a lack of long-term safety data, especially with regard to cardiovascular risk.[13] However, concerns about androgen therapy and breast cancer also exist, fueled in part by a lack of long-term data as well as equivocal findings from studies evaluating breast cancer as a clinical outcome. While some studies have shown a slight increased risk of breast cancer in women using testosterone therapy, Dimitrakakis et al.[35] found that in a retrospective study of 508 women, those using estrogen-based therapies plus testosterone had lower rates of breast cancer than those using estrogen-based therapies alone. Conversely, Tamimi et al.[36] reported an increased risk of breast cancer in women using systemic combination estrogen and androgen therapies from the Nurses' Health database. Such studies serve to perpetuate the concern that testosterone therapies are characterized by risks that may not offset the benefits, although no profound or consistent risks with regard to cardiovascular disease or breast cancer have as yet been demonstrated.[33, 37, 38]

### Conclusions

Androgens clearly play an important role in the physiology and clinical presentation of the menopausal transition, although the exact mechanisms of that role, as well as which specific androgens are associated with which specific clinical outcomes, are not yet well delineated. In addition, androgens have a dichotomous effect on women in the menopause. The relative increase of androgens in comparison to estrogens creates an environment associated with an increased risk for metabolic syndrome, cardiovascular disease and possibly breast cancer. On the

other hand, the absolute reduction in androgen levels is strongly associated with a loss of libido, sexual satisfaction and personal well-being. Therein lies the conundrum: do we provide exogenous androgens to treat women with low sexual interest and desire, and in doing so, do we increase the risks of cardiovascular disease and breast cancer? The effectiveness of a variety of androgen therapies is well documented, but there is a dearth of long-term safety data, although those which are available do not indicate a profound increased risk for morbidity or mortality. However, equally important is the need to recognize that many problems associated with the menopausal transition, such as a loss of libido and vasomotor symptoms, may not be in themselves life threatening, but are clearly life altering and adversely impact the quality of life of menopausal women. As women now routinely live into their ninth decade and beyond, it behooves us to address quality-of-life issues in the menopause as many women will now be living up to 1/3 of their lives in menopause. Failure to do so will ensure that many women will live a large portion of their lives with profound emotional and physical problems that will make their lives miserable and disrupt their personal lives, family relationships and their participation in their communities. While androgens may not ultimately be shown to be appropriate treatments for menopausal-associated problems, early studies do show a consistent effectiveness in alleviating libidinal problems and with no consistent adverse outcomes. More studies are clearly needed to delineate any increased risk and allow us to determine an accurate risk/benefit ratio for androgen therapies so that the shroud that continues to hang over the seemingly effective treatments for postmenopausal sexual dysfunction can either be lifted or be used to halt these therapies.

## Riassunto

*Androgeni e menopausa*

La cessazione della steroidogenesi sessuale ovarica, o per asportazione chirurgica, o in seguito a certe terapie mediche o per il graduale esaurimento della funzionalità ovarica, provoca la menopausa, con tutte le modificazioni fisiologiche, fisiche e di stile di vita ad essa collegate. La modificazione ormonale della menopausa è più comunemente associata al declino dei livelli di estrogeni. Tuttavia, la senescenza ovarica comporta anche un declino dei livelli degli androgeni. Infatti, è la perdita dei livelli fisiologici di estrogeni e di androgeni che provoca i vari segni e sintomi della menopausa, comprendenti tra gli altri i sintomi vasomotori, la perdita di densità minerale ossea, la diminuzione della libido, le alterazioni del tono dell'umore, dell'energia e la perdita dei capelli Questo lavoro presenta una review sul ruolo degli androgeni nella menopausa e valuta le potenziali terapie androgeniche per la gestione della menopausa.

Parole chiave: Androgeni - Menopausa - Trattamento.

## References

1. Davison SL, Bell R, Donath S, Montalto JG, Davis SR. Androgen levels in adult females: changes with age, menopause, and oophorectomy. J Clin Endocrinol Metab 2005;90:3847-53.
2. Korse CM, Bonfrer JM, van Beurden M, Verheijen RH, Rookus MA. Estradiol and testosterone levels are lower after oophorectomy than after natural menopause. Tumour Biol 2009;30:37-42.
3. Janssen I, Powell LH, Crawford S, Lasley B, Sutton-Tyrrell K. Menopause and the metabolic syndrome: the study of women's health across the nation. Arch Intern Med 2008;168:1568-75.
4. Mesch VR, Siseles NO, Maidana PN, Boero LE, Sayegh F, Prada M et al. Androgens in relationship to cardiovascular disease in the menopausal transition. Climacteric 2008;11:509-17.
5. Greenman Y, Rouach V, Limor R, et al. Testosterone is a strong correlate of ghrelin levels in men and postmenopausal women. Neuroendocrinology 2009;89:79-85.
6. Ouyang P, Vaidya D, Dobs A, Golden SH, Szklo M, Heckbert SR et al. Sex hormone levels and subclinical atherosclerosis in postmenopausal women: the multi-ethnic study of atherosclerosis. Atherosclerosis 2009;204:255-61.
7. Barrett-Connor E, Goodman-Gruen D. Prospective study of endogenous sex hormones and fatal cardiovascular disease in postmenopausal women. BMJ 1995;311:1193-6.
8. Braunstein GD, Johnson BD, Stanczyk FZ, Bittner V, Berga SL, Shaw L et al. Relations between endogenous androgens and estrogens in postmenopausal women with suspected ischemic heart disease. J Clin Endocrinol Metab 2008;93:4268-75.
9. Berrino F, Muti P, Micheli A, Bolelli G, Krogh V, Sciajno R et al. Serum sex hormones after menopause and subsequent breast cancer. J Nat Cancer Inst 1996;88:291-6.
10. Sieri S, Krogh V, Bolelli G, Abagnato CA, Grioni S, Pala V et al. Sex hormone levels, breast cancer risk and cancer receptor status in postmenopausal women: the ORDET cohort. Cancer Epidemiol Biomarkers Prev 2009;18:169-76.
11. Shufelt CL, Braunstein GD. Testosterone and the breast. Menopause Intl 2008;14:117-22.

