# EXHIBIT H

BJD
British Journal of Dermatology

# Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes

I. Ali and F. Wojnarowska*

*Department of Dermatology, Imperial College Healthcare NHS Trust, Hammersmith Hospital, London W12 0HS, U.K.*
**Department of Dermatology, Oxford Radcliffe Hospitals NHS Trust, Oxford, U.K.*

**Correspondence**
*Iaisha Ali.*
*E-mail: Iaisha.Ali@imperial.nhs.uk*

**Accepted for publication**
21 October 2010

**Funding sources**
Oxford Hair Foundation.

**Conflicts of interest**
None declared.

DOI 10.1111/j.1365-2133.2010.10156.x

## Summary

*Background* Significant changes in scalp, facial and body hair occur after the menopause. These can have a significant negative impact on self-esteem and are also potential markers of endocrine or metabolic diseases. Knowledge of postmenopausal hair changes is important for clinicians to distinguish between normal physiological change and those that require further medical investigation.
*Objectives* To assess the subjective experience of scalp, facial and body hair change in a large cohort of normal postmenopausal females.
*Methods* Postmenopausal females aged 45 years or over of northern European origin completed a questionnaire detailing scalp, facial and body hair changes following the menopause. Women with a history of thyroid disease, oophorectomy or premature menopause were excluded from the study. The Mann–Whitney U-test and the $\chi^2$ test were used to assess the correlation between scalp, facial and body hair changes with age.
*Results* Diffuse generalized hair loss was the most common form of scalp hair loss, reported by 26% of women. Frontal hair loss was reported by 9% of women. Facial hair gain was cited by 39% of females with the chin being the most frequent site for new growth (32% of women). Body hair loss was significantly correlated with older age ($P < 0{\cdot}001$) and was most frequent at androgen-sensitive sites. We noted two patterns: (i) diffuse hair loss in which diffuse generalized scalp hair loss was significantly correlated with body hair loss and increasing age ($P < 0{\cdot}05$); and (ii) frontal hair loss which was associated with higher facial hair scores and relatively younger age ($P < 0{\cdot}05$) compared with women with diffuse hair loss.
*Conclusions* This is the first comprehensive study of the subjective hair changes in postmenopausal women. This study demonstrates two distinct patterns of hair change relating to age, which may reflect different underlying pathophysiological mechanisms and are of relevance to the medical management of these women as well as being possible predictors of health outcomes.

Our knowledge of the physiological hair changes that develop following the menopause together with the incidence and temporal relationship is limited. There are some recognized changes that have been described, including scalp alopecia, facial hirsutism and body hair loss.[1] However, this pattern of change is paradoxical compared with the patterns normally associated with the effects of androgens. Facial hirsutism and female pattern hair loss (FPHL) are associated with hyperandrogenism and androgens stimulate body hair at specific sites such as the axilla, chest and pubic area. In some cases facial hirsutism and FPHL are clinical signs of serious endocrine disease or malignancy.[2] Without an accurate knowledge of the normal range of hair changes associated with the menopause it is difficult to identify which changes may require further medical investigation. In addition to this, both scalp alopecia and facial hirsutism have a negative impact on self-esteem.[3] A better understanding of the patterns of postmenopausal hair changes and the progression of hair loss or gain can provide valuable additional information for those involved in the counselling of these patients.

Previous epidemiological studies of scalp hair loss identified three patterns of hair loss in women. These are FPHL (Ludwig

© 2011 The Authors

type), temporal recession and diffuse generalized hair loss. Reports of FPHL described varying frequencies, probably due to the different methodologies used to assess hair loss.[4,5] Specifically, these studies have not correlated the changes in relation to the menopause.

This study aimed to assess the subjective experience of scalp, facial and body hair change in a large cohort of normal postmenopausal females. The pattern of correlation between scalp, facial and body sites was analysed to identify potential physiological or pathological mechanisms underlying the hair changes observed, to address the important question as to whether these changes are reflections of normal physiological and endocrine changes or if they represent a pathological process that may have implications on general health.

## Subjects and methods

### Subjects

Postmenopausal females aged 45 years and over were recruited from two Oxfordshire primary care practices using posters displayed in the dermatology outpatient clinic and breast screening unit at the Churchill Hospital, Oxford. To exclude ethnic variation in hair distribution only women of northern European ethnicity were included. Women with a history of thyroid disease, previous oophorectomy, premature menopause or existing hair disease were excluded from the study. Information clearly stated that this was a study of normal postmenopausal women and not of hair loss in order to limit selection bias.

