# EXHIBIT K

0021-972X/97/$03.00/0
Journal of Clinical Endocrinology and Metabolism
Copyright © 1997 by The Endocrine Society

Vol. 82, No. 7
Printed in U.S.A.

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

# Troglitazone Improves Defects in Insulin Action, Insulin Secretion, Ovarian Steroidogenesis, and Fibrinolysis in Women with Polycystic Ovary Syndrome*

DAVID A. EHRMANN, DAVID J. SCHNEIDER, BURTON E. SOBEL, MELISSA K. CAVAGHAN, JACQUELINE IMPERIAL, ROBERT L. ROSENFIELD, AND KENNETH S. POLONSKY

*Departments of Medicine (D.A.E., M.K.C., J.I., R.L.R., K.S.P.) and Pediatrics (R.L.R.), University of Chicago, Chicago, Illinois 60637; and the Department of Medicine (D.J.S., B.E.S.), University of Vermont, Burlington, Vermont 00000*

**ABSTRACT**

Women with polycystic ovary syndrome (PCOS) are characterized by defects in insulin action, insulin secretion, ovarian steroidogenesis, and fibrinolysis. We administered the insulin-sensitizing agent troglitazone to 13 obese women with PCOS and impaired glucose tolerance to determine whether attenuation of hyperinsulinemia ameliorates these defects. All subjects had oligomenorrhea, hirsutism, polycystic ovaries, and hyperandrogenemia. Before and after treatment with troglitazone (400 mg daily for 12 weeks), all had 1) a GnRH agonist (leuprolide) test, 2) a 75-g oral glucose tolerance test, 3) a frequently sampled iv glucose tolerance test to determine the insulin sensitivity index and the acute insulin response to glucose, 4) an oscillatory glucose infusion to assess the ability of the $\beta$-cell to entrain to glucose as quantitated by the normalized spectral power for the insulin secretion rate, and 5) measures of fibrinolytic capacity [plasminogen activator inhibitor type 1 (PAI-1) and tissue plasminogen activator].

There was no change in body mass index ($39.9 \pm 1.4$ *vs.* $40.2 \pm 1.4$ kg/m$^2$) or body fat distribution after treatment. Both the fasting ($91 \pm 3$ *vs.* $103 \pm 3$ mg/dL; $P < 0.001$) and 2 h ($146 \pm 8$ *vs.* $171 \pm 6$ mg/dL; $P < 0.02$) plasma glucose concentrations during the oral glucose tolerance test declined significantly. There was a concordant reduction in glycosylated hemoglobin to $5.7 \pm 0.1$ from a pretreatment level of $6.1 \pm 0.1\%$ ($P < 0.03$). Insulin sensitivity increased from $0.58 \pm 0.14$ to $0.95 \pm 0.26$ $10^{-5}$ min$^{-1}$/pmol·L ($P < 0.01$) after treatment as did

the disposition index ($745 \pm 135$ *vs.* $381 \pm 96$; $P < 0.05$). The ability of the $\beta$-cell to appropriately detect and respond to an oscillatory glucose infusion improved significantly after troglitazone treatment; the normalized spectral power for the insulin secretion rate increased to $5.9 \pm 1.1$ from $4.3 \pm 0.8$ ($P < 0.05$). Basal levels of total testosterone ($109.3 \pm 15.2$ *vs.* $79.4 \pm 9.8$ ng/dL; $P < 0.05$) and free testosterone ($33.3 \pm 4.0$ *vs.* $21.2 \pm 2.6$ pg/mL; $P < 0.01$) declined significantly after troglitazone treatment. Leuprolide-stimulated levels of 17-hydroxyprogesterone, androstenedione, and total testosterone were significantly lower posttreatment compared to pretreatment. The reduction in androgen levels occurred independently of any changes in gonadotropin levels. A decreased functional activity of PAI-1 in blood (from $12.7 \pm 2.8$ to $6.3 \pm 1.4$ AU/mL $P < 0.05$) was associated with a decreased concentration of PAI-1 protein (from $64.9 \pm 9.1$ to $44.8 \pm 6.1$ ng/mL; $P < 0.05$). No change in the functional activity of tissue plasminogen activator (from $5.3 \pm 0.4$ to $5.1 \pm 0.5$ IU/mL) was observed despite a decrease in its concentration (from $9.6 \pm 0.9$ to $8.2 \pm 0.7$ ng/mL; $P < 0.05$). The marked reduction in PAI-1 could be expected to improve the fibrinolytic response to thrombosis in these subjects.

We conclude that administration of troglitazone to women with PCOS and impaired glucose tolerance ameliorates the metabolic and hormonal derangements characteristic of the syndrome. Troglitazone holds potential as a useful primary or adjunctive treatment for women with PCOS. (*J Clin Endocrinol Metab* **82:** 2108–2116, 1997)

INSULIN resistance and its concomitant, hyperinsulinemia, are characteristic of women with polycystic ovary syndrome (PCOS) (1–7). The insulin resistance is typically profound (2, 5, 7) and acts conjointly with alterations in $\beta$-cell function (7, 8) to impart a high risk for the development of early-onset noninsulin-dependent diabetes mellitus (NIDDM) (5–7, 9, 10). Hyperinsulinemia also contributes to the ovarian androgen overproduction in PCOS (11–13) and may accelerate the development of coronary and other vascular disease (14–18) in these women. Although the mechanism for accelerated atherosclerosis has not been elucidated in this population, hyperinsulinemia may play an important role, as it has been shown to enhance the production of plasminogen activator inhibitor type 1 (PAI-1) (19–22). It follows from these observations that attenuation of hyperinsulinemia may have a salutary effect on the metabolic and hormonal sequelae of PCOS.

Troglitazone is a novel insulin-sensitizing agent that improves oral glucose tolerance and insulin resistance in individuals with impaired glucose tolerance (IGT) (23, 24). More recently, troglitazone was shown to improve defects in $\beta$-cell function in subjects with IGT (23) and to lower androgen levels in women with PCOS (25). This reduction in hyperandrogenemia may result from a reduction in insulin-mediated ovarian androgen production, although this remains speculative. The impact of troglitazone on fibrinolytic capacity has not previously been examined. The present study was thus undertaken to determine whether attenuation of insulin resistance with subsequent reduction of hyperinsulinemia

Received February 4, 1997. Revision received March 28, 1997. Accepted April 8, 1997.

Address all correspondence and requests for reprints to: David A. Ehrmann, M.D., Department of Medicine, Section of Endocrinology, University of Chicago Pritzker School of Medicine, 5841 South Maryland Avenue, MC 1027, Chicago, Illinois 60637. E-mail: dehrmann@medicine.bsd.uchicago.edu.

* This work was supported in part by Grants DK-02315, DK-31842, DK-20595, HD-06308, and DK-07011–17; General Clinical Research Center Grant MO1-RR-00055, and in part by Parke-Davis Pharmaceuticals.

ameliorates abnormalities in insulin secretion, ovarian steroidogenesis, and fibrinolysis in women with PCOS who have IGT.

