# EXHIBIT M

Clinics in Dermatology (2018) 36, 54–61



Clinics in
Dermatology

# Alopecia and the metabolic syndrome



Cheryl Lie, MBBS [a], Choon Fong Liew, MBBS, MRCP, FAMS [b],
Hazel H. Oon, MD, MRCP, FAMS [a],*

[a]National Skin Centre, Singapore
[b]Raffles Hospital, Diabetes and Endocrine Center, Singapore

**Abstract** Hair loss is a common condition that affects most people at some point in their lives. It can exist as an isolated problem or with other diseases and conditions. Androgenetic alopecia (AGA) and its association with the metabolic syndrome (MetS) have received increasing interest since 1972, when the first link between cardiovascular risk factors and hair loss was raised. We have reviewed studies concerning the relationship between alopecia and MetS. Many studies have investigated the relationship among AGA and MetS and its individual components, particularly in men, where a disproportionately large number of these studies supports this association. AGA has also been associated with other metabolic-related conditions, including coronary artery disease, polycystic ovary syndrome, and Cushing syndrome, as well as several nutritional deficiencies, all of which have led to many clinicians advocating for the screening of MetS and cardiovascular risk factors in patients who present with AGA.
© 2018 Elsevier Inc. All rights reserved.

## Introduction

Androgenetic alopecia (AGA) represents patterned hair loss primarily affecting scalp hair and is the most common form of hair loss in both men and women.[1] The classic male pattern of hair loss mostly involves the frontal, temple, and vertex areas of the scalp, leaving a rim of hair at the sides and rear of the head, colloquially referred to as the "Hippocratic wreath." The Hamilton-Norwood classification has been used to grade AGA in men.[1]

Female pattern hair loss presents with diffuse thinning of hair on the crown with sparing of the frontal hairline, although some women have hair loss in other patterns—frontal accentuation, Christmas tree pattern, or the male pattern. The diffuse pattern is graded by the Ludwig scale, the frontal accentuation pattern by the Olsen scale, and the male pattern by the Hamilton scale.[1]

The postulated underlying etiology leading to AGA is complex and multifactorial.[1,2] Male pattern hair loss appears to be a result of both androgen hyperactivity as well as genetic susceptibility.[1,2] The etiology of female pattern hair loss is more complex, being more poorly defined, and may involve further underlying processes—androgen activity and genetics are still the dominant players in its etiology.[3]

In AGA, the hair cycle sees two major changes: First, a decrease in the anagen phase (growth phase) of scalp hair, resulting in thinner and shorter hairs in a process called follicular miniaturization; second, an increase in the interval between the exogen phase (hair shedding) and anagen phase, which results in an increase in the number of "empty" hair follicles.[1]

The dominant role of androgens in the processes leading to AGA is well established—in particular, dihydrotestosterone (DHT).[4] The finding that AGA develops after puberty, when androgen production rises sharply, supports this. Furthermore, AGA is almost never found in castrated men.[5] DHT is a potent

* Corresponding author. Tel.: + 65 6253 4455.
*E-mail address:* hazeloon@nsc.com.sg (H.H. Oon).

https://doi.org/10.1016/j.clindermatol.2017.09.009
0738-081X/© 2018 Elsevier Inc. All rights reserved.

metabolite of testosterone and, compared with testosterone, has a several-fold greater affinity to androgen receptors.[6] The enzyme 5-α-reductase mediates the metabolism of testosterone to DHT.[6,7] There are two forms of the 5-α-reductase enzyme—type 1 and type 2; type 2 plays a more dominant role in AGA.[7] DHT subsequently binds to androgen receptors at the hair follicle dermal papilla, inhibiting adenyl cyclase and activating genes responsible for the transformation of large terminal follicles to smaller ones with a shortened anagen phase, causing follicular miniaturization[8–10] (Figure 1).

## Treatment

The Food and Drug Administration–approved therapeutic options include topical minoxidil 2% in women and 5% in men, oral finasteride (men), hair restoration surgery, and low-level light therapy.[11] Treatment options not approved by the Food and Drug Administration for men include oral dutasteride and, for women, cyproterone acetate, spironolactone, and topical estradiol.[11]

## Metabolic syndrome

### Definition

The metabolic syndrome (MetS) is a clustering of conditions that occur together and increase the risk of cardiovascular disease, stroke, and diabetes.[12–14] It is largely an effect of an underlying dysfunction of energy storage and utilization.[12–14] The definitions and criteria for MetS are constantly being reviewed and revised, and thresholds vary between the different criteria[15–18]; however, the key components of these criteria are ultimately the same, comprising insulin resistance, obesity, dyslipidemia, and hypertension.[15–18] Cardiovascular disease, stroke, and diabetes are well-established direct complications of the metabolic syndrome.[19]

