# EXHIBIT O
## Tillery Deposition Transcript Excerpts
## **(UNDER SEAL)**