UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A, C, and E To Its Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D., Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A, C, and E (Rec. Doc. 6146-1, 6146-3, 6146-5) UNDER SEAL.

New Orleans, Louisiana, this ___ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE