# EXHIBIT A

# APPENDIX A

Ellen G. Feigal, M.D.
March 2018

# CURRICULUM VITAE

Office Address and Phone

Ellen G. Feigal, M.D.
Partner, NDA Partners LLC
11806 Barranca Road
Santa Rosa Valley, CA  93012
Tel 602 653-6659
Feigal_ellen@msn.com

**EDUCATION:**

| | | | |
|---|---|---|---|
| 9/72-6/76 | Univ. of California, Irvine | B.S. | Biology |
| 7/76-8/77 | Univ. of California, Irvine | M.S. | Molecular Biology & Biochemistry |
| 9/77-6/81 | Univ. of California, Davis | M.D. | Medicine |
| 7/81-6/83 | Univ. of California, Davis Sacramento, CA | Resident | Internal Med. |
| 7/83-6/84 | Stanford University, Palo Alto, CA | Resident | Internal Med. |
| 1/85-12/87 | Univ. of California, San Francisco | Fellow | Hematology/ Oncology |

**LICENSES, CERTIFICATES:**

| | |
|---|---|
| 1982 | Medical License:  California  (G48446) |
| 1984 | Certified, American Board of Internal Medicine |
| 1989 | Certified, American Board of Oncology |
| 1989 | Board Eligible Hematology |
| 2006 | Medical License:  Arizona |

1

Ellen G. Feigal, M.D.
March 2018

## PRINCIPAL POSITIONS HELD:

| | | | |
|---|---|---|---|
| 1988-89 | Univ. of California, San Francisco | Instructor-in-Residence | Div. AIDS / Oncology Dept Medicine |
| 1989-91 | Univ. of California, San Diego | Assistant Professor | Div. Hematology/Oncology Dept Medicine |
| 1992-97 | National Cancer Institute | Senior Investigator | Cancer Therapy Evaluation Program |
| 1997- 2001 | National Cancer Institute | Deputy Director | Division of Cancer Treatment and Diagnosis |
| 2001- 2004 | National Cancer Institute | Acting Director | Division of Cancer Treatment and Diagnosis |
| 2004- 2007 | Translational Genomics Research Institute | Vice President Clinical Sciences Deputy Scientific Director | |
| 2005- 2008 | Arizona State University | Adjunct Professor | School of Life Sciences |
| 2005- 2008 | Univ. of Arizona | Research Professor | College of Medicine |
| 2005-2008 | Univ. of Arizona | Research Professor | Dept. Pharmacy Practice and Science, College of Pharmacy |
| 2006- 2007 | The Critical Path Institute, TGen supported sabbatical | Director of Medical Devices and Imaging | |
| 2006-2011 | Univ. of California, San Francisco | Adjunct Professor Director, American Course on Drug  Development and Regulatory Sciences | Dept of Bioengineering and Therapeutic Sciences Schools of Pharmacy and Medicine |
| 2007- 2008 | Insys Therapeutics Inc. | Chief Medical Officer | |
| 2008 -2011 | Amgen, Inc. | Executive Medical Director | Global Development |
| 2011- 2014 | California Institute for Regenerative Medicine | Senior Vice President (VP 1/11,promoted SVP 9/2011) | Research and Development |
| 2014 - | NDA Partners | Principal | Global strategy, Product Devt |
| 2015 - present | NDA Partners | Partner | |
| 2015 - present | Sandra Day O'Connor College of Law, ASU | Adjunct Professor | Research Ethics & Law; FDA Drug Law |

Ellen G. Feigal, M.D.
March 2018

## HONORS AND AWARDS:

| | |
|---|---|
| 1976 | Honors award for research in the biological sciences, University of California, Irvine |
| 1981 | American Medical Women's Association Achievement Award |
| 1992 | American Men and Women of Science |
| 1993 | Certificate of Merit, Research and Development Education Course |
| 1994 | NIH Merit Award – Leadership in Clinical Research in AIDS-malignancies |
| 1996 | Special Act and Service Award |
| 1997, 1998,1999, 2001, 2002, 2003 | Performance Awards |
| 1997 | Special Act and Service Award |
| 2000 | NIH Director's Award – Leadership in Developing Imaging Programs in Cancer Research |
| 2003 | NIH Merit Award – Leadership in Developing Public-Private Partnerships |
| 2004 | Recognition for vision, foresight, leadership in creating International Conference on Malignancies in AIDS and Other Immunodeficiencies |
| 2007 | First recipient of the newly created Transformational Leadership Award from the University of California, Davis School of Medicine |
| 2012 | Most Influential Bay Area Women Honoree |

## PROFESSIONAL ACTIVITIES

### Professional Memberships

| | |
|---|---|
| 1982 | American College of Physicians |
| 1986 | American Medical Association |
| 1988 | International AIDS Society |
| 1993-1997 | Chair, American Cancer Society, Maryland Division, Research Review Committee |
| 1994- present | American Society of Clinical Oncology |
| 1995- 2004 | International Association for the Study of Lung Cancer |
| 2004- present | American Association of Cancer Research |
| 2004- present | American Society of Hematology |
| 2004- 2008 | Scientific External Advisory Board, Multiple Myeloma Research Consortium |
| 2011- present | International Society for Stem Cell Research |
| 2014- present | International Women's Forum |
| 2016- present | American Society of Law, Medicine & Ethics |

3

Ellen G. Feigal, M.D.
March 2018

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2004- 06 | American Society of Clinical Oncology, Cancer Research Committee |
| 2006- 08 | American Society of Clinical Oncology, Cancer Education Committee |
| 2011- | Alliance for Regenerative Medicine (multi stakeholder advocacy organization in regenerative medicine), Science and Technology Committee; Regulatory Committee; Government Relations Committee |
| 2018- present | Board of Directors, Foundation for the Alliance for Regenerative Medicine |

## SERVICE TO COMMITTEES, STATE AND NATIONAL BOARDS

**Translational Genomics Institute Committees**

| | |
|---|---|
| 2004-2006 | Member: Science and Technology Committee |
| | Scientific Advisory Board, |
| | Translational Genomics Research Institute |
| 2004-2006 | Co-Chair: Grants Review Mentoring Committee |
| | Translational Genomics Research Institute and the University of Arizona |

**State Boards and Committees**

| | |
|---|---|
| 2004- 2007 | Member**,** Translational Research Project Advisory Committee, ADCRC-Flinn Foundation |
| 2004-2007 | Member, Collaborations with Special Populations, Work Group of the ADCRC – Flinn Foundation |
| 2004 - 2007 | Member, Streamlining IRB and HIPAA Processes, Work Group of the ADCRC – Flinn Foundation |
| 2004- 2007 | Member, Governor's Commission on Medical Education and Research |
| 2004-2007 | Chair and Founder, Arizona Statewide Translational Working Group |
| 2004- 2007 | Chair and Co-Founder, Commercializing Arizona Life Sciences |
| 2005-2006 | Chair, Phoenix Program Design Team, University of Arizona Medical School, Phoenix Track |
| 2005-2007 | Chair, Steering Committee for the Arizona Commission on Medical Education and Research |
| 2005-2007 | Co-Chair, Science and Technology Committee, Arizona Commission on Medical Education and Research |
| 2005-2007 | Member, Clinical Care Group, Arizona Commission on Medical Education and Research |
| 2005-2007 | Member, Academic Committee, Arizona Commission on Medical Education and Research |

