# EXHIBIT C

```
                                                          Page 384

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)     )
     PRODUCTS LIABILITY LITIGATION    )
 5                                    )  MDL No. 2740
     This Document Relates To:        )
 6                                    )  Section H
     Antoinette Durden,               )
 7   Case No. 2:16-cv-17735;          )
     Tanya Francis,                   )
 8   Case No. 2:16-cv-17410;          )
     Barbara Earnest,                 )
 9   Case No. 2:16-cv-17144           )
     _____ )
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17                San Francisco, California
18                Friday, January 11, 2019
19                      Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626
```

Veritext Legal Solutions

800-227-8440                                    973-410-4040

Page 589

1  Q   And so you also calculated what that
2  80 percent number would be, correct?
3  A   Yes.
4  Q   Okay.
5  A   For the entire year, it's 124,889.
6  Q   And when you say "the entire year," that's
7  November of 2017 to November of 2018?
8  A   Correct. That's one year.
9      (Exhibit 25 and Exhibit 26 were marked for
10     identification and are attached hereto.)
11 BY MR. KAUFMAN:
12 Q   Okay. I'm handing you what I've marked as
13 Exhibits 25 and 26 together, two separate documents,
14 two separate exhibits, but I'm handing them to you
15 at the same time.
16 A   Okay.
17 Q   Are these the sources that you added to
18 your report as Footnotes 31 and 32?
19 A   Well, let me look at it. Let me look at
20 my expert report and see what references you're
21 referring to.
22     MS. DAVIS:  Do you have copies?
23     MR. BAEHR:  Yeah.
24     THE WITNESS:  Well, without checking the
25 website, it does look like an approval letter for

Page 590

1  the adjuvant treatment of patients with
2  node-positive breast cancer.
3      What I don't know is if it's the exact
4  document because obviously I don't have that here.
5  BY MR. KAUFMAN:
6  Q   Okay.
7  A   I don't know if you do.
8  Q   Can we agree that the exact document would
9  be listed at the web address that you provided in
10 Footnotes 31 and 32 of your report?
11 A   Well, I can verify it as of the date that
12 I got it. What I don't know is if web -- you know,
13 sometimes web addresses change.
14     So I can verify because I'm sure we
15 probably downloaded it, and I'm looking at Ms. Davis
16 for that.
17     But it looks similar if not identical to
18 an approval letter.
19 Q   Okay.
20 A   I think.
21 Q   So one of the approval letters,
22 Exhibit 25, is for --
23 A   This is adjuvant.
24 Q   I'm sorry?
25 A   Exhibit 25 is for adjuvant.  This is what

Page 591

1  you gave me, Exhibit 25. That's what you listed.
2  Maybe -- did you number it wrong?
3      MR. BAEHR:  I don't know what that page
4  is.
5      THE WITNESS:  And here's Exhibit 26. I
6  haven't read it yet. Just decide if this is what
7  you want me to have.
8  BY MR. KAUFMAN:
9  Q   Oh, yeah, yeah, yeah.
10     MR. BAEHR:  It's the same. It's just the
11 next page. It's that front page. I don't know why.
12     MR. KAUFMAN:  Oh, I see. Okay.
13 Q   I'm going to hand these two back to you.
14     Okay. So Exhibit 26 is an approval letter
15 from 1998, correct?
16 A   This looks correct. It looks like an
17 approval letter for metastatic breast cancer --
18 Q   And the other exhibit I handed you is an
19 approval letter from 2004 for the adjuvant --
20 A   That's correct.
21 Q   -- indication?
22     Okay. You can put those to the side.
23     You have noted that you're not offering
24 any case-specific opinions, and I just want to make
25 clear that you also do not have any specific

Page 592

1  opinions concerning treatment decisions made by any
2  of the plaintiffs' prescribing doctors.
3  A   Just to be perfectly clear, no plaintiff
4  cases, specific comments on the physicians or on the
5  patient cases. I'm not providing any specific
6  information on what they did or what the patient
7  wanted.
8  Q   Okay. And that would be no opinions
9  regarding Dr. Verghese, Dr. Karande, or
10 Dr. Jancich's care and treatment of any of the
11 plaintiffs in this case, correct?
12 A   Anything related to that would be by
13 Dr. Bosserman.
14 Q   Okay. Thank you.
15     In your report, if you can, Exhibit 17, go
16 to the very last page.
17 A   Okay. Right above my signature?
18 Q   Right above. There's opinion number 6 or
19 conclusion number 6. "Physicians would have
20 included had they known of the risk of permanent
21 chemotherapy-induced alopecia in their benefit/risk
22 discussion of treatment options with their patients
23 with early-stage breast cancer to allow for more
24 informed decisions. This information may have
25 changed the treatment options discussed and the

