# EXHIBIT H

# APPENDIX B

**Materials Consulted**

All references listed in footnotes

Patient medical records for:

- Antoinette Durden
    - Centers for Medicare & Medicaid Services
    - CVS Pharmacy
    - Humana
    - Humana Pharmacy
    - INFUSION PHARMACY Ochsner Baptist Medical Center
    - Julie Martin
    - Julie Mermilliod
    - LSU Healthcare Network
    - Ochsner Baptist Health System
    - Ochsner Clinic Dermatology
    - Ochsner Health System
    - Ochsner Medical Center
    - Rebekah Lemann
    - Richard Sherman
    - Rite Aid Pharmacy Corporation
    - Social Security Administration
    - St. Charles Vision
    - Therapy & Wellness-Elmwood
    - Touro Imaging Center Radiology Cover
    - Touro Infirmary Hospital
    - University Medical Center New Orleans
    - University Medical Center New Orleans rad cover
    - Walgreens
    -
- Barbara Earnest
    - A. W. Dermatopathology Service
    - Adela Marie Narcisse
    - Andrew Fuller
    - Bruce S Samuels
    - Celeste Lagarde
    - CVS Caremark

1

- o   CVS Pharmacy
- o   Doctors Urgent Care
- o   Dr. Robert Shafor Medical Records
- o   Glenn Hedgpeth
- o   Lakeview Regional Medical Center
- o   LSU Bogalusa Medical Center
- o   Marie Celeste Lagarde
- o   Medicaid LA
- o   Michael Feldman
- o   Nicole Dufrechou
- o   Northshore Oncology Associates
- o   NorthShore Oncology Associates
- o   Ochsner Health Center
- o   Ochsner Health Center NorthShore
- o   Ochsner Medical Center Northshore
- o   Ochsner Medical Center
- o   Pan American Life Insurance Group
- o   Peoples Health
- o   Robert Shafor
- o   Rowland Duffour Clinic, Inc.
- o   Slidell Internal Medicine
- o   Slidell Memorial Hospital
- o   Slidell Memorial Hospital Imaging Center
- o   Slidell Radiation Center
- o   Stefanie Schultis
- o   STPN - NOA - Northshore Oncology Associates
- o   Tulane Cancer Center
- o   Tulane GI and Surgery Clinic
- o   Tulane Medical Center
- o   Walgreens - Corporate
- o   Walmart Stores, Inc.
- Tanya Francis
    - o   Antonella Tosti
    - o   Bertrand Tillery
    - o   Clinical Pathology Laboratories
    - o   CVS Pharmacy
    - o   Divine Purpose Homecare
    - o   Francis Medical Center of Louisiana at New Orleans Clinics
    - o   Janice Birkhoff
    - o   Louisiana Department of Health - Medicaid

- o   Ochsner Baptist Health System
- o   Ochsner Medical Center West Bank
- o   Tulane Breast and Surgery Clinic
- o   Tulane Cancer Center Clinic
- o   Tulane Center for Womens Health
- o   Tulane Lakeside Hospital for Women and Children
- o   Tulane Orthopedics
- o   Tulane University Hospital and Clinic
- o   University Medical Center New Orleans
- o   Walgreens - Corporate
- o   Walmart Stores, Inc.
- o   West Jefferson Rehab Connection

Deposition testimony from:

- Antoinette Durden
- Barbara Earnest
- Tanya Francis

- Sophy Jancich, MD
- James Carinder, MD
- Cherian Verghese, MD
- Julie Martin, MD
- Janice Birkhoff, NP
- Anesha Prier

3