# EXHIBIT D



**JEFFERSON NEUROBEHAVIORAL GROUP**
Kevin J. Bianchini, PhD, ABPN
kbianchini@JeffersonNeuro.com

LOUISIANA
MISSISSIPPI
ALABAMA
TEXAS

2901 N I-10 SERVICE RD E, STE 300
METAIRIE, LOUISIANA  70002
504.780.1702 TEL
504.780.1705 FAX
JeffersonNeuro.com

## CURRICULUM VITAE

**LICENSES:**

Louisiana License Number 685
Clinical Psychology
Specialty Designation in Neuropsychology
Texas License Number 32776
Licensed Psychologist

**BOARD CERTIFICATION:**

Diplomate, American Board of Professional Neuropsychology # 394

**FACULTY POSITIONS:**

Adjunct Clinical Assistant Professor - Department of Psychiatry and Neurology, Tulane Medical School, New Orleans, Louisiana.   October 1996 to present.

Adjunct Clinical Assistant Professor - Department of Psychology, University of New Orleans, New Orleans, Louisiana.  January 1996 to present.

Adjunct Clinical Assistant Professor of Medicine – Department of Internal Medicine, School of Medicine, LSU Health Sciences Center in New Orleans, Louisiana. July 2004 to present.

**HOSPITAL AFFILIATIONS:**

East Jefferson General Hospital
Touro Infirmary
Thibodaux Regional Medical Center

**Positions:**

Neuropsychologist to the New Orleans Saints, April 2013

CLINICAL PSYCHOLOGY  ·  NEUROPSYCHOLOGY  ·  MEDICAL PSYCHOLOGY
RESEARCH - ASSESSMENT - INTERVENTION - FORENSIC CONSULTATION - REHABILITATION

## EDUCATION:

Postdoctoral Master of Science in Clinical Psychopharmacology (2008)
    Alliant International University
    San Francisco Bay Area, California

Doctorate in Clinical Psychology (Health 1992) with a minor in General Business
Management/Organizational Behavior
    University of Miami
    Coral Gables, Florida

M. A. in Psychology/Behavioral Medicine (1983)
    University of Tennessee
    Knoxville, Tennessee

B. A. in Psychology (1980)
    St. Joseph's University
    Philadelphia, Pennsylvania

## PROFESSIONAL EXPERIENCE:

**April 1994**              Neuropsychologist
**to present:**             Jefferson Neurobehavioral Group

### Duties:
    Large Neuropsychology practice (20 + doctors, 17 technicians) provides neuropsychology services to numerous area hospitals rehabilitation programs as well as forensic clinical neuropsychology and clinical psychology services in an outpatient setting.

**September 1999**
**to 2006:**

Clinical Psychologist

### Duties:
 Psychological assessment, psychotherapy, and consultation with the treatment team on planning and direct patient care.

**Cases:**
    Patients with work-related injuries with primary complaints of pain (e.g., back, neck, etc.).

**January 2000**               Director of Neuropsychology
**to November 2005:**     Bancroft NeuroHealth
                                 New Orleans and Covington, Louisiana

<u>**Duties:**</u>

     Neuropsychological assessment, consultation with treatment team on treatment planning psychotherapy.

<u>**Cases:**</u>

     Brain injured adults in a residential rehabilitation facility.


**April 1993**                 Neuropsychologist
**to May 2002:**           Center for Neurological Rehabilitation
                                 East Jefferson General Hospital-Outpatient Facility
                                 Metairie, Louisiana

<u>**Duties:**</u>

     Neuropsychological and psychological assessment, psychotherapy, consultation with treatment team on treatment planning and direct patient care.

<u>**Cases:**</u>

     Patients presenting with stroke, closed head injuries, and chronic pain; patients in cardiac and orthopedic rehabilitation treatment.


**September 1988**         Consultant
**to present:**             RehabCare Rehabilitation Unit
                                 East Jefferson General Hospital
                                 Metairie, Louisiana
                                 Supervising Psychologist:  Susan Andrews, Ph.D.

<u>**Duties:**</u>

     Neuropsychological and psychological assessment, psychotherapy, group therapy and Behavioral Medicine.

<u>**Cases:**</u>

     Patients presenting with stroke, closed head injuries, chronic pain, static and progressive dementias; patients in cardiac and orthopedic rehabilitation treatment.

| | |
|---|---|
| **October 1987** | Consultant |
| **to 1994**: | Private Clinical Psychology Practice |
| | Metairie, Louisiana |
| | Supervising Psychologist:  Susan Andrews, Ph.D. |

**Duties**:

Neuropsychological and psychological testing, individual, group and family therapy, Behavioral Medicine and Biofeedback.

**Cases**:

Patients with medical and psychological disorders (e.g., chronic pain, depression, headache, Borderline Personality Disorder, etc.); patients with a variety of psychological problems including phobias, depression, anxiety disorders, family problems, marital problems.

| | |
|---|---|
| **October 1987** | Consultant |
| **to 1994:** | Department of Psychology |
| | DePaul Psychiatric Hospital |

**Duties**:

Neuropsychological assessment and psychotherapy.

**Cases**:

A broad range of patients (adolescent to geriatric) referred from psychiatrists at this inpatient psychiatric hospital.

| | |
|---|---|
| **September 1991** | Consultant |
| **to September 1992:** | Chemical Dependency Unit |
| | East Jefferson General Hospital |
| | Metairie, Louisiana |
| | Supervising Psychologist:  Susan Andrews, Ph.D. |

**Duties**:

Neuropsychological and psychological assessment, psychological interventions.

**Cases**:

In patients presenting with problems with drug or alcohol abuse and patients with cognitive problems from chronic substance abuse.

| | |
|---|---|
| **September 1987**<br>**to September 1988:** | Intern, Clinical Psychology and<br>Clinical Neuropsychology |

Veterans Administration Medical Center
New Orleans, Louisiana
Supervising Psychologist/Neuropsychologist:
John Mendoza, Ph.D.

**Duties**:

Neuropsychological assessment and application of a variety of psychological interventions as recommended by I. N. S. (50% neuropsychology). Evaluation and treatment of patients with substance abuse problems.

