# EXHIBIT E



JEFFERSON NEUROBEHAVIORAL GROUP
Kevin J. Bianchini, PhD, ABPN
kbianchini@JeffersonNeuro.com

LOUISIANA
MISSISSIPPI
ALABAMA
TEXAS

2901 N I-10 SERVICE RD E, STE 300
METAIRIE, LOUISIANA 70002
504.780.1702 TEL
504.780.1705 FAX
JeffersonNeuro.com

Durden, Antoinette - PPR Kevin Bianchini 000006

# E-MAIL APPOINTMENT CONFIRMATION

Date: April 3, 2018

To: Val Exnicios

Co: Liska, Exnicios & Nungesser

From: Yvonne Krumins/Dr. Kevin Bianchini's office

RE: ANTIONETTE DURDEN

This email will confirm the appointment of **Antionette Durden** with Dr. Kevin Bianchini for a psychological evaluation on **April 19, 2018, from 9:00 a.m. – 5:00 p.m.** Additionally, Dr. Bianchini is requesting to conduct a collateral interview with the significant other. This interview may be conducted in person or, preferably, over the phone. Please request permission from opposing counsel to conduct this interview. Please follow-up with our office to set-up this interview.

The evaluation will take place in our Metairie office at the following address:

    **2901 North I-10 Service Road East**    504.780.1702
    **Suite 300**
    **Metairie, LA 70002**

For the patient I am attaching maps and an information sheet.

Please forward **one-sided paper copies and a CD** of all of the patient's medical records (**NO FILMS**) to Dr. Bianchini prior to the evaluation date. Also, please send all depositions and statements taken of collaterals and/or eye witnesses.

Our legal billing specialist will be contacting you regarding prepayment.

**A Professional Services Agreement and fee schedule are attached with the cost of the evaluation listed at the bottom along with Dr. Bianchini's TIN. Please sign, or have signed, and return to our office. Payment is due in the office 3 days prior to the evaluation date.**

**Checks can be made payable to: Kevin J. Bianchini, Ph.D.**

Please let me know if you have any questions. Thank you for this referral.

CLINICAL PSYCHOLOGY   ▪   NEUROPSYCHOLOGY   ▪   MEDICAL PSYCHOLOGY
RESEARCH - ASSESSMENT - INTERVENTION - FORENSIC CONSULTATION - REHABILITATION