# EXHIBIT F

**Supplemental Witness List of Case Specific Witnesses for Antionette Durden**

**Witnesses Reasonably Expected to be Called at Trial:**

|   | Name | Address | Phone Number | Description of Testimony |
|---|------|---------|--------------|--------------------------|
| 1 | Antoinette Durden | 404 Fern Street New Orleans, LA 70118 | To be contacted via counsel only | Plaintiff |
| 2 | Anesha Williams-Prier | 2537 Bristol Place New Orleans, LA 70131 | 504-606-6862 | Daughter of Plaintiff who is expected to provide testimony about Ms. Durden's cancer treatment, and damages, including how her hair loss has impacted her life. |
| 3 | Darryl Durden | 6022 Blue Ash Lane Charlotte NC, 28215 | 907-229-9871 | Brother of Plaintiff who is expected to provide testimony about Ms. Durden's cancer treatment, damages, including how her hair loss has impacted her life. |
| 4 | David Delio | 1208 Lower Line Street New Orleans, LA 70118 | 508-498-5841 | Church friend of Ms. Durden expected to testify as to her reputation within the community and her physical appereance in a public setting following her treatment. |
| 5 | Trenell Christmas-Brown | 404 Fern Street New Orleans, LA 70118 | 504-278-0868 Is represented by other counsel and should only be contacted through counsel | Plaintiff's niece who is expected to testify as to Ms. Durden's damages, including how her hair loss has impacted her life. |
| 6 | Paulette Derkins | 172 Prarie View Ct. Avondale, LA 70094 | 504-913-5516 | First cousin of Plaintiff who is expected to testify as to Ms. Durden's damages, including how her hair loss has impacted her life. |
| 7 | Mary Mitchell | 53 Nassau Ave. Kenner, LA 70065 | 504-214-7730 | Friend of Ms. Durden who is expected to testify as to her reputation in the community and damages. |
| 8 | Dr. Sophy Jancich | 2500 Belle Chasse Hwy Gretna, LA 70056 | | Prescribing oncologist of Plaintiff who has been previously deposed. |

| 9 | Dr. John Cole | 1514 Jefferson Hwy New Orleans, LA 70121 | | Current treating oncologist of Plaintiff whose deposition has been noticed by Defendants. |

**Witnesses Who May be Called at Trial:**

| | Name | Address | Phone Number | Description of Testimony |
|---|---|---|---|---|
| 1 | Nika Sly | 1331 Ferry Place New Orleans, LA 70118 | 504-460-5955 | Ms. Sly is expected to testify about damages and making wigs for Ms. Durden. |
| 2 | Bertha Lawerence | 2084 Maharry Dr. Marrero, LA 70072 | 504-428-6712 | Friend of Ms. Durden who is expected to testify regarding Ms.Durden's reputation in the community and damages including how her hair loss has impacted her life.. |
| 3 | Carol Dotson | P.O. Box 10662 New Orleans, LA 70181 | 504-339-8691 | Church friend of Ms. Durden expected to testify regarding Ms.Durden's reputation in the community and her physical appereance in a public setting following her treatment. |
| 4 | Courtney Brown | 5801 Walnut Creek Rd, Apt. A 304 River Ridge, LA 70123 | 504-314-5419 | Parent of two children that Ms. Durden cares for who is expected to testify as to Ms. Durden's reputation within the community and her physical appearance within her in-home daycare setting. |
| 5 | Dorothy Durden | 2839 Pine Street New Orleans, LA 70125 | 504-864-8332 | Former sister-in-law of Ms. Durden who is expected to testify as to Ms. Durden's reputation within the community and damages incuding how her hair loss has impacted her life. |
| 6 | Julie Mermilliod, M.D. | 1514 Jefferson Hwy New Orleans, LA 70121 | 504-842-3940 | Former dermatologist of Plaintiff currently noticed for deposition by Defendants. |
| 7 | Priya P. Velu, M.D. | 2820 Napoleon Ave #890 New Orleans, LA 70115 | | PCP of Plaintiff who is currently noticed for deposition by Defendants. |
| 8 | Debra Gauthier, M.D. | Jefferson Hwy Dermatology 1514 Jefferson Hwy New Orleans, LA 70121 | 504-842-3940 | Nurse Practitioner at dermatology office that Defendants have previously requested to depose |

|    |                            |                                                                                      |              |                                                                                                                                                          |
|----|----------------------------|--------------------------------------------------------------------------------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                            |                                                                                      |              | and are currently seeking dates on.                                                                                                                      |
| 9  | Ashley Canty               | Ochsner Health Center/Baptist Napoleon Medical Plaza 2820 Napoleon Ave. New Orleans, 70115 | 504-703-2055 | Medical Records representative working in the billing department of Oschner expected to testify as to signing of NDC checklist form and product ID. |
| 10 | Julie Martin, MD           | Jefferson Hwy Dermatology 1514 Jefferson Hwy New Orleans, LA 70121                   | 504-842-3940 | Plaintiff's current dermatologist who has been previously deposed in this matter.                                                                        |
| 11 | Adam Riker, M.D.           | 2700 Napoleon Ave. New Orleans, LA 70115                                             | 504-899-9311 | Plaintiff's breast surgeon who performed her mastectomy.                                                                                                 |
| 12 | Hugo Williams-Hilaire, M.D. | 2700 Napoleon Ave. New Orleans, LA 70115                                             | 504-899-9311 | Plaintiff's breast surgeon who performed her mastectomy.                                                                                                 |

Additionally, Plaintiff reserves her right to call any records custodians of any of Plaintiff's medical providers previously set forth in Plaintiff's original witness list as witnesses 24-36. Furthermore, Plaintiff reserves the right to call any case specific witness (namely entries 43-64 who appear to be healthcare providers and case specific fact witnesses) identified in Defendants' witness list.