# EXHIBIT H

**Supplemental Witness List of Case Specific Witnesses for Barbara Earnest**

**The following witnesses are reasonably expected to be called at trial:**

1. Earnest, Barbara                                              (Plaintiff)
    c/o Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    303-893-9800

    Plaintiff herein.

2. Earnest, Sr., Ralph                                           (Fact Witness)
    c/o Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    303-893-9800

    Ralph Sr. is Plaintiff's husband and may testify regarding injuries and losses Plaintiff incured as a result of taking Taxotere.

3. Earnest, Michael                                              (Fact Witness)
    2313 Pelican Street
    Slidell, LA 70460
    985-718-7462

    Michael is is Plaintiff's son and may testify regarding injuries and losses Plaintiff incured as a result of taking Taxotere.

4. Crochet, II, Robert J.                                        (Fact)
    Slidell Memorial Hospital
    1001 Gause Blvd
    Slidell, LA 70458

    Mr. Crochet is expected to testify concerning the NDC codes for the Taxotere/docetaxel administered to Plaintiff and consistent with his affidavit.

5. Carinder, MD, James                                           (Fact/Expert Treater)
    Northshore Oncology Associates, LLC
    1120 Robert Blvd., Suite 330
    Slidell, LA 70458

    Dr. Carinder treated Plaintiff from 2011 to 2013 for her breast cancer and is expected to testify concerning that treatment and consistent with his deposition.

**The following witnesses may be called at trial:**

6. Baez, MD, Raymond                        (Fact/Expert Treater)
   Ochsner Medical Center
   2750 Gause Blvd E.
   Slidell, LA 70461

   Dr. Baez may testify regarding Plaintiff's primary care from 2012 forward.

7. Bastoe, Amy                              (Fact Witness)
   30560 Torres
   Lacombe, LA 70445
   985-768-7000

   Ms. Bastoe is plaintiff's close friend and may testify regarding her knowledge of Plaintiff's hair loss.

8. Burg, Debbie                             (Fact Witness)
   2708 Highland Dr. N
   Gretna, LA 70056
   504-975-5659

   Ms. Burg is plaintiff's close friend and may testify regarding her knowledge of Plaintiff's hair loss.

9. Collins-Burow, MD, Bridgett              (Fact/Expert Treater)
   150 South Liberty Street
   New Orleans, LA 70112

   Dr. Collins-Burow has been Plaintiff's oncologist since 2011 and may testify to her knowledge of Plaintiff's treatment and hair loss.

10. Duffour, MD, Rory                       (Fact/Expert Treater)
    Rowland Duffour Clinic
    1400 W. Highway 190
    Slidell, LA 70460

    Dr. Duffour may testify regarding Plaintiff's exams in 2007.

11. Dufrechou, MD, Nicole                   (Fact/Expert Witness)
    350 Gateway, Suite A
    Slidell, LA 70461

    Dr. Dufrechou removed a mole from Plaintiff's head in December 2011 and may testify to same.

12. Earnest, Jr., Ralph                                  (Fact Witness)
    39712 Bedico Trace Blvd
    Ponchatoula, LA 70454
    504-289-3808

    Ralph Jr. is is Plaintiff's son and may testify regarding injuries and losses Plaintiff incured as a result of taking Taxotere.

13. Hedgepeth, MD, Glenn                                 (Fact/Expert Treater)
    St. Tammany Park Plaza
    Gastroenterology & Internal Medicine
    207 Highland Park Plaza
    Covington, LA 70433

    Dr. Hedgpeth may testify regarding Plaintiff's exams in 2008.

14. Hernandez, MD, Steven                                (Fact/Expert Treater)
    1415 Tulane Avenue
    New Orleans, LA 70001

    Dr. Hernandez performed blood work and testing on Plaintiff in 2014 to 2015 and may testify to same.

15. Hightower, MD, Steven                                (Fact/Expert Treater)
    SMH Imaging Center
    1495 Gause Blvd.
    Slidell, LA 70458

    Dr. Hightower may testify regarding Plaintiff's radiology imaging from 2012 to 2017.

16. Karlin, MD, Richard                                  (Fact/Expert Treater)
    433 Plaza Street, Suite A
    Bogalusa, LA 70427

    Dr. Karlin performed Plaintiff's breast cancer surgery and removal of port in 2011 and may testify to same.

