UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A and B To Its Motion To Exclude Expert Testimony of Dr. Kevin Bianchini Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A and B (Rec. Doc. 6151-1 and 6151-2) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE