# EXHIBIT B



August 16, 2018


Val Patrick Exnicios, Esq.
Liska, Exnicios & Nungesser
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA. 70112


**RE: EXPERT REPORT FOR TAXOTERE LITIGATION, MDL No. 2740**


Mr. Exnicios,

Thank you for your request for information regarding Female Hair Loss (Alopecia) and the Hair Restoration Options commonly prescribed at Bauman Medical. Below you will find my report on the condition and it's effects as well as common options for hair restoration and hair replacement, including the use of medical grade Hair & Scalp Cranial Prosthesis called "CNC." Should you require further clarification or elaboration, please do not hesitate to contact me directly.


Sincerely,

Dr. Alan J. Bauman, MD, ABHRS
Diplomate, American Board of Hair Restoration Surgery
Medical Director
Bauman Medical - Boca Raton

## EXPERT REPORT

Prepared by:
Alan J. Bauman, MD, ABHRS
Diplomate, American Board of Hair Restoration Surgery

### Female Alopecia at Bauman Medical

Over the course of 20 years of specialty medical practice in Boca Raton, FL treating approximately 20,000 hair loss patients of whom roughly 50% are female, I have developed a clear view of the potentially devastating psychological impact of thinning hair and hair loss (alopecia) in women, as well as the mental "healing" effect of hair restoration can have on a woman's quality of life and well-being. At Bauman Medical, we prescribe a variety of medical options from medications, to phototherapy, to hair transplantation, to hair & scalp cranial prosthetics to achieve the optimal hair restoration results for our patients depending on their particular condition.

While alopecia has few physically harmful effects, research and clinical experience has taught us that hair loss is a form of "disfigurement" that can trigger high levels of anxiety and depression, detrimentally affecting a person's sense of self and identity. Many patients with significant alopecia have reported to me that there is an ongoing feeling of loss, which can be equated to coping with the grieving process following bereavement.

For women, a healthy full head of hair is an outward visible sign of beauty and youth—linked directly to the identity of the woman. Women are often taught at a young age how to care for their hair, style it, modify it, etc. as part of their daily beauty regimen. As young girls they may also engage in social behaviors related to their hair—braiding a friend's hair or visiting a salon for a new style for a special occasion. As women age, most will visit a salon regularly as well as use hair color treatments to preserve a youthful look. In the media, *hair*—referred to as a women's "crowning glory," often defines beauty. According to Statista, the Hair Care segment of the Cosmetics and Personal Care market in the US is estimated at over $15 billion annually.

Femininity, sexuality, attractiveness and personality are linked to a woman's hair—more so than for a man. There is no socially-acceptable option for women with extensive hair loss. In simple terms, a bald man is socially acceptable, but a bald woman is not. It is common that even small degrees of hair loss and hair thinning, e.g., loss of volume, widening part lines, loss of coverage and receding hairlines have significant psychological impact. For those with more extensive hair loss, the psychological trauma can run deep and is long lasting.

In our society, women are taught from a very young age that their image and appearance, of which hair plays a large role, is a precious item. I concur with the findings of Dr. Marianne LaFrance (Yale University) and numerous others (Cash, Olsen, Tosti, Christiano, et.al.) published in the clinical literature whose research has illuminated the cause-and-effect relationship between the perception of having "bad hair" and experiencing negative psychological consequences. When hair loss triggers a feeling of "bad hair" it is commonly accompanied by reduced self-esteem, increased social insecurity and diminished sense of being a worthwhile person.

It has been my experience that women with hair loss feel disgraced, embarrassed, ashamed and highly self-conscious. We also know that these patients also tend to search for and dwell

on their own personal character flaws that go well beyond their appearance. Mandatory changes in daily grooming habits are required. The constant fear of having to explain the condition and-or its causes to younger family members, relatives, coworkers, friends or acquaintances weighs heavily and becomes top of mind. Alterations in traditional social beauty rituals like salon visits and limiting, avoiding or adjusting previously satisfying activities such as sports, workouts or swimming, etc. only begin to scratch the surface of alopecia's effect on someone's lifestyle and mental well-being.

Every single day in my clinic I am reminded of the effects of the stress and psychological trauma of alopecia patients, which can be seen in their personal and professional lives, limiting or ending interpersonal relationships as well as triggering the avoidance of social activities. As we say in the clinic when progressive or permanent hair loss occurs, a "bad hair day" can certainly turn into a "*bad hair life.*"

Restoring a woman's hair gives her back something vital that she has lost including, but not limited to, a boost of well-being and vitality, a new outlook and renewed self-image and improved self-esteem. For many with extensive hair loss, hair restoration provides an exit from mental and physical isolation and exclusion—a means to return to or at least a step toward the 'normalcy' of participation at social and professional events which she had previously avoided.

