# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                            MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### FOURTH AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.    CORE CASE INFORMATION

Attorney Information

Please provide the following information for the civil action that you filed:

1.  Caption:  Barbara Earnest v. Sanofi S.A. el at
2.  Court and Docket No.:  USDC E.D.La 16-17144
3.  MDL Docket No. (if different):  16-2740

4. Date Lawsuit Filed: <u>December 12, 2016</u>
5. Plaintiff's Attorney: <u>Bachus,    yle  .</u>
6. Plaintiff's Law Firm: <u>Bachus    Schanker, LLC</u>
7. Attorney's Address: <u>1        ynkoop St., Suite 700</u>
<u>Denver, CO   0202</u>
.  Attorney's Phone Number: <u>(303)    3-  00</u>
.  Attorney's Email Address: <u>kyle.bachus   coloradolaw.net</u>

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: <u>EARNEST, BARBARA</u>
11. Street Address: ███████████████
12. City: ███████
13. State: ██████
14.  ip code: ██████████
15. Date of Birth: ████████████
16. Place of Birth: ████████████
17. Social Security Number: ████████████
1 . Maiden or other names you have used or by which you have been known:
<u>Barbara LeBlanc Earnest, Barbara M. Earnest</u>
1 . Sex: Male:     Female:
20. Race:

| Race | es |
|------|-----|
| American Indian or Alaska Native | |
| Asian | |
| Black or African American | |
| Native Hawaiian or Other Pacific Islander | |
|  hite | |

21. Ethnicity:

| Ethnicity | es |
|-----------|-----|
| Hispanic or Latino | |
| Not Hispanic or Latino | |

22. Primary Language: <u>English</u>

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name: <u>N/A</u>

24. Address:

25. Capacity in which you are representing the individual:

26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a) State:

    b) Court:

    c) Case Number:

27. Relationship to the Represented Person:

2 . State the date of death of the decedent: <u>--/--/----</u>

2 . State the place of death of the decedent:

30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes    No

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.  PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently:  Married:    Single:    Engaged:

    Significant other:    Divorced:    idowed:    Same sex partner:

2. Have you ever been married?  Yes    No

3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Earnest Sr., Ralph  L | 0  /1/1  72 | --/--/2017 | Still Married |

Education

4. For each level of education you completed, please check below:

    High School:    Vocational School:

    College: AA:    BA/BS:    Masters:    PhD:    M.D.:

    Other:

Employment

5.   Are you currently employed? Yes      No

6.   If yes, state the following:

      a)  Current employer name:

      b)  Address:

      c)  Telephone number:

      d)  Your position there:

7.   Are you making a claim for lost wages or lost earning capacity?

    Yes      No

.   Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | our Position |
|---|---|---|---|---|
|  |  | --/--/---- to --/--/---- Present |  |  |

.   Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes      No

10.  If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
|  | --/--/---- to --/--/---- Present |  |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORI ATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST     AGES OR LOST EARNING CAPACITY DAMAGES.

orker's Compensation and Disability Claims

11.     ithin the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

    Yes      No

12.  If yes, then as to EACH application, please state the following:

| ear Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
|  |  |  |  |  |

Military Service

> 13. Have you ever served in any branch of the military?  Yes     No
>
> 14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
|  | --/--/---- to --/--/---- Present |

> 15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes     No
>
> 16. If yes, state the condition:

Other Lawsuits

> 17.     ithin the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes     No

Computer Use

> 1 . Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
>     Yes     No
>
> 1 . If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
|  |  | --/--/---- |  |

> 20. Are you now or have you ever been a member of an alopecia support group?
>     Yes     No
>
>> a) If yes, identify the group by name:
>>
>> b)     hen did you join the group?

## III.   PRODUCT IDENTIFICATION

### I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL:   es     No

**OU MUST UPLOAD THEM BEFORE   OU SUBMIT THIS FACT SHEET**

Taxotere®

    1.     ere you treated with brand name Taxotere ®?  Yes     No     Unknown

Other Docetaxel

    2.   Were you treated with another Docetaxel or generic Taxotere®?  Yes     No

    3.   If yes, select all that apply:

| Name of Drug | es |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a   inthrop US | |
| Docetaxel – Mc  esson Corporation d/b/a Mc  esson Packaging | |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | |
| Docetaxel – Pfizer Inc. | |
| Docetaxel – Sandoz Inc. | |
| Docetaxel – Accord Healthcare, Inc. | |
| Docetaxel – Hospira   orldwide, LLC f/k/a Hospira   orldwide, Inc. / Hospira, Inc. | |
| Docefrez – Sun Pharma Global F  E | |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | |
| Docetaxel – Teva Parenteral Medicines, Inc. | |
| Docetaxel – Dr. Reddy's Laboratories Limited | |
| Docetaxel – Eagle Pharmaceuticals, Inc. | |
| Docetaxel – Northstar Rx LLC | |
| Docetaxel – Sagent Pharmaceuticals, Inc. | |
| Unknown | |

