# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                          MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## EIGHTH AMENDED PLAINTIFF FACT SHEET

        This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of
Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your
knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and
correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much
information as you can. You must supplement your responses if you learn that they are incomplete or incorrect
in any material respect.

        In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any
hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility
that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss
center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation
specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or
other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or
plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession,
including but not limited to written documents, documents in electronic format, cassettes, videotapes,
photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical
copies, and other data compilations from which information can be obtained and translated, if necessary, by the
respondent through electronic devices into reasonably usable form.

        **Information provided by plaintiff will only be used for purposes related to this litigation and may
be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed
pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the
governing rules of civil of the state in which the case is pending).**

## I.    CORE CASE INFORMATION

Attorney Information

        Please provide the following information for the civil action that you filed:
        1.   Caption:  Tanya Francis v. Sanofi S.A. et al.
        2.   Court and Docket No.:  Eastern District of Louisiana 2:16-cv-17410
        3.   MDL Docket No. (if different):  2740

4. Date Lawsuit Filed:  <u>12/14/16</u>
. Plaintiff's Attorney:  <u>Aaron Stringer, Nathan Buttars,   achary Lowe</u>
6. Plaintiff's Law Firm:  <u>Lowe Law Group</u>
7. Attorney's Address:  <u>602   Ridgeline Dr.   200</u>
<u>Ogden, UT   440</u>
. Attorney's Phone Number:  <u>( 01) 917-   00</u>
9. Attorney's Email Address:  <u>aaron    lowelawgroup.com</u>

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name:  <u>FRANCIS, TANYA</u>
11. Street Address:  ████████████████████
12. City:  ████████
13. State:  ██
14.  ip code:  ████████
1 . Date of Birth:  ██████████
16. Place of Birth:  ████████████
17. Social Security Number:  ██████████
1 . Maiden or other names you have used or by which you have been known:
<u>Tanya Adams</u>
19. Sex:  Male:      Female:
20. Race:

| Race | es |
|------|-----|
| American Indian or Alaska Native | |
| Asian | |
| Black or African American | |
| Native Hawaiian or Other Pacific Islander | |
|  hite | |

21. Ethnicity:

| Ethnicity | es |
|-----------|-----|
| Hispanic or Latino | |
| Not Hispanic or Latino | |

22. Primary Language:  <u>English</u>

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name: <u>N/A</u>

24. Address:

2 . Capacity in which you are representing the individual:

26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a) State:

    b) Court:

    c) Case Number:

27. Relationship to the Represented Person:

2 . State the date of death of the decedent: <u>--/--/----</u>

29. State the place of death of the decedent:

30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes    No

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.   **PERSONAL INFORMATION**

Relationship Information

    Please provide the following information for the civil action that you filed:

1. Are you currently:  Married:    Single:    Engaged:

    Significant other:    Divorced:    idowed:    Same sex partner:

2. Have you ever been married?  Yes    No

3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Francis, Preston | 12/14/2003 | --/--/---- | |

Education

4. For each level of education you completed, please check below:

    High School:    Vocational School:

    College: AA:    BA/BS:    Masters:    PhD:    M.D.:

    Other:

Employment

.   Are you currently employed? Yes        No

6.   If yes, state the following:

     a) Current employer name:  Harrah''''s Casino

     b) Address:  22   Poydras St.
                 New Orleans, LA 70130

     c) Telephone number:  ( 04)  33-6000

     d) Your position there:  Server

7.   Are you making a claim for lost wages or lost earning capacity?

    Yes     No

.   Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | our Position |
|---|---|---|---|---|
| N/A | | --/--/---- to --/--/---- Present | | |

9.   Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes     No

10.  If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
| N/A | --/--/---- to --/--/---- Present | |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORI ATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST  AGES OR LOST EARNING CAPACITY DAMAGES.

orker's Compensation and Disability Claims

11.     ithin the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

    Yes     No

12.  If yes, then as to EACH application, please state the following:

| ear Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
| | N/A | | | |

Military Service

13. Have you ever served in any branch of the military?  Yes      No

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
|  | --/--/---- to --/--/---- Present |

1 . If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes      No

16. If yes, state the condition:  <u>N/A</u>

Other Lawsuits

17. ithin the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes      No

Computer Use

1 . Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes      No

19. If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
| N/A |  | --/--/---- |  |

20. Are you now or have you ever been a member of an alopecia support group?
Yes      No

    a) If yes, identify the group by name:

    b)  hen did you join the group?

