# EXHIBIT C

*List of Testimony for Dr. Laura M. Plunkett, Ph.D, DABT*

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2013 | *Vasquez case*<br>*Court Hearing – 14 November 2013* | Doyle Raizner<br>(Houston, TX) |
| 2013 | *Cell Phone Litigation*<br>*Court Hearing – 13 December 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *Accutane MDL*<br>*Deposition – 16 December 2013* | Matthews & Associates<br>(Houston, TX) |
| 2014 | *Ferguson case*<br>*Trial Testimony/Attendance*<br>*26 February – 03 March 2014* | The Law Office of David Mitcham<br>(Houston, TX) |
| 2014 | *Shirley case*<br>*Deposition – 09 April 2014* | Ware Jackson<br>(Houston, TX) |
| 2014 | *Crum et al v. Burney*<br>*Deposition – 12 May 2014* | The Krueger Law Firm<br>(Mexico, MO) |
| 2014 | *Lyles v. MacNeil, Johnson & Johnson, Inc.*<br>*Deposition – 27 May 2014* | Ashcraft & Gerel<br>(Alexandria, VA) |
| 2014 | *Mercaptan Litigation (CV-2013-235)*<br>*Deposition – 16 Jun 2014* | J. Patrick Courtney III Law Firm,<br>(Mobile, AL) |
| 2014 | *Mercaptan Litigation (CV-2013-235)*<br>*Deposition – 16 Jul 2014* | J. Patrick Courtney III Law Firm,<br>(Mobile, AL) |
| 2014 | *Avandia*<br>*Deposition – 19 Aug 2014* | The Rosemond Law Group,<br>(Houston, TX) |
| 2014 | *Crum et al v. Burney*<br>*Trial Testimony – 23 October 2014* | The Krueger Law Firm<br>(Mexico, MO) |
| 2014 | *Liu case*<br>*Deposition – 11 November 2014* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Liu case*<br>*Deposition 06 January 2015* | Farisse Law Firm<br>(Los Angeles, CA) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2015 | *Armstead v. USC, et al.*<br>*Deposition – 06 February 2015* | Dreyer Babich<br>(Los Angeles, CA) |
| 2015 | *Broussard v. Multi-Chem Group LLC, et al*<br>*Deposition – 12 March 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Simoneaux case*<br>*Deposition – 19 March 2015* | Frischhertz, Poulliard, Frischhertz  LLC<br>(New Orleans, LA) |
| 2015 | *State of Texas v. Calloway*<br>*Trial Testimony – 17 April 2015* | The Silverman Law Group<br>(Austin, TX) |
| 2015 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al*<br>*Deposition – 21 April 2015* | The Javier Law Firm<br>(New Orleans, LA) |
| 2015 | *Tylenol – Hayes case*<br>*Deposition – 24 April 2015* | Ashcraft Gerel, LLP<br>(Alexandria, VA) |
| 2015 | *Good v. Pfizer, et al.*<br>*Deposition – 10 July 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Jensen v. Univ. of Washington, et al.*<br>*Deposition – 20 July 2015* | Swanson & Gardner, PLLC<br>(Seattle, WA) |
| 2015 | *Good v. Pfiezer, et al*<br>*Deposition – 10 Aug 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Broussard, et al v. Multi-Chem Group LLC, et al*<br>*Trial Testimony – 14 Sep 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Paxil*<br>*Deposition – 23 Sep 2015* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2015 | *Liu case*<br>*Trial Testimony – 25, 28 Sep 2015* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Tylenol – Hayes case*<br>*Trial Testimony – 30 Sep 2015* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2015 | *Tobin Horn v. Edward Liscombe, et al*<br>*Deposition – 10 Nov 2015* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2015 | *Jacoby Moore & Shaquil Byrd v. Janssen, et al.*<br>*Deposition – 01 Dec 2015* | Matthews & Associates<br>(Houston, TX) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2016 | *VICTORIA KLEIN and*<br>*ASHLEY SWADLEY,*<br>*Plaintiffs,*<br>*VS*<br>*FEDERAL INSURANCE CO.,*<br>*a/k/a CHUBB GROUP OF INSURANCE*<br>*COMPANIES;*<br>*INTERNATIONAL INSURANCE CO.,*<br>*a/k/a WESTCHESTER FIRE INSURANCE CO.,*<br>*n/k/a ACE, USA, Ltd,;*<br>*Defendants,*<br>*VS.*<br>*CVS CAREMARK, as a Successor to*<br>*CVS REVCO D.S., INC., as a Successor to*<br>*REVCO D,S.,INC.,*<br>*Third-Party Plaintiff*<br>*Deposition – 13 Jan 2016* | Seeley Savidge Ebert & Gourash<br>(Cleveland OH) |
| 2016 | *Brownstein, et al v. Merck, et al*<br>*Deposition – 28 Jan 2016* | Aaron Levine Law Firm<br>(Washington, DC) |
| 2016 | *Rader v. GSK (Paxil)*<br>*Deposition – 02 Mar 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Rader v. GSK (Paxil)*<br>*Expert Testimony – 22 Mar – 23 Mar 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Tylenol Litigation (Taylor Case)*<br>*Deposition - 19 Apr 2016* | Ashcraft & Gerel, LLP<br>(Alexandria, VA) |
| 2016 | *Osteen v. Bayer (Aspirin)*<br>*Deposition -13 May 2016* | Balaban & Spielberger, LLP<br>(Los Angeles, CA) |
| 2016 | *Nguyen v. BCBG et al.*<br>*Deposition - 27 May 2016* | Fibich, Leebron, Copeland, Briggs<br>& Josephson<br>(Houston, TX) |
| 2016 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al.*<br>*Trial Testimony – 14Jun -15 Jun 2016* | Javier Law Firm<br>(New Orleans, LA) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2016 | *Orrick v. GSK (Paxil)*<br>*Deposition - 21 July 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Freeman v. Roche (Accutane)*<br>*Deposition – 10 Aug 2016* | Krupnick Campbell Malone<br>(Fort Lauderdale, FL) |
| 2016 | *Ehrenfelt v. Janssen (Risperdal)*<br>*Deposition – 30 Aug 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Edwards v. Kuy Creek et al*<br>*Deposition – 08 Sep 2016* | Johanson & Fairless, LLP<br>(Sugar Land, TX) |
| 2016 | *Tobin Horn v. Edward Liscombe, et al*<br>*Trial Testimony – 09 Nov 2016* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2016 | *Harper & West  v. Janssen (Risperdal)*<br>*Deposition – 11 Nov 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Xarelto MDL*<br>*Deposition – 06 Dec – 07 Dec 2016* | Levin Papatino<br>(Pensacola, FL) |
| 2017 | *Talc Litigation*<br>*Deposition – 11 Jan – 13 Jan 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Estate of Shirley Reaves v. Dr. Evans*<br>*Deposition – 03 Mar 2017* | Wukela Law Firm<br>(Florence, SC) |
| 2017 | *Talc Litigation*<br>*Trial Testimony – 20 Apr – 21 Apr 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Stiner v. Amazon, et al.*<br>*Deposition – 09 May 2017* | Brian K. Balser Co., LPA<br>(Elyria, OH ) |
| 2017 | *Testosterone Gel*<br>*Deposition – 22 May 2017* | Fleming & Associates<br>(Houston, TX) |
| 2017 | *Blaes, et al. v. Johnson & Johnson, et al.*<br>*Trial Testimony - 12 Jun – 16 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Sargon Hearing*<br>*26 Jun – 27 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Trial Testimony*<br>*27 July, 28 July 2017, 31 July 2017, 1 Aug 2017,*<br>*2 Aug 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Xarelto Litigation*<br>*Trial testimony*<br>*9 August 2017* | Levin, Papantonio Thomas<br>Mitchell Rafferty<br>& Proctor<br>(Pensacola, FL) |
| 2017 | *Couch v. AbbVie*<br>*Trial Testimony*<br>*14 August, 15 August 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Tsao v. Ferring*<br>*Deposition*<br>*15 September 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Shaquil Byrd v. Janssen*<br>*Trial Testimony*<br>*19 September 2017* | DeGraff, Foy & Kunz, LLP<br>(Albany, NY) |
| 2017 | *Edward McDevitt v Boehringer Ingelheim*<br>*Pharmaceuticals, Inc., and Boehringer Ingelheim*<br>*International GMBH*<br>*Deposition*<br>*05 October 2017* | The Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Crochet v. BMS and Otsuka Pharmaceutical*<br>*Deposition*<br>*11 January 2018* | Javier Law Firm<br>(New Orleans, LA) |
| 2018 | *Mirena MDL*<br>*Deposition*<br>*19 January 2018* | Jones, Ward<br>( Louisville, KY) |
| 2018 | *Synthes case*<br>*Deposition*<br>*24 January 2018* | Nations Law Firm<br>(Atlanta, GA) |

