# EXHIBIT D

**APPENDIX B**

List of Documents Reviewed

In addition to the materials referenced within my report, I have reviewed the following materials listed below:

**Scientific Literature**
Abe, H. et al. 2009. Bi-weekly docetaxel in the adjuvant treatment of node-positive or high-risk breast cancer patients: phase I study of the Shiga Breast Cancer Study Group. *Breast Cancer*. 16:37-41.

Andriguetti, N. et al. 2017. Pharmacogenetic and Pharmacokinetic Dose Individualization of the Taxane Chemotherapeutic Drugs Paclitaxel and Docetaxel. *Curr Med Chem.* 24:3559-82.

Baker, B. W. et al. 1991. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone Marrow Transplant.* 7:43-47.

Bernabeu, E. et al. 2017. Paclitaxel: What has been done and the challenges remain ahead. *Intl J Pharmaceutics.* 526:474-95.

Betticher, D. et. al. 2013. Efficacy and tolerability of two scalp cooling systems for the prevention of alopecia associated with docetaxel treatment. *Support Care Cancer*. 21:2565-2573.

Bourgeois, H. et al. 2009. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: alert for an emerging side effect: ALOPERS observatory. San Antonio Breast Cancer Symposium, Dec. 9-1, 2009.

Bruno, R. et al. 1993. Pharmacokinetics and Metabolism of Taxotere. *Cancer Surveys.* 17:305-13.

Bruno, R. et al. 1997. Pharmacokinetics and pharmacodynamics properties of docetaxel: results of phase I and phase II trials. *Am J Health Syst Pharm.* Dec; 15;54(24 Suppl 2):S16-19.

Burstein, H. et al. 2000. Docetaxel Administered on a Weekly Basis for Metastatic Breast Cancer. *J Clin Oncol.* Mar;18(6):1212-9.

Campone, M. et al. 2013. A Three-Arm Randomized Phase II Study of Oral Vinorelbine Plus Capecitabine Versus Oral Vinorelbine and Capecitabine in Sequence Versus Docetaxel Plus Capecitabine in Patients with Metastatic Breast Cancer Previously Treated with Anthracyclines. *Breast J.* May-Jun; 19(3): 240-9.

Chan, S. et al. 1999. Prospective Randomized Trial of Docetaxel Versus Doxorubicin in Patients with Metastatic Breast Cancer. *J Clin Oncol.* Aug; 17(8): 2341-2354.

Chilcott, J. et al. 2006. Docetaxel for the adjuvant treatment of early node-positive breast cancer: a single technology appraisal. The School of Health and Related Research (ScHAAR).

Choi, M. et al. 2014. Clinical characteristics of chemotherapy-induced alopecia in childhood. *J Am Acad Dermatol*. Mar; 70(3):499-505. Epub 2013 Dec 16.

Climent, M. et al. 2002. Preliminary results of phase II randomized trial of docetaxel (taxotere) as a single agent chemotherapy (CT) administered weekly or 3-weekly in patients (pts) with metastatic breast cancer (MBC). *Breast Cancer*. Proceedings of ASCO Volume 21 52a. Conte, P. et al. 1998. Putting the Taxanes to Work: Unanswered Questions. *Recent Results Cancer Res*. 152:305-13.

de Jonge, M. et al. 2002. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. *Bone Marrow Transplant*. Nov; 30(9):593-7.

Felici, A. et al. 2006. A pharmacokinetic interaction study of docetaxel and cisplatin plus or minus 5-fluorouracil in the treatment of patients with recurrent or metastatic solid tumors. *Cancer Chemother Pharmacol*. Nov; 58(5):673-680. Epub 2006 Mar 17.

Franis, P. et al. 1995. Paclitaxel (Taxol) and Docetaxel (Taxotere): active chemotherapeutic agents in lung cancer. *Lung Cancer*. Apr; 12 Suppl 1:S163-72.

Ghersi, D. et al. 2005. Taxane containing regimens for metastatic breast cancer (Review). *Cochrane Database Syst Rev*. Issue 2, No.:CD0003366. doi:10.1002/14651858.CD003366.pub2.

Hainsworth, J. et al. 2001. Weekly Docetaxel in the Treatment of Elderly Patients With Advanced Breast Cancer: A Minnie Pearl Cancer Research Network Phase II Trial. *J Clin Oncol*. Aug 1; 19(15):3500-5.

