# EXHIBIT E

140

1          UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4

5 ************************
                         *
6 ANTOINETTE DURDEN,      *  CIVIL ACTION NO.
         Plaintiff       *  2:16-CV-16635
7                         *
                         *
8 VERSUS                  *
                         *
9                         *
  SANOFI S.A., ET AL      *
10        Defendants       *
                         *
11 ************************

12

13

14                  VOLUME II

15

16

17

18          Volume II of the Videotaped

19 Deposition of SOPHY JANCICH, M.D., taken on

20 Friday, February 2, 2018, commencing at

21 1:23 p.m., at Ochnser Medical Center-West

22 Bank Campus, 2500 Belle Chasse Highway,

23 Gretna, Louisiana 70056.

24

25 Job No. NJ2802463

185

1  you'll prescribe dose-dense AC?
2       MR. COFFIN:
3          Object to the form.
4       THE WITNESS:
5          It can.
6  EXAMINATION BY MS. SCHULTZ:
7     Q.  In what way?
8     A.  Well, sometimes, you might have a
9  70-year-old that's performed chronologically,
10  but they're like a 50-year-old.  Sometimes
11  you might have a 50-year-old, but their
12  performance status is more like a
13  70-year-old.  So you can't just go by age.
14       We take everything into account.  You
15  look at comorbidities, you look at
16  performance status, and you look at age.
17  Sometimes -- we can't just limit patients
18  based off -- if we have a 70-year-old, no, we
19  can't do this regimen.  You have to assess
20  patient by patient.
21     Q.  I understand that.  But as a general
22  rule, you'd have more concern about an older
23  patient than a younger patient when
24  prescribing dose-dense AC.
25     A.  Again, case by case.  I have a --

186

1  that's not necessarily true.  I have an older
2  patient that did just fine with dose-dense
3  AC, and I was wondering whether she was even
4  getting the chemotherapy.  So --
5     Q.  Well, but age is --
6     A.  -- not necessarily.
7     Q.  You said age is --
8     A.  It's one of the accounts.
9     Q.  -- age is a factor.
10     A.  One of the factors.
11     Q.  What other factors do you consider
12  when you are determining the best treatment
13  regimen for a patient?
14     A.  Again, their performance status,
15  their ECOG status, their comorbidities.  I
16  mean, those are the three main things you
17  want to look at.
18     Q.  What does performance status mean?
19     A.  It means, are they able to perform --
20  you look at, are they able to perform their
21  daily activities without any problems.  Can
22  they perform strenuous activities without
23  problems.
24       Can they -- are they in bed more than
25  50 percent of the time.  Are they in bed less

187

1  than 50 percent of their time.  Do they need
2  assistance with daily activities, dressing,
3  eating, et cetera.  So all that is taken into
4  account.
5     Q.  And comorbidities --
6     A.  Meaning their medical history.  Their
7  past history.
8     Q.  And you said --
9     A.  Uh-huh (affirmative).  Their daily
10  activities.  Like, can they dress themselves,
11  can they cloth themselves, can they eat, can
12  they prepare their meals, can they bathe
13  themselves, do they need a support system.
14     Q.  And the cancer type and stage
15  obviously also plays into your recommendation
16  of a chemo regimen, correct?
17     A.  Yes.
18     Q.  What sources do you rely on to
19  identify the chemotherapy -- or let's go in
20  -- as of fall 2011, what sources did you rely
21  on to identify chemo regimens for your
22  patients?
23     A.  Again, ASCO, we have JCO, we have the
24  NCCN Guidelines.  They're common regimens.
25     Q.  Did you review all three, or are the

188

1  regimens --
2     A.  Which three?
3     Q.  Well, you said ASCO.
4     A.  Well, ASCO and JCO, they're kind of
5  intertwined.  JCO is a publication from ASCO.
6  NCCN Guidelines.  I don't have to look up
7  regimens for every patient every time.  We do
8  have a set of common regimens.
9       Now, the regimens may alter in the
10  administration, meaning every two weeks or
11  three weeks.  But as far as, do we have 20
12  different regimens, we don't have 20
13  different regimens in breast cancer, in the
14  adjuvant setting.
15     Q.  Other than looking at the JCO
16  publication and NCCN Guidelines, did you have
17  other sources that you relied on in
18  developing a --
19     A.  I don't develop --
20     Q.  -- chemotherapy treatment plan?
21     A.  The chemotherapy regimens are already
22  developed.  I don't develop the regimens.  We
23  don't come up with our own regimens.  These
24  are standard regimens that are already
25  determined from clinical trials.

Veritext Legal Solutions

800-227-8440                                          973-410-4040