# EXHIBIT F

1

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4 BARBARA EARNEST,

5            Plaintiff,

6 VERSUS            CASE NO. 2:16-cv-17731

7 SANOFI S.A., SANOFI-AVENTIS
  U.S. L.L.C., SANOFI US SERVICE,
8 INC., AND AVENTIS-PHARMA,

9            Defendants.

10

11

12

13            Videotaped deposition of JAMES E.

14 CARINDER, M.D., taken at the offices of NORTHSHORE

15 ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,

16 Suite 390, Slidell, Louisiana 70458, on Thursday,

17 January 11, 2018, commencing at 1:08 p.m.

18

19

20

21

22

23

24

25   Job No. NJ2757175

82

1 regimens?
2     A.  No, this is what I talked about with
3 her.
4     Q.  Do you mind turning to what is marked
5 as NOA 259?  I'm gonna try to tell you how far
6 down in the packet it is.  Oh.  It's -- I don't
7 think it is in the packet.
8     A.  I have an NOA 259 here.
9     Q.  And is that the 5- -- what's the date
10 of that record?
11    A.  May 31st.
12    Q.  Perfect.  Thank you.
13         In the "Plan" section --
14    MR. SCHANKER:
15         Hold on just one second.  I don't
16 know if I have that.
17    MS. BIERI:
18         You do, Dar- -- I was having a
19 hard time too.  It's the fifth page in the packet.
20 It's 259.
21 EXAMINATION BY MS. BIERI:
22    Q.  And in the Plan section, the last line
23 indicates that after the AC dose-dense cycles,
24 that you would be -- that Miss Earnest would begin
25 four cycles of Taxotere at a hundred MGs per meter

83

1 square ov- -- every 21 days, correct?
2         How did you decide on the hundred?
3     A.  Because that's the published guideline
4 for adjuvant treatment.  For metastatic disease,
5 it was 75.
6     Q.  Is somebody who ha- -- is node positive
7 considered metastatic?
8     A.  When I say "metastatic disease," I'm
9 referring to advanced stage, Stage 4.
10    Q.  Okay.  And what was --
11    A.  Either Stage -- either Stage 4 at
12 diagnosis or someone with recurrent disease.
13 Okay?  There's a misconception that if somebody
14 has a recurrence -- say if she developed a
15 recurrence, okay, they would say, "Oh, she's got
16 Stage 4 disease."  No.  She has Stage 2 disease.
17 Okay?  You keep the same stage that you were given
18 when you were diagnosed.  Okay?  The way you would
19 define her at that point is Stage 2 disease, now
20 with recurrence.
21    Q.  If that were her situation?
22    A.  If that were her situation.
23    Q.  Ah.
24    A.  But it's -- but it's a common error
25 that people say, "Well, they've got Stage 4 breast

84

1 cancer."  No, they've got Stage 2 breast cancer;
2 they just have a recurrence.
3     Q.  That has recurred?
4     A.  Yes.
5     Q.  And I don't think we actually have said
6 what Miss Earnest's breast cancer stage was.
7     A.  She was a 2A.
8     Q.  And was she T1?
9     A.  She was at T1c.
10    Q.  And N1?
11    A.  N1a.
12    Q.  And then her metastatic was zero?
13    A.  Negative.
14    Q.  Negative.
15         Do all people react to
16 chemotherapy the same way?
17    A.  No.
18    Q.  Are all people gonna get the exact same
19 side effects from taking the same chemotherapy
20 drug?
21    A.  No.
22    Q.  Have you ever, with any of your
23 patients, had a -- had a cancer patient who is
24 taking chemotherapy have a side effect that
25 surprised you?

85

1     A.  On occasion.
2     Q.  Have you ever had a chemotherapy
3 patient experience a side effect you weren't aware
4 of before?
5     A.  Yes.
6     Q.  Tell me about that circumstance or
7 circumstances.
8     A.  This lady with the hair.
9     Q.  Any others?
10    A.  I had one other lady who never got her
11 hair back.  And she also received docetaxel.  But
12 was treated before this.
13    Q.  Do you know what other -- I feel weird
14 calling her "the other lady."  It seems strange.
15         But --
16    A.  Well, it's another patient of mine --
17    Q.  Sure.
18    A.  -- who I treated in -- I want to say
19 around 2005.
20    Q.  Okay.  May I refer to her as your 2005
21 patient?
22    A.  Yes.
23    Q.  Okay.  What other drugs, chemotherapy
24 agents, was your 2005 patient on?
25    MR. SCHANKER:

22 (Pages 82 to 85)