# EXHIBIT G

```
                                                                  1
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3                ~~~~~~~~~~~~~~~~~~~~

 4

 5  TANYA FRANCIS,

 6

 7              Plaintiff,

 8

 9       vs.            Case No. 2:16-cv-17410

10

11  SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC., and
12  AVENTIS-PHARMA S.A.,

13              Defendants.

14

15                ~~~~~~~~~~~~~~~~~~~~

16                  Deposition of

17              CHERIAN VERGHESE, M.D.

18
                   January 10, 2018
19                    11:25 a.m.

20
                      Taken at:
21
         University of Toledo Medical Center
22              3000 Arlington Avenue
                    Toledo, Ohio
23

24   Job No. NJ2775665

25              Stephen J. DeBacco, RPR
```

```
                                                       102
 1   and then it lists several side effects.
 2        And if you look over at the third
 3   column there, the second side effect down, do
 4   you see where it says alopecia?
 5        A.   Yes.
 6        Q.   I will represent to you that this
 7   is a -- this is exactly what this letter here
 8   purports that it is and that there are handouts
 9   that nursing staff could provide to patients
10   about chemotherapy side effects.
11        I'd like to just look with you at
12   the handout as it relates to alopecia, and
13   luckily that's only two pages over at 474.  I
14   think it might be one back.  You'll see at the
15   top where it says "alopecia hair loss."
16        A.   Right.
17        Q.   And then it reads, "What is
18   alopecia?  Alopecia is another word for hair
19   loss or the thinning of hair.  It is a common,
20   yet temporary, side effects of some cancer
21   medicines."
22        Doctor, at the time that you
23   prescribed Taxotere for Ms. Francis, was it
24   your general understanding that alopecia, as it
25   related to chemotherapy, was a common, yet
```

```
                                                       103
 1   temporary, side effect?
 2        MR. SEARS:  Objection to form.
 3        A.   It is common, but I would not call
 4   it temporary.  I never tell people that it's
 5   temporary.
 6        Q.   What do you tell them?
 7        A.   I tell them it all depends on
 8   multiple factors, your other medical problems,
 9   your deficiencies.  You may be vitamin
10   deficient.  We don't know anything about these
11   things.  So multiple factors go into how you
12   react, how deep the reaction is, and how long
13   it takes for things to turn around.  Even
14   though all these people say it's temporary and
15   all that, there's multiple factors involved, so
16   I don't use the word temporary.  I even tell
17   them, you know, hair may come back, and it may
18   look totally different.
19        Q.   So you advised your patients,
20   generally, that they will lose their hair,
21   correct?
22        A.   I advise the patient, actually, to
23   make a wig.  And unfortunately, I have not had
24   even one person who has taken that up.
25        Q.   Really?
```

```
                                                       104
 1        A.   So it's just disappointing.
 2        Q.   I agree.  I've actually never heard
 3   a doctor recommend that, but I think it's a
 4   very novel idea.
 5        A.   But I'm not effective in making
 6   them do that, so -- but that's exactly what I
 7   do.  I tell them this is not as simple as you
 8   can talk about.  Your hair actually -- the
 9   color might change, the texture might change if
10   it comes back.  So the best thing is, you know,
11   if you can take it off and make a wig, then you
12   won't have to worry about anything.
13        Q.   Do you generally advise them that
14   their hair will, at some point, come back?
15        MR. SEARS:  Objection to form.
16        A.   Well, it's not a simple thing like
17   that.  The reason being, even if it comes back,
18   it may be totally different, feels totally
19   different.  So I told them it's not appropriate
20   to expect a normal hair growth back after
21   multiagent chemotherapy.  That's the way I sort
22   of tell them.
23        Q.   Well, would you say that there's a
24   difference between your hair coming back and
25   being a different texture versus your hair not
```

```
                                                       105
 1   coming back at all?
 2        MR. SEARS:  Objection to form.
 3        A.   I tell them that expecting not to
 4   lose hair, expecting the hair to look the same,
 5   these are all unreal expectations.  We have to
 6   treat this, and you will have hair-related
 7   problems.  If they tell me -- if they ask me
 8   whether their hair loss is going to be
 9   permanent, then I tell them, even though there
10   aren't -- I'm not going to take a chance on
11   that, and that's where the wig comes in.
12        So the discussion is a little
13   different from saying it may be permanent
14   or never permanent.  I tell them it's better to
15   take a different approach to some of these side
16   effects.
17        Q.   Do you discuss with your patients
18   at all when they may expect for their hair to
19   start to return?
20        A.   Sure.  I tell them that most of the
21   time, yes, it is likely to come back, even if
22   it may look different and feel different.
23   Majority of the time, it does come back.
24        Q.   And at the time that you were
25   treating Ms. Francis in 2009, did you have any
```

Veritext/NJ Reporting Company
800-227-8440                                         973-410-4040