UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit A To Its Motion to Exclude Expert Testimony of Dr. Laura Plunkett Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 6155-1) UNDER SEAL.

New Orleans, Louisiana, this ___ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE