# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.: 2740
SECTION: H

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

December 7, 2018
8:13 a.m.

    VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD, held at the offices of Napoli Shkolnik PLLC, located at 360 Lexington Avenue, New York, New York 10017, before Anthony Giarro, a Registered Professional Reporter, a Certified Realtime Reporter and a Notary Public of the State of New York.

Job No. NJ3151484

Page 238

1  date?
2  A     The program does.
3  Q     The program, you already
4  provided?
5  A     Yeah.  And there, you're not
6  even dependent on DrugLogic.  You can run
7  the program, the data on this thumb
8  drive, and you will get those counts.
9  Q     Take one of the terms that
10 you searched as part of your methodology,
11 still have no hair, we talked about that
12 one a moment ago; right?
13 A     Okay.
14 Q     If a report mentions that
15 the patient still has no hair and is one
16 month after chemo, are you with me so
17 far?
18 A     Yes.
19 Q     There's a follow-up report a
20 month later.  It says "hair back to
21 normal."  You agree that person did not
22 have permanent alopecia?
23       MR. MICELI:  Object to form.
24 A     I suppose so if the hair
25 came back.

Page 239

1  Q     That person didn't have
2  irreversible alopecia?
3  A     I suppose not.
4  Q     What did your methodology do
5  to ensure that someone like that was not
6  included in the 291 or the 263 -- I'm
7  sorry -- the 263 reports?
8  A     I'm not sure that ever
9  happened in any of these reports.  I'm
10 basically implementing Dr. Tosti's
11 definition.  Here's how she defined
12 irreversible alopecia.  And that's what I
13 did.
14 Q     You said you're not sure it
15 never happened.
16       Did you ever look to see if
17 it happened?
18 A     I looked at all the reports
19 as I said.  And I don't remember -- there
20 are 2,000 plus reports.  Obviously, I
21 don't remember them individually.  But I
22 certainly don't remember seeing anything
23 as definitive as what you just described.
24 Q     You discussed briefly on
25 page 18, the Sanofi clinical overviews?

Page 240

1  A     Right.
2  Q     The 2011 overview, you're
3  not offering any criticisms of
4  Dr. Palatinski's methodology in that
5  document, are you?
6       MR. MICELI:  Object to the
7  form.
8  A     I'm not.
9  Q     You're not offering any
10 criticisms of Dr. Palatinski's data set
11 in that document, are you?
12       MR. MICELI:  Same objection.
13 A     Criticisms of the data set,
14 I mean he extracted adverse event reports
15 of alopecia from the global
16 pharmacovigilance database.
17       And he then, you know,
18 identified what he believed were 142
19 reports of irreversible alopecia.  I'm
20 not -- I do not have the expertise to
21 quibble with whether this one should have
22 been included and that one excluded.
23 That's not my area.
24 Q     And you're also not offering
25 any criticisms of Dr. Palatinski's

Page 241

1  analysis in the 2011 overview; correct?
2       MR. MICELI:  Object to form.
3  A     There is none.
4  Q     You mentioned
5  Dr. Palatinski, 142 cases, as permanent
6  alopecia; right?
7  A     I can't remember the exact
8  phrase he used.
9  Q     What was Dr. Palatinski's
10 term, if you remember?
11 A     I can't remember.  Whether
12 it was permanent or irreversible or
13 persistent, I don't remember.
14 Q     Same question on 2015
15 overview.
16       You're not offering any
17 criticisms of Dr. Hangai's methodology in
18 that overview, are you?
19       MR. MICELI:  Same objection.
20 A     It's the same thing.  She
21 starts with all alopecia reports.  And
22 then she applied, you know, a criterion
23 to distinguish between irreversible and
24 not irreversible.  And that's beyond my
25 expertise as to whether she did that

