UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits B, C, and F to Its Omnibus Motion to Preclude Improper Expert Testimony Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits B, C, and F (Rec. Doc. 6158-2, 6158-3, and 6158-6) UNDER SEAL.

New Orleans, Louisiana, this ___ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE