**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PLAINTIFFS' SECOND NOTICE OF DEPOSITION OF SANOFI U.S.**
**PURSUANT TO FED. R. CIV. P. 30(b)(6)**
**FOR "TABLE 2" REPORTS 01/01/2005 and 12/31/2011**

**TO:**    **DEFENDANTS SANOFI U.S. SERVICES, INC.**
         **F/K/A SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC**
         **Harley Ratliff**
         **SHOOK HARDY & BACON, LLP**
         **2555 Grand Blvd**
         **Kansas City, MO 64108**

**PLEASE TAKE notice**, that pursuant to Fed. R. Civ. P. 30(b)(6), the video-recorded, stenographic deposition of Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC (hereinafter "SANOFI") will be taken before a qualified Notary Public at **McElroy, Deutsche, Mulvaney & Carpenter, LLP, 1300 Mt. Kemble Avenue, Morristown, New Jersey 07962-2075** on **December 12 and 13, 2018 at 8:30 a.m.**, and thereafter by adjournment until the same shall be completed.

Pursuant to Fed. R. Civ. P. 30(b)(3), Plaintiffs intend to utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.

Pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition testimony will be recorded by stenographic and audiovisual means. The deposition will be videotaped and be available to view

live during the deposition to interested party attorneys. Plaintiffs reserve the right to use at the trial of this action the video recording of the deposition.

## DEFINITIONS AND INSTRUCTIONS

The following definitions apply to this Notice of Deposition and are deemed to be incorporated into each subject listed below:

1. "YOU", "YOUR", and "DEFENDANT", means party-Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., and their responses shall be consistent with the Stipulation of Terms Related to Defendants, Sanofi and Aventis Pharma S.A. (Doc. 1072). Defendants will include Foreign sources and locations in responding to each area of inquiry. Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. will respond in accordance with information known or reasonably available to them and the Foreign sources and locations will not exclude sources or information based on the dismissal of the Sanofi S.A. and Aventis Pharma S.A.

2. "TAXOTERE" is used to refer, as broadly as possible, to docetaxel (TAXOTERE®), a chemotherapy agent used in the treatment of cancer. Also included in the definition of Taxotere are any chemical equivalents marketed in the United States or any foreign countries.

4. "Relating to," "related to", "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, , discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents.

5. "Or" and "and" will be used interchangeably.

7. Per Magistrate Judge North's Order, each deponent is instructed to produce at the beginning of the deposition: a list of any and all documents reviewed or read upon in preparation for the deposition;

8. Each deponent is instructed to produce at the beginning of the deposition: Copies of any and all documents or tangible things related to or referring to the subjects listed in this notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V.

## DEPOSITION SUBJECT MATTER

Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), the deponent is required to designate and fully prepare one or more officers, directors, employees, or managing agents, or other persons who consent to testify on its behalf, and whom it has fully prepared to testify regarding all information that is known or reasonably available regarding the following designated areas:

1. Reports of any kind between 01/01/2005 and 12/31/2011 regarding persisting alopecia being associated and/or related in any way with the use of TAXOTERE (alone or in combination) regardless of the source of such report(s), and including but not limited to the following potential sources:

    a. Solicited reports;
    b. Unsolicited reports;
    c. Global pharmacovigilance database;
    d. ICSRs;
    e. Scientific Literature;
    f. Product Complaints Database;
    g. Company Sponsored Websites;
    h. Clinical Trials and Other Studies in Humans;

      i. Non-Clinical Safety Information;

      j. Pharmacoepidemiology Studies;

      k. Media;

      l. Competitive Intelligence;

      m. Queries/Requests from Regulatory Authorities;

      n. Safety Information Tracking Systems;

      o. Adverse Events reported; and

      p. Other means.

