# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: N |
| **This Document Relates To:** | |
| ALL CASES | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |

## DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND NOTICE OF DEPOSITION OF SANOFI U.S. PURSUANT TO FED. R. CIV. P. 30(b)(6) FOR "TABLE 2" REPORTS 01/01/2005 TO 12/31/2011

Pursuant to the Federal Rules of Civil Procedure 30 and 34, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") hereby submit the following Objections and Responses to Plaintiffs' Second Notice of Deposition of Sanofi U.S. Pursuant to Fed. R. Civ. P. 30(b)(6) for "Table 2" Reports 01/01/2005 to 12/31/2011.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.      Sanofi objects to the definition of the terms "relating to," "related to," relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or concern," which are defined as "evidencing, regarding, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents." The use of these terms, as defined, fails to reasonably describe the matters for examination and seeks information tangentially implicating subjects without regard to relevance and proportionality.

2.      Sanofi objects to Plaintiffs' instruction for each deponent "to produce at the beginning of the deposition:  Copies of any and all documents or tangible things related to or referring to the subjects listed in the notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V."  Sanofi objects to the extent this instruction is actually a request for production of documents, which is unclear because Plaintiffs have included this item within their "Definitions and Instructions" as opposed to specifying that it is a document request.  The instruction is overly broad, unduly burdensome, and lacks specificity because it seeks "any and all" documents "relating to or referring to" the subjects listed in the notice.  Likewise, because Plaintiffs used these expansive and undefined terms, Sanofi objects on the grounds that this instruction seeks documents beyond the scope of permissible discovery. Sanofi also objects because this instruction is unlimited in scope.  Sanofi further objects because the terms "any and all," "related to," "referring to," "subjects," "files," "papers," and "other materials" are vague and ambiguous and do not put Sanofi on notice of what Plaintiffs are requesting.  Sanofi also objects on the grounds that this instruction seeks information or material that is protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

3.      Plaintiffs have failed to provide a definition of the term "Persisting Alopecia" in the Notice.  Magistrate Judge North has ruled that for purposes of the Rule 30(b)(6) deposition, "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution."  Order (Doc. 3473).  Sanofi will produce its witness subject to Magistrate Judge North's definition.

## DEPOSITION SUBJECT MATTER

**1.      Reports of any kind between 01/01/2005 and 12/31/2001 regarding persisting**

alopecia being associated and/or related in any way with the use of TAXOTERE (alone or in combination) regardless of the source of such report(s) and including but not limited to the following potential sources:

    a.  **Solicited reports;**

    b.  **Unsolicited reports;**

    c.  **Global pharmacovigilance database;**

    d.  **ICSRs;**

    e.  **Scientific Literature;**

    f.  **Product Complaints Database;**

    g.  **Company Sponsored Websites;**

    h.  **Clinical Trials and Other Studies in Humans;**

    i.  **Non-Clinical Safety Information;**

    j.  **Pharmacoepidemiology Studies;**

    k.  **Media;**

    l.  **Competitive Intelligence;**

    m.  **Queries/Requests from Regulatory Authorities;**

    n.  **Safety Information Tracking Systems;**

    o.  **Adverse Events reported; and**

    p.  **Other means.**

The deponent shall have knowledge of all such reports, including, but not limited to the reports existing in the following Reference Numbered/Bates Numbered documents:

**TABLE 2:**

| | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 1. | Sanofi_02705693 | 1/18/2005 | 200510374US |

|  | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 2. | Sanofi_02705693; Sanofi_00304023 | 7/29/2005 | 200517239US |
| 3. | Sanofi_02705693; Sanofi_00304014 | 7/29/2005 | 200517206US |
| 4. | Sanofi_02705693; Sanofi_00304007 | 7/29/2005 | 200517176US |
| 5. | Sanofi_02705693; Sanofi_00304017 | 7/29/2005 | 200517220US |
| 6. | Sanofi_02705693; Sanofi_00304020 | 7/29/2005 | 200517227US |
| 7. | Sanofi_02705693; Sanofi_00304011 | 7/29/2005 | 200517200US |
| 8. | Sanofi_02705693; Sanofi_00304025 | 7/29/2005 | 200517242US |
| 9. | Sanofi_00792534 | 7/29/2005 | 2005-1-28428630 |
| 10. | Sanofi_00792534 | 8/19/2005 | 2005-1-29481266 |
| 11. | Sanofi_02705693; Sanofi_00792534 | 9/26/2005 | 200519132US; 2005-1-39763191 |
| 12. | Sanofi_00304009 | 10/10/2005 | 200517194US |
| 13. | Sanofi_02705693 | 11/24/2005 | 200513503JP |
| 14. | Sanofi_02705693 | 12/19/2005 | 200514337FR |
| 15. | Sanofi_02705693 | 2/13/2006 | 200611809US |
| 16. | Sanofi_02705693 | 2/16/2006 | 200610471DE |
| 17. | Sanofi_02705693 | 2/16/2006 | 200610468DE |
| 18. | Sanofi_02705693 | 2/16/2006 | 200610474DE |
| 19. | Sanofi_02705965 | 2/27/2006 | 200611968GDDC |
| 20. | Sanofi_02705693 | 3/21/2006 | 200612979US |
| 21. | Sanofi_02705693 | 4/18/2006 | 200611487FR |
| 22. | Sanofi_02705693 | 4/25/2006 | 200611612FR |
| 23. | Sanofi_02705693 | 6/29/2006 | 200616038US |
| 24. | Sanofi_02705693 | 7/3/2006 | 200612414FR |
| 25. | Sanofi_02705693 | 9/8/2006 | 200613364FR |
| 26. | Sanofi_02705693 | 9/20/2006 | 200619858GDDC |
| 27. | Sanofi_02705871 | 9/28/2006 | 200613510FR |
| 28. | Sanofi_02705693; Sanofi_00792534 | 10/17/2006 | 200618707US; 2006-1-82121654 |
| 29. | Sanofi_02705693 | 11/13/2006 | 200613981FR |
| 30. | Sanofi_02705979 | 12/19/2006 | 200620169US |
| 31. | Sanofi_02705693 | 12/20/2006 | 200620213US |
| 32. | Sanofi_00792534 | 12/21/2006 | 2006-1-91521950 |
| 33. | Sanofi_02705693 | 1/5/2007 | 200710034JP |
| 34. | Sanofi_02705693 | 3/1/2007 | 200710818FR |
| 35. | Sanofi_02705693 | 5/14/2007 | 200711300DE |
| 36. | Sanofi_02705693 | 5/22/2007 | 200711352DE |

