# EXHIBIT R
# (UNDER SEAL)