UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY THAT RELIES UPON EMPLOYEE DR. MICHAEL KOPRESKI UNDER SEAL

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave of Court to file their attachments (Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski and Exhibits A-G, K-R) to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski (Rec. Doc. 6160) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachments to Plaintiffs' Motion should be filed under seal.

WHEREFORE, Plaintiffs pray that this Motion be granted, and the aforementioned attachments to their Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski be filed UNDER SEAL.

Dated: February 8, 2019               Respectfully submitted,

/s/ Christopher L. Coffin             /s/ Karen B. Menzies
Christopher L. Coffin (#27902)        Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.      GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505       6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163          Los Angeles, California 90045
Phone: (504) 355-0086                 Telephone: 510-350-9700
Fax: (504) 355-0089                   Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*         *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                  /s/Dawn M. Barrios
M. Palmer Lambert (#33228)            Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID             BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC              701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street   New Orleans, LA 70139
New Orleans, LA 70163-2800            Phone: 504-524-3300
Phone: 504-522-2304                   Fax: 504-524-3313
Fax: 504-528-9973                     barrios@bkc-law.com
plambert@gainsben.com

                                      *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                          Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP Atkins & Markoff Law Firm
2 Corporate Park, Suite 110           9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                      Oklahoma City, OK 73120
Phone: (800) 664-1734                 Phone: (405) 607-8757
aa@andrewsthornton.com                Fax: (405) 607-8749
                                      dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                        Abby E. McClellan
Bachus & Schanker, LLC                Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700        460 Nichols Road, Suite 200
Denver, CO 80202                      Kansas City, MO 64112
Phone: (303) 893-9800                 Phone: (816) 714-7100
Fax: (303) 893-9900                   Fax: (816) 714-7101
kyle.bachus@coloradolaw.net           mcclellan@stuevesiegel.com

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                         */s/ Dawn M. Barrios*
                                         Dawn M. Barrios