UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY THAT RELIES UPON EMPLOYEE DR. MICHAEL KOPRESKI UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), respectfully request leave of Court to file their attachments (Memorandum is Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski and Exhibits A-G, K-R) to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachments to Plaintiffs' Motion should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

1

Certain attachments to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these exhibits be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  Out of an abundance of caution, the PSC believes that PTO No. 50 requires the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that the Memorandum in Support and referenced Exhibits A-G and K-R to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that their attachments (Memorandum is Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski and Exhibits A-G, K-R) to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski be filed UNDER SEAL.

Dated: February 8, 2019　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505　　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　　Los Angeles, California 90045
Phone: (504) 355-0086　　　　　　　　　Telephone: 510-350-9700
Fax: (504) 355-0089　　　　　　　　　　Facsimile: 510-350-9701
ccoffin@pbclawfirm.com　　　　　　　　kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*　　　　　　　*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*　　　　　　　　　*/s/Dawn M. Barrios*
M. Palmer Lambert (#33228)　　　　　　Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID　　　BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC　　　701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street　New Orleans, LA 70139
New Orleans, LA 70163-2800　　　　　　Phone: 504-524-3300
Phone: 504-522-2304　　　　　　　　　　Fax: 504-524-3313
Fax: 504-528-9973　　　　　　　　　　　barrios@bkc-law.com
plambert@gainsben.com

　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews　　　　　　　　　　　　Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP　Atkins & Markoff Law Firm
2 Corporate Park, Suite 110　　　　　　　9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606　　　　　　　　　　　Oklahoma City, OK 73120
Phone: (800) 664-1734　　　　　　　　　Phone: (405) 607-8757
aa@andrewsthornton.com　　　　　　　　Fax: (405) 607-8749
　　　　　　　　　　　　　　　　　　　dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus　　　　　　　　　　　　Abby E. McClellan
Bachus & Schanker, LLC　　　　　　　　Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700　　　　　460 Nichols Road, Suite 200
Denver, CO 80202　　　　　　　　　　　Kansas City, MO 64112
Phone: (303) 893-9800　　　　　　　　　Phone: (816) 714-7100
Fax: (303) 893-9900　　　　　　　　　　Fax: (816) 714-7101
kyle.bachus@coloradolaw.net　　　　　　mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Dawn M. Barrios*
                                      Dawn M. Barrios