UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 6160-1] Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

2. [Rec. Doc. 6160-2] Exhibit A to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

3. [Rec. Doc. 6160-3] Exhibit B to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

4. [Rec. Doc. 6160-4] Exhibit C to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

5. [Rec. Doc. 6160-5] Exhibit D to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

6. [Rec. Doc. 6160-6] Exhibit E to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

7. [Rec. Doc. 6160-7] Exhibit F to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

8. [Rec. Doc. 6160-8] Exhibit G to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

9. [Rec. Doc. 6160-12] Exhibit K to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

10. [Rec. Doc. 6160-13] Exhibit L to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

11. [Rec. Doc. 6160-14] Exhibit M to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

12. [Rec. Doc. 6160-15] Exhibit N to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

13. [Rec. Doc. 6160-16] Exhibit O to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

14. [Rec. Doc. 6160-17] Exhibit P to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski;

15. [Rec. Doc. 6160-18] Exhibit Q to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski; and,

16. [Rec. Doc. 6160-19] Exhibit R to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski.

On Monday, February 11, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: February 8, 2019

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

Respectfully submitted,

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

3

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
Dawn M. Barrios
