UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski (Rec. Doc. 6160) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski and Exhibits A-G, K-R) to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski UNDER SEAL.

New Orleans, Louisiana, this ___ of February, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1