# EXHIBIT B

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.: 2740
SECTION: H
IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018

VIDEOTAPED DEPOSITION OF
ANTONELLA TOSTI, M.D.

VOLUME 1
Pages 1 through 300

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

## Page 2

1  APPEARANCES:
2
    On behalf of Plaintiffs:
3
        BACHUS & SCHANKER LLC
4       1899 Wynkoop Street, Suite 700
        Denver, Colorado 80202
5       (303)322-4300
        BY: DARIN SCHANKER, ESQUIRE
6       dschanker@coloradolaw.net
7       ANDREWS THORNTON
        4701 Von Karman Avenue, Suite 300
8       Newport Beach, California 92660
        (949)748-1000
9       BY: LAUREN R. DAVIS, ESQUIRE
        ldavis@andrewsthornton.com
10
11  On behalf of Defendants Sanofi:
12      SHOOK HARDY & BACON LLP
        2555 Grand Boulevard
13      Kansas City, Missouri 64108
        (816)474-6550
14      BY: CONNOR J. SEARS, ESQUIRE
        csears@shb.com
15      BY: JASON R. HARMON, ESQUIRE
        jharmon@shb.com
16
17  On behalf of Defendants Hospira and Pfizer:
18      DECHERT LLP
        Three Bryant Park
19      1095 Avenue of the Americas
        New York, New York 10036
20      (212)698-3500
        BY: MARA CUSKER GONZALEZ, ESQUIRE
21      maracusker.gonzalez@dechert.com
22
    ALSO PRESENT: Christian Hernandez, Videographer
23            Ben Gordon
              Evan Holden (by phone)
24            Palmer Lambert (by phone)
              Jeff Cohen (by phone)
25            Dan Markoff (by phone)

## Page 3

I N D E X

Examination                              Page

ANTONELLA TOSTI, M.D.
Direct         By Mr. Sears               9

E X H I B I T S
No.                                       Page
Exhibit 1    Second Amended Notice of     16
             Videotaped Deposition of
             Antonella Tosti, M.D.
Exhibit 2    List of publications         18
Exhibit 3    Expert report of Dr. Tosti   42
             dated 11/7/18
Exhibit 4    Hair loss in women article   58
Exhibit 5    Drawing by Dr. Tosti         69
Exhibit 6    Exhibit D, Materials         69
             consulted
Exhibit 7    Amended Exhibit D            71
Exhibit 8    Exhibit E                    77
Exhibit 9    "Towards a consensus on how  218
             to diagnose and quantify
             female pattern hair loss -
             The Female Pattern Hair Loss
             Severity Index" article
Exhibit 10   "Management of androgenetic  223
             alopecia" article
Exhibit 11   "Permanent alopecia after    269
             busulfan chemotherapy"
             article

## Page 4

E X H I B I T S

No.                                       Page
Exhibit 12   "...undergone a conditioning  280
             regimen with busulfan...",
             UM_Tosti00013
Exhibit 13   email exchange from Dr. Tosti 281
             to Dr. Freitas Martinez with
             attachments, UM_Tosti00097
Exhibit 14   "Incidence of permanent       285
             alopecia following adjuvant
             chemotherapy in women with
             early stage breast cancer"
Exhibit 15   "Late Effects of Adjuvant     286
             Chemotherapy and
             Postoperative Radiotherapy on
             Quality of Life among Breast
             Cancer Patients"
Exhibit 16   "A Clinical Study of          287
             Chemotherapy-Induced
             Permanent Alopecia"
Exhibit 17   "Incidence of permanent       289
             chemotherapy-induced alopecia
             among breast cancer patients:
             A five-year prospective
             cohort study"
Exhibit 18   "Treatment of                 290
             chemotherapy-induced
             alopecia."
Exhibit 19   "National survey of long-term 291
             recovery from
             chemotherapy-induced hair
             loss in patients with breast
             cancer"

1 (Pages 1 to 4)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 17

1  was attached to the notice and that was
2  forwarded to you yesterday?
3      MR. SEARS:  We talked about the objections.
4      MR. SCHANKER:  Yeah.  Responses, including
5  objections.
6      MR. SEARS:  I saw that, thank you.
7      MR. SCHANKER:  Okay.
8  BY MR. SEARS:
9      Q.  Okay.  Did you have a chance to look over
10 this Exhibit A before your deposition?
11     A.  Yes, I did.
12     Q.  Did you bring anything with you?
13     A.  Yes.  I have my CV.
14     Q.  Is that the same CV that was attached to
15 your report?
16     A.  Yes.
17     Q.  Did you bring anything else with you?
18     A.  I -- I brought these, but it is not among
19 these documents, this is a kind of sheet that -- for
20 me to remind the numbers.  Okay?
21         And I don't think I have -- papers, like
22 publications and stuff, I have in here; other, I --
23 I think was -- you already have because it was in
24 the CV now.
25     Q.  Besides the materials that you brought with

Page 18

1  you today, did you have anything else that was
2  responsive to this?
3      A.  No, I don't have anything else.
4      Q.  Okay.  You mind if we take a look at that
5  piece of paper?
6      A.  Yeah, sure.
7      Q.  Thank you.
8         (Brief interruption off the record.)
9  BY MR. SEARS:
10     Q.  I think I'm going to go ahead and mark this
11 as an exhibit.  Do you need to take this with you
12 when you leave today?
13     A.  Yes, I want to -- to because -- the reason
14 I brought is because I want -- the numbers, I don't
15 know the numbers by memory.
16     Q.  Okay.  Could we mark it, and then we can
17 probably do a photocopy later today?
18     A.  Absolutely.
19         MR. SEARS:  I'm marking this as Exhibit 2.
20         (Thereupon, marked as Exhibit 2.)
21 BY MR. SEARS:
22     Q.  When you say "the numbers," what numbers do
23 those refer to?
24     A.  Publications.  Those are publications, and
25 I just wrote down the numbers of cases in each

Page 19

1  publications.
2      Q.  Cases of what?
3      A.  Of permanent alopecia from chemotherapy,
4  and depending on which medication.
5      Q.  So based upon this, it -- there's
6  publications that say there's persistent
7  chemotherapy-induced alopecia with Taxol; is that
8  true?
9      A.  Absolutely, yes.
10     Q.  And there's persistent chemotherapy-induced
11 alopecia with regimens that do not contain any
12 taxanes?
13     A.  Very rarely.
14     Q.  It looks like there's reports of
15 cyclophosphamide and carboplatin regimen that causes
16 persistent chemotherapy-induced alopecia?
17     A.  There are, but it's uncommon.  You know,
18 there are not evidence-based literature on that type
19 of medication; instead, we have good evidence on --
20 on docetaxel.
21     Q.  Maybe I can ask a clearer question.
22         Based upon what I've marked as Exhibit 2,
23 there's case reports of persistent
24 chemotherapy-induced alopecia cyclophosphamide
25 regimens, right?

Page 20

1      A.  Yes, a few cases.
2      Q.  And there's also case reports of persistent
3  chemotherapy-induced alopecia with anthracycline
4  regimens?
5      A.  Yes, a few cases.
6      Q.  And there's case reports of persistent
7  chemotherapy-induced alopecia with the FEC regimen?
8      A.  Yes, but what you have to understand is
9  that any drug can cause reactions, okay.  So what is
10 very important is the consistency of the product and
11 the frequency of the reaction.
12         I include everything in there, but what is
13 very important from a medical point of view is to
14 see how common is this problem with that drug.
15     Q.  So if I understand what you just said, you
16 can see side effects with any chemotherapy drug?
17         MR. SCHANKER:  Objection, form.
18 BY MR. SEARS:
19     Q.  Right?
20     A.  I don't know.  I'm not an oncologist.  I
21 know there are new chemotherapy drugs that don't
22 cause a lot of side effects.  I cannot answer you
23 question with an -- as an expert.
24     Q.  Okay.
25         Because you're not an oncologist, do you

5 (Pages 17 to 20)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 21

1  feel as though you can offer testimony about side
2  effects of chemotherapy drugs?
3      MR. SCHANKER: Objection, form.
4      A. I am an expert in hair disorder, and I'm
5  here to offer testimony on hair loss from
6  chemotherapy drug. And I think I'm very, very good
7  for that, okay, because this has been a part of my
8  research for many years.
9  BY MR. SEARS:
10     Q. Based upon your research, there's multiple
11 chemotherapy drugs that have been reported to cause
12 persistent chemotherapy-induced alopecia, right?
13     MR. SCHANKER: Object to the form.
14     A. No, absolutely, not. There is basically
15 one chemotherapy drug that has been reported by many
16 authors to cause chemotherapy-persistent alopecia,
17 and that's the drug I've been -- I have been seen
18 causing this problem in my personal experience, and
19 that is docetaxel.
20 BY MR. SEARS:
21     Q. Based upon Exhibit 2, these numbers that
22 you've included are case reports of persistent
23 chemotherapy-induced alopecia; is that true?
24     A. Yes.
25     Q. And so based upon this and the case reports

