# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                          MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## FOURTH AMENDED PLAINTIFF FACT SHEET


        This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of
Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your
knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and
correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much
information as you can. You must supplement your responses if you learn that they are incomplete or incorrect
in any material respect.

        In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any
hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility
that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss
center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation
specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or
other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or
plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession,
including but not limited to written documents, documents in electronic format, cassettes, videotapes,
photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical
copies, and other data compilations from which information can be obtained and translated, if necessary, by the
respondent through electronic devices into reasonably usable form.

        **Information provided by plaintiff will only be used for purposes related to this litigation and may
be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed
pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the
governing rules of civil of the state in which the case is pending).**


## I.    CORE CASE INFORMATION


Attorney Information

        Please provide the following information for the civil action that you filed:

        1.    Caption:  Antoinette Durden v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S.
              LLC, separately, and doing business as Winthrop U.S.

        2.    Court and Docket No.:  USDC Eastern District of Louisiana 2:16-cv-16635

3.  MDL Docket No. (if different):
4.  Date Lawsuit Filed:  <u>11/2  /2016</u>
5.  Plaintiff's Attorney:  <u>Christopher L. Coffin</u>
6.  Plaintiff's Law Firm:  <u>Pendley, Baudin   Coffin, L.L.P.</u>
7.  Attorney's Address:  <u>1515 Poydras Street, Ste. 1400</u>
       <u>New Orleans, LA 70112</u>
8.  Attorney's Phone Number:  <u>(225) 687-63  6</u>
 .  Attorney's Email Address:  <u>ccoffin   pbclawfirm.com</u>

## Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10.  Name:  <u>DURDEN, ANTOINETTE</u>
11.  Street Address:  ██████████
12.  City:  ████████
13.  State:  ██
14.   ip code:  ████
15.  Date of Birth:  ██████
16.  Place of Birth:  ████████
17.  Social Security Number:  ██████
18.  Maiden or other names you have used or by which you have been known:
     <u>N/A</u>
1 .  Sex:  Male:       Female:
20.  Race:

| Race | es |
|------|-----|
| American Indian or Alaska Native | |
| Asian | |
| Black or African American | |
| Native Hawaiian or Other Pacific Islander | |
| White | |

21.  Ethnicity:

| Ethnicity | es |
|-----------|-----|
| Hispanic or Latino | |
| Not Hispanic or Latino | |

22.  Primary Language:  <u>English</u>

## Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name:

24. Address:

25. Capacity in which you are representing the individual:

26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

      a) State:

      b) Court:

      c) Case Number:

27. Relationship to the Represented Person:

28. State the date of death of the decedent: --/--/----

2 . State the place of death of the decedent:

30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes     No

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.  PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently:  Married:     Single:     Engaged:

    Significant other:     Divorced:     Widowed:     Same sex partner:

2. Have you ever been married?  Yes     No

3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| | --/--/---- | --/--/---- | |

Education

4. For each level of education you completed, please check below:

    High School:     Vocational School:

    College: AA:     BA/BS:     Masters:     PhD:     M.D.:

    Other:

Employment

    5. Are you currently employed? Yes    No

    6. If yes, state the following:

        a) Current employer name: <u>Self Employed-Daycare</u>

        b) Address: ███████████

        c) Telephone number: ███████████

        d) Your position there: <u>Owner</u>

    7. Are you making a claim for lost wages or lost earning capacity?

        Yes    No

    8. Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual ross Income | our Position |
|---|---|---|---|---|
| | | --/--/---- to --/--/---- Present | | |

    . Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes    No

    10. If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
| Antoinette Durden | 06/--/2012 to 02/--/2016 Present | Breast Cancer |

    YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORI ATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST WAGES OR LOST EARNING CAPACITY DAMAGES.

