# EXHIBIT E

Page 1

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3   ANTOINETTE DURDEN
                                    CASE NO.
 4   VERSUS                         2:16-CV-16635
 5   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
 6   AVENTIS-PHARMA S.A.
 7
         DEPOSITION OF ANTOINETTE DURDEN, 404
 8   FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
 9   BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA  70112
16         ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:  LORI R. SCHULTZ, ESQUIRE
        BY:  JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI  64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25    Job No. NJ2756266
```

1       A.      Curled it, put some little
2  curls in it.
3       Q.      What did you curl it with?
4       A.      A little curling iron.
5       Q.      A curling iron?
6       A.      Curling iron.
7       Q.      So was your hair straighter
8  than this?
9       A.      Huh?
10      Q.      Was your hair straighter than
11 it appears in this photo?
12      A.      I flat ironed that day.  I
13 took some of the curls out and just flat
14 ironed it, just curled the top and then
15 just flipped the back.
16      Q.      So you used a flatiron and a
17 curling iron?
18      A.      Yes.
19      Q.      So is this photo
20 representative of how your hair looked
21 back in 1996?
22      A.      Yes.
23      Q.      So at that time did you
24 generally use a flatiron and curling iron
25 to style your hair each day?

Page 143

1  are you?
2       A.   Now we talking about way back
3  then.  I don't know what that was.
4       Q.   I just wondered.  You had
5  written October 2008.
6       A.   I don't know.  It could have
7  been -- it look like it's at a hall or
8  something.  It could have been a party or
9  something for somebody.
10      Q.   Now, your hair in this
11 picture, the October 2008 one looks
12 straight.
13      A.   Yeah.  I flat ironed it that
14 day, too, and I got it cut short.  Yeah.
15      Q.   So you flat ironed it and did
16 you also use a curling iron?
17      A.   Uh-uh (negative response).  I
18 just flat ironed it.  You could see it's
19 just straight.
20      Q.   And the photo above that?
21      A.   Now, that's my hair.
22      Q.   You've written 2010 and your
23 hair looks straight in that photo, too.
24      A.   Uh-huh (affirmative response).
25      Q.   Did you use a flatiron in

Page 144

1  that?
2          A.   Blow dryer on that one.  A
3  blow dryer.
4          Q.   You used a blow dryer?
5          A.   Blow dryer.
6          Q.   And did you use a blow dryer
7  to straighten it out?
8          A.   Yeah.  And then just took the
9  little curling iron and just bumped it up.
10 That was a last minute little thing.
11         Q.   So this would have been done,
12 your hairstyle would have been done with a
13 blow dryer and curling iron?
14         A.   Yes.
15         Q.   So in the 2008 to 2010 time
16 period, were you generally using a
17 flatiron or a blow dryer to style your
18 hair?
19         A.   What do you mean?  From 2010
20 to 20 -- are you saying that during the
21 time do I just keep going back and forth
22 doing my hair like that with heat?  Is
23 that what you're saying?  I'm not
24 understanding what you're saying.
25         Q.   Okay.  During that timeframe