# EXHIBIT H

Page 1

1           UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF LOUISIANA

2

3                             MDL NO.: 2740

                              SECTION: H

4

5       IN RE:  TAXOTERE (DOCETAXEL)

        PRODUCTS LIABILITY LITIGATION

6

7       This Document Relates To:

8       Antoinette Durden, Case No. 2:16-cv-16635;

9       Tanya Francis, Case No. 2:16-cv-17410;

10      Barbara Earnest, Case No. 2:16-cv-17144.

11      _____/

12

13              Thursday, December 13, 2018

14

15              Videotape Deposition of DAVID A.

16      KESSLER, MD, taken at the Whitfield Bryson &

17      Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,

18      Washington, D.C., beginning at 8:55 a.m.,

19      before Ryan K. Black, a Registered Professional

20      Reporter, Certified Livenote Reporter and Notary

21      Public in and for the District of Columbia.

22

23

24

25      Job No. NJ3173488

Page 134

1      alopecia in the NCI dictionary of Cancer Terms,

2      and I wasn't able to find any definition of the

3      following words:  Chronic alopecia, persistent

4      alopecia, permanent alopecia, irreversible

5      alopecia or long-term alopecia.

6              Do you see where -- do you see where

7      those documents reflect that?

8          A.   I -- I see what you've done.

9          Q.   Is -- is the term -- so two more

10     questions and then we'll take a break.

11             Is -- the term irreversible alopecia,

12     is that defined in any authoritative databases

13     that you looked?

14             Did you look?

15         A.   No, I've, you know, had to think about

16     that in terms of both FAERS and -- and in the PV

17     search.

18         Q.   Right.

19         A.   And, I mean, in some ways you can do

20     it if you know -- if we have a month -- you have

21     the word resolved or you have ongoing, and you

22     put 12 months, is it ongoing at 12 months, is

23     it resolved.  It depends on -- so, I mean, there

24     are words like resolved or ongoing that everyone

25     understands, and there are databases that would

1          allow you to search for -- I mean, is it -- for

2          example, let me see if I can remember -- or

3          check, so in 301 it was ongoing at various

4          times.

5                Q.   Okay.

6                A.   So we had ongoing, so you -- you had

7          it -- you had ongoing hair loss at, for example,

8          60 months, 120 months --

9                Q.   Mm-hmm.  Mm-hmm.

10               A.   -- in that.  In 316 it was at the

11         time of follow-up, so it was ongoing.

12                    So your question was, is it defined

13         -- you confined it in a database, but you have

14         to look for ongoing at a certain period of

15         time, --

16               Q.   Yeah.

17               A.   -- and that would tell you whether it

18         was -- had reversed or not.  Is that --

19               Q.   I think -- I didn't mean to interrupt

20         you.

21                    Maybe the better question is, there

22         wasn't a clear consensus of the definition of

23         irreversible alopecia.  Can we agree with that?

24                    MS. JEFFCOTT:  Object to the form.

25                    THE WITNESS:  Yeah.  I think I can --

1    I think you can -- you certainly -- I think

2    everybody would agree -- I mean with the rule

3    that you can never say never, and there's

4    always, you know, one-offs, I think when you're

5    talking about a year-plus, you begin to start

6    talking about irreversibility.  And I think your

7    dermatologists can come in and talk, but I think

8    most people would talk about, when you're

9    talking about years, you're talking

10   irreversibility.

11   BY MR. KEENAN:

12       Q.   All right.  And we're going to take a

13   break, but I did mark as Exhibit 16 -- does that

14   just briefly describe what Exhibit 16 reflects?

15   Are those some of the --

16       A.   It will give you the definition of

17   irreversible alopecia, in essence, as it's

18   operationally defined by the company and its

19   analyses and its studies and by Madigan, yes.

20           MR. KEENAN:  Very good.  We can take a

21   break now.

22           THE VIDEOGRAPHER:  The time is 11:24

23   a.m.  This completes Media Unit Number 2.  We're

24   now off the record.

25           (Recess taken.)

1         A.   And I realize something but -- go

2    ahead.  Well, I'm sorry.

3         Q.   If you're on an antihormonal drug

4    that, in some patients, inhibits hair regrowth,

5    and then that antihormonal drug is stopped and

6    the hair returns, --

7              Are you with me so far?

8         A.   Mm-hmm.

9         Q.   -- that would not be irreversible

10   alopecia.  Can we agree on that?

11             MS. JEFFCOTT:  Object to form.

12             THE WITNESS:  If the hair regrows,

13   we can agree that it wasn't irreversible.

14             I did leave out, and I apologize, I

15   mean, when -- I realized that I did cite -- I

16   mean in Kang 2018, when we talk about other

17   therapies that were considered, I believe Kang

18   looked at the endocrine therapies, and I believe

19   that 316 also included some patients who were

20   on the endocrine therapies.  But, yes, if hair

21   grows back, ultimately, it wasn't irreversible,

22   but that doesn't mean you can't establish some

23   cutoff.

24   BY MR. KEENAN:

25        Q.   Right.  But in order to identify a