# EXHIBIT I

**Expert Report of Dr. Porcia Bradford Love**
**Board Certified Dermatologist**
**Montgomery, Alabama**

**December 10, 2018**

*In re Taxotere (docetaxel) Prods. Liab. Litig.*, **MDL No. 2740 (E.D. La.)**

## I.    Qualifications/Publications

I, Dr. Porcia Bradford Love, am a board certified Dermatologist and a licensed physician in Alabama.   I received my medical degree from Duke University School of Medicine in Durham, North Carolina in 2005. I began my Internship and Residency in General Surgery at Vanderbilt Medical Center in Nashville, Tennessee from 2005-2007.  I then completed a Skin Cancer Research Fellowship at the National Institutes of Health in Bethesda, Maryland from 2007-2010.  Immediately thereafter, I completed a residency in Dermatology at Duke University Medical Center, where I held the honor of serving as Chief Resident.   I am a member of the American Academy of Dermatology, American Society of Dermatologic Surgery, Skin of Color Society, Women's Dermatology Society, Alabama Dermatology Society, and I serve as President of the Capital City Medical Society in Montgomery, Alabama.

My current practice includes medical, cosmetic, and surgical dermatology. One of my specialties includes the diagnosis and treatment of disorders of the hair and scalp, particularly in women of color.

In addition to my clinical practice, I also serve as a Clinical Assistant Professor at University of Alabama School of Medicine. I have published a number of articles in the field of skin of color, and I am the coauthor of a textbook entitled *Clinical Cases in Skin of Color,* a physician's guide to diagnosing and treating skin and hair disorders seen

frequently in patients with skin of color.

A more detailed description of my academic and professional activities is contained in the attached *curriculum vitae* (Exhibit A), which also lists my publications and articles from the previous 10 years and is hereby incorporated by reference.

**II.**   **List of Testimony for Last Four Years**

During the previous 4 years, I did not testify as an expert at trial or by deposition.

**III.**   **Materials Reviewed**

Attached as Exhibit B is a list of materials that I have reviewed.  I have conducted a medical literature search for causes of alopecia, and in particular, if chemotherapy drugs are associated with persistent alopecia. I also base my opinions on: my education, training, and experience as a dermatologist; my knowledge of medical and scientific information reasonably relied on by members of my medical specialty; and my review of pertinent medical and scientific literature.

**IV.**   **Opinions**

**A.  Overview**

I will testify, to a reasonable medical probability, regarding the various types and causes of alopecia.  I will offer opinions regarding tests used to either determine or rule out various types and causes of alopecia.  I will offer opinions on how pathology should be sampled and read.  I will offer opinions on the pathological findings of various types of alopecia.  These areas of general testimony will be applied to Plaintiffs' claimed alopecia at the latter date set by the Court for such report. I will offer opinions regarding chemotherapy and hair loss. Finally, I will offer opinions and testimony in response to issues raised by Plaintiffs' experts, and I may be asked to comment upon their testimony

and opinions.

**B.  <u>Chemotherapies</u>**

There are a number of different chemotherapies used to treat breast cancer (Adriamycin, Cyclophosphamide, Carboplatin, etc., and a class of chemotherapies known as taxanes).  My understanding is that the chemotherapy at issue in this litigation is Taxotere, sometimes referred to as docetaxel.  Taxotere, as well as Taxol, sometimes referred to as paclitaxel, are in the class of taxanes.  In general, Taxanes work by disrupting microtubule function that is essential for cell division.  In breast cancer, Taxotere is often given as part of a combination chemotherapy regimen, which means that it is administered with multiple chemotherapy agents.

<u>**Alopecia: A General Overview of Hair Anatomy and Hair Growth**</u>

In basic terms, the hair follicle includes the upper and lower segment, hair root, root sheath, the hair bulge, hair bulb, hair matrix, hair papilla, hair shaft, arrector pili muscle, sebaceous gland, the isthmus, the infundibulum, stem cells.  It is helpful to understand that there are two hair types: vellus hair and terminal hairs (in pathology, hairs are sometimes described as "indeterminate" meaning unable to distinguish between the two types).  Vellus hairs are very fine hairs which require visualization using a microscope.  Terminal hairs are different.  For example, they are coarser and longer.  A hair follicle can produce a terminal hair or a vellus hair, and change from producing one to the other.  Androgen hormones, genetics, certain medications, or trauma, among other factors, can change the type of hair that a hair follicle produces.  As part of this shift, the location of the follicle within the dermis can change.

