# EXHIBIT J

## RULE 26 EXPERT REPORT OF CONFIDENTIAL CURTIS T. THOMPSON, M.D.

**Patient #1--Tanya Francis, DOB 9/22/1970 (Pathology case #CT18-8610)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/19/2018.

The two biopsies were identified as "Left parietal scalp" and "Left vertex scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al*. The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011)*,* including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (0.96 hairs/mm$^2$, 2.0 is normal);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:4, >3:1 is normal);

1

   3. A catagen/telogen shift (27%, <15% is normal).

   4. Features of less significance included focal calcification in the dermis and a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

   1. Low follicular density (1.35 hairs/mm$^2$);

   2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:1);

   3. A high-normal catagen/telogen shift (12%).

   4. A feature of less significance included a very sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies show similar findings, consistent with the process involving the entire scalp, which can be termed as "diffuse" or "global" involvement. The global involvement provides further evidence that the patient's diagnosis is pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because there is no permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent

2

follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description, and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

**Patient #2--Antoinette Durden, DOB 11/8/1950 (Pathology case #CT18-8611)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/24/2018.

The two biopsies were identified as "Right anterior scalp" and "Right parietal scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al*. The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011)*,* including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven

unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (1.11 hairs/mm$^2$, 2.0 is normal);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:>4, >3:1 is normal);
3. A catagen/telogen shift (29%, <15% is normal).
4. A features of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

1. Low follicular density (0.88 hairs/mm$^2$);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:2);
3. A markedly abnormal catagen/telogen shift (45%).
4. A features of less significance included focal a sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies, having similar abnormalities, suggest that the alopecic process involves the entire scalp, which can be termed as "diffuse" or "global" involvement. This is further proof that the patient's diagnosis of pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because there is no permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description, and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

**Patient #3-- Barbara Earnest, DOB 1/20/1950 (Pathology case #CT18-8612)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/24/2018.

5

The two biopsies were identified as "Left vertex scalp" and "Right occipital scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al.* The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011)*,* including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (1.19 hairs/mm$^2$, 2.0 is normal);

2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:>4, >3:1 is normal);

3. A catagen/telogen shift (17%, <15% is normal).

4. A feature of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

1. Low follicular density (1.43 hairs/mm$^2$);

6

2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:2);

3. A markedly abnormal catagen/telogen shift (33%).

4. A feature of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies having similar abnormalities is consistent with the process involving the entire scalp, which can be termed as "diffuse" or "global" involvement. This is further proof that the patient's diagnosis of pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because there is no permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description,

7

and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

Date: 11/9/2018 | 9:08 AM PST

**CURTIS T. THOMPSON, M.D.**

```
ERROR: typecheck
OFFENDING COMMAND: image

STACK:

-dictionary-
-savelevel-
```