# EXHIBIT L

**Progress Notes**

**Patient:** Francis, Tanya
**Account Number:**
**DOB:**        **Age:** 46 Y   **Sex:** Female
**Phone:**
**Address:**

**Provider:** Janice Birkoff, NP
**Date:** 06/14/2017

## Subjective:

**Chief Complaints:**
1. Hair loss.

**ROS:**
  Current Symptoms:
    Sores that won't heal: No. Changing moles: No. Other problems elswhere on skin: No.
Wheezing: No. Hypertention: Yes. Shortness of Breath: No. Excessive Thirst: No. Musculoskeletal: No.
Arthralgia: No. Limited Motion: No. Gastrointestinal: No. Cramping: No. Pain: No.
Nausea/Vomiting: No.

**Medical History:** High Blood Pressure, High Cholesterol, Breast Cancer.
**Surgical History:** Masectomy 04/2009, Ankle 06/2008.
**Hospitalization/Major Diagnostic Procedure:** Masectomy 04/2009, Ankle 06/2008.
**Family History:** General: diagnosed with Hypertension. Father: deceased 54 yrs. Mother: heart disease, High Blood Pressure. 2 son(s), 1 daughter(s)..
**Social History:** Caffeine: yes, 2 cups/day. Alcohol screening  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative. Tabacco Use  Are you a:  current smoker, Additional Findings: Tobacco User  Light cigarette smoker ((1-9 cigs/day). Smoking: yes. no Smokeless Tobacco. no Alcohol. no Recreational drug use. no Sunscreen use. no Travel outside US in the past three months. no At least 1 blistering sunburn. no Utilize a tanning bed.
**Medications:** Taking lisinopril , Taking Lipitor , Medication List reviewed and reconciled with the patient
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Ht 67 in, Wt 181 lbs, BMI 28.35 Index, BP 122/80 mm Hg, HR 108 /min.
**Examination:**
  Dermatology:
    SCALP/HAIR c/o hairless patches edges.

## Assessment:

**Assessment:**
1. SEBORRHEIC DERMATITIS, OTHER - L21.8 (Primary)
2. Telogen effluvium - L65.0
3. Xerosis - L85.3

## Plan:

**1. SEBORRHEIC DERMATITIS, OTHER**
Start CLOBETASOL CREAM cream, 0.05%, 1 app, applied topically, 2 times a day, 30 days, 60 Gram, Refills 3 .
**2. Telogen effluvium**
Notes: check labs today.
**3. Others**
Notes: counseling. Time spent with patient >20 minutes with more than 50% of time spent counselling regarding treatment options, differential diagnosis, risks, alternatives, and benefits of treatment.
**Procedures:**

<u>Photochemotherapy</u>:
  Location Scalp. UV source Petrolatum A/UVB. Time 30 sec. Patient information The patient was told to avoid natural UV in the form of tanning beds and ambient or other sun exposure for the next 48 hours. It is recommended that the Petrolatum A or Aquaphor residue may be left on for up to 3 hours They may wash off these in 3 hours or sooner in the case of symptoms listed below. In the case of Psoralen, that is thoroughly removed with soap and water prior to the patient leaving the clinic. Patient is told to call the office if any burning, irritation or other symptom presents.. Method: Protective eye wear was placed on the patient. , Care was taken to sheild unaffected areas using protective clothing and fabric barriers, The above listed chemical was applied to the affected areas for 3-4 hours., The above listed UV source was held 12 inches from the surface of the affected areas for the above listed time., The patient was intructed to avoid artificial and natural UV exposure, including incidental outdoor UV exposure. Use and importance of protective clothing and SPF were reviewed., Patient is extensively warned of the possibility of burning, that this is part of the risks of this therapy., Therefore, the patient has agreed to follow all directions regarding UV avoidance prior to and following treatment., The patient, parent or guardian understands that if they recently had slightly higher than normal UV exposure that they will tell the staff so that we can hold or delay treatment.. Indication Moderate /Severe Seborrheic Dermatitis.

<u>Intralesional Kenalog</u>:
  Indication Telogen Effluvin. Consent The benefits, risks, and complications of intralesional Kenalog injections were thoroughly reviewed prior to carrying out the procedure. Specifically, the risk of skin atrophy which may be permanent was reviewed. It was also emphasized that multiple treatments may be necessary. # lesions injected 10. Kenalog concentration 2.5 mg/cc. Method alcohol swab was used to prepare the lesion(s) for injection. A TB syringe was filled with the appropriate concentration of Kenalog. Intralesional injection was then carried out with just enough of the solution to blanch the lesion(s). Post-procedure The patient was instructed to gently massage the treatment site(s). Should any problems occur the patient is to call the office immediately. Location Scalp.

**Procedure Codes:** 11901 ADDED SKIN LESIONS INJECTION >7, 96910 PHOTOCHEMOTHERAPY WITH UV-B, Modifiers: 51
**Follow Up:** 2 Weeks

**Provider:** Janice Birkoff, NP
**Patient:** Francis, Tanya   **DOB:**                **Date:** 06/14/2017

Electronically signed by Janice Birkhoff NP, NP on 10/20/2017 at 11:06 AM CDT
Sign off status: Pending