# EXHIBIT M

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    ANTOINETTE DURDEN,

5              Plaintiff,

6

7    VERSUS            CIVIL ACTION NO. 2:16-cv-16635

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-PHARMA S.A.,

12             Defendants.

13

14

15

16

17

18     VIDEOTAPED DEPOSITION OF JULIE MERMILLIOD, M.D.

19

20        Taken at Ochsner Clinic Dermatology, 1514

21        Jefferson Highway, New Orleans, Louisiana, on

22        Wednesday, April 4, 2018, beginning at

23        11:30 a.m.

24

25     Job No. NJ2860449

Page 48

```
 1            Object to the form.
 2       A.   Not according to this note.  According to
 3  this note, she did not bring up hair loss.
 4  MR. SEARS:
 5       Q.   So the record notes that she's 66 years
 6  old; is that correct?
 7       A.   It does.
 8       Q.   And as we talked about before, age is a
 9  risk factor for hair loss?
10  MS. PEREZ:
11            Object to the form.
12       A.   Yes, we do.
13  MR. SEARS:
14       Q.   And being postmenopausal is a risk factor
15  for hair loss?
16       A.   Yes, it is.
17       Q.   Would you agree that a 66-year-old
18  postmenopausal woman could present with the type
19  of hair loss that Mrs. Durden presented even if
20  she never had chemotherapy?
21  MS. PEREZ:
22            Object to the form.
23       A.   Yes.
24  MR. SEARS:
25       Q.   As you -- let me rephrase that.  You
```

Page 49

1    can't say, to a reasonable degree of medical

2    certainty, that her hair loss was caused by

3    chemotherapy?

4        A.   I cannot say that it was caused by

5    chemotherapy.

6        Q.   In your opinion, is her hair loss caused

7    by something other than chemotherapy?

8    MS. PEREZ:

9             Object to the form.

10       A.   In my opinion, I thought that her hair

11   loss was caused by something other than

12   chemotherapy, as per my note.

13   MR. SEARS:

14            Can we go off the record for just a

15   minute?  I think I might be finished.

16   VIDEOGRAPHER:

17            We're now off the record at 12:25.

18               (Off the record.)

19   VIDEOGRAPHER:

20            We're now back on the record.  The time

21   is 12:32.

22                  EXAMINATION

23   BY MS. PEREZ:

24       Q.   Good afternoon.

25       A.   Good afternoon.

1    diagnose Mrs. Durden as having?

2    MS. PEREZ:

3         Object to the form.

4    A.   Do I need to remember or can I look?

5    MR. SEARS:

6    Q.   You can look.

7    A.   So the first time, she called it scarring

8    alopecia with a component of female pattern.

9         The second time, she called it, in March

10   of 2017, alopecia vertex and frontal scalp

11   eyebrows.  Scarring alopecia likely with component

12   of female pattern hair loss.

13        6/17, scarring alopecia with likely

14   component of female pattern hair loss, discussed

15   the difficulty in treating hair loss, especially

16   when scarring is present, blah, blah, blah.

17        8 of '17, she says, scarring alopecia.

18   Process most likely CCCA given appearance and

19   distribution.  Chemo may have changed hair texture

20   and density somewhat, as well.

21        11 of '17, she said, scarring alopecia,

22   most likely CCCA, given appearance and

23   distribution.  That's it.

24   Q.   Based upon your review of Mrs. Durden's

25   hair, do you agree that her hair loss is most

Page 65

1    likely CCCA?

2    MS. PEREZ:

3              Object to the form.

4        A.   I think she's multifactorial based on --

5    sorry.

6    MS. PEREZ:

7              That's okay.

8        A.   I think she's multifactorial based on the

9    records that I've reviewed.

10             I think she has CCCA, as the majority of

11   African-American women over the age of 50 do.

12             I think she likely has a component of

13   androgenetic alopecia, as I think all of us noted

14   that in looking at her.

15             I think it's possible that her iron

16   deficiency may play a role, although I have not

17   reviewed her labs.

18             Possibly, her Vitamin D may play a role.

19             And, also, she's a little young to really

20   call senescent alopecia.  That's usually closer to

21   the 80s, 70s to 80s, I would -- but even just with

22   those things, I would say that her hair loss is

23   multifactorial.

24   MR. SEARS:

25             I'm all finished.  Thank you very much