# EXHIBIT N

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:            Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Encounter Information - Office Visit

### Reason for Visit
| | |
|---|---|
| Hair Loss | 6 yrs scalp |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Scarring alopecia** - Primary | ICD-10-CM: L66.9<br>ICD-9-CM: 704.09 | |

**Problem List** as of 1/31/2017                                    Reviewed: **1/31/2017 by Julie E Martin, MD**

| | Codes | Noted - Resolved |
|---|---|---|
| **Acquired absence of breast and nipple** | ICD-10-CM: Z90.10<br>ICD-9-CM: V45.71 | 5/8/2012 - Present |
| **Postmastectomy lymphedema syndrome (Chronic)** | ICD-10-CM: I97.2<br>ICD-9-CM: 457.0 | 4/10/2012 - Present |
| **Personal history of breast cancer** | ICD-10-CM: Z85.3<br>ICD-9-CM: V10.3 | 7/5/2012 - Present |
| **Vitamin D deficiency disease** | ICD-10-CM: E55.9<br>ICD-9-CM: 268.9 | 7/5/2012 - Present |
| **Anxiety associated with depression** | ICD-10-CM: F41.8<br>ICD-9-CM: 300.4 | 11/27/2012 - Present |
| **HTN (hypertension)** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 1/2/2013 - Present |
| **Reflux** | ICD-10-CM: K21.9<br>ICD-9-CM: 530.81 | 1/2/2013 - Present |
| **Posterior vitreous detachment of right eye** | ICD-10-CM: H43.811<br>ICD-9-CM: 379.21 | 4/7/2014 - Present |
| **Nuclear sclerosis** | ICD-10-CM: H25.10<br>ICD-9-CM: 366.16 | 4/7/2014 - Present |
| **OA (osteoarthritis) of knee** | ICD-10-CM: M17.9<br>ICD-9-CM: 715.36 | 4/16/2014 - Present |
| RESOLVED: Neutropenia, unspecified | ICD-10-CM: D70.9<br>ICD-9-CM: 288.00 | 2/12/2012 - 9/16/2014 |
| RESOLVED: Other lymphedema | ICD-10-CM: I89.0<br>ICD-9-CM: 457.1 | 5/8/2012 - 9/16/2014 |
| RESOLVED: Osteopenia | ICD-10-CM: M85.80<br>ICD-9-CM: 733.90 | 9/19/2012 - 9/16/2014 |
| RESOLVED: History of vitamin D deficiency | ICD-10-CM: Z86.39<br>ICD-9-CM: V12.1 | 9/19/2012 - 9/16/2014 |
| RESOLVED: Lower back pain | ICD-10-CM: M54.5<br>ICD-9-CM: 724.2 | 10/1/2012 - 9/16/2014 |
| RESOLVED: Contact dermatitis and other eczema due to detergents | ICD-10-CM: L24.0<br>ICD-9-CM: 692.0 | 11/27/2012 - 9/16/2014 |
| RESOLVED: Lymphedema | ICD-10-CM: I89.0<br>ICD-9-CM: 457.1 | 12/21/2012 - 9/16/2014 |
| RESOLVED: History of breast cancer | ICD-10-CM: Z85.3<br>ICD-9-CM: V10.3 | 12/31/2012 - 9/16/2014 |
| RESOLVED: Needs flu shot | ICD-10-CM: Z23<br>ICD-9-CM: V04.81 | 1/2/2013 - 9/16/2014 |
| RESOLVED: Swelling of limb | ICD-10-CM: M79.89<br>ICD-9-CM: 729.81 | 1/14/2013 - 9/16/2014 |
| RESOLVED: Hyperpigmentation of skin | ICD-10-CM: L81.9<br>ICD-9-CM: 709.00 | 5/10/2013 - 9/16/2014 |
| RESOLVED: Neck pain on right side | ICD-10-CM: M54.2 | 9/4/2013 - 9/16/2014 |

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB: ▓▓▓▓▓▓▓ Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Encounter Information - Office Visit (continued)

