# EXHIBIT O

Page 1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    ANTOINETTE DURDEN,

5           Plaintiff,

6

7    VERSUS          CIVIL ACTION NO. 2:16-cv-16635

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-PHARMA S.A.,

12           Defendants.

13

14

15

16

17

18     VIDEOTAPED DEPOSITION OF JULIE MARTIN, M.D.

19

20      Taken at Ochsner Clinic Dermatology, 1514

21      Jefferson Highway, New Orleans, Louisiana, on

22      Tuesday, January 23, 2018, beginning at

23      1:06 p.m.

24

25   Job No. NJ2799589

1      A.   Correct.  It seems that way.

2      Q.   And then under the prognose note, it

3   notes that Mrs. Durden is a 66-year-old female.

4   Do you see that?

5      A.   Yes.

6      Q.   And then it notes that she's having --

7   you told me this word already and I forgot it.

8   Seborrheic --

9      A.   Seborrheic.

10     Q.   Seborrheic dermatitis.  And then on the

11   last page there, under the Assessment and Plan, it

12   notes that she has scarring alopecia, likely

13   multifactorial, including female pattern alopecia.

14   Do you see that?

15     A.   Yes.

16     Q.   So that was this dermatologist's

17   diagnosis of her?

18     A.   Correct.

19     Q.   One form of scarring alopecia would be

20   CCCA, right?

21     A.   Correct.

22     Q.   We talked about how age and being

23   postmenopausal are two risk factors for hair loss.

24   Would you agree that it would not be uncommon for

25   a 66-year-old postmenopausal woman to present with

1    hair issues like Mrs. Durden?

2        A.   We see it often.

3        Q.   And that would be true even if the

4    patient had never had chemotherapy, right?

5        A.   True.

6        Q.   Do you have any idea why Mrs. Durden

7    switched doctors to you?

8        A.   Most of the time, it's availability.

9    Dr. Mermilliod, it's really difficult to get an

10    appointment with her.

11        Q.   I believe you first saw Mrs. Durden on

12    January 31st, 2017; is that right?

13        A.   I can confirm if I get my little paper

14    back.  I've got my dates written on there.  Yes.

15    MR. SEARS:

16            We'll mark that encounter as Exhibit 10.

17                (Exhibit 10 was marked.)

18    MR. SEARS:

19        Q.   This note is your first visit with Mrs.

20    Durden; is that right?

21        A.   Yes.

22        Q.   And you diagnosed her with having

23    scarring alopecia?

24        A.   Clinically, it looked like scarring

25    alopecia, yes.  It looked like she had had some

1      common changes in hair that can be seen with

2      chemotherapy?

3          A.   Correct.

4          Q.   So we've talked a little bit about risk

5      factors for hair loss.  Now let's run through some

6      of the ones that Mrs. Durden had.

7          A.   Uh-huh.

8          Q.   She has age.

9          A.   Yep.

10         Q.   Age is a risk factor for her, right?

11         A.   Right.

12         Q.   Being postmenopausal is a risk factor for

13     her?

14         A.   Right.

15         Q.   We know that she's got a history of

16     Vitamin D deficiency.  That's a risk factor for

17     her?

18         A.   If it's been corrected, that should not

19     contribute, but yes.

20         Q.   And we talked about how she was on

21     letrozole, Femara for quite a few years, right?

22         A.   Correct.

23         Q.   And that's a risk factor for her, also?

24         A.   Yes.

25         Q.   And we also saw that once she went off

1    the letrozole or Femara, that she started having

2    some improvement in her hair, right?

3         A.   Correct.

4         Q.   And so all of those risk factors that she

5    had, any of those, independently, could have been

6    a cause of her hair loss, right?

7         A.   Correct.

8         Q.   I might have asked you this already, but

9    just to make sure.  The last visit you saw with

10   Mrs. Durden, she was 67 years old at the time,

11   right?  I think it might be written in your

12   progress note, but I'll double-check.  It's on

13   Bates 73.

14        A.   Yes.  67.

15        Q.   So it would be relatively common for a

16   postmenopausal 67-year-old woman to present with

17   hair loss that Mrs. Durden has, even if she never

18   had chemotherapy, right?

19   MR. THORNTON:

20             Objection to the term "relatively

21   common."

22   COURT REPORTER:

23             Did you answer, ma'am?

24        (Wherein, the question was read back.)

25        A.   Right.