# EXHIBIT Q

04/15/2011 FRI 14:57  FAX 985 649 8793 SMH SCHEDULING SERVICES         ☒001/001

04/07/2011 14:47 FAX  985  J 6844          SMH INFUSION CENTER          ☒0002/0002

*Earnest Barba*

## Q Stat Medication Order

**Fex to OUTPATIENT Oncology Services at 985-649-2526 FIVE (5) days in advance.**
**Fex to INPATIENT Oncology Services at 985-649-8549 FIVE (5) days in advance.**

Patient Name: *Earnest Barbara*    Allergies: *NKDA*

Diagnosis: *Lt. Nla maligneo. (IDC) breast Ca 174.8 ☒*

Treatment Plan: *AC x 4*                *Cycle every 15 days x 4 cycles*

Height: *239 #*   Weight: *63 in*   Body Surface Area (BSA): *3.09 m²*

☒ Place chemotherapy consent on chart.
☐ Begin chemotherapy if Absolute Neutrophil Count ≥ 1500, Platelets ≥ 100,000 and Creatinine ≤ 1.5
☐ Begin chemotherapy if Absolute Neutrophil Count ≥ _____ , Platelets ≥ _____ and Creatinine ≤ _____
☐ Call physician with laboratory values.

**HYDRATION: Infuse prior to administration of chemotherapy**
☐ 1 Liter Normal saline solution     @ _____ ml/hour X _____ bags
   Additives: _____
   _____
☐ _____  @ _____ ml/hour X _____ bags
   Additives: _____

**PRE-CHEMOTHERAPY MEDICATIONS**
☐ Famotidine (Pepcid) _____ mg IV                          1 hour prior to chemotherapy
☐ Diphenhydramine (Benadryl) _____ mg IV                   1 hour prior to chemotherapy
☒ Dexamethone (Decadron) *10* mg IV *V2 50cc NS*           30 minutes prior to chemotherapy
☐ Granisetron (Kytril) _____ mg IV in _____ ml             30 minutes prior to chemotherapy
☒ Ondensetron (Zofran) *32* mg IV in *50* ml *NS*          30 minutes prior to chemotherapy

**CHEMOTHERAPY MEDICATIONS**

*Adriamycin (60mg/m²) = 125 mg slow push w/ free flowing IV*

*Cyclophosphamide (600 mg/m²) = 1/254 mg in 100cc NS over 30 minutes*

*Neulasta 6mg sub q 24 hrs ☒ chemo          288.03 ☒*

*CBC weekly, CMP prior to each cycle*

*MD visit prior to each cycle.*

☐ Chemotherapy Orders are on separate form.

**Parameters for Dose Adjustment (Checkone)**
☒ Adjust weight based doses on new weight if there is a ≥ 10% change in weight or BSA on date of administration
☐ Adjust weight based doses on new weight if there is a ≥ _____ change in weight or BSA on date of administration
☐ No parameters for dose adjustment necessary

**PRN ORDERS**
☐ _____
☐ _____

*Harinder*                                      *3/31/11*
Physician's signature                           Date / Time

To be completed by SMH Nursing prior to administration of chemotherapy:

| Date | Cycle | Day | Weight | Body Surface Area | WBC | Hgb / Hct | Plt | Serum Creatinine | Other | RN Signature |
|------|-------|-----|--------|-------|-----|-----------|-----|------------------|-------|--------------|
|      |       |     |        |       |     |           |     |                  |       |              |
|      |       |     |        |       |     |           |     |                  |       |              |
|      |       |     |        |       |     |           |     |                  |       |              |
|      |       |     |        |       |     |           |     |                  |       |              |
|      |       |     |        |       |     |           |     |                  |       |              |

### PLEASE USE ACCEPTABLE ABBREVIATIONS ONLY

**CHEMOTHERAPY ORDERS**

**SMH**
Slidell Memorial Hospital
*Your Hospital for Life.*

Patient Name: *Earnest, Barbara*
Med. Rec. #: *1183893*
Pt. Acct. #: _____

Item# 1000691
Rev 4/08

*R6BD*   *4/9/11*   *RDD*

MR#: [redacted]
EARNEST, BARBARA
DR: CARINDER DO, JAMES
DOB: [redacted] ACCT: OLOGY AD/04/15/2011 12:00
PT=K   SEX: F

## CONSENT AND ACKNOWLEDGEMENT FORM

**MEDICARE-PATIENTS CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST:**
I certify that the information given by me in applying under the Title XVII of Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf to Slidell Memorial Hospital. I also acknowledge upon admission, that I received the "Important Message" from Medicare.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:**
For and in consideration of medical services rendered to the patient named herein, I hereby assign and transfer to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians, and rights for the payment of medical benefits which I may have under the policy/policies identified by me during registration or any policy which may be determined hereafter to pay benefits otherwise payable to me or to a beneficiary designated in the policy. By this assignment, I authorize payment directly to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians of all medical benefits payable under the aforesaid policy/policies, but not to exceed the hospital's regular charges.

**GUARANTEE OF ACCOUNT:**
I/We certify that the information given is true and correct to the best of my/our knowledge. I/We understand that bills are payable within thirty (30) days of the date of service. If it becomes necessary for the account to be referred to an attorney or collection agency, the undersigned agrees to pay the reasonable attorneys fees or collection expenses. I/We agree to be responsible for the payment of all charges of this medical service and hospital based physicians, attending physicians and consulting physicians services rendered to the above named patient.

**AUTHORIZATION TO RELEASE INFORMATION:**
I hereby authorize Slidell Memorial Hospital and hospital based physicians to release the information for this occasion of service requested by my insurance company or third party payor for the purpose of obtaining payment for services rendered during this admission and/or to other healthcare providers for the purpose of follow-up care or evaluation of care. This information may or may not include mental health and/or substance abuse information.

**AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT:**
I hereby authorize Slidell Memorial Hospital and its employees or agents to provide hospital care incident to this admission, including without limitations, consent to routine diagnostic procedures and medical treatment, which is to include whatever procedures that are deemed necessary by the admitting doctor and such other physicians or assistants as he may designate.

**PERSONAL VALUABLES:**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss of damage to any money, jewelry, glasses, documents, dentures, hearing aids or other articles of unusual value, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. VALUABLES ARE NOT TO BE LEFT IN THE PATIENT'S ROOM.

**ADVANCE DIRECTIVES:**
I understand that I am not required to have Advance Directives in order to be treated. I have received written information about my rights to formulate Advance Directives.

**NOTICE OF PRIVACY PRACTICES/PATIENT RIGHTS/ADMISSION PACKET:**
I acknowledge that I have received copies of the "SMH Notice of Privacy Practices", "Patient Rights", and the Admission packet, which contains Smoking Cessation information.
I understand that weapons, illegal drugs, or any other items considered contraband, are not allowed on the SMH campus, and that I do not have such items in my possession.

