# EXHIBIT S

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4      IN RE TAXOTERE (DOCETAXEL)       )
        PRODUCTS LIABILITY LITIGATION    )  MDL NO. 2740
 5                                       )
        THIS DOCUMENT RELATES TO:        )  SECTION: H
 6                                       )
        ANTOINETTE DURDEN,               )
 7      CASE NO. 2:16-cv-16635           )
        TANYA FRANCIS,                   )
 8      CASE NO. 2:16-cv-17410;          )
        BARBARA EARNEST,                 )
 9      CASE NO. 2:16-cv-17144           )
                                         )
10      _____ )
11
12          VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.
13                  FRIDAY, DECEMBER 7, 2018
14
15
16
17
18      JOB NO. 3151489
19
20      REPORTED BY STEPHANIE J. COHEN,
21      CSR NO. 7920
22
23
24
25      Job No. NJ3151489
```

1     A    Yeah.  It's hard for me to work backward.
2   I think it's strong evidence.  Would I say if I did
3   not have access to anything else, I think that would
4   be an unusual -- I'm trying to envision a situation
5   where you have all these case reports out there, but
6   you don't have any clinical trial results.  I'm just
7   having a hard time envisioning that scenario.
8   That's all.
9           So I'm just saying it would be -- it's not
10  a scenario that I think would happen much.  Case
11  studies obviously came from somewhere.  So this
12  would have to be company information that would be
13  helpful to see.
14    Q    I agree.  You would not reach a conclusion
15  that Taxotere caused permanent alopecia just by
16  looking at the studies and the literature in Table 2
17  because, as you just said, you would want to do
18  further investigation.
19          Fair?
20          MR. THORNTON:  Objection; form.
21          THE WITNESS:  I think from my own opinion,
22  yes.  I can't speak for somebody else.
23  BY MR. KAUFMAN:
24    Q    I am not asking you to.
25    A    Right.  Well, you were earlier.

Page 213

1  more than happy to review it and consider it, but
2  what I've seen is the strong data for Taxotere.
3  BY MR. KAUFMAN:
4      Q    I move to strike as nonresponsive.
5           I am simply asking, there have been
6  cases -- strike that.
7           You agree that there have been cases of
8  ongoing alopecia with chemotherapy regimens that did
9  not include Taxotere.  Do you agree with that?
10          MR. THORNTON:  Objection; form.
11          THE WITNESS:  I thought I already answered
12 that and I said yes, that has been seen
13 sporadically.
14 BY MR. KAUFMAN:
15     Q    And the FAC arm had Adriamycin and
16 Cyclophosphamide, correct?
17     A    Correct.
18     Q    The TAC arm also had Adriamycin
19 and Cyclophosphamide?
20     A    Correct.
21     Q    How do you rule out Adriamycin and
22 Cyclophosphamide as potential causes of ongoing hair
23 loss in the TAC arm?
24          MR. THORNTON:  Objection; form.
25          THE WITNESS:  There's an increased risk in

1  the Taxotere containing arm.  I don't have to rule
2  out that there couldn't idiosyncratically be
3  permanent alopecia occurring in some of the other
4  agents.
5        What I don't have is the body of evidence
6  from the controlled clinical trials, the
7  pharmacovigilance data and the stack of papers since
8  2001, so I don't have consistent evidence for these
9  other chemotherapy agents.  That's what I'm saying.
10 BY MR. KAUFMAN:
11    Q   Are you able to rule out Adriamycin and
12 Cyclophosphamide as potential causes of ongoing
13 alopecia in the TAC arm?
14        MR. THORNTON:  Objection; form.
15        THE WITNESS:  I don't have to rule it out.
16 It's possible they are exacerbating, but I don't see
17 why I would have to rule it out.
18 BY MR. KAUFMAN:
19    Q   So is your testimony that you have not or
20 cannot rule it out?
21        MR. THORNTON:  Objection; form.
22        THE WITNESS:  I have no evidence to have an
23 opinion.
24 BY MR. KAUFMAN:
25    Q   Would you agree with me that there are