# EXHIBIT U

Docetaxel(taxotere)
- ✗ 1 –Prevezas et al. (2009)
- ✗ 1 –Tallon et al. (2010)
- ◆ 104 –Bourgeois et al. (2010)
- ✗ 5 –Palamaras et al. (2011)
- ✗ 4 –Miteva et al. (2011)
- ✗ 19 –Kluger et al. (2012)
- ● 5 –Bertrand et al. (2013)
- ✗ 2 –Tosti et al. (2013)
- ● 21 –Thorp et al. (2015)
- ✗ 51 –Martín et al. (2015)
- ✗ 8 –Fonia et al. (2017)
- ✗ 36 -Martín et al. (2018)
- ✗ 23 –Kang et al. (2018)
- ✗ 1 - Cohen et al ( Cureus 2018)

~~[scribbled out]~~    281

Paclitaxel (taxol)
- ✗ 1 –Prevezas et al. (2009)

[scribbled] 1

Taxanes ( not specified)
- ● 53 Kim (2016)    11. Mandouski
- ✗ 93 Kim (2017)

[scribbled] Kulon / 157

Non taxanes regimens
- ✗ 10 -de Jonge et al. (2002) -cyclophosphamide, thiotepa and carboplatin
- ✗ 24 –Masidonski & Mahon (2009) –anthracycline + cyclophosphamide
- ● 4 –Bourgeois et al. (2010) –FEC-100
- ● 18 –Kim et al. (2016) –anthracycline + cyclophosphamide
- ✗ 3 –Kang et al. (2018) –doxorubicin + cyclophosphamide or fluorouracil + cyclophosphamide + doxorubicin

[scribbled] 37

