# EXHIBIT V

Page 384

```
1              UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF CALIFORNIA
3
4    IN RE:  TAXOTERE (DOCETAXEL)     )
     PRODUCTS LIABILITY LITIGATION    )
5                                     )  MDL No. 2740
     This Document Relates To:        )
6                                     )  Section H
     Antoinette Durden,               )
7    Case No. 2:16-cv-17735;          )
     Tanya Francis,                   )
8    Case No. 2:16-cv-17410;          )
     Barbara Earnest,                 )
9    Case No. 2:16-cv-17144           )
     _____ )
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17             San Francisco, California
18             Friday, January 11, 2019
19                    Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626
```

Page 596

1  SEER registry.
2       Q    Would you agree with me that there have
3  been cases of permanent hair loss reported with
4  Taxol?
5       A    Yes, and I think I have reported it in my
6  table.
7       Q    Would you agree with me that there are
8  cases of permanent hair loss reported with
9  cyclophosphamide?
10      A    I include that in my non-taxane
11 anthracycline cyclophosphamide regimen, yeah.
12           You're talking about breast cancer; is
13 that correct?
14      Q    Yes.
15      A    Or anything?
16      Q    Breast cancer.
17      A    In breast cancer, yes, and I think I've --
18 yes.
19      Q    Okay.
20      A    I would agree.
21      Q    Would you agree with me that there are
22 cases of permanent hair loss reported with
23 Adriamycin?
24      A    Yeah.  Now, what you're saying is cases
25 reported, yes.  I mean, anecdotal reports, yes, I

Page 597

1  agree.
2       Q    And there are cases reported of permanent
3  hair loss associated with the AC regimen?
4       A    There have been cases -- anecdotal cases
5  reported.
6       Q    And there have been cases reported of
7  permanent hair loss with the AC Taxol regimen,
8  correct?
9       A    I have captured that in my table.  Yes.
10      Q    So yes?
11      A    Yes.
12      Q    And there have been cases of permanent
13 hair loss reported with CMF, correct?
14      A    That I don't think I have a tabulation
15 for.
16      Q    You have not seen that?
17      A    I don't recall seeing that.
18           By the way, we didn't talk about it, but I
19 have major issues with the Berglund article, which
20 is about CMF.
21      Q    If Dr. Bosserman testified that there have
22 been cases of permanent hair loss reported with CMF,
23 would you have any reason to disagree with her?
24           MR. THORNTON:  Objection.  Form.
25           THE WITNESS:  I don't have any opinion on