# EXHIBIT W

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:   TAXOTERE (DOCETAXEL)  )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:   H
       This Document Relates to:      )
 6                                    )
       Antoinette Durden,             )
 7     Case No. 2:16-cv-16635;        )
       Tanya Francis,                 )
 8     Case No. 2:16-cv-17410;        )
       Barbara Earnest,               )
 9     Case No. 2:16-cv-17144         )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                  Costa Mesa, California
16                Monday, December 3, 2018
17                       Volume I
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3134931
24
25     PAGES 1 - 314
```

Page 142

1  treatment of breast cancer, there are no regimens,
2  preferred or recommended, that involve the
3  concurrent administration of Adriamycin and
4  paclitaxel, correct?
5          MR. THORNTON:  Objection.
6          THE WITNESS:  In adjuvant therapy, correct.
7  BY MR. STRONGMAN:
8      Q   And, similarly, there's no preferred or
9  recommended regimen in the adjuvant treatment of
10 breast cancer that involve Adriamycin,
11 cyclophosphamide and paclitaxel administered at the
12 same time, correct?
13     A   Not in adjuvant.  There's sequential.
14     Q   And by "sequential," it means the Taxol
15 portion is administered later?
16     A   Separately, because it is remarkably less
17 toxic and the most effective regimen published to
18 date in adjuvant breast cancer.
19     Q   And you would certainly agree with me that
20 there have been cases of permanent hair loss
21 reported with Taxol, correct?
22     A   I believe so, yes.
23     Q   And you would agree with me that there are
24 cases of permanent hair loss reported with
25 cyclophosphamide, correct?

Page 143

1     A    Yes, especially in the transplant site.
2     Q    And you would agree with me that there were
3  cases of permanent hair loss reported with
4  Adriamycin, correct?
5     A    In regimens, yes.
6     Q    In fact, you know that there have been
7  cases of permanent hair loss with the AC regimen,
8  correct?
9     A    Rarely, yes.
10    Q    And you actually know that there have been
11 cases of permanent hair loss with the AC-Taxol
12 regimen?
13    A    I believe so.
14    Q    And you know that there have been cases of
15 permanent hair loss reported with CMF, correct?
16    A    There are cases in almost everything.
17    Q    So yes?
18    A    Yes.
19    Q    And in oncology, of all specialties, there
20 is attention paid to levels of evidence, correct?
21 Do you understand what I mean by that?
22    A    No.  Because it depends who is defining
23 that.  So what do you mean -- what are you referring
24 to?
25    Q    Fair enough.

Page 145

1  considered the expert opinion.  They have enough
2  experience in something maybe rare, maybe there is a
3  big published trial, or a trial at all, what do you
4  think your best option is.
5      Q   And would you agree with me that case
6  reports are very low in the pyramid of scientific
7  and medical evidence?
8      A   Yes, they are the indicators that usually
9  lead to further investigation if it is significant
10 enough.
11     Q   Are you familiar in your training and
12 experience what the difference between association
13 and causation is?
14     A   Yes.
15     Q   And would you agree with me that case
16 reports alone are not sufficient to draw a
17 scientifically reliable conclusion about causation?
18         MR. THORNTON:  Objection; form.
19         THE WITNESS:  Individual case reports, as I
20 said, could be an indicator.  They do not prove
21 causation.
22 BY MR. STRONGMAN:
23     Q   And we've also been talking a little bit
24 about endocrine therapy as well, correct?
25     A   Yes.