# EXHIBIT AA

Page 1

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA
3
4                              MDL NO.: 2740
                               SECTION: H
5
6   IN RE: TAXOTERE (DOCETAXEL)
    PRODUCTS LIABILITY LITIGATION
7
8   This Document Relates To:
    Antoinette Durden, Case No. 2:16-cv-16635;
9   Tanya Francis, Case No. 2:16-cv-17410;
    Barbara Earnest, Case No. 2:16-cv-17144.
10  _____/
11
12              December 7, 2018
                8:13 a.m.
13
14
15     VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16  held at the offices of Napoli Shkolnik PLLC, located
17  at 360 Lexington Avenue, New York, New York 10017,
18  before Anthony Giarro, a Registered Professional
19  Reporter, a Certified Realtime Reporter and a Notary
20  Public of the State of New York.
21
22
23
24
25  Job No. NJ3151484

Veritext Legal Solutions
800-227-8440                                      973-410-4040

Page 273

1    A      It's my understanding there
2    are only case reports in the literature.
3    Q      Have you reviewed any of
4    those?
5    A      I may have seen them.
6    Individual case reports are not that
7    terribly useful.  When you have
8    randomized clinical trials, case reports
9    are sort of distant, you know, whatever,
10   contributor to any causal assessment.
11   Q      Did you conduct any analysis
12   using the Bradford Hill criteria?
13   A      No.
14   Q      Why not?
15   A      I've never been terribly
16   persuaded by it.  It's not wrong, it's
17   not right.  It's just some set of
18   criteria.  Here, I looked at the
19   available quantitative strands of
20   evidence that I had at my disposal and
21   analyzed all of those that I had in my
22   disposal.
23   Q      Other than telling us you've
24   looked at the FAERS data and whatever
25   else you listed a moment ago, can you