# EXHIBIT C

# PHARMACOEPIDEMIOLOGY
## Fourth Edition

Edited by

## BRIAN L. STROM
University of Pennsylvania, Philadelphia, USA



John Wiley & Sons, Ltd

Copyright © 2005     John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester,
West Sussex PO19 8SQ, England

Telephone   (+44) 1243 779777

Email (for orders and customer service enquiries): cs-books@wiley.co.uk

All Rights Reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except under the terms of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London W1T 4LP, UK, without the permission in writing of the Publisher. Requests to the Publisher should be addressed to the Permissions Department, John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex PO19 8SQ, England, or emailed to permreq@wiley.co.uk, or faxed to (+44) 1243 770620.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The Publisher is not associated with any product or vendor mentioned in this book.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold on the understanding that the Publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

*Other Wiley Editorial Offices*

John Wiley & Sons Inc., 111 River Street, Hoboken, NJ 07030, USA

Jossey-Bass, 989 Market Street, San Francisco, CA 94103-1741, USA

Wiley-VCH Verlag GmbH, Boschstr. 12, D-69469 Weinheim, Germany

John Wiley & Sons Australia Ltd, 33 Park Road, Milton, Queensland 4064, Australia

John Wiley & Sons (Asia) Pte Ltd, 2 Clementi Loop #02-01, Jin Xing Distripark, Singapore 129809

John Wiley & Sons Canada Ltd, 22 Worcester Road, Etobicoke, Ontario, Canada M9W 1L1

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging in Publication Data*

Pharmacoepidemiology / edited by Brian L. Strom.—4th ed.
   p.  ;  cm.
 Includes bibliographical references and index.

 1. Pharmacoepidemiology.   2. Pharmacology.   I. Strom, Brian L.
 [DNLM: 1. Pharmacoepidemiology—methods. QZ 42 P536 2005]
 RM302.5.P53 2005
 615′.7042—dc22

*British Library Cataloguing in Publication Data*

A catalogue record for this book is available from the British Library

ISBN 978-0-470-86681-8

Table 2.4. Advantages and disadvantages of epidemiologic study designs

| Study Design | Advantages | Disadvantages |
| --- | --- | --- |
| Randomized clinical trial (Experimental study) | Most convincing design<br>Only design which controls for unknown or unmeasurable confounders | Most expensive<br>Artificial. Logistically most difficult. Ethical objections |
| Cohort study | Can study multiple outcomes<br>Can study uncommon exposures<br>Selection bias less likely<br>Unbiased exposure data<br>Incidence data available | Possibly biased outcome data<br>More expensive<br>If done prospectively, may take years to complete |
| Case–control study | Can study multiple exposures<br>Can study uncommon diseases<br>Logistically easier and faster<br>Less expensive | Control selection problematic<br>Possibly biased exposure data |
| Analyses of secular trends | Can provide rapid answers | No control of confounding |
| Case series | Easy quantitation of incidence | No control group, so cannot be used for hypothesis testing |
| Case reports | Cheap and easy method for generating hypotheses | Cannot be used for hypothesis testing |

an association is, in fact, a causal association. Certainly in the example of cigarette smoking and lung cancer, it has been shown repeatedly that an increase in either the number of cigarettes smoked each day or in the number of years of smoking increases the risk of developing lung cancer.[29]

Finally, *study design* refers to two concepts: whether the study was well designed, and which study design was used in the studies in question. The former refers to whether the study was subject to one of the three errors described earlier in this chapter, namely random error, bias, and confounding. Table 2.4 presents the study designs typically used for epidemiologic studies, or in fact for any clinical studies. They are organized in a hierarchical fashion. As one advances from the designs at the bottom of the table to those at the top, studies get progressively harder to perform, but are progressively more convincing. In other words, associations shown by studies using designs at the top of the list are more likely to be causal associations than associations shown by studies using designs at the bottom of the list. The association between cigarette smoking and lung cancer has been reproduced in multiple well-designed studies, using analyses of secular trends, case–control studies, and cohort studies. However, it has not been shown using a randomized clinical trial, which is the "Cadillac" of study designs, as will be discussed below. This is the other major defense used by the tobacco industry. Of course, it would not be ethical or logistically feasible to randomly allocate individuals to smoke or not to smoke and expect them to follow that for 20 years to observe the outcome in each group.

