# EXHIBIT D



# How Common Is Breast Cancer?

Breast cancer is the most common cancer in American women, except for skin cancers. Currently, the average risk of a woman in the United States developing breast cancer sometime in her life is about 12%. This means there is a 1 in 8 chance she will develop breast cancer. This also means there is a 7 in 8 chance she will never have the disease.

## Current year estimates for breast cancer

The American Cancer Society's estimates for breast cancer in the United States for 2019 are:

- About 268,600 new cases of invasive breast cancer will be diagnosed in women.
- About 62,930 new cases of carcinoma in situ (CIS) will be diagnosed (CIS is non-invasive and is the earliest form of breast cancer).
- About 41,760 women will die from breast cancer.

## Trends in breast cancer incidence

In recent years, incidence rates have increased slightly (by 0.4% per year).

## Trends in breast cancer deaths

Breast cancer is the second leading cause of cancer death in women (only lung cancer kills more women each year). The chance that a woman will die from breast cancer is about 1 in 38 (about 2.6%).

Death rates from female breast cancer dropped 40% from 1989 to 2016. Since 2007, breast cancer death rates have been steady in women younger than 50, but have continued to decrease in older women.

These decreases are believed to be the result of finding breast cancer earlier through screening and increased awareness, as well as better treatments.

# Breast cancer survivors

At this time there are more than 3.1 million breast cancer survivors in the United States. This includes women still being treated and those who have completed treatment.

Survival rates are discussed in the section on breast cancer survival rates by stage.

Visit the American Cancer Society's Cancer Statistics Center (https://cancerstatisticscenter.cancer.org/#/) for more key statistics.



Written by | References



The American Cancer Society medical and editorial content team (/cancer/acs-medical-content-and-news-staff.html)

Our team is made up of doctors and master's-prepared nurses with deep knowledge of cancer care as well as journalists, editors, and translators with extensive experience in medical writing.

Last Medical Review: July 1, 2017    |    Last Revised: January 8, 2019

American Cancer Society medical information is copyrighted material. For reprint requests, please see our Content Usage Policy (/about-us/policies/content-usage.html).

## ⊢ MORE IN BREAST CANCER ⊣

# About Breast Cancer

# Risk and Prevention

# Early Detection and Diagnosis

# Understanding a Breast Cancer Diagnosis

# Treatment

# Breast Reconstruction Surgery

# Living as a Breast Cancer Survivor