# EXHIBIT F

VOLUME 34 · NUMBER 20 · JULY 10, 2016

JOURNAL OF CLINICAL ONCOLOGY                                    ASCO SPECIAL ARTICLE

# Selection of Optimal Adjuvant Chemotherapy Regimens for Human Epidermal Growth Factor Receptor 2 (HER2) –Negative and Adjuvant Targeted Therapy for HER2-Positive Breast Cancers: An American Society of Clinical Oncology Guideline Adaptation of the Cancer Care Ontario Clinical Practice Guideline

*Neelima Denduluri, Mark R. Somerfield, Andrea Eisen, Jamie N. Holloway, Arti Hurria, Tari A. King, Gary H. Lyman, Ann H. Partridge, Melinda L. Telli, Maureen E. Trudeau, and Antonio C. Wolff*

Neelima Denduluri, US Oncology Network, Virginia Cancer Specialists, Arlington; Jamie N. Holloway, Patient Representative, Arlington; Mark R. Somerfield, American Society of Clinical Oncology, Alexandria, VA; Andrea Eisen and Maureen E. Trudeau, Sunnybrook Health Sciences Centre, and Cancer Care Ontario, Toronto, Ontario, Canada; Arti Hurria, City of Hope, Duarte; Melinda L. Telli, Stanford University, Palo Alto, CA; Tari A. King, Dana-Farber/Brigham and Women's Cancer Center; Ann H. Partridge, Dana-Farber Cancer Institute, Boston, MA; Gary H. Lyman, Fred Hutchinson Cancer Research Center, Seattle, WA; and Antonio C. Wolff, The Johns Hopkins Sidney Kimmel Comprehensive Cancer Center, Baltimore, MD.

Published online ahead of print at www.jco.org on April 18, 2016.

Clinical Practice Guideline Committee approval: January 25, 2016.

Editor's note: This American Society of Clinical Oncology clinical practice guideline provides recommendations with review and analyses of the relevant literature for each recommendation. Additional information, which may include data supplements, slide sets, patient versions, frequently asked questions, and other clinical tools and resources, is available at: www.asco.org/adaptations/breastsystemictherapy and www.asco.org/guidelineswiki.

Reprint requests: American Society of Clinical Oncology, 2318 Mill Rd, Suite 800, Alexandria, VA 22314; e-mail: guidelines@asco.org

Authors' disclosures of potential conflicts of interest are found in the article online at www.jco.org. Author contributions are found at the end of this article.

Corresponding author: American Society of Clinical Oncology, 2318 Mill Rd, Suite 800, Alexandria, VA 22314; e-mail: guidelines@asco.org.

© 2016 by American Society of Clinical Oncology

0732-183X/16/3420w-2416w/$20.00

DOI: 10.1200/JCO.2016.67.0182

## ABSTRACT

**Purpose**
A Cancer Care Ontario (CCO) guideline on the selection of optimal adjuvant chemotherapy regimens for early breast cancer including adjuvant targeted therapy for human epidermal growth factor receptor 2 (HER2)–positive breast cancers was identified for adaptation.

**Methods**
The American Society of Clinical Oncology (ASCO) has a policy and set of procedures for adapting clinical practice guidelines developed by other organizations. The CCO guideline was reviewed for developmental rigor and content applicability.

**Results**
On the basis of the content review of the CCO guideline, the ASCO Panel agreed that, in general, the recommendations were clear and thorough and were based on the most relevant scientific evidence, and they presented options that will be acceptable to patients. However, for some topics addressed in the CCO guideline, the ASCO Panel formulated a set of adapted recommendations on the basis of local context and practice beliefs of the Panel members.

**Recommendations**
Decisions regarding adjuvant chemotherapy regimens should take into account baseline recurrence risk, toxicities, likelihood of benefit, and host factors such as comorbidities. In high-risk HER2-negative populations with excellent performance status, anthracycline- and taxane-containing regimens are the standard of care. Docetaxel and cyclophosphamide for four cycles is an acceptable non-anthracycline regimen. In high-risk HER2-positive disease, sequential anthracycline and taxanes administered concurrently with trastuzumab or docetaxel, carboplatin, and trastuzumab for six cycles are recommended. An alternative regimen in a lower-risk, node-negative, HER2-positive population is paclitaxel and trastuzumab once per week for 12 cycles. Trastuzumab should be given for 1 year. Platinum salts should not be routinely administered in the adjuvant triple-negative population until survival efficacy data become available.

*J Clin Oncol 34:2416-2427. © 2016 by American Society of Clinical Oncology*

## INTRODUCTION

Adjuvant chemotherapy improves disease-free survival (DFS) and overall survival (OS) independent of age, nodal status, and estrogen receptor (ER) status. However, those with triple-negative and human epidermal growth factor receptor 2 (HER2) –positive breast cancer seem to derive the greatest proportional benefit from systemic chemotherapy and biologic therapy.[1,2] The potential benefits and risks need to be carefully weighed before rendering a decision to administer chemotherapy; comorbidities and burden of disease need to be considered for selection of optimal regimens.[3] To address recent therapeutic advances in the management of early-stage breast cancer, Cancer Care Ontario (CCO) published an updated, comprehensive guideline on this topic in 2015.[4]

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

---

## THE BOTTOM LINE

**Selection of Optimal Adjuvant Chemotherapy Regimens for Human Epidermal Growth Factor Receptor 2 (HER2) –Negative and Adjuvant Targeted Therapy for HER2-Positive Breast Cancers: An American Society of Clinical Oncology Guideline Adaptation of the Cancer Care Ontario Clinical Practice Guideline**

*Guideline Question*
What is the optimal use of cytotoxic chemotherapy and human epidermal growth factor receptor 2 (HER2) –directed therapy?

*Target Population*
Female patients who are being considered for, or who are receiving, systemic therapy after definitive surgery for early invasive breast cancer, defined largely as invasive cancer stages I to IIA (T1N0-1, T2N0).

*Target Audience*
Medical oncologists, pathologists, surgeons, oncology nurses, patients, and caregivers.

**Recommendations (Note. Recommendations identified by an asterisk are taken verbatim from the Cancer Care Ontario [CCO] guideline. Otherwise, recommendations have been substantively adapted or reworded for clarity by the American Society of Clinical Oncology [ASCO] Panel.)**

*Use of an Anthracycline-Taxane Regimen*
In patients who can tolerate it, use of a regimen containing anthracycline-taxane is considered the optimal strategy for adjuvant chemotherapy, particularly for patients deemed to be at high risk.*

*Optimal-Dose Anthracycline Regimen for Patients for Whom a Taxane Is Contraindicated*
For patients with high-risk disease who will not receive a taxane, an optimal-dose anthracycline three-drug regimen (cumulative dose of doxorubicin $\geq$ 240 mg/m$^2$ or epirubicin $\geq$ 600 mg/m$^2$ but no higher than 720 mg/m$^2$) that contains cyclophosphamide is recommended. The cumulative dose of doxorubicin in two-drug regimens should not exceed 240 mg/m$^2$.

*Adding Gemcitabine or Capecitabine to an Anthracycline-Taxane Regimen*
The addition of gemcitabine or capecitabine to an anthracycline-taxane regimen is not recommended for adjuvant chemotherapy.*

*Capecitabine in Patients Age 65 Years or Older*
In patients age 65 years or older, capecitabine is not recommended as an adjuvant chemotherapy option in lieu of standard regimens such as doxorubicin-cyclophosphamide or cyclophosphamide-methotrexate-fluorouracil (with oral cyclophosphamide).

*Cyclophosphamide-Methotrexate-Fluorouracil as an Alternative to Doxorubicin-Cyclophosphamide*
For patients in whom anthracycline-taxane is contraindicated, cyclophosphamide-methotrexate-fluorouracil (with oral cyclophosphamide) is an acceptable chemotherapy alternative to doxorubicin-cyclophosphamide. Of note, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with intravenous [IV] methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx; Trial Assigning Individualized Options for Treatment [Rx]) on the basis of convenience and tolerability despite the absence of efficacy data from randomized controlled trials.

