# EXHIBIT K

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted:  December 14, 2018**

## INTRODUCTION

I have been asked to analyze medical and scientific literature and to apply my research and clinical experience to formulate opinions regarding the development, use, efficacy, and side effects of chemotherapeutic drugs used to treat women diagnosed with breast cancer. I have also been asked to review the individual cases of Ms. Durden, Ms. Francis, and Ms. Earnest, and to provide my opinions with respect to plaintiffs' expert reports addressing these issues and/or chemotherapy and breast cancer patients generally.

I am familiar with alopecia occurring in women treated with chemotherapy and have treated thousands of women with breast cancer in my career.  All of my opinions expressed in this report are stated to a reasonable degree of medical and scientific probability, and are based on my review of the relevant literature, my decades of experience as a practicing hematologist/medical oncologist, a professor of oncology, and a researcher in these areas.

A list of documents I considered in connection with this report is attached as **Exhibit A**. My *Curriculum Vitae*, which lists my publications for over the last 10 years, is attached as **Exhibit B**.   A list of my testimony for the last four years is attached as **Exhibit C**.   My hourly rate is $400 for general work and $400 per hour for trial testimony.    My compensation is not contingent on the opinions expressed in this report or the outcome of this litigation.

## EDUCATION AND PROFESSIONAL BACKGROUND

I am a medical oncologist and a professor of medicine at UCLA Jonsson Comprehensive Cancer Center in Los Angeles, California.  My clinical practice, for 34 years, has been the treatment of cancer – with a focus on breast cancer and melanoma.

I received a M.D. from the University of California, Los Angeles (UCLA) in 1979, where I also completed an internship in 1980.  Following my internship, I completed a residency in internal medicine in 1982 and a fellowship in hematology and oncology at UCLA in 1985.  I am board-certified in internal medicine (1982), hematology (1986), and medical oncology (1985).  I am a member the American Society of Clinical Oncology, the Southwest Oncology Group, the American Federation for Clinical Research, the International Society of Interferon Research, and the American Society of Nuclear Medicine.

I have worked on numerous clinical trials involving chemotherapy drugs to determine, among other end points, which chemotherapeutic regimens are the most effective.  I have published close to 300 articles over the course of my career and have been named to the list of "Best Doctors in America."  A major focus of my oncologic practice for the past 34 years has been, and still is, devoted to the treatment of woman diagnosed with breast cancer.

2

I.    GENERAL OPINIONS

**Overview of Breast Anatomy and the Lymphatic System**

I will offer opinions and testimony about the anatomy of the breast and lymphatic system. The breast is the tissue that sits on top of the pectoralis ("pec") chest muscle. Although composed mainly of fatty tissue (adipose tissue), women's breasts contain specialized tissue called lobes (made up of many smaller lobules) that connect to milk ducts that act as conduits to carry milk to the nipple. The adipose tissue extends from the edge of the sternum (flat bone in the middle of the chest) down to the underarm and across the middle of the ribcage. A healthy female breast will have up to 20 lobes. The fatty tissue and ligaments provide support to the breast and give it shape. The breast also contains nerve tissues, blood vessels, lymph vessels, and lymph nodes.

The lymphatic system is a network of drainage channels throughout the body connecting through lymph nodes, and ultimately, to the blood stream. Lymph is the excess fluid that is not absorbed by veins and is formed in body tissues. The lymphatic system also plays an essential role in an individual's immune system, with the lymph nodes serving as centers for white blood cell differentiation, targeting, and activation. Lymphatic vessels act as sump drains that collect excess fluid in the tissues and return it to the blood stream.[1] Lymphatic vessels are important in transporting immune cells and fluids, and acting as filters that collect potential targets for an immune reaction (bacteria, viruses and possibly tumor cells). The lymphatic system of the breast is relevant to the treatment of breast cancer.

**Breast Cancer Overview**

I will offer opinions and testimony about cancer and breast cancer. Cancer is the name given to a group of diseases signified by the uncontrolled growth of a single cell. Cancer is the second-leading cause of death in the United States. Breast cancer is the single most prevalent form of cancer in the United States.

Cancer cells can arise almost anywhere in the human body and are different from normal cells, due to multiple mutations, in that they continue to divide without stopping, and can colonize and grow in distant parts of the body. Cancer cells are able to resist a process known as apoptosis (programmed cell death), which the body uses to eliminate defective or mutated cells. This uncontrolled growth of cells is made possible by mutations in DNA, which damage the cell's "instruction book" that regulates its behavior. Genetic mutations can cause a cell to grow and divide more rapidly without normal cessation of cell division and to create new cells that have the same mutations. Cancer cells can establish their own blood supply, and, if not treated, divide and spread until they kill the host. The individual behavior of a cancer is determined by the loss or gain in gene expression resulting from the

---

[1] Lymphatic vessels are similar to small veins that carry lymph fluid away from the breast.

3

accumulated mutations. The more aggressive the cancer cell, the higher chance it will invade local tissue and travel, via a process known as metastasis, to vital organs. There they disrupt normal organ function and can cause death.

The most common type of cancer among women in the United States is breast cancer. Breast cancer develops in the ducts or lobules of the breast and can happen in males, although it is much more common in women.  When an early breast cancer penetrates the wall of the breast duct or lobule it enters the body and is known as invasive carcinoma. Cancer cells that have arisen in the lobules and entered the body are known as invasive lobular carcinoma; those arising in the ducts and penetrating the body are known as invasive ductal carcinoma.  Invasive ductal and lobular carcinomas are the most common forms of breast cancer.  Invasive ductal carcinoma comprises approximately 80% of all invasive breast cancers while 10% are invasive lobular.  Once invasive, breast cancer can spread outside the breast through blood vessels and lymph vessels.

## Prevalence and Risk Factors for Breast Cancer

I will discuss the prevalence of and risk factors for breast cancer. Currently, about 1 in 8 women (12%) will be diagnosed with breast cancer in their lifetime.  In comparison, about 1 in 17 (5.9%) women will develop lung cancer, 1 in 23 (4.3%) women will develop colon cancer, and 1 in 75 (1.3%) women will develop ovarian cancer.  Each year approximately 170,000 women will be diagnosed with breast cancer in the United States.  More than 3 million women are living with breast cancer in the United States. Approximately 55,000 women will die each year from this disease.

The strongest risk factor for breast cancer is female gender. Among women, the strongest risk factor is age.  The median age of first diagnosis of breast cancer is 61.  Seventy percent of new breast cancer cases occur in women over 55 years old.  Women who have inherited mutations to genes, such as BRCA1 and BRCA2 have an increased risk of breast cancer. Other factors that may increase a women's risk for breast cancer include a family history of breast cancer, reproductive history (age at first pregnancy), environmental factors (smoking, chemicals), increased exposure to estrogen (early menarche or late menopause) a prior history of breast cancer, and previous treatment with radiation therapy to the chest or breast area.

## Breast Cancer Diagnosis

I will discuss breast cancer screening and diagnosis.  Women of any age are at risk for breast cancer.  Because early detection is important, women are counseled to keep yearly physician appointments, which should include a routine breast examination.

Breast cancer can present as a mass in the breast; other symptoms of breast cancer can include a change in the size, shape, or appearance of the breast such as:  changes in the breast skin (breast dimpling), the breast nipple becoming inverted, scaling, peeling or

flaking of the skin on the breast, or discharge from the nipple.

The American Cancer Society (ACS) recommends that women undergo regular mammography screening starting at age 45.[2]  Women 45-54 should be screened annually and women 55 and over can transition to biennial screening.  Women are encouraged to continue screening as long as they are in overall good health and have a life expectancy of 10 years or longer.

A number of different tests are used to look for and diagnose breast cancer, including magnetic resonance imaging (MRI), diagnostic mammogram, breast ultrasound, and breast biopsy.   In some instances, suspected breast cancer can be ruled out with a diagnostic mammogram, breast ultrasound, or breast MRI.  If breast cancer cannot be ruled out using those tests, a biopsy is necessary.[3]

The two main types of biopsies are needle and surgical biopsies.  When a biopsy is performed, cells or tissue is removed from the suspicious area of the breast and studied under a microscope to determine whether cancer is present.  If cancer is present, the biopsy material is also used to determine the aggressiveness of the cancer by measuring biomarkers predictive of cancer behavior, including the expression of estrogen receptors (ER), progesterone receptors (PR) and amplification of the HER2 gene. These biomarkers, combined with staging, are utilized to determine the likelihood that microscopic spread to distant organs has occurred and therefore to guide decisions on systemic therapy.

## Breast Cancer Staging and Markers

I will offer opinions about breast cancer staging and markers.  Breast cancers are given pre- and post-surgery staging.  In general, the higher the stage of the breast cancer, the higher the likelihood that there has been systemic spread and the worse the prognosis for long-term survival.  Staging is an important part of determining a patient's prognosis and best treatment options.

Breast cancer staging incorporates tumor size, the degree of lymph node involvement and the presence of gross distant metastases, and the so called TNM staging system. Other prognostic factors include, the cancer's grade, ER and PR expression, HER2 amplification, and apparent growth rate (Ki67 expression).  For TNM, T represents the size of the primary tumor.  T scores ranges from Tis (tumor is still in situ, that is, not invasive) to T4 (largest tumor).  N represents lymph node status.  N scores range from 0 (no lymph node involvement) to 3 (more than nine lymph nodes involved).  M represents known metastatic disease, gross cancer already detectable in a distant site. M0 indicates it has not become evident in distant tissues.  M1 indicates that it has.  Generally speaking, the larger the tumor and the greater the lymph node involvement, the higher the stage and the greater the

---

[2] Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society.
[3] A biopsy is the only definitive way to diagnose breast cancer.

likelihood that microscopic spread has occurred.  Once the cancer has metastasized beyond the lymph nodes and grown to a size there that is detectable, it is no longer curable; this is stage IV cancer and the goals of therapy are palliative, not curative.

The cancer's grade is also evaluated.  Grades range from G1 to G3.  The grade of the cancer evaluates how different from a normal cell the cancer cell appears. The higher the grade, the more likely that cancer is to have spread microscopically beyond the breast.

Biomarkers are also measured and used to determine the likelihood that a woman needs systemic treatment to address microscopic spread. ER expression, PR expression, and HER2 gene amplification are the main biomarkers. ER and PR expression suggests that the cancer cells remain sensitive to and dependent upon estrogen for their survival. These cancers, in general have a better prognosis. According to the American Cancer Society, two out of every three cases of breast cancer are hormone receptor positive.

Human epidermal growth factor receptor 2 (HER2/neu or HER2) is a cell surface receptor protein that is overexpressed in 20%-25% of human breast cancers; when it is overexpressed this is a marker of dependence of that breast cancer on the HER2 pathway and of a much more aggressive behavior.

Beyond TNM stage, there are four main breast cancer biomarker subtypes:  ER+/HER2-, ER-/HER2-, ER+/HER2+, and ER-/HER2+.  ER+/HER2- breast cancer tends to be slower growing and less aggressive and is associated with the most favorable prognosis. ER-/HER2-, also known as triple negative breast cancer, is associated with a poorer short-term survival because there are no targeted therapies for these tumors and they tend to be inherently aggressive.  While HER2+ cancers are aggressive cancers, the advent of targeted therapies, including Herceptin, have vastly improved HER2+ survival outcomes for patients diagnosed before gross distant metastases have become evidence and properly treated, these cancers are no longer associated with a very poor prognosis.

## Treatment Options and Patient Attitudes

I will discuss the treatment options for breast cancer, including surgery, radiation, chemotherapy, targeted therapy, and hormonal therapy.  In addition, I will discuss common sentiments breast cancer patients may have and express to me regarding treatment and survival.

For patients with advanced, stage IV, grossly metastatic breast cancer, cure is not achievable and the goal of therapy is palliation, with control of the disease and the resulting symptoms for as long as possible, balancing side effects of cancer and side effects resulting from its treatment to optimize quality of life. Early breast cancer, that is, breast cancer diagnosed before gross distant metastases have become evident, is potentially curable and the primary goal of treatment is efficacy, as measured by cure rates and survival. This is in part because if the breast cancer recurs with gross metastatic disease, patients are no longer

curable and will ultimately die of their disease. Once the cancer returns, even with existing therapies, the median five-year survival rate is approximately 16% and the 10-year survival rate is approximately 6%. Because of this, an oncologist approaches early breast cancer by assessing the risk of recurrence and, if there is a significant risk, treating very aggressively to minimize the chance that it will relapse, and to thereby provide the patient with the best chance of long term survival.

Based on my clinical practice, not surprisingly, for women who are diagnosed with early breast cancer survival is their greatest priority. Women often make treatment-related decisions that have an impact on their appearance. As an example, some women opt for prophylactic bilateral mastectomies, even without having a high risk BRCA mutation, despite the data indicating that having a prophylactic bilateral mastectomy in this setting does not increase overall survival rates, while carrying significant cosmetic sequelae. Women frequently opt for that procedure for peace of mind. Women seeking peace of mind from their treatment is consistent with the patient attitudes that I see in my practice.

Patients also choose to receive chemotherapy and/or hormonal (estrogen interdicting) therapies that have substantial side effects to increase their chances of long-term survival. Surgery and radiation therapies are localized treatments given to treat patients with early breast cancer, but they cannot address distant microscopic disease. Systemic treatments including chemotherapy, hormonal therapy and targeted HER2 directed therapies, given in conjunction with localized therapies to women with early breast cancer, are called adjuvant therapies.

## Patient Counseling

I will offer testimony on patient reactions to a cancer diagnosis, discussions with patients regarding treatment and side effects, and the patient decision-making processes. Fear, shock, disbelief, sadness, and anger are all normal, common emotions for women recently diagnosed with breast cancer. Upon diagnosis, many patients think about what is important in their lives, including friends, family, and loved ones. Not surprisingly, patients have a strong desire to live, and the majority of patients are willing to take any possible treatment to maximize survival and reduce their relapse risk. When deciding upon a chemotherapy regimen, the patients' primary focus is on what regimen will optimize their survival, a very distant secondary concern is side effects.

As a medical oncologist, I meet with a patient with early breast cancer to explain her relapse risks with and without systemic adjuvant treatment, treatment options, potential side effects, and management of those side effects. I typically meet with a patient for the first time after they have their biopsy results but before surgery. Thus, when I first meet with the patient, we know the hormone receptor (ER) status of their cancer and whether it is HER2+ or HER2-. Additionally, while we do not know definitively the cancer's size, lymph node involvement, or if it has metastasized, we often generally have a good idea about the cancer's stage and systemic treatment options.

7

Consequently, during that first meeting, I talk with the patient about the potential treatment plan and next steps in her treatment. I often discuss survival outcomes both with and without adjuvant systemic therapy. More specifically, I tell the patient that their chance of recurrence and breast cancer related death decreases if their risk is substantial and they receive adjuvant chemotherapy. In addition to the benefits of chemotherapy, I discuss the potential side effects. And I make a recommendation for their chemotherapy, pending final results from the surgery when appropriate.

I meet with the patient again after surgery to finalize the treatment plan. After surgery, we may have revised measures of the size of the tumor, and know definitively the degree of lymph node involvement. In the adjuvant setting, during this meeting I will make my final chemotherapy recommendation and again discuss the potential benefits and risks. I will make sure the patient understands that survival is the primary goal. I will discuss with the patient that if the cancer returns systemically, her chance of survival is diminished drastically. I will make sure the patient understands the importance that we focus our efforts on minimizing her chances of breast cancer death. The vast majority of the time the patient accepts my recommended treatment plan.

It is impossible to warn a patient of all potential side effects from chemotherapy. Therefore, a clinician must decide which side effects to warn bring into the discussion. Generally speaking, clinicians warn of life-threatening side effects, side effects that occur with regularity, and side effects for which there is an effective countermeasure. In general, unless the side effect is life-threating, clinicians do not warn of rare side effects. In addition, clinicians do not warn of side effects that have not been proven to occur. While I do warn of alopecia, I do not tell my patients that Taxotere causes permanent alopecia. When I warn of alopecia, which I do for all adjuvant chemotherapy regimens for early breast cancer, I tell patients that their hair may grow back differently. Their hair may come back thinner, be a different texture, or a different color. We also discuss cold cap countermeasures. For patients with ER+ breast cancers, I also discuss the effects of hormonal therapies on hair and hair recovery.

As an oncologist, one of my goals is to help diminish a patient's fear, while encouraging them to make appropriate treatment-related decisions.

## Surgery

While surgery is often done before chemotherapy, there are times when chemotherapy is administered before surgery. This type of chemotherapy is called neoadjuvant chemotherapy. Neoadjuvant chemotherapy is typically administered to reduce the tumor size prior to surgery and to assess the response of the tumor to the treatment.

Surgery is usually the first treatment option for breast cancer patients. The surgical oncologist conducts the surgery. Depending on the size and location of the tumor, some

patients have a choice between a mastectomy and a lumpectomy. For larger tumors, lumpectomies are often not an option. In cases where the cancer is limited to one breast, some patients opt to have a prophylactic bilateral mastectomy. Studies indicate that prophylactic bilateral mastectomies do not increase overall survival rates. Yet, bilateral mastectomies include surgical risks, as well as appearance-related impacts.

