# EXHIBIT L

```
                                                                1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4  ANTOINETTE DURDEN,
 5         Plaintiff,
 6
 7  VERSUS           CIVIL ACTION NO. 2:16-cv-16635
 8
 9  SANOFI S.A., SANOFI-AVENTIS U.S.
10  L.L.C., SANOFI US SERVICE, INC., and
11  AVENTIS-PHARMA S.A.,
12         Defendants.
13
14
15
16
17
18    VIDEOTAPED DEPOSITION OF JULIE MARTIN, M.D.
19
20    Taken at Ochsner Clinic Dermatology, 1514
21    Jefferson Highway, New Orleans, Louisiana, on
22    Tuesday, January 23, 2018, beginning at
23    1:06 p.m.
24
25  Job No. NJ2799589
```

```
                                                    42
 1    A.  Correct.  It seems that way.
 2    Q.  And then under the prognose note, it
 3  notes that Mrs. Durden is a 66-year-old female.
 4  Do you see that?
 5    A.  Yes.
 6    Q.  And then it notes that she's having --
 7  you told me this word already and I forgot it.
 8  Seborrheic --
 9    A.  Seborrheic.
10    Q.  Seborrheic dermatitis.  And then on the
11  last page there, under the Assessment and Plan, it
12  notes that she has scarring alopecia, likely
13  multifactorial, including female pattern alopecia.
14  Do you see that?
15    A.  Yes.
16    Q.  So that was this dermatologist's
17  diagnosis of her?
18    A.  Correct.
19    Q.  One form of scarring alopecia would be
20  CCCA, right?
21    A.  Correct.
22    Q.  We talked about how age and being
23  postmenopausal are two risk factors for hair loss.
24  Would you agree that it would not be uncommon for
25  a 66-year-old postmenopausal woman to present with
```

```
                                                    43
 1  hair issues like Mrs. Durden?
 2    A.  We see it often.
 3    Q.  And that would be true even if the
 4  patient had never had chemotherapy, right?
 5    A.  True.
 6    Q.  Do you have any idea why Mrs. Durden
 7  switched doctors to you?
 8    A.  Most of the time, it's availability.
 9  Dr. Mermilliod, it's really difficult to get an
10  appointment with her.
11    Q.  I believe you first saw Mrs. Durden on
12  January 31st, 2017; is that right?
13    A.  I can confirm if I get my little paper
14  back.  I've got my dates written on there.  Yes.
15  MR. SEARS:
16        We'll mark that encounter as Exhibit 10.
17           (Exhibit 10 was marked.)
18  MR. SEARS:
19    Q.  This note is your first visit with Mrs.
20  Durden; is that right?
21    A.  Yes.
22    Q.  And you diagnosed her with having
23  scarring alopecia?
24    A.  Clinically, it looked like scarring
25  alopecia, yes.  It looked like she had had some
```

```
                                                    44
 1  loss of follicles on the surface of the skin, just
 2  by looking at it.
 3    Q.  And on Bates 2034, it notes that she is
 4  no longer taking letrozole.  Do you see that?
 5    A.  Let's see.  Yes.  I have in my notes that
 6  she stopped that in April of '17.
 7    Q.  And the way that you treated her was a --
 8  triamcinolone acetonide injections.  Is that
 9  right?
10    A.  Yes.
11    Q.  What is that?
12    A.  It is a steroid that we inject under the
13  -- under the surface of the skin.  So instead of
14  just applying the steroid topically, we inject it,
15  and it helps to decrease any inflammation, if
16  there's any inflammation there, to help hopefully
17  trigger hair growth.
18    Q.  Is there any sort of alopecia, in
19  particular, that it's aimed towards treating?
20    A.  It treats a variety of hair conditions.
21  So alopecia areata, lichen planopilaris.  It can
22  treat lupus-associated alopecia, just off the top
23  of my head, yes.
24    Q.  Is it used to treat androgenetic
25  alopecia?
```

```
                                                    45
 1    A.  Not usually, no.
 2    Q.  When you suggested that as a treatment
 3  for her, was there a particular type of hair loss
 4  that you thought it would be helpful for?
 5    A.  So sometimes, we offer it as a -- let's
 6  see if this helps.  We can't promise it's going to
 7  help, but it's something to try.  And we always,
 8  always tell them ahead of time that it may work,
 9  it may not work, but -- and she was very anxious
10  to try something.
