# EXHIBIT M

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:  H
       This Document Relates to:      )
 6                                    )
       Antoinette Durden,             )
 7     Case No. 2:16-cv-16635;        )
       Tanya Francis,                 )
 8     Case No. 2:16-cv-17410;        )
       Barbara Earnest,               )
 9     Case No. 2:16-cv-17144         )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                  Costa Mesa, California
16                Monday, December 3, 2018
17                       Volume I
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3134931
24
25     PAGES 1 - 314
```

Veritext Legal Solutions
800-227-8440                                           973-410-4040

1   the remaining publications that she cites in
2   Table 2, correct?
3       A   I don't remember reading dermatology.  I
4   don't remember the JCO.  I don't remember looking at
5   these other alopecia ones, no.
6       Q   And to be fair, you took her --
7       A   I'm on informed consent.
8       Q   Okay.  Very good.
9           And so you're not offering any opinions
10  about whether or not Taxotere, in fact, causes
11  permanent hair loss, correct?
12      A   Not my area of expertise to comment on.
13              (Deposition Exhibit 11 was marked for
14              identification by the court reporter
15              and is attached hereto.)
16  BY MR. STRONGMAN:
17      Q   And I'm going to hand you what I marked as
18  Exhibit 11, which is just a copy of Dr. Feigal's
19  expert report, correct?
20      A   Yes.
21      Q   And you were just looking at it, and I want
22  to make sure, just for the record, it is the same
23  thing we were looking at, correct, Exhibit 11?
24      A   Yes.
25      Q   Okay.  And, Doctor, we've touched on this a