# EXHIBIT N

Page 1

1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
2
3                                   MDL NO.: 2740
                                    SECTION: H
4
5     IN RE:  TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
6
7     This Document Relates To:
8     Antoinette Durden, Case No. 2:16-cv-16635;
9     Tanya Francis, Case No. 2:16-cv-17410;
10    Barbara Earnest, Case No. 2:16-cv-17144.
11    _____/
12
13             Thursday, December 13, 2018
14
15         Videotape Deposition of DAVID A.
16    KESSLER, MD, taken at the Whitfield Bryson &
17    Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18    Washington, D.C., beginning at 8:55 a.m.,
19    before Ryan K. Black, a Registered Professional
20    Reporter, Certified Livenote Reporter and Notary
21    Public in and for the District of Columbia.
22
23
24
25    Job No. NJ3173488

1           A.    Well, I just -- it's your profession,
2      sir, or -- I don't mean any disrespect by that.
3                 To the extent that a Court wants to
4      hear reasonable possibility of a causal
5      association, to the extent that the Court thinks
6      that's relevant to general causation, that's not
7      my intent.  I'm not here as a general causation.
8      But sometimes a court -- if it -- I mean, thinks
9      it may be relevant because reasonable
10     possibility of a causal association has the
11     word causal association.
12                So the -- I'd leave that to the Court
13     -- or to the lawyers whether anything I say is
14     relevant to general causation.
15          Q.    Yeah.  I'm not certain what you just
16     said, but --
17          A.    So sometimes -- so let me be specific.
18     My understanding is that sometimes trials
19     bifurcate --
20          Q.    Okay.
21          A.    -- on causation and then general
22     liability.
23          Q.    Okay.
24          A.    There are some times when a -- a
25     opinion about reasonable possibility of a causal