# EXHIBIT O

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE            )
 3   (DOCETAXEL) PRODUCTS       )
     LIABILITY LITIGATION       )
 4                              )   MDL No. 2740
     This Document Relates To:  )
 5                              )   SECTION: H
     Antoinette Durden, Case    )
 6   No. 2:16-cv-16635          )
                                )
 7   Tanya Francis, Case        )
     No. 2:16-cv-17410;         )
 8                              )
     Barbara Earnest, Case      )
 9   No. 2:16-cv-17144          )
10
11   *******************************************************
12             ORAL VIDEOTAPED DEPOSITION OF
13                LAURA PLUNKETT, PH.D.
14                  DECEMBER 10, 2018
15   *******************************************************
16
17
          ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

Page 157

1                    MS. SASTRE:  Oh.
2                    MR. MICELI:  Whenever you want to
3    stop.
4                    MS. SASTRE:  Yeah.  Let me take a
5    look for another minute or two.
6                    MR. MICELI:  Okay.  Okay.
7                    MS. SASTRE:  Thank you.  I
8    appreciate the reminder.
9                    MR. MICELI:  Yep.
10       Q.   (BY MS. SASTRE)  You'd agree that simply
11   because a side effect is associated with a drug, it
12   does not necessarily mean that the drug is the
13   causing fact of the side effect?
14       A.   I think it depends on what -- what
15   evidence you're pointing to.  But I would agree
16   that you wouldn't just assume that just generally
17   on -- on mentioning the word "side effect."  But
18   certainly there are studies or information that
19   allow you to make those -- those links.
20       Q.   Uh-huh.  Uh-huh.  Uh-huh.
21                    And here, have you specifically
22   performed a causation analysis when you're looking
23   at Taxotere being taken in the combination setting,
24   specifically with Adriamycin and cyclophosphamide?
25       A.   I am not doing a causation analysis, no.