# EXHIBIT V

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE TAXOTERE (DOCETAXEL)          )
 5    PRODUCTS LIABILITLY LITIGATION      ) MDL NO. 2740
 6                                        )
 7    THIS DOCUMENT RELATES TO:           ) SECTION:  H
 8                                        )
 9    ANTOINETTE DURDEN,                  )
10    CASE NO. 2:16-cv-16635              )
11    TANYA FRANCIS,                      )
12    CASE NO. 2:16-cv-17410;             )
13    BARBARA EARNEST,                    )
14    CASE NO. 2:16-cv-17144              )
15                                        )
16    _____ )
17
18      VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D., VOL. 2
19                FRIDAY, DECEMBER 7, 2018
20
21    JOB NO. 3151489
22
23    REPORTED BY ISRAEL REYES
24
25    Job No. NJ3151489
```

Page 66
1  objections. I'm going to mark them as Exhibit --
2        MR. THORNTON: There are no objections.
3  There are some disclosures.
4        MR. KAUFMAN: Okay. Well, they're entitled
5  Objections and Responses. So --
6        MR. THORNTON: Okay.
7        MR. KAUFMAN: -- there we go. Exhibit 15,
8  the objections and -- Plaintiff's objections and
9  responses to the Notice of Deposition of Dr. Ellen
10 Feigel. And we're looking at Page 6, Item number 7.
11       (Whereupon Exhibit 15 was marked for
12       identification by the court reporter.)
13 BY MR. KAUFMAN:
14   Q  Dr. Feigel, in Item number 7 in the Response
15 section, do these set forth the search terms that you
16 used to compile the literature that make up Table 2?
17   A  Yes, I did. But I also -- I think, as I
18 mentioned, also did take articles from some experts.
19 I think you asked me earlier today. I couldn't recall
20 exactly which articles they were. But not all of them
21 were just from the searches. There may have been a
22 small subset that were provided by another expert.
23   Q  Was "Docetaxel" or "Taxotere" a term you used
24 in every one of the searches?
25   A  No.

Page 67
1    Q  So you looked for cases of alopecia or
2  permanent alopecia across all chemotherapy --
3    A  Relevant to breast cancer.
4    Q  Relevant to breast cancer.
5    A  Yeah. And I think you'll see those terms in
6  there.
7    Q  Do you know which of these terms in Exhibit
8  number 15 were what I'm going to call required terms
9  or foundational terms, they were in every one of your
10 searches?
11   A  Tell me what -- you want me to go to 15?
12   Q  No, that -- that's just Exhibit 15, still
13 Page --
14   A  I'm --
15       MR. THORNTON: No, same question. It's only
16 -- all of them --
17       THE WITNESS: It's just called Exhibit 15?
18       MR. THORNTON: -- are about the same
19 question.
20       THE WITNESS: Okay. That's fine.
21 BY MR. KAUFMAN:
22   A  Do you -- so you're asking are -- were there
23 fixed terms? No, there weren't fixed terms in all the
24 different searches.
25   Q  Okay. And the terms you used were "breast

Page 68
1  cancer," "alopecia," "chemotherapy," "permanent,"
2  "persistent," "irreversible," "chronic," "Docetaxel,"
3  "Paclitaxel," "Cyclophosphamide," "Adriamycin," and
4  possibly other terms; is that right?
5    A  And that possibly other term was "chemically
6  induced" because I was doing a MESH -- a medical
7  subject heading search called MESH, M-E-S-H. So you
8  have to use the subject headings. So that -- that's
9  just one of them. And that picks up chemotherapy.
10   Q  Do you have a list of the permutations or
11 combinations of terms you used for the each of the
12 searches?
13   A  I don't. I don't.
14   Q  Okay. But you would expect, based on your
15 search, to have compiled a set of literature or
16 publications that would pertain to ongoing or
17 permanent alopecia in the context of chemotherapy
18 drugs to treat breast cancer, fair?
19   A  Just to be clear, these were the search terms
20 I used.
21   Q  Okay.
22   A  Plus "chemically induced." And so I got what
23 I got doing these searches.
24   Q  What -- where were you --
25   A  Yes, I was expecting to get relevant articles

Page 69
1  by doing these searches, if that's your question.
2    Q  And where were you running the searches?
3  What was the platform you were using?
4    A  A computer. And I did some through InNote,
5  which is in -- do you know what InNote is?
