UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit H To Its Motion to Exclude Expert Testimony of Javid Moslehi M.D. Under Seal (Doc. 6139);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit H (Rec. Doc. 6138-8) **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE