UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A and B To Its Motion To Exclude Expert Testimony of Dr. John W. Thompson, Jr. Under Seal (Doc. 6142);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A and B (Rec. Doc. 6141-1 and 6141-2) **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE