UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits D and E to the Motion to Exclude Expert Testimony of Ellen Feigal, M.D. Under Seal (Doc. 6150);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits D and E (Rec. Doc. 6149-4 and 6149-5) **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE