UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

# ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits B, C, and F to Its Omnibus Motion to Preclude Improper Expert Testimony Under Seal (Doc. 6159);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits B, C, and F (Rec. Doc. 6158-2, 6158-3, and 6158-6) **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE