UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: **TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

MDL NO. 2740

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

*Sheila Crayton v. Sanofi US Services, Inc., et al.*
Case No. 2:17-cv-05923

## ORDER

Before the Court is Plaintiff Sheila Crayton's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 6106);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this 11th day of February, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE