UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Durden v. Sanofi S.A., et al.*, 16-16635
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.*, 16-17144

# ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits D, E, F, G, H, I to Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D. Under Seal (Doc. 6143);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits D-I) to the Plaintiffs' Motion to Exclude Defendant's Expert David Spiegel, M.D. **UNDER SEAL**.

New Orleans, Louisiana, this 11th of February, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE