UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski (Rec. Doc. 6160) Under Seal (Doc. 6161);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski and Exhibits A-G, K-R) to the Plaintiffs' Motion to Exclude Expert Testimony That Relies Upon Employee Dr. Michael Kopreski **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE