UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion to Seal Its Motion for Summary Judgment Based on Preemption (and Related Exhibits) (Doc. 6131);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion and related Exhibits (A through J) **UNDER SEAL**.

New Orleans, Louisiana, this 11th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE