UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : | |

## DECLARATION

I, Brenda A. Sweet, declare as follows:

1. I am an attorney with Tucker Ellis LLP, counsel for Defendant Accord Healthcare, Inc.

2. I hereby certify that I have read and understand the three opinions of this court: *Tajoonera v. Black Elk Energy Offshore Operations*, *Howard v. Offshore Liftboats, LLC*, and *Hunter v. GEICO General Insurance Company*.

3. I hereby certify that I have read and understand the requirements of the Court's Civil Practice Guidelines.

4. I hereby certify that I agree to abide by the rules and expectations of this Court in the conduct of depositions in this matter as described in detail in the materials above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 12, 2019			Respectfully Submitted,


					*/s/ Brenda A. Sweet*
					Julie A. Callsen
					Brenda A. Sweet
					Brandon D. Cox
					TUCKER ELLIS LLP
					950 Main Avenue, Suite 1100
					Cleveland, OH  44113-7213
					Telephone:	216-592-5000
					Facsimile:	216-592-5009
					julie.callsen@tuckerellis.com
					brenda.sweet@tuckerellis.com
					brandon.cox@tuckerellis.com

					Counsel for Defendant Accord Healthcare, Inc.