UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : | |

# DECLARATION

I, Brandon D. Cox, declare as follows:

1. I am an attorney with Tucker Ellis LLP, counsel for Defendant Accord Healthcare, Inc.

2. I hereby certify that I have read and understand the three opinions of this court: *Tajoonera v. Black Elk Energy Offshore Operations*, *Howard v. Offshore Liftboats, LLC*, and *Hunter v. GEICO General Insurance Company*.

3. I hereby certify that I have read and understand the requirements of the Court's Civil Practice Guidelines.

4. I hereby certify that I agree to abide by the rules and expectations of this Court in the conduct of depositions in this matter as described in detail in the materials above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2019    Respectfully Submitted,

*/s/ Brandon D. Cox*
Julie A. Callsen
Brenda A. Sweet
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216-592-5000
Facsimile:     216-592-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com
brandon.cox@tuckerellis.com

Counsel for Defendant Accord Healthcare, Inc.