UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Renee M. Boone,  Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et. al.,  Defendants. | : : : : | |
| Civil Case No.: 2:16-cv-17586 | : : | |

     Upon Plaintiff's Unopposed Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

     This the ____ day of _____, 2018.

_____
U.S. District Court Judge