# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Hicks v. Sanofi US Services Inc. et al*, Civil Action No.: 2:19-cv-00012 | |

## PLAINTIFF'S APPLICATION FOR REFUND OF FILING FEE

Comes now, Plaintiff Angela Hicks, by and through her undersigned attorney and files this, her Application for a Refund of the filing fee. A filing fee of $400 was paid to open this case, 19-cv-00012, receipt number 053L-7332969. Also, a duplicate $400 filing fee was paid during the opening of the case, receipt number 053L-7333009. Thus, the Plaintiff paid the filing fee twice. As a result of the Plaintiff, Angela Hicks, paying two filing fees for one case, the Plaintiff requests a refund of the $400 filing fee.

February 13,2019

Respectfully submitted,

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231

Tel. (214) 890-0711
Fax (214) 890-0712