# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Sprowles v. Sanofi-Aventis U.S. LLC, et al*, Civil Action No.: 2:17-cv-14582 | JUDGE MILAZZO MAG. JUDGE NORTH |

## PLAINTIFF'S APPLICATION FOR REFUND OF FILING FEE

Comes now, Plaintiff Donna Sprowles, by and through her undersigned attorney and files this, her Application for a Refund of the filing fee. A filing fee of $400 was paid to open this case, 17-cv-14582, receipt number 053L-6511050 . Also, a duplicate $400 filing fee was paid during the opening of the case, receipt number 053L-6541864 . Thus, the Plaintiff paid the filing fee twice. As a result of the Plaintiff, Donna Sprowles, paying two filing fees for one case, the Plaintiff requests a refund of the $400 filing fee.

February 13, 2019

Respectfully submitted,

*/s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com