UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |

*Nancy Cohen v. Sanofi S.A., et al*
*Civil Action No.: 2:17-cv-12853*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the Death of Plaintiff, Nancy Cohen during the pendency of this action, which occurred on January 28, 2019.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Nancy Cohen's Estate in the near future.

Dated: February 13, 2019              Respectfully submitted,

/s/ Sarah J. Showard
Sarah J. Showard (AZ Bar#012350)
SHOWARD LAW FIRM, P.C.
4703 E. Camp Lowell Drive, Suite 253
Tucson, AZ 85712
Phone: (520) 622-3344
sjshoward@showardlaw.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

               */s/ Sarah J. Showard*
               SARAH J. SHOWARD