UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| PATSY ABBOTT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SANDOZ, INC.<br><br>　　　　　Defendants. | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-11709 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

COMES NOW, Lauren Welling of the law firm of Sanders Phillips Grossman, LLC, and formally enters her appearance as counsel for Plaintiff Patsy Abbott in the above captioned matter.

DATED:  February 14, 2019　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:  /s/ Lauren Welling

　　　　　　　　　　　　　　　　　　　Lauren Welling
　　　　　　　　　　　　　　　　　　　Randi Kassan (NY Bar No. 4375754)
　　　　　　　　　　　　　　　　　　　SANDERS PHILLIPS GROSSMAN, LLC
　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　Telephone: (516) 741-5600
　　　　　　　　　　　　　　　　　　　Facsimile: (516) 741-0128
　　　　　　　　　　　　　　　　　　　Email: lwelling@thesandersfirm.com
　　　　　　　　　　　　　　　　　　　　　　　rkassan@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 14, 2019

                                          By:  */s/ Lauren Welling*
                                                   Lauren Welling