# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE MILAZZO<br>MAG.JUDGE NORTH |
| RHONDA ROBINSON<br>*Plaintiff*<br>vs.<br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br>*Defendants* | : : : : : : : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACTAVIS LLC f/k/a ACTAVIS INC. and ACTAVIS PHARMA, INC.**<br><br>Civil Action No.: 2:17-cv-15903 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: February 14, 2019

Respectfully submitted,

**SHAW COWART, L.L.P.**
/s/ Ethan L. Shaw
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Ethan L. Shaw
ETHAN L. SHAW