UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Clara Martin
**Case No.:** 2:17-cv-12933

## DECLARATION

I, Lindsay R. Stevens, have attempted to reach my client, Clara Martin on the following dates: December 12th, 2017 via written correspondence; January 22nd, 2018 via written correspondence; February 12th, 2018 via telephone, left voicemail; February 13th, 2018 via telephone, left voicemail; February 26th, 2018 via telephone, left voicemail; March 26th, 2018 via written correspondence through Federal Express; April 26th, 2018 via written correspondence through Federal Express.

by (check all that apply) X telephone, ___ e-mail, __ text message, ___ social media, X U.S. Mail, ___ Certified Mail, X other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com