IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Karon Medlin* | * * | CIVIL ACTION NO. 2:17-cv-14349 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

---

COMES NOW Plaintiff Karon Medlin, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 15th day of February, 2019.

                                              **BRENT COON & ASSOCIATES**

                                              /s/  *Eric W. Newell*
                                              Brent W. Coon
                                              Federal Bar No. 9308
                                              Texas Bar No. 04769750
                                              Brent@bcoonlaw.com
                                              Eric W. Newell
                                              Texas Bar No. 24046521
                                              Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Accord Health Care, Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Accord Health Care, Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 15th day of February, 2019.

*/s/Eric W. Newell*
Eric W. Newell