IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 SECTION: "N" 5 COMPLAINT & JURY DEMAND |
| This Document Relates To: *Karon Medlin* | * * * | CIVIL ACTION NO. 2:17-cv-14349 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Karon Medlin, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Karon Medlin, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 4, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff received a letter from The Center for Cancer and Blood Disorders purchasing report of Docetaxel from the time frame that Ms. Medlin was given Docetaxel. The Manufactures listed are: that Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Accord Healthcare, Inc.; (see Exhibit B) and should be named as Defendants in Plaintiff's case, (and dismiss all Sanofi defendants previously named with prejudice).

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Accord Healthcare, Inc. and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 15th day of February, 2019.

  /s/*Eric W. Newell*
Brent W. Coon