# EXHIBIT

# "B"



**THE CENTER**
THE CENTER FOR CANCER AND BLOOD DISORDERS

Medical Staff
Josh Alfred PA-C
Nicole Bartosh, DO
Matthew Carey, MD
Marta Dahiya, MD
Gregory Ersss DO, FACP
Prasanthi Ganesa, MD
Shandy Gresham, RN FNP
Jessie Hempstead, PA-C
Chancy Hibeid, PA-C
Laurie Hill, PA-C
Helena Iannaccone, RN ANP AOCNP
Siobhan Lynch, MD
H Lance Mandell MD
Shadan Mansoor, MD
Derrick Nguyen, MD
Amy Nold PA-C
A. Seyi Oto MD
Ray Page DO, PhD, FACOI
Vinaya Pothur MD
Bibas Reddy DO, MPH
Michael Ross MD
Mary Ann Skiba DO FACOI
DeEtte Vasques DO, FACOOG FACOG
Gary Young MD
Robyn Young, MD
Henry Xiong, MD PhD

Clinic Locations
The Center at Fort Worth
800 W Magnolia Avenue
Fort Worth, Texas 76104
817 759 7000
Fax 817 759 7027

The Center at Harris SW
6100 Harris Pkwy, Suite 260
Fort Worth Texas 76132
817-333-3282
Fax 817-294-5900

The Center at Huguley
Medical Oncology
11805 South I-35 W Suite 201
Burleson, Texas 76028
817 551 5312
Fax 817 551 1389

The Center at Huguley
Radiation Oncology
11805 South I-35 W, Lower Level
Burleson, Texas 76028
817 289 4270
Fax 817 293 4260

The Center at Cleburne
141 S Westmeadow Drive
Cleburne, Texas 76033
817 641 1700
Fax 817 774 9220

The Center at Weatherford
920 Santa Fe Drive
Weatherford, Texas 76086
817 596 0637
Fax 817 596 5143

The Center at Mineral Wells
400 SW 25th Avenue
Mineral Wells, Texas 76067
940 325 0627
Fax 940 328 6525

The Center at Stephenville
150 River North Boulevard
Stephenville, Texas 76401
254 968 6051 ext 4262
Appointments 866 454 6560

The Center at Granbury
1308 E Paluxy Rd Suite 205
Granbury, Texas 76048
817 573 7338
Fax 817 573 7324

The Center at Arlington
515 W Mayfield Rd, Suite 102
Arlington Texas 76014
817-333-3300
Fax 817-375-5072

02/12/2018

To Whom It May Concern:
Attached you will find the records that were requested. Unfortunately, at the time of the records in question we did not track NDCs per patient only through our purchasing system.

Karon Medlin was administered Taxotere on the following dates: 9/6/2012, 9/26/2012, 10/17/2012, 11/7/2012

We have obtained purchasing reports from our distributor. This report will indicate the Taxotere lots and NDCs that we ordered during her administration timeframe. Please see the attached reports.

Please let me know if there are further questions or more information needed.

Sincerely,

Liberty Wood
Director of Compliance and Patient Engagement

| Item | Item Description | Delivered Date | Quantity | Name | Lot | Lot Expiration Date | NDC |
|---|---|---|---|---|---|---|---|
| 38165 | DOCETAXEL 2 VL 80MG/2ML SDV | 7/6/2012 | 51 | CTR FOR CANCER AND BLOOD DISORDERS | M10169 | 09/30/2012 | 16729-0228-50 |
| 37030 | DOCETAXEL INJ 80MG/8ML MDV | 10/30/2012 | 15 | CTR FOR CANCER AND BLOOD DISORDERS | DC21210A | 10/31/2013 | 00409-0201-10 |

The Center    2018-02-12 12:20:57 (GMT -06:00)    Page 8/132