UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mundee Childers**
**Case No.: 2:17-cv-12323**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Mundee Childers whose case is on a Notice of Non-Compliance for the second time and is set to be heard by the Court in March 2019. I reviewed the deficiency and the Notice of Non-Compliance, and have previously advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: 2/15/2019            /s/ Alyssa J. White
                                                Alyssa J. White
                                                Johnson Law Group
                                                2925 Richmond Avenue, Ste 1700
                                                Houston, TX 77098
                                                (713) 626-9336
                                                awhite@johnsonlawgroup.com