UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ROSA WELLS, | SECTION "H"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Plaintiff,* | |
| vs. | Stipulation of Dismissal With Prejudice |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; | Civil Action No.: 2:18-cv-05131 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, ROSA WELLS, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-05131, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by the Ms. Wells, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 18-cv-00918. All parties shall bear their own costs.

Dated this 14th Day of February 2019.

**MARC J. BERN & PARTNERS LLP**
By: */s/ Alexandra Colella*
Alexandra Colella (NJ Bar ID No. 203112017)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212)702-5000
Fax: (212)818-0164
acolella@bernllp.com
*Attorneys for Plaintiff*

        **SHOOK, HARDY& BACON L.L.P.**
        Harley V. Ratliff
        Kelly Bieri
        2555 Grand Boulevard,
        Kansas City, MO 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        noproductid@shb.com
        *Counsel for Defendants Sanofi-Aventis U.S. LLC and*
        *Sanofi U.S. Services Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 14, 2019, the foregoing documents was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic accordance with the procedures established in MDL 2740.

*/s/ Alexandra Colella*
Alexandra Colella