# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Gertrude Daniels v. Sanofi US Services Inc., et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, and HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.**<br><br>Civil Action No.:   2:18-cv-09907 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of February, 2019

By: */s/ Randi Kassan*
Randi Kassan
NY Bar No. 4375754
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email:  rkassan@thesandersfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 15, 2019

      By: /s/ Randi Kassan
      Randi Kassan
      NY Bar No. 4375754
      SANDERS PHILLIPS GROSSMAN, LLC
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      Telephone: (516) 741-5600
      Facsimile: (516) 741-0128
      Email: rkassan@thesandersfirm.com