# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re Cantwell Subpoena | No.<br><br>DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER<br><br>NOTING DATE: NOVEMBER 23, 2018 |

I, Debra Cantwell, under penalty of perjury under the laws of the United States of America, hereby declares as follows:

1. I experienced persisting alopecia after using Taxotere.

2. I previously retained an attorney in Colorado to represent me for injuries arising out of my use of Taxotere, but am not a Plaintiff in the MDL, nor have I brought any claims against Sanofi or any other manufacturer of docetaxel. Furthermore, I am no longer represented by my Colorado attorney.

3. I am a member of a social media group called "Taxotears" – a loosely organized group of women from all over the world who experienced permanent alopecia

DELCARATION OF DEBRA CANTWELL IN
SUPPORT OF MS. CANTWELL'S MOTION TO
QUASH OR MODIFY DOCUMENT SUBPOENA
TO NON-PARTY AND FOR PROTECTIVE
ORDER– 1

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

after using Taxotere. Members of Taxotears organized a Facebook page, and also participated in a Google Group – which is basically a listserve where individuals who experienced hair loss after using Taxotere communicated with one another through email. There is no formal "Taxotears" organization. The membership in the Taxotears Facebook group and Taxotears Google group overlaps, but is not co-extensive. Some members belong to one or the other, or both. I am an active subscriber/"member" of both groups, but am not an administrator or organizer of either group. I am simply seeking emotional support from similarly situated women related to the premature and permanent loss of my hair. I am not the records custodian for Taxotears.

4. As a member of the Taxotears support groups via Google and Facebook, thousands of messages have been sent and received (there are thousands of messages in the Taxotears Google Group and hundreds in the Taxotears Facebook Group). I have in excess of 5,000 emails just from the Google Taxotears listserve, each of which may be threaded and several pages long; I estimate that in total this could be around 50,000 pages.

5. Google sent an email to the members of the Taxotears Google Group on October 10, 2018, stating it would be producing documents responsive to the subpoena if no formal objection was filed by account holders prior to October 31. A true and correct copy of that email is attached as Exhibit A. I did not object to Google's production of these communications and documents.

DELCARATION OF DEBRA CANTWELL IN
SUPPORT OF MS. CANTWELL'S MOTION TO
QUASH OR MODIFY DOCUMENT SUBPOENA
TO NON-PARTY AND FOR PROTECTIVE
ORDER– 2

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

6. I edited my November 22, 2015 Facebook post after a conversation with my legal representatives. However, my attorney did not direct or advise me to delete a post on social media.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Kirkland, Washington this 6th day of November, 2018.

_____
DEBRA CANTWELL

DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 3

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system and that I served a copy of the documents via messenger to the following non CM/ECF participant:

Adrienne L. Byard
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Email: abyard@shb.com

Dated this 6th day of November, 2018, at Seattle, Washington.

                                                *s/ Alder Burgess*
                                                ALDER BURGESS, Paralegal
                                                Schroeter, Goldmark & Bender
                                                810 Third Avenue, Suite 500
                                                Seattle, WA 98104
                                                Phone: (206) 622-8000
                                                Email: burgess@sgb-law.com

DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 4

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

EXHIBIT A

## Burgess, Alder

| | |
|---|---|
| From: | Debbie Cantwell <debbie.cantwell@gmail.com> |
| Sent: | Saturday, November 03, 2018 10:07 AM |
| To: | McLafferty, Liz |
| Subject: | Fwd: Subpoena Notice from Google (Internal Ref. No. 1702745) |
| Attachments: | Subpoena 1702745.pdf |

---------- Forwarded message ---------
From: <google-legal-support@google.com>
Date: Wed, Oct 10, 2018 at 12:19 PM
Subject: Subpoena Notice from Google (Internal Ref. No. 1702745)
To: <google-legal-support@google.com>

# Google

Hello,

Google has received the attached subpoena for information related to your Google account in a case entitled *IN RE: Taxotere (Docetaxel) Products Liability Litigation*, United States District Court Eastern District of Louisiana, 2740.

**This email serves as notice to you that Google may produce information related to your Google account in response to this subpoena unless you email a file-stamped copy of a motion to quash or other type of formal objection to google-legal-support@google.com by 10 a.m. Pacific Time on October 31, 2018.**

To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 1702745.

Google, however, cannot give you legal advice about this matter or advise you on what to do here. If you have questions about the subpoena, you can contact an attorney or contact the party or the lawyer who served the subpoena on Google at:
  Kelly E. Brilleaux
  Irwin Fritchie Urquhart & Moore LLC
  400 Poydras Street
  New Orleans, Louisiana 70130
  504.310.2233

Regards,

Google Legal Investigations Support
Google Internal Ref. No. 1702745

1

 You received this announcement to update you about important information in regards to your Google account.
© 2017 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA