# EXHIBIT F

## Edit History



**Debbie Funk Cantwell**
November 22, 2015 at 7:45 PM

Adding some pics to see if 3 months on CG248 did any good. I see some slight growth at the very front of my temple (see finger holding it down). But not much in the back. You can see my other pics in Photos to compare.



**Debbie Funk Cantwell**
December 17, 2015 at 8:37 PM

Deleting my comments regarding the hair product I used as requested by someone we're not supposed to talk about. ☐

This is visible to anyone who can see this post.

Close