# EXHIBIT G

| | |
|---|---|
| **From:** | taxotears@googlegroups.com on behalf of Kim Free <iamfree@mail-solutions.net> |
| **Sent:** | Thursday, April 5, 2018 9:54 AM |
| **To:** | newinglands@verizon.net |
| **Cc:** | debbie.cantwell@gmail.com; Taxotears Group |
| **Subject:** | Re: [Taxotears] Removed from lawsuit! |

I guess I should expect a letter then. Just my opinion but they must be feeling that they cannot win but only with those that had straight Taxotere. If I do I think I will make a public stink where I can about it.
This is heart breaking!

Sent from my iPhone

On Apr 5, 2018, at 9:32 AM, margaret lands <newinglands@verizon.net> wrote:

> That doesn't make sense. Almost all of us had more than one type of chemo.. the common course was ACT for most breast cancer treatment. So what's the difference between having that and having one dose of Taxol?
>
>
> On Thursday, April 5, 2018 2:17 AM, Debbie Cantwell <debbie.cantwell@gmail.com> wrote:
>
>
> I'm so disappointed!! Our champions at Bachus & Schanker just wrote to tell me they won't be representing me in the class action against SA because although I had 3 doses of Taxotere, I also had one dose of Taxol.
>
> Has this happened to anyone else?
>
> Are any of us represented by another firm?
>
> Thanks.
> 
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.
> Visit this group at https://groups.google.com/group/taxotears.
> For more options, visit https://groups.google.com/d/optout.
>
>
> --
> You received this message because you are subscribed to the Google Groups "Taxotears" group.
> To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
> To post to this group, send email to taxotears@googlegroups.com.

Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.