UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| BRIGETTE JOHNSON, ET AL., | : : | MAG. JUDGE NORTH |
| Plaintiffs,<br>vs. | : : : | Civil Action No.: 2:17-cv-13797 |
| SANOFI US SERVICES INC., ET AL., | : : : | |
| Defendants.<br>-------------------------------------------------------- | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff, Brigette Johnson, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby respectfully moves for leave to file an Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff's original complaint was filed in the U.S.D.C. for the Eastern District of Louisiana on November 30, 2017 against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. Plaintiff recently obtained information from her chemotherapy infusion clinic indicating that she may have been administered Docetaxel manufactured by Hospira, Inc. or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc (hereinafter referred to as the Hospira defendants). Plaintiff is now attempting to confirm this information.

Plaintiff wishes to amend her short form complaint to add the Hospira defendants as Defendants to this action. Pursuant to Local Rule 7.6 and Pretrial Order 37A, counsel for Plaintiff contacted the Defendants more than fourteen (14) days in advance of filing this Motion and has

received no objection. Defendants will not be unduly prejudiced by the addition of the Hospira defendants in this action because the claims against the Hospira defendants present the same allegations and underlying facts as the current complaint on file.

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached First Amended Short Form Complaint.

Respectfully submitted this 15th day of February, 2018.

By: */s/ T. Aaron Stringer*
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 15, 2019         */s/ T. Aaron Stringer*
                                  T. AARON STRINGER