UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| BRIGETTE JOHNSON, ET AL., | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-13797 |
| SANOFI US SERVICES INC., ET AL., | : : | |
| Defendants. | : : : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint and for good

cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint

attached as Exhibit A to Plaintiff's Motion.


SO ORDERED this _____ day of _____, 2019.


_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE