# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 20 2018

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-18-173816**

1. LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last): NORMA FRANCISCA LOGAN — (Maiden) BRITO
2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy): NOVEMBER 14, 2018
3. SEX: FEMALE
4. DATE OF BIRTH: OCTOBER 4, 1959
5. AGE-Last Birthday (Years): 59
6. BIRTHPLACE (City & State or Foreign Country): CUBA
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage): JOSE FRANCISCO MUNIZ
10a. RESIDENCE STREET ADDRESS: 2101 ROYAL OAK DRIVE
10c. CITY OR TOWN: BEDFORD
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP CODE: 76021
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: RAUL BRITO
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: NORMA BRITO MARRERO
13. PLACE OF DEATH: ☒ Decedent's Home
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN, ZIP: BEDFORD, 76021
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: JOSE FRANCISCO MUNIZ - HUSBAND
18. MAILING ADDRESS OF INFORMANT: BEDFORD, TX 76021
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: AMANDA ROMAN CLEMENT, BY ELECTRONIC SIGNATURE - 117328
21. ☒ Unknown
22. PLACE OF DISPOSITION: NORTH TEXAS CREMATION SERVICES
23. LOCATION: FORT WORTH, TX
24. NAME OF FUNERAL FACILITY: SIMPLECREMATION.ORG
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 4301 E LOOP 820, FORT WORTH, TX 76119
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: ROBERT V. DEMARTINI, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: NOVEMBER 17, 2018
29. LICENSE NUMBER: H4281
30. TIME OF DEATH: 11:05 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ROBERT V. DEMARTINI 300 TROPHY CLUB DRIVE SUITE 300, TROPHY CLUB, TX 76262
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
a. IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF THE BREAST WITH METASTASES — Approximate interval Onset to death: 6 MONTHS

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: ☒ Not pregnant within past year

42a. REGISTRAR FILE NUMBER: 06 9109
42b. DATE RECEIVED BY LOCAL REGISTRAR: NOVEMBER 19, 2018
42c. REGISTRAR: REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER 000002410336

VS-112 REV 1/2006

QA13659122

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 21 2018

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND