UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Norma Logan v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-9729 |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's husband, Jose Muniz, as plaintiff on behalf of the deceased Plaintiff, Norma Logan.

1. Plaintiff filed a products liability lawsuit against defendants on September 27, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Norma Logan died on November 14, 2018. A Notice and Suggestion of Death is filed concomitantly with this Motion.

3. Plaintiff Norma Logan's product liability action against defendants survived her death and was/is not extinguished.

4. With the death of Plaintiff Norma Logan, the present action survives to and in favor of her surviving spouse, Jose Muniz. Jose Muniz is a proper party to substitute for plaintiff-

decedent Norma Logan and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). A copy of their marriage license is attached hereto as "Exhibit A."

5. Undersigned counsel has conferred with defendants' counsel and none oppose this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 15, 2019                    Respectfully Submitted,

**LOWE LAW GROUP**
By: */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 15, 2019          /s/ *T. Aaron Stringer*
                                                  T. AARON STRINGER

# EXHIBIT A

No. N. 4121

# STATE OF TEXAS
## MARRIAGE LICENSE
### COUNTY OF DALLAS

To all licensed or ordained Christian Ministers and Priests, Jewish Rabbis, or persons who are officers of religious organizations, and who are duly authorized by the organization to conduct marriage ceremonies, Justices of the supreme court, Judges of the court of criminal appeals, Justices of the courts of civil appeals, Judges of the district, county, and probate courts, Judges of the county courts at law, courts of domestic relations and juvenile courts, Justices of the peace, and Judges of the Federal courts of this State.

**GREETING:**
YOU ARE HEREBY AUTHORIZED TO CELEBRATE THE

**RITES OF MATRIMONY**

Between  JOSE FRANCISO MUNIZ

and  NORMA FRANCISCA LOGAN  and

make due return to the Clerk of the County Court of said County within thirty days thereafter, certifying your action under this License.

Witness my official signature and seal of office at office in Dallas, Texas this TWENTY-EIGHTH day of DECEMBER A.D. 20 00
At 2:15 AM/PM

Earl Bullock, County Clerk
By _____ Deputy.
SARA J. WHITT

I, the undersigned hereby certify that on the 31 day of December 20 00 I united in Marriage the parties above named.

**Witness my hand,**

James D. Ortner                    James D. Ortner
TYPE OR PRINT OFFICIAL'S NAME                OFFICIAL SIGNATURE
Minister    3501 N. MacArthur Blvd., Irving
        OFFICIAL TITLE AND CORRECT ADDRESS

County of Marriage  Dallas

Witnesses: Permissible, but not required.

JAN 0 4 2001
Recorded

2001001  00319

By my signature I affirm that I have distributed to each applicant the printed materials relating to AIDS and HIV infection prepared by the Texas Department of Health as required by Section 3, Chapter 1195, Subsection (e), Sec. 1.07, Acts of the 71st Legislature, Regular Session, 1989.

In Accordance with SECTION 1. Subsection (a), Section 1.81, Family Code, effective April 11, 1985. This marriage license will expire at the end of the 30th day following the date of issuance.

Distributed and issued this \_\_\_28TH\_\_\_ day of \_\_\_DECEMBER\_\_\_ A.D. 20\_\_00\_\_.

By \_\_\_\_\_*Sara J. Whitt*\_\_\_\_\_ Deputy

SARA J. WHITT

Earl Bullock, County Clerk
Dallas County, Texas

---

*Returned and filed for record* JAN 0 4 2001 A.D. 20\_\_
*and recorded the* JAN 0 4 2001 A.D. 20\_\_
By *Pauline J. Fajardo* Earl Bullock, County Clerk

FORM 499

DATE OF BIRTH OF MALE \_\_\_\_\_-66\_\_\_\_\_   PLACE OF BIRTH OF MALE \_\_MONTERREY, MEXICO\_\_

DATE OF BIRTH OF FEMALE \_\_\_\_\_-59\_\_\_\_\_   PLACE OF BIRTH OF FEMALE \_\_HAVANA, CUBA\_\_

*Return Address*

MR. AND MRS. JOSE FRANCISCO MUNIZ
4156 W. PIONEER #1024
IRVING, TEXAS 75061

2001001 00320