UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Norma Logan v. Sanofi-Aventis U.S. LLC, et al.*; **USDC EDLA No. 2:17-cv-9729.**

# ORDER

IT IS ORDERED that the Motion for Substitution of Jose Muniz, surviving spouse of Norma Logan, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE