UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Judith L. Bailey
**Case No.:** 2:17-cv-11043

## DECLARATION

I, Jessica A. Perez, have attempted to reach my client, Judith L. Bailey on the following dates: 4/18/2018, 4/25/2018, 5/8/2018, 6/12/2018, 6/26/2018, 7/10/2018, 7/31/2018, 8/14/2018, 9/18/2018, 10/16/2018, 11/16/2018, 12/6/2018, 12/10/2018, 1/17/2019, 1/21/2019, 1/27/2019, 1/30/2019 & 2/5/2019.

by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Jessica A. Perez
Jessica A. Perez (LA Bar# 34024) Pendley,
Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396 Fax:
(225) 687-6398
jperez@pbclawfirm.com