The amendment below refers to the record on the preceding page with the same State File Number that has an (x) in the 'Record Contains Amendment' box.

# CERTIFICATE OF DEATH - AMENDMENT RECORD

**STATE FILE NUMBER:** 20180031357

| Name of Decedent (First, Middle, Last, Suffix) | Date of Death | Status | Date Amended | |
|---|---|---|---|---|
| Pamela D Fauntleroy | 05/22/2018 | Accepted | 07/18/2018 | Part 1 of 1 |

New Jersey Department of Health
Office of Vital Statistics and Registry
PO Box 370, Trenton, NJ 08625-0370

**State File Number:** 20180031357

**AMENDMENT TO NJ VITAL RECORD OF:** ☒ DEATH

**SECTION 1 — INFORMATION AS IT APPEARS ON THE CURRENT RECORD:**

Pamela D Fauntleroy
*Name (or Names, in the case of Marriage, Remarriage, Civil Union, Reaffirmation of Civil Union or Domestic Partnership)*

05/22/2018 — *(Date of Event)*
Gloucester — *(County of Event)*
Swedesboro Borough — *(City/Municipality of Event)*

**SECTION 2**

| Field to be Amended | Item as Currently Recorded on Record | Item as It Should Appear |
|---|---|---|
| 7c. | Swedesboro Borough | Woolwich Township |
| 15. | Swedesboro Borough, New Jersey | Woolwich Township, New Jersey |
| 35a. | Swedesboro, NJ | Woolwich Twp., NJ |
| 35b. | Swedesboro Borough | Woolwich Township |

**SECTION 3**

3A. Signature: [signature]
Printed Name: Lois M. Elder, CMR
Date: 07/09/2018
Address: 1500 Kings Highway, Swedesboro, NJ 08085
Relationship to Individual on Vital Record: Deputy Registrar

3B. Signature of Witness (see instructions): [signature]
Printed Name: Tanya L. Goodwin, CMR
Date: 07/09/2018
Address: 1500 Kings Highway, Swedesboro, NJ 08085
Relationship to Individual on Vital Record: Registrar

3C. AFFIDAVIT SECTION
Subscribed and sworn to before me at _____ this _____ day of _____, 20 _____
Signature: _____    Official Title: _____

**SECTION 4**

Documentation presented to establish the validity of the amended information reported in Section 2:
Viewed Tax Map

NJVS MLG   JUL 1 8 2018

REG-34
NOV 15

**FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Certificate of Parentage Completed? | Denial of Paternity Completed? | Parents Given Option to Change Child's Last Name? |
|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No ☐ N/A |

*PENALTY FOR FALSE STATEMENT - FIVE HUNDRED DOLLARS ($500.00). TYPE OR WRITE PLAINLY WITH INDELIBLE INK. THIS IS A PERMANENT RECORD.*