UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Pamela Fauntleroy v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-12679 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's son, Derius Massey, as plaintiff on behalf of the deceased Plaintiff, Pamela Fauntleroy.

1. Plaintiff filed a products liability lawsuit against defendants on November 17, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Pamela Fauntleroy died on May 22, 2018.  A Notice and Suggestion of Death is filed concomitantly with this Motion.

3. Plaintiff Pamela Fauntleroy's product liability action against defendants survived her death and was/is not extinguished.

4. Derius Massey, son of Plaintiff Pamela Fauntleroy and the Administrator of her estate, is a proper party to substitute for plaintiff-decedent Pamela Fauntleroy and has proper

capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). Derius Massey was granted the rights, powers, and duties of an administrator appointed for the estate of Plaintiff Pamela Fauntleroy upon the filing of the Affidavit of Next of Kin in Lieu of Administration with the Gloucester County Surrogate's Court, State of New Jersey. A copy of the Affidavit, redacted to remove Mr. Massey and his younger brother's address, is attached hereto as "Exhibit A."

5. Undersigned counsel provided Defendants' counsel a copy of this Motion on January 25, 2019 and has received no objection.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 18, 2019                    Respectfully Submitted,

**LOWE LAW GROUP**
By: */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 18, 2019          /s/ *T. Aaron Stringer*
                                  T. AARON STRINGER

# EXHIBIT A

# State of New Jersey
# Gloucester County Surrogate's Court

In the Matter of the Estate of
**Pamela D. Fauntleroy**, Deceased

AFFIDAVIT OF NEXT OF KIN
IN LIEU OF ADMINISTRATION WHERE
REAL AND PERSONAL ESTATE DOES NOT
EXCEED $20,000.00 (N.J.S.A. 3B 10-4)

I(We), **Derius Massey** of ▮▮▮▮▮▮▮▮▮ Swedesboro, New Jersey 08085 of full age, being sworn upon my oath according to law, depose and say:

1. Decedent departed this life **May 22nd, 2018** without leaving a Will.
2. Decedent resided at his/her death at ▮▮▮▮▮▮▮▮▮, **Woolwich Twp.**, County of **Gloucester**, State of **New Jersey**.
3. The names, residences and relationships of all the next of kin of said deceased are as follows:

```
Name                  Relation      Residence                                              Age
Derius Massey         Son           ▮▮▮▮▮ ▮▮▮ ▮▮▮, Swedesboro, New                         20
                                    Jersey 08085
▮▮▮▮ Fauntleroy       Son           ▮▮▮▮▮ ▮▮▮ ▮▮▮, Swedesboro, New
                                    Jersey 08085
```

The real and personal estate of said deceased does not exceed in value the sum of twenty thousand ($20,000) dollars consisting of assets of the following nature, value and location:

```
Asset Description                                                                Value
Authorization to obtain information on
decedent's bank accounts.
```

**TOTAL ESTATE VALUE: $0.00**

Upon the execution and filing of the affidavit and upon filing the consents of all of said next of kin who have capacity to consent (if any), he/she shall have all the rights, powers and duties of an administrator duly appointed for the estate. <u>This deponent is, therefore, entitled to same without Letters of Administration in accordance with N.J.S.A 3B:10-4 Laws of New Jersey.</u>

Subscribed and sworn to before me,
this **12th day of June, 2018.**

*/s/ Derius Massey*
Derius Massey

*/s/ Sheila Ross*

```
Affidavit is not valid without original signature and embossed seal
```

[Seal of the County of Gloucester Surrogate, New Jersey]

I HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE COPY OF THE ORIGINAL ON FILE
IN MY OFFICE

*/s/ Susan M. McKenna*
SUSAN M. McKENNA, DEPUTY SURROGATE
ACTING DEPUTY CLERK

**Affidavit of Next of Kin**