UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2740
                              :
                              :   SECTION "H" (5)
                              :
                              :   JUDGE MILAZZO
                              :
                              :   MAG. JUDGE NORTH
                              :

**THIS DOCUMENT RELATES TO:**

*Pamela Fauntleroy v. Sanofi-Aventis U.S. LLC, et al.*;
**USDC EDLA No. 2:17-cv-12679.**

## ORDER

IT IS ORDERED that the Motion for Substitution of Derius Massey, surviving son of Pamela Fauntleroy and administrator of decedent's estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE