# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Vicki Davison v. Sanofi US Services Inc. et al
Case No.: 2:18-cv-08876

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Vick Davison whose case is on a Notice of Non-Compliance to be heard by the Court on February 21, 2019.  I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 18, 2019                    Respectfully submitted,


                                            /s/ Charlotte Gulewicz

                                            Charlotte Gulewicz
                                            Texas Bar No: 24094692
                                            charlotte@fnlawfirm.com

                                            FEARS NACHAWATI, PLLC
                                            5473 Blair Road
                                            Dallas, Texas 75231
                                            Tel. (214) 890-0711
                                            Fax (214) 890-0712

                                            Counsel for Plaintiff