UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lisa Hickel v. Sanofi US Services Inc. et al
Case No.: 2:18-cv-09045

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Lisa Hickel whose case is on a Notice of Non-Compliance to be heard by the Court on February 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 18, 2019                                   Respectfully submitted,

                                                                      /s/ Charlotte Gulewicz

                                                                      Charlotte Gulewicz
                                                                      Texas Bar No: 24094692
                                                                      charlotte@fnlawfirm.com

                                                                      FEARS NACHAWATI, PLLC
                                                                      5473 Blair Road
                                                                      Dallas, Texas 75231
                                                                      Tel. (214) 890-0711
                                                                      Fax (214) 890-0712

                                                                      Counsel for Plaintiff