UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: LesCallett et al v. Accord Healthcare, Inc. et al
Case No.: 2:18-cv-09294

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Annette LesCallett and Robert LesCallett whose case is on a Notice of Non-Compliance to be heard by the Court on February 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 18, 2019                                  Respectfully submitted,

                                                           /s/ Charlotte Gulewicz

                                                           Charlotte Gulewicz
                                                           Texas Bar No: 24094692
                                                           charlotte@fnlawfirm.com

                                                           FEARS NACHAWATI, PLLC
                                                           5473 Blair Road
                                                           Dallas, Texas 75231
                                                           Tel. (214) 890-0711
                                                           Fax (214) 890-0712

                                                           Counsel for Plaintiff