UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Addie Snead</u>**
**Case No.: <u>2:18-cv-09325</u>**

## DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my clients, Addie Snead, on the following dates: <u>11/3/2018, 11/14/2018, 12/4/2018, 12/5/2018, 12/26/2018, 1/8/2019, 1/11/2019, 1/22/2019, 1/24/2019, 1/28/2019, 2/11/2019, 2/12/2019</u> by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my clients have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712