**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Julie Penegar
**Case No.:** 2:17-cv-14888

**STATEMENT OF PLAINTIFF'S COUNSEL**

  I represent Julie Penegar whose case is on a Notice of Non-Compliance to be heard by the Court on February 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

  The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 19, 2019                        /s/ Danae N. Benton
               Danae N. Benton
               Texas Bar No. 24080422
               BARON & BUDD
               3102 Oak Lawn Avenue, Suite 1100
               Dallas, TX 75219
               (214) 521-3605
               dbenton@baronbudd.com