# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| GRACE WELCH<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS PHARMA, INC. AND ACTIVAS LLC F/K/A ACTIVAS INC. ONLY** |
| SANOFI ET AL., | |
| Defendants. | |
| Civil Case No: 2:17-cv-17238 | |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis Pharma, Inc. and Activas LLC f/k/a Activas Inc. only, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of February, 2019

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP

4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 19, 2019              /s/ *Robert Binstock*
                                      Robert Binstock