UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| MARTHA TURNER,<br><br>　　　　　Plaintiff,<br>　v.<br>SANDOZ, et al.,<br>　　　　　Defendants. | SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-7732 |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff, Martha Turner during the pendency of this action, which occurred on January 31, 2019.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Martha Turner's Estate in the near future.

DATED:  February 20, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ *Karen Barth Menzies*
　　　　　　　　　　　　　　　　　　Karen Barth Menzies (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Cal. Bar No. 180234
　　　　　　　　　　　　　　　　　　**GIBBS LAW GROUP LLP**
　　　　　　　　　　　　　　　　　　6701 Center Drive West, 14th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90045
　　　　　　　　　　　　　　　　　　Telephone: (510) 350-9240
　　　　　　　　　　　　　　　　　　Facsimile: (510) 350-9701
　　　　　　　　　　　　　　　　　　Email:  kbm@classlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>February 20</u>, 2019

By:  <u>/s/ *Karen Barth Menzies*</u>
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com
