# EXHIBIT A

# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
### CERTIFICATE OF DEATH

836879 I.D. TAG NO.



| Field | Value |
|---|---|
| 1. Legal Name | First: Martha, Middle: Therese, Last: Turner |
| 2. Death Date | January 31, 2019 |
| 3. Sex | Female |
| 4. Age | 65 years |
| 5. Social Security Number | ###-##-9252 |
| 6. County of Death | Multnomah |
| 7. Birthdate | August 08, 1953 |
| 8. Birthplace | Oakland, California |
| 9. Decedent's Education | Bachelor's degree |
| 10. Was Decedent of Hispanic Origin? | No |
| 11. Decedent's Race(s) | White |
| 12. Was Decedent Ever in U.S. Armed Forces? | No |
| 13. Residence: Number and Street | 2810 NW Savier Street |
| 14. City/Town | Portland |
| 15. Residence County | Multnomah |
| 16. State or Foreign Country | Oregon |
| 17. Zip Code + 4 | 97210 |
| 18. Inside City Limits? | Yes |
| 19. Marital Status at Time of Death | Married |
| 20. Spouse's Name Prior to First Marriage | Ted Eugene Turner |
| 21. Usual Occupation | Teacher |
| 22. Kind of Business/Industry | Education |
| 23. Father's Name | Robert Francis Schreiber |
| 24. Mother's Name Prior to First Marriage | Lucymay Lippert |
| 25. Informant's Name | Ted Eugene Turner |
| 26. Telephone Number | Not Available |
| 27. Relationship to Decedent | Spouse |
| 28. Mailing Address | Portland, OR 97210 |
| 29. Place of Death | Decedent's Residence - Hospice |
| 30. Facility Name | |
| 31. Location of Death | |
| 32. City/Town or Location of Death | Portland |
| 33. State | Oregon |
| 34. Zip Code + 4 | 97210 |
| 35. Method of Disposition | Cremation |
| 36. Place of Disposition | Springer and Son Aloha Crematory |
| 37. Location | Aloha, Oregon |
| 38. Name and Complete Address of Funeral Facility | Springer & Son Aloha Funeral Home, Aloha, Oregon 97007 |
| 39. Date of Disposition | TBD |
| 40. Funeral Director's Signature | Danielle E Davis (Electronically Signed) |
| 41. OR License Number | CO-3978 |
| 42. Registrar's Signature | [signed] |
| 43. Date Received | FEB 06 2019 |
| 44. Local File Number | 000466 |
| 45. Amendment | |
| 46. Was case referred to Medical Examiner? | No |
| 47. Autopsy? | No |
| 48. Were autopsy findings available to complete the cause of death? | |
| 49. Time of Death | 4:00 am |

### CAUSE OF DEATH

50. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT ENTER TERMINAL EVENTS such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| Final disease or condition resulting in death → IMMEDIATE CAUSE a. | Cardiopulmonary failure | hours |
| Due to (or as a consequence of) b. | metastatic breast cancer | years |
| Due to (or as a consequence of) c. | | |
| Due to (or as a consequence of) d. | | |

51. Other significant conditions contributing to death, but not resulting in the underlying cause given above.

| Field | Value |
|---|---|
| 52. Manner of Death | Natural |
| 53. If Female | Not pregnant within past year |
| 54. Did tobacco use contribute to death? | No |
| 55. Date of Injury | |
| 56. Time of Injury | |
| 57. Place of Injury | |
| 58. Injury at Work? | |
| 59. Location of Injury | |
| 60. Describe how injury occurred | |
| 61. If transportation injury, specify | |
| 62. Name and Address of Certifier | Lucy R Langer MD, 9555 SW Barnes Rd #150, Portland, OR 97225 |
| 63. Name and Title of Attending Physician If Other than Certifier | |
| 64. Title of Certifier | MD |
| 65. License Number | MD27687 |
| 66. Date Signed | 02/05/2019 |
| 67. Medical Certifier | [signed] Lucy R Langer MD |
| 69. Amendment | |

45-2DP (01

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: FEB 06 2019

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

