# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re Cantwell Subpoena

No. 2:18-mc-0112 RSL

DECLARATION OF SCOT KREIDER IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER

NOTING DATE: NOVEMBER 23, 2018

I, Scot Kreider, am an attorney at Bachus & Schanker, LLC. I make this declaration based on personal knowledge, or knowledge I believe to be true based on reasonable investigation of the matters alleged. I am over the age of 18 and competent to testify to the matters set forth herein.

1. I am an attorney licensed to practice law in the State of Colorado. I am currently employed at Bachus & Schanker, LLC. Bachus & Schanker represents approximately 1,500 women who have brought claims against Sanofi or other manufacturers of docetaxel in the Taxotere (docetaxel) products liability case in the United States District Court for the Eastern District of Louisiana.

DECLARATION OF SCOT KREIDER IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 1

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

2. Approximately 10,000 women have brought claims against Sanofi and other manufacturers of docetaxel – a chemotherapy agent widely used to treat breast cancer. The Plaintiffs' claims arise generally from the manufacturers' alleged failure to warn of a significant risk of permanent or persistent hair loss (alopecia) likely to result from the use of docetaxel (marketed by Sanofi under the brand name "Taxotere").

3. Some Taxotears women were active in lobbying the FDA to require Sanofi to modify the Taxotere label to more accurately describe the risk of permanent alopecia.

4. Taxotears members also actively discussed the possibility of bringing suit against Sanofi for their damages. A member of the Taxotears Google Group in Colorado was the first to find an attorney willing to explore the viability of these women's claims, and many members of Taxotears ultimately sought legal advice from the same attorney with respect to their own claims – and communicated with each other on the Taxotears forums related to their efforts to obtain legal advice and the viability of their possible legal claims.

5. On November 20, 2015, Ms. Cantwell formed an attorney-client relationship with The Weinberger Law Offices, LLC, and Bachus & Schanker, LLC, in Denver, Colorado, to explore the viability of her potential claims against Sanofi. Robert Weinberger, the principal and attorney at The Weinberger Law Office, entered into an of counsel employment relationship at Bachus & Schanker on December 1, 2015, while also winding down his practice at Weinberger Law Offices through

DECLARATION OF SCOT KREIDER IN
SUPPORT OF MS. CANTWELL'S MOTION TO
QUASH OR MODIFY DOCUMENT SUBPOENA
TO NON-PARTY AND FOR PROTECTIVE
ORDER– 2

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

the balance of 2015. Ms. Cantwell executed a formal retainer agreement with Bachus & Schanker on January 1, 2016.

I declare under penalty of perjury under the laws of the United States foregoing is true and correct.

DATED at Denver, Colorado, this 6th day of November.

Scot C. Kreider, Esq.

AMY J DOMNICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134033446
MY COMMISSION EXPIRES MAY 28, 2021

DECLARATION OF SCOT KREIDER IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 3

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system and that I have served a copy of the documents via messenger to the following non CM/ECF participants:

Adrienne L. Byard
SHOOK, HARDY & BACON, LLP
*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Email: abyard@shb.com

Dated this 6th day of November, 2018, at Seattle, Washington.

                                      *s/ Alder Burgess*
                                      ALDER BURGESS, Paralegal
                                      Schroeter, Goldmark & Bender
                                      810 Third Avenue, Suite 500
                                      Seattle, WA 98104
                                      Phone: (206) 622-8000
                                      Email: burgess@sgb-law.com

DECLARATION OF SCOT KREIDER IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 4

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305