UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re Cantwell Subpoena | No.  2:18-mc-0112 RSL<br><br>[PROPOSED] ORDER GRANTING MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER |

THIS MATTER having come before the undersigned Judge of the above-entitled court upon Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order, and the Court having considered the following pleadings submitted by the parties:

1. Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order;

2. Declaration of Elizabeth McLafferty in Support of Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order;

[PROPOSED] ORDER GRANTING MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 1

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

3. Declaration of Debra Cantwell in Support of Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order

4. Declaration of Scot Kreider in Support of Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order;

5. _____;

6. _____.

WHEREFORE, PREMISES CONSIDERED, IT IS ORDERED, ADJUDGED, AND DECREED that Ms. Cantwell's Motion is GRANTED:

1. Request No.1 is quashed in its entirety as overbroad and unduly burdensome, as Ms. Cantwell is without knowledge of who might be Plaintiffs or Plaintiff's counsel in "any" Taxotere case. To the extent Request No. 1 encompasses correspondence between Ms. Cantwell and her prior attorney, the request is quashed as seeking documents protected by the attorney client privilege.
2. Request No. 2 is quashed as overbroad, unduly burdensome, and not having any relationship to the claims or defenses of any party in the MDL. To the extent these documents are relevant, Sanofi can obtain them from the relevant party in the MDL, or through subpoena to the service provider with actual custody of the emails. Ms. Cantwell cannot respond to this request without incurring significant expense and time disproportionate to any relevance established by Sanofi.
3. Request No. 3 is quashed as seeking information protected by the attorney-client privilege. The Court will conduct an *in camera* review of such documents to ascertain whether they contain evidence of improper advisement by Ms. Cantwell's attorneys to destroy relevant evidence.
4. Ms. Cantwell will produce the Facebook post requested in Request No. 4 as it existed prior to her December 17, 2015 edit.

[PROPOSED] ORDER GRANTING MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 2

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

5. Request No. 5 is quashed as seeking information protected by the attorney client privilege. No *in camera* review of the document is needed as the post does not present a prima facie indication of attorney misconduct.
6. The documents responsive to Request No. 6, related to Ms. Cantwell's December 17 post, will be produced to the Court for *in camera* review.
7. Ms. Cantwell will produce the comments to the Facebook post in Request No. 7.
8. Request No. 8 is quashed as seeking information protected by the attorney client privilege. No *in camera* review of the documents is needed as the post does not present a prima facie indication of attorney misconduct.
9. No such documents exist responsive to this request.

DATED this _____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Elizabeth J. McLafferty*

ELIZABETH J. MCLAFFERTY, WSBA #45291
Counsel for Debra Cantwell
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: mclafferty@sgb-law.com

[PROPOSED] ORDER GRANTING MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 3

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system and that I served a copy of the documents via messenger to the following non CM/ECF participant:

Adrienne L. Byard
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Email: abyard@shb.com

Dated this 6th day of November, 2018, at Seattle, Washington.

*s/ Alder Burgess*
ALDER BURGESS, Paralegal
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: burgess@sgb-law.com

[PROPOSED] ORDER GRANTING MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 4

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305