

**Miscellaneous Case Filing : Cantwell v. Sanofi-Aventis, U.S.**

**Burgess, Alder** to: newcases.seattle@wawd.uscourts.gov     11/06/2018 02:57 PM

History:     This message has been replied to.

Good Afternoon:

Attorney Elizabeth McLafferty of Schroeter Goldmark & Bender seeks to file a Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order on behalf of Debra Cantwell. Sanofi's subpoena to Cantwell was issued from the U.S. District Court for the Eastern District of Louisiana in connection with the Taxotere Products Liability Litigation, No. 16-CV-2740.

Please see the attached documents for filing, they include:

1. Ms. Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order;
2. Declaration of Elizabeth McLafferty in Support of the Motion with Exhibits A-F;
3. Declaration of Debra Cantwell in Support of the Motion with Exhibit A;
4. Declaration of Scot Kreider in Support of Motion;
5. [Proposed] Order Granting Ms. Cantwell's Motion (PDF); and,
6. [Proposed] Order Granting Ms. Cantwell's Motion (Word Version).

Thank you,

_____

**Alder Burgess**
*Paralegal*
Schroeter Goldmark Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
206-622-8000
206-682-2305 (fax)
email | web | en español

**CONFIDENTIALITY NOTICE**:  This e-mail may contain confidential and privileged information.  If you have received this e-mail by mistake, please delete it without distributing it to anyone else, and notify me immediately via e-mail or telephone at 206-622-8000. Thank you.



2. Decl. of E. McLafferty in Support of Cantwell's MTQ w. Exhibits.pdf



3. Decl. of D. Cantwell in Support of MTQ w. Exhibits.pdf 4. Decl. of S. Kreider in Support of Cantwell's MTQ.pdf



5. Proposed Order Granting Cantwell's MTQ.pdf 6. Proposed Order Granting Cantwell's MTQ.docx



1. Cantwell's MTQ or Modify Document Subpoena.PDF