UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  			MDL NUMBER:  2740
	PRODUCTS LIABILITY
	LITIGATION
							SECTION: "H"(5)

THIS DOCUMENT RELATES TO
*Cantwell v. Sanofi U.S. Services Inc., et al.*,
Nos. 18-CV-11657; 19-CV-00201

## ORDER SETTING ORAL ARGUMENT

Oral argument on Debra Cantwell's Motion to Quash or Modify Document Subpoena and for Protective Order (rec. doc. 1 in 19-CV-00201) will be held on March 13, 2019 at 11:00 a.m. before Magistrate Judge Michael B. North, Courtroom B-407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this  20th  day of           February          2019.

                                                                                    _____
                                                                                    MICHAEL B. NORTH
                                                                                    UNITED STATES MAGISTRATE JUDGE