# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 – SECTION "N" (5) |
| Tamisha Johnson,<br>    Plaintiff<br>v.<br><br>Sanofi-Aventis U.S. LLC,<br>    Defendant. | HON. JUDGE JANE TRICHE MILAZZO<br><br>Civil Case No. 2:17-cv-14609 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendant, each party to bear its own costs.

Dated this 19th day of February, 2018.

_____
A. Craig Eiland
LAW OFFICES OF A. CRAIG EILAND, PC
2200 Market Street, Suite 501
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

   **ATTORNEY FOR PLAINTIFF**

/s/ Chris Kaufman_____
Chris Kaufman
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550

Facsimile: 816-421-5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S., LLC*

# CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATE:  February 19, 2019

      /s/ Craig Eiland_____
Craig Eiland