# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5) |

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Plaintiff: <u>Bobbie Tyler</u>
Civil Action No.: <u>2:18-cv-8995</u>

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its

own costs, on Plaintiffs averment of the basis for dismissal as follows:

## YOU <u>MUST</u> CHECK ALL THAT APPLY

X   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 20th day of February, 2018

s/Steven D. Davis                            
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401

**3**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.

/s/Steven D. Davis
Steven D. Davis