UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Renee M. Boone,<br>        Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et. al.,<br>        Defendants. | : : : | |
| Civil Case No.: 2:16-cv-17586 | : : | |

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 6192);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of February, 2019.

_____
U.S. District Court Judge