UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Deborah Poirier_____
**Case No.:** _____18-cv-8926_____

## DECLARATION

I, ___Steven Davis_____, have attempted to reach my client, __Deborah Poirier__ on the following dates: Phone calls: 11/15/18, 11/20/18, 11/28/18, 12/11/18, 1/8/19, 1/10/19, 1/14/19, 2/8/19 & 2/12/19  Emails: 12/14/18, 12/26/18 & 2/19/19   Letters: 12/5/18, 12/10/18 & 2/11/19_____

by (check all that apply) _X___ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/Steven D. Davis
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                           */s/Steven D. Davis*
                                           Steven D. Davis