UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** __Kathleen Sethman_____
**Case No.:** _____18-cv-8931_____

## DECLARATION

I, ___Steven Davis_____ , have attempted to reach my client, __Kathleen Sethman__ on the following dates: Phone calls: 11/15/18, 11/20/18, 11/28/18, 12/11/18, 1/3/19, 1/10/19, 2/8/19, & 2/12/19  Emails: 11/28/18, 12/26/18 & 1/3/19   Letters: 12/5/18, 12/10/18, & 2/11/19_____

by (check all that apply) _X___ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


/s/Steven D. Davis
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/Steven D. Davis*
Steven D. Davis