**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| Case No. 2:18-cv-11657 and 2:19-cv-00201 | : | |
| *Plaintiff v. Sanofi-Aventis U.S. LLC, et al.* | : | |
| | : | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Elizabeth McLafferty, with the law offices of Schroeter Goldmark & Bender, currently represents Plaintiff as Attorney of Record.  Plaintiff wishes to substitute Michael P. McGartland as her counsel of record to proceed with her claim.

By agreement, the below-signed attorney of Schroeter Goldmark & Bender wishes to withdraw, and substitute Attorney Michael P. McGartland, as follows:

Michael P. McGartland
Texas Bar No. 13610800
McGartland Law Firm, PLLC
1300 South University Drive, Suite 500
Fort Worth, Texas 76107
Telephone No. (817) 332-9300
Facsimile No. (817) 332-9301
mike@mcgartland.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Respectfully submitted and representation
accepted by:

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

Agreed to by:

/s/ *Elizabeth McLafferty*
Elizabeth McLafferty, WSBA #45291
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
mclafferty@sgb-law.com

## CERTIFICATE OF SERVICE

I certify that on the 20th day of <u>February</u>, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

/s/ *Michael P. McGartland*
Michael P. McGartland