# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

DEBRA CANTWELL

**PLAINTIFF(S)**

**VERSUS**

TAXOTERE (DOCETXAEL)

**DEFENDANT(S)**

**CIVIL ACTION**

No. MDL NO. 2740

SECTION: N

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Withdraw and Substitute Counsel is hereby set for submission before District Judge/Magistrate Judge Milazzo on March 13, 2019 at 9:30 a .m.

/s/ *Elizabeth McLafferty*
**(Signature)**

Elizabeth McLafferty
**(Name)**

810 Third Avenue, Suite 500
**(Address)**

Seattle            WA        98104
**(City)        (State)      (Zip)**

206-622-8000
**(Telephone)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 20th day of February, 20 19.

/s/ *Alder Burgess*
**(SIGNATURE)**