**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETXAEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **JUDGE MILAZZO** |
| **Case No. 2:18-cv-11657 and 2:19-cv-00201** | : | |
| *Plaintiff v. Sanofi-Aventis U.S. LLC, et al.* | : | |
| | : | |

## <u>ORDER</u>

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that <u>Elizabeth McLafferty</u> with the law

offices of <u>Schroeter Goldmark & Bender</u> be allowed to withdraw as Plaintiff's counsel, and

further, that Michael P. McGartland of the law firm of McGartland Law Firm, PLLC, be allowed

to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2019.


_____
JUDGE JANE TRICHE MILAZZO