UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
*Cantwell v. Sanofi U.S. Services Inc., et al.*
Nos. 2:18-cv-11657; 2:19-cv-00201

---

**PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANTS SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF DEBRA CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER**

---

COMES NOW Plaintiff Debra Cantwell, by and through counsel, and files this her Motion for Leave to Reply to Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Response in Opposition to Plaintiff Debra Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order and in support would show unto this Court the following:

1. On February 15, 2019, Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's (hereinafter the "Sanofi Defendants") filed their Response in Opposition to Plaintiff Debra Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order.

2. Substantial events have occurred since the filing of Ms. Cantwell's original Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order impacting her arguments in matter including Ms. Cantwell's newly-acquired status as a Plaintiff in this MDL as well a change in representation for responding to the Subpoena Duces Tecum. Consequently, the undersigned counsel for Plaintiff

Cantwell moves this Court for leave to file her Reply to the Response filed on behalf of the Sanofi Defendants.

3. During its Wednesday, February 20, 2019, conference, the Court advised this matter has been set for hearing on Wednesday, March 13, 2019. The Court further directed counsel to file the instant Motion for Leave for Reply and that such Reply would be due on or before Friday, March 8, 2019.

WHEREFORE, PREMISE CONSIDERED Plaintiff Cantwell prays this Court will grant her leave to file her Reply and Supporting Memorandum to the Response filed on behalf of the Sanofi Defendants to be submitted on or before March 9, 2019.

Dated this 21st day of February, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that during the February 20, 2019 hearing, the Court instructed counsel to file the instant Motion for Leave. The undersigned counsel is unaware of any objections raised by defendants' counsel.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                      By:    /s/ *Michael P. McGartland*
                                                        Michael P. McGartland