UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Cantwell v. Sanofi U.S. Services Inc., et al.* Nos. 2:18-cv-11657; 2:19-cv-00201 | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Plaintiff's Motion for Leave to Reply to Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Response in Opposition to Plaintiff Debra Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order; and

2. Proposed Order.

Said motion will be submitted on the 13th day of March, 2019, at 11:00 a.m. before the Honorable Judge Michael B. North of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 21st day of February, 2019.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

        By:    /s/ *Michael P. McGartland*
                    Michael P. McGartland