UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 16-2740 |
| | : | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | SECTION H, DIVISION 5 |
| *Shara Brown* Civil Action No.: 2:18-cv-04654 | : : : | |
| *Cynthia Lewis* Civil Action No.: 2:17-cv-15250 | : : : | |
| *Rose Matthews* Civil Action No.: 2:17-cv-06623 | : : : | |
| *Linda Trammel* Civil Action No.: 2:17-cv-10269 | : : : | |

**PLAINTIFFS' JOINT MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COME NOW, attorney Amy M. Carter, of Carter Long, and Jay Stuemke of Simon Greenstone Panatier, PC, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Amy M. Carter of Carter Long and substitution of Jay Stuemke of Simon Greenstone Panatier, PC, in place thereof.

Dated: February 21, 2019

/s/ Amy M. Carter
Amy M. Carter
Texas State Bar No. 24004580
Carter Long
4310 N. Central Expwy., Suite 104
Dallas, Texas 75206
(214) 699-5994
amy@cltrial.com

/s/ Jay E. Stuemke
Jay E. Stuemke

1

Texas State Bar No.  24003019
SIMON GREENSTONE PANATIER, PC
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone:  (214) 276-7680
Facsimile:  (214) 276-7699
jstuemke@sgptrial.com

*ATTORNEYS FOR PLAINTIFFS*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2019, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                        /s/ *Jay Stuemke*