UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 16-2740 |
| | : | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | SECTION H, DIVISION 5 |
| *Shara Brown* Civil Action No.: 2:18-cv-04654 | : : : | |
| *Cynthia Lewis* Civil Action No.: 2:17-cv-15250 | : : : | |
| *Rose Matthews* Civil Action No.: 2:17-cv-06623 | : : : | |
| *Linda Trammel* Civil Action No.: 2:17-cv-10269 | : : : : | |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Amy M. Carter and the law firm of Carter Long are withdrawn as attorneys of record in MDL No. 2740 and for the Plaintiffs listed above.

IT IS FURTHER ORDERED that attorney Jay Stuemke of Simon Greenstone Panatier PC is substituted as the attorney of record for the Plaintiffs Shara Brown, Cynthia Lewis, Rose Matthews and Linda Trammel.

New Orleans, Louisiana, this ____ day of _____, 2019

_____
The Honorable Jane Triche Milazzo
United States District Court Judge

1