UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Thomas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,* Civil Action No. 2:17-cv-13611 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

Pursuant the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Brenda Kay Thomas hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff had originally named multiple Defendants in her Short Form Complaints since at the time of filing, Plaintiff did not know the identity of the Defendant that manufactured the Taxotere administered to her. Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant this Court's Case Management Order No. 12A. Plaintiff now moves for leave to file their First Amended Short Form Complaint, which lists only the appropriate Defendants.

Due to the foregoing reasons, Plaintiff respectfully move for leave to file the attached First Amended Short Form Complaint.

| | |
|---|---|
| Dated: February 21, 2019 | Respectfully submitted, |
| | /s/ Russell Abney<br>Russell Abney, Esq.<br>State Bar No. 000875 (GA)<br>Ferrer Poirot & Wansbrough |

2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile:  (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF CONFERENCE**

Pursuant to the U.S. District Court for the Eastern District of Louisiana's local rule 7.6, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer with all other parties, which are listed below, regarding the filing of this motion. The other parties do not oppose this motion.

**Douglas J. Moore**
Irwin Fritchie Urquhart & Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com

**John F. Olinde**
Chaffe McCall LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2300
olinde@chaffe.com
505b2liaison@chaffe.com

**Brandon D. Cox**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Brandon.Cox@tuckerellis.com

**Julie A. Callsen**
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.Callsen@tuckerellis.com
noproductid@tuckerellis.com

**Harley V. Ratliff**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
noproductid@shb.com

**Kelly Bieri**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
kbieri@shb.com

**Rebecca Eickbush**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
reickbush@shb.com

**Madison Hatten**
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard,
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

mhatten@shb.com

**R. Clifton Merrell**
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
Sandoz-Taxotere-ProdID@gtlaw.com

**Mara Cusker Gonzalez**
DECHERT LLP
Three Bryant Partk
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212-641-5665
Facsimile: 212-698-3599
MaraCusker.gonzalez@dechert.com
docetaxelproductid@dechert.com

**Evan Holden**
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
holdene@gtlaw.com

**Sara Roitman**
DECHERT LLP
Three Bryant Partk
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: 212-641-5665
Facsimile: 212-698-3599
Sara.Roitman@dechert.com

Dated: February 21, 2019

Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Plaintiff's Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 21, 2019                          Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*