# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Thomas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,* Civil Action No. 2:17-cv-13611 | |

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaints, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Brenda Kay Thomas is hereby given leave to file her First Amended Short Form Complaint.

Dated: _____    _____
                                                                            Hon. Jane Triche Milazzo
                                                                            United States District Court Judge