IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Lachanda Boyd* | * * * | CIVIL ACTION NO. 2:17-cv-12962 |

**PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
___

COMES NOW Plaintiff Lachanda Boyd, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 21st day of February, 2019.

                                                                              **BRENT COON & ASSOCIATES**

                                                                              /s/ Eric W. Newell
                                                                              Brent W. Coon
                                                                              Federal Bar No. 9308
                                                                              Texas Bar No. 04769750
                                                                              Brent@bcoonlaw.com
                                                                              Eric W. Newell
                                                                              Texas Bar No. 24046521
                                                                              Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. I was able to obtain consent to file this motion from defendant's counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 21st day of February, 2019.

*/s/Eric W. Newell*
Eric W. Newell.