MINUTE ENTRY
NORTH, M.J.
FEBRUARY 20, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NUMBER: 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

| PRESENT: | | |
|---|---|---|
| | Christopher Elliott | Douglas Moore |
| | Dawn Barrios | Jeremiah Wikler |
| | Karen Barth Menzies | Patrick Oot |
| | Andre Mura | John Olinde |
| | Darin Schanker | Kelly Brilleaux |
| | Chris Coffin | Cliff Merrell |
| | Rand Nolen | Jon Strongman |
| | David Miceli | Mara Cusker Gonzalez |
| | Daniel Markhoff | Geoffrey Coan |
| | Jessica Perez Reynolds | Julie Callsen |
| | Larry Centola | Suzanne Marinkovich |
| | Zachary Wool | Deborah Rouen |
| | Lauren Stevens | |
| | Palmer Lambert | |
| | Kyle Bachus | |

| PARTICIPATING BY PHONE: | | |
|---|---|---|
| | Lee McGartland | Michael Suffern |
| | Alexandra Roberston | |
| | Matthew McCarley | |
| | Amy Zeman | |
| | Pete Albanis | |

The Court discussed with counsel for the parties a procedure for conducting call docket proceedings under PTO 85.  Going forward, Defendants listing Plaintiffs on the docket

MJSTAR (00:35)

under PTO 85 will provide the Court a brief (half-page) explanation of the perceived deficiencies in said Plaintiffs' ESI production no later than 15 days prior to the hearing. Plaintiffs may provide a similarly brief response no later than eight days prior to the hearing.

The next PTO 85 Call Docket is scheduled for March 27, 2019 at 1:00 p.m. Defendants' submissions are due no later than March 11, 2019. Plaintiffs' responses are due no later than March 18, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE