UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

At the Show Cause Hearings on December 19, 2018, and January 18, 2019, the Court granted extensions of time to certain plaintiffs to cure the deficiencies in their Plaintiff Fact Sheets and/or meet and confer with defense counsel. The Court has been advised that the following Plaintiffs have failed to comply with their obligations:

- Jacquelyn Gunn, 2:18-cv-06935
- Lenora McLamb, 2:18-cv-08155
- Brenda Darden, 2:17-cv-16591
- Gertrude Gillespie, 2:18-cv-01919
- Mary Jane Hancock, 2:18-cv-02192
- Michelle McCoy, 2:17-cv-09158
- Michelle Perkins, 2:17-cv-15432
- Norma Rodman, 2:17-cv-09674
- Showntaka Dandridge, 2:17-cv-16695
- Deborah Clelland, 2:18-cv-01952
- Kristy Obanion, 2:18-cv-03439

- Yolonda Pearson, 2:17-cv-10942
- Judith Glenn, 2:17-cv-10534
- Lisa Bonta, 2:17-cv-17163
- Nancy Clay, 2:17-cv-17180
- Mandy Fridge, 2:18-cv-06542
- Grandassa Harris, 2:17-cv-17206
- Kristin Philbrook, 2:17-cv-16389
- Carrolyn Cornelison, 2:17-cv-16253
- Dorothy Turner, 2:17-cv-08132
- Dorothy Cameron, 2:18-cv-00828
- Lisa Haddock, 2:18-cv-02523
- Letha Holbrook, 2:18-cv-02534
- Stacy Maisner, 2:18-cv-02540
- Catherine Nolan, 2:18-cv-00811
- Johnnie Amison, 2:17-cv-14973
- Lisa Elliott, 2:17-cv-15227
- Lisa Navarro-Ortiz, 2:17-cv-14826
- Brenda Strickland, 2:17-cv-16066
- Corsette Mays, 2:18-cv-04960
- Andrea Tanner, 2:18-cv-05154
- Carrie Greene, 2:17-cv-06367
- Debbie Ledford, 2:17-cv-11900
- Veronica McGill, 2:17-cv-17873

- Janice Rivers Blunt, 2:17-cv-17873

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of February, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE