MINUTE ENTRY
MILAZZO, J.
February 21, 2019

JS-10: 01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )    SECTION: "H" (5)
                              )
THIS DOCUMENT RELATES TO:     )
ALL CASES

## MINUTE ENTRY

On February 21, 2019, the Court held a status conference with liaison counsel and lead counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a conference with liaison counsel is set for **March 12, 2019 at 2:00 p.m.** There will be no general status conference following this conference;

**IT IS FURTHER ORDERED** that the pre-trial conference for the first bellwether trial is set for **May 6, 2019, at 1:00 p.m.**;

**IT IS FURTHER ORDERED** that the Court will hold oral argument on the motions related to the first bellwether trial on **April 2, 2019, at 8:30 a.m.** and on **April 4, 2019, at 8:30 a.m.**

