MINUTE ENTRY
MILAZZO, J.
February 21, 2019

JS-10: 01:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL CASES** | | |

### MINUTE ENTRY

On February 21, 2019, the Court held a general status conference and a show cause hearing. Participants appeared in person as listed on the attached sign-in sheet. Other participants appeared by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 15.

Court Reporter:     Toni Tusa

Law Clerk:     Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," with the exception of Deborah Poirier, 2:18-cv-08926, for reasons stated on the record, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-15814    Sherry Taylor
- 17-15251    Delores Golston
- 18-03314    Rebecca McCombs
- 17-13919    Tessa Robinson
- 17-14609    Tamisha Johnson
- 17-14668    Fay Williams
- 18-07292    Jesse Myers
- 17-16979    Ami Dodson (Duplicate case remains pending – 16-15282)
- 17-08680    Tena Johnson (Duplicate case remains pending – 18-02446)
- 17-15734    Emma J. Brown
- 17-15942    Marisol Quintero-Mojica
- 17-16432    Deborah Younkins

New Orleans, Louisiana, this 21st day of February, 2019.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

                                               SEC. "H"(5)

10:00 am Status Conference & Show Cause Hearing Sign in Sheet
PLEASE PRINT

| Name | Party representing |
|---|---|
| DOUGLAS MOORE | LLC Sanofi |
| HARLEY R. | SANOFI |
| Suzy Marinkovich | McKesson |
| Jon Strongman | Sanofi |
| Rand Nolen | π PSC |
| MICHAEL SUFFERN | ACTAVIS DEFENDANTS & SAGENT |
| Lauren Godshall | π |
| Geoffrey Coan | Sun |
| John Olinde | D. liaison 585/2 |
| DAWN BARRIOS | π co-liaison |
| PALMER LAMBERT | π co-liaison |
| Karen Barth Menzies | π PEC |
| Cliff Merrell | Sandoz |
| | π |
| John Callsen | accord-A |
| Chris Elliott | π |
| Debbi Roven | SANDOZ |

| | |
|---|---|
| Chris Coffin | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |