February 21, 2019
Non Compliance Dismissal List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bush-Goddard | Suzette | 2:18-cv-09228 | No PFS Submitted | Both sanofi and 505 | Reich and Binstock LLP | 2/8/2019 | 6128 |
| 2 | Charette | Gloria | 2:18-cv-03315 | No PFS Submitted | sanofi | Napoli Shkolnik, PLLC | 1/9/2019 | 5751 |
| 3 | Dalessio | Deborah | 2:17-cv-13747 | PFS Not Substantially Complete | sanofi | Gomez Trial Attorneys | 2/14/2019 | 6205 |
| 4 | Dizadare | Irene | 2:18-cv-09321 | No PFS Submitted | sanofi | Pendley, Baudin & Coffin, L.L.P. | 2/14/2019 | 6208 |
| 5 | Ellis | Eola | 2:17-cv-18012 | PFS Not Substantially Complete | sanofi | Bachus & Schanker | 2/20/2019 | 6268 |
| 6 | Glass | Ibis | 2:18-cv-09301 | No PFS Submitted | sanofi | Pendley, Baudin & Coffin, L.L.P. | 2/14/2019 | 6208 |
| 7 | Hardin | Regana | 2:18-cv-08472 | No PFS Submitted | Both sanofi and 505 | Fears Nachawati, PLLC | 2/18/2019 | 6251 |
| 8 | Hicks | Lilly | 2:18-cv-03314 | No PFS Submitted | sanofi | Napoli Shkolnik, PLLC | 1/4/2019 | 5698 |
| 9 | Hobson | Valerie | 2:17-cv-13860 | PFS Not Substantially Complete | sanofi | Hilliard Martinez Gonzales LLP | 2/19/2019 | 6253 |
| 10 | Johnson | Tamisha | 2:17-cv-14609 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi | Law Offices of A. Craig Eiland | 2/20/2019 | 6281 |
| 11 | Knerr | Kristin | 2:18-cv-08978 | No PFS Submitted | Both sanofi and 505 | TorHoerman Law LLC | 2/20/2019 | 6282 |
| 12 | Oleary | Rita | 2:18-cv-03395 | PFS Not Substantially Complete | sanofi | Reich and Binstock LLP | 2/8/2019 | 6137 |
| 13 | Ryan | Michelle | 2:18-cv-08928 | No PFS Submitted | sanofi | TorHoerman Law LLC | 2/20/2019 | 6283 |
| 14 | Santos | Velma | 2:17-cv-17218 | PFS Not Substantially Complete | sanofi | Reich and Binstock LLP | 2/11/2019 | 6164 |
| 15 | Sexton | Jessie | 2:18-cv-08985 | No PFS Submitted | Both sanofi and 505 | TorHoerman Law LLC | 2/20/2019 | 6284 |
| 16 | Tucker | Dora | 2:18-cv-09252 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 2/18/2019 | 6252 |
| 17 | Tyler | Bobbie | 2:18-cv-08995 | No PFS Submitted | sanofi | TorHoerman Law LLC | 2/20/2019 | 6285 |
| 18 | Williams | Fay | 2:17-cv-14668 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi | Law Offices of A. Craig Eiland | 2/20/2019 | 6280 |
| 19 | Williams | Renee | 2:18-cv-03313 | No PFS Submitted | sanofi | Napoli Shkolnik, PLLC | 1/9/2019 | 5753 |

**EXHIBIT A**