February 21, 2019

Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bailey | Judith | 2:17-cv-11043 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi | Pendley, Baudin & Coffin, L.L.P. | 2/18/2019 | 6236 |
| 2 | Bleicher | Tara | 2:18-cv-08844 | No PFS Submitted | 505 | Fears Nachawati PLLC | 2/18/2019 | 6232 |
| 3 | Brown | Betty | 2:18-cv-09173 | No PFS Submitted | Both sanofi and 505 | Reich and Binstock LLP | 2/13/2019 | 6193 |
| 4 | Courtney | Magaly | 2:18-cv-09309 | No PFS Submitted | Both sanofi and 505 | Fears Nachawati PLLC | 2/18/2019 | 6229 |
| 5 | Hassler | Lori | 2:18-cv-09264 | No PFS Submitted | sanofi | Fears Nachawati PLLC | 2/18/2019 | 6248 |
| 6 | Joseph | Denise | 2:18-cv-08469 | No PFS Submitted | sanofi | Fears Nachawati PLLC | 2/18/2019 | 6249 |
| 7 | Penegar | Julie | 2:17-cv-14888 | PFS Not Substantially Complete; No PTO 71A Uploaded | sanofi | Baron & Budd | 2/19/2019 | 6257 |
| 8 | Poirier | Deborah | 2:18-cv-08926 | No PFS Submitted | sanofi | TorHoerman Law LLC | 2/20/2019 | 6288 |
| 9 | Redmond | Marsha | 2:18-cv-08984 | No PFS Submitted | Both sanofi and 505 | TorHoerman Law LLC | 2/20/2019 | 6289 |
| 10 | Sethman | Kathleen | 2:18-cv-08931 | No PFS Submitted | sanofi | TorHoerman Law LLC | 2/20/2019 | 6290 |
| 11 | Vyska | Cindy | 2:18-cv-09003 | No PFS Submitted | Both sanofi and 505 | TorHoerman Law LLC | 2/20/2019 | 6291 |
| 12 | Snead | Addie | 2:18-cv-09325 | No PFS Submitted | sanofi | Fears Nachawati PLLC | 2/18/2019 | 6250 |

**EXHIBIT B**