February 21, 2019

Non Compliance Statement List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bennett | Virginia | 2:18-cv-08811 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 2/18/2019 | 6243 |
| 2 | Costa | Joyce | 2:17-cv-16298 | PFS Not Substantially Complete | sanofi | Shaw Cowart, LLP | 1/21/2019 | 5963 |
| 3 | Davison | Vicki | 2:18-cv-09025 | No PFS Submitted | Both sanofi and 505 | Fears Nachawati, PLLC | 2/18/2019 | 6244 |
| 4 | Hickel | Lisa | 2:18-cv-09045 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 2/18/2019 | 6245 |
| 5 | Kressly | Dawn | 2:17-cv-15699 | PFS Not Substantially Complete | sanofi | Shaw Cowart, LLP | 1/21/2019 | 5964 |
| 6 | LesCallett | Annette | 2:18-cv-09294 | No PFS Submitted | Both sanofi and 505 | Fears Nachawati, PLLC | 2/18/2019 | 6246 |
| 7 | Sutherline | Jacquely | 2:18-cv-08876 | No PFS Submitted | Both sanofi and 505 | Fears Nachawati, PLLC | 2/18/2019 | 6244 |

**EXHIBIT C**