UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT CERTAIN DEFENDANTS<br><br>Civil Action No.: 2:18-cv-04933 |
| THIS DOCUMENT RELATES TO:<br><br>*Shadonna Stewart v. Sanofi-Aventis US, LLC, et al* | | |

---

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated: February 25, 2019 | **RESPECTFULLY SUBMITTED,** |
| | **Kirkendall Dwyer, LLP** |
| | */s/ Alexander Dwyer* <br> Alexander Dwyer <br> Texas Bar No. 24054271 <br> Andrew F. Kirkendall <br> Texas Bar No. 24050882 <br> adwyer@kirkendalldwyer.com <br> akirkendall@kirkendalldwyer.com <br> Kirkendall Dwyer, LLP <br> 440 Louisiana Street, Suite 1901 <br> Houston, TX 77002 <br> Tel: (713) 529-3529 <br> Fax: (713) 495-2331 |
| | **Attorney For Plaintiff** |

**CERTIFICATION OF SERVICE**

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**