## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC.** |
| THIS DOCUMENT RELATES TO: SHIRLEY SAMPSON v. SANOFI S.A., ET AL. | Civil Action No.: 2:17-cv-10778 |

   Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th Day of February, 2019.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: February 26, 2019

      /s/J. Christopher Elliott