**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Barbara Ann Bowie v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15025* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Barbara Ann Bowie.

Dated: February 26, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 26, 2019

                                        Respectfully submitted,

                                        */s/ Leslie LaMacchia*

                                        Leslie LaMacchia, Esq.
                                        Adam Pulaski, Esq.
                                        PULASKI LAW FIRM, PLLC
                                        2925 Richmond Avenue, Suite 1725
                                        Houston, TX 77098
                                        (713) 664-4555 Phone
                                        (713) 664-7543 Fax
                                        llamacchia@pulaskilawfirm.com
                                        adam@pulaskilawfirm.com

                                        *Attorneys for the Plaintiff*