IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Deborah Poirier vs Sanofi US Services Inc., et al.*<br>**Civil Action No. 2:18-cv-8926** | MDL No. 2740 |

**PLAINTIFF'S MOTION TO WITHDRAW DECLARATION OF NO CONTACT**

Comes now undersigned counsel, and moves to withdraw his Declaration of No Contact.

On February 20, 2019, Plaintiff's counsel filed the Declaration, which stated that Plaintiff was unresponsive. Following counsel's declaration, Plaintiff made contact, and remains in good contact.

Plaintiff requests that this Court grant leave to withdraw the filed Declaration Form, and allow the case to proceed.

Dated: February 26, 2019

                                              By: /s/Steven D. Davis
                                              Steven Davis (IL 6281263)
                                              TorHoerman Law LLC
                                              210 S. Main Street
                                              Edwardsville, IL 62025
                                              sdavis@thlawyer.com
                                              Phone: (618) 656-4400
                                              Facsimile: (618) 656-4401
                                                 *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

By: /s/Steven D. Davis
Steven Davis (IL 6281263)
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
sdavis@thlawyer.com
Phone: (618) 656-4400
Facsimile: (618) 656-4401