# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740  SECTION "N" (5)  JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: Case No. 2:18-cv-11657 and 2:19-cv-00201 *Plaintiff v. Sanofi-Aventis U.S. LLC, et al.* | | |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 6292);

**IT IS ORDERED** that the Motion is **GRANTED** and Elizabeth McLafferty with the law offices of Schroeter Goldmark & Bender be allowed to withdraw as Plaintiff's counsel, and further, that Michael P. McGartland of the law firm of McGartland Law Firm, PLLC, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 25th day of February, 2019.

_____
JUDGE JANE TRICHE MILAZZO