# EXHIBIT 1





(generic name = docetaxel)          (pronounced as TAX-O-TEER)

## What is Taxotere?

Taxotere is a new medication to treat breast cancer.  It has severe side effects in some patients.  This leaflet is designed to help you understand how to use Taxotere and avoid its side effects to the fullest extent possible.  The more you understand your treatment, the better you will be able to participate in your care.  If you have questions or concerns, be sure to ask your doctor or nurse.  They are always your best source of information about your condition and treatment.

## What is the most important information about Taxotere?

- Since this drug, like many other cancer drugs, affects your blood cells, your doctor will ask for routine blood tests.  These will include regular checks of your white blood cell counts.  Rarely, people with low blood counts have developed life-threatening infections.  The earliest sign of infection may be fever, so if you experience a fever, tell your doctor right away.
- Rare, but sometimes serious, allergic reactions have occurred with this medicine.  If you have any allergies, tell your doctor before receiving this medicine.
- A small number of people who take Taxotere have severe fluid retention which can be life-threatening.  To help avoid this problem, you must take another medication called dexamethasone (DECKS-A-METH-A-SONE) prior to each Taxotere treatment.  You must follow the schedule and take the exact dose of dexamethasone prescribed (see schedule at end of brochure).  If you forget to take a dose or do not take it on schedule you must tell the doctor or nurse prior to your Taxotere treatment.
- If you are using any other medicines, tell your doctor before receiving your infusions of Taxotere.

## How Does Taxotere Work?

Taxotere works by attacking cancer cells in your body.  Different cancer medications attack cancer cells in different ways.
Here's how Taxotere works: Every cell in your body contains a supporting structure (like a skeleton).  If this "skeleton" is damaged, it can not grow or reproduce.  Taxotere makes the "skeleton" in cancer cells very stiff, so that the cells can no longer grow.

WORD 6.0

Sanofi_000001

## How will I receive Taxotere?

Taxotere is given by an infusion directly into your vein. Your treatment will take about 1 hour. Generally, people receive Taxotere every 3 weeks. The amount of Taxotere and the frequency of your infusions will be determined by your doctor.

As part of your treatment, to reduce side effects your doctor will prescribe another medicine called dexamethasone. Your doctor will tell you how and when to take this medicine. It is important that you take the dexamethasone on the schedule set by your doctor. If you forget to take your medication, or do not take it on schedule, make sure to tell your doctor or nurse **BEFORE** you receive your Taxotere treatment. **Included with this information leaflet is a chart to help you remember when to take your dexamethasone.**

## What should be avoided while receiving Taxotere?

Taxotere can interact with other medicines. Use only medicines that are prescribed for you by your doctor and **be sure** to tell your doctor all the medicines that you use, including nonprescription drugs.

## What are the possible side effects of Taxotere?

**Low Blood Cell Count -** Many cancer medications, including Taxotere, cause a temporary drop in the number of white blood cells. These cells help protect your body from infection. Your doctor will routinely check your blood count and tell you if it is too low. Although most people receiving Taxotere do not have an infection even if they have a low white blood cell count, the risk of infection is increased.

**Fever is often one of the most common and earliest signs of infection. Your doctor will recommend that you take your temperature frequently, especially during the days after treatment with Taxotere. If you have a fever, tell your doctor or nurse immediately.**

**Allergic Reactions -** This type of reaction, which occurs during the infusion of Taxotere, is infrequent. If you feel a warm sensation, a tightness in your chest, or itching during or shortly after your treatment, tell your doctor or nurse immediately.

**Fluid Retention -** This means that your body is holding extra water. If this fluid retention is in the chest or around the heart it can be life-threatening. If you notice swelling in the feet and legs or a slight weight gain, this may be the first warning sign. Fluid retention usually does not start immediately; but, if it occurs, it may start around your 5th treatment. Generally, fluid retention will go away within weeks or months after your treatments are completed.

Dexamethasone tablets may protect patients from significant fluid retention. It is important that you take this medicine on schedule. If you have not taken dexamethasone

Sanofi_000002

on schedule, you must tell your doctor or nurse before receiving your next Taxotere treatment.

**Hair Loss -** Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back.
Your doctor or nurse can refer you to a store that carries wigs, hairpieces, and turbans for patients with cancer.

**Fatigue -** A number of patients (about 10%) receiving Taxotere feel very tired following their treatments. If you feel tired or weak, allow yourself extra rest before your next treatment. If it is bothersome or lasts for longer than one week, inform your doctor or nurse.

**Muscle Pain -** This happens about 20% of the time, but is rarely severe. You may feel pain in your muscles or joints. Tell your doctor or nurse if this happens. They may suggest ways to make you more comfortable.

**Rash -** This side effect occurs commonly but is severe in about 5%. You may develop a rash that looks like a blotchy, hive-like reaction. This usually occurs on the hands and feet but may also appear on the arms, face, or body. Generally, it will appear between treatments and will go away before the next treatment. Inform your doctor or nurse if you experience a rash. They can help you avoid discomfort.

**Odd Sensations -** About half of patients getting Taxotere will feel numbness, tingling, or burning sensations in their hands and feet. If you do experience this, tell your doctor or nurse. Generally, these go away within a few weeks or months after your treatments are completed.

**Nail Changes -** Color changes to your fingernails or toenails may occur while taking Taxotere. In extreme, but rare, cases nails may fall off. After you have finished Taxotere treatments, your nails will generally grow back.

**Other Possible Side Effects -** Less severe side effects include nausea, vomiting and diarrhea. If you experience these or any other unusual effects, tell your doctor or nurse.

If you are interested in learning more about this drug, ask your doctor for a copy of the package insert.

| Date | Date | Date | Date | Date |
|------|------|------|------|------|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
| | **Taxotere Treatment Day** | | | |
| **Start** | **Take** | **Take** | **Take** | **Take** |
| **Dexamethasone tablets** | **Dexamethasone tablets** | **Dexamethasone tablets** | **Dexamethasone tablets** | **Dexamethasone tablets** |
| **2 times per day** | **2 times per day** | **2 times per day** | **2 times per day** | **2 times per day** |
| **AM** | **AM** | **AM** | **AM** | **AM** |
| **PM** | **PM** | **PM** | **PM** | **PM** |

Sanofi_000004

Patient Information Leaflet

Questions and Answers About

## Taxotere® for Injection Concentrate

(generic name = docetaxel)          (pronounced as TAX-O-TEER)

### What is Taxotere?

Taxotere is a new medication to treat breast cancer. It has severe side effects in some patients. This leaflet is designed to help you understand how to use Taxotere and avoid its side effects to the fullest extent possible. The more you understand your treatment, the better you will be able to participate in your care. If you have questions or concerns, be sure to ask your doctor or nurse. They are always your best source of information about your condition and treatment.

### What is the most important information about Taxotere?

- Since this drug, like many other cancer drugs, affects your blood cells, your doctor will ask for routine blood tests. These will include regular checks of your white blood cell counts. Rarely, people with low blood counts have developed life-threatening infections. The earliest sign of infection may be fever, so if you experience a fever, tell your doctor right away.
- Rare, but sometimes serious, allergic reactions have occurred with this medicine. If you have any allergies, tell your doctor before receiving this medicine.
- A small number of people who take Taxotere have severe fluid retention which can be life-threatening. To help avoid this problem, you must take another medication called dexamethasone (DECKS-A-METH-A-SONE) prior to each Taxotere treatment. You must follow the schedule and take the exact dose of dexamethasone prescribed (see schedule at end of brochure). If you forget to take a dose or do not take it on schedule you must tell the doctor or nurse prior to your Taxotere treatment.
- If you are using any other medicines, tell your doctor before receiving your infusions of Taxotere.

### How Does Taxotere Work?

Taxotere works by attacking cancer cells in your body. Different cancer medications attack cancer cells in different ways.
Here's how Taxotere works: Every cell in your body contains a supporting structure (like a skeleton). If this "skeleton" is damaged, it can not grow or reproduce. Taxotere makes the "skeleton" in cancer cells very stiff, so that the cells can no longer grow.

WORDPERFECT 6.0/6.1

Sanofi_000005

## How will I receive Taxotere?

Taxotere is given by an infusion directly into your vein.  Your treatment will take about 1 hour.  Generally, people receive Taxotere every 3 weeks.  The amount of Taxotere and the frequency of your infusions will be determined by your doctor.

As part of your treatment, to reduce side effects your doctor will prescribe another medicine called dexamethasone.  Your doctor will tell you how and when to take this medicine.  It is important that you take the dexamethasone on the schedule set by your doctor.  If you forget to take your medication, or do not take it on schedule, make sure to tell your doctor or nurse **BEFORE** you receive your Taxotere treatment.  **Included with this information leaflet is a chart  to help you remember when to take your dexamethasone.**

## What should be avoided while receiving Taxotere?

Taxotere can interact with other medicines.  Use only medicines that are prescribed for you by your doctor and **be sure** to tell your doctor all the medicines that you use, including nonprescription drugs.

## What are the possible side effects of Taxotere?

**Low Blood Cell Count -** Many cancer medications, including Taxotere, cause a temporary drop in the number of white blood cells.  These cells help protect your body from infection.  Your doctor will routinely check your blood count and tell you if it is too low.  Although most people receiving Taxotere do not have an infection even if they have a low white blood cell count, the risk of infection is increased.

**Fever is often one of the most common and earliest signs of infection.  Your doctor will recommend that you take your temperature frequently, especially during the days after treatment with Taxotere.  If you have a fever, tell your doctor or nurse immediately.**

**Allergic Reactions -** This type of reaction, which occurs during the infusion of Taxotere, is infrequent.  If you feel a warm sensation, a tightness in your chest, or itching during or shortly after your treatment, tell your doctor or nurse immediately.

**Fluid Retention -** This means that your body is holding extra water.  If this fluid retention is in the chest or around the heart it can be life-threatening.  If you notice swelling in the feet and legs or a slight weight gain, this may be the first warning sign.  Fluid retention usually does not start immediately; but, if it occurs, it may start around your 5th treatment.  Generally, fluid retention will go away within weeks or months after your treatments are completed.

Dexamethasone tablets may protect patients from significant fluid retention.  It is important that you take this medicine on schedule.  If you have not taken dexamethasone on schedule, you must tell your doctor or nurse before receiving your next Taxotere

Sanofi_000006

treatment.

**Hair Loss** - Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back.
Your doctor or nurse can refer you to a store that carries wigs, hairpieces, and turbans for patients with cancer.

**Fatigue** - A number of patients (about 10%) receiving Taxotere feel very tired following their treatments. If you feel tired or weak, allow yourself extra rest before your next treatment. If it is bothersome or lasts for longer than one week, inform your doctor or nurse.

**Muscle Pain** - This happens about 20% of the time, but is rarely severe. You may feel pain in your muscles or joints. Tell your doctor or nurse if this happens. They may suggest ways to make you more comfortable.

**Rash** - This side effect occurs commonly but is severe in about 5%. You may develop a rash that looks like a blotchy, hive-like reaction. This usually occurs on the hands and feet but may also appear on the arms, face, or body. Generally, it will appear between treatments and will go away before the next treatment. Inform your doctor or nurse if you experience a rash. They can help you avoid discomfort.

**Odd Sensations** - About half of patients getting Taxotere will feel numbness, tingling, or burning sensations in their hands and feet. If you do experience this, tell your doctor or nurse. Generally, these go away within a few weeks or months after your treatments are completed.

**Nail Changes** - Color changes to your fingernails or toenails may occur while taking Taxotere. In extreme, but rare, cases nails may fall off. After you have finished Taxotere treatments, your nails will generally grow back.

**Other Possible Side Effects** - Less severe side effects include nausea, vomiting and diarrhea. If you experience these or any other unusual effects, tell your doctor or nurse.

If you are interested in learning more about this drug, ask your doctor for a copy of the package insert.

Sanofi_000007

| Date | Date | Date | Date | Date |
|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
| | **Taxotere Treatment Day** | | | |
| **Start** | **Take** | **Take** | **Take** | **Take** |
| Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets |
| 2 times per day | 2 times per day | 2 times per day | 2 times per day | 2 times per day |
| AM | AM | AM | AM | AM |
| PM | PM | PM | PM | PM |

Sanofi_000008



Caution: Federal law prohibits dispensing without prescription.

# TAXOTERE®
## (docetaxel)
### for Injection Concentrate

## WARNING

TAXOTERE® (docetaxel) for Injection Concentrate should be administered under the supervision of a qualified physician experienced in the use of antineoplastic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

The incidence of treatment-related mortality associated with TAXOTERE® therapy is increased in patients with abnormal liver function and in patients receiving higher doses (see WARNINGS).

TAXOTERE® should generally not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with SGOT and/or SGPT >1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN. Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death. Patients with isolated elevations of transaminase > 1.5 x ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death. Bilirubin, SGOT or SGPT, and alkaline phosphatase values should be obtained prior to each cycle of TAXOTERE® therapy and reviewed by the treating physician.

TAXOTERE® therapy should not be given to patients with neutrophil counts of < 1500 cells/mm³. In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood cell counts should be performed on all patients receiving TAXOTERE®.

Severe hypersensitivity reactions characterized by hypotension and/or bronchospasm, or generalized rash/erythema occurred in 0.9% of patients who received the recommended dexamethasone premedication. Hypersensitivity reactions requiring discontinuation of the TAXOTERE® infusion and the relevant were reported in five patients who did not receive premedication. These reactions resolved after discontinuation of the infusion and the administration of appropriate therapy. TAXOTERE® must not be given to patients who have a history of severe hypersensitivity reactions to TAXOTERE® or to other drugs formulated with polysorbate 80.

Severe fluid retention occurred in 6% of patients despite use of a 5-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites).

## DESCRIPTION

Docetaxel is an antineoplastic agent belonging to the taxoid family. It is prepared by semisynthesis beginning with a precursor extracted from the renewable needle biomass of yew plants. The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine, N-tert-butyl ester, 13-ester with 5β-20-epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one 4-acetate 2-benzoate, trihydrate. Docetaxel has the following structural formula:

Docetaxel is a white to almost white powder with an empirical formula of $C_{43}H_{53}NO_{14} \cdot 3H_2O$, and a molecular weight of 861.9. It is highly lipophilic and practically insoluble in water. TAXOTERE® (docetaxel) for Injection Concentrate is a clear yellow to brownish-yellow viscous solution. TAXOTERE® is sterile, non-pyrogenic, and is available in single-dose vials containing 20 mg (0.5 mL) or 80 mg (2.0 mL) docetaxel (anhydrous). Each mL contains 40 mg docetaxel (anhydrous) and 1040 mg polysorbate 80.

TAXOTERE® for Injection Concentrate requires dilution prior to use. A sterile, non-pyrogenic, single-dose diluent is supplied for that purpose. The diluent for TAXOTERE® contains 13% ethanol in Water for Injection, and is supplied in 1.5 mL (to be used with 20 mg TAXOTERE® for Injection Concentrate) and 6.0 mL (to be used with 80 mg TAXOTERE® for Injection Concentrate) vials.

## CLINICAL PHARMACOLOGY

Docetaxel is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions. Docetaxel binds to free tubulin and promotes the assembly of tubulin into stable microtubules while simultaneously inhibiting their disassembly. This leads to the production of microtubule bundles without normal function and to the stabilization of microtubules, which results in the inhibition of mitosis in cells. Docetaxel's binding to microtubules does not alter the number of protofilaments in the bound microtubules, a feature which differs from most spindle poisons currently in clinical use.

## HUMAN PHARMACOKINETICS

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20–115 mg/m² in phase I studies. The area under the curve (AUC) was dose proportional following doses of 70–115 mg/m² with infusion times of one or two hours. Docetaxel's pharmacokinetic profile is consistent with a three-compartment pharmacokinetic model, with half-lives for the α, β, and γ phases of 4 min, 36 min, and 11.1 h, respectively. The initial rapid decline represents distribution to the peripheral compartments and the late (terminal) phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Mean values for total body clearance and steady state volume of distribution were 21 L/h/m² and 113 L, respectively. Mean total body clearance for Japanese patients dosed at the range between 10 and 90 mg/m² was similar to that of European/American populations dosed at 100 mg/m², suggesting no significant difference in the elimination of docetaxel in the two populations.

A study of $^{14}$C-docetaxel was conducted in three cancer patients. Docetaxel was eliminated in both the urine and feces following oxidative metabolism of the tert-butyl ester group, but total excretion was the mass elimination route. Within seven days, urinary and fecal excretion accounted for approximately 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in feces is excreted during the first 48 hours as one major and three inactive metabolites and very small amounts (less than 8%) of unchanged drug. Based on in vivo studies, unexposure of the cytochrome P450IA (CYP 3A) subfamily appear to be involved in docetaxel metabolism.

A population pharmacokinetic analysis was carried out after TAXOTERE® treatment of 535 patients dosed at 100 mg/m². Pharmacokinetic parameters estimated by this analysis were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not influenced by age or gender and docetaxel total body clearance was not modified by pretreatment with dexamethasone. In patients with clinical chemistry data suggestive of mild to moderate liver function impairment (SGOT and/or SGPT >1.5 times the upper limit of normal (ULN) concomitant with alkaline phosphatase >2.5 times ULN), total body clearance was lowered by an average of 27%, resulting in a 38% increase in systemic exposure (AUC). This average, however, includes a substantial range and there is, at present, no assessment that would allow recommendation for dose adjustment in such patients. Patients with combined abnormalities of transaminase and alkaline phosphatase should, in general, not be treated with TAXOTERE®.

In vitro studies showed that docetaxel is about 94% protein bound, mainly to α1-acid glycoprotein, albumin, and lipoproteins. In three cancer patients, the in vitro binding to plasma proteins was found to be approximately 97%. Dexamethasone does not affect the protein binding of docetaxel.

## CLINICAL STUDIES

The efficacy and safety of TAXOTERE® has been evaluated in advanced breast carcinoma patients in independent clinical studies at doses of 100, 75, and 60 mg/m².

### Safety and Efficacy at 100 mg/m²:
The safety and efficacy of TAXOTERE® have been evaluated in three phase II studies which were conducted in a total of 174 patients with anthracycline-resistant, locally advanced or metastatic breast carcinoma. Anthracycline resistance was defined as progressive disease on anthracyclines for advanced disease or relapse on anthracycline adjuvant therapy. In these studies, TAXOTERE® was administered at a 100 mg/m² dose given as a one-hour infusion every 3 weeks.

The overall response rate (ORR) considering all patients (intent-to-treat) was 41% and the complete response (CR) was 2%. The median survival time was 43 weeks. In the evaluable patients (see table), the ORR was 47% and the CR was 2.8%. Overall response time (ORR), duration of response, and time to progression are shown in the following table:

### Efficacy Of TAXOTERE®[16]
#### Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m²

| | | (95% C.I.) |
|---|---|---|
| **Overall Response Rates** | | |
| Intent-to-Treat Patients (n=134) | 41% | (33 - 49) |
| Evaluable Patients (n=106)* | 47% | (38 - 57) |
| **Response Rate In Patients with Visceral Involvement** | | |
| Intent-to-Treat Patients (n=95) | 37% | |
| Evaluable Patients (n=76)* | 43% | |
| Median Response Duration** | 6 months | (2.1 - 17.5) |
| Median Time to Progression** | 4 months | (0.2 - 17.5) |
| Median Survival* | 10 months | (0.2 - 24.6+) |
| 1 Year Survival** | 43% | |

\* Evaluable patients met the study eligibility requirements and having received at least two cycles of TAXOTERE® unless disease progression occurred earlier.

\*\* Intent-to-treat population

For the 134 anthracycline-resistant breast cancer patients who received TAXOTERE®, 127 had normal LFTs (see table for definition) at baseline, and 7 had elevated LFTs at baseline. Patients with elevated LFTs at baseline had an increased incidence of thrombocytopenia, infection, febrile neutropenia, and death considered at least possibly treatment related. The following table shows the incidence of important hematologic adverse events during the study:

#### Hematologic Adverse Events In Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m² With Normal Or Elevated Baseline Liver Function Tests

| Adverse Event | Normal LFTs* at Baseline n = 127 % | Elevated LFTs** at Baseline n = 7 % |
|---|---|---|
| **Neutropenia** | | |
| Any | <2000 cells/mm³ | 90.2 | 100 |
| Grade 4 | <500 cells/mm³ | 84.5 | 100 |
| **Thrombocytopenia** | | |
| Any | <100,000 cells/mm³ | 11.8 | 71.4 |
| Grade 4 | <20,000 cells/mm³ | 0 | 14.3 |
| **Anemia** | <11 g/dL | 88.4 | 85.7 |
| **Infection***** | | | |
| Any | | 25.2 | 71.4 |
| Grade 3 and 4 | | 7.1 | 57.1 |
| **Febrile Neutropenia****** | | | |
| By Patient | | 22.0 | 42.9 |
| By Course | | 4.0 | 14.3 |
| **Sepsis Death** | | 0.8 | 14.3 |
| **Non-Septic Death** | | 1.6 | 14.3 |

\* Normal LFTs: Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.

\*\* Elevated LFTs: SGOT and/or SGPT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.

\*\*\* Incidence of infection requiring hospitalization and/or intravenous antibiotics was 13.4% (n=17) among the 127 patients with normal LFTs at baseline. There were two patients with grade 2, one with grade 3, and fourteen with grade 4 neutropenia.

\*\*\*\*Febrile Neutropenia: ANC grade 4 with fever > 38° C with IV antibiotics and/or hospitalization.

The following table shows important non-hematologic adverse events for the anthracycline-resistant breast cancer patients with normal and elevated LFTs at baseline:

#### Non-Hematologic Adverse Events In Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m² With Normal Or Elevated Baseline Liver Function Tests

| Adverse Event | Normal LFTs* at Baseline n = 127 % | Elevated LFTs** at Baseline n = 7 % |
|---|---|---|
| **Acute Hypersensitivity Reaction** | | |
| Regardless of Premedication | | |
| Any | 11.8 | 0 |
| Severe | 0 | 0 |
| **Fluid Retention***** | | |
| Regardless of Type of Premedication | | |
| Any | 56.7 | 57.1 |
| Severe | 9.4 | 14.3 |
| With Recommended Premedication | n = 29 | n = 3 |
| Any | 41.4 | 66.6 |
| Severe | 3.4 | 33.3 |
| **Neurosensory** | | |
| Any | 66.1 | 42.9 |
| Severe | 7.1 | 0 |
| **Myalgia** | 35.4 | 57.1 |
| **Cutaneous** | | |
| Any | 62.2 | 57.1 |
| Severe | 10.2 | 14.3 |
| **Asthenia** | | |
| Any | 80.3 | 42.9 |
| Severe | 22.9 | 28.6 |
| **Stomatitis** | | |
| Any | 55.9 | 71.4 |
| Severe | 8.7 | 57.1 |

\* Normal LFTs: Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.

\*\* Elevated Liver Function: SGOT and/or SGPT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.

\*\*\* Fluid Retention includes (by COSTART): edema peripheral, localized, generalized, lymphedema, pulmonary edema, and edema otherwise not specified) and effusion (pleural, pericardial, and ascites).

### Safety at 75 mg/m²:
TAXOTERE® at a dose of 75 mg/m² every 3 weeks has been evaluated in two phase II studies in 55 previously untreated patients with normal liver function and locally advanced or metastatic breast carcinoma. The following table shows the important hematologic adverse events in these studies:

#### Hematologic Adverse Events In 55 Breast Cancer Patients Treated With 75 mg/m²

| Adverse Event | % |
|---|---|
| **Neutropenia** | |
| Any | <2000 cells/mm³ | 98.1 |
| Grade 4 | <500 cells/mm³ | 80.0 |
| **Thrombocytopenia** | |
| Any | <100,000 cells/mm³ | 3.5 |
| Grade 4 | <20,000 cells/mm³ | 0 |
| **Anemia** | <11 g/dL | 89.1 |
| **Infection** | |
| Any | | 21.8 |
| Grade 3 and 4 | | 0 |
| **Febrile Neutropenia*** | |
| By Patient | | 1.8 |
| Sepsis Death | | 0 |
| Non-Septic Death | | 0 |

\* Febrile Neutropenia: ANC grade 4 with fever > 38° C with IV antibiotics and/or hospitalization.

The following table shows the important non-hematologic adverse events at 75 mg/m²:

#### Non-Hematologic Adverse Events In 55 Breast Cancer Patients Treated With 75 mg/m²

| Adverse Event | % |
|---|---|
| **Acute Hypersensitivity Reaction*** | |
| Any | 29.1 |
| Severe | 1.8 |
| **Fluid Retention**** | |
| Any | 60.1 |
| Severe | 7.3 |
| **Neurosensory** | |
| Any | 58.2 |
| Severe | 1.8 |
| **Myalgia** | 12.7 |
| **Cutaneous** | |
| Any | 47.3 |
| Severe | 1.8 |
| **Asthenia** | |
| Any | 63.6 |
| Severe | 7.3 |
| **Stomatitis** | |
| Any | 50.9 |
| Severe | 7.6 |

\* Regardless of premedication

\*\* Without recommended premedication

### Safety and Efficacy at 60 mg/m²:
The safety and efficacy of TAXOTERE® have been evaluated in three phase II Japanese studies in 174 patients (3 patients had elevated LFTs) who had received prior chemotherapy for locally advanced or metastatic breast carcinoma. 26 patients had progression of disease as best response to prior anthracycline treatment. In the 26 patients who had progression of disease as best response to prior anthracycline treatment, the ORR was 34.6% (95% C.I.: 17.2 - 55.7) and the CR was 3.8%. The median duration of response was 4 months. The following table shows important hematologic adverse events for the Japanese breast cancer trials:

#### Hematologic Adverse Events In 174 Breast Cancer Patients Treated With 60 mg/m² Who Had Received Prior Chemotherapy In Trials Conducted In Japan

| Adverse Event | % |
|---|---|
| **Neutropenia** | |
| Any | <2000 cells/mm³ | 95.4 |
| Grade 4 | <500 cells/mm³ | 74.9 |
| **Thrombocytopenia** | |
| Any | <100,000 cells/mm³ | 18.4 |
| Grade 4 | <20,000 cells/mm³ | 1.1 |
| **Anemia** | <11 g/dL | 64.9 |
| **Infection** | |
| Any | | 1.1 |
| Grade 3 and 4 | | 0 |
| **Febrile Neutropenia*** | |
| By Patient | | 0 |
| Sepsis Death | | 1.1 |
| Non-Septic Death | | 0 |

\* Febrile Neutropenia: ANC grade 4 concomitant with fever ≥ 38.8° C.

The following table shows important non-hematologic adverse events for the Japanese breast cancer trials; the incidence of severe non-hematologic toxicity in patients dosed at 60 mg/m² is negligible.

#### Non-Hematologic Adverse Events In 174 Breast Cancer Patients Treated With 60 mg/m² Who Had Received Prior Chemotherapy In Trials Conducted In Japan

| Adverse Event | % |
|---|---|
| **Acute Hypersensitivity Reaction** | |
| Any | 0.6 |
| Severe | 0 |
| **Fluid Retention*** | |
| Any | 12.6 |
| Severe | 0 |
| **Neurosensory** | |
| Any | 19.5 |
| Severe | 0 |
| **Cutaneous** | |
| Any | 10.9 |
| Severe | 0 |
| **Myalgia** | |
| Any | 3.4 |
| Severe | 0 |
| **Asthenia** | |
| Any | 65.5 |
| Severe | 0 |
| **Stomatitis** | |
| Any | 19.0 |
| Severe | 0.6 |

\* without premedication

## INDICATIONS AND USAGE

TAXOTERE® (docetaxel) for Injection Concentrate is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during anthracycline-based adjuvant therapy.

## CONTRAINDICATIONS

TAXOTERE® is contraindicated in patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80.

TAXOTERE® should not be used in patients with neutrophil counts of <1500 cells/mm³.

## WARNINGS

TAXOTERE® (docetaxel) for Injection Concentrate should be administered under the supervision of a qualified physician experienced in the use of antineoplastic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

**Toxic Deaths:** TAXOTERE® administered at 100 mg/m² was associated with deaths considered possibly or probably related to treatment in 2.0% (3/147/1315) of patients with normal liver function and in 11.5% (6/52) of patients with abnormal liver function (SGOT and/or SGPT >1.5 times ULN, together with AP > 2.5 times ULN). Among patients dosed at 60 mg/m², mortality related to treatment occurred in 0.6% (3/601) of patients with normal liver function, and in 3 of 7 patients with abnormal liver function. Approximately half of these deaths occurred during the first cycle. Sepsis accounted for the majority of the deaths.

**Premedication Regimen:** Although the optimal premedication regimen is not defined, all patients should be premedicated with oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg BID) for 5 days starting 1 day prior to TAXOTERE® to reduce the severity of fluid retention and...

Sanofi_000009

*Hypersensitivity reactions* (see **DOSAGE AND ADMINISTRATION** section).

**Hypersensitivity Reactions:** Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Severe hypersensitivity reactions characterized by hypotension and/or bronchospasm, or generalized rash/erythema occurred in 0.9% of patients who received the recommended premedication. Hypersensitivity reactions requiring discontinuation of the TAXOTERE® infusion were reported in 5 out of 2203 patients who did not receive premedication. Patients with a history of severe hypersensitivity reactions should not be rechallenged with TAXOTERE®.

**Hematologic Effects:** Neutrophil nadirs (less than 2000 neutrophils/mm³) occurs in virtually all patients given 60 - 100 mg/m² of TAXOTERE® and grade 4 neutropenia (less than 500 cells/mm³) occurs in nearly all patients given 100 mg/m² of TAXOTERE®. Frequent monitoring of blood counts is, therefore, essential so that dose can be adjusted. TAXOTERE® should not be administered to patients with neutrophils < 1500 cells/mm³.

Febrile neutropenia occurred in about 12% of patients given 100 mg/m² but was very uncommon in patients given 60 - 75 mg/m². Hematologic responses, febrile reactions and infections, and rates of septic death for different regimens are dose related and are described in **CLINICAL STUDIES**.

Three bone cancer patients with severe liver impairment (bilirubin > 1.7 times ULN) developed fatal gastrointestinal bleeding associated with severe drug-induced thrombocytopenia.

**Hepatic Impairment:** (see **BOXED WARNING**).

**Fluid Retention:** (see **BOXED WARNING**).

**Pregnancy:** TAXOTERE® can cause fetal harm when administered to pregnant women. Studies in both rats and rabbits at doses equal to or greater than 0.3 and 0.03 mg/kg/day, respectively (about 1/50 and 1/300 the daily maximum recommended human dose on a mg/m² basis), administered during the period of organogenesis, have shown that TAXOTERE® is embryotoxic and fetotoxic (characterized by intrauterine mortality, increased resorption, reduced fetal weight, and fetal ossification delays). The doses indicated above also caused maternal toxicity.

There are no adequate and well-controlled studies in pregnant women using TAXOTERE®. If TAXOTERE® is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus or potential risk for loss of the pregnancy. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with TAXOTERE®.

## PRECAUTIONS

**General:** Responding patients may not experience an improvement in performance status on therapy and may experience worsening. The relationship between changes in performance status, response to therapy and treatment related side effects has not been established.

**Hematologic Effects:** In order to monitor the occurrence of myelotoxicity, it is recommended that frequent peripheral blood cell counts be performed on all patients receiving TAXOTERE®. Patients should not be retreated with subsequent cycles of TAXOTERE® until neutrophils recover to a level > 1500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³.

A 25% reduction in the dose of TAXOTERE® is recommended during subsequent cycles following severe neutropenia (< 500 cells/mm³) lasting 7 days or more, febrile neutropenia, or a grade 4 infection in a TAXOTERE® cycle (see **DOSAGE AND ADMINISTRATION** section).

**Hypersensitivity Reactions:** Hypersensitivity reactions may occur within a few minutes following initiation of a TAXOTERE® infusion. If minor reactions such as flushing or localized skin reactions occur, interruption of therapy is not required. More severe reactions, however, require the immediate discontinuation of TAXOTERE® and appropriate therapy. All patients should be premedicated with an oral corticosteroid prior to the initiation of the infusion of TAXOTERE® (see **WARNINGS: Premedication Regimen**).

**Cutaneous:** Localized erythema of the extremities with edema followed by desquamation has been observed. In case of severe skin toxicity, an adjustment in dosage is recommended (see **DOSAGE AND ADMINISTRATION** section). The discontinuation rate due to skin toxicity was 1.7%.

**Fluid Retention:** Severe fluid retention has been reported following TAXOTERE® therapy (see **BOXED WARNING** and **ADVERSE REACTIONS**). Patients should be premedicated with oral corticosteroids prior to each TAXOTERE® administration to reduce the incidence and severity of fluid retention (see **DOSAGE AND ADMINISTRATION** section). Patients with pre-existing effusions should be closely monitored from the first dose for the possible exacerbation of the effusions.

In patients who received the recommended premedication, moderate fluid retention occurred in 17.4% with severe fluid retention in 6% and a 1.7% discontinuation rate. Fluid retention was completely, but sometimes slowly reversible following discontinuation of TAXOTERE® (median of 20 weeks). The median cumulative dose to onset of moderate or severe fluid retention was 819 mg/m² in patients receiving premedication. Patients developing peripheral edema may be treated with standard measures, e.g., salt restriction, oral diuretic(s).

**Neurologic:** Severe neurosensory symptoms (paresthesia, dysesthesia, pain) were observed among 7% of 134 patients with antineoplastic-resistant breast cancer. When these occur, dosage must be adjusted. If symptoms persist, treatment should be discontinued (see **DOSAGE AND ADMINISTRATION**). Patients who experienced neurotoxicity in clinical trials and for whom follow-up information on the complete resolution of the event was available had spontaneous reversal of symptoms with a median of 9 weeks from onset (range: 0 to 106 weeks) and only about 3.8% of patients required discontinuation due to neurotoxicity. Peripheral motor neuropathy mainly manifested as distal extremity weakness occurred in 13.4% (2.5% severe) of the 127 antineoplastic-resistant breast cancer patients with normal LFTs. No neurotoxic toxicity was reported in the 3 patients with elevated LFTs.

**Asthenia:** Severe asthenia has been reported in 11.1% of the patients but has led to treatment discontinuation in only 2.6% of the patients. Severe symptoms of fatigue or weakness were reported in 14.9% of the patients and may be associated with deterioration of performance status in patients with progressive disease.

**Drug Interactions:** There have been no formal clinical studies to evaluate the drug interactions of TAXOTERE® with other medications. In vitro studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds that induce, inhibit or are metabolized by cytochrome P450 3A4, such as cyclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. Caution should be exercised with these drugs when treating patients receiving TAXOTERE® as there is a potential for a significant interaction.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** No studies have been conducted to assess the carcinogenic potential of TAXOTERE®. TAXOTERE® has been shown to be clastogenic in the in vitro chromosome aberration test in CHO-K₁ cells and in the in vivo micronucleus test in the mouse, but it did not induce mutagenicity in the Ames test, or the CHO/HGPRT gene mutation assays. TAXOTERE® produced no impairment of fertility in rats when administered in multiple i.v. doses of up to 0.3 mg/kg (about 1/50 the recommended human dose on a mg/m² basis), but decreased testicular weights were reported. This correlates with findings of a 10-cycle toxicity study (dosing once every 21 days for 6 months) in rats and dogs in which testicular atrophy or degeneration was observed at i.v. doses of 5 mg/kg in rats and 0.375 mg/kg in dogs (about 1/3 and 1/15 the recommended human dose on a mg/m² basis, respectively). An increased frequency of dosing in rats produced similar effects at lower dose levels.

**Pregnancy:** Pregnancy Category D (see **WARNINGS** section).

**Nursing Mothers:** It is not known whether TAXOTERE® is excreted in human milk. Because many drugs are excreted in human milk, and because of the potential for serious adverse reactions in nursing infants from TAXOTERE®, mothers should discontinue nursing prior to taking the drug.

**Pediatric Use:** The safety and effectiveness of TAXOTERE® in pediatric patients have not been established.

## ADVERSE REACTIONS

There were 1493 patients enrolled in 35 clinical trials conducted in North America and Europe (624 breast carcinoma patients and 866 patients with other tumor types) who received TAXOTERE® at an initial dose of 100 mg/m² every 3 weeks. Five patients were not evaluable because they discontinued TAXOTERE® treatment due to acute hypersensitivity reactions with the first infusion. At least 95% of these patients did not receive hematopoietic support. The following table lists adverse reactions that occurred in at least 5% of 1453 patients with normal liver function tests at baseline (Normal LFTs). Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN) as well as all adverse reactions in patients with abnormal liver function tests. These reactions were considered possibly or probably related to TAXOTERE®. The safety profile is generally similar in patients receiving TAXOTERE® for the treatment of breast carcinoma or for other tumor types.

### Summary Of Adverse Events In Patients Receiving TAXOTERE® At 100 mg/m²

| Adverse Event | | Normal LFTs* at Baseline n=1430 % | Elevated LFTs** at Baseline n=55 % |
|---|---|---|---|
| **Hematologic** | | | |
| Neutropenia | <2000 cells/mm³ | 96.3 | 96.0 |
| | <500 cells/mm³ | 76.0 | 86.0 |
| Leukopenia | <4000 cells/mm³ | 96.5 | 98.1 |
| | <1000 cells/mm³ | 31.0 | 44.2 |
| Thrombocytopenia | <100,000 cells/mm³ | 7.5 | 27.3 |
| Anemia | <11 g/dL | 89.5 | 92.7 |
| | <8 g/dL | 8.4 | 30.9 |
| Febrile Neutropenia | | 11.8 | 26.4 |
| Septic Death | | 1.8 | 3.6 |
| Non-Septic Death | | 0.6 | 2.3 |
| **Infections** | | | |
| Any | | 21.7 | 32.7 |
| Severe | | 5.6 | 16.4 |
| **Fever in absence of Infection** | | | |
| Any | | 30.2 | 50.9 |
| Severe | | 1.7 | 9.1 |
| **Hypersensitivity Reactions** | | | |
| with recommended premedication | | n=229 | n=6 |
| Any | | 15.7 | 0 |
| Severe | | 5.2 | 33.3 |
| **Fluid Retention** | | | |
| with recommended premedication | | n=229 | n=6 |
| Any | | 48.5 | 66.7 |
| Severe | | 5.2 | 33.3 |
| **Neurosensory** | | | |
| Any | | 53.7 | 41.8 |
| Severe | | 3.9 | 0 |
| **Neuromotor (principally distal extremity weakness)** | | | |
| Any | | 13.4 | 5.5 |
| Severe | | 3.7 | 1.8 |
| **Cutaneous** | | | |
| Any | | 58.5 | 61.8 |
| Severe | | 5.6 | 10.9 |
| **Nail Changes** | | | |
| Any | | 28.2 | 18.2 |
| Severe | | 2.6 | 4.6 |
| **Gastrointestinal** | | | |
| Nausea | | 40.4 | 40.0 |
| Diarrhea | | 40.4 | 32.7 |
| Vomiting | | 24.0 | 25.5 |
| **Asthenia** | | 80.0 | 61.8 |
| Any | | 61.5 | 54.5 |
| Severe | | 11.1 | 23.6 |
| **Stomatitis** | | | |
| Any | | 42.3 | 47.3 |
| Severe | | 5.3 | 14.5 |
| **Myalgia** | | | |
| Any | | 19.4 | 18.2 |
| Severe | | 1.4 | 1.9 |
| **Arthralgia** | | 8.6 | 7.3 |
| **Infusion Site Reactions** | | 3.6 | 3.6 |

\* Normal LFTs: Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.

\*\*Elevated LFTs: SGOT and/or SGPT > 1.5 times ULN concurrent with alkaline phosphatase > 2.5 times ULN.

**Hematologic:** Bone marrow suppression was the major dose limiting toxicity of TAXOTERE®. Neutropenia is reversible and not cumulative. The median day to nadir was 8 days, while the median duration of severe neutropenia (<500 cells/mm³) was 7 days. Among patients with normal liver function treated with TAXOTERE®, severe neutropenia occurred in 76% and lasted for more than 7 days in 2.9% of the cycles. Anemia was reported in 89.5% of patients, with severe cases reported in 8.4% of the cycles. A febrile neutropenia and/or neutropenic infection occurred in 21.7% of the patients (6.3% of the cycles). Infectious episodes occurred in 21.7% of the patients (6.2% of the cycles) and were fatal in 1.6% of those treated with TAXOTERE®, i.e. 4% in breast cancer patients.

Thrombocytopenia (<100,000 cells/mm³) occurred in 7.5% of the patients with normal liver function. Bleeding episodes were reported in 2.3% of the patients.

(continued, right column)

patients. A fatal gastrointestinal hemorrhage associated with severe thrombocytopenia was reported in one patient. Three breast cancer patients with severe liver impairment (bilirubin > 1.7 times ULN) developed fatal gastrointestinal bleeding associated with severe drug-induced thrombocytopenia.

**Hypersensitivity Reactions:** Hypersensitivity reactions requiring discontinuation of the TAXOTERE® infusion were reported in 5 patients of 1398 who did not receive premedication. Severe hypersensitivity reactions denoted by hypotension and/or bronchospasm or generalized rash/erythema have been observed in only 0.9% of patients with normal liver function receiving the recommended premedication regimen and none of them had to discontinue therapy.

More events, including flushing, rash with or without pruritus, chest tightness, back pain, dyspnea, drug fever, or chills, have been reported and resolved after discontinuing the infusion and appropriate therapy (see **WARNINGS** section).

**Fluid Retention** (see **BOXED WARNING**): Events such as edema and weight gain and, less frequently, pleural effusion, pericardial effusion or ascites have been described. Among 229 patients with normal liver function receiving the recommended premedication, severe fluid retention was observed in 6%, causing treatment discontinuation in 1.3%. When it occurs, peripheral edema usually starts at the lower extremities and may become generalized, with a median weight gain of 2 kg. Fluid retention is cumulative in incidence and severity. The median cumulative dose to onset of moderate or severe fluid retention is 819 mg/m². Fluid retention was completely reversible, resolving a median of 20.5 days (about 3 weeks) from the last TAXOTERE® infusion.

**Cutaneous:** Reversible cutaneous reactions characterized by a rash including localized eruptions, mainly on the feet and/or hands, but also on the arms, face or thorax, usually associated with pruritus were observed in 58.5% of the patients. Eruptions generally occurred within one week after TAXOTERE® infusion, recovered before the next infusion and were not disabling. Severe symptoms, such as eruptions followed by desquamation, occurred in 5.6% of the patients and rarely led to interruption or discontinuation of TAXOTERE® treatment. Alopecia occurred in 80% of patients, and it is reversible.

Severe nail disorders occurred in 2.6% of the patients. These reactions are characterized by hypo- or hyperpigmentation, and occasionally by onycholysis (in 0.8% of patients) and pain.

**Neurologic:** Neurosensory symptoms characterized by paresthesia, dysesthesia or pain were observed during therapy in patients receiving TAXOTERE®. Severe reactions were observed in 3.9%.

Neuromotor events characterized mainly by weakness have been reported and were severe in 3.7% of the patients.

**Gastrointestinal:** Gastrointestinal reactions (nausea, vomiting, and/or diarrhea) were generally mild to moderate and severe reactions occurred in 8.2% of the patients. Stomatitis was reported at an overall incidence of 42.3% with severe events occurring in 5.3% of patients.

**Cardiovascular:** Hypotension occurred in 3.6% of the patients; 3.4% required treatment. Clinically meaningful events such as heart failure, sinus tachycardia, atrial flutter, dysrhythmia, unstable angina, pulmonary edema, and hypertension occurred rarely.

**Infusion Site Reactions:** Infusion site reactions were generally mild and consisted of hyperpigmentation, inflammation, redness or dryness of the skin, phlebitis, extravasation, or swelling of the vein.

**Hepatic:** In patients with normal LFTs at baseline, bilirubin values greater than the ULN occurred in 8.9% of patients. Increases in SGOT or SGPT > 1.5 times the ULN or alkaline phosphatase > 2.5 times ULN were observed in 18.1% and 7.6% of patients, respectively. During the study, none occurred in SGOT and/or SGPT > 1.5 times ULN concomitant with alkaline phosphatase > 2.5 times ULN occurred in 4.3% of patients with normal LFTs at baseline. (Whether these changes were related to the drug or underlying disease has not been established.)

**Ongoing Evaluation:** The following serious adverse events of uncertain relationship to TAXOTERE® have been reported:

Body as a whole: abdominal pain, diffuse pain, chest pain

Cardiovascular: atrial fibrillation, deep vein thrombosis, ECG abnormalities, thrombophlebitis, pulmonary embolism, syncope, tachycardia

Digestive: constipation, duodenal ulcer, esophagitis, gastrointestinal hemorrhage, intestinal obstruction, ileus

Nervous: confusion

Respiratory: dyspnea, pulmonary edema, acute respiratory distress syndrome

Urogenital: renal insufficiency

## OVERDOSAGE

There is no known antidote for TAXOTERE® overdosage. In case of overdosage, the patient should be kept in a specialized unit where vital functions can be closely monitored. Anticipated complications of overdosage include: bone marrow suppression, peripheral neurotoxicity, and mucositis.

There were two reports of overdose. One patient received 150 mg/m² and the other received 200 mg/m² as over hour infusions. Both patients experienced severe neutropenia, mild asthenia, cutaneous reaction and mild paresthesia, and recovered without incident.

In mice, lethality was observed following single i.v. doses that were 1854 mg/kg (about 4.5 times the recommended human dose on a mg/m² basis) and neurotoxicity associated with paralysis, non-extension of hind limbs and myelin degeneration was observed in mice at 48 mg/kg (about 1.5 times the recommended human dose on a mg/m² basis) and higher. In rats, administration of a single i.v. dose of TAXOTERE® at doses of about 2160 mg/m² (about 2 times the recommended human dose on a mg/m² basis) and was associated with mortality and gastrointestinal, hematological and pulmonary abnormalities.

## DOSAGE AND ADMINISTRATION

For treatment of patients with locally advanced or metastatic carcinoma of the breast after progression during anthracycline-based therapy, the recommended dose of TAXOTERE® is 60 - 100 mg/m² administered intravenously over 1 hour every three weeks.

**Premedication Regimen:** All patients should be premedicated with oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg BID) for 5 days starting 1 day prior to TAXOTERE® administration in order to reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions (see **WARNINGS** and **PRECAUTIONS** sections).

**Dosage Adjustments During Treatment:** Patients who are dosed initially at 100 mg/m² and who experience either febrile neutropenia, neutrophils < 500 cells/mm³ for more than one week, severe or cumulative cutaneous reactions, or severe peripheral neuropathy during TAXOTERE® therapy should have the dosage adjusted from 100 mg/m² to 75 mg/m². If the patient continues to experience these reactions, the dosage should be decreased from 75 mg/m² to 55 mg/m² or the treatment should be discontinued. Conversely, patients who are dosed initially at 60 mg/m² and who do not experience febrile neutropenia, neutrophils <500 cells/mm³ for more than one week, severe or cumulative cutaneous reactions, or severe peripheral neuropathy during TAXOTERE® therapy may tolerate higher doses.

**Special Populations:**

Hepatic Impairment: Patients with bilirubin > ULN should generally not receive TAXOTERE®. Also, patients with SGOT and/or SGPT > 1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN should generally not receive TAXOTERE®.

Children: The safety and effectiveness of docetaxel in pediatric patients below the age of 16 years have not been established.

Elderly: No dosage adjustments are required for use in elderly.

## PREPARATION AND ADMINISTRATION PRECAUTIONS

TAXOTERE® is a cytotoxic anticancer drug and, as with other potentially toxic compounds, caution should be exercised when handling and preparing TAXOTERE® solutions. The use of gloves is recommended. Please refer to **Handling and Disposal** section.

If TAXOTERE® concentrate, premix solution, or infusion solution should come into contact with the skin, immediately and thoroughly wash with soap and water. If TAXOTERE® concentrate, premix solution, or infusion solution should come into contact with mucosa, immediately and thoroughly wash with water.

TAXOTERE® for Injection Concentrate requires dilution prior to administration. Please follow the preparation instructions provided below.

Note: Both the TAXOTERE® for Injection Concentrate and the diluent vials contain an overfill.

A. Preparation of the Premix Solution

1. Remove the appropriate number of vials of TAXOTERE® for Injection Concentrate and diluent from the refrigerator. Allow the vials to stand at room temperature for approximately 5 minutes.

2. Aseptically withdraw the entire contents of the diluent vial into a syringe and transfer it to the vial of TAXOTERE® for Injection Concentrate.

Information regarding fill volumes is listed below.

| Strength | Vial Contents | Diluent Vial |
|---|---|---|
| TAXOTERE® 20 mg | 23.6 mg / 0.50 mL | 1.83 mL |
| TAXOTERE® 80 mg | 94.4 mg / 2.36 mL | 7.33 mL |

This will assure a final premix concentration of 10 mg docetaxel/mL.

3. Gently rotate each premix solution vial for approximately 15 seconds to assure full mixture of the concentrate and diluent.

4. The TAXOTERE® premix solution (10 mg docetaxel/mL) should be clear; however, there may be some foam on top of the solution due to the polysorbate 80. Allow the premix solution to stand for a few minutes to allow any foam to dissipate. It is not required that all foam dissipate prior to continuing the preparation process.

B. Preparation of the Infusion Solution

1. Aseptically withdraw the required amount of TAXOTERE® premix solution (10 mg docetaxel/mL) with a calibrated syringe and inject the required volume of premix solution into a 250 mL infusion bag or bottle of either 0.9% Sodium Chloride solution or 5% Dextrose solution to produce a final concentration of 0.3 to 0.9 mg/mL.

If a dose greater than 240 mg of TAXOTERE® is required, use a larger volume of the infusion vehicle so that a concentration of 0.9 mg/mL TAXOTERE® is not exceeded.

2. Thoroughly mix the infusion by manual rotation.

3. As with all parenteral products, TAXOTERE® should be inspected visually for particulate matter or discoloration prior to administration when the solution and container permit. If the TAXOTERE® for Injection premix solution or infusion solution is not clear or appears to have precipitation, the solution should be discarded.

The TAXOTERE® infusion solution should be administered intravenously as a one-hour infusion under ambient room temperature and lighting conditions.

Contact of the undiluted concentrate with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-(2-ethylhexyl) phthalate), which may be leached from PVC infusion bags or sets, diluted TAXOTERE® solutions should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

**Stability:** Unopened vials of TAXOTERE® are stable until the expiration date indicated on the package when stored refrigerated, 2° to 8°C (36° to 46°F), and protected from bright light. Freezing does not adversely affect the product.

## HOW SUPPLIED

TAXOTERE® for Injection Concentrate is supplied in a single-dose vial in a sterile, pyrogen-free, non-aqueous, viscous solution with an accompanying sterile, non-pyrogenic, diluent (13% ethanol in Water for Injection) vial. The following strengths are available:

**TAXOTERE® 80 mg   (NDC 0075-8001-80)**

TAXOTERE® (docetaxel) 80 mg Concentrate for Infusion: 80 mg docetaxel in 2 mL polysorbate 80 (Fill: 94.4 mg docetaxel in 2.36 mL polysorbate 80) and diluent for TAXOTERE® 80 mg: 13% (w/w) ethanol in Water for Injection (Fill: 7.33 mL). Both items are in a blister pack in one carton.

**TAXOTERE® 20 mg   (NDC 0075-8001-20)**

TAXOTERE® (docetaxel) 20 mg Concentrate for Infusion: 20 mg docetaxel in 0.5 mL polysorbate 80 (Fill: 23.6 mg docetaxel in 0.50 mL polysorbate 80) and diluent for TAXOTERE® 20 mg: 13% (w/w) ethanol in Water for Injection (Fill: 1.83 mL). Both items are in a blister pack in one carton.

**Storage:** Store refrigerated, 2° to 8°C (36° to 46°F). Retain in the original package to protect from bright light.

TAXOTERE® premix solution (10 mg TAXOTERE®/mL) and fully prepared TAXOTERE® infusion solution (in either 0.9% Sodium Chloride solution or 5% Dextrose solution) should be used as soon as possible after preparation. However, the premix solution is stable for 8 hours either at room temperature, 15° to 25°C (59° to 77°F), or stored refrigerated, 2° to 8°C (36° to 46°F).

**Handling and Disposal:** Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published.[1-4] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

## REFERENCES

1. OSHA Work Practice Guidelines for Personnel Dealing with Cytotoxic (Antineoplastic) Drugs. Am J Hosp Pharm. 1986; 43(5): 1193-1204.

2. American Society of Hospital Pharmacists: Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. Am J Hosp Pharm. 1990; 47(5): 1033-1049.

3. AMA Council Report. Guidelines for Handling Parenteral Antineoplastics. JAMA. 1985; 253 (11): 1590-1592.

4. Oncology Nursing Society Clinical Practice Committee. Cancer Chemotherapy Guidelines. Module 10 - Recommendations of Nursing Practice in the Acute Care Setting. ONS. 1988; 2-14.

**RHÔNE-POULENC RORER PHARMACEUTICALS INC.**
COLLEGEVILLE, PA 19426

# EXHIBIT 2

Donate

- About Breast Cancer
  Back
  Pages
  - What is Breast Cancer?
    Back
    Pages
    - What Is Cancer?
    - Breast Cancer Facts
    - Male Breast Cancer
    - Causes of Breast Cancer
    - Breast Tumors
    - Breast Anatomy
    - Growth of Cancer
    - Risk Factors
  - Early Detection
    Back
    Pages
    - Symptoms and Signs
    - Breast Cyst
    - Breast Pain
    - Breast Self-Exam
    - Clinical Breast Exam
    - Mammogram
    - Early Detection
    - Healthy Habits
  - Diagnosis
    Back
    Pages
    - Mammogram
    - Ultrasound
    - MRI
    - Biopsy
    - Lab Tests
    - Waiting For Results
  - Stages
    Back
    Pages
    - Stages 0 & 1
    - Stage 2
    - Stage 3
    - Stage 4
  - Types
    Back
    Pages
    - Ductal Carcinoma In Situ
    - Invasive Ductal Carcinoma
    - Triple Negative Breast Cancer
    - Inflammatory Breast Cancer
    - Metastatic Breast Cancer
    - Breast Cancer During Pregnancy
    - Other Types
  - Treatment
    Back
    Pages
    - Choosing Your Doctor
    - Standard Treatment & Clinical Trials
    - Surgery
    - Lumpectomy
    - Mastectomy
    - Lymph Node Removal & Lymphedema
    - Breast Reconstruction
    - Chemotherapy
    - Radiation Therapy

- Hormone Therapy
- Targeted Therapy
- Nutrition & Physical Activity
- Follow-Up Care
    - Myths
    - Breast Cancer FAQs
    - Breast Cancer Resources
- About NBCF
Back
Pages
    - The NBCF Story
    - Our Founder
    - People
    - Our Corporate Partners
    - Media Room
    Back
    Pages
        - Press Releases
        - NBCF Media Kit
        - Media Inquiries
    - Financial Reports
    - Careers
    - High School Programs
    - NBCF Blog
    - NBCF Shop
    - Contact Us
- Our Programs
Back
Pages
    - Beyond The Shock
    - National Mammography Program
    - Patient Navigator Program
    - HOPE Kit
    - Breast Health Education
    - Breast Cancer Research
    - Navigating Breast Cancer in the Workplace
    - Metastatic Breast Cancer Retreats
- How You Can Help
Back
Pages
    - Donate
    - Breast Cancer Awareness Month
    - Fundraise
    - Corporate Sponsorship
    - Give.Change.
    - Game Pink
    - Volunteer
    - Planned Giving

Quick Links

- Donate
- Breast Cancer Awareness

Other

- Contact
- Facebook
- Terms of Service
- Privacy Policy
- Sitemap



- *About* Breast Cancer

- What is Breast Cancer?
  - Early Detection
  - Diagnosis
  - Stages
  - Types
  - Treatment
  - Myths
  - Breast Cancer FAQs
  - Breast Cancer Resources
- *About* NBCF
  - The NBCF Story
  - Our Founder
  - People
  - Our Corporate Partners
  - Media Room
  - Financial Reports
  - Careers
  - High School Programs
  - NBCF Blog
  - NBCF Shop
  - Contact Us
- *Our* Programs
  - Beyond The Shock
  - National Mammography Program
  - Patient Navigator Program
  - HOPE Kit
  - Breast Health Education
  - Breast Cancer Research
  - Navigating Breast Cancer in the Workplace
  - Metastatic Breast Cancer Retreats
- *How* You Can Help
  - Donate
  - Breast Cancer Awareness Month
  - Fundraise
  - Corporate Sponsorship
  - Give.Change.
  - Game Pink
  - Volunteer
  - Planned Giving
- 🔍 Search

Donate Fundraise Sponsor

 Menu

Search   Go ✖

- Stages 0 & 1
- Stage 2
- Stage 3
- Stage 4

**Stages 0 & 1**

Case 2:16-md-02740-JTM-MBN    Document 6347-3    Filed 02/26/19    Page 16 of 511



## What types of cancer are diagnosed as Stage 0 and 1 Breast Cancer?

The stage of cancer indicates the size of the tumor of abnormal cells and whether or not those cells are contained to the place of origin. The most common type of breast cancer is ductal carcinoma in situ (DCIS), indicating the cancer cell growth starts in the milk ducts.

### What does the term, "in situ" mean?

Stage 0 cancers are called "carcinoma in situ." Carcinoma means cancer and "in situ" means "in the original place." Three possible types of "in situ carcinoma" of the breast tissue are:

- DCIS - Ductal carcinoma in situ
- LCIS - Lobular carcinoma in situ
- Paget disease of the nipple

## What is Stage 0 DCIS?

Stage 0 breast cancer,ductal carcinoma in situ (DCIS) is a non-invasive cancer where abnormal cells have been found in the lining of the breast milk duct. In Stage 0 breast cancer, the atypical cells have not spread outside of the ducts or lobules into the surrounding breast tissue. Ductal Carcinoma In Situ is very early cancer that is highly treatable, but if it's left untreated or undetected, it can spread into the surrounding breast tissue.

### What is Stage 0 LCIS?

Lobular carcinoma in situ at Stage 0 generally is not considered cancer. Although it has carcinoma in the name, it really describes a growth of abnormal but non-invasive cells forming in the lobules. Some experts prefer the name lobular neoplasia for this reason because it accurately refers to the abnormal cells without naming them as cancer. LCIS, however, may indicate a woman has an increased risk of developing breast cancer.

If you have been diagnosed with LCIS, your doctor may recommend regular clinical breast exams and mammograms. He or she may also prescribe Tamoxifen, a hormone therapy medication that helps prevent cancer cells from growing.

Case 2:16-md-02740-JTM-MBN    Document 6347-3    Filed 02/26/19    Page 17 of 511



## What does it mean to have Stage 1 breast cancer?

In Stage 1 breast cancer, cancer is evident, but it is contained to only the area where the first abnormal cells began to develop. The breast cancer has

been detected in the early stages and can be very effectively treated.

Stage 1 can be divided into Stage 1A and Stage 1B. The difference is determined by the size of the tumor and the lymph nodes with evidence of cancer.

### Stage 1A breast cancer means the following description applies:

The tumor is smaller than the approximate size of a peanut (2 centimeters or smaller) AND has not spread to the lymph nodes.

### Stage 1B breast cancer means one of the following descriptions applies:

Lymph nodes have cancer evidence with small clusters of cells between the approximate size of a pinprick to the approximate width of a grain of rice (.2mm to 2.0 mm).

**AND EITHER**
No actual tumor is found in the breast.

**OR**
The tumor is smaller than the approximate size of a peanut (2 centimeters or smaller).

Similar to stage 0, breast cancer at this stage is very treatable and survivable. When breast cancer is detected early, and is in the localized stage, the 5-year relative survival rate is 100%.

Case 2:16-md-02740-JTM-MBN    Document 6347-3    Filed 02/26/19    Page 19 of 511



## What should a person with Stage 0 or Stage 1 breast cancer expect regarding treatment?

Even though Stage 0 breast cancer is considered "non-invasive," it does require immediate treatment, typically surgery or radiation, or a combination of the two. Chemotherapy is usually not part of the treatment regimen for earlier stages of cancer.

Stage 1 is highly treatable, however, it does require immediate treatment, typically surgery and often radiation, or a combination of the two. Additionally, you may consider hormone therapy, depending on the type of cancer cells found and your additional risk factors. Like stage 0, Chemotherapy is often not necessary for earlier stages of cancer.



Material on this page courtesy of:

- National Cancer Institute

-
- ○
  - ○
  - ○
  - ○
- next page: Stage 2

About Breast Cancer

- What is Breast Cancer?
- Early Detection
- Diagnosis
- Stages
- Types
- Treatment
- Myths
- Breast Cancer FAQs
- Breast Cancer Resources

About NBCF

- The NBCF Story
- Our Founder
- People
- Our Corporate Partners
- Media Room

- Financial Reports
- Careers
- High School Programs
- NBCF Blog
- NBCF Shop
- Contact Us

Our Programs

- Beyond The Shock
- National Mammography Program
- Patient Navigator Program
- HOPE Kit
- Breast Health Education
- Breast Cancer Research
- Navigating Breast Cancer in the Workplace
- Metastatic Breast Cancer Retreats

How You Can Help

- Donate
- Breast Cancer Awareness Month
- Fundraise
- Corporate Sponsorship
- Give.Change.
- Game Pink
- Volunteer
- Planned Giving

Stay Involved

- Breast Cancer Awareness Month
- Youtube
- Facebook
- Twitter

Legal

- Terms of Service
- Privacy Policy
- Sitemap
- Trademark Licensing





Beyond The Shock

Educational resource with informational videos, stories from breast cancer survivors, and a community Q&A.

Download The App

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 22 of 511





**Stay Connected**

First Name                              Last Name
*
Email
Submit







National Breast Cancer Foundation's mission is to help women now by providing help and inspiring hope to those affected by breast cancer through early detection, education and support services.



Copyright © 2016. National Breast Cancer Foundation, Inc. is a non-profit organization with a 501(c)(3) tax-exempt status. All rights reserved.

# EXHIBIT 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3

 4                                    )
      JACQUELINE MILLS,               ) CASE NO.
 5                                    ) 2:17-cv-02689
             Plaintiff,              )
 6                                    )
                v.                    )
 7                                    )
      SANOFI S.A., SANOFI-AVENTIS U.S.)
 8    L.L.C., and AVENTIS-PHARMA S.A.,)
                                      )
 9            Defendants.             )
                                      )
10    - - - - - - - - - - - - - - - - )
11
12              VIDEOTAPE DEPOSITION OF
13                 JACQUELINE G. MILLS
14
15
16        Wednesday, May 30, 2018, 8:15 a.m.
17
18
19
20
21              Held At Veritext Atlanta
            1075 Peachtree Street, Suite 3625
22              Atlanta, Georgia  30309
23    -------------------------------------------
24       WANDA L. ROBINSON, CRR, CCR, No. B-1973
          Certified Shorthand Reporter/Notary Public
25    Job No. NJ2910185
```

Page 2

```
 1                   APPEARANCES OF COUNSEL
 2
 3    Appearing on Behalf of the Plaintiff:
 4
          JOHN H. GOMEZ, ESQUIRE
 5        The Gomez Firm
          655 West Broadway, Suite 1700
 6        San Diego, California  92101
          P: 619.237.3490  F:  619.237.3496
 7        E-mail:  John@thegomezfirm.com
                     - and -
 8        W. STEVEN BERMAN, ESQUIRE
          Napoli Shkolnik PLLC
 9        One Greentree Center, Suite 201
          Marlton, New Jersey  08053
10        P: 856.988.5574
          E-mail:  wsberman@napolilaw.com
11
12
13
14    Appearing on Behalf of the Defendants:
15
16        BUFFY J. MIMS, ESQUIRE
          Shook Hardy & Bacon LLP
17        1155 P Street, N.W., Suite 200
          Washington, D.C.  20004
18        P:  202.783.8400
          Email:  bmims@shb.com
19
20
21
22
23    ALSO PRESENT:
24         Bryan Robinson, Videographer
25
```

Page 3

1                         INDEX OF EXAMINATIONS
2
3     By Ms. Mims                                    Page 5
4
5
6                          INDEX OF EXHIBITS
7     DEFENDANT'S
8     NO.                     DESCRIPTION                  PAGE

9     1     Complaint & Jury Demand                        15
10    2     Kaiser Permanente Glenlake Medical Center      74
            11/7/2014 Medical Record
11
12    3     Kaiser Permanente Southwood Medical Center     93
            12/9/2014 Medical Record
13
      4     Taxotere Highlights of Prescribing             113
14          Information
15    5     Kaiser Permanente Stonecrest Medical Center 126
            1/19/2015 Medical Record
16
      6     Kaiser Permanente Townpark Medical Center      152
17          4/9/2015 Medical Record
18    7     Fourth Amended Plaintiff Fact Sheet            172
19    8     Kaiser Permanente Southwood Medical Center     186
            12/18/2015
20
21    9     05/22/2018 Declaration Signature               225
22    10    April 3,2017 Email From Mills To Lupe          227
            Felix With Attached Receipts and Bank
23          Statements
24    11    Notice of Videotaped Deposition of             230
            Plaintiff Jacqueline Mills

25

```
                                                    Page 4
```

1                    INDEX OF EXHIBITS (Continued)

2      DEFENDANT'S

3      NO.                    DESCRIPTION                 PAGE

4      12   Color Photographs                             244

5      13   Color Photograph                              245

6      14   Color Photographs                             246

7      15   Color Photographs                             247

8      16   Color Photograph                              251

9      17   Color Photograph                              252

10     18   Color Photograph                              253

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1           THE VIDEOGRAPHER:  And we are on the

2      record at 8:15 a.m., and today is May 30, 2018,

3      and this is the beginning of the video

4      deposition of Jacqueline Mills.

5           Would counsel present please identify

6      themselves, who they represent, for the record.

7           MR. GOMEZ:  John Gomez, plaintiffs.

8           MR. BERMAN:  For the Plaintiffs Steering

9      Committee.

10          MR. MIMS:  Buffy Mims for Sanofi.

11          THE VIDEOGRAPHER:  Thank you, counsel.

12          Would the court reporter please swear in

13      the witness.

14                    JACQUELINE G. MILLS,

15      being duly sworn, was examined and testified as

16      follows:

17  EXAMINATION

18  BY MR. MIMS:

19      Q    Good morning, Ms. Mills.

20      A    Good morning.

21      Q    We met a few minutes ago.  My name is

22  Buffy Mims and I represent Sanofi in this matter.

23          Could you go ahead and state your full

24  name and social security number for the record,

25  please.

Page 6

1       A    Sure.  Jacqueline G. Mills.  The G stands

2    for Green.  Social security No. 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.

3       Q    What is your date of birth?

4       A    July 11th, 1952.

5       Q    Have you ever gone by any other names

6    other than Mills?

7       A    Yes, I have.

8       Q    What names are those?

9       A    Jacqueline Green, Jacqueline Melson,

10   M-E-L-S-O-N.

11      Q    Are any of those names from a previous

12   marriage?

13      A    Yes.

14      Q    Which ones?

15      A    Melson.

16      Q    And is Green your maiden name?

17      A    Yes, it is.

18      Q    When did you go by the name Jacqueline

19   Melson?

20      A    In 1975, I believe, for one year.

21      Q    And then did you -- was your name legally

22   changed after that year?

23      A    It was changed during the divorce

24   proceedings.

25      Q    You understand that you are here today to

Page 7

1    testify about a lawsuit you brought against my

2    client Sanofi, correct?

3         A    Yes, I do understand that.

4         Q    And that you're represented by counsel

5    here today?

6         A    Yes.

7         Q    Have you ever participated in a deposition

8    before?

9         A    Yes.

10        Q    How many times?

11        A    Once.

12        Q    When was that?

13        A    In -- I'm not sure of the year.  I can't

14   remember the exact year, but I will say about six

15   years ago, maybe seven.

16        Q    What was the nature of your participation?

17        A    We were suing our mortgage company for

18   breach of contract.

19        Q    When you say "we," who are you referring

20   to?

21        A    Me and my husband.

22        Q    So were you deposed as a plaintiff in that

23   litigation?

24        A    Yes.

25        Q    And can you tell me the nature of your

Page 8

1    claim more specifically when you say breach of

2    contract?  What was the allegation?

3        A    The allegation was we had a forensic audit

4    done.  Based on the information from the forensic

5    audit, we sought counsel and decided that we would

6    sue the mortgage company for breach of contract for

7    several items.

8        Q    What were those items?

9        A    I don't remember all of them.

10       Q    What were the results of that lawsuit?

11       A    We did get a -- well, the mortgage was

12   sold to another company and we ended up getting a

13   refi through the new company and everything was --

14   is fine now.

15       Q    Was the case settled?

16       A    The case was closed, I would say.  We got

17   notification that we were being refinanced through

18   the new mortgage company, and that was what

19   happened.

20       Q    Was there something --

21            MR. MIMS:  Let me back up.

22       Q    When you say you had a forensic audit

23   done, does that mean you had an audit of all of the

24   paperwork and the terms involved in your contract

25   with the mortgage company?

1       A     That's true.

2       Q     And were there problems or issues found?

3       A     There were problems and issues found.

4       Q     Do you remember what any of those issues

5    were?

6       A     No, I don't.

7       Q     Did you receive a monetary settlement in

8    that suit?

9       A     No.

10      Q     Were you represented by counsel?

11      A     Yes.

12      Q     What was your counsel's name?

13      A     Joshua Davis.

14      Q     And that case never went to trial?

15      A     No.

16      Q     Did you ever appear in a court for that

17   case?

18      A     No.

19      Q     What's the name of the mortgage company?

20      A     At the time it was HSBC.  It was sold to

21   Rushmore, and it has since been sold again.  We got

22   notification about a week ago but I do not know the

23   new mortgage company name.

24      Q     Was the mortgage sold from HSBC to

25   Rushmore while the litigation you had was still

Page 10

1    active?

2        A    Yes.

3        Q    Is that still a current mortgage that you

4    hold?

5        A    Yes.

6        Q    What is the address of the property that

7    mortgage is for?

8        A    1684 Brentwood Xing, B, as in boy,

9    R-E-N-T-W-O-O-D, Xing, Conyers, Georgia, 30013.

10       Q    All right.  Even though you've been

11   deposed before, so you've been through this process,

12   I'm going to talk a little bit about how the

13   deposition will work.

14       A    Okay.

15       Q    And the procedures.

16           As you can see, there's a court reporter

17   here taking down everything that I say, everything

18   that you say, everything that your counsel says.  So

19   that means we have to give all verbal responses, no

20   nods of the head, no uh-hum.  All verbal responses

21   so she can take it down and the record will reflect

22   exactly what you said.

23           It also means that only one of us can

24   speak at a time.  Even if you think you know the

25   answer to my question or you think you know what I'm

Page 11

```
 1    going to ask, let me finish the question before you
 2    start talking or the court reporter will not be able
 3    to take down the full question and the full answer.
 4            If you don't understand any of my
 5    questions, if they're not clear, ask me and I'll try
 6    and clear it up and clarify it for you.  If you
 7    answer, I'm going to assume you understood the
 8    question.
 9            Is that fair?
10       A    That's fair.
11       Q    And if you need a break, just let me know.
12    We can take a break at any time.
13       A    Okay.
14       Q    Now, you understand that in a deposition
15    you're under oath, just like you are in a courtroom,
16    right?
17       A    Yes.
18       Q    How do you feel today?
19       A    I feel fine.  Thank you.
20       Q    Have you taken any medications?
21       A    Yes.
22       Q    Tell me what those are.
23       A    I took Anastrozole, which is my
24    medication, my hormone medication, that I will be on
25    for 10 years.
```

Page 12

1        Q     Who prescribed that?

2        A     My oncologist.

3        Q     What is your oncologist's name?

4        A     Doherty.  I can't think of his first name.

5   Well, let me change that.

6              That was initially prescribed by Dr.

7   Doherty, when I was with Kaiser.  I now have a new

8   oncologist, who is Megan McKee, Megan McKee, and the

9   office I think is called the Atlanta Cancer Center.

10       Q     We'll talk about your oncologists a little

11  bit later.

12             Are there any other medications that

13  you've taken this morning?

14       A     No.

15       Q     Do you know what the doses of Anastrozole

16  that you take?

17       A     No.

18       Q     Why do you take Anastrozole?

19       A     It was part of my regimen for after cancer

20  care, to prevent the cancer from returning.

21       Q     How long have you been taking it?

22       A     Since January -- no -- yeah, since January

23  6th, 2015 -- wait, let me, let me -- I'm thinking.

24             January 6, 2016 to present.

25       Q     Is there any reason that the medication

Page 13

1    that you took this morning, Anastrozole, would

2    interfere in your ability to recall events or answer

3    any of my questions here today?

4        A    No.

5        Q    Are there any medications that you were

6    supposed to take this morning that you've skipped

7    for some reason?

8        A    No.

9        Q    Are there any additional medications that

10   you'll take later today?

11       A    When I get home.

12       Q    What are those?

13       A    That would be my vitamin D-3 plus calcium,

14   my multivitamin, and my antihistamine for allergies.

15       Q    Is there a doctor who prescribed vitamin D

16   for you?

17       A    It's not a prescription drug; it's an

18   over-the-counter drug.

19       Q    I'm sorry.  Is there a doctor who has

20   instructed you to take vitamin D?

21       A    Yes.  My oncologist had me to take it for

22   my bones and calcium.

23       Q    Which oncologist was that?

24       A    That would have been Dr. Doherty.

25       Q    And how long have you been taking vitamin

Page 14

1    D?

2         A     About two years.

3         Q     Do you just take that once a day?

4         A     Yes.

5         Q     Do you know the dose you take?

6         A     No.

7         Q     What about the multivitamin, was there a

8    doctor who instructed you that you should --

9         A     No.   I just took that on my own.   I've

10   always taken it.

11        Q     And when you say always, how many years

12   have you been taking a multivitamin?

13        A     I don't know.

14        Q     Have you consumed any alcohol in the last

15   24 hours?

16        A     No.

17        Q     Are there any emotional or personal issues

18   that will affect your ability to testify here today?

19        A     No.

20        Q     Is there any reason that you can think of

21   that you won't be able to testify accurately,

22   completely and truthfully here today?

23        A     No.

24        Q     I'm going to hand you what I'm going to

25   mark as Exhibit 1.

Page 15

1              (WHEREUPON, Defendant's Exhibit-1 was

2    marked for identification.)

3              MR. MIMS:  I only have two copies.

4              MR. BERMAN:  You can give them all to

5         John.

6              MR. MIMS:  I only have two copies but some

7         we're going to have to share.

8    BY MR. MIMS:

9         Q    Would you take a look at that document for

10   a minute, please, Ms. Mills?

11        A    Okay.

12             (Witness reviews exhibit.)

13        Q    If you go back to the first page, you see

14   where it says Complaint and Jury Demand on there, on

15   the right-hand side, in the caption?

16        A    No, I don't see that.

17        Q    Right over here.

18        A    Oh.  I see it.

19        Q    And then on the left-hand side do you see

20   your name, Jacqueline Mills?

21        A    Yes, I do.

22        Q    Have you seen this complaint before?

23        A    Yes.

24        Q    Do you understand the complaint is the

25   document that sets forth all of your claims in the

Page 16

1    litigation?

2              MR. GOMEZ:  Objection --

3         A    Yes.

4              MR. GOMEZ:  -- form.

5         Q    Did you do anything to prepare for your

6    deposition today?

7         A    Got a good night's sleep.  But yes.

8         Q    Anything else?

9         A    No.

10        Q    Did you meet with your attorneys?

11        A    No.

12        Q    Did you discuss this deposition with

13   anyone?

14        A    When are you speaking of?

15        Q    Any time prior to this deposition, have

16   you --

17        A    Yes, yes.

18        Q    Tell me who you discussed it with.

19        A    I discussed it with my attorney.

20        Q    Was that over the telephone?

21        A    No.

22        Q    Did you have a meeting with them to

23   prepare for the deposition?

24        A    Yes.

25        Q    When was that?

Page 17

1     A    Yesterday.

2     Q    And how long did you meet with them?

3     A    I'm not sure.

4     Q    Was it more than an hour?

5     A    At least an hour.

6     Q    Was it more than two hours?

7     A    No.

8     Q    Did you review any documents during that

9     meeting?

10    A    No.

11    Q    In preparation for this deposition did you

12    review any documents to help you prepare?

13    A    I reviewed the -- my plaintiff fact sheet,

14    and I would think it was this document.

15    Q    And when you say "this document," you're

16    --

17    A    This is the actual court case or the --

18    well, explain to me what this is and then I'll tell

19    you.

20    Q    Well, when you say "this," so that the

21    record is clear, you're holding in your hand Exhibit

22    1, which we marked as the Complaint and Jury Demand

23    in this case, right?

24    A    Yes.

25    Q    And I asked you before if you understood

```
                                                Page 18

 1    that document is what set forth all of your claims

 2    in this case, and I believe you answered yes,

 3    correct?

 4         A    Yes.

 5         Q    And you also said you had seen that

 6    document before, right?

 7         A    Yes.

 8         Q    Is that document -- do you have that

 9    document in your home files?

10         A    No.

11         Q    Okay.  But you did review it before?

12         A    Yes.

13         Q    Do you remember how long ago you reviewed

14    that document?

15         A    About five days ago.

16         Q    How many meetings have you had with your

17    attorneys to prepare for this deposition?

18         A    One.

19         Q    And that was yesterday?

20         A    Yes.

21         Q    How did it come about you were reviewing

22    your complaint five days ago?

23         A    Well, I received documents via email.

24         Q    When you say that, do you mean from your

25    attorneys?
```

Page 19

1       A     Yes.

2       Q     Did you review anything else in

3    preparation for this deposition other than the

4    complaint?

5       A     No.

6       Q     And the PFS, which you already told me

7    about?

8       A     No.

9       Q     In your review of the PFS, did that help

10   refresh your recollection about anything in

11   particular?

12      A     Nothing in particular, no.

13      Q     And how about in your review of the

14   complaint, did that help refresh your recollection?

15      A     It gave me a better understanding of

16   everything.

17      Q     When you say everything, what do you mean?

18      A     The entire case itself, I had not read 57

19   pages of anything.  So I did in fact read what I was

20   given, which gave me a better understanding of the

21   complaint.

22      Q     And when you say that, is it fair to say

23   it gave you an understanding of your claims and

24   allegations in this case and what this lawsuit is

25   about?

Page 20

1        A     I would say yes.

2        Q     In your review of your PFS, did you notice

3   that there was anything that was inaccurate or wrong

4   or that should be changed?

5        A     Yes.

6        Q     Tell me what that was.

7        A     There was a mention of me having had a

8   lumpectomy at a Kaiser facility, which was not

9   correct.

10       Q     Anything else?

11       A     No.

12       Q     What was incorrect about that notation?

13       A     Well, the lumpectomy was actually done at

14   Northside Hospital, not at a Kaiser facility.

15       Q     What about in your review of Exhibit 1,

16   the Complaint and Jury Demand in this case, did you

17   notice anything in there that was incorrect or that

18   needs to be changed?

19       A     No.

20       Q     Did you review any calendars or journals

21   or medical records in preparation for the

22   deposition?

23       A     No.

24       Q     Do you keep a file about the lawsuit at

25   home?

Page 21

1        A     Did I keep what?  I'm sorry.

2        Q     Do you keep a file about your lawsuit at

3    home?

4        A     No.

5        Q     Did you search for any documents to review

6    that you couldn't locate?

7        A     No.

8        Q     Other than your attorneys, who knows that

9    you're giving the deposition here today?

10       A     My husband and my best friend.

11       Q     What is your best friend's name?

12       A     Gloria Evans.

13       Q     And how long have you known Ms. Evans?

14       A     About 50 years.

15       Q     Do you know Ms. Evans' address?

16       A     Yes.  2221 Jess, J-E-S-S, Owens,

17   O-W-E-N-S, may not be an S on it, Way, in Conyers,

18   Georgia.

19       Q     What is Ms. Evans' phone number?

20       A     404-285-1148.

21       Q     What did you tell Ms. Evans about the

22   deposition?

23       A     I told her that I would be going to a

24   deposition, that I was a little bit nervous about

25   it, but as I thought about it, my job was to tell

Page 22

```
 1   the truth and that was basically the gist of our
 2   conversation.
 3        Q    What was her response?
 4        A    She agreed.
 5        Q    And is Ms. Evans aware of your involvement
 6   in a lawsuit against Sanofi?
 7        A    Yes.
 8        Q    How often do you speak with Ms. Evans?
 9        A    At least twice a week.
10        Q    Did you conduct any research in
11   preparation for the deposition today?
12        A    No.
13        Q    When did you retain the Gomez law firm to
14   represent you in this case?
15        A    I believe it was August 23rd of '1,6,
16   2016.
17        Q    How did you first become acquainted with
18   the Gomez firm?
19        A    By Googling Taxotere.
20        Q    So tell me what happened after you Googled
21   Taxotere.
22        A    Once I Googled Taxotere -- and I may have
23   Googled Taxotere law firm, Taxotere suit.  I'm not
24   really sure which.
25             When I Googled, I read the information
```

Page 23

1    that was there and Mr. Gomez's firm came up as a

2    firm that would be representing people that think

3    they may have been damaged by Taxotere.

4         Q    Had you ever heard of the Gomez law firm

5    before?

6         A    No.

7         Q    And had anyone -- no one had referred the

8    Gomez law firm --

9         A    No.

10        Q    -- to you?

11             Were there any other law firms that came

12   up when you did that search that you contacted but

13   decided not to have represent you?

14        A    There may have been others that came up.

15   I don't remember them.

16        Q    Was the Gomez law firm the only law firm

17   that you contacted?

18        A    Yes.

19        Q    So when the Gomez law firm came up in your

20   search, was there an advertisement that you saw in

21   relation to Taxotere lawsuits?

22        A    I don't remember.

23        Q    When was it that you performed that Google

24   search?

25        A    I cannot tell you.  I think it would have

Page 24

1   been close to the date that I contacted them.

2       Q    So when did you first communicate with

3   anyone at the firm?

4       A    August 23rd, I believe.

5       Q    How did you do that?  How did that

6   communication occur?  Was it by telephone or email?

7       A    There, there was maybe a survey that you

8   filled out, that I filled out, and then they

9   contacted me.

10      Q    And when you say "they," who is it --

11      A    A person from his firm.

12      Q    Not Mr. Gomez?

13      A    No.

14      Q    Do you remember the name of that person?

15      A    No.

16      Q    When you say they contacted you, did

17  someone actually call you after that, after you

18  filled out the form?

19      A    I don't remember.

20      Q    You said that the date that this law

21  firm -- you retained a law firm to represent you was

22  August 23rd, 2016, right?

23      A    Yes.

24      Q    How it is that you remember that date in

25  particular?

Page 25

1      A    There are certain dates that I remember

2  well, and that just happened to be one that I

3  remember.

4      Q    Did you sign a retainer agreement on that

5  day?

6      A    I don't remember.

7      Q    Prior to retaining the Gomez law firm as

8  your attorney, and aside from filling out that form,

9  how many communications did you have with his law

10 firm?

11     A    I cannot tell you.  I don't remember.

12     Q    The person who contacted you from the

13 Gomez law firm after you filled out the form, do you

14 know if that was an attorney?

15     A    I believe she was a paralegal.

16     Q    After that initial contact with the

17 paralegal, did you have any further contacts before

18 retaining the law firm?

19     A    I don't remember.

20     Q    Did you ever have an in-person meeting

21 with anyone from the Gomez law firm --

22     A    No.

23     Q    -- prior to filing the complaint?

24     A    No.

25     Q    Let me finish my question.

Page 26

1        A     I'm sorry, I'm sorry.

2        Q     That's okay.

3              Why did you decide to file this lawsuit?

4              MR. GOMEZ:  Objection to form.

5        A     I didn't hear what he said.

6        Q     Well, let me back up because I should have

7    told you this when we were talking about the

8    deposition.

9              There are going to be times throughout the

10   deposition, and your attorney may have already told

11   you this, where he is going to object, and he'll

12   generally say objection or objection to form.

13       A     Okay.

14       Q     That's for the record.  If he wants you

15   not to answer, he'll tell you not to answer.  But

16   generally we're making those objections for the

17   record.  Okay?

18       A     Thank you.  Thank you.

19       Q     So he'll make the objection, and then,

20   unless he tells you not to answer, you can go ahead

21   and answer.

22       A     Thank you.

23              Will you repeat the question?

24       Q     Yes.  Why did you decide to bring a suit

25   against Sanofi?

Page 27

1          MR. GOMEZ:  Objection; form.

2          Go ahead.

3     A    I decided to bring suit against Sanofi

4  because I felt that what had happened as far as

5  Sanofi not providing information that my hair loss

6  would be permanent, I wanted to help other women

7  that may end up being newly diagnosed or that may be

8  in treatment now to ask more questions.

9          So if my doing this will help someone

10 else, then that would be my goal.

11    Q    Did you discuss filing a lawsuit with

12 anyone?

13    A    No.

14    Q    So it was your idea to bring suit?

15    A    Yes.

16    Q    Who knew that you were considering filing

17 a lawsuit?

18    A    Considering, no one knew that I was

19 considering.

20    Q    Since filing a lawsuit, have you -- have

21 you told anyone about it?

22    A    Ms. Evans.

23    Q    What did you tell her about the lawsuit?

24    A    That I was filing the lawsuit in hopes I

25 would we able to help others that might end up in

Page 28

1   the position that I'm in and feel whole again about

2   this whole situation of my hair loss.

3        Q    Prior to filing the lawsuit, did you tell

4   your husband about it?

5        A    No.

6        Q    He is aware now, though, correct?

7        A    Yes.

8        Q    When did you tell him that you had filed a

9   lawsuit?

10       A    I don't remember.

11       Q    Was it within a year of filing the suit?

12       A    Yes.

13       Q    And you have three children, right?

14       A    We have six children.

15       Q    You have six children.  I'm sorry.

16            Are your children aware of the lawsuit?

17       A    No.

18       Q    None of your children are aware?

19       A    No.

20       Q    Other than your husband and Ms. Evans, is

21   there anyone else aware that you're involved in this

22   lawsuit?

23       A    No.

24       Q    Is there a reason you haven't told your

25   children about the lawsuit?

Page 29

```
 1        A    Because I did not want them asking
 2   questions that I couldn't answer.
 3        Q    What kinds of questions?
 4        A    I don't know.  All of my children are
 5   grown, so I don't know what questions they might
 6   ask.
 7        Q    Were you concerned that your children
 8   might not be supportive of you filing this lawsuit?
 9        A    No.
10        Q    No, you were not concerned?
11        A    No, I was not concerned.
12        Q    So as you sit here today, you believe if
13   your children find out that you're filing a lawsuit
14   that they'll be supportive of you in this?
15        A    I believe that they would.
16        Q    Do you have any intentions on telling your
17   children about the lawsuit?
18        A    No.
19        Q    Have you spoken about the lawsuit with any
20   of your medical providers?
21        A    No.
22        Q    And to be a little bit more specific, have
23   you spoken to any of your oncologists about the
24   lawsuit?
25        A    No.
```

Page 30

1     Q    Why not?

2     A    I did not see where going to my oncologist

3  had anything to do with the lawsuit.

4     Q    Well, let me ask you this:  You said that

5  one of the reasons that you're bringing the lawsuit

6  is to help other women, right?

7     A    Yes.

8     Q    And you want to get information to them,

9  right?

10     A    Yes.

11     Q    Tell me what that information is that you

12  want them to know.

13     A    I want them to know that Taxotere -- there

14  is a possibility of having permanent hair loss if

15  that drug is administered.  I want them to ask more

16  questions if they are diagnosed, make sure that they

17  ask questions and be more informed than I feel I

18  was.

19     Q    Now, if that is one of your goals of the

20  lawsuit, don't you agree that it would be helpful

21  for your oncologists to know so your oncologists can

22  convey that information to patients?

23     A    No.

24          MR. GOMEZ:  Objection to form.

25     Q    Why not?

Page 31

```
 1          MR. GOMEZ:  Objection; form.
 2     A    I don't feel that's the oncologist's job.
 3     Q    You don't feel what is the oncologist's
 4  job?
 5     A    To convey information from a lawsuit that
 6  I am filing to her patients.
 7     Q    Do you believe it's the oncologist's job
 8  to convey the risks of medication that they're
 9  prescribing to their cancer patients?
10     A    Yes.
11          MR. GOMEZ:  Give me a chance to object.
12     I'll put my hand.  Wait a second before you
13     answer.
14          THE WITNESS:  I'm sorry.  Okay, okay.
15          MR. GOMEZ:  No problem.
16  BY MR. MIMS:
17     Q    Do you agree that one of those risks that
18  you believe there is permanent hair loss, right?
19     A    Yes.
20     Q    So wouldn't it be helpful for you to tell
21  your oncologist about the lawsuit?
22          MR. GOMEZ:  Objection; form.  It's
23     argumentative.
24     A    No.
25     Q    At any time before filing your lawsuit,
```

Page 32

1    did you speak to any physicians or medical providers

2    about the cause of your hair loss?

3         A    No.

4         Q    Why not?

5         A    I don't know.

6         Q    Since filing the lawsuit, have you spoken

7    to any medical providers, physicians,

8    dermatologists, anyone in the medical field at all

9    about the cause of your hair loss?

10        A    No.

11        Q    Why haven't you spoken with anyone since

12   filing your lawsuit?

13        A    Because going to my doctors, my

14   oncologists, I felt that the purpose of my visit

15   with them would be a follow-up on my health as far

16   as my breast cancer surgery, as far as my health

17   with the -- with my blood, blood work, that type

18   stuff.  I did not feel that I was seeing them to

19   talk about my hair loss.

20        Q    Is it fair to say you believe your hair

21   loss was a side effect of your chemotherapy

22   treatment?

23        A    Yes.

24        Q    So if I'm understanding you correctly,

25   it's your position here today that you don't believe

Page 33

1    that you should speak to your oncologist about a

2    side effect of your chemotherapy treatment?

3         A    You're understanding me correctly.

4         Q    Have you spoken to your oncologists about

5    any of your other side effects of your chemotherapy

6    treatment?

7         A    No.

8         Q    Did you have any other side effects?

9              MR. GOMEZ:   Objection; form.

10        A    Yes.

11        Q    What were those?

12        A    Neuropathy.

13        Q    And did you ever speak to your oncologist

14   about neuropathy?

15        A    Yes.

16        Q    So I'm just trying to understand the

17   difference between you choosing to speak to your

18   oncologist about neuropathy, which you're stating

19   was a side effect of your chemotherapy treatment,

20   and not choosing to speak to your oncologist about

21   hair loss, which you also believe was a side effect

22   of your treatment.  How do you make that

23   distinction?

24        A    I'm not sure.

25        Q    Before filing your lawsuit, did you ask

Page 34

1   any of your doctors if Taxotere caused your hair

2   loss?

3        A    No.

4        Q    Why not?

5        A    I had no reason to.  My -- before my

6   treatment plan it was told to me that Taxotere could

7   cause alopecia.

8        Q    And when was that?

9        A    I don't remember.

10       Q    So is it fair to say that you didn't ask

11  any of your doctors if Taxotere had caused your

12  alopecia because you had already been told it could

13  cause alopecia before you even started chemotherapy,

14  right?

15       A    That's correct.

16       Q    Other than being told that --

17            MR. MIMS:  Okay, let me back up a little

18       bit.

19  BY MR. MIMS:

20       Q    You were told before your treatment plan

21  -- and by "that" you mean your chemotherapy

22  treatment plan, right?

23       A    That's correct.

24       Q    You were told that chemotherapy could

25  cause alopecia, right?

Page 35

1        A     Yes.

2        Q     Were you told chemotherapy generally could

3   cause alopecia, or were you told about specific

4   chemotherapeutic drugs?

5        A     I don't remember.

6        Q     Tell me why you contend that Taxotere

7   caused your hair loss.

8             MR. GOMEZ:  Objection; form.

9        A     In the warning, the information that my

10  oncologist gave me, there were several side effects,

11  and if my memory serves me correct, the side effects

12  that she gave me were side effects from Taxotere.

13            Alopecia was one of those side effects.

14       Q     When you say the information that your

15  oncologist gave you, what are you referring to?

16       A     There was a treatment plan, I believe --

17  well, I'm not sure.  I won't speculate.  I'm not

18  sure.

19       Q     Did your oncologist give you any written

20  materials regarding chemotherapy?

21       A     Yes.

22       Q     Were those written materials about

23  chemotherapy generally or specific chemotherapeutic

24  drugs?

25       A     I don't remember.

Page 36

1        Q    As you sit here today, do you remember if
2    the information that you were given on chemotherapy
3    said that Taxotere specifically caused alopecia?
4        A    I don't remember.
5        Q    So it could have been that the information
6    was about chemotherapy generally, right?
7             MR. GOMEZ:  Objection; form.
8        A    I don't know.
9        Q    You don't know one way or the other?
10       A    No.
11       Q    And you -- and we'll get into this a
12   little bit later, but you did take more than one
13   chemotherapeutic drug, right?
14       A    That's correct.
15       Q    The information that your oncologist gave
16   you, the documentation, tell me what it looked like.
17       A    I don't remember.
18       Q    Was it a pamphlet?
19       A    I don't remember.
20       Q    You don't remember anything about it?
21       A    No.  Well, I take that back.
22            I do remember reading the side effects
23   from chemotherapy, but I don't remember what form I
24   read it in, what the -- how I read it, but I do
25   remember reading it.

Page 37

1      Q     You remember reading this prior to

2    beginning chemotherapy?

3      A     Yes.

4      Q     Do you remember whether it was on a piece

5    of paper or on a computer?

6      A     I don't remember.

7      Q     And do you remember if that information

8    was ever communicated to you orally, whether it was

9    by an oncologist, a nurse or another professional?

10     A     The information was communicated to me

11   orally by my oncologist.

12     Q     Is that in addition to written materials?

13     A     Yes.

14     Q     Again, we're going to discuss this in a

15   little bit more detail later, but I want to make

16   sure I understand you correctly.

17           Your testimony is that you spoke with your

18   oncologist, and your oncologist conveyed that prior

19   to starting chemotherapy, alopecia could be a side

20   effect of that chemotherapy treatment, right?

21     A     That's correct.

22     Q     And you also received written materials,

23   you believe, that said alopecia could be a side

24   effect of chemotherapy treatment, right?

25     A     That's correct.

Page 38

1          Q    And you don't remember as you sit here

2     today whether your oncologist identified Taxotere

3     specifically or was referring to all of your

4     chemotherapeutic drugs --

5          A    I don't remember.

6          Q    -- right?

7          A    I don't remember.

8          Q    And you don't remember as you sit here

9     today whether the written materials you received

10    referred to chemotherapy generally or Taxotere

11    specifically when it mentioned alopecia as a side

12    effect, right?

13         A    I don't remember.

14         Q    Have you ever considered whether anything

15    other than Taxotere could have caused your hair

16    loss?

17              MR. GOMEZ:  Objection; form.

18         A    No, I haven't.

19         Q    Why not?

20         A    I don't know.

21         Q    Did you assume that Taxotere caused your

22    hair loss?

23              MR. GOMEZ:  Objection; form.

24         A    No.

25         Q    Did you assume that one of your

Page 39

1    chemotherapeutic drugs caused your hair loss?

2        A    No.

3             MR. GOMEZ:  Objection.

4        Q    So when was it that you came to the

5    decision that Taxotere did cause your hair loss?

6        A    I can't give you a date.

7        Q    Is it fair to say it would have been prior

8    to filing the complaint in this case?

9        A    Yes.

10       Q    Other than providing information to women,

11   which you discussed that's one of the reasons you

12   filed the lawsuit, are you seeking anything else

13   from this lawsuit?

14            MR. GOMEZ:  Objection; form.

15       A    No.

16       Q    Are you seeking any monetary damages?

17       A    Seeking, no.

18            MR. GOMEZ:  Just a belated objection as to

19       form, to the last question.

20       Q    So do I understand you correctly that you

21   have no intention to obtain any monetary damages as

22   a part of this lawsuit?

23            MR. GOMEZ:  Objection; form.

24       A    No.

25            Repeat your question, please.  I'm sorry.

Page 40

1      Q    Let's, let's back up.

2           I asked you earlier why you had filed the

3   lawsuit.  Do you remember that?

4      A    Yes.

5      Q    And to summarize, you stated that you had

6   filed the lawsuit because you want other women to

7   know that Taxotere might cause permanent hair loss,

8   right?

9      A    That's correct.

10     Q    Okay.  And I also just asked you if you're

11  seeking anything else from the lawsuit.  I believe

12  you answered no, right?

13     A    That's correct.

14     Q    I then followed up with are you seeking

15  any monetary damages from this lawsuit.

16          MR. GOMEZ:  I'm going to object to the

17      form of the question directed to her as an

18      attorney question.  It's stated in the

19      complaint.

20          There's a claim for monetary damages.

21          MR. MIMS:  I'd ask that you limit your

22      questions to object to form.

23          MR. GOMEZ:  Well, it's an improper

24      question to a plaintiff.  It's a lawyer

25      question.

Page 41

1          She has a civil complaint for monetary

2      damages.

3          MR. MIMS:  You're talking into the record.

4          MR. GOMEZ:  That's fine.

5          MR. MIMS:  And it's a speaking objection

6      and those aren't permitted under the rules.

7          MR. GOMEZ:  That's fine.  It's an improper

8      question.

9          MR. MIMS:  It's not an improper question

10      to ask a plaintiff who has filed a lawsuit

11      whether they are seeking monetary damages.

12      A    I'll answer yes.

13      Q    How much?

14      A    I have no figure.

15      Q    Why are you seeking monetary damages?

16          MR. GOMEZ:  Objection; form.  It's

17      argumentative.

18      A    Considering my permanent hair loss, if it

19  is possible for -- to get a monetary amount that

20  would help as far as -- it won't get my hair back, I

21  know that.  But as far as a monetary amount that

22  would help going forward in just dealing with the

23  hair loss, then I feel that the pharmaceutical

24  company should be held liable.

25      Q    When you say "in dealing with the hair

Page 42

1    loss," what do you mean by that?

2         A    Every day when I take up and I look in the

3    mirror without my wig I see a bald head.

4              So this hair loss has changed my life

5    completely.  It has changed my life physically,

6    mentally, emotionally, and socially.

7         Q    Do you know any other people who are --

8    any other plaintiffs involved in this litigation?

9         A    No, I do not.

10        Q    Do you know anyone else who was treated

11   with Taxotere?

12        A    No, I do not.

13        Q    Do you know anyone else who has been

14   treated with chemotherapy?

15        A    Yes.

16        Q    Tell me who.

17        A    My granddaughter's other grandmother, who

18   is now deceased, was treated with chemotherapy.

19        Q    I'm going to have to ask you to explain

20   that relationship.  Your granddaughter's other

21   grandmother?

22        A    Yes.

23        Q    Who is that in relation to you?

24        A    She is my son's daughter.

25        Q    Your son's -- was your son's daughter

Page 43

1    diagnosed with cancer?

2         A    No.  Her grandmother was.

3         Q    What was her name?

4         A    Geri Thomas.

5         Q    So this was your daughter in-law's mother

6    who was diagnosed with cancer, right?

7         A    Correct.

8         Q    Was she diagnosed with breast cancer?

9         A    Yes.

10        Q    When?

11        A    I can't tell you.  I don't know.

12        Q    Was it before or after your diagnosis with

13   cancer?

14        A    It was before.

15        Q    How did you find out that Geri had been

16   diagnosed with breast cancer?

17        A    Because we were friends.  She told me.

18        Q    Do you remember approximately how long

19   before your diagnosis was that Jerry was diagnosed

20   with breast cancer?

21        A    No.

22        Q    Do you remember what type of breast cancer

23   Jerry was diagnosed with?

24        A    I do not.

25        Q    Do you remember the stage of breast cancer

Page 44

1   of the diagnosis for Geri?

2        A    No, I do not.

3        Q    What treatment did Geri receive for her

4   breast cancer?

5        A    I cannot tell you.

6        Q    Did she receive chemotherapy?

7        A    Yes.

8        Q    How do you know that?

9        A    She told me.

10       Q    Did you ever go with her to any of her

11  chemotherapy treatments?

12       A    No.

13       Q    When did she tell you that she had

14  received chemotherapy?

15       A    I don't remember.

16       Q    Was it before her treatment began?

17       A    Her treatment was finished when she told

18  me about it.  She had a recurrence.

19       Q    The diagnosis that we're discussing right

20  now, I want to make sure I'm clear on this.  Was it

21  -- you're saying that was a recurrence of breast

22  cancer?

23       A    Hers was.

24       Q    Hers was?

25       A    Yes.

Page 45

1        Q    And did you know about the first diagnosis
2    of breast cancer?
3        A    I know what she told me.
4        Q    But at the time of her first diagnosis
5    with breast cancer, were you friends with her?
6        A    No.
7        Q    What did she tell you about her recurrence
8    of breast cancer?
9        A    I can't remember.
10       Q    Did you see her during the time period
11   that she was going through chemotherapy treatment?
12       A    Yes.  For the recurrence, not the first.
13       Q    For the recurrence, correct.
14       A    Yes.
15       Q    Correct.
16            How often would you see Geri?
17       A    Not often.
18       Q    Did you ever accompany her to any of her
19   chemotherapy infusions?
20       A    No.
21       Q    How it is that you remember that you saw
22   her during the period of her chemotherapy treatment?
23       A    Because we were at Kaiser at the same time
24   on at least two occasions, but I cannot tell you
25   when.

Page 46

1        Q      Do you remember what year?

2        A      No.

3        Q      What were you -- why were you at Kaiser?

4        A      For my infusion.

5        Q      Did you see Geri in the infusion center?

6        A      Yes.

7        Q      And was she also receiving an infusion at

8    the same time?

9        A      I'm not sure what she was receiving.

10       Q      During the period that you saw her -- all

11   right, let's back up.  I just want to make sure I

12   understand this.

13       A      Okay.

14       Q      At some point Geri was diagnosed with a

15   recurrence of breast cancer, right?

16       A      That's correct.

17       Q      And she told you about this diagnosis,

18   right?

19       A      Yes.

20       Q      Would that have been around the time that

21   you had also been diagnosed with breast cancer?

22       A      Yes.

23       Q      Because I thought you testified earlier

24   that it was before your diagnosis, so I just want to

25   make sure we're clear.

Page 47

1      A    Okay.  It would have been around the time

2   -- it would have been actually after my diagnosis.

3      Q    After your diagnosis?

4      A    Yes.

5      Q    And you know that because you ran into her

6   at Kaiser?

7      A    I know that because we're friends and I

8   know that she told me that she was taking chemo.

9      Q    Did she tell you what her chemotherapeutic

10   regimen was?

11      A    She did not.

12      Q    Do you know whether she took Taxotere?

13      A    I do not.

14      Q    What did she tell you about taking chemo?

15      A    We only talked about the infusion and

16   whether it hurt, that type stuff.  We did not really

17   talk about the drugs.  We basically talked about the

18   infusion.

19      Q    Did you talk about potential side effects

20   of chemotherapy?

21      A    No.

22      Q    Did you talk about the fact that

23   chemotherapy might cause hair loss or hair thinning?

24      A    Yes.

25      Q    Tell me about that conversation.

Page 48

```
 1        A    Well, during the time of her treatment she
 2   was wearing wigs and turbans or scarfs.  So I know
 3   that -- well, I can't say that I know.  Wearing the
 4   wig and scarfs, I made the assumption that she lost
 5   her hair or was losing it.
 6        Q    Was your chemotherapy completed by this
 7   time?
 8        A    No.
 9        Q    So is it fair to say you were both going
10   through chemotherapy treatment around the same time?
11        A    That would be correct.
12        Q    And you assumed that Geri had lost her
13   hair from the chemotherapy treatment, right?
14        A    Yes.
15             Can I add something?  I can't.
16        Q    During a deposition only the attorneys are
17   allowed to ask questions.  I'm sorry.
18             MR. GOMEZ:  Did you say add or ask?
19        A    I said add.
20        Q    Add?
21        A    Yes.
22        Q    I'm sorry, I thought you said asked.  I'm
23   sorry.  Yes.
24        A    I wanted to add that when I met Geri she
25   had finished treatment and her hair had grown back.
```

Page 49

1   I do remember her telling me that she did lose her

2   hair.  I did not see her, and this would be during

3   her first -- her initial diagnosis, she did tell me

4   she lost her hair, but when I met her her hair had

5   grown back.

6        Q    When you say when you met her, what time

7   period are we referring to?

8        A    At least seven years ago.

9        Q    How was it a discussion about chemotherapy

10  even came up between you and Geri?

11       A    Once I had told her I had been diagnosed

12  and I would be taking chemo, that was basically how

13  we talked about it.

14       Q    At the time that you told her you had been

15  diagnosed and that you were having a conversation

16  about chemotherapy, right?

17       A    Correct.

18       Q    Okay.  Tell me everything you can remember

19  about that conversation.

20       A    I can't remember any specifics to tell

21  you.

22       Q    But do you remember you discussed that

23  Geri had been diagnosed with breast cancer before,

24  right?

25       A    That's correct.

Page 50

```
 1        Q     And that she had lost her hair during
 2   chemotherapy?
 3        A     That is correct.
 4        Q     And at the time you had that conversation
 5   had your chemotherapy treatment began yet?
 6        A     No.
 7        Q     Then at some point you found out that Geri
 8   had had a recurrence of breast cancer, right?
 9        A     That's correct.
10        Q     And for that recurrence, Geri also
11   received chemotherapy treatment again, right?
12        A     That's correct.
13        Q     And that was around the time of your
14   diagnosis, right?
15        A     I'm not sure.
16        Q     You were going through chemotherapy
17   treatment at the time, right?
18        A     Yes.
19        Q     So would that have been in the late 2014,
20   2015 time period?
21        A     I would say late 2015.
22        Q     Did you ever see Jerry without a wig
23   during that period when she was also going through
24   chemotherapy, for her recurrence?
25        A     Without a wig, no.
```

Page 51

1      Q    Did she ever tell you that she had lost

2  her hair during that chemotherapy for the

3  recurrence?

4      A    No.

5      Q    But you said that was an assumption you

6  made, right?

7      A    Yes.

8      Q    Do you know if her hair ever grew back?

9      A    It did.

10     Q    How do you know that?

11     A    When I saw her when she died she had hair.

12     Q    When did Geri pass away?

13     A    November 10th.

14     Q    2000 --

15     A    It's been two years ago, yes.

16     Q    November 10th, 2016?

17     A    '16.  This year would have been -- this

18  year will be two years.  Yes.

19     Q    Do you know what Geri died from?

20     A    Breast cancer.

21     Q    Let's talk about your cancer diagnosis.

22  Can you tell me how you found out that you had

23  cancer?

24     A    I had fluid coming from my right breast,

25  and I wondered what was causing it.  So I went to

Page 52

1    the doctor, and the doctor examined me and I told

2    them why I was there, that I had fluid coming from

3    my right breast.

4         So they did an examination.  I don't

5    remember the exams they did.  I know a mammogram was

6    done, and from the mammogram I believe that the

7    cancer was, was found.

8    Q    Do you remember when this was, when this

9    occurred, time period?

10   A    This would have been in 2014, around end

11   of September, October time frame.

12   Q    When you say you went to the doctor, what

13   doctor did you go to?

14   A    I went to Kaiser, but I don't remember the

15   specific doctor.  I believe I went to the mam --

16   where they do mammograms, based on the information I

17   had been given.  Based on the information I gave

18   them, I went and had a mammogram.  I know I did not

19   go to my primary care physician.

20   Q    How soon after you saw the discharge in

21   your breast did you go to Kaiser?

22   A    I don't remember.

23   Q    When you saw the discharge in your breast

24   and you decided to go to the doctor, did you believe

25   there was a chance it might be breast cancer?

Page 53

1     A     I didn't know what it was.

2     Q     Did you discuss what you were observing,

3   the discharge in your breast, with anyone else prior

4   to going to the doctors?

5     A     Maybe my husband but I don't remember.

6     Q     When you saw the discharge in your breast,

7   were you afraid?

8     A     Yes.

9     Q     And did you think it might be a serious

10  health problem?

11    A     I did.

12    Q     Do you remember the day that you were told

13  that you had breast cancer?

14    A     I don't remember the exact date.

15    Q     I'm not asking for the date, but in

16  general --

17    A     Oh, do, I remember the day?

18    Q     Yes.

19    A     Very well.

20    Q     Tell me what you remember about that day?

21    A     I remember my oncologist called and told

22  me the results were back from and I believe they did

23  a biopsy, and that I had breast cancer.

24    Q     He told you this -- I'm sorry.  I

25  shouldn't say he.  What is your oncologist's name?

Page 54

1        A    My oncologist was -- let me think.

2             This wasn't the oncologist.  This was the

3    surgeon that told me this.

4        Q    Was this the surgeon who performed your

5    biopsy?

6        A    Yes.

7        Q    Do you remember that surgeon's name?

8        A    Ahmann is the last name but I can't

9    remember her first name.

10       Q    Ahmann?

11       A    Ahmann, uh-uh.

12       Q    So Dr. Ahmann called to give you the

13   results of your biopsy?

14       A    That's correct.

15       Q    What did she say?

16       A    She said the results were back and that

17   she was sorry to tell me that I had breast cancer.

18       Q    What else did she tell you?

19       A    I can't remember.

20       Q    Did you ask her any questions?

21       A    No.

22       Q    What was your reaction to her telling you

23   you had breast cancer?

24       A    Fear and sadness.

25       Q    Did you then -- did you discuss the

Page 55

1    diagnosis with anyone after talking to the surgeon?

2        A    I discussed it with Ms. Evans because I

3    was actually at her house watching her mom, who was

4    97 years old, while she ran errands.

5            So when she came back I told her.

6        Q    So when you received the phone call from

7    Dr. Ahmann, the surgeon who performed the biopsy,

8    you were at Ms. Evans' house?

9        A    That's correct.

10       Q    And what did you tell Ms. Evans?

11       A    That my doctor called back and that I had

12   breast cancer.

13       Q    What did Ms. Evans say?

14       A    She started crying.

15       Q    Did you and Ms. Evans discuss treatment?

16       A    No, no.

17       Q    Did you discuss the possibility -- did you

18   discuss your feelings about wanting to beat the

19   cancer?

20       A    No, no.

21       Q    At the time that you were talking to Ms.

22   Evans, did you think there was a possibility you

23   could die from this?

24       A    Yes.

25       Q    Did you and Ms. Evans discuss that?

Page 56

1      A    No.

2      Q    If you want to take a break at any time,

3    just let me know.  I understand that it's difficult.

4           Did Ms. Evans try to encourage you in that

5    conversation at all?

6      A    No.

7      Q    Did she try to console you?

8      A    Yes.

9      Q    How so?

10     A    Just with a hug.

11     Q    That day after learning you had been

12   diagnosed and having this conversation with Ms.

13   Evans, what did you do next?

14     A    Once she got back, I went home.  I did

15   call my husband from Ms. Evans' house.  So I

16   actually toll him before I told her.

17     Q    So you told your husband over the

18   telephone?

19     A    Yes.

20     Q    Tell me about that conversation.

21     A    I told him my doctor called back and said

22   that I had breast cancer.

23     Q    What --

24     A    And he said we'll get through this.

25     Q    So your husband tried to console you as

Page 57

1   well?

2       A     Yes.

3       Q     And did you discuss with your husband at

4   that time a willingness to fight the cancer, or to

5   beat the cancer, that you were going to go seek more

6   treatment?

7       A     No.

8       Q     So during that conversation it was mainly

9   just saying that you had the diagnosis and being

10  extremely upset about it; is that fair?

11      A     That's fair.

12      Q     Is it fair to say that your husband

13  thought there was a possibility you were going to

14  die as well?

15      A     I can't tell you what he thought.

16      Q     Other than telling your husband and then

17  Ms. Evans --

18            MR. MIMS:  Strike that.

19  BY MR. MIMS:

20      Q     After finding out about the diagnosis, was

21  your husband the first person that you called?

22      A     Yes.

23      Q     Did you call anyone else before Ms. Evans

24  came back?

25      A     No.

Page 58

1      Q    After Ms. Evans came back and you told Ms.

2  Evans, what did you do next?

3      A    Went home.

4      Q    And your husband was at home?

5      A    Yes.

6      Q    Did you tell anyone else that day?

7      A    No.

8      Q    Did you and your husband have any further

9  discussions about it when you went home?

10     A    No.

11     Q    Who was the next person after your husband

12 that you told about the diagnosis?

13     A    I don't remember.

14     Q    At some point did you tell your children?

15     A    At some point, yes.

16     Q    How long after telling your husband?

17     A    I can't tell you.  I don't remember.

18     Q    Did you tell your children before

19 receiving treatment?

20     A    Yes.

21     Q    At some point you went to an oncologist,

22 right?

23     A    Yes.

24     Q    Did you tell your children before you went

25 to see your oncologist?

Page 59

1      A    I don't remember.

2      Q    When you told your children you had been

3   diagnosed with breast cancer, was that in-person or

4   over the telephone?

5      A    I don't remember.

6      Q    Did you tell them individually?

7      A    Yes.

8      Q    Tell me the names children.

9      A    Antoine Mills, Vicarro Mills, Brian Mills.

10  Those are my children, and then I have stepchildren.

11     Q    Tell me the names of your stepchildren.

12     A    Montrelle Mills, Victor Mills, Jr.

13          How many is that?  Oh, I can't ask

14      questions.  I'm sorry.

15          MR. GOMEZ:  That was --

16     Q    That's five.

17     A    Okay.  And Lavaencier Mills.

18          MR. BERMAN:  Would you spell that last

19      one, please?  I think the court reporter might

20      appreciate that.

21          THE WITNESS:  I can't spell it.  It's

22      Lavaencier.

23     Q    How old is Antoine?

24     A    Antoine is 30.

25     Q    Do you remember telling Antoine that you

Page 60

1   had been diagnosed with breast cancer?

2       A    Yes, I do.

3       Q    Tell me about that conversation.

4       A    I told him that I had been diagnosed with

5   breast cancer and that I was okay and that going

6   forward that my focus would be on me, and I was

7   trying to get any stresses, child stresses, out of

8   my life.

9       Q    What was Antoine's reaction?

10      A    He was quiet.

11      Q    Why were you telling Antoine that you were

12  trying to get any child stresses out of your life?

13      A    Because he was my most stressful child.

14      Q    What does Antoine do?

15      A    He worked for State Farm.

16      Q    At the time you were diagnosed he worked

17  for State Farm?

18      A    I believe he did.  I'm not sure.

19      Q    When you say he was -- that you were

20  getting stresses out of your life and you told him

21  that because he was your most stressful child, what

22  do you mean by that?

23      A    I mean that he's the baby and I've always

24  been the mother hen for him.  So any things that I

25  might listen to that might be going on in his life,

Page 61

```
 1   in his life, that I felt that if it was going to
 2   affect me in a negative way, that I didn't want to
 3   deal with it.
 4        Q    Was he going through any stresses at that
 5   time?
 6        A    I would -- I don't remember.
 7        Q    And when you told him you were going to
 8   focus on you, what specifically did you mean by
 9   that?
10        A    I meant that I was going to do what I
11   could to be whole again.  I was going to take care
12   of me as far as mentally dealing with the breast
13   cancer itself, and just try to focus on me.
14        Q    So is it fair to say that by telling
15   Antoine you were going to focus on you, and one of
16   the things you said was to mentally focus on you, so
17   you wanted your mindset to be about getting them
18   healthy again; is that fair to say?
19        A    That is fair to say.
20        Q    By the time you talked to Antoine and you
21   told him you were going to focus on you, is it fair
22   to say that at that point you had decided you were
23   going to fight this breast cancer, you were going to
24   do what you could to become healthy again, right?
25        A    That would be true.
```

Page 62

1      Q    And is it fair to say that's because you

2   wanted to do everything you could to survive?

3      A    That would be a true statement.

4      Q    And you didn't want to die from breast

5   cancer; is that fair?

6      A    That would be a true statement.

7      Q    Do you feel that Antoine understood what

8   you were saying in that conversation that you had

9   with him?

10      A    I don't know.

11      Q    Did Antoine ever accompany you to any

12   doctor's appointments?

13      A    No.

14      Q    Did he ever accompany you to any

15   chemotherapy treatments?

16      A    No.

17      Q    Do you remember telling -- is it Vicarro?

18      A    Uh-hum.  (Affirmative.)

19      Q    Do you remember telling Vicarro you had

20   been diagnosed with breast cancer?

21      A    I do remember.

22      Q    Tell me about that conversation.

23      A    I can't remember how the conversation went

24   other than me telling him that I had it, I had been

25   diagnosed with it.

Page 63

1      Q     How old is Vicarro?

2      A     33.

3      Q     He's 33 currently, right?

4      A     Yes.

5      Q     Was the conversation with Vicarro a

6   similar conversation like the one you had with

7   Antoine?

8      A     Similar but not the stress part.  But

9   similar.

10     Q     Did you tell Vicarro that you were going

11  to focus on yourself?

12     A     That would be true, yes.

13     Q     And also that you were going to do what it

14  took to survive and to beat the breast cancer?

15     A     That would be true.

16     Q     And did you also tell Vicarro that you

17  were going to do everything you could to get healthy

18  again?

19     A     Yes.

20     Q     And I assume Vicarro was supportive of you

21  and your mindset in trying to do what you could to

22  survive and beat the breast cancer, right?

23     A     Yes.

24     Q     How old is Brian?

25     A     40.

Page 64

1      Q    Do you remember telling Brian that you'd

2   been diagnosed with breast cancer?

3      A    I don't remember the exact conversation

4   but I do remember telling him.

5      Q    Was that conversation similar to the one

6   you had with Vicarro?

7      A    Yes.

8      Q    And so you also told Brian that you were

9   going to do whatever it took to survive, right?

10     A    Yes.

11     Q    And that you wanted to be healthy again

12  and you wanted to beat the breast cancer, right?

13     A    Yes.

14     Q    What was Brian's reaction to you telling

15  him that you had been diagnosed with breast cancer?

16     A    He was quiet.

17     Q    Did he try to console you or did you have

18  to console him?

19     A    No.

20     Q    Did he ask you any questions?

21     A    No.

22     Q    Did Brian ever accompany you to any

23  doctor's appointments?

24     A    No.

25          MR. MIMS:  You think it's a good time for

Page 65

1        a five-minute break.

2             MR. BERMAN:  Sure.

3             THE VIDEOGRAPHER:  Off the record at 9:41.

4             (A recess was taken.)

5             THE VIDEOGRAPHER:  We are back on the

6        record.

7             The time is 9:53.

8    BY MR. MIMS:

9        Q    Ms. Mills, I want to go back to talking

10   about the discussion you had with your surgeon.

11            After the surgeon -- and that was Dr.

12   Ahmann, right?

13       A    Yes.

14       Q    After the surgeon telephoned you and told

15   you the results of your biopsy, that you had breast

16   cancer, what was the next plan?

17            Were you -- did you discuss treatment

18   options on the telephone?

19       A    No, we did not.

20       Q    Did you make a plan for you to go in and

21   see Dr. Ahmann?

22       A    Yes.

23       Q    And do you remember doing that, going in

24   to discuss options?

25       A    I do.

Page 66

1      Q     Tell me what you remember about that.

2      A     I remember that at the meeting Dr. Ahmann,

3  Dr. -- my rad -- the radiologist was there.  I can't

4  think of his name.

5            Seems like there were three doctors.  I

6  remember the radiologist, or the person that does

7  the radiation, he was there.  I remember Dr. Ahmann.

8  There may have been another doctor but I can't

9  remember who that was.

10     Q     Was there an oncologist present?

11     A     I know that Dr. Shefali, who ended up as

12  my oncologist, she was not at that meeting.

13     Q     Was your husband at the meeting?

14     A     Yes.

15     Q     So you met with Dr. Ahmann, a radiologist,

16  and possibly a third doctor --

17     A     Yes.

18     Q     -- who you can't remember, right?

19     A     Yes.

20     Q     What did they -- well, let me --

21            MR. MIMS:  Strike that.

22  BY MR. MIMS:

23     Q     How long after the phone call did you go

24  in to meet with the radiologist and Dr. Ahmann, the

25  surgeon?

Page 67

```
 1        A    I don't remember the exact date.  I
 2   remember when I had the surgery but I don't remember
 3   the date.
 4        Q    Was it within a week, two weeks of the
 5   phone call?
 6        A    I don't remember.
 7        Q    It's fair to say that after your
 8   diagnosis, though, a number of decisions had to be
 9   made about your treatment and how to proceed in
10   terms of your breast cancer, right?
11        A    That's correct.
12        Q    And when you went for this first meeting,
13   tell me what information you were provided by your
14   diagnosis?
15        A    I really don't remember, other than the
16   fact that I needed to make a decision on whether I
17   wanted to have a lumpectomy or a mastectomy, but as
18   far as the other, it's all a blur.  I don't
19   remember.  And I did not make a decision at that
20   time.
21        Q    Did Dr. Ahmann make a recommendation as to
22   -- it's a she, right?
23        A    Yes.
24        Q    -- as to whether she recommended a
25   mastectomy over a lumpectomy?  Did she make a
```

Page 68

1    recommendation one way or the other?

2         A    She did not.

3         Q    What did she tell you about your options

4    in terms of lumpectomy versus mastectomy?

5         A    I don't -- I don't remember.  I only

6    remember her telling me whatever decision I made

7    would be my decision.

8              The whole visit is a blur.  I just don't

9    remember.

10        Q    Did she tell you anything more about the

11   specific type of cancer that you had at that

12   meeting?

13        A    No -- I don't remember.  I won't say no

14   because I don't remember.

15        Q    Was there a discussion in terms of having

16   a mastectomy versus a lumpectomy, your chances of

17   survival of having one versus the other?

18        A    No.

19        Q    You understood what a mastectomy meant,

20   right?

21        A    Yes.

22        Q    And there was definitely a discussion of

23   an option to have a mastectomy; is that fair?

24        A    Not at the meeting, no.

25        Q    Oh, there was not?

Page 69

1      A    No.

2      Q    Tell me what options they gave -- that Dr.

3   Ahmann and the radiologist provided you at that

4   meeting in terms of your treatment and how to

5   proceed?

6      A    I don't remember.

7      Q    Do you remember weighing the decision of

8   having a lumpectomy versus a mastectomy?

9      A    Not at the meeting, no.

10     Q    Not just at the meeting.  Do you remember

11  weighing those options?

12     A    I do.

13     Q    How did you do that in your mind?  How did

14  you come to the decision one way or the other of

15  which way to proceed?

16     A    I believe I Googled mastectomy versus

17  lumpectomy and read whatever information was there

18  and made a decision from there but I'm not

19  absolutely sure.

20     Q    You ended up choosing a lumpectomy,

21  correct?

22     A    That's correct.

23     Q    That was a lumpectomy in your right

24  breast?

25     A    That's correct.

Page 70

1      Q    In choosing lumpectomy, did you believe
2  after your research that that was going to give you
3  the best chance of survival?
4      A    I don't remember.
5      Q    Were you concerned about a mastectomy and
6  getting an option where you would remove your entire
7  breast?
8      A    I was.
9      Q    And you decided not to go that route;
10 that's fair to say, right?
11     A    That's fair to say.
12     Q    In deciding to go with a lumpectomy over a
13 mastectomy, is it fair to say that you thought the
14 lumpectomy was sufficient at that time to give you a
15 good chance of survival to beat the breast cancer?
16     A    I would say it's fair to say that.
17     Q    Because if you didn't believe that, you
18 probably would have chosen the mastectomy; is that
19 fair to say?
20     A    That's fair to say.
21     Q    Were the risks of having a lumpectomy
22 explained to you?
23     A    I don't remember.
24          (Discussion ensued off the record.)
25          THE VIDEOGRAPHER:  Stand by and we're back

Page 71

1      on the record at 10:02.

2   BY MR. MIMS:

3      Q    I believe the last thing I asked you were

4   the risks of having a lumpectomy.  Do you remember

5   having a discussion of that with any of the medical

6   providers?

7      A    I don't remember.

8      Q    Did you understand that there were risks

9   to having surgery and having a lumpectomy?

10      A    I understood that there were risks in

11   having surgery.

12      Q    What did you understand those risks to be?

13      A    I can't give you specifics.

14      Q    Did you understand that there could be

15   potential complications to having the surgery?

16      A    Yes.

17      Q    Did you know of any specific complications

18   that could occur from having a lumpectomy?

19      A    No.

20      Q    Did the surgeon or anyone else ever talk

21   to you about the appearance of your chest and of

22   your breast and what it would look like after the

23   lumpectomy?

24      A    No.

25      Q    Were you concerned about that?

Page 72

1        A    Yes.

2        Q    Why?

3        A    Because I didn't want to appear one-sided.

4   I didn't know what to expect from the surgery, and

5   she didn't tell me what to expect.  So I was

6   concerned as to what my appearance would be once I

7   had the lumpectomy.

8        Q    Was there any discussion of having any

9   type of reconstruction after the surgery?

10       A    No.

11       Q    Explain to me your understanding of what

12  the lumpectomy would accomplish in terms of

13  treatment of your breast cancer?

14       A    My understanding was that the lumpectomy

15  would take out the tumor that was found and also --

16  I can't say this is from my understanding, it may

17  have been my research, I don't know, but what I

18  found is that the lumpectomy would take out the

19  cancer and they would take out extra tissue to get

20  clear margins and possibly do a lymph node -- and I

21  forgot what the term is that they do for checking

22  the lymph nodes, that all of that would be done.

23       Q    Tell me what you remember about your

24  research in terms of what it said about a mastectomy

25  versus a lumpectomy.

Page 73

1          A     The only thing I know -- and I can't give

2     you specifics, I know that a lumpectomy is the whole

3     breast and I know -- I mean the mastectomy is the

4     whole breast, and the lumpectomy is taking out the

5     lump.

6          Q     After -- and you had the lumpectomy?

7          A     That's correct.

8          Q     Did the physical appearance of your breast

9     change at all?

10         A     A little.  Not a whole lot.

11         Q     So you didn't have to have any

12    reconstructive surgery?

13         A     No.

14         Q     You had the lumpectomy in November of

15    2014.  Does that sound about right?

16         A     November the 10th, 2014.

17         Q     And now that we're down the road in 2018,

18    do you have any regrets of having had the

19    lumpectomy?

20         A     No.

21         Q     Why not?

22         A     Because right now from my latest mammogram

23    I'm cancer-free.

24         Q     And is it fair to say that you don't know

25    if you had chosen not to have the lumpectomy whether

Page 74

1   you'd be alive and sitting here and talking to me

2   today?

3       A    I have no idea.

4           MR. MIMS:  I'm going to mark as Exhibit 2

5       a four-page record from Kaiser Permanete, 01355

6       to 01358.

7           (WHEREUPON, Defendant's Exhibit-2 was

8        marked for identification.)

9   BY MR. MIMS:

10      Q    I'm going to hand you that.

11          If you look in the upper right-hand corner

12  you will see the date 11/7/2014.  Do you see that?

13      A    I see that.

14      Q    Okay.  And then starting down at the

15  bottom of the page, the first full paragraph in

16  where it says: "Jacqueline G. Mills is a female,

17  62-years old, here for a preop visit for right

18  breast wire localized lumpectomy..."

19          That's the start of that sentence?

20      A    I see that, yes.

21      Q    So does this sound about right, November

22  7th, 2014, when you went in to have your surgery?

23      A    Now, according to this, this was not when

24  I went in for my surgery.  This was the preop visit.

25      Q    The preop.

Page 75

1          A     I don't remember it but it looks right.  I
2    don't know.  I don't remember it.
3          Q     You don't have a specific recollection of
4    the preop?
5          A     No.
6          Q     On that page, about three-quarters of the
7    way down, it says "All ACC Notes."  It says
8    "Progress Notes by Md Shelly J. Ahmann."
9                Do you see that?
10         A     I see that.
11         Q     That's Dr. Ahmann that we've bean
12    discussing, your surgeon?
13         A     Yes.
14         Q     So her first name is Shelly?
15         A     Yes.
16         Q     If you flip to the back of that page --
17    the pages are double-sided.  01356.
18                Are you there?
19         A     What did you just say?  I'm sorry.
20         Q     I said you on page 01356.
21         A     Yes, I am.
22         Q     In the middle of the page do you see the
23    word "Plan"?
24         A     Yes.
25         Q     Under Plan it says:  "Wire localized right

Page 76

```
 1    breast lumpectomy.  Right sentinel lymph node
 2    axillary biopsy with possible right axillary lymph
 3    node dissection."  And "right breast ductal
 4    excision."
 5            Do you see that?
 6       A    I see that.
 7       Q    Does that refresh your recollection as to
 8    what your treatment plan was with Dr. Ahmann?
 9       A    Yes.
10       Q    Now, also under that, and I'm going to go
11    ahead and read the next paragraph into the record,
12    okay?
13       A    Okay.
14       Q    "Procedure reviewed today including risks
15    of bleeding, scarring, infection, poor healing,
16    anesthetic complications, medical complications of
17    surgery such as pneumonia, cardiac problems and DVT,
18    need for further surgery, cancer recurrence,
19    lymphedema, arm numbness, nerve injury, nipple
20    damage, nipple flattening.  The patient's questions
21    were answered and the patient indicated
22    understanding.  The consent was signed and
23    witnessed."
24            Did I read that correctly?
25       A    Yes, you did.
```

Page 77

1          Q     Now, I asked you I believe earlier if you

2     remember discussing any risks or complications that

3     might occur from the surgery.

4                Does this refresh your recollection at all

5     with a discussion of either Dr. Ahmann or another

6     medical provider there as to risks that might have

7     been told to you in terms of what could happen if

8     you had the lumpectomy?

9          A     As far as remembering that day, I would

10    say no.  As far as having read this, I would say

11    yes, but I don't know that specifically.

12         Q     But it's fair to say that --

13               MR. MIMS:  Well, let me strike that.

14    BY MR. MIMS:

15         Q     Let me ask it this way:  Is it fair to say

16    that prior to your surgery you understood that you

17    could go in and have this surgery and there could be

18    a potential complication, including anything up to

19    actually dying from the surgery, right?

20         A     Yes.

21         Q     If you knew that there were those kinds of

22    risks associated with the surgery, why did you

23    decide to go ahead and proceed with it?

24         A     Because I felt that the benefits

25    outweighed the risks.

Page 78

1        Q     And the benefits being the benefit of

2   removing the cancer and doing everything you could

3   to fight the breast cancer and ultimately survive,

4   right?

5        A     That is correct.

6        Q     When you were in the meeting with Dr.

7   Ahmann and the radiologist and possibly one other

8   person, did you ask them any questions?

9        A     I don't remember.

10       Q     Did your husband ask any questions?

11       A     I don't remember.

12       Q     During that appointment where you're

13  talking about your options with Dr. Ahmann and your

14  radiologist, were you anxious during that

15  appointment?

16       A     I'm sure I was.

17       Q     Were you afraid during that appointment?

18       A     I would say yes.

19       Q     Did you take any notes?

20       A     No.

21       Q     What were you afraid of?

22       A     Dying.

23       Q     At this time with the surgeon, at your

24  preop when you decided to get the lumpectomy, tell

25  me what you understood about your cancer.  Did you

Page 79

1   understand what type of cancer it was?  Whether it

2   was high risk?

3       A    I remember that the number that they give

4   to it, I believe, was a one or two as far as the, I

5   guess, stage.  I guess would be one or two.  I don't

6   remember the specifics of the centimeters of the

7   lump, but I do remember that it was small, but I

8   cannot tell you what the centimeters were.

9            That's about all I remember.

10      Q    Did Dr. Ahmann or the radiologist or the

11  other doctor who was present, did anyone talk about

12  your chances of survival at this point?

13      A    No.

14      Q    Did you ask about chances of survival?

15      A    No.

16      Q    Why didn't you ask them about your chances

17  of survival?

18      A    I can't tell you.  I don't know.

19      Q    Were you afraid to ask about that?

20      A    I wouldn't say I was afraid.  It just

21  wasn't something that I thought about asking.

22      Q    What did you think your chances of

23  survival were?

24      A    I don't know.

25      Q    Other than the research that you did on

Page 80

```
 1    Google and this meeting that you had with Dr. Ahmann
 2    and the radiologist, did you talk to anyone else in
 3    terms of your decision about whether to have a
 4    mastectomy or a lumpectomy?
 5         A    No one other than my husband.
 6         Q    What did your husband say?
 7         A    He would support me no matter what I
 8    decided to do.
 9         Q    Did he give you a recommendation one way
10    or the other?
11         A    No.
12         Q    Did you seek a second opinion?
13         A    No.
14         Q    Why not?
15         A    I was comfortable with Dr. Ahmann.
16         Q    So you trusted Dr. Ahmann and the advice
17    that she was giving you?
18         A    Yes.
19         Q    And you were comfortable with her care and
20    the care she was providing you at that time?
21         A    Yes.
22         Q    Did anyone explain to you exactly how the
23    surgical procedure of having a lumpectomy would
24    work?
25         A    No.
```

Page 81

1       Q    You said there was also a radiologist
2   present during that first meeting, right?
3       A    Yes.  That was Dr. Ali.  His name just
4   came to mind.
5       Q    How do you spell his last name?
6       A    A-L-I.
7       Q    What did the radiologist tell you during
8   that meeting?
9       A    I don't remember what he said.
10      Q    Did he tell you that you were also going
11  to need radiation?
12      A    I don't know whether he told me or Dr.
13  Ahmann told me, but it was established that I would
14  need radiation, but I don't know which one of them
15  said it.
16      Q    Tell me everything you can remember about
17  what was discussed in terms of radiation therapy.
18      A    I don't remember specifics other than I
19  would have radiation therapy and that it would be
20  five days a week.
21      Q    For how long?
22      A    I don't remember them telling me.
23      Q    Radiation was to follow your lumpectomy;
24  is that correct?
25      A    That's correct.

Page 82

1        Q    Did you have an understanding as to what

2    radiation was?

3        A    Basically I did.

4        Q    Tell me, tell me what your understanding

5    is of what radiation does.

6        A    I understood it to be something in

7    addition to help kill any cancer cells that may be

8    left.

9             Not being a doctor, that was my

10   understanding.

11       Q    So, in essence, you understood the

12   radiation, as an additional step after the

13   lumpectomy, to kill any other cells that might be

14   remaining right after they removed the tumor.  Is

15   that fair to say?

16       A    Not exactly.

17       Q    Okay.

18       A    The chemo came before the radiation.

19       Q    Okay.

20       A    But then that would be correct.

21       Q    Did you discuss chemotherapy, your

22   chemotherapy treatment, at this point in your

23   meeting with Dr. Ahmann and the radiologist, Dr.

24   Ali?

25       A    I don't remember.

Page 83

1      Q     Do you remember at that point when you had

2   this meeting if chemotherapy was going to be a part

3   of the treatment plan?

4      A     I don't remember.  I don't remember.

5      Q     After being diagnosed with cancer, you

6   talked about doing Google research and lumpectomy

7   versus mastectomy.  Did you do any other research?

8      A     No.  No.

9      Q     So as you sit here today, the only

10  research you can recall doing after your breast

11  cancer diagnosis regarding that diagnosis was with

12  respect to the decision of whether to have a

13  mastectomy versus a lumpectomy; is that fair?

14     A     As far as I remember, yes.

15     Q     Did you do any research regarding

16  radiation treatment?

17     A     No.  I believe I was given a pamphlet

18  about it but I'm not sure.

19     Q     Other than the fact -- other than the fact

20  that radiation will also help kill cancer cells,

21  what else do you remember about radiation, being

22  told about radiation?

23     A     That was about it.  That's all I remember.

24     Q     Do you remember being told about any risks

25  or potential side effects of radiation?

Page 84

1       A    No.

2       Q    No, you don't remember?

3       A    I don't remember.

4       Q    You understood, though, that there were

5    risks associated with radiation therapy, right?

6       A    I don't know that I did know that.

7       Q    Did you know that radiation therapy

8    includes the risk of cancer recurrence?  Actually

9    causing an additional cancer?

10      A    No.

11      Q    Did you know that radiation therapy can

12   include the risk of death?

13      A    No.

14      Q    If you had known that, would you have

15   proceeded with radiation therapy?

16           MR. GOMEZ:  Objection; form.

17      A    I don't know.

18      Q    You mentioned that you eventually

19   established care with an oncologist, right?

20      A    That's correct.

21      Q    And that oncologist's name was Dr.

22   Shefali?

23      A    That's correct.

24      Q    How did you go about selecting Dr. Shefali

25   as your medical oncologist?

Page 85

1      A     I believe that Kaiser assigned her.  I
2  don't remember selecting her.
3      Q     Did you know of Dr. Shefali before being
4  assigned her?
5      A     No.
6      Q     Did you know anyone who had been treated
7  by Dr. Shefali?
8      A     No.
9      Q     How did you find out that Dr. Shefali was
10 going to be your oncologist?
11     A     I don't remember.  No, I don't remember,
12 but I do know that Kaiser would have -- Kaiser
13 selected her, I did not.
14     Q     Did you do any research regarding Dr.
15 Shefali?
16     A     No.
17     Q     Now, Dr. Shefali is not your oncologist
18 today, right?
19     A     That's correct.
20     Q     When did you -- when is the last time you
21 saw Dr. Shefali?
22     A     I don't remember the exact date but it
23 probably would have been around March of 2015.
24     Q     Why did Dr. Shefali cease being your
25 primary medical oncologist?

Page 86

1      A    I decided that I no longer wanted her as

2  my oncologist.

3      Q    Why did you make that decision?

4      A    I decided that I was not satisfied with

5  some information she had given me, so I chose a new

6  oncologist.

7      Q    What information is it that she gave you

8  that you weren't satisfied with?

9      A    As far as specifics, I can't really say.

10  Well, I can think of one incident as I'm sitting

11  here thinking.

12          I ended up having to have a blood

13  transfusion, and I ended up with a very bad bruise,

14  where they were trying to get the vein and they

15  couldn't get it.  And one of my visits with her,

16  when I asked her about it, she was kind of vague

17  like.  Oh, my goodness, that's going to -- you're

18  going to have a permanent scar.

19          That was something that didn't sit well

20  with me, and she didn't give me any additional

21  information other than the fact that I would

22  probably end up with a permanent scar.

23          The other incident that I remember, and I

24  can't tell you when, when I showed her how my skin

25  was peeling really bad.  Her comment to me was,

Page 87

1    what's up with that?

2            That didn't sit well with me.

3            Another incident was when I ended up

4    having to have the blood transfusion.  It was

5    actually her PA that decided from my visit with her,

6    because I did see the PA and Dr. Shefali, and I felt

7    like the PA was more informed than Dr. Shefali was,

8    and it was at her suggestion that I think about

9    getting a blood transfusion.

10           So the fact that the PA told me rather

11   than Dr. Shefali didn't sit well with me.

12       Q    So, generally speaking, one of the reasons

13   you switched from Dr. Shefali, that you're giving

14   me, is because you thought she didn't have enough

15   information about some of the things she was telling

16   you, like the blood transfusion, right?

17       A    That would be correct.

18       Q    Why was the PA telling you you needed a

19   blood transfusion?  What had happened to --

20       A    My red blood --

21       Q    Go ahead.

22       A    My red blood count -- I'm sorry for

23   interrupting you.

24       Q    All right.

25           MR. MIMS:  Let me just strike that and

Page 88

1        back up.

2     BY MR. MIMS:

3        Q     You mentioned that you had a blood

4     transfusion, right?

5        A     Yes.

6        Q     How did that come about?

7        A     When I went for a visit, one of my

8     follow-up visits with the oncologist or the PA,

9     whichever one you end up seeing, my blood work, my

10    red blood count was very, very low and I was very,

11    very weak, and she looked at the charts or the

12    information and said that she would recommend that I

13    have a blood transfusion based on my red blood

14    count.

15           And that if I -- and these -- I may not

16    have the word exactly, but she said something to the

17    effect, the effect of the way you're feeling now is

18    going to get worse, you're going to feel worse.  And

19    I remember saying, how will I know what worse is, I

20    thought I'm as bad as you could get.  She said, oh,

21    you'll know it, from my weakness and everything.

22           So from the, from the blood work that my

23    blood count was low, from our conversation, and I

24    didn't want to feel any worse than I was already

25    feeling, I decided I would have the blood

Page 89

1  transfusion.

2      Q    And when you said "she," you're referring

3  to the physician's assistant, right?

4      A    Yes.

5      Q    What was her name?

6      A    I know it but I can't remember it.

7      Q    And Dr. Shefali had not recommended or

8  mentioned to you that you have the blood

9  transfusion, right?

10     A    No.

11     Q    Tell me a little bit more about the

12 comment that Dr. Shefali made about your skin that

13 you said you didn't like or -- I don't want to use a

14 term that you didn't use, but like rubbed you the

15 wrong way, so to speak.

16     A    Well, during my chemo treatment, my skin

17 started peeling on my hands, and when I went for my

18 visit with her I remember her asking what -- why is

19 -- no.  She looked at it and said, what's up with

20 that?  And I'm like, you're asking me?

21          And I don't remember her going into any

22 detail trying to tell me why my skin was peeling.

23 Her comment was:  What's up with that?

24     Q    Did you ever determine why your skin was

25 peeling?

Page 90

1        A    I don't remember.

2        Q    The blood transfusion that you had that

3   the physician's assistant recommended, did that

4   occur after you started chemotherapy as well?

5        A    Yes.

6        Q    In terms of Dr. Shefali and your comfort

7   level in keeping her as an oncologist, was there a

8   particular point at which you started to think, I

9   might switch oncologists, I'm not too happy with Dr.

10   Shefali?

11       A    I would say that there was a point.  I

12   can't tell you at what point but the things that I

13   mentioned to you that happened played a role in my

14   making that decision.

15       Q    And those are just examples --

16       A    Yes.

17       Q    -- that you can think of as you sit here

18   today?

19       A    That's correct.

20       Q    And is it fair to say that it wasn't

21   immediate that you decided that Dr. Shefali wasn't

22   the right oncologist for you, that it was a gradual

23   determination?

24       A    I would say it was gradual.

25       Q    So when you first met Dr. Shefali, at that

Page 91

```
 1   first meeting, do you have a recollection of that,
 2   where she was telling you or -- well, let me just
 3   say, do you have a recollection of your first
 4   meeting with Dr. Shefali?
 5        A    A vague one.
 6        Q    Did anyone go with you to that meeting?
 7        A    My husband.
 8        Q    Did you take any notes?
 9        A    No.
10        Q    You talked about the first meeting with
11   your surgeon and being anxious and afraid during
12   that first meeting where you're discussing your
13   cancer treatment options.  Were you also anxious
14   during this first meeting with Dr. Shefali?
15        A    I don't remember how I felt.
16        Q    Do you remember if you were afraid during
17   that meeting as well?
18        A    I would say I was.
19        Q    It's fair to say that you were still
20   scared and emotional about this breast cancer
21   diagnosis, right?
22        A    That would be correct.
23        Q    It would be fair to say you were still
24   very worried that the breast cancer might kill you;
25   is that fair to say?
```

Page 92

1        A    That's fair to say.

2        Q    What did you learn from Dr. Shefali about

3    the type of breast cancer that you had?

4        A    I don't remember what I learned from Dr.

5    Shefali.  I believe the information that I got was

6    from Dr. Ahmann.  I don't remember how I got it,

7    whether it was over the phone, whether she sent me

8    something.  I don't remember how I got it, but I do

9    remember her telling me that the recommendation

10   would be chemotherapy and that the fact that my lump

11   was small, my, my -- the duration of my treatment

12   was going to be longer because my cancer was what

13   was called HER2-positive.

14             So I would have X number of chemo

15   treatments, but I would also have to take Herceptin

16   for an entire year.

17       Q    It's your recollection that discussion was

18   with Dr. Ahmann, not Dr. Shefali, correct?

19       A    That is my recollection.

20       Q    Did Dr. Shefali discuss with you at all in

21   terms of your chances of survival?

22       A    I don't remember.

23       Q    Did you ask any questions about your

24   chances of survival to Dr. Shefali?

25       A    I don't remember.

Page 93

1     Q    Did your husband ask any questions about
2  your chances of survival?
3     A    I don't remember.
4          MR. MIMS:  I'm going to mark Exhibit 3,
5      which is Kaiser Glenlake, 01510 to 1512.
6          (WHEREUPON, Defendant's Exhibit-3 was
7       marked for identification.)
8          MR. BERMAN:  Is this the official pile of
9      exhibits?
10         MR. MIMS:  Yes.
11  BY MR. MIMS:
12     Q    Ms. Mills, if you look in the upper
13  right-hand corner, the dates, it says Encounter
14  Date, 12/9/2014.  Do you see that date?
15     A    Yes.
16     Q    Then under Consultation you'll see
17  "Provider, Md Shefali N Shah."
18          Do you see that?
19     A    I see that.
20     Q    And that's your first primary oncologist
21  that we've been discussing, Dr. Shefali, right?
22     A    That's correct.
23     Q    And does this sound about right for your
24  first visit with Dr. Shefali, December 9, 2014?
25     A    I don't remember.  I guess it is.  I don't

Page 94

1    know.

2         Q    All right.  If you could turn to page

3    01512, and I'm looking in the middle of the page

4    under Oncology Assessment/Plan.

5              Do you see that?

6         A    Yes.  I see that.

7         Q    The first thing it says is "62 year old

8    with Stage 1A infiltrating mammary carcinoma of the

9    right breast."

10             Do you see that?

11        A    I see that.

12        Q    Does that refresh your recollection as to

13   the stage of cancer that you were diagnosed with?

14        A    Yes.

15        Q    And then it goes on to say:  "ER/PR and

16   Her2/neu all positive."

17             Do you see that?

18        A    I see that.

19        Q    Now, you explained to us a few minutes ago

20   what -- it was your understanding of what

21   HER2-positive meant, right?

22        A    Right.

23        Q    Did you have an understanding as to what

24   ER/PR positive meant?

25        A    At the time I probably did not.

Page 95

1          Q    Do you remember having any discussion with

2     Dr. Shefali about your staging of cancer?

3          A    No, I don't remember having a discussion.

4          Q    And you don't recall discussing with Dr.

5     Shefali that you were HER2-positive, right?  You

6     recall that being a discussion with Dr. Ahmann?

7          A    That's what I remember.

8          Q    Do you understand as you sit here today

9     what it means to be ER/PR positive?

10         A    I have some understanding, yes.

11         Q    Tell me what it is that you understand

12    that to mean.

13         A    The ER is for estrogen positive and the PR

14    is progesterone positive.  And that is a type of

15    cancer that could be progressive, that could --

16    cells divide at a quicker rate than if you were not

17    ER and PR positive.  And the term they used was

18    HER2.

19         Q    So did you understand it to mean if your

20    cells are dividing at a quicker rate that that is a

21    higher risk of cancer, that's a high risk form of

22    cancer?

23         A    That would be my understanding.

24         Q    And is it fair to say that after learning

25    that you had this high risk form of cancer where the

Page 96

1    cells divided at a quicker rate that you continued

2    to be very afraid that you might die from this

3    cancer?

4         A    That would be correct.

5         Q    Tell me what, if anything, you recall

6    about any discussions with Dr. Shefali about your

7    treatment plan?

8         A    I don't remember the discussions with her.

9    I do remember that infusions every 21 days, three

10   weeks, every three weeks, and that I would have the

11   Herceptin, but I don't remember I had this

12   discussion with her.  For some reason I'm

13   remembering Dr. Ahmann.

14             But the Herceptin would be for an entire

15   year.

16        Q    So you do recall having a discussion about

17   receiving chemotherapy infusions every three weeks,

18   though, right?

19        A    I do.

20        Q    And that was with Dr. Shefali, right?

21        A    That would be correct.

22        Q    What else, if anything, do you recall Dr.

23   Shefali telling you about chemotherapy?  And this is

24   prior to you getting -- beginning treatment with it.

25             At that first visit what did Dr. Shefali

Page 97

```
 1   tell you about treatment with chemotherapy?
 2        A    The only thing that I remember possibly
 3   asking her is would I lose my hair.  And I remember
 4   her saying yes.  I do remember her telling me I may
 5   get mouth sores, and I'm remembering as we're
 6   sitting here, I do remember her talking about mouth
 7   sores.
 8             But other than that, I don't remember
 9   anything else.
10        Q    So in terms of possible side effects you
11   might have from chemotherapy, you do recall Dr.
12   Shefali told you you might get mouth sores, right?
13        A    Yes, I do remember that.
14        Q    Do you recall Dr. Shefali telling you you
15   might lose your hair, or do you recall -- because
16   you said you recall asking her about that.
17        A    I'm not sure whether I asked her or if she
18   volunteered it.  I know hair came up.  As far as me
19   losing it, it was never said that I would lose my
20   hair permanently.
21        Q    What was said about your hair?
22        A    I can't give you the exact words, other
23   than, yes, you will lose your hair.
24        Q    So no question, an affirmative, you're
25   going to lose your hair?
```

Page 98

1       A    Yes.

2       Q    Did you ask Dr. Shefali if your hair would

3   grow back?

4       A    I don't remember.

5       Q    Did Dr. Shefali ever tell you that your

6   hair would grow back?

7       A    I don't remember.

8            MR. BERMAN:  Objection.

9            For clarification, I thought we were

10      talking about the first visit only, but now

11      you're saying if ever.

12          Are we going beyond the first visit now or

13      are we still at the first visit?

14          MR. MIMS:  We're at the first visit.

15          MR. BERMAN:  Okay.

16      A    Okay.

17      Q    Sorry.  I think the last question was did

18  Dr. Shefali tell you -- did Dr. Shefali tell you,

19  and we'll start with this first visit, that your

20  hair would grow back?

21      A    I do not remember.

22      Q    So your only recollection of this first

23  visit is that there was a discussion that you would

24  absolutely lose your hair from chemotherapy, right?

25      A    Yes.

Page 99

1        Q    And that was it?

2        A    The --

3        Q    That's it?  That's the entirety of your

4    recollection?

5        A    And the mouth sores I remember.

6        Q    But just sticking with the hair loss.

7        A    Yes.

8        Q    Let's look at the record that I've handed

9    you, and I'm on Page 1512?

10        A    I'm there.

11        Q    I'm still under Oncology Assessment and

12    Plan.

13             I'm going to read from the first sentence:

14    "Although she has stage I disease, due to her

15    Her2/neu positivity, she is a candidate for adjuvant

16    therapy with chemotherapy and Her2 based therapy to

17    decrease her risk of recurrence."

18             Did I read that correctly?

19        A    Yes.

20        Q    Do you recall a discussion that -- well,

21    let me ask you this:  Do you know what it means here

22    when it says "adjuvant therapy with chemotherapy and

23    Her2 based therapy"?

24        A    No.

25        Q    Did you understand your treatment for your

Page 100

```
 1    breast cancer to be a lumpectomy, correct?
 2         A    Yes.
 3         Q    And that was going to be followed by
 4    chemotherapy, right?
 5         A    Yes.
 6         Q    And then that was also going to be
 7    followed by radiation, right?
 8         A    Yes.
 9         Q    And then were you also going to have
10    treatment with Herceptin for a year following that,
11    at least?
12         A    No.  This was included in the chemo.
13         Q    Included in the chemo?
14         A    Yes, for one full year.
15         Q    For one year?
16         A    Yes.
17         Q    Did you ask Dr. Shefali whether you had to
18    have treatment with chemotherapy?
19         A    No, I did not ask her that.
20         Q    But it was her recommendation that you
21    have treatment with chemotherapy, right?
22         A    I would say yes.
23         Q    Did you understand that chemotherapy,
24    along with the lumpectomy and the radiation and your
25    treatment with Herceptin, that was the combined
```

Page 101

1    recommendation of treatment to do everything that

2    they could medically to try and remove the cancer

3    from your body, right?

4        A    Yes.

5        Q    And were you interested in whatever you

6    could to beat this cancer, right?

7        A    That would be correct.

8        Q    I'm going to read from the second sentence

9    now:  "We discussed treatment with Taxotere,

10   Carboplatin, Herceptin," and then in parenthesis,

11   TCH, "every 3 weeks for 6 cycles followed by single

12   agent Herceptin to complete one year of treatment."

13           Did I read that correctly?

14       A    Yes, you did.

15       Q    And is that consistent with your

16   recommendation of the treatment that was recommended

17   for you at that time?

18       A    Yes.

19       Q    And your chemotherapy regimen then was

20   three -- was Taxotere, Carboplatin, and Herceptin,

21   right?

22       A    Herceptin is not considered as chemo.

23       Q    All right.  Let me back up.

24       A    Okay.

25       Q    The treatment that was recommended to you

Page 102

1    in terms of -- let's stick with the chemotherapeutic

2    regimens, Taxotere and Carboplatin, right?

3        A    Correct.

4        Q    And then you were also prescribed

5    Herceptin, right?

6        A    Correct.

7        Q    At the time when this recommendation, this

8    treatment plan was made to you, did you go out and

9    get a second opinion about it?

10       A    No.

11       Q    And at this time did you trust Dr. Shefali

12   was giving you the best medical advice that she

13   could?

14       A    At this time, yes.

15       Q    At that time you did?

16       A    Yes.

17       Q    You didn't question Dr. Shefali's advice

18   then, you trusted her, right?

19       A    Yes.

20       Q    And is that why you went ahead and agreed

21   with the treatment, because you trusted your

22   oncologist?

23       A    That would be correct.

24       Q    I'm going to go ahead and read the next

25   sentence.

Page 103

1            "We discussed possible side effects of

2    treatment including neuropathy, alopecia, rash, nail

3    changes, fluid retention, stomatitis, diarrhea,

4    nausea, vomiting, neutropenia, leukopenia, anemia,

5    thrombocytopenia, febrile neutropenia, infections,

6    increased transaminases" athro -- this one I'm not

7    going to get -- "arthralgias/malgias, fatigue,

8    weakness, and allergic reaction."

9            Did I read that correctly?

10       A    Yes, you did.

11       Q    Now, does that refresh your recollection

12   at all of a discussion of side effects, possible

13   side effects, you might have from chemotherapy

14   treatment with Dr. Shefali?

15       A    I don't remember a discussion that

16   included all of the things that you just read.

17       Q    From that list that I just read, you do

18   recall that alopecia was discussed, right?

19       A    Yes.

20       Q    Is there anything else on there you recall

21   being discussed?

22       A    From what you read or just --

23       Q    From what I just read.

24       A    I don't remember anything else.

25       Q    Other than the mouth sores?

Page 104

1        A     Mouth sores, right.

2        Q     So you don't recall any discussion about

3    possible side effects from chemothera --

4    chemotherapy, including nausea or vomiting, right?

5        A     I don't remember a discussion.  I would

6    say that any knowledge other than if she gave me

7    something with all of this on it, I would have read

8    it.  The nausea, I just know from -- and I can't

9    give you anybody specific, that's just something I

10   heard that happens with chemo, but as far as she and

11   I having a detailed discussion on all of these

12   things, I don't recall having a detailed discussion.

13       Q     Okay.  Let me ask you a question about

14   that statement that you just made.

15             You said that nausea is something that you

16   just know happens from chemo, right?

17       A     I won't say that I know.  I've heard.  I

18   don't know of anybody that had it and I can't even

19   tell where I'm getting it from, but I just think

20   people that had chemo, you know -- and I may have

21   read it somewhere, I don't know -- that it makes you

22   nauseous.

23       Q     Right, or it could be from anywhere?

24       A     Right.

25       Q     It could be from TV, anywhere?

Page 105

1      A     Yeah, true.

2      Q     Is it also true you knew chemotherapy

3   caused hair loss from that same general type of

4   knowledge?

5      A     Yes, I would say that.

6      Q     Is there anything else you can think of as

7   a potential side effect that you just knew before

8   going into this that chemotherapy causes, other than

9   hair loss or nausea?

10     A     No.

11     Q     And as you sit here, you don't remember

12  any discussion with Dr. Shefali about possible side

13  effects including a rash or nail changes, right?

14     A     No.

15     Q     And you don't recall any discussion with

16  Dr. Shefali regarding neuropathy, right?

17     A     No.

18     Q     Do you have a recollection of Dr. Shefali

19  providing you with any written materials on that

20  first visit?

21     A     I don't remember.

22     Q     You don't remember one way or the other?

23     A     No.

24     Q     I'm going to go ahead and read the next

25  sentence.

Page 106

1        A     Yes.

2        Q     And that begins "We also."

3              "We also discussed possible cardiac

4    toxicity associated with Herceptin and will plan for

5    a baseline MUGA now followed by every 3 months while

6    on treatment."

7              Did I read that correctly?

8        A     Yes, you did.

9        Q     Do you recall any discussion with Dr.

10   Shefali regarding cardiac toxicity associated with

11   the use of Herceptin?

12       A     I don't recall the discussion.

13       Q     Do you recall learning that at some point?

14       A     I do.

15       Q     How did you learn that?

16       A     From -- I believe I probably Googled MUGA,

17   the M-U-G-A, MUGA scan, to see just what that was,

18   and there was probably information that said what

19   the MUGA scan was.

20       Q     Do you remember what that is?

21       A     Well, it's a scan -- now, this is just

22   based on what I know.  That it's a scan to see how

23   your heart is taking the Herceptin because of the

24   tox --

25       Q     Toxicity?

Page 107

1        A      Yeah, toxicity associated with it.  It

2    could cause -- and this is me from just recalling

3    what I read -- that it could cause congestive heart

4    failure, I believe, depending on how your system was

5    able to handle the drug.

6              So the MUGA scan was every three months.

7    I do remember having a MUGA scan every three months.

8        Q      Now, you indicated that you didn't take

9    notes during these meetings with your doctors,

10   right?

11       A      That's true.

12       Q      How was it that you got home and

13   remembered to Google --

14       A      Remembered MUGA?

15       Q      -- MUGA?

16       A      I can't tell you.  I don't know.

17       Q      So if I understand your testimony

18   correctly, you understood that cardiac toxicity was

19   a possible side effect of Herceptin, right?

20       A      Yes.

21       Q      You understood that as a very serious side

22   effect, which could lead to death, right?

23       A      Yes.

24       Q      But you chose to proceed with Herceptin

25   treatment, right?

Page 108

1        A      Correct.

2        Q      Why?

3        A      Because I felt that the benefit would

4    outweigh the risk.

5        Q      And that that was your best chance of

6    survival and in beating the cancer, right?

7        A      Yes.

8        Q      And I'm going to ask you a similar

9    question about chemotherapy.  You understood, even

10   though you can't remember the specific conversation,

11   you did understand that chemotherapy treatment came

12   with very serious risks, right?

13              MR. GOMEZ:  Just object to the form.

14       A      I don't know.  No, I don't know.  I don't

15   know.

16       Q      You don't know if you understood that

17   about chemotherapy?

18       A      Right, I don't know if I understood that

19   about chemotherapy.

20       Q      Did you understand that chemotherapy could

21   possibly also cause you to die?

22              MR. GOMEZ:  Objection to the form.

23       A      No.

24       Q      At some point you agreed to proceed with

25   the chemotherapy treatment, right?

Page 109

1      A    That's correct.

2      Q    And by the time you met with Dr. Shefali

3  on that first visit, by the time you left, you had

4  agreed on the treatment plan that had been

5  recommended for you?

6      A    Yes.

7      Q    At the time that you met with Dr.

8  Shefali -- and we're talking about this first visit

9  where she gave you her recommendations for your

10 treatment regimen, okay?

11     A    Okay.

12     Q    -- did you believe that Dr. Shefali's No.

13 1 goal in her treatment for you was to increase your

14 chances of survival?

15          MR. GOMEZ:  Objection to form.

16     A    Yes.

17     Q    And there was never any doubt in your mind

18 that Dr. Shefali had anything other than your best

19 interests at heart, right?

20          MR. GOMEZ:  Objection; form.

21     A    Yes.

22     Q    And you relied on Dr. Shefali's judgment

23 in recommending the best chemotherapy in order to

24 give you the best chance to survive; is that a fair

25 statement?

Page 110

1        A    That would be fair.

2        Q    You stated earlier that you remember

3  asking Dr. Shefali specifically if you were going to

4  lose your hair.  Do you remember that?

5        A    I do remember that.

6        Q    Are there any other questions that you can

7  remember asking Dr. Shefali?

8        A    No.  I don't remember any other questions

9  that I asked.

10        Q    Did you ever tell Dr. Shefali that hair

11  loss was more important to you than survival and

12  beating the breast cancer?

13        A    No, I did not.

14        Q    You did not talk with Dr. Shefali about

15  any other possible chemotherapy regimens, right?

16        A    Did not.

17        Q    In discussing chemotherapy, did Dr.

18  Shefali or any of your other medical providers, and

19  I'm talking about before you began treatment with

20  chemotherapy, explain to you that the purpose of

21  chemotherapy was to prevent the cancer from

22  recurring?

23        A    I don't remember.

24        Q    Is it fair to say that you understood that

25  was the purpose of chemotherapy treatment, to

Page 111

1   prevent the cancer from recurring?

2        A    Yes.

3        Q    Is it fair to say that you understood that

4   your chances of survival, or that you believe your

5   chances of survival would be better if you had

6   chemotherapy?

7        A    Yes.

8        Q    Going back again to what Dr. Shefali said

9   about alopecia, other than, other than having a

10  discussion about your hair might fall out, did she

11  ever say this is a long-term risk?

12       A    She did not say that.

13       Q    Was there a discussion about the

14  likelihood of you experiencing that risk of your

15  hair falling out?

16       A    I asked her if my hair would fall out.

17  So, yes, she did say my hair would fall out.

18       Q    So the likelihood was absolutely this is

19  going to happen to you?

20       A    Yes.

21       Q    And you accepted that risk, is that fair

22  to say, that your hair would fall out?

23       A    I accepted that, yes.

24       Q    Did you ever have any specific -- have a

25  conversation about the specific chemotherapies that

Page 112

1    they were recommending?

2        A    No.

3        Q    So when chemotherapy was discussed with

4    Dr. Shefali, you talked about it generally, you

5    didn't talk about Taxotere versus Carboplatin?

6    There was a general discussion about chemotherapy;

7    is that fair?

8            MR. GOMEZ:  Objection to form.

9        A    I don't remember.

10       Q    But as you sit here, you don't have any

11   specific recollection of discussing specific

12   chemotherapeutic drugs, right?

13       A    I do not have any recollection of it.

14       Q    And when I ask that question, I'm talking

15   about Dr. Shefali or any other medical providers

16   that you may have had.

17       A    I don't remember any specifics.

18       Q    Did you discuss with your husband any of

19   the risks of chemotherapy before starting it?

20       A    No.

21       Q    Did you discuss with your husband any of

22   the risks of any of your breast cancer treatment

23   before starting it?

24       A    No.

25       Q    Did you discuss chemotherapy treatment

Page 113

1    before starting it with anyone else other than your

2    doctors and your husband?

3        A    I don't remember discussing it with anyone

4    else, no.

5        Q    You don't recall having a discussion --

6    your best friend's name was, her last name was

7    Evans?

8        A    Gloria Evans, yes.

9        Q    Did you have a discussion with Ms. Evans

10   during that time?

11       A    If I talked to her, it would have been on

12   general terms, no specifics.

13       Q    And it's fair to say you don't have any

14   recollection of any doctors or nurses reviewing any

15   materials specific to Taxotere, right?

16       A    Right.

17       Q    And I'm not just talking about before your

18   chemotherapy treatment but at all during that time

19   period?

20       A    I don't remember having any discussion.

21       Q    Regarding Taxotere specifically?

22       A    Correct.

23            MS. MIMS:  I'm going to mark Exhibit 4.

24            (Defendant's Exhibit-4 was marked for

25       identification.)

Page 114

1           MS. MIMS:  Exhibit 4 does not have any

2      Bates numbers on it.

3           MR. BERMAN:  Do you want to just paginate

4      it yourself?

5           MS. MIMS:  It has page numbers.

6  BY MS. MIMS:

7      Q    So Exhibit 4, which I'm going to hand you,

8  it's a 61-page document, and at the top left-hand

9  corner it says "Highlights of Prescribing

10 Information," and you'll see the word "Taxotere" up

11 there?

12     A    Okay.

13     Q    Let me ask you this before we look at the

14 document.  Have you ever read a label or prescribing

15 information for any drugs that you've taken?

16          Let's just talk generally now for a

17 minute.

18     A    Yes.

19     Q    What labels can you recall that you've

20 read?

21     A    Probably my antihistamine.  I can't tell

22 you what I read but I have read labels before, yes.

23     Q    And is your antihistamine an

24 over-the-counter drug?

25     A    Yes, it is.

Page 115

1      Q      Anything else that you can recall?

2      A      No.

3      Q      Have you ever read any labels or

4  prescribing information for any prescription drugs

5  that you were prescribed?

6      A      As far as labels, I've read information

7  provided for eye medication that I use, whatever

8  information that they give you as far as -- I don't

9  know what the risks are, part of -- whatever they

10 gave that explained taking the eye medication, I

11 would have read the, I guess, patient information,

12 yes.

13     Q      All right.  Let's turn to your cancer

14 treatment.

15            In terms of the medications that you were

16 prescribed for your treatment with cancer, did you

17 ever read any of those labels or prescribing

18 information?

19     A      No.

20     Q      Now, I asked you earlier if you had been

21 given any written materials regarding chemotherapy.

22 Do you remember that?

23     A      I remember you asking that, yes.

24     Q      And I believe your answer was that you

25 didn't remember.  Is that correct?

Page 116

1      A      Yes.

2      Q      If you could turn to Page 57 of this

3   document?

4      A      Okay, I'm there.

5      Q      Okay.  And you'll see about a quarter of

6   the way down, in boldface type, it says, "Patient

7   Information."

8             Do you see that?

9      A      Yes.

10     Q      Under it, it says Taxotere and it also

11   says Docetaxel.  Do you see that?

12     A      Yes.  I see that.

13     Q      I'd like you to take a minute and look at

14   this and see if you recognize this document, if it

15   refreshes your recollection as to whether you've

16   ever been provided this information.

17            MR. GOMEZ:  The information or the

18      document?

19            MS. MIMS:  Yeah, that's a good point.

20   BY MS. MIMS:

21     Q      If you have ever been provided this

22   document, if you've ever seen it before, from Page

23   57 to 61.

24            (Witness reviews exhibit.)

25     A      I would say no.  I have no recollection of

Page 117

1    reading anything like this prior to taking Taxotere.

2    Or my chemo, period.  I have no recollection of

3    reading anything like this.

4         Q    If you could turn to Page 59, please.

5         A    Okay.

6         Q    And do you see there, it says:  "What are

7    the possible side effects of Taxotere?"

8         A    I see that.

9         Q    And then the first thing it says is

10   "Taxotere may cause serious side effects including

11   death."

12            Do you see that?

13        A    I see that.

14        Q    And I had asked you about chemotherapy

15   generally.  Did you understand that it carried with

16   it the risk of death?

17            Do you remember me asking you that?

18        A    I do.

19        Q    And you had said no.  You answered that

20   question in the negative, right?  You did not

21   remember anyone telling you that it came with the

22   risk of death, right?

23        A    That's correct.

24        Q    Do you remember anyone ever telling you

25   that leukemia, acute myeloid leukemia, a type of

Page 118

1   blood cancer, was a risk of chemotherapy?

2        A    No.

3        Q    And you don't remember anyone telling you

4   that it was a risk of chemotherapy generally or

5   Taxotere specifically, right?

6        A    I do not remember anyone telling me that.

7        Q    Going down further in the page, you see

8   where it says "The most common side effects of

9   Taxotere are"?

10       A    I see that.

11       Q    And if you flip over to Page 60, in the

12  list of bullet points, do you see where it says

13  "hair loss"?

14       A    I see that.

15       Q    And as you sit here today, you don't ever

16  remember being provided with this document?

17       A    I do --

18       Q    Is that correct?

19       A    I do not.

20       Q    But although you were not, you don't

21  remember being provided with this document, you did

22  know prior to taking chemotherapy that hair loss was

23  a risk of chemotherapy, right?

24       A    That would be correct.

25       Q    Do you remember your first infusion of

Page 119

1    chemotherapy?

2         A     Vaguely.

3         Q     Tell me what you remember about it.

4         A     I remember that it was long.  I think it

5    took two to three hours.  Probably that's -- I

6    remember when I got the injection, I wasn't that

7    keen about being stuck but that was okay once the

8    needle was in and just remember it being -- it

9    taking a long time.

10        Q     When did you first start chemotherapy?

11        A     January the 6th, 2015.

12        Q     And where did your infusions take place?

13        A     Kaiser Southwood.

14        Q     Did anybody go to your chemotherapy

15   treatment with you?

16        A     My husband went with me but he was not in

17   the room where the infusion was being given.  He

18   carried me, actually.

19        Q     You mean after it was completed?

20        A     No.  He carried me to Southwood and he

21   waited in the waiting room while I had the infusion

22   done.  He did not go back there where they do it.

23        Q     Okay.  When you say he carried you, what

24   do you mean by that?

25        A     He drove me in his car.

Page 120

1      Q    He drove you?

2      A    Right.

3      Q    I didn't mean if he physically carried

4   you, so I was trying to understand that.

5      A    I'm sorry, okay.

6      Q    Okay.

7      A    He would have carried me.

8      Q    When you went for that first infusion did

9   -- there were nurses present, I assume?

10     A    Yes.

11     Q    Is that correct?

12          And did you have to sign any forms in

13   order -- before you began chemotherapy?

14     A    I don't remember signing anything.

15     Q    Do you remember going over the risks of

16   chemotherapy again?

17     A    No, I do not remember going over the

18   risks.

19     Q    You don't remember one way or the other?

20     A    No.

21     Q    And you said you were in there a long, a

22   long time.  How long were you in there?

23     A    I don't know exactly.  I think about three

24   hours.

25     Q    Was anyone else in there with you also

Page 121

1    receiving infusions of chemotherapy?

2        A    There were other people, yes.

3        Q    Did you talk to them?

4        A    No.

5        Q    In terms of your expectations about

6    chemotherapy, tell me what they were in terms of how

7    you would feel physically.

8            MR. GOMEZ:  Objection; form.

9        Q    Did you have any expectations?

10       A    My expectations would be based on what

11   I've heard, that I would feel nauseated.  That's

12   probably the most prevalent thing.  I remember as

13   far as feeling, and I can't tell where that came

14   from, but nausea -- I would be nauseated.

15       Q    And you also said you had the expectation

16   that your hair would fall out, right?

17       A    Yes.

18       Q    How soon did you expect your hair to fall

19   out after you started chemotherapy treatment?

20       A    I didn't have an expectation.

21       Q    Did you have any side effects after that

22   first chemotherapy treatment infusion?

23       A    I did.

24       Q    Tell me what they were.

25       A    I actually was hospitalized, I think

Page 122

1   January -- my first infusion was January the 6th.

2   And I was hospitalized, I believe, January the 15th

3   through the 17th due to -- I went to Kaiser's urgent

4   care, and that's not the name of it but it's

5   basically their after-hours treatment, because my

6   temperature had gone over what they told me -- when

7   I say "they," I would say Dr. Shefali, or it was in

8   writing that if your temperature goes over a certain

9   number, then you might want to contact us.

10          And being very fearful, I was constantly

11  taking my temperature, plus I wasn't feeling well.

12  So when I took my temperature and it was over 104,

13  and I believe that's what it is, but I'm not sure, I

14  called Kaiser and they told me I needed to go to the

15  urgent care facility, and I can't think of what it's

16  called.  It's like the urgent care.

17          So when I went, they examined me, took my

18  temperature, and based on what came back they -- the

19  doctor on duty had everybody to start putting on

20  masks saying -- and they have a term for it but I

21  can't think of it.  I think it's neutrophilia.

22  Something saying my white blood count was very, very

23  low and it was at a critical level.  So they started

24  whatever their procedure is to I guess quarantine

25  you or make sure you're okay.

Page 123

1          And I stayed there and they monitored me.

2     I can't remember everything that went on, but I was

3     later transported to Northside Hospital that night

4     and stayed there for three days.  I think the 15th

5     through the 17th.

6          Q     All right.  Well, let's back up just a

7     little bit before the hospitalization.

8          You went for your first infusion?

9          A     Uh-hum.  (Affirmative.)

10         Q     And you said you were in there, not to be

11    exact, but maybe about three hours, right?

12         A     That's correct.

13         Q     Did they give you any instructions when

14    you left, in terms of how you would feel, what to do

15    when you got home?

16         A     No.

17         Q     Did they tell you anything about your hair

18    in terms of wrapping it?

19         A     No.

20         Q     Whether -- if it started falling out?

21         A     No.

22         Q     When you -- and your husband drove you

23    home, right?

24         A     That's correct.

25         Q     How did you feel when you got home that

Page 124

1    night?

2         A    I don't remember.

3         Q    At some point before the hospitalization,

4    did you start to feel differently or feel bad, or

5    were you just taking your temperature out of an

6    abundance of caution?

7         A    No.  At some point I felt bad.  I would

8    say the first seven days maybe I felt bad.

9         Q    What do you mean when you say you felt --

10        A    Felt bad -- I felt --

11             MR. GOMEZ:  Don't interrupt her.  Let her

12        finish.

13        A    I'm sorry.  I'm sorry.  I didn't even

14   realize.

15        Q    We never realize we're doing it.

16        A    Okay.  Go ahead.

17             MR. GOMEZ:  She finished.

18        Q    What do you mean when you say you felt

19   bad?

20        A    I meant that I felt tired, I felt

21   nauseated somewhat, and I just didn't feel good.

22        Q    Did you have any other side effects other

23   than tiredness or fatigue and nausea that you can

24   think of?

25        A    When?

Page 125

1        Q    After that first --

2        A    Treatment?

3        Q    -- treatment before the hospitalization.

4        A    I can't think of any, no.

5        Q    Had your hair started to fall out at that

6   point yet?

7        A    No.

8        Q    So how often were you taking your

9   temperature?

10       A    I can't tell you.

11       Q    Every day?

12       A    I don't remember taking it every day.  I

13   remember taking it.  If I felt bad, I would take it,

14   but I can't say I would take it every day.

15       Q    So what led you, if I understand you

16   correctly, to go to the hospital was the fact that

17   your temperature had gone over whatever the number

18   was that they gave you that it shouldn't go over,

19   which you think might have been around 104?

20       A    I didn't go to the hospital.

21       Q    I'm sorry.

22       A    I didn't go to the hospital.  I went to

23   Kaiser's -- I think it's called Advance Care Center.

24   I think that's what it's called.

25       Q    Okay.  But was it your temperature reading

Page 126

1    that led you to go to Kaiser's Advanced Care Center?

2         A    Yes.

3              MS. MIMS:  I'm going to mark as Exhibit 5

4         Kaiser Glenlake 01829.

5              (WHEREUPON, Defendant's Exhibit-5 was

6          marked for identification.)

7    BY MS. MIMS:

8         Q    You see in the upper right-hand corner

9    that's dated 1/19/2015?

10        A    I see that.

11        Q    And does that sound about right for the

12   time when you went to the Kaiser -- well, let me

13   back up.

14             This says "Stonecrest Medical Office

15   Building."  Is that where you went after your

16   temperature was raised?

17        A    No.

18        Q    No, okay.

19             Do you see that this -- you see in the

20   middle of this there is an email, I believe, from

21   you to a Dr. Christopher Johnson?

22             Do you see that?

23        A    I see that.

24        Q    Who's Dr. Johnson?

25        A    He was my primary care physician.

Page 127

1      Q     So is this a visit to your primary -- is

2   this --

3      A     Stonecrest Medical?

4      Q     Yeah.

5      A     Yes.

6      Q     That's your primary physician's office?

7      A     That's correct.

8      Q     Okay.  And I'm going to read -- in the

9   middle of the page, does that reflect an email from

10  you sent to your primary care physician, Dr.

11  Johnson?

12     A     Yes.

13     Q     Do you generally communicate with Dr.

14  Johnson over email?

15     A     If I needed to, I did.

16     Q     I am going to read to you the first

17  sentence of that.

18           "Dr. Johnson, if you review my chart you

19  will see that a lot has happened since I left your

20  office via ambulance."

21           Do you see that?

22     A     I see that.

23     Q     What is that referring to?

24     A     When I went to Dr. Johnson's office, and I

25  don't remember what I went for, whether it was a

Page 128

1   follow-up visit, he did an electrocardiogram, I

2   think is what it's called, and he did not like what

3   he saw on that electrocardiogram, I think.

4        So he contacted Kaiser's ACC, or tried to

5   get in touch with a doctor at the ACC, to say what

6   he found, you know, from the electrocardiogram.  And

7   based on whatever they told him, they told him that

8   I needed to come to the ACC.

9        My plan was to drive, and I was told I

10  could not.  So I did go via ambulance to the ACC.

11       Q    When you were at Dr. Johnson's office and

12  you left via ambulance, were you there for a checkup

13  appointment?

14       A    I'm thinking I was, but I don't remember.

15       Q    But that visit was after you had started,

16  after that first infusion of chemotherapy, right?

17       A    That would be correct.

18       Q    And after they took you -- when you say

19  ACC, we're referring to Kaiser again?

20       A    Yes.

21       Q    Did they ever determine what was causing

22  the, you know, the EEG reading that Dr. Johnson was

23  concerned about?

24            MR. GOMEZ:  Objection; form.

25       A    The doctor on duty read the chart and made

Page 129

1    her notes as to what she thought about it, and I

2    don't think -- well, from her talking to me, if I

3    remember right, she could see why he would be

4    concerned, but it wasn't as bad as he thought it

5    was.

6              I believe I ended up staying there for

7    several hours, and I think I went home.

8         Q    So they did not keep you overnight?

9         A    No.

10        Q    I'm going to go on and continue reading in

11   your email.

12             "I had a second ride in the ambulance 5

13   days later which resulted in a 3 day stay at

14   Northside Hospital to treat a drop in my white blood

15   count."

16             Do you see that?

17        A    I see that.

18        Q    How did it come about that you had this

19   second ride in the ambulance five days later?

20             Is that what you were referring to earlier

21   about taking your temperature?

22        A    Yes.  In looking at this date, January

23   14th or 15th is when I, if I remember it right -- I

24   guess my first ride would have been there, and then

25   the next time I ended up actually going to the

Page 130

1   hospital based on taking my temperature and going to

2   the ACC.

3        Q    Okay.  And you went to the hospital from

4   home; is that correct?

5        A    No.  I went to the hospital from the ACC.

6        Q    From the ACC?

7        A    Yes.

8        Q    I see.  And that resulted in the three-day

9   stay?

10       A    That's correct.

11       Q    Why did they, if you know, decide to keep

12  you overnight when you went there?

13       A    I don't know other than them checking my

14  vitals.  I don't know.

15       Q    How did they treat you during that -- what

16  was their treatment plan during that three-day stay?

17       A    At the hospital?

18       Q    Yes.

19       A    They put me on antibiotics.  And I also

20  had to have Neupogen shots because of my white blood

21  count.  Those are the things I remember, antibiotics

22  and Neupogen.

23       Q    What doctor was treating you during that

24  stay?

25       A    I do not remember his name, but he was a

Page 131

1  Kaiser -- yeah, he was a Kaiser doctor but I don't

2  remember his name.

3      Q    Was a determination made as to what caused

4  that elevated increase in your body temperature?

5          MR. GOMEZ:  Objection to form.

6      A    No.  No.

7      Q    But during that three-day stay, is that

8  what you were being treated for?

9      A    I was being treated for -- I believe it's

10 called neupofin -- neutropenia, when your white

11 blood count goes to critical.

12     Q    Was it determined what caused your white

13 blood cell count to drop?

14     A    In talking to the doctor that saw me, he

15 said that the chemo caused it.

16     Q    And you were released after three days,

17 right?

18     A    Yes.

19     Q    At the point when you were released, was

20 your white blood cell count elevated?

21     A    It was back to where it --

22     Q    Back to normal?

23     A    -- needed to be.  Yes.

24     Q    And do you remember which physician told

25 you that the chemotherapy had caused your white

Page 132

1   blood cell count to drop?

2        A    That would have been the doctor on duty,

3   and I can't think of his name.

4        Q    Do you understand that there are risks

5   associated with white blood cell count dropping?

6        A    Yes.

7        Q    What are those risks?

8        A    Infections.

9        Q    And you understand that in severe cases,

10  if your white blood cell count drops and you get an

11  infection, that could ultimately lead to death,

12  right?

13            MR. GOMEZ:  Objection; form.

14       A    I don't know that for a fact.

15       Q    But you knew it was serious enough that

16  you had to be hospitalized for three days, right?

17       A    Correct.

18       Q    I'm going to read the next sentence where

19  I left off in your email.

20       A    Okay.

21       Q    Then you go on to write:  "I'm not sure

22  what to expect after this first round."

23            Do you see that sentence?  It's in the

24  middle of the paragraph.

25       A    Yes, I see that.

Page 133

1      Q    I'm sorry.  Let me back up because I
2   skipped a sentence.
3           "I am home now and have about a week
4   before my 2nd chemo treatment.  I am not sure what
5   to expect after this first round."
6           Do you see that?
7      A    Yes.  I see that, yes.
8      Q    What did you mean by that?
9      A    Well, if the first round put me in the
10  hospital, what's going to happen with the second
11  round?
12     Q    So it's fair to say you were pretty
13  concerned about, about chemotherapy treatment,
14  right?
15     A    That would be a true statement.
16     Q    Let me continue reading.
17          "I asked my oncologist before all this
18  began if I needed something for anxiety who I would
19  ask.  She said my PCP.  I am not sure what I can
20  take but I feel like I need something."
21          So are you emailing Dr. Johnson to ask him
22  for a medication to help you with the stress of the
23  chemotherapy?
24     A    That would -- I believe that's what I was
25  emailing him for.

Page 134

1     Q    Now, you even went on to get a second
2  round of treatment with chemotherapy, right?
3     A    Yes.
4     Q    And in fact you had five infusions total,
5  right?
6     A    That's correct.
7     Q    After this first round of chemotherapy --
8  which caused you to be hospitalized for three days,
9  right?
10    A    That's correct.
11    Q    -- and your white blood cell count to drop
12 and be at this risk for infections, why did you
13 decide to go ahead and continue with chemotherapy?
14    A    Because I felt that the benefits still
15 outweighed the risk.
16    Q    And the benefits being you were still
17 trying to beat this cancer, right?
18    A    That would be correct.
19    Q    And you were willing to go through all of
20 this if the chance was that you were going to beat
21 the cancer and ultimately survive, right?
22    A    That would be correct.
23    Q    Reading further on in your email:  "I know
24 that when dealing with cancer I should not be
25 concerned with the loss of my hair, well I'm not

Page 135

1    concerned however to see handfuls of hair just come

2    out when you comb it, is a bit emotional.  I will

3    get me a cute wig and keep moving.  It's just the

4    initial shock of it."

5              Did I read that correctly?

6        A    You did.

7        Q    So at this point, it's after your first

8    chemotherapy infusion, right?

9        A    That's correct.

10       Q    But before your second?

11       A    Correct.

12       Q    So at this point your hair has started to

13   fall out from looking at this email, right?

14       A    Correct.

15       Q    Can you tell me how much had fallen out at

16   this point?

17       A    I don't remember.  I think I said

18   handfuls.  I don't remember exactly how much.

19       Q    Do you know when it started to fall out?

20       A    I started seeing it on my pillow at the

21   hospital.  So let's say around the 17th of January I

22   did see a lot of hair on, on my pillow.  So I would

23   say then.

24       Q    And when you say "I know that when dealing

25   with cancer I should not be concerned with the loss

Page 136

1   of my hair," tell me what you mean by that.

2       A     Well, in dealing with cancer, losing my

3   hair, I felt that I did not need to be concerned

4   because my hair was going to grow back.  I needed to

5   focus on getting -- you know, beating this cancer.

6            So, you know, with the thought of, okay, I

7   lost my hair, but my hair is going to grow back

8   meant that I didn't need to make a big deal about

9   it.

10      Q    So at that time, seeing your hair --

11  losing your hair, it's coming out in clumps of your

12  head, and you're saying "I know that when dealing

13  with cancer I shouldn't be concerned about this,"

14  the cancer was the more important thing in your mind

15  at that time; is that fair to say?

16           MR. GOMEZ:  Objection as to form.

17      A     I won't say more important.  They were

18  both important.  Yeah, I would say they were -- it

19  was quite emotional to lose my hair, so that was

20  important.  And being rid of cancer was important

21  also.

22           So -- I will leave it at that.  I will

23  leave it at that.

24      Q    Was losing your hair more important than

25  beating the cancer and giving yourself the best

Page 137

1    chance to survive?

2        A    I wouldn't say that.

3        Q    Did Dr. Johnson ever prescribe you

4    anything for anxiety?

5        A    I don't remember that he did.

6        Q    Did you -- now, this is an email that your

7    sending to Dr. Johnson, right?

8        A    Yes.

9        Q    Did you ever go in and see him after this

10   chemotherapy visit because of the anxiety or

11   anything else?  And I'm talking about before your

12   second chemotherapy visit.

13       A    I don't remember seeing him, no.

14            MS. MIMS:  Let's go off for a minute.

15            THE VIDEOGRAPHER:  Off the record at

16       11:39.

17            (A luncheon recess was taken.)

18            THE VIDEOGRAPHER:  We are back on the

19       record at 12:35.

20   BY MS. MIMS:

21       Q    Ms. Mills, right before we broke for

22   lunch, we were talking about your chemotherapy

23   treatment and we were still around the first

24   infusion time, and I want to talk about what

25   followed from there.

Page 138

1             Let me ask you a general question first.

2     Putting the hair loss aside, any issues related to

3     your hair, can you tell me all of the side effects

4     that you experienced from chemotherapy?

5          A    Yes.  I've experienced neuropathy.  I

6     experienced nail -- fingernail infections.

7                 No mouth sores.

8                 I did have a little scalp tenderness,

9     nausea, low white blood count, low red blood count,

10    tiredness.

11                Did I say nausea already?  Nausea.

12                That's about what I can remember.

13         Q    Other than the low white blood cell count

14    you had after the first infusion that you were

15    hospitalized for, which we've already discussed, did

16    you ever experience that again?

17         A    No, because when I left the hospital they

18    put me on a Neupogen regimen, which I did, I believe

19    after each treatment or before, I can't remember,

20    but I had to give myself Neupogen shots.  So I was

21    good.

22         Q    You also mentioned neuropathy, right?

23         A    Yes.

24         Q    What do you understand neuropathy to be?

25         A    Nerve damage.

Page 139

1        Q    And before beginning your treatment with

2    chemotherapy, were you aware that neuropathy might

3    be a possible side effect?

4        A    Not really.

5        Q    How do you know that you experienced nerve

6    damage as a side effect of chemotherapy?

7        A    Because I did not have the tingling in my

8    hands and feet prior to having chemo.

9        Q    When did that begin?

10       A    About after the third treatment.

11       Q    And tell me what your symptoms were?

12       A    The symptoms were and are tingling in my

13   hands and feet constantly.

14       Q    You said "and are."  Did that ever

15   resolve?

16       A    No.

17       Q    Did it ever change in intensity or

18   frequency?

19       A    No.

20       Q    So from approximately your third

21   chemotherapy infusion through to today you

22   experience tingling in your hands and feet?

23       A    That's correct.

24       Q    And that is an ongoing basis?

25       A    It is.

Page 140

1      Q    You also mentioned nail infections.  When

2   did that begin?

3      A    I would say around the third treatment

4   also.

5      Q    How did you know you had nail infections?

6      A    Well, my fingernails, you could actually

7   see down in the nail bed.  The nail bed was actually

8   separating from -- well, this part of my hand, and

9   my nails were very, very sore.

10          As time progressed, my fingernail on my

11   little finger on my right hand actually came off,

12   and I ended up going to Kaiser ACC when that nail

13   came off.

14      Q    Now, do you remember earlier I showed you

15   a medical record in which it listed the potential

16   side effects of chemotherapy?

17      A    Yes.

18      Q    And neuropathy was one of those listed,

19   right?

20      A    Yes.

21      Q    But you don't have any recollection of

22   anybody ever discussing that with you as a potential

23   side effect, right?

24      A    No.

25      Q    And problems with your skin and nails was

Page 141

1    also listed as a potential side effect, right?

2        A    Yes.

3        Q    Do you have any recollection of whether

4    anybody ever discussed that with you as a potential

5    side effect?

6        A    I do not.

7        Q    And you never read that anywhere as a

8    potential side effect?

9        A    I don't remember reading it, no.

10       Q    Eventually, the nail infection resolved,

11   right?

12       A    Eventually, yes.

13       Q    When did that begin to resolve?

14       A    Once I finished chemo.

15       Q    How long after you completed chemo did it

16   begin to resolve?

17       A    I can't give you the exact time frame.

18       Q    Now, you also mentioned scalp tenderness.

19   Tell me when you began to have an issue with scalp

20   tenderness.

21       A    Once -- I'm sorry.

22       Q    Go ahead.

23       A    Once all of my hair was gone, I noticed

24   some scalp tenderness.  Probably around the third

25   treatment.

Page 142

1      Q     Did that ever resolve?

2      A     Yes.  That wasn't lasting.

3      Q     How long did that last?

4      A     I would say maybe a month.

5      Q     When you say you noticed some tenderness,

6    can you be more specific about that?

7      A     As far as my scalp?

8      Q     Yes.

9      A     I noticed to the touch it was sore.

10     Q     So was it sore to even a light touch?

11     A     I don't know.

12     Q     How long after you stopped treatment with

13   chemotherapy did that resolve?

14     A     I would say -- well, I won't guess.  I

15   don't know.  I don't know.

16     Q     You also mentioned nausea as a side

17   effect, right?

18     A     Correct.

19     Q     And nausea you said you knew could be a

20   potential side effect, right?

21     A     Yes.

22     Q     When did that begin?

23     A     After my first treatment.

24     Q     How long would that last?

25     A     It was throughout treatment.  However, if

Page 143

1    I took the drug that I had been prescribed for the

2    nausea, in time I could sort of combat it.  And I

3    can't remember the name of the drug.

4         Q    After you competed chemotherapy treatment,

5    the nausea resolved?

6         A    Yes.

7         Q    You also mentioned low red blood cell

8    counts, right?

9         A    Correct.

10        Q    How do you know that you have low red

11   blood cell counts?

12        A    Because my oncologist or the PA told me.

13        Q    Did they do anything to treat that?

14        A    I got the blood transfusion.

15        Q    When did you learn that you had a low red

16   blood cell count as a result of the chemotherapy

17   treatment?

18        A    I don't remember the date.

19        Q    Did you have any symptoms associated with

20   the low red blood cell count?

21        A    I felt very tired and there was some

22   shortness of breath.

23        Q    And was it you who initiated contact with

24   a doctor to get a test to do your red blood cell

25   count, or was that done with --

Page 144

1        A       This was --

2        Q       -- monitoring of it?

3        A       Sorry.

4        Q       Go ahead.

5        A       This was a follow-up to one of my chemo

6   infusions.  They would go over my -- not they, but

7   the oncologist or PA would go over my blood work.

8        Q       To your knowledge, did the blood

9   transfusion resolve the issues with your red blood

10  cell count?

11       A       It helped tremendously.

12       Q       And what about fatigue, when did that

13  begin?

14       A       The fatigue began right after the first

15  chemo treatment.

16       Q       How long did that last?

17       A       I would say about a week and a half.

18       Q       So by the time of your second chemotherapy

19  infusion, you were no longer fatigued?

20       A       No.  I was feeling somewhat normal by the

21  time I had the second, and -- well, yeah, by the

22  time I had the second, the fatigue was not totally

23  gone but it wasn't as bad as it was when I first had

24  the first treatment.

25       Q       What was the intensity of the fatigue

Page 145

```
1    during the first treatment?  Could you get out of

2    bed?  Could you not walk around?  Can you tell us a

3    little bit more about how fatigued exactly you were?

4         A    I could physically walk.  I could get out

5    of the bed okay.  I just felt tired.  I can't really

6    describe it to you but it was a feeling of just

7    tired.

8         Q    And did that feeling ever come back to

9    that level of tiredness?

10        A    From what I remember, after I had my

11   second treatment, the bounce-back that I had had

12   with the first, it didn't happen.  I was still

13   feeling -- where I was expecting maybe halfway

14   through like I did with the first that I would feel

15   better, not my best but feel better, with the second

16   I didn't feel better.

17             I was still tired and I believe at that

18   point when I had my visit with my oncologist or the

19   PA, and I don't remember which one I saw, that's

20   when it was determined that I'm feeling so tired

21   because I had anemia.  I was anemic.

22        Q    And was anything done to treat the anemia?

23        A    The blood transfusion.

24        Q    The blood transfusion?

25        A    Uh-huh.  (Affirmative.)
```

Page 146

1        Q    The blood trans -- when did the blood
2    transfusion happen in terms of what cycle of
3    chemotherapy you were on?
4        A    I'm -- I'm sorry.
5             I'm thinking after the second.  I'm sure
6    it was after the second.
7        Q    So by the time of your -- it was after the
8    second but before the third chemotherapy infusion?
9        A    I'm not really sure but I know it was
10   after the second.
11       Q    By the time of your third blood
12   transfusion, had the fatigue resolved again?  Did
13   you bounce-back?
14       A    You said third blood transfusion?
15       Q    I'm sorry.  Third chemotherapy, third
16   chemotherapy treatment.
17       A    Had I bounced back?
18       Q    Uh-huh.
19       A    I was better.  But as far as saying I was
20   great, I wasn't feeling great.
21       Q    So the fatigue never completely resolved
22   during your chemotherapy treatments, right?
23       A    I would say no.
24       Q    During this period of time, when you're
25   receiving -- when you're going through your

Page 147

1    chemotherapy treatment, how often were you seeing

2    your oncologist?  And that would have been Dr.

3    Shefali, right?

4         A    Or her PA.

5         Q    Or her PA?

6         A    I am not sure.

7         Q    Did you have regular follow-ups to go to

8    the oncologist after chemotherapy infusions before

9    the next one, or how did that work?

10        A    I believe I did.  I believe I did but I'm

11   not absolutely sure but there were follow-ups.

12        Q    During those follow-ups, would you always

13   meet with Dr. Shefali or would sometimes you just

14   meet with the PA?

15        A    Sometimes I just met with the PA.

16        Q    I'm sorry, but I know I asked you this

17   earlier this morning.  Do you remember what the name

18   of the PA was?

19        A    You asked and I don't remember.

20        Q    I did?  Okay.

21        A    Yeah.

22        Q    This morning you had expressed that at

23   some point you had decided you were going to switch

24   oncologists and gave some examples of some things

25   that you were unhappy with with Dr. Shefali.  Do you

Page 148

1   remember that?

2       A    I remember that, yes.

3       Q    Did that -- do you remember if any of

4   those examples occurred while you were still

5   receiving chemotherapy treatment?

6       A    I don't have any new ones to add to what I

7   already said.

8       Q    Okay.  Let me clarify.  I'm trying to

9   figure out the time frame at which you first started

10  becoming unhappy with Dr. Shefali and considering

11  maybe getting a new oncologist.

12           Had your chemotherapy been completed at

13  that time, when you thought maybe I'm going to look

14  for a new oncologist?

15      A    Yes.  Let me -- let me rephrase that.

16           I was thinking about it before I

17  completed.  So I would say somewhere between the

18  fourth and fifth maybe treatment I was thinking that

19  I was going to change.

20      Q    And was that because some of the examples

21  that you gave this morning had started to occur?

22           For instance -- let me add to that.

23           One of the examples that you gave had to

24  do with your blood transfusion, right?

25      A    Yes.

Page 149

1      Q    And your blood transfusion happened around

2   your second and third chemotherapy treatments,

3   right?

4      A    That's correct.

5      Q    And that was something that at the time

6   you were unhappy with Dr. Shefali, that her PA is

7   the one that recommended that you might need a blood

8   transfusion, is that --

9      A    That's correct.

10     Q    Is that an accurate representation of your

11  testimony this morning?

12     A    Yes.

13     Q    Okay.  Now, your unhappiness with Dr.

14  Shefali didn't have anything to do with her

15  recommended chemotherapeutic regimen for you, did

16  it?

17     A    No.

18     Q    So you never questioned Dr. Shefali's

19  recommendation with respect to your chemotherapeutic

20  regimen, right?

21     A    Dr. Shefali and I had a conversation at --

22  during one of my visits because I was having so many

23  side effects from the chemo.  We had a -- I don't

24  know whether it was verbal or written, I don't

25  remember, but we did have a conversation about the

Page 150

1   number of side effects I was having, and she

2   mentioned that she might cut my dosage.  And I don't

3   know at which treatment that happened, but she told

4   me -- so I guess we did have a verbal conversation

5   -- that she met with other oncologists about my case

6   and that they might recommend changing the dosage,

7   but the dosage was never changed.  So I continued

8   with the original plan.

9        Q    Do you remember which chemotherapeutic

10  regimen you were on at the time that she said we

11  might consider changing the dosage?

12       A    I don't remember exactly, no.

13       Q    And do you know what she meant when she

14  said we might consider the dosage, in terms of was

15  it one chemotherapeutic drug or both

16  chemotherapeutic drugs or --

17       A    No, I don't know what she meant.

18       Q    Did you ever follow up with her comment

19  about changing the dosage?

20       A    No.

21       Q    Tell me about the conversation that you

22  had with her with respect to all of the side effects

23  that you were having from chemotherapy?

24       A    By my fifth chemo infusion I believe I

25  sent her an email to tell her that I had decided

Page 151

1    that I would not take the sixth, and she responded

2    that it's recommended that you take six, however

3    because I have had so many side effects it's

4    understandable.

5             And those may not be not have been her

6    exact words.

7             The fact that I was going to be on

8    Herceptin for the rest of the year, I was still

9    being treated but just not with the Taxotere, the

10   Carboplatin.  And I did make the decision not to

11   have the sixth.  But I did stay on Herceptin.

12       Q    Other than telling you it wasn't

13   recommended but that you were still going to be on

14   the Herceptin, do you remember any other

15   conversation about your decision not to take the

16   sixth treatment of chemotherapy?

17       A    No.

18       Q    Did you discuss that decision with anyone

19   else?

20       A    My husband.

21       Q    Tell me about that discussion.

22       A    I told him that because I was so sick and

23   with all of the side effects I was thinking of not

24   having the sixth infusion.

25       Q    Were you worried that by choosing to

Page 152

1   forego on the sixth chemotherapy infusion that you'd

2   be putting yourself at a higher risk for not getting

3   rid of all of the cancer?

4        A    I was not.

5        Q    You were not.  Why not?

6        A    Because I felt that the Herceptin being a

7   targeted -- the targeted drug for the HER2, I felt

8   that the five that I had taken had done something.

9   I did not feel that No. 6 was going to be a deal

10  breaker.

11       Q    Was there any medical professional who

12  told you that?

13       A    No.

14       Q    That was a decision you came to on your

15  own?

16       A    Exactly.

17       Q    And I want to make sure I have this

18  correctly.  You thought that the five chemotherapy

19  treatments that you had were probably sufficient and

20  that you just didn't need to take the sixth and you

21  were going through too many side effects, correct?

22       A    That's correct.

23            MS. MIMS:  I'm going to mark Exhibit 6.

24            (WHEREUPON, Defendant's Exhibit-6 was

25        marked for identification.)

Page 153

1    BY MS. MIMS:

2        Q     Exhibit 6 is Kaiser Glenlake 02419 through

3    02420.

4              And if you see in the upper right-hand

5    corner, do you see the date 4/9/2015?

6        A     I do.

7        Q     I'm going to read about the middle of the

8    page where the text starts.  You see where it says

9    "patient says she's on her way to Conyers"?

10       A     Okay.

11       Q     Okay.  "She said the nurse told her the

12   doctor at Conyers does not know what to do.  She

13   said the nail is about to come off on her right

14   pinky finger.  The area under the nail is swollen.

15   She states it looks like a blister."

16             Now, is that the conversation you were

17   referring -- where we had earlier, where you talked

18   about your nail on your right hand getting ready to

19   fall off?

20       A     Yes.

21       Q     I'll continue reading.

22             "Dr. Shah's e-mail read to patient.

23   Patient states she does not want to take the sixth

24   cycle of chemotherapy."

25             Did I read that correctly?

Page 154

1       A     I missed where you were.  I'm sorry.

2       Q     That's okay.

3       A     I got it.  I see it.  Uh-huh.

4             You read it correctly.

5       Q     Okay.  I'm going to go ahead and read

6   underneath where it says "N Shah."

7             I'm sorry, for the record, is Dr. -- is

8   Dr. Shefali, is it Dr. Shefali or Dr. Shah?  Do you

9   know which one is her first name?

10      A     Shefali Shah.  I believe that's -- I think

11  Shefali is her first name.

12      Q     It's actually Dr. Shah?

13      A     Uh-hum.  (Affirmative.)

14            MR. BERMAN:  Was that a yes?

15      A     I'm sorry.  Yes.

16      Q     I'm going to read underneath where it says

17  "Not Read."

18            "It is recommended that you take the full

19  6 cycles, however, you have had several side effects

20  and have completed 5 cycles which is good.  The

21  majority of your benefit will come from the

22  Herceptin which we will continue for one full year.

23  I will leave it up to you; let me know your

24  thoughts."

25            Did I read that correctly?

Page 155

1       A    Yes, you did.

2       Q    And does this record refresh your

3   recollection of when it was that you stopped,

4   decided not to have the sixth cycle of chemotherapy?

5       A    It does.

6       Q    So as of April 9, 2015, you had had five

7   cycles of chemotherapy, right?

8       A    That's correct.

9       Q    And this is the point at which you decided

10  not to go on to the sixth one?

11      A    That's correct.

12      Q    Now, other than your husband and Dr. Shah,

13  Shefali Shah, did you discuss your decision not to

14  proceed with the last chemotherapeutic infusion with

15  anyone else at all?

16      A    Ms. Evans.

17      Q    Tell me about that discussion.

18      A    I basically told her that I had decided

19  not to have the No. 6 because I just felt so sick.

20      Q    And what did she say?

21      A    I understand.

22      Q    Did she give you any advice one way or the

23  other as to whether you should proceed with the

24  chemotherapy?

25      A    No.

Page 156

1        Q    During the period of time you were

2   receiving chemotherapy treatment, tell me who, other

3   than medical professionals, you would see during

4   that period, and your husband?  Other than any

5   medical professionals and your husband?

6        A    Other than --

7        Q    Were there any family members or friends

8   that you saw during that period of time?

9        A    I saw my children occasionally but

10  basically I kept people at bay.  Because of the

11  infection risk, I kept my grandchildren at bay also.

12           And because of the way I felt and looked,

13  I didn't have a lot of interaction with people,

14  friends either, no.

15       Q    When you say because of the way you felt,

16  do you mean because of the side effects that you

17  were having of fatigue, nausea?

18       A    The side effects, the fatigue, the nausea.

19  Plus I lost weight also.  I hadn't mention that but

20  I did lose about maybe 20 pounds, and I just didn't

21  feel good about myself.  So I didn't really want to

22  be around anybody.

23       Q    How often did you see your children during

24  that period of time?

25       A    I can't tell you.  I don't know.

Page 157

1      Q     Would they -- when you saw them, was it

2   because they came to the house to visit you, or did

3   you go to see them?

4      A     They would come to the house to visit.

5      Q     Which children did you see during that

6   period of time?

7      A     Vicarro, I saw him.  He was actually

8   living with us at the time.  And I saw Brian, but I

9   can't tell you the frequency that I saw Brian.

10     Q     Was Vicarro living with you during the

11  entire period you were getting chemotherapy?

12     A     I believe he was.  I think he was.

13     Q     Does Vicarro still live with you?

14     A     No.

15     Q     When is the last time he lived with you?

16     A     It's probably been about a year ago, a

17  year or longer.

18     Q     When did he -- well, prior to him moving

19  out a year or so ago, how long had he been living

20  with you?

21     A     I don't remember.  I don't remember.

22     Q     Prior to a year ago, is that -- had he

23  been living with you continuously since you had

24  received chemotherapy treatment?

25     A     Since -- repeat that.

Page 158

1      Q    You said Vicarro lived with you up until
2   about a year or so ago?
3      A    Uh-hum.  (Affirmative.)
4      Q    Right?
5      A    Yes.
6      Q    So that puts us back to 2017.
7      A    Okay.
8      Q    Okay?
9      A    Okay.
10     Q    Like the spring of 2017?  Is that fair?
11     A    Okay.
12     Q    And you had chemotherapy starting in
13   January 2015, right?
14     A    Correct.
15     Q    Was Vicarro living with you continuously
16   from January 2015 until the time he moved out last
17   year in 2017?
18     A    Yes.
19     Q    All right.  Let's -- I want to go back now
20   to talking about the hair loss you experienced
21   during chemotherapy, and we've looked at a record
22   that indicated, after your first treatment with
23   chemotherapy, your hair started falling out in
24   clumps, right?
25     A    Correct.

Page 159

1      Q    And you also testified that you noticed
2  after that first treatment with chemotherapy you
3  would see hair on your pillow, right?
4      A    That's correct.
5      Q    By the time of your second treatment with
6  chemotherapy, did you still have any hair at that
7  point?
8           And I want to clarify to say I'm just
9  talking about the hair on top of your head.
10     A    By the time I had the second treatment, I
11 still had hair, yes.
12     Q    How much hair had fallen out by the time
13 of your second treatment, if you had to guess?
14 Would you say it was 50 percent or less?
15     A    I would say 50 percent.
16     Q    Did you have any expectations as to when
17 your hair would begin falling out?
18     A    No.
19     Q    So no one had discussed that with you?
20     A    No.
21     Q    But we discussed earlier that you knew
22 that your hair was going to come out, right?
23     A    True.
24     Q    Did you have a plan as to how you were
25 going to deal with your hair falling out physically?

Page 160

1          Did you plan to shave your head or did you
2    plan to purchase wigs?  Did you have any plan in
3    mind?
4          A    I did.
5          Q    What was that?
6          A    The plan was to buy a wig, which I did.
7          Q    When did you buy a wig?
8          A    I can't tell you when, but it would have
9    been after most of my hair was gone.  I would say 80
10   percent was gone.
11         Q    At what point -- when was 80 percent of
12   your hair gone?
13         A    I can't remember exactly.
14         Q    Was it before your chemotherapy treatment
15   had ended?
16         A    Oh, yes.
17         Q    So it was before your fifth chemotherapy
18   treatment that 80 percent -- all of your hair was
19   gone?
20         A    Yes.
21         Q    So by the time of your fifth, when -- or
22   shortly after your fifth, where you're deciding not
23   to go on to your sixth chemotherapy treatment, was
24   100 percent of your hair gone at that point?
25         A    Yes.

Page 161

1      Q     And you were wearing wigs at that point?

2      A     Wigs, scarfs and turbans.

3      Q     And it's fair to say that you knew that

4  chemotherapy had caused your hair to fall out,

5  right?

6      A     Yes.

7      Q     Now, we were just discussing the hair loss

8  that you experienced on your head, right.  Did you

9  also experience hair loss on other parts of your

10 body?

11     A     Yes.

12     Q     Tell me where.

13     A     My eyelashes, my eyebrows, my underarm, my

14 nose, the pubic area, arms, legs.  All over.  All

15 over, actually.

16     Q     When did that hair loss begin?

17     A     I can't tell you exactly.

18     Q     Was it around the time that your -- that

19 the hair loss on your head started falling out?

20     A     I think so but I don't know for sure.

21     Q     Let's start with your eyebrows.  Did all

22 of your eyebrows fall out?

23     A     Yes.

24     Q     And were all of your eyebrows gone again

25 by the time you stopped chemotherapy, by the time

Page 162

1    that discussion in April of 2015, when you were

2    deciding whether to proceed with the sixth infusion?

3         A    Yes.

4         Q    And how about your eyelashes, were they

5    all gone by April of 2015?

6         A    Yes.

7         Q    And the hair on your arms -- the other

8    body hair, was that all gone by April 2015?

9         A    Yes.

10        Q    That includes the pubic hair?

11        A    Yes.

12        Q    So that was -- and the nose hair, does

13   that include the nose hair?

14        A    Yes.

15        Q    So all of the hair was gone by April 2015?

16        A    Yes.

17        Q    Did that hair gradually fall out or was

18   that in patches like your hair?  Do you remember

19   that?

20        A    I don't remember how it fell out.  I don't

21   remember.

22        Q    Now, let's start with your eyebrows.  Did

23   they ever grow back?

24        A    No.

25        Q    So as you sit here today, none of your

Page 163

1    eyebrow hair has grown back?

2         A    No.

3         Q    How about your eyelashes?

4         A    I have some.  So, yes.

5         Q    What percentage of your eyelash hair would

6    you say has grown back since chemotherapy?

7         A    30 percent.

8         Q    When did your eyelashes start to grow

9    back?

10        A    I don't remember when.

11        Q    When did your eyelashes become the point

12   at which they are today, the 30 percent at which

13   they are today?

14        A    I can't tell you.  I don't remember.

15        Q    Has it been 30 percent for more than a

16   year?

17        A    Yes.

18        Q    So your eyelashes haven't grown any more

19   in more than a year?

20        A    Correct.

21        Q    Has it been more than two years?

22        A    Yes.

23        Q    And how about the hair on your body in

24   terms of underarm hair?

25        A    I meant to mention that.  I have no

Page 164

1    underarm hair.

2         Q     Okay.

3         A     It did not grow back.

4         Q     That did not grow back?

5         A     No.

6         Q     How about the hair on your arms and legs?

7         A     I have a little.

8         Q     What percentage would you say that you

9    have of your body hair that's on your arms and legs?

10        A     I can't put a percentage on it.  I don't

11   know.

12        Q     Is it less than 50 percent of what it used

13   to be?

14        A     Since I'm -- I wasn't and am not a hairy

15   person, I don't know.  I don't know.

16        Q     And the hair that has grown back on your

17   arms and legs, to the extent, to the point at which

18   it is today, how long has it been at that point?

19   Has that also been more than two years?

20        A     Yes.

21        Q     Did you ever -- did any of your pubic hair

22   ever grow back?

23        A     It did.

24        Q     What percentage would you say that was?

25        A     About 50.

Page 165

```
 1        Q    50?

 2        A    Yeah.

 3        Q    And at what point did that reach 50

 4    percent regrowth?

 5        A    I don't remember.

 6        Q    Has that also been more than two years?

 7        A    Yes.

 8        Q    In terms of the hair on your head, has any

 9    of it grown back?

10        A    Yes.

11        Q    What -- how would you define the percent

12    that has grown back?

13        A    One.

14        Q    One percent?

15        A    Yes.

16        Q    And how long has it been at the one

17    percent?

18        A    More than two years.

19        Q    When did it start to grow back?

20        A    I don't remember.

21        Q    Has any medical provider ever told you

22    that your hair loss, and I mean your hair loss

23    anywhere on your body, is permanent?

24        A    No.

25        Q    If no medical provider has ever told you
```

Page 166

```
 1    that, what leads you to believe it's permanent?
 2        A    The fact that it hasn't grown back in two
 3    years.
 4        Q    Have you sought --
 5             MS. MIMS:  Strike that.
 6    BY MS. MIMS:
 7        Q    Did you have an expectation that all of
 8    your hair would fully regrow to be the same as it
 9    was before you began treatment with chemotherapy?
10        A    I did.
11        Q    Why did you believe that?
12        A    I had no reason not to believe it.  I had
13    hair before chemo, so once chemo was finished I
14    expected that I'd have hair again, once I finished
15    my treatment.
16        Q    You did know that hair loss was a risk of
17    chemotherapy, right?
18        A    Yes.
19        Q    And did Dr. Shah -- you're going to have
20    to remind me.  Was that something you discussed with
21    Dr. Shah?
22        A    What was something?
23        Q    Hair loss.
24        A    Yes.
25        Q    Did Dr. Shah ever tell you that your hair
```

Page 167

1    absolutely was going to grow back?

2        A    No.

3        Q    Did you ever discuss with Dr. Shah that

4    your hair might grow back to be a different texture?

5        A    No, we did not discuss that.

6        Q    Did you ever discuss with Dr. Shah that

7    your hair might be thinner?

8        A    No.

9        Q    So your recollection of your discussion

10   with Dr. Shah about, about the risk of hair loss is

11   that hair loss was a risk?

12       A    Yes.

13       Q    And that's period?  That was your entire

14   discussion, right?

15       A    That's all I remember.

16       Q    And do you remember any discussions with

17   anyone else about the risk of hair loss?

18       A    Other than Gloria, Ms. Evans, and my

19   husband.

20       Q    Okay.  Let's stick with the medical

21   providers --

22       A    No.

23       Q    -- that were treating you.

24       A    Okay.

25       Q    Other than your conversation with

Page 168

1    Dr. Shah, did you discuss with anyone else the risk
2    of hair loss?
3         A    No.
4              MR. GOMEZ:  Any medical providers?  That's
5         what --
6              MS. MIMS:  What did I say?
7              MR. GOMEZ:  You said anyone else.
8              MS. MIMS:  Oh, I meant medical providers.
9         I'm sorry, I thought I said that.
10        A    No.
11        Q    When Dr. Shah told you that hair loss was
12   a risk of chemotherapy, did you have an assumption
13   that your hair would grow back?  Because you said
14   she never told you that it would grow back, right?
15        A    I did have an assumption that it would.
16        Q    Why did you have that assumption?
17        A    I had that assumption because there was a
18   person in my church that was completely bald.  I did
19   not know her personally, but I saw her go from
20   having hair to not having hair.  She did share with
21   the church that she was going through chemo and she
22   has hair now.  I can't tell you when her hair grew
23   back.  I can't tell you what treatment.  I know
24   nothing about what treatment or drug she was on.  I
25   just know she was completely bald.  She was -- she

 1   did have breast cancer and she was taking chemo and

 2   radiation and her hair did grow back.  When it grew

 3   back, I don't know, but she has hair.

 4       Q     And that person from your church that you

 5   saw go through this cycle of hair loss and hair

 6   growth, that was all before you had chemotherapy

 7   treatment, right?

 8       A     Yes.

 9       Q     Do you remember her name?

10       A     No.

11       Q     Did you ever have a discussion with her

12   about her cancer --

13       A     No.

14       Q     -- treatment?

15       A     No.

16       Q     Did you ever ask her about her hair loss,

17   either before or after you went through treatment?

18       A     No.

19       Q     So was that the only reason that you

20   thought yours would grow back, was because your

21   experience of seeing this other church -- member of

22   your church?

23       A     Yes, and back to Geri, who passed away,

24   she told me that she lost her hair.  We did not talk

25   about her treatment.  When I met her, she had hair.

Page 170

1        Q    Do you know when Geri finished her

2   chemotherapy treatment for her recurrence?

3        A    No, I don't.

4        Q    If you had made the assumption that your

5   hair was going to grow back, when it didn't grow

6   back why didn't you follow up with any of your

7   oncologists or other medical providers as to why

8   your hair wasn't growing back?

9        A    I don't know.

10        Q    And to this day you still haven't asked

11   them, right?

12        A    I have not.

13        Q    And did you ever complain about your hair

14   not growing back to any of your medical providers?

15        A    No.

16        Q    Did you ever complain to anyone else, any

17   family member or friends, about your hair not

18   growing back?

19        A    No.

20        Q    Was that because you assumed it was

21   chemotherapy that caused it?

22        A    Ask your question again, please.

23        Q    Did you not complain or ask about your

24   hair not growing back -- let's start with medical

25   professors -- professionals.

Page 171

1          When your hair hadn't grown back after

2     chemotherapy and you had seen Geri, who you knew had

3     cancer and went through chemotherapy and her hair

4     had come back, and you had seen your other church

5     member who had gone through chemotherapy and her

6     hair had come back, and now you've gone through

7     chemotherapy and your hair hasn't grown back --

8     right?

9          A     Right.

10         Q     -- so were you concerned about that?

11         A     I was.

12         Q     If you were concerned, my question is, why

13    didn't you ask anyone why is my hair not growing

14    back?

15         A     I don't know why.  I do not know why.

16         Q     Could it have been because you knew that

17    the chemotherapy or assumed that's what was causing

18    your hair not to grow back?

19         A     No.

20         Q     Why not?

21         A     I would say that after a year and a half,

22    or whatever time frame had gone by, and my hair had

23    not grown back, I assumed that it wasn't going to

24    grow back.

25         Q     So because you assumed it wasn't going to

Page 172

1    grow back, you didn't feel it was necessary to ask

2    anyone about the hair growth?

3         A    No, I did not.

4         Q    And you just didn't feel there was

5    anything you could do?

6         A    Right.  Yes.

7         Q    Was part of the reason that you didn't

8    complain to anyone about your hair not growing back

9    because of the fact that you're still here and alive

10   today?

11        A    No.

12        Q    Do you believe that the chemotherapy may

13   have had an impact on your survival?

14        A    I believe --

15             MR. GOMEZ:  Objection to form.

16             Go ahead.

17        A    I believe the chemotherapy, my doctors,

18   and God all played a part in me still being here.

19        Q    So you do agree that the chemotherapy

20   played a role in that?

21        A    I do.

22             MS. MIMS:  I'm going to mark Exhibit 7.

23        Defendant Exhibit 7, which is titled "Fourth

24        Amended Plaintiff Fact Sheet."

25             (WHEREUPON, Defendant's Exhibit-7 was

Page 173

1          marked for identification.)

2     BY MS. MIMS:

3          Q    Do you recognize that document?

4          A    Yes, I do.

5          Q    Earlier this morning I had asked you if

6     you had reviewed any documents in preparation for

7     the deposition, and one of the things you mentioned

8     was your Plaintiff's Fact Sheet.

9               Do you remember that?

10         A    Yes, I do.

11         Q    Was this the document you reviewed in

12    preparation for your deposition here today?

13         A    Yes.

14         Q    In reviewing this before your deposition

15    today, were there any particular sections that you

16    focused on, or did you review the entire document?

17         A    I reviewed the entire document.

18         Q    Did you fill this document out?

19         A    I did.

20         Q    You typed in the information?

21         A    No.  I handwrote the information.

22         Q    Okay.  And someone else typed it up for

23    you; is that right?

24         A    I sent it in to the attorneys.

25         Q    Now, I'd like to walk through it a little

Page 174

1    bit, okay?

2        A    Okay.

3        Q    There are page numbers on the bottom.

4             On Page 2, 1684 Brentwood Xing, Southeast,

5    that's listed as your address, right?

6        A    Yes.

7        Q    And that's your current address today?

8        A    Yes.

9        Q    How long have you lived there?

10       A    19 years.

11       Q    And has your husband lived there with you

12   continuously for those 19 years?

13       A    Yes.

14       Q    Can you walk through that time frame and

15   tell me who else has lived in the house with you and

16   your husband?

17       A    Well, my stepson lived there briefly.  I

18   can't tell you when, but he did live there briefly.

19       Q    Which stepson?

20       A    Vic, Jr.  Victor, Jr.

21       Q    Do you remember whether that was before or

22   after your cancer diagnosis?

23       A    Oh, that was way before.

24       Q    Okay.

25       A    Antoine lived there, my youngest son.

Page 175

1    Vicarro, my middle son.  Brian, briefly.

2        Q    Let's, let's --

3        A    And Montrelle.  She lived there also.  I

4    forgot about her.

5        Q    What years did Brian live at this address

6    with you?

7        A    I cannot tell you.  I don't remember.

8        Q    Do you know whether it was before or after

9    your cancer diagnosis?

10       A    Before.

11       Q    Now, we discussed Vicarro a little bit,

12   and we discussed that he lived with you at the time

13   of your cancer diagnosis up until about a year ago.

14   Right?

15       A    That's correct.

16       Q    Were there any other points at which he

17   lived with you?

18       A    No.

19       Q    And how about Montrelle?

20       A    She lived with us when we first moved

21   there 19 years ago.

22       Q    And I'm sorry --

23       A    Lavaencier?

24       Q    Yes.

25       A    I'm sorry.  She never lived with us.

```
                                          Page 176

 1             MS. MIMS:  Can we take a quick break to go

 2        off the record.

 3             THE VIDEOGRAPHER:  Off the record at 1:30.

 4             (A recess was taken.)

 5             THE VIDEOGRAPHER:  We're back on the

 6        record at 1:37.

 7   BY MS. MIMS:

 8        Q    All right, Ms. Mills, turning -- let's

 9   turn back to your Plaintiff's Fact Sheet, and I'm

10   looking at Page 3.

11        A    Okay.

12        Q    Under question No. 4, for college you have

13   checked both the AA box and the BA/BS box.

14             Do you see that?

15        A    Yes.

16        Q    Did you graduate from college?

17        A    I did.

18        Q    What year?

19        A    1974.

20        Q    Where did you attend college?

21        A    Morris Brown College here in Atlanta.

22        Q    Morris Brown?

23        A    Uh-huh.  M-O-R-R-I-S.

24        Q    Was that the only college that you

25   attended?
```

Page 177

1      A    Yes.

2      Q    What did you study there?

3      A    Elementary education.

4      Q    And then did you go on to teach?

5      A    No.  I was currently working for the phone

6  company and I continued my employment there.

7      Q    Which phone company?

8      A    Southern Bell, BellSouth, which is now

9  AT&T.

10     Q    When did you stop working -- BellSouth was

11  the last phone company you worked at?

12     A    AT&T bought Bellsouth.  So it was AT&T.

13     Q    They bought it while you were still

14  working there?

15     A    Yes.

16     Q    When did you stop working at AT&T?

17     A    December 1st, 2012.

18     Q    Why did you --

19     A    Actually, November 30th, 2012.  I

20  officially retired December 1st, 2012.

21     Q    And you marked on Page 4, under Question

22  7, that you're not making a claim for lost wages or

23  lost earning capacity, correct?

24     A    Correct.

25     Q    Do you have any family members who have

Page 178

1    ever been diagnosed with breast cancer?

2         A    No.

3         Q    Turning to Page 7 -- I'm sorry.

4              Page 10.  I'm looking at the section

5    "Prescription Medications."

6         A    Okay.

7         Q    And I'd like to go through each of those,

8    if we could.

9              The first medication, Dorzolamide.

10        A    Uh-hum.  (Affirmative.)

11        Q    What is that prescribed for?

12        A    It's an eye medication for glaucoma.

13        Q    And the second -- and that was prescribed

14   by Dr. Alexander?

15        A    That's correct.

16        Q    Who is Dr. Alexander?

17        A    She was a glaucoma specialist with Kaiser

18   but she's no longer with them.

19        Q    Were you diagnosed with glaucoma?

20        A    Yes.

21        Q    When?

22        A    I don't remember the date.  It's been more

23   than five years, six years.

24        Q    Who diagnosed you with glaucoma?

25        A    That would have been -- I would say Dr.

Page 179

1    Alexander.

2         Q    And Brimonidine?

3         A    That's an eye medication also.

4         Q    When you say it's an eye medication, what

5    form is that given in?

6         A    In eyedrops.

7         Q    Drops?

8         A    Uh-hum.  (Affirmative.)

9         Q    You still use those drops?

10        A    Yes.

11        Q    That's also for glaucoma?

12        A    Yes.

13        Q    Did anyone ever tell you what caused your

14   glaucoma?

15        A    No.

16        Q    You also were prescribed Losartan?

17        A    Yes.

18        Q    What is that for?

19        A    That's a drop also.

20        Q    You're no longer taking that medication?

21        A    I still take it.

22        Q    Okay.  Looking at Page 10, if you look at

23   date taken, do you see that?

24        A    Yes.

25        Q    And it says 2005 to February, and then

Page 180

1    question mark, to 2015.

2           Do you see that?

3        A    I see that by the Losartan -- are we

4    talking about the Losartan?

5        Q    Yes.

6        A    Yes, I see that.

7        Q    So is that incorrect?

8        A    That is incorrect.

9        Q    So that should actually be checked

10   present?

11       A    Correct.

12       Q    Is the 2005 accurate?

13       A    I guess.  I don't remember when I started

14   taking it.

15       Q    And how about the Cetirzine, what is that?

16       A    Cetirzine?

17       Q    Cetirzine.

18       A    That's an allergy -- over-the-counter

19   allergy medication.

20       Q    Now, I'd like to talk about your

21   oncologists for a minute, and they're listed on Page

22   11 of your PFS.

23       A    Okay.

24       Q    We discussed a little bit about your

25   desire to switch oncologists, right?

Page 181

1       A     Yes.

2       Q     And is it correct that Dr. Shah was only

3    your oncologist till March 31st, 2015?

4       A     That's correct.

5       Q     Did you stop seeing Dr. Shah before your

6    chemotherapy was done or after?

7       A     After.

8       Q     So we looked at a record that I believe,

9    and we can go back and look at it again, was dated

10   April 2015, which was a communication between you

11   and Dr. Shah about whether you were going to proceed

12   with your sixth chemotherapy infusion.

13            Do you remember that?

14      A     I do remember that.

15      Q     Was it shortly after that communication

16   that you stopped -- that Dr. Shah stopped being your

17   primary medical oncologist?

18      A     That would be correct.

19      Q     And was it -- was that one of your last

20   communications with Dr. Shah?

21      A     I believe it was.

22      Q     How did you go about finding a new

23   oncologist?

24      A     I believe -- I believe I asked my infusion

25   nurse was there someone she could recommend, and she

Page 182

1    told me she could not do that.  So basically I

2    believe she said that Dr. Doherty was good and that

3    she had been with him for a while, and I believe I

4    based my decision on that.

5        Q    And was Dr. Doherty in the same hospital

6    as Dr. Shah?

7        A    Yeah.  Kaiser.

8        Q    At Kaiser?

9        A    Yes.

10       Q    Did you reach out to Dr. Doherty?

11       A    Well, my next treatment, once I finished

12   chemo -- not treatment.  But my next office visit,

13   once I finished the last one on March 31st, whenever

14   I first saw him was an office visit, meeting him for

15   the first time, and to plan what happens next once I

16   finish chemo.

17       Q    Who set up that appointment?

18       A    Kaiser would have.  I believe -- let me

19   back up.

20            Once I selected Dr. Doherty as my new

21   oncologist, then Kaiser set up an appointment for me

22   to meet him.

23       Q    When you say you selected him, how did you

24   go about doing that?  Did you contact Kaiser and

25   tell them you were planning to switch oncologists?

Page 183

1        A    Yes.

2        Q    Then Kaiser set up the appointment from

3   there?

4        A    Yes.

5        Q    Did you let Dr. Shah know that you were

6   going to be seeking a new oncologist?

7        A    I did not.

8        Q    So you never had any discussion with

9   Dr. Shah about switching -- that you were going to

10   be leaving her care and going to a new oncologist?

11        A    No.

12        Q    Did you ever have any discussions with

13   Dr. Shah to let her know that you were unhappy with

14   some of the things that had occurred under her care?

15        A    No.

16        Q    Tell me about your first meeting with Dr.

17   Doherty.

18        A    Well, my first meeting with Dr. Doherty,

19   he asked me why I had left Dr. Shah, and I sat there

20   and I decided that I would not go into the details.

21   So his comment to me was, would you say it just

22   wasn't a good fit, and I said yes.  And that was the

23   end of that.

24        Q    Do you know if Dr. Doherty reviewed your

25   records, your medical records that you had with

Page 184

1   Dr. Shah, your treatment plan?

2       A    I don't know that for a fact.

3       Q    Did you discuss the treatment plan that

4   Dr. Shah had recommended for you?

5       A    I would say I discuss -- our discussion

6   was what would happen next.  Once I was finished

7   with chemo, what happens next, and we discussed

8   that.

9       Q    What was, what was that discussion?  What

10  was going to happen next?

11      A    Next, I would be on Anastrozole -- I would

12  continue the Herceptin until the end of the year,

13  and once I finished Herceptin, then I would start on

14  the Anastrozole.

15      Q    Did you have an understanding as to what

16  type of drug Anastrozole was?

17      A    I had a vague -- had an understanding that

18  --

19      Q    What was your --

20      A    Sorry.

21      Q    Sorry.  I interrupted you.

22      A    -- that it was hormone therapy to -- since

23  my cancer was a hormone feeding cancer, my

24  understanding was that the Anastrozole would stop

25  the estrogen production, if I remember right.

Page 185

1     Q    And how long were you to stay on

2   Anastrozole?

3     A    He said 10 years.

4     Q    And are you still on Anastrozole today?

5     A    I am.

6     Q    Do you know what your dosage is?

7     A    No.

8     Q    Did Dr. Doherty have any comments on

9   Dr. Shah's chemotherapy treatment regimen that she

10  prescribed for you?

11    A    I don't remember.

12    Q    Now, the Herceptin was prescribed by

13  Dr. Shah, right?

14    A    Yes.

15    Q    And Dr. Doherty didn't change that

16  prescription, he let that remain the same, correct?

17    A    Yes.

18    Q    Had you discussed treatment with hormone

19  therapy with Dr. Shah or any other doctors prior to

20  seeing Dr. Doherty?

21    A    I don't remember.

22    Q    So do you remember -- do you have any

23  recollection of whether treatment with hormone

24  therapy was a continuation of the treatment plan

25  that either Dr. Shah or other medical providers had

Page 186

1    come up with for you?

2         A    I don't remember.

3         Q    Did Dr. Doherty tell you whether there

4    were any side effects associated with hormone

5    therapy?

6         A    I don't remember discussing it with him.

7         Q    We're not done with that.  Sorry.  I meant

8    to tell you we weren't done with that yet.  You can

9    just put it aside for one minute.

10        A    Okay.

11             MS. MIMS:  I'm going to mark Exhibit 8.

12             (Whereupon, Defendant's Exhibit-8 was

13         marked for identification.)

14   BY MS. MIMS:

15        Q    Exhibit 8 is Bates No. 03652 through

16   03655.

17             Do you see in the upper right-hand corner

18   it's dated 12/18/2015?

19        A    I see that.

20        Q    And about three-quarters of the way down

21   you see it says, "Editor:  Md Michael F Doherty."

22             Do you see that?

23             Doherty is spelled D-O-H-E-R-T-Y.

24        A    Editor --

25

Page 187

1    BY MS. MIMS:

2        Q    It's under "All ACC Notes."

3        A    Okay.

4        Q    It says Progress Notes by Md --

5        A    I see that.

6        Q    "Progress Notes by Md Michael F Doherty."

7             Do you see that?

8        A    I see that.

9        Q    And I'm going to go ahead and read the

10   first sentence here.  Okay?

11       A    Okay.

12       Q    "Jacqueline G. Mills is a 63 year old

13   female who comes in today for follow up breast

14   cancer completing adjuvant chemotherapy this month."

15            Have I read that correctly?

16       A    Yes.

17       Q    By the time you went to Dr. Doherty -- I

18   want to make sure I understand the transition from

19   Dr. Shah to Dr. Doherty.  You went to Dr. Doherty

20   after you completed chemotherapy treatment, right?

21       A    Yes.

22       Q    Did you complete them therapy in December

23   of 2015?

24       A    I completed Herceptin.

25       Q    Herceptin?

Page 188

1      A    Yes.

2      Q    Does December of 2015 -- was this --

3           MS. MIMS:  Strike that.

4   BY MS. MIMS:

5      Q    Was this your first visit with Dr.

6   Doherty?

7      A    I believe it was my second.

8      Q    It was your second.

9           If you turn to the page 03654.

10          And I'm looking under the paragraph that

11  starts "We discussed the following."

12     A    I see that.

13     Q    Then it says "Gabapentin for neuropathy."

14          Do you see that?

15     A    I do see that.

16     Q    Now, you did discuss earlier you were

17  prescribed a medication for neuropathy, right?

18     A    Yes.

19     Q    Does that refresh your recollection as to

20  what you were prescribed?

21     A    Yes.

22     Q    Who prescribed the Gabapentin?

23     A    I'm not sure.

24     Q    If you could turn to the page 03655.

25          I asked you just a few minutes ago whether

Page 189

1   you had discussed any potential side effects of

2   hormone therapy.  Do you recall that question?

3        A    Yes.

4        Q    And I believe you said you couldn't

5   recall, right?  Or did you say no?

6        A    I don't remember what I said.

7        Q    Do you remember -- do you have an

8   independent recollection of discussing side effects

9   of hormone therapy?

10       A    Not really.

11       Q    Let me read to you this paragraph.

12            "What are the side effects of the hormone

13  medication?  Common side effects of Arimidex

14  include," and then a list:  "Constipation, diarrhea,

15  nausea, vomiting, upset stomach, loss of appetite,

16  body aches and pains."  Then in parentheses, "back

17  pain, bone pain, joint pain or stiffness, breast

18  swelling/tenderness/pain, headache, dry mouth,

19  scratchy or sore throat, increased cough, dizziness,

20  trouble sleeping (insomnia, tiredness/weakness,

21  flushing and sweating (hot flashes/hot flushes),

22  vaginal bleeding, hair thinning, weight changes,

23  depression, mood changes, problem with your fingers

24  while gripping, or numbness, tingling, cold feeling

25  or weakness in your hand or wrist."

Page 190

1        Did I read that correctly?

2    A    Yes.

3    Q    Does that refresh your recollection as to

4    whether you had any discussion of side effects of

5    hormone therapy?

6    A    It affects my recollection as to I may

7    have read this somewhere.  As far as discussing it,

8    all of these things, I don't remember discussing all

9    of these.

10        I do remember us discussing the bone

11   soreness, the -- I'm thinking.  The bone, joint

12   pain, I do remember us discussing that, in the

13   second line there.

14   Q    When you say "us," you're referring to you

15   and Dr. Doherty?

16   A    Dr. Doherty, yes.  But as far as all of

17   the other things, I don't remember the other things.

18   Q    What do you remember discussion in terms

19   of bone pain?

20   A    I remember him telling me that if it got

21   to be too much, that there were other drugs that

22   were as effective and he could change what I was

23   taking.  And that was all I remember.

24   Q    When you say it got to be too much, you

25   mean the bone --

Page 191

1      A    The bone pain, yes.

2      Q    Had you told Dr. Doherty that you were

3    having bone pain?

4      A    No.

5      Q    So if the -- if you had any bone pain and

6    it became too much, Dr. Doherty told you there would

7    be other medication you could take for that, right?

8      A    Yes.

9      Q    Did you ever develop bone pain?

10     A    Not really.

11     Q    When you say not really, what does that

12   mean?

13     A    I have pain that I don't know whether the

14   pain is because I'm 65 or whether it's the drug.

15   You know, I don't know whether it's an aging pain or

16   whether it's the drug.

17          The pain that I have is not something that

18   I have every day.  I mean I, I -- I contribute it to

19   just aging.

20     Q    Can you describe the pain that you're

21   talking about?

22     A    Just stiffness.  I guess it wouldn't be

23   pain.  So stiffness.

24     Q    When does --

25     A    Maybe after sitting for long -- I'm sorry

Page 192

1    for cutting you off.

2        Q    No, I think I cut you off.  Go ahead.

3        A    After sitting for long periods of time,

4    maybe stiff.

5             As far as aching bone pains, no.  Just a

6    stiffness.

7        Q    Looking at this list, do you -- and I've

8    read it to you.  One of the potential side effects

9    of hormone medication listed is hair thinning.

10            Do you see that?

11       A    I see that.

12       Q    Do you remember having any discussion or

13   reading about hair thinning as a side effect of

14   hormone medication?

15       A    No, I don't remember reading about it or

16   having a discussion about it.

17       Q    Have you ever asked anyone whether your

18   hormone medication could have caused or contributed

19   to your hair loss?

20       A    No, I haven't asked anyone.  Considering

21   when I started hormone treatment, I didn't have any

22   hair.

23       Q    You started hormone treatment after the

24   completion of your chemotherapy, right?

25       A    Correct.

Page 193

1      Q    How soon after the completion of your

2   chemotherapy?

3      A    I started hormone treatment January 6th,

4   2016.

5      Q    And you finished your Herceptin in

6   December?

7      A    December 31st, 2015.

8      Q    Let's go back to the PFS --

9      A    Okay.

10      Q    -- for a minute.

11          I don't want to get that confused with

12   these.  As long as the medical records don't get

13   mixed in with the PFS.

14      A    Okay, I've got the PFS.

15      Q    How long was Dr. Doherty your -- well,

16   let's go back for just a moment.

17          The record I just read to you from that we

18   marked as Exhibit 8 was dated December, December 18,

19   2015, right?

20      A    Okay, I'm looking at that, yes.

21      Q    Now, looking at your PFS, you have listed

22   Dr. Doherty as your primary oncologist from March

23   1st, 2015 to December 31st, 2015.

24          Do you see that?

25      A    Where?  Are we on the PFS?

Page 194

1      Q    The PFS.

2      A    What page are we on?

3      Q    We're on Page 11.

4           MR. GOMEZ:  Actually, it says April 1st.

5           MS. MIMS:  Did I say March?

6           MR. BERMAN:  You did.

7           MS. MIMS:  March and April.

8      A    I'm with you.

9      Q    It says Primary Oncologist, Doherty, March

10   -- April 1st 2015 to December 31st, 2015.

11          Do you see that?

12     A    I see that.

13     Q    Did you -- is that correct, to your

14   recollection?

15     A    To my recollection it is.  I am -- I don't

16   know when I first saw Dr. Doherty.  I may have put

17   April 1st because I took my last chemo treatment

18   March 31st.  By then I was no longer going to see

19   Dr. Shah.

20          So I may have put this date based on that.

21     Q    You stopped -- Dr. Doherty being your

22   primary, your primary oncologist in December of

23   2015?

24     A    No.  That wouldn't -- if I put -- that

25   would not be correct.

Page 195

1      Q    How long did you see Dr. Doherty?

2      A    I changed from Kaiser July 1st, 2017.

3  This is, what, 2018.  So I -- when I became Medicare

4  eligible, I no longer had Kaiser.

5           So Dr. Doherty would have still been my

6  oncologist until July 1st, 2017.

7      Q    And then at that point did you get a new

8  oncologist?

9      A    Yes.

10     Q    And was that solely for insurance reasons?

11     A    Well, to continue my follow-up plans and

12 -- yeah, to continue the follow-up from having

13 breast cancer.

14     Q    My question is a little different.

15          Why did you stop seeing Dr. Doherty?  Was

16 it because Kaiser did not take Medicare?

17     A    Exactly.  Well, that's not true either.

18 Kaiser did not have a Medicare plan in my county.

19     Q    Okay.  How did you go about finding a new

20 oncologist?

21     A    I don't remember.

22     Q    The new oncologist that you found, though,

23 is Dr. Megan McKee, right?

24     A    That's correct.

25     Q    And she's your current oncologist?

Page 196

1        A     That's correct.

2        Q     How often do you see her?

3        A     Every six months.

4        Q     Were you also seeing Dr. Doherty ever six

5    months?

6        A     Let's see.  Once I finished -- I'm not

7    sure.

8        Q     Were you happy with the care you received

9    under Dr. Doherty?

10       A     Yes.

11       Q     And are you happy with the care you're

12   receiving under McKee?

13       A     Yes.

14       Q     When is the last time you saw McKee?

15       A     I believe it was February of this year.

16       Q     If you'll turn to Page 17, No. 6 at the

17   bottom, "Have you ever received treatment for the

18   injury allege in this lawsuit?"

19             Do you see that question?

20       A     I see that question.

21       Q     On the top of Page 18 you marked no?

22       A     That's correct.

23       Q     Do you have any intention to seek

24   treatment for your hair loss?

25             MR. GOMEZ:  Objection; form.

Page 197

1      A    I don't know what I'm -- I don't know.

2      Q    As you sit here today, do you have any

3  plans or any appointments to see a dermatologist?

4      A    I do not.

5      Q    And if you look further down on Page 18,

6  Question No. 9.

7      A    Okay, I see it.

8      Q    "Were you ever given any written

9  instructions, including prescriptions, packaging,

10  package inserts, literature, medication guides, or

11  dosing instructions, regarding chemotherapy,

12  Taxotere, Docetaxel?"

13          And you marked no.  Do you see that?

14      A    Yes, I see that.

15      Q    And that is correct, to the best of your

16  knowledge?

17      A    That is correct.

18      Q    Now, if you could go to Page 19, please.

19  And I'm looking in the middle where it says "Other

20  Claimed Damages."

21          Do you see that?

22      A    Page 19?

23      Q    Uh-hum.

24      A    No, I don't see that.  I see date of

25  communication.  Am I in the wrong spot?

Page 198

1            MR. GOMEZ:  It's right here.

2       A    Oh, I'm sorry.

3       Q    That's all right.

4       A    Okay.  Thank you.

5       Q    Do you see that "Other Claimed Damages"?

6       A    I see that.

7       Q    Under 18 it lists "Mental or Emotional

8  Damages.  Do you claim that your use of Taxotere or

9  Docetaxel caused or aggravated any psychiatric or

10  psychology condition?"

11            And you marked yes to that.

12            Do you see that?

13      A    Yes, I see that.

14      Q    Tell me why you marked yes to that

15  question?

16      A    I marked yes based on the terminology

17  caused, not aggravated psychological --

18  psychological condition.

19      Q    So you believe that your use of Taxotere,

20  Docetaxel, caused a psychiatric or psychological

21  condition?

22      A    I do.

23      Q    Tell me what the psychiatric or

24  psychological condition is that you believe Taxotere

25  or Docetaxel caused?

Page 199

1        A    I believe that it caused me to have bouts

2    of depression, anxiety, withdrawal, sadness, low

3    self-esteem.

4            That's enough.

5        Q    Have you ever been diagnosed with or

6    treated for a mental health condition?

7        A    I have not.

8        Q    Have you ever been diagnosed or treated

9    for depression?

10       A    I have not.

11       Q    Have you ever been diagnosed or treated

12   for anxiety?

13       A    I have not.

14       Q    When did you first experience -- one of

15   the symptoms you listed was depression?

16       A    After my hair loss.

17       Q    When you say after your hair loss, what do

18   you mean by that?

19       A    Once I was completely bald, it was

20   depressing.

21           Once I did not have hair growing back, I

22   had feelings of depression and sadness, anxiety.

23           So after my hair did not grow back I guess

24   would be more so -- well, no.  The hair loss caused

25   depression, anxiety.  The fact that it did not grow

Page 200

```
 1   back added to all of that, added to that.  And the
 2   thought that it may not grow back made it even
 3   worse.
 4        Q    Okay, let me break that down just a little
 5   bit.
 6             You said once your hair didn't -- once you
 7   lost your hair, once you were completely bald,
 8   right?
 9        A    Yes.
10        Q    And that would have been by your fifth
11   cycle of chemotherapy, right?
12        A    Yes.
13        Q    So is it your testimony that at that point
14   that's when you became depressed?
15        A    I cannot say specifically at that point,
16   on that day, I cannot say that.
17        Q    Prior to that point, and I thought I had
18   asked you this question earlier, when you learned of
19   your cancer diagnosis, did that cause you to have
20   anxiety?
21        A    It did.
22        Q    And that was prior to your hair falling
23   out, right?
24        A    Yes.
25        Q    Did that also cause you to suffer from
```

Page 201

1    depression?

2         A    Yes.

3         Q    That was also prior to your hair falling

4    out, right?

5         A    Yes.

6         Q    Prior to you even using chemotherapy,

7    right?

8         A    Yes.

9         Q    In terms of the anxiety and the depression

10   -- and is it fair to say also sadness about learning

11   about your breast cancer diagnosis?

12        A    Yes.

13        Q    In terms of those symptoms, how long did

14   they last?

15        A    They're still present.  So from diagnosis

16   to today.

17        Q    Are they still present because there is a

18   fear that your cancer might come back?

19        A    That would be true.

20        Q    Is there any other reason they're still

21   present?

22        A    Are we talking about the cancer or are we

23   talking about the hair loss?

24        Q    We're just talking about the cancer.

25        A    The cancer?  Okay.  Would you ask your

Page 202

1    question again, please?

2         Q    Sure.  And let's back up so that we're

3    clear what we're talking about here.

4              I asked you about suffering from anxiety,

5    depression and sadness after learning of your

6    diagnosis with breast cancer, right?

7         A    Right.

8         Q    And you testified that you experienced all

9    three of those symptoms upon learning of your

10   diagnosis, right?

11        A    Right.

12        Q    That was before treatment with

13   chemotherapy, right?

14        A    Right.

15        Q    And that was also before you had lost any

16   of your hair, right?

17        A    Right.

18        Q    How long did those symptoms of anxiety,

19   depression, and sadness last after that being

20   diagnosed with breast cancer?

21             MR. GOMEZ:  Objection to form.

22        A    They are still present today.

23        Q    Are they constant or do they come and go?

24   Can you describe them for me?

25             Does anything make them better?  Does

Page 203

1    anything make them worse?

2            MR. GOMEZ:  Objection; form.

3        A    They are not constant to say that I am sad

4    every day.  They come and go.  As far as what --

5    how, how often I'm happy, how often I'm sad, I

6    cannot put a number on that for you.

7            MR. GOMEZ:  This is from the cancer?

8            THE WITNESS:  This is from the cancer,

9        yes.

10       Q    From the cancer.

11           Is part of the reason that those symptoms

12   are still there, depression, anxiety and sadness, is

13   part of the reason that they are still there because

14   of that breast cancer diagnosis, because of the fear

15   that the breast cancer might come back?

16       A    That would be true.

17       Q    Is there any other reason that those

18   symptoms are there?

19       A    The fear of dying.

20       Q    After your treatment for chemotherapy --

21   for breast cancer, and by that I mean all of your

22   treatment, your lumpectomy, your chemotherapy, and

23   your hormone treatment, at some point have you been

24   told that you're cancer-free?

25       A    That term was not used.

Page 204

1        Q    Have you been told that you're in
2   remission?
3        A    That term was not used.
4        Q    What have you been told about your cancer?
5        A    With my last mammogram, which was this
6   year, but I can't give you the date, when the
7   radiologist went over the results she said
8   everything looked good.
9             So remission wasn't used.  Cancer-free
10  wasn't -- that term was not used.
11       Q    And how often do you get a mammogram now?
12       A    Once a year.
13       Q    So since your cancer diagnosis in 2014 --
14  right?
15       A    Yes.
16       Q    -- have you had four mammograms since
17  then?
18       A    I had mammograms, and you can do the math
19  on this, initially every six months.  For the first
20  year I believe it was every six months.  That's
21  after treatment.
22            Once I got through the first year, then my
23  regularity was once a year.
24       Q    Okay.  So when you go and get your
25  mammogram once a year and you get your result from

Page 205

1    your doctor, does that at all alleviate the

2    depression, the anxiety, and the sadness that you

3    suffer from because of your breast cancer diagnosis?

4            Does that at all, even for a short period

5    of time, make you feel a little bit better?

6       A    It helps.

7       Q    Do you ever -- and I assume also that

8    helps with your fear of dying, right?

9       A    Yes.

10      Q    Do you ever discuss your depression and

11   anxiety and sadness and fear of dying with anyone?

12      A    No.

13      Q    Not even with your husband?

14      A    No.

15      Q    Have you ever sought treatment for those

16   symptoms?

17      A    No.

18      Q    Have you taken any medication for those

19   symptoms?

20      A    I took -- and I can't tell you what the

21   medication was, for my neuropathy I had a

22   neurologist, and the medication that I took for the

23   neuropathy, if I remember right, was supposed to

24   help with anxiety also, but I don't remember what

25   the drug was.  And I believe she did try maybe two

Page 206

1    different drugs but I don't remember what they were.

2         Q    When you say "she," you're referring to

3    Dr. Shah?

4         A    No.  My neurologist.

5         Q    I'm sorry.

6         A    I had a neurologist for my neuropathy, and

7    the drug that she prescribed for the neuropathy

8    would also help anxiety.

9         Q    What doctor are you referring to?

10        A    It's in the records.  And I can't think of

11   her name.  But she's the only neurologist I had.  I

12   can't, I can't think of her name.

13             MR. BERMAN:  Are you doing okay?  You need

14        a break or anything?

15             THE WITNESS:  Oh, I'm good.  Yeah, I'm

16        good.

17   BY MS. MIMS:

18        Q    Did that medication help alleviate any of

19   the depression or the sadness or the fear of dying,

20   any of those symptoms?

21        A    No.

22        Q    Now I want to discuss any psychiatric or

23   psychological condition not related to your

24   diagnosis of breast cancer but related to hair loss.

25        A    Okay.

Page 207

1      Q     So we're going to focus on that now.

2            Tell me what the psychiatric or

3   psychological symptoms are that are related to hair

4   loss?

5      A     One symptom would be a feeling of my

6   self-esteem is quite low.  As far as anxiety or

7   being anxious, having to wear wigs or choosing to

8   wear wigs or scarfs constantly creates anxiety for

9   me.

10           The anxiety of my husband seeing me bald,

11   which he has not.

12           The anxiety of my wig coming off on a

13   windy day, not a good thought or feeling.  Not being

14   able to go out in public -- well, not choosing to go

15   out in public without having to draw eyebrows and

16   put on a wig, or a turban or cover my head.

17           Being bald, you're cold.  And I guess that

18   wasn't what we were talking about, but it's

19   depressing.  It presents anxiety.  The thought that

20   I may hug somebody and they may knock my wig off and

21   see my bald head.

22           So it's more anxiety of someone seeing the

23   bald head and what they may think about me.  It's

24   anxiety.

25      Q     Do you ever discuss that anxiety or that

Page 208

1  depression as it relates to hair loss with anyone?

2       A    No.

3       Q    Have you ever sought to see a psychiatrist

4  or counselor related to those symptoms which also

5  relate to hair loss?

6       A    No.

7       Q    Now, we've talked about depression from

8  your diagnosis of breast cancer, and we talked about

9  depression, anxiety, sadness and fear related to

10  that.  And you've also talked about depression,

11  anxiety and sadness related to your hair loss.

12  Right?

13       A    Right.

14       Q    What percentage of these psychological

15  symptoms, if you had to split them apart, would you

16  say relate to the cancer diagnosis and what percent

17  relate to the hair loss?

18       A    I can't, I can't --

19            MR. GOMEZ:  Objection to form.

20       A    -- do it.  I cannot do it.  I can't give

21  you a percentage because I don't know.

22       Q    Because they are so intertwined or they're

23  mixed in?

24       A    I just don't know.

25       Q    All right.  Turning back to Page 19, and

Page 209

1    we're still on the Other Claimed Damages.

2         A    Okay.

3         Q    19, it's a follow-up to the question about

4    mental or emotional damages, and it says:  "If yes,

5    did you seek treatment for the psychiatric or

6    psychological condition?"  And you checked yes.

7              Do you see that?

8         A    Yes.  Yes, I see that.

9         Q    And listed under there are Victor Mills.

10   Is that, is that your son?

11        A    That's my husband.

12        Q    That's your husband, I'm sorry.

13             Gloria Evans, that's your friend, right?

14        A    Yes.

15        Q    And Renee Mitchell.  Who is that?

16        A    That's a friend.

17        Q    That's another friend?

18        A    Yes.

19        Q    Why are they listed as people for whom you

20   sought treatment for psychiatric or psychological

21   condition?

22        A    They shouldn't be.  I'm not sure why I

23   have them listed there because none of them are

24   doctors.

25        Q    Do you ever talk to any of these people

Page 210

1    about your depression, anxiety or fear that we've

2    discussed here?

3         A    No.

4         Q    And when you say no, does that mean you've

5    never had a discussion with them about --

6         A    I don't talk to them about it.  I'm sorry

7    for cutting you off.  No.

8         Q    All right.  Let's turn to Page 22.

9              Under Hair Care on Page 12 -- 22 at the

10   bottom?

11        A    Okay.

12        Q    You see the section "Hair Care"?

13        A    Yes.

14        Q    Question No. 12 is:  "How often do you

15   wash/shampoo your hair?"

16             And the answer is every seven days.

17             Prior to being diagnosed with breast

18   cancer, is that correct, that you washed your hair

19   every seven days?

20        A    That would be correct.

21        Q    How long was that your practice?

22        A    I don't know.  I don't know.  Typically I

23   try to wash my hair once a week.

24        Q    From the time that you can remember, you

25   washed your hair once a --

Page 211

1      A    Yeah.

2      Q    -- week?

3      A    Yes.

4      Q    And would you wash it once a week or were

5    there times you would go to the salon and get it

6    washed?

7      A    I did both.

8      Q    You did both.

9           The first box under Hair Treatment says,

10   "Hair chemically processed or straightened."

11          Do you see that box?

12     A    I see that.

13     Q    You have checked yes?  You see that?

14     A    I see that.

15     Q    And for Period of Time, it says January

16   1972 to October 2014, and a frequency once everyone

17   to two months.

18          Do you see that?

19     A    I see that.

20     Q    Tell me what hair chemicals or

21   straighteners you used on your hair from 1972 to

22   2014.

23     A    My hair was chemically processed with a

24   relaxer, a relaxer, probably once every six weeks

25   maybe, about once every six weeks.

Page 212

1           So this would be relating to a relaxer.

2      Q    Do you know what type of relaxer you used?

3      A    No.

4      Q    Did you go to a salon to get that done, or

5  did you do it yourself?

6      A    I've done both.

7      Q    Let's go back to the five years leading up

8  to your chemotherapy -- your breast cancer

9  diagnosis.

10     A    Okay.

11     Q    During that five years, were you still

12 going about every six weeks -- I'm sorry, not still

13 going.

14          Were you getting your hair relaxed about

15 every six weeks during that period of time?

16     A    That would be correct.

17     Q    Would that be correct for the 10 years

18 prior?

19     A    Probably.

20     Q    So that was consistent for 1972 to 2014,

21 every six weeks you had a relaxer put in your hair?

22     A    And I can't say point-blank every six

23 weeks.

24     Q    Right.

25     A    Around that, yes.

Page 213

1      Q     In the five years prior to your diagnosis

2    with breast cancer, can you tell me the names of the

3    salon or salons that you would go to to get this

4    done?

5      A     After my diagnosis?

6      Q     Prior to your diagnosis.

7      A     Prior to?  Prior to my diagnosis, I

8    basically did it myself.  You know, I basically did

9    it myself every six -- somewhere in that same time

10   frame, about every six weeks.

11     Q     And that would be true for the five years

12   prior to your diagnosis?

13     A     I would think so, yes.  Now, I may have

14   gone to a salon somewhere in that.  I don't

15   remember.

16     Q     But the majority of time you relaxed your

17   own hair?

18     A     I have relaxed my own hair.

19     Q     So would you buy -- where would you buy

20   the relaxer?

21     A     From a beauty supply store.

22     Q     And would anyone help you with that

23   process?

24     A     No.  I did it myself.

25     Q     Can you describe the process for me?

Page 214

1          A     Well, in the kit you have the relaxer and

2     you have instructions and you have gloves, and you

3     put the relaxer on the new growth of your hair.

4     Once you do that, you shampoo it out and style it.

5     And you condition it and style it.

6          Q     How long would you leave the relaxer in?

7          A     I don't remember but no longer than

8     whatever the instructions said.

9          Q     Was there ever a time when you were using

10    a relaxer and you put it in your hair and you felt

11    your scalp tingling or burning?

12         A     No, because I always used a base, even for

13    the none -- no-base relaxers, I always used a base

14    because of that.

15               I can remember when I had gone to a salon

16    many years ago that I do remember the tingling.  So

17    me doing it myself, I always based my scalp.

18         Q     And when you say base, what do you mean?

19         A     There is a product that you put on your

20    scalp prior to relaxing it, and it's like a, a

21    vaseline, a thick, and you put that over your scalp

22    to protect it prior to putting the relaxer.

23         Q     And is the vaseline -- and when we say

24    relaxer, the relaxer is actually a chemical, right?

25         A     Yes.

Page 215

1      Q     Do you know what that's made of?

2      A     No.

3      Q     And the chemical, you know, the relaxer,

4  whatever that chemical is, the purpose is to

5  actually straighten your hair, right?

6      A     That's correct.

7      Q     And the vaseline or the base that you're

8  referring to, that is to protect your scalp against

9  that chemical that you're putting in there, right?

10     A     Yes.

11     Q     At one point relaxers were in part at

12  least made out of lye.  Is that right?

13     A     I would say yes because there were

14  relaxers, and there probably still are some, that

15  say no lye relaxer.  So that would be a true

16  statement.

17     Q     And do you know if the relaxers you used

18  contain lye?

19     A     I don't remember.

20     Q     And going back to the base, the purpose of

21  that base, that vaseline, is to protect your hair

22  from that chemical, which could, if you left it in

23  too long, actually damage and burn your scalp; is

24  that a fair statement?

25     A     I think that's a fair statement.

Page 216

1       Q     Now, moving on to --

2             MS. MIMS:  Well, strike that.  Let me just

3       go back.

4   BY MR. MIMS:

5       Q     And the reason that you put on gloves when

6   you were putting the relaxer in your hair was to

7   protect your skin on your hands from that chemical

8   that you're using, right?

9       A     Yes.

10      Q     You want to make sure the chemical doesn't

11  burn your hands, right?

12      A     Yes.

13      Q     Moving on to Page 23, at the top, under

14  "Hair Treatment," under "Hair heat processed or

15  Straightened," and then it says "blow drying, flat

16  ironing, curling," you've also checked yes, right?

17      A     Yes.

18      Q     And that was for the period of time 19 --

19  January 1972 to October 2014 as well, correct?

20      A     Yes.

21      Q     And you indicated under frequency once

22  every one to two months for heat processed or

23  straightened, right?

24      A     Yes.

25      Q     Tell me what you're referring to there

Page 217

1   when you say you processed -- your hair was heat

2   processed or straightened every one to two months?

3        A    Once I put a relaxer in, then I may blow

4   it dry and curl it.  I may let it air-dry.  And this

5   was not done -- the once every one to two months is

6   referring more so to the relaxer, once I relaxed it.

7   That's what that's referring to.

8        Q    So once you relaxed your hair, which is

9   the once every -- I think you said about six weeks,

10  right?

11       A    Yes.

12       Q    In between that time, you washed your hair

13  every seven days, about?

14       A    About, yes.

15       Q    Right?

16       A    Yes.

17       Q    And after you washed your hair, would you

18  blow dry it?

19       A    Depending on how I was going to style it.

20       Q    Okay.  Did you ever use -- well, how often

21  would you blow dry it?

22       A    I can't give you the regularity.  It just

23  depends on how I was going to style it.

24       Q    Would you ever use a flat iron?

25       A    Don't know how.

Page 218

1      Q     Does that mean no?

2      A     I'm sorry.  No.

3      Q     Would you ever use a curling iron?

4      A     Yes.

5      Q     So in that in-between time, for the every

6  six weeks that you would get the relaxer, after you

7  washed it, it's possible you either blew it dry with

8  a hair dryer or -- and/or you used a curling iron,

9  right?

10     A     Or I could curl it with hair curlers and

11  sit under a dryer.

12     Q     Okay.  But after you washed it, would you

13  do one of those things?  You would blow dry it, use

14  a curling iron, or put it in curlers and sit under a

15  hair dryer, right?

16     A     Yes.

17     Q     So it was some type of heat process every

18  seven days, right?

19     A     Yes.

20     Q     Now, looking also on that list under

21  weaves, you've also checked yes?

22     A     Uh-hum.  (Affirmative.)

23     Q     And there it says period of time, January

24  1994 to July 1994.

25     A     Uh-hum.  (Affirmative.)

Page 219

1      Q     Tell me why you checked yes there.

2            MR. BERMAN:  When you say that, you mean

3      yes?

4            THE WITNESS:  I'm sorry.  I'm sorry.

5            MS. MIMS:  Thank you.

6      A     Yes.  At some point I did have weaves in

7   my hair.  The time frame is a guesstimate of when I

8   had weaves.  So that's why I checked yes.

9      Q     And when you checked -- when you say

10  weaves, different people mean different things when

11  they say weaves.  Tell me what you mean when you say

12  you had a weave.

13     A     I meant that I would have hair added --

14  additional hair added to the hair that I already

15  had.

16     Q     Okay.  Let me ask -- let me ask it a

17  little bit better.

18            There are things called extensions, right?

19     A     Uh-hum.  Yes.

20            MR. BERMAN:  Yes?

21     A     Yes.  I got it.  Yes.

22     Q     And an extension is additional hair that

23  you'll add to give you -- largely to give length and

24  you won't add it to your scalp but it gets added to

25  your actual hair.  Is that fair to say?

Page 220

1        A     No.

2        Q     Okay.  Let me ask you this.

3              Let me ask you this:  Did you ever have

4   anything called extensions?

5        A     No.

6        Q     What do you understand an extension to be?

7        A     I understand an extension to be where hair

8   is added to the hair that you have via -- I don't

9   really know.  I never called mine an extension.

10       Q     Let me ask this:  There is a process by

11  which you can add hair to your head, and some people

12  will call this the weave, where the piece of hair

13  that's added is actually added to the scalp and

14  there's a glue that they put on it and add it to the

15  scalp.

16             Have you ever heard of that?

17       A     I have heard that.

18       Q     You've heard that being called a weave?

19       A     A weave, yes.

20       Q     And that is what you're referring to here

21  when you say weave?

22       A     No.  When I had mine -- well, I guess it's

23  the same concept, but mine was not glued.

24       Q     Okay.

25       A     My hair would have been braided and the

Page 221

1   extension -- my guess is an extension, or the hair,

2   the additional hair would have been added to the

3   braid.

4        Q    To the actual hair, okay.  So to give your

5   hair more length?

6        A    Length or fullness.

7        Q    Or fullness.

8             And the period of time in which you had

9   what you just described was about a year?  Is that

10  what you think?

11       A    Off and on.  I didn't have it continuously

12  for a year, but I can't tell you how long.  I don't

13  remember how long.

14       Q    All right.  Looking down further on Page

15  23, under Question 19, it says, "Have you used any

16  over-the-counter medications, supplements or

17  cosmeticaides for your hair loss?"  And you've

18  checked yes.

19            Do you see that?

20       A    I see that.

21       Q    And at the top of Page 24 you listed

22  Nature's Bounty Vitamins?

23       A    Yes.

24       Q    What led you to take Nature's Bounty

25  Vitamins?

Page 222

1       A     In an effort to regrow my hair.  It was

2   for --

3       Q     How was it that you thought Nature Bounty

4   Vitamins were going to help regrow your hair or

5   might help regrow your hair?

6       A     From looking at the information on the

7   container, that it was for hair, skin, and nails.

8       Q     Did any physician ever tell you that you

9   should take nature -- Nature's Bounty Vitamins?

10      A     No.

11      Q     How long did you take those vitamins for?

12      A     I'm currently taking it.

13      Q     So you're taking them from 2015 to

14   present-day?

15      A     Yes.

16      Q     It's still the same brand?

17      A     Yes.

18      Q     How many vitamins do you take a day?

19      A     One.

20      Q     One.  Do you know what the dosage is?

21      A     No.

22      Q     Is that a multivitamin?

23      A     I don't know whether it's called a

24   multivitamin or not.  I'm not sure.

25      Q     Do you know what vitamins are contained

Page 223

1   within the Nature's Bounty Vitamin that you take?

2       A    No, I do not.

3       Q    Before we move on, at the beginning of the

4   deposition I asked you if in your review of your

5   Plaintiff's Fact Sheet you found anything that was

6   incorrect.  Do you remember that?

7       A    I do remember that.

8       Q    And you told me that there was something

9   on there that was incorrect, and I believe you said

10  it was where you had your lumpectomy performed.  Is

11  that right?

12      A    That's correct.

13      Q    Could you look through that PFS and tell

14  me, if you could find it, and I will try to help

15  you, what other answer in there would be incorrect?

16           MR. BERMAN:  Do you want her to look for

17      something other than what she's testified to

18      today, as something new, unmentioned, or

19      anything?

20           MS. MIMS:  She testified that she saw

21      something in here that was incorrect with

22      respect to where her lumpectomy was and I'm

23      asking her to find that reference that she said

24      was incorrect within the PFS.

25           MR. BERMAN:  It was unclear to me whether

Page 224

1        you wanted her to review it for anything.

2              MS. MIMS:  No.  That's fine.

3    BY MS. MIMS:

4        Q     Maybe this will help.  Turn to Page 12.

5    Let's see if this is it.

6              At the top you'll see the second row,

7    Treatment Facility, and it says "Lumpectomy with Dr.

8    Shelly Ahmann."

9        A     Uh-hum.  (Affirmative.)

10       Q     Northside Hospital?

11       A     Uh-hum.  (Affirmative.)

12       Q     Is that what you were --

13       A     Yes.  I'm sorry.  Yes.

14       Q     Is that what you were referring to was

15   incorrect?

16       A     I'm not sure that this is where it was,

17   but there was a reference to a lumpectomy on that

18   date, but it did not say Northside Hospital.  It

19   said a Kaiser facility, but I don't know if this is

20   where that was.

21       Q     All right.  But that reference on Page 12

22   is correct because your lumpectomy was at Northside

23   Hospital?

24       A     That's correct.

25       Q     So you believe there might be another

Page 225

1   reference in here to the lumpectomy that indicates

2   it occurred at Kaiser, and if in fact that's in

3   here, that's incorrect?

4        A    That would be correct, that that is

5   incorrect.

6        Q    Now, other than that one potential mistake

7   about where you had your lumpectomy and it might say

8   Kaiser somewhere, is there anything else in your

9   Plaintiff's Fact Sheet that we reviewed here today

10  or that in your review in preparing for the

11  deposition that you saw was incorrect?

12       A    No.

13            MR. BERMAN:  Other than --

14       A    Other than what you found, what we --

15       Q    Other than what we found earlier.

16       A    Right.

17       Q    Right.?

18            MS. MIMS:  We're going to mark Exhibit 9.

19            (WHEREUPON, Defendant's Exhibit-9 was

20         marked for identification.)

21  BY MS. MIMS:

22       Q    You'll see at the top of Exhibit 9 it

23  says, "Declaration"?

24       A    I see that.

25       Q    And it says, "Pursuant to 28 U.S.C.

Page 226

1   Section 1746, I declare under penalty of perjury

2   that all of the information provided in connection

3   with this Plaintiff Profile Form is true and correct

4   to the best of my knowledge, information and belief

5   at this present time."

6            Do you see that?

7       A    I see that.

8       Q    And that's your signature there?

9       A    That is my signature.

10      Q    Do you remember signing this in May of

11   2018 to affirm that everything in your Plaintiff's

12   Fact Sheet was correct?

13      A    I do.

14           MS. MIMS:  This is probably a good time

15       for a very quick break for me, if that's okay.

16           THE VIDEOGRAPHER:  Off the record at 2:48.

17           (A recess was taken.)

18           THE VIDEOGRAPHER:  We're back on the

19       record at 2:55.

20   BY MR. MIMS:

21      Q    Ms. Mims, I'm going to hand you what we'll

22   mark as Defendant's Exhibit 10.  Sorry.  Yeah.

23           (WHEREUPON, Defendant's Exhibit-10 was

24        marked for identification.)

25

Page 227

1   BY MS. MIMS:

2       Q    If you could take a minute to look at that

3   document, what I've handed you is a nine-page

4   document with copies on both the front and the back.

5            And do you see at the top it has your name

6   Jacqueline Mills?

7       A    I see that.

8       Q    And that's in the From line.  And the To

9   is Lupe Felix.  Do you see that?

10      A    I see that.

11      Q    Is this an email from you to Lupe?

12      A    Yes.

13      Q    Do you recognize this document?

14      A    Vaguely.

15      Q    Tell me what it is.

16      A    I believe it is my order for wigs that I

17  bought.  Especially Yours was one of the wig

18  companies that I bought wigs from.  So I believe

19  that would be what that is.

20      Q    Do you still purchase wigs from that

21  company?

22      A    I haven't purchased one from them in a

23  while, but I don't remember.

24      Q    It's a company that you used to buy wigs,

25  though?

Page 228

1        A     Yes, it is.

2        Q     And if you flip to the second page from

3    the back --

4              MR. GOMEZ:  From the back.

5        Q     From the back.

6        A     Oh, I'm sorry.

7              The second page from the back.

8        Q     It has a post-it on it.  One more page.

9              Oh, technically it's the -- with the

10   photocopies, it's the fourth page.

11             MR. BERMAN:  It's double-paged,

12        double-sided.

13       Q     Is that your handwriting where it says

14   total $1,378.15?

15       A     That is my handwriting.

16       Q     And just above that you'll see the date

17   January 21st, 2015.  Do you see that?

18       A     Yes, I see that.

19       Q     And it has a price of a deduction of

20   $69.44.  Do you see that?

21       A     I see that.

22       Q     Is that purchase for -- does that indicate

23   a purchase for a wig or tell me what that indicates?

24       A     That would be a wig.

25       Q     If you could flip through forward, because

Page 229

1   it's in reverse chronological order.

2       A    Okay.

3       Q    Could you just flip through and look at

4   those and tell me if each of those notations are for

5   wigs that you purchased?

6       A    I would say the notation for February 18,

7   2015, for $18.12 --

8       Q    Okay.

9       A    -- that would not be for a wig.

10      Q    Do you know what that would be for?

11      A    Right off, no.

12      Q    Okay.

13      A    Oh, I'm sorry.

14           The 17.62 on the next page, on May 6th?

15      Q    At the top of the page.

16      A    At the top of the page.  That would not be

17  for a wig.

18      Q    Can you think of anything else that you

19  were purchasing from Especially Yours aside from the

20  wigs?

21      A    That wasn't Especially Yours.  This was

22  from Chapel Beauty, that 17.62.

23      Q    I see.  The document we're looking at is a

24  bank statement of yours?

25      A    This would be a bank statement showing

Page 230

1    deductions from my account for beauty products,

2    wigs, eyebrow pencils, caps, turbans.  Yeah, that's

3    what this would be.

4        Q    And looking at this document, does this

5    appear to contain all of your purchases from the

6    time that you stopped chemotherapy through the date

7    of the document, Monday, April 3rd, 2017, for

8    products you purchased in relation to your hair

9    loss?

10       A    I can't say all because some I may have

11   paid cash for, which would not be in this document.

12   But I could -- would say a lot of it, but I cannot

13   say all.

14       Q    Would you say that it probably represents

15   the majority of your purchases?

16       A    I would say yes.

17       Q    All right.

18            MS. MIMS:  We're going to mark exhibit --

19       Defendant's Exhibit 11.

20            (WHEREUPON, Defendant's Exhibit-11 was

21        marked for identification.)

22   BY MS. MIMS:

23       Q    Which has on the top Notice of Videotaped

24   Deposition of Plaintiff Jacqueline Mills.

25            Do you see that?

Page 231

1       A     I see that.

2       Q     Have you seen this document before?

3       A     I don't think so.

4       Q     I'm going to ask you to turn to Page No.

5    5.

6       A     Okay.

7       Q     Page No. 5, and we'll go through them one

8    by one, but is a request of certain items that the

9    defendant in this case has asked you to look for and

10   bring to this deposition or produce them to the

11   extent you have any of these, so I just want to go

12   through them one by one.

13      A     Okay.

14      Q     Documents you reviewed to prepare your

15   answers to your most recent Plaintiff's Fact Sheet.

16            Now, in preparation of the Plaintiff's

17   Fact Sheet, to do those handwritten answers that you

18   said you did, did you rely on any documents to fill

19   that out?

20      A     For my PF --

21      Q     For your PFS.

22      A     -- PFS.

23            I'm not, I'm not sure.

24            I'm not sure.

25      Q     Do you main a calendar, whether it's

Page 232

1    electronic or handwritten, or a journal or anything

2    like that related to your cancer treatment or your

3    medical appointments?

4        A    No.

5        Q    How do you keep track of your doctor's

6    appointments?

7        A    They usually give me a card, a card with

8    the next appointment.

9        Q    What did you do with the card once you've

10   gone to the appointment?

11       A    Throw it away.

12       Q    B asks for medical records or other

13   documents related to the use of Taxotere or

14   Docetaxel at any time for the past 12 years.

15           Do you have anything responsive to that

16   request?

17       A    Whatever I had, I gave it to the

18   attorney's office.

19       Q    Did you have anything responsive to that

20   request?

21       A    As far as the use of -- my medical records

22   I gave to John's office.

23       Q    You maintain a copy of your medical

24   records?

25       A    I got them from Kaiser, and when I got

Page 233

1   them I gave, I believe, Phillipe permission to

2   upload or download or whatever she needed to do.  So

3   I gave it to them, to John's office.

4          MR. BERMAN:  Just to be clear, are you

5      only talking about documents requested only by

6      the list on the deposition notice or that list

7      as it also corresponds to prior document

8      requests, which is what I think the witness

9      might be talking about?

10          MS. MIMS:  I think that is what she's

11      talking about, but I think I can clear it up.

12   BY MS. MIMS:

13      Q    When did you provide your attorneys with

14   the medical records that you're referring to?

15      A    I don't know the date.

16      Q    Was it before you filed your complaint?

17      A    It would have been -- I don't know the

18   dates.  I don't know the dates.

19      Q    Was it within the past year?

20      A    Yes, it would have been -- well, I don't

21   know for sure.  I don't remember the date that I

22   gave it to him.

23      Q    The record that you provided them, were

24   they records that you maintained at your home?

25      A    No.  These were records that Kaiser gave

Page 234

1   me, if I'm remembering it right, and I forwarded it,

2   I think to Phillipe, the paralegal, I believe, to

3   have for my records.

4           I did not keep anything.

5       Q    Why was Kaiser giving you a copy of your

6   medical records?

7       A    Because I requested it.

8       Q    What did you request from them?

9       A    My medical records.

10      Q    All medical records?

11      A    Medical, yes.

12      Q    And in what form did they send you those

13  records?

14      A    I believe it was a -- it was a document

15  that could be uploaded.  I'm, I'm not sure.

16      Q    Did they send it to you over email?

17      A    It was an email, I believe.

18      Q    What is your email address?

19      A    Jacquemills@bellsouth.net.

20      Q    How long have you had that email address?

21      A    A long time.  For a long time.

22      Q    Do you have any other email address?

23      A    No -- well, I have a Gmail address but I

24  don't know what it is.  I don't use it that often.

25      Q    When's the last time you used the Gmail

Page 235

1    address?

2         A    I don't remember.

3         Q    In reviewing the records, I believe we've

4    come across some communications between you and some

5    of the doctors you've had.

6         A    Okay.

7         Q    I believe some --

8         A    Yes.

9         Q    -- some of those are emails; is that

10   correct?

11        A    That would be correct.

12        Q    What email address were you using when you

13   communicated with those physicians?

14        A    Kaiser, when I was a Kaiser patient, had

15   an email portal for, for the doctors.  So the email

16   -- one of the emails that you have for Dr. Johnson,

17   I would have gone into the Kaiser portal and sent

18   the email to him via that portal.  And portal is

19   probably not the right terminology.  And his

20   response to me came back via that same portal or --

21        Q    So when you say portal, was there a Kaiser

22   website or database that you actually had to log

23   into --

24        A    Yes.

25        Q    -- as a patient?

Page 236

1          A     Yes.

2          Q     And that -- was that the only way you

3     communicated with the Kaiser doctors?

4          A     Other than face-to-face?

5          Q     Right.

6          A     Yes.

7          Q     In terms of email?

8          A     Yes.

9          Q     Did you ever communicate with them through

10    your personal email?

11         A     I don't believe so but I don't remember.

12         Q     And through -- in terms of your personal

13    email, have you ever communicated with any

14    physicians -- I know you said you didn't believe

15    that you communicated with any Kaiser physicians,

16    but any physicians, any medical providers, anyone

17    else regarding your cancer treatment or your cancer

18    diagnosis or anything related to your cancer?

19         A     No.

20         Q     Have you done a search of your email to

21    make sure that that's accurate?

22         A     I have not.

23         Q     I'm going to ask you to go back and to

24    look through your personal email address --

25         A     Okay.

Page 237

1        Q    -- and confirm for your attorneys that

2    there's nothing in the email related to doctors'

3    visits, your cancer treatment, Taxotere,

4    chemotherapy, and confirm that you have not

5    communicated over that email.  Okay?

6        A    Okay.  Okay.

7        Q    So other than the --

8             MR. MIMS:  I'm sorry, let me back up.

9    BY MR. MIMS:

10       Q    We were talking about the medical records

11   you received from Kaiser upon your request, right?

12       A    Yes.

13       Q    Did that come through the portal?

14       A    No.  I believe that came through my

15   personal email.  I believe.  I'm not sure.

16       Q    When you sent those records the paralegal

17   that you referred to earlier, Phillipe, did you

18   simply forward the email that you had received from

19   Kaiser?

20       A    I'm not sure how I, how I gave it to them.

21   I'm not really sure.

22       Q    But as we sit here today, you think there

23   might be at least one email related to your cancer

24   and/or cancer treatment, and that would be that

25   email from Kaiser sending you the records you had

Page 238

1   requested, right?

2        A     There may be but I don't know.  But I will

3   go and check.

4        Q     And anything you find related to your

5   cancer, diagnosis, your treatment, any of your

6   physicians, I would ask you to forward to your

7   attorneys.

8        A     Okay.

9        Q     Do you communicate with your children over

10  email?

11       A     No.

12       Q     Do you communicate with any of your

13  friends over email?

14       A     Not really, no.

15       Q     What do you use email for mainly?

16       A     When I do online shopping to get my

17  shipping notification.  A lot -- I do a lot of

18  online shopping.

19       Q     Okay.

20       A     So basically my shipping notifications,

21  order confirmations.

22             That's the majority of what my emails are.

23  Yeah, that's the majority.

24       Q     Do you maintain any documents

25  electronically or otherwise that relate to your use

Page 239

1    of any prescription drugs or medications that you've

2    taken within the past eight years?

3         A    No.

4         Q    Do you maintain any documents, paper or

5    electronic, related at all to any chemotherapy

6    agents that you've either taken or researched over

7    the past eight years?

8         A    No.

9         Q    Have you ever seen any advertisements or

10   promotions for Taxotere?

11        A    For Taxotere, the drug?

12        Q    Yes.

13        A    No.

14        Q    Have you ever done any research on

15   Taxotere?

16        A    I did the research when I found John's

17   firm.  I believe I Googled Taxotere lawsuit, and I'm

18   not really sure what I put in to get it, but that

19   would have been probably the extent of my getting

20   information.

21        Q    What is it that led you to put into Google

22   Taxotere lawsuit?

23        A    The commercials that I had seen on TV

24   talking about Taxotere possibly causing permanent

25   hair loss got me a bit curious.

Page 240

1      Q      And the commercial is what led you to do

2    that Google search --

3      A      Yes.

4      Q      -- for Taxotere lawsuit?

5      A      Yes.

6      Q      Tell me what you remember about the

7    commercial.

8      A      Basically the person saying if you think

9    -- if you use -- and I'm remembering.

10            If you use a drug Taxotere and you

11   suffered hair loss, your hair loss may be permanent,

12   call this number, something.

13            I don't remember the exact words.  But

14   there were -- they're on TV all the time.

15     Q      How many times had you seen the

16   advertisement before you did the Google search?

17     A      I can't tell you.  I don't know.

18     Q      Did you only see it on TV, or did you see

19   it other places as well?

20     A      On TV, and I may have heard it on the

21   radio.  I don't know.

22     Q      You may have heard it on the radio in

23   addition to seeing it on TV?

24     A      Yes.

25     Q      But you definitely saw it on TV?

Page 241

1      A     Yes.

2      Q     And you believe you saw it more than once

3   on TV?

4      A     Yes.

5      Q     Did you discuss the advertisement with

6   anyone?

7      A     No.  No.  I may have -- well, let me back

8   up.  I may have discussed it with my husband.  I

9   don't remember.

10     Q     So seeing that advertisement is what

11  caused you to search for Taxotere lawsuits and how

12  you found your attorney; is that fair?

13     A     Seeing the advertisement and the fact that

14  my hair had not grown back in a two-year period

15  coupled together would have -- would be what

16  prompted me to look at it.

17     Q     The advertisement that you saw, did it

18  list a phone number to call?

19     A     It did.

20     Q     Did you call that number?

21     A     No.

22     Q     Why not?

23     A     I initially decided that I wasn't going to

24  get involved with it.  I didn't want to.  And for a

25  long time I decided that I would not.

Page 242

1            As time progressed and my hair did not

2    grow back, I decided that I would research it.

3        Q    What made you change your mind?

4        A    The fact that my hair had not grown back.

5        Q    After seeing the advertisement, other than

6    Googling Taxotere lawsuits, did you then do any

7    other research to try to figure out whether what was

8    being stated in the advertisement was actually true?

9    Did you want to find out more information?

10       A    No.

11       Q    So the only thing you did was Google

12   Taxotere lawsuits?

13       A    That --

14       Q    Is that fair?

15       A    That would be fair.

16       Q    Do you have any packaging, containers,

17   boxes or labels for Taxotere or Docetaxel that you

18   were provided with or obtained in connection with

19   your use in chemotherapy?

20       A    No.

21       Q    Have you ever received any documents

22   directly or indirectly from any of the defendants in

23   this case?

24       A    No.

25       Q    Have you ever tried to contact Sanofi?

Page 243

1      A    No.

2      Q    We have some pictures of you that we're

3  going to go through in a minute.

4           In terms of photographs of yourself, both

5  before chemotherapy and after chemotherapy, have you

6  provided all photographs of yourself that depict you

7  before your chemotherapy and after your

8  chemotherapy?

9      A    Within a five-year period -- I believe

10  there was a stipulation.  Yes, I did.

11     Q    So you provided all photographs you have

12  within five years of both before and after your

13  chemotherapy?

14     A    Yes.

15     Q    I did ask you if you kept a journal or

16  calendar.  I don't believe I used the word "diary."

17          Do you keep a diary?

18     A    No, I do not.

19     Q    Do you have a Facebook or any other social

20  media account?

21     A    No, I do not.

22     Q    No Twitter account?

23     A    No.

24     Q    No Instagram account?

25     A    No.

Page 244

1      Q    Other than what we looked at, which we

2    marked as Exhibit 10, which listed a number of bills

3    for wigs and you said a couple of other products,

4    like eyebrow pencils and what-not, do you have any

5    other bills for money that you have expended that

6    you claim relate to this injury?

7      A    No.

8      Q    Are there any other monetary damages that

9    you claim relate to this injury -- and we discussed

10   damages before, but I mean specific medical expenses

11   that you are claiming, other than the ones that we

12   looked at in this stack, related to the wigs and the

13   eyebrow pencils?

14     A    No.

15          MR. GOMEZ:  Objection to form.

16     Q    All right.  I want to look at some

17   photographs.?

18          MS. MIMS:  I'll mark this as Exhibit 12.

19          (WHEREUPON, Defendant's Exhibit-12 was

20       marked for identification.)

21   BY MR. MIMS:

22     Q    Exhibit 12 consists of two, two pictures.

23          Do you recognize that picture?

24     A    I do.

25     Q    And it's fair to say from the picture that

Page 245

1    you took that picture?  We can see you take that

2    picture in the mirror in the background, right?

3         A    Yes.

4         Q    Tell me when you took this picture.

5         A    Probably a couple weeks ago.  I don't

6    remember.  I don't remember but I would say it was

7    in the last six months, at least.  Within the last

8    six months, I would say.

9         Q    And do you say that because you believe

10   that Exhibit 12 is an accurate representation of

11   what your hair looks like today?

12        A    Yeah.

13        Q    Without your wig?

14        A    Yes.

15             MS. MIMS:  We'll mark Exhibit 13.

16             (WHEREUPON, Defendant's Exhibit-13 was

17         marked for identification.)

18             MR. MIMS:  Exhibit 13 -- all right,

19         Exhibit 12 didn't have Bates numbers.

20             Exhibit 13 is marked PPR 000096 to 97.

21   BY MS. MIMS:

22        Q    That's also another photograph you took,

23   correct?

24        A    Correct.

25        Q    And is that also an accurate

Page 246

1   representation of what your hair looks like today?

2       A    Yes.

3       Q    Was Exhibit 12 and Exhibit 13, are they

4   being taken at your home?

5       A    Yes.

6            (WHEREUPON, Defendant's Exhibit-14 was

7   marked for identification.)

8   BY MS. MIMS:

9       Q    I'm going to hand you what I'm marking as

10  Exhibit 14, which is PPR 000081 to 92.

11           Do you remember when these photographs

12  were taken?

13      A    I do not.

14      Q    Did you also take these photographs?

15      A    I did.

16      Q    Does Exhibit 14 also reflect an accurate

17  representation of what your hair looks like today?

18      A    Yes.

19      Q    And there are a number of close-ups in

20  here on your scalp.  From 82, 83, 84, 85, and 86 are

21  all close-ups.

22           And is it fair to say that you believe

23  that this is what you described as the one percent

24  hairy growth that you've had?

25      A    Yes.

Page 247

1      Q    Okay.  So since you've had that one

2   percent hair growth more than two years ago, it

3   stayed about the same; is that fair?

4      A    That's fair.

5      Q    If I represent to you that the photos

6   marked for Defendant's Exhibit 14 came with a date

7   of December 2016, does that sound about right?

8      A    It sounds about right.

9           (WHEREUPON, Defendant's Exhibit-15 was

10          marked for identification.)

11  BY MS. MIMS:

12     Q    I've marked Defendant's Exhibit 15.  Who

13  took -- and Defendant's Exhibit 15 is PPR 000079 and

14  78.

15          Do you recognize this picture?

16     A    I do.

17     Q    Do you remember when it was taken?

18     A    I do not.

19     Q    Are you taking that picture?

20     A    I am.

21     Q    And if I represent to you that this --

22  these photos were represented as being dated October

23  20, 2014, does that sound about right to you?

24     A    Probably.  I, I -- I don't remember but

25  that probably is about right, but I don't remember.

Page 248

1          I know they are not 10 years ago or

2     anything like that.  So I think the October date

3     would be about accurate.

4          Q    Were these photos taken prior to you

5     having begun chemotherapy treatment?

6          A    Yes.

7          Q    And are you wearing a wig or any

8     extensions in this picture?

9          A    I am not.

10         Q    When you were describing the process of

11    getting the relaxer every six weeks and then you

12    wash your hair every seven days, right?

13         A    Yes.

14         Q    And then during that seven days, it would

15    depend on how you wear it, but you would blow dry it

16    or wear it with curlers?  That's how you described

17    it, right?

18         A    Yes.

19         Q    Can you tell from looking at this picture

20    how you did your hair that day?

21         A    From looking at this picture, I would say

22    that I blew it dry and curled it.

23         Q    Okay.  So you used both a blow dryer and a

24    curling iron?

25         A    Yes.

Page 249

1       Q    And was that generally how you wore your
2   hair in terms of the way it's styled and combed?
3       A    Sometimes.  I changed up, depending on how
4   I felt.  Sometimes I may have changed it some.
5            Sometimes I wore it pulled back the way
6   you have yours.
7       Q    If you were to blow dry your hair out, did
8   you usually comb it forward like that on the top and
9   give yourself bangs?
10      A    I don't remember.  I don't remember.
11      Q    Do you know why it was you were taking
12  this picture in October of 2014?
13      A    I believe I was taking it to show my
14  husband how my hair had grown because I used to wear
15  my hair short, and this would be representative of
16  it having grown some, you know, to this length.
17           So that would be -- and because I
18  sometimes wore it back like yours, this was just
19  representative of what it looked like curled and
20  down, I would say.
21      Q    Had you been trying to grow your hair
22  around that time in 2014?
23      A    I don't know that I was putting forth an
24  effort, no.
25      Q    Well, why would you have been showing your

Page 250

1    husband how much your hair had grown?

2         A    Because I wanted him to see it.

3         Q    How much had your hair grown at this

4    point?  How much shorter was it prior to this?

5         A    Prior to this, it was probably -- I wore

6    it -- I mean when I wore it short, it was short and

7    taper, tapered in the back, sides tapered, and I may

8    have had a bang, you know.  I don't know.

9              So this would be quite a bit of growth.

10        Q    When you say tapered, by that are you

11   referring to a process by which the side, you

12   actually use -- not a razor.  The barber's tool to

13   actual --

14        A    No.  I'm speaking -- I'm sorry for cutting

15   you off.

16        Q    Go ahead.  Tell me what you mean.

17        A    I mean ends pointy.  It was cut in a short

18   style and for me tapered, I mean I may have had the

19   ends pointy, the back laying down.

20             Now, the back laying down would have

21   required a barber, by my beautician, when I was

22   going, to smooth that out and taper it off.

23        Q    So when you -- but when you're describing

24   it in this tapered look, it was short and would have

25   been above your ears?

Page 251

1      A     Yes.

2      Q     But the top would have been a little bit

3   longer?

4      A     Yes.

5            MS. MIMS:  I'm going to go ahead and mark

6        Exhibit 16.

7            (WHEREUPON, Defendant's Exhibit-16 was

8         marked for identification.)

9   BY MS. MIMS:

10     Q     Do you recognize that photo?

11     A     I do.

12     Q     When was that taken?

13     A     I can't give you the exact date.

14     Q     Does December 2017 sound about right?

15     A     That might have been right, since I had on

16   red.  I don't know.

17     Q     And you're wearing a wig in that picture?

18     A     I am.

19     Q     Do you know why that picture was taken?

20     A     Just to see what I looked like with a new

21   wig and a selfie.

22     Q     And you described it as a selfie.  You're

23   taking that picture yourself?

24     A     Yes.

25            MS. MIMS:  I'm going to go ahead and mark

Page 252

1          exhibit, Defendant's Exhibit 17.

2               (WHEREUPON, Defendant's Exhibit-17 was

3           marked for identification.)

4     BY MS. MIMS:

5          Q     Do you recognize that picture?

6          A     I do.

7          Q     When was that picture taken?

8          A     I believe it was October of 2016 or '17.

9     I say October because I went to a ball with my

10    husband and this is the outfit I wore and it was in

11    October.

12         Q     Okay.  So you were getting dressed up and

13    going to a special event that night?

14         A     Yes.

15         Q     We talked about, a little bit earlier,

16    some psychological impacts and you described

17    depression and anxiety and sadness.  Has that

18    depression or anxiety or sadness, whether it's

19    related to the breast cancer or the hair loss, has

20    it every impacted your ability to go out to special

21    events like that?

22         A     It has.  When I did not feel my best or if

23    I was in a depressed mode or state, I may have

24    chosen not to go.

25         Q     But you are still able to get up and to do

Page 253

1   things like that special event that we just looked

2   at the picture for, right?

3        A    That is true.

4             MS. MIMS:  I'm going to mark Defendant's

5        Exhibit 18.

6             (WHEREUPON, Defendant's Exhibit-18 was

7         marked for identification.)

8   BY MS. MIMS:

9        Q    Which is PPR 000094.

10            Do you recognize that picture?

11       A    I do.

12       Q    When was this taken?

13       A    I don't remember exactly but I was headed

14  to church.  It would have been on a Sunday but I

15  don't know when.

16       Q    I asked you a little bit earlier about why

17  you had filed this lawsuit.  Do you recall that

18  conversation?

19       A    I do.

20       Q    And one of the things that you said was

21  that one of the reasons you have filed the lawsuit

22  is because you want women to know that they can have

23  permanent hair loss if they take chemotherapy,

24  specifically Taxotere.  Right?

25       A    Right.  Yes.

Page 254

1      Q    But it's fair to say that no physician has

2   ever told you that Taxotere causes permanent hair

3   loss, right?

4      A    That's correct.

5      Q    And you've never done any research on your

6   own in which you've read articles saying Taxotere

7   specifically causes permanent hair loss, right?

8      A    Right.  Yes.

9      Q    What exactly do you believe, if you

10  believe that the company should say something about

11  permanent hair loss, what do you believe they should

12  say?

13           MR. GOMEZ:  Objection.

14     Q    How should they warn women?

15           MR. GOMEZ:  Objection; form.

16     A    I believe that the company should advise

17  women that Taxotere can cause hair loss and that the

18  hair loss can be permanent.

19     Q    Does your knowledge of believing that

20  Taxotere can cause permanent hair loss come solely

21  from these advertisements you've seen for lawsuits?

22     A    Yes.

23     Q    If when your chemotherapeutic regimen was

24  being proposed to you by your oncologist, by

25  Dr. Shah, and Dr. Shah specifically said to you

Page 255

```
 1  instead of just saying it could cause hair loss,
 2  specifically said there is a small risk that
 3  chemotherapy can cause permanent hair loss but this
 4  is my recommendation for you for your best chance of
 5  survival and beating the cancer, would you still
 6  have taken it?
 7            MR. GOMEZ:  Objection; form.
 8       A    I don't know.
 9       Q    So as you sit here today, you are not
10  claiming that you would have 100 percent refused to
11  take Taxotere if you were told there was a small
12  percentage risk of permanent hair loss?
13            MR. GOMEZ:  Objection; form.
14       A    I don't know what I would have said or
15  done.  I don't know.
16       Q    We talked a little bit about your breast
17  cancer diagnosis and after being diagnosed you
18  having a fear of dying after learning of that
19  diagnosis, right?
20       A    Yes.
21       Q    And I know that you testified you still
22  have some of those fears of dying, right?
23       A    That's correct.
24       Q    Are those fears of dying today any
25  different than they were back when you were
```

Page 256

1    initially told you had breast cancer?

2        A    I don't know.

3        Q    Do you feel like to some extent you've

4    beaten breast cancer?

5        A    To some extent I would say yes.

6        Q    You had a friend Geri who had breast

7    cancer, right?

8        A    Yes.

9        Q    And she ultimately died of that breast

10   cancer, right?

11       A    Yes.

12       Q    Do you feel pretty lucky in the fact that

13   you've gone through breast cancer, you've had

14   treatment for breast cancer, and you're still

15   sitting here today, and as far as you know you have

16   not had a recurrence yet?

17       A    I would not use the word lucky.  I would

18   say blessed.

19       Q    Okay.  Blessed?

20       A    Yes.

21       Q    So you feel blessed as you sit here today?

22       A    I do.

23       Q    As you sit here today, you cannot say with

24   any certainty, can you, whether another chemotherapy

25   drug would have worked the same way as your

Page 257

1   chemotherapeutic regimen which was prescribed for

2   you, can you?

3          MR. GOMEZ:  Objection to form.

4      A    I cannot since I'm not a doctor.

5      Q    You also cannot say if you had taken a

6   different chemotherapeutic regimen whether you would

7   have had hair loss which continued for several years

8   after your chemotherapy treatment, can you?

9      A    I cannot --

10         MR. GOMEZ:  Objection to form.

11     A    I cannot say.

12     Q    We talked a little bit about Herceptin,

13  and you did -- you were treated with Herceptin for a

14  year after completing your treatment with

15  chemotherapy, right?

16     A    No.  In conjunction.

17     Q    In conjunction?

18     A    Yes.

19     Q    Did you have any side effects from the

20  Herceptin?

21     A    I initially had watery eyes and a runny

22  nose.  I still have the runny nose.  I don't have

23  the watery eyes anymore.

24     Q    Any other side effects?

25     A    None that I can think of, no.

Page 258

1          Q    Do you recall being concerned that

2     Herceptin was causing you to suffer from leg pain?

3          A    I do remember having some leg pain, and I

4     believe I had finished my, my Taxotere and I was

5     still on Herceptin, and I did have some leg pain,

6     and I believe I expressed that concern to Dr. Shah.

7     And I may have even sent her an email about it, I'm

8     not really sure, via the Kaiser portal or Kaiser

9     website.  And her response to me was that she did

10    not believe it was the Herceptin.

11              And I'm guessing that was the gist of our

12    communication.

13         Q    Did, did that leg pain eventually

14    dissipate?

15         A    It did.

16         Q    It did.

17              Your initial diagnosis with breast cancer

18    was in September of 2014; is that right?

19         A    The end of -- that's correct.

20         Q    And as you sit here today, in 2018, with

21    your last mammogram showing no cancer cells, how do

22    you feel?

23         A    I --

24              MR. GOMEZ:  Objection to form.

25         A    I feel okay.  I still have the fear of

Page 259

```
 1   recurrence, but I feel okay.
 2        Q    Is there anything that you can think of
 3   that could be done to alleviate that fear of
 4   recurrence?
 5             MR. GOMEZ:  Objection; form.
 6        A    I don't know.
 7        Q    Do you have a different outlook on life
 8   now than you did before your breast cancer
 9   diagnosis?
10        A    Yes.
11        Q    How so?
12        A    My outlook is more so of being more
13   positive, trying to not worry about things that I
14   cannot control.  I try but I don't know how well I
15   do.
16             And enjoying each day.  Being thankful for
17   each day.
18        Q    Part of the anxiety that you experience or
19   the fear about the return of cancer, is it fair to
20   say that part of that is because it's out of your
21   control as to whether the cancer will come back, to
22   a certain extent?
23        A    I'm not sure where my fear -- I don't
24   know.
25        Q    Do you have any claims that you received
```

Page 260

1    inadequate medical care from any of the health

2    providers that treated you for your cancer?

3        A    No.

4             MR. GOMEZ:  Objection to form.

5        Q    Are you thankful for the medical treatment

6    you received?

7             MR. GOMEZ:  Objection; form.

8        A    Yes.

9             MS. MIMS:  I have no further questions.

10            THE VIDEOGRAPHER:  Anything else?

11            MR. GOMEZ:  No.

12            THE VIDEOGRAPHER:  This concludes the

13       deposition of Jacqueline Mills.

14            The time is 3:47, and we're off the

15       record.

16            (Whereupon, the deposition concluded at

17       3:47 p.m.)

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

State of Georgia :
Fulton County     :


        I hereby certify that the foregoing deposition transcript of **JACQUELINE G. MILLS ,** was taken down, as stated in the caption, and the questions and answers thereto were reduced by stenographic means under my direction;

        That the foregoing Pages 1 through 260 represent a true and correct transcript of the evidence given upon said hearing;

        And I certify that I am not of kin or counsel to the parties in this case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

        IN WITNESS WHEREOF, I have hereunto subscribed my name  this 15th day of June 2018.


                *Wanda L. Robinson*
        _____

                Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission expires 10/11/2019

Page 262

1                  D I S C L O S U R E

2    STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF

     FULTON COUNTY     ) JACQUELINE G. MILLS - 5/30/18

3              Pursuant to Article 10.B of the Rules

4    and Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7              I am a Georgia certified court reporter.

8    I am here as a representative of Veritext Legal

9    Solutions, and Veritext Legal Solutions was

10   contacted by the offices of Shook Hardy & Bacon LLP

11   to provide court reporter services for this

12   deposition.  Veritext Legal Solutions will not be

13   taking this deposition under any contract that is

14   prohibited by O.C.G.A. 9-11-28 (c).

15             Veritext Legal Solutions has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21             Veritext Legal Solutions will charge the

22   usual and customary rates to all parties in the

23   case, and a financial discount will not be given to

24   any party to this litigation.

25             Wanda L. Robinson, CRR, CCR No. B-1973

Page 263

```
 1                    ERRATA SHEET
              VERITEXT LEGAL SOLUTIONS
 2                   800-567-8658
      ASSIGNMENT NO. CS2910185
 3    CASE NAME: Mills, Jacqueline  v. Sanofi S.A.
      DATE OF DEPOSITION: 5/30/2018
 4    WITNESS' NAME: Jacqueline G. Mills
 5
      PAGE/LINE(S)/    CHANGE           REASON
 6    ____/_____/ _____/_____
      ____/_____/ _____/_____
 7    ____/_____/ _____/_____
      ____/_____/ _____/_____
 8    ____/_____/ _____/_____
      ____/_____/ _____/_____
 9    ____/_____/ _____/_____
      ____/_____/ _____/_____
10    ____/_____/ _____/_____
      ____/_____/ _____/_____
11    ____/_____/ _____/_____
      ____/_____/ _____/_____
12    ____/_____/ _____/_____
      ____/_____/ _____/_____
13    ____/_____/ _____/_____
      ____/_____/ _____/_____
14    ____/_____/ _____/_____
      ____/_____/ _____/_____
15    ____/_____/ _____/_____
      ____/_____/ _____/_____
16    ____/_____/ _____/_____
      ____/_____/ _____/_____
17    ____/_____/ _____/_____
      ____/_____/ _____/_____
18    ____/_____/ _____/_____
      ____/_____/ _____/_____
19    ____/_____/ _____/_____
20              _____
                  Jacqueline G. Mills
21    (Notary not required in California)
      SUBSCRIBED AND SWORN TO
22    BEFORE ME THIS_____DAY
      OF_____, 2018.
23

      _____
24       NOTARY PUBLIC
25    MY COMMISSION EXPIRES_____
```

Page 264

1                    Veritext Legal Solutions
                290 W. Mt. Pleasant Ave. - Suite 3200
2                    Livingston, New Jersey 07039
               Toll Free: 800-227-8440  Fax: 973-629-1287

3

4       _____, 2018

5

        To: John H. Gomez, Esq.
6

7       Case Name: Mills, Jacqueline  v. Sanofi S.A.

        Veritext Reference Number: 2910185

8       Witness:  Jacqueline G. Mills        Deposition Date:  5/30/2018

9

        Dear Sir/Madam:

10

        Enclosed please find a deposition transcript.  Please have the witness

11      review the transcript and note any changes or corrections on the

        included errata sheet, indicating the page, line number, change, and

12      the reason for the change.  Have the witness' signature at the bottom

        of the sheet notarized except in California where they are signing

13      under penalty of perjury and forward the errata sheet back to us at

        the address shown above.

14

15

        If the jurat is not returned within thirty days of your receipt of

16      this letter, the reading and signing will be deemed waived.

17

18

19

20      Sincerely,

21

22      Production Department

23

24      Encl.

25      Cc: Buffy Mims, Esq.

**[& - 244]**

Page 1

| & | | | |
|---|---|---|---|
| **&**   2:16 3:9 262:10 | **104**   122:12 125:19 | **17.62.**   229:22 | **2012**   177:17,19,20 |

**0**

**000079**   247:13
**000081**   246:10
**000094**   253:9
**000096**   245:20
**01355**   74:5
**01356**   75:17,20
**01358**   74:6
**01510**   93:5
**01512**   94:3
**01829**   126:4
**02419**   153:2
**02420**   153:3
**02689**   1:5
**03652**   186:15
**03654**   188:9
**03655**   186:16
   188:24
**05/22/2018**   3:21
**07039**   264:2
**08053**   2:9

**1**

**1**   3:9 14:25 15:1
   17:22 20:15
   109:13 261:11
**1,378.15**   228:14
**1,6**   22:15
**1/19/2015**   3:15
   126:9
**10**   3:22 11:25
   178:4 179:22
   185:3 212:17
   226:22,23 244:2
   248:1
**10.b**   262:3
**10/11/2019**   261:24
**100**   160:24 255:10

**1075**   1:21
**10:02**   71:1
**10th**   51:13,16
   73:16
**11**   3:24 180:22
   194:3 230:19,20
**11/7/2014**   3:10
   74:12
**113**   3:13
**1155**   2:17
**11:39**   137:16
**11th**   6:4
**12**   4:4 210:9,14
   224:4,21 232:14
   244:18,19,22
   245:10,19 246:3
**12/18/2015**   3:19
   186:18
**12/9/2014**   3:12
   93:14
**126**   3:15
**12:35**   137:19
**13**   4:5 245:15,16
   245:18,20 246:3
**14**   4:6 246:6,10,16
   247:6
**14th**   129:23
**15**   3:9 4:7 247:9
   247:12,13
**1512**   93:5 99:9
**152**   3:16
**15th**   122:2 123:4
   129:23 261:21
**16**   4:8 51:17 251:6
   251:7
**1684**   10:8 174:4
**17**   4:9 196:16
   252:1,2,8
**17.62**   229:14

**1700**   2:5
**172**   3:18
**1746**   226:1
**17th**   122:3 123:5
   135:21
**18**   4:10 193:18
   196:21 197:5
   198:7 229:6 253:5
   253:6
**18.12**   229:7
**186**   3:19
**19**   174:10,12
   175:21 197:18,22
   208:25 209:3
   216:18 221:15
**1952**   6:4
**1972**   211:16,21
   212:20 216:19
**1973**   1:24 261:24
   262:25
**1974**   176:19
**1975**   6:20
**1994**   218:24,24
**1:30**   176:3
**1:37**   176:6
**1a**   94:8
**1st**   177:17,20
   193:23 194:4,10
   194:17 195:2,6

**2**

**2**   3:10 74:4,7
   174:4
**20**   156:20 247:23
**200**   2:17
**2000**   51:14
**20004**   2:17
**2005**   179:25
   180:12
**201**   2:9

**2014**   50:19 52:10
   73:15,16 74:22
   93:24 204:13
   211:16,22 212:20
   216:19 247:23
   249:12,22 258:18
**2015**   12:23 50:20
   50:21 85:23
   119:11 155:6
   158:13,16 162:1,5
   162:8,15 180:1
   181:3,10 187:23
   188:2 193:7,19,23
   193:23 194:10,10
   194:23 222:13
   228:17 229:7
**2016**   12:24 22:16
   24:22 51:16 193:4
   247:7 252:8
**2017**   158:6,10,17
   195:2,6 230:7
   251:14
**2018**   1:16 5:2
   73:17 195:3
   226:11 258:20
   261:21 263:22
   264:4
**202.783.8400**   2:18
**21**   96:9
**21st**   228:17
**22**   210:8,9
**2221**   21:16
**225**   3:21
**227**   3:22
**23**   216:13 221:15
**230**   3:24
**23rd**   22:15 24:4,22
**24**   14:15 221:21
**244**   4:4

**245** 4:5
**246** 4:6
**247** 4:7
**251** 4:8
**252** 4:9
**253** 4:10
**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** 6:2
**260** 261:12
**28** 225:25
**290** 264:1
**2910185** 264:7
**2:17** 1:5
**2:48** 226:16
**2:55** 226:19
**2nd** 133:4

**3**

**3** 3:12 13:13 93:4
  93:6 101:11 106:5
  129:13 176:10
**3,2017** 3:22
**30** 1:16 5:2 59:24
  163:7,12,15
**30013** 10:9
**30309** 1:22
**30th** 177:19
**31st** 181:3 182:13
  193:7,23 194:10
  194:18
**3200** 264:1
**33** 63:2,3
**3625** 1:21
**3:47** 260:14,17
**3rd** 230:7

**4**

**4** 3:13 113:23,24
  114:1,7 176:12
  177:21
**4/9/2015** 3:17
  153:5

**40** 63:25
**404-285-1148**
  21:20

**5**

**5** 3:3,15 126:3,5
  129:12 154:20
  231:5,7
**5/30/18** 262:2
**5/30/2018** 263:3
  264:8
**50** 21:14 159:14,15
  164:12,25 165:1,3
**57** 19:18 116:2,23
**59** 117:4

**6**

**6** 3:16 12:24
  101:11 152:9,23
  152:24 153:2
  154:19 155:19
  196:16
**60** 118:11
**61** 114:8 116:23
**619.237.3490** 2:6
**619.237.3496** 2:6
**62** 74:17 94:7
**63** 187:12
**65** 191:14
**655** 2:5
**69.44.** 228:20
**6th** 12:23 119:11
  122:1 193:3
  229:14

**7**

**7** 3:18 172:22,23
  172:25 177:22
  178:3
**74** 3:10
**78** 247:14
**7th** 74:22

**8**

**8** 3:19 186:11,12
  186:15 193:18
**80** 160:9,11,18
**800-227-8440**
  264:2
**800-567-8658**
  263:2
**82** 246:20
**83** 246:20
**84** 246:20
**85** 246:20
**856.988.5574** 2:10
**86** 246:20
**8:15** 1:16 5:2

**9**

**9** 3:21 93:24 155:6
  197:6 225:18,19
  225:22
**9-11-28** 262:14
**92** 246:10
**92101** 2:6
**93** 3:12
**97** 55:4 245:20
**973-629-1287**
  264:2
**9:41** 65:3
**9:53** 65:7

**a**

**a.m.** 1:16 5:2
**aa** 176:13
**ability** 13:2 14:18
  252:20
**able** 11:2 14:21
  27:25 107:5
  207:14 252:25
**absolutely** 69:19
  98:24 111:18
  147:11 167:1

**abundance** 124:6
**acc** 75:7 128:4,5,8
  128:10,19 130:2,5
  130:6 140:12
  187:2
**accepted** 111:21
  111:23
**accompany** 45:18
  62:11,14 64:22
**accomplish** 72:12
**account** 230:1
  243:20,22,24
**accurate** 149:10
  180:12 236:21
  245:10,25 246:16
  248:3
**accurately** 14:21
**aches** 189:16
**aching** 192:5
**acquainted** 22:17
**active** 10:1
**actual** 17:17
  219:25 221:4
  250:13
**acute** 117:25
**add** 48:15,18,19
  48:20,24 148:6,22
  219:23,24 220:11
  220:14
**added** 200:1,1
  219:13,14,24
  220:8,13,13 221:2
**addition** 37:12
  82:7 240:23
**additional** 13:9
  82:12 84:9 86:20
  219:14,22 221:2
**address** 10:6
  21:15 174:5,7
  175:5 234:18,20
  234:22,23 235:1

**[address - argumentative]**                                                                Page 3

235:12 236:24
264:13
**adjuvant** 99:15,22
187:14
**administered**
30:15
**advance** 125:23
**advanced** 126:1
**advertisement**
23:20 240:16
241:5,10,13,17
242:5,8
**advertisements**
239:9 254:21
**advice** 80:16
102:12,17 155:22
**advise** 254:16
**affect** 14:18 61:2
**affirm** 226:11
**affirmative** 62:18
97:24 123:9
145:25 154:13
158:3 178:10
179:8 218:22,25
224:9,11
**afraid** 53:7 78:17
78:21 79:19,20
91:11,16 96:2
**agency** 262:18
**agent** 101:12
**agents** 239:6
**aggravated** 198:9
198:17
**aging** 191:15,19
**ago** 5:21 7:15 9:22
18:13,15,22 49:8
51:15 94:19
157:16,19,22
158:2 175:13,21
188:25 214:16
245:5 247:2 248:1

**agree** 30:20 31:17
172:19
**agreed** 22:4
102:20 108:24
109:4
**agreement** 25:4
262:16
**ahead** 5:23 26:20
27:2 76:11 77:23
87:21 102:20,24
105:24 124:16
134:13 141:22
144:4 154:5
172:16 187:9
192:2 250:16
251:5,25
**ahmann** 54:8,10
54:11,12 55:7
65:12,21 66:2,7,15
66:24 67:21 69:3
75:8,11 76:8 77:5
78:7,13 79:10
80:1,15,16 81:13
82:23 92:6,18
95:6 96:13 224:8
**air** 217:4
**alcohol** 14:14
**alexander** 178:14
178:16 179:1
**ali** 81:3 82:24
**alive** 74:1 172:9
**allegation** 8:2,3
**allegations** 19:24
**allege** 196:18
**allergic** 103:8
**allergies** 13:14
**allergy** 180:18,19
**alleviate** 205:1
206:18 259:3
**allowed** 48:17

**alopecia** 34:7,12
34:13,25 35:3,13
36:3 37:19,23
38:11 103:2,18
111:9
**ambulance** 127:20
128:10,12 129:12
129:19
**amended** 3:18
172:24
**amount** 41:19,21
**anastrozole** 11:23
12:15,18 13:1
184:11,14,16,24
185:2,4
**anemia** 103:4
145:21,22
**anemic** 145:21
**anesthetic** 76:16
**answer** 10:25 11:3
11:7 13:2 26:15
26:15,20,21 29:2
31:13 41:12
115:24 210:16
223:15
**answered** 18:2
40:12 76:21
117:19
**answers** 231:15,17
261:8
**antibiotics** 130:19
130:21
**antihistamine**
13:14 114:21,23
**antoine** 59:9,23,24
59:25 60:11,14
61:15,20 62:7,11
63:7 174:25
**antoine's** 60:9
**anxiety** 133:18
137:4,10 199:2,12

199:22,25 200:20
201:9 202:4,18
203:12 205:2,11
205:24 206:8
207:6,8,10,12,19
207:22,24,25
208:9,11 210:1
252:17,18 259:18
**anxious** 78:14
91:11,13 207:7
**anybody** 104:9,18
119:14 140:22
141:4 156:22
**anymore** 257:23
**anywise** 261:17
**apart** 208:15
**appear** 9:16 72:3
230:5
**appearance** 71:21
72:6 73:8
**appearances** 2:1
**appearing** 2:3,14
**appetite** 189:15
**appointment**
78:12,15,17
128:13 182:17,21
183:2 232:8,10
**appointments**
62:12 64:23 197:3
232:3,6
**appreciate** 59:20
**approximately**
43:18 139:20
**april** 3:22 155:6
162:1,5,8,15
181:10 194:4,7,10
194:17 230:7
**area** 153:14
161:14
**argumentative**
31:23 41:17

**arimidex** 189:13
**arm** 76:19
**arms** 161:14 162:7
  164:6,9,17
**arthralgias** 103:7
**article** 262:3
**articles** 254:6
**aside** 25:8 138:2
  186:9 229:19
**asked** 17:25 40:2
  40:10 48:22 71:3
  77:1 86:16 97:17
  110:9 111:16
  115:20 117:14
  133:17 147:16,19
  170:10 173:5
  181:24 183:19
  188:25 192:17,20
  200:18 202:4
  223:4 231:9
  253:16
**asking** 29:1 53:15
  79:21 89:18,20
  97:3,16 110:3,7
  115:23 117:17
  223:23
**asks** 232:12
**assessment** 94:4
  99:11
**assigned** 85:1,4
**assignment** 263:2
**assistant** 89:3 90:3
**associated** 77:22
  84:5 106:4,10
  107:1 132:5
  143:19 186:4
**assume** 11:7 38:21
  38:25 63:20 120:9
  205:7
**assumed** 48:12
  170:20 171:17,23

**assumption** 48:4
  51:5 168:12,15,16
  168:17 170:4
**at&t** 177:9,12,12
  177:16
**athro** 103:6
**atlanta** 1:21,22
  12:9 176:21
**attached** 3:22
**attend** 176:20
**attended** 176:25
**attorney** 16:19
  25:8,14 26:10
  40:18 241:12
**attorney's** 232:18
**attorneys** 16:10
  18:17,25 21:8
  48:16 173:24
  233:13 237:1
  238:7
**audit** 8:3,5,22,23
**august** 22:15 24:4
  24:22
**ave** 264:1
**aventis** 1:7,8
**aware** 22:5 28:6
  28:16,18,21 139:2
**axillary** 76:2,2

**b**

**b** 1:24 10:8 232:12
  261:24 262:25
**ba** 176:13
**baby** 60:23
**back** 8:21 15:13
  26:6 34:17 36:21
  40:1 41:20 46:11
  48:25 49:5 51:8
  53:22 54:16 55:5
  55:11 56:14,21
  57:24 58:1 65:5,9

171:25
98:3,6,20 101:23
111:8 119:22
122:18 123:6
126:13 131:21,22
133:1 136:4,7
137:18 145:8,11
146:13,17 158:6
158:19 162:23
163:1,6,9 164:3,4
164:16,22 165:9
165:12,19 166:2
167:1,4 168:13,14
168:23 169:2,3,20
169:23 170:5,6,8
170:14,18,24
171:1,4,6,7,14,18
171:23,24 172:1,8
176:5,9 181:9
182:19 189:16
193:8,16 199:21
199:23 200:1,2
201:18 202:2
203:15 208:25
212:7 215:20
216:3 226:18
227:4 228:3,4,5,7
235:20 236:23
237:8 241:7,14
242:2,4 249:5,18
250:7,19,20
255:25 259:21
264:13
**background** 245:2
**bacon** 2:16 262:10
**bad** 86:13,25
  88:20 124:4,7,8,10
  124:19 125:13
  129:4 144:23
**bald** 42:3 168:18
  168:25 199:19

200:7 207:10,17
  207:21,23
**ball** 252:9
**bang** 250:8
**bangs** 249:9
**bank** 3:22 229:24
  229:25
**barber** 250:21
**barber's** 250:12
**base** 214:12,13,13
  214:18 215:7,20
  215:21
**based** 8:4 52:16,17
  88:13 99:16,23
  106:22 121:10
  122:18 128:7
  130:1 182:4
  194:20 198:16
  214:17
**baseline** 106:5
**basically** 22:1
  47:17 49:12 82:3
  122:5 155:18
  156:10 182:1
  213:8,8 238:20
  240:8
**basis** 139:24
**bates** 114:2 186:15
  245:19
**bay** 156:10,11
**bean** 75:11
**beat** 55:18 57:5
  63:14,22 64:12
  70:15 101:6
  134:17,20
**beaten** 256:4
**beating** 108:6
  110:12 136:5,25
  255:5
**beautician** 250:21

**beauty** 213:21
229:22 230:1
**becoming** 148:10
**bed** 140:7,7 145:2
145:5
**began** 44:16 50:5
110:19 120:13
133:18 141:19
144:14 166:9
**beginning** 5:3 37:2
96:24 139:1 223:3
**begins** 106:2
**begun** 248:5
**behalf** 2:3,14
**belated** 39:18
**belief** 226:4
**believe** 6:20 18:2
22:15 24:4 25:15
29:12,15 31:7,18
32:20,25 33:21
35:16 37:23 40:11
52:6,15,24 53:22
60:18 69:16 70:1
70:17 71:3 77:1
79:4 83:17 85:1
92:5 106:16 107:4
109:12 111:4
115:24 122:2,13
126:20 129:6
131:9 133:24
138:18 145:17
147:10,10 150:24
154:10 157:12
166:1,11,12
172:12,14,17
181:8,21,24,24
182:2,3,18 188:7
189:4 196:15
198:19,24 199:1
204:20 205:25
223:9 224:25

227:16,18 233:1
234:2,14,17 235:3
235:7 236:11,14
237:14,15 239:17
241:2 243:9,16
245:9 246:22
249:13 252:8
254:9,10,11,16
258:4,6,10
**believing** 254:19
**bell** 177:8
**bellsouth** 177:8,10
177:12
**bellsouth.net.**
234:19
**benefit** 78:1 108:3
154:21
**benefits** 77:24
78:1 134:14,16
**berman** 2:8 5:8
15:4 59:18 65:2
93:8 98:8,15
114:3 154:14
194:6 206:13
219:2,20 223:16
223:25 225:13
228:11 233:4
**best** 21:10,11 70:3
102:12 108:5
109:18,23,24
113:6 136:25
145:15 197:15
226:4 252:22
255:4
**better** 19:15,20
111:5 145:15,15
145:16 146:19
202:25 205:5
219:17
**beyond** 98:12

**big** 136:8
**bills** 244:2,5
**biopsy** 53:23 54:5
54:13 55:7 65:15
76:2
**birth** 6:3
**bit** 10:12 12:11
21:24 29:22 34:18
36:12 37:15 89:11
123:7 135:2 145:3
174:1 175:11
180:24 200:5
205:5 219:17
239:25 250:9
251:2 252:15
253:16 255:16
257:12
**blank** 212:22
**bleeding** 76:15
189:22
**blessed** 256:18,19
256:21
**blew** 218:7 248:22
**blister** 153:15
**blood** 32:17,17
86:12 87:4,9,16,19
87:20,22 88:3,9,10
88:13,13,22,23,25
89:8 90:2 118:1
122:22 129:14
130:20 131:11,13
131:20 132:1,5,10
134:11 138:9,9,13
143:7,11,14,16,20
143:24 144:7,8,9
145:23,24 146:1,1
146:11,14 148:24
149:1,7
**blow** 216:15 217:3
217:18,21 218:13
248:15,23 249:7

**blur** 67:18 68:8
**bmims** 2:18
**board** 262:4
**body** 101:3 131:4
161:10 162:8
163:23 164:9
165:23 189:16
**boldface** 116:6
**bone** 189:17
190:10,11,19,25
191:1,3,5,9 192:5
**bones** 13:22
**bottom** 74:15
174:3 196:17
210:10 264:12
**bought** 177:12,13
227:17,18
**bounce** 145:11
146:13
**bounced** 146:17
**bounty** 221:22,24
222:3,9 223:1
**bouts** 199:1
**box** 176:13,13
211:9,11
**boxes** 242:17
**boy** 10:8
**braid** 221:3
**braided** 220:25
**brand** 222:16
**breach** 7:18 8:1,6
**break** 11:11,12
56:2 65:1 176:1
200:4 206:14
226:15
**breaker** 152:10
**breast** 32:16 43:8
43:16,20,22,25
44:4,21 45:2,5,8
46:15,21 49:23
50:8 51:20,24

52:3,21,23,25 53:3
53:6,13,23 54:17
54:23 55:12 56:22
59:3 60:1,5 61:12
61:23 62:4,20
63:14,22 64:2,12
64:15 65:15 67:10
69:24 70:7,15
71:22 72:13 73:3
73:4,8 74:18 76:1
76:3 78:3 83:10
91:20,24 92:3
94:9 100:1 110:12
112:22 169:1
178:1 187:13
189:17 195:13
201:11 202:6,20
203:14,15,21
205:3 206:24
208:8 210:17
212:8 213:2
252:19 255:16
256:1,4,6,9,13,14
258:17 259:8
**breath** 143:22
**brentwood** 10:8
174:4
**brian** 59:9 63:24
64:1,8,22 157:8,9
175:1,5
**brian's** 64:14
**briefly** 174:17,18
175:1
**brimonidine** 179:2
**bring** 26:24 27:3
27:14 231:10
**bringing** 30:5
**broadway** 2:5
**broke** 137:21
**brought** 7:1

**brown** 176:21,22
**bruise** 86:13
**bryan** 2:24
**bs** 176:13
**buffy** 2:16 5:10,22
264:25
**building** 126:15
**bullet** 118:12
**burn** 215:23
216:11
**burning** 214:11
**buy** 160:6,7
213:19,19 227:24

**c**

**c** 261:1,1 262:1,14
**calcium** 13:13,22
**calendar** 231:25
243:16
**calendars** 20:20
**california** 2:6
263:21 264:12
**call** 24:17 55:6
56:15 57:23 66:23
67:5 220:12
240:12 241:18,20
**called** 12:9 53:21
54:12 55:11 56:21
57:21 92:13
122:14,16 125:23
125:24 128:2
131:10 219:18
220:4,9,18 222:23
**cancer** 12:9,19,20
31:9 32:16 43:1,6
43:8,13,16,20,22
43:25 44:4,22
45:2,5,8 46:15,21
49:23 50:8 51:20
51:21,23 52:7,25
53:13,23 54:17,23
55:12,19 56:22

57:4,5 59:3 60:1,5
61:13,23 62:5,20
63:14,22 64:2,12
64:15 65:16 67:10
68:11 70:15 72:13
72:19 73:23 76:18
78:2,3,25 79:1
82:7 83:5,11,20
84:8,9 91:13,20,24
92:3,12 94:13
95:2,15,21,22,25
96:3 100:1 101:2
101:6 108:6
110:12,21 111:1
112:22 115:13,16
118:1 134:17,21
134:24 135:25
136:2,5,13,14,20
136:25 152:3
169:1,12 171:3
174:22 175:9,13
178:1 184:23,23
187:14 195:13
200:19 201:11,18
201:22,24,25
202:6,20 203:7,8
203:10,14,15,21
203:24 204:4,9,13
205:3 206:24
208:8,16 210:18
212:8 213:2 232:2
236:17,17,18
237:3,23,24 238:5
252:19 255:5,17
256:1,4,7,10,13,14
258:17,21 259:8
259:19,21 260:2
**candidate** 99:15
**capacity** 177:23
**caps** 230:2

**caption** 15:15
261:8
**car** 119:25
**carboplatin**
101:10,20 102:2
112:5 151:10
**carcinoma** 94:8
**card** 232:7,7,9
**cardiac** 76:17
106:3,10 107:18
**care** 12:20 52:19
61:11 80:19,20
84:19 122:4,15,16
125:23 126:1,25
127:10 183:10,14
196:8,11 210:9,12
260:1
**carried** 117:15
119:18,20,23
120:3,7
**case** 1:4 8:15,16
9:14,17 17:17,23
18:2 19:18,24
20:16 22:14 39:8
150:5 231:9
242:23 261:15,18
262:17,18,23
263:3 264:7
**cases** 132:9
**cash** 230:11
**cause** 32:2,9 34:7
34:13,25 35:3
39:5 40:7 47:23
107:2,3 108:21
117:10 200:19,25
254:17,20 255:1,3
**caused** 34:1,11
35:7 36:3 38:15
38:21 39:1 105:3
131:3,12,15,25
134:8 161:4

170:21 179:13
192:18 198:9,17
198:20,25 199:1
199:24 241:11
**causes** 105:8 254:2
254:7
**causing** 51:25 84:9
128:21 171:17
239:24 258:2
**caution** 124:6
**cc** 264:25
**ccr** 1:24 261:24
262:25
**cease** 85:24
**cell** 131:13,20
132:1,5,10 134:11
138:13 143:7,11
143:16,20,24
144:10
**cells** 82:7,13 83:20
95:16,20 96:1
258:21
**center** 2:9 3:10,12
3:15,16,19 12:9
46:5 125:23 126:1
**centimeters** 79:6,8
**certain** 25:1 122:8
231:8 259:22
**certainty** 256:24
**certified** 1:24
262:7
**certify** 261:6,14
**cetirzine** 180:15
180:16,17
**chance** 31:11
52:25 70:3,15
108:5 109:24
134:20 137:1
255:4
**chances** 68:16
79:12,14,16,22

92:21,24 93:2
109:14 111:4,5
**change** 12:5 73:9
139:17 148:19
185:15 190:22
242:3 263:5
264:11,12
**changed** 6:22,23
20:4,18 42:4,5
150:7 195:2 249:3
249:4
**changes** 103:3
105:13 189:22,23
264:11
**changing** 150:6,11
150:19
**chapel** 229:22
**charge** 262:21
**chart** 127:18
128:25
**charts** 88:11
**check** 238:3
**checked** 176:13
180:9 209:6
211:13 216:16
218:21 219:1,8,9
221:18
**checking** 72:21
130:13
**checkup** 128:12
**chemical** 214:24
215:3,4,9,22 216:7
216:10
**chemically** 211:10
211:23
**chemicals** 211:20
**chemo** 47:8,14
49:12 82:18 89:16
92:14 100:12,13
101:22 104:10,16
104:20 117:2

131:15 133:4
139:8 141:14,15
144:5,15 149:23
150:24 166:13,13
168:21 169:1
182:12,16 184:7
194:17
**chemothera** 104:3
**chemotherapeutic**
35:4,23 36:13
38:4 39:1 47:9
102:1 112:12
149:15,19 150:9
150:15,16 155:14
254:23 257:1,6
**chemotherapies**
111:25
**chemotherapy**
32:21 33:2,5,19
34:13,21,24 35:2
35:20,23 36:2,6,23
37:2,19,20,24
38:10 42:14,18
44:6,11,14 45:11
45:19,22 47:20,23
48:6,10,13 49:9,16
50:2,5,11,16,24
51:2 62:15 82:21
82:22 83:2 90:4
92:10 96:17,23
97:1,11 98:24
99:16,22 100:4,18
100:21,23 101:19
103:13 104:4
105:2,8 108:9,11
108:17,19,20,25
109:23 110:15,17
110:20,21,25
111:6 112:3,6,19
112:25 113:18
115:21 117:14

118:1,4,22,23
119:1,10,14
120:13,16 121:1,6
121:19,22 128:16
131:25 133:13,23
134:2,7,13 135:8
137:10,12,22
138:4 139:2,6,21
140:16 142:13
143:4,16 144:18
146:3,8,15,16,22
147:1,8 148:5,12
149:2 150:23
151:16 152:1,18
153:24 155:4,7,24
156:2 157:11,24
158:12,21,23
159:2,6 160:14,17
160:23 161:4,25
163:6 166:9,17
168:12 169:6
170:2,21 171:2,3,5
171:7,17 172:12
172:17,19 181:6
181:12 185:9
187:14,20 192:24
193:2 197:11
200:11 201:6
202:13 203:20,22
212:8 230:6 237:4
239:5 242:19
243:5,5,7,8,13
248:5 253:23
255:3 256:24
257:8,15
**chest** 71:21
**child** 60:7,12,13
60:21
**children** 28:13,14
28:15,16,18,25
29:4,7,13,17 58:14

58:18,24 59:2,8,10
156:9,23 157:5
238:9
**choosing**   33:17,20
69:20 70:1 151:25
207:7,14
**chose**   86:5 107:24
**chosen**   70:18
73:25 252:24
**christopher**
126:21
**chronological**
229:1
**church**   168:18,21
169:4,21,22 171:4
253:14
**civil**   41:1
**claim**   8:1 40:20
177:22 198:8
244:6,9
**claimed**   197:20
198:5 209:1
**claiming**   244:11
255:10
**claims**   15:25 18:1
19:23 259:25
**clarification**   98:9
**clarify**   11:6 148:8
159:8
**clear**   11:5,6 17:21
44:20 46:25 72:20
202:3 233:4,11
**client**   7:2
**close**   24:1 246:19
246:21
**closed**   8:16
**clumps**   136:11
158:24
**cold**   189:24
207:17

**college**   176:12,16
176:20,21,24
**color**   4:4,5,6,7,8,9
4:10
**comb**   135:2 249:8
**combat**   143:2
**combed**   249:2
**combined**   100:25
**come**   18:21 69:14
88:6 128:8 129:18
135:1 145:8
153:13 154:21
157:4 159:22
171:4,6 186:1
201:18 202:23
203:4,15 235:4
237:13 254:20
259:21
**comes**   187:13
**comfort**   90:6
**comfortable**   80:15
80:19
**coming**   51:24 52:2
136:11 207:12
**comment**   86:25
89:12,23 150:18
183:21
**comments**   185:8
**commercial**   240:1
240:7
**commercials**
239:23
**commission**
261:24 263:25
**committee**   5:9
**common**   118:8
189:13
**communicate**   24:2
127:13 236:9
238:9,12

**communicated**
37:8,10 235:13
236:3,13,15 237:5
**communication**
24:6 181:10,15
197:25 258:12
**communications**
25:9 181:20 235:4
**companies**   227:18
**company**   7:17 8:6
8:12,13,18,25 9:19
9:23 41:24 177:6
177:7,11 227:21
227:24 254:10,16
**competed**   143:4
**complain**   170:13
170:16,23 172:8
**complaint**   3:9
15:14,22,24 17:22
18:22 19:4,14,21
20:16 25:23 39:8
40:19 41:1 233:16
**complete**   101:12
187:22
**completed**   48:6
119:19 141:15
148:12,17 154:20
187:20,24
**completely**   14:22
42:5 146:21
168:18,25 199:19
200:7
**completing**   187:14
257:14
**completion**   192:24
193:1
**complication**
77:18
**complications**
71:15,17 76:16,16
77:2

**computer**   37:5
**concept**   220:23
**concern**   258:6
**concerned**   29:7,10
29:11 70:5 71:25
72:6 128:23 129:4
133:13 134:25
135:1,25 136:3,13
171:10,12 258:1
**concluded**   260:16
**concludes**   260:12
**condition**   198:10
198:18,21,24
199:6 206:23
209:6,21 214:5
**conduct**   22:10
**confirm**   237:1,4
**confirmations**
238:21
**confused**   193:11
**congestive**   107:3
**conjunction**
257:16,17
**connection**   226:2
242:18
**consent**   76:22
**consider**   150:11
150:14
**considered**   38:14
101:22
**considering**   27:16
27:18,19 41:18
148:10 192:20
**consistent**   101:15
212:20
**consists**   244:22
**console**   56:7,25
64:17,18
**constant**   202:23
203:3

| | | | |
|---|---|---|---|
| **constantly** 122:10 | 62:23 63:5,6 64:3 | 143:9 149:4,9 | 131:11,13,20 |
| 139:13 207:8 | 64:5 88:23 108:10 | 152:21,22 155:8 | 132:1,5,10 134:11 |
| **constipation** | 111:25 149:21,25 | 155:11 158:14,25 | 138:9,9,13 143:16 |
| 189:14 | 150:4,21 151:15 | 159:4 163:20 | 143:20,25 144:10 |
| **consultation** 93:16 | 153:16 167:25 | 175:15 177:23,24 | **counter** 13:18 |
| **consumed** 14:14 | 253:18 | 178:15 180:11 | 114:24 180:18 |
| **contact** 25:16 | **convey** 30:22 31:5 | 181:2,4,18 185:16 | 221:16 |
| 122:9 143:23 | 31:8 | 192:25 194:13,25 | **counts** 143:8,11 |
| 182:24 242:25 | **conveyed** 37:18 | 195:24 196:1,22 | **county** 195:18 |
| **contacted** 23:12 | **conyers** 10:9 | 197:15,17 210:18 | 261:4 262:2 |
| 23:17 24:1,9,16 | 21:17 153:9,12 | 210:20 212:16,17 | **couple** 244:3 |
| 25:12 128:4 | **copies** 15:3,6 | 215:6 216:19 | 245:5 |
| 262:10 | 227:4 | 223:12 224:22,24 | **coupled** 241:15 |
| **contacts** 25:17 | **copy** 232:23 234:5 | 225:4 226:3,12 | **court** 1:1 5:12 |
| **contain** 215:18 | **corner** 74:11 | 235:10,11 245:23 | 9:16 10:16 11:2 |
| 230:5 | 93:13 114:9 126:8 | 245:24 254:4 | 17:17 59:19 262:4 |
| **contained** 222:25 | 153:5 186:17 | 255:23 258:19 | 262:7,11,16 |
| **container** 222:7 | **correct** 7:2 18:3 | 261:12 | **courtroom** 11:15 |
| **containers** 242:16 | 20:9 28:6 34:15 | **corrections** 264:11 | **cover** 207:16 |
| **contend** 35:6 | 34:23 35:11 36:14 | **correctly** 32:24 | 262:19 |
| **continuation** | 37:21,25 40:9,13 | 33:3 37:16 39:20 | **creates** 207:8 |
| 185:24 | 43:7 45:13,15 | 76:24 99:18 | **critical** 122:23 |
| **continue** 129:10 | 46:16 48:11 49:17 | 101:13 103:9 | 131:11 |
| 133:16 134:13 | 49:25 50:3,9,12 | 106:7 107:18 | **crr** 1:24 261:24 |
| 153:21 154:22 | 54:14 55:9 67:11 | 125:16 135:5 | 262:25 |
| 184:12 195:11,12 | 69:21,22,25 73:7 | 152:18 153:25 | **crying** 55:14 |
| **continued** 4:1 96:1 | 78:5 81:24,25 | 154:4,25 187:15 | **cs2910185** 263:2 |
| 150:7 177:6 257:7 | 82:20 84:20,23 | 190:1 | **curious** 239:25 |
| **continuously** | 85:19 87:17 90:19 | **corresponds** 233:7 | **curl** 217:4 218:10 |
| 157:23 158:15 | 91:22 92:18 93:22 | **cosmeticaides** | **curled** 248:22 |
| 174:12 221:11 | 96:4,21 100:1 | 221:17 | 249:19 |
| **contract** 7:18 8:2 | 101:7 102:3,6,23 | **cough** 189:19 | **curlers** 218:10,14 |
| 8:6,24 262:13,16 | 108:1 109:1 | **council** 262:5 | 248:16 |
| **contribute** 191:18 | 113:22 115:25 | **counsel** 2:1 5:5,11 | **curling** 216:16 |
| **contributed** | 117:23 118:18,24 | 7:4 8:5 9:10 10:18 | 218:3,8,14 248:24 |
| 192:18 | 120:11 123:12,24 | 261:15,16 262:17 | **current** 10:3 174:7 |
| **control** 259:14,21 | 127:7 128:17 | **counsel's** 9:12 | 195:25 |
| **conversation** 22:2 | 130:4,10 132:17 | **counselor** 208:4 | **currently** 63:3 |
| 47:25 49:15,19 | 134:6,10,18,22 | **count** 87:22 88:10 | 177:5 222:12 |
| 50:4 56:5,12,20 | 135:9,11,14 | 88:14,23 122:22 | **customary** 262:22 |
| 57:8 60:3 62:8,22 | 139:23 142:18 | 129:15 130:21 | |

**cut** 150:2 192:2
250:17
**cute** 135:3
**cutting** 192:1
210:7 250:14
**cv** 1:5
**cycle** 146:2 153:24
155:4 169:5
200:11
**cycles** 101:11
154:19,20 155:7

**d**

**d** 10:9 13:13,15,20
14:1 186:23 262:1
**d.c.** 2:17
**damage** 76:20
138:25 139:6
215:23
**damaged** 23:3
**damages** 39:16,21
40:15,20 41:2,11
41:15 197:20
198:5,8 209:1,4
244:8,10
**database** 235:22
**date** 6:3 24:1,20
24:24 39:6 53:14
53:15 67:1,3
74:12 85:22 93:14
93:14 129:22
143:18 153:5
178:22 179:23
194:20 197:24
204:6 224:18
228:16 230:6
233:15,21 247:6
248:2 251:13
263:3 264:8
**dated** 126:9 181:9
186:18 193:18
247:22

**dates** 25:1 93:13
233:18,18
**daughter** 42:24,25
43:5
**davis** 9:13
**day** 14:3 25:5 42:2
53:12,17,20 56:11
58:6 77:9 125:11
125:12,14 129:13
130:8,16 131:7
170:10 191:18
200:16 203:4
207:13 222:14,18
248:20 259:16,17
261:21 263:22
**days** 18:15,22
81:20 96:9 123:4
124:8 129:13,19
131:16 132:16
134:8 210:16,19
217:13 218:18
248:12,14 264:15
**deal** 61:3 136:8
152:9 159:25
**dealing** 41:22,25
61:12 134:24
135:24 136:2,12
**dear** 264:9
**death** 84:12
107:22 117:11,16
117:22 132:11
**deceased** 42:18
**december** 93:24
177:17,20 187:22
188:2 193:6,7,18
193:18,23 194:10
194:22 247:7
251:14
**decide** 26:3,24
77:23 130:11
134:13

**decided** 8:5 23:13
27:3 52:24 61:22
70:9 78:24 80:8
86:1,4 87:5 88:25
90:21 147:23
150:25 155:4,9,18
183:20 241:23,25
242:2
**deciding** 70:12
160:22 162:2
**decision** 39:5
67:16,19 68:6,7
69:7,14,18 80:3
83:12 86:3 90:14
151:10,15,18
152:14 155:13
182:4
**decisions** 67:8
**declaration** 3:21
225:23
**declare** 226:1
**decrease** 99:17
**deduction** 228:19
**deductions** 230:1
**deemed** 264:16
**defendant** 172:23
231:9
**defendant's** 3:7
4:2 15:1 74:7 93:6
113:24 126:5
152:24 172:25
186:12 225:19
226:22,23 230:19
230:20 244:19
245:16 246:6
247:6,9,12,13
251:7 252:1,2
253:4,6
**defendants** 1:9
2:14 242:22

**define** 165:11
**definitely** 68:22
240:25
**demand** 3:9 15:14
17:22 20:16
**department**
264:22
**depend** 248:15
**depending** 107:4
217:19 249:3
**depends** 217:23
**depict** 243:6
**deposed** 7:22
10:11
**deposition** 1:12
3:24 5:4 7:7 10:13
11:14 16:6,12,15
16:23 17:11 18:17
19:3 20:22 21:9
21:22,24 22:11
26:8,10 48:16
173:7,12,14 223:4
225:11 230:24
231:10 233:6
260:13,16 262:2
262:12,13,20
263:3 264:8,10
**depressed** 200:14
252:23
**depressing** 199:20
207:19
**depression** 189:23
199:2,9,15,22,25
201:1,9 202:5,19
203:12 205:2,10
206:19 208:1,7,9
208:10 210:1
252:17,18
**dermatologist**
197:3

dermatologists
32:8
describe 145:6
191:20 202:24
213:25
described 221:9
246:23 248:16
251:22 252:16
describing 248:10
250:23
description 3:8
4:3
desire 180:25
detail 37:15 89:22
detailed 104:11,12
details 183:20
determination
90:23 131:3
determine 89:24
128:21
determined
131:12 145:20
develop 191:9
diagnosed 27:7
30:16 43:1,6,8,16
43:19,23 46:14,21
49:11,15,23 56:12
59:3 60:1,4,16
62:20,25 64:2,15
83:5 94:13 178:1
178:19,24 199:5,8
199:11 202:20
210:17 255:17
diagnosis 43:12,19
44:1,19 45:1,4
46:17,24 47:2,3
49:3 50:14 51:21
55:1 57:9,20
58:12 67:8,14
83:11,11 91:21
174:22 175:9,13

200:19 201:11,15
202:6,10 203:14
204:13 205:3
206:24 208:8,16
212:9 213:1,5,6,7
213:12 236:18
238:5 255:17,19
258:17 259:9
diarrhea 103:3
189:14
diary 243:16,17
die 55:23 57:14
62:4 96:2 108:21
died 51:11,19
256:9
diego 2:6
difference 33:17
different 167:4
195:14 206:1
219:10,10 255:25
257:6 259:7
differently 124:4
difficult 56:3
directed 40:17
direction 261:10
directly 242:22
discharge 52:20
52:23 53:3,6
disclosure 262:6
discount 262:23
discuss 16:12
27:11 37:14 53:2
54:25 55:15,17,18
55:25 57:3 65:17
65:24 82:21 92:20
112:18,21,25
151:18 155:13
167:3,5,6 168:1
184:3,5 188:16
205:10 206:22
207:25 241:5

discussed 16:18,19
39:11 49:22 55:2
81:17 101:9 103:1
103:18,21 106:3
112:3 138:15
141:4 159:19,21
166:20 175:11,12
180:24 184:7
185:18 188:11
189:1 210:2 241:8
244:9
discussing 44:19
75:12 77:2 91:12
93:21 95:4 110:17
112:11 113:3
140:22 161:7
186:6 189:8 190:7
190:8,10,12
discussion 49:9
65:10 68:15,22
70:24 71:5 72:8
77:5 92:17 95:1,3
95:6 96:12,16
98:23 99:20
103:12,15 104:2,5
104:11,12 105:12
105:15 106:9,12
111:10,13 112:6
113:5,9,20 151:21
155:17 162:1
167:9,14 169:11
183:8 184:5,9
190:4,18 192:12
192:16 210:5
discussions 58:9
96:6,8 167:16
183:12
disease 99:14
dissection 76:3
dissipate 258:14

distinction 33:23
district 1:1,2
divide 95:16
divided 96:1
dividing 95:20
divorce 6:23
dizziness 189:19
docetaxel 116:11
197:12 198:9,20
198:25 232:14
242:17
doctor 13:15,19
14:8 52:1,1,12,13
52:15,24 55:11
56:21 66:8,16
79:11 82:9 122:19
128:5,25 130:23
131:1,14 132:2
143:24 153:12
205:1 206:9 257:4
doctor's 62:12
64:23 232:5
doctors 32:13 34:1
34:11 53:4 66:5
107:9 113:2,14
172:17 185:19
209:24 235:5,15
236:3 237:2
document 15:9,25
17:14,15 18:1,6,8
18:9,14 114:8,14
116:3,14,18,22
118:16,21 173:3
173:11,16,17,18
227:3,4,13 229:23
230:4,7,11 231:2
233:7 234:14
documentation
36:16
documents 17:8
17:12 18:23 21:5

173:6 231:14,18
232:13 233:5
238:24 239:4
242:21
**doherty** 12:4,7
13:24 182:2,5,10
182:20 183:17,18
183:24 185:8,15
185:20 186:3,21
186:23 187:6,17
187:19,19 188:6
190:15,16 191:2,6
193:15,22 194:9
194:16,21 195:1,5
195:15 196:4,9
**doing** 27:9 65:23
78:2 83:6,10
124:15 182:24
206:13 214:17
**dorzolamide**
178:9
**dosage** 150:2,6,7
150:11,14,19
185:6 222:20
**dose** 14:5
**doses** 12:15
**dosing** 197:11
**double** 75:17
228:11,12
**doubt** 109:17
**download** 233:2
**dr** 12:6 13:24
54:12 55:7 65:11
65:21 66:2,3,7,11
66:15,24 67:21
69:2 75:11 76:8
77:5 78:6,13
79:10 80:1,15,16
81:3,12 82:23,23
84:21,24 85:3,7,9
85:14,17,21,24

87:6,7,11,13 89:7
89:12 90:6,9,21,25
91:4,14 92:2,4,6
92:18,18,20,24
93:21,24 95:2,4,6
96:6,13,20,22,25
97:11,14 98:2,5,18
98:18 100:17
102:11,17 103:14
105:12,16,18
106:9 109:2,7,12
109:18,22 110:3,7
110:10,14,17
111:8 112:4,15
122:7 126:21,24
127:10,13,18,24
128:11,22 133:21
137:3,7 147:2,13
147:25 148:10
149:6,13,18,21
153:22 154:7,8,8,8
154:12 155:12
166:19,21,25
167:3,6,10 168:1
168:11 178:14,16
178:25 181:2,5,11
181:16,20 182:2,5
182:6,10,20 183:5
183:9,13,16,18,19
183:24 184:1,4
185:8,9,13,15,19
185:20,25 186:3
187:17,19,19,19
188:5 190:15,16
191:2,6 193:15,22
194:16,19,21
195:1,5,15,23
196:4,9 206:3
224:7 235:16
254:25,25 258:6

**draw** 207:15
**dressed** 252:12
**drive** 128:9
**drop** 129:14
131:13 132:1
134:11 179:19
**dropping** 132:5
**drops** 132:10
179:7,9
**drove** 119:25
120:1 123:22
**drug** 13:17,18
30:15 36:13 107:5
114:24 143:1,3
150:15 152:7
168:24 184:16
191:14,16 205:25
206:7 239:11
240:10 256:25
**drugs** 35:4,24 38:4
39:1 47:17 112:12
114:15 115:4
150:16 190:21
206:1 239:1
**dry** 189:18 217:4
217:4,18,21 218:7
218:13 248:15,22
249:7
**dryer** 218:8,11,15
248:23
**drying** 216:15
**ductal** 76:3
**due** 99:14 122:3
**duly** 5:15
**duration** 92:11
**duty** 122:19
128:25 132:2
**dvt** 76:17
**dying** 77:19 78:22
203:19 205:8,11
206:19 255:18,22

255:24

**e**

**e** 2:7,10 6:10 10:9
21:16,17 153:22
186:23 261:1,1
262:1
**earlier** 40:2 46:23
77:1 110:2 115:20
129:20 140:14
147:17 153:17
159:21 173:5
188:16 200:18
225:15 237:17
252:15 253:16
**earning** 177:23
**ears** 250:25
**eastern** 1:2
**editor** 186:21,24
**education** 177:3
**eeg** 128:22
**effect** 32:21 33:2
33:19,21 37:20,24
38:12 88:17,17
105:7 107:19,22
139:3,6 140:23
141:1,5,8 142:17
142:20 192:13
**effective** 190:22
**effects** 33:5,8
35:10,11,12,13
36:22 47:19 83:25
97:10 103:1,12,13
104:3 105:13
117:7,10 118:8
121:21 124:22
138:3 140:16
149:23 150:1,22
151:3,23 152:21
154:19 156:16,18
186:4 189:1,8,12
189:13 190:4

192:8 257:19,24
**effort** 222:1
249:24
**eight** 239:2,7
**either** 77:5 156:14
169:17 185:25
195:17 218:7
239:6
**electrocardiogram**
128:1,3,6
**electronic** 232:1
239:5
**electronically**
238:25
**elementary** 177:3
**elevated** 131:4,20
**eligible** 195:4
**email** 2:18 3:22
18:23 24:6 126:20
127:9,14 129:11
132:19 134:23
135:13 137:6
150:25 227:11
234:16,17,18,20
234:22 235:12,15
235:15,18 236:7
236:10,13,20,24
237:2,5,15,18,23
237:25 238:10,13
238:15 258:7
**emailing** 133:21
133:25
**emails** 235:9,16
238:22
**emotional** 14:17
91:20 135:2
136:19 198:7
209:4
**emotionally** 42:6
**employ** 261:16

**employment** 177:6
**encl** 264:24
**enclosed** 264:10
**encounter** 93:13
**encourage** 56:4
**ended** 8:12 66:11
69:20 86:12,13
87:3 129:6,25
140:12 160:15
**ends** 250:17,19
**enjoying** 259:16
**ensued** 70:24
**entire** 19:18 70:6
92:16 96:14
157:11 167:13
173:16,17
**entirety** 99:3
**er** 94:15,24 95:9
95:13,17
**errands** 55:4
**errata** 263:1
264:11,13
**especially** 227:17
229:19,21
**esq** 264:5,25
**esquire** 2:4,8,16
**essence** 82:11
**established** 81:13
84:19
**esteem** 199:3
207:6
**estrogen** 95:13
184:25
**evans** 21:12,13,15
21:19,21 22:5,8
27:22 28:20 55:2
55:8,10,13,15,22
55:25 56:4,13,15
57:17,23 58:1,2
113:7,8,9 155:16
167:18 209:13

**event** 252:13
253:1
**events** 13:2 252:21
**eventually** 84:18
141:10,12 258:13
**everybody** 122:19
**evidence** 261:13
**exact** 7:14 53:14
64:3 67:1 85:22
97:22 123:11
141:17 151:6
240:13 251:13
**exactly** 10:22
80:22 82:16 88:16
120:23 135:18
145:3 150:12
152:16 160:13
161:17 195:17
253:13 254:9
**examination** 5:17
52:4
**examinations** 3:1
**examined** 5:15
52:1 122:17
**examples** 90:15
147:24 148:4,20
148:23
**exams** 52:5
**excision** 76:4
**exhibit** 14:25 15:1
15:12 17:21 20:15
74:4,7 93:4,6
113:23,24 114:1,7
116:24 126:3,5
152:23,24 153:2
172:22,23,25
186:11,12,15
193:18 225:18,19
225:22 226:22,23
230:18,19,20
244:2,18,19,22

245:10,15,16,18
245:19,20 246:3,3
246:6,10,16 247:6
247:9,12,13 251:6
251:7 252:1,1,2
253:5,6
**exhibits** 3:6 4:1
93:9
**expect** 72:4,5
121:18 132:22
133:5
**expectation**
121:15,20 166:7
**expectations**
121:5,9,10 159:16
**expected** 166:14
**expecting** 145:13
**expended** 244:5
**expenses** 244:10
**experience** 138:16
139:22 161:9
169:21 199:14
259:18
**experienced** 138:4
138:5,6 139:5
158:20 161:8
202:8
**experiencing**
111:14
**expires** 261:24
263:25
**explain** 17:18
42:19 72:11 80:22
110:20
**explained** 70:22
94:19 115:10
**expressed** 147:22
258:6
**extension** 219:22
220:6,7,9 221:1,1

extensions  219:18
  220:4 248:8
extent   164:17
  231:11 239:19
  256:3,5 259:22
extra   72:19
extremely   57:10
eye   115:7,10
  178:12 179:3,4
eyebrow   163:1
  230:2 244:4,13
eyebrows   161:13
  161:21,22,24
  162:22 207:15
eyedrops   179:6
eyelash   163:5
eyelashes   161:13
  162:4 163:3,8,11
  163:18
eyes   257:21,23

f

f   2:6 186:21 187:6
  261:1
face   236:4,4
facebook   243:19
facility   20:8,14
  122:15 224:7,19
fact   3:18 17:13
  19:19 47:22 67:16
  83:19,19 86:21
  87:10 92:10
  125:16 132:14
  134:4 151:7 166:2
  172:9,24 173:8
  176:9 184:2
  199:25 223:5
  225:2,9 226:12
  231:15,17 241:13
  242:4 256:12
failure   107:4

fair   11:9,10 19:22
  32:20 34:10 39:7
  48:9 57:10,11,12
  61:14,18,19,21
  62:1,5 67:7 68:23
  70:10,11,13,16,19
  70:20 73:24 77:12
  77:15 82:15 83:13
  90:20 91:19,23,25
  92:1 95:24 109:24
  110:1,24 111:3,21
  112:7 113:13
  133:12 136:15
  158:10 161:3
  201:10 215:24,25
  219:25 241:12
  242:14,15 244:25
  246:22 247:3,4
  254:1 259:19
fall  111:10,16,17
  111:22 121:16,18
  125:5 135:13,19
  153:19 161:4,22
  162:17
fallen   135:15
  159:12
falling   111:15
  123:20 158:23
  159:17,25 161:19
  200:22 201:3
family   156:7
  170:17 177:25
far   27:4 32:15,16
  41:20,21 61:12
  67:18 77:9,10
  79:4 83:14 86:9
  97:18 104:10
  115:6,8 121:13
  142:7 146:19
  190:7,16 192:5
  203:4 207:6

232:21 256:15
farm   60:15,17
fatigue   103:7
  124:23 144:12,14
  144:22,25 146:12
  146:21 156:17,18
fatigued   144:19
  145:3
fax   264:2
fear   54:24 201:18
  203:14,19 205:8
  205:11 206:19
  208:9 210:1
  255:18 258:25
  259:3,19,23
fearful   122:10
fears   255:22,24
febrile   103:5
february   179:25
  196:15 229:6
feeding   184:23
feel   11:18,19 28:1
  30:17 31:2,3
  32:18 41:23 62:7
  88:18,24 121:7,11
  123:14,25 124:4,4
  124:21 133:20
  145:14,15,16
  152:9 156:21
  172:1,4 205:5
  252:22 256:3,12
  256:21 258:22,25
  259:1
feeling   88:17,25
  121:13 122:11
  144:20 145:6,8,13
  145:20 146:20
  189:24 207:5,13
feelings   55:18
  199:22

feet   139:8,13,22
felix   3:22 227:9
fell   162:20
felt   27:4 32:14
  61:1 77:24 87:6
  91:15 108:3 124:7
  124:8,9,10,10,18
  124:20,20 125:13
  134:14 136:3
  143:21 145:5
  152:6,7 155:19
  156:12,15 214:10
  249:4
female   74:16
  187:13
field   32:8
fifth   148:18
  150:24 160:17,21
  160:22 200:10
fight   57:4 61:23
  78:3
figure   41:14 148:9
  242:7
file   20:24 21:2
  26:3
filed   28:8 39:12
  40:2,6 41:10
  233:16 253:17,21
files   18:9
filing   25:23 27:11
  27:16,20,24 28:3
  28:11 29:8,13
  31:6,25 32:6,12
  33:25 39:8
fill   173:18 231:18
filled   24:8,8,18
  25:13
filling   25:8
financial   262:23
find   29:13 43:15
  85:9 223:14,23

238:4 242:9
264:10
**finding** 57:20
181:22 195:19
**fine** 8:14 11:19
41:4,7 224:2
**finger** 140:11
153:14
**fingernail** 138:6
140:10
**fingernails** 140:6
**fingers** 189:23
**finish** 11:1 25:25
124:12 182:16
**finished** 44:17
48:25 124:17
141:14 166:13,14
170:1 182:11,13
184:6,13 193:5
196:6 258:4
**firm** 2:5 22:13,18
22:23 23:1,2,4,8
23:16,16,19 24:3
24:11,21,21 25:7
25:10,13,18,21
239:17
**firms** 23:11
**first** 12:4 15:13
22:17 24:2 45:1,4
45:12 49:3 54:9
57:21 67:12 74:15
75:14 81:2 90:25
91:1,3,10,12,14
93:20,24 94:7
96:25 98:10,12,13
98:14,19,22 99:13
105:20 109:3,8
117:9 118:25
119:10 120:8
121:22 122:1
123:8 124:8 125:1

127:16 128:16
129:24 132:22
133:5,9 134:7
135:7 137:23
138:1,14 142:23
144:14,23,24
145:1,12,14 148:9
154:9,11 158:22
159:2 175:20
178:9 182:14,15
183:16,18 187:10
188:5 194:16
199:14 204:19,22
211:9
**fit** 183:22
**five** 18:15,22
59:16 65:1 81:20
129:19 134:4
152:8,18 155:6
178:23 212:7,11
213:1,11 243:9,12
**flashes** 189:21
**flat** 216:15 217:24
**flattening** 76:20
**flip** 75:16 118:11
228:2,25 229:3
**fluid** 51:24 52:2
103:3
**flushes** 189:21
**flushing** 189:21
**focus** 60:6 61:8,13
61:15,16,21 63:11
136:5 207:1
**focused** 173:16
**follow** 32:15 81:23
88:8 128:1 144:5
147:7,11,12
150:18 170:6
187:13 195:11,12
209:3

**followed** 40:14
100:3,7 101:11
106:5 137:25
**following** 100:10
188:11 262:6
**follows** 5:16
**forego** 152:1
**foregoing** 261:6
261:11
**forensic** 8:3,4,22
**forgot** 72:21 175:4
**form** 16:4 24:18
25:8,13 26:4,12
27:1 30:24 31:1
31:22 33:9 35:8
36:7,23 38:17,23
39:14,19,23 40:17
40:22 41:16 84:16
95:21,25 108:13
108:22 109:15,20
112:8 121:8
128:24 131:5
132:13 136:16
172:15 179:5
196:25 202:21
203:2 208:19
226:3 234:12
244:15 254:15
255:7,13 257:3,10
258:24 259:5
260:4,7
**forms** 120:12
**forth** 15:25 18:1
249:23
**forward** 41:22
60:6 228:25
237:18 238:6
249:8 264:13
**forwarded** 234:1
**found** 9:2,3 50:7
51:22 52:7 72:15

72:18 128:6
195:22 223:5
225:14,15 239:16
241:12
**four** 74:5 204:16
**fourth** 3:18 148:18
172:23 228:10
**frame** 52:11
141:17 148:9
171:22 174:14
213:10 219:7
**free** 73:23 203:24
204:9 264:2
**frequency** 139:18
157:9 211:16
216:21
**friend** 21:10
209:13,16,17
256:6
**friend's** 21:11
113:6
**friends** 43:17 45:5
47:7 156:7,14
170:17 238:13
**front** 227:4
**full** 5:23 11:3,3
74:15 100:14
154:18,22
**fullness** 221:6,7
**fully** 166:8
**fulton** 261:4 262:2
**further** 25:17 58:8
76:18 118:7
134:23 197:5
221:14 260:9
261:14

**g**

**g** 1:13 5:14 6:1,1
74:16 106:17
187:12 261:7
262:2 263:4,20

264:8
**gabapentin** 188:13
188:22
**general** 53:16
105:3 112:6
113:12 138:1
**generally** 26:12,16
35:2,23 36:6
38:10 87:12 112:4
114:16 117:15
118:4 127:13
249:1
**georgia** 1:22 10:9
21:18 261:3 262:2
262:5,7
**geri** 43:4,15 44:1,3
45:16 46:5,14
48:12,24 49:10,23
50:7,10 51:12,19
169:23 170:1
171:2 256:6
**getting** 8:12 60:20
61:17 70:6 87:9
96:24 104:19
136:5 148:11
152:2 153:18
157:11 212:14
239:19 248:11
252:12
**gist** 22:1 258:11
**give** 10:19 15:4
31:11 35:19 39:6
54:12 70:2,14
71:13 73:1 79:3
80:9 86:20 97:22
104:9 109:24
115:8 123:13
138:20 141:17
155:22 204:6
208:20 217:22
219:23,23 221:4

232:7 249:9
251:13
**given** 19:20 36:2
52:17 83:17 86:5
115:21 119:17
179:5 197:8
261:13 262:23
**giving** 21:9 80:17
87:13 102:12
136:25 234:5
**glaucoma** 178:12
178:17,19,24
179:11,14
**glenlake** 3:10 93:5
126:4 153:2
**gloria** 21:12 113:8
167:18 209:13
**gloves** 214:2 216:5
**glue** 220:14
**glued** 220:23
**gmail** 234:23,25
**go** 5:23 6:18 15:13
26:20 27:2 44:10
52:13,19,21,24
57:5 65:9,20
66:23 70:9,12
76:10 77:17,23
84:24 87:21 91:6
102:8,24 105:24
119:14,22 122:14
124:16 125:16,18
125:20,22 126:1
128:10 129:10
132:21 134:13,19
137:9,14 141:22
144:4,6,7 147:7
154:5 155:10
157:3 158:19
160:23 168:19
169:5 172:16
176:1 177:4 178:7

181:9,22 182:24
183:20 187:9
192:2 193:8,16
195:19 197:18
202:23 203:4
204:24 207:14,14
211:5 212:4,7
213:3 216:3 231:7
231:11 236:23
238:3 243:3
250:16 251:5,25
252:20,24
**goal** 27:10 109:13
**goals** 30:19
**god** 172:18
**goes** 94:15 122:8
131:11
**going** 10:12 11:1,7
14:24,24 15:7
21:23 26:9,11
30:2 32:13 37:14
40:16 41:22 42:19
45:11 48:9 50:16
50:23 53:4 57:5
57:13 60:5,25
61:1,4,7,10,11,15
61:21,23,23 63:10
63:13,17 64:9
65:23 70:2 74:4
74:10 76:10 81:10
83:2 85:10 86:17
86:18 88:18,18
89:21 92:12 93:4
97:25 98:12 99:13
100:3,6,9 101:8
102:24 103:7
105:8,24 108:8
110:3 111:8,19
113:23 114:7
118:7 120:15,17
126:3 127:8,16

129:10,25 130:1
132:18 133:10
134:20 136:4,7
140:12 146:25
147:23 148:13,19
151:7,13 152:9,21
152:23 153:7
154:5,16 159:22
159:25 166:19
167:1 168:21
170:5 171:23,25
172:22 181:11
183:6,9,10 184:10
186:11 187:9
194:18 207:1
212:12,13 215:20
217:19,23 222:4
225:18 226:21
230:18 231:4
236:23 241:23
243:3 246:9
250:22 251:5,25
252:13 253:4
**gomez** 2:4,5 5:7,7
16:2,4 22:13,18
23:4,8,16,19 24:12
25:7,13,21 26:4
27:1 30:24 31:1
31:11,15,22 33:9
35:8 36:7 38:17
38:23 39:3,14,18
39:23 40:16,23
41:4,7,16 48:18
59:15 84:16
108:13,22 109:15
109:20 112:8
116:17 121:8
124:11,17 128:24
131:5 132:13
136:16 168:4,7
172:15 194:4

196:25 198:1
202:21 203:2,7
208:19 228:4
244:15 254:13,15
255:7,13 257:3,10
258:24 259:5
260:4,7,11 264:5
**gomez's** 23:1
**good** 5:19,20 16:7
64:25 70:15
116:19 124:21
138:21 154:20
156:21 182:2
183:22 204:8
206:15,16 207:13
226:14
**goodness** 86:17
**google** 23:23 80:1
83:6 107:13
239:21 240:2,16
242:11
**googled** 22:20,22
22:23,25 69:16
106:16 239:17
**googling** 22:19
242:6
**gradual** 90:22,24
**gradually** 162:17
**graduate** 176:16
**grandchildren**
156:11
**granddaughter's**
42:17,20
**grandmother**
42:17,21 43:2
**great** 146:20,20
**green** 6:2,9,16
**greentree** 2:9
**grew** 51:8 168:22
169:2

**gripping** 189:24
**grow** 98:3,6,20
136:4,7 162:23
163:8 164:3,4,22
165:19 167:1,4
168:13,14 169:2
169:20 170:5,5
171:18,24 172:1
199:23,25 200:2
242:2 249:21
**growing** 170:8,14
170:18,24 171:13
172:8 199:21
**grown** 29:5 48:25
49:5 163:1,6,18
164:16 165:9,12
166:2 171:1,7,23
241:14 242:4
249:14,16 250:1,3
**growth** 169:6
172:2 214:3
246:24 247:2
250:9
**guess** 79:5,5 93:25
115:11 122:24
129:24 142:14
150:4 159:13
180:13 191:22
199:23 207:17
220:22 221:1
**guessing** 258:11
**guesstimate** 219:7
**guides** 197:10

**h**

**h** 2:4 186:23 264:5
**hair** 27:5 28:2
30:14 31:18 32:2
32:9,19,20 33:21
34:1 35:7 38:15
38:22 39:1,5 40:7
41:18,20,23,25

42:4 47:23,23
48:5,13,25 49:2,4
49:4 50:1 51:2,8
51:11 97:3,15,18
97:20,21,23,25
98:2,6,20,24 99:6
105:3,9 110:4,10
111:10,15,16,17
111:22 118:13,22
121:16,18 123:17
125:5 134:25
135:1,12,22 136:1
136:3,4,7,7,10,11
136:19,24 138:2,3
141:23 158:20,23
159:3,6,9,11,12,17
159:22,25 160:9
160:12,18,24
161:4,7,9,16,19
162:7,8,10,12,13
162:15,17,18
163:1,5,23,24
164:1,6,9,16,21
165:8,22,22 166:8
166:13,14,16,23
166:25 167:4,7,10
167:11,17 168:2
168:11,13,20,20
168:22,22 169:2,3
169:5,5,16,24,25
170:5,8,13,17,24
171:1,3,6,7,13,18
171:22 172:2,8
189:22 192:9,13
192:19,22 196:24
199:16,17,21,23
199:24 200:6,7,22
201:3,23 202:16
206:24 207:3
208:1,5,11,17
210:9,12,15,18,23

210:25 211:9,10
211:20,21,23
212:14,21 213:17
213:18 214:3,10
215:5,21 216:6,14
216:14 217:1,8,12
217:17 218:8,10
218:15 219:7,13
219:14,14,22,25
220:7,8,11,12,25
221:1,2,4,5,17
222:1,4,5,7 230:8
239:25 240:11,11
241:14 242:1,4
245:11 246:1,17
247:2 248:12,20
249:2,7,14,15,21
250:1,3 252:19
253:23 254:2,7,11
254:17,18,20
255:1,3,12 257:7
**hairy** 164:14
246:24
**half** 144:17 171:21
**halfway** 145:13
**hand** 14:24 15:15
15:19 17:21 31:12
74:10,11 93:13
114:7,8 126:8
140:8,11 153:4,18
186:17 189:25
226:21 246:9
**handed** 99:8 227:3
**handfuls** 135:1,18
**handle** 107:5
**hands** 89:17 139:8
139:13,22 216:7
216:11
**handwriting**
228:13,15

**[handwritten - include]**                                        Page 18

**handwritten**
  231:17 232:1
**handwrote**  173:21
**happen**  77:7
  111:19 133:10
  145:12 146:2
  184:6,10
**happened**  8:19
  22:20 25:2 27:4
  87:19 90:13
  127:19 149:1
  150:3
**happens**  104:10
  104:16 182:15
  184:7
**happy**  90:9 196:8
  196:11 203:5
**hardy**  2:16 262:10
**he'll**  26:11,15,19
**head**  10:20 42:3
  136:12 159:9
  160:1 161:8,19
  165:8 207:16,21
  207:23 220:11
**headache**  189:18
**headed**  253:13
**healing**  76:15
**health**  32:15,16
  53:10 199:6 260:1
**healthy**  61:18,24
  63:17 64:11
**hear**  26:5
**heard**  23:4 104:10
  104:17 121:11
  220:16,17,18
  240:20,22
**hearing**  261:13
**heart**  106:23
  107:3 109:19
**heat**  216:14,22
  217:1 218:17

**held**  1:21 41:24
**help**  17:12 19:9,14
  27:6,9,25 30:6
  41:20,22 82:7
  83:20 133:22
  205:24 206:8,18
  213:22 222:4,5
  223:14 224:4
**helped**  144:11
**helpful**  30:20
  31:20
**helps**  205:6,8
**hen**  60:24
**her2**  92:13 94:16
  94:21 95:5,18
  99:15,16,23 152:7
**herceptin**  92:15
  96:11,14 100:10
  100:25 101:10,12
  101:20,22 102:5
  106:4,11,23
  107:19,24 151:8
  151:11,14 152:6
  154:22 184:12,13
  185:12 187:24,25
  193:5 257:12,13
  257:20 258:2,5,10
**hereunto**  261:20
**high**  79:2 95:21,25
**higher**  95:21
  152:2
**highlights**  3:13
  114:9
**hold**  10:4
**holding**  17:21
**home**  13:11 18:9
  20:25 21:3 56:14
  58:3,4,9 107:12
  123:15,23,25
  129:7 130:4 133:3
  233:24 246:4

**hopes**  27:24
**hormone**  11:24
  184:22,23 185:18
  185:23 186:4
  189:2,9,12 190:5
  192:9,14,18,21,23
  193:3 203:23
**hospital**  20:14
  123:3 125:16,20
  125:22 129:14
  130:1,3,5,17
  133:10 135:21
  138:17 182:5
  224:10,18,23
**hospitalization**
  123:7 124:3 125:3
**hospitalized**
  121:25 122:2
  132:16 134:8
  138:15
**hot**  189:21,21
**hour**  17:4,5
**hours**  14:15 17:6
  119:5 120:24
  122:5 123:11
  129:7
**house**  55:3,8 56:15
  157:2,4 174:15
**hsbc**  9:20,24
**hug**  56:10 207:20
**huh**  145:25 146:18
  154:3 176:23
**hum**  10:20 62:18
  123:9 154:13
  158:3 178:10
  179:8 197:23
  218:22,25 219:19
  224:9,11
**hurt**  47:16
**husband**  7:21
  21:10 28:4,20

  53:5 56:15,17,25
  57:3,12,16,21 58:4
  58:8,11,16 66:13
  78:10 80:5,6 91:7
  93:1 112:18,21
  113:2 119:16
  123:22 151:20
  155:12 156:4,5
  167:19 174:11,16
  205:13 207:10
  209:11,12 241:8
  249:14 250:1
  252:10

**i**

**idea**  27:14 74:3
**identification**  15:2
  74:8 93:7 113:25
  126:6 152:25
  173:1 186:13
  225:20 226:24
  230:21 244:20
  245:17 246:7
  247:10 251:8
  252:3 253:7
**identified**  38:2
**identify**  5:5
**immediate**  90:21
**impact**  172:13
**impacted**  252:20
**impacts**  252:16
**important**  110:11
  136:14,17,18,20
  136:20,24
**improper**  40:23
  41:7,9
**inaccurate**  20:3
**inadequate**  260:1
**incident**  86:10,23
  87:3
**include**  84:12
  162:13 189:14

**included**  100:12
100:13 103:16
264:11
**includes**  84:8
162:10
**including**  76:14
77:18 103:2 104:4
105:13 117:10
197:9
**incorrect**  20:12,17
180:7,8 223:6,9,15
223:21,24 224:15
225:3,5,11
**increase**  109:13
131:4
**increased**  103:6
189:19
**independent**  189:8
**index**  3:1,6 4:1
**indicate**  228:22
**indicated**  76:21
107:8 158:22
216:21
**indicates**  225:1
228:23
**indicating**  264:11
**indirectly**  242:22
**individually**  59:6
**infection**  76:15
132:11 141:10
156:11
**infections**  103:5
132:8 134:12
138:6 140:1,5
**infiltrating**  94:8
**information**  3:14
8:4 22:25 27:5
30:8,11,22 31:5
35:9,14 36:2,5,15
37:7,10 39:10
52:16,17 67:13

69:17 86:5,7,21
87:15 88:12 92:5
106:18 114:10,15
115:4,6,8,11,18
116:7,16,17
173:20,21 222:6
226:2,4 239:20
242:9
**informed**  30:17
87:7
**infusion**  46:4,5,7
47:15,18 118:25
119:17,21 120:8
121:22 122:1
123:8 128:16
135:8 137:24
138:14 139:21
144:19 146:8
150:24 151:24
152:1 155:14
162:2 181:12,24
**infusions**  45:19
96:9,17 119:12
121:1 134:4 144:6
147:8
**initial**  25:16 49:3
135:4 258:17
**initially**  12:6
204:19 241:23
256:1 257:21
**initiated**  143:23
**injection**  119:6
**injury**  76:19
196:18 244:6,9
**inserts**  197:10
**insomnia**  189:20
**instagram**  243:24
**instance**  148:22
**instructed**  13:20
14:8

**instructions**
123:13 197:9,11
214:2,8
**insurance**  195:10
**intensity**  139:17
144:25
**intention**  39:21
196:23
**intentions**  29:16
**interaction**  156:13
**interested**  101:5
261:17
**interests**  109:19
**interfere**  13:2
**interrupt**  124:11
**interrupted**
184:21
**interrupting**  87:23
**intertwined**
208:22
**involved**  8:24
28:21 42:8 241:24
**involvement**  22:5
**iron**  217:24 218:3
218:8,14 248:24
**ironing**  216:16
**issue**  141:19
**issues**  9:2,3,4
14:17 138:2 144:9
**items**  8:7,8 231:8

**j**

**j**  2:16 21:16 75:8
**jacqueline**  1:4,13
3:24 5:4,14 6:1,9
6:9,18 15:20
74:16 187:12
227:6 230:24
260:13 261:7
262:2 263:3,4,20
264:7,8

**jacquemills**
234:19
**january**  12:22,22
12:24 119:11
122:1,1,2 129:22
135:21 158:13,16
193:3 211:15
216:19 218:23
228:17
**jerry**  43:19,23
50:22
**jersey**  2:9 264:2
**jess**  21:16
**job**  1:25 21:25
31:2,4,7
**john**  2:4,7 5:7 15:5
264:5
**john's**  232:22
233:3 239:16
**johnson**  126:21,24
127:11,14,18
128:22 133:21
137:3,7 235:16
**johnson's**  127:24
128:11
**joint**  189:17
190:11
**joshua**  9:13
**journal**  232:1
243:15
**journals**  20:20
**jr**  59:12 174:20,20
**judgment**  109:22
**judicial**  262:5
**july**  6:4 195:2,6
218:24
**june**  261:21
**jurat**  264:15
**jury**  3:9 15:14
17:22 20:16

**k**

**kaiser** 3:10,12,15
3:16,19 12:7 20:8
20:14 45:23 46:3
47:6 52:14,21
74:5 85:1,12,12
93:5 119:13
122:14 126:4,12
128:19 131:1,1
140:12 153:2
178:17 182:7,8,18
182:21,24 183:2
195:2,4,16,18
224:19 225:2,8
232:25 233:25
234:5 235:14,14
235:17,21 236:3
236:15 237:11,19
237:25 258:8,8
**kaiser's** 122:3
125:23 126:1
128:4
**keen** 119:7
**keep** 20:24 21:1,2
129:8 130:11
135:3 232:5 234:4
243:17
**keeping** 90:7
**kept** 156:10,11
243:15
**kill** 82:7,13 83:20
91:24
**kin** 261:14
**kind** 86:16
**kinds** 29:3 77:21
**kit** 214:1
**knew** 27:16,18
77:21 105:2,7
132:15 142:19
159:21 161:3
171:2,16

**knock** 207:20
**know** 9:22 10:24
10:25 11:11 12:15
14:5,13 21:15
25:14 29:4,5
30:12,13,21 32:5
36:8,9 38:20 40:7
41:21 42:7,10,13
43:11 44:8 45:1,3
47:5,7,8,12 48:2,3
51:8,10,19 52:5,18
53:1 56:3 62:10
66:11 71:17 72:4
72:17 73:1,2,3,24
75:2 77:11 79:18
79:24 81:12,14
84:6,6,7,11,17
85:3,6,12 88:19,21
89:6 94:1 97:18
99:21 104:8,16,17
104:18,20,21
106:22 107:16
108:14,14,15,16
108:18 115:9
118:22 120:23
128:6,22 130:11
130:13,14 132:14
134:23 135:19,24
136:5,6,12 139:5
140:5 142:11,15
142:15 143:10
146:9 147:16
149:24 150:3,13
150:17 153:12
154:9,23 156:25
161:20 164:11,15
164:15 166:16
168:19,23,25
169:3 170:1,9
171:15,15 175:8
183:5,13,24 184:2

185:6 191:13,15
191:15 194:16
197:1,1 208:21,24
210:22,22 212:2
213:8 215:1,3,17
217:25 220:9
222:20,23,25
224:19 229:10
233:15,17,18,21
234:24 236:14
238:2 240:17,21
248:1 249:11,16
249:23 250:8,8
251:16,19 253:15
253:22 255:8,14
255:15,21 256:2
256:15 259:6,14
259:24
**knowledge** 104:6
105:4 144:8
197:16 226:4
254:19
**known** 21:13
84:14
**knows** 21:8

**l**

**l** 1:24 6:10 81:6
261:24 262:1,25
**l.l.c.** 1:8
**label** 114:14
**labels** 114:19,22
115:3,6,17 242:17
**largely** 219:23
**lasting** 142:2
**late** 50:19,21
**latest** 73:22
**lavaencier** 59:17
59:22 175:23
**law** 22:13,23 23:4
23:8,11,16,16,19
24:20,21 25:7,9,13

25:18,21
**law's** 43:5
**lawsuit** 7:1 8:10
19:24 20:24 21:2
22:6 26:3 27:11
27:17,20,23,24
28:3,9,16,22,25
29:8,13,17,19,24
30:3,5,20 31:5,21
31:25 32:6,12
33:25 39:12,13,22
40:3,6,11,15 41:10
196:18 239:17,22
240:4 253:17,21
**lawsuits** 23:21
241:11 242:6,12
254:21
**lawyer** 40:24
**laying** 250:19,20
**lead** 107:22
132:11
**leading** 212:7
**leads** 166:1
**learn** 92:2 106:15
143:15
**learned** 92:4
200:18
**learning** 56:11
95:24 106:13
201:10 202:5,9
255:18
**leave** 136:22,23
154:23 214:6
**leaving** 183:10
**led** 125:15 126:1
221:24 239:21
240:1
**left** 15:19 82:8
109:3 114:8
123:14 127:19
128:12 132:19

138:17 183:19
215:22
**leg** 258:2,3,5,13
**legal** 262:8,9,12,15
262:21 263:1
264:1
**legally** 6:21
**legs** 161:14 164:6
164:9,17
**length** 219:23
221:5,6 249:16
**letter** 264:16
**leukemia** 117:25
117:25
**leukopenia** 103:4
**level** 90:7 122:23
145:9
**liable** 41:24
**life** 42:4,5 60:8,12
60:20,25 61:1
259:7
**light** 142:10
**likelihood** 111:14
111:18
**limit** 40:21
**line** 190:13 227:8
263:5 264:11
**list** 103:17 118:12
189:14 192:7
218:20 233:6,6
241:18
**listed** 140:15,18
141:1 174:5
180:21 192:9
193:21 199:15
209:9,19,23
221:21 244:2
**listen** 60:25
**lists** 198:7
**literature** 197:10

**litigation** 7:23
9:25 16:1 42:8
262:24
**little** 10:12 12:10
21:24 29:22 34:17
36:12 37:15 73:10
89:11 123:7 138:8
140:11 145:3
164:7 173:25
175:11 180:24
195:14 200:4
205:5 219:17
251:2 252:15
253:16 255:16
257:12
**live** 157:13 174:18
175:5
**lived** 157:15 158:1
174:9,11,15,17,25
175:3,12,17,20,25
**living** 157:8,10,19
157:23 158:15
**livingston** 264:2
**llp** 2:16 262:10
**localized** 74:18
75:25
**locate** 21:6
**log** 235:22
**long** 12:21 13:25
17:2 18:13 21:13
43:18 58:16 66:23
81:21 111:11
119:4,9 120:21,22
120:22 141:15
142:3,12,24
144:16 157:19
164:18 165:16
174:9 185:1
191:25 192:3
193:12,15 195:1
201:13 202:18

210:21 214:6
215:23 221:12,13
222:11 234:20,21
234:21 241:25
**longer** 86:1 92:12
144:19 157:17
178:18 179:20
194:18 195:4
214:7 251:3
**look** 15:9 42:2
71:22 74:11 93:12
99:8 114:13
116:13 148:13
179:22 181:9
197:5 223:13,16
227:2 229:3 231:9
236:24 241:16
244:16 250:24
**looked** 36:16
88:11 89:19
156:12 158:21
181:8 204:8 244:1
244:12 249:19
251:20 253:1
**looking** 94:3
129:22 135:13
176:10 178:4
179:22 188:10
192:7 193:20,21
197:19 218:20
221:14 222:6
229:23 230:4
248:19,21
**looks** 75:1 153:15
245:11 246:1,17
**losartan** 179:16
180:3,4
**lose** 49:1 97:3,15
97:19,23,25 98:24
110:4 136:19
156:20

**losing** 48:5 97:19
136:2,11,24
**loss** 27:5 28:2
30:14 31:18 32:2
32:9,19,21 33:21
34:2 35:7 38:16
38:22 39:1,5 40:7
41:18,23 42:1,4
47:23 99:6 105:3
105:9 110:11
118:13,22 134:25
135:25 138:2
158:20 161:7,9,16
161:19 165:22,22
166:16,23 167:10
167:11,17 168:2
168:11 169:5,16
189:15 192:19
196:24 199:16,17
199:24 201:23
206:24 207:4
208:1,5,11,17
221:17 230:9
239:25 240:11,11
252:19 253:23
254:3,7,11,17,18
254:20 255:1,3,12
257:7
**lost** 48:4,12 49:4
50:1 51:1 136:7
156:19 169:24
177:22,23 200:7
202:15
**lot** 73:10 127:19
135:22 156:13
230:12 238:17,17
**louisiana** 1:2
**low** 88:10,23
122:23 138:9,9,13
143:7,10,15,20
199:2 207:6

**lucky** 256:12,17
**lump** 73:5 79:7
   92:10
**lumpectomy** 20:8
   20:13 67:17,25
   68:4,16 69:8,17,20
   69:23 70:1,12,14
   70:21 71:4,9,18,23
   72:7,12,14,18,25
   73:2,4,6,14,19,25
   74:18 76:1 77:8
   78:24 80:4,23
   81:23 82:13 83:6
   83:13 100:1,24
   203:22 223:10,22
   224:7,17,22 225:1
   225:7
**lunch** 137:22
**luncheon** 137:17
**lupe** 3:22 227:9,11
**lye** 215:12,15,18
**lymph** 72:20,22
   76:1,2
**lymphedema**
   76:19

**m**

**m** 6:10 106:17
   176:23
**madam** 264:9
**maiden** 6:16
**mail** 2:7,10 153:22
**main** 231:25
**maintain** 232:23
   238:24 239:4
**maintained**
   233:24
**majority** 154:21
   213:16 230:15
   238:22,23
**making** 26:16
   90:14 177:22

**malgias** 103:7
**mam** 52:15
**mammary** 94:8
**mammogram** 52:5
   52:6,18 73:22
   204:5,11,25
   258:21
**mammograms**
   52:16 204:16,18
**march** 85:23
   181:3 182:13
   193:22 194:5,7,9
   194:18
**margins** 72:20
**mark** 14:25 74:4
   93:4 113:23 126:3
   152:23 172:22
   180:1 186:11
   225:18 226:22
   230:18 244:18
   245:15 251:5,25
   253:4
**marked** 15:2
   17:22 74:8 93:7
   113:24 126:6
   152:25 173:1
   177:21 186:13
   193:18 196:21
   197:13 198:11,14
   198:16 225:20
   226:24 230:21
   244:2,20 245:17
   245:20 246:7
   247:6,10,12 251:8
   252:3 253:7
**marking** 246:9
**marlton** 2:9
**marriage** 6:12
**masks** 122:20
**mastectomy** 67:17
   67:25 68:4,16,19

   68:23 69:8,16
   70:5,13,18 72:24
   73:3 80:4 83:7,13
**materials** 35:20,22
   37:12,22 38:9
   105:19 113:15
   115:21
**math** 204:18
**matter** 5:22 80:7
**mckee** 12:8,8
   195:23 196:12,14
**md** 75:8 93:17
   186:21 187:4,6
**mean** 8:23 18:24
   19:17 34:21 42:1
   60:22,23 61:8
   73:3 95:12,19
   119:19,24 120:3
   124:9,18 133:8
   136:1 156:16
   165:22 190:25
   191:12,18 199:18
   203:21 210:4
   214:18 218:1
   219:2,10,11
   244:10 250:6,16
   250:17,18
**means** 10:19,23
   95:9 99:21 261:9
**meant** 61:10 68:19
   94:21,24 124:20
   136:8 150:13,17
   163:25 168:8
   186:7 219:13
**media** 243:20
**medical** 3:10,10
   3:12,12,15,15,16
   3:17,19 20:21
   29:20 32:1,7,8
   71:5 76:16 77:6
   84:25 85:25

   102:12 110:18
   112:15 126:14
   127:3 140:15
   152:11 156:3,5
   165:21,25 167:20
   168:4,8 170:7,14
   170:24 181:17
   183:25 185:25
   193:12 232:3,12
   232:21,23 233:14
   234:6,9,10,11
   236:16 237:10
   244:10 260:1,5
**medically** 101:2
**medicare** 195:3,16
   195:18
**medication** 11:24
   11:24 12:25 31:8
   115:7,10 133:22
   178:9,12 179:3,4
   179:20 180:19
   188:17 189:13
   191:7 192:9,14,18
   197:10 205:18,21
   205:22 206:18
**medications** 11:20
   12:12 13:5,9
   115:15 178:5
   221:16 239:1
**meet** 16:10 17:2
   66:24 147:13,14
   182:22
**meeting** 16:22
   17:9 25:20 66:2
   66:12,13 67:12
   68:12,24 69:4,9,10
   78:6 80:1 81:2,8
   82:23 83:2 91:1,4
   91:6,10,12,14,17
   182:14 183:16,18

**meetings** 18:16
107:9
**megan** 12:8,8
195:23
**melson** 6:9,15,19
**member** 169:21
170:17 171:5
**members** 156:7
177:25
**memory** 35:11
**mental** 198:7
199:6 209:4
**mentally** 42:6
61:12,16
**mention** 20:7
156:19 163:25
**mentioned** 38:11
84:18 88:3 89:8
90:13 138:22
140:1 141:18
142:16 143:7
150:2 173:7
**met** 5:21 48:24
49:4,6 66:15
90:25 109:2,7
147:15 150:5
169:25
**michael** 186:21
187:6
**middle** 75:22 94:3
126:20 127:9
132:24 153:7
175:1 197:19
**mills** 1:4,13 3:22
3:24 5:4,14,19 6:1
6:6 15:10,20 59:9
59:9,9,12,12,17
65:9 74:16 93:12
137:21 176:8
187:12 209:9
227:6 230:24

260:13 261:7
262:2 263:3,4,20
264:7,8
**mims** 2:16 3:3
5:10,10,18,22 8:21
15:3,6,8 31:16
34:17,19 40:21
41:3,5,9 57:18,19
64:25 65:8 66:21
66:22 71:2 74:4,9
77:13,14 87:25
88:2 93:4,10,11
98:14 113:23
114:1,5,6 116:19
116:20 126:3,7
137:14,20 152:23
153:1 166:5,6
168:6,8 172:22
173:2 176:1,7
186:11,14 187:1
188:3,4 194:5,7
206:17 216:2,4
219:5 223:20
224:2,3 225:18,21
226:14,20,21
227:1 230:18,22
233:10,12 237:8,9
244:18,21 245:15
245:18,21 246:8
247:11 251:5,9,25
252:4 253:4,8
260:9 264:25
**mind** 69:13 81:4
109:17 136:14
160:3 242:3
**mindset** 61:17
63:21
**mine** 220:9,22,23
**minute** 15:10 65:1
114:17 116:13
137:14 180:21

186:9 193:10
227:2 243:3
**minutes** 5:21
94:19 188:25
**mirror** 42:3 245:2
**missed** 154:1
**mistake** 225:6
**mitchell** 209:15
**mixed** 193:13
208:23
**mode** 252:23
**mom** 55:3
**moment** 193:16
**monday** 230:7
**monetary** 9:7
39:16,21 40:15,20
41:1,11,15,19,21
244:8
**money** 244:5
**monitored** 123:1
**monitoring** 144:2
**month** 142:4
187:14
**months** 106:5
107:6,7 196:3,5
204:19,20 211:17
216:22 217:2,5
245:7,8
**montrelle** 59:12
175:3,19
**mood** 189:23
**morning** 5:19,20
12:13 13:1,6
147:17,22 148:21
149:11 173:5
**morris** 176:21,22
**mortgage** 7:17 8:6
8:11,18,25 9:19,23
9:24 10:3,7
**mother** 43:5 60:24

**mouth** 97:5,6,12
99:5 103:25 104:1
138:7 189:18
**move** 223:3
**moved** 158:16
175:20
**moving** 135:3
157:18 216:1,13
**mt** 264:1
**muga** 106:5,16,17
106:19 107:6,7,14
107:15
**multivitamin**
13:14 14:7,12
222:22,24
**myeloid** 117:25

**n**

**n** 6:10 10:9 21:17
93:17 154:6
**n.w.** 2:17
**nail** 103:2 105:13
138:6 140:1,5,7,7
140:12 141:10
153:13,14,18
**nails** 140:9,25
222:7
**name** 5:21,24 6:16
6:18,21 9:12,19,23
12:3,4 15:20
21:11 24:14 43:3
53:25 54:7,8,9
66:4 75:14 81:3,5
84:21 89:5 113:6
113:6 122:4
130:25 131:2
132:3 143:3
147:17 154:9,11
169:9 206:11,12
227:5 261:21
263:3,4 264:7

names  6:5,8,11
59:8,11 213:2
napoli   2:8
napolilaw.com
2:10
nature   7:16,25
222:3,9
nature's   221:22,24
222:9 223:1
nausea   103:4
104:4,8,15 105:9
121:14 124:23
138:9,11,11
142:16,19 143:2,5
156:17,18 189:15
nauseated   121:11
121:14 124:21
nauseous   104:22
necessary   172:1
need   11:11 76:18
81:11,14 133:20
136:3,8 149:7
152:20 206:13
needed   67:16
87:18 122:14
127:15 128:8
131:23 133:18
136:4 233:2
needle   119:8
needs   20:18
negative   61:2
117:20
nerve   76:19
138:25 139:5
nervous   21:24
neu   94:16 99:15
neupofin   131:10
neupogen   130:20
130:22 138:18,20
neurologist   205:22
206:4,6,11

neuropathy   33:12
33:14,18 103:2
105:16 138:5,22
138:24 139:2
140:18 188:13,17
205:21,23 206:6,7
neutropenia   103:4
103:5 131:10
neutrophilia
122:21
never   9:14 97:19
109:17 124:15
141:7 146:21
149:18 150:7
168:14 175:25
183:8 210:5 220:9
254:5
new   2:9 8:13,18
9:23 12:7 86:5
148:6,11,14
181:22 182:20
183:6,10 195:7,19
195:22 214:3
223:18 251:20
264:2
newly   27:7
night   123:3 124:1
252:13
night's   16:7
nine   227:3
nipple   76:19,20
nj2910185   1:25
node   72:20 76:1,3
nodes   72:22
nods   10:20
normal   131:22
144:20
northside   20:14
123:3 129:14
224:10,18,22

nose   161:14
162:12,13 257:22
257:22
notarized   264:12
notary   1:24
263:21,24
notation   20:12
229:6
notations   229:4
note   264:11
notes   75:7,8 78:19
91:8 107:9 129:1
187:2,4,6
notice   3:24 20:2
20:17 230:23
233:6
noticed   141:23
142:5,9 159:1
notification   8:17
9:22 238:17
notifications
238:20
november   51:13
51:16 73:14,16
74:21 177:19
number   5:24
21:19 67:8 79:3
92:14 122:9
125:17 150:1
203:6 240:12
241:18,20 244:2
246:19 264:7,11
numbers   114:2,5
174:3 245:19
numbness   76:19
189:24
nurse   37:9 153:11
181:25
nurses   113:14
120:9

**o**

o  6:10 10:9,9
21:17 176:23
186:23 262:1
o.c.g.a.   262:14
oath   11:15
object   26:11 31:11
40:16,22 108:13
objection   16:2
26:4,12,12,19 27:1
30:24 31:1,22
33:9 35:8 36:7
38:17,23 39:3,14
39:18,23 41:5,16
84:16 98:8 108:22
109:15,20 112:8
121:8 128:24
131:5 132:13
136:16 172:15
196:25 202:21
203:2 208:19
244:15 254:13,15
255:7,13 257:3,10
258:24 259:5
260:4,7
objections   26:16
observing   53:2
obtain   39:21
obtained   242:18
occasionally   156:9
occasions   45:24
occur   24:6 71:18
77:3 90:4 148:21
occurred   52:9
148:4 183:14
225:2
october   52:11
211:16 216:19
247:22 248:2
249:12 252:8,9,11

**office** 12:9 126:14
127:6,20,24
128:11 182:12,14
232:18,22 233:3
**offices** 262:10
**official** 93:8
**officially** 177:20
**oh** 15:18 53:17
59:13 68:25 86:17
88:20 160:16
168:8 174:23
198:2 206:15
228:6,9 229:13
**okay** 10:14 11:13
15:11 18:11 26:2
26:13,17 31:14,14
34:17 40:10 46:13
47:1 49:18 59:17
60:5 74:14 76:12
76:13 82:17,19
98:15,16 101:24
104:13 109:10,11
114:12 116:4,5
117:5 119:7,23
120:5,6 122:25
124:16 125:25
126:18 127:8
130:3 132:20
136:6 145:5
147:20 148:8
149:13 153:10,11
154:2,5 158:7,8,9
158:11 164:2
167:20,24 173:22
174:1,2,24 176:11
178:6 179:22
180:23 186:10
187:3,10,11 193:9
193:14,20 195:19
197:7 198:4 200:4
201:25 204:24

206:13,25 209:2
210:11 212:10
217:20 218:12
219:16 220:2,24
221:4 226:15
229:2,8,12 231:6
231:13 235:6
236:25 237:5,6,6
238:8,19 247:1
248:23 252:12
256:19 258:25
259:1
**old** 55:4 59:23
63:1,24 74:17
94:7 187:12
**once** 7:11 14:3
22:22 49:11 56:14
72:6 119:7 141:14
141:21,23 166:13
166:14 182:11,13
182:15,20 184:6
184:13 196:6
199:19,21 200:6,6
200:7 204:12,22
204:23,25 210:23
210:25 211:4,16
211:24,25 214:4
216:21 217:3,5,6,8
217:9 232:9 241:2
**oncologist** 12:2,8
13:21,23 30:2
31:21 33:1,13,18
33:20 35:10,15,19
36:15 37:9,11,18
37:18 38:2 53:21
54:1,2 58:21,25
66:10,12 84:19,25
85:10,17,25 86:2,6
88:8 90:7,22
93:20 102:22
133:17 143:12

144:7 145:18
147:2,8 148:11,14
181:3,17,23
182:21 183:6,10
193:22 194:9,22
195:6,8,20,22,25
254:24
**oncologist's** 12:3
31:2,3,7 53:25
84:21
**oncologists** 12:10
29:23 30:21,21
32:14 33:4 90:9
147:24 150:5
170:7 180:21,25
182:25
**oncology** 94:4
99:11
**ones** 6:14 148:6
244:11
**ongoing** 139:24
**online** 238:16,18
**opinion** 80:12
102:9
**option** 68:23 70:6
**options** 65:18,24
68:3 69:2,11
78:13 91:13
**orally** 37:8,11
**order** 109:23
120:13 227:16
229:1 238:21
**original** 150:8
**outfit** 252:10
**outlook** 259:7,12
**outweigh** 108:4
**outweighed** 77:25
134:15
**overnight** 129:8
130:12

**owens** 21:16

**p**

**p** 2:6,10,17,18
**p.m.** 260:17
**pa** 87:5,6,7,10,18
88:8 143:12 144:7
145:19 147:4,5,14
147:15,18 149:6
**package** 197:10
**packaging** 197:9
242:16
**page** 3:3,8 4:3
15:13 74:5,15
75:6,16,20,22 94:2
94:3 99:9 114:5,8
116:2,22 117:4
118:7,11 127:9
153:8 174:3,4
176:10 177:21
178:3,4 179:22
180:21 188:9,24
194:2,3 196:16,21
197:5,18,22
208:25 210:8,9
216:13 221:14,21
224:4,21 227:3
228:2,7,8,10
229:14,15,16
231:4,7 263:5
264:11
**paged** 228:11
**pages** 19:19 75:17
261:11
**paginate** 114:3
**paid** 230:11
**pain** 189:17,17,17
189:18 190:12,19
191:1,3,5,9,13,14
191:15,17,20,23
258:2,3,5,13

**pains** 189:16
192:5
**pamphlet** 36:18
83:17
**paper** 37:5 239:4
**paperwork** 8:24
**paragraph** 74:15
76:11 132:24
188:10 189:11
**paralegal** 25:15,17
234:2 237:16
**parentheses**
189:16
**parenthesis**
101:10
**part** 12:19 39:22
63:8 83:2 115:9
140:8 172:7,18
203:11,13 215:11
259:18,20
**participated** 7:7
**participation** 7:16
**particular** 19:11
19:12 24:25 90:8
173:15
**parties** 261:15,17
262:22
**parts** 161:9
**party** 262:17,24
**pass** 51:12
**passed** 169:23
**patches** 162:18
**patient** 76:21
115:11 116:6
153:9,22,23
235:14,25
**patient's** 76:20
**patients** 30:22
31:6,9
**pcp** 133:19

**peachtree** 1:21
**peeling** 86:25
89:17,22,25
**penalty** 226:1
264:13
**pencils** 230:2
244:4,13
**people** 23:2 42:7
104:20 121:2
156:10,13 209:19
209:25 219:10
220:11
**percent** 159:14,15
160:10,11,18,24
163:7,12,15
164:12 165:4,11
165:14,17 208:16
246:23 247:2
255:10
**percentage** 163:5
164:8,10,24
208:14,21 255:12
**performed** 23:23
54:4 55:7 223:10
**period** 45:10,22
46:10 49:7 50:20
50:23 52:9 113:19
117:2 146:24
156:1,4,8,24 157:6
157:11 167:13
205:4 211:15
212:15 216:18
218:23 221:8
241:14 243:9
**periods** 192:3
**perjury** 226:1
264:13
**permanent** 27:6
30:14 31:18 40:7
41:18 86:18,22
165:23 166:1

239:24 240:11
253:23 254:2,7,11
254:18,20 255:3
255:12
**permanente** 3:10
3:12,15,16,19
**permanently**
97:20
**permanete** 74:5
**permission** 233:1
**permitted** 41:6
**person** 24:11,14
25:12,20 57:21
58:11 59:3 66:6
78:8 164:15
168:18 169:4
240:8
**personal** 14:17
236:10,12,24
237:15
**personally** 168:19
**pf** 231:20
**pfs** 19:6,9 20:2
180:22 193:8,13
193:14,21,25
194:1 223:13,24
231:21,22
**pharma** 1:8
**pharmaceutical**
41:23
**phillipe** 233:1
234:2 237:17
**phone** 21:19 55:6
66:23 67:5 92:7
177:5,7,11 241:18
**photo** 251:10
**photocopies**
228:10
**photograph** 4:5,8
4:9,10 245:22

**photographs** 4:4,6
4:7 243:4,6,11
244:17 246:11,14
**photos** 247:5,22
248:4
**physical** 73:8
**physically** 42:5
120:3 121:7 145:4
159:25
**physician** 52:19
126:25 127:10
131:24 222:8
254:1
**physician's** 89:3
90:3 127:6
**physicians** 32:1,7
235:13 236:14,15
236:16 238:6
**picture** 244:23,25
245:1,2,4 247:15
247:19 248:8,19
248:21 249:12
251:17,19,23
252:5,7 253:2,10
**pictures** 243:2
244:22
**piece** 37:4 220:12
**pile** 93:8
**pillow** 135:20,22
159:3
**pinky** 153:14
**place** 119:12
**places** 240:19
**plaintiff** 1:5 2:3
3:18,24 7:22
17:13 40:24 41:10
172:24 226:3
230:24
**plaintiff's** 173:8
176:9 223:5 225:9
226:11 231:15,16

**plaintiffs** 5:7,8
42:8
**plan** 34:6,20,22
35:16 65:16,20
75:23,25 76:8
83:3 94:4 96:7
99:12 102:8 106:4
109:4 128:9
130:16 150:8
159:24 160:1,2,2,6
182:15 184:1,3
185:24 195:18
**planning** 182:25
**plans** 195:11
197:3
**played** 90:13
172:18,20
**pleasant** 264:1
**please** 5:5,12,25
15:10 39:25 59:19
117:4 170:22
197:18 202:1
264:10,10
**pllc** 2:8
**plus** 13:13 122:11
156:19
**pneumonia** 76:17
**point** 46:14 50:7
58:14,15,21 61:22
79:12 82:22 83:1
90:8,11,12 106:13
108:24 116:19
124:3,7 125:6
131:19 135:7,12
135:16 145:18
147:23 155:9
159:7 160:11,24
161:1 163:11
164:17,18 165:3
195:7 200:13,15
200:17 203:23

212:22 215:11
219:6 250:4
**points** 118:12
175:16
**pointy** 250:17,19
**poor** 76:15
**portal** 235:15,17
235:18,18,20,21
237:13 258:8
**position** 28:1
32:25
**positive** 92:13
94:16,21,24 95:5,9
95:13,14,17
259:13
**positivity** 99:15
**possibility** 30:14
55:17,22 57:13
**possible** 41:19
76:2 97:10 103:1
103:12 104:3
105:12 106:3
107:19 110:15
117:7 139:3 218:7
**possibly** 66:16
72:20 78:7 97:2
108:21 239:24
**post** 228:8
**potential** 47:19
71:15 77:18 83:25
105:7 140:15,22
141:1,4,8 142:20
189:1 192:8 225:6
**pounds** 156:20
**ppr** 245:20 246:10
247:13 253:9
**pr** 94:15,24 95:9
95:13,17
**practice** 210:21
**preop** 74:17,24,25
75:4 78:24

**preparation** 17:11
19:3 20:21 22:11
173:6,12 231:16
**prepare** 16:5,23
17:12 18:17
231:14
**preparing** 225:10
**prescribe** 137:3
**prescribed** 12:1,6
13:15 102:4 115:5
115:16 143:1
178:11,13 179:16
185:10,12 188:17
188:20,22 206:7
257:1
**prescribing** 3:13
31:9 114:9,14
115:4,17
**prescription** 13:17
115:4 178:5
185:16 239:1
**prescriptions**
197:9
**present** 2:23 5:5
12:24 66:10 79:11
81:2 120:9 180:10
201:15,17,21
202:22 222:14
226:5
**presents** 207:19
**pretty** 133:12
256:12
**prevalent** 121:12
**prevent** 12:20
110:21 111:1
**previous** 6:11
**price** 228:19
**primary** 52:19
85:25 93:20
126:25 127:1,6,10
181:17 193:22

194:9,22,22
**prior** 16:15 25:7
25:23 28:3 37:1
37:18 39:7 53:3
77:16 96:24 117:1
118:22 139:8
157:18,22 185:19
200:17,22 201:3,6
210:17 212:18
213:1,6,7,7,12
214:20,22 233:7
248:4 250:4,5
**probably** 70:18
85:23 86:22 94:25
106:16,18 114:21
119:5 121:12
141:24 152:19
157:16 211:24
212:19 215:14
226:14 230:14
235:19 239:19
245:5 247:24,25
250:5
**problem** 31:15
53:10 189:23
**problems** 9:2,3
76:17 140:25
**procedure** 76:14
80:23 122:24
**procedures** 10:15
**proceed** 67:9 69:5
69:15 77:23
107:24 108:24
155:14,23 162:2
181:11
**proceeded** 84:15
**proceedings** 6:24
**process** 10:11
213:23,25 218:17
220:10 248:10
250:11

[processed - read]                                                    Page 28

processed 211:10
211:23 216:14,22
217:1,2
produce 231:10
product 214:19
production 184:25
264:22
products 230:1,8
244:3
professional 37:9
152:11
professionals
156:3,5 170:25
professors 170:25
profile 226:3
progesterone
95:14
progress 75:8
187:4,6
progressed 140:10
242:1
progressive 95:15
prohibited 262:14
promotions
239:10
prompted 241:16
property 10:6
proposed 254:24
protect 214:22
215:8,21 216:7
provide 233:13
262:11,16
provided 67:13
69:3 115:7 116:16
116:21 118:16,21
226:2 233:23
242:18 243:6,11
provider 77:6
93:17 165:21,25
providers 29:20
32:1,7 71:6

110:18 112:15
167:21 168:4,8
170:7,14 185:25
236:16 260:2
providing 27:5
39:10 80:20
105:19
psychiatric 198:9
198:20,23 206:22
207:2 209:5,20
psychiatrist 208:3
psychological
198:17,18,20,24
206:23 207:3
208:14 209:6,20
252:16
psychology 198:10
pubic 161:14
162:10 164:21
public 1:24 207:14
207:15 263:24
pulled 249:5
purchase 160:2
227:20 228:22,23
purchased 227:22
229:5 230:8
purchases 230:5
230:15
purchasing 229:19
purpose 32:14
110:20,25 215:4
215:20
pursuant 225:25
262:3
put 31:12 130:19
133:9 138:18
164:10 186:9
194:16,20,24
203:6 207:16
212:21 214:3,10
214:19,21 216:5

217:3 218:14
220:14 239:18,21
puts 158:6
putting 122:19
138:2 152:2
214:22 215:9
216:6 249:23

q

quarantine 122:24
quarter 116:5
quarters 75:6
186:20
question 10:25
11:1,3,8 25:25
26:23 39:19,25
40:17,18,24,25
41:8,9 97:24
98:17 102:17
104:13 108:9
112:14 117:20
138:1 170:22
171:12 176:12
177:21 180:1
189:2 195:14
196:19,20 197:6
198:15 200:18
202:1 209:3
210:14 221:15
questioned 149:18
questions 11:5
13:3 27:8 29:2,3,5
30:16,17 40:22
48:17 54:20 59:14
64:20 76:20 78:8
78:10 92:23 93:1
110:6,8 260:9
261:8
quick 176:1
226:15
quicker 95:16,20
96:1

quiet 60:10 64:16
quite 136:19 207:6
250:9

r

r 10:9 176:23,23
186:23 261:1
262:1
rad 66:3
radiation 66:7
81:11,14,17,19,23
82:2,5,12,18 83:16
83:20,21,22,25
84:5,7,11,15 100:7
100:24 169:2
radio 240:21,22
radiologist 66:3,6
66:15,24 69:3
78:7,14 79:10
80:2 81:1,7 82:23
204:7
raised 126:16
ran 47:5 55:4
rash 103:2 105:13
rate 95:16,20 96:1
rates 262:22
razor 250:12
reach 165:3
182:10
reaction 54:22
60:9 64:14 103:8
read 19:18,19
22:25 36:24,24
69:17 76:11,24
77:10 99:13,18
101:8,13 102:24
103:9,16,17,22,23
104:7,21 105:24
106:7 107:3
114:14,20,22,22
115:3,6,11,17
127:8,16 128:25

[read - regimen]

132:18 135:5
141:7 153:7,22,25
154:4,5,16,17,25
187:9,15 189:11
190:1,7 192:8
193:17 254:6
**reading** 36:22,25
37:1 117:1,3
125:25 128:22
129:10 133:16
134:23 141:9
153:21 192:13,15
264:16
**ready** 153:18
**realize** 124:14,15
**really** 22:24 47:16
67:15 86:9,25
139:4 145:5 146:9
156:21 189:10
191:10,11 220:9
237:21 238:14
239:18 258:8
**reason** 12:25 13:7
14:20 28:24 34:5
96:12 166:12
169:19 172:7
201:20 203:11,13
203:17 216:5
263:5 264:12
**reasons** 30:5 39:11
87:12 195:10
253:21
**recall** 13:2 83:10
95:4,6 96:5,16,22
97:11,14,15,16
99:20 103:18,20
104:2,12 105:15
106:9,12,13 113:5
114:19 115:1
189:2,5 253:17
258:1

**recalling** 107:2
**receipt** 264:15
**receipts** 3:22
**receive** 9:7 44:3,6
**received** 18:23
37:22 38:9 44:14
50:11 55:6 157:24
196:8,17 237:11
237:18 242:21
259:25 260:6
**receiving** 46:7,9
58:19 96:17 121:1
146:25 148:5
156:2 196:12
**recess** 65:4 137:17
176:4 226:17
**recognize** 116:14
173:3 227:13
244:23 247:15
251:10 252:5
253:10
**recollection** 19:10
19:14 75:3 76:7
77:4 91:1,3 92:17
92:19 94:12 98:22
99:4 103:11
105:18 112:11,13
113:14 116:15,25
117:2 140:21
141:3 155:3 167:9
185:23 188:19
189:8 190:3,6
194:14,15
**recommend** 88:12
150:6 181:25
**recommendation**
67:21 68:1 80:9
92:9 100:20 101:1
101:16 102:7
149:19 255:4

**recommendations**
109:9
**recommended**
67:24 89:7 90:3
101:16,25 109:5
149:7,15 151:2,13
154:18 184:4
**recommending**
109:23 112:1
**reconstruction**
72:9
**reconstructive**
73:12
**record** 3:10,12,15
3:17 5:2,6,24
10:21 17:21 26:14
26:17 41:3 65:3,6
70:24 71:1 74:5
76:11 99:8 137:15
137:19 140:15
154:7 155:2
158:21 176:2,3,6
181:8 193:17
226:16,19 233:23
260:15
**records** 20:21
183:25,25 193:12
206:10 232:12,21
232:24 233:14,24
233:25 234:3,6,9
234:10,13 235:3
237:10,16,25
**recurrence** 44:18
44:21 45:7,12,13
46:15 50:8,10,24
51:3 76:18 84:8
99:17 170:2
256:16 259:1,4
**recurring** 110:22
111:1

**red** 87:20,22 88:10
88:13 138:9 143:7
143:10,15,20,24
144:9 251:16
**reduced** 261:9
**reference** 223:23
224:17,21 225:1
264:7
**referral** 262:19
**referred** 23:7
38:10 237:17
**referring** 7:19
35:15 38:3 49:7
89:2 127:23
128:19 129:20
153:17 190:14
206:2,9 215:8
216:25 217:6,7
220:20 224:14
233:14 250:11
**refi** 8:13
**refinanced** 8:17
**reflect** 10:21 127:9
246:16
**refresh** 19:10,14
76:7 77:4 94:12
103:11 155:2
188:19 190:3
**refreshes** 116:15
**refused** 255:10
**regarding** 35:20
83:11,15 85:14
105:16 106:10
113:21 115:21
197:11 236:17
**regimen** 12:19
47:10 101:19
109:10 138:18
149:15,20 150:10
185:9 254:23
257:1,6

**regimens** 102:2
110:15
**regrets** 73:18
**regrow** 166:8
222:1,4,5
**regrowth** 165:4
**regular** 147:7
261:16
**regularity** 204:23
217:22
**regulations** 262:4
**relate** 208:5,16,17
238:25 244:6,9
**related** 138:2
206:23,24 207:3
208:4,9,11 232:2
232:13 236:18
237:2,23 238:4
239:5 244:12
252:19
**relates** 208:1
**relating** 212:1
**relation** 23:21
42:23 230:8
**relationship** 42:20
**relaxed** 212:14
213:16,18 217:6,8
**relaxer** 211:24,24
212:1,2,21 213:20
214:1,3,6,10,22,24
214:24 215:3,15
216:6 217:3,6
218:6 248:11
**relaxers** 214:13
215:11,14,17
**relaxing** 214:20
**released** 131:16,19
**relied** 109:22
**rely** 231:18
**remain** 185:16

**remaining** 82:14
**remember** 7:14
8:9 9:4 18:13
23:15,22 24:14,19
24:24 25:1,3,6,11
25:19 28:10 34:9
35:5,25 36:1,4,17
36:19,20,22,23,25
37:1,4,6,7 38:1,5,7
38:8,13 40:3
43:18,22,25 44:15
45:9,21 46:1 49:1
49:18,20,22 52:5,8
52:14,22 53:5,12
53:14,17,20,21
54:7,9,19 58:13,17
59:1,5,25 61:6
62:17,19,21,23
64:1,3,4 65:23
66:1,2,6,7,9,18
67:1,2,2,6,15,19
68:5,6,9,13,14
69:6,7,10 70:4,23
71:4,7 72:23 75:1
75:2 77:2 78:9,11
79:3,6,7,9 81:9,16
81:18,22 82:25
83:1,4,4,14,21,23
83:24 84:2,3 85:2
85:11,11,22 86:23
88:19 89:6,18,21
90:1 91:15,16
92:4,6,8,9,22,25
93:3,25 95:1,3,7
96:8,9,11 97:2,3,4
97:6,8,13 98:4,7
98:21 99:5 103:15
103:24 104:5
105:11,21,22
106:20 107:7
108:10 110:2,4,5,7

110:8,23 112:9,17
113:3,20 115:22
115:23,25 117:17
117:21,24 118:3,6
118:16,21,25
119:3,4,6,8 120:14
120:15,17,19
121:12 123:2
124:2 125:12,13
127:25 128:14
129:3,23 130:21
130:25 131:2,24
135:17,18 137:5
137:13 138:12,19
140:14 141:9
143:3,18 145:10
145:19 147:17,19
148:1,2,3 149:25
150:9,12 151:14
157:21,21 160:13
162:18,20,21
163:10,14 165:5
165:20 167:15,16
169:9 173:9
174:21 175:7
178:22 180:13
181:13,14 184:25
185:11,21,22
186:2,6 189:6,7
190:8,10,12,17,18
190:20,23 192:12
192:15 195:21
205:23,24 206:1
210:24 213:15
214:7,15,16
215:19 221:13
223:6,7 226:10
227:23 233:21
235:2 236:11
240:6,13 241:9
245:6,6 246:11

247:17,24,25
249:10,10 253:13
258:3
**remembered**
107:13,14
**remembering** 77:9
96:13 97:5 234:1
240:9
**remind** 166:20
**remission** 204:2,9
**remove** 70:6 101:2
**removed** 82:14
**removing** 78:2
**renee** 209:15
**repeat** 26:23 39:25
157:25
**rephrase** 148:15
**reporter** 1:24 5:12
10:16 11:2 59:19
262:7,11,16,18
**reporting** 262:4
262:18
**represent** 5:6,22
22:14 23:13 24:21
247:5,21 261:12
**representation**
149:10 245:10
246:1,17
**representative**
249:15,19 262:8
**represented** 7:4
9:10 247:22
**representing** 23:2
**represents** 230:14
**request** 231:8
232:16,20 234:8
237:11
**requested** 233:5
234:7 238:1
**requests** 233:8

required 250:21
263:21
research 22:10
70:2 72:17,24
79:25 83:6,7,10,15
85:14 239:14,16
242:2,7 254:5
researched 239:6
resolve 139:15
141:13,16 142:1
142:13 144:9
resolved 141:10
143:5 146:12,21
respect 83:12
149:19 150:22
223:22
responded 151:1
response 22:3
235:20 258:9
responses 10:19
10:20
responsive 232:15
232:19
rest 151:8
result 143:16
204:25 261:18
resulted 129:13
130:8
results 8:10 53:22
54:13,16 65:15
204:7
retain 22:13
retained 24:21
retainer 25:4
retaining 25:7,18
retention 103:3
retired 177:20
return 259:19
returned 264:15
returning 12:20

reverse 229:1
review 17:8,12
18:11 19:2,9,13
20:2,15,20 21:5
127:18 173:16
223:4 224:1
225:10 264:11
reviewed 17:13
18:13 76:14 173:6
173:11,17 183:24
225:9 231:14
reviewing 18:21
113:14 173:14
235:3
reviews 15:12
116:24
rid 136:20 152:3
ride 129:12,19,24
right 10:10 11:16
15:15,17 17:23
18:6 24:22 28:13
30:6,9 31:18
34:14,22,25 36:6
36:13 37:20,24
38:6,12 40:8,12
43:6 44:19 46:11
46:15,18 48:13
49:16,24 50:8,11
50:14,17 51:6,24
52:3 58:22 61:24
63:3,22 64:9,12
65:12 66:18 67:10
67:22 68:20 69:23
70:10 73:15,22
74:11,17,21 75:1
75:25 76:1,2,3
77:19 78:4 81:2
82:14 84:5,19
85:18 87:16,24
88:4 89:3,9 90:22
91:21 93:13,21,23

94:2,9,21,22 95:5
96:18,20 97:12
98:24 100:4,7,21
101:3,6,21,23
102:2,5,18 103:18
104:1,4,16,23,24
105:13,16 107:10
107:19,22,25
108:6,12,18,25
109:19 110:15
112:12 113:15,16
115:13 117:20,22
118:5,23 120:2
121:16 123:6,11
123:23 126:8,11
128:16 129:3,23
131:17 132:12,16
133:14 134:2,5,9
134:17,21 135:8
135:13 137:7,21
138:22 140:11,19
140:23 141:1,11
142:17,20 143:8
144:14 146:22
147:3 148:24
149:3,20 153:4,13
153:18 155:7
158:4,13,19,24
159:3,22 161:5,8
166:17 167:14
168:14 169:7
170:11 171:8,9
172:6 173:23
174:5 175:14
176:8 180:25
184:25 185:13
186:17 187:20
188:17 189:5
191:7 192:24
193:19 195:23
198:1,3 200:8,11

200:23 201:4,7
202:6,7,10,11,13
202:14,16,17
204:14 205:8,23
208:12,13,25
209:13 210:8
212:24 214:24
215:5,9,12 216:8
216:11,16,23
217:10,15 218:9
218:15,18 219:18
221:14 223:11
224:21 225:16,17
229:11 230:17
234:1 235:19
236:5 237:11
238:1 244:16
245:2,18 247:7,8
247:23,25 248:12
248:17 251:14,15
253:2,24,25 254:3
254:7,8 255:19,22
256:7,10 257:15
258:18
risk 79:2 84:8,12
95:21,21,25 99:17
108:4 111:11,14
111:21 117:16,22
118:1,4,23 134:12
134:15 152:2
156:11 166:16
167:10,11,17
168:1,12 255:2,12
risks 31:8,17
70:21 71:4,8,10,12
76:14 77:2,6,22,25
83:24 84:5 108:12
112:19,22 115:9
120:15,18 132:4,7
road 73:17

**robinson** 1:24
2:24 261:24
262:25
**role** 90:13 172:20
**room** 119:17,21
**round** 132:22
133:5,9,11 134:2,7
**route** 70:9
**row** 224:6
**rubbed** 89:14
**rules** 41:6 262:3
**runny** 257:21,22
**rushmore** 9:21,25

**s**

**s** 6:10 21:16,16,17
21:17 176:23
262:1,1 263:5
**s.a.** 1:7,8 263:3
264:7
**sad** 203:3,5
**sadness** 54:24
199:2,22 201:10
202:5,19 203:12
205:2,11 206:19
208:9,11 252:17
252:18
**salon** 211:5 212:4
213:3,14 214:15
**salons** 213:3
**san** 2:6
**sanofi** 1:7,7 5:10
5:22 7:2 22:6
26:25 27:3,5
242:25 263:3
264:7
**sat** 183:19
**satisfied** 86:4,8
**saw** 23:20 45:21
46:10 51:11 52:20
52:23 53:6 85:21
128:3 131:14

145:19 156:8,9
157:1,7,8,9 168:19
169:5 182:14
194:16 196:14
223:20 225:11
240:25 241:2,17
**saying** 44:21 57:9
62:8 88:19 97:4
98:11 122:20,22
136:12 146:19
240:8 254:6 255:1
**says** 10:18 15:14
74:16 75:7,7,25
93:13 94:7 99:22
114:9 116:6,10,11
117:6,9 118:8,12
126:14 153:8,9
154:6,16 179:25
186:21 187:4
188:13 194:4,9
197:19 209:4
211:9,15 216:15
218:23 221:15
224:7 225:23,25
228:13
**scalp** 138:8 141:18
141:19,24 142:7
214:11,17,20,21
215:8,23 219:24
220:13,15 246:20
**scan** 106:17,19,21
106:22 107:6,7
**scar** 86:18,22
**scared** 91:20
**scarfs** 48:2,4 161:2
207:8
**scarring** 76:15
**scratchy** 189:19
**search** 21:5 23:12
23:20,24 236:20
240:2,16 241:11

**second** 31:12
80:12 101:8 102:9
129:12,19 133:10
134:1 135:10
137:12 144:18,21
144:22 145:11,15
146:5,6,8,10 149:2
159:5,10,13
178:13 188:7,8
190:13 224:6
228:2,7
**section** 178:4
210:12 226:1
**sections** 173:15
**security** 5:24 6:2
**see** 10:16 15:13,16
15:18,19 30:2
42:3 45:10,16
46:5 49:2 50:22
58:25 65:21 74:12
74:12,13,20 75:9
75:10,22 76:5,6
87:6 93:14,16,18
93:19 94:5,6,10,11
94:17,18 106:17
106:22 114:10
116:5,8,11,12,14
117:6,8,12,13
118:7,10,12,14
126:8,10,19,19,22
126:23 127:19,21
127:22 129:3,16
129:17 130:8
132:23,25 133:6,7
135:1,22 137:9
140:7 153:4,5,8
154:3 156:3,23
157:3,5 159:3
176:14 179:23
180:2,3,6 186:17
186:19,21,22

187:5,7,8 188:12
188:14,15 192:10
192:11 193:24
194:11,12,18
195:1 196:2,6,19
196:20 197:3,7,13
197:14,21,24,24
198:5,6,12,13
207:21 208:3
209:7,8 210:12
211:11,12,13,14
211:18,19 221:19
221:20 224:5,6
225:22,24 226:6,7
227:5,7,9,10
228:16,17,18,20
228:21 229:23
230:25 231:1
240:18,18 245:1
250:2 251:20
**seeing** 32:18 88:9
135:20 136:10
137:13 147:1
169:21 181:5
185:20 195:15
196:4 207:10,22
240:23 241:10,13
242:5
**seek** 57:5 80:12
196:23 209:5
**seeking** 39:12,16
39:17 40:11,14
41:11,15 183:6
**seen** 15:22 18:5
116:22 171:2,4
231:2 239:9,23
240:15 254:21
**selected** 85:13
182:20,23
**selecting** 84:24
85:2

**self**  199:3 207:6
**selfie**  251:21,22
**send**  234:12,16
**sending**  137:7
  237:25
**sent**  92:7 127:10
  150:25 173:24
  235:17 237:16
  258:7
**sentence**  74:19
  99:13 101:8
  102:25 105:25
  127:17 132:18,23
  133:2 187:10
**sentinel**  76:1
**separating**  140:8
**september**  52:11
  258:18
**serious**  53:9
  107:21 108:12
  117:10 132:15
**serves**  35:11
**services**  262:11,17
**set**  18:1 182:17,21
  183:2
**sets**  15:25
**settled**  8:15
**settlement**  9:7
**seven**  7:15 49:8
  124:8 210:16,19
  217:13 218:18
  248:12,14
**severe**  132:9
**shah**  93:17 154:6,8
  154:10,12 155:12
  155:13 166:19,21
  166:25 167:3,6,10
  168:1,11 181:2,5
  181:11,16,20
  182:6 183:5,9,13
  183:19 184:1,4

185:13,19,25
  187:19 194:19
  206:3 254:25,25
  258:6
**shah's**  153:22
  185:9
**shampoo**  210:15
  214:4
**share**  15:7 168:20
**shave**  160:1
**shb.com**  2:18
**sheet**  3:18 17:13
  172:24 173:8
  176:9 223:5 225:9
  226:12 231:15,17
  263:1 264:11,12
  264:13
**shefali**  66:11
  84:22,24 85:3,7,9
  85:15,17,21,24
  87:6,7,11,13 89:7
  89:12 90:6,10,21
  90:25 91:4,14
  92:2,5,18,20,24
  93:17,21,24 95:2,5
  96:6,20,23,25
  97:12,14 98:2,5,18
  98:18 100:17
  102:11 103:14
  105:12,16,18
  106:10 109:2,8,18
  110:3,7,10,14,18
  111:8 112:4,15
  122:7 147:3,13,25
  148:10 149:6,14
  149:21 154:8,8,10
  154:11 155:13
**shefali's**  102:17
  109:12,22 149:18
**shelly**  75:8,14
  224:8

**shipping**  238:17
  238:20
**shkolnik**  2:8
**shock**  135:4
**shook**  2:16 262:10
**shopping**  238:16
  238:18
**short**  205:4 249:15
  250:6,6,17,24
**shorter**  250:4
**shorthand**  1:24
**shortly**  160:22
  181:15
**shortness**  143:22
**shots**  130:20
  138:20
**show**  249:13
**showed**  86:24
  140:14
**showing**  229:25
  249:25 258:21
**shown**  264:13
**sick**  151:22 155:19
**side**  15:15,19
  32:21 33:2,5,8,19
  33:21 35:10,11,12
  35:13 36:22 37:19
  37:23 38:11 47:19
  83:25 97:10 103:1
  103:12,13 104:3
  105:7,12 107:19
  107:21 117:7,10
  118:8 121:21
  124:22 138:3
  139:3,6 140:16,23
  141:1,5,8 142:16
  142:20 149:23
  150:1,22 151:3,23
  152:21 154:19
  156:16,18 186:4
  189:1,8,12,13

190:4 192:8,13
  250:11 257:19,24
**sided**  72:3 75:17
  228:12
**sides**  250:7
**sign**  25:4 120:12
**signature**  3:21
  226:8,9 264:12
**signed**  76:22
**signing**  120:14
  226:10 264:12,16
**similar**  63:6,8,9
  64:5 108:8
**simply**  237:18
**sincerely**  264:20
**single**  101:11
**sir**  264:9
**sit**  29:12 36:1 38:1
  38:8 83:9 86:19
  87:2,11 90:17
  95:8 105:11
  112:10 118:15
  162:25 197:2
  218:11,14 237:22
  255:9 256:21,23
  258:20
**sitting**  74:1 86:10
  97:6 191:25 192:3
  256:15
**situation**  28:2
**six**  7:14 28:14,15
  151:2 178:23
  196:3,4 204:19,20
  211:24,25 212:12
  212:15,21,22
  213:9,10 217:9
  218:6 245:7,8
  248:11
**sixth**  151:1,11,16
  151:24 152:1,20
  153:23 155:4,10

160:23 162:2
181:12
**skin**   86:24 89:12
89:16,22,24
140:25 216:7
222:7
**skipped**   13:6
133:2
**sleep**   16:7
**sleeping**   189:20
**small**   79:7 92:11
255:2,11
**smooth**   250:22
**social**   5:24 6:2
243:19
**socially**   42:6
**sold**   8:12 9:20,21
9:24
**solely**   195:10
254:20
**solutions**   262:9,9
262:12,15,21
263:1 264:1
**somebody**   207:20
**somewhat**   124:21
144:20
**son**   174:25 175:1
209:10
**son's**   42:24,25,25
**soon**   52:20 121:18
193:1
**sore**   140:9 142:9
142:10 189:19
**soreness**   190:11
**sores**   97:5,7,12
99:5 103:25 104:1
138:7
**sorry**   13:19 21:1
26:1,1 28:15
31:14 39:25 48:17
48:22,23 53:24

54:17 59:14 75:19
87:22 98:17 120:5
124:13,13 125:21
133:1 141:21
144:3 146:4,15
147:16 154:1,7,15
168:9 175:22,25
178:3 184:20,21
186:7 191:25
198:2 206:5
209:12 210:6
212:12 218:2
219:4,4 224:13
226:22 228:6
229:13 237:8
250:14
**sort**   143:2
**sought**   8:5 166:4
205:15 208:3
209:20
**sound**   73:15 74:21
93:23 126:11
247:7,23 251:14
**sounds**   247:8
**southeast**   174:4
**southern**   177:8
**southwood**   3:12
3:19 119:13,20
**speak**   10:24 22:8
32:1 33:1,13,17,20
89:15
**speaking**   16:14
41:5 87:12 250:14
**special**   252:13,20
253:1
**specialist**   178:17
**specific**   29:22 35:3
35:23 52:15 68:11
71:17 75:3 104:9
108:10 111:24,25
112:11,11 113:15

142:6 244:10
**specifically**   8:1
36:3 38:3,11 61:8
77:11 110:3
113:21 118:5
200:15 253:24
254:7,25 255:2
**specifics**   49:20
71:13 73:2 79:6
81:18 86:9 112:17
113:12
**speculate**   35:17
**spell**   59:18,21 81:5
**spelled**   186:23
**split**   208:15
**spoke**   37:17
**spoken**   29:19,23
32:6,11 33:4
**spot**   197:25
**spring**   158:10
**stack**   244:12
**stage**   43:25 79:5
94:8,13 99:14
**staging**   95:2
**stand**   70:25
**stands**   6:1
**start**   11:2 74:19
98:19 119:10
122:19 124:4
161:21 162:22
163:8 165:19
170:24 184:13
**started**   34:13
55:14 89:17 90:4
90:8 121:19
122:23 123:20
125:5 128:15
135:12,19,20
148:9,21 158:23
161:19 180:13
192:21,23 193:3

**starting**   37:19
74:14 112:19,23
113:1 158:12
**starts**   153:8
188:11
**state**   5:23 60:15,17
252:23 261:3
262:2
**stated**   40:5,18
110:2 242:8 261:8
**statement**   62:3,6
104:14 109:25
133:15 215:16,24
215:25 229:24,25
**statements**   3:23
**states**   1:1 153:15
153:23
**stating**   33:18
**stay**   129:13 130:9
130:16,24 131:7
151:11 185:1
**stayed**   123:1,4
247:3
**staying**   129:6
**steering**   5:8
**stenographic**
261:9
**step**   82:12
**stepchildren**   59:10
59:11
**stepson**   174:17,19
**steven**   2:8
**stick**   102:1 167:20
**sticking**   99:6
**stiff**   192:4
**stiffness**   189:17
191:22,23 192:6
**stipulation**   243:10
**stomach**   189:15
**stomatitis**   103:3

stonecrest  3:15
126:14 127:3
stop  177:10,16
181:5 184:24
195:15
stopped  142:12
155:3 161:25
181:16,16 194:21
230:6
store  213:21
straighten  215:5
straightened
211:10 216:15,23
217:2
straighteners
211:21
street  1:21 2:17
stress  63:8 133:22
stresses  60:7,7,12
60:20 61:4
stressful  60:13,21
strike  57:18 66:21
77:13 87:25 166:5
188:3 216:2
stuck  119:7
study  177:2
stuff  32:18 47:16
style  214:4,5
217:19,23 250:18
styled  249:2
subscribed  261:21
263:21
sue  8:6
suffer  200:25
205:3 258:2
suffered  240:11
suffering  202:4
sufficient  70:14
152:19
suggestion  87:8

suing  7:17
suit  9:8 22:23
26:24 27:3,14
28:11
suite  1:21 2:5,9,17
264:1
summarize  40:5
sunday  253:14
supplements
221:16
supply  213:21
support  80:7
supportive  29:8
29:14 63:20
supposed  13:6
205:23
sure  6:1 7:13 17:3
22:24 30:16 33:24
35:17,18 37:16
44:20 46:9,11,25
50:15 60:18 65:2
69:19 78:16 83:18
97:17 122:13,25
132:21 133:4,19
146:5,9 147:6,11
152:17 161:20
187:18 188:23
196:7 202:2
209:22 216:10
222:24 224:16
231:23,24 233:21
234:15 236:21
237:15,20,21
239:18 258:8
259:23
surgeon  54:3,4
55:1,7 65:10,11,14
66:25 71:20 75:12
78:23 91:11
surgeon's  54:7

surgery  32:16
67:2 71:9,11,15
72:4,9 73:12
74:22,24 76:17,18
77:3,16,17,19,22
surgical  80:23
survey  24:7
survival  68:17
70:3,15 79:12,14
79:17,23 92:21,24
93:2 108:6 109:14
110:11 111:4,5
172:13 255:5
survive  62:2 63:14
63:22 64:9 78:3
109:24 134:21
137:1
swear  5:12
sweating  189:21
swelling  189:18
switch  90:9 147:23
180:25 182:25
switched  87:13
switching  183:9
swollen  153:14
sworn  5:15 263:21
symptom  207:5
symptoms  139:11
139:12 143:19
199:15 201:13
202:9,18 203:11
203:18 205:16,19
206:20 207:3
208:4,15
system  107:4

t

t  10:9 186:23
261:1,1
take  10:21 11:3,12
12:16,18 13:6,10
13:20,21 14:3,5

15:9 36:12,21
42:2 56:2 61:11
72:15,18,19 78:19
91:8 92:15 107:8
116:13 119:12
125:13,14 133:20
151:1,2,15 152:20
153:23 154:18
176:1 179:21
191:7 195:16
221:24 222:9,11
222:18 223:1
227:2 245:1
246:14 253:23
255:11
taken  11:20 12:13
14:10 65:4 114:15
137:17 152:8
176:4 179:23
205:18 226:17
239:2,6 246:4,12
247:17 248:4
251:12,19 252:7
253:12 255:6
257:5 261:7
talk  10:12 12:10
32:19 47:17,19,22
51:21 71:20 79:11
80:2 110:14 112:5
114:16 121:3
137:24 169:24
180:20 209:25
210:6
talked  47:15,17
49:13 61:20 83:6
91:10 112:4
113:11 153:17
208:7,8,10 252:15
255:16 257:12
talking  11:2 26:7
41:3 55:1,21 65:9

**[talking - things]**                                                      Page 36

| | | | |
|---|---|---|---|
| 74:1 78:13 97:6 | **telephoned** 65:14 | 213:2 216:25 | 190:18 201:9,13 |
| 98:10 109:8 | **tell** 7:25 11:22 | 219:1,11 221:12 | 236:7,12 243:4 |
| 110:19 112:14 | 16:18 17:18 20:6 | 222:8 223:13 | 249:2 |
| 113:17 129:2 | 21:21,25 22:20 | 227:15 228:23 | **test** 143:24 |
| 131:14 137:11,22 | 23:25 25:11 26:15 | 229:4 240:6,17 | **testified** 5:15 |
| 158:20 159:9 | 27:23 28:3,8 | 245:4 248:19 | 46:23 159:1 202:8 |
| 180:4 191:21 | 30:11 31:20 35:6 | 250:16 | 223:17,20 255:21 |
| 201:22,23,24 | 36:16 42:16 43:11 | **telling** 29:16 49:1 | **testify** 7:1 14:18 |
| 202:3 207:18 | 44:5,13 45:7,24 | 54:22 57:16 58:16 | 14:21 |
| 233:5,9,11 237:10 | 47:9,14,25 49:3,18 | 59:25 60:11 61:14 | **testimony** 37:17 |
| 239:24 | 49:20 51:1,22 | 62:17,19,24 64:1,4 | 107:17 149:11 |
| **taper** 250:7,22 | 53:20 54:17,18 | 64:14 68:6 81:22 | 200:13 |
| **tapered** 250:7,7,10 | 55:10 56:20 57:15 | 87:15,18 91:2 | **text** 153:8 |
| 250:18,24 | 58:6,14,17,18,24 | 92:9 96:23 97:4 | **texture** 167:4 |
| **targeted** 152:7,7 | 59:6,8,11 60:3 | 97:14 117:21,24 | **thank** 5:11 11:19 |
| **taxotere** 3:13 | 62:22 63:10,16 | 118:3,6 151:12 | 26:18,18,22 198:4 |
| 22:19,21,22,23,23 | 66:1 67:13 68:3 | 190:20 | 219:5 |
| 23:3,21 30:13 | 68:10 69:2 72:5 | **tells** 26:20 | **thankful** 259:16 |
| 34:1,6,11 35:6,12 | 72:23 78:24 79:8 | **temperature** | 260:5 |
| 36:3 38:2,10,15,21 | 79:18 81:7,10,16 | 122:6,8,11,12,18 | **thegomezfirm.c...** |
| 39:5 40:7 42:11 | 82:4,4 86:24 | 124:5 125:9,17,25 | 2:7 |
| 47:12 101:9,20 | 89:11,22 90:12 | 126:16 129:21 | **therapy** 81:17,19 |
| 102:2 112:5 | 95:11 96:5 97:1 | 130:1 131:4 | 84:5,7,11,15 99:16 |
| 113:15,21 114:10 | 98:5,18,18 104:19 | **tenderness** 138:8 | 99:16,22,23 |
| 116:10 117:1,7,10 | 107:16 110:10 | 141:18,20,24 | 184:22 185:19,24 |
| 118:5,9 151:9 | 114:21 119:3 | 142:5 189:18 | 186:5 187:22 |
| 197:12 198:8,19 | 121:6,13,24 | **term** 72:21 89:14 | 189:2,9 190:5 |
| 198:24 232:13 | 123:17 125:10 | 95:17 111:11 | **thereto** 261:9 |
| 237:3 239:10,11 | 135:15 136:1 | 122:20 203:25 | **thick** 214:21 |
| 239:15,17,22,24 | 138:3 139:11 | 204:3,10 | **thing** 71:3 73:1 |
| 240:4,10 241:11 | 141:19 145:2 | **terminology** | 94:7 97:2 117:9 |
| 242:6,12,17 | 150:21,25 151:21 | 198:16 235:19 | 121:12 136:14 |
| 253:24 254:2,6,17 | 155:17 156:2,25 | **terms** 8:24 67:10 | 242:11 |
| 254:20 255:11 | 157:9 160:8 | 68:4,15 69:4 | **things** 60:24 61:16 |
| 258:4 | 161:12,17 163:14 | 72:12,24 77:7 | 87:15 90:12 |
| **tch** 101:11 | 166:25 168:22,23 | 80:3 81:17 90:6 | 103:16 104:12 |
| **teach** 177:4 | 174:15,18 175:7 | 92:21 97:10 102:1 | 130:21 147:24 |
| **technically** 228:9 | 179:13 182:25 | 113:12 115:15 | 173:7 183:14 |
| **telephone** 16:20 | 183:16 186:3,8 | 121:5,6 123:14,18 | 190:8,17,17 |
| 24:6 56:18 59:4 | 198:14,23 205:20 | 146:2 150:14 | 218:13 219:10,18 |
| 65:18 | 207:2 211:20 | 163:24 165:8 | 253:1,20 259:13 |

**think** 10:24,25
12:4,9 14:20
17:14 23:2,25
53:9 54:1 55:22
59:19 64:25 66:4
79:22 86:10 87:8
90:8,17 98:17
104:19 105:6
119:4 120:23
121:25 122:15,21
122:21 123:4
124:24 125:4,19
125:23,24 128:2,3
129:2,7 132:3
135:17 154:10
157:12 161:20
192:2 206:10,12
207:23 213:13
215:25 217:9
221:10 229:18
231:3 233:8,10,11
234:2 237:22
240:8 248:2
257:25 259:2
**thinking** 12:23
86:11 128:14
146:5 148:16,18
151:23 190:11
**thinner** 167:7
**thinning** 47:23
189:22 192:9,13
**third** 66:16 139:10
139:20 140:3
141:24 146:8,11
146:14,15,15
149:2
**thirty** 264:15
**thomas** 43:4
**thought** 21:25
46:23 48:22 57:13
57:15 70:13 79:21

87:14 88:20 98:9
129:1,4 136:6
148:13 152:18
168:9 169:20
200:2,17 207:13
207:19 222:3
**thoughts** 154:24
**three** 28:13 66:5
75:6 96:9,10,17
101:20 107:6,7
119:5 120:23
123:4,11 130:8,16
131:7,16 132:16
134:8 186:20
202:9
**throat** 189:19
**thrombocytopenia**
103:5
**throw** 232:11
**till** 181:3
**time** 9:20 10:24
11:12 16:15 31:25
45:4,10,23 46:8,20
47:1 48:1,7,10
49:6,14 50:4,13,17
50:20 52:9,11
55:21 56:2 57:4
60:16 61:5,20
64:25 65:7 67:20
70:14 78:23 80:20
85:20 94:25
101:17 102:7,11
102:14,15 109:2,3
109:7 113:10,18
119:9 120:22
126:12 129:25
136:10,15 137:24
140:10 141:17
143:2 144:18,21
144:22 146:7,11
146:24 148:9,13

149:5 150:10
156:1,8,24 157:6,8
157:15 158:16
159:5,10,12
160:21 161:18,25
161:25 171:22
174:14 175:12
182:15 187:17
192:3 196:14
205:5 210:24
211:15 212:15
213:9,16 214:9
216:18 217:12
218:5,23 219:7
221:8 226:5,14
230:6 232:14
234:21,21,25
240:14 241:25
242:1 249:22
260:14
**times** 7:10 26:9
211:5 240:15
**tingling** 139:7,12
139:22 189:24
214:11,16
**tired** 124:20
143:21 145:5,7,17
145:20
**tiredness** 124:23
138:10 145:9
189:20
**tissue** 72:19
**titled** 172:23
**today** 5:2 6:25 7:5
11:18 13:3,10
14:18,22 16:6
21:9 22:11 29:12
32:25 36:1 38:2,9
74:2 76:14 83:9
85:18 90:18 95:8
118:15 139:21

162:25 163:12,13
164:18 172:10
173:12,15 174:7
185:4 187:13
197:2 201:16
202:22 223:18
225:9 237:22
245:11 246:1,17
255:9,24 256:15
256:21,23 258:20
**told** 19:6 21:23
26:7,10 27:21
28:24 34:6,12,16
34:20,24 35:2,3
43:17 44:9,17
45:3 46:17 47:8
49:11,14 52:1
53:12,21,24 54:3
55:5 56:16,17,21
58:1,12 59:2 60:4
60:20 61:7,21
64:8 65:14 77:7
81:12,13 83:22,24
87:10 97:12 122:6
122:14 128:7,7,9
131:24 143:12
150:3 151:22
152:12 153:11
155:18 165:21,25
168:11,14 169:24
182:1 191:2,6
203:24 204:1,4
223:8 254:2
255:11 256:1
**toll** 56:16 264:2
**tool** 250:12
**top** 114:8 159:9
196:21 216:13
221:21 224:6
225:22 227:5
229:15,16 230:23

249:8 251:2

**total** 134:4 228:14

**totally** 144:22

**touch** 128:5 142:9
142:10

**townpark** 3:16

**tox** 106:24

**toxicity** 106:4,10
106:25 107:1,18

**track** 232:5

**trans** 146:1

**transaminases**
103:6

**transcript** 261:7
261:12 264:10,11

**transfusion** 86:13
87:4,9,16,19 88:4
88:13 89:1,9 90:2
143:14 144:9
145:23,24 146:2
146:12,14 148:24
149:1,8

**transition** 187:18

**transported** 123:3

**treat** 129:14
130:15 143:13
145:22

**treated** 42:10,14
42:18 85:6 131:8
131:9 151:9 199:6
199:8,11 257:13
260:2

**treating** 130:23
167:23

**treatment** 27:8
32:22 33:2,6,19,22
34:6,20,22 35:16
37:20,24 44:3,16
44:17 45:11,22
48:1,10,13,25 50:5
50:11,17 55:15

57:6 58:19 65:17

67:9 69:4 72:13

76:8 82:22 83:3

83:16 89:16 91:13

92:11 96:7,24

97:1 99:25 100:10

100:18,21,25

101:1,9,12,16,25

102:8,21 103:2,14

106:6 107:25

108:11,25 109:4

109:10,13 110:19

110:25 112:22,25

113:18 115:14,16

119:15 121:19,22

122:5 125:2,3

130:16 133:4,13

134:2 137:23

138:19 139:1,10

140:3 141:25

142:12,23,25

143:4,17 144:15

144:24 145:1,11

146:16 147:1

148:5,18 150:3

151:16 156:2

157:24 158:22

159:2,5,10,13

160:14,18,23

166:9,15 168:23

168:24 169:7,14

169:17,25 170:2

182:11,12 184:1,3

185:9,18,23,24

187:20 192:21,23

193:3 194:17

196:17,24 202:12

203:20,22,23

204:21 205:15

209:5,20 211:9

216:14 224:7

232:2 236:17

237:3,24 238:5

248:5 256:14

257:8,14 260:5

**treatments** 44:11
62:15 92:15
146:22 149:2
152:19

**tremendously**
144:11

**trial** 9:14

**tried** 56:25 128:4
242:25

**trouble** 189:20

**true** 9:1 61:25
62:3,6 63:12,15
105:1,2 107:11
133:15 159:23
195:17 201:19
203:16 213:11
215:15 226:3
242:8 253:3
261:12

**trust** 102:11

**trusted** 80:16
102:18,21

**truth** 22:1

**truthfully** 14:22

**try** 11:5 56:4,7
61:13 64:17 101:2
205:25 210:23
223:14 242:7
259:14

**trying** 33:16 60:7
60:12 63:21 86:14
89:22 120:4
134:17 148:8
249:21 259:13

**tumor** 72:15 82:14

**turban** 207:16

**turbans** 48:2
161:2 230:2

**turn** 94:2 115:13
116:2 117:4 176:9
188:9,24 196:16
210:8 224:4 231:4

**turning** 176:8
178:3 208:25

**tv** 104:25 239:23
240:14,18,20,23
240:25 241:3

**twice** 22:9

**twitter** 243:22

**two** 14:2 15:3,6
17:6 45:24 51:15
51:18 67:4 79:4,5
119:5 163:21
164:19 165:6,18
166:2 205:25
211:17 216:22
217:2,5 241:14
244:22,22 247:2

**type** 32:17 43:22
47:16 68:11 72:9
79:1 92:3 95:14
105:3 116:6
117:25 184:16
212:2 218:17

**typed** 173:20,22

**typically** 210:22

**u**

**u** 106:17 262:1

**u.s.** 1:7

**u.s.c.** 225:25

**uh** 10:20 54:11,11
62:18 123:9
145:25 146:18
154:3,13 158:3
176:23 178:10
179:8 197:23
218:22,25 219:19

224:9,11
**ultimately** 78:3
132:11 134:21
256:9
**unclear** 223:25
**underarm** 161:13
163:24 164:1
**underneath** 154:6
154:16
**understand** 6:25
7:3 11:4,14 15:24
33:16 37:16 39:20
46:12 56:3 71:8
71:12,14 79:1
95:8,11,19 99:25
100:23 107:17
108:11,20 117:15
120:4 125:15
132:4,9 138:24
155:21 187:18
220:6,7
**understandable**
151:4
**understanding**
19:15,20,23 32:24
33:3 72:11,14,16
76:22 82:1,4,10
94:20,23 95:10,23
184:15,17,24
**understood** 11:7
17:25 62:7 68:19
71:10 77:16 78:25
82:6,11 84:4
107:18,21 108:9
108:16,18 110:24
111:3
**unhappiness**
149:13
**unhappy** 147:25
148:10 149:6
183:13

**united** 1:1
**unmentioned**
223:18
**upload** 233:2
**uploaded** 234:15
**upper** 74:11 93:12
126:8 153:4
186:17
**ups** 147:7,11,12
246:19,21
**upset** 57:10
189:15
**urgent** 122:3,15
122:16
**use** 89:13,14
106:11 115:7
179:9 198:8,19
217:20,24 218:3
218:13 232:13,21
234:24 238:15,25
240:9,10 242:19
250:12 256:17
**usual** 262:22
**usually** 232:7
249:8

**v**

**v** 1:6 263:3 264:7
**vaginal** 189:22
**vague** 86:16 91:5
184:17
**vaguely** 119:2
227:14
**vaseline** 214:21,23
215:7,21
**vein** 86:14
**verbal** 10:19,20
149:24 150:4
**veritext** 1:21
262:8,9,12,15,21
263:1 264:1,7

**versus** 68:4,16,17
69:8,16 72:25
83:7,13 112:5
**vic** 174:20
**vicarro** 59:9 62:17
62:19 63:1,5,10,16
63:20 64:6 157:7
157:10,13 158:1
158:15 175:1,11
**victor** 59:12
174:20 209:9
**video** 5:3
**videographer** 2:24
5:1,11 65:3,5
70:25 137:15,18
176:3,5 226:16,18
260:10,12
**videotape** 1:12
262:2
**videotaped** 3:24
230:23
**visit** 32:14 68:8
74:17,24 87:5
88:7 89:18 93:24
96:25 98:10,12,13
98:14,19,23
105:20 109:3,8
127:1 128:1,15
137:10,12 145:18
157:2,4 182:12,14
188:5
**visits** 86:15 88:8
149:22 237:3
**vitals** 130:14
**vitamin** 13:13,15
13:20,25 223:1
**vitamins** 221:22
221:25 222:4,9,11
222:18,25
**volunteered** 97:18

**vomiting** 103:4
104:4 189:15

**w**

**w** 2:8 10:9 21:17
264:1
**wages** 177:22
**wait** 12:23 31:12
**waited** 119:21
**waiting** 119:21
**waived** 264:16
**walk** 145:2,4
173:25 174:14
**wanda** 1:24
261:24 262:25
**want** 29:1 30:8,12
30:13,15 37:15
40:6 44:20 46:11
46:24 56:2 61:2
62:4 65:9 72:3
88:24 89:13 114:3
122:9 137:24
152:17 153:23
156:21 158:19
159:8 187:18
193:11 206:22
216:10 223:16
231:11 241:24
242:9 244:16
253:22
**wanted** 27:6 48:24
61:17 62:2 64:11
64:12 67:17 86:1
224:1 250:2
**wanting** 55:18
**wants** 26:14
**warn** 254:14
**warning** 35:9
**wash** 210:15,23
211:4 248:12
**washed** 210:18,25
211:6 217:12,17

**[washed - years]**                                                                    Page 40

| | | | |
|---|---|---|---|
| 218:7,12 | 218:6 245:5 | **willing** 134:19 | **written** 35:19,22 |
| **washington** 2:17 | 248:11 | **willingness** 57:4 | 37:12,22 38:9 |
| **watching** 55:3 | **weighing** 69:7,11 | **windy** 207:13 | 105:19 115:21 |
| **watery** 257:21,23 | **weight** 156:19 | **wire** 74:18 75:25 | 149:24 197:8 |
| **way** 21:17 36:9 | 189:22 | **withdrawal** 199:2 | **wrong** 20:3 89:15 |
| 61:2 68:1 69:14 | **went** 9:14 51:25 | **witness** 5:13 15:12 | 197:25 |
| 69:15 75:7 77:15 | 52:12,14,15,18 | 31:14 59:21 | **wsberman** 2:10 |
| 80:9 88:17 89:15 | 56:14 58:3,9,21,24 | 116:24 203:8 | |
| 105:22 116:6 | 62:23 67:12 74:22 | 206:15 219:4 | **x** |
| 120:19 153:9 | 74:24 88:7 89:17 | 233:8 261:20 | **x** 92:14 |
| 155:22 156:12,15 | 102:20 119:16 | 263:4 264:8,10 | **xing** 10:8,9 174:4 |
| 174:23 186:20 | 120:8 122:3,17 | **witnessed** 76:23 | |
| 236:2 249:2,5 | 123:2,8 125:22 | **witness'** 264:12 | **y** |
| 256:25 | 126:12,15 127:24 | **women** 27:6 30:6 | **y** 186:23 |
| **we've** 75:11 93:21 | 127:25 129:7 | 39:10 40:6 253:22 | **yeah** 12:22 105:1 |
| 138:15 158:21 | 130:3,5,12 134:1 | 254:14,17 | 107:1 116:19 |
| 208:7 210:1 235:3 | 169:17 171:3 | **wondered** 51:25 | 127:4 131:1 |
| **weak** 88:11 | 187:17,19 204:7 | **word** 75:23 88:16 | 136:18 144:21 |
| **weakness** 88:21 | 252:9 | 114:10 243:16 | 147:21 165:2 |
| 103:8 189:20,25 | **west** 2:5 | 256:17 | 182:7 195:12 |
| **wear** 207:7,8 | **when's** 234:25 | **words** 97:22 151:6 | 206:15 211:1 |
| 248:15,16 249:14 | **whereof** 261:20 | 240:13 | 226:22 230:2 |
| **wearing** 48:2,3 | **whichever** 88:9 | **wore** 249:1,5,18 | 238:23 245:12 |
| 161:1 248:7 | **white** 122:22 | 250:5,6 252:10 | **year** 6:20,22 7:13 |
| 251:17 | 129:14 130:20 | **work** 10:13 32:17 | 7:14 28:11 46:1 |
| **weave** 219:12 | 131:10,12,20,25 | 80:24 88:9,22 | 51:17,18 92:16 |
| 220:12,18,19,21 | 132:5,10 134:11 | 144:7 147:9 | 94:7 96:15 100:10 |
| **weaves** 218:21 | 138:9,13 | **worked** 60:15,16 | 100:14,15 101:12 |
| 219:6,8,10,11 | **wig** 42:3 48:4 | 177:11 256:25 | 151:8 154:22 |
| **website** 235:22 | 50:22,25 135:3 | **working** 177:5,10 | 157:16,17,19,22 |
| 258:9 | 160:6,7 207:12,16 | 177:14,16 | 158:2,17 163:16 |
| **wednesday** 1:16 | 207:20 227:17 | **worried** 91:24 | 163:19 171:21 |
| **week** 9:22 22:9 | 228:23,24 229:9 | 151:25 | 175:13 176:18 |
| 67:4 81:20 133:3 | 229:17 245:13 | **worry** 259:13 | 184:12 187:12 |
| 144:17 210:23 | 248:7 251:17,21 | **worse** 88:18,18,19 | 196:15 204:6,12 |
| 211:2,4 | **wigs** 48:2 160:2 | 88:24 200:3 203:1 | 204:20,22,23,25 |
| **weeks** 67:4 96:10 | 161:1,2 207:7,8 | **wrapping** 123:18 | 221:9,12 233:19 |
| 96:10,17 101:11 | 227:16,18,20,24 | **wrist** 189:25 | 241:14 243:9 |
| 211:24,25 212:12 | 229:5,20 230:2 | **write** 132:21 | 257:14 |
| 212:15,21,23 | 244:3,12 | **writing** 122:8 | **years** 7:15 11:25 |
| 213:10 217:9 | | | 14:2,11 21:14 |
| | | | 49:8 51:15,18 |

55:4 74:17 163:21
164:19 165:6,18
166:3 174:10,12
175:5,21 178:23
178:23 185:3
212:7,11,17 213:1
213:11 214:16
232:14 239:2,7
243:12 247:2
248:1 257:7
**yesterday**   17:1
18:19
**youngest**   174:25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
              VERITEXT LEGAL SOLUTIONS
    COMPANY CERTIFICATE AND DISCLOSURE STATEMENT


  Veritext Legal Solutions represents that the
  foregoing transcript is a true, correct and complete
  transcript of the colloquies, questions and answers
  as submitted by the court reporter. Veritext Legal
  Solutions further represents that the attached
  exhibits, if any, are true, correct and complete
  documents as submitted by the court reporter and/or
  attorneys in relation to this deposition and that
  the documents were processed in accordance with
  our litigation support and production standards.


  Veritext Legal Solutions is committed to maintaining
  the confidentiality of client and witness information,
  in accordance with the regulations promulgated under
  the Health Insurance Portability and Accountability
  Act (HIPAA), as amended with respect to protected
  health information and the Gramm-Leach-Bliley Act, as
  amended, with respect to Personally Identifiable
  Information (PII). Physical transcripts and exhibits
  are managed under strict facility and personnel access
  controls. Electronic files of documents are stored
  in encrypted form and are transmitted in an encrypted
  fashion to authenticated parties who are permitted to
  access the material. Our data is hosted in a Tier 4
  SSAE 16 certified facility.


  Veritext Legal Solutions complies with all federal and
  State regulations with respect to the provision of
  court reporting services, and maintains its neutrality
  and independence regardless of relationship or the
  financial outcome of any litigation. Veritext requires
  adherence to the foregoing professional and ethical
  standards from all of its subcontractors in their
  independent contractor agreements.


  Inquiries about Veritext Legal Solutions'
  confidentiality and security policies and practices
  should be directed to Veritext's Client Services
  Associates indicated on the cover of this document or
  at www.veritext.com.
```

# EXHIBIT 4

Page 1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3        JACQUELINE MILLS,

4                  Plaintiff,

                                        CIVIL ACTION FILE
5              vs.

                                        NO. 2:17-cv-02689
6

         SANOFI S.A., SANOFI-AVENTIS
7        U.S. L.L.C., and

         AVENTIS-PHARMA S.A.,

8

                   Defendants.

9

10

11                     VIDEO DEPOSITION OF

12                     SHEFALI SHAH, MD

13                     July 26, 2018

14                       10:04 a.m.

15                     Kaiser Permanente

16                  20 Glenlake Parkway NE

17                   Sandy Springs, Georgia

18           Robyn Bosworth, RPR, CRR, CCR-B-2138

19

20

21

22

23

24

25       Job No. NJ2969335

Page 2

1                    INDEX TO EXHIBITS

2    EXHIBIT   DESCRIPTION                        PAGE

3    Exhibit 1  Notice of Deposition                 5

4    Exhibit 2  Incidence of Permanent

5               Chemotherapy-Induced Alopecia Among

6               Breast Cancer Patients:  A Five-Year

7               Prospective Cohort Study            33

8    Exhibit 3  Incidence of permanent alopecia

9               following adjuvant chemotherapy in

10              women with early stage breast cancer  37

11   Exhibit 4  Irreversible and severe alopecia

12              following docetaxel or paclitaxel

13              cytotoxic therapy for breast cancer  39

14   Exhibit 5  12/9/14 Inpatient Flowsheet        43

15   Exhibit 6  String of e-mail messages          53

16   Exhibit 7  2/18/15 Lab results                54

17   Exhibit 8  Photograph                         56

18   Exhibit 9  Photograph                         58

19   Exhibit 10 Photograph                         59

20   Exhibit 11 10/27/15 Inpatient Flowsheet       60

21   Exhibit 12 Herceptin package insert           61

22   Exhibit 13 Excerpt from Kaiser website        70

23   Exhibit 14 4/21/15 Progress Notes             72

24   Exhibit 15 NCCN Breast Cancer Guidelines      83

25

Page 3

1    Exhibit 16 Partnering With Your Patients Along

2             Their Journey                      92

3    Exhibit 17 Kaiser website printout re Taxotere  95

4    Exhibit 18 Taxotere package insert           97

5    Exhibit 19 Adjuvant Paclitaxel and Trastuzumab

6             for Node-Negative, HER2-Positive

7             Breast Cancer                      101

8    Exhibit 20 Hand-drawn diagram               112

9

10

11

12                 INDEX TO EXAMINATION           PAGE

13   By Mr. Keenan                            5, 108

14   By Mr. Gomez                            66, 109

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1    APPEARANCES OF COUNSEL:
 2    On behalf of the Plaintiff:
 3              JOHN GOMEZ, ESQ.
 4              Gomez Trial Attorneys
 5              655 West Broadway
 6              Suite 1700
 7              San Diego, California   92101
 8
 9    On behalf of the Defendants:
10              MATT KEENAN, ESQ.
11              Shook, Hardy & Bacon LLP
12              2555 Grand Boulevard
13              Kansas City, Missouri   64108
14
15    Also Present:  David Ramirez, videographer
16
17              (Pursuant to Article 10(B) of the Rules
18    and Regulations of the Georgia Board of Court
19    Reporting, a written disclosure statement was
20    submitted by the court reporter to all counsel
21    present at the proceeding.)
22
23
24
25
```

```
                                                    Page 5

 1            (Exhibit Number 1 was marked for

 2    identification.)

 3            THE VIDEOGRAPHER:  We are on the record,

 4    and the time is approximately 10:04 a.m.  This is

 5    the beginning of the videotaped deposition for

 6    Dr. Shefali Shah.  Would counsel present please

 7    identify themselves and who they represent for the

 8    record.

 9            MR. KEENAN:  For defendant, Sanofi,

10    Matthew Keenan.

11            MR. GOMEZ:  John Gomez for the plaintiff.

12            THE VIDEOGRAPHER:  Thank you, Counsel.

13    Would the court reporter please swear in the

14    witness.

15                  SHEFALI SHAH, MD,

16    having been first duly sworn, was examined and

17    testified as follows:

18                    EXAMINATION

19    BY MR. KEENAN:

20        Q    State your name, please.

21        A    Shefali Shah.

22        Q    Dr. Shah, my name is Matthew Keenan.  I

23    represent Sanofi.  We're here to take your

24    deposition.  You understand that?

25        A    Yes.
```

                                        Page 6

1        Q    Okay.  Your -- this is testimony that we

2   would play at the ultimate trial in this case, and I

3   need to be sure you understand that.

4        A    Okay.

5        Q    Okay.  Now, you are a medical doctor; is

6   that right?

7        A    Correct.

8        Q    I'm going to spend some time focusing on a

9   patient of yours, Jacqueline Mills.  And you have

10  her chart in front of you; is that right?

11       A    Yes.  Date of birth July 11th, 1952?

12       Q    That's correct.

13            Doctor, have you given a deposition

14  before?

15       A    Once or twice.  Twice maybe.

16       Q    Okay.  Okay.  Well, certainly if at any

17  time you need to take a break or if you're called by

18  your staff, we'll certainly accommodate your

19  obligations to your patients.  Fair enough?

20       A    Thank you.

21       Q    Okay.  Now, we just met briefly before the

22  deposition when you came in the room.  Have you

23  spoken to Mr. Gomez?

24       A    No.

25       Q    Okay.  All right.  I would ask to the

Page 7

1    extent that you have opinions that you express those

2    within a reasonable degree of medical probability.

3    Fair enough?

4         A    Yes.

5         Q    Okay.  If at the same time I ask a

6    question that you can't answer, you're certainly

7    within your liberty to say you're not able to answer

8    it, and I'll do my best to try to rephrase it.  Fair

9    enough?

10        A    Yes.

11        Q    Okay.  Tell us a little bit about

12   yourself.  And I think you were going to try to get

13   us a copy of your curriculum vitae at some point?

14        A    Sure.

15        Q    Tell us about your education and your

16   training and what your area of focus is as a

17   clinical oncologist.

18        A    Okay.  I grew up in Georgia, I went to the

19   University of Georgia, I went to medical school at

20   the Medical College of Georgia, I trained in

21   Chicago, did my residency at the University of

22   Chicago, and my fellowship in hematology/oncology at

23   Loyola in Chicago.  I'm Board-certified in both

24   hematology and oncology.

25             My first job out of fellowship was at the

Page 8

1   Medical College -- back in my old med school at the

2   Medical College of Georgia, I was an assistant

3   professor, and my focus there was breast cancer.

4          Now I've been at KP a little over four

5   years, and here I see general medical oncology and

6   hematology.  I see everything.

7      Q    Okay.  That's very helpful.  So you're

8   Board-certified in oncology and hematology?

9      A    Yes.

10     Q    Very good.

11         Give me a little bit of sense -- and for

12  the jury's benefit when you use the term "KP,"

13  you're talking about Kaiser Permanente?

14     A    Yes, sorry.

15     Q    Okay.

16     A    Kaiser Permanente.

17     Q    No problem.

18         Tell me a little bit about your clinical

19  population if you would, what kind of patients you

20  see, what kind of cancers you treat.  Give me a

21  little bit of detail about what your -- what kind

22  of -- what's your -- what's your clinical practice

23  like?

24     A    Well, here at Kaiser Permanente, like I

25  said, I treat general hematology and oncology.  It's

Page 9

1    hard for me to quantify, so this is a rough
2    guesstimate --
3        Q    Okay.
4        A    -- but it's probably 60/40 hem to
5    oncology.
6        Q    Okay.
7        A    Maybe -- lately it feels closer to 50/50.
8        Q    Okay.  So when we talk about oncology,
9    let's focus on oncology, what percentage of that
10   includes women that have breast cancer?
11       A    I knew you guys were going to ask me
12   numbers.  I'm not sure.  Certainly it's my most --
13   it's one of my most common cancers.  I don't know if
14   it's the most, but it's got to be up there.
15       Q    Okay.  So you probably gave these dates to
16   me just five minutes ago, but when you talk about
17   whether in your residency in oncology, from starting
18   there to today how long have you been practicing
19   either as a resident or as a Board-certified
20   oncologist, how many years?
21       A    My first year of fellowship was -- I have
22   to go -- hold on.  Give me one second.  2008.
23       Q    2008.
24       A    So a decade.
25       Q    Okay.  10 years.  Very good.

```
                                              Page 10
 1            And why is -- why is oncology an area you
 2    decided to go into?
 3        A    Oh.  I don't know.  It's very interesting.
 4    It's got the mix of the science and the pathology,
 5    but it's also very -- it's one of those fields where
 6    it's not just science, but you develop relationships
 7    with people, with families, with -- so it's got the
 8    human side of it.  Some medical fields are just
 9    really very you do the surgery and they leave kind
10    of thing.
11        Q    Right.  Right.
12        A    And the science is just so interesting.
13        Q    Well, is it -- would it be fair to say
14    that in the 10 years you have been a fellow or a
15    Board-certified oncologist you have -- you've become
16    familiar with a chemotherapy drug under the general
17    heading of a taxane?
18        A    Yes.
19        Q    Tell the jury what taxane is, and tell the
20    jury what -- let's start with that.
21        A    So cancer -- so background is cancer is
22    basically a normal cell that has mutated.  So you
23    can have a cancer of anything, brain, skin, lungs,
24    liver, bone, breast, and it's the normal cell, the
25    normal breast cell or lung cell that's mutated, and
```

Page 11

1   the DNA is just inherently messed up, and at that

2   point it just starts replicating.

3           So it used to be a normal lung cell or

4   breast cell, and now it's turned into some mutated

5   useless cell that just grows, and that's what makes

6   a tumor.

7           And when it grows -- so you have the DNA

8   of the cell, and -- oh, gosh, I've got to go back to

9   my biology.  So the DNA replicates, and then it

10  makes two cells, right, then four and 16 and 64.

11  That's how you get a tumor.

12          So a taxane is a microtubule inhibitor, so

13  it inhibits the growth -- it inhibits the

14  replication of the cell.

15      Q    Okay. all right.  I'll take that.  I'll

16  take that.

17      A    I don't know if that was good.

18      Q    The -- what has been your clinical

19  experience with -- let's start with generally

20  dealing with taxanes generally, then we'll break it

21  down to Taxol and Taxotere.  What --

22      A    What do you mean?

23      Q    In terms of efficacy and success in using

24  taxanes in treating various tumor types.

25      A     Well, it's FDA-approved and in our

Page 12

```
 1   National Comprehensive Cancer Network guidelines for

 2   multiple tumor types.

 3        Q    Okay.  Okay.  Generally speaking what have

 4   you used Taxol -- Taxotere for?  What tumor types

 5   has that been a go-to chemotherapy drug for you,

 6   generally speaking, broadly in your time as a

 7   clinician?

 8        A    Lung, breast.  Trying to think of all the

 9   different types of cancer.  Those are the most

10   common.

11        Q    Okay.  I'll take that.  I'll take that.

12             And you mentioned there are certain

13   scientific websites that you go to to help you -- to

14   help you follow your treatment regimens.  One of

15   those is the NCCN.

16        A    Uh-huh.

17        Q    What are others?

18        A    That's my primary.

19        Q    Okay.

20        A    But also UpToDate.

21        Q    Okay.

22        A    Oh, yeah, sorry, I forgot gastric,

23   esophageal, sarcoma.

24        Q    And that's focusing on just Taxotere,

25   docetaxel?  What I'm saying --
```

Page 13

1         A     Yeah, you can use it, yeah.

2         Q     A few other -- few other general

3    questions, then I'll get more specific, but how

4    would you describe your number one mission when

5    you're dealing with a patient for the first time

6    who's been diagnosed with a cancer that's within

7    your specialty?

8         A     Well, my number one mission in all of my

9    patients I have, like, kind of what is my goal, and

10   it's always live longer and live better.  So if

11   something doesn't help me establish that, then --

12        Q     Got it.  That's --

13        A     That's how I boil it down.

14        Q     I like that.  And is the efficacy and the

15   clinical track record of a drug, obviously that's

16   going to be important to you and important to find

17   its way into the NCNN [sic] guidelines?

18        A     I'm sorry, say that again.

19        Q     The clinical efficacy of a drug, that's

20   obviously going to be very important in fitting into

21   your priorities of living longer, living better?

22        A     Uh-huh.

23        Q     And explain to the jury what the word --

24              (Off-the-record discussion.)

25   BY MR. KEENAN:

1     Q    Explain what the word "efficacy" means.

2     A    Well, I guess how well it works.  And

3 there are different measures of how well a drug

4 works.  So there are what we use progression-free

5 survival, overall survival, clinical benefit rate.

6     Q    Okay.  Has your clinical experience been

7 with Taxotere with respect to the cancer types you

8 mentioned that it has been efficacious in treating

9 those cancers?

10     A    Yes, or I wouldn't use it.

11     Q    All right.  I want to ask you a couple

12 questions about this.  Do you still use Taxotere for

13 your breast cancer patients?

14     A    Yes.

15     Q    Do you use Taxol as well with your breast

16 cancer patients?

17     A    Yes.

18     Q    We'll talk about that in a little bit in

19 just a minute.

20     So I want -- I want to just address

21 Ms. Mills' chart real quickly here, and then I'm

22 going to ask some other general questions, and then

23 we'll move on to my next topic.

24     I looked at the chart, and it looks like

25 Ms. Mills was your patient from October 2014 through

Page 15

1    June of 2015.  Does that sound about right?

2         A    Sounds right.

3         Q    Okay.  And we'll --

4         A    I can look.

5         Q    I count 11 office visits, including seven

6    with you and four with your nurses and then a number

7    of e-mails and phone calls.  Do you have patients --

8    it's not unusual for patients to e-mail you?

9         A    Well, they love to e-mail me.

10        Q    Okay.  All right.  The -- I want to focus

11   on a specific type of cancer that she had, HER

12   positive.  What are the particular challenges with

13   respect to that type of cancer, breast cancer?  I

14   believe she was what they call triple positive.

15        A    That's what I'm looking --

16        Q    Yeah.

17        A    Yes, triple positive.

18        Q    So explain to the jury what HER positive

19   is and what -- are there unique challenges with

20   respect to that specific diagnosis?

21        A    Usually when I explain it to a patient I

22   draw a diagram.  Can I do that or no?

23        Q    Sure, you can draw a diagram.

24        A    Does that help in a deposition?

25        Q    It's fine.  It's fine.  And before you

Page 16

1  draw that I was reading that -- is the HER positive

2  one of the more aggressive types of breast cancer?

3      A    It was.  And back before Herceptin was

4  invented it's actually a -- like a, what do you call

5  those, like a daytime movie or whatever on the

6  invention of Herceptin and what happened.  I think

7  it was invented in the '90s.

8      Q    Okay.

9      A    And before Herceptin patients died from

10 HER2 positive breast cancer.

11     Q    Okay.

12     A    Herceptin and now Perjeta have completely

13 shifted that since that time.  So, yes, it's more

14 aggressive, but we have better drugs.

15     Q    Got it.  So let me just pause on that.

16 Herceptin is a essential weapon in the --

17     A    Yes.

18     Q    Yeah, yeah.

19     A    It was a game changer.

20     Q    Okay.  Okay.

21          THE VIDEOGRAPHER:  Excuse me.

22          (Off-the-record discussion.)

23 BY MR. KEENAN:

24     Q    Go ahead and draw your diagram.

25     A    This is how I describe it to patients.

Page 17

1  Here's the cancer cell, right, cancer.  What's a

2  tumor?  It's a bunch of these all together.

3          Breast cancer -- so all breast cancers

4  aren't the same.  So they can have an estrogen

5  receptor, a progesterone receptor, and something

6  called HER2.  I'm not going to go into the science

7  of how they work, but in general some breast cancers

8  can have just the HER2, some can have just the

9  estrogen, any combination.

10      Q    Okay.

11      A    In her case she had all three.

12      Q    Okay.

13      A    And HER2 is what we call a driver

14  mutation, so it kind of goes into the breast cancer

15  cell and causes it to replicate and causes it to

16  grow.

17      Q    Okay.  So Herceptin, which is not one of

18  the drugs that we're -- that we're here about, but

19  that is a drug she received, and that was standard

20  of care in 2014-'15 for patients like her cancer?

21      A    And still.

22      Q    And still, okay.  And with respect --

23      A    And Herceptin is basically -- so I said

24  this is a driver mutation.  Herceptin blocks this.

25      Q    Okay.

Page 18

1          A     That's how it works.
2          Q     Very good.  And in 2014 and 2015 the
3     standard regimen that was prescribed in the NCCN
4     guidelines was what you employed here, which was TCH
5     with Arimidex; is that right?
6               MR. GOMEZ:  Objection, form.
7               THE WITNESS:  Say that again?
8     BY MR. KEENAN:
9          Q     He's just objecting.
10              MR. GOMEZ:  I said objection, form.
11    BY MR. KEENAN:
12         Q     He's allowed to.
13              MR. GOMEZ:  Yeah, you don't have to worry
14    about that.
15              THE WITNESS:  I don't have to?  Okay.
16         A     Well, for HER2 positive in what we call
17    the adjuvant -- adjuvant means after surgery --
18    BY MR. KEENAN:
19         Q     Right.
20         A     -- yes, TCH is standard of care.  We don't
21    add in -- so Arimidex is an estrogen receptor
22    blocker.
23         Q     Right.  Right.  We'll talk about -- you
24    add -- they take Arimidex after they've had these
25    other therapies?

Page 19

1       A     After the Taxotere part.

2       Q     Okay.

3       A     The TC part.

4       Q     Okay.

5       A     But they can take the Arimidex during the

6    Herceptin part.

7       Q     Okay.  There's no doubt in your mind that

8    when you saw her and you saw her diagnosis the TCH

9    was the go-to regimen for her cancer.

10            MR. GOMEZ:  Objection to form.

11   BY MR. KEENAN:

12      Q     True?

13      A     That is true.

14      Q     And your number one goal was what when she

15   came to your office, was to achieve your desire of

16   living longer, living better?

17      A     Highest chance for curative intent.  It's

18   what we call curative intent.  In cancer in general

19   it's either curative intent, meaning we're trying to

20   cure you from the cancer, or it's palliative intent,

21   meaning you will probably -- we're never going to

22   cure you from it, but we're going to try to control

23   it as long as we can.

24      Q     She was of the first category?

25      A     Curative intent.

Page 20

```
 1        Q    And do you know if she's cancer-free

 2   today?

 3        A    I don't know.

 4        Q    Okay.  Okay.

 5        A    I presume so if we're here, but I don't

 6   know.

 7        Q    Yes.  And just a few other general

 8   questions.  How -- how does Taxotere work with the

 9   other Herceptin -- and C -- C is a carboplatin?  How

10   do those three drugs work to effectively address

11   this cancer tumor type you've described without

12   getting in the weeds too much, but are you

13   capable --

14        A    I don't know -- I don't know --

15        Q    Strike that.  Forget that.

16        A    Okay.  I'm confused.

17        Q    Forget that.  In any event in 2014, in the

18   fall of 2014, this was a regimen you had experience

19   with and your patients had success with?

20        A    Correct.

21        Q    Okay.  All right.  Okay.  All right.  Let

22   me ask a couple other general questions, and then I

23   will move on, but under the heading I was talking to

24   you earlier about, Taxotere and Taxol, docetaxel and

25   paclitaxel, they are different drugs.  They have --
```

Page 21

1   how would you describe -- what are the similarities

2   and what are the differences of those drugs?

3        A    The side effect profile is a little bit

4   different.

5        Q    In what way?

6        A    Again you've seen commercials like you can

7   have any side effect from anything it almost feels

8   like.

9        Q    Right.

10       A    But just from my experience the side

11  effect is a touch different.  Tend to get more aches

12  and pains with Taxotere.  It's hard to say because

13  the dosing is different.

14       Q    Okay.  Okay.

15       A    So in paclitaxel when we dose it for

16  breast cancer most commonly -- there's a couple of

17  different dosing regimens.  The one I use is a lower

18  dose weekly.

19       Q    Okay.  With paclitaxel?  Okay.

20       A    And the Taxotere dose is every three

21  weeks.

22       Q    Okay.  What about --

23       A    But I describe it to patients that they're

24  cousins of each other.  They're both microtubular

25  inhibitors.

Page 22

1      Q    But they're not identical drugs?

2      A    No.

3      Q    Okay.

4      A    I can't tell you the molecular --

5      Q    No, I'm not going -- but --

6      A    -- carbon atom differences.

7      Q    What about differences of the drug in

8   terms of what you've seen in terms of incidence of

9   peripheral neuropathy; you see any differences

10  there?

11     A    Yeah, they both do it.  I don't know.  I

12  use Taxotere a lot in prostate cancer, and that

13  tends to be better tolerated, but I don't know if it

14  has to do with the population that I'm giving it in.

15     Q    Okay.  The -- different question.  With

16  respect to how those two drugs interact with

17  Herceptin -- you with me?  So Herceptin is one of

18  the drugs you said it's required for the HER

19  positive.  Does Herceptin have risks of adverse

20  events in terms of how it interacts with Taxol or

21  paclitaxel in terms of cardiac risks?

22     A    In my head they're mutually exclusive.

23     Q    Okay.  Explain that.

24     A    So the cardiac risk is from the HER2,

25  Herceptin.  So the way -- so I said Herceptin works

Page 23

1    against this.  The way carboplatin works and

2    paclitaxel or Taxotere work is inside -- you know

3    you have your double helix inside the cell, right?

4         Q    Okay.

5         A    And they separate, and then they kind of

6    pinch off, and that's how they make two cells.  The

7    Taxotere and carboplatin attack this.

8         Q    Okay.

9         A    The DNA.

10        Q    Got it.

11        A    It doesn't attack -- so they work totally

12   differently.

13        Q    I understand.  But my question was, is

14   there literature that is reported that taking

15   Herceptin concomitantly with Taxol or paclitaxel

16   raises the risks of cardiotoxicity to the patient?

17             MR. GOMEZ:  Objection to form.

18        A    As opposed to Herceptin alone?

19   BY MR. KEENAN:

20        Q    As opposed to Herceptin and Taxotere?

21        A    I don't know of any, but I can't say for

22   sure.

23        Q    Let me -- couple other quick questions.

24   When you deal -- when you talk to your patients

25   about what to expect with the side effects of a

Page 24

```
 1   particular chemotherapy regimen -- you with me so
 2   far?
 3        A    Uh-huh.
 4        Q    -- you don't promise them anything I take
 5   it.
 6        A    Everyone's different.  I've seen some
 7   patients sail through the most aggressive chemo, and
 8   I've seen patients that can barely get through even
 9   less aggressive chemo, and then there's all these
10   people in between.
11        Q    I understand that.  You don't make them
12   any guarantees about what the severity of such
13   things as nausea; true?
14        A    True.
15        Q    Okay.  And with respect to the hair and
16   hair loss, make any promises or guarantees to your
17   patients?
18        A    No.
19        Q    You've had patients who hair comes back
20   different texture, different color?
21        A    Yeah, often it comes back curly and gray
22   for some reason or white.  For some patients, not
23   everyone.
24        Q    Do you have patients who hair comes back
25   thinner?
```

Page 25

```
1        A    Yes.

2        Q    Do drugs like Arimidex that a patient is

3   taking for a longer period of time, does that affect

4   the ability of the hair to grow back?

5        A    It can cause hair thinning.  It's one of

6   the known side effects.

7        Q    Okay.  And so you would not tell any

8   patient a guarantee that their hair would come back

9   as it did before with chemotherapy?

10       A    No.  I often tell them it will come back

11  possibly different.

12       Q    Okay.  Have you -- in your 10 years of

13  clinical experience, have you had patients -- any

14  patients who have taken chemotherapy whose hair

15  comes back in a much thinner composition than what

16  they had before?

17       A    Sure.

18       Q    Have you had patients who come -- whose

19  hair doesn't come back at all?

20            MR. GOMEZ:  Objection, form.

21  BY MR. KEENAN:

22       Q    And when I -- let me -- when I say at all,

23  I'm talking about 70 to 80 percent of the hair does

24  not come back.  So there may be some hair on the

25  exterior, but --
```

Page 26

1           MR. GOMEZ:  Same objection, form.

2       A    Maybe a couple.

3  BY MR. KEENAN:

4       Q    Okay.

5       A    I'm trying to -- 70 to 80 percent not come

6  back?

7       Q    Yeah, right.  I'm talking -- use what

8  terms that would fit what you've seen.

9       A    I would say, sure, a handful, but not

10  many.  Rare.

11      Q    Okay.  Okay.  Okay.  Any --

12      A    Thin, yes.

13      Q    Yes.

14      A    But 70 to 80 percent, rare.

15           THE VIDEOGRAPHER:  Excuse me.

16           (Off-the-record discussion.)

17  BY MR. KEENAN:

18      Q    Have you ever had a patient -- let's carve

19  Ms. Mills out.  You have any patients, not including

20  Ms. Mills, who have told you they took Taxotere and

21  are bald?

22      A    Not that I can remember.

23      Q    Okay.  Let me ask you this, if you had a

24  patient who came -- who took any drug, any

25  chemotherapy drug, Herceptin, Arimidex, and who lost

Page 27

1   all their hair, would that be something that you

2   would report to the FDA or take action or maybe tell

3   a sales rep or something like that, or would that be

4   the kind of thing that wouldn't -- it would be on a

5   continuum of possibilities?

6           MR. GOMEZ:  Objection, form.

7       A    No, I wouldn't -- yeah, I guess it would

8   be in the continuum.

9   BY MR. KEENAN:

10      Q    Okay.  Okay.  All right.  Today for the

11  right patient who has the right constellation of

12  tumors like you've identified here with HER

13  positive, would you still consider that patient to

14  be a candidate for the TCH regimen that you used for

15  Ms. Mills?

16      A    Uh-huh.

17      Q    Okay.  You need to say yes.

18      A    Oh, yes.  Sorry.

19      Q    Okay.  Okay.  All right.  And have you

20  used that regimen recently in the last six months?

21      A    Yes.

22      Q    Okay.  And what do you tell your patients

23  today?  Any different than what you've told

24  Ms. Mills, lots of things can happen and everybody

25  is variable?

Page 28

1        A     Yes.

2        Q     Okay.  All right.  The -- couple other --

3    when you talk about the continuum of side effects,

4    is -- are the side effects that can cause death,

5    like neutropenia, you're a -- you're Board-certified

6    in hematology.  That's blood cancers, right?

7        A     Blood.

8        Q     So obviously -- what are the side effects

9    that are life-threatening as it relates to Taxotere?

10       A     Well, certainly you can have an

11   anaphylactic reaction to any drug --

12       Q     Okay.

13       A     -- that you take anywhere.

14       Q     Okay.

15       A     But the most common concerning side effect

16   would be life-threatening infection.

17       Q     Okay.

18       A     And I always tell patients you can even

19   die from side effects of treatment, but what we are

20   doing here is balancing risks and benefits all the

21   way through; what are we aiming for, and what are

22   the risks and toxicities.  That's why we see them

23   frequently throughout treatment because sometimes I

24   will dose reduce the drug.

25       Q     Okay.

Page 29

1        A     Sometimes if it's too toxic we have to

2    stop it.

3        Q     Okay.  Okay.  All right.  On to my next --

4    my next set of notes here.  In terms of sources of

5    information for you, I think you said there's the --

6    there's UpToDate, there's the NCCN website, there's

7    probably other sources of information that are

8    developed and maintained by Board-certified

9    oncologists like yourself I suppose, the American

10   Society of Clinical Oncology would be one?

11       A     Sure.

12       Q     You've been at this 10 years.  Your own

13   clinical experience would be a source of information

14   for you?

15       A     Yes.

16       Q     As you follow patients and you've seen

17   great outcomes, that validates your -- in some cases

18   your approach?

19       A     Yes.

20       Q     Okay.  All right.  So I'm asking that

21   because in these lawsuits we talk a lot about this

22   thing called the package insert, okay?  Is the

23   package insert something that you would normally

24   read or rely upon, or would that fall down the list

25   quite a bit?

Page 30

1             MR. GOMEZ:  Objection, form.

2        A    I do look at the package insert for some

3   drugs, particularly the newer ones --

4   BY MR. KEENAN:

5        Q    Okay.

6        A    -- that I don't may know as well --

7        Q    Okay.

8        A    -- but most commonly I look at the

9   original article that the FDA approval is based on.

10       Q    Okay.  Okay.

11       A    So the New England article or the JCO or

12   whatever, Lancet.

13       Q    So in the fall of 2014, November,

14   December, when you're interacting with Jacqueline

15   Mills, that wouldn't have been a time -- you had

16   been using -- you had been using the taxanes and

17   Taxotere for a number of years.

18       A    Correct.

19       Q    If I told you that Taxotere had been

20   approved several years before you were --

21       A    Pre my fellowship for sure.

22       Q    Right.  Right.  Okay.  So that wouldn't

23   have been a source of information for you in the

24   fall of 2014.

25             MR. GOMEZ:  Objection, form.

Page 31

1        A    No.  I can't guarantee it, but I seriously

2   doubt --

3   BY MR. KEENAN:

4        Q    Okay.

5        A    -- I read the PI.

6        Q    The --

7        A    For Taxotere.

8        Q    Got it.

9             And the -- your experience with that drug,

10  your experience with the TCH regimen was known, it

11  was familiar to you, and her cancer fit in a

12  particular bucket that you had had success with.

13       A    Yes.

14       Q    Yeah.  So different question, Dr. Shah.

15  Have you looked at the Taxotere package insert in

16  the last five years far as you can remember?

17       A    No.

18       Q    Okay.

19       A    No.

20       Q    All right.  Okay.  Okay.  All right.  I

21  want to mark a couple articles that deal with some

22  of the chemotherapy drugs because as you might

23  imagine we -- you know this is a lawsuit by

24  Ms. Mills for her hair loss.  You understand that?

25       A    Yes.

Page 32

```
 1      Q    All right.  And maybe I can short circuit
 2  some of this a little bit.  Are you aware that the
 3  peer-reviewed literature shows reports of permanent
 4  hair loss with women who have taken drugs like
 5  Taxol?
 6            MR. GOMEZ:  Objection, form.
 7      A    Hair loss or permanent hair loss?
 8  BY MR. KEENAN:
 9      Q    Permanent hair loss.
10      A    No.
11      Q    Okay.  Let me -- let me take a moment here
12  to mark --
13      A    Am I allowed to ask questions?
14      Q    We can talk after a break.  I'm going to
15  go for another --
16      A    This is just a clarification.
17      Q    Sure, absolutely.  Yes.
18      A    When you say hair loss, do you mean
19  total -- like I don't understand the context, I
20  guess.
21      Q    Yeah.  Okay.  Well, I have a photo of --
22  yeah, I have a photo that -- I don't want to get
23  disorganized here, but I'm talking about over
24  substantial parts of the scalp, more than 50
25  percent.  That's what I'm talking about.  You with
```

Page 33

```
 1   me?
 2         A    Yes.
 3         Q    Okay.  So I'm going to mark --
 4         A    So we're not talking total alopecia areata
 5   like you are during chemo, totalis, I guess?
 6         Q    Well, I think it's variable.  I think
 7   counsel has probably -- there are women that -- in
 8   this litigation that are all over the continuum.
 9         A    Okay.
10         Q    They're everywhere.  But I do have
11   pictures of Ms. Mills.
12              (Exhibit Number 2 was marked for
13   identification.)
14   BY MR. KEENAN:
15         Q    So let me show you an exhibit that I've
16   marked Exhibit Number 2 which is a study by
17   Dr. Kang, and it is in the Support Care Cancer
18   publication 2017, and I want to direct your
19   attention to -- I believe this is an abstract -- the
20   study that's --
21              MR. GOMEZ:  Thank you.
22         A    Sorry, I was reading the wrong abstract.
23   BY MR. KEENAN:
24         Q    No, it's --
25         A    I was like, what does this have to --
```

```
                                              Page 34

 1        Q     It's here in the bottom right.
 2        A     Okay.
 3        Q     Incidence of permanent
 4   chemotherapy-induced alopecia among breast cancer
 5   patients:  A five-year prospective cohort study.
 6   Just take a -- just take a few minutes to review
 7   this.
 8        A     Okay.  Okay.
 9        Q     So you've had a chance to review this?
10        A     Yes.
11        Q     Let's see if we can agree.  This is a --
12   it's a report, a five-year prospective cohort study
13   in which they're reporting 11.5 percent and 30.8
14   percent of patients experienced and the acronym is
15   permanent chemotherapy-induced alopecia in terms of
16   hair density and thickness which did not recover
17   until after 36 months after completion of
18   chemotherapy.  Patients who received combination of
19   doxorubicin and cyclophosphamide followed by four
20   additional cycles of paclitaxel were more likely to
21   experience PCIA, permanent chemotherapy-induced
22   alopecia, compared to patients with other type of
23   chemotherapy.
24              Did I read that correctly?
25        A     Yes.
```

Page 35

1        Q    Okay.  So this is at least a report of

2    another doctor of what they're describing as

3    permanent chemotherapy-induced alopecia and a drug

4    regimen that includes paclitaxel, right?

5        A    Yes.

6        Q    And paclitaxel is also known as Taxol,

7    right?

8        A    Yes.

9        Q    So these -- these were -- they're

10   reporting permanent chemotherapy-induced alopecia

11   with a drug regimen that did not include paclitaxel,

12   correct?

13       A    I'm sorry, say that again.

14       Q    That did not include docetaxel.  That did

15   not include docetaxel, my client's drug, right?

16       A    Sorry, ask me the question again.

17       Q    Yeah.  This is a report of permanent

18   alopecia that has nothing to do with paclitaxel, it

19   has nothing to do with -- I'm sorry, has nothing to

20   do with docetaxel a/k/a Taxotere.

21       A    Well, we don't know that because they

22   don't say what the additional regimens are that were

23   included; however, it implies -- this is an abstract

24   from Korea, so I'm not sure if just the English was

25   off, but it implies -- which did not recovered, I

Page 36

```
 1    think that's supposed to be recover -- recovered --
 2    which did not recover until after 36 months.  That
 3    implies that it recovered at 36 months.
 4        Q    Yes, but they are certainly reporting here
 5    in the conclusion that they think additional
 6    research is needed with respect to this issue of
 7    alopecia, and its focus is just these drugs
 8    mentioned here, right?
 9             MR. GOMEZ:  Objection, form.
10        A    No, it says that ACT, so doxorubicin,
11    cyclophosphamide followed by paclitaxel, were more
12    likely compared with other --
13    BY MR. KEENAN:
14        Q    Right.  Right.
15        A    So I don't know what other types of --
16             (Overtalking.)
17        Q    I understand.  But in any event this is --
18    this is a report of paclitaxel, which is Taxol,
19    correct?
20        A    Uh-huh.
21        Q    This kind of thing probably doesn't
22    surprise you in light of what you and I were talking
23    earlier about the continuum of what you see with
24    patients in terms of side effects?
25        A    Correct.
```

Page 37

1            MR. GOMEZ:  Objection, form.

2    BY MR. KEENAN:

3        Q    All right.  Let me run through a couple

4    more of these that deal with other drugs.  Exhibit

5    Number 3.  Is the Journal of Clinical Oncology, is

6    that a peer-reviewed journal?

7        A    Yes.

8        Q    This is Exhibit 3, which is -- this is

9    published in 2017.

10           (Exhibit Number 3 was marked for

11    identification.)

12           MR. GOMEZ:  Thank you.

13    BY MR. KEENAN:

14       Q    Why don't you take a moment to review

15    this.

16       A    Okay.

17       Q    Is this study informative to you as a

18    clinical oncologist?

19       A    Yes, it's interesting.

20       Q    What do you see as the main takeaways?

21       A    That the -- well, for the Taxotere

22    patients the permanent hair loss was dose-dependent,

23    which is interesting.

24       Q    What else?

25       A    This was a telephone interview, so there's

1   no exam --

2          THE VIDEOGRAPHER:  Excuse me, Doctor.

3       A    -- so there's no exam, like there's no

4   corroboration.  I mean, as a scientist you always

5   look at -- you shouldn't take the conclusion for the

6   conclusion.

7   BY MR. KEENAN:

8       Q    No, fair enough.  Fair enough.

9       A    It's the patient's perception.

10      Q    But if --

11      A    And --

12      Q    Go on, go on.

13      A    -- it's at one year.  So I don't know if

14  it's -- so we don't know if it improves after that.

15      Q    Okay.  It does report long-term hair loss

16  in both paclitaxel and docetaxel, right?

17         MR. GOMEZ:  Objection, form.

18      A    Correct.  And anthracyclines.

19  BY MR. KEENAN:

20      Q    Yes.  It does at least -- and

21  understanding it has some limitations which you've

22  described, does it show some synergy with the

23  regimen in terms of hair loss?

24         MR. GOMEZ:  Objection, form.

25      A    It appears that way.

Page 39

1  BY MR. KEENAN:

2       Q    Yeah.  Does that surprise you?

3       A    No.

4       Q    Okay.  All right.  Very good.  I have one

5  more, and then we'll roll up our sleeves and get

6  into Ms. Mills' records.  Exhibit Number --

7            (Off-the-record discussion.)

8            (Exhibit Number 4 was marked for

9  identification.)

10  BY MR. KEENAN:

11      Q    So sorry, Doctor.  I know your time's

12  important.  Exhibit 4 -- Exhibit 4 is a case report.

13  This is dated in April of 2009, if you might take an

14  opportunity.  This starts at the bottom of the

15  document:  Irreversible and severe alopecia

16  following docetaxel or paclitaxel.

17            MR. GOMEZ:  Thanks.

18      A    Okay.

19  BY MR. KEENAN:

20      Q    Okay.  What does this -- what does this

21  case report tell you?

22      A    This appears to be two case reports of

23  patients that have permanent hair loss which they

24  are attributing to -- well, one patient with

25  docetaxel, and one patient with paclitaxel.

Page 40

1        Q    Okay.  This would have been -- this was a

2   dermatology journal, probably nothing you would

3   typically read, but in any event, it was April of

4   2009, right?

5        A    Yes.

6        Q    Okay.  And, again, this -- this would be

7   not terribly surprising recognizing that everyone's

8   different and there's a long continuum of -- well,

9   let me -- let me ask just -- how does this fit in

10  terms of your overall clinical experience of how

11  patients -- the variability of patients and their

12  reactions?

13            MR. GOMEZ:  Objection, form.

14       A    I'm not sure of the question.

15  BY MR. KEENAN:

16       Q    Does this surprise you?

17            MR. GOMEZ:  Objection, form.

18       A    I mean, I guess as far as side effects go,

19  nothing is really surprising.

20  BY MR. KEENAN:

21       Q    Okay.  Okay.

22       A    You can almost find case reports of

23  anything.

24       Q    Yeah.  Okay.  I have a --

25       A    But it's interesting.

Page 41

1      Q    Yeah.  I have a -- some other literature

2   on Arimidex also inhibiting hair growth, but I think

3   we've already -- we've already talked about --

4      A    Yes.

5      Q    So if you assume with me that Ms. Mills is

6   taking Arimidex right now, and normally it's a drug

7   that people are prescribed for years after the

8   chemotherapy is stopped --

9      A    Correct.

10      Q    -- that would -- that may be playing a

11   role in inhibiting hair regrowth?

12           MR. GOMEZ:  Objection, form.

13      A    Yes, that's a well-known fact.

14   BY MR. KEENAN:

15      Q    Okay.  All right.  Can we -- can we

16   conclude then that, at least based on the reports

17   that we went through, there was reports in the

18   literature, some more recent than others, of

19   permanent hair loss with both paclitaxel and

20   docetaxel?

21      A    I believe so, but I haven't read the case

22   reports myself.

23      Q    I mean based on --

24      A    Yes.

25      Q    Yes, yes, yes.

Page 42

1      A     I've read this report.

2      Q     Yes.  And we also know that Arimidex also

3   is an agent that inhibits hair regrowth?

4      A     Yes.

5      Q     Okay.  I understand she's not your

6   patient, and hasn't been your patient since 2000

7   and -- the summer of 2015, but obviously you're not

8   here to say what has caused or contributed to cause

9   Ms. Mills' hair loss.

10     A     No.

11     Q     All right.  Why don't we get into the case

12  specifics for about 15 minutes, then we'll take a

13  break.  Is that all right?

14     A     Yes, perfect.

15     Q     Do you need to call somebody?

16     A     Kind of, but I can do it in 15 minutes.

17     Q     We'll do it now.  That's fine.

18     A     You sure?

19     Q     Yeah, yeah, I need to get organized.

20           THE VIDEOGRAPHER:  The time is

21  approximately 11 a.m.  We are off video record.

22           (Recess 11:00-11:13 a.m.)

23           THE VIDEOGRAPHER:  The time is

24  approximately 11:13 a.m.  We are back on video

25  record.

Page 43

1    BY MR. KEENAN:

2        Q    Okay, Doctor.  You ready to resume?

3        A    Yes.

4        Q    Okay.  I'm going to move here pretty

5    quickly.  Let me start with this, today if Ms. Mills

6    came in to you as a patient, would you -- would your

7    preference be the same regimen you employed before?

8        A    Yes.

9        Q    And the -- and why is that?

10       A    What do you mean why is that?

11       Q    Why is the TCH your go-to?

12       A    Because it's standard of care in this

13   setting.

14       Q    Okay.  All right.  Let's talk about her

15   medical records, and what I'd like to do, Doctor, is

16   direct your attention to the first record which is

17   an informed consent that I have here as December

18   9th, 2014.  Can you pull that up?

19       A    Yes.

20       Q    Okay.  I'm going to mark this as Exhibit

21   Number 5.

22            (Exhibit Number 5 was marked for

23   identification.)

24   BY MR. KEENAN:

25       Q    And walk me through -- walk me through

Page 44

1    what the records reflect and what's going on here.
2    Well, take me through this -- take me through this
3    encounter.
4         A    I'm not sure what you mean.
5         Q    Yeah, okay.  I mean -- well, let's do it
6    this way, so on the second page you have the
7    oncology assessment/plan.  Do you see that?
8         A    Yes.
9         Q    Okay.  So describe for me what these notes
10   reflect, okay?
11        A    My plan?
12        Q    Yeah, your plan, yeah.
13        A    So in breast cancer the first thing we
14   start with is the diagnosis, second thing we look at
15   are those receptors, and then the third thing we
16   look at is stage.  Sometimes we give chemo before
17   surgery, sometimes we give chemo after surgery --
18        Q    Okay.
19        A    -- depending on the clinical case.
20        Q    Okay.
21        A    In her case she was an early stage, so she
22   had the surgery up front.
23        Q    Okay.
24        A    And after surgery, although her lymph
25   nodes were negative, because we know HER2 positive

Page 45

1   disease can be a little more aggressive --

2        Q    Okay.

3        A    -- and, like I said, Herceptin changed the

4   landscape, I gave her adjuvant chemotherapy with

5   TCH.

6        Q    Okay.

7        A    I will say for very early stage disease

8   there is an alternate regimen that has come out

9   since then that is Herceptin with paclitaxel --

10       Q    Okay.

11       A    -- for very early stage disease.

12       Q    Okay.

13       A    So I have used that, or in like somebody

14  who's elderly and can't tolerate the chemo.

15       Q    Okay.  With respect to the side effects,

16  what do you typically tell your patients with

17  respect to each one of those side effects, if you

18  could just -- what's your -- what's your standard or

19  custom?

20       A    This is like my standard.

21       Q    It is?  So when you --

22       A    I've written -- you know, any drug can do

23  anything, but these are the side effects --

24       Q    Okay.

25       A    -- I presume --

Page 46

1        Q     Okay.  The --

2        A     -- that's stated.

3        Q     I saw in one of the records that she

4   wanted to start therapy immediately and did not want

5   to jeopardize her health.  Do you see that?  I think

6   it was in an e-mail.  I believe it's -- it's an

7   e-mail communication of December 2nd, 2014, an

8   e-mail communication.  It's not part of this record.

9   Can you pull that up?

10       A     December what?

11       Q     December 2nd, 2014.  It's an e-mail from

12  Ms. Mills:  Thanks, Dr. Shah.  If you feel the need

13  to start chemo as soon as possible, then I'm willing

14  to do that.  This disease has me worried, and I

15  don't want to do anything or not do anything that

16  will jeopardize my health.

17            You see that?

18       A     I see December 2nd she says:  While in the

19  hospital I was given Magic Mouthwash two times a

20  day.

21            Sure about the date?

22       Q     No, I'm not certain about the date, but it

23  is an e-mail --

24       A     Oh, wait.  I'm looking -- you said 2015 or

25  '14?

Page 47

1          Q      '14.

2          A      I'm sorry, I'm in the wrong -- she

3    e-mailed me December 2nd, 2015, as well.

4                 December 2nd, 2014?

5          Q      Yes.

6          A      I don't see anything.

7          Q      Okay.  Well, assume that there's an e-mail

8    exchange that states that:  This disease has me

9    worried, and I don't want to do anything or not do

10   anything that will jeopardize my health, okay,

11   assume there's an e-mail that says that.  Is that --

12   is that typical of what patients are feeling when

13   you interact with them after -- for the first time?

14         A      People are very variable.  I mean, yes,

15   most, but some -- like here in my note from my first

16   consultation I say she's planned for a root canal,

17   and per her preference she wants to start after the

18   holidays.

19         Q      Okay.

20         A      And I have plenty of patients that are

21   like -- I had one recently, I'm going for -- on a

22   cruise in a week, and they'll start when they get

23   back.

24         Q      Okay.  Okay.  Okay.

25         A      Everyone's different.

Page 48

```
 1        Q    Okay.
 2        A    Some people are like, I want to start
 3   tomorrow.
 4        Q    Okay.  If -- have you ever had a patient,
 5   Doctor, who you recommended a therapy that was the
 6   consensus therapy, and I'm taking her out of this,
 7   but clear standard of care therapy who says, I don't
 8   want that, I want something else?
 9        A    Yes.
10        Q    You have?
11        A    Yes.
12        Q    And when -- and when that happens, do you
13   document in your chart that they're making their own
14   decision against your wishes?
15        A    Well, it's not my wishes.  My -- I tell my
16   patients, you know, my job is to give you my
17   recommendations as a physician and alternatives, you
18   know, but I respect every patient's authority over
19   themselves.  It's their body.  It's their life.
20        Q    And if a patient makes that choice, would
21   you document in your chart that this was a choice
22   they made?
23        A    Typically, yeah.
24        Q    Yes?
25        A    I should.
```

1        Q    And that would also reflect that -- would

2    you make certain that the informed consent tells

3    them that by choosing something different than what

4    you recommended they may compromise their care?

5            MR. GOMEZ:  Objection, form.

6        A    I document in the note this is my

7    recommendation, patient declines chemo.  So, for

8    example, this is a common occurrence, patient

9    declines chemotherapy and prefers to pursue

10   alternative treatments, is planning to go to Mexico

11   next week.

12   BY MR. KEENAN:

13       Q    Okay.

14       A    That happens all the time.

15       Q    Someone says, I know what you think, but I

16   have a better idea?

17       A    Steve Jobs did.

18       Q    Okay.  All right.  Here's -- here's really

19   what I care most about, if a patient makes those --

20   elects those options, okay, you are going to make it

21   clear to them that they may be going down a path

22   that may not improve their best chance of survival?

23           MR. GOMEZ:  Objection, form.

24       A    I guess.  I try not to be condescending,

25   you know.  I try to be, like, this is my

Page 50

1   recommendation as an oncologist.

2   BY MR. KEENAN:

3        Q     Okay.

4        A     This is your best chance of live longer

5   and live better --

6        Q     Okay.

7        A     -- my mission statements, period.

8        Q     Okay.

9        A     You know, I have had people ask me, have

10  you seen alternative let's say therapy work without

11  what I've recommended.  If they ask, I will say no.

12       Q     Okay.  But I think we're -- I'm almost

13  done with this, but if somebody does elect a therapy

14  that you think is, not to be condescending, but

15  silly or not backed by clinical data, you're going

16  to be -- you're going to make sure they understand?

17       A     Yes.

18       Q     Yeah, okay.

19             All right.  Let's go back to these --

20  these records.  So you obviously don't have any

21  distinct recollection of dealing with Ms. Mills.

22       A     Vaguely.

23       Q     Okay.  You said that your total visit

24  time, according to this record, was 50 minutes.  50

25  minutes here.

Page 51

```
 1        A     Okay.

 2        Q     So that would be -- you're there, you're

 3   spending quite a bit of time with her.

 4        A     Often the initial visit when you discuss

 5   chemotherapy, patients are very -- I mean, it's

 6   scary, right?

 7        Q     Yeah.

 8        A     So the initial visit tends to be the

 9   longest visit because you're trying to explain --

10   because it's a very unknown for them, so you're

11   trying to explain what I'm recommending and why.

12        Q     Right.  Okay.  Okay.  If you would have

13   given her a handout or some other materials for her

14   type of cancer or the therapy you were recommending,

15   would you have noted that in your records?

16        A     Not always.

17        Q     Okay.  Do you recall what your standard

18   was in 2014-'15?

19        A     No.

20        Q     Okay.  Okay.  Let's go to the January 9th,

21   2015 -- let's see.  Did you -- wait, Doctor, while

22   we're still on this initial visit, did you -- did

23   you note -- do your records note that she was

24   prediabetic and obese?

25        A     Did my?  I don't know.
```

Page 52

1        Q     You don't?  With someone who's obese and

2    prediabetic, would that raise concerns in your mind

3    about risk of peripheral neuropathy?

4        A     Patients who have baseline peripheral

5    neuropathy from their diabetes it certainly comes up

6    all the time that I say it can get worse.  Sometimes

7    I'll recommend a different treatment if they already

8    have really bad neuropathy depending how bad it is

9    because again the live longer is important, but the

10    live better is important too.

11        Q     Right.

12        A     You want to be able to pick up an object.

13        Q     Right.

14        A     So again risk-benefits.

15        Q     Okay.

16        A     But typically if you have baseline

17    peripheral neuropathy, you worry about that getting

18    worse.

19        Q     All right.  But you obviously are going to

20    track your patients to see how they're doing and

21    their peripheral neuropathy, is it getting worse, is

22    it bothersome?

23        A     Right, that's why we see them

24    intermittently, and that's why if it's getting worse

25    sometimes we add a medication, sometimes we dose

Page 53

```
 1    reduce, sometimes we get rid of the drug all
 2    together and change therapy.  It depends on how bad
 3    it is.
 4         Q    Okay.
 5         A    And it depends on the intent of the
 6    treatment.
 7         Q    In your review of the records, did you see
 8    reports of her having -- reporting tingling in her
 9    extremities?
10         A    Gosh.  I don't remember.
11         Q    Okay.
12         A    Whatever I wrote I can read.
13         Q    Okay.  Let me mark as Exhibit Number 6 a
14    different record that talks about the prediabetes
15    screening marked Exhibit Number 6.
16              (Exhibit Number 6 was marked for
17    identification.)
18    BY MR. KEENAN:
19         Q    This is an encounter on February 18th of
20    2015.
21         A    Okay.
22         Q    Is the -- is the cardiac -- is the cardiac
23    health of your patients important as you monitor how
24    they're doing with the therapies you've prescribed?
25         A    Of course.
```

Page 54

1    Q    And is that in part because of the risks

2    of cardiotoxicity with Herceptin?

3    A    Yes.

4    Q    And does Herceptin have a risk of

5    interacting with drugs that are not part of the

6    profile that you gave; for example, paclitaxel?

7    A    As far as making the cardiotoxicity more

8    prevalent?

9    Q    Yes, yes.

10         MR. GOMEZ:  Objection, form.

11   A    I don't know the answer to that.

12   BY MR. KEENAN:

13   Q    Okay.

14   A    If so, I believe it's minimal --

15   Q    Okay.

16   A    -- in case reports.  I can't recall --

17   Q    Okay.

18   A    -- any --

19   Q    Okay.  The -- her blood sugar was

20   elevated -- became elevated during her therapy,

21   Exhibit Number 7.

22         (Exhibit Number 7 was marked for

23   identification.)

24   BY MR. KEENAN:

25   Q    Would that have been a concern?  Is it

Page 55

1    just something you wanted to continue to monitor and

2    track?

3         A    Yeah, she was also following with her

4    primary care it appears.  This is her primary care.

5         Q    Just something you were tracking, but

6    not -- not -- nothing that raised any red flags in

7    your mind?

8         A    Red flags in what sense?

9         Q    Well, just that if she is becoming

10   diabetic, that might increase the risk of peripheral

11   neuropathy?

12        A    Yes, that's true.

13        Q    Okay.

14        A    If she becomes diabetic.

15        Q    Earlier I was asking you if your clinical

16   experience was that with respect to peripheral

17   neuropathy the incidence of peripheral neuropathy in

18   your patients who took paclitaxel as opposed to

19   docetaxel, in your clinical experience have you seen

20   a significant difference with respect to that side

21   effect?

22             MR. GOMEZ:  Objection, form.

23        A    Not really, but it's impossible to say.

24   It depends in what form it's used.  So, for

25   example -- it's additive.

Page 56

```
 1   BY MR. KEENAN:

 2        Q    Okay.

 3        A    So, for example, I have a prostate cancer

 4   patient that's had -- he has metastatic disease, and

 5   I'm going to continue the drug until -- as long as

 6   it works or toxicity.

 7        Q    Uh-huh.

 8        A    And his peripheral neuropathy got bad

 9   enough that I had to stop it, but that was after

10   many, many cycles.  It's not usually after the

11   first.  It depends how long the therapy is in both

12   drugs.

13        Q    Okay.  But that was a patient who it was

14   metastatic, right?

15        A    Prostate, yeah.

16        Q    Yeah, yeah.

17        A    So I think it's probably comparable in

18   breast.  One doesn't stand out more than the other.

19   I'm sorry, not in breast, in adjuvant curative

20   breast.

21        Q    I was listening.

22             Okay.  I want to show you a couple photos

23   of Ms. Mills.  Here is a photo Exhibit -- I'll mark

24   as Exhibit Number 8.

25             (Exhibit Number 8 was marked for
```

Page 57

1   identification.)

2   BY MR. KEENAN:

3       Q     This is a photo in I believe this is

4   October of 2016, Exhibit Number 8.  This is when

5   she's wearing a wig.  And I would just ask you

6   how -- with respect to your patients who have

7   alopecia or hair loss, whether it's persistent,

8   whether it's transient, whether the hair is -- comes

9   back and it's thinner, what is your experience about

10  how your patients cope with wigs?

11      A     I'm sorry, say that again.

12      Q     How do your -- how do your patients who

13  have alopecia do with wigs?

14      A     Well.

15      Q     Do you have patients who wear wigs because

16  the hair came back and it's thinner than what they

17  had before all over the -- all over the place?

18      A     Some.

19      Q     Do you --

20      A     I have patients that are dark-headed, and

21  during the time of their treatment they want to be a

22  blonde or -- I mean, people do everything.

23      Q     With respect to your patients who the

24  chemotherapy has stopped and the hair hasn't grown

25  back as thick as it was before, do you have patients

Page 58

1    who have -- wear wigs for that purpose more

2    permanently?

3         A    I would say some.

4         Q    And how do they do?

5              MR. GOMEZ:  Objection, form.

6         A    I guess I don't know how to answer how do

7    they do.

8    BY MR. KEENAN:

9         Q    That's -- you're right.  I mean, what --

10   yeah, that's probably very personal, individual.

11   Okay.  Okay.  Fair enough.

12              (Exhibit Number 9 was marked for

13   identification.)

14   BY MR. KEENAN:

15        Q    I'm going to show you a picture of

16   Ms. Mills, Exhibit Number 9, without a wig.

17        A    Okay.

18        Q    And you haven't seen this before?

19        A    This is 12, but okay.

20        Q    Well, yeah, it's got two exhibit stickers

21   on it.  So --

22        A    No, I have not seen this before.

23        Q    Okay.

24        A    Oh.

25        Q    You going to say something else?

Page 59

1        A     No.

2        Q     Okay.  What exhibit number is that?

3        A     It's got a 9 and a 12 on it.

4        Q     Yeah, okay.  I'm going to put a 10.

5   Here's another picture with her wearing a wig,

6   Exhibit 10.

7             (Exhibit Number 10 was marked for

8   identification.)

9        A     Okay.

10  BY MR. KEENAN:

11       Q     In all of your -- in all of your clinical

12  experience as an oncologist, have you ever seen a

13  patient like Ms. Mills who -- not wearing a wig,

14  that profound alopecia?

15       A     Yes.

16       Q     Okay.  Have you seen patients with that

17  appearance years after the chemotherapy has stopped?

18       A     I have to be honest, I cannot recall one.

19       Q     Okay.  All right.  Okay.  Let me see.

20  Your last interaction with Ms. Mills was in -- I

21  believe it was in the summer of 2015, June 5th,

22  2015.  Would you mind going to those records for me?

23       A     Sure.  Say the date again.

24       Q     I think it's June 5th of 2015.

25       A     No, that's Dr. Doherty.

1      Q     Okay.

2      A     Well, June 5th I just sent a message about

3   her bone heart -- bone scan.

4      Q     Okay.

5      A     At that time she switched to Dr. Doherty.

6      Q     Okay.  Do you know any reason why she --

7   is Dr. Doherty also in this clinic?

8      A     Yes.

9      Q     Okay.  Any reason why she switched to

10  Dr. Doherty?  At least none reflected in the notes?

11  No, okay.  Okay.

12     A     No.  Sorry, I should have --

13     Q     Someone is having a real party next door.

14           (Exhibit Number 11 was marked for

15  identification.)

16  BY MR. KEENAN:

17     Q     Here's a peripheral neuropathy record of

18  October 27th of 2015, and this would have been when

19  she transitioned care to your colleague.  Exhibit

20  Number 11.

21     A     Okay.

22     Q     And it reflects neuropathy both hands from

23  chemo, burning, mouth soreness.

24     A     Okay.

25     Q     A well-known side effect of chemotherapy

Page 61

1    is peripheral neuropathy?

2        A    Yes.

3        Q    Okay.  All right.  I need about two

4    minutes to get -- I want to get a document over

5    here, so...

6            THE VIDEOGRAPHER:  One moment.  The time

7    is approximately 11:37 a.m.  We are off video

8    record.

9            (Recess 11:37-11:38 a.m.)

10           THE VIDEOGRAPHER:  The time is

11   approximately 11:38 a.m.  We are back on video

12   record.

13           (Exhibit Number 12 was marked for

14   identification.)

15   BY MR. KEENAN:

16       Q    I'm going to mark as Exhibit 12 a package

17   insert for Herceptin.  I know there's -- there's a

18   lot here, Doctor.  All I want to do is to very

19   quickly go to the page which is -- it's the first,

20   second, third, fourth -- fifth page where there's a

21   table 1.  You with me there?

22       A    The cardiac --

23       Q    Yeah, incidence of congestive heart

24   failure.

25       A    Yes.

Page 62

1       Q    And the -- I will represent to you this is

2    the package insert for Herceptin, and Herceptin was

3    one of the drugs she received, right?

4       A    Yes.

5       Q    You described it as like a miracle drug

6    for people that have HR -- my terms, but it

7    changed -- it changed the -- it was a game changer.

8       A    It is a game changer.

9       Q    Okay.  But this is a table that shows

10   incidence of congestive heart failure in adjuvant

11   breast cancer studies, and the category number 4,

12   docetaxel plus carboplatin plus Herceptin, that's

13   what she got, right?

14      A    Yes.

15      Q    Okay.  And there's a therapy up here with

16   paclitaxel -- that's Taxol, right?

17      A    Yes.

18      Q    -- and Herceptin.  So both those have

19   Herceptin, right?

20      A    Yes.

21      Q    And the -- and the -- this shows an

22   elevated increase of congestive heart failure in

23   patients who have the AC, paclitaxel and Herceptin,

24   right?

25      A    Yes.

Page 63

1      Q    It's -- 2 percent is small, but that's

2   still significant; would you agree?

3      A    Yes.

4      Q    Okay.  So this shows that the risk goes

5   from .4 percent with the therapy you chose to about

6   five times that, 2 percent for another therapy you

7   did not choose.  Am I reading that correctly?

8      A    Yes.

9      Q    Okay.  So when I was asking you earlier

10  about whether or not Herceptin has a risk of synergy

11  of congestive heart failure with some other drugs

12  you did not choose, this shows at least with respect

13  to paclitaxel and AC -- A is Adriamycin?

14     A    Right.

15     Q    This does show, at least this chart does

16  show an elevated risk of congestive heart failure,

17  correct?  Am I reading this correctly?

18     A    Yes, but the A also puts you at risk for

19  heart failure.

20     Q    Yes.  And the A is what?

21     A    Doxorubicin.

22     Q    That's Adriamycin?

23     A    Yes.

24     Q    Yes.  Yes.  Thank you.  Thank you.

25          So there may be other things going on

Page 64

1    here, but in any event it does show an elevated risk

2    of congestive heart failure?

3        A    If you give anthracycline such as

4    doxorubicin -- doxorubicin by itself without the

5    Herceptin has a risk of heart failure.  So everyone

6    who gets an anthracy -- gets doxorubicin has a

7    baseline heart scan.  It actually has a maximum

8    lifetime dose that you can give a person 450 to 500

9    milligrams per meter squared, and the risk above

10   that goes way up.

11       Q    Okay.  So you're saying it's complicated?

12       A    Cancer is complicated.

13       Q    Yeah.

14       A    But we don't know how much of that 2

15   percent is Herceptin-related versus

16   doxorubicin-related.

17       Q    Very good.  Okay.  Okay.  Done with that.

18            So some wrap-up questions here.  You're

19   not able to say within a reasonable degree of

20   medical certainty that Ms. Mills would have the same

21   outcome that she has today had she received a

22   chemotherapy regimen that did not include Taxotere;

23   true?

24       A    True.

25       Q    And you're not able to say that had she

Page 65

1    had a different regimen than she did that she would

2    be cancer-free today; true?

3        A    True.

4        Q    You're not able to say that if she had a

5    different regimen than the one you prescribed that

6    she would not have persistent hair loss; true?

7        A    True.

8        Q    And had you chosen an alternate therapy

9    that did not include Taxotere there's a large number

10   of unknowns that we would be facing?

11       A    Correct.

12           MR. GOMEZ:  Objection.

13   BY MR. KEENAN:

14       Q    I asked you this earlier, not able to say

15   what caused or contributed to her picture that she

16   has today?

17       A    I can't say for sure.

18       Q    Okay.  But I think we did establish some

19   of the drugs, including the Arimidex, does have a --

20   an indication that it can inhibit hair regrowth?

21       A    It can cause hair thinning.

22       Q    Yeah, hair thinning.  But if somebody is

23   on that also doesn't -- isn't it also an agent that

24   blocks the regrowth of hair?

25           MR. GOMEZ:  Objection, foun -- I'm sorry,

Page 66

1   form.

2        A     Yes, I think.

3   BY MR. KEENAN:

4        Q     Yeah, okay.

5        A     I have to look up the mechanism of action,

6   so I can't say for sure how it does it.

7        Q     And that's more -- my last question, what

8   was the last interaction you had with Ms. Mills?

9   You said she e-mailed you in 2015, in the fall of

10  2015?

11       A     The last one I see in the computer is June

12  5th, a message to her for bone density results.

13       Q     Okay.  Did you -- didn't you say she

14  e-mailed you in the --

15       A     I think I might have initiated the message

16  with her results.  I'm not --

17       Q     Okay.

18       A     -- sure.

19       Q     Okay.  All right.  Thank you.

20             MR. KEENAN:  I'll pass the witness.

21                         EXAMINATION

22  BY MR. GOMEZ:

23       Q     Good morning still, Doctor.  And so I

24  represent Ms. Mills, and so I'm going to try to go

25  fast too because I want to be sure we both make our

Page 67

1   planes.

2           And so as you look at Exhibit 12, and

3   recognizing that that's what Ms. Mills looks like

4   today, is it true that you've never had a patient

5   with that sort of permanent hair loss in your

6   memory, at least, that did not use Taxotere?

7       A    I can't say never.

8       Q    You can't think of one today, right?

9       A    No.  I can't remember which patients had

10  which chemo drug and long-term side effects.

11      Q    Do you recall, looking at that picture,

12  any of your former patients that look like that

13  permanently?

14      A    Maybe one.  No.

15      Q    None that come to mind?

16      A    There's one patient that comes to mind,

17  but I can't remember what she was on and how far out

18  she was from treatment.

19      Q    Okay.  Thank you.

20           And so you testified earlier that your

21  approach to treatment is to ensure that your

22  patients both live long and live well; is that

23  right?

24      A    Yes.

25      Q    And so one part of that approach is to

Page 68

1   ensure they live; that is, they survive, right?

2        A    Yes.

3        Q    But a second important point of your

4   treatment is to ensure that they have a good quality

5   of life after treatment, right?

6        A    Or -- yes.

7        Q    You gave the example of peripheral

8   neuropathy.  If, say, one of your patients has some

9   peripheral neuropathy prior to treatment you

10  wouldn't want to give them chemotherapy agents which

11  would cause essentially crippling peripheral

12  neuropathy, right?

13       A    Well, that's hard to predict.  I talk to

14  the patient.  It depends on how much baseline they

15  have.  I always counsel them on the risks of

16  peripheral neuropathy.

17            Recently I had a patient who had baseline

18  peripheral neuropathy.  I talked about the drug --

19  not a taxane -- and he elected to try it, and after

20  the second dose he said, yes, it's getting worse,

21  and we stopped it.

22            So it's an individual -- I don't never use

23  the drug because some people want to live longer.

24       Q    Right.  You let the patient make the

25  choice, right?

Page 69

1        A     Informed consent.

2        Q     And so with Ms. Mills, for example, would

3    you agree that at least from her perspective perhaps

4    her quality of life is not as good as it was before

5    now that she has no hair on her head whatsoever?

6              MR. KEENAN:  Object to form.

7        A     That would be a question for her.

8    BY MR. GOMEZ:

9        Q     Assuming that's the case would you, in

10   terms of your treatment, try to respect her

11   preferences?

12       A     Of course.

13       Q     And you believe in a patient's right to

14   choose or make informed choices about his or her own

15   medical care, correct?

16       A     Yes.

17       Q     And I think you kind of suggested earlier

18   you believe very strongly in that concept; am I

19   right?

20       A     Over time, yes.

21       Q     A patient can forego treatment all

22   together and perhaps seek alternative treatment in

23   Mexico?

24       A     Yes, they can.  I have some patients that

25   they want to seek the alternative treatment, but

Page 70

1   they still want to see me periodically, and I'm fine

2   with that.

3       Q    You provide them the information, but

4   they're the boss; is that fair to say?

5       A    Correct.

6       Q    I want to show you -- I'm going to mark it

7   as Exhibit --

8            MR. GOMEZ:  Are we up to 13?

9            MR. KEENAN:  I think we are, yeah.

10           (Exhibit Number 13 was marked for

11  identification.)

12  BY MR. GOMEZ:

13      Q    Exhibit 13.

14           MR. GOMEZ:  Here you go.

15  BY MR. GOMEZ:

16      Q    And this is an excerpt from the KP

17  website.  Do you see that?

18      A    Yes.

19      Q    Do you recognize it generally?

20      A    I've never read through it, but yes.

21      Q    Do you understand that Kaiser Permanente

22  members have a right to participate with

23  practitioners in making decisions about their

24  medical care?

25      A    Yes.

1      Q      And you agree that that includes the right

2    to receive information they need in order to accept

3    or refuse a treatment that is recommended?

4      A      Yes.

5      Q      And so is that part of your sort of

6    training as a Kaiser doctor that that's the right of

7    a Kaiser member to make informed choices?

8      A      That's my feeling as a physician.

9      Q      And so that's your feeling as a physician,

10   and you understand that's Kaiser's position as well?

11     A      I see that now, but I think again as a

12   physician that should be everyone's position.

13     Q      Well, certainly it's your position, right?

14     A      It is mine.

15     Q      You encourage active participation by the

16   patient in medical choices?

17     A      Yes.

18     Q      You agree that a patient has a right to

19   know the risks and side effects of treatment

20   options --

21     A      Yes.

22     Q      -- including cancer?

23     A      Yes.

24     Q      And you would agree that a patient has the

25   right to know about potential side effects of even

Page 72

1    cancer treating drugs, right?

2        A    Yes.

3        Q    Do you -- I guess --

4             (Cell phone rings.)

5        A    Okay.

6    BY MR. GOMEZ:

7        Q    Other than sort of reviewing the chart, is

8    it true you don't have a whole lot of memory of

9    Ms. Mills?

10       A    I have a vague memory, but I can't say I

11   remember details.

12       Q    Do you recall that at least on one

13   occasion she declined to follow your full treatment

14   recommendations and chose another option?

15       A    I don't recall.  Did I write that down?

16       Q    Well, let me just show you a record which

17   I'll mark as Exhibit 14.

18            (Exhibit Number 14 was marked for

19   identification.)

20   BY MR. GOMEZ:

21       Q    I'm going to ask you about one part of it.

22            MR. GOMEZ:  Here you go.

23            MR. KEENAN:  Thank you.

24   BY MR. GOMEZ:

25       Q    As you turn to the second page under

Page 73

1    subjective, do you see that?

2         A    Oh, yes.

3         Q    Do you recall that you recommended and

4    prescribed six planned cycles of chemotherapy?

5         A    Yes, that's the standard.

6         Q    And do you recall, looking at this note,

7    that Ms. Mills elected not to take that last cycle?

8         A    That's what it says.

9         Q    And you respected that choice, right?

10        A    Always.

11        Q    And so you said, hey, Ms. Mills, you know,

12   I recommend six, but Ms. Mills apparently was not

13   enjoying the process and said I'm going to stop at

14   five; fair to say?

15        A    Nobody enjoys this process.

16        Q    But that was her right to make that

17   choice, and you respected that?

18        A    Yes, always.

19        Q    You can put that down.  I'm done with

20   that.

21        A    Okay.

22        Q    And so maybe I'm not going to mark this as

23   an exhibit just to save time, but do you agree that

24   at Kaiser Permanente that you, doctors in oncology,

25   keep up with the rapid changes and improvements in

Page 74

1    cancer treatment?

2         A    Yes.  As an oncologist --

3         Q    Right.

4         A    -- I don't -- I mean, I want to clarify

5    that I'm an independent oncologist.  I would not

6    recommend or not recommend something because of an

7    insurance company.

8         Q    Right.  Okay.  And so what I'm curious

9    about is how, as an oncologist affiliated with

10   Kaiser Permanente, do you receive information about

11   advances in medical care or treatment or

12   developments regarding side effects of oncology

13   drugs?

14        A    I would say again it has nothing to do

15   with Kaiser Permanente.  That's just my employer.  I

16   as an oncologist, how do I keep up?

17        Q    Right.

18        A    I go to ASCO, I read ASCO posts, follow

19   NCCN guidelines, I read the JCO, and New England

20   Journal, I get the latest FDA approvals on my

21   e-mail.  Multiple.

22        Q    Is there a means that you're aware of that

23   a drug company can provide information to Kaiser as

24   a whole to ensure that that information gets to you?

25        A    Again, Kaiser has nothing to do with me

Page 75

1    getting information.

2        Q    So you receive no information at all from

3    Kaiser?

4        A    I mean, I guess I don't under -- Kaiser

5    has nothing to do with me practicing as an

6    oncologist.  Like, I'm a Board-certified medical

7    oncologist, and I practice best practices, period.

8        Q    Is there some umbrella group other than

9    Kaiser that actively collects information for

10   oncologists affiliated with Kaiser?

11       A    Again, it has nothing to do with Kaiser.

12   I don't -- I don't know that I can be clearer --

13   more clear.  I, as a physician, a medical oncologist

14   Board-certified, keep up with the latest, one,

15   independently; two, I have to keep up my boards;

16   three, we have continuing medical education as

17   oncologists across the country.

18            My employer has nothing to do with my -- I

19   mean, my -- I guess my employer -- we make sure that

20   we're Board-certified, but other than that, Kaiser

21   Permanente is not the American Society of Clinical

22   Oncology.

23       Q    Right.

24       A    That's an international organization, and

25   that's where you're going to get your information.

Page 76

1        Q     Okay.  Do you on occasion receive

2    information directly from drug companies?

3        A     Well, yes, because they have ads in JCO.

4        Q     They have ads on -- in JCO?

5        A     In any of the journals there are drug

6    company ads.

7        Q     Okay.

8        A     So I guess that's -- there are ads on TV.

9        Q     Right.  And what about direct mailers,

10   that kind of thing, have you ever received one of

11   those from a drug company?

12       A     Yes.

13       Q     Have you ever received a mailer of which

14   you were informed about new risks attendant to a

15   drug?

16       A     Yes.

17       Q     Okay.  So you have received those?

18       A     Yes, but I can't say if it's from the FDA

19   or the drug company or both.  But, for example, some

20   drugs -- I can think of one off the top of my head,

21   a CML drug that post marketing had a black box

22   warning about the risk of clotting.  That was well

23   after the approval that a black box warning came in.

24   Does that make sense?

25                 MR. KEENAN:  Yeah.

Page 77

1    BY MR. GOMEZ:

2        Q    It does.  So how did you find out?

3        A    I mean, I can't remember.  One of those

4    various sources.

5        Q    Someone sent you information?

6        A    I can't even say if someone sent it to me

7    or if I looked up the side effects again later and

8    saw that there was a new black box warning.  I can't

9    remember.

10       Q    Okay.  Do you have interaction with any

11   sales representatives of drug companies?

12       A    Occasionally at the big conferences

13   they'll have -- different drug companies will have

14   their booth.  So, like, at our national ASCO

15   conference -- actually, it's international, there's

16   a whole area, can't remember what it's called, where

17   all the drug companies have their booths.

18       Q    All right.  And do you attend that --

19       A    Exhibit.  Exhibit.

20       Q    Exhibit hall?

21       A    There you go.

22       Q    Do you attend that conference -- is that

23   an annual conference?

24       A    Yeah.

25       Q    Do you attend it every year?

Page 78

1      A     I haven't gone every year, but, yeah, I

2    went this year, I went last year.

3      Q     Have you ever interacted with people you

4    understand to be sales representatives from Sanofi?

5      A     Oh, I can't say who I -- I just wander

6    around the exhibit hall and pick up the pens.

7      Q     And you haven't had a sales representative

8    that you understand is assigned to you to come visit

9    you at your practice?

10     A     No.  No.

11     Q     All right.

12           MR. KEENAN:  You just saved us 15 minutes.

13           THE WITNESS:  I did?

14           MR. KEENAN:  Yes.

15   BY MR. GOMEZ:

16     Q     In terms of the hair loss of your

17   patients, I think you said essentially the reactions

18   of your patients are mixed; is that fair to say?

19     A     Yes.

20     Q     Some care about it greatly; is that true?

21     A     Yes.

22     Q     And some not as much?

23     A     Correct.

24     Q     And is it true that sort of the vast

25   majority of your experiences have been with women

Page 79

1   who have suffered temporary hair loss while going

2   through chemotherapy?

3       A    Yes.

4       Q    Have you seen that when those women regrow

5   their hair that that's a happy time for them?

6       A    Oh, yes, of course.

7       Q    Tell us about that.

8       A    Well, this is an editorial, and I probably

9   shouldn't do this in a deposition, but for some

10  women it marks the end of the process of cancer.

11      Q    And what do you mean by that?

12      A    Because the chemotherapy can be really

13  tough, and when you start to grow your -- so people

14  get tired, or some -- you know, whatever the vast

15  array of side effects, some people quit working, and

16  it's a visual of you being sick, and so when the

17  hair grows back you feel -- you start to get your

18  life back I would say.

19              (Interruption.)

20              THE VIDEOGRAPHER:  The time is

21  approximately 12:02.  We are off video record.

22              (Recess 12:02-12:03 p.m.)

23              THE VIDEOGRAPHER:  The time is

24  approximately 12:03 p.m.  We are back on video

25  record.

Page 80

1    BY MR. GOMEZ:

2        Q    And so, Doctor, you said for some women

3    the regrowth of hair can mark the end of sort of

4    cancer; is that true?

5        A    Sure.

6        Q    Is it true that for some women at least

7    the loss of hair is somewhat stigmatizing during

8    chemotherapy treatment?

9        A    Sure, yes.

10       Q    And have you heard that it contributes to

11   lower self-esteem and feelings of worth?

12       A    I would say that's probably true.  I don't

13   know that anyone's ever specifically said that.

14       Q    Okay.  And so let me turn to sort of

15   Ms. Mills when she first sort of presented to you

16   for treatment.  And we've talked a little bit about

17   that, but as she presented to you, what were the

18   essential benchmarks of her presentation that bore

19   upon your treatment recommendations for her?  And I

20   know you talked about a few of them, but --

21       A    So, again, each patient is individual, and

22   so in general when I see a new patient I look at

23   things like age, underlying medical issues, goals of

24   care, treatment options, you know.

25             So, I mean, I can't recall this case, but

1   in general you're young, you're relatively healthy,

2   you have a curable disease that if it comes back is

3   fatal, I'll probably be more aggressive up front to

4   give you your best chance of cure.

5        Q    So for her, and we looked at sort of that

6   note previously, and I forget what it was, the

7   number, but she's stage 1; is that right?

8        A    Yes.

9        Q    And what are the other markers that bore

10  upon your recommendations?  She's HER positive,

11  right?

12       A    Yes.

13       Q    And what else?

14       A    I mean, I'm guessing here, but this was --

15  she was 62 at the time, so young, healthy.

16       Q    Any indications of --

17       A    An NCCN category 1 recommendation.

18       Q    NCCN category 1 recommendation, so what

19  does that mean generally?

20            Let me rephrase it.  With Herceptin

21  available to her and that presentation, what is her

22  prognosis for survival at that point regardless of

23  what other agent you prescribed her with the

24  Herceptin?

25       A    Very good, but I can't give you a number.

Page 82

1    I can look at a risk calculator if you want a
2    number.
3         Q    Sure, if you have that available.
4         A    It'll take me a minute.
5         Q    Okay.
6         A    I have to go back to -- 81 percent
7    disease-free survival at five years, and
8    approximately 90 percent overall survival at five
9    years.  At 10 years it goes down.
10             THE REPORTER:  At 10 years --
11             THE WITNESS:  It goes down.
12   BY MR. GOMEZ:
13        Q    Thank you.
14             And so is that -- on the scale of
15   patients, is she a relatively low-risk patient?
16        A    That's with TCH.
17        Q    That's with the treatment that you gave
18   her?
19        A    Yes.
20        Q    Do you have figures for overall?
21        A    With the treatment I gave her?
22        Q    With any treatment including Herceptin.
23             MR. KEENAN:  Object to form.
24        A    No, because when we do disease-free and
25   overall survivals it's with --

Page 83

1   BY MR. GOMEZ:

2        Q    With a particular treatment?

3        A    Typically.

4        Q    Okay.  Let me show you what I'm going to

5   mark as Exhibit 15.

6             (Exhibit Number 15 was marked for

7   identification.)

8   BY MR. GOMEZ:

9        Q    You referenced the NCCN guidelines; is

10  that right?

11       A    Uh-huh.

12       Q    I have a paper copy here --

13       A    I have it right here.

14       Q    I just want to have it as an exhibit.

15       A    Okay, sure.

16       Q    Sorry to waste the paper.  And so --

17            MR. KEENAN:  This is Exhibit 15?

18            MR. GOMEZ:  What are we up to?

19            THE REPORTER:  Yes.

20            MR. GOMEZ:  15.

21  BY MR. GOMEZ:

22       Q    I marked yours, right?

23            So what are we looking at here?  What is

24  Exhibit 15?

25       A    These are the National Comprehensive

1  Cancer Network Guideline for Breast Cancer version

2  January 2014.  These are guidelines put together by

3  breast cancer experts all over the country.

4       Q    And are these guidelines that you follow?

5       A    Yes.

6       Q    And so is there a place in here that has

7  regimens for a patient like Ms. Mills with her

8  presentation?

9       A    Yes.

10       Q    And do you have that in front of you?

11       A    Yes.

12       Q    Where can I find that on the document;

13  what is it called?

14       A    Do you want the regimen or you want the

15  flowchart?

16       Q    Just go straight to the regimen which I

17  think I marked for you just to speed things up.  On

18  the back side of that.

19       A    Yes.

20       Q    Is that it?

21       A    Yes.

22       Q    Does it read Regimens for HER2 Positive

23  Disease?

24       A    Yes.

25       Q    And at the bottom it says BINV-K 1 of 7?

Page 85

1      A     Yes.

2      Q     So it has both preferred regimens and

3  other regimens?

4      A     Yes.

5      Q     What's the difference between those two?

6      A     So these are the preferred regimens that

7  are recommended by those breast cancer experts when

8  they put together the guidelines.

9      Q     Are the preferred regimens both of those

10  listed within the medical standard of care?

11      A     Yes.

12      Q     So would both of those regimens have been

13  within the medical standard of care for Ms. Mills?

14      A     Yes.

15      Q     Does that first regimen include Taxotere?

16      A     No, that should be Taxol.

17      Q     Is that a regimen that you've used in the

18  past, that first regimen that does not include

19  Taxotere?

20      A     Not often.

21      Q     You have used it before?

22      A     I believe so.

23      Q     When you say --

24            MR. KEENAN:  Wait.

25            Are you done answering?

Page 86

1         A     But again not often.

2    BY MR. GOMEZ:

3         Q     And why not often?

4         A     Because it includes doxorubicin, and the

5    doxorubicin with the trastuzumab increases the risk

6    of heart failure.  So this is a little bit of the

7    art to medicine.  So if you're young and you have

8    many positive lymph nodes I would be a little more

9    aggressive and probably use the first regimen

10   because you're weighing the risks and benefits, and

11   the more lymph nodes you have positive the higher

12   the risk of recurrence.  But you also want to weigh

13   the risks of therapy, so in a stage 1 I would not

14   risk the doxorubicin personally.  That's my

15   practice.

16        Q     In terms of your initial recommendation?

17        A     Correct.

18        Q     And with Ms. Mills, you recall her having

19   any history of cardiac problems?

20        A     I don't recall.

21        Q     Assuming she --

22        A     I'm assuming not or we would have had to

23   revisit the Herceptin.

24        Q     Okay.  So assuming she did not have any

25   history or problems of heart problems, would this

Page 87

```
 1   have been an alternative regimen that she could have
 2   chosen if she wanted to?
 3              MR. KEENAN:  Object to form.
 4        A    I would have recommended against it
 5   because of the risk of heart failure.  I've seen
 6   people die from cardiac-associated heart failure
 7   from doxorubicin.
 8   BY MR. GOMEZ:
 9        Q    If she chose that first preferred regimen
10   regardless of your advice because she did not want
11   to lose her hair forever, would you have respected
12   that choice?
13              MR. KEENAN:  Object to the form.
14        A    I would have documented all over the place
15   that she can die from heart failure.
16   BY MR. GOMEZ:
17        Q    But pursuant to our conversation earlier,
18   you would have respected her right to choose?
19        A    Yes, but at some point I do -- I do
20   respect the patient's right to choose, but I'm also
21   not going to give something that I think is
22   dangerous in the risk-benefit ratio.  I've given the
23   regimen, but I would strong -- I'm going to stick
24   with my original recommendation and strongly would
25   have advised against it.
```

Page 88

1      Q    Doctor, what about the other regimens that
2   are listed underneath, are those all within the
3   medical standard of care for a patient with the
4   presentation of Ms. Mills?
5      A    They exist, but they're not preferred, and
6   I can't imagine even in 2014 that anyone is using
7   FEC.  I mean, I've used FEC after multiple regimens
8   or -- that is old school.  That would not be up to
9   updated recommendations.
10     Q    It is, though, listed as another regimen
11  by the NCNN [sic] guidelines?
12     A    Yeah.  Yeah.  I mean clearly, yes.
13     Q    And so and each of those guidelines are at
14  least within the accepted medical standard of care
15  at the time?
16          MR. KEENAN:  Object to form.
17     A    I guess it's acceptable, but -- I mean, I
18  just can't imagine giving FEC up front in this kind
19  of disease.  I --
20  BY MR. GOMEZ:
21     Q    Do you see the last regimen on there?
22     A    Yes.
23     Q    Was that an alternative regimen that was
24  available to Ms. Mills at the time; that is, having
25  FEC on the back end?

Page 89

1      A     I mean, it's listed, but I wouldn't give

2    it.  In the adjuvant setting adding the pertuzumab

3    to the trastuzumab is still controversial even

4    today.

5      Q     But all listed by the NCNN?

6      A     Listed, but I wouldn't give the pertuzumab

7    and trastuzumab in a stage 1 patient in the adjuvant

8    setting.

9      Q     Okay, I'm going to put that aside for now.

10     A     I think you could ask any breast cancer

11   expert, and they would say the same.

12     Q     Now, we talked about sort of your initial

13   counseling of Ms. Mills and the possible side

14   effects of the chemotherapy regimen --

15     A     Yes.

16     Q     -- that you prescribed, and one thing that

17   you talked about with her was alopecia; that is,

18   hair loss?

19     A     Yes, very common.

20     Q     And do you recall that that was something

21   that she was interested in; that is --

22     A     Don't recall.

23     Q     Do many of your patients ask about hair

24   loss?

25     A     Some.  Now they've got this cooling cap

Page 90

1    thing that's new that decreases the risk of the hair

2    loss, so a lot of patients nowadays ask about that,

3    but that's relatively new.

4         Q    It's true that at the time that you

5    counseled Ms. Mills you did not tell her that in

6    particular the use of Taxotere carried with it a

7    risk of permanent hair loss, correct?

8              MR. KEENAN:  Object to form.

9         A    I don't remember, but I probably did not.

10   BY MR. GOMEZ:

11        Q    That's not something you would customarily

12   tell patients --

13        A    No.

14        Q    -- back in 2014.

15             And it's true that you yourself, you

16   didn't know at the time that Taxotere carried with

17   it a higher risk of permanent hair loss than other

18   drugs, right?

19             MR. KEENAN:  Object to form.

20        A    No.

21   BY MR. GOMEZ:

22        Q    If you -- if you had that information at

23   the time that's certainly information you would have

24   shared with Ms. Mills?

25        A    I presume so.

1      Q    Sort of consistent with -- I mean, having

2   looked at the picture now, if you knew that the use

3   of a chemotherapy agent could cause that kind of

4   permanent hair loss, is that something you would

5   counsel your patients about?

6      A    Yes, I think so.  I mean --

7           MR. KEENAN:  Are you done answering?

8           THE WITNESS:  Yes.

9   BY MR. GOMEZ:

10     Q    And so I want to just sort of explore --

11  well, let me -- let me first follow up.  If you knew

12  in your mind that a particular chemotherapy agent

13  could cause total permanent hair loss like what

14  Ms. Mills is presented with today, that's something

15  you would discuss with them in terms of your

16  treatment options, right, just to be clear?

17          MR. KEENAN:  Object to form.

18     A    Yes.

19  BY MR. GOMEZ:

20     Q    Because you understand that at least to

21  some patients that would be a big deal, right?

22     A    Yes.

23     Q    Okay.  I'm going to show you --

24          MR. GOMEZ:  We up to 16?

25          MR. KEENAN:  I don't know.

Page 92

1          MR. GOMEZ:  I think that's right, 16.

2    Court reporter is indicating it is.

3          MR. KEENAN:  Yeah, 16, yes.

4          (Exhibit Number 16 was marked for

5    identification.)

6    BY MR. GOMEZ:

7       Q    Here you go.  You can take a look at this.

8          (Off-the-record discussion.)

9    BY MR. GOMEZ:

10      Q    Have you ever seen Exhibit 16 before?

11      A    No.

12      Q    You had suggested that you may have

13   provided materials to patients at the time that you

14   prescribed Taxotere back in 2014 and '15?

15      A    Yeah, I can't remember.  I mean, I tried

16   to give patients materials.  Some patients don't

17   want it.

18      Q    But this is something that, just to be

19   clear, you don't recognize this as something that

20   you would give out to patients?

21      A    No, this is not.

22      Q    Is there someone else in your practice

23   that provides materials to patients?

24      A    Yes, so now we have a clinical oncology

25   pharmacist, so when they do counseling they often

Page 93

```
 1   give materials.
 2       Q    Was that person working with you back at
 3   the time of Ms. Mills' treatment?
 4       A    No.
 5       Q    So there was no such person back then?
 6       A    Actually, I'm wrong.  Yes.  It was a
 7   different person, but yes, that role was there.
 8       Q    And, again, what's the title of the
 9   position?
10       A    Clinical oncology pharmacist or clinical
11   pharmacist in oncology, something to that extent.
12       Q    Okay.  And is that person housed at the
13   same place where you practice?
14       A    Yes.
15       Q    And they would give out materials to
16   patients to your understanding?
17       A    Yes.
18       Q    You don't know whether what I've placed in
19   front of you was given out at the time or not; is
20   that true?
21       A    I doubt it because this isn't one of the
22   sources.  I doubt it.
23       Q    Why is that?
24       A    Because this isn't one of the sources that
25   we use.
```

1      Q    What sources do you use that you would

2   think patients would receive?

3      A    UpToDate, Micromedex, Lexicomp.  I don't

4   know -- American Cancer Society.  I don't know if

5   the clinical pharmacists have other sources they

6   use.

7      Q    Okay.  Let me turn you to the third page

8   of Exhibit 16.  Do you see where it says alopecia,

9   hair loss?

10      A    Yes.

11      Q    And it says:  What is alopecia?  Alopecia

12   is another word for hair loss or thinning of the

13   hair.  It is a common yet temporary side effect of

14   some cancer medicines.

15           Was that your understanding of the type of

16   hair loss that your patients could suffer back in

17   2014-'15 when you prescribed Taxotere?

18           MR. KEENAN:  Object to form.

19      A    Yes.

20   BY MR. GOMEZ:

21      Q    And is that generally what you've shared

22   with your patients?

23      A    Yes.

24      Q    Okay.  Done with that.  So I think we're

25   up to 17.

1           (Exhibit Number 17 was marked for

2   identification.)

3   BY MR. GOMEZ:

4       Q    Here you go.

5           MR. GOMEZ:  Here you go, sir.

6           MR. KEENAN:  Thank you.

7           MR. GOMEZ:  You're welcome.

8   BY MR. GOMEZ:

9       Q    Do you direct patients to the Kaiser

10  Permanente website for further information about

11  cancer treatment and the drugs that you prescribe?

12      A    I haven't.

13      Q    You have not in the past?

14      A    No, but I can't say that my clinical

15  pharmacist doesn't.

16      Q    Okay.  Do you know that you have

17  information on the website about cancer and cancer

18  treatments?

19      A    I know they have links to the drugs and

20  side effects, yes.

21      Q    And do you --

22      A    Many drugs, not just oncology.

23      Q    Sure.  And so do you see the second page

24  under side effects?

25      A    Yes.

Page 96

1        Q    And this is addressing Taxotere, right?

2        A    Yes.

3        Q    And do you see where it says temporary

4    hair loss and nail changes may occur?

5             MR. KEENAN:  I'm --

6             MR. GOMEZ:  Yes, sir?

7             MR. KEENAN:  I'm objecting to form.  I

8    don't know is this -- object to form.

9             MR. GOMEZ:  I'll clarify.  I see what

10   you're getting at.  This is from today.  This is --

11            MR. KEENAN:  Okay.

12            MR. GOMEZ:  -- today's website.

13            MR. KEENAN:  Okay.

14   BY MR. GOMEZ:

15       Q    And so do you see the second page side

16   effects listed?

17       A    Yes.

18       Q    Do you see where it says, temporary hair

19   loss and nail changes may occur?

20       A    Yes.

21       Q    Normal hair growth and nail appearance

22   should return after treatment has ended?

23       A    Yes.

24       Q    However, in some cases the hair loss may

25   be permanent?

Page 97

1      A    Yes.

2      Q    Is that your understanding now of the

3  potential side effect of Taxotere?

4           MR. KEENAN:  Object to the form.

5      A    Yes, but only recently because I haven't

6  really seen it.

7  BY MR. GOMEZ:

8      Q    And so today you know that, but it's been

9  recent that you learned that?

10     A    Yes, I guess it's possible, yes.

11     Q    And you understand that at least Kaiser is

12  putting that on the website?

13     A    Yes.

14     Q    Have you seen or heard from anyone that

15  Kaiser is saying the same thing about paclitaxel?

16     A    I don't know.  I'd have to see the

17  paclitaxel sheet.

18     Q    Okay.  Thank you so much.

19          We're up to 18.

20          (Exhibit Number 18 was marked for

21  identification.)

22  BY MR. GOMEZ:

23     Q    Here you go.  I'm not going to make you

24  belabor that whole thing.  I'll just point you to a

25  particular part of it.  Do you generally recognize

Page 98

```
 1    that as a package insert for --
 2         A    Yes.
 3         Q    -- Taxotere?
 4              So let me turn you to page 59.
 5              MR. KEENAN:  May I ask what year is this?
 6              MR. GOMEZ:  This is 12-2015.  End of '15.
 7              MR. KEENAN:  End of '15, okay.  What page?
 8              MR. GOMEZ:  Page 59.
 9    BY MR. GOMEZ:
10         Q    Do you see patient counseling information?
11         A    Yes.
12         Q    It states:  Explain to patients that side
13    effects such as nausea, vomiting, diarrhea,
14    constipation, fatigue, excessive tearing, infusion
15    site reactions, and hair loss, parens, cases of
16    permanent hair loss have been reported or associated
17    with docetaxel administration?
18         A    Yes.
19         Q    And is that information that you've ever
20    received from Sanofi --
21              MR. KEENAN:  Object to the form.
22    BY MR. GOMEZ:
23         Q    -- that is, that you should explain these
24    things to patients?
25              MR. KEENAN:  This -- object to the form.
```

```
 1        A    No.
 2   BY MR. GOMEZ:
 3        Q    Other than the package insert itself?
 4             MR. KEENAN:  Right, other than this
 5   document which -- right.
 6        A    Right.
 7   BY MR. GOMEZ:
 8        Q    And so did you know back at the time that
 9   you were treating Ms. Mills -- well, let me withdraw
10   that, actually.
11             Independent of the package insert you've
12   received no information from Sanofi that you should
13   counsel patients about permanent hair loss, correct?
14        A    Correct.
15        Q    If you had received that information,
16   would you have counseled patients accordingly?
17        A    Yes, I assume so.
18        Q    Do you see the part that says patient
19   information?
20        A    Yes.
21        Q    Do you know whether someone through your
22   practice, yourself or the physician or some nurse
23   provides patient information to patients?
24        A    Yes, the clinical pharmacist that I was
25   talking about.
```

```
                                    Page 100
 1      Q    Will provide the patient information
 2  that's contained in a package insert to the patient?
 3      A    I don't know if they use the package
 4  insert.  I haven't.  Like I said, they use those
 5  other sites, and I don't know if they have other
 6  sites.  I'll have to ask them what their sites are
 7  that they use.
 8      Q    Okay.  Is it fair to say that you don't
 9  know one way or another whether the patient receives
10  this part of the package insert?
11      A    I don't know, but we typically -- because
12  the package insert of every drug is this, we
13  typically don't go to it as our go-to.
14      Q    Got you.
15           Do you see on page 62 --
16      A    I would like to clarify that.  Yes, I do
17  go to the package insert.  I don't want you to think
18  that I don't.  But, again, in a drug that I've
19  probably used many times, not -- not typically.
20      Q    Can you look at page 62?  I'm sorry.
21      A    Sorry I keep doing that.
22      Q    Trying to get through it pretty quickly.
23      A    Okay.
24      Q    Do you see the citation to hair loss?
25      A    Yes.
```

1      Q    It states:  In most cases normal hair

2   growth should return.  In some cases (frequency not

3   known) permanent hair loss has been observed.

4      A    Yes.

5      Q    Is that now your understanding --

6      A    Yes.

7      Q    -- about the use of Taxotere?

8      A    That there are case reports.

9      Q    And that the frequency is not known?

10      A    Correct.

11      Q    All right.  And if that's information that

12   you had had at the time that you treated Ms. Mills,

13   you would have provided her that information?

14      A    Yes.

15           MR. KEENAN:  Object to form.

16      A    I assume so.

17           MR. GOMEZ:  Let me grab something.  I

18   think we can stay on the record if you like.

19           MR. KEENAN:  Sure.  I think we're on 19.

20           MR. GOMEZ:  19?

21           MR. KEENAN:  Yeah.

22           MR. GOMEZ:  Thank you.

23           (Exhibit Number 19 was marked for

24   identification.)

25   BY MR. GOMEZ:

Page 102

1      Q    I'll hand you -- going to show you what's

2    been marked as Exhibit 19.

3            MR. GOMEZ:  Here you go.

4    BY MR. GOMEZ:

5      Q    Have you -- do you recognize Exhibit 19?

6      A    Is this the weekly paclitaxel article?

7      Q    Who's the author is what you're asking?

8      A    No.

9            Yes, I do.  This is the New England

10   Journal article.  Yes, I've read it.

11     Q    All right.  And you recognize the New

12   England Journal of Medicine as a reliable and

13   authoritative source?

14     A    Yes.

15     Q    And you have read this article?

16     A    I have.

17     Q    And what is this article about, and what

18   are its conclusions?

19     A    I mentioned this earlier, but in small HER

20   positive tumors you can use weekly paclitaxel with

21   the trastuzumab as opposed to the TC part of the

22   other regimen.

23     Q    And would this treatment have been

24   appropriate for Ms. Mills at the time?

25     A     Yeah, this would have been a legitimate

Page 103

1   option.

2       Q    And was it an option that you were aware

3   of back at the beginning of 2015?

4       A    I don't remember.  I mean, it was a big

5   deal when the article came out, but I believe she

6   had already been treated, right?  No, I already --

7   it came out right when I started her treatment.

8            MR. KEENAN:  January 2015.

9            THE WITNESS:  Yeah, that's what it looks

10  like.

11  BY MR. GOMEZ:

12      Q    Had you -- before its formal publication

13  and release, had you heard about this treatment?

14      A    Before the formal publication?  I don't --

15  I don't remember.

16      Q    Through abstracts and --

17      A    I don't remember --

18      Q    Okay.

19      A    -- at that time.

20      Q    But just to be clear, this would have been

21  an acceptable treatment for Ms. Mills; that is, the

22  treatment outlined in Exhibit 19?

23      A    Yes.  Where did that --

24      Q    And so let me take you back to your

25  treatment of Ms. Mills.  Okay?

Page 104

1      A     Okay.

2      Q     And assume that at that time you knew, as

3  you do now, that Taxotere carried with it the risk

4  of permanent and total hair loss.

5           MR. KEENAN:  Object to form.

6      A     Okay.

7  BY MR. GOMEZ:

8      Q     And you told her that like you said you

9  would if you knew that, right?

10     A     Yes.

11     Q     And she said, you know, that's a big deal

12 to me, are there other forms of care that I can

13 pursue.

14     A     I would offer this regimen anyway today.

15     Q     The one that I just --

16     A     This.

17     Q     -- put in front of you?

18     A     Yes.

19     Q     What about back at the time of her care?

20     A     I don't remember.

21           I will say generally when something like

22 this comes out initially we wait for the experts to

23 weigh in on if it's an alternative -- if it's an

24 acceptable alternative.

25     Q     So pursuant to your practice of respecting

Page 105

1   a patient's right to choose back then she says,

2   look, you know, I don't want to have my hair look

3   like an old man, you know, I'd like to try something

4   else, would you have come up with something else or

5   tried your best?

6       A    I mean, just out of best practices I'm

7   going to stick with what the experts recommend.

8           I will say, for example, recently an

9   article came out that said six months of Herceptin

10  is just as good as 12.  Just because that -- and

11  that was a big deal at our recent ASCO conference in

12  first week of June.  Still today most oncologists

13  are going to do 12 months until it's truly vetted

14  and you get the big experts to say, yes, this is

15  acceptable.  Because, again, when you're treating

16  for curative intent and I give a 42-year-old six

17  months of Herceptin and she comes back with

18  recurrent disease and now her life expectancy is

19  three to five years, that's a big deal.

20          And so today, yes, I would offer this, but

21  the day an article comes out it's a big deal, but

22  it's not practice-changing that day typically.

23          So today you're right, yes, I have a --

24  I'm thinking of a specific patient, a 42-year-old,

25  and I talked to her about the six months versus 12,

Page 106

1   and I would honor her wishes if she wants to stop at

2   six, but my recommendation would be until Ruth

3   O'Regan tells me otherwise, 12.  Does that make

4   sense?

5              MR. KEENAN:  Yeah.

6   BY MR. GOMEZ:

7      Q    So just to be clear, I just want to

8   clearly ask, my question is you share with her your

9   knowledge now that Taxotere can cause permanent

10  total baldness and she says, Doctor, that's not

11  something that I want, can we -- can you at least

12  advise me of other treatments, would you at least

13  advise her and allow her to make the choice?

14     A    Yes.  I would give her both options today,

15  and I think this is actually an acceptable regimen

16  in early stage.

17     Q    And when you say acceptable, you're

18  pointing to Exhibit 19?

19     A    Yes.

20     Q    And I know that you don't choose any of

21  the alternative regimens that are included under the

22  NCCN guidelines as what you would recommend as a

23  first level of treatment, but if --

24     A    Correct.

25     Q    -- Ms. Mills said, look, I want to try one

Page 107

1    of these, you would respect her wishes?

2              MR. KEENAN:  Talking about Exhibit 15?

3              MR. GOMEZ:  Correct.

4              MR. KEENAN:  Objection, asked and answered

5    repeatedly.

6         A    Yes, but, again, I would counsel on the

7    risks of pertuzumab with trastuzumab for a year in

8    the adjuvant setting for heart failure for a stage 1

9    patient.  Even now the recommendations for adding

10   pertuzumab in the adjuvant setting are controversial

11   and typically only done in multiple node positive

12   disease.

13   BY MR. GOMEZ:

14        Q    But the answer is yes, it's a choice you'd

15   allow her to make, an informed choice?

16        A    An informed choice.

17        Q    And/or if she said, look, Doctor, I'd like

18   to go get a second opinion, you'd allow her to do

19   that too?

20        A    I'd allow all my patients to get a second

21   opinion.  I always tell them, it doesn't hurt my

22   feelings.  This is your life, your body.  For all

23   you know I could be a quack.  Please do so.  Most --

24   I'm serious, I actually say that.  And it's true

25   because this is a foreign language to most people.

1      Q    And remind me when was the first

2  administration of chemotherapy for Ms. Mills?  Do

3  you have that available?

4      A    Yes, January 6, 2015.

5      Q    So assuming this paper that you say is an

6  acceptable regimen that we talked about in Exhibit

7  19 --

8      A    Yes.

9      Q    -- comes out before her chemotherapy

10  starts, she's expressed grave reservations about

11  being bald forever, would you have gone back and

12  talked to her about this new --

13      A    Yes.

14      Q    -- treatment --

15      A    Yes.

16      Q    -- and allowed her to choose that?

17      A    Yes.

18      Q    That makes probably more sense to you than

19  the other regimens under NCCN?

20      A    I would have allowed her to choose it,

21  yes.

22      Q    Okay, thanks.

23           MR. GOMEZ:  Then that's all I have.

24                FURTHER EXAMINATION

25  BY MR. KEENAN:

Page 109

1      Q    Well, let's see.  January 6 of 2015 is

2   when the chemotherapy started; is that right?

3      A    Yes.

4      Q    What's the date this published, January

5   8th?

6      A    Yes.

7      Q    In December of 2014, when you were

8   formulating the plan, Exhibit 15, the NCCN

9   guidelines, this is your Bible, right?

10     A    Something like that.

11     Q    Okay.

12     A    I rely heavily on it.

13     Q    Okay.  This paper was a long way from

14  finding its way to the NCCN?

15     A    Correct.

16     Q    And is the standard of care here to adopt

17  a therapy within two days of it being published in

18  the -- even a journal as the New England Journal of

19  Medicine?

20     A    No.  For example, the Herceptin example I

21  gave you.

22     Q    Thank you.

23          MR. GOMEZ:  You done?  I'm just going to

24  do one quick little thing.

25                    FURTHER EXAMINATION

Page 110

1    BY MR. GOMEZ:

2         Q    So assume you have a conversation with

3    Ms. Mills and you're saying, look, the treatment

4    that I recommend has a risk of causing you to be

5    permanently bald, and she said, look, you know, I

6    want to think about it some, and in the meanwhile

7    this treatment came out that's set forth in Exhibit

8    19, that's something you would have allowed her to

9    choose?

10        A    Probably.

11        Q    And even though it's a new sort of

12   treatment, not yet made its way into the NCCN, it's

13   in the New England Journal of Medicine, which is a

14   pretty highly respected publication, right?

15        A    Yes.

16        Q    And certainly using that treatment at the

17   time with Ms. Mills would not be below the medical

18   standard of care, correct?

19        A    It's not the highest guidelines.  The

20   other thing about this study was it was an

21   uncontrolled single group, so it wasn't a phase III

22   that took TCH versus paclitaxel weekly and put them

23   head-to-head, so it's not the highest level of

24   evidence.  But, again, today, yes, I would offer.

25        Q    Let me just clean up because I need a --

Page 111

1    it would not have been beneath the medical standard

2    of care for you to have prescribed the treatment

3    described in Exhibit 19 to Ms. Mills at the time of

4    her treatment, correct?

5        A    Maybe not at the time of my treatment

6    recommendations, and then she had already started

7    treatment.  Right?  I saw her in December, and that

8    wasn't even out yet, right?

9             MR. KEENAN:  Right, wasn't.

10   BY MR. GOMEZ:

11       Q    My question simply is the use of the

12   regimen described in Exhibit 19 would have been

13   medically acceptable at the time, correct?

14            MR. KEENAN:  Object to the form.

15       A    Not at the time of my recommendations.

16   And once she had already started treatment I

17   wouldn't go back, say this uncontrolled single-phase

18   study came out because even at that month it still

19   wouldn't have been standard of care.

20   BY MR. GOMEZ:

21       Q    You would have allowed her to make the

22   choice?  If she chose to follow that treatment, you

23   would have allowed her to do it?

24       A    If this came out before initially, yeah,

25   probably.  I can't speak to what I would have done

Page 112

1    then, honestly.  But the timing -- she had already

2    started treatment.  We already had the plan.  Again,

3    the paper you -- you really need it vetted before

4    you start changing recommendations.

5              MR. KEENAN:  I think we've -- I think

6    we're done, yeah.

7              THE VIDEOGRAPHER:  One moment.  The time

8    is approximately 12:49 p.m.  This concludes today's

9    videotaped deposition for Dr. Shefali Shah.  We are

10   off video record.

11             (Off video.)

12             MR. KEENAN:  We've added her notations as

13   Exhibit Number 20.

14             (Exhibit Number 20 was marked for

15   identification.)

16             (Deposition concluded at 12:49 p.m.)

17             (Signature waived.)

18

19

20

21

22

23

24

25

1          The following reporter and firm
disclosures were presented by me at this proceeding
2   for review by counsel:
3               REPORTER DISCLOSURES
4          The following representations and
disclosures are made in compliance with Georgia Law,
5   more specifically:
            Article 10 (B) of the Rules and
6   Regulations of the Board of Court Reporting
(disclosure forms)
7          OCGA Section 9-11-28 (c) (disqualification
of reporter for financial interest)
8          OCGA Sections 15-14-37 (a) and (b)
(prohibitions against contracts except on a
9   case-by-case basis).
10  - I am a certified court reporter in the State of
Georgia.
11  - I am a subcontractor for Veritext.
- I have been assigned to make a complete and
12  accurate record of these proceedings.
- I have no relationship of interest in the matter
13  on which I am about to report which would disqualify
me from making a verbatim record or maintaining my
14  obligation of impartiality in compliance with the
Code of Professional Ethics.
15  - I have no direct contract with any party in this
action, and my compensation is determined solely by
16  the terms of my subcontractor agreement.
17
18               FIRM DISCLOSURES
19  - Veritext was contacted to provide reporting
services by the noticing or taking attorney in this
20  matter.
- There is no agreement in place that is prohibited
21  by OCGA 15-14-37 (a) and (b).  Any case-specific
discounts are automatically applied to all parties,
22  at such time as any party receives a discount.
- Transcripts:  The transcript of this proceeding as
23  produced will be a true, correct, and complete
record of the colloquies, questions, and answers as
24  submitted by the certified court reporter.
- Exhibits:  No changes will be made to the exhibits
25  as submitted by the reporter, attorneys, or
witnesses.

Page 114

1    - Password-Protected Access:  Transcripts and
exhibits relating to this proceeding will be
2    uploaded to a password-protected repository, to
which all ordering parties will have access.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      CERTIFICATE
 2    STATE OF GEORGIA:
      COUNTY OF FULTON:
 3
 4            I hereby certify that the foregoing
      transcript was taken down, as stated in the caption,
 5    and the colloquies, questions and answers were
      reduced to typewriting under my direction; that the
 6    transcript is a true and correct record of the
      evidence given upon said proceeding.
 7            I further certify that I am not a relative
      or employee or attorney of any party, nor am I
 8    financially interested in the outcome of this
      action.
 9            I have no relationship of interest in this
      matter which would disqualify me from maintaining my
10    obligation of impartiality in compliance with the
      Code of Professional Ethics.
11            I have no direct contract with any party
      in this action and my compensation is based solely
12    on the terms of my subcontractor agreement.
              Nothing in the arrangements made for this
13    proceeding impacts my absolute commitment to serve
      all parties as an impartial officer of the court.
14
15            This the 8th day of August, 2018.
16
17
18
19         ROBYN BOSWORTH, RPR, CRR, CRC, CCR-B-2138
20
21
22
23
24
25
```

| & | |
|---|---|
| **&**   4:11 | |

| 0 |
|---|
| **02689**   1:5 |

| 1 |
|---|
| **1**   2:3 5:1 61:21 81:7,17,18 84:25 86:13 89:7 107:8 |
| **10**   2:19 4:17 9:25 10:14 25:12 29:12 59:4,6,7 82:9,10 113:5 |
| **10/27/15**   2:20 |
| **101**   3:7 |
| **108**   3:13 |
| **109**   3:14 |
| **10:04**   1:14 5:4 |
| **11**   2:20 15:5 42:21 60:14,20 |
| **11.5**   34:13 |
| **112**   3:8 |
| **11:00-11:13**   42:22 |
| **11:13**   42:24 |
| **11:37**   61:7 |
| **11:37-11:38**   61:9 |
| **11:38**   61:11 |
| **11th**   6:11 |
| **12**   2:21 58:19 59:3 61:13,16 67:2 105:10,13,25 106:3 |
| **12-2015**   98:6 |
| **12/9/14**   2:14 |
| **12:02**   79:21 |
| **12:02-12:03**   79:22 |
| **12:03**   79:24 |
| **12:49**   112:8,16 |
| **13**   2:22 70:8,10,13 |
| **13609**   115:18 |

| 14 ... |
|---|
| **14**   2:23 46:25 47:1 72:17,18 |
| **15**   2:24 17:20 42:12,16 51:18 78:12 83:5,6,17,20 83:24 92:14 94:17 98:6,7 107:2 109:8 |
| **15-14-37**   113:8,21 |
| **16**   3:1 11:10 91:24 92:1,3,4,10 94:8 |
| **17**   3:3 94:25 95:1 |
| **1700**   4:6 |
| **18**   3:4 97:19,20 |
| **18th**   53:19 |
| **19**   3:5 101:19,20 101:23 102:2,5 103:22 106:18 108:7 110:8 111:3 111:12 |
| **1952**   6:11 |

| 2 |
|---|
| **2**   2:4 33:12,16 63:1,6 64:14 |
| **2/18/15**   2:16 |
| **20**   1:16 3:8 112:13 112:14 |
| **2000**   42:6 |
| **2008**   9:22,23 |
| **2009**   39:13 40:4 |
| **2014**   14:25 17:20 18:2 20:17,18 30:13,24 43:18 46:7,11 47:4 51:18 84:2 88:6 90:14 92:14 94:17 109:7 |
| **2015**   15:1 18:2 42:7 46:24 47:3 51:21 53:20 59:21 59:22,24 60:18 |

| 14 (cont.) |
|---|
| 66:9,10 103:3,8 108:4 109:1 |
| **2016**   57:4 |
| **2017**   33:18 37:9 |
| **2018**   1:13 115:15 |
| **2138**   1:18 115:19 |
| **2555**   4:12 |
| **26**   1:13 |
| **27th**   60:18 |
| **2:17**   1:5 |
| **2nd**   46:7,11,18 47:3,4 |

| 3 |
|---|
| **3**   2:8 37:5,8,10 |
| **30.8**   34:13 |
| **33**   2:7 |
| **36**   34:17 36:2,3 |
| **37**   2:10 |
| **39**   2:13 |

| 4 |
|---|
| **4**   2:11 39:8,12,12 62:11 63:5 |
| **4/21/15**   2:23 |
| **42**   105:16,24 |
| **43**   2:14 |
| **450**   64:8 |

| 5 |
|---|
| **5**   2:3,14 3:13 43:21,22 |
| **50**   32:24 50:24,24 |
| **50/50**   9:7 |
| **500**   64:8 |
| **53**   2:15 |
| **54**   2:16 |
| **56**   2:17 |
| **58**   2:18 |
| **59**   2:19 98:4,8 |
| **5th**   59:21,24 60:2 66:12 |

| 6 |
|---|
| **6**   2:15 53:13,15,16 108:4 109:1 |
| **60**   2:20 |
| **60/40**   9:4 |
| **61**   2:21 |
| **62**   81:15 100:15,20 |
| **64**   11:10 |
| **64108**   4:13 |
| **655**   4:5 |
| **66**   3:14 |

| 7 |
|---|
| **7**   2:16 54:21,22 84:25 |
| **70**   2:22 25:23 26:5 26:14 |
| **72**   2:23 |

| 8 |
|---|
| **8**   2:17 56:24,25 57:4 |
| **80**   25:23 26:5,14 |
| **81**   82:6 |
| **83**   2:24 |
| **8th**   109:5 115:15 |

| 9 |
|---|
| **9**   2:18 58:12,16 59:3 |
| **9-11-28**   113:7 |
| **90**   82:8 |
| **90s**   16:7 |
| **92**   3:2 |
| **92101**   4:7 |
| **95**   3:3 |
| **97**   3:4 |
| **9th**   43:18 51:20 |

| a |
|---|
| **a.m.**   1:14 5:4 42:21,22,24 61:7,9 61:11 |

**ability** 25:4
**able** 7:7 52:12
  64:19,25 65:4,14
**absolute** 115:13
**absolutely** 32:17
**abstract** 33:19,22
  35:23
**abstracts** 103:16
**ac** 62:23 63:13
**accept** 71:2
**acceptable** 88:17
  103:21 104:24
  105:15 106:15,17
  108:6 111:13
**accepted** 88:14
**access** 114:1,2
**accommodate**
  6:18
**accurate** 113:12
**aches** 21:11
**achieve** 19:15
**acronym** 34:14
**act** 36:10
**action** 1:4 27:2
  66:5 113:15 115:8
  115:11
**active** 71:15
**actively** 75:9
**add** 18:21,24
  52:25
**added** 112:12
**adding** 89:2 107:9
**additional** 34:20
  35:22 36:5
**additive** 55:25
**address** 14:20
  20:10
**addressing** 96:1
**adjuvant** 2:9 3:5
  18:17,17 45:4
  56:19 62:10 89:2

89:7 107:8,10
**administration**
  98:17 108:2
**adopt** 109:16
**adriamycin** 63:13
  63:22
**ads** 76:3,4,6,8
**advances** 74:11
**adverse** 22:19
**advice** 87:10
**advise** 106:12,13
**advised** 87:25
**affect** 25:3
**affiliated** 74:9
  75:10
**age** 80:23
**agent** 42:3 65:23
  81:23 91:3,12
**agents** 68:10
**aggressive** 16:2,14
  24:7,9 45:1 81:3
  86:9
**ago** 9:16
**agree** 34:11 63:2
  69:3 71:1,18,24
  73:23
**agreement** 113:16
  113:20 115:12
**ahead** 16:24
**aiming** 28:21
**allow** 106:13
  107:15,18,20
**allowed** 18:12
  32:13 108:16,20
  110:8 111:21,23
**alopecia** 2:5,8,11
  33:4 34:4,15,22
  35:3,10,18 36:7
  39:15 57:7,13
  59:14 89:17 94:8
  94:11,11

**alternate** 45:8
  65:8
**alternative** 49:10
  50:10 69:22,25
  87:1 88:23 104:23
  104:24 106:21
**alternatives** 48:17
**american** 29:9
  75:21 94:4
**anaphylactic**
  28:11
**annual** 77:23
**answer** 7:6,7
  54:11 58:6 107:14
**answered** 107:4
**answering** 85:25
  91:7
**answers** 113:23
  115:5
**anthracy** 64:6
**anthracycline**
  64:3
**anthracyclines**
  38:18
**anyone's** 80:13
**anyway** 104:14
**apparently** 73:12
**appearance** 59:17
  96:21
**appearances** 4:1
**appears** 38:25
  39:22 55:4
**applied** 113:21
**approach** 29:18
  67:21,25
**appropriate**
  102:24
**approval** 30:9
  76:23
**approvals** 74:20

**approved** 11:25
  30:20
**approximately** 5:4
  42:21,24 61:7,11
  79:21,24 82:8
  112:8
**april** 39:13 40:3
**area** 7:16 10:1
  77:16
**areata** 33:4
**arimidex** 18:5,21
  18:24 19:5 25:2
  26:25 41:2,6 42:2
  65:19
**arrangements**
  115:12
**array** 79:15
**art** 86:7
**article** 4:17 30:9
  30:11 102:6,10,15
  102:17 103:5
  105:9,21 113:5
**articles** 31:21
**asco** 74:18,18
  77:14 105:11
**aside** 89:9
**asked** 65:14 107:4
**asking** 29:20
  55:15 63:9 102:7
**assessment** 44:7
**assigned** 78:8
  113:11
**assistant** 8:2
**associated** 87:6
  98:16
**assume** 41:5 47:7
  47:11 99:17
  101:16 104:2
  110:2
**assuming** 69:9
  86:21,22,24 108:5

**atom** 22:6
**attack** 23:7,11
**attend** 77:18,22,25
**attendant** 76:14
**attention** 33:19
  43:16
**attorney** 113:19
  115:7
**attorneys** 4:4
  113:25
**attributing** 39:24
**august** 115:15
**author** 102:7
**authoritative**
  102:13
**authority** 48:18
**automatically**
  113:21
**available** 81:21
  82:3 88:24 108:3
**aventis** 1:6,7
**aware** 32:2 74:22
  103:2

**b**

**b** 1:18 4:17 113:5
  113:8,21 115:19
**back** 8:1 11:8 16:3
  24:19,21,24 25:4,8
  25:10,15,19,24
  26:6 42:24 47:23
  50:19 57:9,16,25
  61:11 79:17,18,24
  81:2 82:6 84:18
  88:25 90:14 92:14
  93:2,5 94:16 99:8
  103:3,24 104:19
  105:1,17 108:11
  111:17
**backed** 50:15
**background** 10:21

**bacon** 4:11
**bad** 52:8,8 53:2
  56:8
**balancing** 28:20
**bald** 26:21 108:11
  110:5
**baldness** 106:10
**barely** 24:8
**based** 30:9 41:16
  41:23 115:11
**baseline** 52:4,16
  64:7 68:14,17
**basically** 10:22
  17:23
**basis** 113:9
**becoming** 55:9
**beginning** 5:5
  103:3
**behalf** 4:2,9
**belabor** 97:24
**believe** 15:14
  33:19 41:21 46:6
  54:14 57:3 59:21
  69:13,18 85:22
  103:5
**benchmarks** 80:18
**beneath** 111:1
**benefit** 8:12 14:5
  87:22
**benefits** 28:20
  52:14 86:10
**best** 7:8 49:22 50:4
  75:7 81:4 105:5,6
**better** 13:10,21
  16:14 19:16 22:13
  49:16 50:5 52:10
**bible** 109:9
**big** 77:12 91:21
  103:4 104:11
  105:11,14,19,21

**binv** 84:25
**biology** 11:9
**birth** 6:11
**bit** 7:11 8:11,18,21
  14:18 21:3 29:25
  32:2 51:3 80:16
  86:6
**black** 76:21,23
  77:8
**blocker** 18:22
**blocks** 17:24 65:24
**blonde** 57:22
**blood** 28:6,7 54:19
**board** 4:18 7:23
  8:8 9:19 10:15
  28:5 29:8 75:6,14
  75:20 113:6
**boards** 75:15
**body** 48:19 107:22
**boil** 13:13
**bone** 10:24 60:3,3
  66:12
**booth** 77:14
**booths** 77:17
**bore** 80:18 81:9
**boss** 70:4
**bosworth** 1:18
  115:19
**bothersome** 52:22
**bottom** 34:1 39:14
  84:25
**boulevard** 4:12
**box** 76:21,23 77:8
**brain** 10:23
**break** 6:17 11:20
  32:14 42:13
**breast** 2:6,10,13
  2:24 3:7 8:3 9:10
  10:24,25 11:4
  12:8 14:13,15
  15:13 16:2,10

  17:3,3,7,14 21:16
  34:4 44:13 56:18
  56:19,20 62:11
  84:1,3 85:7 89:10
**briefly** 6:21
**broadly** 12:6
**broadway** 4:5
**bucket** 31:12
**bunch** 17:2
**burning** 60:23

**c**

**c** 20:9,9 113:7
**calculator** 82:1
**california** 4:7
**call** 15:14 16:4
  17:13 18:16 19:18
  42:15
**called** 6:17 17:6
  29:22 77:16 84:13
**calls** 15:7
**canal** 47:16
**cancer** 2:6,10,13
  2:24 3:7 8:3 9:10
  10:21,21,23 12:1,9
  13:6 14:7,13,16
  15:11,13,13 16:2
  16:10 17:1,1,3,14
  17:20 19:9,18,20
  20:1,11 21:16
  22:12 31:11 33:17
  34:4 44:13 51:14
  56:3 62:11 64:12
  65:2 71:22 72:1
  74:1 79:10 80:4
  84:1,1,3 85:7
  89:10 94:4,14
  95:11,17,17
**cancers** 8:20 9:13
  14:9 17:3,7 28:6
**candidate** 27:14

cap  89:25
capable  20:13
caption  115:4
carbon  22:6
carboplatin  20:9
  23:1,7 62:12
cardiac  22:21,24
  53:22,22 61:22
  86:19 87:6
cardiotoxicity
  23:16 54:2,7
care  17:20 18:20
  33:17 43:12 48:7
  49:4,19 55:4,4
  60:19 69:15 70:24
  74:11 78:20 80:24
  85:10,13 88:3,14
  104:12,19 109:16
  110:18 111:2,19
carried  90:6,16
  104:3
carve  26:18
case  6:2 17:11
  39:12,21,22 40:22
  41:21 42:11 44:19
  44:21 54:16 69:9
  80:25 101:8 113:9
  113:9,21
cases  29:17 96:24
  98:15 101:1,2
category  19:24
  62:11 81:17,18
cause  25:5 28:4
  42:8 65:21 68:11
  91:3,13 106:9
caused  42:8 65:15
causes  17:15,15
causing  110:4
ccr  1:18 115:19
cell  10:22,24,25,25
  11:3,4,5,8,14 17:1

17:15 23:3 72:4
cells  11:10 23:6
certain  12:12
  46:22 49:2
certainly  6:16,18
  7:6 9:12 28:10
  36:4 52:5 71:13
  90:23 110:16
certainty  64:20
certificate  115:1
certified  7:23 8:8
  9:19 10:15 28:5
  29:8 75:6,14,20
  113:10,24
certify  115:4,7
challenges  15:12
  15:19
chance  19:17 34:9
  49:22 50:4 81:4
change  53:2
changed  45:3 62:7
  62:7
changer  16:19
  62:7,8
changes  73:25
  96:4,19 113:24
changing  105:22
  112:4
chart  6:10 14:21
  14:24 48:13,21
  63:15 72:7
chemo  24:7,9 33:5
  44:16,17 45:14
  46:13 49:7 60:23
  67:10
chemotherapy  2:5
  2:9 10:16 12:5
  24:1 25:9,14
  26:25 31:22 34:4
  34:15,18,21,23
  35:3,10 41:8 45:4

49:9 51:5 57:24
  59:17 60:25 64:22
  68:10 73:4 79:2
  79:12 80:8 89:14
  91:3,12 108:2,9
  109:2
chicago  7:21,22,23
choice  48:20,21
  68:25 73:9,17
  87:12 106:13
  107:14,15,16
  111:22
choices  69:14 71:7
  71:16
choose  63:7,12
  69:14 87:18,20
  105:1 106:20
  108:16,20 110:9
choosing  49:3
chose  63:5 72:14
  87:9 111:22
chosen  65:8 87:2
circuit  32:1
citation  100:24
city  4:13
civil  1:4
clarification  32:16
clarify  74:4 96:9
  100:16
clean  110:25
clear  48:7 49:21
  75:13 91:16 92:19
  103:20 106:7
clearer  75:12
clearly  88:12
client's  35:15
clinic  60:7
clinical  7:17 8:18
  8:22 11:18 13:15
  13:19 14:5,6

25:13 29:10,13
  37:5,18 40:10
  44:19 50:15 55:15
  55:19 59:11 75:21
  92:24 93:10,10
  94:5 95:14 99:24
clinician  12:7
closer  9:7
clotting  76:22
cml  76:21
code  113:14
  115:10
cohort  2:7 34:5,12
colleague  60:19
collects  75:9
college  7:20 8:1,2
colloquies  113:23
  115:5
color  24:20
combination  17:9
  34:18
come  25:8,10,18
  25:19,24 26:5
  45:8 67:15 78:8
  105:4
comes  24:19,21,24
  25:15 52:5 57:8
  67:16 81:2 104:22
  105:17,21 108:9
commercials  21:6
commitment
  115:13
common  9:13
  12:10 28:15 49:8
  89:19 94:13
commonly  21:16
  30:8
communication
  46:7,8
companies  76:2
  77:11,13,17

**company** 74:7,23
76:6,11,19
**comparable** 56:17
**compared** 34:22
36:12
**compensation**
113:15 115:11
**complete** 113:11
113:23
**completely** 16:12
**completion** 34:17
**compliance** 113:4
113:14 115:10
**complicated** 64:11
64:12
**composition** 25:15
**comprehensive**
12:1 83:25
**compromise** 49:4
**computer** 66:11
**concept** 69:18
**concern** 54:25
**concerning** 28:15
**concerns** 52:2
**conclude** 41:16
**concluded** 112:16
**concludes** 112:8
**conclusion** 36:5
38:5,6
**conclusions**
102:18
**concomitantly**
23:15
**condescending**
49:24 50:14
**conference** 77:15
77:22,23 105:11
**conferences** 77:12
**confused** 20:16
**congestive** 61:23
62:10,22 63:11,16

64:2
**consensus** 48:6
**consent** 43:17 49:2
69:1
**consider** 27:13
**consistent** 91:1
**constellation**
27:11
**constipation** 98:14
**consultation** 47:16
**contacted** 113:7
**contained** 100:2
**context** 32:19
**continue** 55:1 56:5
**continuing** 75:16
**continuum** 27:5,8
28:3 33:8 36:23
40:8
**contract** 113:15
115:11
**contracts** 113:8
**contributed** 42:8
65:15
**contributes** 80:10
**control** 19:22
**controversial** 89:3
107:10
**conversation**
87:17 110:2
**cooling** 89:25
**cope** 57:10
**copy** 7:13 83:12
**correct** 6:7,12
20:20 30:18 35:12
36:19,25 38:18
41:9 63:17 65:11
69:15 70:5 78:23
86:17 90:7 99:13
99:14 101:10
106:24 107:3
109:15 110:18

111:4,13 113:23
115:6
**correctly** 34:24
63:7,17
**corroboration**
38:4
**counsel** 4:1,20 5:6
5:12 33:7 68:15
91:5 99:13 107:6
113:2
**counseled** 90:5
99:16
**counseling** 89:13
92:25 98:10
**count** 15:5
**country** 75:17
84:3
**county** 115:2
**couple** 14:11
20:22 21:16 23:23
26:2 28:2 31:21
37:3 56:22
**course** 53:25
69:12 79:6
**court** 1:1 4:18,20
5:13 92:2 113:6
113:10,24 115:13
**cousins** 21:24
**crc** 115:19
**crippling** 68:11
**crr** 1:18 115:19
**cruise** 47:22
**curable** 81:2
**curative** 19:17,18
19:19,25 56:19
105:16
**cure** 19:20,22 81:4
**curious** 74:8
**curly** 24:21
**curriculum** 7:13

**custom** 45:19
**customarily** 90:11
**cv** 1:5
**cycle** 73:7
**cycles** 34:20 56:10
73:4
**cyclophosphami...**
34:19 36:11
**cytotoxic** 2:13

---

**d**

---

**dangerous** 87:22
**dark** 57:20
**data** 50:15
**date** 6:11 46:21,22
59:23 109:4
**dated** 39:13
**dates** 9:15
**david** 4:15
**day** 46:20 105:21
105:22 115:15
**days** 109:17
**daytime** 16:5
**deal** 23:24 31:21
37:4 91:21 103:5
104:11 105:11,19
105:21
**dealing** 11:20 13:5
50:21
**death** 28:4
**decade** 9:24
**december** 30:14
43:17 46:7,10,11
46:18 47:3,4
109:7 111:7
**decided** 10:2
**decision** 48:14
**decisions** 70:23
**declined** 72:13
**declines** 49:7,9
**decreases** 90:1

**defendant** 5:9
**defendants** 1:8 4:9
**degree** 7:2 64:19
**density** 34:16
  66:12
**dependent** 37:22
**depending** 44:19
  52:8
**depends** 53:2,5
  55:24 56:11 68:14
**deposition** 1:11
  2:3 5:5,24 6:13,22
  15:24 79:9 112:9
  112:16
**dermatology** 40:2
**describe** 13:4
  16:25 21:1,23
  44:9
**described** 20:11
  38:22 62:5 111:3
  111:12
**describing** 35:2
**description** 2:2
**desire** 19:15
**detail** 8:21
**details** 72:11
**determined**
  113:15
**develop** 10:6
**developed** 29:8
**developments**
  74:12
**diabetes** 52:5
**diabetic** 55:10,14
**diagnosed** 13:6
**diagnosis** 15:20
  19:8 44:14
**diagram** 3:8 15:22
  15:23 16:24
**diarrhea** 98:13

**die** 28:19 87:6,15
**died** 16:9
**diego** 4:7
**difference** 55:20
  85:5
**differences** 21:2
  22:6,7,9
**different** 12:9 14:3
  20:25 21:4,11,13
  21:17 22:15 24:6
  24:20,20 25:11
  27:23 31:14 40:8
  47:25 49:3 52:7
  53:14 65:1,5
  77:13 93:7
**differently** 23:12
**direct** 33:18 43:16
  76:9 95:9 113:15
  115:11
**direction** 115:5
**directly** 76:2
**disclosure** 4:19
  113:6
**disclosures** 113:1
  113:3,4,18
**discount** 113:22
**discounts** 113:21
**discuss** 51:4 91:15
**discussion** 13:24
  16:22 26:16 39:7
  92:8
**disease** 45:1,7,11
  46:14 47:8 56:4
  81:2 82:7,24
  84:23 88:19
  105:18 107:12
**disorganized**
  32:23
**disqualification**
  113:7

**disqualify** 113:13
  115:9
**distinct** 50:21
**district** 1:1,1
**dna** 11:1,7,9 23:9
**docetaxel** 2:12
  12:25 20:24 35:14
  35:15,20 38:16
  39:16,25 41:20
  55:19 62:12 98:17
**doctor** 6:5,13 35:2
  38:2 39:11 43:2
  43:15 48:5 51:21
  61:18 66:23 71:6
  80:2 88:1 106:10
  107:17
**doctors** 73:24
**document** 39:15
  48:13,21 49:6
  61:4 84:12 99:5
**documented** 87:14
**doherty** 59:25
  60:5,7,10
**doing** 28:20 52:20
  53:24 100:21
**door** 60:13
**dose** 21:15,18,20
  28:24 37:22 52:25
  64:8 68:20
**dosing** 21:13,17
**double** 23:3
**doubt** 19:7 31:2
  93:21,22
**doxorubicin** 34:19
  36:10 63:21 64:4
  64:4,6,16 86:4,5
  86:14 87:7
**dr** 5:6,22 31:14
  33:17 46:12 59:25
  60:5,7,10 112:9

**draw** 15:22,23
  16:1,24
**drawn** 3:8
**driver** 17:13,24
**drug** 10:16 12:5
  13:15,19 14:3
  17:19 22:7 26:24
  26:25 28:11,24
  31:9 35:3,11,15
  41:6 45:22 53:1
  56:5 62:5 67:10
  68:18,23 74:23
  76:2,5,11,15,19,21
  77:11,13,17
  100:12,18
**drugs** 16:14 17:18
  20:10,25 21:2
  22:1,16,18 25:2
  30:3 31:22 32:4
  36:7 37:4 54:5
  56:12 62:3 63:11
  65:19 72:1 74:13
  76:20 90:18 95:11
  95:19,22
**duly** 5:16

---

e

**e** 2:15 15:7,8,9
  46:6,7,8,11,23
  47:3,7,11 66:9,14
  74:21
**earlier** 20:24
  36:23 55:15 63:9
  65:14 67:20 69:17
  87:17 102:19
**early** 2:10 44:21
  45:7,11 106:16
**eastern** 1:1
**editorial** 79:8
**education** 7:15
  75:16

**effect** 21:3,7,11
28:15 55:21 60:25
94:13 97:3
**effectively** 20:10
**effects** 23:25 25:6
28:3,4,8,19 36:24
40:18 45:15,17,23
67:10 71:19,25
74:12 77:7 79:15
89:14 95:20,24
96:16 98:13
**efficacious** 14:8
**efficacy** 11:23
13:14,19 14:1
**either** 9:19 19:19
**elderly** 45:14
**elect** 50:13
**elected** 68:19 73:7
**elects** 49:20
**elevated** 54:20,20
62:22 63:16 64:1
**employed** 18:4
43:7
**employee** 115:7
**employer** 74:15
75:18,19
**encounter** 44:3
53:19
**encourage** 71:15
**ended** 96:22
**england** 30:11
74:19 102:9,12
109:18 110:13
**english** 35:24
**enjoying** 73:13
**enjoys** 73:15
**ensure** 67:21 68:1
68:4 74:24
**esophageal** 12:23
**esq** 4:3,10

**essential** 16:16
80:18
**essentially** 68:11
78:17
**establish** 13:11
65:18
**esteem** 80:11
**estrogen** 17:4,9
18:21
**ethics** 113:14
115:10
**event** 20:17 36:17
40:3 64:1
**events** 22:20
**everybody** 27:24
**everyone's** 24:6
40:7 47:25 71:12
**evidence** 110:24
115:6
**exam** 38:1,3
**examination** 3:12
5:18 66:21 108:24
109:25
**examined** 5:16
**example** 49:8 54:6
55:25 56:3 68:7
69:2 76:19 105:8
109:20,20
**excerpt** 2:22 70:16
**excessive** 98:14
**exchange** 47:8
**exclusive** 22:22
**excuse** 16:21
26:15 38:2
**exhibit** 2:2,3,4,8
2:11,14,15,16,17
2:18,19,20,21,22
2:23,24 3:1,3,4,5,8
5:1 33:12,15,16
37:4,8,10 39:6,8
39:12,12 43:20,22

53:13,15,16 54:21
54:22 56:23,24,25
57:4 58:12,16,20
59:2,6,7 60:14,19
61:13,16 67:2
70:7,10,13 72:17
72:18 73:23 77:19
77:19,20 78:6
83:5,6,14,17,24
92:4,10 94:8 95:1
97:20 101:23
102:2,5 103:22
106:18 107:2
108:6 109:8 110:7
111:3,12 112:13
112:14
**exhibits** 2:1
113:24,24 114:1
**exist** 88:5
**expect** 23:25
**expectancy** 105:18
**experience** 11:19
14:6 20:18 21:10
25:13 29:13 31:9
31:10 34:21 40:10
55:16,19 57:9
59:12
**experienced** 34:14
**experiences** 78:25
**expert** 89:11
**experts** 84:3 85:7
104:22 105:7,14
**explain** 13:23 14:1
15:18,21 22:23
51:9,11 98:12,23
**explore** 91:10
**express** 7:1
**expressed** 108:10
**extent** 7:1 93:11
**exterior** 25:25

**extremities** 53:9

**f**

**facing** 65:10
**fact** 41:13
**failure** 61:24
62:10,22 63:11,16
63:19 64:2,5 86:6
87:5,6,15 107:8
**fair** 6:19 7:3,8
10:13 38:8,8
58:11 70:4 73:14
78:18 100:8
**fall** 20:18 29:24
30:13,24 66:9
**familiar** 10:16
31:11
**families** 10:7
**far** 24:2 31:16
40:18 54:7 67:17
**fast** 66:25
**fatal** 81:3
**fatigue** 98:14
**fda** 11:25 27:2
30:9 74:20 76:18
**february** 53:19
**fec** 88:7,7,18,25
**feel** 46:12 79:17
**feeling** 47:12 71:8
71:9
**feelings** 80:11
107:22
**feels** 9:7 21:7
**fellow** 10:14
**fellowship** 7:22,25
9:21 30:21
**fields** 10:5,8
**fifth** 61:20
**figures** 82:20
**file** 1:4
**financial** 113:7

**financially** 115:8
**find** 13:16 40:22
  77:2 84:12
**finding** 109:14
**fine** 15:25,25
  42:17 70:1
**firm** 113:1,18
**first** 5:16 7:25
  9:21 13:5 19:24
  43:16 44:13 47:13
  47:15 56:11 61:19
  80:15 85:15,18
  86:9 87:9 91:11
  105:12 106:23
  108:1
**fit** 26:8 31:11 40:9
**fitting** 13:20
**five** 2:6 9:16 31:16
  34:5,12 63:6
  73:14 82:7,8
  105:19
**flags** 55:6,8
**flowchart** 84:15
**flowsheet** 2:14,20
**focus** 7:16 8:3 9:9
  15:10 36:7
**focusing** 6:8 12:24
**follow** 12:14 29:16
  72:13 74:18 84:4
  91:11 111:22
**followed** 34:19
  36:11
**following** 2:9,12
  39:16 55:3 113:1
  113:4
**follows** 5:17
**forego** 69:21
**foregoing** 115:4
**foreign** 107:25
**forever** 87:11
  108:11

**forget** 20:15,17
  81:6
**forgot** 12:22
**form** 18:6,10
  19:10 23:17 25:20
  26:1 27:6 30:1,25
  32:6 36:9 37:1
  38:17,24 40:13,17
  41:12 49:5,23
  54:10 55:22,24
  58:5 66:1 69:6
  82:23 87:3,13
  88:16 90:8,19
  91:17 94:18 96:7
  96:8 97:4 98:21
  98:25 101:15
  104:5 111:14
**formal** 103:12,14
**former** 67:12
**forms** 104:12
  113:6
**formulating** 109:8
**forth** 110:7
**foun** 65:25
**four** 8:4 11:10
  15:6 34:19
**fourth** 61:20
**free** 14:4 20:1 65:2
  82:7,24
**frequency** 101:2,9
**frequently** 28:23
**front** 6:10 44:22
  81:3 84:10 88:18
  93:19 104:17
**full** 72:13
**fulton** 115:2
**further** 95:10
  108:24 109:25
  115:7

**g**

**game** 16:19 62:7,8
**gastric** 12:22
**general** 8:5,25
  10:16 13:2 14:22
  17:7 19:18 20:7
  20:22 80:22 81:1
**generally** 11:19,20
  12:3,6 70:19
  81:19 94:21 97:25
  104:21
**georgia** 1:17 4:18
  7:18,19,20 8:2
  113:4,10 115:2
**getting** 20:12
  52:17,21,24 68:20
  75:1 96:10
**give** 8:11,20 9:22
  44:16,17 48:16
  64:3,8 68:10 81:4
  81:25 87:21 89:1
  89:6 92:16,20
  93:1,15 105:16
  106:14
**given** 6:13 46:19
  51:13 87:22 93:19
  115:6
**giving** 22:14 88:18
**glenlake** 1:16
**go** 9:22 10:2 11:8
  12:5,13 16:24
  17:6 19:9 32:15
  38:12,12 40:18
  43:11 49:10 50:19
  51:20 61:19 66:24
  70:14 72:22 74:18
  77:21 82:6 84:16
  92:7 95:4,5 97:23
  100:13,13,17
  102:3 107:18
  111:17

**goal** 13:9 19:14
**goals** 80:23
**goes** 17:14 63:4
  64:10 82:9,11
**going** 6:8 7:12
  9:11 13:16,20
  14:22 17:6 19:21
  19:22 22:5 32:14
  33:3 43:4,20 44:1
  47:21 49:20,21
  50:15,16 52:19
  56:5 58:15,25
  59:4,22 61:16
  63:25 66:24 70:6
  72:21 73:13,22
  75:25 79:1 83:4
  87:21,23 89:9
  91:23 97:23 102:1
  105:7,13 109:23
**gomez** 3:14 4:3,4
  5:11,11 6:23 18:6
  18:10,13 19:10
  23:17 25:20 26:1
  27:6 30:1,25 32:6
  33:21 36:9 37:1
  37:12 38:17,24
  39:17 40:13,17
  41:12 49:5,23
  54:10 55:22 58:5
  65:12,25 66:22
  69:8 70:8,12,14,15
  72:6,20,22,24 77:1
  78:15 80:1 82:12
  83:1,8,18,20,21
  86:2 87:8,16
  88:20 90:10,21
  91:9,19,24 92:1,6
  92:9 94:20 95:3,5
  95:7,8 96:6,9,12
  96:14 97:7,22
  98:6,8,9,22 99:2,7

101:17,20,22,25
102:3,4 103:11
104:7 106:6 107:3
107:13 108:23
109:23 110:1
111:10,20
**good** 8:10 9:25
11:17 18:2 39:4
64:17 66:23 68:4
69:4 81:25 105:10
**gosh** 11:8 53:10
**grab** 101:17
**grand** 4:12
**grave** 108:10
**gray** 24:21
**great** 29:17
**greatly** 78:20
**grew** 7:18
**group** 75:8 110:21
**grow** 17:16 25:4
79:13
**grown** 57:24
**grows** 11:5,7
79:17
**growth** 11:13 41:2
96:21 101:2
**guarantee** 25:8
31:1
**guarantees** 24:12
24:16
**guess** 14:2 27:7
32:20 33:5 40:18
49:24 58:6 72:3
75:4,19 76:8
88:17 97:10
**guessing** 81:14
**guesstimate** 9:2
**guideline** 84:1
**guidelines** 2:24
12:1 13:17 18:4
74:19 83:9 84:2,4

85:8 88:11,13
106:22 109:9
110:19
**guys** 9:11

## h

**hair** 24:15,16,19
24:24 25:4,5,8,14
25:19,23,24 27:1
31:24 32:4,7,7,9
32:18 34:16 37:22
38:15,23 39:23
41:2,11,19 42:3,9
57:7,8,16,24 65:6
65:20,21,22,24
67:5 69:5 78:16
79:1,5,17 80:3,7
87:11 89:18,23
90:1,7,17 91:4,13
94:9,12,13,16 96:4
96:18,21,24 98:15
98:16 99:13
100:24 101:1,3
104:4 105:2
**hall** 77:20 78:6
**hand** 3:8 102:1
**handful** 26:9
**handout** 51:13
**hands** 60:22
**happen** 27:24
**happened** 16:6
**happens** 48:12
49:14
**happy** 79:5
**hard** 9:1 21:12
68:13
**hardy** 4:11
**head** 22:22 69:5
76:20 110:23,23
**headed** 57:20
**heading** 10:17
20:23

**health** 46:5,16
47:10 53:23
**healthy** 81:1,15
**heard** 80:10 97:14
103:13
**heart** 60:3 61:23
62:10,22 63:11,16
63:19 64:2,5,7
86:6,25 87:5,6,15
107:8
**heavily** 109:12
**helix** 23:3
**help** 12:13,14
13:11 15:24
**helpful** 8:7
**hem** 9:4
**hematology** 7:22
7:24 8:6,8,25 28:6
**her2** 3:6 16:10
17:6,8,13 18:16
22:24 44:25 84:22
**herceptin** 2:21
16:3,6,9,12,16
17:17,23,24 19:6
20:9 22:17,17,19
22:25,25 23:15,18
23:20 26:25 45:3
45:9 54:2,4 61:17
62:2,2,12,18,19,23
63:10 64:5,15
81:20,24 82:22
86:23 105:9,17
109:20
**hey** 73:11
**higher** 86:11
90:17
**highest** 19:17
110:19,23
**highly** 110:14
**history** 86:19,25

**hold** 9:22
**holidays** 47:18
**honest** 59:18
**honestly** 112:1
**honor** 106:1
**hospital** 46:19
**housed** 93:12
**hr** 62:6
**huh** 12:16 13:22
24:3 27:16 36:20
56:7 83:11
**human** 10:8
**hurt** 107:21

## i

**idea** 49:16
**identical** 22:1
**identification** 5:2
33:13 37:11 39:9
43:23 53:17 54:23
57:1 58:13 59:8
60:15 61:14 70:11
72:19 83:7 92:5
95:2 97:21 101:24
112:15
**identified** 27:12
**identify** 5:7
**iii** 110:21
**imagine** 31:23
88:6,18
**immediately** 46:4
**impacts** 115:13
**impartial** 115:13
**impartiality**
113:14 115:10
**implies** 35:23,25
36:3
**important** 13:16
13:16,20 39:12
52:9,10 53:23
68:3

**impossible** 55:23
**improve** 49:22
**improvements** 73:25
**improves** 38:14
**incidence** 2:4,8
  22:8 34:3 55:17
  61:23 62:10
**include** 35:11,14
  35:15 64:22 65:9
  85:15,18
**included** 35:23
  106:21
**includes** 9:10 35:4
  71:1 86:4
**including** 15:5
  26:19 65:19 71:22
  82:22
**increase** 55:10
  62:22
**increases** 86:5
**independent** 74:5
  99:11
**independently** 75:15
**index** 2:1 3:12
**indicating** 92:2
**indication** 65:20
**indications** 81:16
**individual** 58:10
  68:22 80:21
**induced** 2:5 34:4
  34:15,21 35:3,10
**infection** 28:16
**information** 29:5
  29:7,13 30:23
  70:3 71:2 74:10
  74:23,24 75:1,2,9
  75:25 76:2 77:5
  90:22,23 95:10,17
  98:10,19 99:12,15

99:19,23 100:1
  101:11,13
**informative** 37:17
**informed** 43:17
  49:2 69:1,14 71:7
  76:14 107:15,16
**infusion** 98:14
**inherently** 11:1
**inhibit** 65:20
**inhibiting** 41:2,11
**inhibitor** 11:12
**inhibitors** 21:25
**inhibits** 11:13,13
  42:3
**initial** 51:4,8,22
  86:16 89:12
**initially** 104:22
  111:24
**initiated** 66:15
**inpatient** 2:14,20
**insert** 2:21 3:4
  29:22,23 30:2
  31:15 61:17 62:2
  98:1 99:3,11
  100:2,4,10,12,17
**inside** 23:2,3
**insurance** 74:7
**intent** 19:17,18,19
  19:20,25 53:5
  105:16
**interact** 22:16
  47:13
**interacted** 78:3
**interacting** 30:14
  54:5
**interaction** 59:20
  66:8 77:10
**interacts** 22:20
**interest** 113:7,12
  115:9

**interested** 89:21
  115:8
**interesting** 10:3
  10:12 37:19,23
  40:25
**intermittently** 52:24
**international** 75:24 77:15
**interruption** 79:19
**interview** 37:25
**invented** 16:4,7
**invention** 16:6
**irreversible** 2:11
  39:15
**issue** 36:6
**issues** 80:23
**it'll** 82:4

**j**

**jacqueline** 1:3 6:9
  30:14
**january** 51:20
  84:2 103:8 108:4
  109:1,4
**jco** 30:11 74:19
  76:3,4
**jeopardize** 46:5,16
  47:10
**job** 1:25 7:25
  48:16
**jobs** 49:17
**john** 4:3 5:11
**journal** 37:5,6
  40:2 74:20 102:10
  102:12 109:18,18
  110:13
**journals** 76:5
**journey** 3:2
**july** 1:13 6:11
**june** 15:1 59:21,24
  60:2 66:11 105:12

**jury** 10:19,20
  13:23 15:18
**jury's** 8:12

**k**

**k** 35:20 84:25
**kaiser** 1:15 2:22
  3:3 8:13,16,24
  70:21 71:6,7
  73:24 74:10,15,23
  74:25 75:3,4,9,10
  75:11,20 95:9
  97:11,15
**kaiser's** 71:10
**kang** 33:17
**kansas** 4:13
**keenan** 3:13 4:10
  5:9,10,19,22 13:25
  16:23 18:8,11,18
  19:11 23:19 25:21
  26:3,17 27:9 30:4
  31:3 32:8 33:14
  33:23 36:13 37:2
  37:13 38:7,19
  39:1,10,19 40:15
  40:20 41:14 43:1
  43:24 49:12 50:2
  53:18 54:12,24
  56:1 57:2 58:8,14
  59:10 60:16 61:15
  65:13 66:3,20
  69:6 70:9 72:23
  76:25 78:12,14
  82:23 83:17 85:24
  87:3,13 88:16
  90:8,19 91:7,17,25
  92:3 94:18 95:6
  96:5,7,11,13 97:4
  98:5,7,21,25 99:4
  101:15,19,21
  103:8 104:5 106:5
  107:2,4 108:25

111:9,14 112:5,12
**keep** 73:25 74:16
75:14,15 100:21
**kind** 8:19,20,21
10:9 13:9 17:14
23:5 27:4 36:21
42:16 69:17 76:10
88:18 91:3
**knew** 9:11 91:2,11
104:2,9
**know** 9:13 10:3
11:17 20:1,3,6,14
20:14 22:11,13
23:2,21 30:6
31:23 35:21 36:15
38:13,14 39:11
42:2 44:25 45:22
48:16,18 49:15,25
50:9 51:25 54:11
58:6 60:6 61:17
64:14 71:19,25
73:11 75:12 79:14
80:13,20,24 90:16
91:25 93:18 94:4
94:4 95:16,19
96:8 97:8,16 99:8
99:21 100:3,5,9,11
104:11 105:2,3
106:20 107:23
110:5
**knowledge** 106:9
**known** 25:6 31:10
35:6 41:13 60:25
101:3,9
**korea** 35:24
**kp** 8:4,12 70:16

**l**

**l.l.c.** 1:7
**lab** 2:16
**lancet** 30:12

**landscape** 45:4
**language** 107:25
**large** 65:9
**lately** 9:7
**latest** 74:20 75:14
**law** 113:4
**lawsuit** 31:23
**lawsuits** 29:21
**learned** 97:9
**leave** 10:9
**legitimate** 102:25
**level** 106:23
110:23
**lexicomp** 94:3
**liberty** 7:7
**life** 28:9,16 48:19
68:5 69:4 79:18
105:18 107:22
**lifetime** 64:8
**light** 36:22
**limitations** 38:21
**links** 95:19
**list** 29:24
**listed** 85:10 88:2
88:10 89:1,5,6
96:16
**listening** 56:21
**literature** 23:14
32:3 41:1,18
**litigation** 33:8
**little** 7:11 8:4,11
8:18,21 14:18
21:3 32:2 45:1
80:16 86:6,8
109:24
**live** 13:10,10 50:4
50:5 52:9,10
67:22,22 68:1,23
**liver** 10:24
**living** 13:21,21
19:16,16

**llp** 4:11
**long** 9:18 19:23
38:15 40:8 56:5
56:11 67:10,22
109:13
**longer** 13:10,21
19:16 25:3 50:4
52:9 68:23
**longest** 51:9
**look** 15:4 30:2,8
38:5 44:14,16
66:5 67:2,12
80:22 82:1 92:7
100:20 105:2,2
106:25 107:17
110:3,5
**looked** 14:24
31:15 77:7 81:5
91:2
**looking** 15:15
46:24 67:11 73:6
83:23
**looks** 14:24 67:3
103:9
**lose** 87:11
**loss** 24:16 31:24
32:4,7,7,9,18
37:22 38:15,23
39:23 41:19 42:9
57:7 65:6 67:5
78:16 79:1 80:7
89:18,24 90:2,7,17
91:4,13 94:9,12,16
96:4,19,24 98:15
98:16 99:13
100:24 101:3
104:4
**lost** 26:25
**lot** 22:12 29:21
61:18 72:8 90:2

**lots** 27:24
**louisiana** 1:1
**love** 15:9
**low** 82:15
**lower** 21:17 80:11
**loyola** 7:23
**lung** 10:25 11:3
12:8
**lungs** 10:23
**lymph** 44:24 86:8
86:11

**m**

**magic** 46:19
**mail** 2:15 15:8,9
46:6,7,8,11,23
47:7,11 74:21
**mailed** 47:3 66:9
66:14
**mailer** 76:13
**mailers** 76:9
**mails** 15:7
**main** 37:20
**maintained** 29:8
**maintaining**
113:13 115:9
**majority** 78:25
**making** 48:13 54:7
70:23 113:13
**man** 105:3
**mark** 31:21 32:12
33:3 43:20 53:13
56:23 61:16 70:6
72:17 73:22 80:3
83:5
**marked** 5:1 33:12
33:16 37:10 39:8
43:22 53:15,16
54:22 56:25 58:12
59:7 60:14 61:13
70:10 72:18 83:6
83:22 84:17 92:4

95:1 97:20 101:23
102:2 112:14
**markers** 81:9
**marketing** 76:21
**marks** 79:10
**materials** 51:13
92:13,16,23 93:1
93:15
**matt** 4:10
**matter** 113:12,20
115:9
**matthew** 5:10,22
**maximum** 64:7
**md** 1:12 5:15
**mean** 11:22 32:18
38:4 40:18 41:23
43:10 44:4,5
47:14 51:5 57:22
58:9 74:4 75:4,19
77:3 79:11 80:25
81:14,19 88:7,12
88:17 89:1 91:1,6
92:15 103:4 105:6
**meaning** 19:19,21
**means** 14:1 18:17
74:22
**measures** 14:3
**mechanism** 66:5
**med** 8:1
**medical** 6:5 7:2,19
7:20 8:1,2,5 10:8
43:15 64:20 69:15
70:24 71:16 74:11
75:6,13,16 80:23
85:10,13 88:3,14
110:17 111:1
**medically** 111:13
**medication** 52:25
**medicine** 86:7
102:12 109:19
110:13

**medicines** 94:14
**member** 71:7
**members** 70:22
**memory** 67:6 72:8
72:10
**mentioned** 12:12
14:8 36:8 102:19
**message** 60:2
66:12,15
**messages** 2:15
**messed** 11:1
**met** 6:21
**metastatic** 56:4,14
**meter** 64:9
**mexico** 49:10
69:23
**micromedex** 94:3
**microtubular**
21:24
**microtubule** 11:12
**milligrams** 64:9
**mills** 1:3 6:9 14:21
14:25 26:19,20
27:15,24 30:15
31:24 33:11 39:6
41:5 42:9 43:5
46:12 50:21 56:23
58:16 59:13,20
64:20 66:8,24
67:3 69:2 72:9
73:7,11,12 80:15
84:7 85:13 86:18
88:4,24 89:13
90:5,24 91:14
93:3 99:9 101:12
102:24 103:21,25
106:25 108:2
110:3,17 111:3
**mind** 19:7 52:2
55:7 59:22 67:15
67:16 91:12

**mine** 71:14
**minimal** 54:14
**minute** 14:19 82:4
**minutes** 9:16 34:6
42:12,16 50:24,25
61:4 78:12
**miracle** 62:5
**mission** 13:4,8
50:7
**missouri** 4:13
**mix** 10:4
**mixed** 78:18
**molecular** 22:4
**moment** 32:11
37:14 61:6 112:7
**monitor** 53:23
55:1
**month** 111:18
**months** 27:20
34:17 36:2,3
105:9,13,17,25
**morning** 66:23
**mouth** 60:23
**mouthwash** 46:19
**move** 14:23 20:23
43:4
**movie** 16:5
**multiple** 12:2
74:21 88:7 107:11
**mutated** 10:22,25
11:4
**mutation** 17:14,24
**mutually** 22:22

|  **n**  |
| --- |

**nail** 96:4,19,21
**name** 5:20,22
**national** 12:1
77:14 83:25
**nausea** 24:13
98:13

**nccn** 2:24 12:15
18:3 29:6 74:19
81:17,18 83:9
106:22 108:19
109:8,14 110:12
**ncnn** 13:17 88:11
89:5
**ne** 1:16
**need** 6:3,17 27:17
42:15,19 46:12
61:3 71:2 110:25
112:3
**needed** 36:6
**negative** 3:6 44:25
**network** 12:1 84:1
**neuropathy** 22:9
52:3,5,8,17,21
55:11,17,17 56:8
60:17,22 61:1
68:8,9,12,16,18
**neutropenia** 28:5
**never** 19:21 67:4,7
68:22 70:20
**new** 30:11 74:19
76:14 77:8 80:22
90:1,3 102:9,11
108:12 109:18
110:11,13
**newer** 30:3
**nj2969335** 1:25
**node** 3:6 107:11
**nodes** 44:25 86:8
86:11
**normal** 10:22,24
10:25 11:3 96:21
101:1
**normally** 29:23
41:6
**notations** 112:12
**note** 47:15 49:6
51:23,23 73:6

81:6
**noted** 51:15
**notes** 2:23 29:4
44:9 60:10
**notice** 2:3
**noticing** 113:19
**november** 30:13
**nowadays** 90:2
**number** 5:1 13:4,8
15:6 19:14 30:17
33:12,16 37:5,10
39:6,8 43:21,22
53:13,15,16 54:21
54:22 56:24,25
57:4 58:12,16
59:2,7 60:14,20
61:13 62:11 65:9
70:10 72:18 81:7
81:25 82:2 83:6
92:4 95:1 97:20
101:23 112:13,14
**numbers** 9:12
**nurse** 99:22
**nurses** 15:6

**o**

**o'regan** 106:3
**obese** 51:24 52:1
**object** 52:12 69:6
82:23 87:3,13
88:16 90:8,19
91:17 94:18 96:8
97:4 98:21,25
101:15 104:5
111:14
**objecting** 18:9
96:7
**objection** 18:6,10
19:10 23:17 25:20
26:1 27:6 30:1,25
32:6 36:9 37:1
38:17,24 40:13,17

41:12 49:5,23
54:10 55:22 58:5
65:12,25 107:4
**obligation** 113:14
115:10
**obligations** 6:19
**observed** 101:3
**obviously** 13:15
13:20 28:8 42:7
50:20 52:19
**occasion** 72:13
76:1
**occasionally** 77:12
**occur** 96:4,19
**occurrence** 49:8
**ocga** 113:7,8,21
**october** 14:25 57:4
60:18
**offer** 104:14
105:20 110:24
**office** 15:5 19:15
**officer** 115:13
**oh** 10:3 11:8 12:22
27:18 46:24 58:24
73:2 78:5 79:6
**okay** 6:1,4,5,16,16
6:21,25 7:5,11,18
8:7,15 9:3,6,8,15
9:25 11:15 12:3,3
12:11,19,21 14:6
15:3,10 16:8,11,20
16:20 17:10,12,17
17:22,25 18:15
19:2,4,7 20:4,4,16
20:21,21 21:14,14
21:19,19,22 22:3
22:15,23 23:4,8
24:15 25:7,12
26:4,11,11,11,23
27:10,10,17,19,19
27:22 28:2,12,14

28:17,25 29:3,3,20
29:22 30:5,7,10,10
30:22 31:4,18,20
31:20 32:11,21
33:3,9 34:2,8,8
35:1 37:16 38:15
39:4,18,20 40:1,6
40:21,21,24 41:15
42:5 43:2,4,14,20
44:5,9,10,18,20,23
45:2,6,10,12,15,24
46:1 47:7,10,19,24
47:24,24 48:1,4
49:13,18,20 50:3,6
50:8,12,18,23 51:1
51:12,12,17,20,20
52:15 53:4,11,13
53:21 54:13,15,17
54:19 55:13 56:2
56:13,22 58:11,11
58:17,19,23 59:2,4
59:9,16,19,19 60:1
60:4,6,9,11,11,21
60:24 61:3 62:9
62:15 63:4,9
64:11,17,17 65:18
66:4,13,17,19
67:19 72:5 73:21
74:8 76:1,7,17
77:10 80:14 82:5
83:4,15 86:24
89:9 91:23 93:12
94:7,24 95:16
96:11,13 97:18
98:7 100:8,23
103:18,25 104:1,6
108:22 109:11,13
**old** 8:1 88:8 105:3
105:16,24
**once** 6:15 111:16

**oncologist** 7:17
9:20 10:15 37:18
50:1 59:12 74:2,5
74:9,16 75:6,7,13
**oncologists** 29:9
75:10,17 105:12
**oncology** 7:22,24
8:5,8,25 9:5,8,9,17
10:1 29:10 37:5
44:7 73:24 74:12
75:22 92:24 93:10
93:11 95:22
**ones** 30:3
**opinion** 107:18,21
**opinions** 7:1
**opportunity** 39:14
**opposed** 23:18,20
55:18 102:21
**option** 72:14 103:1
103:2
**options** 49:20
71:20 80:24 91:16
106:14
**order** 71:2
**ordering** 114:2
**organization**
75:24
**organized** 42:19
**original** 30:9
87:24
**outcome** 64:21
115:8
**outcomes** 29:17
**outlined** 103:22
**overall** 14:5 40:10
82:8,20,25
**overtalking** 36:16

**p**

**p.m.** 79:22,24
112:8,16

**package** 2:21 3:4
29:22,23 30:2
31:15 61:16 62:2
98:1 99:3,11
100:2,3,10,12,17
**paclitaxel** 2:12 3:5
20:25 21:15,19
22:21 23:2,15
34:20 35:4,6,11,18
36:11,18 38:16
39:16,25 41:19
45:9 54:6 55:18
62:16,23 63:13
97:15,17 102:6,20
110:22
**page** 2:2 3:12 44:6
61:19,20 72:25
94:7 95:23 96:15
98:4,7,8 100:15,20
**pains** 21:12
**palliative** 19:20
**paper** 83:12,16
108:5 109:13
112:3
**parens** 98:15
**parkway** 1:16
**part** 19:1,3,6 46:8
54:1,5 67:25 71:5
72:21 97:25 99:18
100:10 102:21
**participate** 70:22
**participation**
71:15
**particular** 15:12
24:1 31:12 83:2
90:6 91:12 97:25
**particularly** 30:3
**parties** 113:21
114:2 115:13
**partnering** 3:1

**parts** 32:24
**party** 60:13
113:15,22 115:7
115:11
**pass** 66:20
**password** 114:1,2
**path** 49:21
**pathology** 10:4
**patient** 6:9 13:5
14:25 15:21 23:16
25:2,8 26:18,24
27:11,13 39:24,25
42:6,6 43:6 48:4
48:20 49:7,8,19
56:4,13 59:13
67:4,16 68:14,17
68:24 69:21 71:16
71:18,24 80:21,22
82:15 84:7 88:3
89:7 98:10 99:18
99:23 100:1,2,9
105:24 107:9
**patient's** 38:9
48:18 69:13 87:20
105:1
**patients** 2:6 3:1
6:19 8:19 13:9
14:13,16 15:7,8
16:9,25 17:20
20:19 21:23 23:24
24:7,8,17,19,22,24
25:13,14,18 26:19
27:22 28:18 29:16
34:5,14,18,22
36:24 37:22 39:23
40:11,11 45:16
47:12,20 48:16
51:5 52:4,20
53:23 55:18 57:6
57:10,12,15,20,23
57:25 59:16 62:23

67:9,12,22 68:8
69:24 78:17,18
82:15 89:23 90:2
90:12 91:5,21
92:13,16,16,20,23
93:16 94:2,16,22
95:9 98:12,24
99:13,16,23
107:20
**pause** 16:15
**pcia** 34:21
**peer** 32:3 37:6
**pens** 78:6
**people** 10:7 24:10
41:7 47:14 48:2
50:9 57:22 62:6
68:23 78:3 79:13
79:15 87:6 107:25
**percent** 25:23 26:5
26:14 32:25 34:13
34:14 63:1,5,6
64:15 82:6,8
**percentage** 9:9
**perception** 38:9
**perfect** 42:14
**period** 25:3 50:7
75:7
**periodically** 70:1
**peripheral** 22:9
52:3,4,17,21 55:10
55:16,17 56:8
60:17 61:1 68:7,9
68:11,16,18
**perjeta** 16:12
**permanent** 2:4,8
32:3,7,9 34:3,15
34:21 35:3,10,17
37:22 39:23 41:19
67:5 90:7,17 91:4
91:13 96:25 98:16
99:13 101:3 104:4

106:9
**permanente** 1:15
8:13,16,24 70:21
73:24 74:10,15
75:21 95:10
**permanently** 58:2
67:13 110:5
**persistent** 57:7
65:6
**person** 64:8 93:2,5
93:7,12
**personal** 58:10
**personally** 86:14
**perspective** 69:3
**pertuzumab** 89:2
89:6 107:7,10
**pharma** 1:7
**pharmacist** 92:25
93:10,11 95:15
99:24
**pharmacists** 94:5
**phase** 110:21
111:17
**phone** 15:7 72:4
**photo** 32:21,22
56:23 57:3
**photograph** 2:17
2:18,19
**photos** 56:22
**physician** 48:17
71:8,9,12 75:13
99:22
**pi** 31:5
**pick** 52:12 78:6
**picture** 58:15 59:5
65:15 67:11 91:2
**pictures** 33:11
**pinch** 23:6
**place** 57:17 84:6
87:14 93:13
113:20

**placed** 93:18
**plaintiff** 1:4 4:2
  5:11
**plan** 44:7,11,12
  109:8 112:2
**planes** 67:1
**planned** 47:16
  73:4
**planning** 49:10
**play** 6:2
**playing** 41:10
**please** 5:6,13,20
  107:23
**plenty** 47:20
**plus** 62:12,12
**point** 7:13 11:2
  68:3 81:22 87:19
  97:24
**pointing** 106:18
**population** 8:19
  22:14
**position** 71:10,12
  71:13 93:9
**positive** 3:6 15:12
  15:14,17,18 16:1
  16:10 18:16 22:19
  27:13 44:25 81:10
  84:22 86:8,11
  102:20 107:11
**possibilities** 27:5
**possible** 46:13
  89:13 97:10
**possibly** 25:11
**post** 76:21
**posts** 74:18
**potential** 71:25
  97:3
**practice** 8:22 75:7
  78:9 86:15 92:22
  93:13 99:22
  104:25 105:22

**practices** 75:7
  105:6
**practicing** 9:18
  75:5
**practitioners**
  70:23
**pre** 30:21
**prediabetes** 53:14
**prediabetic** 51:24
  52:2
**predict** 68:13
**preference** 43:7
  47:17
**preferences** 69:11
**preferred** 85:2,6,9
  87:9 88:5
**prefers** 49:9
**prescribe** 95:11
**prescribed** 18:3
  41:7 53:24 65:5
  73:4 81:23 89:16
  92:14 94:17 111:2
**present** 4:15,21
  5:6
**presentation**
  80:18 81:21 84:8
  88:4
**presented** 80:15
  80:17 91:14 113:1
**presume** 20:5
  45:25 90:25
**pretty** 43:4 100:22
  110:14
**prevalent** 54:8
**previously** 81:6
**primary** 12:18
  55:4,4
**printout** 3:3
**prior** 68:9
**priorities** 13:21

**probability** 7:2
**probably** 9:4,15
  19:21 29:7 33:7
  36:21 40:2 56:17
  58:10 79:8 80:12
  81:3 86:9 90:9
  100:19 108:18
  110:10 111:25
**problem** 8:17
**problems** 86:19,25
  86:25
**proceeding** 4:21
  113:1,22 114:1
  115:6,13
**proceedings**
  113:12
**process** 73:13,15
  79:10
**produced** 113:23
**professional**
  113:14 115:10
**professor** 8:3
**profile** 21:3 54:6
**profound** 59:14
**progesterone** 17:5
**prognosis** 81:22
**progress** 2:23
**progression** 14:4
**prohibited** 113:20
**prohibitions** 113:8
**promise** 24:4
**promises** 24:16
**prospective** 2:7
  34:5,12
**prostate** 22:12
  56:3,15
**protected** 114:1,2
**provide** 70:3
  74:23 100:1
  113:19

**provided** 92:13
  101:13
**provides** 92:23
  99:23
**publication** 33:18
  103:12,14 110:14
**published** 37:9
  109:4,17
**pull** 43:18 46:9
**purpose** 58:1
**pursuant** 4:17
  87:17 104:25
**pursue** 49:9
  104:13
**put** 59:4 73:19
  84:2 85:8 89:9
  104:17 110:22
**puts** 63:18
**putting** 97:12

---

**q**

**quack** 107:23
**quality** 68:4 69:4
**quantify** 9:1
**question** 7:6 22:15
  23:13 31:14 35:16
  40:14 66:7 69:7
  106:8 111:11
**questions** 13:3
  14:12,22 20:8,22
  23:23 32:13 64:18
  113:23 115:5
**quick** 23:23
  109:24
**quickly** 14:21 43:5
  61:19 100:22
**quit** 79:15
**quite** 29:25 51:3

---

**r**

**raise** 52:2

raised 55:6
raises 23:16
ramirez 4:15
rapid 73:25
rare 26:10,14
rate 14:5
ratio 87:22
reaction 28:11
reactions 40:12
  78:17 98:15
read 29:24 31:5
  34:24 40:3 41:21
  42:1 53:12 70:20
  74:18,19 84:22
  102:10,15
reading 16:1
  33:22 63:7,17
ready 43:2
real 14:21 60:13
really 10:9 40:19
  49:18 52:8 55:23
  79:12 97:6 112:3
reason 24:22 60:6
  60:9
reasonable 7:2
  64:19
recall 51:17 54:16
  59:18 67:11 72:12
  72:15 73:3,6
  80:25 86:18,20
  89:20,22
receive 71:2 74:10
  75:2 76:1 94:2
received 17:19
  34:18 62:3 64:21
  76:10,13,17 98:20
  99:12,15
receives 100:9
  113:22
receptor 17:5,5
  18:21

receptors 44:15
recess 42:22 61:9
  79:22
recognize 70:19
  92:19 97:25 102:5
  102:11
recognizing 40:7
  67:3
recollection 50:21
recommend 52:7
  73:12 74:6,6
  105:7 106:22
  110:4
recommendation
  49:7 50:1 81:17
  81:18 86:16 87:24
  106:2
recommendations
  48:17 72:14 80:19
  81:10 88:9 107:9
  111:6,15 112:4
recommended
  48:5 49:4 50:11
  71:3 73:3 85:7
  87:4
recommending
  51:11,14
record 5:3,8 13:15
  13:24 16:22 26:16
  39:7 42:21,25
  43:16 46:8 50:24
  53:14 60:17 61:8
  61:12 72:16 79:21
  79:25 92:8 101:18
  112:10 113:12,13
  113:23 115:6
records 39:6 43:15
  44:1 46:3 50:20
  51:15,23 53:7
  59:22

recover 34:16 36:1
  36:2
recovered 35:25
  36:1,3
recurrence 86:12
recurrent 105:18
red 55:6,8
reduce 28:24 53:1
reduced 115:5
referenced 83:9
reflect 44:1,10
  49:1
reflected 60:10
reflects 60:22
refuse 71:3
regarding 74:12
regardless 81:22
  87:10
regimen 18:3 19:9
  20:18 24:1 27:14
  27:20 31:10 35:4
  35:11 38:23 43:7
  45:8 64:22 65:1,5
  84:14,16 85:15,17
  85:18 86:9 87:1,9
  87:23 88:10,21,23
  89:14 102:22
  104:14 106:15
  106:6 111:12
regimens 12:14
  21:17 35:22 84:7
  84:22 85:2,3,6,9
  85:12 88:1,7
  106:21 108:19
regrow 79:4
regrowth 41:11
  42:3 65:20,24
  80:3
regulations 4:18
  113:6

related 64:15,16
relates 28:9
relating 114:1
relationship
  113:12 115:9
relationships 10:6
relative 115:7
relatively 81:1
  82:15 90:3
release 103:13
reliable 102:12
rely 29:24 109:12
remember 26:22
  31:16 53:10 67:9
  67:17 72:11 77:3
  77:9,16 90:9
  92:15 103:4,15,17
  104:20
remind 108:1
rep 27:3
repeatedly 107:5
rephrase 7:8
  81:20
replicate 17:15
replicates 11:9
replicating 11:2
replication 11:14
report 27:2 34:12
  35:1,17 36:18
  38:15 39:12,21
  42:1 113:13
reported 23:14
  98:16
reporter 4:20 5:13
  82:10 83:19 92:2
  113:1,3,7,10,24,25
reporting 4:19
  34:13 35:10 36:4
  53:8 113:6,19
reports 32:3 39:22
  40:22 41:16,17,22

53:8 54:16 101:8
**repository**  114:2
**represent**  5:7,23
  62:1 66:24
**representations**
  113:4
**representative**
  78:7
**representatives**
  77:11 78:4
**required**  22:18
**research**  36:6
**reservations**
  108:11
**residency**  7:21
  9:17
**resident**  9:19
**respect**  14:7 15:13
  15:20 17:22 22:16
  24:15 36:6 45:15
  45:17 48:18 55:16
  55:20 57:6,23
  63:12 69:10 87:20
  107:1
**respected**  73:9,17
  87:11,18 110:14
**respecting**  104:25
**results**  2:16 66:12
  66:16
**resume**  43:2
**return**  96:22
  101:2
**review**  34:6,9
  37:14 53:7 113:2
**reviewed**  32:3
  37:6
**reviewing**  72:7
**revisit**  86:23
**rid**  53:1
**right**  6:6,10,25
  10:11,11 11:10,15

14:11 15:1,2,10
17:1 18:5,19,23,23
20:21,21 21:9
23:3 26:7 27:10
27:11,11,19 28:2,6
29:3,20 30:22,22
31:20,20 32:1
34:1 35:4,7,15
36:8,14,14 37:3
38:16 39:4 40:4
41:6,15 42:11,13
43:14 49:18 50:19
51:6,12 52:11,13
52:19,23 56:14
58:9 59:19 61:3
62:3,13,16,19,24
63:14 66:19 67:8
67:23 68:1,5,12,24
68:25 69:13,19
70:22 71:1,6,13,18
71:25 72:1 73:9
73:16 74:3,8,17
75:23 76:9 77:18
78:11 81:7,11
83:10,13,22 87:18
87:20 90:18 91:16
91:21 92:1 96:1
99:4,5,6 101:11
102:11 103:6,7
104:9 105:1,23
109:2,9 110:14
111:7,8,9
**rings**  72:4
**risk**  22:24 52:3,14
  54:4 55:10 63:4
  63:10,16,18 64:1,5
  64:9 76:22 82:1
  82:15 86:5,12,14
  87:5,22 90:1,7,17
  104:3 110:4

**risks**  22:19,21
  23:16 28:20,22
  54:1 68:15 71:19
  76:14 86:10,13
  107:7
**robyn**  1:18 115:19
**role**  41:11 93:7
**roll**  39:5
**room**  6:22
**root**  47:16
**rough**  9:1
**rpr**  1:18 115:19
**rules**  4:17 113:5
**run**  37:3
**ruth**  106:2

**s**

**s.a.**  1:6,7
**sail**  24:7
**sales**  27:3 77:11
  78:4,7
**san**  4:7
**sandy**  1:17
**sanofi**  1:6,6 5:9,23
  78:4 98:20 99:12
**sarcoma**  12:23
**save**  73:23
**saved**  78:12
**saw**  19:8,8 46:3
  77:8 111:7
**saying**  12:25 64:11
  97:15 110:3
**says**  36:10 46:18
  47:11 48:7 49:15
  73:8 84:25 94:8
  94:11 96:3,18
  99:18 105:1
  106:10
**scale**  82:14
**scalp**  32:24
**scan**  60:3 64:7

**scary**  51:6
**school**  7:19 8:1
  88:8
**science**  10:4,6,12
  17:6
**scientific**  12:13
**scientist**  38:4
**screening**  53:15
**second**  9:22 44:6
  44:14 61:20 68:3
  68:20 72:25 95:23
  96:15 107:18,20
**section**  113:7
**sections**  113:8
**see**  8:5,6,20 22:9
  28:22 34:11 36:23
  37:20 44:7 46:5
  46:17,18 47:6
  51:21 52:20,23
  53:7 59:19 66:11
  70:1,17 71:11
  73:1 80:22 88:21
  94:8 95:23 96:3,9
  96:15,18 97:16
  98:10 99:18
  100:15,24 109:1
**seek**  69:22,25
**seen**  21:6 22:8
  24:6,8 26:8 29:16
  50:10 55:19 58:18
  58:22 59:12,16
  79:4 87:5 92:10
  97:6,14
**self**  80:11
**sense**  8:11 55:8
  76:24 106:4
  108:18
**sent**  60:2 77:5,6
**separate**  23:5
**serious**  107:24

**seriously** 31:1
**serve** 115:13
**services** 113:19
**set** 29:4 110:7
**setting** 43:13 89:2
 89:8 107:8,10
**seven** 15:5
**severe** 2:11 39:15
**severity** 24:12
**shah** 1:12 5:6,15
 5:21,22 31:14
 46:12 112:9
**share** 106:8
**shared** 90:24
 94:21
**sheet** 97:17
**shefali** 1:12 5:6,15
 5:21 112:9
**shifted** 16:13
**shook** 4:11
**short** 32:1
**show** 33:15 38:22
 56:22 58:15 63:15
 63:16 64:1 70:6
 72:16 83:4 91:23
 102:1
**shows** 32:3 62:9
 62:21 63:4,12
**sic** 13:17 88:11
**sick** 79:16
**side** 10:8 21:3,7,10
 23:25 25:6 28:3,4
 28:8,15,19 36:24
 40:18 45:15,17,23
 55:20 60:25 67:10
 71:19,25 74:12
 77:7 79:15 84:18
 89:13 94:13 95:20
 95:24 96:15 97:3
 98:12

**signature** 112:17
 115:18
**significant** 55:20
 63:2
**silly** 50:15
**similarities** 21:1
**simply** 111:11
**single** 110:21
 111:17
**sir** 95:5 96:6
**site** 98:15
**sites** 100:5,6,6
**six** 27:20 73:4,12
 105:9,16,25 106:2
**skin** 10:23
**sleeves** 39:5
**small** 63:1 102:19
**society** 29:10
 75:21 94:4
**solely** 113:15
 115:11
**somebody** 42:15
 45:13 50:13 65:22
**somewhat** 80:7
**soon** 46:13
**soreness** 60:23
**sorry** 8:14 12:22
 13:18 27:18 33:22
 35:13,16,19 39:11
 47:2 56:19 57:11
 60:12 65:25 83:16
 100:20,21
**sort** 67:5 71:5 72:7
 78:24 80:3,14,15
 81:5 89:12 91:1
 91:10 110:11
**sound** 15:1
**sounds** 15:2
**source** 29:13
 30:23 102:13

**sources** 29:4,7
 77:4 93:22,24
 94:1,5
**speak** 111:25
**speaking** 12:3,6
**specialty** 13:7
**specific** 13:3 15:11
 15:20 105:24
 113:21
**specifically** 80:13
 113:5
**specifics** 42:12
**speed** 84:17
**spend** 6:8
**spending** 51:3
**spoken** 6:23
**springs** 1:17
**squared** 64:9
**staff** 6:18
**stage** 2:10 44:16
 44:21 45:7,11
 81:7 86:13 89:7
 106:16 107:8
**stand** 56:18
**standard** 17:19
 18:3,20 43:12
 45:18,20 48:7
 51:17 73:5 85:10
 85:13 88:3,14
 109:16 110:18
 111:1,19
**start** 10:20 11:19
 43:5 44:14 46:4
 46:13 47:17,22
 48:2 79:13,17
 112:4
**started** 103:7
 109:2 111:6,16
 112:2
**starting** 9:17

**starts** 11:2 39:14
 108:10
**state** 5:20 113:10
 115:2
**stated** 46:2 115:4
**statement** 4:19
**statements** 50:7
**states** 1:1 47:8
 98:12 101:1
**stay** 101:18
**steve** 49:17
**stick** 87:23 105:7
**stickers** 58:20
**stigmatizing** 80:7
**stop** 29:2 56:9
 73:13 106:1
**stopped** 41:8
 57:24 59:17 68:21
**straight** 84:16
**strike** 20:15
**string** 2:15
**strong** 87:23
**strongly** 69:18
 87:24
**studies** 62:11
**study** 2:7 33:16,20
 34:5,12 37:17
 110:20 111:18
**subcontractor**
 113:11,16 115:12
**subjective** 73:1
**submitted** 4:20
 113:24,25
**substantial** 32:24
**success** 11:23
 20:19 31:12
**suffer** 94:16
**suffered** 79:1
**sugar** 54:19
**suggested** 69:17
 92:12

**suite** 4:6
**summer** 42:7
  59:21
**support** 33:17
**suppose** 29:9
**supposed** 36:1
**sure** 6:3 7:14 9:12
  15:23 23:22 25:17
  26:9 29:11 30:21
  32:17 35:24 40:14
  42:18 44:4 46:21
  50:16 59:23 65:17
  66:6,18,25 75:19
  80:5,9 82:3 83:15
  95:23 101:19
**surgery** 10:9
  18:17 44:17,17,22
  44:24
**surprise** 36:22
  39:2 40:16
**surprising** 40:7,19
**survival** 14:5,5
  49:22 81:22 82:7
  82:8
**survivals** 82:25
**survive** 68:1
**swear** 5:13
**switched** 60:5,9
**sworn** 5:16
**synergy** 38:22
  63:10

**t**

**table** 61:21 62:9
**take** 5:23 6:17
  11:15,16 12:11,11
  18:24 19:5 24:4
  27:2 28:13 32:11
  34:6,6 37:14 38:5
  39:13 42:12 44:2
  44:2 73:7 82:4
  92:7 103:24

**takeaways** 37:20
**taken** 25:14 32:4
  115:4
**talk** 9:8,16 14:18
  18:23 23:24 28:3
  29:21 32:14 43:14
  68:13
**talked** 41:3 68:18
  80:16,20 89:12,17
  105:25 108:6,12
**talking** 8:13 20:23
  25:23 26:7 32:23
  32:25 33:4 36:22
  99:25 107:2
**talks** 53:14
**taxane** 10:17,19
  11:12 68:19
**taxanes** 11:20,24
  30:16
**taxol** 11:21 12:4
  14:15 20:24 22:20
  23:15 32:5 35:6
  36:18 62:16 85:16
**taxotere** 3:3,4
  11:21 12:4,24
  14:7,12 19:1 20:8
  20:24 21:12,20
  22:12 23:2,7,20
  26:20 28:9 30:17
  30:19 31:7,15
  35:20 37:21 64:22
  65:9 67:6 85:15
  85:19 90:6,16
  92:14 94:17 96:1
  97:3 98:3 101:7
  104:3 106:9
**tc** 19:3 102:21
**tch** 18:4,20 19:8
  27:14 31:10 43:11
  45:5 82:16 110:22

**tearing** 98:14
**telephone** 37:25
**tell** 7:11,15 8:18
  10:19,19 22:4
  25:7,10 27:2,22
  28:18 39:21 45:16
  48:15 79:7 90:5
  90:12 107:21
**tells** 49:2 106:3
**temporary** 79:1
  94:13 96:3,18
**tend** 21:11
**tends** 22:13 51:8
**term** 8:12 38:15
  67:10
**terms** 11:23 22:8,8
  22:20,21 26:8
  29:4 34:15 36:24
  38:23 40:10 62:6
  69:10 78:16 86:16
  91:15 113:16
  115:12
**terribly** 40:7
**testified** 5:17
  67:20
**testimony** 6:1
**texture** 24:20
**thank** 5:12 6:20
  33:21 37:12 63:24
  63:24 66:19 67:19
  72:23 82:13 95:6
  97:18 101:22
  109:22
**thanks** 39:17
  46:12 108:22
**therapies** 18:25
  53:24
**therapy** 2:13 46:4
  48:5,6,7 50:10,13
  51:14 53:2 54:20
  56:11 62:15 63:5

**63:6 65:8 86:13
  109:17
**thick** 57:25
**thickness** 34:16
**thin** 26:12
**thing** 10:10 27:4
  29:22 36:21 44:13
  44:14,15 76:10
  89:16 90:1 97:15
  97:24 109:24
  110:20
**things** 24:13 27:24
  63:25 80:23 84:17
  98:24
**think** 7:12 12:8
  16:6 29:5 33:6,6
  36:1,5 41:2 46:5
  49:15 50:12,14
  56:17 59:24 65:18
  66:2,15 67:8
  69:17 70:9 71:11
  76:20 78:17 84:17
  87:21 89:10 91:6
  92:1 94:2,24
  100:17 101:18,19
  106:15 110:6
  112:5,5
**thinking** 105:24
**thinner** 24:25
  25:15 57:9,16
**thinning** 25:5
  65:21,22 94:12
**third** 44:15 61:20
  94:7
**threatening** 28:9
  28:16
**three** 17:11 20:10
  21:20 75:16
  105:19
**time** 5:4 6:8,17 7:5
  12:6 13:5 16:13

25:3 30:15 42:20
42:23 47:13 49:14
50:24 51:3 52:6
57:21 60:5 61:6
61:10 69:20 73:23
79:5,20,23 81:15
88:15,24 90:4,16
90:23 92:13 93:3
93:19 99:8 101:12
102:24 103:19
104:2,19 110:17
111:3,5,13,15
112:7 113:22
**time's** 39:11
**times** 46:19 63:6
100:19
**timing** 112:1
**tingling** 53:8
**tired** 79:14
**title** 93:8
**today** 9:18 20:2
27:10,23 43:5
64:21 65:2,16
67:4,8 89:4 91:14
96:10 97:8 104:14
105:12,20,23
106:14 110:24
**today's** 96:12
112:8
**told** 26:20 27:23
30:19 104:8
**tolerate** 45:14
**tolerated** 22:13
**tomorrow** 48:3
**top** 76:20
**topic** 14:23
**total** 32:19 33:4
50:23 91:13 104:4
106:10
**totalis** 33:5

**totally** 23:11
**touch** 21:11
**tough** 79:13
**toxic** 29:1
**toxicities** 28:22
**toxicity** 56:6
**track** 13:15 52:20
55:2
**tracking** 55:5
**trained** 7:20
**training** 7:16 71:6
**transcript** 113:22
115:4,6
**transcripts** 113:22
114:1
**transient** 57:8
**transitioned** 60:19
**trastuzumab** 3:5
86:5 89:3,7
102:21 107:7
**treat** 8:20,25
**treated** 101:12
103:6
**treating** 11:24
14:8 72:1 99:9
105:15
**treatment** 12:14
28:19,23 52:7
53:6 57:21 67:18
67:21 68:4,5,9
69:10,21,22,25
71:3,19 72:13
74:1,11 80:8,16,19
80:24 82:17,21,22
83:2 91:16 93:3
95:11 96:22
102:23 103:7,13
103:21,22,25
106:23 108:14
110:3,7,12,16
111:2,4,5,7,16,22

112:2
**treatments** 49:10
95:18 106:12
**trial** 4:4 6:2
**tried** 92:15 105:5
**triple** 15:14,17
**true** 19:12,13
24:13,14 55:12
64:23,24 65:2,3,6
65:7 67:4 72:8
78:20,24 80:4,6,12
90:4,15 93:20
107:24 113:23
115:6
**truly** 105:13
**try** 7:8,12 19:22
49:24,25 66:24
68:19 69:10 105:3
106:25
**trying** 12:8 19:19
26:5 51:9,11
100:22
**tumor** 11:6,11,24
12:2,4 17:2 20:11
**tumors** 27:12
102:20
**turn** 72:25 80:14
94:7 98:4
**turned** 11:4
**tv** 76:8
**twice** 6:15,15
**two** 11:10 22:16
23:6 39:22 46:19
58:20 61:3 75:15
85:5 109:17
**type** 15:11,13
20:11 34:22 51:14
94:15
**types** 11:24 12:2,4
12:9 14:7 16:2
36:15

**typewriting** 115:5
**typical** 47:12
**typically** 40:3
45:16 48:23 52:16
83:3 100:11,13,19
105:22 107:11

**u**

**u.s.** 1:7
**uh** 12:16 13:22
24:3 27:16 36:20
56:7 83:11
**ultimate** 6:2
**umbrella** 75:8
**uncontrolled**
110:21 111:17
**underlying** 80:23
**underneath** 88:2
**understand** 5:24
6:3 23:13 24:11
31:24 32:19 36:17
42:5 50:16 70:21
71:10 78:4,8
91:20 97:11
**understanding**
38:21 93:16 94:15
97:2 101:5
**unique** 15:19
**united** 1:1
**university** 7:19,21
**unknown** 51:10
**unknowns** 65:10
**unusual** 15:8
**updated** 88:9
**uploaded** 114:2
**uptodate** 12:20
29:6 94:3
**use** 8:12 13:1 14:4
14:10,12,15 21:17
22:12 26:7 67:6
68:22 86:9 90:6
91:2 93:25 94:1,6

100:3,4,7 101:7
102:20 111:11
**useless**  11:5
**usually**  15:21
56:10

**v**

**vague**  72:10
**vaguely**  50:22
**validates**  29:17
**variability**  40:11
**variable**  27:25
33:6 47:14
**various**  11:24 77:4
**vast**  78:24 79:14
**verbatim**  113:13
**veritext**  113:11,19
**version**  84:1
**versus**  64:15
105:25 110:22
**vetted**  105:13
112:3
**video**  1:11 42:21
42:24 61:7,11
79:21,24 112:10
112:11
**videographer**  4:15
5:3,12 16:21
26:15 38:2 42:20
42:23 61:6,10
79:20,23 112:7
**videotaped**  5:5
112:9
**visit**  50:23 51:4,8
51:9,22 78:8
**visits**  15:5
**visual**  79:16
**vitae**  7:13
**vomiting**  98:13
**vs**  1:5

**w**

**wait**  46:24 51:21
85:24 104:22
**waived**  112:17
**walk**  43:25,25
**wander**  78:5
**want**  14:11,20,20
15:10 31:21 32:22
33:18 46:4,15
47:9 48:2,8,8
52:12 56:22 57:21
61:4,18 66:25
68:10,23 69:25
70:1,6 74:4 82:1
83:14 84:14,14
86:12 87:10 91:10
92:17 100:17
105:2 106:7,11,25
110:6
**wanted**  46:4 55:1
87:2
**wants**  47:17 106:1
**warning**  76:22,23
77:8
**waste**  83:16
**way**  13:17 21:5
22:25 23:1 28:21
38:25 44:6 64:10
100:9 109:13,14
110:12
**we've**  41:3,3 80:16
112:5,12
**weapon**  16:16
**wear**  57:15 58:1
**wearing**  57:5 59:5
59:13
**website**  2:22 3:3
29:6 70:17 95:10
95:17 96:12 97:12
**websites**  12:13

**weeds**  20:12
**week**  47:22 49:11
105:12
**weekly**  21:18
102:6,20 110:22
**weeks**  21:21
**weigh**  86:12
104:23
**weighing**  86:10
**welcome**  95:7
**went**  7:18,19
41:17 78:2,2
**west**  4:5
**whatsoever**  69:5
**white**  24:22
**wig**  57:5 58:16
59:5,13
**wigs**  57:10,13,15
58:1
**willing**  46:13
**wishes**  48:14,15
106:1 107:1
**withdraw**  99:9
**witness**  5:14 18:7
18:15 66:20 78:13
82:11 91:8 103:9
**witnesses**  113:25
**women**  2:10 9:10
32:4 33:7 78:25
79:4,10 80:2,6
**word**  13:23 14:1
94:12
**work**  17:7 20:8,10
23:2,11 50:10
**working**  79:15
93:2
**works**  14:2,4 18:1
22:25 23:1 56:6
**worried**  46:14
47:9

**worry**  18:13 52:17
**worse**  52:6,18,21
52:24 68:20
**worth**  80:11
**wrap**  64:18
**write**  72:15
**written**  4:19 45:22
**wrong**  33:22 47:2
93:6
**wrote**  53:12

**y**

**yeah**  12:22 13:1,1
15:16 16:18,18
18:13 22:11 24:21
26:7 27:7 31:14
32:21,22 35:17
39:2 40:24 41:1
42:19,19 44:5,12
44:12 48:23 50:18
51:7 55:3 56:15
56:16,16 58:10,20
59:4 61:23 64:13
65:22 66:4 70:9
76:25 77:24 78:1
88:12,12 92:3,15
101:21 102:25
103:9 106:5
111:24 112:6
**year**  2:6 9:21 34:5
34:12 38:13 77:25
78:1,2,2 98:5
105:16,24 107:7
**years**  8:5 9:20,25
10:14 25:12 29:12
30:17,20 31:16
41:7 59:17 82:7,9
82:9,10 105:19
**young**  81:1,15
86:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| JACQUELINE MILLS _____, | : : | FIRST AMENDED COMPLANT & JURY DEMAND |
| Plaintiff(s), SANOFI S.A.; AVENTIS PHARMA S.A.; vs. SANOFI US SERVICES INC. f/k/a SANOFI - AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S _____, | : : : : : : : : | Civil Action No.: 2:17-cv-02689 |
| Defendant(s). | : : | |

-------------------------------------------------------- :

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

   Jacqueline Mills _____

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Victor Mills _____

1

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

        _____

4.      Current State of Residence:   Georgia _____

5.      State in which Plaintiff(s) allege(s) injury:  Georgia _____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                [X]     A.      Sanofi S.A.

                [X]     B.      Aventis Pharma S.A.

                [X]     C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                [X]     D.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                [ ]     A.      Sandoz, Inc.

                [ ]     B.      Accord Healthcare, Inc.

                [ ]     C.      McKesson Corporation d/b/a McKesson Packaging

                [ ]     D.      Hospira Worldwide Inc.

                [ ]     E.      Hospira Inc

                [ ]     F.      Sun Pharma Global FZE

                [ ]     G.      Sun Pharma Global Inc.

                [ ]     H.      Caraco Pharmaceutical Laboratories Ltd.

                [ ]     I.      Pfizer Inc.

                [ ]     J.      Allergan Finance LLC f/k/a Actavis Inc.

                [ ]     K.      Actavis Pharma Inc.

☐    L.    Other:

7.    Basis for Jurisdiction:

    ☒    Diversity of Citizenship

    ☒    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

        In accordance with this Court's Pretrial Order Nos. 4 (Dkt. 122), and 37 (Dkt. 318), this case may be directly filed into MDL 2740.

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

    Northern District of Georgia

9.    Brand Product(s) used by Plaintiff (check applicable):

    ☐    A.    Taxotere

    ☐    B.    Docefrez

    ☐    C.    Docetaxel Injection

    ☒    D.    Docetaxel Injection Concentrate

    ☐    E.    Unknown

    ☐    F.    Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Approximately on or around January 6, 2015 -
> Approximately on or around March 31, 2015.

11.     State in which Product(s) identified in question 9 was/were administered:

> Georgia

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia beginning approximately
> September 2015 and continuing to date.

13.     Counts in Master Complaint brought by Plaintiff(s):

[X]     Count I – Strict Products Liability - Failure to Warn
[X]     Count II – Strict Products Liability for Misrepresentation
[X]     Count III – Negligence
[X]     Count IV – Negligent Misrepresentation
[X]     Count V – Fraudulent Misrepresentation
[X]     Count VI – Fraudulent Concealment
[X]     Count VII – Fraud and Deceit
[X]     Count VIII – Breach of Express Warranty (Sanofi Defendants only)

[ ]     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

John H. Gomez (CA Bar #171485) T.A.
Ahmed S. Diab (CA Bar #262319)
Lindsay R. Stevens (CA Bar #256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
john@thegomezfirm.com
adiab@thegomezfirm.com
lstevens@thegomezfirm.com

# EXHIBIT 6

**Winthrop**
A SANOFI COMPANY

MENU

The same quality, reliability and commitment you've come to expect from Sanofi are now available from Winthrop US authorized generics.

Featured Authorized Generics

Get information about our authorized generics, including product details like strength, packaging, important safety information and more.

SEE ALL OF OUR PRODUCTS ▾



Enoxaparin Sodium Injection

**Brand Equivalent:** Lovenox® (enoxaparin sodium injection)

VIEW THE DETAILS ▾



Leflunomide Tablets

**Brand Equivalent:** Arava® (leflunomide) tablets

VIEW THE DETAILS ▾



Sevelamer Carbonate Powder Packets

VIEW THE DETAILS +

## Winthrop US: Transforming the Generics Market

Devoted to product excellence among truly identical authorized generics.

Winthrop US is a Sanofi company dedicated to delivering brand-equal authorized generics of Sanofi products. From the inactive ingredients to the manufacturing process, our products are identical to the brand name products of Sanofi. Quality, affordability, and service are the foundation of our relationship with patients and those that serve them.

LEARN MORE ABOUT AUTHORIZED GENERICS    +

This site is intended for use by US Healthcare Professionals Only.
SAUS.SA.16.01.2733 Last Updated March 2016

Winthrop US, a business of Sanofi US © 2016 sanofi-aventis U.S. LLC. All rights reserved.
Legal Disclaimer Information | Privacy Policy | Contact Us

SANOFI

# EXHIBIT 7

# Patient Counseling Information Section of Labeling for Human Prescription Drug and Biological Products — Content and Format

# Guidance for Industry

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**

**December 2014**
**Labeling**

# Patient Counseling Information Section of Labeling for Human Prescription Drug and Biological Products — Content and Format

# Guidance for Industry

*Additional copies are available from:*

*Office of Communications, Division of Drug Information*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*10001 New Hampshire Ave., Hillandale Bldg., 4th Floor*
*Silver Spring, MD 20993*
*Phone: 855-543-3784 or 301-796-3400; Fax: 301-431-6353*
*Email: druginfo@fda.hhs.gov*
*http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/default.htm*

*and/or*

*Office of Communication, Outreach and Development*
*Center for Biologics Evaluation and Research*
*Food and Drug Administration*
*10903 New Hampshire Ave., Bldg. 71, Room 3128*
*Silver Spring, MD 20993*
*Phone: 800-835-4709 or 240-402-7800*
*Email: ocod@fda.hhs.gov*
*http://www.fda.gov/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/default.htm*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**

**December 2014**
**Labeling**

*Contains Nonbinding Recommendations*

## TABLE OF CONTENTS

I.  INTRODUCTION........................................................................................................1

II. BACKGROUND .........................................................................................................2

III. CONTENT ...................................................................................................................3

   A.  Reference to FDA-Approved Patient Labeling .......................................................3

   B.  Counseling Topics ....................................................................................................4

      1. Presentation of the Information ...........................................................................4
      2. Types of Information to Consider for Inclusion...................................................5

   C.  Information Not to Include ........................................................................................8

IV. FORMAT .....................................................................................................................9

   A.  Subheadings...............................................................................................................9

   B.  Cross-Referencing.....................................................................................................9

   C.  Appending FDA-Approved Patient Labeling............................................................9

# Patient Counseling Information Section of Labeling for Human Prescription Drug and Biological Products — Content and Format

## Guidance for Industry[1]

> This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the FDA staff responsible for implementing this guidance. If you cannot identify the appropriate FDA staff, call the appropriate number listed on the title page of this guidance.

## I.   INTRODUCTION

This guidance is intended to assist applicants in developing the PATIENT COUNSELING INFORMATION section of labeling required under § 201.57(c)(18) (21 CFR 201.57(c)(18)). [2] The recommendations in this guidance are intended to help ensure that this section of labeling is clear, useful, informative, and to the extent possible, consistent in content and format.

This guidance is intended to assist applicants with the following:

- How to decide what topics to include in the PATIENT COUNSELING INFORMATION section

- How to present information in the PATIENT COUNSELING INFORMATION section

- How to organize the PATIENT COUNSELING INFORMATION section

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited. The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

---

[1] This guidance has been prepared by the Office of Medical Policy in the Center for Drug Evaluation and Research (CDER) in cooperation with the Center for Biologics Evaluation and Research (CBER) at the Food and Drug Administration.

[2] This guidance applies to drugs, including biological products. For the purposes of this guidance, *drug product or drug* will be used to refer to human prescription drug and biological products that are regulated as drugs.

*Contains Nonbinding Recommendations*

## II.    BACKGROUND

On January 24, 2006, FDA published a final rule that amended the requirements for the content and format of labeling for human prescription drug and biological products (commonly referred to as the *physician labeling rule* (PLR)).[3]  This rule created a new required section in labeling entitled PATIENT COUNSELING INFORMATION (§ 201.57(c)(18)).  The PATIENT COUNSELING INFORMATION section summarizes the information that a health care provider should convey to a patient (or caregiver when applicable) when a counseling discussion is taking place (e.g., a physician prescribing a drug during an office visit, a nurse providing discharge instructions at a hospital, or a pharmacist conveying information at a pharmacy).  Under § 201.57(c)(18), the PATIENT COUNSELING INFORMATION section of labeling must contain the following:

- Information necessary for patients to use the drug safely and effectively.

- If applicable, reference to FDA-approved patient labeling; the full text of such patient labeling must be reprinted immediately following the full prescribing information (FPI) or, alternatively, accompany the prescribing information.

Before FDA published the final rule, labeling regulations required that any information necessary for patients to use the drug safely and effectively be presented under *Information for Patients*, a subsection of the PRECAUTIONS section of *old format* labeling.[4]  By requiring a dedicated section for such information in the PLR format, FDA recognized the importance of health care providers' counseling of patients.  As labeling in the *old format* is converted to the PLR format in accordance with the implementation schedule under 21 CFR 201.56(c), applicants with labeling that did not include an *Information for Patients* subsection must develop a PATIENT COUNSELING INFORMATION section unless the section is clearly inapplicable and omitted under § 201.56(d)(4) (21 CFR 201.56(d)(4)) (see section III of this guidance).

Because regulatory requirements for the PATIENT COUNSELING INFORMATION section are broadly worded and many different presentations have been used in labeling approved in PLR format, this guidance seeks to (1) provide recommendations on how to select information to include and (2) bring greater consistency to the content and format of the PATIENT COUNSELING INFORMATION section.

---

[3] See the final rule "Requirements on Content and Format of Labeling for Human Prescription Drug and Biological Products" (71 FR 3922, January 24, 2006).  This rule is commonly referred to as the *physician labeling rule* (PLR) because it addresses prescription drug labeling that is used by prescribers and other health care professionals.  The requirements are found at 21 CFR 201.56 and 201.57.

[4] Prescription drug products not described under § 201.56(b)(1) are not subject to § 201.57(c)(18), but are subject to 21 CFR 201.80(f)(2) addressing the *Information for Patients* subsection. The term *old format* refers to labeling that meets the requirements at 21 CFR 201.56(e) and 201.80.

*Contains Nonbinding Recommendations*

## III.   CONTENT

The PATIENT COUNSELING INFORMATION section is written for use by a health care provider to identify topics for a counseling discussion with the patient.  Therefore, the content and presentation of information in the PATIENT COUNSELING INFORMATION section typically will differ from those in FDA-approved patient labeling (e.g., Patient Package Inserts, Medication Guides, and Instructions for Use).  The PATIENT COUNSELING INFORMATION section should contain the most important information for providers to convey to patients for the safe and effective use of a drug.  Consequently, all topics presented in the PATIENT COUNSELING INFORMATION section should typically be included in any FDA-approved patient labeling. Information in the PATIENT COUNSELING INFORMATION section and any FDA-approved patient labeling, along with the provider-patient conversation, are essential and complementary components for the safe and effective use of prescription drugs.

The intent of the PATIENT COUNSELING INFORMATION section is to identify topics for counseling discussions between health care providers and patients after a prescribing decision has been made.  Other sections of the labeling contain the detailed information used by prescribers to fully assess the risks and benefits of a drug for an individual patient.

The PATIENT COUNSELING INFORMATION section is required in all labeling subject to § 201.57, including for drugs used in an inpatient setting or other health care setting, such as a clinic or a physician's office.  In extremely rare circumstances, the section may be omitted if its inclusion would be clearly inapplicable (e.g., labeling for standard intravenous fluids) as allowed under§ 201.56(d)(4).

Requirements and recommendations for the content of the PATIENT COUNSELING INFORMATION section are presented below in sections III.A through C.

### A.   Reference to FDA-Approved Patient Labeling

Under § 201.57(c)(18), if a product has FDA-approved patient labeling (e.g., Patient Package Insert, Medication Guide, and Instructions for Use), such labeling must be referenced in the PATIENT COUNSELING INFORMATION section.  The reference to patient labeling informs health care providers of the existence of approved patient labeling and should direct them to advise patients to read such labeling.

The reference statement should appear first in the PATIENT COUNSELING INFORMATION section and identify the type(s) of FDA-approved patient labeling.  Recommended language for the reference statement includes:

- Advise the patient to read the FDA-approved patient labeling (Patient Information).[5]

- Advise the patient to read the FDA-approved patient labeling (Instructions for Use).

---

[5] In this reference statement, *Patient Information* is used instead of *Patient Package Insert* because *Patient Information* more clearly identifies the purpose of and audience for the information and is generally used as the title of the FDA-approved patient labeling that is appended to the end of the FPI.

*Contains Nonbinding Recommendations*

- Advise the patient to read the FDA-approved patient labeling (Patient Information and Instructions for Use).

- Advise the patient to read the FDA-approved patient labeling (Medication Guide).

- Advise the patient to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

If counseling for a particular product is typically directed to a caregiver rather than the patient, the statements can be modified accordingly.

### B.    Counseling Topics

Information in the PATIENT COUNSELING INFORMATION section typically focuses on major risks of the drug and, when appropriate, how the patient may mitigate or manage these risks. This section should also include, when appropriate, other patient-focused information relevant for providers to convey, such as critical administration instructions or unique storage and handling instructions. In addition, there may be other information that is important for the health care provider to convey to the patient, such as a common drug effect that does not pose a risk to patients but could be important because it may be worrisome or potentially affect compliance (e.g., cough from the use of angiotensin-converting enzyme inhibitors).

Not every risk discussed in labeling will always be included in the PATIENT COUNSELING INFORMATION section, and those present in the PATIENT COUNSELING INFORMATION section will typically be serious or otherwise clinically significant. Only those topics critical for safe and effective use of the drug and appropriate for a provider-patient discussion should be included. These would typically include the most important risks about which patients should be informed and those for which a patient may need to do something actionable (e.g., contact the prescriber, immediately discontinue the drug, or seek emergency medical care). Topics presented elsewhere in labeling that provide information relevant only for the prescriber or other health care provider should typically not appear in the PATIENT COUNSELING INFORMATION section. Examples include information pertinent to proper patient selection, an explanation of the interpretation of laboratory results, or issues related to proper drug administration in an inpatient setting.

#### 1.    *Presentation of the Information*

The PATIENT COUNSELING INFORMATION section should summarize each topic to facilitate discussion between a health care provider and a patient and should include the level of detail appropriate for a counseling discussion. This focus and level of detail is typically not the same as the discussion of the related topic or risk described elsewhere in the FPI. The information in the PATIENT COUNSELING INFORMATION section should not be presented simply as a list of risks from use of the drug, nor should the information be a repeat of entire paragraphs from elsewhere in the labeling. Only in very rare instances will an entirely new

*Contains Nonbinding Recommendations*

concept be included in the PATIENT COUNSELING INFORMATION section that does not have a related discussion elsewhere in labeling.

Consistent with the approach used for other sections of labeling (e.g., BOXED WARNING, WARNINGS AND PRECAUTIONS), information in the PATIENT COUNSELING INFORMATION section should be ordered by the relative clinical significance of the information, with the most important topics applicable to the patient appearing first.  For this reason the topics presented may or may not reflect the order in which they first appear overall in the FPI (i.e., within the PATIENT COUNSELING INFORMATION section, a topic from the WARNINGS AND PRECAUTIONS section may appear before a topic from the DOSAGE AND ADMINISTRATION section).

Information in the PATIENT COUNSELING INFORMATION section should typically be presented using active voice (e.g., "Advise the patient to…") rather than passive voice (e.g., "Patients should be advised to…") to provide clearer directives to the reader.

   2.   *Types of Information to Consider for Inclusion*

        a.   Important adverse reactions and other risks

The PATIENT COUNSELING INFORMATION section summarizes important adverse reactions and other risks to convey to patients.  Information should typically include, as appropriate, the identification of the risk, management recommendations that are pertinent to patients, self-monitoring information, and information on when to contact a health care provider, seek emergency help, or discontinue the drug.  For example:

        Serious Allergic Reactions
        Advise the patient to discontinue DRUG-X and seek immediate medical attention
        if any signs or symptoms of a hypersensitivity reaction occur *[see Warnings and
        Precautions (5.X)]*.

A listing of the most common adverse reactions should not be included in the PATIENT COUNSELING INFORMATION section.  However, an individual common adverse reaction should be included if it is among the most important adverse reactions applicable to the patient (e.g., appears in WARNINGS AND PRECAUTIONS) or the risk of its occurrence is important to convey to a patient (e.g., urine discoloration from use of rifampin).

        b.   Contraindications

Although contraindications are essential for informing prescribing decisions, most are typically not appropriate for a patient counseling discussion that occurs once a prescribing decision has been made.  Some contraindications, however, may warrant inclusion in the PATIENT COUNSELING INFORMATION section for conditions that may develop after starting drug therapy (e.g., development of an acute infection).

*Contains Nonbinding Recommendations*

      c.      Drug interactions

Interactions or effects from other drugs or foods should be included in the PATIENT
COUNSELING INFORMATION section if they concern an important risk (e.g., are mentioned
in the BOXED WARNING, CONTRAINDICATIONS, or WARNINGS AND PRECAUTIONS
sections).  Additionally, an interaction should be included if coadministration could be initiated
by the patient (e.g., an interaction with food or an over-the-counter drug or dietary supplement).
A complete listing of known drug interactions should typically not be included in the PATIENT
COUNSELING INFORMATION section because the decision to coadminister two prescription
drugs generally rests with the provider at the time of prescribing.

In rare cases, a drug may have multiple serious drug interactions (e.g., warfarin or certain
antiretroviral drugs) that would warrant a broadly worded recommendation in the PATIENT
COUNSELING INFORMATION section to inform patients of the overall risk.  A cross-
reference would direct the health care provider to the more detailed discussion elsewhere in
labeling.

      d.      Information on use in pediatric patients, pregnancy, and lactation

Consistent with the approach taken for drug interactions, include a discussion of the risks of a
drug in pediatric patients, pregnancy, or during lactation should be included in the PATIENT
COUNSELING INFORMATION section if the information concerns an important risk (e.g., is
mentioned in the BOXED WARNING, CONTRAINDICATIONS, or WARNINGS AND
PRECAUTIONS sections).  If the drug has no such risk, general advice on the use of drugs in
pediatric patients or during pregnancy or lactation (e.g., "Advise a female patient to inform the
prescriber if she is pregnant or planning to become pregnant") should not be included in the
PATIENT COUNSELING INFORMATION section (see Section III.C. Information Not to
Include).

Additionally, if there is a pregnancy exposure registry mentioned in the *Pregnancy* subsection of
the USE IN SPECIFIC POPULATIONS section, the availability of the registry should be
included in the PATIENT COUNSELING INFORMATION section, with a cross-reference to
the *Pregnancy* subsection where the contact information necessary to enroll may be found.

      e.      Information on preparation and administration

Full details on proper preparation and administration of a drug should typically appear in the
DOSAGE AND ADMINISTRATION section, whereas the PATIENT COUNSELING
INFORMATION section should summarize the most important points relevant to a counseling
conversation.  For example:

        Importance of Second Application
        Inform the patient that the second application of DRUG-X is necessary to kill any
        live lice that hatch following the initial treatment *[see Dosage and Administration
        (2.X)]*.

*Contains Nonbinding Recommendations*

In general, the PATIENT COUNSELING INFORMATION section should not include typical dosage regimen information (e.g., instructions to take one 30 mg tablet every 12 hours) for drugs that are self-administered by the patient.  However, pertinent advice on how to self-administer should be briefly summarized if there are specific instructions for administration that need to be followed so that the drug is used safely and effectively. Specific information may include instructions to take the drug with a high-fat meal or on an atypical dosing schedule (e.g., tapered dosing of prednisone).  For example:

> Administration Instructions
> Advise the patient to swallow DRUG-X capsules intact and not to open, chew, or crush the capsules.  Inform the patient that the nonabsorbable DRUG-X capsule shell may be visible in the stool.

If a product has FDA-approved patient labeling that includes details on self-administration (e.g., Instructions for Use), the detailed information should not be repeated verbatim in the PATIENT COUNSELING INFORMATION section.  The reference statement appearing at the beginning of the PATIENT COUNSELING INFORMATION section directs health care providers to advise patients to read the FDA-approved patient labeling.

For self-administered injectable drugs, information regarding proper sharps disposal will typically be included in the FDA-approved Instructions for Use.  The PATIENT COUNSELING INFORMATION section should include a statement directing providers to advise patients to follow sharps disposal recommendations,[6] but should not summarize or repeat the information found in the Instructions for Use.

> f.     Products with restricted distribution as a component of a Risk Evaluation and Mitigation Strategies (REMS) program

Reference the to the existence of a REMS program that includes restricted distribution should be included in the PATIENT COUNSELING INFORMATION section along with a brief description of only those program elements that directly impact the patient (e.g., a requirement to enroll in the program or the availability of the drug only from pharmacies participating in the program).  If no elements of restricted distribution directly impact patients, information regarding the REMS program should not appear in the PATIENT COUNSELING INFORMATION section.

> g.     Instructions related to storage and handling

In rare cases, there may be important, atypical storage or handling information appropriate for a provider-patient discussion that should be included in the PATIENT COUNSELING INFORMATION section. For example:

---

[6] Information about safe disposal of needles and other sharps outside of health care settings is available on the Internet at
http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/HomeHealthandConsumer/ConsumerProducts/Sharps/default.htm.

*Contains Nonbinding Recommendations*

Handling Instructions
Advise the patient that females of reproductive potential should not handle broken or crushed DRUG-X tablets because DRUG-X may cause harm to a male fetus *[see Warnings and Precautions (5.X)]*.

As with preparation and administration instructions, the same topics may be discussed in the PATIENT COUNSELING INFORMATION section, the HOW SUPPLIED/STORAGE AND HANDLING section, and in the FDA-approved patient labeling regarding proper storage and handling, but the focus of the discussion should reflect the intent of the section of labeling in which the information resides.

> h. Additional requirements

Certain products have additional, specific requirements for the PATIENT COUNSELING INFORMATION section based on the product's therapeutic or pharmacologic class (e.g., 21 CFR 201.24(d) for systemic antibacterial drug products).

## C. Information Not to Include

Not all information related to use of a drug should be included in the PATIENT COUNSELING INFORMATION section. The PATIENT COUNSELING INFORMATION section is intended to facilitate the provider-patient discussion, but is not intended to serve as a script for the provider.

Examples of information that should generally ***not*** be included in the PATIENT COUNSELING INFORMATION section include the following:

- Indication or use of a drug

- General recommendations lacking context that would be considered a standard component of any provider-patient discussion (e.g., "Discuss the risks and benefits of DRUG-X")

- General advice that could apply to any drug (e.g., "Instruct the patient to keep DRUG-X out of reach of children") unless particularly relevant for an individual product (e.g., the need to keep opioid-containing patches away from children and pets)

- Information that informs prescribing decisions (e.g., "DRUG-X is contraindicated in patients with a history of thromboembolic events")

- Routine administration or storage and handling information that would typically be conveyed to the patient at the time of dispensing (e.g., the need to shake an oral suspension before use or to store it in the refrigerator at home)

*Contains Nonbinding Recommendations*

- Definitions or descriptions of medical terminology (e.g., a listing of signs and symptoms of neuroleptic malignant syndrome, a potential serious adverse reaction from the use of antipsychotic drugs) that need not be explained to a health care provider audience

- Graphics (e.g., illustrations or pictures related to administration)

## IV.   FORMAT

The PATIENT COUNSELING INFORMATION section is subject to the applicable formatting requirements under §§ 201.56(d) and 201.57(d).  Additional recommendations are presented below in sections IV.A through C.

### A.   Subheadings

Following the required reference to any FDA-approved patient labeling, information in the PATIENT COUNSELING INFORMATION section should be presented in a consistent format that enhances its readability and usefulness.  The use of subheadings to organize and differentiate topics within the PATIENT COUNSELING INFORMATION section is recommended because they allow the reader to quickly identify the major concepts.  Subheading titles should clearly identify the focus of each discussion (e.g., <u>Acute Hepatic Failure</u> rather than simply <u>Hepatic</u>), and a consistent formatting of the subheading titles (e.g., underlining or italicizing) is recommended.

Because the content presented about each topic is generally one or two short statements, numbered subsections (e.g., 17.1, 17.2) are typically unnecessary and are not recommended. Moreover, numbered subsections cause unnecessary length and clutter in both the PATIENT COUNSELING INFORMATION and in Contents (§ 201.57(b)) and may be redundant with subsection titles elsewhere in the labeling (e.g., the WARNINGS AND PRECAUTIONS section).

### B.   Cross-Referencing

Because information under the PATIENT COUNSELING INFORMATION section typically summarizes information presented elsewhere in the labeling, cross-referencing should be used to direct the reader to the more detailed discussion.  If, however, the other section of the labeling where the related topic is discussed contains no more information than appears in the PATIENT COUNSELING INFORMATION section, no cross-reference is necessary.

### C.   Appending FDA-Approved Patient Labeling

If FDA-approved patient labeling immediately follows the FPI, the FDA-approved patient labeling should not be assigned a subsection number and should instead be separated from the FPI by other formatting techniques (e.g., a horizontal line or page break).

# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
*Jacqueline Mills v. Sanofi U.S. Services, Inc. et al.*
**Case No. 17-2689**

**DECLARATION OF JACQUELINE MILLS IN SUPPORT OF PLAINTIFFS'**
**RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AGAINST**
**PLAINTIFF JACQUELINE MILLS**

I, Jacqueline Mills, hereby declare:

1.      I am a Plaintiff in this litigation.  I have knowledge of the facts set forth in this declaration.  I submit this declaration in support of Plaintiffs' Opposition and Response to Defendants' Statement of Undisputed Facts in Support of Defendants Motion for Summary Judgment, and in support of Plaintiffs' Opposition to Defendants Motion for Summary Judgment Against Plaintiff Jacqueline Mills.

2.      My date of birth is July 11, 1952.  I was born in Atlanta Georgia.  I am currently 66 years of age, and I reside in Conyers, Georgia. I am currently married to my husband, Victor Mills.

3.      On October 3, 2014, I was diagnosed with breast cancer.

4.     My breast cancer diagnosis was Stage 1A, type PR-positive, ER-positive, and HER2 positive.  I understood my diagnosis to mean that I had "early stage" breast cancer.  I also understood that my cancer could be treated for cure.

5.     After my breast cancer diagnosis and in consulting with my treating physicians, I understood that there were several forms of treatment that I would undergo in order to combat my cancer, including: surgery, chemotherapy, radiation, Herceptin treatment, and long-term hormone therapy.

6.     Prior to November 10, 2014, I met with my treating surgical oncologist, Dr. Shelly Ahmann.  At that time, Dr. Ahmann presented me with my surgical options for treatment, including lumpectomy or mastectomy surgery.  I understood at that time that a lumpectomy surgery was a more conservative surgery than mastectomy.  After considering both options, I ultimately decided to undergo lumpectomy surgery.  My lumpectomy surgery took place on November 10, 2014.

7.     In December 2014, my oncologist, Dr. Shefali Shah, recommended six cycles of chemotherapy treatment to include Taxotere®/Docetaxel, Carboplatin, and Herceptin ("TCH").

8.     I understand that the label for Taxotere®/Docetaxel was approved by the Food and Drug Administration ("FDA") to be updated in December 2015. I understand that a revised label for Taxotere®/Docetaxel was implemented in January 2016.  I understand that the language on the Taxotere®/Docetaxel now reads, under "Patient Counseling Information": Explain to patients that side effects such as […] hair loss (cases of permanent hair loss have been reported) are associated with docetaxel administration."  Additionally, I understand that, under the "Patient Information" section of the current label, it states that the "most common side effects of Taxotere include:[…] hair loss: in most cases normal hair growth should return.  In some cases (frequency not known) permanent hair loss has been observed

9.      At the time that I first met with Dr. Shah in December 2014, I was concerned about ridding my body of cancer, as well as very concerned about the implications of cancer treatment – including chemotherapy.  I understood at that time that treatment with chemotherapy could mean that I would lose my hair temporarily.  The prospect of losing my hair, even temporarily, was very distressing to me.  In fact, the only question I remember asking Dr. Shah at our initial consultation was whether I would lose my hair as a result of chemotherapy.

10.     At no time prior to or during my treatment with Taxotere®/Docetaxel was I ever informed that I could experience permanent hair loss as a result of my chemotherapy treatment.

11.     If my oncologist, Dr. Shefali Shah, at the time of my initial chemotherapy consultation in December 2014 had counseled me regarding the risk of permanent hair loss associated with Taxotere®/Docetaxel, I would have requested to be informed about alternative effective chemotherapy treatments.  I would have declined Taxotere®/Docetaxel treatment and instead would have elected an alternative effective treatment in order to avoid the risk of permanent hair loss.

12.     During my treatment, I made many decisions regarding my health care and treatment plan.  I initially declined to have a port-a-cath placed for infusions and blood draws, in favor of using intravenous needle sticks.  However, after enduring the pain associated with blood draws, injections and chemotherapy infusions, I decided to go ahead and have a port-a-cath implanted in my chest to make these needle sticks more tolerable.  When I experienced neutropenic fevers, I sought out Neupogen injections and even had to give the injections to myself since physicians were not available to do so on weekends.  Additionally, despite my doctor prescribing six (6) cycles of chemotherapy treatment, I elected to cease my TCH chemotherapy treatment after

five cycles – in the hopes of improving my quality of life by avoiding further negative side effects of the chemotherapy.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.  Executed on February 26, 2019 at Conyers, Georgia.

*Plaintiff Jacqueline Mills*

# EXHIBIT 9



MENU

Search Mayo Clinic

Request an Appointment
Find a Doctor
Find a Job
Give Now

Log in to Patient Account

English

Patient Care & Health Information    Tests & Procedures

# Mastectomy

Request an
Appointment

About     Doctors & Departments

## Overview

Print             Advertisement

A mastectomy is surgery to remove all breast tissue from a breast as a way to treat or prevent breast cancer.

For those with early-stage breast cancer, a mastectomy may be one treatment option. Breast-conserving surgery (lumpectomy), in which only the tumor is removed from the breast, may be another option.

Deciding between a mastectomy and lumpectomy can be difficult. Both procedures are equally effective for preventing a recurrence of breast cancer. But a lumpectomy isn't an option for everyone with breast cancer, and others prefer to undergo a mastectomy.

Newer mastectomy techniques can preserve breast skin and allow for a more natural breast appearance following the procedure. This is also known as skin-sparing mastectomy.

Surgery to restore shape to your breast — called breast reconstruction — may be done at the same time as your mastectomy or during a second operation at a later date.



**Mastectomy**

During a total (simple) mastectomy, the surgeon removes the breast tissue, nipple, areola and skin. Other mastectomy procedures may leave some parts of the breast, such as the skin or the nipple. Surgery to create a new breast is optional and can be done at the same time as your mastectomy surgery or it can be done later.

Mayo Clinic does not endorse companies or products. Advertising revenue supports our nc for-profit mission.

**Advertising & Sponsorship**
Policy  |  Opportunities  |  Ad Choices

**Mayo Clinic Marketplace**

Check out these best-sellers and special o on books and newsletters from Mayo Clinic

The Mayo Clinic Diet Online — Eat well. E life. Lose weight.

4 Simple Steps to a Joy-Filled Life

Improve Your Hearing and Balance

Stop Osteoporosis in its Tracks

FREE TRIAL – Mayo Clinic Health Letter

## Why it's done

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 499 of 511

A mastectomy is used to remove all breast tissue if you have breast cancer
or are at very high risk of developing it. You may have a mastectomy to
remove one breast (unilateral mastectomy) or both breasts (bilateral
mastectomy).

## Mastectomy for breast cancer treatment

A mastectomy may be a treatment option for many types of breast cancer,
including:

- Ductal carcinoma in situ (DCIS), or noninvasive breast cancer
- Stages I and II (early-stage) breast cancer
- Stage III (locally advanced) breast cancer — after chemotherapy
- Inflammatory breast cancer — after chemotherapy
- Paget's disease of the breast
- Locally recurrent breast cancer

Your doctor may recommend a mastectomy instead of a lumpectomy plus
radiation if:

- You have two or more tumors in separate areas of the breast.
- You have widespread or malignant-appearing calcium deposits
  (microcalcifications) throughout the breast that have been determined
  to be cancer after a breast biopsy.
- You've previously had radiation treatment to the breast region and the
  breast cancer has recurred in the breast.
- You're pregnant and radiation creates an unacceptable risk to your
  unborn child.
- You've had a lumpectomy, but cancer is still present at the edges
  (margin) of the operated area and there is concern about cancer
  extending to elsewhere in the breast.
- You carry a gene mutation that gives you a high risk of developing a
  second cancer in your breast.
- You have a large tumor relative to the overall size of your breast. You
  may not have enough healthy tissue left after a lumpectomy to achieve
  an acceptable cosmetic result.
- You have a connective tissue disease, such as scleroderma or lupus,
  and may not tolerate the side effects of radiation to the skin.

## Mastectomy to prevent breast cancer

Advertisement



Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 500 of 511

You might also consider a mastectomy if you don't have breast cancer, but have a very high risk of developing the disease.

A preventive (prophylactic) or risk-reducing mastectomy involves removing both of your breasts and significantly reduces your risk of developing breast cancer in the future.

A prophylactic mastectomy is reserved for those with a very high risk of breast cancer, which is determined by a strong family history of breast cancer or the presence of certain genetic mutations that increase the risk of breast cancer.

**Request an Appointment at Mayo Clinic**

# Risks

Risks of a mastectomy include:

- Bleeding

- Infection

- Pain

- Swelling (lymphedema) in your arm if you have an axillary node dissection

- Formation of hard scar tissue at the surgical site

- Shoulder pain and stiffness

- Numbness, particularly under your arm, from lymph node removal

- Buildup of blood in the surgical site (hematoma)

# How you prepare

## Meet with your surgeon to discuss your options

Before your surgery, you'll meet with a surgeon and an anesthesiologist to discuss your operation, review your medical history and determine the plan for your anesthesia.

This is a good time to ask questions and to make sure you understand the procedure, including the reasons for and risks of the surgery.

One issue to discuss is whether you'll have breast reconstruction and when.

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 501 of 511

One option may be to have the reconstruction done immediately after your mastectomy, while you're still anesthetized.

Breast reconstruction may involve:

- Using breast expanders with saline or silicone implants
- Using your body's own tissue (autologous tissue reconstruction)
- Using a combination of tissue reconstruction and implants

Breast reconstruction is a complex procedure performed by a plastic surgeon, also called a reconstructive surgeon. If you're planning breast reconstruction at the same time as a mastectomy, you'll meet with the plastic surgeon before the surgery.

## Preparing for your surgery

You'll be given instructions about any restrictions before surgery and other things you need to know, including:

- **Tell your doctor about any medications, vitamins or supplements you're taking.** Some substances could interfere with the surgery.

- **Stop taking aspirin or other blood-thinning medication.** A week or longer before your surgery, talk to your provider about which medications to avoid because they can increase your risk of excessive bleeding. These include aspirin, ibuprofen (Advil, Motrin IB, others) and other pain relievers, and blood-thinning medications (anticoagulants), such as warfarin (Coumadin, Jantoven).

- **Don't eat or drink 8 to 12 hours before surgery.** You'll receive specific instructions from your health care team.

- **Prepare for a hospital stay.** Ask your doctor how long to expect to stay in the hospital. Bring a robe and slippers to help make you more comfortable in the hospital. Pack a bag with your toothbrush and something to help you pass the time, such as a book.

## What you can expect

A mastectomy is an umbrella term used for several techniques to remove one or both breasts. In addition, the surgeon may also remove nearby lymph nodes to determine whether the cancer has spread.



During an axillary node dissection, the surgeon

removes a number of lymph nodes from your armpit on the side of the tumor.

In a sentinel lymph node biopsy, your surgeon removes only the first few nodes into which a tumor drains (sentinel nodes).

Lymph nodes removed during a mastectomy are then tested for cancer. If no cancer is present, no further lymph nodes need be removed. If cancer is present, the surgeon will discuss options, such as radiation to your armpit. If this is what you decide to do, no further lymph nodes will need to be removed.

**Sentinel node biopsy**

Sentinel node biopsy identifies the first few lymph nodes into which a tumor drains. The surgeon uses a harmless dye and a weak radioactive solution to locate the sentinel nodes. The nodes are removed and tested for signs of cancer.

Removing all of the breast tissue and most of the lymph nodes is called a modified radical mastectomy. Newer mastectomy techniques remove less tissue and fewer lymph nodes.

Other types of mastectomy include:

- **Total mastectomy.** A total mastectomy, also known as a simple mastectomy, involves removal of the entire breast, including the breast tissue, areola and nipple. A sentinel lymph node biopsy may be done at the time of a total mastectomy.

- **Skin-sparing mastectomy.** A skin-sparing mastectomy involves removal of all the breast tissue, nipple and areola, but not the breast skin. A sentinel lymph node biopsy also may be done. Breast reconstruction can be performed immediately after the mastectomy.

  A skin-sparing mastectomy may not be suitable for larger tumors.

- **Nipple-sparing mastectomy.** A nipple- or areola-sparing mastectomy involves removal of only breast tissue, sparing the skin, nipple and areola. A sentinel lymph node biopsy also may be done. Breast reconstruction is performed immediately afterward.

## Before the procedure

Your doctor or nurse will tell you when to arrive at the hospital. A mastectomy without reconstruction usually takes one to three hours. The surgery is often done as an outpatient procedure, and most people go home on the same day of the operation.

If you're having both breasts removed (a double mastectomy), expect to spend more time in surgery and possibly an additional day in the hospital. If you're having breast reconstruction following a mastectomy, the procedure

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 503 of 511

also takes longer and you may stay in the hospital for a few additional days.

If you're having a sentinel node biopsy, before your surgery a radioactive tracer and a blue dye are injected into the area around the tumor or the skin above the tumor. The tracer and the dye travel to the sentinel node or nodes, allowing your doctor to see where they are and remove them during surgery.

## During the procedure

A mastectomy is usually performed under general anesthesia, so you're not aware during the surgery. Your surgeon starts by making an elliptical incision around your breast. The breast tissue is removed and, depending on your procedure, other parts of the breast also may be removed.

Regardless of the type of mastectomy you have, the breast tissue and lymph nodes that are removed will be sent to a laboratory for analysis.

If you're having breast reconstruction at the same time as a mastectomy, the plastic surgeon will coordinate with the breast surgeon to be available at the time of surgery.

One option for breast reconstruction involves placing temporary tissue expanders in the chest. These temporary expanders will form the new breast mound.

For women who will have radiation therapy after surgery, one option is to place temporary tissue expanders in the chest to hold the breast skin in place. This allows you to delay final breast reconstruction until after radiation therapy.

If you're planning to have radiation therapy after surgery, meet with a radiation oncologist before surgery to discuss benefits and risks, as well as how radiation will impact your breast reconstruction options.

As the surgery is completed, the incision is closed with stitches (sutures), which either dissolve or are removed later. You might also have one or two small plastic tubes placed where your breast was removed. The tubes will drain any fluids that accumulate after surgery. The tubes are sewn into place, and the ends are attached to a small drainage bag.

## After the procedure

After your surgery, you can expect to:

- Be taken to a recovery room where your blood pressure, pulse and breathing are monitored

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 504 of 511

- Have a dressing (bandage) over the surgery site

- Feel some pain, numbness and a pinching sensation in your underarm area

- Receive instructions on how to care for yourself at home, including taking care of your incision and drains, recognizing signs of infection, and understanding activity restrictions

- Talk with your health care team about when to resume wearing a bra or wearing a breast prosthesis

- Be given prescriptions for pain medication and possibly an antibiotic

# Results

The results of your pathology report should be available within a week or two after your mastectomy. At your follow-up visit, your doctor can explain the report.

If you need more treatment, your doctor may refer you to:

- **A radiation oncologist** to discuss radiation treatments, which may be recommended if you had a large tumor, many lymph nodes that tested positive for cancer, cancer that had spread into the skin or nipple, or cancer remaining after the mastectomy

- **A medical oncologist** to discuss other forms of treatment after the operation, such as hormone therapy if your cancer is sensitive to hormones or chemotherapy or both

- **A plastic surgeon,** if you're considering breast reconstruction

- **A counselor or support group** to help you cope with having breast cancer

# Clinical trials

Explore Mayo Clinic studies testing new treatments, interventions and tests as a means to prevent, detect, treat or manage this disease.

# The Mayo Clinic experience and patient stories

Our patients tell us that the quality of their interactions, our attention to detail and the efficiency of their visits mean health care like they've never experienced. See the stories of satisfied Mayo Clinic patients.



**Holistic Care Makes Breast Cancer Journey Easier to Navigate**



As she thought about her cancer treatment options, Jennifer Deaderick knew she wanted to include therapies that would take all of her needs into account. She found the type of whole-person care she was looking for at Mayo Clinic. Jennifer Deaderick has always loved a good adventure. In 2014, the occupational therapist moved from California [...]



### Gaining Fresh Perspective Via Cancer Diagnosis and Treatment

Diagnosed with breast cancer at 27, Sara Martinek persevered through treatment with the support of her family, friends and care team, and she came out on the other side with a new appreciation for what matters in life. Written by Sara Martinek Almost everyone knows someone who has been affected by cancer. Like most people, [...]



### Mastectomy Can't Keep Marianne Huebner Out of Competitive Weightlifting

When she was diagnosed with breast cancer, Marianne Huebner feared her days of competitive weightlifting were over. Her care team at Mayo Clinic had other ideas. Marianne Huebner, Ph.D., was just a few months into trying the sport of weightlifting when she discovered a small lump on one of her breasts during a self-exam. "I [...]



### Emerging From Mastectomy With a Healthy Body Image Intact

When she was diagnosed with breast cancer, Margaret Pelikan had two goals: to get rid of the disease and to feel normal afterward. Her team at Mayo Clinic helped her accomplish both. For eight years, Margaret Pelikan dreaded mammograms. In 2008, she had been diagnosed with a condition called lobular carcinoma in situ in her [...]



### Freed From Lymphedema by Unique, Minimally Invasive Surgery

Joni Carithers was forced to deal with swelling in her

Case 2:16-md-02740-JTM-MBN   Document 6347-3   Filed 02/26/19   Page 506 of 511



arm due to lymphedema for years following breast cancer surgery. But in 2016, microsurgery at Mayo Clinic finally relieved the discomfort that had vexed her for so long. Joni Kay Carithers is the kind of person who doesn't let anything get in her way, [...]



**Relieving Side Effects of Breast Cancer Treatment With Microsurgery**

In May 2013, at age 47, Angenette Monroe was diagnosed with invasive cancer in her left breast. After six months of chemotherapy, she had a mastectomy as part of her treatment plan. The former gastroenterology technologist had participated in many medical procedures and was well aware of the challenges people can face after surgery. But [...]

By Mayo Clinic Staff

**Request an Appointment at Mayo Clinic**

Doctors & Departments

Share on:     Facebook     Twitter          Print     May 18, 2018

References

# Related

Coping with pain after breast surgery

Preventive (prophylactic) mastectomy

Prophylactic oophorectomy: Preventing cancer by surgically removing your ovaries

**Mayo Clinic in Minnesota, Mayo Clinic in Phoenix/Scottsdale, Ariz., and Mayo Clinic in Jacksonville, Fla., have been recognized among the top Cancer hospitals in the nation**

**for 2018-2019 by U.S. News & World Report.**

Mastectomy
Learn more about this top honor

---

## About

---

## Doctors & Departments

---

Patient Care & Health Information    Tests & Procedures    Mastectomy

PRC-20394655



Request Appointment  |  Contact Us

About Mayo Clinic  |  Employees  |  Find a Job

Site Map  |  About This Site

Mayo Clinic is a not-for-profit organization. Make a donation.

PATIENT CARE & HEALTH INFO

Healthy Lifestyle

Symptoms A-Z

Diseases and Conditions A-Z

Tests and Procedures A-Z

Drugs and Supplements A-Z

Appointments

Patient and Visitor Guide

Billing and Insurance

Patient Online Services

DEPARTMENTS & CENTERS

Doctors and Medical Staff

Medical Departments and Centers

International Services

Research Centers and Programs

About Mayo Clinic

Contact Us

RESEARCH

Explore Research Labs

Find Clinical Trials

Research Faculty

Postdoctoral Fellowships

Discovery's Edge Magazine

Search Publications

Training Grant Programs

EDUCATION

Mayo Clinic College of Medicine and Science

Mayo Clinic Graduate School of Biomedical Sciences

Mayo Clinic Alix School of Medicine

Mayo Clinic School of Continuous Professional Development

Mayo Clinic School of Graduate Medical Education

Mayo Clinic School of Health Sciences

Alumni Center

FOR MEDICAL PROFESSIONALS

Provider Relations

Referring Physician Portal

AskMayoExpert

Video Center

Publications

Continuing Medical Education

Mayo Clinic Laboratories

PRODUCTS & SERVICES

Health Books

Healthy Living Program

International Advisory Services

Sports Medicine

Licensable Content

Mayo Clinic Health Letter

Mayo Clinic Laboratories

Mayo Clinic Voice Apps

Medical Products and Stores

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions

Privacy Policy

Notice of Privacy Practices

Notice of Nondiscrimination

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.



This site complies with the HONcode standard for trustworthy health information: verify here.

© 1998-2019 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Jacqueline Mills v. Sanofi U.S. Services, Inc. et al.*
Case No. 17-2689

**DECLARATION OF LINDSAY R. STEVENS IN SUPPORT OF PLAINTIFFS'**
**RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AGAINST**
**PLAINTIFF JACQUELINE MILLS**

I, Lindsay R. Stevens, Esq., hereby declare:

1.      I am an attorney licensed to practice law in the State of California, and I am an

associate attorney with Gomez Trial Attorneys, counsel for Plaintiffs Jacqueline and Victor Mills

("Plaintiffs").  I have personal knowledge of the facts set forth in this declaration.

2.      On January 10, 2019, I visited Winthrop US's website located at

www.winthropus.org, and navigated to the home page, which summarizes Winthrop US's

affiliation with Sanofi, and downloaded two (2) pages related to an explanation the corporate

affiliation of these companies.  Attached hereto as Exhibit 6 is a true and correct copy of these two

website pages.

3.      On January 13, 2019, I visited the Food and Drug Administration's ("FDA's")

website located at www.fda.org, and navigated to the drug guidance page, located at

https://www.fda.gov/downloads/drugs/guidances/ucm368602.pdf and downloaded a twelve (12) page document titled, *Patient Counseling Information Section of Labeling for Human Prescription Drugs and Biological Products – Content and Format – Guidance for Industry*, dated December 2014.  This document explains the "Patient Counseling Information" section of drug labels on pages 4-6.  Attached hereto as Exhibit 7 is a true and correct copy of this twelve page document.

4.    On January 14, 2019, I visited the National Breast Cancer Foundation, Inc.'s website located at www.nationalbreastcancer.org, and navigated to the informational page about Stage 0 and Stage 1 breast cancer, located at https://www.nationalbreastcancer.org/breast-cancer-stage-0-and-stage-1 and downloaded ten (10) pages related to an explanation and definition of Stage 1 breast cancer.  Attached hereto as Exhibit 2 is a true and correct copy of these ten website pages.

5.    On January 15, 2019, I visited the Mayo Clinic's  website located at www.mayoclinic.org, and navigated to Patient Care & Health Information page, detailing the procedures for mastectomy and lumpectomy located at https://www.mayoclinic.org/tests-procedures/mastectomy/about/pac-20394670, and downloaded ten (10) pages related to an explanation of the procedures for mastectomy and lumpectomy in the treatment of breast cancer. Attached hereto as Exhibit 9 is a true and correct copy of these ten website pages.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 26, 2019 at San Diego, California.

**GOMEZ TRIAL ATTORNEYS**

 */s/Lindsay R. Stevens*

John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

***Attorneys for Plaintiffs Jacqueline and Victor Mills***
