UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 16-2740 |
| | | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | SECTION H, DIVISION 5 |
| *Shara Brown* Civil Action No.: 2:18-cv-04654 | : : : | |
| *Cynthia Lewis* Civil Action No.: 2:17-cv-15250 | : : : | |
| *Rose Matthews* Civil Action No.: 2:17-cv-06623 | : : : | |
| *Linda Trammel* Civil Action No.: 2:17-cv-10269 | : : : : | |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel (Doc. 6296);

**IT IS ORDERED** that the Motion is **GRANTED** and attorney Amy M. Carter and the law firm of Carter Long are withdrawn as attorneys of record in MDL No. 2740 and for the Plaintiffs listed above.

**IT IS FURTHER ORDERED** that attorney Jay Stuemke of Simon Greenstone Panatier PC is substituted as the attorney of record for the Plaintiffs Shara Brown, Cynthia Lewis, Rose Matthews and Linda Trammel**.**

New Orleans, Louisiana, this 25th day of February, 2019.

The Honorable Jane Triche Milazzo
United States District Court Judge