IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Lachanda Boyd* | * * * | CIVIL ACTION NO. 2:17-cv-12962 |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 6298);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 25th day of February, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT