UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan v. Sanofi U.S. Services, Inc. et al.*
**Case No.:** 16-15283

## CONSENT MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KELLY GAHAN

Plaintiff Kelly Gahan, by and through her counsel of record, Bachus & Schanker, LLC, submits this Consent Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730).  In support of her motion, Plaintiff states as follows:

1. The current submission date for Sanofi's Motion for Summary Judgement Against Plaintiff Kelly Gahan in March 6, 2019.

2. Counsel for Dr. Gahan certifies that he has conferred with counsel for Sanofi regarding the relief requested herein.  The parties have an agreement in principle to postpone the submission date for Defendant's motion until after the parties complete the deposition of Dr. Borges, Plaintiff's treating oncologist.  Because Dr. Borges' first availability for completing her deposition is not until April 17th, and Dr. Gahan's lead counsel is deeply involved in preparations for the first bellwether trials scheduled for May, the parties have agreed to a continuation of the submission date that permits the parties to obtain Dr. Borges deposition <u>after</u> the first bellwether trial.

1

3. Dr. Gahan and Sanofi have agreed to a timeline for Dr. Gahan to respond to Sanofi's motion after the completion of Dr. Borges' deposition.  Dr. Gahan will submit its response brief within 14 days of the completion of Dr. Borges deposition. Rather than attempting to guess at when Dr. Borges' deposition date will be obtained in order to determine a submission date, the parties propose that the Court defer on identifying a submission date.  Instead, the parties will jointly submit a Notice of Submission Date after they have determined the date for Dr. Borges deposition.  Plaintiff proposes that Court order the parties to file a joint notice of submission date for Defendant's motion no later than June 15, 2019.

WHEREFORE, Plaintiff Kelly Gahan prays that this Court grant this Consent Motion Seeking Continuation of Submission Date to Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730), vacate the current March 6, 2019 submission date, and order the parties to submit a Joint Notice Setting Submission Date no later than June 15, 2019.

      Respectfully Submitted,

      /s/ Darin L. Schanker
      Darin L. Schanker
      BACHUS & SCHANKER, LLC
      1899 Wynkoop Street, Ste. 700
      Denver, CO 80202
      (303)899-9800
      F: (303)893-9900
      d.schanker@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/Darin L. Schanker