**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

**PROPOSED ORDER RE: PLAINTIFF'S CONSENT MOTION SEEKING
CONTINATION OF  SUBMISSION DATE FOR DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AGAINST KELLY GAHAN**

        Considering the foregoing consent motion,

        IT IS ORDERED that the March 6, 2019 submission date on Sanofi's Motion for Summary

Judgment Against Plaintiff Kelly Gahan  (Rec. Doc. 5730) is hereby vacated.

        IT IS FURTHER ORDERED that the Parties shall file a Joint Notice of Submission Date no

later than June 15, 2019.


        New Orleans, Louisiana this __ day of _____ 2019.


                                        _____
                                        Honorable Judge Milazzo
                                        United States District Court Judge

1