UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Cantwell v. Sanofi U.S. Services Inc., et al.*
Nos. 2:18-cv-11657; 2:19-cv-00201

## ORDER

　　THE COURT having held a hearing on February 20, 2019, and being fully advised on the matter, hereby GRANTS Plaintiff's Motion for Leave to Reply to Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Response in Opposition to Plaintiff Debra Cantwell's Motion to Quash or Modify Document Subpoena to Non-Party and for Protective Order in the above captioned matter.

　　IT IS FURTHER ORDERED that Plaintiff's Reply and Supporting Memorandum to the Response filed on behalf of the Sanofi Defendants to be submitted on or before March 8, 2019 at noon.

　　SO ORDERED this 27th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE MICHAEL B. NORTH