UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jackson v. Sanofi US Services Inc. et al* | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SAGENT PHARMACEUTICALS, INC.<br><br>Civil Action No: 2:18-cv-13735 |

Pursuant to CMO 12A, Plaintiff dismisses with Prejudice Sagent Pharmaceuticals, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 27th of February, 2019 | */s/ Charlotte A. Gulewicz*<br><br>Charlotte A. Gulewicz<br>Fears Nachawati<br>5473 Blair Road<br>Dallas, TX 75231<br>Phone: 214.890.0711<br>Facsimile: 214.890.0712<br>charlotte@fnlawfirm.com<br><br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 27, 2019</u> I electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 27th of February, 2019 <u>*/s/ Charlotte A. Gulewicz*</u>