UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO:<br>2:17-cv-15445<br>*Katherine Taylor v. Sanofi U.S. Services, Inc., et al.* | | |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Alyson M. Petrick and Sarah Shoemake Doles, with the law offices of Carey, Danis, and Lowe, LLC, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute C. Brooks Cutter as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Carey, Danis, and Lowe, LLC wish to withdraw, and substitute Attorney C. Brooks Cutter, as follows:

C. Brooks Cutter
CA Bar No. 121407
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone No. (916) 290-9400
Facsimile No. (916) 588-9330
bcutter@cutterlaw.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated this the 28th day of February, 2019.

        Respectfully submitted and representation accepted by:

/s/ *C. Brooks Cutter*
C. Brooks Cutter
CA Bar No. 121407
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone No. (916) 290-9400
Facsimile No. (916) 588-9330
bcutter@cutterlaw.com


Agreed to by:

/s/ *Alyson M. Petrick*
Alyson M. Petrick
Sarah Shoemake Doles
Carey, Danis, and Lowe, LLC
8235 Forsyth Blvd. Suite 1100
St. Louis, MO 63105
Telephone No. (314) 725-7700
apetrick@careydanis.com
sdoles@careydanis.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

/s/ *C. Brooks Cutter*

C. Brooks Cutter