# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| DEBORAH KAY FORD<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| HOSPIRA, INC & HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, WORLDWIDE, INC. | |
| Defendants. | |
| Civil Case No: 2:17-cv-12763 | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Compliant and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____, 2019