IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740  SECTION: "N" 5  COMPLAINT & JURY DEMAND |
| This Document Relates To: *Antoinette Horne* | * * * | CIVIL ACTION NO. 2:18-cv-04434 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

---

COMES NOW Plaintiff Antoinette Horne, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 1st day of March, 2019.

                                                  **BRENT COON & ASSOCIATES**

                                                  /s/ Eric W. Newell
                                                  Brent W. Coon
                                                  Federal Bar No. 9308
                                                  Texas Bar No. 04769750
                                                  Brent@bcoonlaw.com
                                                  Eric W. Newell
                                                  Texas Bar No. 24046521
                                                  Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendants who at first opposed to the filing of the amended complaint, after changes were made, it was resent to counsel of Defendants for their consent or opposition. After the changes, the counsel of Sanofi did not take a position on the filing of the amended complaint; and the counsels of Hospira and Sagent Pharmaceuticals, Inc. and Actavis LLC f/k/a Actavis, Inc. and Actavis Pharma, Inc. consented to the filing in the interest of judicial economy, and not to oppose the motion for leave to amend, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit. After reaching out to the counsel of Sandoz, Inc., with the amended changes, I received no response after 14 days.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 1st day of March, 2019.

                                                     */s/Eric W. Newell*
                                                     Eric W. Newell