IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| This Document Relates To: | * * | |
| *Antoinette Horne* | * * | CIVIL ACTION NO. 2:18-cv-04434 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

___

Plaintiff, Antoinette Horne, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Antionette Horne, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on April 30, 2018.

Subsequent to the filing of her original lawsuit, Plaintiff received from Duke University Health System a document which says, "This letter is in response to your request for the information pertaining to NDC codes for (Docetaxel which may have been administered to your client between (01/01/16-12/31/16). During the time frame (01/01/16 – 12/31/16), we have identified the following NDC codes for (Docetaxel. Please not that the NDC codes listed represent the purchase history only and may not be representative of the actual medications administered." (see Exhibit B). Based upon the NDC codes listed, plaintiff now seeks leave to amend to assert claims against the following Defendants: Sagent Pharmaceuticals, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.; Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sagent Pharmaceuticals, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc.; Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 1st day of March, 2019.

_/s/Eric W. Newell_
Eric W. Newell