# EXHIBIT

# “B”

**Duke** University Health System

Patient Name: Antoinette Horne

Duke History Number: GA 2214

**To Whom It May Concern:**

I am the Senior Manager of Health Information Management, Duke University Health System, Durham, North Carolina. As such I am responsible for the possession and security of patients' medical records for the Duke University Health System.

As custodian of the medical records I aver that the attached medical records are true and correct and authentic copies of the official medical records so requested by you.

The official medical records were made in the regular course of business at or near the time of the act, conditions, or events recorded and were made by persons having knowledge of the information set forth.

Julie Thomas

Julie Thomas, MHA RHIA
Senior Manager , Health Information Management

---

Sworn to and subscribed before me this 2 day of July, 2018.

Durham County, North Carolina

TONYA G TEAGUE
My Commission Expires
NOTARY
PUBLIC
09-01-2020
DURHAM COUNTY, NC

Tonya G. Teague
Notary Public




Nell Mccallum & Associates, Inc
2615 Calder Avenue, Suite 111
Beaumont,TX 77702

Request #: 41162326
Re : Horne,Antoinette

This letter is in response to your request for information pertaining to NDC codes for (Docetaxel) which may have been administered to your client between (1/1/16-12/31/16). During the time frame (1/1/16-12/31/16), we have identified the following NDC codes for (Docetaxel). Please note that the NDC codes listed represent the purchase history only and may not be representative of the actual medications administered.

| Medication ID | Medication | NDC | 11 Digit NDC Code | Date |
|---|---|---|---|---|
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0955-1020-01 | 00955102001 | Feb-16 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0075-8003-01 | 00075800301 | Feb-16 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0955-1020-01 | 00955102001 | Jul-16 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0075-8003-01 | 00075800301 | Jul-16 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0955-1020-01 | 00955102001 | Nov-16 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) INTRAVENOUS SOLUTION | 0075-8003-01 | 00075800301 | Nov-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 0955-1021-04 | 00955102104 | Feb-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 25021-222-04 | 25021022204 | Feb-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 0955-1021-04 | 00955102104 | Jul-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 25021-222-04 | 25021022204 | Jul-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 0955-1021-04 | 00955102104 | Nov-16 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) INTRAVENOUS SOLUTION | 25021-222-04 | 25021022204 | Nov-16 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 0409-0201-10 | 00409020110 | Feb-16 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-02 | 66758005002 | Feb-16 |




| | | | | |
|---|---|---|---|---|
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 0409-0201-10 | 00409020110 | Jul-16 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-02 | 66758005002 | Jul-16 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 0409-0201-10 | 00409020110 | Nov-16 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-02 | 66758005002 | Nov-16 |
| 108908 | DOCETAXEL 160 MG/16 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-03 | 66758005003 | Feb-16 |
| 108908 | DOCETAXEL 160 MG/16 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-03 | 66758005003 | Jul-16 |
| 108908 | DOCETAXEL 160 MG/16 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-03 | 66758005003 | Nov-16 |
| 108910 | DOCETAXEL 20 MG/2 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-01 | 66758005001 | Feb-16 |
| 108910 | DOCETAXEL 20 MG/2 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-01 | 66758005001 | Jul-16 |
| 108910 | DOCETAXEL 20 MG/2 ML (10 MG/ML) INTRAVENOUS SOLUTION | 66758-050-01 | 66758005001 | Nov-16 |

Sincerely,

Virginia Lee

Health Information Management

Duke University Health System
PO Box 3016
Durham, NC 27710
**(919) 684-1700**