UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Frances Harper v. Sanofi S.A., et al.* Civil Action No. 2:17-cv-00813 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff, Frances Harper, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter to change the spelling of Plaintiff's first name due to a scrivener's error, and add an additional Defendant. Plaintiff requests that if this motion is granted, the attached Second Amended Complaint (attached as Exhibit "A") be filed as of the date of this motion.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Dated this the 1st day of March, 2019.

RESPECTFULLY SUBMITTED,

Francis Harper, Plaintiff

BY: *Jim Reeves, Esquire*
JIM REEVES, ESQUIRE
MS Bar No. 9519
Reeves & Mestayer, PLLC

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have indicated no opposition to the motion, with full reservation of rights.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 1st day of March, 2019.

BY:  *Jim Reeves*
Jim Reeves, Esquire
MS Bar No. 9519
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)