UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Francis Harper v. Sanofi S.A., et al.* Civil Action No. 2:17-cv-00813 | **ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and that Plaintiff may file the Second Amended Short Form Complaint, attached as Exhibit "A" to Plaintiff's Motion.

SO ORDERED this the _____ day of _____, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE