# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Antoinette Durden v. Sanofi U.S. Services, Inc., et al.*
Case No. 16-16635

## ORDER

Before the Court is Plaintiff's Consent Motion to Continue Submission Date regarding Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Rec. Doc. 6077);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants' Motion for Summary Judgment Based on the Statute of Limitations is **CONTINUED** to June 19, 2019.

New Orleans, Louisiana, this _____ day of March, 2019.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**