IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION  _____  **THIS DOCUMENT RELATES TO:**  *Deborah Poirier vs Sanofi US Services Inc., et al.*  **Civil Action No. 2:18-cv-8926** | MDL No. 2740 |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Declaration of No Contact (Doc. 6339). As discussed at the show cause hearing on February 21, 2019, Plaintiff Deborah Poirier made contact with counsel after counsel had filed the Declaration of No Contact.

**IT IS ORDERED** that the Motion to Withdraw Declaration of No Contact is **GRANTED**.

New Orleans, Louisiana, this 28th day of February, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT