UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Debra Lisser, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 2:18-cv-13575 |
| Sanofi US Services, et al., | : : | |
| Defendant(s). | : : | |
| -------------------------------------------------- | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Debra Lisser hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-13575, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Debra Lisser Christensen, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-11281. All parties shall bear their own costs.

Dated this 4th day of March, 2019

**BARON & BUDD, P.C.**
*/s/ Danae N. Benton*
Danae N. Benton
TX Bar No. 24080422
Sindhu Daniel
NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
dbenton@baronbudd.com
sdaniel@baronbudd.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**
/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com

### CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties or their attorneys either contemporaneously or before filing on the date below, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

DATED: March 1, 2019                                             */s/ Danae N. Benton*