UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Jennifer Adolph
**Case No.:** 2:18-cv-08030

**DECLARATION**

      I, Alyssa White, and my team learned that my client, Ms. Jennifer Adolph, passed away on 9/21/2018. Thereafter, Johnson Law Group began trying to identify an appropriate heir to step in and take the case. Ms. Adolph's children are all minors, and Ms. Adolph herself had provided, as her two emergency contacts, only non-family members. In Johnson Law Group's attempts to identify an appropriate heir or successor in interest, we reached out to emergency contacts on the following dates:

10/30/18, 11/05/18, 11/27/18, 11/28/18, 12/08/18, 12/17/18, 1/15/19, 1/29/19, 2/5/19, and 2/12/19.

by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, ____ other. However, neither of the emergency contacts have been responsive to any Johnson Law Group communications to date.

      We also ran a Westlaw investigative locate report to try and identify any clear heirs, or additional contact information for heirs, relatives, or successors in interest; however, said report did not bring to light any individuals to whom Johnson Law Group could reach out, nor who may be properly qualified to step in on behalf of Ms. Adolph as her personal representative for this case.

      I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Alyssa White             Dated: 2/27/2019
Alyssa White
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, Texas 77098
713-626-9336
awhite@johnsonlawgroup.com