UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Audrey Nixon**
**Case No.: 2:17-cv-12321**

## DECLARATION

I, Alyssa White, have attempted to reach my client, Audrey Nixon, on the following dates: October 16, 2018, November 1, 2018, November 6, 2018, November 15, 2018, November 20, 2018, December 7, 2018, December 14, 2018, December 27, 2018, December 31, 2018, January 2, 2019, January 22, 2019, January 29, 2019, February 5, 2019, February 11, 2019, February 21, 2019, February 25, 2019; by (check all that apply) __x_ telephone, __x__ e-mail, __x__ text message, ____ social media, __x_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

My team last reached Ms. Nixon on 9/20/2018, and since that time has made a total of twenty-one (21) attempts to contact Ms. Nixon, to no avail.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Alyssa White　　　　　　　　Dated: 2/27/2019
Alyssa White
Margarita Michaels
Johnson Law Group
2925 Richmond Ave. Suite #1700
Houston, Texas 77098
713-626-9336
awhite@johnsonlawgroup.com
MMichaels@johnsonlawgroup.com