12. West S, D'Aloisio A, Agans R, Kalsbeek WD, Borisov NN, Thorp JM. Prevalence of low sexual desire and hypoactive sexual desire disorder in a nationally representative sample of US women. Arch Intern Med 2008;168:1441-9.
13. Krapf JM, Simon JA. The role of testosterone in the management of hypoactive sexual desire disorder in postmenopausal women. Maturitas 2009;63:213-9.
14. Longcope C. Hormone dynamics at the menopause. Ann NY Acad Sci 1990;592:21-30.
15. Graziottin A. Prevalence and evaluation of sexual health problems – HSDD in Europe. J Sex Med 2007;4 (Suppl 3):211-9.
16. Nappi RE, Lachowsky M. Menopause and sexuality: prevalence of symptoms and impact on quality of life. Maturitas 2009;63:138-41.
17. Davis SR, Moreau M, Kroll R, Bouchard C, Panay N, Gass M et al. Testosterone for low libido in postmenopausal women not taking estrogen. N Engl J Med 2008;359:2005-17.
18. Dennerstein L, Randolph J, Taffe J, Dudley E, Burger H. Hormones, mood, sexuality and the menopausal transition. Fertil Steril 2002;77:S42-8.
19. Davis SR, Davison SL, Donath S, Bell RJ. Relationships between circulating androgen levels and self-reported sexual function in women. JAMA 2005;294:91-6.
20. Schwenkhagen A, Studd J. Role of testosterone in the treatment of hypoactive sexual desire disorder. Maturitas 2009;63:152-9.
21. Sherwin BB, Gelfand MM. The role of androgen in the maintenance of sexual functioning in oophorectomized women. Psychosom Med 1987;49:397-409.
22. Davis S, McCloud P, Strauss B, Burger H. Testosterone enhances estradiol's effects on postmenopausal bone density and sexuality. Maturitas 1995;21:227-36.
23. Dow MG, Hard DM, Forrest CA. Hormonal treatments of sexual unresponsiveness in postmenopausal women: a comparative study. Br J Obstet Gynecol 1983;90:361-6.
24. Burger H, Hailes J, Nelson J, Menelaus M. Effect of combined implants of oestradiol and testosterone on libido in postmenopausal women. Br Med J 1987;294:936-7.
25. Shifren JL, Davis SR, Moreau M, et al. Testosterone patch for the treatment of hypoactive sexual desire disorder in naturally menopausal women: results from the INTIMATE NM1 Study. Menopause. 2006 Sep-Oct;13(5):770-9.
26. Simon JA, Braunstein G, Nachtigall L, Utian W, Katz M, Miller S et al. Testosterone patch increases sexual activity and desire in surgically menopausal women with hypoactive sexual desire disorder. J Clin Endocrinol Metab 2005;90:5226-33.
27. Buster JE, Kingsberg SA, Aquirre O, Brown C, Breaux JG, Buch A et al. Testosterone patch for low sexual desire in surgically menopausal women: a randomized trial. Obstet Gynecol 2005;105:944-52.
28. Nathorst-Böös J, Flöter A, Jarkander-Rolff M, Carlström K, Schoultz B. Treatment with percutaneous testosterone gel in postmenopausal women with decreased libido – effects on sexuality and psychological well-being. Maturitas 2005;53:11-8.
29. El Hage G, Eden JA, Manga R. A double-blind, randomized, placebo-controlled trial of the effect of testosterone cream on the sexual motivation of menopausal hysterectomized women with hypoactive sexual desire disorder. Climacteric 2007;10:335-43.
30. Sarrel P, Dobay B, Wiita B. Estrogen and estrogen-androgen replacement in postmenopausal women dissatisfied with estrogen-only therapy. J Reprod Med 1998;43:847-56.
31. Floter A, Nathorst-Boos J, Carlstrom K, von Schoultz B. Addition of testosterone to estrogen replacement therapy in oophorectomized women: effects on sexuality and well-being. Climacteric 2002;5:357-65.
32. Lobo RA, Rosen RC, Yang HM, Block B, Van Der Hoop RG. Comparative effects of oral esterified estrogens with and without methytestrone on endocrine profiles and dimensions of sexual function in postmenopausal women with hypoactive sexual desire. Fertil Steril 2003;78:1341-52.
33. Somboonporn W. Testosterone therapy for postmenopausal women: efficacy and safety. Semin Reprod Med 2006;24:115-23.
34. Labrie F, Archer D, Bouchard C, Fortier M, Cusan L, Gomez JL et al. Effect of intravaginal dehydroepiandrosterone (Prasterone) on libido and sexual function in postmenopausal women. Menopause 2009;16:923-31.
35. Dimitrikakis C, Jone RA, Liu A, Bondy CA. Breast cancer incidence in postmenopausal women using testosterone in addition to usual hormone therapy. Menopause 2004;11:531-5.
36. Tamimi RM, Hankinson SK, Chen WY, Rosner B, Colditz GA. Combined estrogen and testosterone use and risk of breast cancer in postmenopausal women. Arch Intern Med 2006;166:1483-9.
37. Braunstein G. Safety of testosterone in postmenopausal women. Fertil Steril 2007;88:1-13.
38. Bitzer J, Kenemans P, Moeck A. Breast cancer risk in postmenopausal women using testosterone in combination with hormone replacement therapy. Maturitas 2008;59:209-18.