A validated questionnaire was sent to each subject with a pre-paid envelope to return the completed document. The study was approved by the Oxfordshire Regional Ethics Committee (CO2.290).

### Details of questionnaire

The questionnaire was designed to record the subjective frequency of hair change experienced by individuals over the menopausal period. A questionnaire 'check box' format was used to identify three subjective patterns of scalp hair, diffuse generalized hair loss, frontal hair loss and bi-temporal recession. Hair loss or gain was recorded for facial hair, i.e. upper lip and chin. Body hair areas included the axillae, abdomen, areolar/chest, pubic, leg and thigh areas. Subjects were requested to state an approximate age at which they started to experience hair changes (loss or gain). The questionnaire included demographic information, medical history, medication list and family history of hair loss.

### Validation and testing

Prototype versions of the questionnaire were piloted for clarity of questions using an interview technique. The final version was tested and validated using a test–retest method on 20 subjects. For the purpose of validity, questionnaire details were checked at interview in 230 subjects undergoing clinical examination. The kappa statistic was determined to assess the validity of 10 key questions with a result of 0·8 indicating good reproducibility of response.

### Statistical analysis

Data were double-entered using a database (Microsoft® Access). Each facial or body area was designated a score of (+1) for hair gain, (0) for no change and (−1) for hair loss. The sum of these scores form a total body and facial hair score.

Nonparametric tests, Mann–Whitney *U*-test and $\chi^2$ test with Bonferroni adjustment test where applicable were used to analyse the difference between scalp hair pattern, facial hair and body hair score. Spearman rank correlation was used to analyse the relationship between combined hair scores and other variables where appropriate.

## Results

A total of 2032 questionnaires were posted and 824 questionnaires were returned giving a response rate of 41%. In addition, 117 questionnaires were obtained from hospital outpatient areas giving a total of 941 questionnaires. In all, 23 questionnaires were returned due to a change of address, one patient had died, and 18 questionnaires had incomplete data and were therefore excluded. There was no significant difference in age or postcode between questionnaire respondents and nonrespondents. Eighty-nine per cent of questionnaire responses were obtained from respondents within the primary care setting. Results from 141 women were excluded as the women had a history of hypothyroidism or oophorectomy. Data from the remaining 758 questionnaires are presented in this paper (Fig. 1).

The median age of subjects was 59 years (range 45–94). The mean ± SD number of years since reported onset of menopause was 13 ± 10 years (range 1–45). The median body mass index was 25 (range 14–85). The number of women in the group on hormone replacement therapy (HRT) was 149 of 758 (20%); of the women not on HRT, 135 of 609 (22%) had taken HRT in the past.

### Frequency of scalp hair changes

The results showed that 41% of women experienced some form of hair loss. The majority described generalized 'all over' hair loss (26%). The next most frequent was hair loss at the 'front/top' of scalp (9%; Table 1). Increased dryness of hair was reported by 35% and greasiness by only 3%. There was no significant difference in scalp hair change between women taking HRT at the time of survey and those not taking HRT ($P > 0{\cdot}05$).

### Age of hair loss

The sixth decade was the most frequent period for the onset of hair loss although the range was wide. The frequency of all-over thinning significantly increased from 19% in the

© 2011 The Authors




Fig 1. Diagram summarizing the source of included questionnaires.

Table 1 Frequency of hair loss categorized by age

| Age range (years) | N | All-over hair loss n (%) | Frontal hair loss n (%) | Temple hair loss n (%) | No hair loss n (%) |
|---|---|---|---|---|---|
| 45–54 | 240 | 45 (19) | 16 (7) | 12 (5) | 167 (69) |
| 55–64 | 265 | 65 (25) | 25 (9) | 15 (6) | 160 (60) |
| 65–74 | 144 | 48 (33) | 12 (8) | 12 (8) | 72 (50) |
| 75+ | 109 | 40 (37) | 15 (14) | 6 (6) | 48 (44) |
| | 758 | 198 (26) | 68 (9) | 45 (6) | 447 (59) |

45–54 age range to 37% in the 75+ age group (Fig. 2). Less significant increase with age was noted with frontal hair loss ($P < 0{\cdot}05$). The frequency of women reporting hair loss at the temples did not increase with age.




Fig 2. Percentage frequency of scalp hair loss patterns in specified age groups.