## Materials and Methods

### Selection and definition of study subjects

Fifteen women with hyperandrogenemia [plasma free testosterone, >10 pg/mL (34.6 pmol/L)] (26) and IGT (2 h plasma glucose concentration, 140–199 mg/dL during OGTT) were recruited. All subjects were anovulatory (cycle length, >35 days) and had a history of infertility, hirsutism, or acne. The ovarian source of androgen excess was established in all subjects by a dexamethasone androgen suppression test, as previously described (26). To avoid sample bias, the results of GnRH agonist testing were not used to identify or select subjects. Dexamethasone suppression of androgen levels was considered abnormal if the plasma free testosterone concentration remained elevated [≥8 pg/mL (27.7 pmol/L)] after the administration of dexamethasone (2 mg daily for 4 days) (26). Although ultrasound evidence of polycystic ovaries was not used as a diagnostic or inclusion criterion, all subjects had polycystic ovaries by transvaginal ultrasonography using a 5-MHz/90⁰ phased array sector vaginal probe (GE RT 3000, General Electric Corp., Milwaukee, WI) (27).

Exclusion criteria included the use of medications known to alter insulin secretion or action and endocrinopathies, including nonclassic 21-hydroxylase deficiency congenital adrenal hyperplasia, Cushing's syndrome, hyperprolactinemia, or thyroid dysfunction. Women with a prior history of gestational diabetes or NIDDM (28) were excluded, as were those who had normal glucose tolerance or NIDDM at baseline oral glucose tolerance testing. A negative screening pregnancy test was required.

The racial/ethnic composition of the study subjects was representative of that of women attending our clinics: eight (62%) were Caucasian, four (31%) were African-American, and one (7%) was Asian. All protocols were approved by the institutional review board of the University of Chicago. Written informed consent was obtained from each subject.

Because of the possible effect of variations in insulin secretion (29, 30) and ovarian function at different phases of the menstrual cycle, women were studied in the follicular phase (days 1–8) of the cycle or after 2 or more months of amenorrhea. After baseline studies (see below) were completed, 400 mg troglitazone were administered orally once daily for 12 weeks, at which time the pretreatment studies were repeated. Compliance with the medication was confirmed by pill count.

Because of the impact of body fat distribution on androgen levels, glucose tolerance, and possibly insulin secretion (31), waist to hip ratios (WHR) were measured, and body composition and fat distribution were assessed by dual energy x-ray absorptiometry scan (32) before and after treatment.

### Experimental protocols

Studies were performed after an overnight fast. Intravenous catheters were placed in antecubital veins. Where appropriate, one catheter was used for administration of iv glucose or other secretagogues, whereas the catheter in the contralateral forearm was used for blood sampling. The blood-sampling arm was heated to obtain arterialized venous samples.

*GnRH agonist test.* Blood samples were obtained before (*i.e.* at baseline, 20-min intervals, four times) and 0.5, 1, 16, 20, and 24 h after the administration of 10 $\mu$g/kg leuprolide acetate (TAP Pharmaceuticals, Deerfield, IL). Serum LH and FSH were measured at baseline, 0.5, and 1 h, and steroid hormones were measured at 0, 16, 20, and 24 h. The plasma steroids assayed included total testosterone, estradiol, 17-hydroxyprogesterone, dehydroepiandrosterone (DHEA), androstenedione, and progesterone.

*Oral glucose tolerance test (OGTT).* Blood samples were obtained at baseline and at 30-min intervals for 3 h for measurement of glucose and insulin after the ingestion of a 75-g glucose load. Glucose tolerance was evaluated using the criteria of the WHO (28).

*Frequently sampled iv glucose tolerance test (IVGTT).* A frequently sampled IVGTT was performed as previously described by Bergman *et al.* (33).

Blood was collected during the IVGTT at −20, −15, −10, −5, and 0 min, at which time 0.3 g/kg glucose was administered as an iv bolus. Blood was then obtained at 2, 3, 4, 5, 6, 8, 10, 12, 14, 16, and 19 min. At 20 min, iv tolbutamide (125 mg/m²; Orinase, Upjohn, Kalamazoo, MI) was administered. Thereafter, blood was sampled at 22, 24, 25, and 27 min, with subsequent sampling every 10 min from 30–100 min and then every 20 min from 100–240 min.

### Insulin secretory responses to oscillatory glucose administration

To determine whether the ability of the $\beta$-cell to be entrained (*i.e.* respond to repetitive increases and decreases in glucose with parallel changes in insulin secretion) is affected by troglitazone, a 20% glucose solution was administered in an oscillatory pattern with a period of 144 min, as previously described (34, 35). This period most effectively brings out defective entrainment of pulsatile insulin secretion by glucose (34). Samples were drawn every 15 min for the remaining 12 h for the measurement of glucose, insulin, and C peptide.

### Measurements of fibrinolytic parameters

Fibrinolytic capacity was characterized by measurement of both the concentration and the functional activity of tissue plasminogen activator (t-PA) and plasminogen activator inhibitor type 1 (PAI-1) in the blood of the subjects at baseline, 6 weeks, and 12 weeks. The mean of the values at 6 and 12 weeks for both t-PA and PAI-1 represents the value during treatment.

### Lipid measurements

Serum was obtained for measurement of total cholesterol, high density lipoprotein (HDL) cholesterol, low density lipoprotein (LDL) cholesterol, and triglycerides before and after treatment with troglitazone.

### Assay methods

Plasma glucose was measured immediately using a glucose analyzer (YSI model 2300 STAT, Yellow Springs Instruments Co., Yellow Springs, OH). The coefficient of variation of this method is less than 2%. Glycosylated hemoglobin was measured by boronate affinity chromatography with an intraassay coefficient of variation of 4% (Bio-Rad Laboratories, Hercules, CA). Serum insulin was assayed by a double antibody technique (36), with a lower limit of sensitivity of 20 pmol/L and an average intraassay coefficient of variation of 6%. The cross-reactivity of proinsulin in the RIA for insulin is approximately 40%. Plasma C peptide was measured as previously described (37). The lower limit of sensitivity of the assay is 0.02 pmol/mL, and the intraassay coefficient of variation averaged 6%.

Serum LH and FSH concentrations were measured by fluoroimmunometric assay (Delfia, Wallac, Gaithersburg, MD). The minimal detectable concentration of both LH and FSH was 0.05 U/L. The interassay coefficient of variation was 8% for LH and 5% for FSH. Plasma concentrations of testosterone, estradiol, and DHEA sulfate were measured using kits obtained from Diagnostic Products Corp. (Los Angeles, CA), Pantex (Santa Monica, CA), and Diagnostic Systems (Webster, TX), respectively. The free fraction of plasma testosterone and the concentration of sex hormone-binding globulin (SHBG) were measured by a competitive protein binding assay as previously described (38). The intra- and interassay coefficients of variation were 3.8% and 8.7%, respectively. Plasma levels of 17-progesterone, androstenedione, and DHEA were determined by RIA after these steroids had been chromatographically purified as previously reported (39). The precision of these assays averaged 7% (intraassay coefficient of variation) and 12% (interassay coefficient).