## Pathophysiology

The underlying pathophysiology linking AGA and MetS has not been fully established; however, we have found that many studies have hypothesized that the excess of androgens underpins the underlying mechanism of these two conditions.[20,21] In AGA, androgens—DHT in particular—are the main players in its pathogenesis; DHT binds to androgen receptors on androgen-sensitive follicles and effects follicular miniaturizations.[4,8–10]

High serum androgen levels also increase the risk of developing hypertension via two postulated mechanisms. Androgen-mediated receptors are found in arterial wall endothelium as well—an increase in serum androgen causes the proliferation of smooth muscle cells in vessels, leading to hypertension.[22,23] The other mechanism concerns increased mineralocorticoid production; the binding of androgens to mineralocorticoid receptors further favors a rise in blood pressure and enhances peripheral sensitivity to androgens.[24]

Insulin resistance and excess insulin lower sex hormone-binding globulin, which leads to high levels of free testosterone and hence AGA.[20,21,25] Hyperinsulinemia causes an increase



**Fig 1**   *AR,* Androgen receptor; *DHT,* dihydrotestosterone; *FGF2,* fibroblast growth factor 2; *IL,* interleukin; *LPS,* lipopolysaccharide; *Shh,* sonic hedgehog; *TGF-B/BMP,* transforming growth factor β/bone morphogenic protein. Dihydrotestosterone and its role in the pathophysiology of androgenetic alopecia.



**Fig. 2**   Schematic representation of the androgen and hormonal crosstalk between androgenetic alopecia and metabolic disorders. *NO,* nitric oxide.

in local androgen production *de novo* from cholesterol and through increasing local conversion of testosterone to DHT.[26] The vascular effects of insulin resistance further contribute to this; vasoactive substances that are produced in insulin resistance cause endothelial dysfunction, leading to microcirculatory compromise, perifollicular vasoconstriction, and smooth muscle cell proliferation in the vascular wall.[27] These create microvascular insufficiency and tissue hypoxia at the follicular level and contribute to the miniaturization of hair follicles[27] (Figure 2).

### Androgenetic alopecia and MetS

AGA in itself has been reported to be associated with a number of diseases, including metabolic-related diseases such as MetS, coronary heart disease, insulin resistance, hypertension, dyslipidemia, and obesity, as well as non–metabolic-related diseases such as benign prostatic hyperplasia and prostatic cancer.[28–30] Of these conditions, there has been a greater interest in the association between AGA and metabolic-related diseases, which has led to a robust number of studies investigating their relationship in recent years.

Studies about the relationship between AGA and MetS reveal a disproportionately large number supporting a positive relationship compared with a negative relationship. Numerous reports, including case-control and cross-sectional studies,

have indicated a strong association between the two conditions across Asian and European populations.[31–36] A case-control study conducted in 80 Thai men found that patients with early-onset AGA had a 3.48-fold higher risk of MetS.[34] Another study compared two groups of men with and without AGA and found that 25% of patients in the AGA group had metS, compared with 10% in the non-AGA group; this difference was found to be statistically significant.[37] Of the components of MetS, high-density lipoprotein cholesterol was identified to be of particular importance.[31] Distinct guidelines have not been established for the detection and prevention of cardiovascular disease in patients with AGA, but these results have led to many authors to justify the recommendation of screening for MetS and cardiovascular risk factors in patients who present with AGA.[31,32,34,36]

Most of the studies have been conducted in male-only populations rather than in populations consisting of both genders. The number of studies on female-only populations is even smaller.[33,35,37,38] This skewed population could lead to the erroneous conclusion that the relationship between AGA and MetS is more significant in men and less so in women. We did, however, note that four studies suggested a nonsignificant relationship between the two conditions for men.[39–42] One of the four studies reported a significant association between AGA and MetS in women (odds ratio [OR] 1.68) but a nonsignificant association in men.[39]

## Androgenetic alopecia and cardiovascular risk factors and individual components of MetS

The association between AGA and cardiovascular disease was first observed in the 1970s with a report of a positive relationship between cardiovascular disease and hair loss.[43] MetS increases the risk of developing cardiovascular disease and diabetes, with studies finding that patients who were diagnosed with MetS had an increased risk of cardiovascular events within the subsequent 5 to 10 years.[44]

A review has revealed a number of studies investigating the relationship between AGA and cardiovascular risk factors. In these studies, individual components of MetS were investigated, and patients did not necessarily fulfill the criteria of MetS. Cardiovascular risk factors, such as obesity, dyslipidemia (OR 1.60), hyperinsulinemia (OR 1.97), insulin resistance (OR 4.88), and hypertension (OR 1.73), as well as coronary heart disease itself (OR 1.22), had a positive association with AGA.[32,33,35,36,45–47] Only two studies reported a negative association between insulin resistance and AGA.[43,48,49]