4

Ellen G. Feigal, M.D.
March 2018

2005- 2008     Member, Arizona State University Technopolis Advisory Board

## NATIONAL ADVISORY ACTIVITIES

2004- 2008     Member, Scientific External Advisory Board, Multiple Myeloma Research
Consortium through 2008; in 2008, member of Technology Advisory Board of the
Multiple Myeloma Research Foundation

2005-2008     Member, National Advisory Board, The Critical Path Institute

2005-2006     Chair, Target/Compound Validation and Prioritization Working Group, Multiple
Myeloma Research Foundation

2011- 2014     External Council, NIH Center for Regenerative Medicine


## SERVICE TO PROFESSIONAL PUBLICATIONS

1989          Reviewer for: Circulation

1990 -91      Veterans Administration Grant Reviewer

1992 -        Ad Hoc Reviewer for:
J. of National Cancer Institute
Cancer
J. of Acquired Immune Deficiency
Annals of Oncology
Oncology
Cancer Research
J. of Clinical Oncology

1998- 2004    Editorial Board – Physician Desk Query of the National Cancer Institute

1999- 2004    Associate Editor – J. of National Cancer Institute

2006          Welcome Trust Grant reviewer


## INVITED PRESENTATIONS – NOT UPDATED SINCE 2013

## INTERNATIONAL

1997          US - Japan Conference in Head and Neck Cancer, Invited Presentations

1999          International Congress on Cancer, Paris, Plenary Speaker

2000          4th NCI-sponsored International AIDS Malignancy Conference, Bethesda,
Conference Chair, Opening Speaker

2001          EucoMed international trade association of device manufacturers, held in
conjunction with Global Harmonization Task Force on Devices, Barcelona, 2001
Speaker, deferred due to Sept. 11 events.

5

Ellen G. Feigal, M.D.
March 2018

| | |
|---|---|
| 2002 | 6th NCI-sponsored International Conference on Malignancies in AIDS and Other Immunodeficiencies, Bethesda, Chair, Opening Speaker |
| | International Network for Cancer Research, on Technology in Developing Countries, Brussels, Plenary Speaker |
| 2003 | 7th NCI-sponsored International Conference on Malignancies in AIDS and Other Immunodeficiencies, Bethesda, Chair, Opening Speaker |
| | 4th International Conference on Cancer in Africa, African Organization for Research and Treatment in Cancer, Ghana, Invited Speaker |
| 2004 | 8th International Conference on Malignancies in AIDS and Other Immunodeficiencies, Bethesda, Chair, Opening Speaker |
| | Imaging in Oncology, RadPharm and Perceptive Informatics  London, Invited Plenary Speaker |
| 2005 | University of Beijing sponsored workshop for regulatory scientists at newly formed FDA in China, 2005 Plenary speaker presenting several invited talks |
| | Medicines and Healthcare Products Regulatory Agency Conference, United Kingdom, Invited Speaker |
| 2006 | American Course on Pharmaceutical Medicine, 15th Anniversary Symposium of European Center of Pharmaceutical Medicine ECPM, Basel, Invited Speaker |
| | International Conference on Rare Diseases and Orphan Drugs, and European Platform for Patients' Organizations, Science, and Industry  7th EPPOSI Workshop: Partnering for Rare Disease Therapy Development, Madrid, Session Co-Chair |
| 2011 | Association of Clinical Research Professionals Global Conference, Seattle WA, Invited Speaker |
| | BIO International, Washington DC, Invited Speaker and Panelist |
| | World Stem Cell Summit, Pasadena CA, Invited Speaker and chair of 2 sessions |
| 2012 | International Society for Cellular Therapy, Seattle WA, Invited Speaker and Panelist in 2 Sessions |
| | Alliance for Regenerative Medicine at BIO Boston MA, Invited Speaker and Chair |
| 2013 | NIH int'l workshop on Building Towards a Standard for MSCs, Bethesda, MD, Invited Participant |
| | BIO International Convention, Chicago, IL, Invited Speaker and Panelist |
| | 10th Annual World Congress of Society for Brain Mapping and Therapeutics, Baltimore, MD, Invited Speaker and Panelist |

6

Ellen G. Feigal, M.D.
March 2018

CIRM led international regulatory workshop co-sponsored with UKMHRA, Medical Research Council, UK Economic and Social Research Council, Catapult, Canadian Center for Commercialization of Regenerative Medicine, and Alliance for Regenerative Medicine on pathways for developing stem cell based therapies  Bethesda, MD, Chair and Speaker

National Academy of Sciences/Institute of Medicine/International Society for Stem Cell Research workshop on stem cell therapies and unregulated clinical offerings, Washington, DC,  Invited Member of Planning Committee, Chair, Speaker and Panelist

World Stem Cell Summit, San Diego, CA Invited Chair, Speaker and Panelist 2 Sessions

## NATIONAL

1997  American Association for Cancer Research,  Meet the Professor

1st NCI-sponsored National AIDS Malignancy Conference,  Chair, Opening Speaker

American Society of Clinical Oncology,  Plenary Session Talk

American Society of Clinical Oncology/American Association of Cancer Research Clinical Trial

Methods Workshop,  Faculty and Lecturer

ALCASE Lung Cancer Meeting,  Chair, Clinical Trials Session

Malignancy Symposium, Institute of Human Virology Meeting,  Chair of Session

1998  AIDS Malignancy Symposium, National Retroviral Meeting,  Chair, Plenary Speaker

American Society of Clinical Oncology,  Chair, Plenary Speaker

2nd NCI-sponsored National AIDS Malignancy Conference,  Chair

1999  American Association of Cancer Research,  Plenary Speaker, Meet the Expert Session

*In Vivo* Quantitative Functional Imaging Workshop, sponsored by NCI and Office of Women's Health,  Opening Speaker

Head and Neck Cancer Priority Setting Workshop, sponsored by NCI, NIDCR, and NIDCD, Opening Speaker

3rd NCI-sponsored National AIDS Malignancy Conference,  Chair, Opening Speaker

7

Ellen G. Feigal, M.D.
March 2018

HIV Collaborator's Conference,  Chair

NCI-Industry Forum and Workshop on Biomedical Imaging in Oncology,  Chair, Opening Speaker

2001    2nd National Forum and Workshop on Biomedical Imaging in Oncology, Chair, Opening Speaker

American Association of Cancer Research,  Plenary Speaker, Meet the Expert Session

5th NCI-sponsored International AIDS Malignancy Conference,  Chair, Opening Speaker

48th Annual Meeting of Society of Nuclear Medicine,  Invited Speaker

American College of Radiology Imaging Network Meeting,  Invited Speaker

Creative Concepts Conference on Molecular Targets for Imaging and Therapy, Invited Speaker