53 (Pages 589 - 592)

Page 593

1 patient's choice."
2      Did I read that correctly?
3    A   You read that correctly, yes.
4    Q   Okay. And so given that you're not
5 offering any plaintiff or case-specific opinions
6 regarding the treaters and the actual cases at
7 issue, is it fair that your opinion or conclusion as
8 stated in item number 6 here is what you believe a
9 reasonable or objective physician would do?
10   A   Correct.
11   Q   And on page 7 of your report --
12   A   Page 7?
13   Q   Um-hum.
14   A   Okay.
15   Q   -- Footnote 1 is to the American Cancer
16 Society.
17   A   Yes.
18   Q   Cancer facts and figures from 2018.
19   A   Correct.
20   Q   Can we agree that the American Cancer
21 Society is a reliable source of information for
22 facts about cancer generally, including statistics?
23   A   It's a useful resource for incidents and
24 mortality data so, I mean, it's excellent for some
25 things, not the source I'd go to for others. But as

Page 594

1 it says, facts and figures.
2    Q   Okay. And so for what you've cited here,
3 facts and figures, the American Cancer Society is a
4 reliable authority?
5    A   Correct.
6    Q   Okay. And those statistics and facts and
7 figures can change from year to year; you'd agree
8 with me?
9    A   Yeah. And as a matter of fact, they may
10 already be out, you know, from the time I wrote this
11 on November 6th.
12   Q   Okay. Would the cancer facts and figures
13 issued by the American Cancer Society be a source
14 that you would go to to rely on for that type of
15 information?
16   A   About facts --
17      MR. THORNTON: Objection. Form.
18      THE WITNESS: About facts and figures? I
19 go to American Cancer Society, and I also go to the
20 SEER data.
21 BY MR. KAUFMAN:
22   Q   Okay. And so for any statistical
23 information regarding breast cancer prior to 2018,
24 and even for looking forward, cancer facts and
25 figures that have yet to be issued, you would agree

Page 595

1 that the American Cancer Society is a reliable
2 source for that information?
3      MR. THORNTON: Objection. Form.
4      THE WITNESS: It was reliable for the
5 source of information I was looking for in my
6 report, yes.
7 BY MR. KAUFMAN:
8    Q   And do you have any reason to believe that
9 it was unreliable prior to 2018 or will be in the
10 future?
11   A   I can't -- I can't comment on that. I
12 mean, I can comment on, you know, what I was looking
13 for at the time I was looking at it. But I have
14 often gone to the American Cancer Society as well as
15 SEER data.
16      When I was at National Cancer Institute, I
17 worked with the SEER registries so I'm very familiar
18 with the credibility and robustness of the data.
19   Q   Do you believe that American Cancer
20 Society is a credible organization?
21   A   Yeah, I think they're a credible
22 organization. SEER is actually the registries where
23 a lot of the data is culled and represented.
24      I think you'll see in my bibliography I
25 actually have a paper where I'm working with the

Page 596

1 SEER registry.
2    Q   Would you agree with me that there have
3 been cases of permanent hair loss reported with
4 Taxol?
5    A   Yes, and I think I have reported it in my
6 table.
7    Q   Would you agree with me that there are
8 cases of permanent hair loss reported with
9 cyclophosphamide?
10   A   I include that in my non-taxane
11 anthracycline cyclophosphamide regimen, yeah.
12      You're talking about breast cancer; is
13 that correct?
14   Q   Yes.
15   A   Or anything?
16   Q   Breast cancer.
17   A   In breast cancer, yes, and I think I've --
18 yes.
19   Q   Okay.
20   A   I would agree.
21   Q   Would you agree with me that there are
22 cases of permanent hair loss reported with
23 Adriamycin?
24   A   Yeah. Now, what you're saying is cases
25 reported, yes. I mean, anecdotal reports, yes, I