**Cases**:

Neurologically impaired patients from the neurology, neurosurgery and psychiatry services. Chemical Dependency Unit patients with substance abuse problems.

| | |
|---|---|
| **January 1986**<br>**to August 1987:** | Co-director/Therapist<br>Division of Biofeedback and Behavioral Medicine<br>Department of Child Neurology<br>Miami Children's Hospital<br>Miami, Florida<br>Supervising Psychologist: Barbara Goldman, Ph.D. |

**Duties**:

Hired to initiate and implement a Behavioral Medicine service. This position required designing the facility, purchasing equipment, designing treatment protocols, in-servicing physicians and staff on the role of psychology/behavioral medicine with medical patients, writing public relations-related materials, evaluating patients and families, and treatment which included family therapy, insight-oriented psychotherapy, behavior therapies and Biofeedback.

**Cases**:

Patients (adults and children) with a variety of presenting complaints including: headache, angina, Tourette's Syndrome, movement disorders, epilepsy, asthma, diabetes, Attention Deficit Disorder, Prader-Willi Syndrome, rheumatoid arthritis (pain), pseudoseizures, and conversion paralysis.

| | |
|---|---|
| **December 1983**<br>**to March 1987:** | Therapist<br>Behavioral Medicine Institute<br>Miami, Florida<br>Supervising Psychologist: Stephen Herman, Ph.D. |

**Duties:**

Behavioral medicine, biofeedback, behavior therapy, cognitive-behavioral therapy, psychotherapy, family therapy, psychophysiological assessments.

**Cases:**

Patients with a variety of medical problems including headache, chronic pain, spastic colon, peptic ulcer, hypertension, enuresis, hyperhidrosis; patients with medical and psychological disorders (e.g., chronic pain, depression, headache and Borderline personality disorder); patients with a variety of psychological problems including phobias, depression, anxiety disorders, family problems and marital problems.

| | |
|---|---|
| **September 1985**<br>**to May 1986:** | Therapist<br>Miami Mental Health Center<br>Miami, Florida<br>Supervising Psychologist:  Barbara Golden, Ph.D. |

**Duties:**

Psychological assessments, intake interviews, psychotherapy, family therapy and couple's therapy.

**Cases:**

Patients presenting with depression with suicidal risk, Borderline Personality Disorder, adolescents with behavior problems including violent/aggressive behavior, physically abused spouses and sexually abused adolescents.

| | |
|---|---|
| **November 1985**<br>**to August 1987:** | Therapist<br>Clinical Provider Organization<br>Margate, Florida<br>Supervising Psychologist:  Barbara Golden, Ph.D. |

**Duties:**

Psychological evaluations, psychotherapy, Behavioral Medicine, substance-abuse group therapy, for Greenbriar Drug Rehab Center; consulting with South Florida EAP's such as Eastern Airlines.

**Cases:**

Patients referred primarily from local Employee Assistance Programs with medical and stress-related symptoms, substance abuse problems, family problems, depression, and Borderline Personality Disorder.

**May 1984**               Master's Level Therapist
**to March 1985:**       Psychological Services Center
                             University of Miami
                             Coral Gables, Florida
                             Supervising Psychologist:  Barbara Golden, Ph.D.

**Duties**:

Psychological assessment, psychotherapy, including psychoanalytic psychotherapy, existential, cognitive-behavioral and behavioral therapies.

**Cases**:

Adults and children with a variety of disorders including headache, chronic pain, Temporo-Mandibular Joint Dysfunction, gastrointestinal problems, epilepsy, learning disabilities, Attention Deficit Disorder, cardiac arrhythmias, hypertension and Raynaud's disease.

## PEER-REVIEWED PUBLICATIONS:

***E-pub (ahead of print):***

***Published:***

**2018**
Bush, S. S., Sweet, J. J., **Bianchini, K. J.**, Johnson-Greene, D., Dean, P. M. & Schoenberg, M. R. (2018). Deciding to adopt revised and new psychological and neuropsychological tests: An inter-organizational position paper, *The Clinical Neuropsychologist*, doi: 10.1080/13854046.2017.1422277

**2017**
Aguerrevere, L. E., Calamia, M. R., Greve, K. W., **Bianchini, K. J**., Curtis, K. L., Ramirez, V. (2017). Clusters of financially incentivized chronic pain patients using the Minnesota Multiphasic Personality Inventory-2 Restructured Form (MMPI-2-RF). *Psychological Assessment.*

Roebuck-Spencer, T. M., Glen, T., Puente, A. E., Denney, R. L., Ruff, R. M., Hostetter, G., **Bianchini, K. J**. (2017). Cognitive screening tests versus comprehensive neuropsychological test batteries: A National Academy of Neuropsychology Education Paper. *Archives of Clinical Neuropsychology*, *32*, 491-498.

Wygant, D. B., Arbisi, P. A., **Bianchini, K. J.**, Umlauf, R. L. (2017). Waddell non-organic signs: New evidence suggests somatic amplification among outpatient chronic pain patients. *The Spine Journal, 17*, 505-510.

**2015**

Chafetz, M. D., Williams, M. A., Ben-Porath,Y. S., **Bianchini, K. J.,** Boone, K. B., Kirkwood, M. W., Larrabee, G. J., & Ord, J. S. (2015). Official position of the American Academy of Clinical Neuropsychology Social Security Administration Policy on validity testing: Guidance and recommendations for change. *The Clinical Neuropsychologist*, *29*, 723-740.

**2014**

**Bianchini, K. J.**, Aguerrevere, L. E., Guise, B. J., Ord, J. S., Etherton, J. L., Meyers, J. E., Soignier, R. D., Greve, K. W., Curtis, K., & Bui, J. (2014). Accuracy of the Modified Somatic Perception Questionnaire and Pain Disability Index in the detection of malingered pain-related disability in chronic pain. *The Clinical Neuropsychologist, 28*, 1376-1394.

Aguerrevere, L. E., Greve, K. W., **Bianchini, K. J.**, & Ord, J. S. (2014). Visuospatial, visuoperceptual and visuoconstruction abilities in traumatic brain injury: The effects of injury severity and effort. *Archives of Assessment Psychology*, *4*, 49-56.

Guise, B. J., Thompson, M. D., Greve, K. W., **Bianchini, K. J.**, & West, L. K. (2014). Assessment of performance validity in the Stroop Color and Word Test in mild traumatic brain injury patients: A criterion groups validation design. *The Journal of Neuropsychology*.