17. Lagarde, MD, Marie                                   (Fact/Expert Treater)
    110 Lakeview Lane, #200
    Covington, LA 70433

    Dr. Lagarde performed ultrasound and biopsies in February 2011 of Plaintiff and may testify regarding her knowledge of Plaintiff's hair loss and treatment.

18. Larcena, MD, Allan                                (Fact/Expert Treater)
    Ochsner Medical Center
    105 Medical Center Drive, #301
    Slidell, LA 70461

    Dr. Larcena may testify regarding Plaintiff's exams in 2009.

19. LeBlanc, Ronald                                   (Fact Witness)
    60464 Cypress Dr.
    Lacombe, LA 70445
    985-960-6534

    Ms. LeBlanc is plaintiff's brother and may testify regarding his knowledge of Plaintiff's hair loss and harms and losses incurred as a result of taking Taxotere.

20. LeBlanc, Jules                                    (Fact Witness)
    924 Highway 55
    Montegut, LA 70377
    985-594-3698

    Ms. LeBlanc is plaintiff's oldest brother and may testify regarding his knowledge of Plaintiff's hair loss and harms and losses incurred as a result of taking Taxotere.

21. LeBlanc, Patsy                                    (Fact Witness)
    PO Box 1682
    Hammond, LA 70404
    985-634-2116

    Ms. LeBlanc is plaintiff's sister-in-law and may testify regarding her knowledge of Plaintiff's hair loss and harms and losses incurred as a result of taking Taxotere.

22. LeBlanc, Judy                                     (Fact Witness)
    60464 Cypress Dr.
    Lacombe, LA 70445
    985-960-6533

    Ms. LeBlanc is plaintiff's sister-in-law and may testify regarding her knowledge of Plaintiff's hair loss and harms and losses incurred as a result of taking Taxotere.

23. Mannina, MD, Edward
    Ochsner Medical Center                            (Fact/Expert Witness)
    2750 Gause Blvd E.
    Slidell, LA 70461

    Dr. Mannina treated and discharged Plaintiff in March 2017 and may testify regarding treatnent, Plaintiff's hair loss, and consistent with his deposition.

24. Miller, MD, Bryan                                   (Fact/Expert Witness)
    140 E. I-10 Service Road
    Slidell, LA 70461

    Dr. Miller performed primary care visits of Plaintiff in 2011 and may testify regarding his exams.

25. Narcisse, MD, Adela                                 (Fact/Expert Treater)
    Ochsner Health Systems
    Obstetrics & Gynecology
    105 Medica Center Drive, #303
    Slidelll, LA 70461

    Dr. Narcisse may testify regarding Plaintiff's exams in 2016.

26. Pizzuto, Irma                                       (Fact Witness)
    Irma Pizzuto Hair Salon
    2220 Edgar Dr.
    Violet, LA 70092
    504-272-0380

    Erma was Plaintiff's hair dresser until 2005 and may testify to her knowledge of Plaintiff's hair before chemotherapy and harms and losses incurred as a result of taking Taxotere.

27. Schultis, MD, Stephanie                             (Fact/Expert Treater)
    Schultis & Landy OBGYN
    110 Lakeview Lane, #100
    Covington, LA 70433
    985-898-1940

    Dr. Schultis may testify regarding Plaintiff's primary care exams from 2010 to 2011 and her diagnosis of breast cancer.

28. Shafor, MD, Robert                                  (Fact/Expert Treater)
    1051 Gause Blvd
    Slidell, LA 70458

    Dr. Shafor performed gall bladder surgery of Plaintiff in February 2011 and may testify regarding his knowledge of Plaintiff's hair loss and treatment.

29. Wig World                                             (Fact Witness)
    3515 18th Street
    Metairie, LA 70002

    Plaintiff purchased wigs from this store and one or more employees may testify regarding Plaintiff's purchases and hair loss.


This Supplemental Witness List is intended only to supplement and amend the witnesses listed as 1-43 in Plaintiff's original Preliminary Witness List.  Additionally, Plaintiff reserves her right to call any records custodians of any of Plaintiff's medical providers previously set forth in Plaintiff's original Preliminary Witness List as witnesses 29-43. Furthermore, Plaintiff reserves the right to call any case specific witness (namely entries 51-68 who appear to be healthcare providers and case specific fact witnesses) identified in Defendants' witness list.

Because discovery in this matter is ongoing, Plaintiff reserves her right to supplement and amend her Preliminary Witness List and Supplemental Witness List of Case Specific Witnesses prior to the trial of this matter.