**Treatment of Severe Alopecia Using CNC Hair & Scalp Cranial Prosthesis**

When hair follicle density is severely depleted, traditional treatments that improve hair follicle function such as powerful prescription topical medications, FDA-cleared laser therapy devices and so forth, have a limited effect. If the "supply/demand ratio" is low—meaning that if there are not enough viable healthy hair follicles around the sides and back of the scalp for microsurgical redistribution via transplantation—then hair restoration surgery is contraindicated.  At this point, advanced non-surgical hair replacement using a medical-grade Hair & Scalp Cranial Prosthesis is required to achieve the restoration.

Traditional lace or mesh based hair replacement systems (i.e., wigs) have many limitations—including naturalness due to the source of the hair utilized, as well as the activity and lifestyle-limiting methods of attachment. However, the advent of new technology such as 3D-printing and sophisticated attachment methods have allowed the creation of a new, advanced medical grade cranial hair & scalp prosthesis. This hair replacement system, called "CNC" (*Capelli Naturali a Contatto*) by Cesare Ragazzi Laboratories in Bologna, allows for a 100% seamless, functional and beautiful hair restoration—overcoming the limitations of previous non-surgical hair replacement.

After consultation and planning session with the patient along with the required dermatocompatibility testing is completed, all appropriate casts, molds, templates, measurements and parameters are sent and-or transmitted to the production facility in Bologna, Italy. Each Italian-made CNC includes a dermatocompatible, breathable, antimicrobial, heat-dissipating polymeric base or "Second Scalp" that fits precisely to the size and contour of the patient's scalp, into which tens of thousands of strands of unprocessed "virgin" human hairs are implanted in the proper angle, orientation and position for complete naturalness.

Having visited the factory personally, I can attest to the meticulous production process of each customized CNC that requires 48 steps and 240 man-hours to complete before it is sent back the clinic. Once applied with a medical grade adhesive and styled, the patient will visit the clinic each month for a service appointment, during which time the system is removed, the hair,

scalp and prosthetic is cleaned and the CNC is re-applied. The CNC is as comfortable and functional as it is natural and beautiful—even while being athletically active, as it does not shift or move between maintenance visits. The application of a CNC allows for a full return to an active, lifestyle including high-impact sports as well as swimming. Having prescribed this solution to numerous patients, I've found that the CNC is an incredible life-changing option for those who are suffering extensive alopecia in either the short term and long term.

Risks of using a CNC are minimized due to its design, biocompatibility testing and adherence to a regular maintenance schedule. However, there are situations where skin allergies, irritation/sores, seborrhea/excessive scalp sweating and other conditions have requires modification of the standard CNC application protocols or other medical interventions. A pair of CNC systems is recommended for each user in order to achieve the expected lifespan of 2.5-3yrs and allow for any needed repairs—which can vary depending on lifestyle and other factors.

It also bears mentioning that despite the fact that the Cesare Ragazzi CNC cranial prosthesis allows a significant step toward toward normalcy and is a vast improvement over previous non-surgical hair replacement options, NOTHING ever truly replaces a woman's own natural God-given hair—and therefore there are typically some residual adverse psychological effects, even with women utilizing the CNC hair replacement system.

**CNC Pricing Summary:**
Full Size CNC System Cost: $8,000-$15,000(full head/long hair); mean $11,500 per system
Two Systems: mean $11,500*2=$23,000
CNC Lifespan: 2.5-3yrs; or mean 2.75yrs (with two systems)
Repair Between Replacements: mean $2,000; or $2000/2.75yrs=$727/yr
Servicing: $200-$300(long hair) every 4 weeks; mean $250 x 12 visits = $3,000/yr

**"Average" Annual CNC Costs:**
SYSTEMS:       2 * $11,500 mean per system / 2.75yrs =       $8,364/yr
REPAIR:                                                                                        $727/yr
SERVICE:                                                                                     $3,000/yr
**TOTAL:**                                                                                  **$12,091/yr**

**Exhibits & References:**
3D-Printed CNC Cranial Hair & Scalp Prosthesis - Hair Replacement System by Cesare Ragazzi Laboratories; [please note: a variety of full-scalp hair systems will be shown]

[see attached pdfs of salute.gov.it registration, instructions & certifications for CNC / AdviHair]

Dr. Bauman's Cesare Ragazzi Factory Tour: https://baumanmedical.com/3d-printed-hair/
https://www.cesareragazzi.com/en/hair-replacement-system

Cancer Survivor, Tim, Receives CNC Hair Replacement from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=2mLODeULTbg

Dr. Bauman's Brain Cancer Patient, Genny, Receives 3D-Printed CNC Hair Replacement System from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=_BkUYNvW3WY

Scalp Burn Survivor, Misty, Receives 3D-Printed CNC Hair Replacement System from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=2mLODeULTbg

**Previous Recent Deposition(s):**
01-08-2018; Connie Jo Russo, Plaintiff  v.  N. Scott Howell, D.O., and Access Healthcare, LLC, Defendants.

**Fees & Compensation:**
see attached memorandum

**Curriculum Vitae:**
see attached CV