    4.  **IF   OU SELECTED "UNKNOWN"   OU MUST CERTIF   AS FOLLOWS:**

**I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records:** ☐

## IV.   MEDICAL INFORMATION

Vital Statistics

    1.   How old are you: <u>66 years of age.</u>

2.  Age at the time of your alleged injury: <u>60 years of age.</u>

3.  Current weight: <u>205 lbs.</u>

4.  Current height:

    Feet: <u>5</u> Inches: <u>2</u>

5.  eight at time of alleged injury: <u>23   lbs.</u>

Gynecologic and Obstetric History

6.  Have you ever been pregnant?  Yes      No

    a)  Number of pregnancies: <u>02</u>

    b)  Number of live births: <u>02</u>

7.  If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Earnest,  r. Ralph L | ███████████ | ███████ |
| Earnest, Michael  P. | ███████████ | ███████ |

.   Date of first period (menses): <u>--/--/1  63</u> Age: <u>13</u>

.   Date of last period (menses):   <u>--/--/1   5</u> Age: <u>45</u>

10. Are you menopausal, perimenopausal or postmenopausal?  Yes      No

11.  or          year for the last se  en ( ) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped ormissed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Narcisse, Dr. Adela  M. | Ochsner Health Systems<br>Obstetrics    Gynecology<br>105 Medical Center Dr.   303<br>Slidell, LA 70461.<br>Plaintiff Barbara Earnest had her gynecological exam for the year 2016. Plaintiff Barbara Earnest was told by Dr. Nacisse that she did not need to have anymore gynecological exams in the future. | 2016 | |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore<br>2750 Gause Blvd. E.<br>Slidell, LA 70461.<br>Family Medicine<br>Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2015. | 2015 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2014. | 2014 | |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2013. | 2013 | |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2012. | 2012 | |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and omen 110 Lakeview Dr.  100 Covington, LA 70433. Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her gynecological exam for the year 2011. | 2011 | |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and omen 110 Lakeview Dr.  100 Covington, LA 70433. Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her gynecological exam for the year 2010. | 2010 | |
| Does not recall | Does not recall | 200 | |
| Does not recall | Does not recall | 200 | |
| Does not recall | Does not recall | 2007 | |
| Does not recall | Does not recall | 2006 | |
| n/a | n/a | 2005 | |
| n/a | n/a | 2004 | |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Hightower, Dr. Steven  I. | SMH Imaging Center 14  5 Gause Blvd. Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in  uly and did not skip or miss her mammogram in 2017. | 2017 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Hightower, Dr. Steven I. | SMH Imaging Center<br>14 5 Gause Blvd.<br>Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in uly and did not skip or miss her mammogram in 2016. | 2016 | |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>14 5 Gause Blvd.<br>Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in uly and did not skip or miss her mammogram in 2015. | 2015 | |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>14 5 Gause Blvd.<br>Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in uly and did not skip or miss her mammogram in 2014 | 2014 | |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>14 5 Gause Blvd.<br>Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in uly and did not skip or miss her mammogram in 2013. | 2013 | |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>14 5 Gause Blvd.<br>Slidell, LA 7045 . Plaintiff Barbara Earnest has her yearly mammogram in uly and did not skip or miss her mammogram in 2012. | 2012 | |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and omen<br>110 Lakeview Dr. 100<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest saw Dr. Schultis when she discovered a lump in her breast. Dr. Schultis sent Plaintiff Barbara Earnest to Dr. Bryan Miller at Miller Family Medicine , 140 1-10 Service Road East, Slidell, LA 7045 for a mammogram and discovered the lump was breast cancer. | 2011 | |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and omen<br>110 Lakeview Dr. 100<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her mammogram or breast exam for the year 2010. Plaintiff Barbara Earnest does recall doing self-breast exams a few times a year. | 2010 | |
| Larcena, Dr. Allan | Ochsner Medical Center<br>105 Medical Center Dr. 301<br>Slidell, LA 70461.<br>Plaintiff Barbara Earnest did not have a mammogram in 200 but does recall having a physical in which she had a breast exam. | 200 | |
| Hedgpeth, Dr. Glenn D. | St. Tammany Park Plaza<br>Gastroenterology Internal Medicine<br>207 Highland Park Plaza<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest does not recall whether she skipped or missed her mammogram in the year 200 , but does recall doing a self-check breast exam throughout the year of 200 . | 200 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Duffour, Dr. Rory   . | Rowland Duffour Clinic Inc.<br>1400    . Highway 1  0<br>Slidell, LA 70460. Plaintiff Barbara Earnest did not have a mammogram in 2007, but does recall having a breast exam by Dr. Duffour. | 2007 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2006, but does recall doing a self-check breast exam. | 2006 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2005 but does recall doing a self-check breast exam. | 2005 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2004 but does recall doing a self-check breast exam. | 2004 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2003 but does recall doing a self-check breast exam. | 2003 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2002 but does recall doing a self-check breast exam. | 2002 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2001 but does recall doing a self-check breast exam. | 2001 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2000 but does recall doing a self-check breast exam. | 2000 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 1     , but does recall doing a self-check breast exam. | 1 | |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 1     , but does recall doing a self-check breast exam. | 1 | |
| No Doctor for thsi year, No Doctor for thsi year | Plaintiff Barbara Earnest did not have a mammogram in the year 1  7, but does recall doing a self-check breast exam. | 1  7 | |
| No Doctor for thsi year, No Doctor for thsi year | Plaintiff Barbara Earnest did not have a mammogram in the year 1   6, but does recall doing a self-check breast exam. | 1  6 | |
| | | 1  5 | |
| | | 1  4 | |
| | | 1  3 | |
| | | 1  2 | |
| | | 1  1 | |
| | | 1  0 | |