## III.   <u>PRODUCT IDENTIFICATION</u>

**I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL:   es      No**

**OU MUST UPLOAD THEM BEFORE   OU SUBMIT THIS FACT SHEET**

Taxotere®

    1.    ere you treated with brand name Taxotere ®?  Yes    No    Unknown

Other Docetaxel

    2.    Were you treated with another Docetaxel or generic Taxotere®?  Yes    No

    3.    If yes, select all that apply:

| Name of Drug | es |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a    inthrop US | |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | |
| Docetaxel – Pfizer Inc. | |
| Docetaxel – Sandoz Inc. | |
| Docetaxel – Accord Healthcare, Inc. | |
| Docetaxel – Hospira    orldwide, LLC f/k/a Hospira    orldwide, Inc. / Hospira, Inc. | |
| Docefrez – Sun Pharma Global F  E | |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | |
| Docetaxel – Teva Parenteral Medicines, Inc. | |
| Docetaxel – Dr. Reddy's Laboratories Limited | |
| Docetaxel – Eagle Pharmaceuticals, Inc. | |
| Docetaxel – Northstar Rx LLC | |
| Docetaxel – Sagent Pharmaceuticals, Inc. | |
| Unknown | |

    4.  **IF   OU SELECTED "UNKNOWN"   OU MUST CERTIF   AS FOLLOWS:**

    **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records:** ☐

## IV.   MEDICAL INFORMATION

Vital Statistics

    1.    How old are you:  <u>46</u>

2. Age at the time of your alleged injury: 3

3. Current weight: 1 0

4. Current height:

Feet: _ Inches: 7

. eight at time of alleged injury: 1

Gynecologic and Obstetric History

6. Have you ever been pregnant?  Yes     No

    a) Number of pregnancies: 04

    b) Number of live births: 03

7. If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Adams, Tyran | ███████████ | ██████ |
| Adams, Darius | ███████████ | ██████ |
| Adams, Prejon | ███████████ | ██████ |

. Date of first period (menses): 10/--/19 2  Age: 12

9. Date of last period (menses):    07/--/2012 Age: 42

10. Are you menopausal, perimenopausal or postmenopausal? Yes     No

11. or          year for the last se en ( ) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped ormissed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Unknown clinician, Unknown clinician | University OB/GYN Clinic 2020 Gravier St. New Orleans, LA 70112 | 2002 | |
| | | 2003 | |
| | | 2004 | |
| Unknown clinician, Unknown clinician | University OB/GYN Clinic 2020 Gravier St. New Orleans, LA 70112 | 200 | |
| | | 2006 | |
| | | 2007 | |
| | | 200 | |
| | | 2009 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Unknown clinician | University OB/GYN Clinic<br>2020 Gravier St.<br>New Orleans, LA 70112 | 2010 | |
| Unknown clinician | University OB/GYN Clinic<br>2020 Gravier St.<br>New Orleans, LA 70112 | 2011 | |
| Unknown clinician | University OB/GYN Clinic<br>2020 Gravier St.<br>New Orleans, LA 70112 | 2012 | |
| Unknown clinician | University OB/GYN Clinic<br>2020 Gravier St.<br>New Orleans, LA 70112 | 2013 | |
| | | 2014 | |
| | | 201 | |
| | | 2016 | |
| | | 2017 | |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Verghese, Cherian | 1430 Tulane Ave.<br>New Orleans, LA 70112 | 2010 | |
| Verghese, Cherian | 1430 Tulane Ave.<br>New Orleans, LA 70112 | 2011 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 2012 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 2013 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 2014 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 201 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 2016 | |
| Collins-Burow, Bridgette | 1 0 S. Liberty St.<br>New Orleans, LA 70112 | 2017 | |
| Collins- Burow, Bridgette | Appt. on 11/17/201<br>1 0 S. Liberty St.<br>New Orleans, LA 70112 | 201 | |