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2018 | *Boone v. BIPI*<br>*Trial Testimony*<br>*27-28 February, 01-02 March 2018* | Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Gallum v. BIPI*<br>*Trial Testimony*<br>*18-20 April 2018* | Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Fluoroquinolones MDL*<br>*Deposition*<br>*25 April 2018* | Baron & Budd, P.C.<br>(Dallas, TX) |
| 2018 | *Xarelto MDL*<br>*Cooney case*<br>*Deposition*<br>*24 May 2018* | The Lambert Law Firm<br>(New Orleans, LA) |
| 2018 | *Xarelto MDL*<br>*Cooney case*<br>*Trial Testimony*<br>*09 August 2018* | The Lambert Law Firm<br>(New Orleans, LA) |
| 2018 | *Pradaxa*<br>*Bedsole v. BIPI*<br>*Trial Testimony*<br>*17th, 18th, 20th, 21st September 2018* | Myers & Flowers<br>(St. Charles, IL) |
| 2018 | *McCants v. Vitacost, Inc.*<br>*Deposition*<br>*25 September 2018* | Miller Weisbrod<br>(Dallas, TX) |
| 2018 | *Talc*<br>*Brower case Georgia*<br>*Deposition*<br>*28 September 2018* | Beasley Allen<br>(Montgomery, AL) |
| 2018 | *Pradaxa*<br>*Knight case (West Virginia)*<br>*Trial Testimony*<br>*04 October – 05 October 2018* | Childers, Schlueter & Smith<br>(Atlanta, GA) |

Last Updated November 6th, 2018