Jones, S. et al. 2005. Randomized Phase III Study of Docetaxel Compared With Paclitaxel in Metastatic Breast Cancer. *J Clin Oncol*. Aug 20; 23(24):5542-51.

Jones, S. et al. 2009. Docetaxel With Cyclophosphamide Is Associated With an Overall Survival Benefit Compared With Doxorubicin and Cyclophosphamide: 7-Year Follow-Up of US Oncology Research Trial 9735. *J Clin Oncol*. Mar 10; 27(8):1777-83. Epub 2009 Feb 9.

Komen, M. et al. 2016. Results of 20- versus 45-min post-infusion scalp cooling time in the prevention of docetaxel-induced alopecia. *Support Cancer Care*. Jun; 24(6):2735-2741. Epub 2016 Jan 25.

Kuhn, JG. 1994. Pharmacology and pharmacokinetics of paclitaxel. *Ann Pharmacother*. May; 28(5 Suppl): S15-7.

Martin, M. 2006. Docetaxel, doxorubicin and cyclophosphamide (the TAC regimen): an effective adjuvant treatment for operable breast cancer. *Womens Health (Lond)*. Jul; 2(4):527-37.

Martin, M. et al. 2005. Adjuvant Docetaxel for Node-Positive Breast Cancer. *N Engl J Med*. Jun 2; 352(22):2302-13.

Martin, M. et al. 2010. Adjuvant Docetaxel for High-Risk, Node-Negative Breast Cancer. *N Engl J Med*. Dec 2; 363(23): 2200-10.

Nabholtz, JM et al. 1998. Taxane-Based Three-Drug Combination in Metastatic and Adjuvant Treatment of Breast Cancer. *Semin Oncol*. Oct; 25(5 Suppl 12):27-31.

Nabholtz, JM et al. 1999. A Phase III Trial Comparing Doxorubicin (A) and Docetaxel (T) (AT) to Doxorubicin and Cyclophosphamide (AC) as First Line Chemotherapy for MBC. *Breast Cancer*. Proceedings of ASCO Volume 18 127a.

Nabholtz, JM et al. 2001. A Phase III Randomized Trial Comparing Docetaxel (T), Doxorubicin (A) and Cyclophosphamide (C) (TAC) to FAC as First Line Chemotherapy (CT) for Patients (Pts) in Metastatic Breast Cancer (MBC). *Breast Cancer*. Proceedings of ASCO Volume 20 22a.

Nabholtz, JM et al. 2001. Phase II Study of Docetaxel, Doxorubicin and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer. *J Clin Oncol*. Jan 15; 19(2):314-21.

29th Annual San Antonio Breast Cancer Symposium, December 14-17, 2006. *Breast Caner Res Treat*.  Dec 2006;100 (Suppl 1).

O'Shaughnessy, J. et al. 2002. Superior Survival With Capecitabine Plus Docetaxel Combination Therapy in Anthracycline-Pretreated Patients With Advanced Breast Cancer: Phase III Trial Results. *J Clin Oncol*. Jun 15; 20(12):2812-23.

O'Shaughnessy, J. et al. 2010. Abstract S4-2: First Efficacy Results of a Randomized, Open-Label, Phase III Study of Adjuvant Doxorubicin Plus Cyclophosphamide, Followed by Docetaxel with or without Capecitabine, in High-Risk Early Breast Cancer. *Cancer Res* 2010; 70(24 Suppl): Abstract nr S4-2.

Rowinsky, EK. 1994. Clinical Pharmacology of Taxol. *J Natl Cancer Inst Monogr*. (15):25-37.

Rowinsky, EK et al. Taxol: The First of the Taxanes, an Important New Class of Antitumor Agents. *Semin Oncol*. Dec; 19(6):646-62.

Sehouli, J. et al. 2015. Alopecia as surrogate marker for chemotherapy response in patients with primary epithelial ovarian cancer: A metaanalysis of four prospective randomized phase III trials with 5114 patients. *Eur J Cancer*. May; 51(7):925-32. Epub 2014 Mar 11.

Smith, IC. et al. 2002. Neoadjuvant Chemotherapy in Breast Cancer: Significantly Enhanced Response with Docetaxel. *J Clin Oncol*. Mar 15; 20(6):1456-66.

Stopeck, Al. et al. 2010. SABCS Interview Series. May 14, 2010. Available at http://www.hcplive.com/journals/obtn/2010/march2010/sabcs_interview_series.