|  |  |
|---|---|
| Page 242 | Page 244 |
| 1  right or wrong.<br>2  Q    Same question about the data<br>3  set or the analysis, the 2015 clinical<br>4  overview.<br>5        Are you offering any<br>6  criticisms of either one, the 2015<br>7  clinical overview --<br>8  A    Sorry.  Either one?<br>9  Q    Let me ask it separately.<br>10       You're not offering any<br>11 criticisms of Dr. Hangai's data set that<br>12 she uses in the 2015 clinical overview?<br>13 A    So you asked me that before.<br>14 I'm a little bit uncomfortable.  I'm not<br>15 offering any criticism of -- she<br>16 identified 142 reports.  The database --<br>17 Q    Dr. Palatinski or<br>18 Dr. Hangai?<br>19 A    I beg your pardon, yeah.<br>20 Okay.  117 in the case of Dr. Hangai.<br>21 I'm not offering any criticism of -- I'm<br>22 not -- I don't have the expertise to<br>23 offer criticism of her way of defining<br>24 irreversible alopecia, separating them<br>25 into irreversible and others.  I'm not | 1  A    I do not.<br>2  Q    You also don't know if<br>3  Dr. Hangai explained what she meant by<br>4  that sentence?<br>5  A    I don't know.<br>6  Q    You say the information<br>7  available to Sanofi at this time was not<br>8  appreciably different from what was<br>9  available at the time of the 2011 report.<br>10 What does that mean?<br>11 A    I'm not aware of any<br>12 significant clinical data that, you know,<br>13 accumulated between those two dates that<br>14 would have -- would have moved the<br>15 needles, so to speak, in terms of a<br>16 causal assessment.<br>17 Q    In your Table 4, how many<br>18 reports do you identify between 2011 and<br>19 2015?<br>20 A    Middle column, say, I<br>21 identify 100 -- whatever that is -- 23<br>22 reports.  They identified fewer, using<br>23 their definition, as in the number they<br>24 identified in 2015 was smaller than the<br>25 number they identified in 2011. |
| Page 243 | Page 245 |
| 1  offering any criticism of that.<br>2        It's just the way you were<br>3  phrasing, any criticism of the data.<br>4  Well, the data are what the data are.<br>5  It's the reports that are in their data<br>6  that hit on alopecias.  I'm not<br>7  criticizing that.  I'm not blessing it<br>8  either.  It is what it is.<br>9  Q    On paragraph 46, you start<br>10 off referencing the conclusion from the<br>11 2015 clinical overview; right?<br>12 A    Yes.<br>13 Q    The cumulative weighted<br>14 evidence, that quote?<br>15 A    Yes.<br>16 Q    You understand that was<br>17 written by Dr. Hangai?<br>18 A    I believe that she is the<br>19 author, maybe not the only author.  But<br>20 she's an author, certainly of the 2015<br>21 document.<br>22 Q    Since you've not read<br>23 Dr. Hangai's deposition, fair to say you<br>24 don't know if Dr. Hangai was asked what<br>25 she meant by that sentence? | 1  Q    You know, though, there were<br>2  separate durational criteria in those<br>3  clinical overviews?<br>4  A    I do.<br>5  Q    Then you say, "My own<br>6  analysis in Table 4 using Dr. Tosti's<br>7  definition shows the number of reports of<br>8  irreversible alopecia surpassed 117<br>9  sometime in 2010"; right?<br>10 A    Yup.<br>11 Q    Of course, you were using<br>12 different search parameters from<br>13 Dr. Hangai and Dr. Palatinski; right?<br>14 A    That's true.<br>15 Q    As a statistician, what's<br>16 the significance of a number of reports<br>17 passing 117?<br>18 A    You can take away the<br>19 as-a-statistician.  It's just a number,<br>20 not a statistical analysis.  The point in<br>21 2015, looking at 117 reports, Sanofi<br>22 concluded that there was -- what's the<br>23 exact phrase? -- sufficient to support a<br>24 causal association.  And I'm just<br>25 pointing out that -- a different |