The deponent shall have knowledge of all such reports, including, but not limited to the reports existing in the following Reference Numbered/Bates Numbered documents:

**TABLE 2:**

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
| --- | --- | --- | --- |
| 1.  | Sanofi_02705693 | 1/18/2005 | 200510374US |
| 2.  | Sanofi_02705693; Sanofi_00304007 | 7/29/2005 | 200517176US |
| 3.  | Sanofi_00304009 | 10/10/2005 | 200517194US |
| 4.  | Sanofi_02705693; Sanofi_00304011 | 7/29/2005 | 200517200US |
| 5.  | Sanofi_02705693; Sanofi_00304014 | 7/29/2005 | 200517206US |
| 6.  | Sanofi_02705693; Sanofi_00304017 | 7/29/2005 | 200517220US |
| 7.  | Sanofi_02705693; Sanofi_00304020 | 7/29/2005 | 200517227US |
| 8.  | Sanofi_02705693; Sanofi_00304023 | 7/29/2005 | 200517239US |
| 9.  | Sanofi_02705693; Sanofi_00304025 | 7/29/2005 | 200517242US |
| 10. | Sanofi_00792534 | 7/29/2005 | 2005-1-28428630 |
| 11. | Sanofi_00792534 | 8/19/2005 | 2005-1-29481266 |
| 12. | Sanofi_02705693; Sanofi_00792534 | 9/26/2005 | 200519132US; 2005-1-39763191 |
| 13. | Sanofi_02705693 | 11/24/2005 | 200513503JP |
| 14. | Sanofi_02705693 | 12/19/2005 | 200514337FR |
| 15. | Sanofi_02705693 | 2/13/2006 | 200611809US |
| 16. | Sanofi_02705693 | 2/16/2006 | 200610471DE |
| 17. | Sanofi_02705693 | 2/16/2006 | 200610468DE |
| 18. | Sanofi_02705693 | 2/16/2006 | 200610474DE |
| 19. | Sanofi_02705965 | 2/27/2006 | 200611968GDDC |
| 20. | Sanofi_02705693 | 3/21/2006 | 200612979US |

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 21. | Sanofi_02705693 | 4/18/2006 | 200611487FR |
| 22. | Sanofi_02705693 | 4/25/2006 | 200611612FR |
| 23. | Sanofi_02705693 | 6/29/2006 | 200616038US |
| 24. | Sanofi_02705693 | 7/3/2006 | 200612414FR |
| 25. | Sanofi_02705693 | 9/8/2006 | 200613364FR |
| 26. | Sanofi_02705693 | 9/20/2006 | 200619858GDDC |
| 27. | Sanofi_02705972 | 9/28/2006 | 200613510FR |
| 28. | Sanofi_02705693; Sanofi_00792534 | 10/17/2006 | 200618707US; 2006-1-82121654 |
| 29. | Sanofi_02705693 | 11/13/2006 | 200613981FR |
| 30. | Sanofi_02705979 | 12/19/2006 | 200620169US |
| 31. | Sanofi_02705693 | 12/20/2006 | 200620213US |
| 32. | Sanofi_00792534 | 12/21/2006 | 2006-1-91521950 |
| 33. | Sanofi_02705693 | 1/5/2007 | 200710034JP |
| 34. | Sanofi_02705693 | 3/1/2007 | 200710818FR |
| 35. | Sanofi_02705693 | 5/14/2007 | 200711300DE |
| 36. | Sanofi_02705693 | 5/22/2007 | 200711352DE |
| 37. | Sanofi_02705693; Sanofi_00792534 | 7/30/2007 | 200715455US; 2007-1-124650862 |
| 38. | Sanofi_02705983 | 9/10/2007 | 200712886FR |
| 39. | Sanofi_02705693 | 10/12/2007 | 200713324FR |
| 40. | Sanofi_02705693 | 10/18/2007 | 200717415US |
| 41. | Sanofi_02705693 | 11/7/2007 | 200717889US |
| 42. | Sanofi_02705693 | 11/29/2007 | 200713819FR |
| 43. | Sanofi_00792534 | 12/15/2007 | 2007-1-139705400 |
| 44. | Sanofi_02705693 | 12/19/2007 | 200714119FR |
| 45. | Sanofi_02705693 | 12/19/2007 | 200714117FR |
| 46. | Sanofi_00194822; Sanofi-00183765 | 1/15/2008 | 200810318US |
| 47. | Sanofi_02705693 | 2/29/2008 | 200810873FR |
| 48. | Sanofi_02705693 | 3/28/2008 | 200810876DE |
| 49. | Sanofi_02705693 | 4/8/2008 | 200813590GDDC |
| 50. | Sanofi_02705693 | 5/5/2008 | 200811237DE |
| 51. | Sanofi_02705693 | 5/15/2008 | 200814717GDDC |
| 52. | Sanofi_02705693 | 5/21/2008 | 200811921FR |
| 53. | Sanofi_02705693 | 5/30/2008 | 200812085FR |
| 54. | Sanofi_02705693 | 6/10/2008 | 200812198FR |
| 55. | Sanofi_02705693 | 6/10/2008 | 200812202FR |
| 56. | Sanofi_02705693 | 7/3/2008 | 200811888DE |
| 57. | Sanofi_02705693 | 7/3/2008 | 200811912DE |
| 58. | Sanofi_02705693 | 7/3/2008 | 200811891DE |
| 59. | Sanofi_02705693 | 7/3/2008 | 200811889DE |
| 60. | Sanofi_02705693 | 7/3/2008 | 200811905DE |
| 61. | Sanofi_02705693 | 7/3/2008 | 200811899DE |