|  | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 37. | Sanofi_02705693; Sanofi_00792534 | 7/30/2007 | 200715455US; 2007-1-124650862 |
| 38. | Sanofi_02705983 | 9/10/2007 | 200712886FR |
| 39. | Sanofi_02705693 | 10/12/2007 | 200713324FR |
| 40. | Sanofi_02705693 | 10/18/2007 | 200717415US |
| 41. | Sanofi_02705693 | 11/7/2007 | 200717889US |
| 42. | Sanofi_02705693 | 11/29/2007 | 200713819FR |
| 43. | Sanofi_00792534 | 12/15/2007 | 2007-1-139705400 |
| 44. | Sanofi_02705693 | 12/19/2007 | 200714119FR |
| 45. | Sanofi_02705693 | 12/19/2007 | 200714117FR |
| 46. | Sanofi_00194822; Sanofi-00183765 | 1/15/2008 | 200810318US |
| 47. | Sanofi_02705693 | 2/29/2008 | 200810873FR |
| 48. | Sanofi_02705693 | 3/28/2008 | 200810876DE |
| 49. | Sanofi_02705693 | 4/8/2008 | 200813590GDDC |
| 50. | Sanofi_02705693 | 5/5/2008 | 200811237DE |
| 51. | Sanofi_02705693 | 5/15/2008 | 200814717GDDC |
| 52. | Sanofi_02705693 | 5/21/2008 | 200811921FR |
| 53. | Sanofi_02705693 | 5/30/2008 | 200812085FR |
| 54. | REMOVED BY PLAINTIFFS | | |
| 55. | Sanofi_02705693 | 6/10/2008 | 200812198FR |
| 56. | Sanofi_02705693 | 6/10/2008 | 200812202FR |
| 57. | Sanofi_02705693 | 7/3/2008 | 200811888DE |
| 58. | Sanofi_02705693 | 7/3/2008 | 200811912DE |
| 59. | Sanofi_02705693 | 7/3/2008 | 200811891DE |
| 60. | Sanofi_02705693 | 7/3/2008 | 200811889DE |
| 61. | Sanofi_02705693 | 7/3/2008 | 200811905DE |
| 62. | Sanofi_02705693 | 7/3/2008 | 200811899DE |
| 63. | Sanofi_02705693 | 7/3/2008 | 200811900DE |
| 64. | Sanofi_02705693 | 7/3/2008 | 200811903DE |
| 65. | Sanofi_02705693 | 7/3/2008 | 200811908DE |
| 66. | Sanofi_02705693 | 7/3/2008 | 200811893DE |
| 67. | Sanofi_02705693 | 7/3/2008 | 200811902DE |
| 68. | Sanofi_02705693 | 7/3/2008 | 200811887DE |
| 69. | Sanofi_00792534 | 10/8/2008 | 2008-1-179582730 |
| 70. | Sanofi_02705693 | 10/14/2008 | 200813751FR |
| 71. | Sanofi_02705693 | 11/18/2008 | 200817991US |
| 72. | Sanofi_02705693 | 11/20/2008 | 200814169FR |
| 73. | Sanofi_02705693 | 11/29/2008 | 200814351FR |
| 74. | Sanofi_02683688 | 12/3/2008 | 200821368GDDC |
| 75. | Sanofi_02705693 | 12/11/2008 | 200818380US |
| 76. | Sanofi_02705693 | 2/9/2009 | 200911113US |
| 77. | Sanofi_02705693 | 3/4/2009 | 200914579GDDC |

| | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 78. | Sanofi_02705693 | 3/17/2009 | 200911361FR |
| 79. | Sanofi_02705693 | 4/22/2009 | 200913512US |
| 80. | Sanofi_02705693 | 4/23/2009 | 200911634FR |
| 81. | Sanofi_02705693 | 4/27/2009 | 200915108GDDC |
| 82. | Sanofi_02705693 | 4/27/2009 | 200915113GDDC |
| 83. | Sanofi_02705693 | 4/27/2009 | 200915114GDDC |
| 84. | Sanofi_02705693 | 6/2/2009 | 200911446DE |
| 85. | Sanofi_02705693 | 6/13/2009 | 200916856GDDC |
| 86. | Sanofi_02705871 | 6/18/2009 | 200917492GDDC |
| 87. | Sanofi_02705693 | 6/22/2009 | 200912512FR |
| 88. | Sanofi_02705693 | 7/2/2009 | 200915996US |
| 89. | Sanofi_02706032 | 7/16/2009 | 200919604GDDC |
| 90. | Sanofi_02706035 | 8/6/2009 | 200919915GDDC |
| 91. | Sanofi_02705693 | 8/16/2009 | 200917410US |
| 92. | Sanofi_02705693 | 8/16/2009 | 200917407US |
| 93. | Sanofi_02705693 | 8/17/2009 | 200917507US; 200917511US |
| 94. | Sanofi_02705693 | 8/17/2009 | 200917512US |
| 95. | Sanofi_02705693 | 8/18/2009 | 200917418US |
| 96. | Sanofi_02705693 | 9/14/2009 | 200918248US |
| 97. | Sanofi_02705693 | 10/8/2009 | 200919206US |
| 98. | Sanofi_02705693 | 10/8/2009 | 200919200US |
| 99. | Sanofi_02705693 | 10/22/2009 | 200913937FR |
| 100. | Sanofi_02706020 | 10/22/2009 | 200913947RF |
| 101. | Sanofi_02705693 | 10/22/2009 | 200913918FR |
| 102. | Sanofi_02705693 | 10/22/2009 | 200913934FR |
| 103. | Sanofi_02706018 | 10/22/2009 | 200913945FR |
| 104. | Sanofi_02705693 | 10/26/2009 | 2009SA000350 |
| 105. | Sanofi_02706037 | 10/26/2009 | 2009SA000342 |
| 106. | Sanofi_02705871 | 12/15/2009 | 2009SA011081 |
| 107. | Sanofi_02706039 | 12/15/2009 | 2009SA011077 |
| 108. | Sanofi_02706043 | 12/16/2009 | 2009SA011086 |
| 109. | Sanofi_02706045 | 1/15/2010 | 2010SA004972 |
| 110. | Sanofi_02706047 | 2/3/2010 | 2010SA007539 |
| 111. | Sanofi_02705693 | 2/4/2010 | 2010SA007897 |
| 112. | Sanofi_02705693 | 3/5/2010 | 2010SA013331 |
| 113. | Sanofi_02706049 | 3/12/2010 | 2010SA014951 |
| 114. | Sanofi_02706051 | 3/12/2010 | 2010SA014954 |
| 115. | Sanofi_02705693 | 3/19/2010 | 2010SA016515 |
| 116. | Sanofi_02705693 | 3/19/2010 | 2010SA016196 |
| 117. | Sanofi_02705693 | 3/19/2010 | 2010SA016511 |
| 118. | Sanofi_02705693 | 3/19/2010 | 2010SA016526 |
| 119. | Sanofi_02705693 | 3/19/2010 | 2010SA016351 |
| 120. | Sanofi_02706089 | 3/19/2010 | 2010SA016519 |

| | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 121. | Sanofi_02705871 | 3/19/2010 | 2010SA016176 |
| 122. | Sanofi_02705693 | 3/19/2010 | 2010SA016159 |
| 123. | Sanofi_02705693 | 3/19/2010 | 2010SA016223 |
| 124. | Sanofi_02705693 | 3/19/2010 | 2010SA016255 |
| 125. | Sanofi_02705693 | 3/19/2010 | 2010SA015961 |
| 126. | Sanofi_02705693 | 3/19/2010 | 2010SA016311 |
| 127. | Sanofi_02705693 | 3/19/2010 | 2010SA016522 |
| 128. | Sanofi_02705693 | 3/19/2010 | 2010SA016508 |
| 129. | Sanofi_02705693 | 3/19/2010 | 2010SA016358 |
| 130. | Sanofi_02705871 | 3/23/2010 | 2010SA017491 |
| 131. | Sanofi_02705693 | 3/29/2010 | 2010SA018141 |
| 132. | Sanofi_02705693 | 4/7/2010 | 2010SA020580 |
| 133. | Sanofi_02705693 | 4/8/2010 | 2010SA020082 |
| 134. | Sanofi_02705693 | 4/8/2010 | 2010SA020117 |
| 135. | Sanofi_02705693 | 4/8/2010 | 2010SA020106 |
| 136. | Sanofi_02705693 | 4/8/2010 | 2010SA020083 |
| 137. | Sanofi_02705693 | 4/8/2010 | 2010SA020121 |
| 138. | Sanofi_02705693 | 4/8/2010 | 2010SA020108 |
| 139. | Sanofi_02705693 | 4/13/2010 | 2010SA028409 |
| 140. | Sanofi_02705693 | 4/13/2010 | 2010SA021734 |
| 141. | Sanofi_02705693 | 4/13/2010 | 2010SA028428 |
| 142. | Sanofi_02705693 | 4/13/2010 | 2010SA021691 |
| 143. | Sanofi_02705693 | 4/13/2010 | 2010SA021786 |
| 144. | Sanofi_02705693 | 4/13/2010 | 2010SA021805 |
| 145. | Sanofi_02705693 | 4/13/2010 | 2010SA028574 |
| 146. | Sanofi_02705693 | 4/13/2010 | 2010SA021761 |
| 147. | Sanofi_02705693 | 4/13/2010 | 2010SA028383 |
| 148. | Sanofi_02705693 | 4/13/2010 | 2010SA021814 |
| 149. | Sanofi_02705693 | 4/13/2010 | 2010SA021713 |
| 150. | Sanofi_02705693 | 4/13/2010 | 2010SA021784 |
| 151. | Sanofi_02705693 | 4/13/2010 | 2010SA021542 |
| 152. | Sanofi_02705693 | 4/13/2010 | 2010SA021709 |
| 153. | Sanofi_02705693 | 4/13/2010 | 2010SA021799 |
| 154. | Sanofi_02705693 | 4/13/2010 | 2010SA021735 |
| 155. | Sanofi_02705693 | 4/13/2010 | 2010SA021485 |
| 156. | Sanofi_02705693 | 4/13/2010 | 2010SA021802 |
| 157. | Sanofi_02705693 | 4/13/2010 | 2010SA005342 |
| 158. | Sanofi_02683244 | 4/13/2010 | 2010SA024015 |
| 159. | Sanofi_02705693 | 4/13/2010 | 2010SA028420 |
| 160. | Sanofi_02705693 | 4/13/2010 | 2010SA021213 |
| 161. | Sanofi_02705693 | 4/13/2010 | 2010SA021203 |
| 162. | Sanofi_02705693 | 4/18/2010 | 2010SA024810 |
| 163. | Sanofi_02705693 | 5/17/2010 | 2010SA028557 |

| | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 164. | Sanofi_02705693 | 5/18/2010 | 2010SA058848 |
| 165. | Sanofi_02705693 | 5/18/2010 | 2010SA028363 |
| 166. | Sanofi_02705693 | 5/18/2010 | 2010SA028958 |
| 167. | Sanofi_02705693 | 5/18/2010 | 2010SA028434 |
| 168. | Sanofi_02705693 | 5/18/2010 | 2010SA028558 |
| 169. | Sanofi_02705693 | 5/19/2010 | 2010SA029530 |
| 170. | Sanofi_02705693 | 6/4/2010 | 2010SA032014 |
| 171. | Sanofi_02705693 | 6/4/2010 | 2010SA032197 |
| 172. | Sanofi_02705693 | 6/11/2010 | 2010SA033950 |
| 173. | Sanofi_02705693 | 6/24/2010 | 2010SA037846 |
| 174. | Sanofi_02705693 | 6/25/2010 | 2010SA037839 |
| 175. | Sanofi_02705693 | 7/6/2010 | 2010SA039346 |
| 176. | Sanofi_02705693 | 7/7/2010 | 2010SA039104 |
| 177. | Sanofi_02705693 | 7/7/2010 | 2010SA039163 |
| 178. | Sanofi_02705693 | 7/7/2010 | 2010SA039341 |
| 179. | Sanofi_02705693 | 7/7/2010 | 2010SA039137 |
| 180. | Sanofi_02705693 | 7/7/2010 | 2010SA039168 |
| 181. | Sanofi_02705693 | 7/7/2010 | 2010SA039191 |
| 182. | Sanofi_02705693 | 7/7/2010 | 2010SA039082 |
| 183. | Sanofi_02705693 | 7/19/2010 | 2010SA039342 |
| 184. | Sanofi_02705693 | 7/19/2010 | 2010SA041817 |
| 185. | Sanofi_02705693 | 7/28/2010 | 2010SA044370 |
| 186. | Sanofi_02705693 | 8/12/2010 | 2010SA051494 |
| 187. | Sanofi_00194822 | 8/12/2010 | 200615859US |
| 188. | Sanofi_02705693 | 8/30/2010 | 2010SA051472 |
| 189. | Sanofi_02705693 | 9/10/2010 | 2010SA054321 |
| 190. | Sanofi_02705693 | 9/15/2010 | 2010SA055376 |
| 191. | Sanofi_01299161 | 9/16/2010 | 2010-1-283302953 |
| 192. | Sanofi_02705693 | 9/16/2010 | 2010SA056436 |
| 193. | Sanofi_02705693 | 9/30/2010 | 2010SA058914 |
| 194. | Sanofi_02705693 | 10/7/2010 | 2010SA060539 |
| 195. | Sanofi_02705693 | 10/28/2010 | 2010SA065969 |
| 196. | Sanofi_02705693 | 10/28/2010 | 2010SA066046 |
| 197. | Sanofi_02705693 | 11/2/2010 | 2010SA067981 |
| 198. | Sanofi_02683244 | 11/4/2010 | 2010SA067453 |
| 199. | Sanofi_02683244 | 11/22/2010 | 2010SA071050 |
| 200. | Sanofi_02619936 | 12/29/2010 | 2011SA000113 |
| 201. | Sanofi_02619936 | 1/11/2011 | 2011SA002555 |
| 202. | Sanofi_02705693 | 1/25/2011 | 2011SA004922 |
| 203. | Sanofi_02705693 | 2/21/2011 | 2011SA010823 |
| 204. | Sanofi_02705693 | 3/30/2011 | 2011SA019469 |
| 205. | Sanofi_02619936 | 4/27/2011 | 2011SA025822 |
| 206. | Sanofi_02705693 | 5/10/2011 | 2011SA028957 |