Page 22

1  of persistent chemotherapy-induced alopecia, there's
2  multiple chemotherapy drugs that have been reported
3  to cause chemotherapy-induced alopecia?
4      MR. SCHANKER: Objection, form.
5      A. There is one drug that has been
6  consistently associated, which is a very different
7  situation. So we have one drug that has
8  evidence-based data showing that can cause the
9  problem. Other drugs that have been occasionally.
10 And occasionally anything can -- can do, probably.
11 BY MR. SEARS:
12     Q. So all of these articles that you have here
13 for the docetaxel, these are case reports of
14 ongoing --
15     A. No, no. There are some case reports, and
16 there are -- there is a prospective study, market
17 studies, a prospective study -- there -- there --
18 there are a mixture, let's say it's a mixture.
19     Q. Would you agree that it's difficult to
20 attribute causation when considering case reports?
21     MR. SCHANKER: Objection, form.
22     A. But I -- as I said, there is a prospective
23 study, so what we want in medicine are prospective
24 study. I didn't -- I don't even like retrospective.
25 But the Martin study is a very good study because

Page 23

1  it's a prospective study. So you see the problem
2  starting from before.
3  BY MR. SEARS:
4      Q. So if I understand, in medicine, you don't
5  like retrospective studies and you don't like case
6  reports because it's difficult to attribute
7  causation?
8      MR. SCHANKER: Objection --
9      A. I don't say - I didn't say --
10     MR. SCHANKER: Doctor, Doctor, let me get
11 my objection in.
12     Objection, form.
13     A. I didn't say that. I said that in
14 medicine, we grade studies in a way that -- Grade 1,
15 Grade B, Grade C. So Grade 1 are prospective
16 studies. And, you know, Grade B are retrospective.
17 Grade C are case reports.
18     All of those I value, but they are a
19 different value.
20 BY MR. SEARS:
21     Q. Case reports, you can't run statistical
22 analysis on those, can you?
23     A. I don't understand the question.
24     MR. SCHANKER: Objection. Objection to
25 form.

Page 24

1      Go ahead and respond.
2      A. No, I didn't understand the question.
3  BY MR. SEARS:
4      Q. Sure.
5      In medicine, one of the things you're
6  trying to do in attributing causation to things is
7  run statistical analysis to determine if there's an
8  increased rate of something as opposed to a control
9  group, right?
10     A. Yes --
11     MR. SCHANKER: Objection to form.
12     A. Yes. But you start from case report.
13 Usually, the first time you identify a problem is
14 through a case report. So you identify the problem,
15 you see the problem.
16     At that point, you see the problem, you
17 want to understand how big this problem is and how
18 relevant this problem is. And that's when you do a
19 study.
20     So I believe case reports are still very,
21 very important, because if you don't have a case
22 report, you may never be aware of this.
23 BY MR. SEARS:
24     Q. Even with case reports, though, they can
25 report false positives, they can report things that

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                          72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 25

1   are not caused by what they claim to cause?
2           MR. SCHANKER: Objection to form.
3       A.  You know, today, every case report goes
4   through peer review, so I'm not going to say I even
5   look to a case report that has not been published in
6   a good journal with peer reviewers, okay?
7           Then I don't look at abstract, for
8   instance. Or -- those, I don't trust as much as
9   paper that has been published in a journal that is
10  on PubMed, that has a citation record, okay. That's
11  what I usually utilize when I do my research for any
12  topic.
13  BY MR. SEARS:
14      Q.  Sure. And really, all I'm asking is:
15  There can be case reports that report an association
16  of something that end up being wrong?
17          MR. SCHANKER: Objection, form.
18      A.  I don't think so. I -- I don't think so.
19  Everything may be wrong, you know, medicine is never
20  100 percent, but I don't think that usually case
21  reports report wrong things.
22  BY MR. SEARS:
23      Q.  You've never heard of a case report saying
24  "This is caused by this," and it ended up that it was
25  completely wrong?

Page 26

1       A.  Not that I'm aware at this point. Not that
2   I recall, at least.
3       Q.  Have you heard about the debate about
4   vaccines and whether they cause autism?
5           MR. SCHANKER: Objection, form.
6       A.  You know, I know everything about it
7   because contact dermatitis is one of my field. So I
8   know at one point people correlate autism with
9   thiomersal, which is a preservative of vaccine, but
10  it was not the case reports. And then they -- they
11  showed -- they did a big study and showed that it
12  wasn't true. But that happens, you know. That was
13  not the case report.
14  BY MR. SEARS:
15      Q.  That's really my point, though. There's
16  times when there's causation attributed to something,
17  and then it ends up that's just not right.
18      A.  That's why we need the prospective study to
19  confirm.
20      Q.  So there's something in medicine called a
21  mechanism of action, right?
22          MR. SCHANKER: Objection, form.
23      A.  Yes. It is.
24  BY MR. SEARS:
25      Q.  And basically that is how something causes

Page 27

1   something else, right?
2       A.  Yes. But to be honest, we don't know the
3   mechanism of action of most -- the cause of most
4   diseases, so this mechanism of action is the ideal
5   thing we would like to have.
6       Q.  And there's no mechanism of action that has
7   been established for a chemotherapy drug causing
8   persistent alopecia, right?
9           MR. SCHANKER: Objection, form.
10      A.  No, I think you're wrong. It's not been
11  established, but we've -- there is a way we think it
12  happens, okay? And what we think is that the stem
13  cells that are, you know, the cell that we regenerate
14  the follicle, either in the -- in the bulge or in the
15  dermal papilla may be damaged by the chemotherapy.
16  That's what, for instance, the researcher in the
17  field of hair suggests.
18  BY MR. SEARS:
19      Q.  Right, that's a hypothesis, correct?
20          MR. SCHANKER: Objection, form.
21      A.  It's a very likely. It's a very likely
22  hypothesis.
23  BY MR. SEARS:
24      Q.  It's a hypothesis that has not been proven,
25  right?

Page 28

1           MR. SCHANKER: Objection, form.
2       A.  We still don't know the mechanisms for
3   many, many other diseases.
4   BY MR. SEARS:
5       Q.  Have you ever researched literature
6   studying resistance of stem cells to damage from
7   chemotherapy?
8           MR. SCHANKER: Objection, form.
9       A.  No, I have not.
10  BY MR. SEARS:
11      Q.  Do you know if there's literature out there
12  that says it's very, very difficult for chemo drugs
13  to harm stem cells?
14      A.  Can I see the literature?
15      Q.  I'm just asking if you've seen it.
16      A.  I have not seen. And I work with Ralf Paus
17  in University of Miami, he just moved with us, and
18  he's probably the best in the world working on that.
19  And I spoke with him about stem cells and
20  chemotherapy, and he also thinks the mechanism is
21  this, so maybe that -- is that literature new or old?
22      Q.  I think it's both.
23      A.  It's --
24      Q.  It's both.
25      A.  Both? New and old.

7 (Pages 25 to 28)

Electronically signed by Gina Rodriguez (201-182-126-9514)
Electronically signed by Gina Rodriguez (201-182-126-9514)                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 61

1  alopecia, so they have something else on the top of
2  the traction alopecia.
3  BY MR. SEARS:
4      Q.  For instance, with African-American women,
5  it's common to see CCCA traction alopecia and female
6  pattern hair loss all at the same time?
7          MR. SCHANKER:  Objection, form.
8      A.  No, female pattern hair loss, in my
9  experience, is very, very, very rare in
10 African-American women.  There are no real study, but
11 it's absolutely uncommon.
12         So most of them have traction alopecia.
13 And that's because they -- there is a study that is
14 very interesting showing that, you know, American --
15 African-American women want their -- their little
16 girl to be neat to go to school.  And so they need
17 to do this traction hairstyle to keep the hair in
18 order, okay?  And that's -- most of them, they
19 acquire traction when still children.
20 BY MR. SEARS:
21     Q.  We'll talk more about the various types of
22 alopecia later.  Right now, I'm just trying to
23 understand, it is possible to see multiple different
24 forms of alopecia occurring at the same time on the
25 same scalp, right?