Worker's Compensation and Disability Claims

    11. Within the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

        Yes    No

    12. If yes, then as to EACH application, please state the following:

| ear Claim Filed | Court | Nature of Claimed In ury | Period of Disability | Award Amount |
|---|---|---|---|---|
| 2012 | Social Security office | Breast Cancer | 2012-present | 74 .00 |

Military Service

13. Have you ever served in any branch of the military?  Yes      No

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
|  | --/--/---- to --/--/----<br>Present |

15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes      No

16. If yes, state the condition:

Other Lawsuits

17. Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes      No

Computer Use

18. Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes      No

1 . If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
|  |  | --/--/---- |  |

20. Are you now or have you ever been a member of an alopecia support group?
Yes      No

    a) If yes, identify the group by name:

    b) When did you join the group?

## III.   **PRODUCT IDENTIFICATION**

**I HAVE RECORDS DEMONSTRATIN    USE OF TAXOTERE ® OR OTHER DOCETAXEL:   es     No**

**OU MUST UPLOAD THEM BEFORE   OU SUBMIT THIS FACT SHEET**

Taxotere®

1. Were you treated with brand name Taxotere ®?  Yes     No     Unknown

Other Docetaxel

2. Were you treated with another Docetaxel or generic Taxotere®?  Yes     No
3. If yes, select all that apply:

| Name of Drug | es |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | |
| Docetaxel – Pfizer Inc. | |
| Docetaxel – Sandoz Inc. | |
| Docetaxel – Accord Healthcare, Inc. | |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | |
| Docefrez – Sun Pharma Global F  E | |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | |
| Docetaxel – Teva Parenteral Medicines, Inc. | |
| Docetaxel – Dr. Reddy's Laboratories Limited | |
| Docetaxel – Eagle Pharmaceuticals, Inc. | |
| Docetaxel – Northstar Rx LLC | |
| Docetaxel – Sagent Pharmaceuticals, Inc. | |
| Unknown | |

4. **IF   OU SELECTED "UNKNOWN"   OU MUST CERTIF    AS FOLLOWS:**

   **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records:** ☐

**IV.    MEDICAL INFORMATION**

Vital Statistics

1. How old are you:  66
2. Age at the time of your alleged injury:  61
3. Current weight:  146
4. Current height:
   Feet:  4  Inches:  11
5. Weight at time of alleged injury:  125


Gynecologic and Obstetric History

6. Have you ever been pregnant?  Yes      No
   a) Number of pregnancies:  01
   b) Number of live births:  01
7. If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Williams , Anesha | ███████████ | ██████ |

8. Date of first period (menses):  --/--/1_67  Age:  17
.   Date of last period (menses):  --/--/1____  Age:  4_
10. Are you menopausal, perimenopausal or postmenopausal?  Yes      No
11.    or        year for the last se en ( ) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped or missed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2004 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2005 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2006 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2007 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2008 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 200 | |
| Hamilton, Monique  P | 442  Clara St, New Orleans, LA 70115 | 2010 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2011 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2012 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2013 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2014 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2015 | |
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2016 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Hamilton, Monique | 442  Clara St, New Orleans, LA 70115 | 2017 | |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  0 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  1 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  2 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  3 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  4 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  5 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  6 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  7 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1  8 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 1 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2000 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2001 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2002 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2003 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2004 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2005 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2006 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2007 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2008 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 200 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2010 | |

| Doctor | Office | ear | Skipped or Missed |
|---|---|---|---|
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2011 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2012 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2013 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2014 | |
| Plaintiff cannot recall, Plaintiff cannot recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2015 | |
| Plaintiff does not recall , Plaintiff does not recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2016 | |
| Plaintiff does not recall , Plaintiff does not recall | Ochsner Baptist Medical Center2700 Napoleon Ave, New Orleans, LA 70115 | 2017 | |

Other Risk Factors

13.  Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
| Sister | | 60 |

14.  Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes     No

a)  If yes, which?