It is well understood that there are four cycles of hair growth:

- growth (anagen phase),
- involution (catagen phase),
- resting (telogen phase), and
- shedding (exogen phase).

The anagen phase (or "growth phase") is the longest.  It typically lasts between three to seven years.  By contrast, the telogen (or "resting phase") lasts about three months.

## Alopecia: A General Overview of Hair Loss

While alopecia is synonymous with "hair loss" there are actually a number of different types of clinically-recognized alopecia.  The presentation of alopecia including the severity and duration of a particular type of alopecia can vary.  For example, alopecia can manifest as diffuse hair loss (covering a large area of the scalp) or focal hair loss (covering a smaller area of the scalp).  As a dermatologist, alopecias are generally categorized as either "scarring" or "non-scarring" alopecia.[1]  It is important to understand that alopecias can be co-existing, meaning that one person can, and often does, experience multiple forms of alopecia at one time.  Each of these alopecias may also have more than one cause.  Or the cause of each or some may be unknown.  The cause or causes of many different types of alopecia are unknown, meaning that in a patient with multiple forms of alopecia at one time, several causes of her overall presentation of hair loss may be present, with the causes for some of those forms, or all of them, unknown.  People generally associate hair loss with men.  For women, however, hair loss is more common than many realize.  Pattern hair loss (androgenetic alopecia) alone will affect approximately 40% of women by age 50.[2]  Many other women will experience other types of clinically significant or cosmetic hair loss.

---

[1] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620-21 (2007).
[2] Shannon Famenini et al., Demographics of Women with Female Pattern Hair Loss and the Effectiveness of Spironolactone Therapy, 73(4) J. Am. Acad. Derm. 705 (2015).

### Alopecia: What Causes Hair Loss?

There are many causes of hair loss.  As stated above, more than one cause of hair loss can be present in one person.  Age is the primary cause of alopecia.[3]  Take for example one type of hormonal-imbalance-related alopecia (called androgenetic alopecia) where the prevalence increases with age both in how common it becomes (incidence) and in its severity.[4]  As women age, they will go through menopause, which is most noticeable as a cessation of menstruation, but that is brought about by a complex series of changes in the body's production of various levels of hormones (lower estrogens and higher androgens).[5]  Hormonal changes generally and menopause specifically can cause alopecia.[6]  Nearly half of postmenopausal women experience hair thinning and hair loss,[7] which, despite its name, presents as male pattern baldness in these women.  Because the ovaries produce estrogen, their surgical removal can cause alopecia by directly impacting hormone levels.  Other surgeries may also impact hormone levels, causing hair loss.  Other conditions that can cause hair loss include:

- endocrine disorders (high or low thyroid hormone levels),
- Metabolic Syndrome (with diabetes, insulin resistance, dyslipidemia, heart disease, and hypertension),[8]
- vitamin and nutritional deficiencies,[9]

---

[3] *See* I. Ali and F. Wojnarowska, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508-09 (2010).

[4] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[5] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[6] I. Ali and F. Wojnarowska, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508 (2010).

[7] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[8] Maria Roth et al., Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, 36 Clinics in Dermatology 72-80 (2018); Kevser Uzuncakmak et al., Cutaneous Manifestations of Obesity and the Metabolic Syndrome, 36 Clinics in Dermatology 81-88 (2018); Cheryl Lie et al., Alopecia and the Metabolic Syndrome, 36 Clinics in Dermatology 54-61 (2018); Mahira H. El Sayed, et al., Association of Metabolic Syndrome with Female Pattern Hair Loss in Women: A Case-Control Study, 55 Int. J. Dermatology 1131-1137 (2016).

[9] *See, e.g.*, Cheryl Lie et al., Alopecia and the Metabolic Syndrome, 36 Clinics in Dermatology 54-61 (2018).

- organ dysfunction (i.e., liver, kidney, heart),
- autoimmune disorders like lupus,[10]
- being underweight or overweight,
- polycystic ovarian syndrome,[11]
- infections (fungal, syphilis),
- seborrheic dermatitis, and
- environmental exposure (e.g., radiation).

Family history of hair loss predisposes a woman to androgenetic alopecia. This can be true of hair loss on either the maternal or paternal side of the family. Stress, illness, surgery, and physical trauma can cause telogen effluvium, a common type of alopecia. Individualized tension-causing hair care practices, which can start as early as childhood and in many instances can be continual (for many years), are harsh to both the hair and scalp.[12]

### Alopecia: A General Overview of Types of Alopecia

I treat many different types of patients with hair loss, but in part because of unmet needs in these communities and based on my own background, my emphasis is on hair loss in women of skin of color. I would like to address these particular forms of hair loss first.