**Problem List (continued)** as of 1/31/2017     Reviewed: **1/31/2017** by Julie E Martin, MD

| | Codes | Noted - Resolved |
|---|---|---|
| | ICD-9-CM: 723.1 | |
| RESOLVED: Screening for colorectal cancer | ICD-10-CM: Z12.11, Z12.12<br>ICD-9-CM: V76.51 | 9/4/2013 - 9/16/2014 |
| RESOLVED: Preretinal hemorrhage | ICD-10-CM: H35.60<br>ICD-9-CM: 362.81 | 4/7/2014 - 9/16/2014 |
| RESOLVED: Acrochordon | ICD-10-CM: L91.8<br>ICD-9-CM: 701.9 | 4/16/2014 - 9/16/2014 |
| RESOLVED: Breast cancer | ICD-10-CM: C50.919<br>ICD-9-CM: 174.9 | 6/19/2014 - 9/16/2014 |
| RESOLVED: Follow-up examination following completed treatment with high-risk medications, not elsewhere classified | ICD-10-CM: Z09<br>ICD-9-CM: V67.51 | 3/22/2012 - 4/13/2016 |
| RESOLVED: Malignant neoplasm of upper-outer quadrant of female breast | ICD-10-CM: C50.419<br>ICD-9-CM: 174.4 | 11/6/2011 - 4/13/2016 |
| RESOLVED: Postmastectomy lymphedema | ICD-10-CM: I97.2<br>ICD-9-CM: 457.0 | 3/20/2013 - 4/13/2016 |
| RESOLVED: Encounter for monitoring adjuvant hormonal therapy | ICD-10-CM: Z51.81, Z79.899<br>ICD-9-CM: V58.83, V58.69 | 6/20/2013 - 4/13/2016 |
| RESOLVED: Vitreous hemorrhage | ICD-10-CM: H43.10<br>ICD-9-CM: 379.23 | 4/7/2014 - 4/13/2016 |
| **Sacroiliac joint dysfunction of left side** | ICD-10-CM: M53.3<br>ICD-9-CM: 724.6 | 11/16/2016 - Present |
| **Decreased ROM of lumbar spine** | ICD-10-CM: M25.60<br>ICD-9-CM: 719.58 | 11/16/2016 - Present |
| **Malignant neoplasm of central portion of left female breast** | ICD-10-CM: C50.112<br>ICD-9-CM: 174.1 | 5/8/2012 - Present |

**Allergies as of 1/31/2017**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| **Grape Fruit Extract** | 07/02/2012 12:53 PM | | Angela J Susor, RN | Shortness Of Breath | | |
| **Fosamax [alendronate]** | 09/20/2013 10:26 AM | Allergy | Angela J Susor, RN | | "Medication turned patient's face dark" | |
| **Latex, Natural Rubber** | 09/28/2016 11:34 AM | | Lawrence E. Montelibano, MD | Dermatitis | Hx localized rash | |
| **Orange** | 07/02/2012 12:53 PM | | Angela J Susor, RN | | Other reaction(s): Unknown | |
| **Shellfish Containing Products** | 07/02/2012 12:53 PM | | Angela J Susor, RN | | Other reaction(s): Swelling, Rash | |
| **Amoxicillin** | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| **Clindamycin** | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| **Codeine** | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |
| **Erythromycin (bulk)** | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |

Generated on 7/7/17 12:18 PM     Page 1992

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:             Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Encounter Information - Office Visit (continued)

### Allergies as of 1/31/2017 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Iodine Containing Multivitamin | 07/05/2012 10:00 AM | Allergy | Angela J Susor, RN | Rash | | |
| Penicillins | 07/02/2012 12:53 PM | | Angela J Susor, RN | Rash | | |