I/WE HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE.

Date: 5-2-11                                    Signed: _Barbara Earnest_
                                                              Patient

_S Williams_
Witness                                         Guardian/Relative Relationship

                                                Signature of Person Responsible for Bill (other than Pt)

| **Slidell Memorial Hospital** _Your Hospital for Life._ | Patient Name: EARNEST, BARBARA | | Calling Name: BARBARA |
|---|---|---|---|
| | DOB: ▓▓▓ | Admit Date: 05/02/2011 07:58 | Patient Type: SMH RCC |
| | Hospital Account # ▓▓▓ | Medical Record # ▓▓▓ | |

# SMH
#### Slidell Memorial Hospital
#### *Your Hospital for Life.*

1001 Gause Blvd
Slidell Memorial, LA 70458

I hereby authorize any physician, surgeon, or dentist on the staff of Slidell Memorial Hospital to perform any treatment and/or operation or procedure upon
_____ and to administer blood, and/or blood products or anesthetics which in their discretion may be necessary and
advisable, and make proper disposition of all removed tissues, organs and members.

**X**_____

| PATIENT OR AUTHORIZED PERSON'S SIGNATURE | RELATIONSHIP | WITNESS | REASON PT IS UNABLE TO SIGN |
| --- | --- | --- | --- |

### P A T I E N T

| MR Number | ACD | Admit Date/Time | Serve | Type | BDate | Age | Clerk |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ▮ | NOWILL | 05/03/2011 04:30 | OCT | SMH RCC | ▮ | 60Y | johnsonv |

| Visit Number | Religion | FC | M/S | R | SEX | SRC |
| --- | --- | --- | --- | --- | --- | --- |
| 90002804 | ROMAN CATHOLIC | T | MARRI ED | 4 | F | PHYSICIAN REFERRAL |

| Name/Address/Phone (Calling Name) | SSN | Employer Name/Address/Phone |
| --- | --- | --- |
| EARNEST, BARBARA | 433863805 | RETIRED |

Admitting Diagnosis: 174.8     Previous Admission: 05/02/2011 07:58

Physicians

008508 CARINDER  DO, JAMES
008508 CARINDER  DO, JAMES

### R E L

| Relative Name/Address/Phone | Other Rel/Friend Name/Address/Phone |
| --- | --- |
| . . {} - | Spouse |

### G U A R

| Name/Address/Phone | Employer Name/Address/Phone |
| --- | --- |
| EARNEST, BARBARA | RETIRED |

### I N S

| | Relation | Group Nbr/Certificate Nbr | Policy Number |
| --- | --- | --- | --- |
| ▮ | Patient is Insured | ▮ | ▮ |
| | Relation | / | Policy Number |
| | Relation | / | Policy Number |



☐ Stat Medication Order

**Fax to OUTPATIENT Oncology Services at 985-649-8526 FIVE (5) days in advance.**
**Fax to INPATIENT Oncology Services at 985-649-8549 FIVE (5) days in advance.**

Patient Name: _Earnest Barbara_   Allergies: _NKDA_
Diagnosis: _IIc N1a M0 (Stage II A) breast Ca  174.8 ℞_
Treatment Plan: _AC x 4_   _Cycle every 15 days x 4 cycles_
Height: _239 #_   Weight: _63 in_   Body Surface Area (BSA): _2.09 m²_

☒ Place chemotherapy consent on chart.
☐ Begin chemotherapy if Absolute Neutrophil Count ≥ 1500, Platelets ≥ 100,000 and Creatinine ≤ 1.5
☐ Begin chemotherapy if Absolute Neutrophil Count ≥ _____ , Platelets ≥ _____ and Creatinine ≤ _____
☐ Call physician with laboratory values.

**HYDRATION - Infuse prior to administration of chemotherapy:**
☐ 1 Liter Normal saline solution   @ _____ ml/hour X _____ bags
   Additives: _____
☐ _____   @ _____ ml/hour X _____ bags
   Additives: _____

**PRE-CHEMOTHERAPY MEDICATIONS:**
☐ Famotidine (Pepcid) _____ mg IV _____   1 hour prior to chemotherapy
☐ Diphenhydramine (Benadryl) _____ mg IV _____   1 hour prior to chemotherapy
☒ Dexamethsone (Decadron) _10_ mg IV _w/o 50cc NS_   30 minutes prior to chemotherapy
☐ Granisetron (Kytril) _____ mg IV in _____ ml   30 minutes prior to chemotherapy
☒ Ondasetron (Zofran) _32_ mg IV in _50_ ml _NS_   30 minutes prior to chemotherapy

**CHEMOTHERAPY ORDERS:**
_Adriamycin (60 mg/m²) = 125 mg slow push w/free flowing IV_
_Cyclophosphamide (600 mg/m²) = 1254 mg in 100cc NS over 30 minutes_
_Neulasta 6 mg sub q 24 hrs ⓟ chemo    288.03 ℞_
_CBC weekly, CMP prior to each cycle_
_MD visit prior to each cycle._
☐ Chemotherapy Orders are on separate form

**Parameters for Dose Adjustment: (Check one):**
☒ Adjust weight based doses on new weight if there is a ≥ 10% change in weight or BSA on date of administration
☐ Adjust weight based doses on new weight if there is a ≥ _____ change in weight or BSA on date of administration
☐ No parameters for dose adjustment necessary

**PRN ORDERS:**
☐ _____
☐ _____

_Harinder_                           _3/31/11_
Physician's signature                Date / Time

| To be completed by SMH Nursing prior to administration of chemotherapy: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Cycle | Day | Weight | Body Surface Area | WBC | Hgb / Hct | Plt | Serum Creatinine | Other | RN Signature |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## PLEASE USE ACCEPTABLE ABBREVIATIONS ONLY

**CHEMOTHERAPY ORDERS**

**SMH**
Slidell Memorial Hospital

*Your Hospital for Life.*

Item# 1000691
Rev 4/08

Patient Name: _Earnest Barbara_
Med. Rec. #: _11_   MR#: ████████
Pt. Acct. #:        EARNEST, BARBARA
DR: CARINDER, DO, JAMES
DOB ████  AD:05/03/2011: 09:00
PT=K   SEX: F