The issue of causation is discussed more in Chapters 9 and 10 as it relates to the process of spontaneous reporting of adverse drug reactions, and in Chapter 36 as it relates to determining causation in case reports.

## EPIDEMIOLOGIC STUDY DESIGNS

In order to clarify the concept of study design further, each of the designs in Table 2.4 will be discussed in turn, starting at the bottom of the list and working upwards.

### CASE REPORTS

*Case reports* are simply reports of events observed in single patients. As used in pharmacoepidemiology, a case report describes a single patient who was exposed to a drug and experiences a particular, usually adverse, outcome. For example, one might see a published case report about a young woman who was taking oral contraceptives and who suffered a pulmonary embolism.

Case reports are useful for raising hypotheses about drug effects, to be tested with more rigorous study designs. However, in a case report one cannot know if the patient reported is either typical of those with the exposure or typical of those with the disease. Certainly, one cannot usually determine whether the adverse outcome was due to the drug exposure or would have happened anyway. As such, it is very rare that a case report can be used to make a

statement about causation. One exception to this would be when the outcome is so rare and so characteristic of the exposure that one knows that it was likely to be due to the exposure, even if the history of exposure were unclear. An example of this is clear cell vaginal adenocarcinoma occurring in young women exposed *in utero* to diethylstilbestrol.[30] Another exception would be when the disease course is very predictable and the treatment causes a clearly apparent change in this disease course. An example would be the ability of penicillin to cure streptococcal endocarditis, a disease that is nearly uniformly fatal in the absence of treatment. Case reports can be particularly useful to document causation when the treatment causes a change in disease course which is reversible, such that the patient returns to his or her untreated state when the exposure is withdrawn, can be treated again, and when the change returns upon repeat treatment. Consider a patient who is suffering from an overdose of methadone, a long-acting narcotic, and is comatose. If this patient is then treated with naloxone, a narcotic antagonist, and immediately awakens, this would be very suggestive that the drug indeed is efficacious as a narcotic antagonist. As the naloxone wears off the patient would become comatose again, and then if he or she were given another dose of naloxone the patient would awaken again. This, especially if repeated a few times, would represent strong evidence that the drug is indeed effective as a narcotic antagonist. This type of challenge–rechallenge situation is relatively uncommon, however, as physicians generally will avoid exposing a patient to a drug if the patient experienced an adverse reaction to it in the past. This issue is discussed in more detail in Chapters 9, 10, and 36.

## CASE SERIES

*Case series* are collections of patients, all of whom have a single exposure, whose clinical outcomes are then evaluated and described. Often they are from a single hospital or medical practice. Alternatively, case series can be collections of patients with a single outcome, looking at their antecedent exposures. For example, one might observe 100 consecutive women under the age of 50 who suffer from a pulmonary embolism, and note that 30 of them had been taking oral contraceptives.

After drug marketing, case series are most useful for two related purposes. First, they can be useful for quantifying the incidence of an adverse reaction. Second, they can be useful for being certain that any particular adverse effect of concern does not occur when observed in a population which is larger than that studied prior to drug marketing. The so-called "Phase IV" postmarketing surveillance study of prazosin was conducted for the former reason, to quantitate the incidence of first-dose syncope from prazosin.[31] The "Phase IV" postmarketing surveillance study of cimetidine[32] was conducted for the latter reason. Metiamide was an H-2 blocker, which was withdrawn after marketing outside the US because it caused agranulocytosis. Since cimetidine is chemically related to metiamide there was a concern that cimetidine might also cause agranulocytosis.[31] In both examples, the manufacturer asked its sales representatives to recruit physicians to participate in the study. Each participating physician then enrolled the next series of patients for whom the drug was prescribed.