*Acceptable Adjuvant Chemotherapy Regimens for Patients With Higher-Risk Early Breast Cancer*
These adjuvant chemotherapy regimens can be used for patients with early breast cancer:

- Fluorouracil-epirubicin-cyclophosphamide × 3 → docetaxel × 3 (superior to fluorouracil-epirubicin-cyclophosphamide × 6)
- Doxorubicin-cyclophosphamide × 4 → docetaxel × 4 (superior to doxorubicin-cyclophosphamide × 4)
- Docetaxel-doxorubicin-cyclophosphamide × 6 (superior to fluorouracil-doxorubicin-cyclophosphamide × 6)

(continued on following page)

---

© 2016 by American Society of Clinical Oncology   2417
Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

| **THE BOTTOM LINE (CONTINUED)** |
|---|

- Doxorubicin-cyclophosphamide × 4 → paclitaxel administered once per week
- Dose-dense doxorubicin-cyclophosphamide → paclitaxel administered once every 2 weeks

**Adjuvant Regimen When an Anthracycline Is Not Preferred**
Docetaxel-cyclophosphamide × 4 is recommended as an alternative to doxorubicin-cyclophosphamide × 4 and offers improved disease-free survival and overall survival. Classic cyclophosphamide-methotrexate-fluorouracil with oral cyclophosphamide for six cycles is another option. As mentioned before, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with IV methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx) on the basis of its convenience and tolerability despite the absence of efficacy data from randomized controlled trials.

**Patient Selection and Adjuvant Trastuzumab Therapy**
Only patients with HER2-positive breast cancer (overexpressed based on immunohistochemistry [3+] or amplified based on in situ hybridization [ratio ≥ 2.0 or average HER2 copy number ≥ 6.0]) should be offered adjuvant trastuzumab.

**Trastuzumab Plus Chemotherapy in Patients With Higher-Risk HER2-Positive Disease**
Trastuzumab plus chemotherapy is recommended for all patients with HER2-positive, node-positive breast cancer and for patients with HER2-positive, node-negative breast cancer (> 1 cm).*

**Trastuzumab Plus Chemotherapy in Patients With HER2-Positive T1a-b N0 Disease**
Trastuzumab therapy can be considered in small, node-negative tumors (≤ 1 cm).

**Selection of Chemotherapy Regimens in Patients Receiving Trastuzumab**
Trastuzumab can be administered with any acceptable adjuvant chemotherapy regimen.*

**Use of Trastuzumab and an Anthracycline-Containing Regimen**
The administration of trastuzumab concurrently with the anthracycline component of a chemotherapy regimen is not recommended because of the potential for increased cardiotoxicity.

**Concurrent Administration of Adjuvant Trastuzumab and Non-Anthracycline Chemotherapy Regimens**
Trastuzumab should be preferentially administered concurrently (not sequentially) with a non-anthracycline chemotherapy regimen.

**Trastuzumab-Based Chemotherapy or Trastuzumab Regimens for Patients at Higher Risk of Cardiotoxicity**
Less cardiotoxicity is seen with docetaxel-carboplatin-trastuzumab than with doxorubicin-cyclophosphamide → docetaxel-trastuzumab, and docetaxel-carboplatin-trastuzumab is recommended for patients at higher risk for cardiotoxicity.*

**Addition of Trastuzumab to Chemotherapy Regimens Not Evaluated in a Phase III Trial**
No phase III evidence exists for the addition of trastuzumab to some chemotherapy regimens, such as docetaxel-cyclophosphamide. However, those regimens might be in use and are reasonable options, particularly for mitigating cardiotoxicity in certain patients.*

**Duration of Trastuzumab Therapy and Cardiac Function Assessment**
Patients should be offered 1 year total of adjuvant trastuzumab with regular assessments of cardiac function during that period.*

   More information, including a Data Supplement, a Methodology Supplement, slide sets, and other clinical tools and resources, is available at www.asco.org/adaptations/breastsystemictherapy and www.asco.org/guidelineswiki. Patient information is available at www.cancer.net.

   ASCO believes that cancer clinical trials are vital to inform medical decisions and improve cancer care, and that all patients should have the opportunity to participate.

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

The American Society of Clinical Oncology (ASCO) has established a process for adapting other organizations' clinical practice guidelines. This article summarizes the results of that process and presents the practice recommendations adapted from the CCO Program in Evidence-based Care guideline on the selection of optimal adjuvant chemotherapy regimens for early breast cancer and adjuvant targeted therapy for HER2-positive early breast cancers.[4] The CCO guideline was published as part of an article series in the journal *Current Oncology*.[3,4]

## METHODS

This guideline adaptation was informed by the ADAPTE methodology, which was used as an alternative to de novo guideline development. Adaptation of guidelines is considered by ASCO in selected circumstances, when one or more quality guidelines on the same topic from other organizations already exist. The objective of the ADAPTE process (http://www.g-i-n.net/working-groups/adaptation) is to take advantage of existing guidelines to enhance efficient production, reduce duplication, and promote the local uptake of quality guideline recommendations.

ASCO's adaptation process typically begins with a literature search to identify candidate guidelines for adaptation. Adapted guideline manuscripts are reviewed and approved by the ASCO Clinical Practice Guidelines Committee. The review includes two parts: methodologic review and content review. The methodologic review is completed by a member of the Clinical Practice Guidelines Committee's Methodology Subcommittee and/or by ASCO senior guideline staff. The content review is completed by an ad hoc panel convened by ASCO that includes representatives of several disciplines. Further details of the methods used for the development of this guideline adaptation are reported in an online Methodology Supplement.

## DISCLAIMER

The clinical practice guidelines and other guidance published herein are provided by ASCO to assist providers in clinical decision making. The information herein should not be relied upon as being complete or accurate, nor should it be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. With the rapid development of scientific knowledge, new evidence may emerge between the time information is developed and when it is published or read. The information is not continually updated and may not reflect the most recent evidence. The information addresses only the topics specifically identified herein and is not applicable to other interventions, diseases, or stages of diseases. This information does not mandate any particular course of medical care. Further, the information is not intended to substitute for the independent professional judgment of the treating provider, because the information does not account for individual variation among patients. Recommendations reflect high, moderate, or low confidence that the recommendation reflects the net effect of a given course of action. The use of words like "must," "must not," "should," and "should not" indicate that a course of action is recommended or not recommended for either most or many patients, but there is latitude for the treating physician to select other courses of action in individual cases. In all cases, the selected course of action should be considered by the treating provider in the context of treating the individual patient. Use of the information is voluntary. ASCO provides this information on an as is basis and makes no warranty, expressed or implied, regarding the information. ASCO specifically disclaims any warranties of merchantability or fitness for a particular use or purpose. ASCO assumes no responsibility for any injury or damage to persons or property arising out of or related to any use of this information or for any errors or omissions.

## GUIDELINE AND CONFLICT OF INTEREST

The Expert Panel was assembled in accordance with ASCO's Conflict of Interest Policy Implementation for Clinical Practice Guidelines (http://www.asco.org/rwc). All members of the Panel completed ASCO's disclosure form, which requires disclosure of financial and other interests, including relationships with commercial entities that are reasonably likely to experience direct regulatory or commercial impact as a result of promulgation of the guideline. Categories for disclosure include employment; leadership; stock or other ownership; honoraria; consulting or advisory role; speaker's bureau; research funding; patents, royalties, other intellectual property; expert testimony; travel, accommodations, expenses; and other relationships. In accordance with the Policy, the majority of the Panel members did not disclose any relationships constituting a conflict under the Policy (Appendix Table A1, online only).

## RESULTS OF GUIDELINE SEARCH AND ASCO TOPIC PRIORITY-SETTING PROCESS

As mentioned, the adaptation process usually starts with a literature search to identify candidate guidelines for adaptation on a given topic. For this adaptation, however, the target guideline was identified through an informal collaboration between the CCO Program In Evidence-based Care and the ASCO guidelines program, which is designed to reduce duplication of effort in oncology practice guideline development across organizations. As part of this collaboration, CCO guidelines staff made ASCO aware that CCO's comprehensive practice guideline on optimal systemic therapy for early breast cancer in women was nearing completion.

On the basis of a preliminary content review of the draft CCO guideline by two members of ASCO's Breast Cancer Advisory Group, the CCO recommendations on the selection of optimal adjuvant chemotherapy regimens and the selection of adjuvant targeted therapy for HER2-positive cancers were selected as a possible adaptation opportunity. The Advisory Group subsequently ranked the adaptation of the CCO recommendations on chemotherapy and targeted therapy as one of its top three priorities for breast cancer guideline development.