If breast cancer spreads, one of the first places it is likely to go are the lymph nodes in the underarm. As such, during breast cancer surgery, a tracer is injected into the primary breast tumor. That tracer is followed to see which lymph nodes it goes to. Those lymph nodes are removed and inspected under the microscope to determine if they are cancerous. This is called a sentinel lymph node biopsy.

The extent and the involvement of the lymph nodes in breast cancer are considered to be a strong predictor of recurrence and survival. As discussed more fully below, if cancerous cells are prevalent in the lymph nodes, it is a sign that the cancer cells have spread to other organs as well, even if these sites of spread are not large enough to detect with any scans.

One of the more serious side effects of lymph node removal is lymphedema. Lymphedema is swelling in the arm or legs resulting from a blockage in the lymphatic system. In some cases, lymphedema can be severe making the affected limbs difficult to use and painful. Smoking, obesity, radiation therapy to the axilla, and diabetes increase a woman's chance of developing lymphedema following surgery. Lymphedema is a permanent side effect. Lymphedema is an example of a very significant potential side effect of treatment that women are willing to accept to ensure they are cancer free.

Before surgery, some women are tested to determine if they have genetic mutations that put them at greater risk for breast cancer. In particular, BRCA mutations put women at a greater risk for breast and ovarian cancer. Consequently, when women test positive for BRCA mutations, often times they will opt for a prophylactic oophorectomy (ovary removal) to reduce the risk developing additional cancer. These women will also often opt for prophylactic mastectomies.

Women who have had a mastectomy will have the choice of reconstructive surgery. Reconstructive surgery is performed by a plastic surgeon.

**<u>Radiation Therapy</u>**

Radiation oncologists administer radiation therapy. Radiation therapy is a highly effective way to kill cancer cells in a given location. It uses high-energy beams to damage a cell's DNA. Radiation, like chemotherapy, can also damage normal cells in its path. Radiation is always recommended for patients who have lumpectomies. For women who have the option to have a lumpectomy, overall survival rates are equivalent between having a mastectomy and having a lumpectomy plus radiation. In addition, for more advanced cancers, radiation is recommended for women who have mastectomies. Radiation is given

to reduce the risk of local recurrence of cancer. Potential side effects of radiation therapy include armpit dysfunction, chest pain, fatigue, heart problems, lowered white blood cell counts, and lung problems. In addition, radiation can complicate wound healing. It can also alter the skin. A potential side effect of radiation is that reconstructive surgery cannot be done due to poor wound healing or alterations to the skin.

### Chemotherapy

Another component of breast cancer treatment is chemotherapy. Chemotherapy medicine cannot be lawfully obtained in the United States without a doctor's prescription. Medical oncologists create chemotherapy plans for the patient. Chemotherapy is given to kill cancer cells that have migrated to distant parts of the body and, although not yet detectable by scanning, will result in the development of metastatic disease in the future. Chemotherapy reduces the risk that this will occur. The significant proportion of early breast cancer patients need adjuvant chemotherapy to optimize their survival chances. Chemotherapy can be given in a neoadjuvant, adjuvant, or metastatic setting. For purposes of this report, I will focus on chemotherapy in an adjuvant setting.

Chemotherapy is treatment by means of anti-cancer drugs that kill cancer cells. Modern chemotherapy is given including at least two or three different chemotherapy drugs. This is because a multi-drug regimen has greater efficacy than monotherapy.

The primary goal of chemotherapy is to improve survival rates. In general, I would not recommend that a patient take a less effective chemotherapy regimen due to potential appearance-related side effects.

Chemotherapy regimens to treat breast cancer have evolved over time. This evolution is based on the availability of new drugs that clinical trials have shown to provide greater efficacy with an acceptable side effect profile. Currently, the most effective adjuvant chemotherapy regimens for early breast cancer are taxane-containing regimens.

Taxanes are uniquely effective in treating breast cancer due to their mechanism of action. The principal mechanism of action for the taxane class of drugs is the disruption of microtubule function. Taxanes are mitotic spindle poisons (a poison that disrupts cell division) and work by inhibiting microtubules. In normal cell division, microtubules pull chromosomes to each side of a cell, which allows the cell to copy itself and divide. Taxanes inhibit this process and essentially prevent the cell from being able to divide, which kills the cancer cell.

The older non-taxane containing regimens, including FEC, CMF, and AC have lower overall survival rates than taxane-containing regimens. Consequently, I would not recommend that a woman take a non-taxane containing chemotherapy regimen because her overall survival rate would diminish. The older chemotherapy regimens are not reasonable alternatives for taxane-containing regimens.

10

Recently, tests such as the Mammaprint and Oncotype DX tests have been used to help assess whether very low risk breast cancer patients may benefit from adjuvant chemotherapy. Those tests are only used in a subset of breast cancer patients. Those tests are not a substitute for an oncologist's clinical judgment.

## Survival Rates for Breast Cancer

I will discuss survival rates for breast cancer, including the impact that various chemotherapy regimens have on improving overall survival rates. Survival rates are used to understand a patient's prognosis, compare different treatment approaches, and develop an appropriate treatment plan. Survival rates are often measured in terms of a five-year and ten-year survival rate.

Until 1995, breast cancer death rates had remained nearly unchanged for 40 years. Over time, treatment options for and earlier detection of breast cancer have led to increased survival rates.[4]

Today, however, 5-year and 10-year survival rates for invasive breast cancer are 90% and 83%.[5]

## The Development of Chemotherapy

I will discuss the evolution of chemotherapy. Before the advent of chemotherapy, the only treatment options a woman had for breast cancer were disfiguring surgeries and radiation. Eventually, oncologists realized that no matter how extreme the surgery, the overall survival rates were unchanged. This is because even radical surgeries did not rid the woman's body of micrometastases. Those micrometastases resulted in distant cancer recurrence and death.

This understanding resulted in the use of drugs in conjunction with (or "adjuvant to") surgery or radiation treatments to prevent micrometastases. To combat micrometastases, oncologists developed chemotherapy and chemotherapy regimens. The application of chemotherapy drugs to the treatment of early breast cancer was associated with an improvement in overall survival. This approach continues to be widely applied in the treatment of early breast cancer.

Chemotherapy has improved over time. More specifically, new chemotherapy drugs have been developed and new chemotherapy regimens have been studied, which have improved overall survival rates. As chemotherapy regimens evolve, the newest generation of chemotherapy regimens become the "standard of care." This is because they offer the best

---

[4] Data Sources: National Center for Health Statistics (NCHS), Centers for Disease Control and Prevention, 2016.
[5] Cancer Stat Fact: Female Breast Cancer, https://seer.cancer.gov/statfacts/html/breast.html.

survival rates and offer the patient the optimal chance for survival.

In patients with early breast cancer, taxanes improved survival rates compared to chemotherapy regimens that do not include taxanes. The current standard of care for adjuvant chemotherapy requires that the regimen contain a taxane, except in the rare circumstance of patients with a serious pre-existing neuropathy or a known taxane allergy. In general, patients should not be given outdated chemotherapy regimens, including: AC, FEC, FAC, CAF, CEF, CMF, and EC. Those regimens have lower survival rates, compared to taxane-containing regimens. In general, clinicians do not recommend those regimens to patients. I will discuss the difference in survival rates between the older regimens and taxane-containing regimens.

### Taxotere (docetaxel)

I will discuss the development of taxanes. In the 1950s, the National Cancer Institute (NCI)[6] created the Cancer Chemotherapy National Service Center (CCNS). CCNS's goal was to find new anti-cancer compounds. As part of that process, they analyzed thousands of compounds and plants to determine if they had anti-cancer properties. CCNS found that the bark from the Pacific Yew tree had highly cytotoxic properties and a unique mechanism of action. The problem is that the Pacific Yew tree was extremely slow-growing and in limited supply.

To collect the bark, the yew tree had to be killed. It required 100 Pacific Yew trees to produce a single gram of purified Taxol. In other words, 360,000 Pacific Yew trees were required to produce enough Taxol to treat 20,000 patients.

As Jordan Goodman writes in *The Story of Taxol*, "Whatever the true population of *taxus brevifolia* in the Pacific Northwest was, it was finite and depleting. Cancer was not."

Due in part to environmental concerns regarding the impact on the forest and the possibility of using up all the Yew trees, news stories began appearing, and the public became more aware of the existence of Taxol. To overcome this supply and demand problem, the cytotoxic naturally occurring molecule needed to be synthesized. Researchers were able to create a synthetic molecule. That initial synthesized molecule was the drug that became known as Taxol.

But researchers continued to work on other synthesized molecules. One researcher was Dr. Pierre Portier. In 1980, Dr. Portier began working on a process to semi-synthesize Taxol and Taxol-derivatives with improved anti-cancer activity. His team focused on the common yew due to its abundance near the Center for National Scientific Research (CNSR) in France. From the needles of the common yew tree, Portier's team isolated a

---

[6] The National Cancer Institute (NCI) is part of the National Institute of Health (NIH) and 1 of 11 agencies that make up the Department of Health and Human Services (HHS).

precursor taxane molecule.  Portier entered a collaborative agreement with Rhone-Poulenc to expedite research and development. The semi-synthesis process developed by Portier and his team ended with the drug that became known as Taxotere.

During in vivo testing, the Taxotere molecule showed greater anti-cancer activity than Taxol.

Phase I clinical trials for Taxotere began in 1990, which addressed dosing and administration schedules.  Phase II studies began in 1992, and by 1994, Taxotere was in Phase III clinical trials for multiple indications.  In 1996, the FDA approved Taxotere for treatment of metastatic breast cancer with progression or relapse after previous anthracycline-based chemotherapy.  In 1998, the FDA approved Taxotere for treatment of locally advanced or metastatic breast cancer after failure of prior chemotherapy.  Then, in 2004, the FDA approved Taxotere for adjuvant treatment of operable node-positive breast cancer in combination with doxorubicin and cyclophosphamide.

In general, Taxotere is not given as a monotherapy in the adjuvant treatment of early breast cancer. It is given as part of a multi-drug chemotherapy regimen.  Taxotere is more effective when used as part of a multi-drug chemotherapy regimen.  When used in the adjuvant treatment for breast cancer, Taxotere is generally administered in a 75 mg/m$^2$ dose that is generally given every 21 days in 4-6 cycles in combination with other chemotherapy drugs.

While the FDA approves drugs for very specific indications, drugs, including Taxotere, are frequently used off label.

Taxotere is approved to treat breast cancer, non-small cell lung cancer, gastric adenocarcinoma, squamous cell head and neck cancers, and hormone refractory prostate cancer.  Taxol does not share the same approval indications as Taxotere.

Taxotere is a life-saving drug.  It is included on the WHO's list of essential medicines, which is defined as "the most efficacious, safe, and cost-effective medicines for priority conditions."

### <u>Taxotere (Docetaxel) and Taxol (Paclitaxel) Are Not Interchangeable</u>

While Taxol and Taxotere are both taxanes, they are not the same drug.  They have different drug profiles, different toxicities, and are prescribed for different indications.  Taxotere-containing regimens offer benefits over Taxol-containing regimens.

Chemotherapy regimens are based on clinical trials.  As such, one chemotherapy drug cannot be swapped out for another chemotherapy drug in a regimen.  In other words, Taxol cannot be substituted for Taxotere in Taxotere-containing regimens and vice versa without clinical trials demonstrating equivalent efficacy in that particular setting

13

The established regimens for Taxotere and Taxol may contain different drugs. Notably, for both HER2+ and HER2- breast cancer, patients can avoid Adriamycin and other anthracyclines by taking a Taxotere combination regimen. In contrast, for both HER2+ and HER2- breast cancers, all of the studied and established Taxol-containing regimens must include anthracyclines as part of their regimen. Adriamycin can cause irreversible heart damage and fatal leukemia. [7] Patients can avoid those potentially lethal side effects by taking Taxotere regimens and not taking Adriamycin.

If Adriamycin is included in a regimen, Taxotere can be administered concurrently with Adriamycin. Taxol, however, cannot be administered concurrently with Adriamycin because the co-administration increases cardiotoxicity. Because Taxol cannot be administered until after all Adriamycin cycles have been completed, the patient is at risk of not being able to receive Taxol if cardiac or other serious complications occur during the Adriamycin cycles.

In addition, the side effect profiles of Taxol and Taxotere are different. Both Taxotere and Taxol are microtubule targeting chemotherapy medication. But the risk of severe neuropathy is much lower with Taxotere than Taxol. Neuropathy is a side effect of taxane chemotherapy. Neuropathy can be permanent. It is a quality of life concern. Because Taxol has higher rates of neuropathy than Taxotere, diabetics and pre-diabetics are at increased risk of neuropathy when treated with Taxol.

Taxol and Taxotere-containing regimens are also given on different dosing schedules. More specifically, Taxol is usually given weekly. Whereas, Taxotere is given once every three weeks. Chemotherapy given every three weeks has a number of medical and quality of life advantages. As far as quality of life, many patients find that only having chemotherapy once every three weeks is more convenient. Medically, one problem with weekly therapy is that patients receive more corticosteroids than when treated once every three weeks. Corticosteroids are associated with numerous toxicities including insomnia, allergic reactions, delirium, immune suppression and infections, weakness, psychosis, stomach ulcers and gastritis, elevated blood pressure/blood sugar, and osteoporosis.

### NCCN Guidelines

The National Comprehensive Cancer Network (NCCN) is an alliance of 27 cancer centers throughout the United States. The NCCN issues recommendations for adjuvant breast cancer chemotherapy regimens based on breast cancer tumor markers. The guidelines have changed overtime as new clinical trial data becomes available. The guidelines set forth "preferred adjuvant regimens" and "other adjuvant regimens." Taxane containing

---

[7] *See* Pinder, M., et al. Congestive Heart Failure in Older Women Treated With Adjuvant Anthracycline Chemotherapy for Breast Cancer. J Clin Oncol 2007;25(25):3808-3815; Diamandidou, E., et al. Treatment-Related Leukemia in Breast Cancer Patients Treated with FEC Combination Adjuvant Chemotherapy. 1996;14(10):2722-2730.

14

regimens are listed under the preferred regimens.  This is because they are more effective than the "other" regimens.  While numerous regimens are listed in the NCCN guidelines, many of those regimens are included for insurance coverage purposes for special patient populations.  Those regimens are frequently not the standard of care.  Taxane-containing regimens are the standard of care for adjuvant breast cancer chemotherapy regimens for most patients.

### Chemotherapy Regimens for HER2- Breast Cancer

I will discuss chemotherapy regimens used to treat HER2- breast cancer.  My preferred chemotherapy regimen for HER2- breast cancer is TC (Taxotere, Cyclophosphamide).  Some doctors use the AC-T (Adriamycin and Cyclophosphamide followed by Taxol) regimen for HER2- breast cancer.  Others use TAC (Taxotere, Adriamycin and Cytoxan) or AC-T using Taxotere for the "T." While all of these regimens have similar efficacy, some physicians believe that the Adriamycin containing regimens have slightly higher efficacy.  These are all within the standard of care. Adriamycin brings with it the risk of fatal leukemia and heart concerns.[8] The risk of cardiac toxicity is increased in patients of advanced age or those with a prior history of heart disease.

Heart damage caused by Adriamycin may not appear until decades after treatment has ended.  In fact, when following the cohort of women who have been given Adriamycin as they age, they have higher rates of heart failure than women who had not been given Adriamycin.  This is because Adriamycin damages the heart.  Adriamycin is often called the "red devil" or "red death" because of its harsh side effects and its color.  The risk of cardiac toxicity and leukemia are lower with the TC regimen.

Additionally, women who are obese, pre-diabetic, diabetic, or have heart issues may be suboptimal candidates for Taxol-containing regimens.  This is because Taxol-containing regimens, and the attendant increases in steroid exposure with the requisite more frequent taxane administration when Taxol is used rather than Taxotere, put them at risk of neuropathy and cardiac toxicity.  As such, for women who are obese, pre-diabetic, diabetic, or have heart issues, there are reasons to consider using TC.

If a patient decides to receive an Adriamycin-containing regimen, there are advantages of TAC over AC-T.  First, Taxol has a higher risk of neuropathy than Taxotere.  A patient's risk of neuropathy is reduced with the TAC regimen.  Further, for patients that are diabetic and already at an increased risk of neuropathy, Taxol has increased risks.

Second, TAC is administered every three weeks, whereas the Taxol in AC-T is given weekly.  The TAC regimen is more convenient for the patient.  Additionally, by administering chemotherapy every three weeks instead of weekly, the patient is able to

---

[8] Barrett-Lee, P.J., et al. Expert Opinion on the Use of Anthracyclines in Patients with Advanced Breast Cancer at Cardiac Risk, Ann Oncol. 2009;20:816-827.

avoid additional steroids. Avoiding additional steroids enables the patient to avoid unnecessary side effects and discomfort, including sleep disturbances, increased sugar levels, weight gain, and immune complications. Finally, Taxol and Adriamycin cannot be given at the same time. Thus, the patient receives Adriamycin and Cyclophosphamide cycles first followed by Taxol. If the patient has cardiac complications, that can impact administering the remainder of the chemotherapy regimen.