11    Q.  We'll look through some of the other
12  records, but it indicates that her hair condition
13  was improving.  Did you --
14    A.  We noticed -- I'll have to look through
15  my last few notes, but I think we noticed slight
16  improvement.
17    Q.  Could one of the reasons for the slight
18  improvement be that she is no longer taking an
19  estrogen blocker like letrozole?
20    A.  It could be.
21    Q.  And then on the last page, it's Bates
22  2039 in the progress note section, you write that
23  your view is that she has scarring alopecia with
24  likely component of female pattern hair loss.
25    A.  Yes.
```

```
                                                          54
 1  the letrozole or Femara, that she started having
 2  some improvement in her hair, right?
 3       A.  Correct.
 4       Q.  And so all of those risk factors that she
 5  had, any of those, independently, could have been
 6  a cause of her hair loss, right?
 7       A.  Correct.
 8       Q.  I might have asked you this already, but
 9  just to make sure.  The last visit you saw with
10  Mrs. Durden, she was 67 years old at the time,
11  right?  I think it might be written in your
12  progress note, but I'll double-check.  It's on
13  Bates 73.
14       A.  Yes.  67.
15       Q.  So it would be relatively common for a
16  postmenopausal 67-year-old woman to present with
17  hair loss that Mrs. Durden has, even if she never
18  had chemotherapy, right?
19       MR. THORNTON:
20            Objection to the term "relatively
21  common."
22       COURT REPORTER:
23            Did you answer, ma'am?
24       (Wherein, the question was read back.)
25       A.  Right.
```

```
                                                          55
 1       MR. SEARS:
 2            Could we take a couple minute break?
 3       VIDEOGRAPHER:
 4            Off the record at 2:13 p.m.
 5            (Off the record.)
 6       VIDEOGRAPHER:
 7            Back on record at 2:22 p.m.
 8       MR. SEARS:
 9            I don't have any more questions for you
10  right now.  I appreciate your time.  Thank you.
11                 EXAMINATION
12  BY MR. THORNTON:
13       Q.  Doctor, let me see if I understand a
14  couple of things.  Is betamethasone injections,
15  that's what's been injected --
16       A.  Triamcinolone.
17       Q.  Triamcinolone, okay.  And it -- that's a
18  corticosteroid, right?
19       A.  Yes.
20       Q.  Where do you inject it?
21       A.  Into the patches of alopecia, wherever
22  the hair is thinning.
23       Q.  How do you quantify the change that
24  occurs, if any, following the injection?
25       A.  From visit to visit?
```

```
                                                          56
 1       Q.  Yes.
 2       A.  It's subjective.
 3       Q.  Okay.  Do you have any kind of a
 4  photographic --
 5       A.  I should have taken pictures.  I think
 6  that would have been helpful.  I do take pictures
 7  most of the time.  I don't know why I did not with
 8  her.
 9       Q.  Okay.
10       A.  But that would have been helpful, I
11  think.
12       Q.  Do you have a memory that would allow you
13  to quantify changes?
14       A.  In patients that I see regularly,
15  monthly, yes.  I usually -- I don't really have
16  any trouble remembering month to month.  But I
17  know her visits have kind of been kind of
18  sporadic, so I don't -- if I saw her tomorrow, I
19  would probably not be able to judge and -- judge
20  the improvement or lack of improvement from the
21  prior visit.  But, yes, photos would have been
22  helpful.
23            (Off the record.)
24       MR. THORNTON:
25       Q.  And how do you -- Kenalog, is that
```

```
                                                          57
 1  another?
 2       A.  Uh-huh.  Yes.
 3       Q.  So with the Kenalog, it's -- I mean, it
 4  hasn't cured her, right?
 5       MR. SEARS:
 6            Objection, form.
 7       A.  Cured?  Define "cure."
 8       MR. THORNTON:
 9       Q.  It hasn't caused her to regain a normal
10  head of hair.
11       A.  No.
12       Q.  But you've seen, at least from your
13  notes, there seem to have been some progress that
14  I -- you didn't seem to quantify as slight or
15  moderate or --
16       A.  Correct, improvement.
17       Q.  Is that right?  I didn't see a note in
18  which it was -- I think some improvement or words
19  to that effect.
20       A.  I don't know if I used any term other
21  than --
22       Q.  Descriptive?
23       A.  Just improvement since last visit.  Had I
24  known we were going to have a deposition, I
25  probably would have quantified.
```