6    Q  Well, please explain it to me.
7    A  It -- well, if you know it, I Won't.
8    Q  Please explain it.
9    A  Okay. InNote is -- it's a nice software
10 where it can automatically order your citations and
11 put them in order. So you can do a global search
12 through InNote.
13   Q  Okay.
14   A  It's actually easier than doing PubMed
15 searches.
16   Q  So did you do a PubMed search?
17   A  I also did PubMed searches. But I was just
18 telling you for that one particular one it was a MESH
19 -- it was a medical subject heading search.
20   Q  Okay. So InNote, PubMed. Any other sources?
21   A  Oh, Google.
22   Q  Google.
23   A  And then as I said, I would look at the
24 references and see if there was something that looked
25 relevant in the -- you know, in the references for

Page 70
1  that article.
2      Q   Okay.  So if there was citations at the end,
3  you might go and --
4      A   And look at those.
5      Q   Okay.
6      A   Yeah.
7      Q   Did anybody other than you conduct the
8  literature search?
9          MR. THORNTON:  Objection; form.
10 BY MR. KAUFMAN:
11     A   Repeat your question.
12     Q   Did anyone other than you perform the
13 literature search?
14     A   I performed my own literature searches.  I
15 can't comment whether there were others who also did
16 their own literature searches.  I just know what I
17 did.
18     Q   To your knowledge, was any of the literature
19 found in Table 2 found by somebody other than you?
20     A   Well, as I said --
21     Q   That will help (ph).
22     A   -- I did get a minority of the papers from
23 another expert.  I can't comment whether they did
24 searches.
25     Q   Did you exclude any articles that you found

Page 71
1  during your search?
2      A   Well, when I do a search, you know, I look at
3  the title and I look at the abstract and I see if it's
4  relevant.  So I picked -- based on my judgment of what
5  I was trying to find, I looked at those articles and
6  pulled them.
7      Q   Was there a criteria that you used to
8  determine whether or not an article qualified for
9  being included in Table 2?
10     A   Well, I wanted to be sure that permanent or
11 persistent or some sort of nontemporary, reversible
12 alopecia was actually a topic in the article.  And
13 also, I did -- although I did look at other sites, I
14 was primarily focused on breast cancer.
15         I also did not pull articles I already knew
16 had permanent alopecia, like transplant related, high-
17 dose chemotherapy in bone marrow transplantation.  I
18 obviously didn't look for articles about people who
19 get radiation to the brain for CNS tumors.  Yes, I
20 know those have issues with hair that doesn't grow
21 back with local radiation.
22         So I didn't pull anything.  I pulled things
23 that were relevant for breast cancer patients as much
24 as I could.  And I did use my judgment.  And frankly,
25 that's how I do all searches.

Page 72
1      Q   In terms of the chart itself, let's turn to
2  that.  You'd agree that there are 16 publications
3  listed?
4      A   I -- I'd have to count, though I could trust
5  you counted correctly.  Let's see -- one, two, three -
6  - it -- 16 looks like that's what's in the table.
7      Q   Okay.  And the categories across the top are
8  Taxotere/Docetaxel; Taxol/Paclitaxel; Taxotere and
9  Taxol; Taxane, not specified; and non-Taxane, right?
10     A   Correct.
11     Q   Those were the categories.
12     A   Yes.
13     Q   What do the numbers within the tables mean?
14     A   The number of cases that were reported.
15 Those are actual numbers, not percentages.  There were
16 some papers that only presented percentages, and I
17 could not do the math to figure out the numbers.  And
18 those I could not include because I couldn't figure
19 out the numbers.
20     Q   So do these --
21     A   These are actual numbers of patients who have
22 -- who were described as having permanent alopecia
23 either on -- what the columns say -- Taxotere, Taxol -
24 - I think there was one where they actually got both -
25 -- Taxane where they didn't attribute whether it was

Page 73
1  Taxol or Taxotere, and then non-Taxane.
2      Q   Okay.  So in the Nabholz (ph) example -- it's
3  the first one listed -- there are four under the
4  Taxotere/Docetaxel column, right?
5      A   That's right.
6      Q   Okay.  So did those four patients receive
7  Taxotere or Docetaxel in monotherapy?
8      A   That one, I believe, was a -- no, that was
9  combination.  That's Footnote 73, Phase 2 study of
10 Docetaxel, Doxorubicin, and Cyclophosphamide.
11     Q   Okay.  So the four patients in the Nabholz
12 study received a TAC.