Fig 3. Percentage frequency of chin and upper lip hair gain in specified age groups.

## Frequency of facial hair change

Facial hair gain was noted by almost half (49%) the subjects. Of this group, 39% described increased chin hair only, 22% the upper lip alone and 39% both these areas (Fig. 3). A small proportion of women (3%) described a loss of upper lip hair. Although subjects with facial hair gain were older than those without ($P < 0{\cdot}05$), the frequency of facial hair gain in this group did not increase incrementally with age (Fig. 3). There was no significant difference in facial hair scores between women taking HRT at the time of the survey and those not taking HRT ($P > 0{\cdot}05$).

## Frequency of body hair change

Axillary and pubic hair loss followed by hair loss on the lower leg was most commonly reported (Fig. 4). Body hair loss was significantly correlated with increasing age (Fig. 5). Hair loss on the areola, abdomen and thigh was less prominent and a

© 2011 The Authors




Fig 4. Percentage frequency of hair loss at different body sites divided by age group.




Fig 5. Mean ± 2 SD of total body hair score in each age group. CI, confidence interval.

small proportion of women reported increased hair at these sites. There was no significant difference in total body hair score between women taking HRT at the time of the survey and those not taking HRT ($P > 0{\cdot}05$).

### The correlation between scalp, facial and body hair pattern

There were two distinct patterns of hair loss: (i) women with diffuse generalized hair loss had significantly lower body hair scores ($P < 0{\cdot}001$); and (ii) women with patterned scalp hair loss (frontal and temporal hair loss) had increased facial hair ($P < 0{\cdot}05$). Frontal hair loss correlated with increased upper lip hair ($P < 0{\cdot}05$) and temporal hair loss was associated with increased chin hair ($P < 0{\cdot}05$).

## Discussion

This is the first epidemiological study in more than 20 years relating to facial and body hair distribution in a normal female population. The three largest studies of normal hair distribution in northern European females were conducted by Beek in 1950,[6] Ferriman and Gallwey in 1961,[1] and Lunde and Grottum in 1984,[7] only one of which combined the assessment of scalp and body hair; none divided subjects by menopausal status.

This is also the first study to assess the frequency and pattern of these hair changes specifically in normal postmenopausal women. Furthermore we have attempted to look at how these changes may develop or progress by dividing these data into age-related intervals. In this study, the most common form of hair loss was diffuse generalized hair loss, reported by over a quarter of women (26%); their mean age was 64 years compared with women with no subjective hair loss whose mean age was 59 years, suggesting that the changes are an age-related phenomenon.

The generalized scalp hair loss experienced by a large proportion of women could be explained by a telogen effluvium stimulated by falling oestrogen levels in women not taking hormone replacement therapy,[8] and would be a phenomenon of early menopausal years. However, most women reporting diffuse generalized hair loss were in the late menopause (mean time postmenopause of 15 ± 10·6 years compared with 10 ± 9·2 years for those without hair loss) and this time scale would not support telogen effluvium induced by falling oestrogen as a cause.

An alternative explanation is that diffuse generalized hair loss is an age-related process. Birch *et al.*[9] found an age-related decline in hair density in women but no clinical correlation was assessed. Age-related hair loss has been referred to by some as 'senescent' hair loss,[10] and several authors have described the histopathological features of senescent balding in men but evidence for this condition in females is lacking.[11] There is little reference to this classification of hair loss in the current medical literature and no information on the frequency, age of onset or pathological features of this condition in women.

In this study 9% of women described frontal hair thinning. This was a smaller proportion than in previous objective studies. Hamilton[12] found 37% (16 of 43) of women over 50 years had vertex alopecia. Norwood[13] reported a frequency of 26% (113 of 438) for vertex alopecia. Birch *et al.*[9] also reported a greater frequency of FPHL with age, reporting 38% of females over 70 years to have FPHL. None of these studies analysed findings in relation to menopausal status or the effect of HRT. Venning and Dawber[14] were the first to do this and found an even greater proportion (63%) of postmenopausal females had diffuse scalp vertex alopecia. The difference may reflect subjective under- or misreporting, or the major change in FHPL may occur prior to the menopause.[3]

Frontal thinning significantly correlated with temporal hair loss, suggesting a common pathology and could be related to androgen action akin to patterned balding in men. This finding differs from those in a study by Birch and Messenger[15] who found no correlation between FPHL and temporal recession in a mixed cohort of pre- and postmenopausal females.