The concentrations of t-PA and PAI-1 were determined by enzyme-linked immunosorbent assay (Tintelize, Biopool, Ventura, CA) with the use of antibodies that detected t-PA and PAI-1 in both the free and the complexed state. For the determination of PAI-1, the intraassay coefficient of variation was 2.5%, and the interassay coefficient of variation was 3.6%. For determination of t-PA, the intraassay coefficient of variation was 4.3%, and the interassay coefficient of variation was 9.5%. The functional fibrinolytic capacity within an aliquot of plasma was deter-

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

EHRMANN *ET AL.* JCE & M • 1997
Vol 82 • No 7

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

mined with a chromogenic substrate of plasmin as previously described (40, 41). The functional activity of PAI-1 was determined based on the extent to which an aliquot of plasma inhibited t-PA-induced activation of plasminogen. The plasmin generated was exposed to a chromogenic substrate [S2251, Chromogenix (Pharmacia Hepar), Franklin, OH]. A standard curve was generated with a specific amount of t-PA. One arbitrary unit (AU) of PAI-1 is that amount of PAI-1 able to inhibit 1 IU (based on the WHO standard) of t-PA. In a similar fashion, the concentration of t-PA in plasma was determined with the use of a functional assay based on the ability of an aliquot of sample to induce activation of plasminogen. A colorimetric assay was performed with the chromogenic substrate S2251, and a standard curve was generated with a specific amount of t-PA.

Measurements of total cholesterol, HDL cholesterol, and triglycerides were performed using a Boehringer Mannheim Hitachi 747–100 automated analyzer (Indianapolis, IN).

### Data analysis and statistical methods

*Summary measures derived from IVGTT.* Summary measures derived from the IVGTT included 1) the first phase insulin secretion (AIRg) in response to glucose, calculated as the mean increment above basal of insulin values measured at 2, 3, 4, 5, 6, 8, and 10 min; 2) the insulin sensitivity index (Si), calculated using the MINMOD program provided by Dr. R. N. Bergman (33, 42) (the Si represents the increase in net fractional glucose clearance rate per unit change in plasma insulin concentration after the iv glucose load); and 3) the relationship between the AIRg relative to the degree of insulin resistance (Si), calculated from the equation $Z\alpha = \{\ln[(Si \times 10^{-5}) \times AIRg)] + 3.802\}/0.5613$, which defines the relationship for these parameters in normal subjects (43). The percentile ranking based on the value for $Z\alpha$ is obtained from the table of the standard normal distribution. The product of Si and AIRg (disposition index) was also derived and provides a measure of β-cell secretory function adjusted for insulin sensitivity, previously described as a constant in any individual (43).

*Determination of insulin secretion rates (ISRs).* Standard kinetic parameters for C peptide clearance were used to derive ISRs. These standard parameters were calculated from 200 decay curves of biosynthetic C peptide obtained in normal, obese, and NIDDM subjects (44). Age, sex, and body surface area were accounted for. These parameters were derived by application of a two-compartment model of C peptide distribution proposed by Eaton *et al.* (45). These parameters were used to derive, in each 15-min interval between blood sampling, the ISR from the plasma C peptide concentrations by deconvolution as previously described (46). The C peptide profiles were smoothed with a two-point moving average before calculation of the ISRs.

*Spectral analysis.* Each individual ISR and glucose profile from the oscillatory glucose infusion protocol was submitted to spectral analysis to determine whether the insulin oscillations were entrainable, as previously reported (47, 48). Each spectrum was normalized assuming the total variance of each series to be 100% and is expressed as the normalized spectral power. Slow trends were removed by the first difference filter before each spectrum was calculated with the window-closing procedure, using a Tukey window with a width of 24 data points, as described by Jenkins and Watts (48).

*Statistical analysis.* The significance of differences between pretreatment and posttreatment measures was determined with the use of paired Student's *t* tests. Logarithmic transformation of data was performed for measures that were not normally distributed. For all analyses, a two-tailed $P < 0.05$ was considered to indicate statistical significance. Unless otherwise noted, all results are expressed as mean ± SEM. Data analysis was performed using StatView 4.5 for the Macintosh (Abacus Concepts, Berkeley, CA).

## Results
### Clinical characteristics of study subjects

Thirteen subjects completed the protocol. Two subjects were removed from the study before its completion because of noncompliance with testing procedures. All study subjects were obese, and most were markedly so [mean body mass index (BMI), 39.9 ± 1.4 kg/m$^2$; range, 32.0–47.3 kg/m$^2$; Table 1]. Because alterations in body fat distribution can affect insulin sensitivity independently of body weight (49), precise assessment of regional fat distribution was made by dual energy x-ray absortiometry scan, in addition to the standard waist/hip ratio measure. With the exception of one subject who had a WHR below 0.80, all subjects had the characteristic central obesity of PCOS. Body weight, BMI, and body fat distribution remained stable over the course of the study (Table 1).

### Hormonal and metabolic characteristics of study subjects

*Glucose tolerance.* All subjects had glycosylated hemoglobin levels below 7.2%, the upper limit of normal (mean, 6.1 ± 0.1%; range, 5.4–7.0%). After treatment with troglitazone, there was a significant reduction in the level of glycosylated hemoglobin (5.7 ± 0.1 *vs.* 6.1 ± 0.1%; $P < 0.03$) as well as in both the plasma glucose and serum insulin responses to the oral glucose challenge (Fig. 1). Fasting plasma glucose concentrations declined by an average of 12% (91 ± 3 *vs.* 103 ± 3 mg/dL; $P < 0.001$), whereas the 2 h glucose levels were 15% lower, on the average, after troglitazone treatment (146 ± 8 *vs.* 171 ± 6 mg/dL; $P < 0.02$). The area under the glucose response curve declined similarly by 15% ($P < 0.002$). There was a remarkably similar 56% decline in both fasting serum insulin levels (176 ± 22 *vs.* 397 ± 63 pmol/L; $P < 0.001$) and the area under the insulin response curve ($P < 0.001$). Eight of 13 (62%) subjects exhibited normal glucose tolerance after treatment, whereas 5 (38%) had persistent, albeit lesser, IGT.

*Responses during the frequently sampled IVGTT. Insulin sensitivity and first phase insulin secretory responses to intravenous glucose:* Although whole body insulin sensitivity (Si) was profoundly depressed at baseline and remained low after treatment, there was a statistically significant improvement in response to troglitazone administration (0.95 ± 0.26 *vs.* 0.58 ± 0.14 $10^{-5}$ min$^{-1}$/pmol·L; $P < 0.01$; Fig. 2). By comparison, women with normal glucose tolerance and similar BMI values (32–47 kg/m$^2$) have Si values between approximately 2.0–5.5 × $10^{-5}$ min$^{-1}$/pmol·L (43). The improvement in Si in our subjects occurred in the absence of a reduction in weight. The first phase AIRg increased modestly after treatment (876 ± 212 *vs.* 1161 ± 244 pmol/L), but did not reach statistical significance. However, when the insulin secretory response was analyzed after accounting for the degree of insulin resistance (*i.e.* disposition index), an improvement in β-cell function could be appreciated. That is, the product of Si and AIRg was greater after troglitazone treatment compared to the baseline (745 ± 135 *vs.* 381 ± 96; $P < 0.05$).