Studies involving patients diagnosed with coronary artery disease itself and AGA further support the significant relationship between AGA and coronary artery disease.[43,50] A study of 7126 patients of both genders revealed a significantly higher risk of mortality from heart disease (adjusted hazard ratio 2.97).[51] Two additional reports found a slightly higher relative risk estimate for myocardial infarction in baldness affecting the vertex (relative risk 1.4) than that for frontal baldness (relative risk 1.0).[50,52] There may be a dose-response relationship with the degree of baldness—the greater the degree of alopecia, the greater the risk of cardiovascular disease.[33,50]

Even though there are studies suggesting otherwise, it is difficult to ignore the disproportionately large number of studies supporting the positive relationship between AGA and MetS, especially in men. The components in MetS themselves are also contributory factors to the risk of developing cardiovascular events. Whether or not they fulfill the diagnosis of MetS, it remains an important consideration to screen patients who present with AGA for MetS and cardiovascular risk factors.

## Androgenetic alopecia and polycystic ovary syndrome

Polycystic ovary syndrome (PCOS) is a common endocrinologic disorder that is a result of hyperandrogenism and is compounded by genetic and environmental risk factors, including obesity. The 2003 Rotterdam criteria requires two of three clinical features to be met—oligomenorrhea or amenorrhea, clinical and/or biochemical signs of hyperandrogenism, and polycystic ovaries on ultrasound.[53,54] In PCOS the elevated levels of circulating androgens lead to AGA, irregular periods or amenorrhea, excess body and facial hair, acne, obesity, and infertility.[55,56] These patients are also at an increased risk of developing diabetes, heart disease, obstructive sleep apnea, and gynecologic malignancies.[57–59]

It has been found that PCOS is the most common endocrinological abnormality associated with female pattern hair loss.[60] Conversely, the prevalence of AGA in PCOS has been reported to be about 20-30%.[61,62,64] Hair follicles in different anatomic locations of the body have different responses and sensitivities to androgen; however, the range of responses of hair follicles to androgens is genetically intrinsic and depends on body site.[63] Testosterone has been implicated as the main culprit responsible for the association between AGA and PCOS. Two studies have also reported that women with PCOS have similar hormonal profiles as men with AGA, with a significantly increased amount of testosterone and decreased sex-hormone–binding globulin, emphasizing the role of testosterone in AGA and metabolic-related conditions.[20,21]

## Androgenetic alopecia and Cushing syndrome

Cushing syndrome is a collection of signs and symptoms caused by excessive cortisol levels in the blood. Excessive cortisol levels may be due to exogenous steroid intake or may be due to a tumor that either produces or results in the production of excessive cortisol. When the cause of excess cortisol is a pituitary adenoma, the diagnosis of Cushing disease can be made.

Cushing syndrome results in the development of a constellation of physical signs, commonly including centripetal obesity, violaceous striae, moonlike facies, acne, hirsutism, and fragile skin.[65–67] Other manifestations include hypertension, diabetes mellitus, menstrual disturbances in women, and proximal myopathy.[65–68]

The clinical features of Cushing syndrome appear to be signs and symptoms associated with hyperandrogenism. AGA is rarely the presenting symptom in patients with Cushing syndrome, but it is still a common complaint that is occurring with greater frequency.[69] A prospective study looking at the clinical features and hormonal profiles of 13 women diagnosed with Cushing syndrome found that all of the women studied had at least one symptom or sign of hyperandrogenism, five of whom had male-pattern alopecia.[70] Due vigilance should hence be practiced in evaluation for Cushing syndrome in patients who present with AGA alongside Cushingoid features.

## Androgenetic alopecia and other metabolic-related conditions

### Vitamin and nutrition deficiency

Many patients who present with hair loss often inquire about the role of diet and the use of supplements to enhance hair growth and prevent further hair loss. Although we have established the dominant role of androgens and genetics in AGA, hair growth may be affected by the vitamin and nutritional status, because hair follicles are highly metabolically active structures.[71]

Studies have reported the association between nutritional deficiencies and various forms of alopecia.[72,73] In a review looking at the effects of nutritional deficiency and hair loss (not limited to AGA alone), deficiencies in zinc, niacin (vitamin $B_3$), fatty acids, vitamin D, biotin, protein, and possibly selenium were found to be significant factors for hair loss.[71] Deficiencies in iron, copper, ferritin, magnesium, vitamin A, vitamin E, and folic acid were found to be nonsignificant in hair loss.[71]

The role of supplementation in patients is still unclear, especially in the absence of nutrient deficiency.[71] Despite this, patients suffering from hair loss still actively seek over-the-counter supplements in hope of reversing hair loss. Physicians should counsel their patients regarding this and be vigilant in watching for oversupplementation and even potential toxicity of such supplements in patients with hair loss and identified risk factors for nutrient deficiency. Laboratory screening may be indicated and nutrient deficiencies should still be corrected.