NCI Imaging Archives Workshop,  Invited Speaker

NCI's Breast Cancer Surveillance Consortium, Invited Speaker

Radiation Research Program's Young Investigator's Workshop,  Opening Speaker

Council on Radionuclides and Radiopharmaceuticals,  Invited Speaker

Medical Imaging Contrast Agent Association,  Invited Speaker

National Cancer Legislation Advisory Committee,  Speaker

Medicare Coverage Advisory Council,  Expert Consultant in its Evaluation of FDG-PET

Neuroimaging Consortium,  Invited Speaker

Cancer Center Imaging Cores,  Invited Speaker

Molecular Imaging – Industry workshop,  Invited Speaker

NCI-National Institute of Dental and Craniofacial Research-National Institute of Deafness and Communication Disorders Head and Neck cancer workshop, Invited Speaker

Interview, Katie Couric on Today Show re: Clinical Trials and Colon Cancer,

2002    Screening for Lung Cancer, Blue Cross Blue Shield National Council Meeting, Invited Speaker

Integrating Research on Tobacco in Lung Cancer Screening Trials, at American Legacy Foundation,  Invited Speaker

3rd National Forum on Biomedical Imaging in Oncology,  Chair, Opening Speaker

8

Ellen G. Feigal, M.D.
March 2018

23rd Annual High Country Nuclear Medicine Meeting on Radiopharmaceuticals in the Battle Against Cancer and Other Diseases,  Invited Speaker

Association of Community Cancer Centers,  Invited Speaker

American College of Radiology Imaging Network,  Invited Speaker

NCI Program for the Assessment of Clinical Cancer Tests,  Invited Speaker

Her-2 Neu Conference, sponsored by NCI, National Institute of Standards and Technology,  Invited Speaker

Society of Gynecologic Oncology,  Invited Speaker

American Association of Health Plans/ECRI,  Plenary Speaker

NCI Cancer Imaging Informatics Workshop, NCI,  Invited Speaker

2003    4th National Forum on Biomedical Imaging in Oncology,  Chair, Opening Speaker

American Association for Cancer Research  NCI Listens Program,  Invited Panelist

Antioxidants in Cancer, NCI Conference,  Invited Speaker

AIDS Malignancies, NCI Scientific Workshop,  Opening Speaker

NCI Director's Consumer Liaison Group,  Invited Speaker

Integrating Imaging into Oncology Clinical Trials, Center for Business Intelligence,  Invited Keynote Speaker

Health Disparities, NCI Symposium,  Invited Speaker

2004    5th National Forum on Biomedical Imaging in Oncology, sponsors NCI, FDA, CMS and NEMA ,  Chair, Opening Speaker

95th Annual Meeting of the American Association for Cancer Research sponsor AACR,  Invited Panelist

2005    American Association of Cancer Research-sponsored Oncogenomics Conference, Chair, educational session and speaker

NCI-sponsored Childhood Cancer Targeted Therapeutics Workshop,   Panel Chair and Speaker

2006    Accelerating Anticancer Agent Development and Validation Workshop sponsored by Duke Comprehensive Cancer Center, U.S. Food and Drug Administration , American Association for Cancer Research, American Society of Clinical Oncology and National Cancer Institute, NIH, Bethesda, MD,   Invited Faculty Speaker

Institute of Medicine Biomarkers meeting, Washington, DC,  Invited Speaker

2007    American Association of Cancer Research-sponsored Oncogenomics Conference, Invited Plenary Speaker

9

Ellen G. Feigal, M.D.
March 2018

American Society of Clinical Oncology annual meeting, Invited Plenary Speaker

2008    American Conference on Pharmacometrics, invited Plenary Speaker

12th Annual International Symposium on Palliative Medicine,  Invited Speaker

American Society of Clinical Oncology annual meeting,  INvited Speaker and Panelist

2009    Second Annual Congress on Early Access Programs,  Invited Co-chair of Conference, Speaker

2010    Third Early Access Programs Conference,  Invited Speaker, Panelist

American Society of Clinical Oncology annual meeting,  Invited Speaker on educational learning module for ASCO University Website, as part of a panel including the FDA, Industry, Physician, and Patient Advocate perspectives

American College of Clinical Pharmacology annual meeting,  invited chair of symposium, speaker

2011    Translational Regenerative Medicine Forum,  Invited Speaker and Panelist

HIV Cure Related Clinical Research Workshop, sponsored by AIDS Policy Project, AMFAR, Project Inform and Treatment Action Group,  Invited Speaker and Panelist

Dartmouth-FDA Workshop,  Invited Speaker

NIH Gene Therapy Conference,  Invited Speaker

FDA-CIRM Roundtable,  Chair and Speaker

2012    Institute of Medicine workshop on Maximizing the Goals of the Cures Acceleration Network to Accelerate the Development of New Drugs and Diagnostics,  Invited Speaker and Panelist

NIH sponsored Imaging in 2020,  Invited Speaker and chair

FDA-CIRM Roundtable,  Chair and Speaker

2013    Joint National Eye Institute/NIH Center for Regenerative Medicine meeting Working Towards a cell-based IND,  Session Chair

Joint National Center for Advancing Translational Sciences/Nat'l Institute of Environmental Health Sciences/NIH Center for Regenerative Medicine conference on Interactions with Industry,  Invited Speaker and Panelist

4th Annual NYU Innovations in Health Care Symposium,  Invited Speaker, Panelist, Chair

Institute of Medicine National Cancer Policy Summit,  Invited Speaker and Panelist

Congress of Neurosurgeons Symposium,  Invited Speaker and Panelist

10

Ellen G. Feigal, M.D.
March 2018

## REGIONAL AND OTHER INVITED PRESENTATIONS

1997 Lymphoma: Expert Advisory Panel to Sanofi Pharmaceuticals, Invited Speaker

   Lung Cancer: Expert Advisory Panel to Upjohn Pharmaceuticals, Invited Speaker

   Head and Neck Cancer: Expert Advisory Panel to Rhone Poulenc Rorer, Invited Speaker

   Alabama Congress of Oncology Society Meeting, opening Speaker

2001 NCI's Cancer Control Academy, Invited Speaker

   NCI Training Meeting for New Program Directors, Invited Speaker

2002 Northeastern University Conference on NCI: Current Status and Future Directions – consortium of 15 institutions organized by Senator Edward Kennedy to hear government agency directions for research, Invited Speaker

   Ohio University, arranged by Senators Obey and Regula to hear government agency directions for research on NCI: Role of Clinical Trials in Moving the Research Agenda Forward into Patient Care, Invited Speaker

2003 Stanford University, Guest Lecturer

   University of Texas San Antonio, Guest Lecturer

   Cold Spring Harbor, Invited Speaker

   Clinical Development of Oncologic Agents: Challenging the Tradition, Georgetown University, Invited Speaker

   NIH Senior Research Fellows Symposia, Plenary Speaker

2004 Genomics, the New Hope for Cancer Care, Health R evolution: Healthcare -> Fast Forward…including the Impact of Genomics, sponsor Central Florida Health Care Coalition Orlando, Florida, Invited Plenary Speaker

   25th High Country Nuclear Medicine Conference Vail, Colorado, 2004 Invited Plenary Talks

   Medical Imaging in Oncology Clinical Trials, sponsor Center for Business Intelligence San Diego, California, Invited Plenary Speaker