54 (Pages 593 - 596)

Page 597

1  agree.
2     Q   And there are cases reported of permanent
3  hair loss associated with the AC regimen?
4     A   There have been cases -- anecdotal cases
5  reported.
6     Q   And there have been cases reported of
7  permanent hair loss with the AC Taxol regimen,
8  correct?
9     A   I have captured that in my table.  Yes.
10    Q   So yes?
11    A   Yes.
12    Q   And there have been cases of permanent
13  hair loss reported with CMF, correct?
14    A   That I don't think I have a tabulation
15  for.
16    Q   You have not seen that?
17    A   I don't recall seeing that.
18        By the way, we didn't talk about it, but I
19  have major issues with the Berglund article, which
20  is about CMF.
21    Q   If Dr. Bosserman testified that there have
22  been cases of permanent hair loss reported with CMF,
23  would you have any reason to disagree with her?
24        MR. THORNTON:  Objection.  Form.
25        THE WITNESS:  I don't have any opinion on

Page 598

1  her testimony.
2  BY MR. KAUFMAN:
3     Q   So you'd have no reason to disagree?
4        MR. THORNTON:  Objection.  Form.
5        THE WITNESS:  I just don't -- I mean,
6  you're culling one sentence.  I haven't seen her
7  testimony at all.  So no, I don't have any opinion
8  on one sentence of what she may or may not have
9  said.
10       MR. KAUFMAN:  Okay.  Can we go off the
11  record real quick?
12       MR. THORNTON:  Sure.
13       MR. KAUFMAN:  I think we're close.
14       THE VIDEO OPERATOR:  Going off the record,
15  the time is 4:56.
16       (Recess, 4:56 p.m. - 5:15 p.m.)
17       THE VIDEO OPERATOR:  Back on the record.
18  The time is 5:15.
19       MR. KAUFMAN:  Doctor, I don't have
20  any more questions for you.
21       THE WITNESS:  Oh, okay.  Thank you.
22       MR. THORNTON:  I'm going to ask a few.
23       THE VIDEO OPERATOR:  Going off the record.
24  The time is 5:15.
25       (Recess, 5:15 p.m. - 5:16 p.m.)

Page 599

1       THE VIDEO OPERATOR:  Back on the record.
2  The time is 5:16.
3            EXAMINATION
4  BY MR. THORNTON:
5     Q   Yes, Dr. Feigal.  I'm going to ask you
6  questions about these articles that you have been
7  presented by counsel for Sanofi, just so you have a
8  chance to make your comments about them as they may
9  relate to your table.
10       What's your table referred to in your
11  report?  I think Table 2?
12    A   Table 2.
13    Q   I thought so.
14       First of all, as to Crown, what are your
15  observations about the Crown study as it relates to
16  the applicability of that study to Table 2?
17    A   Well, I actually think it's an interesting
18  abstract and poster, which I agree, I hadn't seen.
19       But upon reading it, I actually think it's
20  supportive of the docetaxel-based regimen inducing
21  permanent alopecia.  The largest amount of data is
22  on the docetaxel-based regimen of 265 patients.
23       There's also a dose response that's
24  present here where patients who received the higher
25  cumulative dose of 450 milligrams -- I presume

Page 600

1  that's per meter squared -- had a higher incidence
2  and also a higher degree of severity of their
3  permanent alopecia as compared to a lower dose of
4  the docetaxel-containing regimen.
5       I do agree that there are anecdotal
6  patients.  I believe it's one patient on one of the
7  regimens, and up to three patients on the other,
8  just very small numbers.  But basically I believe
9  there's about 39 patients when I did the math on the
10  265 patients.
11       So --
12    Q   39 -- so why don't you go over the
13  numbers -- the actual numbers of patients who are
14  reported in the Crown study as having permanent
15  chemotherapy-induced alopecia.
16    A   So in the Crown study, there's 265
17  patients who were on a docetaxel regimen, either
18  with or without an anthracycline.  There are 12
19  patients on an anthracycline non-taxane, and there
20  are 23 patients on an anthracycline and a
21  paclitaxel.
22       And there's approximately 15 percent
23  overall incidence of permanent alopecia for patients
24  receiving docetaxel, and I believe 15 percent of
25  265 -- I have to do the math, but I believe it was