**2012**

Greve, K. W., **Bianchini, K. J.,** & Brewer, S. T. (2012). The assessment of performance and self-report validity in persons claiming pain-related disability. *The Clinical Neuropsychologist*, *2*, 108-137.

**2011**

Aguerrevere, L. E., Greve, K. W., **Bianchini, K. J.** & Ord, J. S. (2011). Classification accuracy of the Millon Clinical Multiaxial Inventory-III modifier indices in the detection of malingering in traumatic brain injury. *Journal of Clinical and Experimental Neuropsychology, 33*, 497-504.

West, L. K., Curtis, K. L., Greve, K. W., & **Bianchini, K. J.** (2011). Memory in traumatic brain injury: The effects of injury severity and effort on the Wechsler Memory Scale-III. *Journal of Neuropsychology, 5*(Pt 1), 114-125.

**2010**

Curtis, K. L., Greve, K. W., Brasseux, R., & **Bianchini, K. J.** (2010). Criterion groups validation of the Seashore Rhythm Test and Speech Sounds Perception Test for the detection of malingering in traumatic brain injury. *Archives of Clinical Neuropsychology, 24*, 882-897.

Ben-Porath, Y. S., Greve, K. W., **Bianchini, K. J.**, & Kaufmann, P. M. (2010). The MMPI-2 Symptom Validity Scale (FBS) is an empirically-validated measure of over-reporting in person injury litigants and claimants: Reply to William, et al. (2009). *Psychological Injury and the Law, 3*, 77-80.

Ord, J. S., Boettcher, A. C., Greve, K. W., & **Bianchini, K. J.** (2010). Detection of malingering in mild traumatic brain injury with the Conners' Continuous Performance Test-II. *Journal of Clinical and Experimental Neuropsychology.*

Ord, J. S., Greve, K. W., **Bianchini, K. J.,** Aguerrevere, L. (2009 May 29). Executive dysfunction in traumatic brain injury: The effects of injury severity and effort on the Wisconsin Card Sorting Test. *Journal of Clinical and Experimental Neuropsychology, 32*, 123-140.

Greve, K. W., **Bianchini, K. J.,** Etherton, J. L., Meyers, J. E., Curtis, K. L., & Ord, J. (2010). The Reliable Digit Span Test in chronic pain: Classification accuracy in detecting malingered pain-related disability. *The Clinical Neuropsychologist, 24*, 137-152.

**2009**

Curtis, K. L., Greve, K. W., & **Bianchini, K. J.** (2009). The Wechsler Adult Intelligence Test-III and malingering in traumatic brain injury: Classification accuracy in known groups. *Assessment, 16*, 401-414.

Greve, K. W., Etherton, J. L, Ord, J., **Bianchini, K. J.,** & Curtis, K. L. (2009). Detecting malingered pain-related disability: Classification accuracy of the Test of Memory Malingering. *The Clinical Neuropsychologist,* 23, 1250-1271.

Greve, K. W., **Bianchini, K. J.,** Etherton, J. L., Ord, J. S., & Curtis, K. L. (2009). Detecting malingered pain-related disability: Classification accuracy of the Portland Digit Recognition Test. *The Clinical Neuropsychologist, 23*, 850-869.

Greve, K. W., Curtis, K. L., **Bianchini, K. J.,** & Ord, J. S. (2009). Are the original and second edition of the California Verbal Learning Test equally accurate in detecting malingering? *Assessment, 16*, 237-248.

Greve, K. W., Ord, J. S., **Bianchini, K. J.,** & Curtis, K. L. (2009). The prevalence of malingering in chronic pain patients referred for psychological evaluation in a medico-legal context. *Archives of Physical Medicine & Rehabilitation.*

Ben-Porath, Y. S., Greve, K. W., **Bianchini, K. J.,** & Kaufmann, P. M. (in press). The MMPI-2 Symptom Validity Scale (FBS) is an empirically-validated measure of over-reporting in personal injury litigants and claimants: Reply to Butcher et al. (2008). *Psychological Injury and the Law, 1*, 62-85.

Greve, K. W., Binder, L. M., & **Bianchini, K. J.** (2009). Rates of below-chance performance in forced-choice symptom validity tests. *The Clinical Neuropsychologist, 23*, 534-544.

Greve, K. W., Heinly, M. T., **Bianchini, K. J.**, Love, J. M. (2009). Malingering detection with the Wisconsin Card Sorting Test in mild traumatic brain injury. *The Clinical Neuropsychologist, 23*, 343-362.

**2008**
Greiffenstein, M. F., Greve, K. W., **Bianchini, K. J.,** Baker, W. J. (2008). Test of Memory Malingering and Work Memory Test: A new comparison of concordance rates. *Archives of Clinical Neuropsychology, 23, 801-807.*

Aguerrevere, L., Greve, K. W., **Bianchini, K. J.**, & Meyers, J. E. (2008). Detecting malingering in traumatic brain injury and chronic pain with an abbreviated version of the Meyers Index for the MMPI-2. *Archives of Clinical Neuropsychology, 23*, 831-838.

Curtis, K. L., Thompson, L. K., Greve, K. W., & **Bianchini, K. J.** (2008). Verbal fluency indicators of malingering in traumatic brain injury: Classification accuracy in known groups. *The Clinical Neuropsychologist, 22*, 930-945.

Greve, K. W., Ord, J., Curtis, K. L., **Bianchini, K. J.,** & Brennan, A. (2008). Detecting malingering in traumatic brain injury and chronic pain: a comparison of three forced-choice symptom validity tests. *The Clinical Neuropsychologist, 22*, 930-945.

Greve, K. W., Lotz, K. L., **Bianchini, K. J.** (in press). Observed versus estimated IQ as an index of malingering in traumatic brain injury: Classification accuracy in known groups. *Applied Neuropsychology.*

**Bianchini, K. J.,** Etherton, J. L., Greve, K.W., Heinly, M. T., & Meyers, J. E. (2008). Classification accuracy of MMPI-2 validity scales in the detection of pain-related malingering: A known-groups approach. *Assessment*, *15*, 435-449.