Other Risk Factors

13.  Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---------------|-----------|------------------|
|               |           |                  |

14. Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes      No

      a)  If yes, which?

15. Did you receive radiation treatments or exposure to radiation before the age of 30? Yes      No

      a) If yes, describe the particulars of your treatment or exposure:


Tobacco Use History


 or the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16. I currently use tobacco:  Yes      No

17. I have never used tobacco:  Yes      No

1 . I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment: Yes      No

1 . Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use ( ears) |
|------|------|-----------------|-------------------------|
| Cigarettes |  |  |  |
| Cigars |  |  |  |
| Pipes |  |  |  |
| Chewing tobacco/snuff |  |  |  |


Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times inthe seven (7) year period before you first took Taxotere®?  Yes      No

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
| | | --/--/---- to --/--/----<br>Present |

## V.    CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis     Treatment Generally

1.   Have you ever been diagnosed with cancer?  Yes      No

2.      ere you diagnosed with cancer more than once?  Yes      No

3.   Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | |
| Radiation | |
| Chemotherapy | |

4.   For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | |
| Left-side mastectomy | |
| Right-side mastectomy | |
| Lumpectomy | |
| Other: | |

5.   Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Left Breast Carcinoma (High Grade) |
| **Date of Diagnosis** | 02/7/2011 |
| **Primary Oncologist** | 02/4/2011 to 0  /13/2013        Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>Carinder, Dr.  ames<br>1120 Robert Blvd., Suite 330<br>Slidell, LA 7045 |
| **Primary Oncologist** | 02/4/2011 to 0  /2/2011        Present<br>Surgery and removal of port<br> arlin, Dr. Richard<br>433 Plaza Street, Suite   A<br>Bogalusa, LA 70427 |

| | |
|---|---|
| **Primary Oncologist** | 0 /2 /2011 to 07/31/2017        Present<br>Radiology and ordering mammograms<br>Hightower, Dr. Steven<br>1001 Gause Blvd.<br>Slidell, LA 7045 |
| **Treatment Facility** | 02/4/2011 to 0 /13/2013        Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>NorthShore Oncology Associates LLC<br>1120 Robert Blvd, Stuite   330<br>Slidell, LA 7045 |
| **Treatment Facility** | 02/4/2011 to 07/31/2017        Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>Slidell Memorial Hospital<br>1001 Gause Blvd.<br>Slidell, LA 7045 |
| **Treatment Facility** | 0 /2 /2011 to 07/31/2017        Present<br>Yearly mammograms<br>SMH Imaging Center<br>14  4 Gause Blvd.<br>Slidell , LA 7045 |
| **Treatment Facility** | 02/1/2010 to 12/1/2011        Present<br>Breast exam, sent Barbara Earnest to get initial mammogram for breast cancer evaluation<br>Dr. Stephanie A. Schultis-OBGYN, Advanced Laser Solutions for Men and     omen<br>110 Lakeview Dr.   100<br>Covington , LA 70433 |

| | |
|---|---|
| **Type of Cancer** | Stage IIA Infiltrating Ductal Breast Carcinoma |
| **Date of Diagnosis** | 02/7/2011 |
| **Primary Oncologist** | 02/4/2011 to 0 /2/2011        Present<br>Breast cancer, labs, office visit<br> arlin, Dr. Richard<br>1120 Robert Boulevard, Suite 330<br>Covington, LA 7045 |
| **Primary Oncologist** | --/--/---- to --/--/----        Present |
| **Primary Oncologist** | --/--/---- to --/--/----        Present |
| **Treatment Facility** | --/--/---- to --/--/----        Present |
| **Treatment Facility** | --/--/---- to --/--/----        Present |
| **Treatment Facility** | --/--/---- to --/--/----        Present |
| **Treatment Facility** | --/--/---- to --/--/----        Present |

Particulars of Chemotherapy

6. When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel? 02/7/2011

7. What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | |

| Diagnosis | Diagnosed |
|---|---|
| Non-small cell lung cancer | |
| Prostate cancer | |
| Gastric adenocarcinoma | |
| Head and neck cancer | |
| Other: | |