Other Risk Factors

13. Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
|  |  |  |

14. Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes      No

      a) If yes, which?  <u>N/A</u>

1 . Did you receive radiation treatments or exposure to radiation before the age of 30?
Yes     No

      a) If yes, describe the particulars of your treatment or exposure:

       <u>N/A</u>

Tobacco Use History

 or the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16. I currently use tobacco:  Yes      No

17. I have never used tobacco:  Yes      No

1 . I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment:
Yes      No

19. Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use ( ears) |
|---|---|---|---|
| Cigarettes |  | 10, however, since the time of her cancer treatment in 2009, Plaintiff has reduced her daily cigarette intake and as of October 2010, Plaintiff smokes 3 cigarettes a day | 33 |
| Cigars |  |  |  |
| Pipes |  |  |  |
| Chewing tobacco/snuff |  |  |  |

Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times in the seven (7) year period before you first took Taxotere®?  Yes      No

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
| Lisinopril | Tillery Jr., Bertrand<br>3 00 Behrman Pl<br>New Orleans, LA 70114 | --/--/2006 to --/--/----<br>☑ Present |
| Lipitor | Tillery Jr., Bertrand<br>3 00 Behrman Pl<br>New Orleans, LA 70114 | --/--/2006 to --/--/----<br>☑ Present |

## V.   CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes     No

2. ere you diagnosed with cancer more than once?  Yes     No

3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | |
| Radiation | |
| Chemotherapy | |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | |
| Left-side mastectomy | |
| Right-side mastectomy | |
| Lumpectomy | |
| Other: | |

. Please state the following for EACH cancer diagnosis:

| Type of Cancer | Invasive ductal carcinoma |
|---|---|
| Date of Diagnosis | 03/11/2009 |

| | |
|---|---|
| **Primary Oncologist** | 04/13/2009 to 07/??/2012      Present<br>Chemotherapy, mastectomy, axillary lymph node dissection, follow-up<br>Verghese, Cherian<br>1430 Tulane Ave<br>New Orleans, LA 70112 |
| **Primary Oncologist** | 07/??/2012 to --/--/---- ☑    Present<br>Cancer Treatment and follow-up care<br>Collins-Burow, Bridgette<br>1  0 S. Liberty St.<br>New Orleans, LA 70112 |
| **Primary Oncologist** | 07/??/2012 to --/--/---- ☑    Present<br>Mastectomy, surgical follow ups<br>Jones, Steven<br>4700 S. I - 10 Service Rd.    .<br>Metairie, LA 70001 |
| **Treatment Facility** | 04/13/2009 to 07/??/2012      Present<br>Cancer Treatment-chemotherapy<br>University Medical Center<br>2000 Canal St.<br>New Orleans, LA 70112 |
| **Treatment Facility** | 07/??/2012 to --/--/---- ☑    Present<br>Cancer Treatment-chemotherapy & follow up visits<br>Tulane Cancer Center<br>1  0 S. Liberty St.<br>New Orleans, LA 70112 |
| **Treatment Facility** | 07/--/2012 to 0  /--/2012 ☑    Present<br>Surgical follow ups<br>Tulane Medical Center<br>4720 S. I - 10 Service Rd<br>Metairie, LA 70001 |
| **Treatment Facility** | --/--/---- to --/--/----      Present |

Particulars of Chemotherapy

6. When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel?  <u>03/11/2009</u>

7. What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | |
| Non-small cell lung cancer | |
| Prostate cancer | |
| Gastric adenocarcinoma | |
| Head and neck cancer | |
| Other: | |