Tallon, B. et al. 2013. Permanent chemotherapy-induced alopecia: Histopathologic criteria still be defined. *J Am Acad Dermatol*. May; 68(5):e151-2.

Tosti, A. et al. 2013. Docetaxel and permanent alopecia. *J Am Acad Dermatol*. May; 68(5):e151.

Trudeau, ME. 1996. Docetaxel: a review of its pharmacology and clinical activity. *Can J Oncol*. Jun; 6(1):443-57.
Verweij, J. et al. 1994. Paclitaxel (Taxol™) and docetaxel (Taxotere™): Not simply two of a kind. *Ann Oncol*. Jul; 5(6):495-505.

Vu, T. et al. 2007. Survival outcome and cost-effectiveness with docetaxel and paclitaxel in patients with metastatic breast cancer: a population-based evaluation. *Ann Oncol*. Mar; 19(3):461-4. Epub 2007 Nov 15.

**Depositions & Deposition Exhibits**
Bassi, Kim
Gaydos, Mark
Groult, Vanina
Gustavson, Linda
Hangai, Nanae
Jen, Shang
Mancini, Pierre
Nijveldt, Gerrit-Jan
Palatinsky, Emanuel
Polizzano, Frances
Richard-Cassin, Isabelle
Stathatos, Theresa
Thornton Jones, Suzanne
Vestea, Gina

**FDA Documents**
07.30.1992 - 020262 Approval Ltr
07.23.1993 - 020262 s002 Approval Ltr
04.13.1994 - 020262 s004 Approval Ltr
08.16.1994 - 020262 s003 s004 Approval Ltr
04.01.1996 - 020262 s012 Approval Ltr
04.02.1998 - 020262 s022 Approval Ltr
05.14.1996 - 020449 Approval Package
01.06.1998 - 020449 s004 Approval Package
01.06.1998 - 020449 s004 Approval Ltr
06.22.1998 - 020449_S005 Approval Package
06.22.1998 - 020449_S005_ADMINDOCS
06.22.1998 - 020449_S005_APPROV
06.22.1998 - 020449_S005_BIOPHARM
06.22.1998 - 020449_S005_CHEMR
06.22.1998 - 020449_S005_CORRES

06.22.1998 - 020449_S005_FONSI
06.22.1998 - 020449_S005_MEDR
06.22.1998 - 020449_S005_STATR
01.22.1998 - 020449_S006 Approval Package
01.22.1998 - 020449_S006_ADMINDOCS
01.22.1998 - 020449_S006_APPROV
01.22.1998 - 020449_S006_BIOPHARM
01.22.1998 - 020449_S006_CHEMR
01.22.1998 - 020449_S006_CORRES
01.22.1998 - 020449_S006_FONSI
01.22.1998 - 020449_S006_MEDR
01.22.1998 - 020449_S006_STATR
12.23.1999 - 020449_S011 Approval Package
12.23.1999 - 020449_S011_ADMINDOCS
12.23.1999 - 020449_S011_APPROV
12.23.1999 - 020449_S011_BIOPHARMR
12.23.1999 - 020449_S011_CHEMR
12.23.1999 - 020449_S011_CORRES
12.23.1999 - 020449_S011_MEDR
12.23.1999 - 020449_S011_PRNTLBL
12.23.1999 - 020449_S011_STATR
04.24.2003 - 020449_S016 Approval Package
04.24.2003 - 020449_S016_ADMINDOCS
04.24.2003 - 020449_S016_APPROV
04.24.2003 - 020449_S016_CHEMR
04.24.2003 - 020449_S016_PRNTLBL
07.09.2002 - 020449_S017_ADMINDOCS
07.09.2002 - 020449_S017_APPROV
07.09.2002 - 020449_S017_PRNTLBL
07.09.2002 - 020449_S017_S019_S022 Approval Package
11.27.2002 - 020449_S018 Approval Package
11.27.2002 - 020449_S018_ADMINDOCS
11.27.2002 - 020449_S018_APPROV
11.27.2002 - 020449_S018_BIOPHARM
11.27.2002 - 020449_S018_CHEMR
11.27.2002 - 020449_S018_CORRES
11.27.2002 - 020449_S018_MEDR
11.27.2002 - 020449_S018_PRNTLBL
11.27.2002 - 020449_S018_STATR
07.30.2002 - 020449_S017_S019_S022 Approval Package
07.30.2002 - 020449slr017,019,022ltr
07.30.2002 - 020449slr022_taxotere_lbl
01.30.2003 - 020449_S017_S019_S022 Approval Package
01.30.2003 - 020449slr017,019,022ltr
01.30.2003 - 020449slr022_taxotere_lbl
05.19.2004 - 020449_S028 Approval Package