|     | Bates Beg Number | Estimated Date of Report | Reference No. |
| --- | --- | --- | --- |
| 62. | Sanofi_02705693 | 7/3/2008 | 200811900DE |
| 63. | Sanofi_02705693 | 7/3/2008 | 200811903DE |
| 64. | Sanofi_02705693 | 7/3/2008 | 200811908DE |
| 65. | Sanofi_02705693 | 7/3/2008 | 200811893DE |
| 66. | Sanofi_02705693 | 7/3/2008 | 200811902DE |
| 67. | Sanofi_02705693 | 7/3/2008 | 200811887DE |
| 68. | Sanofi_00792534 | 10/8/2008 | 2008-1-179582730 |
| 69. | Sanofi_02705693 | 10/14/2008 | 200813751FR |
| 70. | Sanofi_02705693 | 11/18/2008 | 200817991US |
| 71. | Sanofi_02705693 | 11/20/2008 | 200814169FR |
| 72. | Sanofi_02705693 | 11/29/2008 | 200814351FR |
| 73. | Sanofi_02683688 | 12/3/2008 | 200821368GDDC |
| 74. | Sanofi_02705693 | 12/11/2008 | 200818380US |
| 75. | Sanofi_02705693 | 2/9/2009 | 200911113US |
| 76. | Sanofi_02705693 | 3/4/2009 | 200914579GDDC |
| 77. | Sanofi_02705693 | 3/17/2009 | 200911361FR |
| 78. | Sanofi_02705693 | 4/22/2009 | 200913512US |
| 79. | Sanofi_02705693 | 4/23/2009 | 200911634FR |
| 80. | Sanofi_02705693 | 4/27/2009 | 200915108GDDC |
| 81. | Sanofi_02705693 | 4/27/2009 | 200915113GDDC |
| 82. | Sanofi_02705693 | 4/27/2009 | 200915114GDDC |
| 83. | Sanofi_02705693 | 6/2/2009 | 200911446DE |
| 84. | Sanofi_02705693 | 6/13/2009 | 200916856GDDC |
| 85. | Sanofi_02705871 | 6/18/2009 | 200917492GDDC |
| 86. | Sanofi_02705693 | 6/22/2009 | 200912512FR |
| 87. | Sanofi_02705693 | 7/2/2009 | 200915996US |
| 88. | Sanofi_02706032 | 7/16/2009 | 200919604GDDC |
| 89. | Sanofi_02706035 | 8/6/2009 | 200919915GDDC |
| 90. | Sanofi_02705693 | 8/16/2009 | 200917410US |
| 91. | Sanofi_02705693 | 8/16/2009 | 200917407US |
| 92. | Sanofi_02705693 | 8/17/2009 | 200917507US; 200917511US |
| 93. | Sanofi_02705693 | 8/17/2009 | 200917512US |
| 94. | Sanofi_02705693 | 8/18/2009 | 200917418US |
| 95. | Sanofi_02705693 | 9/14/2009 | 200918248US |
| 96. | Sanofi_02705693 | 10/8/2009 | 200919206US |
| 97. | Sanofi_02705693 | 10/8/2009 | 200919200US |
| 98. | Sanofi_02705693 | 10/22/2009 | 200913937FR |
| 99. | Sanofi_02706020 | 10/22/2009 | 200913947RF |
| 100. | Sanofi_02705693 | 10/22/2009 | 200913918FR |
| 101. | Sanofi_02705693 | 10/22/2009 | 200913934FR |
| 102. | Sanofi_02706018 | 10/22/2009 | 200913945FR |
| 103. | Sanofi_02705693 | 10/26/2009 | 2009SA000350 |
| 104. | Sanofi_02706037 | 10/26/2009 | 2009SA000342 |
| 105. | Sanofi_02705871 | 12/15/2009 | 2009SA011081 |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 106. | Sanofi_02706039  | 12/15/2009               | 2009SA011077  |
| 107. | Sanofi_02706043  | 12/16/2009               | 2009SA011086  |
| 108. | Sanofi_02706045  | 1/15/2010                | 2010SA004972  |
| 109. | Sanofi_02706047  | 2/3/2010                 | 2010SA007539  |
| 110. | Sanofi_02705693  | 2/4/2010                 | 2010SA007897  |
| 111. | Sanofi_02705693  | 3/5/2010                 | 2010SA013331  |