|  | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 207. | Sanofi_02705693 | 5/10/2011 | 2011SA028971 |
| 208. | Sanofi_02705693 | 5/10/2011 | 2011SA029106 |
| 209. | Sanofi_02705693 | 5/15/2011 | 2011SA031001 |
| 210. | Sanofi_02705693 | 6/15/2011 | 2011SA037855 |
| 211. | Sanofi_02705693 | 6/9/2011 | 2011SA039358 |
| 212. | Sanofi_02705693 | 7/12/2011 | 2011SA044846 |
| 213. | Sanofi_02705693 | 8/11/2011 | 2011SA051749 |
| 214. | Sanofi_02705693 | 8/19/2011 | 2011SA053122 |
| 215. | Sanofi_02705693 | 9/21/2011 | 2011SA061543 |
| 216. | Sanofi_02705693 | 9/21/2011 | 2011SA061551 |
| 217. | REMOVED BY PLAINTIFFS | | |
| 218. | Sanofi_02705693 | 9/23/2011 | 2011SA062242 |
| 219. | Sanofi_02619936 | 9/26/2011 | 2011SA063162 |
| 220. | Sanofi_02619936 | 9/26/2011 | 2011SA064882 |
| 221. | Sanofi_02619936 | 9/26/2011 | 2011SA064883 |
| 222. | Sanofi_02705693 | 9/26/2011 | 2011SA064884 |
| 223. | Sanofi_02705693 | 9/26/2011 | 2011SA064885 |
| 224. | Sanofi_02705693 | 9/26/2011 | 2011SA064886 |
| 225. | Sanofi_02705693 | 10/5/2011 | 2011SA065051 |
| 226. | Sanofi_02705693 | 10/12/2011 | 2011SA066725 |
| 227. | Sanofi_02705693 | 11/7/2011 | 2011SA073745 |
| 228. | Sanofi_02705693 | 11/25/2011 | 2011SA078179 |
| 229. | Sanofi_02705693 | 11/25/2011 | 2011SA078590 |
| 230. | Sanofi_02705693 | 12/8/2011 | 2011SA080898 |

**RESPONSE:** Sanofi objects to the phrases "of any kind" and "being associated and/or related in any way" because they fail to describe with reasonable particularity the matters for examination. *See, e.g.*, *In re Katrina Canal Breaches Consolidated Litig.*, No. 05–cv-4182, 2008 WL 4833023, at *2 (E.D. La. July 2, 2008) (finding that topics listed in notice were too broad, vague, and ambiguous to properly "describe with reasonable particularity the matters for examination" as required by Rule 30(b)(6)). By definition, adverse event reports can be associated with a drug whether or not drug-related (21 C.F.R. § 314.80(a)) and therefore do not establish any causal relationship (21 C.F.R. § 314.80(k)) or constitute evidence of so-called legal "notice."

Sanofi also objects that this Topic seeks information not proportional to the needs of the case in that the burden and expense of trying to ascertain information from nearly 14 to seven

years ago, which is no longer reasonably available, outweighs its likely benefit. *See, e.g.*, *Sahu v. Union Carbide Corp.*, No. 12–cv-2983, 528 Fed. Appx. 96, 103–04 (2d Cir. June 27, 2013) (unduly burdensome to require defendants to prepare witnesses to respond to questions regarding events that took place between 15 and 35 years ago); *Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prods., LLC*, No. 09–cv–0916, 2011 WL 3880787, at *2 (E.D. Wis. Sept. 1, 2011) (information dating back approximately 20 years was no longer reasonably available to 30(b)(6) witness); *In re JDS Uniphase Corp. Secs. Litig.*, No. 02-cv-12486, 2007 WL 219857, at *2 (N.D. Cal. Jan. 29, 2007) (no employee could testify as a 30(b)(6) witness to events that occurred over seven years earlier); *Barron v. Caterpillar, Inc.*, 168 F.R.D. 175, 177 (E.D. Pa. 1996) (information regarding a product designed and manufactured roughly 25 years ago was unavailable for purposes of a 30(b)(6) deposition).

Sanofi further objects to the "potential sources," subtopics (a) – (p), because they identify sources searched for Sanofi's Periodic Safety Update Reports (PSURs); hence, the reasonably available information responsive to this Topic is already covered by such PSURs. Sanofi objects to the extent those subtopics implicate information protected by the attorney-client privilege, work product doctrine, or other privilege or protection because Plaintiffs have not tailored the topics to exclude such privileged or protected information.

For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi states that the documents cited in Topic 1 speak for themselves. Beyond this, Plaintiffs have not set out any additional matters for examination with reasonable particularity about which the witness is expected to be "knowledgeable." Finally, Sanofi's investigation of

this matter is ongoing, but it does reference reports not listed in Table 2 in its responses to the various topics below. Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

2.      **For each report (as described in Table 2 above) between 01/01/2005 and 12/31/2001 regarding persisting alopecia:**

   a.  **The first date on which YOU received or became aware of the information or the report;**

   b.  **To whom was the report sent;**

   c.  **Who received the report;**

   d.  **When the report was received;**

   e.  **The source of the report;**

   f.  **Whether there were Standard Operating Procedures ("SOP"s) in place regarding YOUR receipt and handling of the report;**

   g.  **The Standard Operating Procedures ("SOP"s) regarding receipt of such reports;**

   h.  **Whether YOU followed Standard Operating Procedures ("SOP"s) regarding the report;**

   i.  **How YOU categorized and recorded the report;**

   j.  **Every database in which the report was recorded;**

   k.  **Actions taken by anyone associated with YOU regarding the report;**

   l.  **All follow-up efforts by YOU regarding the report, both internally and externally;**

m. **Whether and how the report was handled in the regular course and scope of YOUR business;**

n. **Was the report submitted by YOU to any regulatory authority and if so for each by whom, to whom, when and in what manner and/or form (i.e., did you full provide the full case report, did you provide the CIOMS report, did you simply report it as a numerical incidence of alopecia, etc.); and**

o. **Whether the report alone or in combination with other report(s) constitutes a safety signal and why.**

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473).

Beyond this, Sanofi objects that (b) "To whom was the report sent" is duplicative of (c) "Who received the report." After reasonable inquiry, the information sought by subtopics (b) and (c) are not known or not reasonably available to Sanofi. Sanofi also objects to (d) "When the report was received" as duplicative of (a) "The first date on which YOU received or became aware of the information or the report." Sanofi further objects to (k) "Actions taken by anyone associated with YOU regarding the report," (l) "All follow-up efforts by YOU regarding the report, both internally and externally," and (m) "Whether and how the report was handled in the regular course and scope of YOUR business" as duplicative and for failing to specify the matter about which Plaintiffs seek information with reasonable particularity. *See, e.g., In re Katrina Canal Breaches Consolidated Litig.*, 2008 WL 4833023, at *2. With respect to (k – m), Sanofi states that its investigation of this matter is ongoing and reserves the right to supplement its

response.  Due to the age of these reports, this information may not be known or reasonably available on an individual case-report level, but, within clinical studies, for example, follow-up would be according to the study protocol.

Sanofi objects to (f – h) regarding Standard Operating Procedures for each of the documents in "TABLE 1" from Topic 1 because answering them is nearly impossible for documents nearly 14 to seven years ago.  All of the subtopics seek information not proportional to the needs of the case in that the burden and expense of trying to ascertain information from 26 to 14 years ago, which is no longer reasonably available, outweighs its likely benefit.  *See, e.g.*, *Sahu*, 528 Fed. Appx. at 103–04; *Kimberly-Clark Worldwide, Inc.*, 2011 WL 3880787, at *2; *In re JDS Uniphase Corp. Secs. Litig.*, 2007 WL 219857, at *2; *Barron*, 168 F.R.D. at 177.  Sanofi also objects to the undefined terms "receipt", "handling", and "Standard Operating Procedures" on the grounds that they are vague and ambiguous because they fail to specify the matter about which Plaintiffs seek information with reasonable particularity.  *See, e.g.*, *In re Katrina Canal Breaches Consolidated Litig.*, 2008 WL 4833023, at *2.