Page 62

1      A.  The question is -- it's not right, okay?
2  There are certain type of alopecia that may occur
3  together.  These mostly -- you know, of course you
4  can have androgenetic alopecia and alopecia areata
5  together, that may happen.
6          And in -- you may have androgenetic
7  alopecia and acute telogen effluvium together.  That
8  may happen.  And in African-American women, you may
9  have traction alopecia and central centrifugal
10 alopecia together, but not female pattern hair loss.
11         It's either female pattern hair loss or
12 central centrifugal alopecia.  There is not overlap.
13     Q.  So if I understood correctly, in
14 African-American women, you could see traction and
15 CCCA at the same time, or you could also see traction
16 and female pattern hair loss at the same time?
17     A.  In African-American women, female pattern
18 hair loss is very, very uncommon, you know?  I -- I
19 don't see female pattern hair loss.  So you can see
20 traction and CCCA.  And we publish traction and
21 frontal fibrosing alopecia in African-American women.
22 That's very important for the differential diagnosis.
23     Q.  When you see a patient clinically, what
24 you're trying to do is come up with differential
25 diagnosis of their alopecia, right?

Page 63

1      A.  I -- I may do differently because in the
2  United States, they look at all possible differential
3  diagnosis.  That's their way to go to a diagnosis.  I
4  started from a European training, so I do
5  differently.
6          So I spend a lot of time on history
7  because history is very, very important, and then I
8  look at the patient.  I look at the hair, because
9  the main complaint patients have that the doctor
10 don't even look, they just look at them from the
11 other side of the table.
12         They -- I look at the pattern, because
13 it's very important to start with your ideas, and
14 then I do the dermoscopy.  Of course I'll do the
15 pull test.  I have a scale that I show the patient
16 that, when they complain of excessive shedding, to
17 pick up how much they are shedding, which is very
18 important.
19         And then I do a biopsy, mainly in
20 scattered alopecias, but sometimes also in other
21 types of alopecia.  I don't do a biopsy in every
22 patient.  I do the biopsy when I need a biopsy.
23     Q.  We'll talk more about this later, but those
24 clinical steps that you talked about, doing the
25 clinical history and the physical inspection and the

Page 64

1  dermoscopy, what you're trying to come up with is a
2  diagnosis of the type of alopecia, right?
3      A.  Absolutely.  I can -- I want a final
4  diagnosis, but, of course, I look at the pattern and
5  the pattern is very, very important to -- for
6  differential, okay?  So I -- I don't put all disease
7  in the differential.
8      Q.  It is possible, though, in seeing patients
9  clinically, to confuse one type of alopecia for
10 another type of alopecia?
11         MR. SCHANKER:  Objection, form.
12     A.  Not for me, but for many dermatologists,
13 absolutely, yes.
14 BY MR. SEARS:
15     Q.  We'll talk more about this.  But even with
16 dermoscopy, there are findings that are consistent
17 with certain types of alopecia, but it's not a
18 100 percent accurate science, right?
19         MR. SCHANKER:  Objection, form.
20     A.  I disagree with that.  I think dermoscopy,
21 if you know how to use, is very accurate.  And now
22 I'm teaching a lot, you know, I've done big meeting
23 of the American Academy of Dermatology, they gave me
24 a CME symposium where I teach dermoscopy to all --
25 dermoscopy, the scalp, to all dermatologists in the

16 (Pages 61 to 64)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 89

1  fibrosing alopecia, so this is something I want to
2  rule out, you know, in all of my patients, so I look
3  at the hairline.
4      And I ask to the patient:  "Do you feel
5  your hairline has been receding?"  And that's
6  important because these patients usually don't come
7  and tell you:  I'm receding hairline.  Everybody
8  comes complaining of hair loss or alopecia.  So you
9  really have to distinguish.
10     And so if I see that the hairline is
11 receding, again, I ask when did it started, if she
12 noticed that she lost hair in other parts of the
13 body.  And, again, I ask for family history, but
14 here it's not so important to ask about triggering
15 event because it's a completely different situation.
16 So I'm not interested in looking at the, you know,
17 lapse in this patient.
18     And then here, the dermoscopy is very,
19 very diagnostic, because in this disease, you lose
20 the very small vellus hair that you have in the
21 hairline, and so you look it with the dermatoscope
22 and you can make the diagnosis.
23     So nowadays, you know, these patients, I'm
24 working with Dr. Thompson on a project doing very,
25 very small biopsies because since it's very cosmetic

Page 90

1  sensitive area, I cannot -- we cannot do a 4
2  millimeter over there, it's going to leave a scar.
3  So we are working on 2-millimeter biopsy for
4  diagnosing this disease.
5      This is a scarring alopecia.  You can make
6  the diagnosis with dermoscopy, but, as I said
7  before, I think a biopsy confirmation is gold
8  standard.  So that's what I'll do with this patient.
9      Then you may have a patient that has
10 patchy hair loss, you know.  And you want to really
11 see here if it's scarring or nonscarring, because
12 patchy hair loss may be no scarring, which is the
13 most common, alopecia areata; and that may be
14 scarring.  And the most common like planopilaris,
15 also long-term traction, it's patchy.
16     So again, I -- here, I want first to
17 understand what it is before asking the questions,
18 because the questions I need from a patient with
19 alopecia areata are different.  So I usually first
20 ask the question when this happened, then what's the
21 complaint, then I look at the lesion, and then I ask
22 the specific questions.
23     So for alopecia areata, again, the
24 question I ask everybody is when it started.  But
25 for alopecia areata, you have to -- since this is a

Page 91

1  disease that is relapsing, it's very important to
2  know when it started the first time, but also when
3  the last episode of the disease show up, because
4  this is important for response to treatment.
5      And then here, you have to ask about
6  family members, of course, because there is a
7  genetic predisposition.  You have to ask for
8  autoimmune disease in the family, because there is a
9  association with autoimmune disease.  So you have to
10 ask if anybody in the family has Type 1 diabetes, if
11 anybody in the family has autoimmune, thyroiditis,
12 semfitilyco (phonetic), these kind of conditions.
13     And then, again, dermoscopy is very
14 important to establish if the disease is active or
15 not active.  Because an active disease you see
16 broken hair.  You can predict from dermoscopy,
17 looking at the periphery of the patch, if the
18 disease is going to get worse or not.  And this is
19 important because it can guide your treatment.
20     In pattern hair loss, so when the loss
21 affects the top of the scalp, it's, you know, the --
22 the -- the differential diagnosis include female
23 pattern hair loss, it may include the central
24 centrifugal cicatricial alopecia, and may include
25 sometimes diffuse alopecia areata, okay?

Page 92

1      So here, again, for front female --
2  dermoscopy can give you a guide to distinguish from
3  the beginning, because female pattern hair loss is
4  noncicatricial, and central centrifugal cicatricial
5  alopecia is cicatricial.  So you have a different
6  dermoscopic finding.
7      So in female pattern hair loss, what I ask
8  depends on age of the patient.  I see a lot of young
9  girls with female pattern hair loss recently.  So
10 for a young person, it's very important for the
11 endocrinological evaluation to be sure that she has
12 not conditions that increase androgen levels, such
13 as polycystic ovarian syndrome or other adrenal
14 disorders.
15     And here, it's important to check to be
16 sure she has not an associated telogen effluvium
17 because the associated telogen effluvium can worsen
18 the problem.
19     I spend a lot of time checking on diet to
20 be sure they have a correct diet.  If they are
21 vegetarian, I want to know exactly what they eat
22 because this is a -- can be a problem.  And, you
23 know, in this case, I may check the hair in other
24 part of the body to be sure there is not excessive
25 hair in the -- in the around in the nipples, in the

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                              72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 77

1 have here.
2 Yes.
3 Q. And so Exhibit E lists the articles that
4 you reviewed in forming your opinions.
5 A. They're not the only article I reviewed to
6 form me -- my opinion. Those are the articles on the
7 topic of permanent alopecia after chemotherapy.
8 Q. Are there any articles that exist on
9 permanent chemotherapy-induced alopecia that you
10 would rely on that are not contained in this list?
11 A. That's possible.
12 Q. As you sit here today, can you think of
13 any?
14 A. No, nothing that has been published or peer
15 reviewed.
16 MR. SCHANKER: Did you mark E as an exhibit
17 or not?
18 MR. SEARS: I did as 8.
19 MR. SCHANKER: Okay. Thank you.
20 BY MR. SEARS:
21 Q. Do you know if there's any literature that
22 exists on persistent chemotherapy-induced alopecia
23 beyond what is included on this list in E?
24 A. Nothing that has been published and in a
25 peer-reviewed journal. Maybe abstracts are there,