15.  Did you receive radiation treatments or exposure to radiation before the age of 30? Yes     No

a) If yes, describe the particulars of your treatment or exposure:

Tobacco Use History

 or the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16.  I currently use tobacco:  Yes     No

17.  I have never used tobacco:  Yes     No

18.  I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment:
    Yes     No

1 .  Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use ( ears) |
|------|------|-----------------|-------------------------|
| Cigarettes | | | |
| Cigars | | | |
| Pipes | | | |
| Chewing tobacco/snuff | | | |

Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times inthe seven (7) year period before you first took Taxotere®? Yes      No

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|------------|-----------|-------------|
| Benazepril 40 MG | Velu, Priya<br>2820 Napoleon Ave #8 0,<br>New Orleans, LA 70115 | --/--/2007 to --/--/----<br>☑ Present |

## V.   CANCER DIA NOSIS AND TREATMENT

Cancer Diagnosis    Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes      No

2. Were you diagnosed with cancer more than once?  Yes      No

3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|-----------|---------|
| Surgery | |
| Radiation | |
| Chemotherapy | |

4. For surgery, specify:

| Type of Surgery | Treated |
|-----------------|---------|
| Double mastectomy | |

| Type of Surgery | Treated |
|---|---|
| Left-side mastectomy | |
| Right-side mastectomy | |
| Lumpectomy | |
| Other: | |

5.   Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Ductal Carcinoma |
| **Date of Diagnosis** | 07/20/2011 |
| **Primary Oncologist** | 10/18/2011 to 02/1/2012       Present<br>Chemotherapy<br>Jancich, Sophy<br>2820 Napoleon Ave Ate. 115<br>New Orleans, LA 70115 |
| **Primary Oncologist** | --/--/---- to --/--/----       Present |
| **Primary Oncologist** | --/--/---- to --/--/----       Present |
| **Treatment Facility** | 10/18/2011 to 02/1/2012       Present<br>Chemotherapy<br>Ochsner Baptist Medical Center<br>2700 Napoleon Ave<br>New Orleans, LA 70115 |
| **Treatment Facility** | --/--/---- to --/--/----       Present |
| **Treatment Facility** | --/--/---- to --/--/----       Present |
| **Treatment Facility** | --/--/---- to --/--/----       Present |

Particulars of Chemotherapy

6.   When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel?  07/20/2011

7.   What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | |
| Non-small cell lung cancer | |
| Prostate cancer | |
| Gastric adenocarcinoma | |
| Head and neck cancer | |
| Other: | |

8.   For breast cancer, specify:

a) Tumor size:

| Tumor Size | es |
|---|---|
| TX | |
| T0 | |
| Tis | |
| T1 | |
| T2 | |
| T3 | |
| T4 (T4a, T4b, T4c, T4d) | |
| Unknown | |

b) Metastasis:  <u>no</u>

c) Node involvement:

| Node | es |
|---|---|
| Node + NX | |
| Node + N0 | |
| Node + N1 | |
| Node + N2 | |
| Node + N3 | |
| Node – (negative) | |
| Unknown | |

d) HER2 + (positive):        HER2- (negative):        Unknown:

e) Estrogen receptor: Positive (ER+):        Negative (ER-):        Unknown:

f) Progesterone receptor: Positive (PR+):        Negative (PR-):        Unknown:

.  Was Taxotere® or Docetaxel the only chemotherapy treatment that you e er recei ed?
Yes      No      Unknown

10.  Have you ever been treated with other chemotherapy drugs, either alone or in combination
with or sequentially with Taxotere® or Docetaxel?   Yes      No      Unknown