The first type of hair loss is what is known as "traction alopecia," which is caused by hair care practices. Traction alopecia, although not exclusively, is very common among people with skin of color, especially African American women. As mentioned above, alopecias are generally divided between scarring and non-scarring. Traction alopecia is a "scarring" type that may begin as non-scarring.

Repeated and ongoing tension damages the scalp. Hair care practices that cause

---

[10] Maria Roth et al., Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, 36 Clinics in Dermatology 72-80 (2018).
[11] Maria Roth et al., Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, 36 Clinics in Dermatology 72-80 (2018); Cheryl Lie et al., Alopecia and the Metabolic Syndrome, 36 Clinics in Dermatology 54-61 (2018).
[12] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1622, 1624 (2007).

tension on the scalp and traction alopecia include:

- tight braiding (a hairstyle formed by tightly interweaving three or more strands of hair),
- cornrows (a style of braiding and plaiting the hair in narrow strips to form geometric patterns on the scalp),
- dreadlocks (hair is washed but not combed and twisted while wet into tight braids hanging down on all sides),
- back brushing (a way of combing the hair to create volume from the end to the roots),
- hot combs (a metal comb that is heated to straighten hair from the roots),
- straighteners (flat irons or chemicals used to flatten the hair),
- relaxers (strong alkali creams used to straighten naturally curly hair),
- perms (use of heat and/or chemicals to break and reform the cross-linking bonds of the hair structure),
- dyes (lifts preexisting color out of the hair, usually with hydrogen peroxide and ammonia),
- bleach (removing hair color through oxidation with hydrogen peroxide),
- weaves/extensions (artificial hair integrations that add length or fullness to the hair; extensions can be clipped, glued, or sewn on natural hair),
- ponytails (hairstyle in which some, most, or all of the hair on the head is pulled away from the face, gathered and secured at the back of the head and allowed to hang freely),
- tight hair rollers (small tube that is rolled into a person's hair in order to curl it), and
- tight buns (hairstyle in which the hair is pulled back from the face, twisted, and wrapped in a circular coil around itself, typically on top or back of the head).

Patients with traction alopecia report a variety of symptoms such as tenderness, redness, or bumps. Traction alopecia may be present in patients without those symptoms. As a dermatologist, in patients with traction alopecia, I observe patches (most common at the temporal regions of the scalp), a fringe line (hair remaining along the frontal and temporal scalp with loss behind it), and/or breakage of hair along the periphery of the scalp.

The second type of alopecia common to women of skin of color is what is known as Central Centrifugal Cicatricial Alopecia (commonly referred to as CCCA). CCCA can begin without much notice but spread over time, sometimes rapidly. The presentation of CCCA can resemble another type of hair loss that I describe in more detail below,

androgenetic alopecia. While the cause of CCCA is unknown, it is likely multifactorial and associated with the hair care practices that I describe above with genetic predisposition. CCCA involves destruction of the hair follicle and scarring. As a dermatologist, I have seen and treat patients with CCCA. Some patients with CCCA voice no complaints, but they often complain of tenderness, itching, tingling, burning, or even pain on the scalp. Inflammation may be seen.

A third type of alopecia is frontal fibrosing alopecia ("FFA"). FFA often appears with a slow band-like recession of the frontal hairline. It is most common in postmenopausal women. For background, FFA is a variant of lichen planopilaris, another scarring alopecia resulting from an inflammatory condition, with patchy, progressive hair loss. With FFA, scarring occurs along the front of the scalp or sides of the scalp. FFA, like lichen planopilaris, can entail eyebrow and body hair loss.[13]

The fourth type of alopecia that I will discuss is the hormone-imbalance-type hair loss that I mentioned earlier, androgenetic alopecia, which is non-scarring. The frontal hairline is often preserved in these women, but there is receding along the hairline of both temples, and hair loss in the crown area. It can also present as diffuse hair loss. Androgenetic alopecia can entail being unable to grow hair that remains in other areas to a normal length. In other words, where hair does grow, it is short or thin. As indicated, this type of alopecia is the result of a hormone imbalance (androgen excess) in women subject to genetic or familial predisposition. Androgenetic alopecia occurs at any point after puberty. By age 50, however, approximately 40% of women are affected.[14] The beginning