### Immunizations as of 1/31/2017                                                      Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **Influenza** <br> Site: Right arm | 1/14/2014 | | -- | Intramuscular |
| **Influenza - High Dose** <br> Site: Right deltoid <br> Given By: Dessu L. Debela, LPN | 9/14/2016 | 0.5 mL | 8/7/2015 | Intramuscular |
| **Influenza - Intradermal** <br> Site: Right arm <br> Given By: Rodnisha Jones, LPN | 11/5/2014 | 0.1 mL | 8/19/2014 | Intradermal |
| **Influenza - Intradermal** <br> Site: Right arm | 1/2/2013 | | -- | Intradermal |
| **Influenza - Trivalent - PF (ADULT)** <br> Site: Right deltoid <br> Given By: Bobkeitha J Collins, LPN | 1/14/2014 | 0.5 mL | 2013-2014 | Intramuscular |
| **Pneumococcal Conjugate - 13 Valent** <br> Site: Right deltoid <br> Given By: Tara N. Perry, LPN | 10/25/2016 | 0.5 mL | 11/5/2015 | Intramuscular |
| **TDAP** <br> Site: Right deltoid <br> Given By: Dessu L. Debela, LPN | 9/14/2016 | 0.5 mL | 2/24/2015 | Intramuscular |
| **influenza - Quadrivalent** <br> Site: Right deltoid <br> Given By: Darreana O. Jackson, LPN | 9/15/2015 | 0.5 mL | 8/7/2015 | Intramuscular |

### Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| Allergy | | | Provider |
| Breast cancer | | | Provider |
| GERD (gastroesophageal reflux disease) | | | Provider |
| Hypertension | | | Provider |

### Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| breast construction | | | | Provider |
| MASTECTOMY | | | | Provider |

### Family and Education as of 1/31/2017

| Marital Status | Number of Children |
|---|---|
| Single | 1 |

### Social Documentation

Generated on 7/7/17 12:18 PM                                                                 Page 1993

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:            Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Encounter Information - Office Visit (continued)

**Social Documentation as of 1/31/2017**
    **None**

**Tobacco Use as of 1/31/2017**
    Never smoked or used smokeless tobacco.

**Alcohol Use as of 1/31/2017**
    Yes; 0.0 oz total alcohol per week; 0 Standard drinks or equivalent.
    Comments: rarely

**Drug Use as of 1/31/2017**
    No.

**Activities of Daily Living as of 1/31/2017**
    Are you pregnant or think you may be?    No
    Breast-feeding    No

**Family History as of 1/31/2017**

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Coronary artery disease | Father | | |
| Stroke | Sister | | |

**Family Status as of 1/31/2017**

| Relation | Status |
|---|---|
| Father | Deceased |
| Mother | Deceased |
| Sister | Alive |
| Brother | Alive |
| Daughter | Alive |
| Sister | Alive |
| Brother | Alive |
| Brother | Alive |
| Sister | |
| Neg Hx | |

**Employment History as of 1/31/2017**
    No employment history on file.

**Obstetric History as of 1/31/2017**
    The patient has not been asked about pregnancy.

**Anticoagulation Episode Summary**
    Current INR goal:
    TTR:    —
    Next INR check:
    INR from last check:
    Weekly max dose:
    Target end date:
    INR check location:
    Preferred lab:
    Send INR reminders to:
    Comments:

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:          Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Encounter Information - Office Visit (continued)

### Anticoagulation Episode Summary (continued)

#### History

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Kerceta Booker, MA | 1/31/2017  1:39 PM | Medical, Surgical, ADL, Tobacco, Alcohol, Drug Use, Sexual Activity, Family, Custom, Social Documentation, Socioeconomic |

## Medications

### Outpatient Medications at Start of Encounter as of 1/31/2017

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol 90 mcg/actuation inhaler  (Taking)** | 1 Inhaler | 2 | 7/15/2016 | |
| Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. - Inhalation | | | | |
| **aspirin 81 MG chewable tablet  (Taking)** | | | 6/27/2012 | |
| Sig - Route: Take 1 tablet by mouth Daily. Last dose 10/10/11 - Dr. Riker aware - Oral | | | | |
| Class: Historical Med | | | | |
| **calcium carbonate (OS-CAL) 600 mg (1,500 mg) Tab  (Taking)** | | | | |
| Sig - Route: Take 600 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet  (Taking)** | | 0 | 8/7/2015 | |
| Sig - Route: Take 10 mg by mouth daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |

    Valentina G. Williams, PharmD 6/20/2017  2:01 PM

    Peggy Pritchett, MA 9/15/2015  1:09 PM  
    >> PRITCHETT, PEGGY   Tue Sep 15, 2015  1:09 PM  
    Received from: External Pharmacy