_noted SMRN_
_5/3/11  0900_

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**05/03/2011 04:30**  Through  **05/04/2011 04:02**

| | | | |
|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | |
| Visit ID: | **90002804** | MR Number: | DOB: |
| Admitted: | **05/03/2011 04:30** | | Attending: **JAMES E CARINDER  DO** |

| Assessment Date | | | Entry Date |
|---|---|---|---|

**Patient Assessment**

**Entered By:**    ANGELA LYONS, RN

**Pt. Location:**    UNKNOWN_LOCATION UNKNOWN_BED

| | | | |
|---|---|---|---|
| 05/03/2011 09:00 | ID/Band On/Verified Using 2 Patient Identifiers | Yes | 05/03/2011 10:12 |
| | Arrival Mode | Ambulated | 05/03/2011 10:12 |
| | Oriented to Environment | Smoking Policy | 05/03/2011 10:12 |
| | | Patient rights | |
| | | How to report questions or concerns. | |
| | Sticker to armband applied for: | Yellow = Fall Risk | 05/03/2011 10:12 |
| | Psychosocial | Active Support System | 05/03/2011 10:12 |
| | | Effective Coping Skills | |
| | | Appropriate emotional response | |
| | | Appropriate social interaction | |
| | Pain Rating | 0 = None | 05/03/2011 10:12 |
| | Neuro: | AAOx4, MAEW, answers appropriately, no sensory deficits. | 05/03/2011 10:12 |
| | Respiratory: | BBS CTA bilaterally, Respirations even and unlabored. No cough/No O2. | 05/03/2011 10:12 |
| | Cardiovascular: | Regular rate & rhythm. Peripheral pulses equal/strong. No edema. | 05/03/2011 10:12 |
| | Gastrointestinal: | Abd soft, non-tender, non-distended, +bs in all quadrants. No N/V. | 05/03/2011 10:12 |
| | Genitourinary: | Continent of urine. Color yellow to amber and clear. Genitalia without rashes or lesions. | 05/03/2011 10:12 |
| | Musculoskeletal: | Full ROM with appropriate muscle strength. No deformities. | 05/03/2011 10:12 |
| | Skin: | Warm, dry & intact/good turgor/no rashes or lesions/mucous membranes moist. | 05/03/2011 10:12 |
| | Discharge Mode | Ambulatory | 05/03/2011 10:12 |
| | Discharge Time | 05/03/2011 10:40 | 05/03/2011 10:12 |

**Chemo Flowsheet**

**Entered By:**    ANGELA LYONS, RN

**Pt. Location:**    UNKNOWN_LOCATION UNKNOWN_BED

| | | | |
|---|---|---|---|
| 05/03/2011 09:00 | Height | 63" | 05/03/2011 10:12 |
| | Actual Weight | 240 | 05/03/2011 10:12 |
| | BSA | 2.09 | 05/03/2011 10:12 |
| | Cancer Diagnosis | Breast | 05/03/2011 10:12 |
| | Informed Consent Verified | Yes | 05/03/2011 10:12 |
| | Chemo Safety | Drug Dose Based on BSA | 05/03/2011 10:12 |
| | | Medications checked against MD orders by 2 RNs prior to treatment | |
| | | Patient instructed to report any adverse reaction signs and symptoms immediately. | |
| | Drug Protocol | AC | 05/03/2011 10:12 |
| | Cycle | 2 | 05/03/2011 10:12 |
| | Day | 1 | 05/03/2011 10:12 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00297**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**05/03/2011 04:30**   Through   **05/04/2011 04:02**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90002804** | MR Number: | DOB: | |
| Admitted: | **05/03/2011 04:30** | | Attending: | **JAMES E CARINDER  DO** |

**Assessment Date**                                                                                    **Entry Date**

**Chemo Flowsheet**

**Entered By:**   ANGELA LYONS, RN

**Pt. Location:**   UNKNOWN_LOCATION UNKNOWN_BED

| 05/03/2011 09:00 | | | |
|---|---|---|---|
| | Platelets (>100,000) | 171 | 05/03/2011 10:12 |
| | WBC (>3 5) | 5.9 | 05/03/2011 10:12 |
| | 2. Stop Time | 1030 | 05/03/2011 10:12 |
| | Prior Chemotherapy? | Yes | 05/03/2011 10:12 |
| | Creatinine | 0.64 | 05/03/2011 10:12 |
| | ANC (>1500) | 4100 | 05/03/2011 10:12 |
| | HGB (>10) | 13.0 | 05/03/2011 10:12 |
| | RN #1 | A.Lyons,RN | 05/03/2011 10:12 |
| | RN #2 | T.Thigpen,RN | 05/03/2011 10:12 |
| | 1. Start Time | 0945 | 05/03/2011 10:12 |
| | 1. Chemotherapy Drug/Dose | Adriamycin 125 mg | 05/03/2011 10:12 |
| | 1. Route | IV Push | 05/03/2011 10:12 |
| | 1. Blood Return Present | Yes | 05/03/2011 10:12 |
| | 1. Infusion Pump | N/A | 05/03/2011 10:12 |
| | 1. Vesicant | Yes | 05/03/2011 10:12 |
| | 1. Stop Time | 1000 | 05/03/2011 10:12 |
| | 2. Start Time | 1000 | 05/03/2011 10:12 |
| | 2. Chemotherapy Drug/Dose | Cytoxan 1254 mg | 05/03/2011 10:12 |
| | 2. Route | Infusion | 05/03/2011 10:12 |
| | 2. Blood Return Present | Yes | 05/03/2011 10:12 |
| | 2. Infusion Pump | Yes | 05/03/2011 10:12 |
| | 2. Diluent | 100 cc NS | 05/03/2011 10:12 |
| | 2. Vesicant | No | 05/03/2011 10:12 |
| | Mouth Care | Pt. given SMH mouth care kit and educated on its use this admission. | 05/03/2011 10:12 |
| | Total Intake (ml) | 400 | 05/03/2011 10:12 |
| | Total Output (ml) | 0 | 05/03/2011 10:12 |