In this type of study, one can be more certain that the patients are probably typical of those with the exposure or with the disease, depending on the focus of the study. However, in the absence of a control group, one cannot be certain which features in the description of the patients are unique to the exposure, or outcome. As an example, one might have a case series from a particular hospital of 100 individuals with a certain disease, and note that all were men over the age of 60. This might lead one to conclude that this disease seems to be associated with being a man over the age of 60. However, it would be clear that this would be an incorrect conclusion once one noted that the hospital this case series was drawn from was a Veterans Administration hospital, where most patients are men over the age of 60. In the previous example of pulmonary embolism and oral contraceptives, 30% of the women with pulmonary embolism had been using oral contraceptives. However, this information is not sufficient to determine whether this is higher, the same as, or even lower than would have been expected. For this reason, case series are also not very useful in determining causation, but provide clinical descriptions of a disease or of patients who receive an exposure.

## ANALYSES OF SECULAR TRENDS

*Analyses of secular trends*, also called "ecological studies," examine trends in an exposure that is a presumed cause and trends in a disease that is a presumed effect and test whether the trends coincide. These trends can be examined over time or across geographic boundaries. In other words, one could analyze data from a single region and examine how the trend changes over time, or one could analyze data from a single time period and compare how the data differ from region to region or country to country. Vital statistics are often used for these studies. As an example, one might look at sales data for oral contraceptives and compare them to

death rates from venous thromboembolism, using recorded vital statistics. When such a study was actually performed, mortality rates from venous thromboembolism were seen to increase in parallel with increasing oral contraceptive sales, but only in women of reproductive age, not in older women or in men of any age.[33]

Analyses of secular trends are useful for rapidly providing evidence for or against a hypothesis. However, these studies lack data on individuals; they utilize only aggregated group data (e.g., annual sales data in a given geographic region in relation to annual cause-specific mortality in the same region). As such, they are unable to control for confounding variables. Thus, among exposures whose trends coincide with that of the disease, analyses of secular trends are unable to differentiate which factor is likely to be the true cause. For example, lung cancer mortality rates in the US have been increasing in women, such that lung cancer is now the leading cause of cancer mortality in women.[34] This is certainly consistent with the increasing rates of cigarette smoking observed in women until the mid-1960s,[35] and so appears to be supportive of the association between cigarette smoking and lung cancer. However, it would also be consistent with an association between certain occupational exposures and lung cancer, as more women in the US are now working outside the home.

## CASE–CONTROL STUDIES

*Case–control studies* are studies that compare cases with a disease to controls without the disease, looking for differences in antecedent exposures. As an example, one could select cases of young women with venous thromboembolism and compare them to controls without venous thromboembolism, looking for differences in antecedent oral contraceptive use. Several such studies have been performed, generally demonstrating a strong association between the use of oral contraceptives and venous thromboembolism.[36]

Case–control studies can be particularly useful when one wants to study multiple possible causes of a single disease, as one can use the same cases and controls to examine any number of exposures as potential risk factors. This design is also particularly useful when one is studying a relatively rare disease, as it guarantees a sufficient number of cases with the disease. Using case–control studies, one can study rare diseases with markedly smaller sample sizes than those needed for cohort studies (see Chapter 3). For example, the classic study of diethylstilbestrol and clear cell vaginal adenocarcinoma required only 8 cases and 40 controls,[30] rather than the many thousands of exposed subjects that would have been required for a cohort study of this question.

Case–control studies generally obtain their information on exposures retrospectively, i.e., by recreating events that happened in the past. Information on past exposure to potential risk factors is generally obtained by abstracting medical records or by administering questionnaires or interviews. As such, case–control studies are subject to limitations in the validity of retrospectively collected exposure information. In addition, the proper selection of controls can be a challenging task, and inappropriate control selection can lead to a selection bias, which may lead to incorrect conclusions. Nevertheless, when case–control studies are done well, subsequent well-done cohort studies or randomized clinical trials, if any, will generally confirm their results. As such, the case–control design is a very useful approach for pharmacoepidemiology studies.

## COHORT STUDIES

*Cohort studies* are studies that identify subsets of a defined population and follow them over time, looking for differences in their outcome. Cohort studies generally are used to compare exposed patients to unexposed patients, although they can also be used to compare one exposure to another. For example, one could compare women of reproductive age who use oral contraceptives to users of other contraceptive methods, looking for the differences in the frequency of venous thromboembolism. When such studies were performed, they in fact confirmed the relationship between oral contraceptives and thromboembolism, which had been noted using analyses of secular trends and case–control studies.[37,38] Cohort studies can be performed either prospectively, that is simultaneous with the events under study, or retrospectively, that is after the outcomes under study had already occurred, by recreating those past events using medical records, questionnaires, or interviews.