### Clinical Questions and Target Population

The broad CCO guideline addressed the overarching question, What is the optimal adjuvant systemic therapy for female patients with early operable breast cancer when patient and disease factors are considered? The specific subset of recommendations from that

 © 2016 by American Society of Clinical Oncology   2419
Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

guideline being considered in this ASCO adaptation addressed the optimal use of cytotoxic chemotherapy and HER2-directed therapy. (CCO recommendations relating to the role of the patient and disease factors in selecting adjuvant therapy for women with early breast cancer and relating to the use of adjuvant endocrine therapy are the subject of a separate ASCO guideline endorsement and guideline, respectively.)

The target population for the CCO guideline is "female patients who are being considered for, or who are receiving, systemic therapy [after definitive surgery] for early-stage invasive breast cancer…defined largely as invasive cancer stages I to IIA (T1N0-1, T2N0)." Of note, Eisen et al[4] highlighted that the CCO Panel included some studies in the systematic review that had described breast cancer "simply as 'operable' or that included operable stage IIB-IIIA cancers…if stage IIA patients formed part of the population and if patients staged I-IIB constituted at least half the population."

## SUMMARY OF THE CCO GUIDELINE DEVELOPMENT METHODOLOGY

The CCO guideline recommendations were developed by a panel that included experts in medical oncology. The literature searches of MEDLINE and EMBASE that were completed for the broad systematic review spanned the period from January 2008 through March 2012; the search was updated in May 2014. Additional practice guidelines were identified from a search of the SAGE Directory of Cancer Guidelines. Details of the search strategies, the study inclusion criteria, the outcomes of interest, and the search yield are available at the CCO Web site at https://www.cancercare.on.ca/toolbox/qualityguidelines/diseasesite/breast-ebs.

A working group composed of six medical oncologists and a methodologist drafted guideline recommendations. These draft recommendations were subsequently circulated to the Early Breast Cancer Systemic Therapy Consensus Panel, which included the working group members and 14 additional medical oncologists from Ontario as part of a modified Delphi consensus development technique for which consensus was defined as 80% agreement and no strong disagreement. By using a 5-point point Likert scale (strongly disagree to strongly agree), Consensus Panel members from CCO rated the draft recommendations in advance of a consensus meeting held in November 2012. Selected recommendations for which consensus was not achieved were discussed and voted on at the 2012 consensus meeting.

## RESULTS OF THE ASCO METHODOLOGIC REVIEW

Methodologic review of the comprehensive CCO guideline on optimal systemic therapy was completed independently by two ASCO guideline staff members by using the Rigour of Development subscale from the Appraisal of Guidelines for Research and Evaluation II (AGREE II) instrument. Detailed results of the scoring for these assessments are available in the Methodology Supplement. Overall, the more comprehensive CCO guideline scored 98% in rigor of guideline development.

## METHODS AND RESULTS OF THE ASCO UPDATED LITERATURE SEARCH

A search for new evidence was conducted by ASCO guidelines staff to identify relevant randomized controlled trials, systematic reviews, and meta-analyses published since the CCO guideline was completed. MEDLINE and EMBASE were searched from January 2014 to July 2015 by following the strategies described in the CCO guideline. The search was restricted to articles published in English and to systematic reviews, meta-analyses, and randomized controlled trials. The CCO guideline inclusion criteria were applied to a review of the literature search results. The updated search and review were guided by the signals approach, which is designed to identify only new, potentially practice-changing data—signals—that might translate into revised practice recommendations. This approach relied on targeted routine literature searching and the expertise of ASCO Guideline Panel members to help identify potential signals. Panel members also provided additional relevant references from personal files. The Methodology Supplement (available at www.asco.org/adaptations/breastsystemictherapy) provides additional information about the signals approach. The updated search yielded 4,018 records.

## FINAL RECOMMENDATIONS

On the basis of a formal content review of the CCO guideline, the ASCO Panel agreed that, in general, the recommendations were clear and thorough, were based on the most relevant scientific evidence, and presented options that will be acceptable to patients. However, for some topics, the ASCO Panel formulated a set of adapted recommendations on the basis of local context and practice beliefs of the ad hoc panel members and new information.

The following sections present the recommendations adapted from the CCO guideline. Recommendations identified by an asterisk are taken verbatim from the CCO guideline. Otherwise, recommendations have been substantively adapted or reworded for clarity by the ASCO Panel (Table 1).

### RECOMMENDATIONS FOR HER2-NEGATIVE BREAST CANCER

#### Use of an Anthracycline-Taxane Regimen (CCO recommendation 8)

In patients who can tolerate it, use of a regimen containing anthracycline-taxane is considered the optimal strategy for adjuvant chemotherapy, particularly for patients deemed to be at high risk.*

#### Optimal-Dose Anthracycline Regimen for Patients With High-Risk Breast Cancer Who Will Not Receive a Taxane (CCO recommendation 9)

For patients with high-risk disease who will not receive a taxane, an optimal-dose anthracycline three-drug regimen (cumulative dose of doxorubicin $\geq 240$ mg/m$^2$ or epirubicin $\geq 600$ mg/m$^2$ but no higher than 720 mg/m$^2$) that contains cyclophosphamide is recommended. The cumulative dose of doxorubicin in two-drug regimens should not exceed 240 mg/m$^2$.

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

**Table 1.** Final Recommendations for Selection of Optimal Adjuvant Chemotherapy Regimens for HER2-Negative and Adjuvant Targeted Therapy for HER2-Positive Breast Cancers: ASCO Guideline Adaptation of the CCO Clinical Practice Guide

| Original CCO Guideline Clinical Topic | ASCO Final Recommendations* | Rationale for ASCO Adaptation |
|---|---|---|
| **Recommendations for HER2-Negative Breast Cancer** | | |
| Use of an anthracycline-taxane regimen (CCO recommendation 8) | In patients who can tolerate it, use of a regimen containing anthracycline-taxane is considered the optimal strategy for adjuvant chemotherapy, particularly for patients deemed to be at high risk.* | Not adapted |
| Optimal-dose anthracycline regimen for patients with high-risk breast cancer who will not receive a taxane (CCO recommendation 9) | For patients with high-risk disease who will not receive a taxane, an optimal-dose anthracycline three-drug regimen (cumulative dose of doxorubicin $\geq$ 240 mg/m$^2$ or epirubicin $\geq$ 600 mg/m$^2$ but no higher than 720 mg/m$^2$) that contains cyclophosphamide is recommended. The cumulative dose of doxorubicin in two-drug regimens should not exceed 240 mg/m$^2$. | In light of findings from studies[5,6] of anthracycline-based two-drug regimens that test a cumulative dose of doxorubicin > 240 mg/m$^2$, the ASCO Panel modified the CCO recommendation to indicate that the cumulative dose of doxorubicin in two-drug regimens should not exceed 240 mg/m$^2$. |
| Adding gemcitabine or capecitabine to an anthracycline-taxane regimen (CCO recommendation 10) | The addition of gemcitabine or capecitabine to an anthracycline-taxane regimen is not recommended for adjuvant chemotherapy.* | Not adapted |
| Capecitabine in patients age 65 years or older (CCO recommendation 11) | In patients age 65 years or older, capecitabine is not recommended as an adjuvant chemotherapy option in lieu of standard regimens such as doxorubicin-cyclophosphamide or cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide). | The ASCO Panel modified the CCO recommendation to reflect that patients in the clinical trial reported by Muss et al[7] were age 65 years or older. |
| Cyclophosphamide-methotrexate-fluorouracil as an alternative to doxorubicin-cyclophosphamide (CCO recommendation 12) | For patients in whom anthracycline-taxane is contraindicated, cyclophosphamide-methotrexate-fluorouracil (with oral cyclophosphamide) is an acceptable chemotherapy alternative to doxorubicin-cyclophosphamide. Of note, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with IV cyclophosphamide-methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx) on the basis of its convenience and tolerability despite absence of efficacy data from randomized controlled trials. | The ASCO Panel modified the CCO recommendation to include a comment on the use of an all-IV cyclophosphamide-methotrexate-fluorouracil regimen. |
| Acceptable adjuvant chemotherapy regimens for patients with higher-risk early breast cancer (CCO recommendation 13) | These adjuvant chemotherapy regimens can be used for patients with early-stage breast cancer:<br>• Fluorouracil-epirubicin-cyclophosphamide ✕ 3 → docetaxel ✕ 3 (superior to fluorouracil-epirubicin-cyclophosphamide ✕ 6)<br>• Doxorubicin-cyclophosphamide ✕ 4 → docetaxel ✕ 4 (superior to doxorubicin-cyclophosphamide ✕ 4)<br>• Docetaxel-doxorubicin-cyclophosphamide ✕ 6 (superior to fluorouracil-doxorubicin-cyclophosphamide ✕ 6)<br>• Doxorubicin-cyclophosphamide ✕ 4 → paclitaxel administered once per week<br>• Dose-dense doxorubicin-cyclophosphamide → paclitaxel (once every 2 weeks) | The ASCO Panel modified the CCO list of acceptable adjuvant chemotherapy regimens to remove the "dose-dense, dose-intense epirubicin-cyclophosphamide→ paclitaxel" regimen because of higher toxicity and lack of overall survival benefit. |
| Adjuvant regimen when an anthracycline is not preferred (CCO recommendation 14) | Docetaxel-cyclophosphamide ✕ 4 is recommended as an alternative to doxorubicin-cyclophosphamide ✕ 4 and offers improved disease-free survival and overall survival. Classic cyclophosphamide-methotrexate-fluorouracil with oral cyclophosphamide for six cycles is another option. Of note, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with IV methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx) on the basis of its convenience and tolerability despite the absence of efficacy data from randomized controlled trials. | The ASCO Panel modified the CCO recommendation to specify that docetaxel-cyclophosphamide should be administered for four cycles and added the statement to the recommendation that, based on the Oxford Overview, cyclophosphamide-methotrexate-fluorouracil for six cycles offers "equivalent"[2(p437)] outcomes and is an alternative to doxorubicin-cyclophosphamide once every 3 weeks ✕ 4. The ASCO Panel also modified the CCO recommendation to include a comment on the use of an all-IV cyclophosphamide-methotrexate-fluorouracil regimen. |