When Adriamycin-containing regimens are given, oncologists must order cardiac tests on the patient before administering the regimen. If the patient's ejection fraction is reduced, it may be necessary to discontinue Adriamycin. Moreover, other factors should be taken into consideration in determining whether a patient should be given Adriamycin, including if the patient is obese, has hypertension, or has a family history of heart disease. Further, the risk of cardiac toxicity from Adriamycin is dose-dependent. Stated differently, the more Adriamycin a person is given, the greater the risk they will develop left ventricular failure.

### Chemotherapy Regimens for HER2+ Breast Cancer

I will discuss chemotherapy regimens used to treat HER2+ breast cancer. Herceptin (trastuzumab) is part of the recommended regimen for HER2+ breast cancer because it blocks the ability of the cancer cells to receive chemical signals that tell the cancer cells to grow and become more sensitive to chemotherapy

My preferred treatment regimen for early HER2+ breast cancer is TCH (Taxotere, Carboplatin, Herceptin) or TCH+P.[9] While AC-TH is a treatment regimen for HER2+ breast cancers, that regimen has increased risks that are not present with the TCH regimen. In particular, Adriamycin must be given with the Taxol containing regimen. As such, the patient is at risk of cardiac toxicity and leukemia. Additionally, the risk of cardiac toxicity increases when both Herceptin and Adriamycin are administered. To decrease that risk somewhat, Herceptin and Adriamycin must be given sequentially, instead of at the same time. As such, the administration of Herceptin is delayed. That is problematic because the Herceptin is what targets the HER2+ cancer and makes chemotherapy more effective. Further, if the patient has cardiac complications that can impact administering the remainder of the chemotherapy regimen. Those risks are reduced with the Taxotere containing regimen. In addition, Taxotere and Herceptin have been shown to work together synergistically in killing HER2 positive breast cancer cells. In contrast, Taxol and Herceptin are additive but not synergistic. Finally, randomized trials demonstrating the efficacy of Herceptin coupled with anthracycline free Taxol based chemotherapy have not been published.

---

[9] *See* Slamon, D., et al. Adjuvant Trastuzumab in HER2-Positive Breast Cancer. N Engl J Med. 2011;365(14):1273-83.

**Hormone Positive Breast Cancer**

Women who have early hormone receptor positive breast cancer and require systemic therapy following local treatments are given either the selective estrogen receptor modulator (SERM) Tamoxifen or aromatase inhibitors.  Currently, the recommendation is that women use those medications for 5 to 10 years.

Hormone receptor positive cancers require estrogen to grow.   Tamoxifen interferes with estrogen's ability to support the growth of breast cancer cells. Aromatase inhibitors block the activity of the enzyme aromatase (used to make estrogen) and lower estrogen levels in postmenopausal women.  If aromatase inhibitors are given to premenopausal women, they are used in combination with a drug that suppresses ovarian function and establishes essentially a postmenopausal state

Both Tamoxifen and aromatase inhibitors reduce the estrogenic stimulation to ER+ breast cancer. Both of these hormonal therapy approaches can cause hair thinning and loss as alopecia.[10]   In addition, the labels for Tamoxifen and aromatase inhibitors warn of alopecia.[11]   In my own practice, I see alopecia caused by Tamoxifen and aromatase inhibitors very frequently. The hair loss seen with Tamoxifen and aromatase inhibitors can mimic the alopecia seen with androgenetic alopecia.  It can also appear in a more diffuse pattern.

Breast cancer patients who are treated with taxane-containing chemotherapy regimens will generally undergo anagen effluvium and will lose all of their hair.  Then, after they complete their chemotherapy regimen, women with ER+ or PR+ cancers will begin taking either Tamoxifen or an aromatase inhibitor.  Because those drugs can cause alopecia, those drugs can be responsible for a woman's hair not regrowing.

In addition to persistent alopecia, Tamoxifen and aromatase inhibitors have other side effects.  Tamoxifen increases a woman's risk of endometrial cancer.  Aromatase inhibitors cause loss in bone density.  Other side effects of Tamoxifen and aromatase inhibitors include joint pain, nausea, hot flashes, fatigue, mood swings, headache, depression, chest pain, weakness, weight gain, and loss of libido.   These side effects can significantly diminish a woman's quality of life.  Yet, the vast majority of women are willing to endure the side effects to improve their chances of survival.

---

[10] Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Park, J., et. al. Pattern Alopecia During Hormonal Anticancer Therapy in Patients with Breast Cancer. Ann of Dermatol. 2014;26(6):743-46; Fonia, A., et al. Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients. J. Am Acad Dermatol. 2017;76(5):948-57.
[11] Aromatase inhibitors such as Letrozole, Raloxifene, Toremifene, Anastrozole, and Exemestane all warn of the risk of alopecia on their labels.

While hormonal therapies are effective, in ER positive breast cancer, they do not replace chemotherapy for patients with a significant risk of relapse. In these women, the hormonal therapies are used in addition to, rather than instead of, chemotherapy.

## Side Effects of Chemotherapy Drugs

I will discuss side effects of chemotherapy drugs, how clinicians weigh side effects, and how and what side effects are communicated to the patient.  All chemotherapeutic drugs have side effects, including very serious side effects, such as death.  Well-known side effects include nerve or muscle problems, infection/neutropenia (low white blood counts), fatigue, nausea, alopecia, diarrhea, loss of fertility which can be permanent, heart damage, bladder or kidney problems, weight changes, mood changes, constipation, and skin and nail changes.  Side effects vary greatly from person to person.  Additionally, the severity of side effects varies from person to person.  Permanent side effects can include damage to the heart, lungs, kidneys, or reproductive organs, or a second cancer.

As a clinician, when warning about potential side effects of chemotherapy drugs, I warn about common side effects and side effects that are life threatening. It is impossible to warn of all potential side effects.  Additionally, when warning patients about side effects it is impossible to tell a patient which side effects that patient will have out of the wide spectrum of potential side effects.

## Alopecia Generally

I will offer opinions regarding types of alopecia and causes of alopecia.  There are many types and causes of alopecia.  As women age, their risk of alopecia increases.[12] Accordingly, post-menopausal women have a greater risk of alopecia.[13]

The most prevalent form of alopecia seen in women is androgenic alopecia, which is also called female-pattern baldness.[14]  It is a non-scaring form of alopecia.  This type of alopecia resembles male-pattern baldness.  The hair loss typically occurs in the crown area, although it can occur over the entire scalp.  The severity of hair loss caused by androgenic alopecia can vary from minimal to complete baldness.  Approximately, 50-60% of women have some degree of androgenetic alopecia by age 50.  In addition to age, androgenetic alopecia can be caused by a hormone imbalance, or being post-menopausal, among other causes.

---

[12] *See* Ali, I., et al., Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[13] *See* Ali, I., et al., Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[14] Shapiro, J. Hair Loss in Women. N Engl J Med. 2007;357:1620-1630.

In addition, other common causes of alopecia include but are not limited to: medicines,[15] stress, surgery, illness, hormone imbalances, obesity, heart disease, Metabolic Syndrome,[16] thyroid conditions, vitamin deficiencies,[17] iron deficiencies,[18] hair care practices,[19] organ problems, and autoimmune diseases. Determining the cause of alopecia can be very difficult because the cause of alopecia can be multifactorial. In addition, when considering the cause of alopecia one must consider a woman's family history, medical history, current health, medications, blood tests, nutritional issues, genetics, and organ malfunction. Further, hair loss can occur over time and be cumulative. Many women will not recognize the extent of the hair loss until after normal chemotherapy-related changes to hair, including thinning. Many of the established risk factors for alopecia overlap with the demographics of women who have been diagnosed with breast cancer.

## Alopecia After Chemotherapy

I will offer opinions regarding whether chemotherapy drugs may cause alopecia. Alopecia is a common side effect of most chemotherapy drugs. This type of alopecia is called anagen effluvium. Hair loss occurs because chemotherapy targets rapidly dividing cells, including cells in hair follicles.

After recovering from chemotherapy, approximately, 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in texture, thickness, or color.[20] This is a widely known side effect of chemotherapy.

Cases of ongoing alopecia have been reported with Adriamycin,[21] Carboplatin,[22]

---

[15] Shapiro, J. Hair Loss in Women. N Engl J Med. 2007;357:1620-1630; Goldberg, L. Postmenopausal Alopecia (Hair Loss), chp. 11 Essentials of Menopause Management. Pal and Sayegh ed. Springer; 2017. ISBN 978-3-319-42449-1.

[16] Roth, MM, et al. Gynecologic and Andrologic Dermatology and the Metabolic Syndrome. Clin Dermatol. 2018;36(1):72-80; Uzuncakmak, TK, et al. Cutaneous Manifestations of Obesity and the Metabolic Syndrome. Clin Dermatol. 2018;36(1):81-88; Lie, C, et al. Alopecia and the Metabolic Syndrome. Clin Dermatol. 2018;36(1):54-61; El Sayad, MH, et al., Association of Metabolic Syndrome With Female Pattern Hair Loss in Women: A Case-Control Study, Int J Dermatol. 2016;55(10):1131-7.

[17] *See*, *e.g.*, Lie, C, et al. Alopecia and the Metabolic Syndrome. Clin Dermatol. 2018;36(1):54-61.

[18] Shapiro, J. Hair Loss in Women. N Engl J Med. 2007;357:1620-1630.

[19] Shapiro, J. Hair Loss in Women. N Engl J Med. 2007;357:1620-1630.

[20] Batchelor, D. Hair and Cancer Chemo: Consequences and Nursing Care—A Literature Study. 2001;10(3):147-63; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93.

[21] Masidonski P, et al. Permanent Alopecia in Women Being Treated for Breast Cancer. Clin J Oncol Nurs. 2009;13(1):13-4; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Yeager C., et al. Treatment of Chemotherapy-Induced Alopecia, Dermatologic Therapy. 2011;24(4):432-442; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938.

[22] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597.

Cisplatin,[23] Taxol,[24] Epirubicin, Etoposide, 5-Fluorouracil,[25] Busulfan,[26] Gemcitabine, Idarubicin, Ifosfamide, Melphalan,[27] Thiotepa,[28] and Cyclophosphamide.[29] Persistent alopecia after chemotherapy is a potential side effect of chemotherapy regimens. Even so, there is no significant evidence that Taxotere when used as a monotherapy results in permanent alopecia as a cause.

Because Taxotere for early breast cancer is given as part of a multi-drug regimen and not a single agent, it is impossible to conclude that Taxotere causes permanent alopecia. Taxotere containing regimens can include Adriamycin, Herceptin, Carboplatin, and cyclophosphamide. For patients who were given a Taxotere containing regimen and have alopecia after the completion of chemotherapy, their alopecia could have been caused by Adriamycin, Carboplatin, or cyclophosphamide.

In addition, in cases of hormone positive early breast cancer, women are given either Tamoxifen or aromatase inhibitors, which are also known to carry a risk of alopecia. In those situations, any alopecia could be caused by Tamoxifen or aromatase inhibitors.

[23] Miteav, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350.

[24] Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer. Brit J Derm. 2009;160(4):883-885; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Miteav, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Yeager C., et al. Treatment of Chemotherapy-Induced Alopecia, Dermatologic Therapy. 2011;24(4):432-442; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil. Australas J Dermatol. 2015;57(4):e130-e132; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938.

[25] Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938.

[26] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy. Br J of Dermatol. 2005;152(5):1056-8.

[27] Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil. Australas J Dermatol. 2015;57(4):e130-e132.

[28] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002).

[29] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597; Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Yeager C., et al. Treatment of Chemotherapy-Induced Alopecia, Dermatologic Therapy. 2011;24(4):432-442; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938.

Further, as noted earlier, there are many other causes of hair loss, including chemotherapy induced menopause. Likewise, chemotherapy can speed up the aging process and age-related hair loss. More specifically, chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss. In addition, stress and surgery are known causes of alopecia.

Moreover, calling alopecia after chemotherapy "permanent," is inaccurate because there are case reports that persistent alopecia after chemotherapy is treatable or self-limited, and the hair will regrow.[30]

While attributing alopecia to a given chemotherapy drug can generally be quite challenging or impossible, in my clinical experience, persistent alopecia long after chemotherapy is rare. In over 30 years of treating several thousand women with breast cancer, I have observed only 4 or 5 cases of prolonged alopecia that may have been caused by chemotherapy.

Defining alopecia as permanent or irreversible based on the time since chemotherapy is inherently unreliable. As used in the adverse event reports and clinical studies, alopecia is recorded or reported as an unwanted side effect. This is why the word "ongoing" is used to describe alopecia. Alopecia in the sense of being "permanent" or "irreversible" would require a medical diagnosis made by a clinician. Clinically-speaking, "permanent" or "irreversible" alopecia is a type of scarring alopecia where the hair follicle is no longer able to produce hair. Adverse event reports or clinical study data cannot be appropriately characterized as cases of "permanent" or "irreversible" alopecia, let alone connected to chemotherapy at the exclusion of other causes, without such clinical evaluation.[31]

Alopecia after chemotherapy has not been consistently defined in the literature. Additionally, the literature discussing alopecia after chemotherapy contains significant limitations. Ordinarily, the patients seemingly were exposed to multiple pre-existing, breast-cancer-related, and breast-cancer-treatment-related risk factors for hair loss. Retrospective studies introduce biases or confounding factors undermining any reliable conclusions. The reported pathology findings are not described consistently.

Moreover, women cannot avoid the potential risk of persistent alopecia by avoiding a Taxotere-containing regimen. The only other regimens available with similar efficacy are Taxol-containing regimens. Yet, Taxol has been associated with alopecia after the conclusion of chemotherapy. Further, in Taxol-containing regimens, patients are given Adriamycin and cyclophosphamide—both of which have been associated with alopecia after the completion of chemotherapy. This would also be true with respect to the CMF

---

[30] Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil. Australas J Dermatol. 2015;57(4):e130-e132.
[31] Sibaud, V., et al. Dermatological Adverse Events with Taxane Chemotherapy. Eur J Dermatol. 2016;26(5):427-443.

chemotherapy regimen, which, while inferior in terms of efficacy to taxane based regimens, has been advocated by some as a cost-saving approach.

Even if alopecia after the completion of chemotherapy can occur with Taxotere-containing regimens, there is no reliable evidence that the incidence of alopecia after chemotherapy is any greater than that seen with Taxol-containing regimens.

Contrary to plaintiffs' experts' opinions, which cite only a small number of publications, including abstracts, of such reports, reports of alopecia after chemotherapy are not only consistently described with Taxotere, but are common with other chemotherapies.[32]

Even where there are more reports in the literature of alopecia after one chemotherapy versus another, this is not level one evidence of a greater association because case reports are not prospective, they are not controlled, you do not know the differences in the patients treated with the medicines, and you do not know the number of patients treated with the medicine overall.  For example, a given adverse event may be more common with medicine x over medicine y but only because so many more patients take medicine x, or because, as we believe with third generation chemotherapies, patients survive to live long enough and experience the event.

As an oncologist, even if alopecia after chemotherapy occurs with Taxotere-containing regimens, I would still usually recommend to women that they use Taxotere-containing regimens over Taxol-containing regimens.  This is particularly true in patients with HER2 positive early breast cancer, where TCH avoids the need for anthracylinces that have serious risks with Adriamycin, and ER+ breast cancers, in which the data supporting

---

[32] *See* Alkeraye, S., et al. Persistent Alopecia Induced by Vismodegib. J Am Acad Dermatol. 2015;72(5 Supp.:AB189; Baker, BW, et al. Busulphan/Cyclophosphamide Conditioning for Bone Marrow Transplantation May Lead to Failure of Hair Regrowth. Bone Marrow Transplantation. 1991; 7(1):43-47; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Bresters, D., et al. Permanent Diffuse Alopecia After Haematopoietic Stem Cell Transplantation in Childhood. Bone Marrow Transplantation. 2017;52(7):984-988; Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood. J Am Acad Dermatol. 2014;70(3):499-505; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597; Jäger, E., et al. Combination of 5-Fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study. Oncol. 1996;53(1):58-63; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Ljungman, P. Busulfan Concentration in Relation to Permanent Alopecia in Recipients of Bone Marrow Transplants. Bone Marrow Transplant. 1995; 15(6):869-871; Motl, S., et al. Recurring Chemotherapy-Associated Alopecia Areata: Case Report and Literature Review. Pharmacotherapy. 2003;23(1):104-108; Schrama, JG, et al. Phase II Study of a Multi-course High-dose Chemotherapy Regimen Incorporating Cyclophosphamide, Thiotepa, and Carboplatin in Stage IV Breast Cancer, Bone Marrow Transplantation. 2001; 28:173-180.

anthracycline use are particularly suspect. Even if there is a risk of alopecia, that potential risk is far outweighed by the detrimental and potentially fatal risks of cardiac toxicity and leukemia.