13     A   Taxotere-containing regimen.
14     Q   A tax --
15     A   Yeah.
16     Q   -- containing regimen.  Okay.
17     A   Correct.
18     Q   But you attributed those four cases solely to
19 Docetaxel and Taxotere, correct?
20     A   That is correct.
21     Q   So is it fair to say that the column
22 represents the number of patients that were on a
23 Taxotere- or Docetaxel-containing regimen?
24     A   Yes, that would be -- yeah.
25     Q   As --

Page 78
1 Taxol could have come up with increased numbers, or
2 non-Taxane could have come up with increased numbers.
3 So I think the methodology is sound and reasonable,
4 and that's how I did it.
5    Q   Is it your opinion that -- at the bottom of
6 Table 2, there is a total, right, for each of these?
7    A   Oh, at the very bottom.
8    Q   At the very bottom?
9    A   Yes.
10    Q   And there's 253 listed under the
11 Taxotere/Docetaxel column?
12    A   Correct.
13    Q   Is it your opinion that there are 253 cases
14 of permanent or ongoing alopecia that are caused by
15 Taxotere?
16        MR. THORNTON:  Objection; form.
17 BY MR. KAUFMAN:
18    A   This is the -- I mean, the data is what the
19 data is.  I -- these are 253 cases.  There is one case
20 for Taxol.  There are two cases for Taxotere and
21 Taxol.  There are 93 where it's not attributed.  And
22 there were 38 that were non-Taxane.
23    Q   So what is the significance of the total?
24    A   I'm showing you the number that came up when
25 I looked in the literature for permanent alopecia and

Page 79
1 showing, basically, it says to me that, if nothing
2 else, there's an increase -- at least increased
3 incidence, increased risk, certainly increased
4 publications and reporting of permanent alopecia
5 occurring in Taxotere-containing regimens.
6    Q   Do you intend to testify that the 253
7 patients that comprised the total all experienced
8 permanent alopecia caused by Taxotere or Docetaxel?
9        MR. THORNTON:  Objection; form.
10 BY MR. KAUFMAN:
11    A   I intend to have this be supportive data in
12 terms of the other information that we're talking
13 about, in terms of randomized clinical trials and
14 pharmacovigilance.  It is what it is.
15    Q   If you don't intend to testify that the 253
16 patients who received the Taxotere-containing regimen
17 experienced permanent alopecia caused by Taxotere,
18 what's the significance of the number?
19    A   All I --
20        MR. THORNTON:  Objection; form.
21 BY MR. KAUFMAN:
22    A   All I was trying to explain is this isn't a
23 standalone number.  As I've been trying to communicate
24 throughout the day, it's the cumulative evidence,
25 which is supportive of causation.  That's all I was

Page 80
1 trying to say.
2    Q   There are a number of case reports that make
3 up the studies within Table 2.  Where do case reports
4 in the spectrum of clinical evidence?
5        MR. THORNTON:  Objection; form.
6 BY MR. KAUFMAN:
7    A   I think the stronger clinical evidence is
8 with randomized, controlled clinical trials.  I think
9 the case studies are very helpful to look at the
10 severity and the characteristics of the alopecia
11 that's occurring.  So I think they're very useful for
12 those issues.  So I think they're useful.  I think
13 they're below randomized, controlled clinical trials,
14 though.
15    Q   Are case reports valid scientific evidence?
16    A   I think they're --
17        MR. THORNTON:  Objection; form.
18 BY MR. KAUFMAN:
19    A   -- valid scientific evidence for evaluating
20 safety issues, yes.
21    Q   And where do surveys fall on that list, on
22 the spectrum?
23        MR. THORNTON:  Objection; form.
24 BY MR. KAUFMAN:
25    A   I think surveys provide supportive

Page 81
1 supplemental information.  So are you talking about
2 telephone surveys?
3    Q   Surveys or questionnaires that are mailed
4 out.
5    A   Yeah.  I think it depends on the -- how the
6 surveys -- it depends on the questions that are being
7 asked.  It depends on the respondent rate.  It depends
8 on how they're analyzed.  So I think there -- I think
9 it can be useful information maybe on a -- depending
10 on the quality of the survey and how it's conducted
11 and how it's analyzed can be useful information.