© 2011 The Authors

Case 2:16-md-02740-JTM-MBN Document 6147-9 Filed 02/08/19 Page 6 of 7



The role of androgens in this pattern of hair loss is supported by the finding that this pattern correlated with increased facial hair (discussed in detail below).

This study found facial hair gain was reported by almost half the women surveyed. The frequency of facial hair gain varied with site. Hair gain on the chin was more common than on the upper lip. These findings are similar to the clinical findings reported by Ferriman and Gallwey[1] whose data showed a 2·2-fold increase in the upper lip hair score and a 20-fold increase in chin hair score when comparing women aged 15–24 years with those aged 65–74 years. These findings suggest that the chin is a special site where endocrine changes associated with the menopause or ageing have a greater effect on hair density than elsewhere on the face.

We found that the frequency of subjective facial hair gain did not change across age groups, suggesting that the stimulus for the development of facial hirsutism does not increase incrementally with age, but occurs early in the menopause and is not a cumulative process. This may have important implications for the timing of treatment as perhaps early treatment with androgen blockers such as spironolactone or 5-alpha reductase inhibitors such as finasteride or dutasteride could arrest or decrease the frequency of facial hair gain.

The concept of the menopause being a state of relative androgen excess due to the loss of ovarian oestrogen would give rise to the hypothesis that body hair would increase after the menopause. In contrast, Ferriman and Gallwey[1] found that body hair scores were lower in older women.

The results of this study have shown that subjective hair loss is significantly more common than hair gain. The frequency of hair loss increased incrementally with age. These findings confirm those of previous observational studies that have shown a decrease in body hair scores with increasing age in older women.[1,6]

The incremental decrease in body hair score with age suggests that this is not solely related to endocrine changes of the menopause. If this were the case, we would expect to observe a sharp decline in body hair score in the immediate period postmenopause followed by a plateau. We observed a decrease in body hair score decades beyond the average age of menopause, which suggests that ageing influences hair density independent of the endocrine changes relating to the menopause.

Some have alluded to an evolutionary process in which body hair as a symbol of sexual maturity is redundant after the reproductive years and therefore the ageing adult human loses body hair. Hair can be divided into two populations, sexual and nonsexual. Sexual and nonsexual hair growth are both influenced by a range of steroid hormones; however, androgens are the principle effectors for sexual hair.[2]

Sexual hair responds to androgen excess with facial and especially chin and upper lip hair. This androgen excess is also responsible for the FPHL that can develop on a background of nonsexual diffuse scalp hair loss. It is possible that other endocrine factors may influence body hair as levels of growth hormone and both adrenal and ovarian androgens decrease with age. The age-related decline of endocrine hormones such as testosterone can take effect over several decades and could explain the gradual age-related loss of body hair observed in this study. This study does demonstrate that body hair gain in postmenopausal women is uncommon and therefore should prompt further investigation.

This is the first study to correlate information on the pattern of scalp, facial and body hair in postmenopausal women. We have been able to demonstrate two distinct patterns of hair loss in the postmenopausal female with different possible mechanisms and implications for general health and treatment.

Firstly, we noted a pattern of diffuse generalized hair loss in which diffuse generalized scalp hair loss significantly correlates with body hair loss ($P < 0{\cdot}001$) and increasing age ($P < 0{\cdot}001$). The pattern of generalized scalp and body hair loss with age suggests a common aetiological factor that affects all hair as opposed to targeting androgen-sensitive sites. Theoretically this may be an age-related factor(s) that induces hair loss or the loss of function of a factor(s) that maintains hair density. There may be a combination of factors activated by the process of ageing and/or influenced by the loss of ovarian oestrogen and androgen as a result of the menopause. It is unclear if this pattern of hair loss represents a clinical sign of age-related endocrine failure (with adrenal androgen or growth hormone being potential candidates), as levels decrease incrementally with age and hair follicles bear receptors for both. In contrast body hair gain was rare, suggesting that this should be investigated further to ascertain a cause, particularly in older menopausal females.

Secondly, we noted that patterned scalp hair loss (frontal loss and temporal recession) was associated with increased facial hair ($P < 0{\cdot}05$). These women had relatively higher body hair scores and were younger than women with diffuse hair loss ($P < 0{\cdot}05$).