*Responses to oscillatory glucose administration:* During this protocol, the basal insulin secretory rate declined significantly, from 1152 ± 125 pmol/min before treatment to 804 ± 76 pmol/min after treatment ($P < 0.005$). The ability of the oscillatory infusion of exogenous glucose to entrain insulin secretion was modestly impaired at baseline, as reflected in a mean value for normalized spectral power similar to that previously reported in subjects with glucose intolerance (7,

**TABLE 1.** Clinical, hormonal, and metabolic characteristics of study subjects

| | Pretreatment | Posttreatment |
|---|---|---|
| Age (yr) | $28.2 \pm 1.3$ | |
| Wt (kg) | $112 \pm 5$ | $113 \pm 5$ |
| BMI (kg/m$^2$) | $39.9 \pm 1.4$ | $40.2 \pm 1.4$ |
| Regional adiposity (by DEXA; % fat) | | |
|   Trunk | $48.1 \pm 1.2$ | $47.8 \pm 1.2$ |
|   Lower body | $49.7 \pm 2.4$ | $50.8 \pm 2.2$ |
|   Total | $48.9 \pm 1.6$ | $49.4 \pm 1.6$ |
|   Trunk:lower body | $0.99 \pm 0.1$ | $0.96 \pm 0.1$ |
| Glycosylated hemoglobin | $6.1 \pm 0.1$ | $5.7 \pm 0.1^a$ |
| OGTT, glucose (mg/dL) | | |
|   0 min | $103 \pm 3$ | $91 \pm 3^a$ |
|   120 min | $171 \pm 6$ | $146 \pm 8^a$ |
|   AUC | $28,626 \pm 922$ | $24,317 \pm 1,086^a$ |
| OGTT, insulin (pmol/L) | | |
|   0 min | $397 \pm 63$ | $176 \pm 22^a$ |
|   120 min | $3,116 \pm 623$ | $1,038 \pm 188^a$ |
|   AUC | $387,099 \pm 57,035$ | $171,504 \pm 25,815^a$ |
| IVGTT | | |
|   Si ($10^{-5}$ min$^{-1}$/pmol/L) | $0.58 \pm 0.14$ | $0.95 \pm 0.26^a$ |
|   AIRg (pmol/L) | $876 \pm 212$ | $1,161 \pm 244$ |
|   AIRg vs Si | | |
|     Z Score | $-4.3 \pm 0.7$ | $-2.7 \pm 0.6^a$ |
|     Si $\times$ AIRg (disposition index) | $381 \pm 96$ | $745 \pm 135^a$ |
| Entrainment | | |
|   NSP ISR | $4.3 \pm 0.8$ | $5.9 \pm 1.1^a$ |
| Leuprolide test | | |
|   Baseline | | |
|     Total testosterone (ng/dL) | $109.3 \pm 15.2$ | $79.4 \pm 9.8^a$ |
|     Free testosterone (pg/mL) | $33.3 \pm 4.0$ | $21.2 \pm 2.6^a$ |
|     SHBG (nmol/L) | $11.7 \pm 1.9$ | $20.0 \pm 2.9^a$ |
|     AD (ng/dL) | $198 \pm 26$ | $155 \pm 21$ |
|     17-PROG (ng/dL) | $80 \pm 14$ | $96 \pm 36$ |
|     DHEA (ng/dL) | $362 \pm 22$ | $320 \pm 48$ |
|     Progesterone (ng/dL) | $38 \pm 18$ | $44 \pm 14$ |
|     Estradiol (pg/mL) | $102 \pm 34$ | $119 \pm 24$ |
|     LH (IU/L) | $6.2 \pm 0.7$ | $7.2 \pm 1.8$ |
|     FSH (IU/L) | $4.3 \pm 0.6$ | $4.8 \pm 0.4$ |
|     LH:FSH ratio | $1.4 \pm 0.1$ | $1.4 \pm 0.2$ |
|   Stimulated | | |
|     LH response (IU/L) | $26.3 \pm 7.3$ | $30.9 \pm 7.7$ |
|     FSH response (IU/L) | $6.7 \pm 1.3$ | $7.3 \pm 0.8$ |
|     16–24 h mean | | |
|       Total testosterone (ng/dL) | $152 \pm 28$ | $98 \pm 16^a$ |
|       AD (ng/dL) | $299 \pm 32$ | $219 \pm 22^a$ |
|       17-PROG (ng/dL) | $417 \pm 84$ | $300 \pm 31^a$ |
|       DHEA (ng/dL) | $573 \pm 70$ | $461 \pm 74^a$ |
|       Progesterone (ng/dL) | $90 \pm 22$ | $94 \pm 27$ |
|       Estradiol (pg/mL) | $397 \pm 37$ | $381 \pm 25$ |
| Measures of fibrinolysis | | |
|   PAI-1 antigen (ng/mL) | $64.9 \pm 9.1$ | $44.8 \pm 6.1^a$ |
|   PAI-1 activity (AU/mL) | $12.7 \pm 2.8$ | $6.3 \pm 1.4^a$ |
|   tPA antigen (ng/mL) | $9.6 \pm 0.9$ | $8.2 \pm 0.7^a$ |
|   tPA activity (IU/mL) | $5.3 \pm 0.4$ | $5.1 \pm 0.5$ |
| Lipid levels | | |
|   Total cholesterol (mg/dL) | $167 \pm 10$ | $166 \pm 11$ |
|   HDL cholesterol (mg/dL) | $33 \pm 2$ | $37 \pm 4$ |
|   Triglycerides (mg/dL) | $164 \pm 33$ | $115 \pm 15$ |
|   LDL cholesterol (mg/dL) | $105 \pm 8$ | $107 \pm 10$ |

Data are the mean $\pm$ SEM.
$^a$ $P < 0.05$, by paired $t$ test.

34). The impairment in the ability of the $\beta$-cell to detect and respond to alterations in plasma glucose concentration improved significantly after troglitazone treatment ($5.9 \pm 1.1$ *vs.* $4.3 \pm 0.8$; $P < 0.05$; Fig. 3).

*Androgen and gonadotropin levels:* Total testosterone levels, which were markedly elevated at baseline, declined significantly after troglitazone treatment ($109.3 \pm 15.2$ *vs.* $79.4 \pm 9.8$ ng/dL; $P < 0.05$) as did the levels of free testosterone ($33.3 \pm 4.0$ *vs.* $21.2 \pm 2.6$ pg/mL; $P < 0.01$). The reduction in free testosterone resulted at least in part from a significant increase in the levels of SHBG ($11.7 \pm 1.9$ *vs.* $20.0 \pm 2.9$ nmol/L; $P < 0.01$).

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

2112 EHRMANN *ET AL.* JCE & M • 1997
Vol 82 • No 7







FIG. 1. Glucose (*top panel*) and insulin (*bottom panel*) responses during the OGTT before (*closed symbols*) and after (*open symbols*) treatment with troglitazone. Glucose and insulin levels decreased significantly ($P < 0.05$) throughout the 180-min period. Data are the mean ± SEM.

FIG. 2. Measures derived from the rapidly sampled iv glucose tolerance test before (*solid*) and after (*hatched*) treatment with troglitazone. There was a significant increase in Si after treatment. Improved β-cell function is evidenced by the significant increase in disposition index (product of Si and AIRg) after treatment with troglitazone (see text for details). Data are the mean ± SEM.