## Bariatric surgery

Clinical care for morbid obesity is less effective than surgical intervention in the form of bariatric surgery.[74] Bariatric surgery leads to significant weight loss and improvement in the lipid profile; yet, it may also pose a higher risk for nutritional deficiencies.[75,76] As such, does bariatric surgery cause or worsen hair loss, or does it lessen the degree of alopecia by mitigating the metabolic profile of these patients?

Hair loss, rather than reduced alopecia, appears to be the more common observation after bariatric surgery.[74] In the studies reporting alopecia after bariatric surgery, nutritional deficiency after surgery, in particular zinc and to a lesser extent iron, was positively correlated with hair loss; furthermore, the degree of compromise of nutritional status was also positively correlated to the severity of hair loss.[75,76]

There are currently no known studies investigating or reporting improvement in AGA due to an improvement of metabolic/hormonal profiles. The impact of bariatric surgery on hair loss appears to be largely nutrient related, especially in the first 6 to 12 months after bariatric surgery.

## Alcohol consumption and smoking

Controversial results have been previously reported regarding lifestyle factors and AGA.[77–79] Interestingly, smoking was found to be a significant factor contributing to AGA in a study of Asian men; cessation of smoking may prevent further progression of hair loss.[79] Another study also found that consumption of alcohol was associated with a significant increase in frontal and vertex AGA in men.[78] The evidence for environmental influences, such as alcohol and smoking, remains small and requires further studies, but it is still worthwhile to promote cessation of smoking and alcohol in these patients to prevent the development of conditions such as hypertension, obesity, and diabetes. This in turn would have a beneficial

effect on the metabolic syndrome as a whole; future studies would be needed to address this impact on AGA.

## Other forms of alopecia and MetS

### Alopecia areata

Alopecia areata (AA) is a form of hair loss that has an autoimmune etiology[80,82]; hence, most of its associated conditions are autoimmune related.[81,83,84,89] Well-established associated conditions include asthma, allergic rhinitis, atopy, thyroid disease, vitiligo, and type 1 diabetes mellitus.[81,83–90] Systemic lupus erythematosus, psoriasis, rheumatoid arthritis, celiac disease, and inflammatory bowel disease have also been found to be associated with AA in a few reports.[83,89,91,92]

The association of AA with MetS, compared with AGA, is evidently weaker. This is expectedly so in view of the differences in their underlying etiologies—autoimmunity in AA and endocrinologic in AGA. In patients with AA, the focus should be on the autoimmune aspects, rather than screening for metabolic-related conditions.

### Alopecia totalis and universalis

Alopecia totalis and alopecia universalis are more extensive and severe forms of alopecia areata. Alopecia totalis represents the loss of all scalp and facial hair and affects up to 5% of patients with autoimmune hair loss.[93,94] Alopecia universalis is the loss of all or nearly all hair on the entire body and affects less than 1% of patients with autoimmune hair loss.[93,94] Alopecia totalis and universalis are both autoimmune mediated and, similar to AA, are mostly associated with autoimmune conditions.

Alopecia universalis, in particular, appears to exist in a group of associated conditions. The association of alopecia universalis and autoimmune polyglandular syndrome has been reported multiple times.[95–100] There is also another study that reports the association of AA, alopecia universalis, thyroid disease, and MetS.[91] The number of reports for autoimmune associations compared with metabolic conditions is disproportionately large; just as in AA, it would be more worthwhile in looking out for autoimmune conditions rather than metabolic conditions.

## Conclusions

Among the various patterns of hair loss, AGA is most strongly associated with the metabolic syndrome and metabolic-related conditions, especially in male populations where supporting data are robust. The effect of androgen is a dominant player in the pathogenesis of the two and is the arguably the strongest link between their association. AA and its more severe forms are autoimmune based and hence do not

have a strong association with MetS. Although definitive guidelines have not been put in place for the screening of AGA patients for MetS as well as cardiovascular risk factors, it is still a worthwhile consideration that would contribute to a larger picture—the prevention of cardiovascular morbidity and mortality. Further studies should be considered in women to support this recommendation and to implement definitive screening guidelines.

## References

1. Blume-Peytavi U, Blumeyer A, Tosti A, et al. S1 guideline for diagnostic evaluation in androgenetic alopecia in men, women and adolescents. *Br J Dermatol.* 2011;164:5-15.

2. Heilmann S, Brockschmidt FF, Hillmer AM, et al. Evidence for a polygenic contribution to androgenetic alopecia. *Br J Dermatol.* 2013;169:927-930.