   Fifth Annual Nanotechnology and BioMEMS World Conference, sponsor Cambridge Healthtech Institute Washington, D.C., Invited  Keynote talk

11

Ellen G. Feigal, M.D.
March 2018

Banner Estrella Medical Center , Phoenix, AZ, Invited Speaker

Medical Intersections Roundtable, Phoenix, AZ, "Medical Intersections on Arizona's Bioscience Roadmap – Moving genomics research to 'standard-of-care'", Invited Speaker

Desert Mountain States Chapter of The Leukemia & Lymphoma Society, Phoenix, AZ, Invited  Keynote Speaker

TechConnect-CEO Roundtable, "Workforce Development", Phoenix, AZ, Invited Speaker

"The New World" Symposium, Phoenix, AZ, Invited Speaker

BioDiscovery Expo, Invited Speaker

Texas Children's Cancer Center Research Conference, Houston, TX, Invited Guest Speaker for two Talks

2005    IBM Healthcare Conference, Portland, OR, Invited Plenary Speaker

Commercializing Arizona Life Sciences Forum, Tempe, AZ, Chair and opening Speaker

Southern Arizona VA Health Care System Research Forum, Tucson, AZ, Invited Keynote Speaker

Forming Effective Collaborations for Development in Downtown Phoenix That Affect the Entire Region, City of Phoenix Planning Department Continuous Learning Institute Series, Phoenix, AZ, Invited panelist

Arizona Society of Pathologists Spring Meeting, Sedona, AZ, Invited Plenary Speaker

"Moving Genomics into the Clinic", GOT Summit, Boston, MA, Invited Plenary Speaker

Western Association of Food and Drug Officials Educational Conference Lecture Session, Scottsdale, AZ, Invited Plenary Speaker

Virus, Vector and Vaccine Body Positive Conference, AZ Invited  Keynote Speaker

Integrated Biosystems Workshop sponsored by Arizona Biodesign Institute, co-chair and Speaker

Faculty Development Seminar for new Arizona State University faculty, Invited Speaker

TGen / Banner / City of Hope Comprehensive Cancer Center Planning Summit, Phoenix, AZ, Invited Speaker

University of California at Irvine's Carcinogenesis/Chemoprevention/Population Sciences Retreat, Irvine, CA, Invited Speaker and advisor

Ellen G. Feigal, M.D.
March 2018

2006        Keck Graduate Institute Conference, Invited Plenary Speaker

Second Annual Commercializing Arizona Life Sciences Forum, Phoenix, AZ, Chair and Opening Speaker

"Personalized Medicine - How Close are We?/Western style: from Genes to Jeans", VISN 18 Research Forum, Phoenix Veterans Administration Medical Center, Phoenix, AZ, InviteD Panelist

Virginia G. Piper Cancer Center, Scottsdale, AZ, Invited Speaker

Translational Research Capacity, HIPAA and IRBs, 6th Biosciences Leadership Symposium, Flinn Foundation, Phoenix, AZ, InvitEd Panelist

"Accelerating Medical Product Innovation, Beyond Genome 2006", Cambridge Healthtech International, San Francisco, CA, Invited Plenary Speaker

ASU MacroTechnology Works/MicroElectronics Packaging and Test Engineering Council MEPTEC conference on Medical Electronics – Integrating Technologies, Phoenix, AZ, Invited Plenary Speaker

Biomedical Imaging Research Lecture Series, Thayer School of Engineering, Dartmouth, Visiting Professor

Adrenocortical Cancer Symposium, Phoenix, AZ, Invited Speaker

CHI/Ontario Genomics Institute conference on Innovation and Reform in Clinical Trials, Invited Speaker

"Cancer Biomarkers on the Critical Path to Better Treatments", Bay City Capital CEO Conference, Phoenix, AZ, Invited Plenary Speaker and Panelist

Drug Discovery and Development Summit: Critical Paths and Approaches for Successful Drug Development; Phoenix, AZ, Invited  Keynote Speaker

Lewis Sheiner Symposium, Washington, D.C., Invited Speaker

Kennedy and Gallagher Law Firm, Phoenix, AZ., Invited  Keynote Speaker

2007        Drug Development Summit Conference, Phoenix, AZ., Invited  Keynote Speaker

AZ Bioindustry Association Phoenix, AZ., Invited  Keynote Speaker

Imaging Response Assessment Technology, annual workshop, Phoenix, AZ., Invited Plenary Speaker

Award ceremony and speech, 1st recipient of Transformational Leadership Award, UC Davis School of Medicine, Davis, CA.,

2010        West Coast Forum on Early Access Programs, San Francisco, CA Invited chair of Conference, Speaker

2011        City of Hope Stem Cell Symposium, Duarte, CA Invited  Keynote Speaker

CIRM Grantee meeting San Francisco, CA Invited chair, Speaker 2 Sessions

13

Ellen G. Feigal, M.D.
March 2018

2012    CIRM Bridges meeting, San Francisco, CA, Invited Speaker and Panelist

ITRC Inaugural Meeting and Symposium at City of Hope, Duarte, CA, Invited Speaker and Panelist

Buck Symposium: Stem Cell Research and Aging, Novato, CA, Invited Speaker

Genomics Institute of the Novartis Research Foundation , San Diego, CA, Invited Seminar Speaker

Bay Area Science Festival, Burlingame High School, Invited Speaker

Stem Cell Meeting on the Mesa, La Jolla, CA, Invited Speaker and Panelist

UK House of Lords visit, San Francisco, CA, Invited Speaker and Panelist

2013    CIRM Grantee meeting San Francisco, CA, Invited chair, Speaker 1 session, opening remarks

Parkinson's Disease Workshop, sponsored by CIRM Invited Speaker

CellTech Conference, San Diego, CA, Invited  Keynote Speaker

San Diego-CIRM ALS Stem Cell Therapy Consensus Conference, San Diego, CA, Invited Speaker

Orange County Summit on Regenerative Medicine, Orange County, CA, Invited Keynote Speaker

UC Irvine Annual Retreat Medical Scientist Training Program Invited  Keynote Speaker


**TEACHING**


**American Course on Drug Development and Regulatory Sciences (ACDRS)  Washington, DC and San Francisco, CA**
Dr. Feigal developed and directed the ACDRS.  The curriculum is taught over 2 years, with 6 sessions, each 4 full days in length in Washington, DC, and a separate, parallel Course in San Francisco, CA.  The ACDRS background, educational objectives, content and faculty are on http://bts.ucsf.edu/acdrs
The ACDRS non-profit Course was launched in 2007 by the University of California, San Francisco, working collaboratively with the FDA, Industry, the European Center of Pharmaceutical Medicine at the University of Basel, several universities and professional societies to address the training gaps in product discovery and development as well as the opportunities and challenges posed by the scientific, regulatory and healthcare environment.