Brasseux, R., Greve, K. W., Gianoli, G., Soileau, J., & **Bianchini, K. J.** (2008). The relationship between the Modified Somatic Perception Questionnaire and Dynamic Platform Posturography. *Otology & Neurotology.*

Greve, K. W., **Bianchini, K. J.,** Heinly, M. T., Love, J. M., Swift, D. A., Ciota, M. (2008). Classification accuracy of the Portland Digit Recognition Test in persons claiming exposure to environmental and industrial toxins. *Archives of Clinical Neuropsychology.*

**2007**

Greve, K. W., Curtis, K. L., & **Bianchini, K. J.** (2007). Diogenes Syndrome: a five-year follow-up. *International Journal of Geriatric Psychiatry.*

Ord, J. S., Greve, K. W., & **Bianchini, K. J.** (2007). Using the Wechsler Memory Scale-III to detect malingering in mild traumatic brain injury. *The Clinical Neuropsychologist.*

Curtis, K. L., Thompson, L. K., Greve, K. W., & **Bianchini, K. J.** (2007). Verbal fluency indicators of malingering in traumatic brain injury and chronic pain: A comparison of three forced-choice symptom validity tests. *The Clinical Neuropsychologist.*

Greve, K. W., **Bianchini, K. J.**, Stickle, T. R., Love, J. M., Doane, B. M., & Thompson, M. D. (2007). Effects of a community toxic release on the psychological status of children. *Child Psychiatry and Human Development.*

Greve, K. W., **Bianchini, K. J.,** & Roberson, T. (2007). The Booklet Category Test and malingering in traumatic brain injury: Classification accuracy in known groups. *The Clinical Neuropsychologist.*

Greve, K. W., **Bianchini, K. J.** (2007). Choosing to know less: A response to Booksh, Aubert, and Andrews. *Archives of Clinical Neuropsychology.*

Greve, K. W., Ord, J., Curtis, K. L., **Bianchini, K. J.**, & Brennan, A. (2007). Detecting malingering in traumatic brain injury and chronic pain: A comparison of Three Forced-Choice Symptom Validity Tests. *The Clinical Neuropsychologist.*

Greve, K. W., Springer, S., **Bianchini, K. J.,** Black, F. W., Heinly, M. T., Love, J. M., Swift, D. A., & Ciota, M. (2007). Malingering in toxic exposure: Classification accuracy of Reliable Digit Span and WAIS-III Digit Span Scaled Scores. *Assessment.*

**2006**

Greve, K. W. & **Bianchini, K. J.** (2006). Classification accuracy of the Portland Digit Recognition Test in traumatic brain injury: Results of a known-group analysis. *The Clinical Neuropsychologist.*

**Bianchini, K. J.**, Curtis, K. L., & Greve, K. W. (2006). Compensation and malingering in traumatic brain injury: A dose-response relationship? *The Clinical Neuropsychologist.*

Etherton, J. L., **Bianchini, K. J.**, Heinly, M. T., & Greve, K. W. (2006). Pain, malingering, and performance on the WAIS-III Processing Speed Index. *Journal of Clinical and Experimental Neuropsychology.*

Greve, K. W., **Bianchini, K. J.,** Love, J. M., Brennan, A., & Heinly, M. T. (2006). Sensitivity and specificity of MMPI-2 validity scales and indicators to malingered neurocognitive dysfunction in traumatic brain injury. *The Clinical Neuropsychologist.*

Greve, K. W., **Bianchini, K. J.,** Black, F. W., Heinly, M. T., Love, J. M., Swift, D. A., & Ciota, M. A. (2006). Classification accuracy of the Test of Memory Malingering in persons reporting exposure to environmental and industrial toxins: Results of a known-groups analysis. *Archives of Clinical Neuropsychology.*

Greve, K. W., **Bianchini, K. J.,** Black, F. W., Heinly, M. T., Love, J. M., Swift, D. A., & Ciota, M. A. (2006). The prevalence of cognitive malingering in persons reporting exposure to occupational and environmental substances. *Neurotoxicology.*

Greve, K. W. & **Bianchini, K. J.,** & Doane, B. M. (2006). Classification accuracy of the Test of Memory Malingering in traumatic brain injury: Results of a known-groups analysis. *Journal of Clinical and Experimental Neuropsychology.*

Curtis, K. L., Greve, K. W., **Bianchini, K. J.,** & Brennan, A., (2006). California Verbal Learning Test indicators of malingered neurocognitive dysfunction: Sensitivity and specificity in traumatic brain injury. *Assessment, 13,* 46-61.

Etherton, J. L., **Bianchini, K. J.,** Ciota, M. A., Heinly, M. T., & Greve, K. W. (2006). Pain, malingering and the WAIS-III Working Memory Index. *The Spine Journal, 6,* 61-71.

Greve, K. W. & **Bianchini, K. J.** (2006). Should the Retention Trial of the Test of Memory Malingering be optional*? Archives of Clinical Neuropsychology, 16,* 117-119.

**2005**
Heinly, M. T., Greve, K. W., **Bianchini, K. J.,** Love, J. L., & Brennan, A. (2005). WAIS Digit Span-Based Indicators of malingered neurocognitive dysfunction: Classification accuracy in traumatic brain injury. *Assessment.*

Greve, K. W., Love, J. M., Heinly, M. T., Doane, B. M., Uribe, E., Joffe, C. L., & **Bianchini, K. J.** (in press). Detection of simulated tactile sensory loss using of a forced-choice test of tactile discrimination. *Journal of Occupational and Environmental Medicine.*

**Bianchini, K. J.**, Greve, K. W., Glynn, G. (2005). On the diagnosis of malingered pain-related disability: Lessons from cognitive malingering research. *The Spine Journal*.

Etherton, J. L., **Bianchini, K. J.,** Greve, K. W., & Heinly, M. T. (2005). Sensitivity and specificity of reliable digit span in malingered pain-related disability. *Assessment.*

Doane, B. M., Greve, K. W., & **Bianchini, K. J.** (2005). Agreement between the Abbreviated and Standard Portland Digit Recognition Test. *The Clinical Neuropsychologist.*

Etherton, J. L., **Bianchini, K. J.**, Greve, K. W., Ciota, M. A. (2005). Test of Malingering Performance is unaffected by laboratory-induced pain: Implications for clinical use. *Archives of Clinical Neuropsychology*.