.   For breast cancer, specify:

a)  Tumor size:

| Tumor Size | es |
|---|---|
| TX | |
| T0 | |
| Tis | |
| T1 | |
| T2 | |
| T3 | |
| T4 (T4a, T4b, T4c, T4d) | |
| Unknown | |

b)  Metastasis:  <u>M0</u>

c)  Node involvement:

| Node | es |
|---|---|
| Node + NX | |
| Node + N0 | |
| Node + N1 | |
| Node + N2 | |
| Node + N3 | |
| Node – (negative) | |
| Unknown | |

d)  HER2 + (positive):      HER2- (negative):      Unknown:

e)  Estrogen receptor: Positive (ER+):      Negative (ER-):      Unknown:

f)  Progesterone receptor: Positive (PR+):      Negative (PR-):      Unknown:

.   Was Taxotere® or Docetaxel the only chemotherapy treatment that you e er recei ed?
Yes     No     Unknown

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination with or sequentially with Taxotere® or Docetaxel?   Yes      No     Unknown

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | es |
|------|------|
| 5-Fluorouracil (Eludex) | |
| Actinomycin | |
| Altretamine (Hexalen) | |
| Amsacrine | |
| Bleomycin | |
| Busulfan (Busulfex, Myleran) | |
| Cabazitaxel: Mitoxantrone | |
| Carboplatin (Paraplatin) | |
| Carmustine (BiCNU, Gliadel) | |
| Cetuximab (Erbitux) | |
| Chlorambucil (Leukeran) | |
| Cisplatin (Platinol) | |
| Cyclophosphamide (Neosar) | |
| Cytarabine (Depocyt) | |
| Dacarbazine | |
| Daunorubicin (Cerubidine, DaunoXome) | |
| Doxorubicin (Adriamycin, Doxil) | |
| Epirubicin (Ellence) | |
| Erlotinib (Tarceva) | |
| Etoposide (Etopophos, Toposar) | |
| Everolimus (Afinitor,    ortress) | |
| Faslodex (Fulvestrant) | |
| Gemcitabine (Gemzar) | |
| Hexamethylmelamine (Hexalen) | |
| Hydroxyurea (Hydrea, Droxia) | |
| Idarubicin (Idamycin) | |
| Ifosfamide (Ifex) | |
| L-asparginase (crisantaspase) | |
| Lomustine (Ceenu) | |
| Melphalan (Alkeran) | |
| Mercaptopurine (Purinethol, Purixan) | |
| Methotrexate (Trexall, Rasuvo) | |
| Mitomycin | |

| Drug | es |
|------|-----|
| Mitoxantrone | |
| Nab-paclitaxel (Abraxane): Mitoxantrone | |
| Nitrogen mustard | |
| Paclitaxel (Taxol) | |
| Panitumumab (Vectibix) | |
| Procarbazine (Matulane) | |
| Sorafenib (Nexavar) | |
| Teniposide (Vumon) | |
| Thioguanine (Tabloid) | |
| Thiotepa (Tepadina) | |
| Topotecan (Hycamtin) | |
| Vemurafenib ( elboraf) | |
| Vinblastine | |
| Vincristine (Mariqibo, Vincasar) | |
| Vindesine | |
| Vinorelbine (Alocrest, Navelbine) | |
| Unknown | |

12. Please pro ide the following information regarding Taxotere® or Docetaxel:

    a)  Number of cycles:  <u>04</u>

    b)  Frequency: Every week    Every three weeks

       Other:  <u>Every 21 days</u>

    c)  First treatment date:  <u>06/22/2011</u>

    d)  Last treatment date:  <u>0 /24/2011</u>

    e)  Dosage:  <u>75mg/m*2</u>

        (1) Combined with another chemotherapy drug:

        (2) Sequential with another chemotherapy drug:

        (3) If so, describe the combination or sequence:  <u>Adriamycin (60mg/m2) combined with Cytoxan (600mg/m2) starting 6/12/2014 to 7/24/2014. Following Taxotere and Carboplatin (50mg) for four (4) cycles. NS over 30 minutes, following Taxotere for foour (4) cycles.</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|------|------|
| Carinder, Dr. ames | 1001 Gause Blvd. Slidell, LA 7045 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Cancer Care of Louisiana | 1045 Florida Avenue<br>Slidell, LA 7045 |
| Slidell Memorial Hospital | 1001 Gause Blvd.<br>Slidell, LA 7045 |

15. Identify        state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| LA | 04/1 /2011 | 0 /24/2011    Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes      No      Unknown

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

# VI.  CLAIM INFORMATION

Current Status

1.      re you currently taking Taxotere® or Docetaxel?  Yes      No

2.   Are you currently cancer-free? Yes      No

3.   If no, check those that apply to your CURRENT status:

| Current Status | es |
|---|---|
| In remission | |
| Currently receiving chemotherapy | |
| Currently receiving radiation therapy | |
| Currently hospitalized for cancer or cancer-related complications | |
| Currently in home health or hospice care for cancer or cancer-related complications | |
| ancer returned after taking Taxotere® or Docetaxel | |