. For breast cancer, specify:

a) Tumor size:

| Tumor Size | es |
|---|---|
| TX | |
| T0 | |
| Tis | |
| T1 | |
| T2 | |
| T3 | |
| T4 (T4a, T4b, T4c, T4d) | |
| Unknown | |

b) Metastasis: <u>M0</u>

c) Node involvement:

| Node | es |
|---|---|
| Node + NX | |
| Node + N0 | |
| Node + N1 | |
| Node + N2 | |
| Node + N3 | |
| Node – (negative) | |
| Unknown | |

d) HER2 + (positive):     HER2- (negative):     Unknown:

e) Estrogen receptor: Positive (ER+):     Negative (ER-):     Unknown:

f) Progesterone receptor: Positive (PR+):     Negative (PR-):     Unknown:

9. Was Taxotere® or Docetaxel the only chemotherapy treatment that you e er recei ed?
Yes   No   Unknown

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination
with or sequentially with Taxotere® or Docetaxel?  Yes   No   Unknown

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | es |
|---|---|
| -Fluorouracil (Eludex) | |
| Actinomycin | |
| Altretamine (Hexalen) | |
| Amsacrine | |
| Bleomycin | |
| Busulfan (Busulfex, Myleran) | |

| Drug | es |
|---|---|
| Cabazitaxel: Mitoxantrone | |
| Carboplatin (Paraplatin) | |
| Carmustine (BiCNU, Gliadel) | |
| Cetuximab (Erbitux) | |
| Chlorambucil (Leukeran) | |
| Cisplatin (Platinol) | |
| Cyclophosphamide (Neosar) | |
| Cytarabine (Depocyt) | |
| Dacarbazine | |
| Daunorubicin (Cerubidine, DaunoXome) | |
| Doxorubicin (Adriamycin, Doxil) | |
| Epirubicin (Ellence) | |
| Erlotinib (Tarceva) | |
| Etoposide (Etopophos, Toposar) | |
| Everolimus (Afinitor,   ortress) | |
| Faslodex (Fulvestrant) | |
| Gemcitabine (Gemzar) | |
| Hexamethylmelamine (Hexalen) | |
| Hydroxyurea (Hydrea, Droxia) | |
| Idarubicin (Idamycin) | |
| Ifosfamide (Ifex) | |
| L-asparginase (crisantaspase) | |
| Lomustine (Ceenu) | |
| Melphalan (Alkeran) | |
| Mercaptopurine (Purinethol, Purixan) | |
| Methotrexate (Trexall, Rasuvo) | |
| Mitomycin | |
| Mitoxantrone | |
| Nab-paclitaxel (Abraxane): Mitoxantrone | |
| Nitrogen mustard | |
| Paclitaxel (Taxol) | |
| Panitumumab (Vectibix) | |
| Procarbazine (Matulane) | |
| Sorafenib (Nexavar) | |
| Teniposide (Vumon) | |
| Thioguanine (Tabloid) | |
| Thiotepa (Tepadina) | |

| Drug | es |
|------|----|
| Topotecan (Hycamtin) | |
| Vemurafenib (  elboraf) | |
| Vinblastine | |
| Vincristine (Mariqibo, Vincasar) | |
| Vindesine | |
| Vinorelbine (Alocrest, Navelbine) | |
| Unknown | |

12.  Please pro  ide the following information regarding Taxotere® or Docetaxel:

    a)  Number of cycles:  <u>0</u>

    b)  Frequency: Every week    Every three weeks

      Other:

    c)  First treatment date:  <u>07/22/2009</u>

    d)  Last treatment date:  <u>10/20/2009</u>

    e)  Dosage:  <u>14  .  mg</u>

        (1) Combined with another chemotherapy drug:

        (2) Sequential with another chemotherapy drug:

        (3) If so, describe the combination or sequence:  <u>Combined with Cytoxan and Adriamycin for all cycles.</u>

13.  Prescribing Physician(s):

| Prescribing Physician | Address |
|-----------------------|---------|
| Verghese, Cherian | 1430 Tulane Ave.<br>New Orleans, LA 70112 |

14.  Treatment Facility:

| Treatment Facility | Address |
|--------------------|---------|
| University Medical Center | 2000 Canal St.<br>New Orleans, LA 70112 |

1 .  Identify      state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|-------|-----------|---------|
| LA | 07/22/2009 | 10/20/2009    Present |