05.19.2004 - 020449_S028_ADMIN
05.19.2004 - 020449_S028_APPROV
05.19.2004 - 020449_S028_BIOPHARMR
05.19.2004 - 020449_S028_CHEMR
05.19.2004 - 020449_S028_MEDR
05.19.2004 - 020449_S028_PRNTLBL
08.18.2004 - 020449_S029_PRNTLBL
08.18.2004 - 020449_S029_ADMINCORRES
08.18.2004 - 020449_S029_APPROV
08.18.2004 - 020449_S029_BIOPHARMR
08.18.2004 - 020449_S029_CHEMR
08.18.2004 - 020449_S029_MEDR
08.18.2004 - 020449_S029_STATR
08.18.2004 - 020449_S029 Approval Package
01.06.2005 - 020449s031ltr
08.11.2005 - 020449s033lbl
08.11.2005 - 020449s033ltr
11.05.2005 - 020449s034ltr
03.22.2006 - 020449Orig1s035
03.22.2006 - 020449S035lbl
03.22.2006 - 020449S035ltr
03.22.2006 - 020449Orig1s035 Approval Package
06.07.2006 - 020449s036lbl
06.07.2006 - 020449s036LTR
10.17.2006 - 020449_S039_Admin
10.17.2006 - 020449_S039_Approval_Package [Full]
10.17.2006 - 020449_S039_Clinical_Review
10.17.2006 - 020449_S039_Labeling
10.17.2006 - 020449_S039_Medical_Reviews
10.17.2006 - 020449_S039_Other_Reviews
10.17.2006 - 020449_S039_Statistical_Reviews
10.17.2006 - 020449_S039_Summary_Review
10.17.2006 - 020449_S039 Approval Package
06.03.2010 - 020449Orig1s043
06.03.2010 - 020449_S043 Approval Package
04.20.2010 - 020449s044lbl
04.20.2010 - 020449s044,020449s053ltr
09.28.2007 - 020449s045lbl
09.28.2007 - 020449s045ltr
09.28.2007 - 020449_S045 Approval Package
04.20.2010 - 020449s044,020449s053ltr
04.20.2010 - 020449s053lbl
08.02.2010 - 020449Orig1s054
08.02.2010 - 020449_S054 Approval Package
05.13.2010 - 020449s059lbl
05.13.2010 - 020449s059ltr

04.13.2012 - 020449s063lbl
09.07.2011 - 020449s064lbl
09.07.2011 - 020449s064ltr
12.15.2011 - 020449s065lbl
12.15.2011 - 020449s065ltr
06.26.2013 - 020449Orig1s069ltr
06.26.2013 - 020449s069lbl
12.13.2013 - 020449Orig1s071ltr
12.13.2013 - 020449s071lbl
12.13.2014 - 020449Orig1s073ltr
12.13.2014 - 020449s073lbl
12.11.2015 - 020449Orig1s075
12.11.2015 - 020449Orig1s075ltr
12.11.2015 - 020449s075lbl
12.11.2015 - 020499Orig1s075 Approval Package
10.05.2018 - 020449Orig1s079ltr
10.05.2018 - 020449s079lbl

**Clinical Trials & Related Documents**
Sanofi_00799597
Sanofi_00724344
Sanofi_00724381
Sanofi_00968736
Sanofi 00799996
Sanofi_00799996
Sanofi_00819004
Sanofi_00819004
Sanofi_00207523
Sanofi_00723830
Sanofi_00806479
Sanofi_00812060
Sanofi_00819004
Sanofi_00819004
Sanofi_01062191
Sanofi_05656087
Sanofi_05617796
Sanofi_00724262
Sanofi_00799397
Sanofi_01434354
Sanofi_00012443
Sanofi_00012568
Sanofi_00063576
Sanofi_00111059
Sanofi_00136563
Sanofi_00136563
Sanofi_00136563

Sanofi_00110998  
Sanofi_00111164  
Sanofi_00111212  
Sanofi_00385012  
Sanofi_00956551  
Sanofi_00966555  
Sanofi_00966605  
Sanofi_01062463  
TAXOTERE-FOIA-003516