| 112. | Sanofi_02706049  | 3/12/2010                | 2010SA014951  |
| 113. | Sanofi_02706051  | 3/12/2010                | 2010SA014954  |
| 114. | Sanofi_02705693  | 3/19/2010                | 2010SA016515  |
| 115. | Sanofi_02705693  | 3/19/2010                | 2010SA016196  |
| 116. | Sanofi_02705693  | 3/19/2010                | 2010SA016511  |
| 117. | Sanofi_02705693  | 3/19/2010                | 2010SA016526  |
| 118. | Sanofi_02705693  | 3/19/2010                | 2010SA016351  |
| 119. | Sanofi_02706089  | 3/19/2010                | 2010SA016519  |
| 120. | Sanofi_02705871  | 3/19/2010                | 2010SA016176  |
| 121. | Sanofi_02705693  | 3/19/2010                | 2010SA016159  |
| 122. | Sanofi_02705693  | 3/19/2010                | 2010SA016223  |
| 123. | Sanofi_02705693  | 3/19/2010                | 2010SA016255  |
| 124. | Sanofi_02705693  | 3/19/2010                | 2010SA015961  |
| 125. | Sanofi_02705693  | 3/19/2010                | 2010SA016311  |
| 126. | Sanofi_02705693  | 3/19/2010                | 2010SA016522  |
| 127. | Sanofi_02705693  | 3/19/2010                | 2010SA016508  |
| 128. | Sanofi_02705693  | 3/19/2010                | 2010SA016358  |
| 129. | Sanofi_02705871  | 3/23/2010                | 2010SA017491  |
| 130. | Sanofi_02705693  | 3/29/2010                | 2010SA018141  |
| 131. | Sanofi_02705693  | 4/7/2010                 | 2010SA020580  |
| 132. | Sanofi_02705693  | 4/8/2010                 | 2010SA020082  |
| 133. | Sanofi_02705693  | 4/8/2010                 | 2010SA020117  |
| 134. | Sanofi_02705693  | 4/8/2010                 | 2010SA020106  |
| 135. | Sanofi_02705693  | 4/8/2010                 | 2010SA020083  |
| 136. | Sanofi_02705693  | 4/8/2010                 | 2010SA020121  |
| 137. | Sanofi_02705693  | 4/8/2010                 | 2010SA020108  |
| 138. | Sanofi_02705693  | 4/13/2010                | 2010SA028409  |
| 139. | Sanofi_02705693  | 4/13/2010                | 2010SA021734  |
| 140. | Sanofi_02705693  | 4/13/2010                | 2010SA028428  |
| 141. | Sanofi_02705693  | 4/13/2010                | 2010SA021691  |
| 142. | Sanofi_02705693  | 4/13/2010                | 2010SA021786  |
| 143. | Sanofi_02705693  | 4/13/2010                | 2010SA021805  |
| 144. | Sanofi_02705693  | 4/13/2010                | 2010SA028574  |
| 145. | Sanofi_02705693  | 4/13/2010                | 2010SA021761  |
| 146. | Sanofi_02705693  | 4/13/2010                | 2010SA028383  |
| 147. | Sanofi_02705693  | 4/13/2010                | 2010SA021814  |
| 148. | Sanofi_02705693  | 4/13/2010                | 2010SA021713  |
| 149. | Sanofi_02705693  | 4/13/2010                | 2010SA021784  |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 150. | Sanofi_02705693  | 4/13/2010                | 2010SA021542  |
| 151. | Sanofi_02705693  | 4/13/2010                | 2010SA021709  |
| 152. | Sanofi_02705693  | 4/13/2010                | 2010SA021799  |