With respect to (i), it is unclear what Plaintiffs mean by "How YOU categorized and recorded the report."  On (o), as indicated, none of the referenced reports individually constituted a safety signal, or taken together, for the time period here.

Sanofi also objects to the extent this Topic seeks examination on matters protected by the attorney-client privilege, work product doctrine, or other privilege or protection because Plaintiffs have not tailored these topics to exclude such privileged or protected information.

Finally, Sanofi is conducting a reasonable investigation and inquiry into information known or reasonably available to the organization, and will supplement its Response as necessary.

3.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the Roche H, Fumoleau P, Spielmann M, Canon JL, Delozier T, Serin D, Symann M, Kerbrat P, Soulie P, Eichler F, Viens P, Monnier A, Vindevoghel A, Campone M, Goudier MJ, Bonneterre J, Ferrero JM, Martin AL, Geneve J, Asselain B: Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: the FNCLCC PACS 01 Trial. *J Clin Oncol* 24(36):5664-5671 (2006), so that it can be determined whether each such patient is included in Table 2.

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi has conducted a reasonable investigation and inquiry into information known or reasonably available to the organization. Sanofi has determined that PACS 01 was not a Sanofi-sponsored clinical trial, and Sanofi does not have data from this study that would enable it to identify the patients as requested, beyond what is reported in this study.

4.      The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the study Sedlacek SM Rocky Mountain Cancer Centers, Denver: CO: Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin-cyclophosphamide (AC) chemotherapy in women with breast cancer (2006), so that it can be determined whether each such patient is included in Table 2.

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied

Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi notes that Plaintiffs lists these patients in Table 2, namely, entries 2–8, 12. Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

**5.    The identity of the patient, by reference number, who reportedly experienced persisting alopecia as reported by a Danish doctor on March 3, 2006 at Sanofi_01035453, so that it can be determined whether such patient is included in Table 2.**

    <u>**RESPONSE:**</u> For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi notes that Plaintiffs list this patient in Table 2, namely, entry 19. Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

6.      **The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the study by Bourgeois, Cancer Research Journal Article, Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect (12/15/2009), so that it can be determined whether each such patient is included in Table 2.**

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi notes that Plaintiffs list a number of these patients in Table 2, namely, entries 115–29, 133–56, 159–61, 165, 167–68, and 175–84. Sanofi further states that, following its investigation and inquiry into information known or reasonably available to the organization, it has identified the following additional patients referenced in the Bourgeois survey:

2010SA020070
2010SA021487
2010SA021705
2010SA039197

Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

7.      **The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use as reported in the Globe and Mail article**

(March 4, 2010), so that it can be determined whether each such patient is included in Table 2.

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi notes that Plaintiffs list these patients in Table 2, namely, entries 46, 105, 186–87. Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

8.      The identity of the patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use described in the Tallon, Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature (May 14, 2010) so that it can be determined whether such patient is included in Table 2.

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi notes that Plaintiffs list this patient in Table 2, namely, entry 188. Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have

been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

9.      **The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use in the surveillance study by Bretagne / Pays de La Loire (OMIT B/PL) between July 2008 and July 2009 identifying 109 cases of persistent alopecia, so that it can be determined whether each such patient is included in Table 2.**

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution." Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. Sanofi has conducted a reasonable investigation and inquiry into information known or reasonably available to the organization, and has not identified the information requested.

10.     **The findings regarding alopecia as a TEAE persisting into the 10-year follow-up period in TAX301 GEICAM as provided in the Clinical Study Report on November 9, 2009, so that it can be determined whether each such patient is included in Table 2.**

**RESPONSE:** Sanofi objects to the extent Plaintiffs seek information beyond what is contained within the document on the grounds that they have not set out any additional matters for examination with reasonable particularity. Sanofi states that the findings regarding alopecia are contained within the document cited in Topic 10. The GEICAM 9805/TAX301 final study report

includes its findings on page Sanofi_00724590. Sanofi states that the GEICAM 9805/TAX301

final study report identifies the following patients as having "ongoing" alopecia:

TAC                                          FAC
000414-276-35921-00425          000414-616-00016-00824
000414-276-35921-00527
000414-276-00344-00953

Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or

"irreversible" alopecia, but reports only alopecia at a measure point in time, which may have

been after chemotherapy treatment with another medicine, during chemotherapy, shortly after

chemotherapy, or simply at the last reported follow-up and does not mean that there was serious

or unexpected alopecia for each patient.

**11.     The identity of each patient, by reference number, who reportedly experienced**

**persisting alopecia associated with docetaxel use in your response to AFSSAPS July 9, 2010**

**request (Sanofi_03643994) for a review of all cases of persistent alopecia, so that it can be**

**determined whether each such patient is included in Table 2.**

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied

Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia'

shall mean that which remains six months after chemotherapy ended and without resolution."

Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or

not reasonably available. Sanofi notes that Plaintiffs list a number of these patients in Table 2,

namely, entries 2–8, 11, 16, 18–19, 21, 23–24, 27, 30, 34, 38, 41–42, 44–45, 51, 71–74, 76, 78,

80–83, 86, 88–90, 99, 101–03, 105–08, 110, 113–14, 116–29, 133, 135–36, 139–50, 153, 156,

159–60, 165, 167, 169–72, 175, 177–78, 180–84, 189–90, 192, and 196–99. Sanofi further states

that the 2011 Clinical Overview identifies the following additional patients as having "persistent

alopecia":

200913947FR
2010SA20070
200618786US

Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

**12.     The findings regarding alopecia as a TEAE persisting into the 10-year follow-up period in TAX316 as provided in the Clinical Study Report on September 9, 2010, so that it can be determined whether each such patient is included in Table 2.**

<u>**RESPONSE:**</u> Sanofi objects to the extent Plaintiffs seek information beyond what is contained within the document on the grounds that they have not set out any additional matters for examination with reasonable particularity. Sanofi states that the findings regarding alopecia are contained within the document cited in Topic 12. The TAX316 final study report includes its findings on page Sanofi_00724298. Sanofi further states that the TAX316 final study report identifies the following patients as having "ongoing" alopecia:

| TAC | FAC |
|---|---|
| 000316-124-017-11702 | 000316-032-122-32207 |
| 000316-124-017-11724 | 000316-124-006-20610 |
| 000316-124-017-11738 | 000316-124-017-11710 |
| 000316-124-022-12211 | 000316-300-036-13608 |
| 000316-124-023-12314 | 000316-616-044-24411 |
| 000316-300-036-13605 | 000316-616-045-24520 |
| 000316-300-036-13607 | 000316-724-055-25501 |
| 000316-300-036-13610 | 000316-724-056-25601 |
| 000316-300-036-13615 | 000316-724-063-16301 |
| 000316-724-056-15606 | 000316-826-068-26804 |
| 000316-840-074-17407 | 000316-840-073-27304 |
| 000316-840-076-17603 | 000316-840-076-27601 |

- 20 -

000316-124-023-22312       000316-840-076-27610
000316-124-027-22702       000316-840-098-19801
000316-348-039-23907       000316-840-100-30001
000316-826-068-26809       000316-840-102-30204
000316-840-081-28101
000316-840-107-30702
000316-124-026-12612
000316-124-024-12403
000316-724-050-15002
000316-724-050-15005
000316-724-050-15006
000316-724-058-15808
000316-840-076-17608
000316-724-050-25010
000316-826-068-26802
000316-840-097-29701
000316-840-104-40401

Attached as **Exhibit A** is Dr. Kopreski's analysis regarding those patients from the TAX316 final study report who are listed with ongoing alopecia but do not meet the definition of persistent alopecia as defined by Judge North. *See* Order (Doc. 3473). Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or "irreversible" alopecia, but reports only alopecia at a measure point in time, which may have been after chemotherapy treatment with another medicine, during chemotherapy, shortly after chemotherapy, or simply at the last reported follow-up and does not mean that there was serious or unexpected alopecia for each patient.