Page 78

1 maybe submitted work that has not been published.
2 It's not part of this. This is evidence-based
3 literature.
4 Q. Have you reviewed any abstracts on
5 persistent chemotherapy-induced alopecia?
6 A. I saw abstracts, but I didn't include
7 abstracts, and not peer-reviewed.
8 Q. And so any numbers that those abstracts
9 might have on reported incidents of
10 chemotherapy-induced alopecia are not included in the
11 count that you have on Exhibit 2?
12 A. I think some are included, but -- you know,
13 I think some are included.
14 Q. How did you determine which ones to include
15 and which ones to exclude?
16 A. I basically included the one that they
17 published the paper on, but I believe that these
18 are -- no, these are -- no, I believe no. Probably
19 there are no abstract. I have to recheck. If you
20 give me time, I can recheck.
21 Q. Do you know one way or the other if the
22 numbers that reported in abstracts are included in
23 Exhibit 2?
24 MR. SCHANKER: Objection, form.
25 A. If you give me ten minutes, you will have

Page 79

1 this answer.
2 MR. SEARS: Okay. Let's go off the record.
3 THE WITNESS: Is that okay?
4 MR. SEARS: Sure. Let's go off the record.
5 THE WITNESS: Okay.
6 THE VIDEOGRAPHER: We're off the record.
7 The time is 10:59 a.m.
8 (Recess was held from 10:59 a.m. until
9 11:31 a.m.)
10 THE VIDEOGRAPHER: We're back on the
11 record. The time is 11:31 a.m.
12 MR. SEARS: You ready to keep on going?
13 THE WITNESS: Yes.
14 BY MR. SEARS:
15 Q. All right. Before we took a break, I think
16 you were trying to figure out what all was on
17 Exhibit 2?
18 A. Yes. There are a lot of mistakes on this
19 page. So there are three abstracts.
20 Q. What are the abstracts?
21 A. Bourgeois, et al., the Number -- Number 3,
22 Bourgeois, et al., 2010; Bertrand, et al., 2013; and
23 Thorp, et al., 2015.
24 Q. Do you know if there's other abstracts that
25 exist on persistent chemotherapy-induced alopecia?

Page 80

1 A. There is one of these that I removed from
2 the Taxol because the same author published the
3 paper, and is Kang; and in reality he wrote docetaxel
4 in the paper and was paclitaxel in the abstract. And
5 so I kept the paper.
6 Q. What year is the Kang article?
7 A. This article, Kang, K-A-N-G. The article
8 reported docetaxel, the abstract reported paclitaxel.
9 Q. So you talked about three abstracts that
10 you included on Exhibit 2, right?
11 A. Uh-huh. There are three abstracts.
12 Q. Are there other abstracts that exist that
13 discuss chemotherapy -- persistent
14 chemotherapy-induced alopecia that are not included
15 on Exhibit 2?
16 A. Probably, yes. Because I -- these
17 abstracts mostly go to oncology meeting, and the one
18 I had -- the one, Kang, it was because it was a hair
19 meeting and that's why I saw it. And those they
20 provided to me, but it's not a research I can do by
21 myself because abstracts are not possible.
22 Q. So how did you determine what abstracts to
23 include on Exhibit 2 and which abstracts to exclude?
24 A. I exclude only the Kang because it was
25 before the paper, and what was the same study as the

20 (Pages 77 to 80)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 81

1  paper, and so I eliminated it.
2     Q.  So the three abstracts that you included on
3  Exhibit 2, those were provided to you by Plaintiffs'
4  counsel?
5     A.  Yes.
6     Q.  Did they provide you with any other
7  abstracts or literature?
8     A.  Yes.  They provided me with a lot of
9  literature that I already had, so I have duplicates
10 of many, many papers.
11    Q.  Did they provide you with any abstracts or
12 literature that you did not include on Exhibit 2?
13    A.  Yes, yes, maybe literature -- I had, for
14 instance, all the references of the CME papers that
15 appear, so all the articles that were in the
16 references they provided to me.
17    Q.  Did they provide you articles on -- or
18 references on persistent chemotherapy-induced
19 alopecia that were not included in Exhibit 2?
20    A.  They provided me the references of that
21 article.  I -- we have to go through the references
22 of that article to see if there is something on
23 chemotherapy-induced alopecia, but there is something
24 that is here, I think.
25    Q.  So in your literature, I know you've

Page 82

1  written articles, do you cite abstracts in the
2  articles that you write?
3     A.  No, I don't never cite -- let's say -- no.
4  I usually cite only peer-reviewed literature.
5     Q.  What about in the report that you prepared
6  for this case.  Did you cite any abstracts in that?
7     A.  I'm not sure.  I can check.
8         You know, this is not an abstract, but it
9  is a proceeding of a symposium, and usually a
10 symposium proceeding may not be peer reviewed.
11 Okay?
12    Q.  What are you referring to?
13    A.  This one.  It's "Assessment of Hair and
14 Scalp Disorders," Antonella Tosti and John Gray.
15 These are two.  It's not an abstract, but is not peer
16 reviewed.
17    Q.  So if there's other literature or other
18 abstracts that discuss persistent
19 chemotherapy-induced alopecia and attributes that to
20 certain chemotherapy drugs, would you want to include
21 that in Exhibit 2?
22        MR. SCHANKER:  Objection, form.
23    A.  If it's published and peer reviewed, yes.
24 BY MR. SEARS:
25    Q.  You've included things that are not peer

Page 83

1  reviewed in Exhibit 2, correct?
2     A.  I included, yes, three abstracts.  I would
3  like to see, but I could include, yes.
4     Q.  So as you know, we deposed Dr. Thompson.
5  Have you reviewed any of the literature that he's
6  written?
7     A.  Any of the literature?
8     Q.  Uh-huh.
9     A.  About what?
10    Q.  About alopecia.
11    A.  That Dr. Thompson wrote?
12    Q.  Yes.
13    A.  No.
14    Q.  There's an article that he wrote called
15 "Primary Scalp Alopecia:  New Histopathological
16 Tools, New Concepts and a Practical Guide to
17 Diagnosis."
18        Have you seen that?
19    A.  No.
20    Q.  In that he wrote:  "The diagnosis of a
21 primary scalp alopecia remains a challenge for both
22 clinicians and dermatopathologists."
23    A.  Primary scarring alopecia.
24    Q.  Let me read it again:  "The diagnosis of a
25 primary scalp alopecia remains a challenge for both

Page 84

1  clinician and dermatopathologists."
2         Do you degree with that?
3         MR. SCHANKER:  Objection, form.
4     A.  No, I disagree.
5  BY MR. SEARS:
6     Q.  For dermatologists in general, it can be
7  difficult for them to diagnosis the type of alopecia,
8  right?
9         MR. SCHANKER:  Objection, form.
10    A.  Depends on dermatologist.  So it's very
11 general.  There are dermatologists that have a basic
12 training and then they can diagnose.
13        And then depends on type of alopecia.  I
14 believe many dermatologists can recognize many
15 pattern of hair loss.  And -- but they may not
16 recognize central centrifugal cicatricial alopecia.
17 BY MR. SEARS:
18    Q.  And, really, I'm just talking about
19 dermatology in general.  For dermatologists in
20 general, when they see a patient clinically, it can
21 be difficult for them to determine the type of
22 alopecia?
23        MR. SCHANKER:  Objection, form.
24    A.  Depends on the type of alopecia.  Every
25 dermatologist can recognize alopecia areata.  Every

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                                  72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 93

1  stomach, in other areas.
2       And if I think it's a centr- -- a
3  scarring, if I see possible central centrifugal
4  cicatricial alopecia, I ask about family history
5  because there are data showing that often the
6  disease goes in the family.
7       And I ask about hairstyle, because what we
8  think nowadays is that seal -- you know, in the
9  past, this disease was called hot comb alopecia,
10 because the idea was that -- was that the heat of
11 the hot comb caused.  Now they show it's not.
12      But I still believe hairstyle play a big
13 role, okay?  Hairstyle that -- like, heavy
14 hairstyle, like corkscrew, you know, I see a lot of
15 women wearing this type of hairstyle.  Here, I take
16 a biopsy to confirm the diagnosis.
17      And, of course, yes, you have to ask how
18 long it -- it's gone.
19      And then what I -- I lost myself.  I think
20 I -- I discussed the most important one.
21      Then you have, you know, this condition
22 which is called chronic telogen effluvium, so --
23 which is a condition that it's -- typically affect
24 women.  And the big complain is that excessive
25 shedding and loss of volume.  So they say -- because