11.  If yes, check which of the following chemotherapy drugs you took:

| Drug | es |
|---|---|
| 5-Fluorouracil (Eludex) | |
| Actinomycin | |
| Altretamine (Hexalen) | |
| Amsacrine | |

| Drug | es |
|------|----|
| Bleomycin | |
| Busulfan (Busulfex, Myleran) | |
| Cabazitaxel: Mitoxantrone | |
| Carboplatin (Paraplatin) | |
| Carmustine (BiCNU, Gliadel) | |
| Cetuximab (Erbitux) | |
| Chlorambucil (Leukeran) | |
| Cisplatin (Platinol) | |
| Cyclophosphamide (Neosar) | |
| Cytarabine (Depocyt) | |
| Dacarbazine | |
| Daunorubicin (Cerubidine, DaunoXome) | |
| Doxorubicin (Adriamycin, Doxil) | |
| Epirubicin (Ellence) | |
| Erlotinib (Tarceva) | |
| Etoposide (Etopophos, Toposar) | |
| Everolimus (Afinitor,   ortress) | |
| Faslodex (Fulvestrant) | |
| Gemcitabine (Gemzar) | |
| Hexamethylmelamine (Hexalen) | |
| Hydroxyurea (Hydrea, Droxia) | |
| Idarubicin (Idamycin) | |
| Ifosfamide (Ifex) | |
| L-asparginase (crisantaspase) | |
| Lomustine (Ceenu) | |
| Melphalan (Alkeran) | |
| Mercaptopurine (Purinethol, Purixan) | |
| Methotrexate (Trexall, Rasuvo) | |
| Mitomycin | |
| Mitoxantrone | |
| Nab-paclitaxel (Abraxane): Mitoxantrone | |
| Nitrogen mustard | |
| Paclitaxel (Taxol) | |
| Panitumumab (Vectibix) | |
| Procarbazine (Matulane) | |
| Sorafenib (Nexavar) | |
| Teniposide (Vumon) | |

| Drug | es |
|------|-----|
| Thioguanine (Tabloid) | |
| Thiotepa (Tepadina) | |
| Topotecan (Hycamtin) | |
| Vemurafenib (  elboraf) | |
| Vinblastine | |
| Vincristine (Mariqibo, Vincasar) | |
| Vindesine | |
| Vinorelbine (Alocrest, Navelbine) | |
| Unknown | |

12.  Please pro  ide the following information regarding Taxotere® or Docetaxel:

    a)  Number of cycles:  <u>06</u>

    b)  Frequency: Every week    Every three weeks

       Other:

    c)  First treatment date:  <u>10/18/2011</u>

    d)  Last treatment date:  <u>02/1/2012</u>

    e)  Dosage:  <u>150 MG</u>

        (1) Combined with another chemotherapy drug:

        (2) Sequential with another chemotherapy drug:

        (3) If so, describe the combination or sequence:  <u>Combined with Cytoxan</u>

13.  Prescribing Physician(s):

| Prescribing Physician | Address |
|------------------------|---------|
| Jancich, Sophy | 2820 Napoleon Ave Ste 115<br>New Orleans, LA 70115 |

14.  Treatment Facility:

| Treatment Facility | Address |
|---------------------|---------|
| Ochsner Baptist Medical Center | 2700 Napoleon Ave<br>New Orleans, LA 70115 |

15.  Identify    state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|-------|-----------|---------|
| LA | 10/18/2011 | 02/1/2012    Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes     No     Unknown

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

## VI.   CLAIM INFORMATION

Current Status

1.    re you currently taking Taxotere® or Docetaxel?  Yes     No

2.    Are you currently cancer-free?  Yes     No

3.    If no, check those that apply to your CURRENT status:

| Current Status | es |
|---|---|
| In remission | |
| Currently receiving chemotherapy | |
| Currently receiving radiation therapy | |
| Currently hospitalized for cancer or cancer-related complications | |
| Currently in home health or hospice care for cancer or cancer-related complications | |
| ancer returned after taking Taxotere® or Docetaxel | |