---

[13] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[14] Shannon Famenini et al., Demographics of Women with Female Pattern Hair Loss and the Effectiveness of Spironolactone Therapy, 73(4) J. Am. Acad. Derm. 705 (2015).

stages of androgenetic alopecia will usually go unnoticed by most women, but it is continuing and worsens over time.[15]  It is considered the most prevalent form of alopecia seen in women.[16]

There are several other forms of scarring and non-scarring alopecia that I do not detail here but about which I am qualified to testify and opine including lichen planopilaris and alopecia areata, among others.  I discuss two other types of non-scarring hair loss, anagen effluvium and telogen effluvium, in more detail below.

### Alopecia: A General Overview of Facial and Body Hair Loss

As women age, they may complain of thinning eyebrows or eyelashes, or notice loss of body hair.  This is a normal part of aging [17] because many parts of the body are hormone sensitive and respond to androgens.  As hormone levels change with age, women lose hair on those hormone sensitive parts of the body.  Other causes of body hair loss include thyroid conditions, autoimmune conditions, trauma, and neoplasms.[18]

The same can be said with eyebrow and eyelash loss associated with aging and grooming practices, although it is not known that those sites are hormone-sensitive. Thyroid disease causes eyebrow loss, as can alopecia areata, FFA, or lichen planopilaris, among others.

### Alopecia: A General Overview of Diagnosis

Assessing hair loss begins with assessing the extent of hair loss.  For hair loss, two scales evaluate androgenic alopecia include the Ludwig Scale and Savin Scale. The Ludwig

---

[15] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.
[16] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1620-21 (2007).
[17] I. Ali and F. Wojnarowska, Physiological Changes in Scalp, Facial, and Body Hair After the Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, 164 Brit. J. Derm. 508-09 (2010).
[18] *See*, *e.g.*, Nicole Velez, Eyebrow Loss: Clinical Review, 8(6) Am. J. Clin. Derm. 337-346 (2007).

scale ranges from stages I to III. Stage I begins with thinning on the top of the head. In stage II, the scalp starts to show. In stage III, all of the hair at the crown of the head may be lost. The Savin scale is similar, although it takes hair density into account.

Diagnosing the type and cause of alopecia can be very difficult. Having a full and accurate clinical history at each stage of the diagnosis is of critical importance, along with other diagnostic tools including:

- blood tests,[19]
- Trichoscopy,
- scalp biopsies, and
- pathology.

With respect to the last items, standardized procedures are followed including clinical examination, the dermatologist's determination of the biopsy site location, and use of a pathology requisition form. Deviation from those procedures renders the histopathological evidence less reliable and in some instances may nullify any value of the pathological report. When properly performed and recorded, scalp biopsies and resulting pathology are useful in determining whether the alopecia is scarring or non-scarring. The histopathological specimen is examined by the pathologist for hair counts, hair density, hair length, preservation of sebaceous glands, inflammation, and other markers, memorialized in a pathology report then used by the dermatologist in refining her differential diagnosis. While pathology can rule out chemotherapy as a cause of alopecia, it cannot establish that any specific chemotherapy drug caused the alopecia.

**Alopecia: A General Overview of Alopecia with Medicines and Chemotherapy**

Various medicines and chemotherapies can cause alopecia. A significant challenge

---

[19] Jerry Shapiro, *Hair Loss in Women*, 357(16) N. Engl. J. Med. 1625 (2007).

to our understanding of hair loss in these settings, however, is differentiating the role of the medication compared to the role of the underlying condition or disease that the medicine is treating.  Dermatologists must consider whether the underlying disease or condition is causing the hair loss, whether the medicine is causing the hair loss as a side effect, or whether some other factor present but not yet known is doing so.

It is important to survey two other forms of alopecia in this context: telogen effluvium and anagen effluvium.  Telogen effluvium is another common cause of hair loss in women.[20]  Recall that hair growth is a cycle of four phases.  Normally, the hairs of the scalp are cycling through all four stages at the same time meaning that not all of the hairs of the scalp are in the same stage at the same time.  Some of those hairs will be in a shedding (exogen) phase.  Hair loss in the range of 15 to 100 hairs per day is normal.  Telogen effluvium is an abrupt shift of large numbers of growing (anagen) hairs to resting (telogen) hairs on the scalp.  Approximately three months later, the abrupt shift is seen as an abnormally high number of hairs shedding (falling out).[21]  Women commonly report this experience following childbirth, but telogen effluvium is an alopecia that may begin approximately three months after a number of significant health and life events including:

- major illness,
- other stress,
- surgery,
- rapid weight loss,
- nutritional deficiency, or
- hormonal derangement (such as a  thyroid abnormality).[22]

---

[20] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.
[21] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.
[22] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007).