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **docusate sodium (COLACE) 100 MG capsule (Taking)** | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Twice daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **ferrous sulfate 325 mg (65 mg iron) Tab (Taking)** | | | 6/27/2012 | |
| Sig - Route: Take 1 tablet by mouth Daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule (Taking)** | 90 capsule | 0 | 1/13/2017 | |
| Sig - Route: Take 1 capsule (20 mg total) by mouth once daily. - Oral | | | | |
| **tizanidine (ZANAFLEX) 4 MG tablet  (Taking)** | 30 tablet | 0 | 11/15/2016 | |
| Sig: TAKE 1 TABLET EVERY NIGHT AS NEEDED | | | | |
| **vitamin A 8000 UNIT capsule  (Taking)** | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **VITAMIN C 500 MG tablet  (Taking)** | | | 1/7/2016 | |
| Sig: once daily. | | | | |
| Class: Historical Med | | | | |

    Peggy A. Buckner, MA 4/13/2016  2:56 PM  
    Received from: External Pharmacy

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **vitamin E 400 UNIT capsule  (Taking)** | | | 6/27/2012 | |
| Sig - Route: Take 1 capsule by mouth Twice daily. - Oral | | | | |

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:                    Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 1/31/2017 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet (Taking)** | 180 tablet | 0 | 1/13/2017 | 4/3/2017 |
| Sig: TAKE 2 TABLETS BY MOUTH EVERY MORNING | | | | |
| **letrozole (FEMARA) 2.5 mg Tab (Taking)** | 90 tablet | 1 | 1/12/2017 | 6/20/2017 |
| Sig - Route: Take 1 tablet (2.5 mg total) by mouth once daily. - Oral | | | | |
| **verapamil (CALAN) 40 MG Tab (Taking)** | 90 tablet | 1 | 1/25/2017 | 2/1/2017 |
| Sig - Route: Take 1 tablet (40 mg total) by mouth 3 (three) times daily. - Oral | | | | |
| **verapamil (VERELAN PM) 200 mg 24 hr capsule (Taking)** | 90 capsule | 0 | 1/13/2017 | 2/16/2017 |
| Sig: TAKE 1 CAPSULE ONE TIME DAILY | | | | |

**Meds Comments as of 1/26/2017**

**Medications the Patient Reported Taking**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol 90 mcg/actuation inhaler (Taking)** | 1 Inhaler | 2 | 7/15/2016 | |
| Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | | | | |
| Route: Inhalation | | | | |
| **aspirin 81 MG chewable tablet (Taking)** | | | 6/27/2012 | |
| Sig: Take 1 tablet by mouth Daily. Last dose 10/10/11 - Dr. Riker aware | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **calcium carbonate (OS-CAL) 600 mg (1,500 mg) Tab (Taking)** | | | | |
| Sig: Take 600 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking)** | | 0 | 8/7/2015 | |
| Sig: Take 10 mg by mouth daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **docusate sodium (COLACE) 100 MG capsule (Taking)** | | | 6/27/2012 | |
| Sig: Take 1 capsule by mouth Twice daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous sulfate 325 mg (65 mg iron) Tab (Taking)** | | | 6/27/2012 | |
| Sig: Take 1 tablet by mouth Daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule (Taking)** | 90 capsule | 0 | 1/13/2017 | |
| Sig: Take 1 capsule (20 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **tizanidine (ZANAFLEX) 4 MG tablet (Taking)** | 30 tablet | 0 | 11/15/2016 | |
| Sig: TAKE 1 TABLET EVERY NIGHT AS NEEDED | | | | |
| **vitamin A 8000 UNIT capsule (Taking)** | | | 6/27/2012 | |
| Sig: Take 1 capsule by mouth Daily. | | | | |

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:        Sex: F  
Acct #  
Enc. Date 1/31/2017  