**Infusion Flowsheet**

**Entered By:**   ANGELA LYONS, RN

**Pt. Location:**   UNKNOWN_LOCATION UNKNOWN_BED

| 05/03/2011 09:00 | | | |
|---|---|---|---|
| | 2. Stop Time | 0945 | 05/03/2011 10:12 |
| | 1. Time | 0910 | 05/03/2011 10:12 |
| | 1 Medication | Zofran | 05/03/2011 10:12 |
| | 1. Dose | 32 mg | 05/03/2011 10:12 |
| | 1. Route | Infusion | 05/03/2011 10:12 |
| | 1. Site | PORT | 05/03/2011 10:12 |
| | 1. Stop Time | 0930 | 05/03/2011 10:12 |
| | 2. Time | 0930 | 05/03/2011 10:12 |
| | 2. Medication | Decadron | 05/03/2011 10:12 |
| | 2. Dose | 10 mg | 05/03/2011 10:12 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00298**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**05/03/2011 04:30**   Through   **05/04/2011 04:02**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90002804** | MR Number: | ▉▉▉ | DOB: ▉▉▉ |
| Admitted: | **05/03/2011 04:30** | | Attending: | **JAMES E CARINDER  DO** |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Infusion Flowsheet** | | |
| | **Entered By:**  ANGELA LYONS, RN | | |
| | **Pt. Location:**  UNKNOWN_LOCATION UNKNOWN_BED | | |
| 05/03/2011 09:00 | 2. Route | Infusion | 05/03/2011 10:12 |
| | 2. Site | PORT | 05/03/2011 10:12 |
| | Chemotherapy Pre-Medications | Yes | 05/03/2011 10:12 |
| | **IV Access** | | |
| | **Entered By:**  ANGELA LYONS, RN | | |
| | **Pt. Location:**  UNKNOWN_LOCATION UNKNOWN_BED | | |
| 05/03/2011 09:00 | Portacath Site | Right Chest | 05/03/2011 10:12 |
| | | No Tenderness, Redness, Swelling | |
| | | Not Accessed | |
| | Portacath Intevention | Portacath Accessed With Huber Needle | 05/03/2011 10:12 |
| | | Flushes Easily | |
| | | Aspirates Good Blood Return | |
| | | Huber Needle Removed Intact | |
| | | Sterile Technique Observed | |
| | Huber Needle Size | 20 gauge 1 inch | 05/03/2011 10:12 |
| | Flushes | Porta Cath Flushed Easily With 10cc NS Followed By 5cc 100unit/ml Heparin per 10cc Syringe | 05/03/2011 10:12 |
| | **CHEMO EDUCATION** | | |
| | **Entered By:**  ANGELA LYONS, RN | | |
| | **Pt. Location:**  UNKNOWN_LOCATION UNKNOWN_BED | | |
| 05/03/2011 09:00 | Needs | Request Information | 05/03/2011 10:12 |
| | | Indicates Interest | |
| | | Asks Questions | |
| | Learner | Patient | 05/03/2011 10:12 |
| | | Family | |
| | Readiness to Learn | Learner agrees to accept instructions. | 05/03/2011 10:12 |
| | | Learner indicates time is appropriate. | |
| | Method of Teaching | Verbal | 05/03/2011 10:12 |
| | | Written | |
| | Teaching Topic-Chemotherapy Side Effects | Appetite Changes | 05/03/2011 10:12 |
| | | Bleeding | |
| | | Fatigue | |
| | | Hair Loss | |
| | | Infection | |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00299**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

05/03/2011 04:30    Through    05/04/2011 04:02

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90002804** | MR Number: | DOB: | |
| Admitted: | **05/03/2011 04:30** | | Attending: | **JAMES E CARINDER  DO** |

**Assessment Date**                                                                                           **Entry Date**

**CHEMO EDUCATION**

| | |
|---|---|
| **Entered By:** | ANGELA LYONS, RN |
| **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| 05/03/2011 09:00 | Teaching Topic-Chemotherapy Side Effects | Mouth and Throat Changes | 05/03/2011 10:12 |
| | | Nausea/Vomiting | |
| | | Pain | |
| | | Urinary/Kidney Changes | |
| | Response | Verbalize Understanding | 05/03/2011 10:12 |

**INFUSION EDUCATION**

| | |
|---|---|
| **Entered By:** | ANGELA LYONS, RN |
| **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| 05/03/2011 09:00 | Learner | Patient | 05/03/2011 10:12 |
| | Needs | Indicates Interest | 05/03/2011 10:12 |
| | Readiness to Learn | Learner agrees to accept instructions. | 05/03/2011 10:12 |
| | | Learner indicates time is appropriate. | |
| | Teaching Topic | Medication Administration | 05/03/2011 10:12 |
| | | Safety Precautions | |
| | | Infusion | |
| | | Infusion Reaction | |
| | | Mobility/Ambulation | |
| | | Nutrition | |
| | | Health Promotion | |
| | | Illness/Condition | |
| | Method of Teaching | Verbal | 05/03/2011 10:12 |
| | Response | Verbalize Understanding | 05/03/2011 10:12 |
| | Follow-Up | Re-enforce/Re-instruct | 05/03/2011 10:12 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00300**

## SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)

### Patient Profile Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | | | |
| Visit ID: | **90002804** | MR Number: | ████████ | | DOB: | ████████ |
| Admit: | **05/03/2011 04:30** | Location: | **UNKNOWN_LOCATION  UNKNOWN_BED** | | | |

### Demographics

| | | | | | |
|---|---|---|---|---|---|
| Called Name: | BARBARA | Sex: | FEMALE | Address: | ████████ |
| Social Security: | ████████ | Language: | ENGLISH | | |
| Work Phone: | | Home Phone: | ████████ | | |
| Contact: | | | | | |
| RALPH EARNEST | | | Phone: | ████████ | |

### Patient Detail

| | | | | | |
|---|---|---|---|---|---|
| Admit Complaint: | 174.8 | | | | |
| Admit Diagnosis: | | | | | |
| Service: | OUTPT CHEMO | Fin Class: | MEDICAID | Patient Type: | SMH RCC |
| Discharged: | 05/03/2011 23:59 | Discharge Stat: | 01 - DISCHARGED TO HOME OR | Race: | WHITE/CAUCASIAN |
| Admit Weight: | | Admit Height: | | Visit Status: | Discharge |
| Current Weight: | | Current Height: | | Age: 60Y | |
| Current Diagnosis: | | | | | |
| Notes: | | | | | |
| Smoker: ☐ | Amount: | | Code Status: | | |
| Language: | ENGLISH | | Communication Barrier: | | |
| Special Needs: | | | Organ Donor: ☐ | Blood Type: | |
| Advance Directive: | PATIENT DOES NOT HAVE LIVING WILL | | Doc in Chart: ☐ | Adv. Notes: ☐ | |
| Pregnant: | No | Exp Delivery: | 00/00/0000 | Lactation: | Gestational Age: |

### Physicians

| | |
|---|---|
| JAMES E. CARINDER  DO - Admitting | JAMES E. CARINDER  DO - Attending |
| JAMES E. CARINDER  DO - Ordering | |

### Allergies

| Current Allergies | Severity | Allergy Date | Reaction | Type | Misc. Description |
|---|---|---|---|---|---|
| No Known Drug Allergies | Unknown | 02/25/2011 | | Drug Allergy | |

### Home Medications

| Home Med | Dose | | Route | Frequency | Most Recent Dose |
|---|---|---|---|---|---|
| NONE | | | | | |
| **Start Date:** | | **End Date** | | | |
| **Reason for Taking:** | | | **Last Verified:** | | |
| **Med Notes:** | | | | | |

05/04/2011                                                                Page 1 of 2