The major difference between cohort and case–control studies is the basis upon which patients are recruited into the study (see Figure 2.2). Patients are recruited into case–control studies based on the presence or absence of a disease, and their antecedent exposures are then studied. Patients are recruited into cohort studies based on the presence or absence of an exposure, and their subsequent disease course is then studied.

Cohort studies have the major advantage of being free of the big problem that plagues case–control studies: the difficult process of selecting an undiseased control group. In addition, prospective cohort studies are free of the problem



Figure 2.2. Cohort and case–control studies provide similar information, but approach data collection from opposite directions. (Reprinted with permission from Elsevier from Strom BL. Medical databases in post-marketing drug surveillance. *Trends in Pharmacological Sciences* 1986; 7: 377–80.)

of the questionable validity of retrospectively collected data. For these reasons, an association demonstrated by a cohort study is more likely to be a causal association than one demonstrated by a case–control study. Furthermore, cohort studies are particularly useful when one is studying multiple possible outcomes from a single exposure, especially a relatively uncommon exposure. Thus, they are particularly useful in postmarketing drug surveillance studies, which are looking at any possible effect of a newly marketed drug. However, cohort studies can require extremely large sample sizes to study relatively uncommon outcomes (see Chapter 3). In addition, prospective cohort studies can require a prolonged time period to study delayed drug effects.

## ANALYSIS OF CASE–CONTROL AND COHORT STUDIES

As can be seen in Figure 2.2, both case–control and cohort studies are intended to provide the same basic information; the difference is how this information is collected. The key statistic reported from these studies is the relative risk. The *relative risk* is the ratio of the incidence rate of an outcome in the exposed group to the incidence rate of the outcome in the unexposed group. A relative risk of greater than 1.0 means that exposed subjects have a *greater* risk of the disease under study than unexposed subjects, or that the exposure appears to cause the disease. A relative risk less than 1.0 means that exposed subjects have a *lower* risk of the disease than unexposed subjects, or that the exposure seems to protect against the disease. A relative risk of 1.0 means that exposed subjects and unexposed subjects have the same risk of developing the disease, or that the exposure and the disease appear unrelated.

One can calculate a relative risk directly from the results of a cohort study. However, in a case–control study one cannot determine the size of either the exposed population or the unexposed population that the diseased cases and undiseased controls were drawn from. The results of a case–control study do not provide information on the incidence rates of the disease in exposed and unexposed individuals. Therefore, relative risks cannot be calculated directly from a case–control study. Instead, in reporting the results of a case–control study one generally reports the *odds ratio*, which is a close estimate of the relative risk when the disease under study is relatively rare. Since case–control studies are generally used to study rare diseases, there usually is very close agreement between the odds ratio and the relative risk, and the results from case–control studies are often loosely referred to as relative risks, although they are in fact odds ratios.

Both relative risks and odds ratios can be reported with *p-values*. These *p*-values allow one to determine if the relative risk is statistically significantly different from 1.0, that is whether the differences between the two study groups are likely to be due to random variation or are likely to represent real associations.

Alternatively, and probably preferably, relative risks and odds ratios can be reported with *confidence intervals*, which are an indication of the range of relative risks within which the true relative risk for the entire theoretical population is most likely to lie. As an approximation, a 95% confidence interval around a relative risk means that we can be 95% confident that the true relative risk lies in the range between the lower and upper limits of this interval. If a 95% confidence interval around a relative risk excludes 1.0, then the finding is statistically significant with a *p*-value of less than 0.05. A confidence interval provides much more information than a *p*-value, however. As an example, a study that yields a relative risk (95% confidence interval) of 1.0 (0.9–1.1) is clearly showing that an association is very unlikely. A study that yields a relative risk (95% confidence interval) of 1.0 (0.1–100) provides little evidence for or against an association. Yet, both could be reported as a relative risk of 1.0 and a *p*-value greater than 0.05. As another example, a study that yields a relative risk (95% confidence interval) of 10.0 (9.8–10.2) precisely quantifies a ten-fold increase in risk that is also statistically significant. A study that yields a relative risk (95% confidence interval) of 10.0 (1.1–100) says little, other than an increased risk is likely. Yet, both could be reported as a relative risk of 10.0 ($p < 0.05$). As a final example, a study yielding

a relative risk (95% confidence interval) of 3.0 (0.98–5.0) is strongly suggestive of an association, whereas a study reporting a relative risk (95% confidence interval) of 3.0 (0.1–30) would not be. Yet, both could be reported as a relative risk of 3.0 ($p > 0.05$).