(continued on following page)

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

**Table 1.** Final Recommendations for Selection of Optimal Adjuvant Chemotherapy Regimens for HER2-Negative and Adjuvant Targeted Therapy for HER2-Positive Breast Cancers: ASCO Guideline Adaptation of the CCO Clinical Practice Guide (continued)

| Original CCO Guideline Clinical Topic | ASCO Final Recommendations* | Rationale for ASCO Adaptation |
|---|---|---|
| **Recommendations for HER2-Positive Breast Cancer** | | |
| Patient selection and adjuvant trastuzumab therapy (CCO recommendation 26) | Only patients with HER2-positive breast cancer (overexpressed based on immunohistochemistry [3+] or amplified based on in situ hybridization [ratio ≥ 2.0 or average HER2 copy number ≥ 6.0]) should be offered adjuvant trastuzumab. | The ASCO Panel modified the CCO patient selection recommendation slightly from CCO's original language of "6+ HER2 gene copies per cell nucleus" to make this one criterion consistent with the ASCO-College of American Pathologists guideline[8] definition of "positive for HER2" as an average HER2 gene copy number of ≥ 6.0 per cell nucleus. |
| Trastuzumab plus chemotherapy in patients with higher-risk HER2-positive disease (CCO recommendation 27) | Trastuzumab plus chemotherapy is recommended for all patients with HER2-positive, node-positive breast cancer and for patients with HER2-positive, node-negative breast cancer (> 1 cm).* | Not adapted |
| Trastuzumab plus chemotherapy in patients with HER2-positive disease if T1a-b N0 (CCO recommendation 28) | Trastuzumab therapy can be considered in small, node-negative tumors (≤ 1 cm). | The ASCO Panel adapted the CCO recommendation in light of data published since the CCO guideline was completed to make the recommendation more definitive regarding the use of trastuzumab plus chemotherapy in patients with small, node-negative tumors. |
| Selection of chemotherapy regimens in patients receiving trastuzumab (CCO recommendation 29) | Trastuzumab can be administered with any acceptable adjuvant chemotherapy regimen.* | Not adapted |
| Use of trastuzumab and an anthracycline-containing regimen (CCO recommendation 30) | The administration of trastuzumab concurrently with the anthracycline component of a chemotherapy regimen is not recommended because of the potential for increased cardiotoxicity. | The ASCO Panel adapted the CCO recommendation to omit the word "generally" from the CCO recommendation, which reads "The administration of trastuzumab concurrently with the anthracycline component of a chemotherapy regimen is generally not recommended because of the potential for increased cardiotoxicity." |
| Concurrent administration of adjuvant trastuzumab and non-anthracycline chemotherapy regimens (CCO recommendation 31) | Trastuzumab should be preferentially administered concurrently (not sequentially) with a non-anthracycline chemotherapy regimen. | The ASCO Panel adapted the CCO recommendation to indicate a preference for concurrent versus sequential administration of trastuzumab and non-anthracycline chemotherapy. |
| Trastuzumab-based chemotherapy/trastuzumab regimens for patients at higher risk of cardiotoxicity (CCO recommendation 32) | Less cardiotoxicity is seen with docetaxel-carboplatin-trastuzumab than with doxorubicin-cyclophosphamide → docetaxel-trastuzumab, and docetaxel-carboplatin-trastuzumab is recommended for patients at higher risk for cardiotoxicity.* | Not adapted |
| Addition of trastuzumab to chemotherapy regimens not evaluated in a phase III trial (CCO recommendation 33) | No phase III evidence exists for the addition of trastuzumab to some chemotherapy regimens, such as docetaxel-cyclophosphamide. However, those regimens might be in use and are reasonable options, particularly to mitigate cardiotoxicity in certain patients.* | Not adapted |
| Duration of trastuzumab therapy and cardiac function assessment (CCO recommendation 34) | Patients should be offered 1 year total of adjuvant trastuzumab, with regular assessments of cardiac function during that period.* | Not adapted |

Abbreviations: ASCO, American Society of Clinical Oncology; CCO, Cancer Care Ontario; HER2, human epidermal growth factor receptor 2; IV, intravenous; TAILORx, Trial Assigning Individualized Options for Treatment (Rx).
*Recommendations designated by an asterisk are taken verbatim from the CCO guideline. Otherwise, recommendations have been substantively adapted or reworded for clarity by the ASCO Panel.

*ASCO Panel rationale and discussion.* The Oxford Overview showed that anthracycline-based three-drug regimens, such as six cycles of cyclophosphamide-doxorubicin-fluorouracil (300 mg/m² of doxorubicin) or cyclophosphamide-epirubicin-fluorouracil (≥ 360 mg/m² of epirubicin), were superior to cyclophosphamide-methotrexate-fluorouracil.[2] However, studies of anthracycline-based two-drug regimens (v single-agent paclitaxel) testing a cumulative dose of doxorubicin of more than 240 mg/m² in the form of doxorubicin-cyclophosphamide given for six cycles instead of four cycles[5] or for four cycles with a doxorubicin dose of more than 60 mg/m² per cycle[6] demonstrated greater toxicity and no improvement in survival. In light of these data, the ASCO Panel modified the CCO recommendation to indicate that the cumulative dose of doxorubicin in two-drug regimens should not exceed 240 mg/m².

### Adding Gemcitabine or Capecitabine to an Anthracycline-Taxane Regimen (CCO recommendation 10)

The addition of gemcitabine or capecitabine to an anthracycline-taxane regimen is not recommended for adjuvant chemotherapy.*

### Capecitabine in Patients Age 65 Years or Older (CCO recommendation 11)

In patients age 65 years or older, capecitabine is not recommended as an adjuvant chemotherapy option in lieu of standard regimens

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

such as doxorubicin-cyclophosphamide or cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide).

*ASCO Panel rationale and discussion.* The ASCO Panel modified the CCO recommendation to reflect that patients in the clinical trial reported by Muss et al[7] were age 65 years or older.

### Cyclophosphamide-Methotrexate-Fluorouracil as an Alternative to Doxorubicin-Cyclophosphamide (CCO recommendation 12)

For patients in whom anthracycline-taxane is contraindicated, cyclophosphamide-methotrexate-fluorouracil (with oral cyclophosphamide) is an acceptable chemotherapy alternative to doxorubicin-cyclophosphamide. Of note, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with intravenous (IV) methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx [Trial Assigning Individualized Options for Treatment (Rx)]) on the basis of convenience and tolerability despite the absence of efficacy data from randomized controlled trials.