## Cooling Caps

Cooling caps were not approved by the FDA at the time Ms. Earnest, Ms. Durden, and Ms. Francis underwent chemotherapy.  There is the risk of scalp metastases when a patient uses a cooling cap.  If a patient has a scalp metastasis, they have Stage IV breast cancer.

## Clinical Trials

I will discuss clinical trials.  I have worked on clinical trials for breast cancer chemotherapy regimens.  Generally speaking, there are three phases to clinical trials and drug development.  Phase I involves testing a new drug to determine dosing of the drug.  Phase II considers how well the drug works for therapy given cancer type and setting.  Phase III addresses whether the drug or combination of drugs is better than the previous standard treatment.  In most cases, the role of a phase III clinical trial for early breast cancer adjuvant chemotherapy drugs is to compare two treatment regimens to determine if one regimen has greater efficacy but not does not have an unacceptable increase in the side effect profile. The types of side effects that are most important to researchers are life-threatening side effects.  As such, for a researcher on a clinical trial, alopecia rates are not a primary focus.

Each clinical trial will enroll a diverse and unique group of patients; we have learned with time that comparing the results of one trial with another introduces bias, is not valid, and can lead to erroneous conclusions. We have learned that sound conclusions regarding the relative efficacy and toxicity of two different regimens can only be obtained when the two groups are treated in the same trial and assignment of patients to each group is random.

Because alopecia is not a usual primary endpoint in clinical trials on breast cancer, comparing rates of ongoing alopecia after the completion of chemotherapy between one trial and another trial does not yield accurate conclusions.  Reported rates of alopecia after the completion of chemotherapy may not be tracked consistently, or at all, particularly in patients in whom the disease progressed, who were on other regimens prior to the trial, or who continued on to other regimens or therapies after the trial.

When a clinical trial shows an efficacy benefit of one regimen over another in early breast cancer, with an acceptable side effect profile, that regimen is adopted by oncologists. Oncologists do not wait additional years before using that regimen to see what other potential side effects might emerge.  This is because the goal of chemotherapy is to save lives.  Lives would be lost through unnecessary delay in the adoption and use of effective regimens.

23

**Taxotere Clinical Trials**

**TAX311**

TAX 311 compared the observed overall response rate and toxicity profile of docetaxel to paclitaxel in patients with progressive breast cancer after one prior chemotherapy regimen given for metastatic or locally advanced disease, or who developed metastatic or locally advanced disease during or after completing an adjuvant chemotherapy regimen. Prior therapy must have included an anthracycline, unless medically contraindicated. The secondary objectives were to compare time to disease progression, duration of response, quality of life, and survival between the two treatment arms. From October 21, 1994 through October 3, 2001, 449 patients were randomized to receive either Taxotere (Arm A – 225 patients) or paclitaxel (Arm B – 224 patients). Taxotere was administered at a dose of 100 mg/m$^2$ as a one hour intravenous infusion. Paclitaxel was administered at a dose of 175 mg/m$^2$ given as a three hour infusion. Each regimen was given once every twenty-one days. Patients continued therapy until there was evidence of progressive disease, unacceptable toxicity, or the patient requested to be taken off the study.

Randomized patients on the Taxotere arm achieved an overall response rate of 32% vs. 25% on the paclitaxel arm. In the evaluable groups, defined as patients who met the major eligibility criteria, received a minimum of two cycles of therapy, had lesions assessed at least once after treatment began, and had no major protocol violations, these rates were 37% vs. 26%. The 11% difference in favor of Taxotere in the evaluable group achieved statistical significance (p = 0.02). Time to progression was significantly longer for the Taxotere group (median 172 days for Taxotere; 109 days for paclitaxel). This difference was likewise significant (p<0.01 for intent-to-treat; p<0.001 evaluable).

Tax 311 included data on alopecia generally. In May 1996, an interim analysis was performed that included the first 104 patients. At that point, the most commonly observed non-hematologic toxicities possibly or probably related to Taxotere/paclitaxel included alopecia (63.5% / 62.7%).

**Sparano Papers**

Several of Plaintiffs' experts rely on a 2008 publication from Sparano, et al.,[33] to support their contention that Taxol (paclitaxel) is superior to Taxotere (docetaxel). However, the Sparano paper provides no support for the position that Taxol is superior to Taxotere for the adjuvant treatment of breast cancer.

The rationale for conducting the Sparano study was that there were concerns that Taxol administered every three weeks (the FDA-approved dosing schedule) was not as effective

---

[33] Sparano, J., et al. Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer. N Engl J Med. 2008;358(16):1663-1671.

as Taxotere administered every three weeks or as effective as Taxol administered every week.  In order to further analyze these concerns, Sparano and his colleagues designed a study to compare Taxol administered every three weeks with Taxol administered every week, docetaxel administered every three weeks, and docetaxel administered every week.

The study found that there was significantly better disease-free survival for both Taxol administered every week and Taxotere administered every three weeks as compared to Taxol administered every three weeks.  The study did not compare Taxol administered every week with Taxotere administered every three weeks, so there is no basis to claim that Taxol administered every week would provide a survival benefit as compared to Taxotere administered every three weeks.

The Sparano paper was updated in 2015 with 12-year data.[34]  The 12-year data confirmed the survival benefit seen in the earlier analysis for both Taxol administered every week and Taxotere administered every three weeks as compared to Taxol administered every three weeks.  Again, Sparano's updated analysis did not compare Taxol administered every week with Taxotere administered every three weeks, so there is no basis to claim that Taxol administered every week would provide a survival benefit as compared to Taxotere administered every three weeks.

Taken collectively, the Sparano publications actually support that for the adjuvant treatment of breast cancer, Taxotere administered every three weeks provides a survival benefit compared to Taxol administered every three weeks.

### TAX 316 (BCIRG 001)

TAX 316 was a clinical trial, performed by the Breast Cancer International Research Group, Ltd. and sponsored by Sanofi as part of its post-marketing commitment to the FDA, which looked at the efficacy of Taxotere in the adjuvant setting.  This clinical trial was a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes.  Both regimens were administered for a total of six cycles unless treatment was precluded by relapse, subject refusal, or unacceptable toxicities.  The primary objective was to compare disease-free survival (DFS). Overall survival (OS) was the main secondary objective and was defined as the time interval between the date of randomization and the date of death.

Enrollment for the TAX 316 study began in 1997 and concluded in 1999.  A total of 1,480 patients (744 TAC / 736 FAC) were enrolled in the TAX 316 study.  At the 55 month interim follow-up, disease-free survival was 75% among TAC-treated patients compared

---

[34] Sparano, J., et al. Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer. J Clin Oncol. 2015;33(21):2353-2360.

to 68% among FAC-treated patients. This represented a 28% reduction in the risk of relapse. The efficacy benefits reported in the 55 month interim report were maintained in the 10-year follow up.[35]

It is my understanding that Plaintiffs claim that the results of the TAX 316 study provide support for the position that docetaxel causes permanent alopecia. For a number of reasons, that is incorrect.

First, at the 55 month interim analysis, 3.0% (22/744) patients treated in the TAC regimen were recorded as having persistent alopecia and 3.9% (29/744) were recorded as having alopecia into the follow up period at the 10 year mark. This does not mean that 3.9% of patients remained without hair regrowth at 10 years. Instead, it means that when measured at any point into the follow up period, which could be as early as three months after chemotherapy treatment, a patient was recorded with alopecia and was never identified as having had that alopecia resolve. Without an affirmative report of resolution, their alopecia continued to be recorded as part of the 3.9% number. But because patients are lost to follow up, progressed to other chemotherapy treatments, or died, the 3.9% number cannot be interpreted as meaning that 3.9% of women had ongoing alopecia at 10 years. Consequently, the TAX316 study only reported on "ongoing" alopecia, it did not report on "permanent" or "persistent" alopecia. The distinction is important, because for the majority of patients identified as having "ongoing" alopecia, there is no documentary evidence to support any claim that those patients had alopecia more than six months after chemotherapy. (**Figure A**).

Second, all patients who were recorded as having persistent alopecia were also treated with doxorubicin and cyclophosphamide, both of which carry reports of persistent alopecia in patients not treated Taxotere.[36] As such, any alopecia that was attributable to the chemotherapy regimen would also be attributable to doxorubicin or cyclophosphamide.

Third, the difference in rates of reported alopecia after the completion of chemotherapy between the two arms is not statistically significant. In the FAC arm, which did not include treatment with Taxotere, the 55-month interim follow-up reported that 1.2% (9/736) of FAC patients experienced persistent alopecia, and 2.2% (16/736) of FAC patients experienced persistent alopecia at the 10-year mark.

---

[35] Mackey, J., et al. Adjuvant Docetaxel, Doxorubicin, and Cyclophosphamide in Node-Positive Breast Cancer: 10-year Follow-up of the Phase 3 Randomised BCIRG 001 Trial. Lancet Oncol. 2013;14(1):72-80.
[36] Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Yagata, H. Abstract P5-15-17: National survey long-term recovery from chemotherapy-induced hair loss in patients with breast cancer. Cancer Research. http://cancerres.aacrjournals.org/content/75/7_Supplement/P5-15-17; Kim, GM, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients. Breast Cancer Res Treat. 2017 Jun;163(3):527-533.

## GEICAM 9805

GEICAM 9805, a compliment to the TAX 316 study, was the first taxane-based study to exclusively enroll women with node-negative early stage breast cancer that was considered to be at high risk for recurrence.  The study was conducted by Grupo Espanol de Investigacion en Cancer de Mama, a Spanish non-profit scientific cooperative group devoted to breast cancer.  The study was sponsored by Sanofi.   The study compared disease-free survival after treatment with docetaxel in combination with doxorubicin and cyclophosphamide (TAC) to disease-free survival after treatment with 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of high risk operable breast cancer patients with negative axillary lymph nodes.

Enrollment for GEICAM 9805 began in 2001 and ended in 2003.  A total of 1,060 patients (539 TAC / 521 FAC) were enrolled in the study.  The study concluded that, as compared with adjuvant FAC, adjuvant TAC improved the rate of disease-free survival among women with high-risk, node-negative breast cancer.  With respect to alopecia, like TAX 316, GEICAM 9805 recorded instances of persistent alopecia in both arms of the study.  At the end of the 10 year follow-up period, 3 cases of persistent alopecia were observed in the TAC group (539) and 1 case of persistent alopecia in the FAC group (521).[37]

Additionally, it is important to remember that patients in the TAC arm of this study received ("A") doxorubicin and ("C") cyclophosphamide in addition to ("T") docetaxel. Both A and C carry reports of persistent alopecia.  As such, any alopecia attributable to the chemotherapy regimen could be attributable to A or C.  Finally, there is no statistical difference between the rates of alopecia between the two study arms.

## FDA Regulation and Drug Development

Because of my work on clinical trials, I am familiar with aspects of FDA regulation.  I will discuss drug development and FDA regulation.

The FDA approval process beings with an Investigational New Drug (IND) application.  I will discuss this process, including the information the IND provides to the FDA.

Another part of the FDA approval process is the New Drug Application (NDA).  The FDA must approve the NDA before the drug can be sold in the United States.  I will discuss the NDA process, including the information that the NDA provides to the FDA. I will discuss continuing reporting requirements following approval of the NDA.

---

[37] Although the study notes that 9.2% of patients had persistent alopecia, it was measuring the number of ongoing cases of alopecia (49) from the group of patients in the safety population. The safety population (532) differs from the randomized TAC population (539) because some patients in the randomized population never received Taxotere treatment.

The underlying data from TAX 311, TAX 316, and GEICAM 9805 were all submitted to the FDA. Submitting underlying data from clinical trials to the FDA is common and accepted. When the FDA has access to the underlying data from a study, it cannot be said that this information was "suppressed," and the FDA has the necessary information to make conclusions about the drug and labeling. Because this information was submitted to the FDA for Taxotere, the FDA had and has the information it needed in making labeling decisions.

**Labels of Chemotherapy Drugs and Taxotere Label**

I will discuss labels/prescribing information for chemotherapy drugs, including Taxotere. I will also discuss that the FDA works with companies, like Sanofi, in developing the label. As a practicing medical oncologist, I am familiar with the prescribing information (PI) for many chemotherapeutic drugs. Many chemotherapy drugs' prescribing information warn of very severe life-threatening risks, such as toxic and septic death, heart failure, fatal gastrointestinal bleeding, pulmonary embolism, neurotoxicity. As a clinician, I warn my patients of these severe risks. Yet, despite these very severe risks, nearly all of my patients choose to have chemotherapy. This is because killing cancer cells is the primary focus of cancer treatment.

In addition to warning of very severe side effects, many chemotherapy drugs' prescribing information contain warnings about alopecia. For example, the prescribing information for doxorubin states, "Your hair may re-grow after your treatment." Likewise, the label for cyclophosphamide states that alopecia "occurs commonly." And the label for Taxol states that alopecia has been "observed in almost all patients."

Similarly, information regarding alopecia has always been included on the Taxotere label. "Alopecia" was listed as an adverse reaction in the PI beginning in 2003. The label also stated, "Once you have completed all of your treatments, hair generally grows back." I interpret "hair generally grows back" as leaving open the possibility that hair may not grow back.

In 2004, when Taxotere was approved for the adjuvant treatment of breast cancer, Sanofi submitted a proposed label that included the addition of adjuvant side effects data and persistent alopecia information from TAX 316. The FDA approved some portions of the proposed label. Yet, the FDA removed the proposed section of the label relating to "other persistent reactions," which discussed persistent alopecia. Nevertheless, cases of "persistent alopecia" have been reported on the label since 2004.

Then, in May 2010 "hair loss" was listed in the patient counseling information and the FDA struck the language which included the phrase "hair generally grows back." In 2015 the label was revised to include a statement that "cases of permanent alopecia have been reported."

28

Case reports of adverse events are on the low end of the evidentiary hierarchy and do not establish causation. Moreover, the 2015 label modification is not supplemental or inconsistent with the information provided in prior iterations of the label.

The Taxotere label has always been consistent with the known side effect risk profile for Taxotere.

As a practicing medical oncologist, I have always understood the language in the PI to mean there can be circumstances that the hair may not grow back. "Alopecia" is a medical term, which simply means hair loss. There is no temporal element associated with the medical term alopecia.

The modifications that have occurred to the Taxotere label regarding alopecia have had no impact on my practice or my decision to use Taxotere. The changes that have occurred to the Taxotere label regarding alopecia have had no impact on the discussions I have with my patients regarding the side effects of Taxotere. The benefit/risk profile of Taxotere remains the same. Taxotere containing regimens to treat both HER2+ and HER2- breast cancer in an adjuvant setting are among the optimal regimens.

## Dosing

For Taxotere-containing regimens, the dose should be 75 mg/m$^2$. A dose of 100 mg/m$^2$ is not on label.

## Sources of Information Available to Medical Oncologists

Very frequently, side effects from chemotherapy drugs emerge after clinical trials and FDA approval. These types of side effects are called post-marketing side-effects. Oncologists typically learn about these side effect from sources other than the drug manufacturer. This is because many sources of information are available to oncologists, including their own clinical experience, medical literature, discussions with colleagues, and oncology meetings. Oncologists often learn about post-marketing side effects through those sources, not from label changes or the drug manufacturer. An example of a post-marketing side effect was the cardiac toxicity seen from Adriamycin.

## Sales Representatives and Marketing

Oncologists do not base treatment-related decisions on marketing materials from pharmaceutical companies or contact with sales representatives. Instead, oncologists make treatment-related decisions based on their training, experience, clinical trials, and reliable medical literature.

29

## II. CASE-SPECIFIC OPINIONS

### Tanya Francis

I will offer case-specific opinions regarding Ms. Francis that are based on my review of her medical records, discovery responses, and depositions, my education, training, clinical experience, review of medical and scientific literature, and information presented at various medical forums. I will offer opinions regarding her breast cancer, treatment, and alopecia.

Ms. Tanya Francis is a 46-year-old African American female with a history of smoking, obesity, high blood pressure, diabetes, and high cholesterol.  She underwent a total hysterectomy with bilateral salpingo oophorectomy in 2012, which created a post-menopausal state.

Ms. Francis's history of morbid obesity, hypertension, lipid abnormalities, and pre-diabetes led her to be diagnosed with metabolic syndrome in 2009. Metabolic syndrome consists of a cluster of conditions including high blood pressure, elevated glucose levels, excess body fat around the waist, and abnormal cholesterol or triglyceride levels.

Tanya Francis was 38 years-old when she was diagnosed in 2009 with stage IIB, estrogen and progesterone positive, and HER2 negative carcinoma in her left breast.[38] Her cancer was lobular carcinoma.  The tumor measured 2 cm.  She had one positive lymph node.