12        And what I tried to do is include useful
13 surveys.  There were some that there was no way,
14 shape, or form you could figure out what was being
15 done with the questions that were being asked on the
16 survey.  So what I tried to do was provide some
17 quality control in surveys that were provided.
18    Q   So there were surveys or publications
19 involving surveys or questionnaires that you found in
20 your search that otherwise would qualify for
21 inclusion, but you decided to exclude them based on
22 your --
23    A   No.
24    Q   -- own judgment.
25    A   What I said is you couldn't figure out what

Page 82

1  they were doing. So I wouldn't be able to put numbers
2  in here. I wouldn't be able to pull out information.
3  They weren't useful information for informing numbers
4  of patients who had permanent alopecia. That's all
5  I'm saying. It was undecipherable.
6     Q  And which studies were those? Can you
7  identify them?
8     A  Not offhand.
9     Q  You didn't give a list of those?
10    A  Oh, no, I didn't. I mean, what I do is I
11 look at things, and then I use my judgment in terms of
12 what can go in there. So there is a certain level of
13 quality, is that you have to be able to understand
14 that there's an objective to the survey, that there is
15 information that's collected that's relevant to the
16 information I'm trying to collect, which is numbers of
17 patients who have permanent alopecia attributable to a
18 particular regimen. If I can't discern it, then it
19 doesn't provide useful information.
20    Q  Does your report contain only data that
21 supports your opinions?
22    A  No. It contains data that I found from the
23 searches. So I didn't have a …
24       (Side conversation.)
25 BY MR. KAUFMAN:

Page 83

1     Q  Continue.
2     A  I didn't have a predefined conclusion of what
3  I could find and what I couldn't find. I'm open-
4  minded. So I'm looking at this with an open mind in
5  terms of what I find. I don't know what I'm going to
6  find. I recorded what I could find.
7     Q  Does your report contain or include evidence
8  that is inconsistent with your opinions?
9        MR. THORNTON: Objection; form.
10 BY MR. KAUFMAN:
11    A  The report contains information to help me
12 form my opinions. As I said -- I'll say it again --
13 it was the randomized, controlled clinical trials, it
14 was the pharmacovigilance data, and it's the results
15 from my search of the literature of what I could find
16 about cases that formed my opinion. I didn't have an
17 opinion until I looked at the cumulative evidence.
18    Q  Do you agree that it's unreliable to not
19 account for and explain contrary evidence?
20       MR. THORNTON: Objection; form.
21 BY MR. KAUFMAN:
22    A  There's no evidence that I didn't put in
23 anything I could find. Why are you suggesting that I
24 did not put something in that had contrary evidence?
25 I had -- I haven't told you anything that would

Page 84

1  suggest that I did that.
2     Q  Okay.
3        (Side conversation.)
4        (Whereupon Exhibit 11 was marked for
5        identification by the court reporter.)
6  BY MR. KAUFMAN:
7     Q  I'm handing you what has been marked as
8  Exhibit number 11.
9     A  It's in Chinese. I don't --
10    Q  Not all of it's in Chinese, right? Actually,
11 I think it's Korean.
12    A  Well, I'm so sorry. Well, it's -- this --
13 obviously, it's challenging if it's not in English.
14    Q  Well, some of it's in English, right? So
15 let's look at what is in English.
16    A  Okay.
17    Q  This is a -- it's entitled Clinical Study of
18 Chemotherapy-Induced Permanent Alopecia, correct?
19    A  I can read the title.
20    Q  Okay.
21    A  Yes, that is in English.
22    Q  So based on the search terms that you ran,
23 this would be something that you would come across.
24    A  Not if it's in Korean.
25    Q  Well, what I just read is in English, right?

Page 85

1     A  But I was searching for English language
2  articles so I could understand them.
3     Q  So did you filter out any articles that were,
4  at any point throughout the article, written in a
5  foreign language?
6     A  Anyway, beside the point, if you want me --
7  do you want me to review this? Is that what you're
8  asking me to do --
9     Q  Well --
10    A  -- just the abstract? Because obviously, I
11 can't review Korean.
12    Q  I would like you to turn to the second page.
13    A  Okay. Let me just read the abstract, I
14 guess.
15    Q  Yeah. Take your time.
16    A  Yeah. Can I do that?
17    Q  Yeah.
18    A  I'm a little bit confused. It says,
19 "Results: There was no sexual predominance." Does
20 this imply then this was not being conducted in breast
21 cancer?