This suggests that this pattern is the female correlate of male-pattern balding. In men, dihydrotestosterone is a key factor in the stimulation of beard growth and the development of male-pattern balding.[16] The correlation between patterned forms of hair loss and facial hair gain in postmenopausal women suggests that a similar process may occur in females. This could have important implications for potential therapeutic options in the form of 5-alpha reductase inhibitors. Their role in the treatment of FPHL is controversial[17] and our findings suggest that females with facial hair gain in association with FPHL could benefit from this treatment.

This study does have limitations including the fact that as a subjective record of hair change, variation will exist between individuals and their perceptions of change. The ideal study would be a long-term cross-sectional observational study through the menopausal years to older age. The advantage of our study is that it relates changes to premenopausal hair density and therefore may be a more sensitive measure of change.

In conclusion, this study has highlighted two distinct patterns of hair change in the postmenopausal female. Generalized scalp and body hair loss significantly correlated with age. Patterned forms of scalp hair loss were associated with

© 2011 The Authors

facial hair gain suggesting that androgens may play an aetiological role.

Considering the changes in body mass ratio and in the shape of women in the last four decades it is possible that both may impact on hair. These patterns of scalp, facial and body hair distribution provide initial insights into the aetiological factors involved in inducing these changes and may be relevant in identifying therapeutic agents to prevent and reverse unwanted hair changes. In addition, as hair changes reflect a multitude of endocrine influences further study in this area may help us understand how these changes may act as indicators of health or susceptibility to disease.

### What's already known about this topic?

- Postmenopausal women have an increased frequency of patterned hair loss.
- Facial hair density increases with ageing in women.
- Body hair diminishes with increasing age in women.

### What does this study add?

- Quantification of postmenopausal hair changes, combining scalp, facial and body hair.
- Identification of a significant association between patterned scalp hair loss and facial hair gain.
- We report that generalized loss of scalp and body hair is the most common pattern of postmenopausal hair change.

## References

1 Ferriman D, Gallwey JD. Clinical assessment of body hair growth in women. *J Clin Endocrinol Metab* 1961; **21**:1440–7.

2 Randall VA, Hibberts NA, Thornton MJ *et al.* The hair follicle: a paradoxical androgen target organ. *Horm Res* 2000; **54**:243–50.

3 Biondo S, Goble D, Sinclair R. Women who present with female pattern hair loss tend to underestimate the severity of their hair loss. *Br J Dermatol* 2004; **150**:750–2.

4 Birch MP, Lalla SC, Messenger AG. Female pattern hair loss. *Clin Exp Dermatol* 2002; **27**:383–8.

5 Ludwig E. Classification of the types of androgenetic alopecia (common baldness) occuring in the female sex. *Br J Dermatol* 1977; **97**:247–54.

6 Beek CH. A study on extension and distribution of the human body-hair. *Dermatologica* 1950; **101**:317–31.

7 Lunde O, Grottum P. Body hair growth in women: normal or hirsute. *Am J Phys Anthropol* 1984; **64**:307–13.

8 Whiting DA. Update on chronic telogen effluvium. *Exp Dermatol* 1999; **8**:305–6.

9 Birch MP, Messenger JF, Messenger AG. Hair density, hair diameter and the prevalence of female pattern hair loss. *Br J Dermatol* 2001; **144**:297–304.

10 Kligman AM. The comparative histopathology of male-pattern baldness and senescent baldness. *Clin Dermatol* 1988; **6**:108–19.

11 Whiting D. Dermatopathology of common hair problems. *J Cutan Med Surg* 1999; **3** (Suppl. 3):S3–13.

12 Hamilton JB. Patterned loss of hair in man; types and incidence. *Ann N Y Acad Sci* 1951; **53**:708–28.

13 Norwood OT. Incidence of female androgenetic alopecia (female pattern alopecia). *Dermatol Surg* 2001; **27**:53–4.

14 Venning VA, Dawber RP. Patterned androgenic alopecia in women. *J Am Acad Dermatol* 1988; **18**:1073–7.

15 Birch MP, Messenger AG. Frontal recession in women: no correlation with hair density. *Br J Dermatol* 2003; **148**:843–69, P12.

16 Randall VA, Thornton MJ, Messenger AG. Cultured dermal papilla cells from androgen-dependent human hair follicles (e.g. beard) contain more androgen receptors than those from non-balding areas of scalp. *J Endocrinol* 1992; **133**:141–7.

17 Price VH, Roberts JL, Hordinsky M *et al.* Lack of efficacy of finasteride in postmenopausal women with androgenetic alopecia. *J Am Acad Dermatol* 2000; **43**:768–76.

© 2011 The Authors