Leuprolide-stimulated levels of all steroids were significantly lower posttreatment than pretreatment (Table 1). There was a significant correlation between the change in the leuprolide-stimulated androgen (androstenedione plus tes-

FIG. 3. Profiles of the glucose concentrations and ISR in response to an oscillatory glucose infusion in one representative subject before (*upper panel*) and after (*lower panel*) treatment with troglitazone. Note that the glucose levels and ISRs are lower after treatment. The ISR oscillations are more regular and more closely parallel the oscillations in glucose after troglitazone treatment, as reflected in a normalized spectral power value of 13.1 compared to a pretreatment value of 5.4.

tosterone) responses and the change in the area under the insulin response curve during OGTT ($r = 0.71$; $P < 0.02$) and in basal ISRs before and after treatment ($r = 0.65$; $P < 0.02$). The reduction in androgen levels occurred independently of any changes in gonadotropin levels. The LH and FSH levels as well as the ratio of LH to FSH were within the normal range at baseline and did not change after treatment. Likewise, the early LH response to leuprolide was not altered after troglitazone treatment.

*Fibrinolytic capacity*

Treatment with troglitazone resulted in a 31% reduction in the concentration of PAI-1 protein in blood ($44.8 \pm 6.1$ *vs.* $64.9 \pm 9.1$ ng/mL; $P < 0.05$) and a 50% reduction in the functional activity of PAI-1 ($6.3 \pm 1.4$ *vs.* $12.7 \pm 2.8$ AU/mL; $P < 0.05$; Table 1 and Fig. 4). There was a significant correlation between the difference in insulin levels during the OGTT before and after treatment and the difference in PAI-1 activity levels pre- and posttreatment ($r = 0.61$; $P < 0.03$).

A more modest reduction (15%) was seen in tPA antigen levels ($8.2 \pm 0.7$ *vs.* $9.6 \pm 0.9$ ng/mL; $P < 0.05$; Table 1).

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018



FIG. 4. PAI-1 antigen and activity levels before (*solid*) and after (*hatched*) treatment with troglitazone. A concordant decline in both PAI-1 antigen and activity levels was observed in response to treatment. Data are the mean ± SEM.

Despite this decrease, the fibrinolytic activity attributable to t-PA in blood did not change after treatment with troglitazone.

### Lipid measurements

There was no significant change in levels of total cholesterol, HDL cholesterol, or LDL cholesterol after troglitazone treatment. Although triglyceride levels declined from 164 ± 33 to 115 ± 15 mg/dL, this did not achieve statistical significance.

### Discussion

We have found that administration of troglitazone to women with PCOS and IGT results in a marked attenuation of hyperinsulinemia that is associated with improvements in insulin secretion, ovarian androgen biosynthesis, and enhanced fibrinolytic system capacity. Although the precise mechanism of action of troglitazone remains incompletely defined, it appears to enhance insulin action without directly stimulating insulin secretion (50) and acts as a selective ligand for the peroxisome proliferator-activated receptor-$\gamma$ (51). Peroxisome proliferator-activated receptor-$\gamma$ is a nuclear hormone receptor expressed predominantly in adipose tissue, where it plays a central role in the control of adipocyte gene expression and differentiation (52–55).

The results of previous studies have shown that troglitazone attenuates hyperinsulinemia in a number of diverse populations of obese individuals (24), including women with PCOS (25). We recently found that troglitazone acts not only to enhance insulin action, but also to ameliorate defects in insulin secretion in subjects with IGT. These combined effects resulted in improved oral glucose tolerance (23). In the present study, we found a similar improvement in glucose tolerance, as reflected in both a significantly lower concentration of glycosylated hemoglobin after treatment (5.7 ± 0.1 *vs.* 6.1 ± 0.1%; $P < 0.05$) and markedly reduced glucose concentrations throughout an oral glucose tolerance test. As

before (23), this improvement resulted from the effects of troglitazone on both insulin action and insulin secretion. Improvement in insulin action was evidenced by a 30% decline in the basal ISR ($P < 0.02$) and a 64% increase ($P < 0.05$) in the insulin sensitivity index derived from a frequently sampled IVGTT. It is important to note, however, that although insulin sensitivity improved in response to treatment, it remained profoundly depressed in these subjects and was disproportionate to the degree of obesity, as described previously (2). Improved $\beta$-cell function was evidenced by an enhanced ability of the $\beta$-cell to appropriately secrete insulin in response to an oscillatory infusion of glucose (34). The latter is expressed quantitatively by the improvement in normalized spectral power for insulin secretion (5.9 ± 1.1 posttreatment *vs.* 4.3 ± 0.8 pretreatment; $P < 0.05$) (34). Enhanced $\beta$-cell function was also reflected in results from the IVGTT, which provides an index of $\beta$-cell function (AIRg) that can be adjusted for the degree of ambient insulin resistance (Si). Because the product of these measures is presumed to be constant (33, 42, 43), a compensatory decrease in AIRg would be expected to accompany the increase in Si observed after troglitazone treatment. In fact, there was a significant increase in the product of these parameters. We interpret this finding to represent an improvement in $\beta$-cell function that can be quantified as both the absolute product of these measures as well as the z-score/percentile rank.

We previously postulated (23) that the improvement in $\beta$-cell function resulting from troglitazone treatment may result from one of a number of mechanisms. These include reduction in hyperglycemia (*i.e.* elimination of so-called $\beta$-cell glucotoxicity) (56–58), improvement in insulin resistance, or improvement in lipid parameters. It is also possible that troglitazone may improve defects in insulin secretion through direct actions on the pancreatic $\beta$-cell (59). Our results do not provide further insights into the mechanisms responsible for the improved $\beta$-cell function. In the absence of a significant decline in triglyceride levels, however, we can conclude that hypertriglyceridemia is an unlikely explanation. In addition, glucotoxicity seems an implausible explanation, given that fasting plasma glucose and glycosylated hemoglobin concentrations were within the normal range. Although mild hyperglycemia was seen after glucose challenge, such modest alterations in glucose metabolism have not been linked to $\beta$-cell glucotoxicity.

It is important to note that our current and previous (23) finding of improved $\beta$-cell function in IGT contrasts with the results of a recent trial of similar design in which women with IGT and a prior history of gestational diabetes were treated with troglitazone (60). In that study, troglitazone attenuated insulin resistance, but did not improve glucose tolerance or $\beta$-cell function (60). The basis for the difference in these results is not obvious, but may relate to the fact that $\beta$-cell dysfunction was likely to have been present for a protracted period of time in women with a history of gestational diabetes. Alternatively, there may be significant differences in the pathogenetic mechanisms that underlie the insulin secretory dysfunction in these two populations.

In the only previous study in which troglitazone was used to treat women with PCOS, there was no significant im-

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

EHRMANN *ET AL*. JCE & M • 1997
Vol 82 • No 7

provement in oral glucose tolerance, despite significant improvements in insulin resistance (25). It is important to note, however, that nearly two thirds of the subjects enrolled in that trial had normal glucose tolerance at baseline and thus might not be expected to demonstrate significant improvement in glucose tolerance.