3. Redler S, Dobson K, Drichel D, et al. Investigation of six novel susceptibility loci for male androgenetic alopecia in women with female pattern hair loss. *J Dermatol Sci.* 2013;72:186-188.

4. Long-term (5-year) multinational experience with finasteride 1 mg in the treatment of men with androgenetic alopecia. *Eur J Dermatol.* 2002;12:38-49.

5. Hamilton JB. Patterned loss of hair in man; types and incidence. *Ann N Y Acad Sci.* 1951;53:708-728.

6. Kaufman KD. Androgens and alopecia. *Mol Cell Endocrinol.* 2002;198:89-95.

7. Imperato-McGinley J, Zhu YS. Androgens and male physiology the syndrome of 5alpha-reductase-2 deficiency. *Mol Cell Endocrinol.* 2002;198:51-59.

8. Hamada K, Randall VA. Inhibitory autocrine factors produced by the mesenchyme-derived hair follicle dermal papilla may be a key to male pattern baldness. *Br J Dermatol.* 2006;154:609-618.

9. Sawaya ME, Price VH. Different levels of 5alpha-reductase type I and II, aromatase, and androgen receptor in hair follicles of women and men with androgenetic alopecia. *J Invest Dermatol.* 1997;109:296-300.

10. Sawaya ME. Steroid chemistry and hormone controls during the hair follicle cycle. *Ann N Y Acad Sci.* 1991;642:376-383.

11. Blumeyer A, Tosti A, Messenger A, et al. Evidence-based (S3) guideline for the treatment of androgenetic alopecia in women and in men. *J Dtsch Dermatol Ges.* 2011;9(suppl 6):S1-57.

12. Reaven GM. Banting lecture 1988. Role of insulin resistance in human disease. *Diabetes.* 1988;37:1595-1607.

13. Defronzo RA, Ferrannini E. Insulin resistance. A multifaceted syndrome responsible for NIDDM, obesity, hypertension, dyslipidemia, and atherosclerotic cardiovascular disease. *Diabetes Care.* 1991;14:173-194.

14. Lindsay RS, Howard BV. Cardiovascular risk associated with the metabolic syndrome. *Curr Diab Rep.* 2004;4:63-68.

15. Alberti KG, Zimmet PZ. Definition, diagnosis and classification of diabetes mellitus and its complications. Part 1: Diagnosis and classification of diabetes mellitus provisional report of a WHO consultation. *Diabet Med.* 1998;15:539-553.

16. Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA.* 2001;285:2486-2497.

17. Grundy SM, Cleeman JI, Daniels SR, et al. Diagnosis and management of the metabolic syndrome: An American Heart Association/National Heart, Lung, and Blood Institute Scientific Statement. *Circulation.* 2005;112:2735-2752.

18. Alberti KG, Zimmet P, Shaw J. The metabolic syndrome—a new worldwide definition. *Lancet.* 2005;366:1059-1062.

19. Rao DP, Dai S, Lagacé C, et al. Metabolic syndrome and chronic disease. *Chronic Dis Inj Can.* 2014;34:36-45.

20. Sanke S, Chander R, Jain A, et al. A comparison of the hormonal profile of early androgenetic alopecia in men with the phenotypic equivalent of polycystic ovarian syndrome in women. *JAMA Dermatol.* 2016;152:986-991.

21. Stárka L, Hill M, Poláček V. Hormonal profile in men with premature androgenic alopecia. *Sb Lek.* 2000;101:17-22.

22. Fujimoto R, Morimoto I, Morita E, et al. Androgen receptors, 5 alpha-reductase activity and androgen-dependent proliferation of vascular smooth muscle cells. *J Steroid Biochem Mol Biol.* 1994;50:169-174.

23. Sheridan PJ, Mcgill HC, Aufdemorte TB, et al. Heart contains receptors for dihydrotestosterone but not testosterone: Possible role in the sex differential in coronary heart disease. *Anat Rec.* 1989;223:414-419.

24. Arias-Santiago S, Gutiérrez-Salmerón MT, Buendía-Eisman A, et al. Hypertension and aldosterone levels in women with early-onset androgenetic alopecia. *Br J Dermatol.* 2010;162:786-789.

25. Birkeland KI, Hanssen KF, Torjesen PA, et al. Level of sex hormone-binding globulin is positively correlated with insulin sensitivity in men with type 2 diabetes. *J Clin Endocrinol Metab.* 1993;76:275-278.

26. Horton R, Pasupuletti V, Antonipillai I. Androgen induction of steroid 5 alpha-reductase may be mediated via insulin-like growth factor-I. *Endocrinology.* 1993;133:447-451.

27. Matilainen V, Laakso M, Hirsso P, et al. Hair loss, insulin resistance, and heredity in middle-aged women. A population-based study. *J Cardiovasc Risk.* 2003;10:227-231.