-    September 10-13, 2007 - May 11-14, 2009 Washington, DC  Examination and Graduation of 60
-    September 2009 – May 2011 Washington, DC  Examination and anticipated Graduation of 61
-    October 20-23, 2008 – June 14-17, 2010 San Francisco, CA  Examination and Graduation of 45
-    October 2010 – June 2012  San Francisco, CA

At each session, Dr. Feigal opened the session, set the context, summarized key highlights, and

14

Ellen G. Feigal, M.D.
March 2018

was a case study mentor
Session 1  Pharmaceutical Development Enterprise:  Current and Future perspectives
Session 2  Learning Trials:  From Discovery to First in Human
Session 3  Learning and Confirming Trials: Finding and Confirming the Right Dose
Session 4  Confirming Trials:  Methodology and Biostatistics
Session 5  Global Registration and Approval Process
Session 6  Integrated Product Development and Project Management and Final Exam

## RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AWARDS AND GRANTS (prior to NIH position)

| | |
|---|---|
| 1/87- 12/89 | American Cancer Society Physician's Research Training Award |
| 2/88- 1/89 | Principal Investigator, AIDS Clinical Research Center Grant, HTLV-I Infection: Seroprevalence in HIV Risk Groups, Immunologic Effects With and Without HIV Infection |
| 7/88-6/90 | Principal Investigator, Universitywide Task Force on AIDS Grant, AIDS Lymphoma:  Regulation of Cell Proliferation |
| 7/88-6/93 | Co-Investigator, NIH, CA 45614  Epidemiology of Non-Hodgkin's Lymphomas with Viral Testing |
| 1990 -92 | Principal Investigator, Universitywide Task Force on AIDS Grant, Pathogenesis of AIDS Lymphomas |
| 7/91-6/94 | Principal Investigator, NIH, R01 CA 55513-01  Novel Therapeutic Approaches in HIV-Associated Lymphoma |

## PUBLICATIONS:

1. Feigal, E. "Temperature-sensitive Mutations in Bacteriophage Lambda." *UC Irvine Student Research Journal* 1976.

2. Feigal E, Nunn W. Energy Charge Relationships in Phospholipid Synthesis of E. Coli, Master's degree project 1977.

3. Feigal EG, Lekas P, Beckstead JH, Reyes G, Kaplan L, McGrath MS. Evidence for Coinfection with HTLV-I and HIV in AIDS Risk Group Patients with High-Grade Non-Hodgkin's Lymphoma.  UCLA Symposia on Molecular and Cellular Biology, Vol 71 in *Human Retroviruses*, *Cancer, and AIDS;  Approaches to Prevention and Therapy*,1988 p.213- 228.

4. Kaplan LD, Abrams DI, Feigal EG, McGrath MS, Ziegler J, Volberding PA.  AIDS Associated Non-Hodgkin's Lymphoma in San Francisco. *JAMA* 1989; 261:719-724.

15

Ellen G. Feigal, M.D.
March 2018

5.  Meeker T,  Shiramizu B, Kaplan L, Herndier B, Sancez H, Grimaldi J, Baumgartner J, Rachlin J, Feigal EG, Rosenblum M, McGrath M.  Evidence for molecular subtypes of HIV associated lymphoma: Division into peripheral monoclonal lymphoma, peripheral polyclonal lymphoma and central nervous system lymphoma.  *AIDS* 1991; 5:669-674.

6.  Feigal EG,  Murphy E, Vranizan K, Bacchetti P, Chaisson R, Drummond J, Blattner WA, McGrath MS, Greenspan JS, Moss A.   HTLV-I/II in Intravenous Drug Users in San Francisco: Risk Factors for seropositivity.  *Journal of Infectious Disease.* 1991; *164:36-42.*

7.  Aboulafia EM, Feigal E, Vranizan K, Bennet C, Blattner W, Moss A, Slamon D.  Human T Cell Leukemia Virus (HTLV-I/II) Serodiagnostic Testing:  Disparate Results among a Cohort of Intravenous Drug Users.  *AIDS Research and Human Retroviruses* 1993; 9:1043-1050.

8.  Cheson BD, Feigal EG.  Clinical Trials:  AIDS-Related non-Hodgkin's Lymphomas, *Oncology*, 1993; 7(4):37-38.

9.  Cheson BD, Feigal EG.  Clinical Trials:  Small-Cell Lung Cancer, *Oncology*, 1993; 7 (10): 43-47.

10.  Cheson BD, Feigal EG.  Clinical Trials:  Extensive Stage Small Cell Lung Cancer, *Oncology*, 1993; 7(11):60-67.

11.  Feigal EG, Christian M, Cheson B, Grever M, Friedman MA.  New Chemotherapeutic agents in non-small cell lung cancer, *Seminars in Oncology*, 1993; 20: 185-201.

12.  Pluda JM, Feigal E, Yarchoan R, Parkinson DR.  Non-cytotoxic therapeutic approaches to the treatment of HIV-associated Kaposi's sarcoma, *Oncology*, 1993;7(12): 25-33.

13.  Trimble EL, Ungerleider RS, Abrams JA, Kaplan RS, Feigal EG, Smith MA, Carter CL, Friedman M.  Neoadjuvant Therapy, *Cancer*, 1993; 72:3515-24.

14.  Ng VL, Hurt MH, Fein CL, Khayam-Bashi F, Marsh J, Nunes WM, McPhaul LW, Feigal EG, Nelson P, Herndier BG, Shiramizu B, Reyes GR, Fry KE, McGrath MS.  IgMs produced by 2 AIDS Lymphoma Cell Lines:  Immunoglobulin binding specificity and VH  gene putative somatic mutation analysis, *Blood,* 1994; 83:1067-78.

15.  Feigal E.  New Chemotherapeutic Agents in Lung Cancer, *Cancer Control, 1994;1:474-84.*

16.  Feigal E.  Commentary on Common Cancers in HIV infection, *Oncology,* 1994; 8: 68-70.

17.  Chen T, Feigal E.  Commentary on Inclusion of Comorbidity in a Staging System for Head and Neck Cancer.  *Oncology* 1995; 9: 846-48.

16

Ellen G. Feigal, M.D.
March 2018

18. Saville MW, Lietzau J, Pluda J, Feuerstein I, Odom J, Wilson W, Humphrey R, Feigal E, Steinberg S, Broder S, Yarchoan R.  Treatment of HIV-associated Kaposi's sarcoma with paclitaxel  *Lancet* 1995; 346: 26-28.

19. Bessudo A, Cherepakhin V, Johnson T, Rassenti L, Feigal E, Kipps T. Favored use of immunoglobulin VH4 genes in AIDS-associated B cell lymphoma. *Blood* 1996; 88: 252-60.

20. Feigal EG, Phillips PH, Cheson BD. Clinical Trials in AIDS-Related Malignancies. *Oncology* 1997; 11: 337-41.

21. Feigal EG, Cheson BD, Nelson AP. Clinical trials referral resource.  Clinical trials in lung cancer. *Oncology (Huntingt).* 1997 Nov;11(11):1686, 1688, 1691, 1694.

22. Feigal EG. Proceedings from the First National AIDS Malignancy Conference, *J Natl Cancer Inst.*  1998.

23. Feigal EG.  AIDS Malignancies: Research Perspectives, 1998 *Biochimica et Biophysica Acta.*

24. Bessudo A, Rasenti L, Havlir D, Richman D, Feigal E, Kipps TJ. Aberrant and unstable expression of immunoglobulin genes in persons infected with human immunodeficiency virus.  *Blood.* 1998 Aug 15;92(4):1317-23.