**Bianchini, K. J.,** Love, J. M., Greve, K. W., Adams, D. (2005). Detection and diagnosis of malingering in electrical injury. *Archives of Clinical Neuropsychology.*

Greve, K. W., Stickle, T. R., Love, J. M., **Bianchini, K. J.**, & Stanford, M. S. (2005). Latent structure of the Wisconsin Card Sorting Test: A confirmatory factor analytic study. *Archives of Clinical Neuropsychology*.

Etherton, J. L., **Bianchini, K. J.,** Ciota, M. A., & Greve, K. W. (2005). Reliable Digit Span is unaffected by laboratory-induced pain: Implications for clinical use. *Archives of Clinical Neuropsychology*.

Greve, K. W., **Bianchini, K. J.,** Doane, B. M., Love, J. M., Stickle, T. R. (2005). Psychological evaluation of the emotional effects of a community toxic exposure. *Journal of Occupational and Environmental Medicine.*

Greve, K. W., **Bianchini, K. J.,** Response to Thompson and Sterling. (2005). Letters to the Editor/*Pain*.

**2004**
**Bianchini, K. J.,** Etherton, J. L., & Greve, K. W. (2004). Diagnosing cognitive malingering in patients with work-related pain: Four cases. *Journal of Forensic Neuropsychology.*

Greve, K. W. & **Bianchini, K. J.** (2004). More on the clinical and scientific relevance of "symptom amplification" and psychological factors in pain. *Pain* [letter].

**Bianchini, K. J.,** Heinly, M. T., & Greve, K. W. (2004). Unnecessary cervical disc surgery for a malingering patient. *The Spine Journal* [letter].

**Bianchini, K. J.,** & Greve, K. W. (2004). Re: Symptom magnification and neurocognitive dysfunction: Reply. *Journal of Occupational and Environmental Medicine* [letter, invited].

Greve, K. W., Curtis, K. L., & **Bianchini, K. J.** (2004). Personality disorder masquerading as dementia: A case of apparent Diogenes syndrome. *International Journal of Geriatric Psychiatry*.

Greve, K. W., & **Bianchini, K. J.** (2004). Response to Butcher et al., "The construct validity of the Lees-Haley Fake-Bad Scale…" *Archives of Clinical Neuropsychology.*

Greve, K. W., Heinly, M. T., Joffe, C. L., **Bianchini, K. J.** (2004). Disruption of facial affect processing in word deafness. *Journal of Neurology, Neurosurgery & Psychiatry.*

**2003**
Greve, K. W., & **Bianchini, K. J.** (2003).  Setting empirical cut-offs on psychometric indicators of negative response bias: a methodological commentary with recommendations.  *Archives of Clinical Neuropsychology*.

**Bianchini, K. J.,** Greve, K. W., & Love, J. M. (2003).  Definite Malingered Neurocognitive Dysfunction in Moderate/Severe Traumatic Brain Injury.  *The Clinical Neuropsychologist*.

**Bianchini, K. J.**, Houston, R.J., Greve, K. W., Irvin, T. R., Black, F. W., Swift, D. A., & Tamimie, R. J. (2003).  Malingered Neurocognitive Dysfunction in Neurotoxic Exposure: An Application of the Slick Criteria.  *Journal of Occupational and Environmental Medicine*.

Greve, K. W., **Bianchini, K. J.**, & Ameduri, C. J. (2003).  The use of a forced-choice test of tactile discrimination in the evaluation of functional sensory loss.  *Archives of Physical Medicine and Rehabilitation*.

Greve, K. G., **Bianchini, K. J.,** Mathias, C. W., Houston, R. J., & Crouch, J. A. (2003).  Detecting Malingered Performance on the Wechsler Adult Intelligence Scale:  Validation of Mittenberg's Approach in Traumatic Brain Injury.  *Archives of Clinical Neuropsychology*.

**2002**
Greve, K. W., Houston, R. J., Adams, D., Stanford, M. D., **Bianchini, K. J.**, Clancy, A., & Rabito, F. J. (2002). The neurobehavioral consequences of St. Louis Encephalitis infection: A case report. *Brain Injury*.

Mathias, C. W., Greve, K. W., **Bianchini, K. J.,** Houston, R. J., & Crouch, J. A. (2002). Detecting malingered neurocognitive dysfunction using the Reliable Digit Span in traumatic brain injury. *Assessment*.

Greve, K. W., **Bianchini, K. J.**, Mathias, C. W., Houston, R. J., & Crouch, J. A., (2002). Detecting malingered performance with the Wisconsin Card Sorting Test: A preliminary investigation in traumatic brain injury. *The Clinical Neuropsychologist*.

Greve, K. W. & **Bianchini, K. J.** (2002). Using the Wisconsin Card Sorting Test to detect malingering: An analysis of the specificity of two methods in non-malingering normal and patient samples. *Journal of Clinical and Experimental Neuropsychology*.

**2001**
Mittenberg, W., Theroux, S., Aguila-Puentes, G., **Bianchini, K. J.,** Greve, K., & Rayls, K. (2001). Identification of Malingered Head Injury on the Wechsler Adult Intelligence Scale – 3rd Edition.  *The Clinical Neuropsychologist*.

**Bianchini, K. J.,** Mathias, C. W., Greve, K. W., Houston, R. J., & Crouch, J. A. (2001). Classification accuracy of the Portland Digit Recognition Test in traumatic brain injury. *The Clinical Neuropsychologist*.

**Bianchini, K. J.,** Mathias, C. W., & Greve, K. W., (2001). Symptom validity testing: A critical review. *The Clinical Neuropsychologist*.

South, M. B., Greve, K. W., **Bianchini, K. J.,** & Adams, D. (2001). Inter-rater reliability of Three Clock Drawing Test scoring systems. *Applied Neuropsychology*.

**2000**
Greve, K. W., Lindberg, R., **Bianchini, K. J**., & Adams, D. (2000). Construct validity and predictive value of the Hooper Visual Organization Test in stroke rehabilitation. *Applied Neuropsychology*.

**1999**
Greve, K. W., **Bianchini, K. J.,** Hartley, S. M., Adams, D. (1999). The Wisconsin Card Sorting Test in stroke rehabilitation: Factor structure and relationship to outcome. *Archives of Clinical Neuropsychology*.

**1998**
Greve, K. W., Ingram, F., & **Bianchini, K. J.** (1998). Latent structure of the Wisconsin Card Sorting Test in a clinical sample. *Archives of Clinical Neuropsychology*.