4.      hen was the last (most recent) date you consulted with an oncologist:  07/17/201_

Alleged Injury

5.  State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | es | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | | | --/--/---- | --/--/----    Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | | | 02/1/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Hair Loss on Scalp | | | 02/1/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>    Top<br>    Sides<br>    Back<br>    Temples<br>    Other: | | | --/--/---- | --/--/----    Present |
| Diffuse thinning of hair: total scalp<br>    Top<br>    Sides<br>    Back<br>    Temples<br>    Other: | | | 05/1/2011 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | | | 02/1/2012 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | | | --/--/---- | --/--/----    Present |
| Small bald area in the hair on your head | | | --/--/---- | --/--/----    Present |
| Large bald area in the hair on your head | | | 05/1/2011 | --/--/---- ☑ Present |
| Multiple bald spots in the hair on your head | | | --/--/---- | --/--/----    Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | | | 05/1/2011 | --/--/---- ☑ Present |
| Other: | | | --/--/---- | --/--/----    Present |

| Alleged Injury | es | No | From | To |
|---|---|---|---|---|
| Permanent/Persistent Loss of Eyebrows | | | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | | | --/--/---- | --/--/----    Present |
| Permanent/Persistent Loss of Body Hair | | | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Genital Hair | | | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Nasal Hair | | | --/--/---- | --/--/----    Present |
| Permanent/Persistent Loss of Ear Hair | | | 05/1/2011 | 07/12/2017 Present |
| Permanent/Persistent Loss of Hair in Other Areas Describe:  legs, under arms | | | 05/1/2011 | --/--/---- ☑ Present |

6.   Have you ever received treatment for the injury you allege in this lawsuit?

   Yes    No

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/---- Present | |

7.   ere you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

   Yes    No

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/---- Present | |

.   a e you discussed with any healthcare pro ider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

   Yes    No

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/---- Present | |

Statement Information

.   ere you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes    No

10.  If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| | | |
| | | |

11.    ere you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes      No

12.  If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| Carinder, Dr.  ames |

13.  Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes      No

14.  If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
| | --/--/---- |

15.  Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes      No

16.  If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- | | | |

17.  Have you filed a Med    atch Adverse Event Report to the FDA? Yes      No

**OU MUST UPLOAD NOW AN    MEDICAL RECORDS IN    OUR POSSESSION DEMONSTRATING ALLEGED INJUR    OR PHOTOGRAPHS SHOWING    OUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

1 .  Mental or    motional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes      No

1 . If yes, did you seek treatment for the psychiatric or psychological condition?
   Yes     No

| Provider | Date | Condition |
|----------|------|-----------|
| Bianchini, PhD,  evin | 04/1 /201 | Adjustment disorder with mixed anxiety depressed mood |
| Thompson,  r. MD,  ohn | 03/2 /201 | Adjustment disorder with depressed mood and anxious features |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes     No

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|----------|------|---------|
|          | --/--/---- |     |

22. Lost    ages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel?
    Yes     No

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| ear | Annual Gross Income |
|-----|---------------------|
|     |                     |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| ear | Annual Gross Income |
|-----|---------------------|
|     |                     |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses?
    Yes     No

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---------|----------------|
|         |                |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you e er see a healthcare pro ider for hair loss B   OR   taking Taxotere® or Docetaxel? Yes   No

2. Did your hair loss begin during chemotherapy treatment?  Yes   No

3. If yes, did you FIRST experience hair loss:

   a)  After treatment with another chemotherapy agent:

   b)   fter treatment with Taxotere® or Docetaxel:

4. At any time before or during the hair loss were you:

| Condition | es | Description |
|---|---|---|
| Pregnant | | |
| Seriously ill | | Sick from chemotherapy, not hair loss |
| Hospitalized | | |
| Under severe stress | | |
| Undergoing treatment for any other medical condition | | |

5.    hen did you FIRST discuss with or see a healthcare provider about your hair loss? 05/--/2011

6. Have you started any special diets at any time before or during the hair loss? Yes   No   Describe:

Hair Loss History

| Question | No | es | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | | | Clairborne, MD |
| Have you had blood tests done to evaluate your hair loss problem? | | | |
| Have your hormones ever been checked to evaluate your hair loss problem? | | | |
| Have you ever been told by a doctor that you have a thyroid condition? | | | |
| Have you ever been treated with thyroid hormone? | | | |

| Question | No | es | Name of Healthcare Provider |
|---|---|---|---|
| Have you ever been told by a doctor that you have a low iron level? | | | Baez, Raymond |

7. Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes      No

. If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Carinder, Dr.  ames | 11/2 /2011 to --/--/----<br>☑ Present | Arimidex (1mg) daily |