16.  Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes    No    Unknown

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site: <u>N/A</u>

    b) Location of trial site: <u>N/A</u>

## VI.   CLAIM INFORMATION

Current Status

1. re you currently taking Taxotere® or Docetaxel?  Yes     No

2. Are you currently cancer-free?  Yes     No

3. If no, check those that apply to your CURRENT status:

| Current Status | es |
|---|---|
| In remission | |
| Currently receiving chemotherapy | |
| Currently receiving radiation therapy | |
| Currently hospitalized for cancer or cancer-related complications | |
| Currently in home health or hospice care for cancer or cancer-related complications | |
| ancer returned after taking Taxotere® or Docetaxel | |

4. hen was the last (most recent) date you consulted with an oncologist: <u>0  /??/201 </u>

Alleged Injury

State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | es | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | | | --/--/---- | --/--/----      Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | | | --/--/---- | --/--/----      Present |

| Alleged Injury | es | No | From | To |
|---|---|---|---|---|
| Permanent/Persistent Hair Loss on Scalp | | | 0 /??/2010 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>    Top<br>    Sides<br>    Back<br>    Temples<br>    Other: | | | --/--/---- | --/--/----   Present |
| Diffuse thinning of hair: total scalp<br>    Top<br>    Sides<br>    Back<br>    Temples<br>    Other: | | | 0 /??/2010 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | | | --/--/---- | --/--/----   Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | | | 0 /??/2010 | --/--/---- ☑ Present |
| Small bald area in the hair on your head | | | --/--/---- | --/--/----   Present |
| Large bald area in the hair on your head | | | --/--/---- | --/--/----   Present |
| Multiple bald spots in the hair on your head | | | --/--/---- | --/--/----   Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | | | 0 /??/2010 | --/--/---- ☑ Present |
| Other: | | | --/--/---- | --/--/----   Present |
| Permanent/Persistent Loss of Eyebrows | | | 0 /??/2010 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | | | 0 /??/2010 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Body Hair | | | --/--/---- | --/--/----   Present |
| Permanent/Persistent Loss of Genital Hair | | | --/--/---- | --/--/----   Present |
| Permanent/Persistent Loss of Nasal Hair | | | --/--/---- | --/--/----   Present |
| Permanent/Persistent Loss of Ear Hair | | | --/--/---- | --/--/----   Present |
| Permanent/Persistent Loss of Hair in Other Areas Describe: | | | --/--/---- | --/--/----   Present |

6.    Have you ever received treatment for the injury you allege in this lawsuit?

        Yes    No

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| Dimitri, Elizabeth | 06/??/2017 to --/--/---- ☑ Present | Dermatology consult |
| Tosti, Antonella | 0 /29/201  to 0 /29/201 Present | Dermatology Consult |
| Claiborne, Martin D | 03/26/201  to 03/26/201 Present | Dermatology Consult |
| Thompson, Curtis | 04/??/201  to 04/??/201 Present | Dermatopathology Report |

7.      ere you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

    Yes      No

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| Tosti, Antonella | 0 /29/201  to 0 /29/201 Present | N/A |
| Thompson, Curtis | 04/??/201  to 04/??/201 Present | N/A |

.      a e you discussed with any healthcare pro ider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

    Yes      No

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| N/A | --/--/---- to --/--/---- Present | |

Statement Information

9.      ere you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes      No

10. If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| information sheet | | |

11.      ere you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes      No

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| Verghese, Cherian |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes      No

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
| N/A | --/--/---- |

1 . Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes      No

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- | N/A | | |

17. Have you filed a Med atch Adverse Event Report to the FDA?  Yes      No

**OU MUST UPLOAD NOW AN   MEDICAL RECORDS IN   OUR POSSESSION DEMONSTRATING ALLEGED INJUR   OR PHOTOGRAPHS SHOWING   OUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

1 . Mental or   motional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes      No

19. If yes, did you seek treatment for the psychiatric or psychological condition?  Yes      No

| Provider | Date | Condition |
|---|---|---|
| N/A | --/--/---- | |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes      No

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| N/A | --/--/---- | |

22. Lost    ages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel? Yes    No

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| ear | Annual Gross Income |
|---|---|
| | N/A |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| ear | Annual Gross Income |
|---|---|
| | N/A |