| 153. | Sanofi_02705693  | 4/13/2010                | 2010SA021735  |
| 154. | Sanofi_02705693  | 4/13/2010                | 2010SA021485  |
| 155. | Sanofi_02705693  | 4/13/2010                | 2010SA021802  |
| 156. | Sanofi_02705693  | 4/13/2010                | 2010SA005342  |
| 157. | Sanofi_02683244  | 4/13/2010                | 2010SA024015  |
| 158. | Sanofi_02705693  | 4/13/2010                | 2010SA028420  |
| 159. | Sanofi_02705693  | 4/13/2010                | 2010SA021213  |
| 160. | Sanofi_02705693  | 4/13/2010                | 2010SA021203  |
| 161. | Sanofi_02705693  | 4/18/2010                | 2010SA024810  |
| 162. | Sanofi_02705693  | 5/17/2010                | 2010SA028557  |
| 163. | Sanofi_02705693  | 5/18/2010                | 2010SA058848  |
| 164. | Sanofi_02705693  | 5/18/2010                | 2010SA028363  |
| 165. | Sanofi_02705693  | 5/18/2010                | 2010SA028958  |
| 166. | Sanofi_02705693  | 5/18/2010                | 2010SA028434  |
| 167. | Sanofi_02705693  | 5/18/2010                | 2010SA028558  |
| 168. | Sanofi_02705693  | 5/19/2010                | 2010SA029530  |
| 169. | Sanofi_02705693  | 6/4/2010                 | 2010SA032014  |
| 170. | Sanofi_02705693  | 6/4/2010                 | 2010SA032197  |
| 171. | Sanofi_02705693  | 6/11/2010                | 2010SA033950  |
| 172. | Sanofi_02705693  | 6/24/2010                | 2010SA037846  |
| 173. | Sanofi_02705693  | 6/25/2010                | 2010SA037839  |
| 174. | Sanofi_02705693  | 7/6/2010                 | 2010SA039346  |
| 175. | Sanofi_02705693  | 7/7/2010                 | 2010SA039104  |
| 176. | Sanofi_02705693  | 7/7/2010                 | 2010SA039163  |
| 177. | Sanofi_02705693  | 7/7/2010                 | 2010SA039341  |
| 178. | Sanofi_02705693  | 7/7/2010                 | 2010SA039137  |
| 179. | Sanofi_02705693  | 7/7/2010                 | 2010SA039168  |
| 180. | Sanofi_02705693  | 7/7/2010                 | 2010SA039191  |
| 181. | Sanofi_02705693  | 7/7/2010                 | 2010SA039082  |
| 182. | Sanofi_02705693  | 7/19/2010                | 2010SA039342  |
| 183. | Sanofi_02705693  | 7/19/2010                | 2010SA041817  |
| 184. | Sanofi_02705693  | 7/28/2010                | 2010SA044370  |
| 185. | Sanofi_02705693  | 8/12/2010                | 2010SA051494  |
| 186. | Sanofi_00194822  | 8/12/2010                | 200615859US   |
| 187. | Sanofi_02705693  | 8/30/2010                | 2010SA051472  |
| 188. | Sanofi_02705693  | 9/10/2010                | 2010SA054321  |
| 189. | Sanofi_02705693  | 9/15/2010                | 2010SA055376  |
| 190. | Sanofi_01299161  | 9/16/2010                | 2010-1-283302953 |
| 191. | Sanofi_02705693  | 9/16/2010                | 2010SA056436  |
| 192. | Sanofi_02705693  | 9/30/2010                | 2010SA058914  |
| 193. | Sanofi_02705693  | 10/7/2010                | 2010SA060539  |