**13.    The identity of each patient, by reference number, who reportedly experienced persisting alopecia associated with docetaxel use between 2005-2011 as listed in the Complaint Log at Sanofi_00792534, so that it can be determined whether each such patient is included in Table 2.**

**RESPONSE:** For purposes of this deposition and responses to this Notice, Sanofi applied

Magistrate Judge North's definition of "persisting alopecia"—i.e., "the term 'persistent alopecia'

shall mean that which remains six months after chemotherapy ended and without resolution."

Order (Doc. 3473). Sanofi objects to the extent that this Topic calls for information not known or

not reasonably available. Sanofi notes that Plaintiffs list a number of these patients in Table 2,

namely, entries 4, 11, 12, 15, 23, 28, 30, 31, 37, 41, 46, 75–76, 88, 95, 110, 169, 174, 186–87,

191–92. Sanofi further states that the call log identifies the following additional patients as

having persistent alopecia:

200517502US
200610605US
200620243US
200913396US
200913399US
2010SA011458

Sanofi notes that "persistent" alopecia as used herein does not constitute "permanent" or

"irreversible" alopecia, but reports only alopecia at a measure point in time, which may have

been after chemotherapy treatment with another medicine, during chemotherapy, shortly after

chemotherapy, or simply at the last reported follow-up and does not mean that there was serious

or unexpected alopecia for each patient.

Respectfully submitted,

/s/ *Harley V. Ratliff*                          Telephone: 202-783-8400
Harley V. Ratliff                                Facsimile:  202-783-4211
Adrienne L. Byard                                oot@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

Patrick L. Oot
SHOOK, HARDY & BACON L.L.P.
1155 F Street NW, Suite 200
Washington, D.C. 20004