Page 94

1  what happens, their hair -- their hair cycle becomes
2  accelerated and so they shed more, but the hair
3  regrow, but they -- of course, they don't grow long
4  because shed before growing long.
5       So what they complain is that the pony
6  tail becomes thinner, and then they have to cut and
7  cut to keep the volume.  But in these patients you
8  don't see the scalp through the hair.  So the
9  density is maintained, they just have a loss of
10 volume.
11      And then you have these patients that come
12 in -- one person I have always ask, it's about
13 symptoms, okay?  So patients may complain of these
14 symptom called trichodynia, meaning that the scalp
15 is painful.  And these trichodynia, it's not rare in
16 women with telogen effluvium, it has been associated
17 with telogen effluvium.
18      And I ask about itching.  Scalp itching,
19 it's important because maybe the first sign of these
20 scarring alopecia, which is called fibrosing
21 alopecia with a pattern distribution.  So these
22 patient look like they are female pattern hair loss
23 or male pattern hair loss, but complain of severe
24 itching.  And this is a variety of lichen
25 planopilaris, so it is scarring alopecia.  And with

Page 95

1  dermoscopy, you can see a very specific clue which
2  is tuft of hair emerging together surrounded by a
3  scale.  So here, it's very important tyke a biopsy
4  because if you don't make the diagnosis, these
5  patients are going to develop patch of scarring
6  alopecia.
7       And then you may have typical lichen
8  planopilaris where patients are complaining of scalp
9  itching.  Again, this is a very typical symptom of
10 lichen planopilaris, and you have patches without
11 hair.  And you have inflammation at the border of
12 the patches.  You can check the inflammation using
13 your dermatoscope.
14      And you can have a discoid lupus.  This is
15 quite common in African-American population, less
16 common in Caucasian population.  And discoid lupus
17 is very typical because they lose the pigment, okay?
18 So the scar becomes not pigmented.  And this is a
19 disease that is quite difficult to treat and to --
20 to follow.
21      But basically, you know, in all scarring
22 alopecia, I take my dermoscopy and I take a biopsy.
23 And the way I take a biopsy is guided by dermoscopy
24 because this is the way to get the pathological
25 diagnosis.  Because what I don't want in scarring

Page 96

1  alopecia is to get the pathological diagnosis,
2  scarring alopecia.  So I don't know which one it is,
3  okay?  So with the dermatoscope, you can get the --
4  the biopsy side that allows the pathologist to give
5  you that diagnosis.  And we published an article a
6  few years ago about this, which is very important,
7  so . . .
8       You -- sometimes I look at that under the
9  microscope, okay.  This might be important when
10 patients that shed hair, it may be important to look
11 at those under the microscope to see if they are
12 telogen hair as they are in telogen effluvium.
13      If they are anagen hair, can you lose
14 anagen hair in scarring alopecia.  And this is a
15 sign of progression.  Or if you see dystrophic hair
16 as you see in alopecia areata or in acute
17 chemotherapy alopecia, you get hair that are like
18 broken, damaged.
19      What else I do?
20      I -- you know, if I need to follow up with
21 the patients, I take measures, okay?  So for
22 instance, in frontal fibrosing alopecia, I take all
23 the measures that allow me to see if the hairline is
24 keep receding.  So I want to know how much -- how
25 many centimeters are from the glabella to the

24 (Pages 93 to 96)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 97

1 hairline, from the temple to the hairline. And then
2 I also have an instrument, I don't have it here in
3 the U.S., but I have in Italy that measure the
4 thickness of the hair, but this mostly for
5 follow-up. So I want, for this patient when comes
6 back, to know all that.
7     Q. Let me see if I can ask a couple of
8 follow-up questions on that.
9         So the bottom line is, in your practice,
10 getting a careful clinical history is very helpful
11 in assessing the form of alopecia?
12         MR. SCHANKER: Objection, form.
13     A. Absolutely. Yes. I think a very careful
14 clinical history is the most important thing.
15 BY MR. SEARS:
16     Q. And depending upon which type of alopecia
17 you think it might be, you're going to ask that
18 patient follow-up questions to help confirm whether
19 your clinical diagnosis is accurate?
20     A. It's not follow-up question. Let's say
21 "specific questions," okay, because I don't need for
22 a patient with androgenetic alopecia to know if there
23 is a family history of VTI (phonetic), you know, if
24 the diagnosis is clear. If the diagnosis is not
25 clear, I may ask many, many more questions.

Page 98

1     Q. But you do want to ask the patients
2 questions so that you can get their full clinical
3 history picture, right?
4     A. I ask questions to try to understand it,
5 yes, the -- their history.
6     Q. And the history they provide you is helpful
7 in assessing the type of alopecia they have?
8     A. No. My clinical evaluation is helpful in
9 assessing the type of alopecia. The questions are to
10 understand the cause of the type of alopecia or to
11 understand the prognosis they may have because it's
12 not just diagnosis. When I see a patient, I want to
13 understand what will be the best treatment for him,
14 how can I help him most.
15         And I always ask questions about
16 psychological effect of the hair loss because this
17 may be devastating, and so it's very important.
18 Sometimes you see a patient and you see has a lot of
19 hair, but this patient is devastated by her hair
20 loss, you know.
21         So sometimes there is not a real balance
22 between clinical findings and the patient's feeling.
23 That probably an old medicine, but for her sometimes
24 it's terrible.
25         MR. SEARS: I object and move to strike the

Page 99

1 nonresponsive portions.
2 BY MR. SEARS:
3     Q. So you ask the questions in part to
4 understand what underlying cause there might be for
5 the alopecia?
6     A. In certain type of alopecia. In other type
7 of alopecia, I ask question to see if I have to have
8 another doctor like an endocrinologist to see the
9 patient.
10         In other type of alopecia, I ask questions
11 to look for a possible associated disease. I ask
12 question about feeling of the patient, because this
13 is important to guide my treatment, because if
14 somebody as not severe alopecia because but is
15 really devastated by the problem, I have to have a
16 different approach depending on -- sometimes, you
17 know, I see young men, they come with the mother,
18 even in the United States.
19         And so the first question I ask is: Are
20 you coming or is your mom taking you here? Because
21 this make a big difference because maybe for him
22 it's not a problem, it's his mother's problem. And
23 that's very important to decide how to treat him.
24     Q. The bottom line is: Obtaining the
25 background information is necessary and something

Page 100

1 that you do in your normal clinical practice?
2         MR. SCHANKER: Objection, form.
3     A. I don't understand exactly what you mean
4 for "background information."
5 BY MR. SEARS:
6     Q. The --
7     A. The clinical history?
8     Q. Yes.
9     A. Obtaining the clinical history is very
10 important, absolutely.
11     Q. We talked a little bit about how there's
12 causes of alopecia. There's something called
13 metabolic syndrome, and that can cause alopecia,
14 right?
15     A. No.
16         MR. SCHANKER: Objection, form.
17     A. No, no, this is the opposite. So there are
18 papers showing that if you have androgenetic
19 alopecia, you have an increased risk of metabolic
20 syndrome, okay? This started from male pattern hair
21 loss, you know. They noticed that the soldier of
22 Napoleon with him in Russia they -- the one bald died
23 earlier. This is the very first paper on -- on this.
24         And then there are many paper that
25 associate male pattern hair loss, and now even

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 101

1  female pattern hair loss, to increase the risk of
2  cardiac problem. And so -- so it's the opposite.
3  And the reason would be that the hormones can
4  increase lipids and then cause the problem.
5  BY MR. SEARS:
6      Q.  So you had wrote about that in your female
7  pattern hair loss paper in 2013 --
8      A.  Uh-huh.
9      Q.  -- right?
10         "Yes"?
11     A.  I don't know, I have to look at the -- I
12 wrote more than 600 papers. I don't know exactly
13 what I wrote in the paper. If you give me the paper,
14 we'll take a look.
15     Q.  Let me just read you this and see if you
16 agree with it.
17         "Another important association with female
18 pattern hair loss is metabolic syndrome because of
19 increased cardiovascular risk. One study with 77
20 female subjects found 48.6 percent of the women with
21 female pattern hair loss also had metabolic
22 syndrome."
23        Do you agree with that?
24     A.  Yes.
25        MR. SCHANKER: Objection, form.