4.    When was the last (most recent) date you consulted with an oncologist:  <u>03/30/2017</u>

Alleged Injury

5.    State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged In ury | es | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | | | 03/--/2012 | --/--/---- ☑ Present |

| Alleged In ury | es | No | From | To |
|---|---|---|---|---|
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | | | --/--/---- | --/--/----    Present |
| Permanent/Persistent Hair Loss on Scalp | | | 03/--/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp          Top          Sides          Back          Temples          Other: | | | --/--/---- | --/--/----    Present |
| Diffuse thinning of hair: total scalp          Top          Sides          Back          Temples          Other: | | | 03/--/2012 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | | | 03/--/2012 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | | | --/--/---- | --/--/----    Present |
| Small bald area in the hair on your head | | | --/--/---- | --/--/----    Present |
| Large bald area in the hair on your head | | | 03/--/2012 | --/--/---- ☑ Present |
| Multiple bald spots in the hair on your head | | | --/--/---- | --/--/----    Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | | | --/--/---- | --/--/----    Present |
| Other: | | | --/--/---- | --/--/----    Present |
| Permanent/Persistent Loss of Eyebrows | | | 03/--/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | | | 03/--/2012 | --/--/----    Present |
| Permanent/Persistent Loss of Body Hair | | | 03/--/2012 | --/--/2017 ☑ Present |
| Permanent/Persistent Loss of Genital Hair | | | 03/--/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Nasal Hair | | | 03/--/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Ear Hair | | | 03/--/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Hair in Other Areas Describe: | | | --/--/---- | --/--/----    Present |

6.    Have you ever received treatment for the injury you allege in this lawsuit?

Yes      No

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| Mermilliod, Julie | 12/13/2013 to 11/21/2016 Present | Ketoconazole (Nizoral) shampoo<br><br>Flucinonide (Lidex) topical solution<br><br>Hydroquinone Cream<br><br>Biotin Supplement |
| Martin, Julie E. | 01/31/2017 to --/--/----<br>☑ Present | Triamcinolone acetonide injection (10mg)<br><br>Hydroquinone Cream<br><br>Intralesional Kenalog (10mg) |
| Tosti, Antonella | 05/2  /2018 to 05/2  /2018 Present | Expert Dermatology Consult |
| Thompson , Curtis | 04/??/2018 to 04/??/2018 Present | Expert Dermatology Report |

7.   Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

Yes      No

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| Martin, Julie | 01/31/2017 to --/--/----<br>☑ Present | Triamcinolone acetonide injection (10mg)<br><br>Hydroquinone Cream<br><br>Intralesional Kenalog (10mg) |
| Mermilliod, Julie | 12/13/2013 to 11/21/2016 Present | Ketoconazole (Nizoral) shampoo<br><br>Flucinonide (Lidex) topical solution<br><br>Hydroquinone Cream<br><br>Biotin Supplement |
| Tosti, Antonella | 05/2  /2018 to 05/2  /2018 Present | Expert Dermatology Consult |

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| Thompson, Curtis | 04/??/2018 to 04/??/2018 Present | Expert Dermatology Report |

8.   a e you discussed with any healthcare pro ider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?  Yes      No

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| Martin, Julie E. | 01/31/2017 to --/--/---- ☑ Present | Triamcinolone acetonide injection (10mg)<br><br>Hydroquinone Cream<br><br>Intralesional Kenalog (10mg) |

Statement Information

.   Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes      No

10.  If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| Handout on Taxotere | | |

11.  Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes      No

12.  If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| |

13.  Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes      No

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
|  | --/--/---- |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes      No

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- |  |  |  |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes      No

**OU MUST UPLOAD NOW AN   MEDICAL RECORDS IN   OUR POSSESSION DEMONSTRATIN   ALLE   ED INJUR   OR PHOTO  RAPHS SHOWIN     OUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTO   RAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or   motional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes      No

1 . If yes, did you seek treatment for the psychiatric or psychological condition? Yes      No

| Provider | Date | Condition |
|---|---|---|
| Bianchinni , Kevin | 03/20/2018 | Adjustment Disorder with Mixed Anxiety     Depressed Mood |
| Thompson , John | 05/??/2018 | Adjustment Disorder with Mixed Anxiety     Depressed Mood |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes      No

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| | --/--/---- | |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel?
Yes     No