Telogen effluvium is also reported, though, after treatment with certain medications.[23] Blood pressure, anti-anxiety, and anti-depressant medications are commonly cited.

Shedding can last from 3 to 6 months. However, there is a chronic form of telogen effluvium lasting for years where the hair remains in a resting and shedding phase and is not significantly regrowing.[24]

The other form of non-scarring alopecia worth discussing here is anagen effluvium. Anagen effluvium is the form of alopecia associated with chemotherapy drugs that cause the immediate destruction and release of the anagen hair.[25]  Rather than shed the hair three months after initiation of the medication as with telogen effluvium, chemotherapy arrests rapidly dividing cells like cancer, but also cells of the skin, hair, and nails, rather immediately.  This form of alopecia generally resolves once chemotherapy has ended. There are causes of anagen effluvium other than chemotherapy.

As indicated, medications can cause alopecia.  For our context in breast cancer, with chemotherapy administration, patients will generally experience anagen effluvium and lose all of their hair.  Then after completing chemotherapy, women with ER+ or PR+ breast cancers are typically treated with Tamoxifen or Aromatase Inhibitors, which cause alopecia.[26]  The hair loss seen with Tamoxifen and Aromatase Inhibitors resembles the alopecia seen with androgenetic alopecia and can be severe.  Thus, as the patient's hair

---

[23] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007).
[24] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007).
[25] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1621-22 (2007).
[26] Ioulios Palamaras et al., Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review, 2011 J. Am. Acad. Derm. 604-606 (2011); Jin Park et. al, Pattern Alopecia During Hormonal Anticancer Therapy in Patients with Breast Cancer, 26(6) Annals of Dermatology 743-46 (2014); Fabio Puglisi et al., Letter to the Editor: Tamoxifen-Induced Total Alopecia, 143(12) Annals of Internal Medicine 1154-55 (2001); Lisa Gallicchio et al., Aromatase Inhibitor Therapy and Hair Loss Among Breast Cancer Survivors, 142(2) Breast Cancer Research and Treatment 435-443 (2013); Lisa Gallicchio, A Prospective Study of Aromatase Inhibitor Therapy Initiation and Self-Reported Side Effects, 25(9) Support Care Cancer 2697-2705 (2017).

regrows after chemotherapy it may not do so completely, but in an androgenetic pattern of hair loss.

Other medications that can cause alopecia include, among others: [27]

- beta blockers,
- psychotropic agents,
- enzyme inhibitors,
- retinoids,
- antibiotics,
- exogenous androgens,
- acetretin,
- heparin,
- interferon alfa,
- isotretinoin,
- lithium,
- ramipril,
- terbinafine,
- timolol,
- valproic acid,
- warfarin,
- acyclovir,
- allopurinol,
- buspirone,
- captopril,
- carbamazeprine,
- cetirizine,
- cyclosporine,
- gold,
- lamotrigine,
- leuprolide,
- lovastatin,
- nifedipine,
- amiodarone,
- amitriptyline,
- azathioprine,
- dopamine,
- naproxen,
- omeprazole,
- paroxetine,
- prazosin,
- sertraline,
- venlafaxine,
- coumadin, and
- verapamil.

Stopping some medications, such as oral contraception, can also result in alopecia.[28]  Anagen effluvium with many chemotherapy drugs, including Taxotere, is well-known.   A majority of patients who undergo chemotherapy experience hair changes, including a change in density, texture, thickness, or color.[29]

Cases of persistent alopecia have been reported with many chemotherapy drugs

---

[27] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1623 (2007); Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[28] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[29] D. Batchelor, Hair and Cancer Chemotherapy: Consequences and Nursing Care—A Literature Study, 10 Euro. J. Cancer Care 147-163 (2001), at 151; Analee E. Beisecker, Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, 6(2) Psycho-Oncology, 85-93 (1997) at 88.

including Busulfan,[30] Carboplatin,[31] Cisplatin,[32] Cyclophosphamide,[33] Docetaxel,

Doxorubicin,[34] Epirubicin, Etoposide, 5-Fluorouracil,[35] Gemcitabine, Idarubicin,

Ifosfamide, Melphalan,[36] Paclitaxel,[37] and Thiotepa.[38] While Taxotere does cause alopecia

during chemotherapy, it cannot be reliably singled out as the cause of prolonged alopecia

---

[30] Antonella Tosti, Permanent Alopecia after Busulfan Chemotherapy, 152(5) Brit. J. Derm. 1056-58 (2005).