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med<br>Route: Oral | | | | |
| **VITAMIN C 500 MG tablet  (Taking)**<br>Sig: once daily.<br>Class: Historical Med | | | 1/7/2016 | |
| **vitamin E 400 UNIT capsule  (Taking)**<br>Sig: Take 1 capsule by mouth Twice daily.<br>Class: Historical Med<br>Route: Oral | | | 6/27/2012 | |
| **benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet**  (Taking/Discontinued)<br>Sig: TAKE 2 TABLETS BY MOUTH EVERY MORNING | 180 tablet | 0 | 1/13/2017 | 4/3/2017 |
| **letrozole (FEMARA) 2.5 mg Tab** (Taking/Discontinued)<br>Sig: Take 1 tablet (2.5 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 90 tablet | 1 | 1/12/2017 | 6/20/2017 |
| **verapamil (CALAN) 40 MG Tab** (Taking/Discontinued)<br>Sig: Take 1 tablet (40 mg total) by mouth 3 (three) times daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 1 | 1/25/2017 | 2/1/2017 |
| **verapamil (VERELAN PM) 200 mg 24 hr capsule** (Taking/Discontinued)<br>Sig: TAKE 1 CAPSULE ONE TIME DAILY | 90 capsule | 0 | 1/13/2017 | 2/16/2017 |

### Medication Comments

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **triamcinolone acetonide injection 10 mg**<br>Sig - Route: 1 mL (10 mg total) by Other route one time. - Other | 10 mg | Clinic/HOD 1 time | 2/6/2017 | 1/31/2017 |

### All Meds and Administrations

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB: ▮▮▮▮ Sex: F  
Acct #: ▮▮▮▮  
Enc. Date 1/31/2017

## Medications (continued)

**All Meds and Administrations (continued)**

### triamcinolone acetonide injection 10 mg [254859377]

Ordering Provider: Julie E. Martin, MD  
Ordered On: 02/06/17 1412  
Dose (Remaining/Total): 10 mg (0/1)  
Frequency: Clinic/HOD 1 time  

Status: Completed (Past End Date/Time)  
Starts/Ends: 02/06/17 1415 - 01/31/17 1330  
Route: Other  
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Is the patient competent?: | Yes | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/31/17 1330 | Given | 10 mg | Other | Performed by: Julie E. Martin, MD<br>Documented by: Angela M. Reed, LPN |

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter  

Durden, Antoinette  
MRN:  
DOB:            Sex: F  
Acct #:  
Enc. Date 1/31/2017  

## Other Orders

### triamcinolone acetonide injection 10 mg

Electronically signed by: **Julie E. Martin, MD on 02/06/17 1707**  Status: **Completed**  
Mode: Ordering in Verbal with readback mode  
Ordering user: Angela M. Reed, LPN  
Authorized by: Julie E. Martin, MD  
Frequency: 1 time in Clinic/HOD 02/06/17 1415 - 1 Occurrences  
Diagnoses  
Scarring alopecia [L66.9]  

Communicated by: Angela M. Reed, LPN  
Ordering provider: Julie E. Martin, MD  
Ordering mode: Verbal with readback  

#### Questionnaire

| Question | Answer |
|---|---|
| Is the patient competent? | Yes |

## Result Notes and Comments

**Result**  triamcinolone acetonide injection 10 mg (Order 254859377)

### Encounter Messages

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| System Message MyOchsner | Antoinette Durden | 1/25/2017  3:09 PM |

Last Read in Patient Portal  
Not Read  
Appointment Information:  
   Visit Type: Established Patient Visit  
   Date: 1/31/2017  
      Dept: Jeff Hwy - Dermatology  
      Provider: Julie E Martin  
      Time: 1:30 PM  

Appt Status: Scheduled  

Appt Instructions:  

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.  

      Jeff Hwy - Dermatology  
      1514 Jefferson Hwy  
      New Orleans, LA  70121-2429  
      504-842-3940  

## Progress Notes

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:                    Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Result Notes and Comments (continued)

**Progress Notes by Julie E. Martin, MD at 1/31/2017  1:30 PM**

Author: Julie E. Martin, MD  
Filed: 1/31/2017  7:21 PM  
Editor: Julie E. Martin, MD (Physician)

Service: (none)  
Encounter Date: 1/31/2017

Author Type: Physician  
Status: Signed

### Subjective:

**Patient ID:** Antoinette Durden is a 66 y.o. female who presents for  
Chief Complaint  
Patient presents with
- Hair Loss  
    *6 yrs scalp*

**Hair Loss**  - Initial  
Affected locations: scalp  
Duration: 6 years  
Signs / symptoms: itching (occasional itching of scalp)  
Relieving factors/Treatments tried: Rx topical steroids (betamethasone lotion)

She first noticed hair loss and eyebrow loss with chemotherapy 6 years ago. She then noticed re-growth, but not involving the crown of her scalp  
She denies a history of using chemicals or tight hair styles in her lifetime

**Past Medical History**  
Diagnosis                                                                                              Date
- Allergy
- Breast cancer
- GERD (gastroesophageal reflux disease)
- Hypertension

Review of Systems  
Constitutional: Negative for fever, chills and fatigue.  
Skin: Positive for itching and daily sunscreen use.