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Patient Profile Report**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | | |
| Visit ID: | **90002804** | MR Number: | ▮▮▮▮ | DOB: | ▮▮▮▮ |
| Admit: | **05/03/2011 04:30** | Location: | **UNKNOWN_LOCATION  UNKNOWN_BED** | | |

## Surgeries

| Surgery | Date | Surgeon | Institution | Comments |
|---|---|---|---|---|
| C SECTION | | | | |
| CHOLECYSTECTOMY | | | | |
| HYSTERECTOMY | | PARTIAL | | |
| KNEE SURGERY | | LEFT | | |

## Medical History

| Medical History | Date | Comments |
|---|---|---|
| Cancer/Cancer Treatment-Cancer-Note Type | | LEFT BREAST CA |
| Musculoskeletal-Other | | painful hands |
| Psychosocial-Alcohol Use How much/How lo | | no |
| Psychosocial-Tobacco Use How much/How | | no |
| Psychosocial-Highest Educational Level | | HS |
| Psychosocial-Marital Status | | married |
| Psychosocial-Religious Preference | | ▮▮▮▮ |
| Reproductive-# of Pregnancies (Gravida) | | 2 |
| Reproductive-#of Deliveries >20wks (Para) | | 2 |
| Reproductive-Menopausal/Post Menopause | | |
| Family History-Cancer-Maternal Specify Prin | | mom and grandmom |
| Family History-Heart Disease | | parents, siblings |
| Family History-Diabetes | | parents and siblings |
| Patient's Physicians-Primary Care | | Dr. B Miller |
| Patient's Physicians-Other | | Dr. Shafor |

## Immunizations

| Immunizations | Date | Comments |
|---|---|---|
| INFLUENZA(Offered only from Aug-March) | | no |
| PNEUMOCOCCAL - ADULT POLYSACCHA | | no |
| TETANUS | | pver 5 yrs |

1175- EARNEST, BARBARA- Slidell Memorial Hospital   00302

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Vital Sign Report**

**05/03/2011 04:30   Through   05/04/2011 04:02**

| | | | |
|---|---|---|---|
| Patient Name: | EARNEST, BARBARA | | |
| Visit Id: | 90002804 | Med Rec No: | ████████ |
| Birth Date: | ████████ | Admission Datetime: | 05/03/2011 04:30 |
| Attend Phys: | JAMES CARINDER  DO | Discharge Daletime: | 05/03/2011 23:59 |

| Vital Type | 05/03/2011 10:35<br>Bed: UNKNOWN_BE | 05/03/2011 10:00<br>Bed: UNKNOWN_BE | 05/03/2011 09:00<br>Bed: UNKNOWN_BE | | | |
|---|---|---|---|---|---|---|
| BP 1 | 122/67<br>Arm,Upper Rt<br>Sitting<br>05/03/2011  10:45<br>By: 8180 | 116/68<br>Arm,Upper Rt<br>Sitting<br>05/03/2011  10:45<br>By: 8180 | 119/76<br>Arm,Upper Rt<br>Sitting<br>05/03/2011  10:45<br>By: 8180 | | | |
| Pulse 1 | 68<br>05/03/2011  10:45<br>By: 8180 | 70<br>05/03/2011  10:45<br>By: 8180 | 78<br>05/03/2011  10:45<br>By  8180 | | | |
| Resp | 18<br>05/03/2011  10:45<br>By: 8180 | 18<br>05/03/2011  10:45<br>By: 8180 | 20<br>05/03/2011  10:45<br>By: 8180 | | | |
| Temp | 98.2 F<br>05/03/2011  10:45<br>By: 8180 | 98.0 F<br>05/03/2011  10:45<br>By: 8180 | 98.0 F<br>05/03/2011  10:45<br>By: 8180 | | | |

Staff IDs:-------------------------------------------------------------------------------

8180 :  ANGELA LYONS, RN

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00303**

## CONSENT AND ACKNOWLEDGEMENT FORM

**MEDICARE-PATIENTS CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST:**
I certify that the information given by me in applying under the Title XVII of Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf to Slidell Memorial Hospital. I also acknowledge upon admission, that I received the "Important Message" from Medicare.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:**
For and in consideration of medical services rendered to the patient named herein, I hereby assign and transfer to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians, and rights for the payment of medical benefits which I may have under the policy/policies identified by me during registration or any policy which may be determined hereafter to pay benefits otherwise payable to me or to a beneficiary designated in the policy. By this assignment, I authorize payment directly to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians of all medical benefits payable under the aforesaid policy/policies, but not to exceed the hospital's regular charges.

**GUARANTEE OF ACCOUNT:**
I/We certify that the information given is true and correct to the best of my/our knowledge. I/We understand that bills are payable within thirty (30) days of the date of service. If it becomes necessary for the account to be referred to an attorney or collection agency, the undersigned agrees to pay the reasonable attorneys fees or collection expenses. I/We agree to be responsible for the payment of all charges of this medical service and hospital based physicians, attending physicians and consulting physicians services rendered to the above named patient.

**AUTHORIZATION TO RELEASE INFORMATION:**
I hereby authorize Slidell Memorial Hospital and hospital based physicians to release the information for this occasion of service requested by my insurance company or third party payor for the purpose of obtaining payment for services rendered during this admission and/or to other healthcare providers for the purpose of follow-up care or evaluation of care. This information may or may not include mental health and/or substance abuse information.

**AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT:**
I hereby authorize Slidell Memorial Hospital and its employees or agents to provide hospital care incident to this admission, including without limitations, consent to routine diagnostic procedures and medical treatment, which is to include whatever procedures that are deemed necessary by the admitting doctor and such other physicians or assistants as he may designate.

**PERSONAL VALUABLES:**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss of damage to any money, jewelry, glasses, documents, dentures, hearing aids or other articles of unusual value, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. VALUABLES ARE NOT TO BE LEFT IN THE PATIENT'S ROOM.

**ADVANCE DIRECTIVES:**
I understand that I am not required to have Advance Directives in order to be treated. I have received written information about my rights to formulate Advance Directives.

**NOTICE OF PRIVACY PRACTICES/PATIENT RIGHTS/ADMISSION PACKET:**
I acknowledge that I have received copies of the "SMH Notice of Privacy Practices", "Patient Rights", and the Admission packet, which contains Smoking Cessation information.
I understand that weapons, illegal drugs, or any other items considered contraband, are not allowed on the SMH campus, and that I do not have such items in my possession.

I/WE HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE.