Finally, another statistic that one can calculate from a cohort study is the excess risk, also called the risk difference or, sometimes, the attributable risk. Whereas the relative risk is the ratio of the incidence rates in the exposed group versus the unexposed groups, the excess risk is the arithmetic difference between the incidence rates. The relative risk is more important in considering questions of causation. The excess risk is more important in considering the public health impact of an association, as it represents the increased rate of disease due to the exposure. For example, oral contraceptives are strongly associated with the development of myocardial infarction in young women.[36] However, the risk of myocardial infarction in non-smoking women in their 20s is so low, that even a five-fold increase in that risk would still not be of public health importance. In contrast, women in their 40s are at higher risk, especially if they are cigarette smokers as well. Thus, oral contraceptives should not be as readily used in these women.[36]

As with relative risks, excess risks cannot be calculated from case–control studies, as incidence rates are not available. As with the other statistics, $p$-values can be calculated to determine whether the differences between the two study groups could have occurred just by chance. Confidence intervals can be calculated around excess risks as well, and would be interpreted analogously.

## RANDOMIZED CLINICAL TRIALS

Finally, *experimental studies* are studies in which the investigator controls the therapy that is to be received by each participant. Generally, an investigator uses that control to randomly allocate patients between or among the study groups, performing a *randomized clinical trial*. For example, one could theoretically randomly allocate sexually active women to use either oral contraceptives or no contraceptive, examining whether they differ in their incidence of subsequent venous thromboembolism. The major strength of this approach is random assignment, which is the only way to make it likely that the study groups are comparable in potential confounding variables that are either unknown or unmeasurable. For this reason, associations demonstrated in randomized clinical trials are more likely to be causal associations than those demonstrated using one of the other study designs reviewed above.

However, even randomized clinical trials are not without their problems. The randomized clinical trial outlined above, allocating women to receive contraceptives or no contraceptives, demonstrates the major potential problems inherent in the use of this study design. It would obviously be impossible to perform, ethically and logistically. In addition, randomized clinical trials are expensive and artificial. Inasmuch as they have already been performed prior to marketing to demonstrate each drug's efficacy, they tend to be unnecessary after marketing. They are likely to be used in pharmacoepidemiology studies mainly for supplementary studies of drug efficacy.[37] However, they remain the "gold standard" by which the other designs must be judged. Indeed, with the publication of the results from the Women's Health Initiative indicating that combination hormone replacement therapy causes an increased risk of myocardial infarction rather than a decreased risk,[38–41] there has been increased concern about reliance solely on nonexperimental methods to study drug safety after marketing,[42–44] and we are beginning to see the use of massive randomized clinical trials as part of postmarketing surveillance (see Chapter 39).

## DISCUSSION

Thus, a series of different study designs are available (Table 2.4), each with respective advantages and disadvantages. Case reports, case series, analyses of secular trends, case–control studies, and cohort studies have been referred to collectively as *observational study designs* or *nonexperimental study designs*, in order to differentiate them from experimental studies. In nonexperimental study designs the investigator does not control the therapy, but simply observes and evaluates the results of ongoing medical care. Case reports, case series, and analyses of secular trends have also been referred to as *descriptive studies*. Case–control studies, cohort studies, and randomized clinical trials all have control groups, and have been referred to as *analytic studies*. The analytic study designs can be classified in two major ways, by how subjects are selected into the study and by how data are collected for the study (see Table 2.5). From the perspective of how subjects are recruited into the study, case–control studies can be contrasted with cohort studies. Specifically, case–control studies select subjects into the study based on the presence or absence of a disease, while cohort studies select subjects into the study based on the presence or absence of an exposure. From this perspective, randomized clinical trials can be viewed as a subset of cohort studies, a type of cohort study in which the