*ASCO Panel rationale and discussion.* In the Oxford Overview, trials that had controls treated with cyclophosphamide-methotrexate-fluorouracil showed that standard doxorubicin-cyclophosphamide × 4 once every 3 weeks and standard cyclophosphamide-methotrexate-fluorouracil were equivalent.[2] However, single-agent taxane regimens such as paclitaxel given for four or six cycles are not acceptable alternatives because they were not shown to be not inferior to doxorubicin-cyclophosphamide.[5] The ASCO Panel modified the CCO recommendation to include a comment on the use of an all-IV cyclophosphamide-methotrexate-fluorouracil regimen.

### Acceptable Adjuvant Chemotherapy Regimens for Patients With Higher-Risk Early-Stage Breast Cancer (CCO recommendation 13)

These adjuvant chemotherapy regimens can be used for patients with higher-risk early-stage breast cancer (see also the next recommendation regarding non-anthracycline regimens):

- Fluorouracil-epirubicin-cyclophosphamide × 3 → docetaxel × 3 (superior to fluorouracil-epirubicin-cyclophosphamide × 6)
- Doxorubicin-cyclophosphamide × 4 → docetaxel × 4 (superior to doxorubicin-cyclophosphamide × 4)
- Docetaxel-doxorubicin-cyclophosphamide × 6 (superior to fluorouracil-doxorubicin-cyclophosphamide × 6)
- Doxorubicin-cyclophosphamide × 4 → paclitaxel administered once per week
- Dose-dense doxorubicin-cyclophosphamide → paclitaxel (once every 2 weeks)

*ASCO Panel rationale and discussion.* The ASCO Panel modified the CCO list of acceptable adjuvant chemotherapy regimens to remove the "dose-dense, dose-intense epirubicin-cyclophosphamide → paclitaxel" regimen because of higher toxicity and lack of overall survival benefit.

### Adjuvant Regimen When an Anthracycline Is Not Preferred (CCO recommendation 14)

Docetaxel-cyclophosphamide × 4 is recommended as an alternative to doxorubicin-cyclophosphamide × 4. Docetaxel-cyclophosphamide offers improved DFS and OS compared with four cycles of doxorubicin-cyclophosphamide. Classic cyclophosphamide-methotrexate-fluorouracil with cyclophosphamide for six cycles is another option. Of note, the ASCO Panel recommends classic cyclophosphamide-methotrexate-fluorouracil (oral cyclophosphamide days 1 to 14 with IV methotrexate-fluorouracil days 1 and 8, repeated once every 28 days for six cycles) as the default adjuvant cyclophosphamide-methotrexate-fluorouracil regimen. However, the Panel also recognizes that an all-IV cyclophosphamide-methotrexate-fluorouracil regimen once every 21 days is often used in clinical practice and was accepted by some clinical trials (eg, TAILORx) on the basis of convenience and tolerability despite the absence of efficacy data from randomized controlled trials.

*ASCO Panel rationale and discussion.* The US Oncology Trial 9735 showed that docetaxel-cyclophosphamide × 4 offers improved DFS and OS when compared with doxorubicin-cyclophosphamide × 4.[8,9] However, docetaxel-cyclophosphamide × 4 is associated with a higher risk of infection, and use of granulocyte colony-stimulating factor is recommended. Docetaxel-cyclophosphamide × 4 has not been compared against an anthracycline and taxane regimen (in sequence or in combination). Ongoing trials NCT00493870 (Phase III Trial of TC Versus TAC in HER2-Negative Early Stage Breast Cancer Patients), NCT01547741 (Docetaxel and Cyclophosphamide Compared to Anthracycline-Based Chemotherapy in Treating Women With HER2-Negative Breast Cancer), and NCT00887536 (A Clinical Trial Comparing the Combination of TC Plus Bevacizumab to TC Alone and to TAC for Women With Node-Positive or High-Risk Node-Negative, HER2-Negative Breast Cancer) are testing the efficacy (and safety) of docetaxel-cyclophosphamide × six cycles versus three-drug anthracycline- and taxane-containing regimens in high-risk HER2-negative, node-negative or node-positive breast cancer.

The ASCO Panel modified the CCO recommendation to specify that docetaxel-cyclophosphamide should be administered for four cycles and added the statement to the recommendation that, on the basis of the Oxford Overview, cyclophosphamide-methotrexate-fluorouracil for six cycles offers "equivalent"[2(p437)] outcomes and is an alternative to doxorubicin-cyclophosphamide once every 3 weeks × 4. The ASCO Panel also modified the CCO recommendation to include a comment on the use of an all-IV cyclophosphamide-methotrexate-fluorouracil regimen.

## RECOMMENDATIONS FOR HER2-POSITIVE BREAST CANCER

### Patient Selection and Adjuvant Trastuzumab Therapy (CCO recommendation 26)

Only patients with HER2-positive breast cancer (overexpressed based on immunohistochemistry [3+] or amplified based on in situ hybridization [ratio ≥ 2.0 or average *HER2* copy number ≥ 6.0]) should be offered adjuvant trastuzumab.

*ASCO Panel rationale and discussion.* The ASCO Panel modified the CCO patient selection recommendation slightly

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

from CCO's original language of "6+ HER2 gene copies per cell nucleus" to make this one criterion consistent with the ASCO-College of American Pathologists guideline[10] definition of "positive for HER2" as an average *HER2* gene copy number of ≥ 6.0 per cell nucleus.

### Trastuzumab Plus Chemotherapy in Patients With Higher-Risk HER2-Positive Disease (CCO recommendation 27)

Trastuzumab plus chemotherapy is recommended for all patients with HER2-positive, node-positive breast cancer and for patients with HER2-positive, node-negative breast cancer tumors (≥ 1 cm).*

### Trastuzumab Plus Chemotherapy in Patients With HER2-Positive T1a-b N0 Disease (CCO recommendation 28)

Trastuzumab plus chemotherapy may be considered in small (≤ 1 cm), node-negative tumors.

*ASCO Panel rationale and discussion.* The ASCO Panel adapted the CCO recommendation in light of data published since completion of the CCO guideline to make the recommendation more definitive regarding the use of trastuzumab plus chemotherapy in patients with small, node-negative tumors. There are limited phase III data on the efficacy of trastuzumab in patients with small (≤ 1 cm), node-negative tumors. In a recent meta-analysis of five of six randomized trials that evaluated the benefit of trastuzumab in tumors ≤ 2 cm, only 75 patients had T1a-b node-negative disease,[11] but the proportional benefit offered by adjuvant trastuzumab seemed to be the same regardless of tumor size or node status. Two single-arm phase II trials in the node-negative, HER2-positive population suggest an excellent short-term outcome for patients treated with trastuzumab and paclitaxel (49.5% had T1b disease or smaller; two-thirds had ER-positive disease)[12] or with trastuzumab and docetaxel-cyclophosphamide (21.7% of patients had T1b disease or smaller; 64.9% had ER-positive disease).[13] Although data from these single-arm studies are encouraging, they do not support a blanket recommendation for the use of trastuzumab-based chemotherapy for all patients with T1N0 HER2-positive tumors. Historical outcomes suggest excellent outcomes for some patients with T1a-b HER2-positive tumors that were not treated with trastuzumab, particularly those with ER-positive disease treated with optimal endocrine therapy.[14-17] Therefore, the decision to offer trastuzumab-based chemotherapy for patients with small, node-negative tumors needs to be individualized.

### Selection of Chemotherapy Regimens in Patients Receiving Trastuzumab (CCO recommendation 29)

Trastuzumab can be administered with any acceptable adjuvant chemotherapy regimen.*

### Use of Trastuzumab and an Anthracycline-Containing Regimen (CCO recommendation 30)

The administration of trastuzumab concurrently with the anthracycline component of a chemotherapy regimen is not recommended because of the potential for increased cardiotoxicity.

*ASCO Panel rationale and discussion.* Because of a lack of clinical outcomes benefit and increased cardiotoxicity, concurrent administration of anthracyclines and trastuzumab is not recommended[18]; the ASCO Panel adapted the CCO recommendation to omit the word "generally" from the CCO recommendation.