Before undergoing chemotherapy, Ms. Francis had surgery.  Ms. Francis was given the option between a lumpectomy and mastectomy, which would have provided equivalent survival chances.  She opted for a mastectomy.[39]

### A. Tanya Francis Required Chemotherapy with Taxotere to Optimize Her Survival

Ms. Francis needed chemotherapy to optimize her survival.  Her treating oncologist Dr. Verghese also believed that Ms. Francis needed chemotherapy.[40]  During her treatment, Ms. Francis developed deep vein thrombosis ("DVT").  Consequently, because of potential complications, Dr. Verghese raised her case with the hospital Tumor Board.[41] The Tumor Board consisted of approximately ten trained oncologists.[42]

The Tumor Board discussed Ms. Francis's case, and agreed with Dr. Verghese's recommendation that she receive six cycles of the combination regimen "TAC" every 21

---

[38] University Medical Center New Orleans, at 379-38.
[39] University Medical Center New Orleans, at 434-437.
[40] University Medical Center New Orleans, at 477-479.
[41] University Medical Center New Orleans, at 477-479.
[42] Cherian Verghese Dep. at 158:13-25, 159:1-22.

days.[43] The "TAC" regimen includes three separate medicines administered by IV: docetaxel (Taxotere), doxorubicin (Adriamycin), and cyclophosphamide.[44]

I agree with the Tumor Board that Ms. Francis was best served with a taxane-containing regimen. If she had received a regimen without taxanes, such as AC or CMF, she would have had a reduced chance of survival.

### B. Taxotere Was A Better Choice for Tanya Francis Than Paclitaxel, Which Would Have Increased Her Risk of Neuropathy

Ms. Francis has health issues that make Taxotere-containing regimens a better choice for her over Taxol-containing regimens.   Notably, Ms. Francis was pre-diabetic when diagnosed with cancer. Because Taxol has a greater rate of neuropathy than Taxotere, Ms. Francis would have had a higher risk of neuropathy if she were given Taxol.

In addition, pre-diabetic patients are at an increased risk of becoming diabetic during steroid therapy. Because Taxol is administered on a weekly basis, steroid exposure is greater.  For a Taxotere containing regimen, steroid exposure is 3 days out of every 3 weeks, for a Taxol containing regimen, steroid exposure is 3 days out of every week.

Following chemotherapy, Ms. Francis developed neuropathy and was prescribed Neurontin for her neuropathic pain.[45] Thus, it is apparent that it was appropriate to consider the risk of neuropathy when choosing Ms. Francis's chemotherapy regimen. Ms. Francis also developed lymphedema, and was referred to spine massage and lymphedema compression treatment in November 2011 for increasing lymphedema.[46]

I believe that Ms. Francis was an appropriate candidate for chemotherapy with Taxotere. A taxane containing regimen was optimal, and Taxotere reduced risks associated with both neuropathy and steroid exposure.

### C. Dr. Verghese and Ms. Francis Decided to Move Forward with Chemotherapy Following an Informed Consent Process

Ms. Francis gave her informed consent to Dr. Verghese to proceed with chemotherapy notwithstanding its risks.  Before receiving chemotherapy, Ms. Francis was warned of the risk of alopecia.  Dr. Verghese testified that he read the package insert (or labeling) for Taxotere "at some time or the other, yes."[47] However, Dr. Verghese does not remember reading the Taxotere label in its entirety, because "the labeling goes from studies, dosing protocols, diluents and IV fluids, which don't really translate to any relevant changes in

---

[43] Cherian Verghese Dep. at 158:13-25, 159:1-22.
[44] University Medical Center New Orleans, at 518.
[45] University Medical Center New Orleans, at 315-316; University Medical Center New Orleans, at 297-300.
[46] University Medical Center New Orleans, at 411-412.
[47] Cherian Verghese Dep. 41:21-24.

treatment."[48]

In 2009, the labels for the chemotherapy drugs Ms. Francis took warned of alopecia.  In 2009, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia."  In 2009, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading, "Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color."

In 2009, the FDA-approved label for Taxotere included "Adverse Reactions," reading that the "[m]ost common adverse reactions are…alopecia."[49] Information on alopecia was included in various other parts of the label.[50]  In the Patient Counseling Information section it stated: "Loss of hair occurs in most patients taking Taxotere (including hair on your head, underarm, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back."[51]

Dr. Verghese did not rely on the company or its sales representatives to provide updates on changes to the labeling of a drug.[52] As is the standard in oncology practice, Dr. Verghese reviewed journal updates, case reports, and peer reviewed and non-peer reviewed publications, to learn about post-marketing side effects.[53]  Dr. Verghese testified that major publications "bring out the major side effects," which include "organ failure . . . hepatitis, or anything that can compromise a patient's life."[54]

Dr. Verghese discussed his practice in warning patients of side effects.  Dr. Verghese testified that he has a "comprehensive discussion" with patients regarding side effects, but does not verbally warn breast cancer patients of every potential side effect they may experience.[55]

Dr. Verghese discusses the "major things, because a lot of people want to know what the common side effects are," and then provides a "copy of all the side effects" for the patient to review at her home.[56] No matter the discussion, Dr. Verghese tells patients that there may also be "new side effects that we don't know of."[57]

---

[48] Cherian Verghese Dep. 139:7-10.
[49] Taxotere Label (09/2007).
[50] Taxotere Label (09/2007).
[51] Taxotere Label (09/2007).
[52] Cherian Verghese Dep. 45:16 – 46:10.
[53] Cherian Verghese Dep. 46:20 – 47:23.
[54] Cherian Verghese Dep. at 47:15 – 48:6.
[55] Cherian Verghese Dep. 143:15 – 144: 12.
[56] Cherian Verghese Dep. at 143:21-25.
[57] Cherian Verghese Dep. at 144:6-12.

Dr. Verghese was aware of the possibility of alopecia and warned Ms. Francis regarding alopecia. At the time Dr. Verghese prescribed Taxotere for Ms. Francis, it was his general understanding that alopecia was a common side effect – but he "would not call it temporary. I never tell people that it's temporary."[58]

Instead, Dr. Verghese tells patients that hair loss "depends on multiple factors, your other medical problems, your deficiencies. You may be vitamin deficient. We don't know anything about these things. So multiple factors go into how you react, how deep the reaction is, and how long it takes for things to turn around. Even though all these people say it's temporary and all that, there's multiple factors involved, so I don't use the word temporary. I even tell them, you know, hair may come back, and it may look totally different."[59]

Dr. Verghese sets the expectations of his patients clearly, explaining: "I tell them that expecting not to lose hair, expecting the hair to look the same, these are all unreal expectations. We have to treat this, and you will have hair-related problems. If they tell me - - if they ask me whether their hair loss is going to be permanent, then I tell them, even though there aren't - - I'm not going to take a chance on that, and that's where the wig comes in. So the discussion is a little different from saying it may be permanent or never permanent. I tell them it's better to take a different approach to some of these side effects."[60]

Before her first chemotherapy treatment, Ms. Francis again reviewed the side effects of chemotherapy with Nurse Celeste Keller.[61] This discussion included the management of nausea and vomiting, unusual fever, bleeding, bruising, neutropenia, infusion related reactions, and thrombocytopenia. In addition, Ms. Keller advised Ms. Francis that "total hair loss" would occur in 2-3 weeks, and suggested she purchase wigs and scarfs or hats.[62]

If Ms. Francis had requested a Taxol-containing regimen and raised a concern with Taxotere and hair loss, Dr. Verghese would have counseled her that "both of them cause hair loss. Even though one may be more than the other, both cause hair loss. So if I were to see hair loss in one, I would predict hair loss in the other one too, so my recommendation is just to make a wig all the time."[63]

I agree with this appraisal, specifically, that there is no promise of better hair regrowth with paclitaxel over Taxotere. It is not my practice, nor have I seen evidence, that permanent alopecia is more common following docetaxel than paclitaxel, cyclophosphamide, or doxorubicin.

---

[58] Cherian Verghese Dep. 102:17 – 103:5.
[59] Cherian Verghese Dep. 103:7-18.
[60] Cherian Verghese Dep. 104:23 – 105:16.
[61] University Medical Center New Orleans, at 518.
[62] University Medical Center New Orleans, at 518.
[63] Cherian Verghese Dep. 109:2-12.

33

Ms. Francis accepted many significant potential side effects by undergoing chemotherapy. Notably, she accepted the possibility of death.

While all chemotherapy has risks and potential complications, Ms. Francis was appropriately informed of these risks prior to choosing to undergo chemotherapy with Taxotere. The benefits outweighed the risks for her and she was appropriately counseled on the potential risks and complications of the treatment.

### D. Tanya Francis's Course of Care After Chemotherapy Demonstrates No Persistent Alopecia Attributable to Chemotherapy Alone

Ms. Francis claims she experienced total hair loss after receiving her first TAC infusion.[64] Her alopecia continued during chemotherapy treatment.[65] Three months after Ms. Francis completed chemotherapy, a radiation oncology nurse noted ongoing alopecia on Ms. Francis's head and body.[66]

In July 2013, Ms. Francis visited her medical oncologist for a follow-up appointment, and "when asked if she has any other pain, . . . stated 'yes, my head. I busted a sore on my head and fluid came out.'"[67] This record does not note ongoing alopecia, or a concern with hair loss in conjunction with these scalp sores.

Dr. Collins Burrow, Ms. Francis's second oncologist, noted "patient reports using hair dye and chemical perm on regular basis."[68] Dr. Collins Burrow does not remember "Ms. Francis coming in without something on her head that resembled, I mean, hair. I don't recall her as - - my recollection is that she - - if she, in fact, has alopecia, she wears a prosthesis."[69]

 In June 2017, Ms. Francis visited her primary care physician for "marks on hands and scalp" and requested a referral to a dermatologist.[70] Dr. Tillery referred Ms. Francis to Dimitri Dermatology.[71] During this initial consultation and subsequent treatment, Ms. Francis did not mention chemotherapy as a possible cause of her hair loss.[72]

---

[64] University Medical Center New Orleans, at 343-344.
[65] University Medical Center New Orleans, at 343-344; University Medical Center New Orleans, at 346-347; University Medical Center New Orleans, at 349-350; University Medical Center New Orleans, at 355-356; University Medical Center New Orleans, at 370-371; University Medical Center New Orleans, at 373-374; University Medical Center New Orleans, at 376-377.
[66] Tulane Cancer Center Clinic, at 304-305.
[67] Tulane Cancer Center Clinic, at 99-103.
[68] Tulane Cancer Center Clinic, at 99-103.
[69] Collins Burrow Dep. 81:19-25.
[70] Bertrand Tillery Dep. 53-56.
[71] Bertrand Tillery Dep. 53-56.
[72] Janice Birkhoff Dep. 88:3-8.

In sum, the chronology, including photographs of Ms. Francis before and following treatment, demonstrate that her hair grew back after chemotherapy, and that any subsequent changes in her hair are not associated with this fixed period in time of her treatment.

### E.  Tanya Francis's Course of Care After Chemotherapy Included Hormone Therapy

Given Ms. Francis's estrogen and progesterone positive status, Ms. Francis required hormonal therapy for her cancer, and was prescribed Tamoxifen.

Before prescribing Tamoxifen to Ms. Francis, Dr. Verghese discussed the risks and benefits of the medication – including the possibility Tamoxifen might cause additional blood clots, uterine cancers, and hair thinning.[73]

On November 18, 2009, Ms. Francis started Tamoxifen 20 mg, once a day.[74] In October 2010, Ms. Francis was observed to have enlarged ovaries.[75] This observation, in combination with her history of estrogen and progesterone positive cancer, led Ms. Francis to have a hysterectomy and bilateral salpingo-oophorectomy on June 18, 2012.[76] After this surgery, Ms. Francis was able to change her hormonal treatment to an aromatase inhibitor.

In July 2012, Ms. Francis saw her oncologist, Dr. Collins-Burrow, for a follow-up appointment related to her breast cancer.[77] At this visit, Ms. Francis and Dr. Collins-Burrow discussed her recent hysterectomy, and determined she would stop taking Tamoxifen, as she had been surgically rendered post-menopausal, and begin 1 mg Arimidex daily.[78]

In July 2012, the Arimidex labeling listed "hair thinning (alopecia)" as an adverse event.[79]

After five years, Ms. Francis discussed the risks and benefits of continuing hormone therapy with her oncologist and opted to continue hormone therapy to lower her risk of recurrence.[80]

### F.  Summary of Opinions

There is no medically reliable way to attribute Ms. Francis's hair loss complaint to Taxotere alone. Ms. Francis needed chemotherapy for optimal survival.  She required a taxane-

---

[73] Cherian Verghese Dep. 160:19 – 162:24.
[74] University Medical Center New Orleans, at 481-482; Tulane Cancer Center Clinic, at 127-131.
[75] University Medical Center New Orleans, at 611-614.
[76] University Medical Center New Orleans, at 244-246; 698-699.
[77] Tulane Cancer Center Clinic, at 127-131.
[78] Tulane Cancer Center Clinic, at 127-131.
[79] Arimidex Labeling (04/2011).
[80] Tulane Breast and Surgery Clinic, at 5-9.

containing regimen to prevent recurrence. A Taxotere-containing regimen was among the best choices for her treatment, and had the advantage of reduced risk of neuropathy and less exposure to steroids.

While all chemotherapy has risks and potential complications, Ms. Francis was appropriately informed of these risks prior to choosing to undergo chemotherapy with Taxotere. The available label at the time of treatment adequately apprised medical oncologists of the risk of alopecia. The goal of Ms. Francis's therapy was to prevent relapse of her cancer, and to date, her cancer has not relapsed and the goal appears to have been achieved.

### Antoinette Durden

I will offer case-specific opinions regarding Ms. Antoinette Durden that are based on my review of her medical records, discovery responses, depositions, my education, training, clinical experience, review of medical and scientific literature, and information presented at various medical forums. I will offer opinions regarding her breast cancer, its treatment, and her alopecia.

Ms. Durden is an African American female who is 68 years old, post-menopausal, with a medical history of obesity, high blood pressure, heart murmur, osteoarthritis, vitamin D deficiency, and various dermatological fungal infections and rashes.

In 2011, Ms. Durden was diagnosed with breast cancer. She had infiltrating ductal carcinoma in her left breast that measured 2.5 cm.[81] Ms. Durden's breast cancer was ER+, PR+, and HER2-. She had one lymph node that tested positive for cancer.

Ms. Durden needed surgery, chemotherapy, and hormonal directed therapy for her early breast cancer.

### A. Ms. Durden Chose the Most Aggressive Surgical Option Offered to Her, Despite the Cosmetic Effects

Ms. Durden's surgeon, Dr. Riker, informed Ms. Durden that she had several surgical options, including a lumpectomy with radiation (that would have conserved her breast), mastectomy, or bilateral mastectomy.[82]

Ms. Durden had an extensive family history of serious and fatal cancer, including breast cancer. At the time of Ms. Durden's diagnosis, two nieces and a sister had been diagnosed with breast cancer.[83] An aunt died of lung cancer, and her brother had recently been

---

[81] Ochsner Health System, at 2541-2542.
[82] Infusion Pharmacy, Ochsner Baptist Medical Center, at 303-305; Prier Dep. 36:7-37:20.
[83] Ochsner Health System, at 2570-2575; Durden Dep. 88:21-89:2; 107:25-108:3.

diagnosed with bone cancer.[84]

Considering her family history and increased risk of breast cancer, and seeking to eliminate the possibility that cancer would develop in her right breast, Ms. Durden elected to have a prophylactic right mastectomy in addition to a left mastectomy.[85]  Ms. Durden indicated she did not want to live with the fear that her cancer might recur.[86]

Dr. Riker performed these surgeries, along with bilateral sentinel node biopsies, on July 20, 2011.[87]  Following the surgeries, the lymph node pathologies showed that Ms. Durden had an involved lymph node and stage IIB, ER+, HER2-negative infiltrating moderately differentiated ductal adenocarcinoma of the left breast.[88]

Prior to surgery, Dr. Riker also discussed the possibility of chemotherapy with Ms. Durden, noting that it might reduce the chance of a cancer recurrence.[89]  He referred Ms. Durden to Dr. Sophy Jancich to discuss adjuvant chemotherapy options.[90]

### B.  Taxotere with Cytoxan Was an Optimal Option to Treat Ms. Durden's Cancer

### 1.  Ms. Durden Was Offered, and Refused, a Chemotherapy Regimen Including Taxol and Adriamycin

During Ms. Durden's initial meeting with Dr. Jancich to discuss chemotherapy regimens, Dr. Jancich suggested Ms. Durden enroll in the clinical trial S0221 - a phase II clinical trial comparing four dosing schedules of doxorubicin and cyclophosphamide (AC) followed by paclitaxel.[91]  Ms. Durden discussed S0221 with Dr. Jancich over several appointments.[92]

Ms. Durden's daughter, Anesha Prier, worked as a cancer navigator for the Louisiana Breast and Cervical Health Program ("LBCHP"), then part of Louisiana State University hospital.[93]  Ms. Prier was familiar with doxorubicin (Adriamycin) through her work as a cancer navigator.[94]   Dr. Jancich, Ms. Durden, and her daughter were all aware that Adriamycin was also referred to as the "Red Devil" due to its side effects.[95]   Those side

---

[84] Ochsner Health System, at 2571; Durden Dep. 108:11-108:16.