22    Q  I do not know the answer to that.
23    A  Well, I would assume that's what it means
24 because, obviously, there's a sexual predominance in
25 breast cancer. These also seem to be very young

22 (Pages 82 - 85)

Page 86
1  patients -- 31.  Finasteride -- it sounds like
2  prostate cancer.  In some cases …
3      Well, I don't have any numbers here from the
4  abstract.
5    Q  So the objective of the study was to -- it
6  says, "The purpose of the study is to reveal the
7  clinical characteristics of CIPAL, which is defined
8  above as chemotherapy-induced" --
9    A  Right.
10   Q  -- "permanent alopecia," correct?
11   A  Right.  Correct.
12   Q  That would have hit on one of your search
13 terms?
14   A  If I had seen this, from the abstract,
15 there's no numbers, there's no cancer, there's no --
16 is this all that's in English?
17   Q  So why don't you turn to Page 2, and --
18   A  Okay.
19   Q  -- let's look at Table 2 and Table 3.
20   A  Okay.
21   Q  Table 2 on the bottom left is underlined
22 Diseases in Chemotherapy-Induced Permanent Alopecia
23 Patients.  Do you see that?
24   A  Yes.  So there's 12 patients with breast
25 cancer.  There's -- so it goes -- there's somebody

Page 87
1  with CNS tumors.  So I assume they got brain
2  radiation.  There's neuroblastoma.  I assume that
3  means these are pediatric patients with neuroblastoma.
4  There's --
5    Q  We can agree there's a whole host of
6  different types of cancers listed beyond breast
7  cancer, correct?
8    A  Yeah, there's a whole host of things that may
9  even be in children.
10   Q  Okay.  And then on Table 3, it says
11 Chemotherapeutic Agents Used in Chemotherapy-Induced
12 Permanent Alopecia Patients, right?
13   A  Yeah, but it doesn't say which ones were used
14 in which cancers, and it also does -- unless there's
15 something not in Korean that says what the number was.
16   Q  And in combination therapy, Cyclophosphamide
17 was associated with 25 of these cases; is that right?
18   A  If these were children in transplants, I
19 don't -- do they have the dose?  I mean, some of these
20 might be transplant patients and --
21   Q  I'm just asking you to confirm what's written
22 on the page.
23   A  Well --
24      MR. THORNTON:  Objection; form.
25 BY MR. KAUFMAN:

Page 88
1    A  -- it's inadequate to say anything because I
2  do know that transplant nonconventional doses, high-
3  dose chemotherapy can cause -- there are reports of
4  permanent alopecia.  So all I'm saying is that, if
5  there is bone marrow transplants or stem cells
6  transplants, I don't speak Chinese -- or Korean -- I'm
7  so sorry -- but they have age down to one year for
8  some of these.  So I'm not sure I could decipher
9  anything from this article.
10   Q  The Table 3 says Cyclophosphamide is
11 associated with 25 patients, correct?
12   A  It --
13   Q  That's what it says.
14   A  That's what --
15      MR. THORNTON:  Objection; form.
16 BY MR. KAUFMAN:
17   A  -- it says, but it doesn't have a dose.
18   Q  And it says Doxorubicin is associated with 14
19 patients, right?
20   A  It says chemotherapy --
21      MR. THORNTON:  Objection; form.
22 BY MR. KAUFMAN:
23   A  -- agents used in chemotherapy-induced
24 permanent -- yes, it says -- but I don't know if
25 that's in conjunction with the other chemotherapy that

Page 89
1  I know causes alopecia.  But go ahead.
2    Q  Okay.  So this study uses the term
3  "chemotherapy-induced permanent alopecia," and the
4  term "breast cancer" appears, right?
5    A  You know what?  I think I did see this
6  article and rejected it.  This does ring a bell.  I
7  think this is one where I did find it, and we -- it
8  was only in this English abstract, only these tables.
9  And I don't think I could decipher anything from it.
10 I don't -- I didn't save it, but I'm just saying I do
11 recall an article that was only an English abstract
12 and the rest was in another language.  And I do
13 recall.  Whether it was this one, I don't know, but I
14 do recall an abstract where the rest of the article
15 was in another language.
16   Q  Is there a reason why you were looking at
17 Plaintiff's counsel when you were giving that answer?
18   A  Is there a reason why what?
19   Q  You were looking at Plaintiff's counsel --
20      MR. THORNTON:  Objection; form.
21 BY MR. KAUFMAN:
22   Q  -- giving that answer?
23   A  No, no particular reason.  I just -- why I
24 was looking at Lauren?  Is that what you're asking?