It has been shown previously that troglitazone administration lowers plasma androgen levels in women with PCOS in correlatation to a reduction in hyperinsulinemia (25). However, it was not possible to determine whether ovarian androgen production *per se* was reduced or, alternatively, whether free androgen concentrations declined because of the insulin-related increase in serum levels of SHBG. We, too, found significant reductions in basal levels of both total and free testosterone that were associated with a significant increase in the concentration of SHBG. In addition, the leuprolide-stimulated levels of total testosterone, androstenedione, 17-hydroxyprogesterone, and DHEA declined significantly after treatment with troglitazone, indicative of decreases in ovarian steroid secretion. Our results are consistent with the hypothesis that insulin modulates the 17-hydroxylase and 17,20-lyase activities of the ovarian steroid-forming P450c17 (6, 61). This enzyme is characteristically abnormally regulated in women with the ovarian androgen excess of PCOS (6, 61), as evidenced by a characteristic pattern of steroid secretion in response to the endogenous gonadotropin surge induced by a single injection of GnRH agonist (26, 39, 62–65). Two lines of evidence suggest that the reduction in leuprolide-stimulated steroid levels results primarily from the reduction in insulin levels. First, there were no changes in either basal or stimulated concentrations of LH or FSH, or in the ratio of LH to FSH after troglitazone treatment, which could account for the attenuated steroidogenic response. Second, there was a significant correlation between the decline in insulin levels and the decline in leuprolide-stimulated androgen (androstenedione and testosterone) secretion (r = 0.71; $P < 0.02$). Such a correlation was not demonstrable for individual steroids, possibly because the conversion of androstenedione to testosterone is enhanced in PCOS (66, 67).

Two previous studies have examined the relationship between the reduction of hyperinsulinemia and ovarian steroidogenesis in response to a GnRH agonist (5, 68). In both cases, metformin was administered to attenuate hyperinsulinemia. Where this was achieved (68), there was a demonstrable reduction in glucose-stimulated insulin secretion, which correlated with a reduction in leuprolide-stimulated serum levels of 17-hydroxyprogesterone. In the instance in which insulin levels did not decline after metformin treatment (5), there was no decline in ovarian androgen biosynthesis. Although this discordant effect of metformin on hyperinsulinemia cannot readily be explained, taken together, the results from the previous and present studies are consistent with the hypothesis that attenuation of hyperinsulinemia can reduce ovarian steroid production.

Treatment with troglitazone led to decreased concentrations of PAI-1 in blood. A concordant decrease in the activity of PAI-1 in blood was observed. The decrease in the concentration of t-PA in response to troglitazone was not associated with a change in the functional activity of t-PA in the

blood of these subjects with PCOS. Although no change in the activity of t-PA was observed under basal conditions, an improved fibrinolytic response to thrombosis could be anticipated because of the substantial decrease in the concentration and activity of PAI-1 after treatment with troglitazone. Accordingly, treatment with troglitazone improves the fibrinolytic capacity in the blood of these subjects with insulin resistance.

Increased concentrations of PAI-1 have been observed in subjects with insulin-resistant states, including diabetes (69), obesity (70), hypertension (71), and PCOS (15, 72). Weight loss (70, 73) and treatment with metformin (74) have both been shown to decrease circulating concentrations of insulin as well as PAI-1. Insulin has been shown to directly augment expression of PAI-1 *in vivo* and *in vitro* (19, 22, 75). We have recently reported a synergistic interaction between insulin and triglyceride associated with very low density lipoprotein (20). The positive correlation between the reduced secretion of insulin in response to glucose and the decreased plasma concentration of PAI-1 after treatment with troglitazone (r = 0.61; $P < 0.03$) is consistent with the proposed direct role of insulin in modulating expression of PAI-1. In the subjects with PCOS reported here, the combination of a reduction in the secretion of insulin and the decreased concentrations of triglyceride in plasma after treatment with troglitazone is likely to account for the reduction in blood concentrations of PAI-1 observed.

In summary, we have found that administration of troglitazone to women with PCOS and IGT ameliorates each of the metabolic and hormonal derangements that characterize these women. Given the high prevalence of the disorder (6) and the significant risk it imparts for the development of glucose intolerance (5–7, 9) and cardiovascular morbidity and mortality (14–18), troglitazone may prove to be a useful adjunct in the treatment of women with PCOS.

### Acknowledgments

The authors thank Jody Dushay, Eunice Yim, and Anupam Basu for their assistance in coordinating this study. Dr. Zubie Sheikh kindly performed and evaluated the transvaginal ultrasonography. The nursing staff of the Clinical Research Center provided expert care of the subjects who participated in the study. The authors appreciate the critical review of the manuscript by Roy Weiss, M.D., Ph.D.

### References

1. **Dunaif A.** 1992 Insulin resistance and ovarian hyperandrogenism. Endocrinologist. 2:248–260.
2. **Dunaif A, Segal K, Futterweit W, Dobrjansky A.** 1989 Profound peripheral insulin resistance, independent of obesity, in polycystic ovary syndrome. Diabetes. 38:1165–1174.
3. **Dunaif A, Segal K, Shelley D, Green G, Dobrjansky A, Licholai T.** 1992 Evidence for distinctive and intrinsic defects in insulin action in polycystic ovary syndrome. Diabetes. 41:1257–1266.
4. **O'Meara N, Blackman J, Ehrmann DA, et al.** 1993 Defects in beta cell function and insulin action in functional ovarian hyperandrogenism. J Clin Endocrinol Metab. 76:1241–1247.
5. **Ehrmann D, Cavaghan M, Imperial J, Sturis J, Rosenfield R, Polonsky K.** 1997 Effects of metformin on insulin secretion, insulin action, and ovarian steroidogenesis in women with polycystic ovary syndrome. J Clin Endocrinol Metab. 82:524–530.
6. **Ehrmann D, Barnes R, Rosenfield R.** 1995 Polycystic ovary syndrome as a form of functional ovarian hyperandrogenism. Endocr Rev. 16:322–353.
7. **Ehrmann D, Sturis J, Byrne M, Karrison T, Rosenfield R, Polonsky K.** 1995 Insulin secretory defects in polycystic ovary syndrome: relationship to insulin

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

sensitivity and family history of non-insulin dependent diabetes mellitus. J Clin Invest. 96:520–527.

8. **Dunaif A, Finegood D.** 1996 β-Cell dysfunction independent of obesity and glucose intolerance in the polycystic ovary syndrome. J Clin Endocrinol Metab. 81:942–947.

9. **Ehrmann D, Rosenfield R, Barnes R, Karrison T.** 1996 A longitudinal study of glucose tolerance in women with polycystic ovary syndrome [Abstract]. Proc of the Int Congr of Endocrinol. 1996. (Abstract) OR26–28.

10. **Dunaif A, Graf M, Mandeli J, Laumas V, Dobrjansky A.** 1987 Characterization of groups of hyperandrogenic women with acanthosis nigricans, impaired glucose tolerance and/or hyperinsulinemia. J Clin Endocrinol Metab. 65:499–507.

11. **Barbieri R, Makris A, Randall R, Daniels G, Kistner R, Ryan K.** 1986 Insulin stimulates androgen accumulation in incubations of ovarian stroma obtained from women with hyperandrogenism. J Clin Endocrinol Metab. 62:904–910.

12. **Cara J, Rosenfield R.** 1988 Insulin-like growth factor-I and insulin potentiate luteinizing hormone-induced androgen sythesis by rat ovarian theca-interstitial cells. Endocrinology. 123:733–739.