28. Hawk E, Breslow RA, Graubard BI. Male pattern baldness and clinical prostate cancer in the epidemiologic follow-up of the first National Health and Nutrition Examination Survey. *Cancer Epidemiol Biomark Prev.* 2000;9:523-527.

29. Yassa M, Saliou M, De Rycke Y, et al. Male pattern baldness and the risk of prostate cancer. *Ann Oncol.* 2011;22:1824-1827.

30. Giles GG, Severi G, Sinclair R, et al. Androgenetic alopecia and prostate cancer: Findings from an Australian case-control study. *Cancer Epidemiol Biomark Prev.* 2002;11:549-553.

31. Su LH, Chen TH. Association of androgenetic alopecia with metabolic syndrome in men: A community-based survey. *Br J Dermatol.* 2010;163:371-377.

32. Bakry OA, Shoeib MA, El Shafiee MK, et al. Androgenetic alopecia, metabolic syndrome, and insulin resistance: Is there any association? A case-control study. *Indian Dermatol Online J.* 2014;5:276-281.

33. Trieu N, Eslick GD. Alopecia and its association with coronary heart disease and cardiovascular risk factors: A meta-analysis. *Int J Cardiol.* 2014;176:687-695.

34. Pengsalae N, Tanglertsampan C, Phichawong T, et al. Association of early-onset androgenetic alopecia and metabolic syndrome in Thai men: A case-control study. *J Med Assoc Thail.* 2013;96:947-951.

35. Arias-Santiago S, Gutiérrez-Salmerón MT, Castellote-Caballero L, et al. Androgenetic alopecia and cardiovascular risk factors in men and women: A comparative study. *J Am Acad Dermatol.* 2010;63:420-429.

36. Arias-Santiago S, Gutiérrez-Salmerón MT, Castellote-Caballero L, et al. Male androgenetic alopecia and cardiovascular risk factors: A case-control study. *Actas Dermosifiliogr.* 2010;101:248-256.

37. Acibucu F, Kayatas M, Candan F. The association of insulin resistance and metabolic syndrome in early androgenetic alopecia. *Singap Med J.* 2010;51:931-936.

38. El Sayed MH, Abdallah MA, Aly DG, et al. Association of metabolic syndrome with female pattern hair loss in women: A case-control study. *Int J Dermatol.* 2016;55:1131-1137.

39. Yi SM, Son SW, Lee KG, et al. Gender-specific association of androgenetic alopecia with metabolic syndrome in a middle-aged Korean population. *Br J Dermatol.* 2012;167:306-313.

40. Mumcuoglu C, Ekmekci TR, Ucak S. The investigation of insulin resistance and metabolic syndrome in male patients with early-onset androgenetic alopecia. *Eur J Dermatol.* 2011;21:79-82.

41. Ozbas Gok S, Akin Belli A, Dervis E. Is there really relationship between androgenetic alopecia and metabolic syndrome? *Dermatol Res Pract.* 2015;2015:980310.

42. Vayá A, Sarnago A, Ricart JM, et al. Inflammatory markers and Lp(a) levels as cardiovascular risk factors in androgenetic alopecia. *Clin Hemorheol Microcirc.* 2015;61:471-477.

43. Cotton SG, Nixon JM, Carpenter RG, et al. Factors discriminating men with coronary heart disease from healthy controls. *Br Heart J.* 1972;34:458-464.

44. Alberti KGMM, Eckel RH, Grundy SM, et al. Harmonizing the metabolic syndrome: A joint interim statement of the International Diabetes Federation Task Force on Epidemiology and Prevention; National Heart, Lung, and Blood Institute; American Heart Association; World Heart Federation; International Atherosclerosis Society; and International Association for the Study of Obesity. *Circulation.* 2009;120:1640-1645.

45. Hirsso P, Rajala U, Hiltunen L, et al. Obesity and low-grade inflammation among young Finnish men with early-onset alopecia. *Dermatology.* 2007;214:125-129.

46. Matilainen V, Koskela P, Keinänen-Kiukaanniemi S. Early androgenetic alopecia as a marker of insulin resistance. *Lancet.* 2000;356:1165-1166.

47. Ahouansou S, Le Toumelin P, Crickx B, et al. Association of androgenetic alopecia and hypertension. *Eur J Dermatol.* 2007;17:220-222.

48. Su LH, Chen LS, Lin SC, et al. Association of androgenetic alopecia with mortality from diabetes mellitus and heart disease. *JAMA Dermatol.* 2013;149:601-606.

49. Abdel Fattah NS, Darwish YW. Androgenetic alopecia and insulin resistance: Are they truly associated? *Int J Dermatol.* 2011;50:417-422.

50. Nabaie L, Kavand S, Robati RM, et al. Androgenic alopecia and insulin resistance: Are they really related? *Clin Exp Dermatol.* 2009;34:694-697.