25. Little RF, Pluda JM, Feigal E, Yarchoan R. The challenge of designing clinical trials for AIDS-related Kaposi's sarcoma. *Oncology (Huntingt).* 1998 Jun;12(6):871-7,881-3; discussion 883-4.

26. Welles L, Saville MW, Lietzau J, Pluda JM, Wyvill, KM, Feuerstein I, Figg WD, Lush R, Odom J, Wilson WH, Fajardo MT, Humphrey RW, Feigal E, Tuck D, Steinberg SM, Broder S, Yarchoan R. Phase II trial with dose titration of paclitaxel for the therapy of human immunodeficiency virus-associated Kaposi's sarcoma. *J Clin Oncol.* 1998 Mar;16(3):1112-2.

27. Chute JP, Chen T, Feigal E, Simon R, Johnson BE.  Twenty Years of phase III trials for patients with extensive-stage small-cell lung cancer:  perceptible progress, *J Clin Oncol.*1999;17:1794-801.

28. Feigal EG. Proceedings from the Second National AIDS Malignancy Conference,  *Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology.* 1999.

29. Sausville EA, Feigal E. Evolving approaches to cancer drug discovery and development at the National Cancer Institute, USA. *Ann Oncol.* 1999; 10:1287-91.

30. Feigal EG, Karp J. Proceedings from the third National AIDS Malignancy Conference, and the International Symposium on HIV, Leukemia, and Opportunistic Cancers *J Natl Cancer Inst.* 2000.

Ellen G. Feigal, M.D.
March 2018

31. Chen TT, Chute JP, Feigal E, Johnson BE, Simon R.  A model to select chemotherapy regimens for phase III trials for extensive-stage small-cell lung cancer.  *J Natl Cancer Inst.* 2000; 92: 1601-7.

32. Little RF, Wyvill KM, Pluda JM, Welles L, Marshall V, Figg WD, Newcomb FM, Tosato G, Feigal E, Steinberg SM, Whitby D, Goedert JJ, and Yarchoan R. Activity of thalidomide in AIDS-related Kaposi's sarcoma.  *J Clin Oncol,* 2000; 18: 2593-602.

33. Feigal EG.  AIDS malignancy clinical research: resources of the National Cancer Institute. *Cancer Treat Res,* 2001; 104:367-72.

34. Howe HL, Wingo PA, THun MJ, Ries LA, Rosenberg HM, Feigal EG, Edwards BK.  Annual report to the nation on the status of cancer (1973-1998), featuring cancers with recent increasing trends.  *J Natl Cancer Inst,* 2001; 93:824-42.

35. Black JB, Feigal EG, Gore-Langton RE.  Clinical trials referral resource.  Clinical trials and NCI resources for cancer in HIV-positive patients.  *Oncology,* 2002; 16:200-207.

36. Edwards BK, Howe HL, Ries LAG, Thun MJ, Rosenberg HM, Yancik R, Wingo PA, Jemal A, Feigal EG.  Annual report to the nation on the status of cancer, 1973-1999, featuring implications of age and aging on the US cancer burden.  *Cancer,* 2002; 94:2766-92.

37. Feigal EG, Black J.  National Cancer Institute and AIDS: National Cancer Institute's Investment in Research  *Research Initiat Treat  Action*  2003; 9(1):26-9.

38. Feigal EG, Edwards B.  Cancer Epidemiology and Treatment: International Perspective, accepted  *Journal of Biomedicine and Biotechnology*  2003.

39. Feigal EG, Sullivan DS.  National Cancer Institute and Imaging: Intersecting Scientific Opportunity with Clinical Need, *Journal of Biomedicine and Biotechnology*  2004; 2004(1):3-4.

40. Orem J, Otieno MB, Banura C, Katongole-Mbidde MB, Ayers L, Ghannoum M, Fu P, Feigal EG, Black J, Whalen G, Lederman M, Remick S.  Capacity building for the clinical investigation of AIDS malignancy in East Africa, *Cancer Detection and Prevention* 2005; 29(2):133-45.

41. Feigal EG, Dracopoli NC, Trent JM. Oncogenomics 2005: Dissecting Cancer through Genome Research. *Cancer Res* 2005; 65(19): 8587-90.

42. Feigal EG, Cossman, J, Woosley, R., Accelerating Innovation in Medical Product Development:  *Drug Discovery and Development*.  September 2006.

43. Feigal EG, Tsokas K, Zhang J, Cromer MV, Whittlesey KJ and Werner MJ, Perspective: Communications with the Food and Drug Administration on the development pathway for a cell-based therapy: why, what, when and how?  *Stem Cells Transl Med* 2012; 1(11):825-32.

18

Ellen G. Feigal, M.D.
March 2018

44. Frey-Vasconcells J, Whittlesey KJ, Baum E, Feigal EG, Translation of stem cell research: points to consider in designing preclinical animal studies. *Stem Cells Transl Med,* 2012; 1(5):353-8.

45. Kindler HL, Richards DA, Garbo LE, Garon EB, Stephenson JJ, Rocha-Lima CM, Safran H, Chan D, Kocs DM, Galimi F, McGreivy J, Bray SL, Hei Y, Feigal EG, Loh E, and Fuchs CS. A randomized, placebo-controlled phase 2 study of ganitumab (AMG 479) or conatumumab (AMG 655) in combination with gemcitabine in patients with metastatic pancreatic cancer. *Ann Oncol* 2012; 23(11): 2834-42.

46. Trounson A, DeWitt ND, Feigal EG.  The Alpha Stem Cell Clinic:  a model for evaluating and delivering stem cell-based therapies.  *Stem Cells Transl Med* 2012; 1(1): 9-14.

47. Scheiner ZS, Talib S, Feigal EG.  The Potential for Immunogenicity of Autologous Induced Pluripotent Stem Cell Derived Therapies.  *J Biol Chem,* published online Dec 20, 2013.  http://www.jbc.org/lookup/doi/10.1074/jbc.R113.509588, and *J Biol Chem*  2014; 289(8): 4571-7.

48. Bharti K, Rao M, Hull S, Stroncek D, Brooks B, Feigal E, van Meurs J, Huang C, Miller S.  Developing Cell Therapies for Retinal Degenerative Diseases.  *Investigative Ophthalmology and Visual Science,* 2014; 55(2): 1191-202.

49. Feigal EG  and DeWitt ND. The proceedings of the California Stem Cell Agency.  *Stem Cells Transl Med*, 2014; 3(6): 671-2.

50. Lomax GP, DeWitt ND, Millan MT, Feigal EG.  How California Institute for Regenerative Medicine research programs support science and regulatory policy.  *Stem Cells Transl Med*, 2014; 3(6): 673-4.

51. Feigal EG, Tsokas K, Viswanathan S, Zhang J, Priest C, Pearce J, Mount N. Proceedings: international regulatory considerations on development pathways for cell therapies.  *Stem Cells Transl Med*, 2014; 3(8): 879-87.