**1985**
Lubar, J. F., **Bianchini**, K. J., Calhoun, W. H., Lambert, E. W., Brody, Z. H., & Shabsin, H. S. (1985). Spectral analysis of EEG differences between children with and without learning disabilities. *Journal of Learning Disabilities*.

## **BOOK CHAPTERS:**

Greve, K. W., **Bianchini, K. J.,** & Ord, J. (in preparation). Forensic assessment of chronic pain. In G. J. Larrabee (ed.) *Forensic Neuropsychology: A Scientific Approach* (2nd ed.). New York: Oxford University Press.

Greve, K. W. & **Bianchini, K. J.,** (in press). The psychological assessment of pain-related disability. In D. Faust (ed.), *Ziskin & Faust's coping with psychiatric and psychological testimony.*

Greve, K. W., & **Bianchini, K. J.** (2009). Schmerz und Beschwerdenvalidierrung [Symptom validity testing in pain]. In T. Merten & D. Dettenborn (eds.), *Diagnostik der Beschwerdenvalidität.* Berlin: Deutsch Psychologen Verlag GmbH.

**Bianchini, K. J.** & Greve, K. W., (2009). Chronic pain as a context for malingering. In J. Morgan & J. Sweet (Eds.), *Neuropsychology of malingering casebook* (pp. 307-332). New York: Taylor & Francis.

Larrabee, G. J., Greiffenstein, M. F., Greve, K. W., & **Bianchini, K. J.** (2007). Refining diagnostic criteria for malingering. In G. J. Larrabee (Ed.), *Assessment of malingered neuropsychological deficit.* (pp. 334-371). New York: Oxford University Press.

Greve, K. W. & **Bianchini, K. J.** (2007). Detection of cognitive malingering with tests of executive function. In G. J. Larrabee (Ed.), *Assessment of malingered neuropsychological deficits* (pp. 171-225). New York: Oxford University Press.

Greve, K. W., **Bianchini, K. J.**, Adams, D. (2003). The Rey-Osterreith Complex Figure in stroke rehabilitation and recovery. In J. A. Knight & E. F. Kaplan (Eds.), *The Handbook of Rey-Osterreith Complex Figure usage: Clinical and research applications*. Odessa, FL: Psychological Assessment Resources.

Greve, K. W., Hartley, S. M., **Bianchini, K. J.**, & Adams, D. & Stanford, M. S. (2003). The Rey-Osterreith Complex Figure in patients with vascular lesions of the cerebellum. In J. A. Knight & E. F. Kaplan (Eds.), *The Handbook of Rey-Osterreith Complex Figure usage: Clinical and research applications*. Odessa, FL: Psychological Assessment Resources.

## PUBLISHED ABSTRACTS AND PRESENTATIONS:

### 2010
**Bianchini, K. J.,** Greve, K. W. (2010, April). Neuropsychological testing in civil litigation. A workshop done as part of *Back to Basics: A Primer in Forensic Psychiatry/Psychology* presented by the Tulane Department of Psychiatry and Behavioral Sciences and the Center for Continuing Education in conjunction with the Louisiana Office of Mental Health, New Orleans, LA.

### 2009
Greve K. W., Aguerrevere, L. E., **Bianchini, K. J.**, Etherton J. L., Heinly, M. T. (2009, November). Validation of the Bianchini et al. (2005). C*riterion for malingered pain-related disability.* Poster presented at the 29th annual meeting of the National Academy of Neuropsychology, New Orleans, Louisiana.

Greve, K. W., Ord, J. S., Etherton, J. L., **Bianchini, K. J.**, & Curtis K. L. (2009, November). *Criterion groups validation of the Word Memory Test in chronic pain*. Poster presented at the 29th Annual Meeting of the National Academy of Neuropsychology, New Orleans, LA.

Ord, J. S., Capps, D. E., Greve, K. W., & **Bianchini, K. J.** (2009, November). *Criterion groups validation of the rarely missed index from the Wechsler Memory Scale-III in traumatic brain injury*. Poster presented at the 29th Annual Meeting of the National Academy of Neuropsychology, New Orleans, LA.

Aguerrevere, L. E., Guise, B. J., Greve, K. W., & **Bianchini, K. J.** (2009, June). Detecting malingered pain-related disability with the Finger Tapping Test. *The Clinical Neuropsychologist, 23*, 567. Paper presented at the AACN's 6th Annual Conference & Workshops, San Diego, CA.

**Bianchini, K. J.,** (2009, May). *Malingered pain-related disability.* Paper presented at the First European Symposium on Symptom Validity Testing. Würzburg, Germany.

Aguerrevere, L. E., Greve, K. W., **Bianchini, K. J.,** Ord, J. S. Heinrichs, R. J., Soetaert, D. K., Morgan, C. D. (2009, February). *Classification accuracy of the Millon Clinical Multiaxial Inventory-III in the detection of malingering in traumatic brain injury.* Poster presented at the 37th Annual Meeting of the International Neuropsychological Society, Atlanta, GA.

Curtis, K. L., Brasseux, R., Greve, K. W., & **Bianchini, K. J**. (2009, February). *Classification accuracy of the Seashore Rhythm Test and Speech Sounds Perception Test to malingering in traumatic brain injury.* Poster presented at the 37th annual meeting of the International Neuropsychological Society, Atlanta, GA.

**2008**
Curtis, K. L., Brasseux, R., Greve, K. W., & **Bianchini, K. J**. (2008, February). *Classification accuracy of the Seashore Rhythm Test and Speech Sounds Perception Test to malingering in traumatic brain injury.* Poster presented at the 37th annual meeting of the International Neuropsychological Society, Atlanta, GA.

Aguerrevere, L. E., Guise, B. J. Greve, K. W., **Bianchini, K. J**., Meyers, J. E. (2008, June). Detecting malingered pain-related disability with the Modified Somatic Perception Questionnaire and the Pain Disability Inventory. *The Clinical Neuropsychologist, 22*, 384. Poster presented at the AACN's 6th Annual Conference & Workshops, Boston, MA.