. Do you have any autoimmune diseases? Yes      No

10. If yes, check the following which describes you:

| Autoimmune Disease | es |
|---|---|
| Lupus | |
| Rheumatoid arthritis | |
| Celiac disease | |
| Type 1 diabetes | |
| Sjogrens disease | |
| Vitiligo | |
| Hashimoto's | |
| Other: | |

11.    ere you taking any medications when your hair loss began? Yes      No

| Medication |
|---|
| Taxotere as indicated in Section V (11) |
| Cyclophosphamide as indicated in Section V (11) |
| Doxorubin as indicated in Section V (11) |

Hair Care

12. How often do you wash/shampoo your hair? Every 2 days

13. Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | es | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout,  apanese straightening, other) | | --/--/---- to --/--/---- Present | Never |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | | 07/1/1  60 to 03/--/2011 Present | 2-3 times a week |
| Hair dyed | | --/--/---- to --/--/---- Present | Never |
| Hair highlighted | | 07/1/1  75 to 02/1/2006 Present | A few times a year |
| Braids | | --/--/---- to --/--/---- Present | Never |
|   eaves | | --/--/---- to --/--/---- Present | Never |
| Tight hairstyles (ponytails) | | --/--/---- to --/--/---- Present | Never |
| Extensions | | --/--/---- to --/--/---- Present | Never |
| Other: | | --/--/---- to --/--/---- Present | Never |

14. Have you ever used the following?

| Hair Treatment | es |
|---|---|
|   EN Cleansing Conditioners | |
| Unilever Suave Professionals    eratin Infusion | |
| L'Oréal   hemical Relaxer | |

15. Has your hair care regimen been different in the past? Yes     No

    a) If yes, describe:

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | es |
|---|---|
| Folic Acid supplementation | |
| Minoxidil | |
| Other: | |

17. Did you wear a cool cap during chemotherapy treatment? Yes     No

1 . If yes, which cooling cap did you wear:

1 . Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss? Yes    No

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| | --/--/---- | | |

21. Has anything helped your hair loss? Yes     No

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| | --/--/---- to --/--/----<br>Present | | |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth? Around five (5) years

24. Has any hair regrowth occurred? Yes     No

25. Have you ever worn a wig to conceal your hair loss? Yes     No

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 02/--/2011 to --/--/----<br>☑ Present | Does not recall dates used;<br>Period of use: one to six hours everyday. | ig    orld | $130.00 |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1. Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight ( ) years and the reason for consulting the healthcare provider or mental healthcare provider.

   **OU MUST INCLUDE   OUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, G   NECOLOGIST, OBSTETRICIAN, AND PRIMAR   CARE PH   SICIAN, ALONG WITH AN   OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|------|-------------------|---------|-------|-------------------------|
| Carinder, Dr.  ames | Oncologist | 1120 Robert Blvd. Suite 330, Slidell, LA 7045 | 02/4/2011 to 0  /13/2013 Present | Breast cancer treatment, follow-ups, and check-ups. |
| Dufrechou, Dr. Nicole | Dermatologist | 350 Gateway, Suite A Slidell, LA 70461 | 12/12/2011 to 12/30/2011 Present | Checked mole on head, removed mole and stitches. |
| Hightower, Dr. Steven | Radiologist | 14  5 Gause Blvd. Slidell, LA 7045 | 0  /2  /2011 to --/--/---- ☑ Present | Radiation treatments and tests, and ordering mammograms |
| Miller, Dr. Bryan | Primary Care | 140 E I-10 Service Rd. Slidell, LA 70461 | 01/  /2011 to 12/1/2011 Present | Reason for consultation, blood work, regular check-up. |
| Shafor, Dr. Robert | Surgeon | 1051 Gause Blvd. Slidell, LA 7045 | 02/  /2011 to 02/  /2011 Present | Gallbladder Surgery |
| Lagarde, Dr. Marie C. | Surgeon | 110 Lakeview Lane Suite 200 Covington, LA 70433 | 02/4/2011 to 02/7/2011 Present | Ultrasound and biopsies. |
| Schulties, Dr. Stefanie | Primary Care |  5  dge Tanner Blvd. Covington , LA 70433 | 02/1/2010 to 12/31/2011 Present | Bilateral breast ultrasound and physical. |
|  arlin, Dr. Richard | Surgeon | 433 Plaza St. Boglausa , LA 70427 | 02/4/2011 to 0  /2/2011 Present | Surgery for breast cancer. |
| Collins- Burow, Dr. Bridgett | Oncologist | 150 South Liberty St. New Orleans, LA 70112 | 01/1/2016 to --/--/---- ☑ Present | Check-ups. |
| Hernandez, Dr. Steven | Liver Coordinator | 1415 Tulane Ave. New Orleans, LA 70001 | 0  /2  /2014 to 0  /15/2015 Present | Blood work and testing. |
| Baez, Raymond | Family Medicine | 2750 Gause Blvd E Slidell, LA 70461 | 06/1/2012 to --/--/---- ☑ Present | wellness checks, physicals |
| Narcisse, Adela  M. | OB/GYN | 105 Medical Center Drive, 303 Slidell, LA 70461 | 10/1/2016 to 10/1/2016 Present | Gynecological exam |
| Larcena, Allan | Internal Medicine | 105 Medical Center Drive, 301 Slidell, LA 70461 | 05/6/2011 to 05/6/2011 Present | wellness check |
| Hedgepeth, Glenn | Gastro/Internist | 207 Highland Park Plaza Covington, LA 70433 | 06/1/200  to 04/  /2012 Present | gastro |
| Duffour, Rory | Family Medicine | 1400    . Highway 1  0 Slidell, LA 70460 | 06/1/2007 to 06/1/2007 Present |  ellness check |