2 . Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses? Yes    No

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---|---|
| N/A | |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you e  er see a healthcare pro  ider for hair loss B    OR   taking Taxotere® or Docetaxel? Yes    No

2. Did your hair loss begin during chemotherapy treatment?  Yes    No

3. If yes, did you FIRST experience hair loss:

   a)  After treatment with another chemotherapy agent:

b)      fter treatment with Taxotere® or Docetaxel:

4.   At any time before or during the hair loss were you:

| Condition | es | Description |
|---|---|---|
| Pregnant | | Yes, after which Plaintiff did not experience hair loss |
| Seriously ill | | Breast Cancer |
| Hospitalized | | Breast Cancer treatment |
| Under severe stress | | |
| Undergoing treatment for any other medical condition | | |

.      hen did you FIRST discuss with or see a healthcare provider about your hair loss?
    0  /??/2009

6.   Have you started any special diets at any time before or during the hair loss?
    Yes     No     Describe:

Hair Loss History

| Question | No | es | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | | | Claiborne, Martin D. |
| Have you had blood tests done to evaluate your hair loss problem? | | | |
| Have your hormones ever been checked to evaluate your hair loss problem? | | | |
| Have you ever been told by a doctor that you have a thyroid condition? | | | |
| Have you ever been treated with thyroid hormone? | | | |
| Have you ever been told by a doctor that you have a low iron level? | | | |

7.   Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes     No

.    If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Verghese, Cherian | 12/--/2009 to 07/--/2012 Present | Tamoxifin |

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Collins-Burow, Bridgette | 07/--/2012 to --/--/---- ☑ Present | Arimidex |

9. Do you have any autoimmune diseases? Yes      No

10. If yes, check the following which describes you:

| Autoimmune Disease | es |
|---|---|
| Lupus | |
| Rheumatoid arthritis | |
| Celiac disease | |
| Type 1 diabetes | |
| Sjogrens disease | |
| Vitiligo | |
| Hashimoto's | |
| Other: | |

11. ere you taking any medications when your hair loss began? Yes      No

| Medication |
|---|
| Lisinopril |
| Lipitor |
| Taxotere |
| Cytoxan |
| Adriamycin |
| Coumadin |
| ofran |
| Neulasta |

Hair Care

12. How often do you wash/shampoo your hair? Every _ days

13. Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | es | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | | ??/??/19  6 to ??/??/2009 Present | Once every 1-2 months |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | | ??/??/19  6 to ??/??/2009 Present | Once a week |
| Hair dyed | | --/--/---- to --/--/---- Present | Never |
| Hair highlighted | | --/--/---- to --/--/---- Present | Never |
| Braids | | ??/??/199  to ??/??/2006 Present | A few times a year |
|    eaves | | ??/??/2011 to ??/??/2014 Present | A few times a year |
| Tight hairstyles (ponytails) | | --/--/---- to --/--/---- Present | Never |
| Extensions | | --/--/---- to --/--/---- Present | Never |
| Other: | | --/--/---- to --/--/---- Present | |

14.  Have you ever used the following?

| Hair Treatment | es |
|---|---|
|    EN Cleansing Conditioners | |
| Unilever Suave Professionals Keratin Infusion | |
| L'Oréal   hemical Relaxer | |

1 .  Has your hair care regimen been different in the past? Yes     No

       a)  If yes, describe:  <u>Plaintiff can no longer cut or style her hair because she lacks enough hair to do so as a result of permanent hair loss after being treated with Taxotere</u>

Hair Loss Treatment

16.  Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | es |
|---|---|
| Folic Acid supplementation | |
| Minoxidil | |
| Other: | |

17.  Did you wear a cool cap during chemotherapy treatment?  Yes     No

1 .  If yes, which cooling cap did you wear:

19. Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss?  Yes     No

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| Vitamin E | ??/??/201 | 3 months | No |

21. Has anything helped your hair loss? Yes     No

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| N/A | --/--/---- to --/--/---- Present | | |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  Since Chemotherapy with Taxotere

24. Has any hair regrowth occurred? Yes     No

2 .  Have you ever worn a wig to conceal your hair loss? Yes     No

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| ??/??/2009 to --/--/---- ☑ Present | yrs. | Beauty Supply | $40 ea. x 10=$400 |
| ??/??/2009 to --/--/---- ☑ Present | years | Plaintiff's sister provided her with hand made wigs at no cost | no cost |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1. Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight ( ) years and the reason for consulting the healthcare provider or mental healthcare provider.