|      | Bates Beg Number | Estimated Date of Report | Reference No. |
|------|------------------|--------------------------|---------------|
| 194. | Sanofi_02705693  | 10/28/2010               | 2010SA065969  |
| 195. | Sanofi_02705693  | 10/28/2010               | 2010SA066046  |
| 196. | Sanofi_02705693  | 11/2/2010                | 2010SA067981  |
| 197. | Sanofi_02683244  | 11/4/2010                | 2010SA067453  |
| 198. | Sanofi_02683244  | 11/22/2010               | 2010SA071050  |
| 199. | Sanofi_02619936  | 12/29/2010               | 2011SA000113  |
| 200. | Sanofi_02619936  | 1/11/2011                | 2011SA002555  |
| 201. | Sanofi_02705693  | 1/25/2011                | 2011SA004922  |
| 202. | Sanofi_02705693  | 2/21/2011                | 2011SA010823  |
| 203. | Sanofi_02705693  | 3/30/2011                | 2011SA019469  |
| 204. | Sanofi_02619936  | 4/27/2011                | 2011SA025822  |
| 205. | Sanofi_02705693  | 5/10/2011                | 2011SA028957  |
| 206. | Sanofi_02705693  | 5/10/2011                | 2011SA028971  |
| 207. | Sanofi_02705693  | 5/10/2011                | 2011SA029106  |
| 208. | Sanofi_02705693  | 5/15/2011                | 2011SA031001  |
| 209. | Sanofi_02705693  | 6/15/2011                | 2011SA037855  |
| 210. | Sanofi_02705693  | 6/9/2011                 | 2011SA039358  |
| 211. | Sanofi_02705693  | 7/12/2011                | 2011SA044846  |
| 212. | Sanofi_02705693  | 8/11/2011                | 2011SA051749  |
| 213. | Sanofi_02705693  | 8/19/2011                | 2011SA053122  |
| 214. | Sanofi_02705693  | 9/21/2011                | 2011SA061543  |
| 215. | Sanofi_02705693  | 9/21/2011                | 2011SA061551  |
| 216. | Sanofi_02705693  | 9/23/2011                | 2011SA062242  |
| 217. | Sanofi_02619936  | 9/26/2011                | 2011SA063162  |
| 218. | Sanofi_02619936  | 9/26/2011                | 2011SA064882  |
| 219. | Sanofi_02619936  | 9/26/2011                | 2011SA064883  |
| 220. | Sanofi_02705693  | 9/26/2011                | 2011SA064884  |
| 221. | Sanofi_02705693  | 9/26/2011                | 2011SA064885  |
| 222. | Sanofi_02705693  | 9/26/2011                | 2011SA064886  |
| 223. | Sanofi_02705693  | 10/5/2011                | 2011SA065051  |
| 224. | Sanofi_02705693  | 10/12/2011               | 2011SA066725  |
| 225. | Sanofi_02705693  | 11/7/2011                | 2011SA073745  |
| 226. | Sanofi_02705693  | 11/25/2011               | 2011SA078179  |
| 227. | Sanofi_02705693  | 11/25/2011               | 2011SA078590  |
| 228. | Sanofi_02705693  | 12/8/2011                | 2011SA080898  |