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130

Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

***Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2018, I served the foregoing on Plaintiffs' Counsel.


<u>/s/ *Harley V. Ratliff*</u>

| Subject ID | Treatment Arm | Last Chemotherapy Treatment | Last Documentation of Ongoing Alopecia | Documented Ongoing Alopecia >6 Months | Date of Resolution | Description |
|---|---|---|---|---|---|---|
| 11738 | TAC | 4/27/99 | 8/23/99 | No | N/A | Received 5 cycles of TAC, last cycle administered 4/27/99. [Sanofi_02649521, p.7131]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14989]  After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.31091]  During a follow up visit on 8/23/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.14990, 32450]  She was not seen again for follow up due to her withdrawal of consent. [Sanofi_02649521, p.32450] |
| 12211 | TAC | 11/4/98 | 8/12/98 | No | 11/4/98 | Received 5 cycles of TAC, last cycle administered 8/12/98. [Sanofi_02649521, p.7291]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17558]  After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.458, 31116]  She received FAC for her 6th cycle of treatment on 11/4/98. [Sanofi_02649521, p.458, 17559, 32793]  On this date, alopecia was recorded as resolved. [Sanofi_02649521, p.17559, 32793]  Alopecia was not recorded as an adverse event at any of her next 13 follow up visits. [Sanofi_02649521, p.17559, 32794-5] |
| 12314 | TAC | 4/22/99 | 3/13/99 | No | 4/22/99 | Received 3 cycles of TAC, last cycle administered 2/18/99. [Sanofi_02649521, p.7169-70]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05497867]  She was withdrawn from the study after developing febrile neutropenia during her 3rd cycle of TAC and received FAC for her final 3 cycles. [Sanofi_02649521, p.335]  During her 2nd cycle of FAC on 3/13/99, alopecia was recorded as ongoing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | [Sanofi_05497797, 05498888, 05497892]  Her last cycle of FAC was administered on 4/22/99, and on this date alopecia was recorded as ceased. [Sanofi_05497898, 05497902] Alopecia was not recorded as an adverse event during any of her next 12 follow up visits. [Sanofi_05497908-66, Sanofi_02649521, p.32543-4] |
| 12403 | TAC | 12/11/98 | 12/11/98 | No | 1/99 | Received 6 cycles of TAC, last cycle administered 12/11/98. [Sanofi_02649521, p.7098-9]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14379]  At her first follow up visit on 4/7/99, alopecia was recorded as resolved, with 1/99 listed as the resolution date. [Sanofi_02649521, p.14380, 32374]  Alopecia was not recorded as an adverse event during any of her next 10 follow up visits. [Sanofi_02649521, p.14380-2, 32374-5] |
| 12612 | TAC | 5/11/99 | 6/12/01 | Yes | 12/18/01 | Received 6 cycles of TAC, last cycle administered 5/11/99. [Sanofi_02649521, p.7301]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17755]  Alopecia was recorded as ongoing at her first eight follow up visits (8th follow up on 6/12/01) [Sanofi_02649521, p.17756-9, 32760]  At her ninth follow up visit on 12/18/01, alopecia was recorded as resolved and was not recorded as an adverse event at any of her next 3 follow up visits. [Sanofi_02649521, p.17759, 32818-9] |
| 13605 | TAC | 8/26/98 | 8/26/98 | No | 12/3/98 | Received 6 cycles of TAC, last cycle administered 8/26/98. [Sanofi_02649521, p.7486-7]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19487]  At her first follow up visit on 12/3/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19488, 33177]  Alopecia was not recorded as an adverse event during any of her next 13 follow up visits. [Sanofi_02649521, p.19488-9, 33177-8] |
| 13607 | TAC | 9/16/98 | 9/16/98 | No | 11/23/98 | Received 6 cycles of TAC, last cycle administered 9/16/98. [Sanofi_02649521, p.7487-8]  On this date, the patient was |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | recorded as having ongoing alopecia. [Sanofi_02649521, p.7488, 19492]  At her first follow up visit on 11/23/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19492, 33179]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.33179-80] |
| 13610 | TAC | 4/6/99 | 4/6/99 | No | 7/22/99 | Received 6 cycles of TAC, last cycle administered 4/6/99. [Sanofi_02649521, p.7490]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19497]  At her first follow up visit on 7/22/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19497, 33182]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.19497, 33182-3] |
| 13615 | TAC | 6/15/99 | 6/15/99 | No | 11/5/99 | Received 6 cycles of TAC, last cycle administered 6/15/99. [Sanofi_02649521, p.7492]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19506]  At her first follow up visit on 11/5/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19507, 33186]  Alopecia was not recorded as an adverse event at any of her next 8 follow up visits. [Sanofi_02649521, p.19507, 33186-7] |
| 15002 | TAC | 9/23/98 | 11/3/98 | No | N/A | Received 1 cycle of TAC, administered on 8/26/98. [Sanofi_05503622; Sanofi_02649521, p.7383]  The patient developed alopecia after this treatment cycle. [Sanofi_05503627]  She was withdrawn from the study after developing gastrointestinal mucositis following TAC administration. [Sanofi_02649521, p.343]  On 9/23/98, the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503640]  At her first follow up visit on 11/3/98, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503639, 05503641]  No further alopecia assessments were made for |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | this patient.  After a distant breast cancer relapse, the patient began treatment with Taxol on 8/31/99. [Sanofi_05503649]  She was lost to follow up since 12/22/99 [Sanofi_05503594], and recorded as deceased due to breast cancer on an unknown day in 8/01. [Sanofi_05503655] |
| 15006 | TAC | 1/12/99 | 2/23/99 | No | N/A | Received 1 cycle of TAC, administered on 12/23/98. [Sanofi_05503696; Sanofi_02649521, p.7384]  The patient developed alopecia after this treatment cycle. [Sanofi_05503700]  She was withdrawn from the study after developing anaphylaxis during TAC administration. [Sanofi_002649521, p.344]  On 1/12/99 the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503707]  At her first follow up visit on 2/23/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503711, 05503716]  No further alopecia assessments were made for this patient.  After a distant breast cancer relapse, the patient began treatment with vinorelbine on 8/10/99. [Sanofi_05503719] |
| 15606 | TAC | 12/4/98 | 1/11/99 | No | N/A | Received 6 cycles of TAC, last cycle administered 12/4/98. [Sanofi_02649521, p.7398-9]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18545]  At her first follow up visit on 1/11/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.18545, 33002]  No further assessments of alopecia were made for this patient.  On 7/25/01, the patient was described as lost to follow up. [Sanofi_02649521, p.33002] |
| 15808 | TAC | 9/4/98 | 12/30/98 | No | N/A | Received 6 cycles of TAC, last cycle administered 9/4/98. [Sanofi_02649521, p.7337]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18077]  At her first follow up visit on 12/30/98, she was diagnosed with a breast cancer relapse. [Sanofi_02649521, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | p.539]  On this date, alopecia was recorded as ongoing and no longer followed. [Sanofi_02649521, p.18078]  No further alopecia assessments were made for this patient. |
| 17603 | TAC | 5/8/98 | 2/19/99 | Yes | 5/7/99 | Received 6 cycles of TAC, last cycle administered 5/8/98. [Sanofi_02649521, p.7661]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20652]  Alopecia was recorded as ongoing during her first three follow-up visits (3rd follow up on 2/19/99). [Sanofi_02649521, p.20653, 33545]  At her fourth follow up visit on 5/7/99, alopecia was listed as resolved. [Sanofi_02649521, p.20654, 33545] |
| 17608 | TAC | 6/23/98 | 9/22/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 6/23/98. [Sanofi_02649521, p.7664]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20681]  After receiving her 2nd cycle of TAC, the patient withdrew her consent and refused further treatment. [Sanofi_02649521, p.31173]  On 7/14/98 the patient began alternative chemotherapy treatment with Adriamycin and Cyclophosphamide. [Sanofi_02649521, p.35363]  At her first follow up visit on 9/22/98, alopecia was recorded as ongoing but no longer followed due to withdrawal of consent. [Sanofi_02649521, p.20682, 33551] |
| 22312 | TAC | 5/10/99 | 4/19/99 | No | 5/10/99 | Received 2 cycles of TAC, last cycle administered 2/15/99. [Sanofi_05498037; Sanofi_02649521, p.7178]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498037, 05498041]  Due to an allergic reaction during infusion of the second cycle of TAC, the patient was withdrawn from the study and received FAC for her final 4 cycles of treatment. [Sanofi_02649521, p.360] During her 3rd cycle of FAC administration on 4/19/99, alopecia was recorded as ongoing. [Sanofi_05498075, 05498079]  Her final cycle of FAC was administered on 5/10/99. [Sanofi_05498085]  Alopecia was recorded as ceased on this date. [Sanofi_05498089]  Alopecia was not recorded as |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | an adverse event during any of her next 11 follow-up visits [Sanofi_05498095-136] |
| 22702 | TAC | 11/25/98 | 11/25/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 9/2/98. [Sanofi_02649521, p.7183-7184] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498537, 05498541] Due to the development of allergy and dyspnea, the patient was withdrawn from the study and received FAC for her last 4 cycles of treatment [Sanofi_02649521, p.364] Her last cycle of FAC was administered on 11/25/98, and the status of her alopecia was listed as ongoing. [Sanofi_05498596, 05498600] No further alopecia assessments were made for this patient. [Sanofi_05498606-662; Sanofi_02649521, p.15835] |
| 23907 | TAC | 11/25/98 | 2/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 11/25/98. [Sanofi_02649521, p.7501] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19573] After her 4th cycle of TAC, the patient suffered a breast cancer relapse, and she was withdrawn from the study. [Sanofi_02649521, p.651] At her first follow up visit, alopecia was recorded as ongoing. [Sanofi_02649521, p.19573] A date for this follow up visit has not been identified. As per protocol, this visit would have been 3 months after the last chemotherapy administration (roughly 2/99). Alopecia was not recorded as an adverse event during 4 abbreviated follow up visits between 3/18/99 and 3/6/03. [Sanofi_02649521, p.19573, 33204] |
| 25010 | TAC | 8/20/99 | 11/25/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 7/30/99. [Sanofi_05503801; Sanofi_02649521, p.7388-7389] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05503805] After this cycle, she developed a serious episode of febrile neutropenia and was discontinued from the study. [Sanofi_02649521, p.368-369] On 8/20/99 she began alternative chemotherapy with epirubicin and cyclophosphamide (number of cycles |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | received unknown). [Sanofi_05503819]  At her first follow-up visit on 11/25/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503816, 05503820]  No further alopecia assessments were made for this patient. [Sanofi_05503821-851] |
| 26802 | TAC | 9/28/98 | 12/31/98 | No | N/A | Received 5 cycles of TAC, last cycle administered 9/7/98. [Sanofi_05506753; Sanofi_02649521, p.7478]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05506757]  After experiencing total body anesthesia after administration of cycle 5, she was withdrawn from the study. [Sanofi_02649521, p.372]  On 9/28/98 she began alternative chemotherapy with AC (number of cycles received unknown). [Sanofi_05506765]  At her first follow-up visit on 12/31/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started."  [Sanofi_05506769-70]  No further alopecia assessments were made for this patient. |
| 29701 | TAC | 8/14/98 | 11/12/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/9/98. [Sanofi_05468927; Sanofi_02649521, p.7697]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05468931]  After repeated episodes of neutropenia with each chemotherapy cycle, she was withdrawn from the study. [Sanofi_02649521, p.380, Sanofi_05468940]  On 8/14/98 she began alterative chemotherapy with AC (number of cycles received unknown). [Sanofi_05468939]  At her first follow-up visit on 11/12/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05468942-3]  No further alopecia assessments were made for this patient. [Sanofi_05468944-982] |
| 30702 | TAC | 4/16/99 | 4/16/99 | No | 8/30/99 | Received 6 cycles of TAC, last cycle administered 4/16/99. [Sanofi_02228520; Sanofi_02649521, p.7765]  On this date, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | the patient was recorded as having ongoing alopecia. [Sanofi_02228524]  At her first follow up visit on 8/30/99, alopecia was recorded as resolved. [Sanofi_02228538, 02228542, Sanofi_02649521, p.21823, 33792]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02228543-02228587, Sanofi_02649521, p.33792-3] |
| 40401 | TAC | 8/3/98 | 9/22/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/2/98. [Sanofi_03244422; Sanofi_02649521, p.7768]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_03244427]  After episodes of febrile neutropenia with each TAC cycle [Sanofi_02649521, p.387], the patient refused further treatment stating she "didn't want any more of this treatment," and she was discontinued from the study. [Sanofi_03244442]  On 8/3/98 she began alternative chemotherapy treatment with AC (number of treatment cycles unknown). [Sanofi_03244450]  At her first follow-up visit on 9/22/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_03244444, 03244449, 03244562-3] No further alopecia assessments were made for this patient. [Sanofi_03244451-454; Sanofi_02649521, p.21862-21864] |
| 13608 | FAC | 1/18/99 | 1/18/99 | No | 4/22/99 | Received 6 cycles of FAC, last cycle administered on 1/18/99. [Sanofi_02649521, p.8221]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19494]  At her first follow up visit on 4/22/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19494, 33180] |
| 16301 | FAC | 3/11/99 | 5/26/99 | No | N/A | Received 3 cycles of FAC, last cycle administered on 1/28/99. [Sanofi_02649521, p.8147]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18688; Sanofi_05511537]  Following this cycle, the patient developed fever and tiredness due to |