Page 102

1      A.  But that's what I was just explain you.
2  It's not that metabolic syndrome caused female
3  pattern hair loss, it's that women with female
4  pattern hair loss have an increased risk of metabolic
5  syndrome.
6  BY MR. SEARS:
7      Q.  In your practice, do you have any sort of
8  intake forms that patients fill out?
9      A.  No.
10     Q.  There's no standardized paperwork that they
11 fill out?
12        MR. SCHANKER: Objection, form.
13     A.  Okay. At University of Miami, every
14 patient presenting has to fill out the privacy, this
15 kind of stuff.
16        No, I don't -- I don't like -- I know many
17 dermatologists do that. No, I want to talk with the
18 patient.
19 BY MR. SEARS:
20     Q.  Okay. So in addition to the clinical
21 history, you also perform a physical examination in
22 your clinical practice, right?
23     A.  Absolutely, yes. Even sometimes if I don't
24 need. Even if I see a man who is bald, I do the
25 clinical examination for him, because otherwise he

Page 103

1  said, Oh -- the most common complain that they have
2  is: I went to see a doctor, didn't touch my hair.
3      Q.  You talk about how in conducting physical
4  examinations, you use trichoscopy, right?
5      A.  Yes.
6         MR. SCHANKER: Objection, form.
7  BY MR. SEARS:
8      Q.  In conducting a physical examination and
9  using trichoscopy, that is helpful in assessing
10 biopsy sites, right?
11        MR. SCHANKER: Objection, form.
12     A.  Just for scarring alopecia, I believe.
13 It's very important, very useful, because in this
14 way, the probability to get the diagnosis increase a
15 lot.
16        They are a lot of biopsy. You take a
17 biopsy, you don't get the diagnosis.
18 BY MR. SEARS:
19     Q.  And for scarring alopecia -- for suspected
20 scarring alopecia, where do you want to take the
21 biopsy from?
22     A.  With -- with -- depends on the disease I
23 suspect. If it's lichen planopilaris, I like to take
24 a tuft of hair that are surrounding by the peripilar
25 cast, and so I look with a dermatoscope and pick up

Page 104

1  that.
2         In discoid lupus, I either -- you know,
3  this is quite technical. An area that has these
4  raised dots or an area that has a keratotic plugs,
5  or an area that has, again, the peripilar casts, and
6  if it's possible, CCCA, I take -- it's called the
7  peripilar great white halo, it's a halo that
8  surround the -- the hair.
9         Why? Because if I don't take the biopsy
10 like that, I just get from the pathologist, scarring
11 alopecia. Because when it's scarring, the
12 pathologist cannot tell you which disease caused the
13 scar. Okay? He can see the scar, but he cannot
14 say: This is lichen planopilaris, this is central
15 centrifugal alopecia. And the treatments are
16 different. So that's the reason why we develop the
17 dermoscopy guided biopsy.
18     Q.  So you want to get a clinical history and
19 conduct a physical examination before you decide to
20 biopsy a patient, right?
21        MR. SCHANKER: Objection, form.
22     A.  I do the clinical history, yes. I take a
23 clinical examination, and then I take the biopsy, if
24 needed.
25

Electronically signed by Gina Rodriguez (201-182-126-9514)
Electronically signed by Gina Rodriguez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 125

1  Ms. Durden, and Ms. Francis all had biopsies taken,
2  right?
3     A.  Absolutely, yes.
4     Q.  And you know that Dr. Thompson looked at
5  those biopsies?
6     A.  I know that.
7     Q.  And I believe you reviewed the dermpath
8  report that he put together for all three women,
9  right?
10    A.  Absolutely, yes.
11    Q.  And that's part of the materials that
12 you're relying on for your opinions, right?
13    A.  Yes.
14    Q.  So in your practice, do you personally
15 biopsy the patients?
16    A.  Usually, no, I have a -- in -- here, I have
17 the resident taking the biopsy.  In Italy, I have
18 a -- doctors working for me taking the biopsy.
19    Q.  And you agree that the -- that using
20 trichoscopy is helpful in selecting the biopsy site,
21 right?
22    A.   It's very important to select biopsy site
23 in scarring alopecia, keep this in mind, not in all
24 types of alopecia.
25    Q.  So one reason that trichoscopy is useful

Page 126

1  for scarring alopecia is it's able to identify the
2  areas of active disease, right?
3     A.  Exactly.
4     Q.  And trichoscopy-guided biopsy is
5  particularly useful in women of African ancestry
6  because they are often affected by more than one hair
7  disorder, right?
8         MR. SCHANKER:  Objection, form.
9     A.  No, I don't think so.  They're important in
10 everybody.  You know, it's important in everybody.
11 If you have a woman where you think she has more than
12 one disorder, you may take more than -- more biopsies
13 for each hair disorder, you know.
14 BY MR. SEARS:
15    Q.  Right.  So when you suspect that there
16 might be multiple forms of alopecia occurring on a
17 scalp, you want to biopsy each potential form of
18 alopecia, right?
19    A.  No, because, as I said before, I don't
20 biopsy every type of alopecia, I'm interested in
21 biopsy scarring alopecia, so I would probably biopsy
22 what I feel is scarring alopecia, and I won't biopsy
23 disease that are evident, like late traction
24 alopecia, which is very evident from a clinical point
25 of view.  I won't biopsy alopecia areata, you know.

Page 127

1  I would definitely biopsy if I think it's central
2  centrifugal alopecia or discoid lupus.
3     Q.  So depending on the type of alopecia that
4  you would suspect clinically if there's multiple
5  forms of alopecia occurring on one scalp at one time,
6  you may biopsy multiple forms of the suspected
7  alopecia?
8     A.  Depending on type of alopecia, I would
9  biopsy definitely what I think is scarring alopecia,
10 and I would not biopsy nonscarring alopecia, and I
11 would not probably biopsy very evident, like,
12 alopecia areata or traction.
13    Q.  You've written before that the ideal
14 location for biopsy depends on the presumed
15 diagnosis, right?
16    A.  That's true.
17    Q.  And part of the reason why you want to
18 biopsy the correct site is because it will help the
19 pathologist in arriving at the correct pathological
20 diagnosis, right?
21    A.  Not exactly.  So I want the pathologist to
22 give me a diagnosis.  So if you biopsy a site that is
23 incorrect, you can get normal scalp, you can get
24 non -- nonscarring alopecia, you can get scarring
25 alopecia, which are not diagnosis, okay?

Page 128

1         So what I want from my pathologist is a
2  final diagnosis.  So I want lichen planopilaris, I
3  want discoid lupus.  I don't want scarring alopecia,
4  because scarring alopecia, I'm back to the
5  beginning.  That's why we developed that technique.
6     Q.  The biopsy, when the pathologist reads it,
7  it only gives information about the actual biopsy
8  site that was taken, right?
9     A.  Yes, and that's why I love dermoscopy,
10 because that's a big difference.  If I use my
11 dermoscopy, I check the whole scalp.  So I can tell
12 for sure this is not scarring on the whole scalp.
13 The pathologist can tell by sure that -- the
14 diagnosis of that area.
15    Q.  So, for example, on a scalp that might have
16 more than one form of alopecia going on, if one form
17 of alopecia was not biopsied, it would not
18 necessarily show up on the pathologist's reading?
19        MR. SCHANKER:  Objection, form.
20    A.  If a scalp has different form of alopecia
21 and you take a biopsy on a form of alopecia, the
22 biopsy tells you that form of alopecia.
23        But with trichoscopy -- that's why you
24 have to associate things.  With trichoscopy, you can
25 check and see if there are other forms of alopecia

32 (Pages 125 to 128)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 153

1  who came up with the strategy of where to take the
2  biopsies from?
3      MR. SCHANKER: Objection, form.
4      A. Please repeat this question.
5  BY MR. SEARS:
6      Q. Sure.
7      Did you know that the doctor here who took
8  the punch biopsies testified that he was not the one
9  who came up with the strategy for where to take the
10 biopsies from?
11     MR. SCHANKER: Objection, form.
12     A. Meaning that he didn't select the biopsy
13 site, that's the question?
14 BY MR. SEARS:
15     Q. He did not come up with the strategy for
16 how to select the biopsy sites.
17     MR. SCHANKER: Objection, form.
18     A. What's a strategy? It's really complicated
19 to me.
20 BY MR. SEARS:
21     Q. He testified that the plaintiffs' attorney
22 instructed him about the two types of areas for where
23 to take the biopsies. That's the strategy.
24     MR. SCHANKER: Objection, form.
25     A. No, I don't know.

Page 154

1  BY MR. SEARS:
2      Q. And did you know that the doctor who took
3  the biopsies here testified that he did not assess
4  the patients for causation of their hair loss?
5      MR. SCHANKER: Objection, form.
6      A. No, I don't know.
7      Now I know.
8  BY MR. SEARS:
9      Q. Did you know that the doctor who took the
10 biopsies here testified that he did not look at the
11 scalp to determine what forms of alopecia might be
12 occurring?
13     MR. SCHANKER: Objection, form.
14     A. No.
15 BY MR. SEARS:
16     Q. In your practice, you wouldn't want a
17 plaintiffs' attorney telling you how many biopsies to
18 take or where to take the biopsies from, would you?
19     MR. SCHANKER: Objection, form.
20     A. This is the first time I have to do with
21 plaintiff attorney, and I would never accept that.
22 BY MR. SEARS:
23     Q. So knowing more about the process that
24 occurred here, that process would never occur outside
25 of litigation, would it?