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| ear | Annual   ross Income |
|---|---|
| | |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| ear | Annual   ross Income |
|---|---|
| | |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses?
Yes     No

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---|---|
| Wigs | 80.00 x2 |
| Wigs | 45.00 x7 |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you e  er see a healthcare pro  ider for hair loss B    OR   taking Taxotere® or Docetaxel?
Yes     No

2. Did your hair loss begin during chemotherapy treatment?  Yes     No

3. If yes, did you FIRST experience hair loss:

   a)  After treatment with another chemotherapy agent:

   b)    fter treatment with Taxotere® or Docetaxel:

4. At any time before or during the hair loss were you:

| Condition | es | Description |
|---|---|---|
| Pregnant | | 0 /03/1 7 |
| Seriously ill | | |
| Hospitalized | | child birth |
| Under severe stress | | |
| Undergoing treatment for any other medical condition | | |

5.  When did you FIRST discuss with or see a healthcare provider about your hair loss?
    <u>12/13/2013</u>

6.  Have you started any special diets at any time before or during the hair loss?
    Yes    No    Describe:

Hair Loss History

| Question | No | es | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | | | Claiborne, Cole |
| Have you had blood tests done to evaluate your hair loss problem? | | | |
| Have your hormones ever been checked to evaluate your hair loss problem? | | | |
| Have you ever been told by a doctor that you have a thyroid condition? | | | |
| Have you ever been treated with thyroid hormone? | | | |
| Have you ever been told by a doctor that you have a low iron level? | | | |

7.  Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes    No

8.  If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| | --/--/---- to --/--/----<br>Present | |

.   Do you have any autoimmune diseases? Yes    No

10. If yes, check the following which describes you:

| Autoimmune Disease | es |
|---|---|
| Lupus | |
| Rheumatoid arthritis | |
| Celiac disease | |
| Type 1 diabetes | |
| Sjogrens disease | |
| Vitiligo | |
| Hashimoto's | |
| Other: | |

11.  Were you taking any medications when your hair loss began? Yes      No

| Medication |
|---|
| Benazepril |

Hair Care

12.  How often do you wash/shampoo your hair? Every <u>3</u> days

13.  Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | es | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | | --/--/---- to --/--/----  Present | Never |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | | --/--/---- to --/--/----  Present | Never |
| Hair dyed | | --/--/1 80 to --/--/1 80  Present | |
| Hair highlighted | | --/--/---- to --/--/----  Present | Never |
| Braids | | --/--/---- to --/--/----  Present | Never |
| Weaves | | --/--/---- to --/--/----  Present | Never |
| Tight hairstyles (ponytails) | | --/--/---- to --/--/----  Present | Never |
| Extensions | | --/--/---- to --/--/----  Present | Never |
| Other: | | --/--/---- to --/--/----  Present | Never |

14. Have you ever used the following?

| Hair Treatment | es |
|---|---|
| WEN Cleansing Conditioners | |
| Unilever Suave Professionals Keratin Infusion | |
| L'Oréal   hemical Relaxer | |

15. Has your hair care regimen been different in the past? Yes     No

    a) If yes, describe:

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | es |
|---|---|
| Folic Acid supplementation | |
| Minoxidil | |
| Other: | |

17. Did you wear a cool cap during chemotherapy treatment?  Yes     No

18. If yes, which cooling cap did you wear:

1 . Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss? Yes     No

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| Bitoin | 12/13/2013 | 3 years | No |

21. Has anything helped your hair loss? Yes     No

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| | --/--/---- to --/--/---- Present | | |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  5 years

24. Has any hair regrowth occurred? Yes     No

25.  Have you ever worn a wig to conceal your hair loss? Yes     No

26.  Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 11/--/2012 to --/--/---- ☑ Present | Daily | Beauty Connection | 80.00 x2 45.00 x7 |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1.  Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight (8) years and the reason for consulting the healthcare provider or mental healthcare provider.