[31] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002).

[32] Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011).

[33] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002); Pat Masidonski, Letter to Editor: Permanent Alopecia in Women Being Treated for Breast Cancer, 13(1) Clin. J. of Oncology Nursing 13-14 (2009); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011); Gunilla Berglund et al., Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, 27(9) Eur. J. Cancer 1075-81 (1991) at 1078; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[34] Pat Masidonski, Letter to Editor: Permanent Alopecia in Women Being Treated for Breast Cancer, 13(1) Clin. J. of Oncology Nursing 13-14 (2009); John P. Crown et al., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer, 35(15) J. Clin. Oncology Supp. Abstract e21576 (2017); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011) at 428; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[35] Analee E. Beisecker, Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, 6(2) Psycho-Oncology, 85-93 (1997) at 88; Gunilla Berglund et al., Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, 27(9) Eur. J. Cancer 1075-81 (1991) at 1078; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[36] Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016).

[37] Chris Prevezas, Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer, 160(4) Brit. J. Derm. 883-885 (2009); Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011) at 345; Ioulios Palamaras et al., Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review, 2011 J. Am. Acad. Derm. 604-606 (2011); John P. Crown et al., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer, 35(15) J. Clin. Oncology Supp. Abstract e21576 (2017); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011) at 438; Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016); Danbee Kang et al., Incidence of Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A Three-Year Prospective Cohort Study, 23 The Oncologist 1-7 (2018); Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[38] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002).

in individual breast cancer patients at the exclusion of other known causes of hair loss in these patients. This is especially true because of the use of Taxotere in multi-drug regimens with Carboplatin, Adriamycin, and Cyclophosphamide, among others.  Even if it could be proven that chemotherapy alone resulted in a patient experiencing prolonged alopecia, that patient's alopecia could have been caused by any of the medications in that patient's regimen that cause anagen effluvium.

The medical literature that has considered persistent alopecia after chemotherapy describes it as non-scarring.[39]  Thus, a scalp biopsy showing scarring alopecia would not be chemotherapy-induced alopecia.  The medical literature also describes a diffuse androgenetic pattern of hair loss.  Thus, hair loss not presenting in this pattern is not consistent with chemotherapy-induced alopecia.  Hair loss presenting in a diffuse androgenetic pattern may also be consistent with endocrine therapy, like Tamoxifen and aromatase inhibitors, which are known to present in an androgenetic pattern.  The literature does not describe any hallmark pathology findings for a diagnosis of prolonged alopecia following chemotherapy either.  There is not a reliable pathological diagnosis or clinical presentation for alopecia from chemotherapy versus other known causes,[40] nor is there a unique presentation for diagnosing alopecia from Taxotere versus other chemotherapies.

### Alopecia: A General Overview of Treating Alopecia after Chemotherapy

Particularly in the absence of treatment, it cannot be said with reasonable medical probability that any alopecia caused by chemotherapy is permanent.  In my review of the

---

[39] Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011).

[40] *See* Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016) (notes the histopathologic criteria for PCIA are yet to be confirmed).

literature, case reports have reported hair regrowth even with persistent alopecia after chemotherapy.[41] Without compliant treatment and follow up, a patient cannot know if her alopecia is "permanent," let alone "PCIA," i.e. "Permanent Chemotherapy Induced Alopecia." Treatment may also be diagnostic of other causes of her concern.

**<u>Conclusion</u>**

This report sets forth my general opinions as indicated herein. I intend to offer my report regarding the specifics of each case at the later date set by the Court. In addition, the opinions set forth in this report are subject to modification and/or supplementation upon the receipt of other expert reports and/or information or data not available when it was prepared. I may use graphics or other exhibits to further address the matters discussed in this report and I may supplement this report based on new or additional data.

*Porcia Bradford Love, MD*

Dr. Porcia Bradford Love
December 10, 2018

---

[41] Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016); Eugénia Matos Pires et al., Case of Permanent Chemotherapy-Induced Alopecia with Response to Topical Minoxidil, 75(3) Revista SPDV 297-299 (2017).