### Objective:
**Physical Exam**  
Constitutional: She appears well-developed and well-nourished. No distress.  
Neurological: She is alert and oriented to person, place, and time. She is not disoriented.  
Psychiatric: She has a normal mood and affect.  
Skin:  
Areas Examined (abnormalities noted in diagram):  
Scalp / Hair Palpated and Inspected  
Head / Face Inspection Performed  
Neck Inspection Performed  
Chest / Axilla Inspection Performed

NOMC DERMATOLOGY  Durden, Antoinette
OCHSNER, SOUTH SHORE REGION  MRN:
Ambulatory Encounter  DOB:     Sex: F
Acct #:
Enc. Date 1/31/2017

## Progress Notes (continued)

**Progress Notes by Julie E. Martin, MD at 1/31/2017 1:30 PM (continued)**



1: Decreased hair density at crown of scalp with relative sparing of frontal hairline; short hairs present at bitemporal scalp; no eyebrows

## Diagram Legend

- Erythematous scaling macule/papule c/w actinic keratosis
- Vascular papule c/w angioma
- Pigmented verrucoid papule/plaque c/w seborrheic keratosis
- Yellow umbilicated papule c/w sebaceous hyperplasia
- Irregularly shaped tan macule c/w lentigo
- 1-2 mm smooth white papules consistent with Milia
- Movable subcutaneous cyst with punctum c/w epidermal inclusion cyst
- Subcutaneous movable cyst c/w pilar cyst
- Firm pink to brown papule c/w dermatofibroma
- Pedunculated fleshy papule(s) c/w skin tag(s)
- Evenly pigmented macule c/w junctional nevus
- Mildly variegated pigmented, slightly irregular-bordered macule c/w mildly atypical nevus
- Flesh colored to evenly pigmented papule c/w intradermal nevus
- Pink pearly papule/plaque c/w basal cell carcinoma
- Erythematous hyperkeratotic cursted plaque c/w SCC
- Surgical scar with no sign of skin cancer recurrence
- Open and closed comedones
- Inflammatory papules and pustules
- Verrucoid papule consistent consistent with wart
- Erythematous eczematous patches and plaques
- Dystrophic onycholytic nail with subungual debris c/w onychomycosis
- Umbilicated papule
- Erythematous-base heme-crusted tan verrucoid plaque consistent with inflamed seborrheic keratosis
- Erythematous Silvery Scaling Plaque c/w Psoriasis
- See annotation

## Assessment / Plan:

NOMC DERMATOLOGY  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Durden, Antoinette  
MRN:  
DOB:           Sex: F  
Acct #:  
Enc. Date 1/31/2017

## Progress Notes (continued)

**Progress Notes by Julie E. Martin, MD at 1/31/2017  1:30 PM (continued)**

### Scarring alopecia with likely component of female pattern hair loss
Discussed the difficulty in treating hair loss, especially if there is scarring present  
Regardless, pt is interested in trying ILK, Rogaine  
Intralesional Kenalog 10 mg/cc (0.3 cc total) injected into 1 lesion on the crown of the scalp today after obtaining verbal consent including risk of surrounding hypopigmentation. Patient tolerated procedure well.  
Ok to continue betamethasone daily-bid prn itch  
Recommended Rogaine daily.  Discussed the possibility of contact dermatitis and unwanted hair growth

Return in about 4 weeks (around 2/28/2017).

Electronically signed by Julie E. Martin, MD on 1/31/2017  7:21 PM

### Contacts

| | Type | Contact | Phone |
|---|---|---|---|
| 01/25/2017 03:10 PM | In Person () | Durden, Antoinette (Self) | |

### Follow-up and Disposition History

01/31/2017 1920 - Julie E. Martin, MD  
    Disposition:    Return in about 4 weeks (around 2/28/2017).

### Follow-up Information
None

### Follow Up Call
No data filed