Date: 5-3-11

Signed: _Barbara Earnest_
Patient

_Sullivan_
Witness

Guardian/Relative Relationship

Signature of Person Responsible for Bill (other than Pt)

| **Slidell Memorial Hospital** *Your Hospital for Life* | Patient Name: EARNEST, BARBARA | | Calling Name: BARBARA |
| --- | --- | --- | --- |
| | DOB ███ | Admit Date: 05/03/2011 09:00 | Patient Type: SMH RCC |
| | Hospital Account ███ | Medical Record ███ | |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00304**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**06/22/2011 04:30** Through **06/23/2011 03:55**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90004407** | MR Number: | DOB: | |
| Admitted: | **06/22/2011 04:30** | | Attending: | **JAMES E CARINDER  DO** |

**Assessment Date**                                                                                                          **Entry Date**

**Patient Assessment**

**Entered By:**    ANGELA LYONS, RN
**Pt. Location:**    UNKNOWN_LOCATION UNKNOWN_BED

| 06/22/2011 09:30 | ID/Band On/Verified Using 2 Patient Identifiers | Yes | 06/22/2011 11:11 |
|---|---|---|---|
| | Arrival Mode | Ambulated | 06/22/2011 11:11 |
| | Oriented to Environment | Smoking Policy | 06/22/2011 11:11 |
| | | Patient rights | |
| | | How to report questions or concerns. | |
| | Sticker to armband applied for: | Yellow = Fall Risk | 06/22/2011 11:11 |
| | Psychosocial | Active Support System | 06/22/2011 11:11 |
| | | Effective Coping Skills | |
| | | Appropriate emotional response | |
| | | Appropriate social interaction | |
| | Pain Rating | 0 = None | 06/22/2011 11:11 |
| | Neuro: | AAOx4, MAEW, answers appropriately, no sensory deficits. | 06/22/2011 11:11 |
| | Respiratory: | BBS CTA bilaterally, Respirations even and unlabored. No cough/No O2. | 06/22/2011 11:11 |
| | Cardiovascular: | Regular rate & rhythm. Peripheral pulses equal/strong. No edema. | 06/22/2011 11:11 |
| | Gastrointestinal: | Abd soft, non-tender, non-distended, +bs in all quadrants. No N/V. | 06/22/2011 11:11 |
| | Genitourinary: | Continent of urine. Color yellow to amber and clear. Genitalia without rashes or lesions. | 06/22/2011 11:11 |
| | Musculoskeletal: | Full ROM with appropriate muscle strength. No deformities. | 06/22/2011 11:11 |
| | Skin: | Warm, dry & intact/good turgor/no rashes or lesions/mucous membranes moist. | 06/22/2011 11:11 |
| | Discharge Mode | Ambulatory | 06/22/2011 12:58 |
| | Discharge Time | 06/22/2011 11:50 | 06/22/2011 12:58 |

**Chemo Flowsheet**

**Entered By:**    ANGELA LYONS, RN
**Pt. Location:**    UNKNOWN_LOCATION UNKNOWN_BED

| 06/22/2011 09:30 | Height | 63" | 06/22/2011 11:11 |
|---|---|---|---|
| | Actual Weight | 248.5 | 06/22/2011 11:11 |
| | BSA | 2.1 | 06/22/2011 11:11 |
| | Cancer Diagnosis | BREAST | 06/22/2011 11:11 |
| | Informed Consent Verified | Yes | 06/22/2011 11:11 |
| | Chemo Safety | Drug Dose Based on BSA | 06/22/2011 11:11 |
| | | Medications checked against MD orders by 2 RNs prior to treatment | |
| | | Patient instructed to report any adverse reaction signs and symptoms immediately. | |
| | Drug Protocol | TAXOTERE | 06/22/2011 11:11 |
| | Cycle | 1 | 06/22/2011 11:11 |
| | Day | 1 | 06/22/2011 11:11 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00426**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**06/22/2011 04:30**   Through   **06/23/2011 03:55**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90004407** | MR Number: | ████ | DOB: ████ |
| Admitted: | **06/22/2011 04:30** | | Attending: | **JAMES E CARINDER DO** |

| Assessment Date | | | Entry Date |
|---|---|---|---|
| | **Chemo Flowsheet** | | |
| | Entered By: | ANGELA LYONS, RN | |
| | Pt. Location: | UNKNOWN_LOCATION UNKNOWN_BED | |
| 06/22/2011 09:30 | Platelets (>100,000) | 207 | 06/22/2011 11:11 |
| | WBC (>3.5) | 4.9 | 06/22/2011 11:11 |
| | Prior Chemotherapy? | Yes | 06/22/2011 11:11 |
| | Creatinine | 0.40 | 06/22/2011 11:11 |
| | ANC (>1500) | 4500 | 06/22/2011 11:11 |
| | HGB (>10) | 11.5 | 06/22/2011 11:11 |
| | RN #1 | A.Lyons,RN | 06/22/2011 11:11 |
| | RN #2 | T.Thigpen,RN | 06/22/2011 11:11 |
| | 1. Start Time | 1030 | 06/22/2011 11:11 |
| | 1. Chemotherapy Drug/Dose | Taxotere 210 mg | 06/22/2011 11:11 |
| | 1. Route | Infusion | 06/22/2011 11:11 |
| | 1. Blood Return Present | Yes | 06/22/2011 11:11 |
| | 1. Infusion Pump | Yes | 06/22/2011 11:11 |
| | 1. Diluent | 500 cc NS | 06/22/2011 11:11 |
| | 1. Vesicant | No | 06/22/2011 11:11 |
| | 1. Stop Time | 1140 | 06/22/2011 11:11 |
| | Total Intake (ml) | 700 | 06/22/2011 12:58 |
| | Total Output (ml) | 0 | 06/22/2011 12:58 |
| | **Infusion Flowsheet** | | |
| | Entered By: | ANGELA LYONS, RN | |
| | Pt. Location: | UNKNOWN_LOCATION UNKNOWN_BED | |
| 06/22/2011 09:30 | 2. Stop Time | 1030 | 06/22/2011 11:11 |
| | 1. Time | 0950 | 06/22/2011 11:11 |
| | 1. Medication | Zofran | 06/22/2011 11:11 |
| | 1. Dose | 32 mg | 06/22/2011 11:11 |
| | 1. Route | Infusion | 06/22/2011 11:11 |
| | 1. Site | PORT | 06/22/2011 11:11 |
| | 1 Stop Time | 1010 | 06/22/2011 11:11 |
| | 2 Time | 1010 | 06/22/2011 11:11 |
| | 2. Medication | Decadron | 06/22/2011 11:11 |
| | 2. Dose | 10 mg | 06/22/2011 11:11 |
| | 2. Route | Infusion | 06/22/2011 11:11 |
| | 2. Site | PORT | 06/22/2011 11:11 |
| | Chemotherapy Pre-Medications | Yes | 06/22/2011 11:11 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00427**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**06/22/2011 04:30**   Through   **06/23/2011 03:55**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90004407** | MR Number: | | DOB: |
| Admitted: | **06/22/2011 04:30** | | Attending: | **JAMES E CARINDER  DO** |