### Concurrent Administration of Adjuvant Trastuzumab and Non-Anthracycline Chemotherapy Regimens (CCO recommendation 31)

Trastuzumab should be preferentially administered concurrently (not sequentially) with a non-anthracycline chemotherapy regimen.

*ASCO Panel rationale and discussion.* On the basis of data from North Central Cancer Treatment Group NCCTG-N9831 (Combination Chemotherapy With or Without Trastuzumab in Treating Women With HER2-Overexpressing Breast Cancer) trial[19] and on informal panel consensus, the ASCO Panel adapted the CCO recommendation to indicate a preference for concurrent versus sequential administration of trastuzumab and non-anthracycline chemotherapy. Perez et al[19] reported a strong trend toward improved DFS with initiation of trastuzumab concurrent with taxane chemotherapy compared with the sequential administration of taxane followed by trastuzumab once per week for 52 weeks (hazard ratio, 0.77; 99.9% CI, 0.53 to 1.11).

### Trastuzumab-Based Chemotherapy/Trastuzumab Regimens for Patients at Higher Risk of Cardiotoxicity (CCO recommendation 32)

Less cardiotoxicity is seen with docetaxel-carboplatin-trastuzumab than with doxorubicin-cyclophosphamide followed by docetaxel-trastuzumab, and docetaxel-carboplatin-trastuzumab is recommended for patients at higher risk for cardiotoxicity.*

*ASCO Panel discussion.* Although the efficacy of docetaxel-carboplatin-trastuzumab was not directly tested against doxorubicin-cyclophosphamide followed by docetaxel-trastuzumab in the Breast Cancer International Research Group (BCIRG) 006 (Combination Chemotherapy With or Without Trastuzumab in Treating Women With Breast Cancer) trial, lower rates of cardiotoxicity were observed with docetaxel-carboplatin-trastuzumab. These data support preferential use of docetaxel-carboplatin-trastuzumab, particularly for patients who might be at greater risk for cardiac dysfunction, on the basis of factors such as older age, low baseline ejection fraction, and pre-existing hypertension. Of note, BCIRG 006 did not include patients older than age 70 years. Another option for patients with lower-risk node-negative disease who might have a higher risk for cardiotoxicity is trastuzumab-paclitaxel once per week followed by trastuzumab alone on the basis of a single-arm phase II trial in which rates of symptomatic heart failure were low and the observed asymptomatic decreases in ejection fraction improved with trastuzumab interruption and/or cessation.[12]

### Addition of Trastuzumab to Chemotherapy Regimens Not Evaluated in a Phase III Trial (CCO recommendation 33)

No phase III evidence exists for the addition of trastuzumab to some chemotherapy regimens, such as docetaxel-cyclophosphamide.

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

However, those regimens might be in use and are reasonable options, particularly to mitigate cardiotoxicity in certain patients.*

*ASCO Panel discussion.* Since publication of the CCO guideline, data from two phase II studies have assessed the concomitant administration of taxanes and trastuzumab. The APT (Adjuvant Paclitaxel and Trastuzumab) trial of paclitaxel-trastuzumab once per week for 12 weeks followed by trastuzumab reported excellent short-term (3-year) DFS of 98.7% in a node-negative, lower-risk HER2-positive population.[12] Another phase II study that assessed the concomitant administration of four cycles of docetaxel-cyclophosphamide with trastuzumab followed by trastuzumab alone reported a 3-year DFS of 96.9% for women with early-stage HER2-amplified breast cancer.[13] Given data from these phase II trials and data from the HERA (Herceptin Adjuvant Trial) trial,[20] in which systemic therapy was given per investigator choice, paclitaxel, docetaxel-cyclophosphamide, or any of the regimens used in HERA can be considered a reasonable systemic option in combination with trastuzumab, particularly for patients who are perceived to be at increased risk for cardiotoxicity.

### Duration of Trastuzumab Therapy and Cardiac Function Assessment (CCO recommendation 34)

Patients should be offered 1 year total of adjuvant trastuzumab, with regular assessments of cardiac function during that period.*

### SPECIAL COMMENTARY

Two areas that need further clarification in adjuvant therapy of breast cancer are the role of pertuzumab in HER2-positive disease and the role of platinum salts in triple-negative breast cancer (TNBC) because demonstration of survival benefit awaits completion of randomized trials.

### Adjuvant Use of Pertuzumab

In September 2013, the US Food and Drug Administration granted accelerated approval to pertuzumab as part of a complete treatment regimen for patients with early-stage breast cancer before surgery (neoadjuvant setting). The approval was intended for patients with HER2-positive, locally advanced, inflammatory or early-stage breast cancer (tumor > 2 cm in diameter or with positive lymph nodes) in combination with trastuzumab and other chemotherapy before surgery. Pertuzumab was recommended for preoperative administration once every 3 weeks for three to six preoperative cycles as part of one of the following three treatment regimens for early-stage breast cancer: four preoperative cycles of pertuzumab in combination with trastuzumab and docetaxel followed by three postoperative cycles of fluorouracil-epirubicin-cyclophosphamide; three preoperative cycles of fluorouracil-epirubicin-cyclophosphamide alone followed by three preoperative cycles of pertuzumab in combination with docetaxel and trastuzumab; or six preoperative cycles of pertuzumab in combination with docetaxel-carboplatin-trastuzumab. Depending upon the treatment regimen used, additional chemotherapy could be given after surgery, and postoperative trastuzumab without pertuzumab should continue to complete 1 year of treatment.

The accelerated approval of pertuzumab in the preoperative setting was based on previous draft guidance by the US Food and Drug Administration and the observed frequency of pathologic complete response (pCR) with the addition of pertuzumab to trastuzumab-based chemotherapy. This guidance was influenced by a large pooled analysis in which pCR correlated with better OS and event-free survival on a patient-based level, particularly among patients with ER-negative, HER2-positive disease, although these results were not observed on a trial-based level.[21] Conversion from accelerated to full approval awaits survival data from a since-completed randomized adjuvant trial that enrolled more than 4,800 patients (NCT01358877; Adjuvant Pertuzumab and Herceptin in Initial Therapy in Breast Cancer).

### Adjuvant Use of Platinum Salts

TNBC shares many clinical and molecular features with germline *BRCA1* mutation–associated cancers such as defective DNA repair. Some studies have reported sensitivity to platinum salts (carboplatin or cisplatin) in the TNBC population[22-24] in the preoperative and metastatic settings, particularly for those harboring deleterious *BRCA1* or *BRCA2* germline mutations. In addition, regimens that contained cisplatin compared with those that did not contain cisplatin seemed to achieve higher rates of pCR in women with *BRCA1* germline mutations enrolled in a large registry study.[25]

To date, at least three randomized phase II neoadjuvant studies examined the addition of carboplatin to anthracycline- and taxane-based chemotherapy in patients with TNBC. The Grupo Español de Investigación en Cáncer de Mama (GEICAM) 2006-03 (Selective Neoadjuvant Treatment According to Immunohistochemical Subtype for HER2 Negative Breast Cancer Patients) study[26] showed no improvement in pCR with the addition of carboplatin to epirubicin and cyclophosphamide for four cycles followed by docetaxel for four cycles (pCR, 30% in both arms; n = 94). In the Cancer and Leukemia Group B 40603 (Paclitaxel With or Without Carboplatin and/or Bevacizumab Followed by Doxorubicin and Cyclophosphamide in Treating Patients With Breast Cancer That Can Be Removed by Surgery) trial, carboplatin significantly improved pCR in patients with stages II to III TNBC when added to paclitaxel once per week for 12 weeks followed by doxorubicin plus cyclophosphamide once every 2 weeks for four cycles (54% *v* 41%; *P* = .0029).[27,28] Patients who achieved a pCR had improved OS and event-free survival compared with patients who did not achieve a pCR at the median 3-year follow-up. However, there was no improvement in survival outcome with the addition of either carboplatin or bevacizumab to the standard neoadjuvant chemotherapy regimen, and patients treated with concomitant carboplatin received fewer doses of paclitaxel due to toxicity. Furthermore, the GeparSixto (Addition of Carboplatin to Neoadjuvant Therapy for Triple-Negative and HER2-Positive Early Breast Cancer) study showed an improvement in pCR among 315 patients with TNBC treated with 18 weeks of neoadjuvant paclitaxel once per week, nonpegylated liposomal doxorubicin once per week, and bevacizumab once every 21 days who received carboplatin once per week compared with those who did not (pCR, 53% *v* 37%; *P* = .005).[29,30] At 3-year follow-up, DFS was improved in patients who received carboplatin compared with controls (hazard ratio, 0.56; *P* = .035), independent of *BRCA* status.