[85] Prier Dep. 37:21-39:15; Infusion Pharmacy, Ochsner Baptist Medical Center, at 303-305.

[86] Durden Dep. 239:15-240:14.

[87] Ochsner Health System, at 2557-2559.

[88] Infusion Pharmacy, Ochsner Baptist Medical Center, at 405-411, 422-426.

[89] Prier Dep. 37:4-37:16.

[90] Infusion Pharmacy, Ochsner Baptist Medical Center, at 263-264.

[91] Ochsner Health System, at 2577; Infusion Pharmacy, Ochsner Baptist Medical Center, at 257-261; PPR, at 452; Ochsner Health System, at 2607-2609]; Jancich Dep. at Ex. 5 33:58-64.

[92] Ochsner Health System, at 2577; Infusion Pharmacy, Ochsner Baptist Medical Center, at 257-261; PPR, at 452; Ochsner Health System, at 2607-2609; Jancich Dep. at Ex. 5 33:58-64.

[93] Prier Dep. 14:5-14:11; Prier Dep. 19:3-15.

[94] Prier Dep. 50:9-53:2.

[95] Jancich Dep. 161:21-164:4; Durden Dep. 252:25-254:12; Prier Dep. 50:9-53:2.

effects include a risk of significant heart damage, as well as risks of severe nausea, vomiting, and fatigue.[96] Adriamycin also increases the risk of acute leukemia associated with chemotherapy. Ms. Prier had personally witnessed the drug's harsh side effects on cancer patients.[97]   She did not want her mother, Ms. Durden, to experience these side effects.[98]

Ms. Durden's family history of heart disease was also a concern.[99]   In particular, Ms. Durden's sister was diagnosed with breast cancer and received treatment, only to later die of a myocardial infarction.[100]  Ms. Durden also had cardiac concerns of her own – including years of treatment for hypertension.[101]

Given Ms. Durden's extensive family and personal history of heart disease, Adriamycin's potentially fatal cardiotoxicity was of particular concern.[102]   As Ms. Prier explained, she was "concerned about [Ms. Durden] taking Adriamycin due to the family history of hypertension," and "her own hypertension as well [….] You don't want to put extra stress on a heart that already isn't beating or working as well as it should be."[103]

Due to these concerns, Ms. Durden and her daughter were "adamant that they do not want to receive Adriamycin containing regimen."[104]   Given Ms. Durden's personal history of heart disease, she made a reasonable choice by avoiding Adriamycin.  She has mild concentric left ventricular hypertrophy and a systolic ejection murmur.  She has a family history of heart disease.  Her heart issues would have placed her at an even greater risk of cardiac toxicity if she took Adriamycin.  By avoiding Adriamycin, Ms. Durden avoided the increased risk of cardiac toxicity and leukemia. The doctor's prescribing decision was appropriate in this context.

In addition, Ms. Durden is pre-diabetic.  Because Taxol has higher rates of neuropathy than Taxotere and she was already at an increased risk of neuropathy, Ms. Durden's risk of developing neuropathy was lowered by taking Taxotere.

## 2.   Taxotere with Cytoxan Was the Best Regimen for Ms. Durden's Cancer Given Her Refusal of Adriamycin Therapy

Dr. Jancich relied on the NCCN Guidelines list of "preferred" regimens for the adjuvant

---

[96] Jancich Dep. 161:21-164:4; Prier Dep. 50:9-53:2.

[97] Prier Dep. 50:9-53:2.

[98] Prier Dep. 50:9-53:2.

[99] Prier Dep. 54:18-58:16; Durden Dep. 88:1-3; 88:18-20; Ochsner Health System, at 2543-2548.

[100] Ochsner Health System, at 2570-2571; Prier Dep. 56:556:21.

[101] Walgreens. at 65; Ochsner Health System, at 2543-2548; Ochsner Health System, at 2590-2593; Ochsner Health System, at 2594; Prier Dep. 58:7-58:16.

[102] Prier Dep. 54:18-58:23.

[103] Prier Dep. 58:17-23.

[104] Ochsner Health System, at 2607-2609; Ochsner Health System, at 2616-2618; Infusion Pharmacy, Ochsner Baptist Medical Center, at 257-260.

treatment of HER2-negative early breast cancer when determining the appropriate treatment regimen for Ms. Durden.[105]   In 2011, the NCCN Guidelines listed five "preferred" regimens for adjuvant treatment of HER2-negative breast cancer.[106]  The only "preferred" regimen that did not include Adriamycin was the "TC" regimen, consisting of Taxotere (docetaxel) and Cytoxan (cyclophosphamide).[107]  This is because there were no randomized trials demonstrating the effectiveness of Taxol in a regimen that did not contain anthracyclines.   Therefore, based on Ms. Durden's refusal of Adriamycin, the only available preferred and proven effective regimen was the "TC" regimen.

In September 2011, Dr. Jancich noted that Ms. Durden and her daughter were "adamant that they do not want to receive Adriamycin containing regimen."[108]  Dr. Jancich concluded simply: "Therefore, [Ms. Durden] will receive TC (docetaxel 75mg/m2 /Cytoxan 600mg/m2) every 21 days x6."[109]  Again, on October 7, 2011, Dr. Jancich noted: "[Ms. Durden]'s daughter and [Ms. Durden] have elected not to receive Adriamycin-containing regimen due to potential adverse side effects. After detailed discussion regarding potential adverse side effects, [Ms. Durden] is adamant about not receiving Adriamycin-containing regimen."[110]

Dr. Jancich testified that AC followed by Taxol and "TC" (Taxotere and Cytoxan) were the two options offered to Ms. Durden, and Ms. Durden refused AC.[111]  Dr. Jancich's prescription followed: "[Ms. Durden] will be scheduled to begin TC (docetaxel 75mg per meter square/Cytoxan 600mg per meters square every 21 days for six cycles tentatively scheduled to begin 10/18/2011."[112]

### 3.   **Dr. Jancich's Decision Regarding Treatment was Appropriate and Reasonable**

Ms. Durden testified that she would have still elected to receive chemotherapy.[113]  The only established chemotherapy regimen for early breast cancer that does not contain either Adriamycin or a taxane is CMF. This CMF regimen could have theoretically been used in Ms. Durden's case, but is believed to be inferior to taxane based chemotherapy regimens, based on the available data, and is associated with a lower cure rate.  This is why it was not listed as a preferred regimen by NCCN, and why TC was chosen for her treatment.

TC was an NCCN-preferred regimen in 2011, and remains an NCCN-preferred regimen

---

[105] Jancich Dep. 187:18-187:24.
[106] NCCN Guidelines, at § BINV-K (2011).
[107] NCCN Guidelines, at § BINV-K (2011); Jancich Dep. 192:10-192:21.
[108] Ochsner Health System, at 2607-2609.
[109] Ochsner Health System, at 2607-2609.
[110] Ochsner Health System, at 2616-2618.
[111] Jancich Dep. 181:17-182:17; Jancich Dep. 168:1-168:3; Jancich Dep. 258:2-21.
[112] Ochsner Health System, at 2616-2618.
[113] Durden Dep. 216:11-216:15.

for good reason.[114]   Current NCCN Guidelines list only three preferred regimens for adjuvant treatment of HER2-negative breast cancer, and TC remains the only option that does not include Adriamycin.[115]   The other two options each consist of dose-dense Adriamycin and Cytoxan ("AC") followed by Taxol.[116]   TC remains the only preferred regimen for a patient like Ms. Durden who refuses Adriamycin even today, more than seven years after Ms. Durden's treatment.

TC has an overall survival benefit when compared with AC.[117]   AC, in turn, has proven possible survival benefit and some side effect advantages over older generation treatment regimens like CMF (cyclophosphamide, methotrexate, and 5-fluourouracil).   Thus, it is accepted that TC is a preferable option to older generation, non-taxane regimens such as CMF, as reflected in its long-standing status as an NCCN "preferred" regimen and the fact that Dr. Jancich did not discuss or report considering CMF when prescribing chemotherapy for Ms. Durden.[118]

If Ms. Durden were given a chemotherapy regimen that did not contain a taxane, she would have reduced her odds of survival.   Dr. Jancich's decision to prescribe TC was appropriate.

### C. Dr. Jancich and Ms. Durden Decided to Move Forward with Chemotherapy Following an Informed Consent Process

Ms. Durden gave her informed consent to proceed with the TC regimen. Dr. Jancich reviewed a Consent to Administration of Chemotherapy form with Ms. Durden, which identified docetaxel and cyclophosphamide as the drugs Ms. Durden consented to receive.[119]   The form listed "hair loss" as the first of "risks and discomforts" associated with chemotherapy treatment.[120]   In addition to "hair loss," the form listed many potentially severe and long-lasting side effects including "[d]amage to bone marrow (blood forming organ)," "[d]amage to body organ such as brain, heart kidneys, liver, lungs, nervous system, skin," "[s]terility," "[l]oss of lining of the intestinal tract from mouth to anus," "[s]econdary cancer (a cancer in the future that may be caused by chemotherapy)," and "[d]eath."[121]

The Taxotere label in effect when Ms. Durden was prescribed Taxotere warns of hair loss

---

[114] NCCN Guidelines, at § BINV-K (2011); NCCN Guidelines, at § BINV-K (2018).
[115] NCCN Guidelines, at § BINV-K (2018).
[116] NCCN Guidelines, at § BINV-K (2018).
[117] Jones et al., Docetaxel with Cyclophosphamide Is Associated with an Overall Survival Benefit Compared with Doxorubicin and Cyclophosphamide: 7 Year Follow-up of U.S. Oncology Research Trial 9735, 27 J. CLIN. ONCOL. 1177-83 (2009); Jones et al., Phase III Trial Comparing Doxorubicin Plus Cyclophosphamide with Docetaxel Plus Cyclophosphamide as Adjuvant Therapy for Operable Breast Cancer, 24(34) J. CLIN ONCOL. 5381-87 (2006).
[118] Jancich Dep. 181:17-182:17; Jancich Dep. 258:2-21.
[119] Ochsner Health System, at 2673-2674.
[120] Ochsner Health System, at 2673-2674.
[121] Ochsner Health System, at 2673-2674.

alongside other potentially severe and long-lasting side effects such as fatal anaphylaxis, toxic or septic death, fatal gastrointestinal bleeding, hepatic impairment, acute myeloid leukemia, severe hypersensitivity, grade 4 neutropenia, severe drug-induced thrombocytopenia, and severe neurosensory symptoms, including severe motor neuropathy.[122]

The Taxotere label in effect at the time of Ms. Durden's treatment stated that the "[m]ost common adverse reactions across all TAXOTERE indications are […] alopecia."[123]  The Patient Counseling Information portion of the label instructed physicians to "[e]xplain to patients that side effects such as […] hair loss are associated with docetaxel administration."[124]  The Patient Information portion of the label states that "The most common side effects of TAXOTERE include: […] hair loss."[125]  At the time of Ms. Durden's treatment, Dr. Jancich did not look at chemotherapy labels directly, and instead obtained label information from UpToDate.[126]

Dr. Jancich counseled patients that "hair generally grows back" after chemotherapy treatment, and she testified that she would not have told patients that their hair would grow back one hundred percent.[127]

Ms. Durden was given a booklet from the American Cancer Society describing chemotherapy and its side effects.[128]  The booklet stated: "In most cases, hair grows back after chemo."[129]  Ms. Durden was also provided with a handout from the website chemocare.com listing "hair loss" as a side effect of Taxotere.[130]

Ms. Durden testified that at least a year prior to her chemotherapy, one of her nieces had been treated with Taxotere and had experienced permanent hair loss.  Ms. Durden testified that this was not a factor in her decision to undergo chemotherapy.[131]

While all chemotherapy has risks and potential complications, Ms. Durden was appropriately informed of these risks prior to choosing to undergo chemotherapy with Taxotere. The benefits outweighed the risks for her and she was appropriately counseled on the potential risks and complications of the treatment.  The available label at the time of treatment (and at the time Dr. Jancich may have read portions of it) adequately apprised medical oncologists of the risk of alopecia. As a medical oncologist, the label cannot and does not impact your prescribing practices of counseling if you do not read it or have not

---

[122] Taxotere label (09/2011).
[123] Taxotere label (09/2011).
[124] Taxotere label (09/2011).
[125] Taxotere label (09/2011).
[126] Jancich Dep. 119:19-120:20; 126:6-127:10.
[127] Jancich Dep. at 129:17-130:12; Jancich Dep. 238:17-239:2.
[128] PPR, at 963.
[129] PPR 973.
[130] PPR 695.
[131] Durden Dep. 81:8-81:20.

read it since it changed.

### D.  Ms. Durden's Persistent Alopecia Is Not Attributable to Chemotherapy

Ms. Durden testified that all of her hair fell out during chemotherapy, and she was completely bald.[132]   There is no note or mention of persisting hair loss secondary to chemotherapy in Dr. Jancich's records of her treatment of Ms. Durden from 2012 to 2015. With thorough work up and evaluation, none of Ms. Durden's treating dermatologists attributed her hair loss to chemotherapy.  They in fact diagnosed Ms. Durden with alopecia from multiple other causes.

### E.  Ms. Durden's Course of Care After Chemotherapy Included Hormonal Treatment

Because Ms. Durden's cancer is estrogen and progesterone positive, she needed hormonal treatment.  After chemotherapy, Dr. Jancich prescribed endocrine therapy with letrozole for Ms. Durden, beginning on February 23, 2012.[133]  Ms. Durden took letrozole for more than 5 years, and completed letrozole therapy on April 21, 2017.[134] Anti-estrogen agents, including letrozole, are known to cause or contribute to hair loss.

### F.  Summary of Opinions

There is no medically reliable way to attribute Ms. Durden's hair loss complaint to Taxotere alone.  Moreover, Ms. Durden needed chemotherapy.  A Taxotere-containing regimen was an optimal choice for her treatment.  She needed to take a taxane-containing regimen to prevent recurrence most effectively.  The benefits outweighed the risks for her, and she was appropriately counseled on the potential risks of chemotherapy with Taxotere.

While all chemotherapy has risks and potential complications, Ms. Durden was appropriately informed of these risks prior to choosing to undergo chemotherapy with Taxotere.  The available label at the time of treatment adequately apprised medical oncologists of the risk of alopecia.  I feel that the use of Taxotere for Ms. Durden's breast cancer was not only appropriate, but also associated with a good survival outcome.

### Barbara Earnest

I will offer case-specific opinions regarding Ms. Earnest that are based on my review of her medical records, discovery responses, and depositions, my education, training, clinical experience, review of medical and scientific literature, and information presented at various medical forums.  I will offer opinions regarding her breast cancer, treatment, and alopecia. I hold all opinions to a reasonable degree of medical or scientific certainty.

---

[132] Durden Dep. 44:2-5.
[133] Ochsner Health System 2951-2953.
[134] Ochsner Health System 2341-2352; Ochsner Medical Center 1203-1222.

Mrs. Barbara Earnest is a 68-year-old Caucasian female with a medical history of arthritis, intermittent abnormal liver enzymes, pre-diabetes, lung and splenic granulomatous disease, and morbid obesity (BMI of 42).  In addition, she has a family history of diabetes and coronary artery disease in first and second-generation family members.

Ms. Earnest was diagnosed with invasive ductal breast cancer in 2011 at 60 years of age. Ms. Earnest's breast cancer was ER+, PR+, and HER2-.  She had one lymph node that tested positive for cancer.

Ms. Earnest needed surgery, and had a lumpectomy.[135]  Because Ms. Earnest had a lumpectomy, she needed radiation.  Ms. Earnest also needed chemotherapy.

### A. Taxotere Had Advantages Over Paclitaxel, Which Would Have Been More Likely to Worsen Her Neuropathy

After surgery, Ms. Earnest consulted with a medical oncologist, Dr. James Carinder, who recommended chemotherapy.[136]  Dr. Carinder recommended four cycles of dose-dense doxorubicin and cyclophosphamide, followed by four cycles of docetaxel given every 21 days.[137]

Dr. Carinder testified that he preferred using docetaxel over paclitaxel.[138]  At the time Ms. Earnest was being treated, paclitaxel was given at a "high dose every two weeks or three weeks…."[139]  And paclitaxel often resulted in "daunting" neuropathy for patients.[140]  Dr. Carinder preferred docetaxel over paclitaxel because docetaxel had a lower risk of neuropathy and infusion reactions.[141]

Dr. Carinder made an appropriate decision in recommending docetaxel over paclitaxel for Ms. Earnest.  The risk of developing such neuropathy is something that Ms. Earnest would have wanted to know before deciding to take a Taxol-containing regimen.[142]  This is true irrespective of changes made by oncologists in how they administer Taxol, by frequency or by dose.