25   Q  Yeah.

23 (Pages 86 - 89)

Page 90

1    A   No, no particular reason. I just remember I
2  might have talked to counsel about the article. I
3  just can't recall. I think there might have been a
4  discussion about the articles I was including and the
5  fact that we -- I found an article that most of it was
6  in another language and it was an English abstract but
7  that I couldn't find useful information from the
8  abstract.
9    Q   Why did you have to have communication with
10 Plaintiff's counsel about that?
11   A   Well, I think I just did. I mean, I -- we
12 were -- with counsel, we were just discussing as I was
13 putting things together and having discussions about
14 permanent alopecia the fact -- because sometimes
15 they'd find articles for me. I mean, I can't --
16 obviously, I can't translate this article. So it
17 would be if they provided resources to do a
18 translation.
19   Q   Did you look for an English version?
20   A   I looked for the -- well, I think I discussed
21 trying to get it in an English translation because I
22 said this version alone would not be useful.
23   Q   And you were not provide with an English
24 translation; is that right?
25   A   I think I didn't pursue it because, based on

Page 91

1  the abstract and what I could decipher in English, it
2  didn't look like it was providing any useful
3  information. If you have an English translation, I'd
4  be more than happy to consider and review it.
5    Q   Wouldn't you want to know, if there was an
6  English translation available, what it said --
7    A   Not based on the abstract. I'm sorry. I
8  interrupted you. Go ahead.
9    Q   Well, there's additional content that's
10 provided in a foreign language here. And as you
11 noted, you cannot read what we believe to be Korean.
12 So why not include it in your -- in Table 2 and
13 provide a narrative following, as you did in your
14 report, to explain the relative significance or
15 insignificance that it offers to what the purpose of
16 Table 2 is set up to do?
17   A   There is no useful information here. And
18 from my review of it with very young ages, I thought
19 it might be bone marrow transplant doses of
20 chemotherapy in children.
21       (Whereupon Exhibit 12 was marked for
22       identification by the court reporter.)
23 BY MR. KAUFMAN:
24   Q   We're handing you what's been marked as
25 Exhibit 12. And this is entitled Late Effects of

Page 92

1  Adjuvant Chemotherapy and Postoperative Radiotherapy
2  on Quality of Life Among Breast Cancer Patients. Do
3  you see that?
4    A   I do see this, yes.
5    Q   Okay.
6    A   Thank you.
7    Q   It's from 1991. And there were 448
8  premenopausal and postmenopausal breast cancer
9  patients in the study, right?
10   A   Correct.
11   Q   And it says that they were free from
12 occurrence 2 to 10 years after their primary therapy
13 in that first -- or couple lines?
14   A   Mm-hmm.
15   Q   Okay. If you can turn to Table 2.
16   A   Table 2?
17   Q   It's --
18   A   By the way, it's not a great -- you know,
19 it's -- the middle part is --
20   Q   Yeah, I'm sorry about --
21   A   -- a little difficult to read.
22   Q   I'm sorry about the copy.
23   A   Okay.
24   Q   I meant Page 2 to start.
25       MR. THORNTON: Okay. I want to note --

Page 93

1        THE WITNESS: Oh, you meant -- okay.
2        MR. THORNTON: -- I understand we're at hour
3  seven. I don't --
4        MR. KAUFMAN: I was told we have five
5  minutes, so I'll just wrap this document up and I'll
6  be done.
7  BY MR. KAUFMAN:
8    A   It's just a little hard to -- you know, I do
9  have to review it in a thoughtful way. I have not
10 reviewed this one. If you want me to review it and
11 consider it, it may or may not take more than five
12 minutes.
13   Q   Okay.
14   A   So I'm just giving you a heads up.
15       MR. THORNTON: We'll --
16       MR. KAUFMAN: And I --
17       MR. THORNTON: -- try to let her finish this
18 --
19       THE WITNESS: Yeah, I'm happy to do it.
20       MR. THORNTON: -- this review.
21       THE WITNESS: I'm just saying, can I do it in
22 five minutes?
23       MR. THORNTON: Yeah, go --
24       THE WITNESS: I can't promise that.
25       MR. THORNTON: Go ahead.