13. **Stuart D, Nagamani M.** 1992 Acute augmentation of plasma androstenedione and dehydroepiandrosterone by euglycemic insulin infusion: evidence for a direct effect of insulin on ovarian steroidogenesis. In: Dunaif A, Givens J, Haseltine F, Merriam G, eds. Current issues in endocrinology and metabolism: polycystic ovary syndrome. Cambridge: Blackwell; 279–288.

14. **Dahlgren E, Janson P, Johansson S, Lapidus L, Oden A.** 1992 Polycystic ovary sydrome and risk for myocardial infarction. Acta Obset Gynecol Scand. 71:599–604.

15. **Dahlgren E, Lapidus L, Janson P, Lindstedt G, Johansson S, Tengborn L.** 1994 Hemostatic and metabolic variables in women with polycystic ovary syndrome. Fertil Steril. 61:455–460.

16. **Guzick D, Talbott E, Sutton-Tyrrell K, Herzog H, Kuller L, Wolfson SJ.** 1996 Carotid atherosclerosis in women with polycystic ovary syndrome: initial results from a case-control study. Am J Obstet Gynecol. 174:1224–1232.

17. **Talbott E, Guzick D, Clerici A, et al.** 1995 Coronary heart disease risk factors in women with polycystic ovary syndrome. Arterioscler Thromb Vasc Biol. 15:821–826.

18. **Birdsall M, Farquhar C, White H.** 1997 Association between polycystic ovaries and extent of coronary artery disease in women having cardiac catheterization. Ann Intern Med. 126:32–35.

19. **Schneider D, Sobel B.** 1991 Augmentation of synthesis of plasminogen activator inhibitor type-1 by insulin and insulin-like growth factor type-1: implications for vascular disease in hyperinsulinemic states. Proc Natl Acad Sci USA. 88:9959–9963.

20. **Schneider D, Sobel B.** 1996 Synergistic augmentation of expression of PAI-1 induced by insulin, VLDL, and fatty acids. Coronary Artery Dis. 7:813–817.

21. **Shimomura I, Funahashi T, Takahashi M, et al.** 1996 Enhanced expression of PAI-1 in visceral fat: possible contributor to vascular disease in obesity. Nat Med. 2:800–803.

22. **Nordt T, Sawa H, Fujii S, Sobel B.** 1995 Induction of plasminogen activator inhibitory type-1 (PAI-1) by proinsulin and insulin *in vivo*. Circulation. 91:764–770.

23. **Cavaghan M, Ehrmann D, Byrne M, Polonsky K.** Treatment with the oral antidiabetic agent troglitazone improves β-cell responses to glucose in subjects with impaired glucose tolerance. J Clin Invest. In press.

24. **Nolan J, Ludvik B, Beerdsen P, Joyce M, Olefsky J.** 1994 Improvement in glucose tolerance and insulin resistance in obese subjects treated with troglitazone. N Engl J Med. 331:1188–1193.

25. **Dunaif A, Scott D, Finegood D, Quintana B, Whitcomb R.** 1996 The insulin-sensitizing agent troglitazone improves metabolic and reproductive abnormalities in the polycystic ovary syndrome. J Clin Endocrinol Metab. 81:3299–3306.

26. **Ehrmann D, Rosenfield R, Barnes R, Brigell D, Sheikh Z.** 1992 Detection of functional ovarian hyperandrogenism in women with androgen excess. N Engl J Med. 327:157–162.

27. **Adams J, Polson D, Franks S.** 1986 Prevalence of polycystic ovaries in women with anovulation and idiopathic hirsutism. Br Med J. 293:355–359.

28. **WHO Expert Committee.** 1980 Second report on diabetes mellitus. Technical Rep Ser 646. Geneva: WHO.

29. **Valdes C, Elkind-Hirsch K.** 1991 Intravenous glucose tolerance test-derived insulin sensitivity changes during the menstrual cycle. J Clin Endocrinol Metab. 72:642–646.

30. **Diamond M, Somonson D, DeFronzo R.** 1989 Menstrual cyclicity has a profound effect on glucose homeostasis. Fertil Steril. 52:204–208.

31. **Kissebah A.** 1992 Upper body obesity: abnormalities in the metabolic profile and the androgenic/estrogenic balance. In: Dunaif A, Givens J, Haseltine F, Merriam G, eds. Current issues in endocrinology and metabolism: polycystic ovary syndrome. Cambridge: Blackwell; 359–374.

32. **Mazess R, Barden H, Bisek J, Hanson J.** 1990 Dual-energy x-ray absorptiometry for total body and regional bone-mineral and soft-tissue composition. Am J Clin Nutr. 51:1106–1112.

33. **Bergman R, Phillips L, Cobelli C.** 1981 Physiologic evaluation of factors controlling glucose tolerance in man: measurement of insulin sensitivity and β-cell glucose sensitivity from the response to intravenous glucose. J Clin Invest. 68:1456–1467.

34. **O'Meara N, Sturis J, Van Cauter E, Polonsky K.** 1993 Lack of control by glucose of ultradian insulin secretory oscillations in impaired glucose tolerance and in non-insulin-dependent diabetes mellitus. J Clin Invest. 92:262–271.

35. **Sturis J, Van Cauter E, Blackman J, Polonsky K.** 1991 Entrainment of pulsatile insulin secretion by oscillatory glucose infusion. J Clin Invest. 87:439–445.

36. **Morgan C, Lazarow A.** 1963 Immunoassay of insulin: two antibody systems: plasma insulin levels of normal, subdiabetic and diabetic rats. Diabetes. 12:115–126.

37. **Faber O, Binder C, Markussen J, et al.** 1978 Characterization of seven C-peptide antisera. Diabetes. 27:170–177.

38. **Moll G, Rosenfield R, Helke J.** 1981 Estradiol-testosterone binding interactions and free plasma estradiol under physiological conditions. J Clin Endocrinol Metab. 52:868–876.

39. **Barnes R, Rosenfield R, Burstein S, Ehrmann D.** 1989 Pituitary-ovarian responses to nafarelin testing in the polycystic ovary syndrome. N Engl J Med. 320:559–565.

40. **Angles-Cano E.** A spectrophotometric solid-phase fibrin-tissue plasminogen activator activity assay (SOFIA-t-PA) for high-fibrin-affinity tissue plasminogen activators. Anal Biochem. 153:201–210.

41. **Chmielewska J, Wiman B.** 1986 Determination of plasminogen activator and its "fast" inhibitor in plasma. Clin Chem. 32:482–485.

42. **Bergman R.** 1989 Lilly Lecture 1989. Toward physiological understanding of glucose tolerance: minimal model approach. Diabetes. 38:1512–1527.

43. **Kahn S, Prigeon R, McCulloch D, et al.** 1993 Quantification of the relationship between insulin sensitivity and B-cell function in human subjects Evidence for a hyperbolic function. Diabetes. 42:1663–1672.

44. **Van Cauter E, Mestrez F, Sturis J, Polonsky K.** 1992 Estimation of insulin secretion rates from C-peptide levels. Comparison of individual and standard kinetic parameters for C-peptide clearance. Diabetes. 41:368–377.