51. Lesko SM, Rosenberg L, Shapiro S. A case-control study of baldness in relation to myocardial infarction in men. *JAMA.* 1993;269:998-1003.

52. Lotufo PA, Chae CU, Ajani UA, et al. Male pattern baldness and coronary heart disease: The Physicians' Health Study. *Arch Intern Med.* 2000;160:165-171.

53. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome. *Fertil Steril.* 2004;81:19-25.

54. Azziz R, Carmina E, Dewailly D, et al. The Androgen Excess and PCOS Society criteria for the polycystic ovary syndrome: The complete task force report. *Fertil Steril.* 2009;91:456-488.

55. Ehrmann DA, Barnes RB, Rosenfield RL. Polycystic ovary syndrome as a form of functional ovarian hyperandrogenism due to dysregulation of androgen secretion. *Endocr Rev.* 1995;16:322-353.

56. Jonard S, Dewailly D. The follicular excess in polycystic ovaries, due to intra-ovarian hyperandrogenism, may be the main culprit for the follicular arrest. *Hum Reprod Update.* 2004;10:107-117.

57. Apridonidze T, Essah PA, Iuorno MJ, et al. Prevalence and characteristics of the metabolic syndrome in women with polycystic ovary syndrome. *J Clin Endocrinol Metab.* 2005;90:1929-1935.

58. Vgontzas AN, Legro RS, Bixler EO, et al. Polycystic ovary syndrome is associated with obstructive sleep apnea and daytime sleepiness: Role of insulin resistance. *J Clin Endocrinol Metab.* 2001;86:517-520.

59. Gottschau M, Kjaer SK, Jensen A, et al. Risk of cancer among women with polycystic ovary syndrome: A Danish cohort study. *Gynecol Oncol.* 2015;136:99-103.

60. Herskovitz I, Tosti A. Female pattern hair loss. *Int J Endocrinol Metab.* 2013;11:e9860.

61. Keen MA, Shah IH, Sheikh G. Cutaneous manifestations of polycystic ovary syndrome: A cross-sectional clinical study. *Indian Dermatol Online J.* 2017;8:104-110.

62. Gowri BV, Chandravathi PL, Sindhu PS, et al. Correlation of skin changes with hormonal changes in polycystic ovarian syndrome: A cross-sectional study clinical study. *Indian J Dermatol.* 2015;60:419.

63. Alwaleedi SA. The involvement of androgens in human hair growth. *Am J Biomed Sci.* 2015;7:105-124.

64. Quinn M, Shinkai K, Pasch L, et al. Prevalence of androgenic alopecia in patients with polycystic ovary syndrome and characterization of associated clinical and biochemical features. *Fertil Steril.* 2014;101:1129-1134.

65. Ross EJ, Linch DC. Cushing's syndrome—killing disease: Discriminatory value of signs and symptoms aiding early diagnosis. *Lancet.* 1982;2:646-649.

66. Nieman LK, Biller BM, Findling JW, et al. The diagnosis of Cushing's syndrome: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab.* 2008;93:1526-1540.

67. Nieman LK. Cushing's syndrome: Update on signs, symptoms and biochemical screening. *Eur J Endocrinol.* 2015;173:M33-M38.

68. Mancini T, Kola B, Mantero F, et al. High cardiovascular risk in patients with Cushing's syndrome according to 1999 WHO/ISH guidelines. *Clin Endocrinol.* 2004;61:768-777.

69. Lefkowitz EG, Cossman JP, Fournier JB. A case report of Cushing's disease presenting as hair loss. *Case Rep Dermatol.* 2017;9:45-50.

70. Kaltsas GA, Korbonits M, Isidori AM, et al. How common are polycystic ovaries and the polycystic ovarian syndrome in women with Cushing's syndrome? *Clin Endocrinol.* 2000;53:493-500.

71. Guo EL, Katta R. Diet and hair loss: Effects of nutrient deficiency and supplement use. *Dermatol Pract Concept.* 2017;7:1-10.

72. Goldberg LJ, Lenzy Y. Nutrition and hair. *Clin Dermatol.* 2010;28:412-419.

73. Finner AM. Nutrition and hair: Deficiencies and supplements. *Dermatol Clin.* 2013;31:167-172.

74. Dos Santos TD, Burgos MG, De Lemos Mda C, et al. Clinical and nutritional aspects in obese women during the first year after Roux-en-Y gastric bypass. *Arq Bras Cir Dig.* 2015;28(suppl 1):56-60.

75. Ruiz-Tovar J, Oller I, Llavero C, et al. Hair loss in females after sleeve gastrectomy: Predictive value of serum zinc and iron levels. *Am Surg.* 2014;80:466-471.