52. Canet-Aviles R, Lomax GP, Feigal EG, Priest C.  Proceedings: cell therapies for Parkinson's disease from discovery to the clinic.  *Stem Cells Transl Med*, 2014; 3(9): 979-91.

53. Andrews PW, Cavagnaro J, Deans R, Feigal E, Horowitz E, Keating A, Rao M, Turner M, Wilmut I, Yamanaka, S.  Harmonizing standards for producing clinical grade therapies from pluripotent stem cells.  *Nature Biotechnology* (opinions and perspectives) 2014 32: 724-26.

19

Ellen G. Feigal, M.D.
March 2018

**Books and Chapters:**

Feigal E, Cote T.  Thoracic Neoplasms Associated with Human Immunodeficiency Virus Infection. *Comprehensive Textbook of Thoracic Oncology* 1996  Publishers Williams and Wilkins.  Editors: Aisner, Arriagada, Green, Martini, and Perry.

Wright J, Feigal E, Arbuck S. Innovative Applications of Taxanes in Lung Cancer, 1998, *Taxanes and Lung Cancer*, eds Klastersky and Johnson

Feigal E, Levine A, Biggar R. eds  *AIDS Related Cancers and Their Treatment*, Marcel - Dekker publishers, 1999.

Feigal E. Opportunities for Research in AIDS Malignancies, in Feigal E, Levine A, Biggar R, eds *AIDS Related Cancers and Their Treatment*, Marcel - Dekker publishers, 1999.

Feigal E. Research Opportunities in AIDS Malignancies, in Sparano ed  in *HIV and HTLV-1 Associated Malignancies,*  Kluwer Academic publishers, 2001.

Ellen G. Feigal, M.D.
March 2018

**Narrative Descriptions of Positions Held**

Over my career, I have attained leadership positions in academia, industry and nonprofits. The theme of my career, whether in academia, industry, Federal or State government agencies or nonprofits, always involve creating innovative programs and collaborations to drive translational research findings to the patients with unmet medical needs.

**NDA Partners** (NDAP): November 2014 – present

> I am a Partner in NDAP, a global strategy consulting firm specializing in expert product development and regulatory advice to medical product developers.  NDAP was founded in 2003 by former senior regulatory agency staff, pharmaceutical industry executives, and academic experts who have played a major role in medical product development, drug regulations and program management over the past several decades. The company has focused on improving the development efficiency and speed and commercial success rate of medical products since its founding.

**Adjunct Professor, Sandra Day O'Connor College of Law, Arizona State University:** Spring 2015 – present

> I am an Adjunct Professor in the College of Law, and teach two courses:  1) Research Ethics in Human Subjects Research and the Law; and 2) FDA Drug law.

**California Institute for Regenerative Medicine** (CIRM): January 2011 – November 2014

> I served as Senior Vice president, Research and Development, in the nonprofit CIRM, a $3B funding agency created in 2004 by the California voters through a statewide ballot measure, with a mission to advance stem cell research for the discovery and development of disease modifying treatments and cures for patients with chronic diseases and injuries. I played a leading role in successfully advancing CIRM funded translational programs through the preclinical and IND-enabling studies to first-in-human and early phase clinical trials across a broad range of serious medical conditions including diabetes, spinal cord injury, blinding eye diseases, heart failure, cancer, sickle cell disease, beta-thalassemia and HIV/AIDS; recruited experts of the highest caliber across the spectrum of preclinical, manufacturing, disease, stem cell biology, regulatory, clinical and commercialization to create CIRM's first external Clinical Development Advisory Panels to serve as a resource to funded investigators to better position the teams for success; played a key role in fostering and enhancing CIRM's interactions with the FDA to better elucidate the regulatory pathway for stem cell-based therapies; spearheaded the development of programs to engage industry to leverage their regulatory and business expertise, in addition to their dollars, in working with CIRM investigators; identified and engaged with NIH on the research area of induced pluripotent stem cells for disease

21

Ellen G. Feigal, M.D.
March 2018

modeling and drug discovery for neurodegenerative diseases, and developed the initiative to create and implement CIRM's collaboration with NIH in this research program.

I was responsible for the development/research teams including scientific and medical officers, a senior epidemiologist and science officer for compliance, an administrator-program manager, and co-supervising, along with the Vice-Chair of the ICOC, the Communications Director and his public communications team. My cross-functional responsibilities included work with finance, business development, legal counsel, scientific and review activities, and grants management.

I led the strategic planning for the agency across scientific, medical, economic and community goals with various stakeholders; led the assessment of the development portfolio by bringing in external experts across a broad spectrum of disciplines, and work with and report to CIRM's governing board on a regular basis. I was a member of various committees including CIRM's Executive Committee of senior leaders and managers; Senior Staff; Senior Scientific Staff, and I directed and oversaw Development team meetings, and chaired the All-Staff monthly meetings.

I served as the Acting President during extended periods when the President was away, handling all of the leadership and management supervisory roles, including the President's role in the Institute of Medicine review of CIRM and at Board meetings that occurred during his absences.

**Amgen Inc.**: April 2008 to January 2011

I served as Executive Medical Director, Global Development at Amgen, the largest biopharmaceutical company in the United States with 17,000 employees in California, alone. My primary focus was in clinical development of therapeutics in hematology/oncology. Included among the pathways of development interest were apoptosis agonists, insulin growth factor receptor antagonists, angiogenesis inhibitors, epidermal growth factor inhibitors, and RANK-ligand inhibitors. I was also responsible for formalizing and executing policy on expanded-access programs for patients across all Amgen's therapeutic areas, for the provision of investigational agents to patients in need, outside of formal clinical trials. I chaired the cross-functional team evaluating investigational agents against criteria for expanded access, led the scientific/clinical interface with patient advocacy organizations, provided the clinical guidance for the development of disease state assessment documents for the therapeutic area steering committees, and led the cross-functional teams to the company's first collaborative research and development agreement with the National Cancer Institute in Amgen's 25 year history.

**Insys Therapeutics**: 2007 to 2008

22

Ellen G. Feigal, M.D.
March 2018

Shortly after the company founding I was recruited to be the first Chief Medical Officer of Insys Therapeutics, a small start up privately funded pharmaceutical company that had the distinction of being the first pharmaceutical company to locate to Phoenix.  I was responsible for all aspects of the clinical development of the company's products with a directed focus on supportive care oncology (such as, chronic pain, and chemotherapy-induced nausea and vomiting) and neurological diseases. I developed, designed, oversaw, and specified the analysis of two phase 1 trials, and developed, designed and launched a phase 3 trial in North America. In addition, I was responsible for the company's oversight of an investigator-initiated phase 3 trial in the UK in multiple sclerosis. The phase 3 pain management trial completed accrual in 2 years, the analyses demonstrated safety and effectiveness and FDA subsequently approved an NDA for the product.