Curtis, K. L., Brasseux, R., Greve, K. W., & **Bianchini, K. J**. (2008, February). *Classification accuracy of Finger Tapping and Grooved Pegboard indicators to malingering in traumatic brain injury.* Poster presented at the 36th annual meeting of the International Neuropsychological Society, Waikoloa, HI.

Aguerrevere, L. E., Greve, K. W., **Bianchini, K. J.,** Ord, J. S. (2008, February). *Traumatic brain injury and visual perception: Effects of severity and effort.* Poster presented at the 36th Annual Meeting of the International Neuropsychological Society, Waikoloa, HI.

Ord, J. S., Greve, K. W., **Bianchini, K. J.,** Aguerrevere, L. (2008, February). *Executive dysfunction in traumatic brain injury: The effects of injury severity and effort on the Wisconsin Card Sorting Test.* Poster presented at the 36th Annual Meeting of the International Neuropsychological Society, Waikoloa, HI.

Ord, J. S., Boettcher, A., Greve, K. W., **Bianchini, K. J**. (2008, February). *Detection of malingering in traumatic brain injury with the Conner's Continuous Performance Test-II.* Poster presented at the 36th Annual Meeting of the International Neuropsychological Society, Waikoloa, Hawaii.

**2007**

Etherton, J. L., **Bianchini, K. J.,** Greve, K. W., & Heinly, M. (2007). *MMPI-2 profiles in chronic pain patients controlling for incentive effects including malingering.* Poster presented at the 41st Annual Convention of the Association for Behavior and Cognitive Therapies, Philadelphia, PA.

Greve, K. W., **Bianchini, K. J.** (2007, July). *Clinical applications of modern effort and symptom validity research.* Workshop presented at the Walter Reed Army Medical Center Distinguished Visiting Professor Workshop.

Greve, K. W., **Bianchini, K. J.** (2007, June). Pain psychology for neuropsychologist. *The Clinical Neuropsychologist, 21,* 373. Workshop presented at the 5th Annual Conference of the American Academy of Clinical Neuropsychology (AACN), Denver, CO.

**Bianchini, K. J.** & Greve, K. W. (2007, May). *Psychological perspectives on pain and the injured worker.* Workshop presented at the American Occupational Health Conference, New Orleans, LA.

Brasseux, R., Greve, K. W., Gianoli, G., Soileau, J., & **Bianchini, K. J.** (2007, April). *The relationship between the Modified Somatic Perception Questionnaire and Dynamic Platform Posturography.* Paper to be presented at the 2007 Spring Meeting of the American Neurotology Society, San Diego, CA.

Ord, J., Greve, K. W., **Bianchini, K. J.,** & Curtis, K. L. (2007, February). *Prevalence of malingering in chronic pain: A comparison of two diagnostic systems.* Poster presented at the 35th Annual Meeting of the International Neuropsychological Society, Portland, OR.

Greve, K. W., Curtis, K. L., **Bianchini, K. J.,** & Ord, J. (2007, February). *A comparison of malingering indicators derived from the original and second edition of the California Verbal Learning Test.* Poster to be presented at the 35th Annual Meeting of the International Neuropsychological Society, Portland, OR.

**2005**

Etherton, J. L., Greve, K. W., **Bianchini, K. J.,** & Heinly, M. (2005, November). *MMPI-2 profiles in non-clinical simulators and clinical malingerers of pain-related disability.* Poster presented at the annual convention of the Association for Behavior and Cognitive Therapies. Washington, D.C.

Etherton, J. L., Greve, K. W., **Bianchini, K. J.,** & Heinly, M. (2005, November). *Pain, malingering, and the WAIS-III Processing Speed index.* Poster presented at the annual convention of the Association for Behavior and Cognitive Therapies, Washington, D.C.

Brasseux, R., Curtis, K. L., Springer, S., Greve, K. W., & **Bianchini, K. J.** (2005, October). *Sensitivity and specificity of trail making test indicators to malingered neurocognitive dysfunction in traumatic brain injury*. Poster presented at the 25th annual meeting of the National Academy of Neuropsychology, Tampa, FL.

Curtis, K. L., Greve, K. W., **Bianchini, K. J.,** & Heinly, M. (2005, October). *Sensitivity and specificity of WAIS indicators to malingered neurocognitive dysfunction in traumatic brain injury*. Poster presented at the 25th annual meeting of the National Academy of Neuropsychology, Tampa, FL.

Thompson, L., Curtis, K. L., Greve, K. W., & **Bianchini, K. J.** (2005, October). *Sensitivity and specificity of COWAT indicators to malingered neurocognitive dysfunction in traumatic brain injury*. Poster presented at the 25th annual meeting of the National Academy of Neuropsychology, Tampa, FL.

Greve, K. W. & **Bianchini, K. J.** (2005, October). *The assessment of malingering with standard clinical neuropsychological instruments.* Workshop presented at the 25th annual meeting of the National Academy of Neuropsychology, Tampa, FL.

**2004**
Curtis, K. L., Greve, K. W., Brasseux, R., **Bianchini, K. J.,** Thompson, L., & Brennan, A. (2004, November). Sensitivity and specificity of CVLT indicators to malingered neurocognitive dysfunction in traumatic brain injury. *Archives of Clinical Neuropsychology, 19*, 856-857. Poster presented at the 24th annual meeting of the National Academy of Neuropsychology, Seattle, WA.

Greve, K. W., **Bianchini, K. J.,** Love, J., Heinly, M., Doane, B., Curtis, K L.., Uribe, E., Thompson, L., & Brasseux, R. (2004, November). Sensitivity and specificity of MMPI-2 validity scales and indicators to malingered neurocognitive dysfunction in traumatic brain injury. *Archives of Clinical Neuropsychology, 19*, 861. Poster presented at the 24th annual meeting of the National Academy of Neuropsychology, Seattle, WA.

Heinly, M., Greve, K. W, Love, J., Brennan, A., & **Bianchini, K.** (2004, November). The use of WAIS Digit Span markers in the detection of malingered neurocognitive dysfunction in traumatic brain injury. *Archives of Clinical Neuropsychology, 19*, 861-862. Poster presented at the 24th annual meeting of the National Academy of Neuropsychology, Seattle, WA.
Uribe, E., Greve, K. W, Larrabee, G., & **Bianchini, K. J.** (2004, November). Should occupation level be included in the estimation of pre-morbid intelligence? *Archives of Clinical Neuropsychology, 19*, 888-889. Poster presented at the 24th annual meeting of the National Academy of Neuropsychology, Seattle, WA.