Hospitals, Clinics, and Other Facilities:

2.  Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(  )years:

**OU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOG  , IMAGING, BIOPSIES, CHEMOTHERAP  , CHILD BIRTHS, G  NECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH AN   OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Northshore Oncology Associates LLC | 1120 Robert Blvd,Suite 330 Slidell , LA 7045 | 02/4/2011 to 01/1/2014 Present | Breast cancer check-ups and exams |
| Lakeview RMC's  omen's Center | 5  udge Tanner Blvd. Covington, LA 70433 | 02/4/2011 to 02/4/2011 Present | Breast cancer exams and treatments. |
| Drs. Schultis, Landry, and Guillory Ultrasound | 1001 Gause Blvd. Slidell, LA 7045 | 02/7/2011 to 02/ /2011 Present | Radiology |
| SMH Imaging Center | 14  5 Gause Blvd. Slidell, LA 7045 | 02/1 /2011 to 02/25/2011 Present | hole body CT scan |
| Slidell Memorial Hospital | 1001 Gause Blvd. Slidell, LA 7045 | 02/25/2011 to 02/25/2011 Present | Final Diagnoses |
| Bogalusa Medical Center | 433 Plaza Street Bogalusa, LA 70427 | 03/10/2011 to 03/11/2011 Present | Operative Procedure |
| SMH Imaging Center | 14  5 Gause Boulevard Slidell, LA 7045 | 0 /24/2014 to --/--/---- ☑ Present | Bone Density Study, yearly mammograms. |
| Ochsner Medical Center | 105 Medical Center Dr.  301 Slidell, LA 70461. | 01/1/200 to 12/1/200 Present | Physician wellness check. |
| Slidell Memorial Hospital- Dr. Bryan Miller | 140 E I-10 Service Rd. Slidell, LA 7045 | 01/1/2011 to 12/1/2011 Present | Primary Care, reason for consultation. |
| St. Tammany Park Plaza Gastroenterology    Internal Medicine (Dr. Glenn D. Hedgpeth) | 207 Highland Park Plaza Covington, LA 70433 | 06/1/200  to 06/1/200 Present |  ellness check, physical exam, labs. |
| Cancer Care of Louisiana (no longer in business; Dr. Carinder is now Northshore Oncology Associates) | clinic closed - see Northshore Oncology Associates | 02/??/2011 to 02/??/2011 Present | Cancer treatment |
| Advanced Laser Care | 110 Lakeview Dr Covington, LA 70433 | 02/1/2010 to 12/31/2011 Present | This is one of Dr. Stefanie Shultis' office |

Laboratories:

> 3.  Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|---|---|---|---|---|
| St. Tammany Parish Hospital | 1202 South Tyler St. Covington, LA 70433 | 02/4/2011 to 02/ /2011 Present | Biopsies | Check for cancer |
| Clarient Diagnostic Services | 31 Columbia Allso Viejo, CA  2656 | 02/7/2011 to 02/7/2011 Present | HER-2, ER/PR | Left biopsy |
| Slidell Memorial Hospital | 1001 gause Blvd. Slidell, LA 7045 | 10/1 /2012 to 10/1 /2012 Present | Specimen Grn Collected | General chemistry, blood work |
| Tulane Medical Center | 1415 Tulane Ave. New Orleans, LA 70112 | 03/11/2014 to 0 /15/2015 Present | Blood tests | Blood work |

| Name | Address | Dates | Test | Reason for Tests |
|------|---------|-------|------|------------------|
| St. Tammany Park Plaza Gastroenterology Internal Medicine (Dr. Glenn D. Hedgpeth) | 207 Highland Park Plaza Covington, LA 70433 | 06/1/200  to 06/1/200 Present | Physical exam, labs (unknown). | Physical and/or wellness check. |
| Ochsner Medical Center | 105 Medical Center Dr.  301 Slidell, LA 70461 | 01/1/200  to 12/1/200 Present | Physical exam, labs, paps. | Physical, labs, and wellness check. |
| Rowland Duffour Clinic Inc. | 1400   . Highway 1  0 Slidell, LA 70460 | 06/1/2007 to 06/31/2007 Present | Physical exam, labs, paps. | Physical, labs, and wellness check. |
| Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1   6-2006), therefore this information is "UN  NO  N." | Unknown. Unknown., LA Unknown. | 01/1/1   6 to 12/12/2006 Present | Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1   6-2006), therefore this information is "UN  NO  N." | Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1   6-2006), therefore this information is "UN  NO  N." |