   **OU MUST INCLUDE   OUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, G   NECOLOGIST, OBSTETRICIAN, AND PRIMAR   CARE PH   SICIAN, ALONG WITH AN   OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Verghese, Cherian | Oncologist | 1430 Tulane Ave<br>New Orleans, LA 70112 | 04/13/2009 to 07/??/2012<br>Present | Cancer Treatment |
| Collins-Burow, Bridgette | Oncologist | 1  0 S. Liberty St.<br>New Orleans, LA 70112 | 07/--/2012 to --/--/----<br>☑ Present | Cancer treatment & follow up |
| Jones, Steven | Surgical Oncologist | 4700 S 1-10 Service Rd.    .<br>Metairie, LA 70001 | ??/??/2012 to --/--/----<br>☑ Present | Cancer Treatment |
| Tillery Jr. , Bertrand | PCP | 3  00 Behrman Pl.<br>New Orleans, LA 70114 | ??/??/2011 to --/--/----<br>☑ Present | ellness checks |
| Dimitri, Elizabeth | Dermatology | 120 Meadowcrest St.<br>Gretna, LA 700  6 | 01/??/2017 to --/--/----<br>☑ Present | Hair loss |
| Pridjian, Gabriella | Genetics | 1430 Tulane Ave.<br>New Orleans, LA 70112 | 09/7/2017 to --/--/----<br>Present | BRCA1/2 test |
| Thompson, Curtis | Pathology | 122  4 S    Garden Place<br>Tigard, OR 97223 | 03/26/201  to 04/19/201<br>Present | Dermatopathology Report |
| Claiborne, Martin D. | Dermatology | 0  0   . Judge Perez Dr., Ste. 2900<br>Chalmette, LA 70043 | 03/26/201  to 03/26/201<br>Present | Skin biopsy |
| Tosti, Antonella | Dermatology | 129  N   14 St., Ste. L<br>Miami, FL 3312 | 0  /29/201  to 0  /29/201<br>Present | Dermatology |

Hospitals, Clinics, and Other Facilities:

2. Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(  )years:

**OU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOG  , IMAGING, BIOPSIES, CHEMOTHERAP  , CHILD BIRTHS, G  NECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH AN   OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| University Medical Center | 2000 Canal St.<br>New Orleans, LA 70112 | ??/??/2009 to<br>??/??/2012<br>Present | Breast Cancer |
| Tulane Medical Center | 1  0 S. Liberty St.<br>New Orleans, LA 70112 | ??/??/2012 to --/--/----<br>☑ Present | Breast Cancer,<br>Hysterectomy |
| University OB/GYN Clinic | 2020 Gravier St<br>New Orleans, LA 70112 | ??/??/2002 to<br>0  /??/200<br>Present | Annual exams |
| Tulane University - Steven Jones Surgical Oncology | 4700 S I - 10 Service Rd.    .<br>Metairie, LA 70001 | ??/??/2012 to --/--/----<br>☑ Present | Surgery and follow up care |
| Dermatologist | 129  N   14 St., Ste. L<br>Miami, FL 3312 | 0  /29/201   to<br>0  /29/201<br>Present | Dermatology Consult |
| Dermatopathologist | 122  4 S    Garden Place<br>Trigard, OR 97223 | 03/26/201   to<br>04/19/201<br>Present | Dermatopathology report |

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Dermatologist | 0  0   . Judge Perez Dr., Ste. 2900 Chalmette, LA 70043 | 03/26/201  to 03/26/201 ☐ Present | Skin Biopsy |
| Genetics | 1430 Tulane Ave New Orleans, LA 70112 | 09/??/2017 to --/--/---- ☑ Present | BRCA 1/2 Test |
| Dermatology | 120 Meadowcrest St Gretna, LA 70112 | 01/--/2017 to --/--/---- ☑ Present | Hair loss |
| Primary Care | 3  00 Behrman Pl New Orleans, LA 70114 | ??/??/2011 to --/--/---- ☑ Present | Primary care check ups |