2. For each report (as described in Table 2 above) between 01/01/2005 and 12/31/2011 regarding persisting alopecia:

   a. The first date on which YOU received or became aware of the information or the report;
   b. To whom was the report sent;

      c. Who received the report;

      d. When the report was received;

      e. The source of the report;

      f. Whether there were Standard Operating Procedures ("SOP"s) in place regarding YOUR receipt and handling of the report;

      g. The Standard Operating Procedures ("SOP"s) regarding receipt of such reports;

      h. Whether YOU followed Standard Operating Procedures ("SOP"s) regarding the report;

      i. How YOU categorized and recorded the report;

      j. Every database in which the report was recorded;

      k. Actions taken by anyone associated with YOU regarding the report;

      l. All follow-up efforts by YOU regarding the report, both internally and externally;

      m. Whether and how the report was handled in the regular course and scope of YOUR business;

      n. Was the report submitted by YOU to any regulatory authority and if so for each by whom, to whom, when and in what manner and/or form (i.e., did you full provide the full case report, did you provide the CIOMS report, did you simply report it as a numerical incidence of alopecia, etc.); and

      o. Whether the report alone or in combination with other report(s) constitutes a safety signal and why.

3. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Roche H, Fumoleau P, Spielmann M, Canon JL, Delozier T, Serin D, Symann M, Kerbrat P, Soulie P, Eichler F, Viens P, Monnier A, Vindevoghel A, Campone M, Goudier MJ, Bonneterre J, Ferrero JM, Martin AL, Geneve J, Asselain B: Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: the FNCLCC PACS 01 Trial. *J Clin Oncol* 24(36):5664-5671 (2006), so that it can be determined whether each such patient is included in Table 2.

4.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the study Sedlacek SM Rocky Mountain Cancer Centers, Denver: CO: Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin-cyclophosphamide (AC) chemotherapy in women with breast cancer (2006), so that it can be determined whether each such patient is included in Table 2.

5.      The identity of the patient, by reference number, who reportedly experienced persisting alopecia as reported by a Danish doctor on March 3, 2006 at Sanofi_01035453, so that it can be determined whether such patient is included in Table 2.

6.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the study by Bourgeois, Cancer Research Journal Article, Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect (12/15/2009), so that it can be determined whether each such patient is included in Table 2.

7.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use as reported in the Globe and Mail article (March 4, 2010), so that it can be determined whether each such patient is included in Table 2.

8.      The identity of the patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use described in the Tallon, Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature (May 14, 2010) so that it can be determined whether such patient is included in Table 2.

9.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the surveillance study by Bretagne / Pays de La Loire

(OMIT B/PL) between July 2008 and July 2009 identifying 109 cases of persistent alopecia, so that it can be determined whether each such patient is included in Table 2.

10. The findings regarding alopecia as a TEAE persisting into the 10-year follow-up period in TAX301 GEICAM as provided in the Clinical Study Report on November 9, 2009, so that it can be determined whether each such patient is included in Table 2.

11. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in your response to AFSSAPS July 9, 2010 request (Sanofi_03643994) for a review of all cases of persistent alopecia, so that it can be determined whether each such patient is included in Table 2.

12. The findings regarding alopecia as a TEAE persisting into the 10-year follow-up period in TAX316 as provided in the Clinical Study Report on September 9, 2010, so that it can be determined whether each such patient is included in Table 2.

13. The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use between 2005-2011 as listed in the Complaint Log at Sanofi_00792534, so that it can be determined whether each such patient is included in Table 2.

Dated: November 20, 2018						Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Andre Mura (on the brief)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews Thornton Higgins Razmara, LLP | Atkins & Markoff Law Firm |
| 2 Corporate Park, Suite 110 | 9211 Lake Hefner Parkway, Suite 104 |
| Irvine, CA 92606 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| | |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |
| | |
| Lawrence J. Centola, III | Karen Barth Menzies |
| Martzell, Bickford & Centola | Gibbs Law Group LLP |
| 338 Lafayette Street | 400 Continental Boulevard, 6th Floor |
| New Orleans, LA 70130 | El Segundo, CA 90245 |
| Phone: (504) 581-9065 | Phone: 510-350-9700 |
| Fax: (504) 581-7635 | Fax: 510-350-9701 |
| lcentola@mbfirm.com | kbm@classlawgroup.com |
| | |
| Christopher L. Coffin | David F. Miceli |
| Pendley, Baudin & Coffin, L.L.P. | David F. Miceli, LLC |
| 1100 Poydras Street, Suite 2505 | P.O. Box 2519 |
| New Orleans, Louisiana 70163 | Carrollton, GA 30112 |
| Phone: (504) 355-0086 | Phone: (404) 915-8886 |
| Fax: (504) 355-0089 | dmiceli@miceli-law.com |
| ccoffin@pbclawfirm.com | |

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>The Lambert Firm, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>ejeffcott@thelambertfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on counsel for Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S. LLC and liaison counsel for defendants by electronic mail, this 20th day of November, 2018.

                                         */s/M. Palmer Lambert*
                                         **M. PALMER LAMBERT**