| | | | | | | grade 4 bacteremia. She was withdrawn from the study because the investigator felt her health was not strong enough. [Sanofi_02649521, p.736]. On 3/11/99 she began alterative treatment with CMF chemotherapy (number of treatment cycles unknown). [Sanofi_02649521, p.736; Sanofi_05511551] At her first follow-up visit on 5/26/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18689; Sanofi_05511550] No further alopecia assessments were made for this patient. [Sanofi_05511556-626; Sanofi_02649521, p.18689] |
|---|---|---|---|---|---|---|
| 19801 | FAC | 3/17/98 | 3/17/98 | No | 5/12/98 | Received 6 cycles of FAC, last cycle administered on 3/17/98. [Sanofi_02218444; Sanofi_02649521, p.8461] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21339; Sanofi_02218448] At her first follow up visit on 7/14/98, alopecia was recorded as resolved, with a resolution date of 5/12/98. [Sanofi_02218341] |
| 20610 | FAC | 4/29/99 | 7/8/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/29/99. [Sanofi_02649521, p.7961] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.16574] On 5/31/99 she was diagnosed with breast cancer relapse, and she began alternative anti-cancer treatment, the details of which were not provided to investigators. [Sanofi_02649521, p.938] At her first follow up visit on 7/8/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.16575, 32662; Sanofi_05501313] The patient died of breast cancer on 8/30/99. [Sanofi_02649521, p.938; Sanofi_05501314] |
| 24411 | FAC | 3/10/99 | 6/10/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 3/10/99. [Sanofi_05476972; Sanofi_02649521, p.8292] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20002; Sanofi_05476976] On 6/9/99 the patient was diagnosed with breast cancer |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | relapse. [Sanofi_02649521, p.965; Sanofi_05476994]  At her first follow up visit on 6/10/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.20002, 33350; Sanofi_05476993]  She began treatment with alternative navelbine chemotherapy on 6/11/99. [Sanofi_02649521, p.965; Sanofi_05476995]  No further alopecia assessments were made for this patient. [Sanofi_05476997; Sanofi_02649521, p.20002-3] |
| 24520 | FAC | 2/11/99 | 3/22/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 2/11/99. [Sanofi_02649521, p.8342]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20363]  On 3/22/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.33458, 35222]  Also on 3/22/99, her alopecia status was recorded as ongoing and no longer followed due to new chemotherapy regimen started. [Sanofi_02649521, p.20363, 33458]  She began alternative Taxotere chemotherapy on 4/7/99. [Sanofi_02649521, p.35351]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20363] |
| 25501 | FAC | 11/16/98 | 2/12/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 11/16/98. [Sanofi_02649521, p.8085]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18221]  She was diagnosed with breast cancer relapse on 1/1/01. [Sanofi_02649521, p.32918, 35195]  At her first follow up visit on 2/12/99, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy she was receiving. [Sanofi_02649521, p.18221, 35309]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.18221] |
| 25601 | FAC | 4/3/98 | 9/14/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/3/98. [Sanofi_02649521, p.8130]  On this date, the patient was |

| | | | | | | recorded as having ongoing alopecia. [Sanofi_02649521, p.18552; Sanofi_05506268]  She was diagnosed with breast cancer relapse on 9/14/98. [Sanofi_02949521, p.33003; Sanofi_05506286]  Also on 9/14/98, her alopecia status was recorded as ongoing and "no longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18552, Sanofi_05506285]  She began alternative Taxotere chemotherapy on 9/19/98. [Sanofi_02649521, p.974; Sanofi_05506287]   No further alopecia assessments were made for this patient. [Sanofi_05506287-9; Sanofi_02649521, p.18552] |
|---|---|---|---|---|---|---|
| 26804 | FAC | 11/18/98 | 11/18/98 | No | 3/16/99 | Received 6 cycles of FAC, last cycle administered on 11/18/98. [Sanofi_05506403; Sanofi_02649521, p.8210]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19416; Sanofi_05506407]  At her first follow up visit on 3/16/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19417; Sanofi_05506423] |
| 27304 | FAC | 8/9/99 | 9/7/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 8/9/99. [Sanofi_05466953; Sanofi_02649521, p.8494]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21744; Sanofi_05466960]  At her first follow up visit on 9/7/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.21746; Sanofi_05466960]  On that same day (9/7/99), she was diagnosed with breast cancer relapse. [Sanofi_02649521, p.815, 35239; Sanofi_05466978]  On 9/15/99, the patient died after developing thrombosis, hepato-renal failure, and acute respiratory failure. [Sanofi_02649521, p.815] |
| 27601 | FAC | 8/7/98 | 9/8/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/17/98. [Sanofi_02649521, p.8390-91]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20736]  For an unknown reason (but presumably due to a breast cancer relapse), on 8/7/98 the |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | patient began alternative high-dose chemotherapy (cyclophosphamide, carboplatin, thiotepa) with autologous peripheral stem cell support. [Sanofi_02649521, p.33559, 35364]  At her first follow up visit on 9/8/98, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy regimen started. [Sanofi_02649521, p.20736]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20736] |
| 27610 | FAC | 9/10/99 | 3/3/00 | No | 6/16/00 | Received 6 cycles of FAC, last cycle administered on 9/10/99. [Sanofi_02649521, p.8396]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20790]  At her first and second follow up visits on 12/2/99 and 3/3/00, respectively, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.20791, 33568]  At her third follow up visit on 6/16/00, her alopecia status was recorded as resolved. [Sanofi_02649521, p.20792, 33569] |
| 32207 | FAC | 5/26/99 | 9/15/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 5/26/99. [Sanofi_02649521, p.7798]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14163]  At her first follow up visit on 9/15/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.14164, 32309]  During her next 11 follow up visits through 6/25/03, alopecia was not listed as resolved but was also not listed as an adverse event. [Sanofi_02649521, p.14164, 32309-10] |