Page 155

1      MR. SCHANKER: Objection, form.
2      A. I don't know. I cannot answer this
3  question.
4  BY MR. SEARS:
5      Q. It's a process that you would not use in
6  your practice, right?
7      MR. SCHANKER: Objection, form.
8      A. But I'm an expert in hair disorder. So if
9  I see a patient, of course I do the clinical
10 examination. I do everything. I don't think I can
11 answer the -- this question.
12 BY MR. SEARS:
13     Q. Sure. As an expert in hair disorders, this
14 is a process that you would not use in your own
15 clinical practice, right?
16     MR. SCHANKER: Objection, form.
17     A. I agree I would not, but maybe there are
18 dermatologists that do take scalp biopsy without
19 taking a proper history, take scalp biopsy without
20 examination. I think that may happen, probably
21 happens.
22 BY MR. SEARS:
23     Q. And that's a process that you would
24 strongly recommend against, right?
25     MR. SCHANKER: Objection, form.

Page 156

1      A. No, I recommend to take a clinical history
2  and to examine your patient.
3  BY MR. SEARS:
4      Q. Right.
5      A. Like standard care.
6      Q. Right. So the standard of care in
7  dermatology would be to assess the patient's clinical
8  history and perform a physical examination before
9  taking a biopsy, right?
10     MR. SCHANKER: Objection, form.
11     A. Yes.
12 BY MR. SEARS:
13     Q. And did you know that the doctor here who
14 took the punch biopsies testified that he had
15 practically no knowledge of Ms. Durden, Ms. Francis's
16 or Ms. Earnest's prior medical history?
17     MR. SCHANKER: Objection, form.
18     A. No.
19 BY MR. SEARS:
20     Q. Did you know that the doctor who took the
21 punch biopsies here did not do any blood work on
22 Ms. Francis, Ms. Earnest, or Ms. Durden?
23     MR. SCHANKER: Objection, form.
24     A. This I don't think is important. You don't
25 need to take any blood work before taking a biopsy

39 (Pages 153 to 156)

Electronically signed by Gina Rodriguez (201-182-126-9514)
Electronically signed by Gina Rodriguez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 269

1  BY MR. SEARS:
2      Q.  And I'm handing you what was marked as
3  Exhibit 11, and it's a 2005 article you wrote called
4  "Permanent alopecia after" -- is it busulfan?  Is
5  that how you say it?
6      A.  I say "busulfan," but I'm not 100 percent
7  sure.
8      Q.  -- "after busulfan chemotherapy."
9          MR. SCHANKER:  What did we mark this
10     exhibit as?
11         MR. SEARS:  11.
12         (Thereupon, marked as Exhibit 11.)
13         THE WITNESS:  So which line?
14 BY MR. SEARS:
15     Q.  So there's first the summary and under the
16 summary you say that:  "Busulfan chemotherapy,
17 however, is responsible for permanent alopecia that
18 usually occurs in bone marrow transplant patients,"
19 right?  It's just the second sentence of the summary
20 paragraph.
21     A.  The sentence busulfan . . . yes.
22     Q.  And then in the first paragraph, you write
23 about:  "Hair loss after chemotherapy is inevitable
24 and is typically reversible.  Hair regrowth is
25 occasionally characterized by hair of a texture and

Page 270

1  color different from the original.
2          "Reported abnormalities include hair
3  curling, pigmentation of gray hair, and alteration
4  of dark and blonde bands along the same hair shaft."
5  And you write that:  "Acute and premature
6  androgenetic alopecia can occasionally occur."
7          Do you see that?
8      A.  I see that.  It's a paper on leukemia.
9          I'm not saying I saw that.  I'm quoting a
10 paper.
11     Q.  So there's papers out there that say that
12 after chemotherapy regimens, premature androgenetic
13 alopecia can occur?
14     A.  There is a paper on leukemia.  I -- I don't
15 remember the paper.  I -- you know, this is a long
16 time ago, but if I quoted, the paper is there,
17 probably.  I don't know about this paper.
18     Q.  So do you think that acute and premature
19 androgenetic alopecia can occur with most types of
20 chemotherapy drugs?
21     A.  I've never seen that.  I don't think so.
22     Q.  Do you know one way or the other?
23     A.  I think, you know, bone marrow
24 transplantation is a completely different situation.
25     Q.  Do you know what other chemotherapy drugs

Page 271

1  were included in the chemotherapy regimen for this?
2      A.  For whom?
3      Q.  For the people who took busulfan
4  chemotherapy?
5      A.  I -- I don't know.
6      Q.  Have you seen reports of premature
7  androgenetic alopecia caused by cyclophosphamide?
8      A.  I've not seen.
9          MR. SEARS:  I lost my Exhibit E.
10         MR. SCHANKER:  Let me make sure.  You want
11     to stop and make a copy of it?
12         MR. SEARS:  No, I got it.
13 BY MR. SEARS:
14     Q.  So do you know whether women who are given
15 chemotherapy for adjuvant treatment of breast cancer
16 receive multiple chemotherapy drugs in their regimen?
17         MR. SCHANKER:  Objection, form.
18     A.  I think most of them do, but I'm not an
19 oncologist and don't know the protocol.
20 BY MR. SEARS:
21     Q.  So we've talked a little bit about how
22 chemotherapy -- persistent chemotherapy-induced
23 alopecia has been reported to present clinically.
24 And there's been reports in the literature that
25 persistent chemotherapy-induced alopecia can present

Page 272

1  in an androgenetic pattern, right?
2          MR. SCHANKER:  Objection, form.
3      A.  I absolutely agree with that.
4  BY MR. SEARS:
5      Q.  And there's reports in the literature that
6  androgenetic -- or I'm sorry.  There's been reports
7  in the literature that persistent
8  chemotherapy-induced alopecia can also present in a
9  diffuse pattern, right?
10     A.  I absolutely agree with that.
11     Q.  And there's many forms of alopecia that are
12 not caused by chemotherapy that could present in
13 those patterns, right?
14     A.  Absolutely, yes.  That's why differential
15 diagnosis of hair disorders is difficult because
16 basically they look all the same.
17     Q.  Would you agree there's not a consensus in
18 the medical community about the clinical presentation
19 of persistent chemotherapy-induced alopecia?
20         MR. SCHANKER:  Objection, form.
21     A.  No, I disagree.  I think the medical
22 community believe that it's diffuse alopecia that may
23 be more pronounced on androgen-dependent area, which
24 is different than really saying an androgenetic
25 pattern.  And I believe we were one of the first to

68 (Pages 269 to 272)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 281

1  Exhibit 13.
2    A.  This is the book chapter.
3       MR. SCHANKER:  Exhibit 13?
4       MR. SEARS:  Yeah.
5  BY MR. SEARS:
6    Q.  So this is -- from the paper it looks like
7  it's titled "Hair Disorders."
8       It starts on the one that's Bates stamped
9  111.  Do you see that?
10   A.  I see that this is a -- the book chapter,
11 so we don't have a pathologist in this book chapter.
12 And I see this, but I disagree with this statement.
13 I believe that in -- even if my name is in this
14 paper, I believe that loss of follicles is a very
15 specific feature.
16   Q.  Okay.
17      So just so it's clear, this is a book
18 chapter that you're working on.  Right?
19   A.  It's the book chapter with Lacouture.  It's
20 the book chapter.
21   Q.  And one of the sentences in that chapter is
22 that:  "The histopathological features of permanent
23 or persistent alopecia attributed to anticancer
24 therapies are not specific."  Right?
25   A.  I write it --

Page 282

1       MR. SCHANKER:  Objection, form.
2       Go ahead.
3    A.  I write it, but I disagree.  We didn't have
4  a pathologist in this chapter.  It's just clinical
5  dermatology.  And I -- have disagree.  Even I have
6  the name here, I am going to correct in the proofs.
7  BY MR. SEARS:
8    Q.  Do you know whether that's the opinion of
9  the other doctors that are included on this paper?
10      MR. SCHANKER:  Objection, form.
11   A.  I -- a book chapter is not a study or a
12 research.  You take from the literature, and it's not
13 a study.
14 BY MR. SEARS:
15   Q.  Because that sentence is included in the
16 draft book chapter, would that be an indication to
17 you that there's some disagreement within the medical
18 community about whether there's unique pathological
19 findings associated with persistent
20 chemotherapy-induced alopecia?
21   A.  I don't agree with that.  I believe that
22 pathologists know that the problem is that this
23 condition there is -- there are no less follicles
24 without fibrosis.  It's unique for that.
25   Q.  Have you ever diagnosed a patient outside