**OU MUST INCLUDE   OUR ONCOLO IST, RADIOLO IST, DERMATOLO IST, DERMATOLO IST-PATHOLO IST, HAIR LOSS SPECIALIST,   NECOLO IST, OBSTETRICIAN, AND PRIMAR   CARE PH  SICIAN, ALON   WITH AN   OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Riker, Adam | Medical Director of Cancer Services | 2820 Napoleon Ave New Orleans , LA 70115 | --/--/2012 to --/--/2012 Present | Surgical oncology |
| Hilaire, Hugost | Clinical Surgery | 2828 Napoleon Ave New Orleans , LA 70115 | --/--/2012 to --/--/2012 Present | Reconstructive Surgery |
| Jancich, Sophy | Hematology/ Oncology | 2828 Napoleon Ave New Orleans , LA 70115 | --/--/2011 to --/--/---- ☑ Present | Hematology/ Oncology |
| Cole, John | Hematology/ Oncology | 2828 Napoleon Ave New Orleans , LA 70115 | --/--/2011 to --/--/---- ☑ Present | Hematology/ Oncology |
| Tosti, Priya P | Family medicine | 2820 Napoleon Ave New Orleans , LA 70115 | --/--/2012 to --/--/---- ☑ Present | High blood Pressure |
| holeman , Stacey | Gynecology | 3700 St. Charles ave New Orleans , LA 70115 | --/--/2004 to --/--/2016 Present | gynecology |
| Soto, Eliana | Breast Surgery | 3700 St. Charles ave New Orleans , LA 70115 | --/--/2012 to --/--/2012 Present | General Surgery |
| Bosco, Lauren | Physical Therapist | 1201 S Clearview Pkwy Jefferson, LA 70121 | --/--/2012 to --/--/2012 Present | Physical therapist |
| Martin, Juile | Dermatology | 1514 Jefferson Hwy New Orleans , LA 70121 | --/--/2017 to --/--/---- ☑ Present | Hair Loss |
| Marchand, Kristina | Gynecology | 3700 St. Charles ave New Orleans, LA 70115 | --/--/2017 to --/--/---- ☑ Present | Gynecology |
| Hamilton, Monique P | Gynecology | 1514 Jefferson Hwy, Jefferson, LA 70121 | --/--/2004 to --/--/---- ☑ Present | Gynecology |
| Mermilliod, Julie | Dermatologist | 1514 Jefferson Hwy, Jefferson Jefferson, LA 70121 | --/--/2013 to --/--/2016 Present | Hair Loss |

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Bianchinni, Kevin | Psychologist | 2  01 N-10 Service Rd E. Ste 300 Metarie, LA 70002 | 03/20/2018 to 03/20/2018 Present | Adjustment Disorder with Mixed Anxiety Depressed Mood |
| Thompson , John | Neuropsychologist | 1415 Tulane Ave New Orleans , LA 70112 | 05/??/2018 to 05/??/2018 Present | Adjustment Disorder with Mixed Anxiety Depressed Mood |
| Claiborne, Cole | Dermatologist | 1477 Louisiana Ave New Orleans , LA 70115 | 03/26/2018 to 03/26/2018 Present | Scalp Biopsy |
| Tosti, Antonella | Dermatologist | 12  5 NW 14th St. Ste K/L/M Miami, FL 33125 | 05/2  /2018 to 05/2  /2018 Present | Expert Dermatology Consult |
| Thompson , Curtis | Dermatologist | 12254 SW Garden Pl Tigard, OR  7224 | 04/??/2018 to 04/??/2018 Present | Expert Dermatopathology Report |

Hospitals, Clinics, and Other Facilities:

   2.  Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(8)years:

   **OU MUST INCLUDE THE LOCATIONS FOR SUR   ERIES, RADIOLO    , IMA  IN  , BIOPSIES, CHEMOTHERAP  , CHILD BIRTHS,    NECOLO  IC PROCEDURES OR TREATMENT, ALON  WITH AN   OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Ochsner Baptist Medical Center | 2700 Napoleon Ave New Orleans, LA 701115 | 10/18/2011 to 02/1/2012 Present | Chemotherapy Treatment |
| Ochsner Baptist Medical Center | 2700 Napoleon Ave New Orleans, LA 701115 | --/--/1   0 to --/--/---- ☑ Present | Mammogram |