| Assessment Date | | | Entry Date |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | **IV Access** | | |
| | **Entered By:** | ANGELA LYONS, RN | |
| | **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED | |

| | | | |
|---|---|---|---|
| 06/22/2011 09:30 | Portacath Site | Right Chest | 06/22/2011 11:11 |
| | | No Tenderness, Redness, Swelling | |
| | | Not Accessed | |
| | Portacath Intevention | Portacath Accessed With Huber Needle | 06/22/2011 11:11 |
| | | Flushes Easily | |
| | | Aspirates Good Blood Return | |
| | | Huber Needle Removed Intact | |
| | | Sterile Technique Observed | |
| | Huber Needle Size | 20 gauge 1 inch | 06/22/2011 11:11 |
| | Flushes | Porta Cath Flushed Easily With 10cc NS Followed By 5cc 100unit/ml Heparin per 10cc Syringe | 06/22/2011 11:11 |

| | | | |
|---|---|---|---|
| | **CHEMO EDUCATION** | | |
| | **Entered By:** | ANGELA LYONS, RN | |
| | **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED | |

| | | | |
|---|---|---|---|
| 06/22/2011 09:30 | Needs | Indicates Interest | 06/22/2011 11:11 |
| | Learner | Patient | 06/22/2011 11:11 |
| | Readiness to Learn | Learner agrees to accept instructions. | 06/22/2011 11:11 |
| | | Learner indicates time is appropriate. | |
| | Method of Teaching | Verbal | 06/22/2011 11:11 |
| | Teaching Topic-Chemotherapy Side Effects | Appetite Changes | 06/22/2011 11:11 |
| | | Bleeding | |
| | | Fatigue | |
| | | Nervous System Changes | |
| | | Infection | |
| | | Mouth and Throat Changes | |
| | | Nausea/Vomiting | |
| | Response | Verbalize Understanding | 06/22/2011 11:11 |

| | | | |
|---|---|---|---|
| | **INFUSION EDUCATION** | | |
| | **Entered By:** | ANGELA LYONS, RN | |
| | **Pt. Location:** | UNKNOWN_LOCATION UNKNOWN_BED | |

| | | | |
|---|---|---|---|
| 06/22/2011 09:30 | Learner | Patient | 06/22/2011 11:11 |
| | Needs | Indicates Interest | 06/22/2011 11:11 |
| | Readiness to Learn | Learner agrees to accept instructions. | 06/22/2011 11:11 |
| | | Learner indicates time is appropriate. | |

| | | |
|---|---|---|
| 06/23/2011 03:55 | NOTE:  All strikeouts were executed by person making original entry. | Page 3 of 4 |

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Daily Focus Assessment Report**

**06/22/2011 04:30**   Through   **06/23/2011 03:55**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | | |
| Visit ID: | **90004407** | MR Number: | ▮▮▮▮ | DOB: | ▮▮▮▮ |
| Admitted: | **06/22/2011 04:30** | | | Attending: | **JAMES E CARINDER  DO** |

**Assessment Date**                                                                                       **Entry Date**

**INFUSION EDUCATION**

**Entered By:**     ANGELA LYONS, RN

**Pt. Location:**   UNKNOWN_LOCATION UNKNOWN_BED

| Assessment Date | | | Entry Date |
|---|---|---|---|
| 06/22/2011 09:30 | Teaching Topic | Medication Administration | 06/22/2011 11:11 |
| | | Safety Precautions | |
| | | Infusion | |
| | | Infusion Reaction | |
| | | Mobility/Ambulation | |
| | | Nutrition | |
| | | Health Promotion | |
| | | Illness/Condition | |
| | Method of Teaching | Verbal | 06/22/2011 11:11 |
| | Response | Verbalize Understanding | 06/22/2011 11:11 |
| | Follow-Up | Re-enforce/Re-instruct | 06/22/2011 11:11 |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00429**

## SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)
### Patient Profile Report

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | | |
| Visit ID: | **90004407** | MR Number: | ███████ | DOB: | ███████ |
| Admit: | **06/22/2011 04:30** | Location: | **UNKNOWN_LOCATION  UNKNOWN_BED** | | |

### Demographics

| | | | | | |
|---|---|---|---|---|---|
| Called Name: | BARBARA | Sex: | FEMALE | Address: | ███████ |
| Social Security: | ███████ | Language: | ENGLISH | | |
| Work Phone: | | Home Phone: | ███████ | | |
| Contact: | | | | | |
| RALPH EARNEST | | | Phone | ███████ | |

### Patient Detail

| | | | | | |
|---|---|---|---|---|---|
| Admit Complaint: | BREAST CA | | | | |
| Admit Diagnosis: | | | | | |
| Service: | OUTPT CHEMO | Fin Class: | MEDICAID | Patient Type: | SMH RCC |
| Discharged: | 06/22/2011 23:59 | Discharge Stat: | 01 - DISCHARGED TO HOME OR | Race: | WHITE/CAUCASIAN |
| Admit Weight: | | Admit Height: | | Visit Status: | Discharge |
| Current Weight: | | Current Height: | | Age: | 60Y |
| Current Diagnosis: | | | | | |
| Notes: | | | | | |
| Smoker: | ☐  Amount: | Code Status: | | | |
| Language: | ENGLISH | Communication Barrier: | | | |
| Special Needs: | | Organ Donor: | ☐  Blood Type: | | |
| Advance Directive: | PATIENT DOES NOT HAVE LIVING WILL | Doc in Chart: | ☐  Adv. Notes: | | |
| Pregnant: | No | Exp Delivery: | 00/00/0000 | Lactation: | Gestational Age: |

### Physicians

| | |
|---|---|
| JAMES E. CARINDER  DO - Admitting | JAMES E. CARINDER  DO - Attending |
| JAMES E. CARINDER  DO - Ordering | AGUSTIN J. SUAREZ  MD - Ordering |

### Allergies

| Current Allergies | Severity | Allergy Date | Reaction | Type | Misc. Description |
|---|---|---|---|---|---|
| No Known Drug Allergies | Unknown | 02/25/2011 | | Drug Allergy | |

### Home Medications

| Home Med | Dose | | Route | Frequency | Most Recent Dose |
|---|---|---|---|---|---|
| NONE | | | | | |

**Start Date:**      **End Date**

**Reason for Taking:**      **Last Verified:**

**Med Notes:**

06/23/2011          Page 1 of 2

## SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)
### Patient Profile Report

| | | | | |
|---|---|---|---|---|
| Patient Name: | **EARNEST, BARBARA** | | | |
| Visit ID: | **90004407** | MR Number: | | DOB: |
| Admit: | **06/22/2011 04:30** | Location: | **UNKNOWN_LOCATION  UNKNOWN_BED** | |