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

Neither the GeparSixto trial nor the CALGB-40603 trial was powered to evaluate survival outcomes nor were patients stratified according to *BRCA1* or *BRCA2* germline status. Significant myelosuppression was more common in patients who received carboplatin, as were treatment discontinuations.

A strong association has been observed between the preoperative use of platinum salts and improvements in pCR, and between pCR and improved survival in TNBC. However, there are no data showing improved survival in patients with TNBC or in specific patient subsets (eg, patients with germline mutations in *BRCA1* or *BRCA2*) treated with a platinum salt added to standard neoadjuvant or adjuvant chemotherapy. Several trials are now testing this strategy and have survival as a primary end point. One is the Eastern Cooperative Oncology Group-American College of Radiology Imaging Network trial EA1131 (NCT02445391; Platinum Based Chemotherapy or Observation in Treating Patients With Residual Triple-Negative Breast Cancer Following Neoadjuvant Chemotherapy), which is testing the survival benefit of single-agent platinum versus observation (arm being amended to include capecitabine as a control) in patients with residual TNBC after preoperative taxane-containing chemotherapy with or without an anthracycline, in patients with or without basal-like subtype as defined by the PAM50 assay. Another is the NRG-BR003 trial (NCT02488967; Doxorubicin Hydrochloride and Cyclophosphamide Followed by Paclitaxel With or Without Carboplatin in Treating Patients With Triple-Negative Breast Cancer), which is evaluating the addition of carboplatin as adjuvant therapy in any patient with TNBC who is receiving an anthracycline- or taxane-containing regimen.

### Factors to Consider in Older Patients

ASCO has recommended measuring estimated life expectancy and other factors included in validated geriatric assessment tools[31] (eg, functional status, cognition, and social support) instead of relying solely on chronologic age and comorbidities when making decisions about adjuvant systemic therapy for patients with early-stage breast cancer. These decisions involve weighing the risk of recurrence during the patient's anticipated life expectancy, the risk of treatment toxicity, and patient preference. The choice of the specific regimen should be made with comorbidities in mind. The need to expand clinical trials of adjuvant therapies to include a greater number of older adult patients and patients with multiple comorbid conditions is apparent. Efforts are underway to address these knowledge gaps.[32]

### ADDITIONAL RESOURCES

Additional information, including data supplements, evidence tables, and clinical tools and resources can be found at www.asco.org/adaptations/breastsystemictherapy and www.asco.org/guidelineswiki. Patient information is available there and at www.cancer.net. Visit www.asco.org/guidelineswiki to provide comments on the guideline or to submit new evidence.

### AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

Disclosures provided by the authors are available with this article at www.jco.org.

### AUTHOR CONTRIBUTIONS

**Administrative support:** Mark R. Somerfield
**Manuscript writing:** All authors
**Final approval of manuscript:** All authors

### REFERENCES

1. Early Breast Cancer Trialists' Collaborative Group: Effects of chemotherapy and hormonal therapy for early breast cancer on recurrence and 15-year survival: An overview of the randomised trials. Lancet 365:1687-1717, 2005

2. Peto R, Davies C, Godwin J, et al: Comparisons between different polychemotherapy regimens for early breast cancer: Meta-analyses of long-term outcome among 100,000 women in 123 randomised trials. Lancet 379:432-444, 2012

3. Gandhi S, Fletcher GG, Eisen A, et al: Adjuvant chemotherapy for early female breast cancer: A systematic review of the evidence for the 2014 Cancer Care Ontario systemic therapy guideline. Curr Oncol 22:S82-S94, 2015 (suppl 1)

4. Eisen A, Fletcher GG, Gandhi S, et al: Optimal systemic therapy for early breast cancer in women: A clinical practice guideline. Curr Oncol 22:S67-S81, 2015 (suppl 1)

5. Shulman LN, Berry DA, Cirrincione CT, et al: Comparison of doxorubicin and cyclophosphamide versus single-agent paclitaxel as adjuvant therapy for breast cancer in women with 0 to 3 positive axillary nodes: CALGB 40101 (Alliance). J Clin Oncol 32:2311-2317, 2014

6. Henderson IC, Berry DA, Demetri GD, et al: Improved outcomes from adding sequential paclitaxel but not from escalating doxorubicin dose in an adjuvant chemotherapy regimen for patients with node-positive primary breast cancer. J Clin Oncol 21:976-983, 2003

7. Muss HB, Berry DA, Cirrincione CT, et al: Adjuvant chemotherapy in older women with early-stage breast cancer. N Engl J Med 360:2055-2065, 2009

8. Jones SE, Savin MA, Holmes FA, et al: Phase III trial comparing doxorubicin plus cyclophosphamide with docetaxel plus cyclophosphamide as adjuvant therapy for operable breast cancer. J Clin Oncol 24:5381-5387, 2006

9. Jones S, Holmes FA, O'Shaughnessy J, et al: Docetaxel with cyclophosphamide is associated with an overall survival benefit compared with doxorubicin and cyclophosphamide: 7-year follow-up of US Oncology Research Trial 9735. J Clin Oncol 27:1177-1183, 2009

10. Wolff AC, Hammond ME, Hicks DG, et al: Recommendations for human epidermal growth factor receptor 2 testing in breast cancer: American Society of Clinical Oncology/College of American Pathologists clinical practice guideline update. J Clin Oncol 31:3997-4013, 2013

11. O'Sullivan CC, Bradbury I, Campbell C, et al: Efficacy of adjuvant trastuzumab for patients with human epidermal growth factor receptor 2-positive early breast cancer and tumors ≤ 2 cm: A meta-analysis of the randomized trastuzumab trials. J Clin Oncol 33:2600-2608, 2015

12. Tolaney SM, Barry WT, Dang CT, et al: Adjuvant paclitaxel and trastuzumab for node-negative, HER2-positive breast cancer. N Engl J Med 372:134-141, 2015

13. Jones SE, Collea R, Paul D, et al: Adjuvant docetaxel and cyclophosphamide plus trastuzumab in patients with HER2-amplified early stage breast cancer: A single-group, open-label, phase 2 study. Lancet Oncol 14:1121-1128, 2013

14. Chia S, Norris B, Speers C, et al: Human epidermal growth factor receptor 2 overexpression as a prognostic factor in a large tissue microarray series of node-negative breast cancers. J Clin Oncol 26:5697-5704, 2008

15. Curigliano G, Viale G, Bagnardi V, et al: Clinical relevance of HER2 overexpression/amplification in patients with small tumor size and node-negative breast cancer. J Clin Oncol 27:5693-5699, 2009

16. Gonzalez-Angulo AM, Litton JK, Broglio KR, et al: High risk of recurrence for patients with breast cancer who have human epidermal growth factor

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

receptor 2-positive, node-negative tumors 1 cm or smaller. J Clin Oncol 27:5700-5706, 2009

**17.** Vaz-Luis I, Ottesen RA, Hughes ME, et al: Outcomes by tumor subtype and treatment pattern in women with small, node-negative breast cancer: A multi-institutional study. J Clin Oncol 32:2142-2150, 2014

**18.** Buzdar AU, Suman VJ, Meric-Bernstam F, et al: Fluorouracil, epirubicin, and cyclophosphamide (FEC-75) followed by paclitaxel plus trastuzumab versus paclitaxel plus trastuzumab followed by FEC-75 plus trastuzumab as neoadjuvant treatment for patients with HER2-positive breast cancer (Z1041): A randomised, controlled, phase 3 trial. Lancet Oncol 14:1317-1325, 2013

**19.** Perez EA, Suman VJ, Davidson NE, et al: Sequential versus concurrent trastuzumab in adjuvant chemotherapy for breast cancer. J Clin Oncol 29:4491-4497, 2011

**20.** Gianni L, Dafni U, Gelber RD, et al: Treatment with trastuzumab for 1 year after adjuvant chemotherapy in patients with HER2-positive early breast cancer: A 4-year follow-up of a randomised controlled trial. Lancet Oncol 12:236-244, 2011