Neuropathy was, and continues to be, a major risk with patients taking paclitaxel.  But in patients like Ms. Earnest, who are at a higher risk of developing debilitating permanent neuropathy, paclitaxel is a less attractive option. Because of the risk of neuropathy with

---

[135] LSU Bogalusa Medical Center 29–30; LSU Bogalusa Medical Center 35–39.
[136] Northshore Oncology Associates, at 233, 222–224.
[137] Northshore Oncology Associates, at 233, 222–224.
[138] James Carinder Dep. 26:8–8.
[139] James Carinder Dep. 129:31.
[140] James Carinder Dep. 26:8–8; 69:6–19; 130:2.
[141] James Carinder Dep. 26:8–8; 26:18–25; 69:6–19.
[142] Barbara Earnest Dep. 109:7–18; 111:1–25; 112:1–9.

Taxol, Ms. Earnest's previous history with shingles, and a significant family history of diabetes, docetaxel was a good choice.

Diabetics are at a higher risk of developing neuropathy.[143]  Ms. Earnest testified that her mother and father both died of complications from diabetes and that four of her siblings have been diagnosed with the disease.[144]  Her medical records demonstrate that she is pre-diabetic, and was diagnosed with diabetes during chemotherapy.[145]

Ms. Earnest has neuropathy to this day and continues to takes Gabapentin to treat it.[146] Her neuropathy may have been worse if she had received a Taxol-containing regimen.

Barbara Earnest has a strong family history for heart disease and diabetes in first and second generation family members.[147]

I believe that Ms. Earnest was an appropriate candidate for chemotherapy with Taxotere. The benefits outweighed the risks for her, and she was appropriately counseled on the potential risks of chemotherapy with Taxotere.

### B.  The Risk of Hair Loss With Chemotherapy is Labelled

In 2011, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia."  It continued: "The most common side effects of Doxorubicin include: hair loss (alopecia).  Your hair may re-grow after your treatment."  Under cutaneous reactions, the label reads "Reversible complete alopecia occurs in most cases."

In 2011, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading that "Adverse reactions reported most often include neutropenia, febrile neutropenia, fever, alopecia, nausea, vomiting, and diarrhea." Under common adverse reactions, the label lists "skin and its structure" reactions: "Alopecia occurs in patients treated with cyclophosphamide."

In 2011, the FDA-approved label for Taxotere included "Adverse Reactions," reading that "[t]he most common adverse reactions across all TAXOTERE indications are…alopecia."[148] Information on alopecia was included in various other parts of the label.[149]  In the Patient Counseling Information section it stated: "Explain to patients that

---

[143] Slidell Memorial Hospital 239–41.
[144] Barbara Earnest Dep. 107:25; 108:1–19; Barbara Earnest Dep. 109:20–21; Barbara Earnest Dep. 137:6–11.
[145] PPR 1625–26; Bruce Samuels 22–23.
[146] PPR 4543–4573.
[147] Slidell Memorial Hospital 239-241.
[148] Taxotere (05/2010).
[149] Taxotere (05/2010).

side effects such as… hair loss are associated with docetaxel administration."[150] And in the Patient Information section the label stated: "The Most common side effects of TAXOTERE include: … hair loss."[151]

The Taxotere label that Dr. Carinder would have read stated in the Patient Information Leaflet: "Hair Loss – Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatment, hair generally grows back. Your doctor or nurse can refer you to a store that carries wigs, hairpieces, and turbans for patients with cancer."[152]

Dr. Carinder testified that he read the package insert (or labeling) for Taxotere "back when it went on the market," before the year 1999 or 2000.[153] Once again, the label, or changes to the label, make no significant difference in prescribing decisions or patient counseling when they are not read or consulted.

## C. Awareness of Rare Risk of Permanent or Persistent Hair Loss with Chemotherapy

Dr. Carinder suggested that he did not know of the risk of permanent or persistent hair loss at the time of Ms. Earnest's treatment.[154] However, Dr. Carinder's testimony seems premised on the belief that there is a permanent hair loss risk carried by Taxotere that is common, proven, or unacceptably high. Dr. Carinder did know of the possibility that his patients taking dose-dense A/C followed by Taxol could develop permanent hair loss. He knew of this as a reality because he had already had a patient six years earlier that had developed persistent or permanent hair loss on that regimen.[155]

Dr. Carinder explicitly chose not to warn patients about such a risk at the outset because, in his experience, it was exceedingly rare. Dr. Carinder has treated hundreds of breast cancer patients over the course of his career.[156] In that time, he has only seen two patients whose hair did not regrow as expected, which he believes may have been caused by chemotherapy.[157]

It is common for an oncologist not to mention non-life-threatening and rare risks to patients – even if the oncologist has seen it firsthand. Oncologists have a difficult job of educating patients about their treatment options while reassuring them on the possibilities of success

---

[150] Taxotere (05/2010).
[151] Taxotere (05/2010).
[152] Taxotere Label (05/1996).
[153] James Carinder Dep. 119:3-14.
[154] James Carinder Dep. 27:4–9.
[155] James Carinder Dep. 182:9-13; James Carinder Dep. 124:17-19; James Carinder Dep. 86:3–6.
[156] James Carinder Dep. 61:13–25; 62:1–7.
[157] James Carinder Dep. 85:2–12.

and providing hope that the patient will survive. [158]

Dr. Carinder testified that it is not reasonable or appropriate to cover all labeled risks with patients.[159]  Dr. Carinder testified that he warns his patients about the most common side effects.  And he always warns about the unknowns with chemotherapy.[160]

Dr. Carinder does not recall what he specifically said to Ms. Earnest other than that her hair would fall out.[161] Still, he similarly testified that, when asked about permanent hair loss, he told patients that he had one patient whose hair did not regrow.[162]  Dr. Carinder typically does not tell his patients that their hair will absolutely regrow.[163]

Ms. Earnest's husband, Ralph, was at the appointment with Dr. Carinder.[164] He remembers Dr. Carinder telling them that "it was possible [her hair] would never grow back."[165]

In addition, before ever meeting with an oncologist, Ms. Earnest saw a surgeon regarding her cancer treatment, Dr. Celeste LeGarde.   Dr. LeGarde left Ms. Earnest a copy of the pathology report and an educational breast cancer book.[166]  The book provided by Dr. LeGarde in February 2011 is titled: "Breast Cancer Treatment Handbook."[167]  The book specifically states that there have been "rare reports of permanent hair loss" with Taxotere (docetaxel).[168]

On March 31, 2011, Barbara Earnest signed a chemotherapy informed consent that warned of side effects from chemotherapy, including hair loss, death, brain damage, quadriplegia, paraplegia, loss of organ function, loss of an arm, and loss of a leg.[169]  In addition, in the form, Ms. Earnest acknowledge that, "I understand there is a risk of very uncommon, rare, or previously unknown side effects developing because of the use of these drugs."[170]

Ms. Earnest understood and agreed to the risk of hair loss.[171] She understood and agreed to the risk of bleeding or anemia.[172] She understood and agreed to the risk of potentially life threatening damage to such vital organs as the heart, lungs, liver and kidneys.[173]   She

---

[158] James Carinder Dep. 88:24.
[159] James Carinder Dep. 87:25; 88:1–25; 89:1–6.
[160] James Carinder Dep. 19–23.
[161] James Carinder Dep. 115:16-116:14.
[162] James Carinder Dep. 125:4-12.
[163] James Carinder Dep. 96:13-16.
[164] Ralph Earnest Dep. 146:21–25.
[165] Ralph Earnest Dep. 147:24-148:13.
[166] Celeste LeGarde at 22.
[167] PPR at 001760, Ex. 3, Celeste LeGarde Dep. 57:6–8.
[168] PPR 001972.
[169] Northshore Oncology Associates 315–16.
[170] Northshore Oncology Associates 315–16.
[171] Barbara Earnest Supp. Dep. 34–36.
[172] Barbara Earnest Supp. Dep. 34–36.
[173] Barbara Earnest Supp. Dep. 34–36.

understood and agreed to the risk of losing an organ.[174] She understood and agreed to the risk of losing a limb.[175] She understood and agreed to the risk of losing function of an organ.[176] Ms. Earnest understood and agreed to the risk of quadriplegia.[177] She understood and agreed to the risk of paraplegia. She understood and agreed to the risk of brain damage.[178] She accepted all of these risks.[179]

Ms. Earnest specifically understood that there was a risk of unknowns with chemotherapy.[180] She accepted these risks because she wanted to give herself the best chance of survival.[181]

Ms. Earnest was appropriately informed of the risks and possible complications before choosing to undergo chemotherapy with Taxotere, and she determined the benefits outweighed those risks. The available label at the time of treatment adequately apprised medical oncologists of the risk of alopecia. Based on his own clinical experience, Dr. Carinder was aware of another patient with alopecia after chemotherapy. Dr. Carinder warned Ms. Earnest of the risk of developing unknown or rare side effects, including a specific warning that he was aware of a case of persistent or permanent hair loss.

### D. Ms. Earnest Took A/C and Experienced Total Hair Loss Before Taking Taxotere

Every three weeks, Ms. Earnest went in for chemotherapy.[182] She underwent chemotherapy eight times.[183] The first four times, she received two medicines – doxorubicin and cyclophosphamide.[184] The next four times, she received one other medicine – docetaxel.[185] Ms. Earnest experienced total hair loss following the administration of doxorubicin and cyclophosphamide. It is impossible to single out Taxotere as the cause of Ms. Earnest's alopecia when she lost her hair well before taking the medicine, while on two other chemotherapy agents.

### E. Ms. Earnest's Course of Care Following Chemotherapy Included Radiation

[174] Barbara Earnest Supp. Dep. 34–36.

[175] Barbara Earnest Supp. Dep. 34–36.

[176] Barbara Earnest Supp. Dep. 34–36.

[177] Barbara Earnest Supp. Dep. 34–36.

[178] Barbara Earnest Supp. Dep. 34–36.

[179] Barbara Earnest Supp. Dep. 34–36.

[180] Barbara Earnest Supp. Dep. 41:2–5; Northshore Oncology Associates, 315–16.

[181] Barbara Earnest Supp. Dep. 39:24–25; 40:1–5.

[182] Plaintiff Fact Sheet § V.12.

[183] Slidell Memorial Hospital 261–67; Slidell Memorial Hospital 293–304; Slidell Memorial Hospital 333-341; Slidell Memorial Hospital 377–84; Slidell Memorial Hospital 426–33; Slidell Memorial Hospital 478–85; Slidell Memorial Hospital 527–38; Slidell Memorial Hospital 600–10.

[184] Plaintiff Fact Sheet § V.12.a; Slidell Memorial Hospital 261–67; Slidell Memorial Hospital 293–304; Slidell Memorial Hospital 333-341; Slidell Memorial Hospital 377–84.

[185] Plaintiff Fact Sheet § V.12.a; Slidell Memorial Hospital 426–33; Slidell Memorial Hospital 478–85; Slidell Memorial Hospital 527–38; Slidell Memorial Hospital 600–10.

Ms. Earnest received radiation treatment between October 3, 2011 and November 21, 2011.[186]

## F. Ms. Earnest's Course of Care After Chemotherapy Included Hormonal Treatment

Ms. Earnest started hormone therapy (Arimidex) in November 2011.[187]  Dr. Carinder recommended Arimidex because of the hormone positive status of her cancer.[188]  Patients of Dr. Carinder have experienced significant hair thinning from Arimidex.[189]  Dr. Carinder tells patients that "Not every patient gets thinning of the hair" with Arimidex.[190]

In 2015, Ms. Earnest saw Dr. Moehlen at the Tulane Liver Clinic to follow up on abnormal liver chemistries.[191]  Her bilirubin was slightly elevated at 1.2 in November 2013 and 2.0 in September 2014.[192]  She was told she has fatty liver disease and that she might need a biopsy at some point.[193]  Dr. Moehlen noted that Arimidex "can cause elevations in GGT and alkaline phosphatase [largely thought to be due to bone isoforms of the enzymes], however, there have been no convincing reports of hepatoxicity in the medical literature related to this."[194]  Dr. Moehlen discussed the possibility of "drug-induced liver injury" caused by Arimidex with Ms. Earnest.[195]  Dr. Moehlen, however, told Ms. Earnest to continue taking Arimidex because "the benefits of the drug outweigh the potential harm."[196]

In December 2016, after five years of taking Arimidex, Ms. Earnest again discussed the risks and benefits of continuing hormone therapy with her new oncologist, Dr. Collins-Burrow.[197]  Ms. Earnest opted to continue hormone therapy to lower the risk of recurrence.[198]  She continues to take Arimidex.

## G. Summary

Ms. Earnest needed chemotherapy.  A Taxotere-containing regimen was an appropriate

---

[186] Slidell Radiation Center 23–25; Slidell Radiation Center 15–22.
[187] Northshore Oncology Associates 251–52.
[188] Northshore Oncology Associates 233, 222-224.
[189] James Carinder Dep. 110:14–16.
[190] James Carinder Dep. 114:22–25; 115:1–8.
[191] Tulane Liver Clinic 291–98.
[192] Tulane Liver Clinic 291–98.
[193] Tulane Liver Clinic 291–98.
[194] Tulane Liver Clinic 291–98.
[195] Tulane Liver Clinic 291–98.
[196] Tulane Liver Clinic 291–98.
[197] Tulane Medical Center 12–16; Tulane Cancer Center 134–41.
[198] Tulane Medical Center 12–16; Tulane Cancer Center 134–41; Barbara Earnest Depo. 226:8–11, 290:16–18; Slidell Radiation Center 5–7.

choice for her treatment.  She needed to take a taxane-containing regimen to optimally prevent recurrence.  It was reasonable to avoid Taxol because of the risk of neuropathy. Ms. Earnest has not had a relapse of her cancer.

Ms. Earnest lost her hair before chemotherapy with Taxotere. There is no medically reliable way to trace Taxotere as the significant cause of her complaints about her hair not re-growing since her pre-Taxotere chemotherapy. She voluntarily continues to take medications, including Gabapentin and Arimidex, which can cause hair loss.  She is also post-menopausal, ageing, and has several other medical conditions that could contribute to her hair loss.

Before prescribing Ms. Earnest Taxotere, Dr. Carinder was aware there was a rare risk of persistent hair loss with an "AC – Taxotere" regimen, through his own clinical experience. Additionally, Dr. Carinder did not rely on Taxotere's label when informing Ms. Earnest about side effects – he had not referenced the label in over ten years.[199]

Ms. Earnest accepted the very serious risks of chemotherapy treatment, including rare or unknown side effects, to optimize her survival.   No one could say that Ms. Earnest's hair wouldn't be in the same condition if she had been prescribed paclitaxel.[200]

_____
John A. Glaspy, M.D.
University of California, Los Angeles          December 14, 2018

---

[199] James Carinder Dep. 119:3-14.
[200] James Carinder Dep. 138:23-139:5.