45. **Eaton R, Allen R, Schade D, Erickson K, Standefer J.** 1980 Prehepatic insulin production in man: kinetic analysis using peripheral connecting peptide behavior. J Clin Endocrinol Metab. 51:520–528.

46. **Polonsky K, Licinio-Paixao J, Given B, et al.** 1986 Use of biosynthetic human C-peptide in the measurement of insulin secretion rates in normal volunteers and type I diabetic patients. J Clin Invest. 77:98–105.

47. **Sturis J, Polonsky K, Shapiro E, Blackman J, O'Meara N, Van Cauter E.** 1992 Abnormalities in the ultradian oscillations of insulin secretion and glucose levels in type 2 (non-insulin-dependent) diabetic patients. Diabetalogia. 35:681–689.

48. **Jenkins G, Watts D.** 1968 Spectral analysis and its applications. San Francisco: Holden Day.

49. **Pasquali R, Casimirri F, Venturoli D, et al.** 1994 Body fat distribution has weight-independent effects on clinical, hormonal, and metabolic features of women with polycystic ovary syndrome. Metabolism. 6:706–713.

50. **Saltiel A, Olefsky J.** 1996 Thiazolidinediones in the treatment of insulin resistance and type II diabetes. Diabetes. 45:1661–1669.

51. **Lehmann J, Moore L, Smith-Oliver T, Wilkinson W, Willson T, Kliewer S.** 1995 An antidiabetic thiazolidinedione is a high affinity ligand for peroxisome proliferator-activated receptor (PPAR). J Biol Chem. 270:12953–12956.

52. **Keller H, Wahli W.** 1993 Peroxisome proliferator-activated receptors: a link between endocrinology and nutrition? Trends Endocrinol Metab. 4:291–296.

53. **Ibrahimi A, Teboul L, Gaillard D, et al.** 1994 Evidence for a common mechanism of action for free fatty acids and thiazolidinedione antidiabetic agents on gene expression in preadipose cells. Mol Pharmacol. 46:1070–1076.

54. **Brandes R, Arad R, Bar-Tana J.** 1995 Inducers of adipose conversion activate transcription promoted by a peroxisome proliferators response element in 3T3–L1 cells. Biochem Pharmacol. 50:1949–1951.

55. **Kliewer S, Lenhard J, Willson T, Patel I, Morris D, Lehmann J.** 1995 A prostaglandin J2 metabolite binds peroxisome proliferator-activated receptor and promotes adipocyte differentiation. Cell. 83:813–819.

56. **Rosetti L, Giaccari A, DeFronzo R.** 1990 Glucose toxicity. Diabetes Care. 13:610–629.

57. **Leahey J, Bonner-Weir S, Weir GC.** 1992 β-Cell dysfunction induced by chronic hyperglycemia: current ideas on mechanism of impaired glucose-induced insulin secretion. Diabetes Care. 15:442–453.

58. **Yki-Jarvinen H.** 1992 Glucose toxicity. Endocr Rev. 13:415–431.

59. **Masuda K, Okamoto Y, Tsuura Y, et al.** 1995 Effects of troglitazone (CS-045) on insulin secretion in isolated rat pancreatic islets and HIT cells: an insulinotropic mechanism distinct from glibenclamide. Diabetologia. 38:24–30.

60. **Berkowitz K, Peters R, Kjos S, et al.** 1996 Effect of troglitazone on insulin sensitivity and pancreatic B-cell function in women at high risk for NIDDM. Diabetes. 45:1572–1579.

61. **Rosenfield R, Barnes R, Cara J, Lucky A.** 1990 Dysregulation of cytochrome P450c17α as the cause of polycystic ovary syndrome. Fertil Steril. 53:785–791.

62. **Franks S, White D.** 1993 Prevalence of and etiological factors in polycystic ovarian syndrome. Ann NY Acad Sci. 687:112–114.

63. **Sahin Y, Kelestimur F.** 1993 17-Hydroxyprogesterone response to buserelin testing in the polycystic ovary syndrome. Clin Endocrinol (Oxf). 39:151–155.

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018

64. **Ibañez L, Potau N, Virdis R, et al.** 1993 Postpubertal outcome in girls diagnosed of premature pubarche during childhood: increased frequency of functional ovarian hyperandrogenism. J Clin Endocrinol Metab. 76:1599–1603.

65. **White D, Leigh A, Wilson C, Donaldson A, Franks S.** 1995 Gonadotrophin and gonadal steroid response to a single dose of a long-acting agonist of gonadotrophin-releasing hormone in ovulatory and anovulatory women with polycystic ovary syndrome. Clin Endocrinol (Oxf). 42:475–481.

66. **Rosenfield R, Barnes R, Ehrmann D.** 1994 Studies of the nature of 17-hydroxyprogesterone hyperresponsiveness to gonadotropin releasing hormone agonist challenge in functional ovarian hyperandrogenism. J Clin Endocrinol Metab. 79:1686–1692.

67. **Barbieri R.** 1992 Human ovarian 17-ketosteroid oxidoreductase: unique characteristics of the granulosa-luteal cell and stromal enzyme. Am J Obstet Gynecol. 166:1117–1123.

68. **Nestler J, Jakubowicz D.** 1996 Decreases in ovarian cytochrome P450c17$\alpha$ activity and serum free testosterone after reduction of insulin secretion in polycystic ovary syndrome. N Engl J Med. 335:617–623.

69. **McGill J, Schneider D, Arfken C, Lucore C, Sobel B.** 1994 Factors responsible for impaired fibrinolysis in obese subjects and NIDDM patients. Diabetes. 43:104–109.

70. **Folsom A, Qamhieh H, Wing R, et al.** 1993 Impact of weight loss on plasminogen activator inhibitor (PAI-1), factor VII, and other hemostatic factors in moderately overweight adults. Arterioscler. Thromb. 13:162–169.

71. **Swislocki A, Hoffman B, Reaven G.** 1989 Insulin resistance, glucose intolerance and hyperinsulinemia in patients with hypertension. Am J Hypertension. 2:419–423.

72. **Sampson M, Kong C, Patel A, Unwin R, Jacobs H.** 1996 Ambulatory blood pressure profiles and plasminogen activator inhibitor (PAI-1) activity in lean women with and without the polycystic ovary syndrome. Clin Endocrinol (Oxf). 45:623–629.

73. **Andersen P, Seljeflot I, Abdelnoor M, et al.** 1995 Increased insulin sensitivity and fibrinolytic capacity after dietary intervention in obese women with polycystic ovary syndrome. Metabolism. 44:611–616.

74. **Velazquez EM, Mendoza SG, Wang P, Glueck CJ.** 1997 Metformin therapy is associated with a decrease in plasma plasminogen activator inhibitor-1, lipoprotein (a), and immunoreactive insulin levels in patients with the polycystic ovary syndrome. Metabolism. 46:454–457.

75. **Alessi M, Juhan-Vague I, Kooistra T, DeClerck P, Collen D.** 1988 Insulin stimulates the synthesis of plasminogen activator inhibitor 1 by the human hepatocellular cell line HepG2. Thromb Haemost. 60:491–494.

Downloaded from https://academic.oup.com/jcem/article-abstract/82/7/2108/2865915 by guest on 21 December 2018