76. Rojas P, Gosch M, Basfi-Fer K, et al. Alopecia in women with severe and morbid obesity who undergo bariatric surgery. *Nutr Hosp.* 2011;26:856-862.

77. Salman KE, Altunay IK, Kucukunal NA, et al. Frequency, severity and related factors of androgenetic alopecia in dermatology outpatient clinic: Hospital-based cross-sectional study in Turkey. *Anais Bras Dermatol.* 2017;92:35-40.

78. Severi G, Sinclair R, Hopper JL, et al. Androgenetic alopecia in men aged 40-69 years: Prevalence and risk factors. *Br J Dermatol.* 2003;149:1207-1213.

79. Su LH, Chen TH. Association of androgenetic alopecia with smoking and its prevalence among Asian men: A community-based survey. *Arch Dermatol.* 2007;143:1401-1406.

80. Madani S, Shapiro J. Alopecia areata update. *J Am Acad Dermatol.* 2000;42:549-566.

81. Finner AM. Alopecia areata: Clinical presentation, diagnosis, and unusual cases. *Dermatol Ther.* 2011;24:348-354.

82. Gilhar A, Paus R, Kalish RS. Lymphocytes, neuropeptides, and genes involved in alopecia areata. *J Clin Invest.* 2007;117:2019-2027.

83. Chu SY, Chen YJ, Tseng WC, et al. Comorbidity profiles among patients with alopecia areata: the importance of onset age, a nationwide population-based study. *J Am Acad Dermatol.* 2011;65:949-956.

84. Barahmani N, Schabath MB, Duvic M. History of atopy or autoimmunity increases risk of alopecia areata. *J Am Acad Dermatol.* 2009;61:581-591.

85. Wang SJ, Shohat T, Vadheim C, et al. Increased risk for type I (insulin-dependent) diabetes in relatives of patients with alopecia areata (AA). *Am J Med Genet.* 1994;51:234-239.

86. Du Vivier A, Munro DD. Alopecia areata, autoimmunity, and Down's syndrome. *Br Med J.* 1975;1:191-192.

87. Collins SM, Dominguez M, Ilmarinen T, et al. Dermatological manifestations of autoimmune polyendocrinopathy-candidiasis-ectodermal dystrophy syndrome. *Br J Dermatol.* 2006;154:1088-1093.

88. Kasumagić-Halilović E. Thyroid autoimmunity in patients with alopecia areata. *Acta Dermatovenerol Croat.* 2008;16:123-125.

89. Thomas EA, Kadyan RS. Alopecia areata and autoimmunity: A clinical study. *Indian J Dermatol.* 2008;53:70-74.

90. Harris JE. VIEWPOINT—Vitiligo and alopecia areata: Apples and oranges? *Exp Dermatol.* 2013;22:10.

91. Ishak RS, Piliang MP. Association between alopecia areata, psoriasis vulgaris, thyroid disease, and metabolic syndrome. *J Investig Dermatol Symp Proc.* 2013;16:S56-S57.

92. Corazza GR, Andreani ML, Venturo N, et al. Celiac disease and alopecia areata: Report of a new association. *Gastroenterology.* 1995;109: 1333-1337.

93. Brzezińska-Wcisło L, Lis A, Kamińska G, et al. Physiology and pathology of hair growth and loss on the human scalp. *Postep Derm Alergol.* 2003;20:260-266.

94. Brzezińska-Wcisło L, Wcisło-Dziadecka D, Meszyńska E, et al. New perspectives on the pathogenesis and treatment of hair disorders. *Post Nauk Med.* 2012;10:800-805.

95. Dave P, Bhosle D, Dharme M, et al. Autoimmune polyglandular syndrome type 2 with alopecia universalis and hypoparathyroidism. *J Assoc Physicians India.* 2015;63:74-76.

96. Sheehan MT, Islam R. Silent thyroiditis, isolated corticotropin deficiency, and alopecia universalis in a patient with ulcerative colitis and elevated levels of plasma factor VIII: An unusual case of autoimmune polyglandular syndrome type 3. *Endocr Pract.* 2009;15:138-142.

97. Sardesai VR, Agarwal TD, Salampuria SN. Alopecia universalis in polyglandular autoimmune syndrome type I. *Int J Trichology.* 2013;5: 164-165.

98. Hedstrand H, Perheentupa J, Ekwall O, et al. Antibodies against hair follicles are associated with alopecia totalis in autoimmune polyendocrine syndrome type I. *J Invest Dermatol.* 1999;113:1054-1058.

99. Garty BZ, Kauli R. Alopecia universalis in autoimmune polyglandular syndrome type I. *West J Med.* 1990;152:76-77.

100. Imam K, Abdullah M, Felicetta JV. Alopecia universalis as a feature of polyglandular autoimmunity type I. *West J Med.* 1988;149:338-341.