**Translational Genomics Research Institute** (T-Gen) and the **Critical Path Institute**: April 2004 to 2007

I was recruited to the position of Vice President of Clinical Sciences and Deputy Scientific Director of the newly created non-profit Translational Genomics Research Institute (TGen) in Phoenix, Arizona. In this capacity I had the opportunity to work on innovative genomics technologies and their applications to patients. I was responsible for forging and developing clinical research partnerships with hospitals and clinics, major universities and research institutes across the state of Arizona in the areas of cancer, neurological and infectious diseases, and diabetes; for catalyzing and developing research collaborations across the state and nationally to enhance translational research; for strengthening clinical research interactions with the Hispanic and native American community, and for providing a robust scientific and career development environment for post-docs and TGen researchers.

My responsibilities, as part of the leadership team included, development of scientific programs, grant and contract operations, and clinical translation of Center discoveries. I assisted in fund-raising and representing the Institute in collaborations with State and University efforts, including the launching of a new medical school adjacent to the Institute.

In collaboration with TGen I spent a sabbatical year as Director, Medical Imaging and Devices, for the newly formed Critical Path Institute, which was founded to collaborate with the Critical Path Programs at the Food and Drug Administration, Office of the Commissioner to develop the scientific basis for more rapid and predictable regulatory decisions by FDA.  I directed the medical devices and imaging programs, developed and directed the orphan diseases program to accelerate clinical studies and medical product development and opened the Phoenix satellite facility of C-Path. C-Path is an independent, non-profit/tax exempt organization founded in July 2005 and dedicated to implementing the U.S. Food and Drug (FDA) Administration's Critical Path Initiative. A

23

Ellen G. Feigal, M.D.
March 2018

memorandum of agreement between C-Path and the FDA, identified C-Path as neutral ground to help create novel programs to enable the pharmaceutical, device and biotechnology industry to safely accelerate the development of more effective treatments and diagnostics.

**Adjunct Professor, UCSF School of Pharmacy:** 2006 to 2011 (concurrent with other positions)

I am the founding Director of the American Course on Drug Development and Regulatory Sciences (ACDRS), a program with a two year curriculum delivered in six one week sessions both in Washington DC, and San Francisco. I supervised the project officer and chaired the Executive Committee, arranged CME accreditation for the course, and supervised all aspects of the curriculum, the course examination, interactions with approximately 120 faculty and several hundred students, and strategic interactions with the FDA, and the University of Basel, Switzerland. FDA supports the program both as faculty and by sending new FDA employees as students in the course.

**National Cancer Institute** (NCI): 1992 to 2004

While leading the Division of Cancer Treatment and Diagnosis (2001 -2004), I was responsible for the largest division in the National Cancer Institute, which is the largest Institute of the 27 Institutes comprising the National Institutes of Health. The NCI budget was approximately $4.7 billion per year, of which approximately a billion dollars was allocated to my Division budget. Before leading the division for 3 years, I was the Deputy Director for an additional 4 years, and prior to that, a Senior Investigator responsible for AIDS, lung and head and neck cancer for 5 years. The Division had over 600 employees and approximately 500 contractors and I had approximately 10 to 15 direct reports.

In these senior positions, I interacted and was responsive to the US Congress, queries from the Presidents of the United States, lawmakers, and was a peer with the leadership of major agencies including FDA and CMS. I regularly made public presentations to External Scientific Advisory Boards, and the President's (of the U.S.) Cancer Panel. I created and led the NCI's AIDS malignancy programs, and created and chaired the interagency council for biomedical imaging, composed of senior leaders from the FDA, CMS and NCI.

I also interacted extensively with patient advocacy groups, consumer liaison groups, heads of small and large companies; and conducted media interviews, examples of which include the science reports from the Wall Street Journal and on live network television including the Today Show with Katie Couric, discussing the need for support for cancer clinical trials.

Ellen G. Feigal, M.D.
March 2018

I was recruited to come to the National Cancer Institute (NCI) on what turned out to be the start of an incredibly exciting and productive 12 year period working for a mission-oriented research division in the federal government, shifting my career from an individual patient focus to creating innovative programs and initiatives with a broader national impact.

As a Senior Investigator at NCI, with responsibilities for translational research in lung cancer, head and neck cancer, and radiation therapy, I was NCI's scientific project officer for the cooperative oncology clinical trials groups focusing on those areas. I asked for and was given the opportunity to create and develop an AIDS malignancy program at a national level at the NCI. At that time, the majority of HIV associated malignancies efforts were based at the National Institute of Allergy and Infectious Diseases (NIAID) as part of the AIDS Clinical Trials Group, but I was able to create, develop, and implement AIDS malignancy clinical trials programs within the NCI's Cancer Treatment and Evaluation Program, and transferred the NIAID trials to the NCI as part of a new AIDS malignancy group. As part of the vision for putting together a comprehensive program, I developed new programs which included a multidisciplinary AIDS Malignancy Working Group, a multi-center specimen bank program for AIDS malignancy specimens, an annual National AIDS Malignancy scientific meeting, a new training program for clinical investigators, and served as a liaison to NIH-wide AIDS activities.

After five years, I was recruited to be the Deputy Director of the Division of Cancer Treatment and Diagnosis (DCTD), the largest division in the NCI with an annual budget of over a billion dollars. I moved the AIDS malignancy programs I had created to be one of my responsibilities in that position, in addition to my leadership role as the Deputy Director for DCTD. Four years later, I became and served for the next three and one-half years as the Acting Division Director assuming the primary leadership and responsibility for DTCD's programs. My responsibilities included oversight of programs in developmental therapeutics, cancer diagnostics, cancer imaging, clinical trials cancer therapy evaluation, radiation biology and biometrics. The position involved extensive interactions with the FDA, academia and industry in product development, and with the Centers for Medicare and Medicaid Services (CMS) on issues involving health insurance coverage and reimbursement. I created, with the intent of accelerating collaborative interactions and development, the first Interagency Council between the NCI, FDA and CMS for the joint evaluation of innovative imaging technologies. In addition, I spearheaded the collaborative work on an initiative to enhance the access of special populations to clinical trials, and provided key support for the collaborative National Lung Cancer Screening Trial and the Digital Mammography Screening Trial, comparing digital to standard film mammography, key trials that provided the evidence supporting their screening value for patients at risk of lung cancer, and of breast cancer.

Ellen G. Feigal, M.D.
March 2018

**Faculty, Univ of California, San Francisco, and Univ of California San Diego**: 1987-1989;
1989-1991

I started my career as a physician scientist, mentoring interns, residents and medical
students, taking care of AIDS patients as the epidemic emerged, in one of the major
epicenters, San Francisco, at a time when there were no treatments. My patients spurred
my interest to try to understand what caused their disease, particularly the AIDS-
associated malignancies, to gain insights that could lead to the development of effective
therapies. I began work in the laboratory trying to decipher epidemiological correlates of
the disease, writing and receiving State and NIH grant support. I continued these interests
of teaching, taking care of patients, and research, when I was recruited to UC San Diego.
The AIDS epidemic also hit San Diego hard, where UCSD was a major referral center. I
took charge of the medical management of patients with AIDS and cancer, including
developing HIV education and treatment programs for hemophilia patients as well as
attending on oncology wards, caring for patients with hematological diseases, and on the
general internal medicine wards, and clinics. I was the Principal Investigator of an NIH-
RO1 AIDS lymphoma grant for clinical trials in patients with AIDS-associated non-
Hodgkin's Lymphoma.