Etherton, J. L., **Bianchini, K. J.,** Greve, K. W., Crapanzano, A., Foster, A., & Zuchowski, M. (2004, April). *Reliable Digit Span scores are unaffected by pain: Implications for clinical use*. Poster presented at the 56th Annual Convention of the Louisiana Psychological Association, Baton Rouge, LA.

Doane, B. M., Greve, K. W., & **Bianchini, K. J.** (2004, February). *Agreement between the standard and abbreviated forms of the Portland Digit Recognition Test*. Poster presented at the 32nd Annual Meeting of the International Neuropsychological Society, Baltimore, MD.

**2003**
Greve, K. W., **Bianchini, K. J.,** Brennan, A., Love, J. M., Doane, B. M. (2003, October). *Magnitude of potential compensation and failure rate on symptom validity tests.* Poster presented 23rd annual meeting of the National Academy of Neuropsychology, Dallas, TX.

Greve, K. W. & **Bianchini, K. J.** (2003, October). *Estimating the specificity and sensitivity of malingering indicators.* Poster presented 23rd annual meeting of the National Academy of Neuropsychology, Dallas, TX.

Greve, K. W., Stickle, T. R., Love, J. M., Brennan, A., Heinly, M. T., **Bianchini, K. J.,** & Stanford, M. S. (2003, February). *Confirmatory factor analysis of the Wisconsin Card Sorting Test using non-overlapping variables.* Poster presented at the 31st Annual Meeting of the International Neuropsychological Society, Honolulu, HI.

Greve, K. W., **Bianchini, K. J.,** & Irvin, T. R. (2003, February). *Malingering following neurotoxic exposure.* Poster presented at the 31st Annual Meeting of the International Neuropsychological Society, Honolulu, HI.

**2002**
Greve, K. W., **Bianchini, K. J.,** & Etherton, J. (2002, November). *Detection of neurocognitive malingering in litigating pain patients*. Paper presented at the 36th Annual Meeting of the Association for Advancement of Behavior Therapy, Reno, NV.

Greve, K. W., Mathias, C. W., **Bianchini, K. J.,** & Houston, R. J. (2002, February). *Malingering on the WAIS: Validation of Mittenberg's approach to detection.* Poster presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto, ON, Canada.

Heinly, M. T., Greve, K. W., Adams, D., & **Bianchini, K. J.** (2002, February). *Emotion processing in a patient with pericallosal artery infarct.* Poster presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto, ON, Canada.

Greve, K. W., Stickle, T. R., Love, J. M., Heinly, M. T., Brennan, A., Vitone, N., **Bianchini, K. J.,** & Stanford, M. S. (2002, February). *Confirmatory factor analysis of the Wisconsin Card Sorting Test.* Poster presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto, ON, Canada.

**2001**
**Bianchini, K. J.** & Greve, K. W. (2001, November). *Psychological aspects of malingering: the pain patient*. Presentation at the 2001 Annual Key Concepts for Successful Return to Work, New Orleans, LA. [invited]

Houston, R. J., Greve, K. W., Adams, D., Stanford, M., Rabito, F., **Bianchini, K. J.,** & Clancy, A. (2001, February). Neurobehavioral consequences of St. Louis encephalitis infection: a case report. *Journal of the International Neuropsychological Society, 7*, 173. Presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago, IL.

**2000**

Mittenberg, W., Theroux, S., Rayls, K., Aguila-Puentes, G., **Bianchini, K. J.,** & Greve, K. W. (2000, November). Identification of malingered head injury on the WAIS-3. *Archives of Clinical Neuropsychology, 15*, 845-846. Presented at the 19th Annual Conference of the National Academy of Neuropsychology, Orlando, FL.

Houston, R. J., Greve, K. W., Stanford, M. S., Adams, D., & **Bianchini, K. J.** (2000, November). *Cerebellar patients exhibit lateralized cognitive deficits*. Presented at the Annual Meeting of the Society for Neuroscience, New Orleans, LA.

South, M. B., Greve, K. W., Lindberg, R., **Bianchini, K. J.,** & Adams, D. (2000, February). The Clock Drawing Test: The inter-rater reliability of three scoring systems in stroke. *Journal of the International Neuropsychological Society, 6*, 2004. Presented at the 28th Annual Meeting of the International Neuropsychological Society, Denver, CO.

**1999**

Lindberg, R., Greve, K. W., **Bianchini, K. J.,** & Adams, D. (1999, November). Construct validity and predictive value of the Hooper Visual Organization Test in stroke rehabilitation. *Archives of Clinical Neuropsychology, 14*, 732-733. Presented at the 19th Annual Conference of the National Academy of Neuropsychology, San Antonio, Texas.

**1998**

Greve, K. W., Hartley, S. M., Lindberg, R., **Bianchini, K. J.,** & Adams, D. (1998, November). The factor Structure of the Wisconsin Card Sorting Test in a stroke rehabilitation sample. *Archives of Clinical Neuropsychology, 14*, 76-77. Presented at the 18th Annual Conference of the National Academy of Neuropsychology, Washington, D.C.

## CURRENT RESEARCH INTERESTS:

Neuropsychological Outcome from Stroke and Brain Injury
Neurotoxicology
Neuropsychological Evaluation
Symptom Validity

**AWARDS:**

| 1976-1980 | Presidential Scholarship (Academic Achievement), SLU |
| 1980-1983 | Research and Teaching Assistantships, University of Tennessee |
| 1984-1986 | Research and Teaching Assistantships, University of Miami |

**ADVISOR:**

December 2009, serving as a Member of the Medical Advisory Council for the Louisiana Workforce Commission.

Served as agent of corporation and advisor to CEO and COO for RehabCare, Inc. on strategic acquisition projects.

**PROFESSIONAL AFFILIATIONS:**

American Psychological Association
Louisiana Psychological Association
National Academy of Neuropsychology
International Neuropsychological Society

**PERSONAL:**

| Born: | June 28, 1958 |
| Address: | 71 English Turn Drive |
| | New Orleans, Louisiana 70131 |

| Home Phone: | (504) 392-4841 |
| Work Phone: | (504) 780-1702 |
| Cell: | (504) 495-8188 |