Pharmacies:

4. To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|------|---------|-------|-------------|
| algreens Pharmacy | 1504 Gause Blvd Slidell, LA 7045 | 01/1/200  to 03/17/2015 Present | Gabapentin 600mg tablets, Anastrozole 1mg tablet; VIT D 50,000 IU D2 (ERGO) Caps |
| alMart | 167 Northshore Blvd Slidell, LA 70460 | 01/1/2006 to 06/1/2015 Present | Cold medicine, Ibuprofen, and pain pills. |
| CVS Mail-Order | 1305 Gause Blvd. Slidell, LA 7045 | 01/1/2015 to --/--/---- ☑ Present | Medications (Not specified) |

Retailers:

    5.   Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|---|---|---|---|
| algreens Pharmacy | 1504 Gause Blvd. Slidell, LA 70460 | 01/1/200   to 06/1/2015 Present | Gabapentin 600mg tablets, Anastrozole 1mg tablet, cold medicine. |
| CVS Mail-Order | 1305 Gause Blvd. Slidell, LA 7045 | 01/1/2015 to --/--/---- ☑ Present | Medications (Not Specified). |
| almart | 167 Northshore Blvd Slidell, LA 70460 | 01/1/2006 to 06/1/2015 Present | Cold medicine, Ibuprofen, pain medication. |
| ig    orld | 3515 1  th Street Metairie, LA 70002 | 02/1/2011 to --/--/---- ☑ Present | igs and hair products. |

Insurance Carriers:

    6.   Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured SSN | Policy Number | Dates of Coverage |
|---|---|---|---|---|
| Peoples Health Secure Health (HMO SNP) | ▮▮▮▮▮ | Earnest, Barbara M ▮▮▮▮ | ▮▮▮▮ | 01/1/2011 to --/--/---- ☑ Present |
| Medicaid of LA | ▮▮▮▮▮ | Earnest, Barbara  M ▮▮▮▮ | | 01/1/2011 to --/--/---- ☑ Present |
| Pan American Life | ▮▮▮▮▮ | Earnest, Ralph  L ▮▮▮▮ | | 01/1/2010 to 12/31/2010 Present |
| Amerigroup | ▮▮▮▮▮ | Earnest, Barbara M ▮▮▮▮ | | 01/1/200   to 06/1/200 Present |
| BlueCross/ BlueShield | ▮▮▮▮▮ | Earnest, Ralph L ▮▮▮▮ | | 01/1/2007 to 12/31/200 Present |
| LaCare | ▮▮▮▮▮ | Earnest, Barbara M ▮▮▮▮ | | 03/1/2012 to 12/31/2012 Present |

## IX.    DOCUMENT REQUESTS AND AUTHORI  ATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet. *Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | | | |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twel e (12)years. | | | |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | | | |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | | | Never did blood tests for hair loss. |
| Pathology reports and results of biopsies performed on you related to your hair loss. *Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | | | No pathology reports and results of biopsies performed for hair loss. |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight ( ) years. | | | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 7045 . <br><br> algreens Pharmacy 1504 Gause Blvd Slidell, LA 7045 . <br><br> CVS Mail-Order 1305 Gause Boulevard, LA 7045 . |
| Documents identifying all chemotherapy agents that you have taken. | | | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | | | N/A |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | | | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 7045 . |
| d ertisements or promotions for Taxotere®. | | | FDA websites. |
| rticles discussing Taxotere®. | | | FDA websites. |
| ny packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®. *Plaintiffs or their counsel must maintain the originals of these items.* | | | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 7045 . |

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®.<br>*Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | | | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 7045 . |
| Documents obtained directly or indirectly from any of the Defendants. | | | N/A |
| Communications or correspondence between you and any representative of the Defendants. | | | N/A |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | | | |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | | | Bachus    Schanker. |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus,    indows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | | | Plaintiff Barbara Earnest does not recall posting on social media or internet posts or through any site relating to Taxotere or Docetaxel or any of her claims in this lawsuit. |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or    -2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and e  ery year thereafter. | | | Plaintiff Barbara Earnest is not making a claim for loss of earnings or earning capacity. |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | | | Supplemental Answer |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | | | N/A |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | | | N/A |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | | | N/A |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | | | |

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | | | Plaintiff Barbara Earnest does not recall taking any photographs that were representative of her hair composition during treatment with Taxotere or Docetaxel. |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | | | |
| Photographs of you that are representative of your hair composition in present day. | | | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | | | |

## X. DECLARATION

Pursuant to 28 U.S. . § 1 46, I declare under penalty of perjury that all of the information pro ided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|