Laboratories:

> 3. Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|---|---|---|---|---|
| University Medical Center | 2000 Canal St. New Orleans, LA 70112 | ??/??/2007 to --/--/---- ☑ Present | bloodwork | Cancer Treatment |
| Tulane Cancer Center | 1  0 S. Liberty St. New Orleans, LA 70112 | ??/??/2012 to --/--/---- ☑ Present | bloodwork | Cancer Treatment |
| Dermatopathology | 122  4 S   Garden Place Trigard, OR | 03/26/201  to 04/19/201 ☐ Present | Dermatopathology report | Hair loss |

Pharmacies:

> 4. To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|---|---|---|---|
| algreen"s | 4110 General De Gaulle Dr New Orleans, LA 70131 | ??/??/200  to --/--/---- ☑ Present | Lisinopril, Lipitor |
| algreen"s | 4110 General De Gaulle Dr New Orleans, LA 70131 | ??/??/200  to --/--/---- ☑ Present | Tamoxifen, Anastrozole (Arimidex) |

Retailers:

> . Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|---|---|---|---|
| almart | 4001 Behrman Pl.<br>New Orleans, LA 70114 | ??/??/2007 to --/--/----<br>☑ Present | Hair products (moisturizers, shampoos, conditioners, treatments) by Cream of Nature, BanTue, African Pride, Pink Earl, Lustersilk, Liv. |
| Dollar General | 700 Crowder Blvd.<br>New Orleans, LA 70127 | ??/??/2007 to --/--/----<br>☑ Present | Hair products (moisturizers, shampoos, conditioners, treatments) by Cream of Nature, BanTue, African Pride, Pink Earl, Lustersilk, Liv. |
| Sister"s Beauty Supply | 61 Holmes Blvd.<br>New Orleans, LA 70114 | ??/??/2007 to --/--/----<br>☑ Present | Hair products (moisturizers, shampoos, conditioners, treatments) by Cream of Nature, BanTue, African Pride, Pink Earl, Lustersilk, Liv. |

Insurance Carriers:

6.   Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured<br>SSN | Policy Number | Dates of Coverage |
|---|---|---|---|---|
| Louisiana Healthcare Connections | ███████████ | Francis, Tanya | █████████ | ??/??/2009 to --/--/----<br>☑ Present |
| Uninsured | | | N/A | ??/??/2007 to ??/??/2009<br>Present |

## IX.   DOCUMENT REQUESTS AND AUTHORI ATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet. *Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | | | N/A |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twel e (12)years. | | | Facilities listed above |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | | | Facilities listed above |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | | | Facilities listed above |
| Pathology reports and results of biopsies performed on you related to your hair loss. *Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | | | Facilities listed above |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight ( ) years. | | | algreens,   almart |
| Documents identifying all chemotherapy agents that you have taken. | | | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five ( ) years. | | | N/A |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | | | N/A |
| d ertisements or promotions for Taxotere®. | | | N/A |
| rticles discussing Taxotere®. | | | N/A |
| ny packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®. *Plaintiffs or their counsel must maintain the originals of these items.* | | | N/A |
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®. *Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | | | N/A |
| Documents obtained directly or indirectly from any of the Defendants. | | | N/A |

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Communications or correspondence between you and any representative of the Defendants. | | | N/A |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | | | |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | | | N/A |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, indows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | | | N/A |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five ( ) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or -2s for each of the five ( ) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and e ery year thereafter. | | | N/A |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | | | N/A |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | | | N/A |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | | | N/A |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | | | N/A |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | | | |
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | | | |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | | | |
| Photographs of you that are representative of your hair composition in present day. | | | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | | | |

## X.  **DECLARATION**

Pursuant to 28 U.S.  . § 1  46, I declare under penalty of perjury that all of the information pro  ided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|
| | | | |