Page 283

1  of a litigation setting with persistent
2  chemotherapy-induced alopecia?
3    A.  Absolutely, yes.
4    Q.  Do you know what the chemotherapy regimens
5  were that those patients took?
6    A.  All of the one I see was docetaxel.
7    Q.  What other chemotherapy drugs were included
8  in those regimens?
9       MR. SCHANKER:  Objection, form.
10   A.  I don't know, I didn't keep track of those
11 patients.  And then I saw the patient -- the man who
12 had the cisplatin, a chemotherapy for lung cancer,
13 with different drugs.
14 BY MR. SEARS:
15   Q.  So in assessing those patients, did you
16 conduct blood tests on them?
17      MR. SCHANKER:  Objection, form.
18   A.  Can you re-ask me the question?  I didn't
19 understand, sorry.
20 BY MR. SEARS:
21   Q.  Sure.
22      In assessing those patients to come up
23 with your diagnosis, did you run blood tests?
24   A.  No, I usually don't run blood tests if I
25 see a diffused persistent hair loss after

Page 284

1  chemotherapy.
2       I do my trichoscopy.  I do a biopsy if he
3  need it.
4    Q.  So we talked earlier today about Exhibit E
5  to your report that lists some medical literature
6  that you reviewed.
7       There's other articles and abstracts that
8  address persistent chemotherapy-induced alopecia
9  that are not included on here, right?
10      MR. SCHANKER:  Objection, form.
11   A.  I don't know.  It may be.
12 BY MR. SEARS:
13   Q.  Have you reviewed an abstract written by
14 Dr. Crown called "Incidence of permanent alopecia
15 following adjuvant chemotherapy in women with early
16 stage breast cancer"?
17   A.  Can I see the abstract?
18      MR. SCHANKER:  Do you have a copy for me?
19      MR. SEARS:  Yeah.
20      All right.  I'm marking the abstract as
21 Exhibit 14.
22      (Thereupon, marked as Exhibit 14.)
23   A.  But I can answer your question.  No, I
24 didn't see because, as I said in the beginning,
25 abstracts come from meeting and I cannot tell you all

71 (Pages 281 to 284)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 285

1  the abstracts.
2  BY MR. SEARS:
3      Q.  So this is an abstract that you did not
4  include in coming up with the counts that you have on
5  Exhibit 2?
6      A.  Absolutely.
7      Q.  Have you seen an article --
8      A.  Can I have the time to read the abstracts,
9  or you don't -- you don't need me to read.
10     Q.  I'm not going to ask you any more questions
11 about it.
12     A.  Okay.
13     Q.  Have you seen an article about "Late
14 effects of adjuvant chemotherapy and postoperative
15 radiotherapy on quality of life among breast cancer
16 patients" that was written by Dr. Berglund?
17     A.  If it's an abstract, I don't think so.  Can
18 I see?
19     Q.  Sure.
20         MR. SEARS:  I will mark that as Exhibit 15.
21         (Thereupon, marked as Exhibit 15.)
22     A.  This is a paper.
23 BY MR. SEARS:
24     Q.  Have you seen this paper before?
25     A.  Let me take a look.

Page 286

1      Q.  Doctor, I apologize.  I only have limited
2  time.  Really the question I want to ask is --
3      A.  Yes.
4      Q.  -- have you seen this paper before?
5      A.  No, I've never seen this paper before.
6      Q.  So any numbers reported in there about
7  persistent chemotherapy-induced alopecia, those
8  numbers were not included in your Exhibit 2, correct?
9      A.  I cannot answer if I don't read completely
10 the paper.  If you give me time tonight, I read the
11 paper and will answer your question.
12     Q.  Have you seen a paper called "A clinical
13 study of chemotherapy-induced permanent alopecia"
14 written by a Dr. Jung?
15     A.  No, I don't think so, but, again . . .
16         (Thereupon, marked as Exhibit 16.)
17         MR. SEARS:  Mark the last as Exhibit 16.
18     A.  Is this on PubMed?  I don't think so.
19 BY MR. SEARS:
20     Q.  Have you seen this before?
21     A.  I -- I -- the papers I see is because it's
22 peer-reviewed literature.  So is this paper on
23 PubMed, meaning it's peer-reviewed literature or not?
24     Q.  I don't know the answer to that.
25     A.  You know, because that may be the

Page 287

1  explanation I didn't see the paper because that's my
2  way to look for literature.
3      Q.  And so whatever numbers might be recorded
4  in here for persistent chemotherapy-induced alopecia
5  were not included in your Exhibit 2, correct?
6          MR. SCHANKER:  Objection, form.
7      A.  I -- but I believe the reason it's not
8  included is because this paper was not peer reviewed.
9          Can I quickly check on PubMed?
10 BY MR. SEARS:
11     Q.  What is that?
12     A.  Can we quickly check if this paper is on
13 PubMed?
14     Q.  If you want to do that tonight, that's
15 fine.  But I've got to keep on moving based upon
16 time.
17         THE WITNESS:  Yes, maybe you can check,
18     Lauren.
19 BY MR. SEARS:
20     Q.  We talked earlier about how you included
21 abstracts in your counts for Exhibit 2, right?
22         MR. SCHANKER:  Objection, form.
23     A.  Yes.
24 BY MR. SEARS:
25     Q.  And those are not peer reviewed, are they?

Page 288

1      A.  The only abstracts I -- I included is
2  because were given to me.
3      Q.  Sure.
4      A.  Because I cannot research for abstracts.
5      Q.  And so far these papers that we've just
6  gone through, those were not provided to you, were
7  they?
8          MR. SCHANKER:  Objection, form.
9      A.  They were not provided to me, but I
10 searched for papers myself and I searched all the
11 literature.  So I am surprised I didn't find this
12 papers and possible explanation is that it's not on
13 PubMed.
14 BY MR. SEARS:
15     Q.  Have you seen a study by a Dr. Kang called
16 "Incidence of permanent chemotherapy-induced alopecia
17 among breast cancer patients:  A five-year
18 prospective cohort study"?
19     A.  I think so.
20     Q.  Do you know if you included those numbers
21 in Exhibit 2?
22     A.  Which is the name?  Kay?
23     Q.  It's Dr. Kang, K- --
24     A.  K-A-N-G, yes.
25     Q.  And the article is "Incidence of

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 297

1  based on theory.  It's not based -- they're not
2  discussing the existence of the disease, the clinical
3  features of the disease.  They are discussing why
4  this happens.  We don't know.  Disagreement is what
5  makes people working and then finding something.
6  BY MR. SEARS:
7      Q.  You wrote a letter to the editor in 2011
8  called "Permanent chemotherapy-induced alopecia:  A
9  review," right?
10     A.  Yes.
11     Q.  And in that you wrote:  "In
12 tamoxifen-CIPAL, hair loss started three months after
13 initiation of the treatment and was expressed as
14 complete or androgenetic-type alopecia," right?
15     A.  Probably I wrote because it's more evident
16 on the androgen-dependent scalp.
17     Q.  So I have read your report that you
18 prepared in this case, and I know it's your opinion
19 that Ms. Francis and Ms. Durden have traction
20 alopecia, but you think that all three women also
21 have persistent chemotherapy-induced alopecia.
22 Right?
23     A.  Yes.
24     Q.  And in your report, you do not attribute
25 the hair loss to any specific chemotherapy drug,

Page 298

1  right?
2          MR. SCHANKER:  Objection, form.
3      A.  I cannot say which drug is causing the --
4  the hair loss, of course.  You can never make these
5  diagnosis for any type of drug-induced hair loss,
6  even for telogen effluvium.
7          MR. SEARS:  You know, I think I'm -- with a
8       couple of areas I might clean up tomorrow, I
9       think I'm about ready to switch over to
10      case-specific.  So you guys just want to break
11      for the day or . . .
12         MR. SCHANKER:  Why don't we take a break
13      for a moment and talk about it.
14         MR. SEARS:  Okay.
15         THE VIDEOGRAPHER:  Off the record.  The
16      time is 5:25 p.m.
17         (The proceedings concluded for the day at
18      5:25 p.m., and will continue in Volume 2.)
19
20
21
22
23
24
25

Page 299

75 (Pages 297 to 300)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

```
ERROR: typecheck
OFFENDING COMMAND: image

STACK:

-dictionary-
-savelevel-
```