Laboratories:

   3.  Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|---|---|---|---|---|
| Ochsner Medical Center | 1514 Jefferson Hwy Jefferson, LA 70121 | --/--/2007 to --/--/---- ☑ Present | Blood Test | Annual |

Pharmacies:

4. To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|------|---------|-------|-------------|
| Walgreens | 718 S Carrollton Ave New Orleans, LA 70118 | --/--/2008 to --/--/---- ☑ Present | Docusate Sodium Ferrous Sulfate Albuterol Ascorbic Atenolo Benazepril Catirizine Letrozole Omeprazole Spironolactone Trimacinolone Verapamil Tizanidine Budesonide Olopatadine Methylprednisolone Chlorthalidone Scopolamine |

Retailers:

5. Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|------|---------|-------|-----------|
| Walgreens | 718 S Carrollton Ave New Orleans, LA 70118 | --/--/2007 to --/--/---- ☑ Present | Shampoo |
| Sallys | 714 S Carrollton Ave New Orleans, LA 70118 | --/--/2007 to --/--/---- ☑ Present | Shampoo |

Insurance Carriers:

6. Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured SSN | Policy Number | Dates of Coverage |
|---------|---------|---------------------|---------------|-------------------|
| Humana | ███████ | Durden, Antoinette ████ | ██████ | --/--/2016 to --/--/---- ☑ Present |
| Medicaid | ████████ | Durden, Antoinette ████ | ██████ | --/--/2011 to --/--/---- ☑ Present |

| Carrier | Address | Name of Insured SSN | Policy Number | Dates of Coverage |
|---|---|---|---|---|
| N/A | | | | --/--/2007 to --/--/2010 Present |

## IX.     DOCUMENT REQUESTS AND AUTHORIZATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet. *Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | | | |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twel e (12)years. | | | |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | | | Ochsner Medical Center (located on Jefferson) |
| Pathology reports and results of biopsies performed on you related to your hair loss. *Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years. | | | Walgreens |
| Documents identifying all chemotherapy agents that you have taken. | | | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | | | Social Security office |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) |

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| d  ertisements or promotions for Taxotere®. | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) and/or Defendants |
| rticles discussing Taxotere®. | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) and/or Defendants |
| ny packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®. *Plaintiffs or their counsel must maintain the originals of these items.* | | | Ochsner Baptist Medical Center (located on Napoleon Ave.) |
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®. *Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | | | |
| Documents obtained directly or indirectly from any of the Defendants. | | | N/A |
| Communications or correspondence between you and any representative of the Defendants. | | | N/A |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | | | |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | | | N/A |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | | | N/A |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and e  ery year thereafter. | | | N/A |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | | | Ochsner Baptist Medical Center |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | | | N/A |

| Type of Document(s) | es | No | If No, who has the document(s)? |
|---|---|---|---|
| If you are suing in a representative capacity, letters testamentary or letters of administration. | | | N/A |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | | | N/A |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | | | |
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | | | Plaintiff has undertaken a good faith effort to locate photographs responsive to this request.  However, Plaintiff has been unable to locate any photographs taken during this time period.   Should Plaintiff discovery photographs responsive to this request she will supplement her response accordingly. |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | | | Plaintiff has undertaken a good faith effort to locate photographs responsive to this request.  However, Plaintiff has been unable to locate any photographs taken during this time period.   Should Plaintiff discovery photographs responsive to this request she will supplement her response accordingly. |
| Photographs of you that are representative of your hair composition in present day. | | | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | | | |

## X.  DECLARATION

Pursuant to 28 U.S.  . § 1  46, I declare under penalty of perjury that all of the information pro  ided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|
| | | | |