### Surgeries

| Surgery | Date | Surgeon | Institution | Comments |
|---|---|---|---|---|
| C SECTION | | | | |
| CHOLECYSTECTOMY | | | | |
| HYSTERECTOMY | | PARTIAL | | |
| KNEE SURGERY | | LEFT | | |

### Medical History

| Medical History | Date | Comments |
|---|---|---|
| Cancer/Cancer Treatment-Cancer-Note Type | | LEFT BREAST CA |
| Musculoskeletal-Other | | painful hands |
| Psychosocial-Alcohol Use How much/How lo | | no |
| Psychosocial-Tobacco Use How much/How | | no |
| Psychosocial-Highest Educational Level | | HS |
| Psychosocial-Marital Status | | married |
| Psychosocial-Religious Preference | | Catholic |
| Reproductive-# of Pregnancies (Gravida) | | 2 |
| Reproductive-#of Deliveries >20wks (Para) | | 2 |
| Reproductive-Menopausal/Post Menopause | | |
| Family History-Cancer-Maternal Specify Prin | | mom and grandmom |
| Family History-Heart Disease | | parents, siblings |
| Family History-Diabetes | | parents and siblings |
| Patient's Physicians-Primary Care | | Dr. B Miller |
| Patient's Physicians-Other | | Dr. Shafor |

### Immunizations

| Immunizations | Date | Comments |
|---|---|---|
| INFLUENZA(Offered only from Aug-March) | | no |
| PNEUMOCOCCAL - ADULT POLYSACCHA | | no |
| TETANUS | | pver 5 yrs |

**1175- EARNEST, BARBARA- Slidell Memorial Hospital   00431**

**SLIDELL MEMORIAL HOSPITAL (LIVE SYSTEM)**

**Vital Sign Report**

06/22/2011 04:30   Through   06/23/2011 03:55

| | | | |
|---|---|---|---|
| Patient Name: | EARNEST, BARBARA | | |
| Visit Id: | 90004407 | Med Rec No: | |
| Birth Date: | | Admission Datetime: | 06/22/2011 04:30 |
| Attend Phys: | JAMES CARINDER  DO | Discharge Daletime: | 06/22/2011 23:59 |

| Vital Type | 06/22/2011 11:40 Bed: UNKNOWN_BE | 06/22/2011 09:40 Bed: UNKNOWN_BE | | | | |
|---|---|---|---|---|---|---|
| BP 1 | 131/85<br>Arm,Upper Rt<br>Sitting<br>06/22/2011  12:59<br>By: 8180 | 134/72<br>Arm,Upper Rt<br>Sitting<br>06/22/2011  11:17<br>By: 8180 | | | | |
| Pulse 1 | 62<br>06/22/2011  12:59<br>By: 8180 | 86<br>06/22/2011  11:17<br>By: 8180 | | | | |
| Resp | 18<br>06/22/2011  12:59<br>By: 8180 | 18<br>06/22/2011  11:17<br>By: 8180 | | | | |
| Temp | 97.9 F<br>06/22/2011  12:59<br>By: 8180 | 97.8 F<br>06/22/2011  11:17<br>By: 8180 | | | | |

Staff IDs:------------------------------------------------------------------------------------------------------------------

8180 :  ANGELA LYONS, RN

06/23/2011 03:55          NOTE:  All strikeouts were executed by person making original entry.          Page 1 of 1

## CONSENT AND ACKNOWLEDGEMENT FORM

**MEDICARE-PATIENTS CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST:**
I certify that the information given by me in applying under the Title XVII of Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf to Slidell Memorial Hospital. I also acknowledge upon admission, that I received the "Important Message" from Medicare.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:**
For and in consideration of medical services rendered to the patient named herein, I hereby assign and transfer to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians, and rights for the payment of medical benefits which I may have under the policy/policies identified by me during registration or any policy which may be determined hereafter to pay benefits otherwise payable to me or to a beneficiary designated in the policy. By this assignment, I authorize payment directly to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians of all medical benefits payable under the aforesaid policy/policies, but not to exceed the hospital's regular charges.

**GUARANTEE OF ACCOUNT:**
I/We certify that the information given is true and correct to the best of my/our knowledge. I/We understand that bills are payable within thirty (30) days of the date of service. If it becomes necessary for the account to be referred to an attorney or collection agency, the undersigned agrees to pay the reasonable attorneys fees or collection expenses. I/We agree to be responsible for the payment of all charges of this medical service and hospital based physicians, attending physicians and consulting physicians services rendered to the above named patient.

**AUTHORIZATION TO RELEASE INFORMATION:**
I hereby authorize Slidell Memorial Hospital and hospital based physicians to release the information for this occasion of service requested by my insurance company or third party payor for the purpose of obtaining payment for services rendered during this admission and/or to other healthcare providers for the purpose of follow-up care or evaluation of care. This information may or may not include mental health and/or substance abuse information.

**AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT:**
I hereby authorize Slidell Memorial Hospital and its employees or agents to provide hospital care incident to this admission, including without limitations, consent to routine diagnostic procedures and medical treatment, which is to include whatever procedures that are deemed necessary by the admitting doctor and such other physicians or assistants as he may designate.

**PERSONAL VALUABLES:**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss of damage to any money, jewelry, glasses, documents, dentures, hearing aids or other articles of unusual value, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. VALUABLES ARE NOT TO BE LEFT IN THE PATIENT'S ROOM.

**ADVANCE DIRECTIVES:**
I understand that I am not required to have Advance Directives in order to be treated. I have received written information about my rights to formulate Advance Directives.

**NOTICE OF PRIVACY PRACTICES/PATIENT RIGHTS/ADMISSION PACKET:**
I acknowledge that I have received copies of the "SMH Notice of Privacy Practices", "Patient Rights", and the Admission packet, which contains Smoking Cessation information.
I understand that weapons, illegal drugs, or any other items considered contraband, are not allowed on the SMH campus, and that I do not have such items in my possession.

I/WE HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE.

Date: 6.22.11                    Signed: X _Barbara Earnest_
                                              Patient

_S Williams_
Witness

                                              Guardian/Relative Relationship

                                              Signature of Person Responsible for Bill (other than Pt)

| **Slidell Memorial Hospital** *Your Hospital for Life* | Patient Name: EARNEST,BARBARA | | Calling Name: BARBARA |
|---|---|---|---|
| | DOB ▮ | Admit Date:06/22/2011 09:30 | Patient Type:SMH RCC |
| | Hospital Account ▮ | Medical Record ▮ | |