**21.** Cortazar P, Zhang L, Untch M, et al: Pathological complete response and long-term clinical benefit in breast cancer: The CTNeoBC pooled analysis. Lancet 384:164-172, 2014

**22.** Isakoff SJ, Mayer EL, He L, et al: TBCRC009: A multicenter phase II clinical trial of platinum monotherapy with biomarker assessment in metastatic triple-negative breast cancer. J Clin Oncol 33:1902-1909, 2015

**23.** Tutt A, Ellis P, Kilburn L, et al: The TNT trial: A randomized phase III trial of carboplatin (C) compared with docetaxel (D) for patients with metastatic or recurrent locally advanced triple negative or BRCA1/2 breast cancer (CRUK/07/012). Cancer Res 75, 2015 (suppl 9; abstr S3-01) doi:10.1158/1538-7445.SABCS14-S3-01

**24.** Silver DP, Richardson AL, Eklund AC, et al: Efficacy of neoadjuvant cisplatin in triple-negative breast cancer. J Clin Oncol 28:1145-1153, 2010

**25.** Byrski T, Gronwald J, Huzarski T, et al: Pathologic complete response rates in young women with BRCA1-positive breast cancers after neoadjuvant chemotherapy. J Clin Oncol 28:375-379, 2010

**26.** Alba E, Chacon JI, Lluch A, et al: A randomized phase II trial of platinum salts in basal-like breast cancer patients in the neoadjuvant setting: Results from the GEICAM/2006-03, multicenter study. Breast Cancer Res Treat 136:487-493, 2012

**27.** Sikov WM, Berry DA, Perou CM, et al: Impact of the addition of carboplatin and/or bevacizumab to neoadjuvant once-per-week paclitaxel followed by dose-dense doxorubicin and cyclophosphamide on pathologic complete response rates in stage II to III triple-negative breast cancer: CALGB 40603 (Alliance). J Clin Oncol 33:13-21, 2015

**28.** Sikov WM, Berry DA, Perou C, et al: Event-free and overall survival following neoadjuvant weekly paclitaxel and dose-dense AC +/− carboplatin and/or bevacizumab in triple-negative breast cancer: Outcomes from CALGB 40603 (Alliance). Presented at the San Antonio Breast Cancer Symposium, San Antonio, TX, December 8-12, 2015

**29.** von Minckwitz G, Schneeweiss A, Loibl S, et al: Neoadjuvant carboplatin in patients with triple-negative and HER2-positive early breast cancer (GeparSixto; GBG 66): A randomised phase 2 trial. Lancet Oncol 15:747-756, 2014

**30.** Von Minckwitz G, Loibl S, Schneeweiss A, et al: Early survival analysis of the randomized phase II trial investigating the addition of carboplatin to neoadjuvant therapy for triple-negative and HER2-positive early breast cancer (GeparSixto). San Antonio Breast Cancer Symposium, San Antonio, TX, December 8-12, 2015

**31.** Hurria A, Togawa K, Mohile SG, et al: Predicting chemotherapy toxicity in older adults with cancer: A prospective multicenter study. J Clin Oncol 29:3457-3465, 2011

**32.** Hurria A, Levit LA, Dale W, et al: Improving the evidence base for treating older adults with cancer: American Society of Clinical Oncology Statement. J Clin Oncol 33:3826-3833, 2015

■ ■ ■

© 2016 by American Society of Clinical Oncology **2427**

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

## AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

Selection of Optimal Adjuvant Chemotherapy Regimens for Human Epidermal Growth Factor Receptor 2 (HER2) –Negative and Adjuvant Targeted Therapy for HER2-Positive Breast Cancers: An American Society of Clinical Oncology Guideline Adaptation of the Cancer Care Ontario Clinical Practice Guideline

*The following represents disclosure information provided by authors of this manuscript. All relationships are considered compensated. Relationships are self-held unless noted. I = Immediate Family Member, Inst = My Institution. Relationships may not relate to the subject matter of this manuscript. For more information about ASCO's conflict of interest policy, please refer to www.asco.org/rwc or jco.ascopubs.org/site/ifc.*

**Neelima Denduluri**
**Research Funding:** Amgen (Inst), Novartis (Inst), Genentech (Inst)

**Mark R. Somerfield**
No relationship to disclose

**Andrea Eisen**
**Research Funding:** Genomic Health (Inst)
**Travel, Accommodations, Expenses:** AstraZeneca

**Jamie N. Holloway**
**Stock or Other Ownership:** Merck

**Arti Hurria**
**Consulting or Advisory Role:** GTx, Seattle Genetics, Boehringer Ingelheim, On Q Health, Sanofi
**Research Funding:** GlaxoSmithKline (Inst), Celgene (Inst), Novartis (Inst)

**Tari A. King**
No relationship to disclose

**Gary H. Lyman**
**Research Funding:** Amgen (Inst)

**Ann H. Partridge**
**Consulting or Advisory Role:** Pfizer

**Melinda L. Telli**
**Consulting or Advisory Role:** Vertex Pharmaceuticals
**Research Funding:** Sanofi (Inst), Novartis (Inst), PharmaMar (Inst), BioMarin Pharmaceutical (Inst), AbbVie (Inst), Calithera Biosciences (Inst), Genentech (Inst), Medivation (Inst), OncoSec Medical (Inst)
**Travel, Accommodations, Expenses:** BioMarin Pharmaceutical, Myriad Genetics

**Maureen E. Trudeau**
**Stock or Other Ownership:** Rna Diagnostics
**Honoraria:** Pfizer
**Consulting or Advisory Role:** Rna Diagnostics
**Research Funding:** Roche Canada (Inst), Novartis (Inst), Pfizer (Inst), Eisai (Inst), AstraZeneca (Inst), Astellas Pharma (Inst), Genomic Health (Inst)

**Antonio C. Wolff**
**Research Funding:** Myriad Genetics
**Patents, Royalties, Other Intellectual Property:** Johns Hopkins University Reference C12014: A Quantitative Multiplex Methylation Specific PCR Method-cMethDNA, Reagents, and Its Use

© 2016 by American Society of Clinical Oncology

JOURNAL OF CLINICAL ONCOLOGY

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.

## Acknowledgment

We thank Benjamin D. Smith, MD, Melony Elizabeth Sorbero, PhD, and the Clinical Practice Guidelines Committee for their thoughtful reviews of and insightful comments on this guideline document. The Panel also thanks Kari Bohlke, ScD, for completing the Rigour Subscale assessment for this guideline adaptation, Glenn Fletcher of Cancer Care Ontario's Program in Evidence-based Care for his assistance with the literature searches, and Brittany Harvey for administrative assistance.

## Appendix

**Table A1.** Panel Members for Adaptation of Guideline on Selection of Optimal Adjuvant Chemotherapy Regimens for Early Breast Cancer and Adjuvant Targeted Therapy for Human Epidermal Growth Factor Receptor 2–Positive Breast Cancers

| Panel Member | Affiliation |
| --- | --- |
| Neelima Denduluri, MD (co-chair) | The US Oncology Network, Virginia Cancer Specialists, Arlington, VA |
| Antonio C. Wolff, MD (co-chair) | The Johns Hopkins Sidney Kimmel Comprehensive Cancer Center, Baltimore, MD |
| Andrea Eisen, MD | Sunnybrook Health Sciences Centre, and Cancer Care Ontario, Toronto, Ontario, Canada |
| Jamie N. Holloway, PhD | Patient representative, Arlington, VA |
| Arti Hurria, MD | City of Hope, Duarte, CA |
| Tari A. King, MD | Dana-Farber/Brigham and Women's Cancer Center, Boston, MA |
| Gary H. Lyman, MD, MPH | Fred Hutchinson Cancer Research Center, Seattle, WA |
| Ann H. Partridge, MD | Dana-Farber Cancer Institute, Boston, MA |
| Melinda L. Telli, MD | Stanford University, Palo Alto, CA |
| Maureen E. Trudeau, MD, MA | Sunnybrook Health Sciences Centre, and Cancer Care Ontario, Toronto, Ontario, Canada |

NOTE. American Society of Clinical Oncology staff: Mark R. Somerfield, PhD

© 2016 by American Society of Clinical Oncology

Information downloaded from jco.ascopubs.org and provided by at HW Test on August 22, 2016 from 12.10.38.33
Copyright © 2016 American Society of Clinical Oncology. All rights reserved.