**Figure A – Ex. A to Sanofi's Responses to Plaintiffs' Notice of 30(b)(6) Deposition - Table of TAX316 Patients**

| Subject ID | Treatment Arm | Last Chemotherapy Treatment | Last Documentation of Ongoing Alopecia | Documented Ongoing Alopecia >6 Months | Date of Resolution | Description |
|---|---|---|---|---|---|---|
| 11738 | TAC | 4/27/99 | 8/23/99 | No | N/A | Received 5 cycles of TAC, last cycle administered 4/27/99. [Sanofi_02649521, p.7131] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14989] After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.31091] During a follow up visit on 8/23/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.14990, 32450] She was not seen again for follow up due to her withdrawal of consent. [Sanofi_02649521, p.32450] |
| 12211 | TAC | 11/4/98 | 8/12/98 | No | 11/4/98 | Received 5 cycles of TAC, last cycle administered 8/12/98. [Sanofi_02649521, p.7291] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17558] After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.458, 31116] She received FAC for her 6th cycle of treatment on 11/4/98. [Sanofi_02649521, p.458, 17559, 32793] On this date, alopecia was recorded as resolved. [Sanofi_02649521, p.17559, 32793] Alopecia was not recorded as an adverse event at any of her next 13 follow up visits. [Sanofi_02649521, p.17559, 32794-5] |
| 12314 | TAC | 4/22/99 | 3/13/99 | No | 4/22/99 | Received 3 cycles of TAC, last cycle administered 2/18/99. [Sanofi_02649521, p.7169-70] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05497867] She was withdrawn from the study after developing febrile neutropenia during her 3rd cycle of TAC and received FAC for her final 3 cycles. [Sanofi_02649521, p.335] During her 2nd cycle of FAC on 3/13/99, alopecia was recorded as |

50

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ongoing. [Sanofi_05497797, 05497888, 05497892] Her last cycle of FAC was administered on 4/22/99, and on this date alopecia was recorded as ceased. [Sanofi_05497898, 05497902] Alopecia was not recorded as an adverse event during any of her next 12 follow up visits. [Sanofi_05497908-66, Sanofi_0264952l, p.32543-4] |
| 12403 | TAC | 12/11/98 | No | 1/99 | Received 6 cycles of TAC, last cycle administered 12/11/98. [Sanofi_0264952l, p.7098-9] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0264952l, p.14379] At her first follow up visit on 4/7/99, alopecia was recorded as resolved, with 1/99 listed as the resolution date. [Sanofi_0264952l, p.14380, 32374] Alopecia was not recorded as an adverse event during any of her next 10 follow up visits. [Sanofi_0264952l, p.14380-2, 32374-5] |
| 12612 | TAC | 5/11/99 | Yes | 12/18/01 | Received 6 cycles of TAC, last cycle administered 5/11/99. [Sanofi_0264952l, p.7301] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0264952l, p.17755] Alopecia was recorded as ongoing at her first eight follow up visits (8th follow up on 6/12/01) [Sanofi_0264952l, p.17756-9, 32760] At her ninth follow up visit on 12/18/01, alopecia was recorded as resolved and was not recorded as an adverse event at any of her next 3 follow up visits. [Sanofi_0264952l, p.17759, 32818-9] |
| 13605 | TAC | 8/26/98 | No | 12/3/98 | Received 6 cycles of TAC, last cycle administered 8/26/98. [Sanofi_0264952l, p.7486-7] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0264952l, p.19487] At her first follow up visit on 12/3/98, alopecia was recorded as resolved. [Sanofi_0264952l, p.19488, 33177] Alopecia was not recorded as an adverse event during any of her next 13 follow up visits. [Sanofi_0264952l, p.19488-9, 33177-8] |
| 13607 | TAC | 9/16/98 | No | 11/23/98 | Received 6 cycles of TAC, last cycle administered 9/16/98. [Sanofi_0264952l, p.7487-8] On this date, the patient was |

51

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | recorded as having ongoing alopecia. [Sanofi_02649521, p.7488, 19492] At her first follow up visit on 11/23/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19492, 33179] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.33179-80] |
| 13610 | TAC | 4/6/99 | No | 7/22/99 | | Received 6 cycles of TAC, last cycle administered 4/6/99. [Sanofi_02649521, p.7490] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19497] At her first follow up visit on 7/22/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19497, 33182] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.19497, 33182-3] |
| 13615 | TAC | 6/15/99 | No | 11/5/99 | | Received 6 cycles of TAC, last cycle administered 6/15/99. [Sanofi_02649521, p.7492] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19506] At her first follow up visit on 11/5/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19507, 33186] Alopecia was not recorded as an adverse event at any of her next 8 follow up visits. [Sanofi_02649521, p.19507, 33186-7] |
| 15002 | TAC | 9/23/98 | No | 11/3/98 | N/A | Received 1 cycle of TAC, administered on 8/26/98. [Sanofi_05503622; Sanofi_02649521, p.7383] The patient developed alopecia after this treatment cycle. [Sanofi_05503627] She was withdrawn from the study after developing gastrointestinal mucositis following TAC administration. [Sanofi_02649521, p.343] On 9/23/98, the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503640] At her first follow up visit on 11/3/98, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503639, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 05503641]  No further alopecia assessments were made for this patient.  After a distant breast cancer relapse, the patient began treatment with Taxol on 8/31/99. [Sanofi_05503649] She was lost to follow up since 12/22/99 [Sanofi_05503594], and recorded as deceased due to breast cancer on an unknown day in 8/01. [Sanofi_05503655] |
| 15006 | TAC | 1/12/99 | 2/23/99 | No | N/A | Received 1 cycle of TAC, administered on 12/23/98. [Sanofi_05503696; Sanofi_02649521, p.7384]  The patient developed alopecia after this treatment cycle. [Sanofi_05503700]  She was withdrawn from the study after developing anaphylaxis during TAC administration. [Sanofi_00264952I, p.344]  On 1/12/99 the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503707]  At her first follow up visit on 2/23/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503711, 05503716]  No further alopecia assessments were made for this patient.  After a distant breast cancer relapse, the patient began treatment with vinorelbine on 8/10/99. [Sanofi_05503719] |
| 15606 | TAC | 12/4/98 | 1/11/99 | No | N/A | Received 6 cycles of TAC, last cycle administered 12/4/98. [Sanofi_02649521, p.7398-9]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18545]  At her first follow up visit on 1/11/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.18545, 33002]  No further assessments of alopecia were made for this patient.  On 7/25/01, the patient was described as lost to follow up. [Sanofi_02649521, p.33002] |
| 15808 | TAC | 9/4/98 | 12/30/98 | No | N/A | Received 6 cycles of TAC, last cycle administered 9/4/98. [Sanofi_02649521, p.7337]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18077]  At her first follow up visit on 12/30/98, she was diagnosed with a breast cancer relapse. [Sanofi_02649521, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | p.539]  On this date, alopecia was recorded as ongoing and no longer followed. [Sanofi_02649521, p.18078]  No further alopecia assessments were made for this patient. |
| 17603 | TAC | 5/8/98 | Yes | 2/19/99 | 5/7/99 | Received 6 cycles of TAC, last cycle administered 5/8/98. [Sanofi_02649521, p.7661]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20652]  Alopecia was recorded as ongoing during her first three follow-up visits (3rd follow up on 2/19/99). [Sanofi_02649521, p.20653, 33545]  At her fourth follow up visit on 5/7/99, alopecia was listed as resolved. [Sanofi_02649521, p.20654, 33545] |
| 17608 | TAC | 6/23/98 | No | 9/22/98 | N/A | Received 2 cycles of TAC, last cycle administered 6/23/98. [Sanofi_02649521, p.7664]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20681]  After receiving her 2nd cycle of TAC, the patient withdrew her consent and refused further treatment. [Sanofi_02649521, p.31173]  On 7/14/98 the patient began alternative chemotherapy treatment with Adriamycin and Cyclophosphamide. [Sanofi_02649521, p.35363]  At her first follow up visit on 9/22/98, alopecia was recorded as ongoing but no longer followed due to withdrawal of consent. [Sanofi_02649521, p.20682, 33551] |
| 22312 | TAC | 5/10/99 | No | 4/19/99 | 5/10/99 | Received 2 cycles of TAC, last cycle administered 2/15/99. [Sanofi_05498037; Sanofi_02649521, p.7178]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498037, 05498041]  Due to an allergic reaction during infusion of the second cycle of TAC, the patient was withdrawn from the study and received FAC for her final 4 cycles of treatment. [Sanofi_02649521, p.360]  During her 3rd cycle of FAC administration on 4/19/99, alopecia was recorded as ongoing. [Sanofi_05498075, 05498079]  Her final cycle of FAC was administered on 5/10/99. [Sanofi_05498085]  Alopecia was recorded as ceased on this |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | date. [Sanofi_05498089]  Alopecia was not recorded as an adverse event during any of her next 11 follow-up visits [Sanofi_05498095-136] |
| 22702 | TAC | 11/25/98 | 11/25/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 9/2/98. [Sanofi_02649521, p.7183-7184]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498537, 05498541]  Due to the development of allergy and dyspnea, the patient was withdrawn from the study and received FAC for her last 4 cycles of treatment [Sanofi_02649521, p.364]  Her last cycle of FAC was administered on 11/25/98, and the status of her alopecia was listed as ongoing. [Sanofi_05498596, 05498600]  No further alopecia assessments were made for this patient. [Sanofi_05498606-662; Sanofi_02649521, p.15835] |
| 23907 | TAC | 11/25/98 | 2/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 11/25/98. [Sanofi_02649521, p.7501]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19573]  After her 4th cycle of TAC, the patient suffered a breast cancer relapse, and she was withdrawn from the study. [Sanofi_02649521, p.651]  At her first follow up visit, alopecia was recorded as ongoing. [Sanofi_02649521, p.19573]  A date for this follow up visit has not been identified.  As per protocol, this visit would have been 3 months after the last chemotherapy administration (roughly 2/99).  Alopecia was not recorded as an adverse event during 4 abbreviated follow up visits between 3/18/99 and 3/6/03. [Sanofi_02649521, p.19573, 33204] |
| 25010 | TAC | 8/20/99 | 11/25/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 7/30/99. [Sanofi_05503801; Sanofi_02649521, p.7388-7389]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05503805]  After this cycle, she developed a serious episode of febrile neutropenia and was discontinued from the study. [Sanofi_02649521, p.368-369]  On 8/20/99 she began |

55

| | | | | | |
|---|---|---|---|---|---|
| | | | | | alternative chemotherapy with epirubicin and cyclophosphamide (number of cycles received unknown). [Sanofi_05503819] At her first follow-up visit on 11/25/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503816, 05503820] No further alopecia assessments were made for this patient. [Sanofi_05503821-851] |
| 26802 | TAC | 9/28/98 | No | N/A | Received 5 cycles of TAC, last cycle administered 9/7/98. [Sanofi_05506753; Sanofi_02649521, p.7478] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05506757] After experiencing total body anesthesia after administration of cycle 5, she was withdrawn from the study. [Sanofi_02649521, p.372] On 9/28/98 she began alternative chemotherapy with AC (number of cycles received unknown). [Sanofi_05506765] At her first follow-up visit on 12/31/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05506769-70] No further alopecia assessments were made for this patient. |
| 29701 | TAC | 8/14/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/9/98. [Sanofi_05468927; Sanofi_02649521, p.7697] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05468931] After repeated episodes of neutropenia with each chemotherapy cycle, she was withdrawn from the study. [Sanofi_02649521, p.380, Sanofi_05468940] On 8/14/98 she began alternative chemotherapy with AC (number of cycles received unknown). [Sanofi_05468939] At her first follow-up visit on 11/12/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05468942-3] No further alopecia assessments were made for this patient. [Sanofi_05468944-982] |

56

| 30702 | TAC | 4/16/99 | 4/16/99 | No | 8/30/99 | Received 6 cycles of TAC, last cycle administered 4/16/99. [Sanofi_0228520; Sanofi_0649521, p.7765] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0228524] At her first follow up visit on 8/30/99, alopecia was recorded as resolved. [Sanofi_0228538, 0228542, Sanofi_0649521, p.21823, 33792] Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_0228543-0228587, Sanofi_0649521, p.33792-3] |
| 40401 | TAC | 8/3/98 | 9/22/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/2/98. [Sanofi_0244422, Sanofi_0649521, p.7768] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_03244427] After episodes of febrile neutropenia with each TAC cycle [Sanofi_0649521, p.387], the patient refused further treatment stating she "didn't want any more of this treatment," and she was discontinued from the study. [Sanofi_03244442] On 8/3/98 she began alternative chemotherapy treatment with AC (number of treatment cycles unknown). [Sanofi_03244450] At her first follow-up visit on 9/22/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_03244444, 03244449, 03244562-3] No further alopecia assessments were made for this patient. [Sanofi_03244451-454; Sanofi_0649521, p.21862-21864] |
| 13608 | FAC | 1/18/99 | 1/18/99 | No | 4/22/99 | Received 6 cycles of FAC, last cycle administered on 1/18/99. [Sanofi_0649521, p.8221] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0649521, p.19494] At her first follow up visit on 4/22/99, her alopecia status was recorded as resolved. [Sanofi_0649521, p.19494, 33180] |
| 16301 | FAC | 3/11/99 | 5/26/99 | No | N/A | Received 3 cycles of FAC, last cycle administered on 1/28/99. [Sanofi_0649521, p.8147] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_0649521, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | p.18688; Sanofi_05511537] Following this cycle, the patient developed fever and tiredness due to grade 4 bacteremia. She was withdrawn from the study because the investigator felt her health was not strong enough. [Sanofi_02649521, p.736]. On 3/11/99 she began alternative treatment with CMF chemotherapy (number of treatment cycles unknown). [Sanofi_02649521, p.736; Sanofi_05511551] At her first follow-up visit on 5/26/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18689; Sanofi_05511550] No further alopecia assessments were made for this patient. [Sanofi_05511556-626; Sanofi_02649521, p.18689] |
| 19801 | FAC | 3/17/98 | 3/17/98 | No | 5/12/98 | Received 6 cycles of FAC, last cycle administered on 3/17/98. [Sanofi_02218444; Sanofi_02649521, p.8461] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21339; Sanofi_02218448] At her first follow up visit on 7/14/98, alopecia was recorded as resolved, with a resolution date of 5/12/98. [Sanofi_02218341] |
| 20610 | FAC | 4/29/99 | 7/8/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/29/99. [Sanofi_02649521, p.7961] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.16574] On 5/31/99 she was diagnosed with breast cancer relapse, and she began alternative anti-cancer treatment, the details of which were not provided to investigators. [Sanofi_02649521, p.938] At her first follow up visit on 7/8/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.16575, 32662; Sanofi_05501313] The patient died of breast cancer on 8/30/99. [Sanofi_02649521, p.938; Sanofi_05501314] |
| 24411 | FAC | 3/10/99 | 6/10/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 3/10/99. [Sanofi_05476972; Sanofi_02649521, p.8292] On |

| | | | | | | this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20002; Sanofi_05476976] On 6/9/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.965; Sanofi_05476994] At her first follow up visit on 6/10/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.20002, 33350; Sanofi_05476993] She began treatment with alternative navelbine chemotherapy on 6/11/99. [Sanofi_02649521, p.965; Sanofi_05476995] No further alopecia assessments were made for this patient. [Sanofi_05476997; Sanofi_02649521, p.20002-3] |
|---|---|---|---|---|---|---|
| 24520 | FAC | 2/11/99 | | No | N/A | Received 6 cycles of FAC, last cycle administered on 2/11/99. [Sanofi_02649521, p.8342] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20363] On 3/22/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.33458, 35222] Also on 3/22/99, her alopecia status was recorded as ongoing and no longer followed due to new chemotherapy regimen started. [Sanofi_02649521, p.20363, 33458] She began alternative Taxotere chemotherapy on 4/7/99. [Sanofi_02649521, p.35351] No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20363] |
| 25501 | FAC | 11/16/98 | | No | N/A | Received 6 cycles of FAC, last cycle administered on 11/16/98. [Sanofi_02649521, p.8085] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18221] She was diagnosed with breast cancer relapse on 1/1/01. [Sanofi_02649521, p.32918, 35195] At her first follow up visit on 2/12/99, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy she was receiving. [Sanofi_02649521, p.18221, 35309] No further alopecia |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | assessments were made for this patient. [Sanofi_02649521, p.18221] |
| 25601 | FAC | 4/3/98 | 9/14/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/3/98. [Sanofi_02649521, p.8130]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18552; Sanofi_05506268]  She was diagnosed with breast cancer relapse on 9/14/98. [Sanofi_02949521, p.33003; Sanofi_05506286]  Also on 9/14/98, her alopecia status was recorded as ongoing and "no longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18552, Sanofi_05506285]  She began alternative Taxotere chemotherapy on 9/19/98. [Sanofi_02649521, p.974; Sanofi_05506287]   No further alopecia assessments were made for this patient. [Sanofi_05506287-9; Sanofi_02649521, p.18552] |
| 26804 | FAC | 11/18/98 | 11/18/98 | No | 3/16/99 | Received 6 cycles of FAC, last cycle administered on 11/18/98. [Sanofi_05506403; Sanofi_02649521, p.8210]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19416; Sanofi_05506407]  At her first follow up visit on 3/16/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19417; Sanofi_05506423] |
| 27304 | FAC | 8/9/99 | 9/7/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 8/9/99. [Sanofi_05466953; Sanofi_02649521, p.8494]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21744; Sanofi_05466960]  At her first follow up visit on 9/7/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.21746; Sanofi_05466960]  On that same day (9/7/99), she was diagnosed with breast cancer relapse. [Sanofi_02649521, p.815, 35239; Sanofi_05466978]  On 9/15/99, the patient died after developing thrombosis, hepato-renal failure, and acute respiratory failure. [Sanofi_02649521, p.815] |

| 27601 | FAC | 8/7/98 | 9/8/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/17/98. [Sanofi_02649521, p.8390-91] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20736] For an unknown reason (but presumably due to a breast cancer relapse), on 8/7/98 the patient began alternative high-dose chemotherapy (cyclophosphamide, carboplatin, thiotepa) with autologous peripheral stem cell support. [Sanofi_02649521, p.33559, 35364] At her first follow up visit on 9/8/98, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy regimen started. [Sanofi_02649521, p.20736] No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20736] |
| 27610 | FAC | 9/10/99 | 3/3/00 | No | 6/16/00 | Received 6 cycles of FAC, last cycle administered on 9/10/99. [Sanofi_02649521, p.8396] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20790] At her first and second follow up visits on 12/2/99 and 3/3/00, respectively, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.20791, 33568] At her third follow up visit on 6/16/00, her alopecia status was recorded as resolved. [Sanofi_02649521, p.20792, 33569] |
| 32207 | FAC | 5/26/99 | 9/15/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 5/26/99. [Sanofi_02649521, p.7798] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14163] At her first follow up visit on 9/15/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.14164, 32309] During her next 11 follow up visits through 6/25/03, alopecia was not listed as resolved but was also not listed as an adverse event. [Sanofi_02649521, p.14164, 32309-10] |