UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Zelma Lee Bell
**Case No.:** 2:18-cv-10098

## DECLARATION

I, Martin Schmidt, have attempted to reach my client, Zelma Lee Bell on the following dates: October 31st, 2018 via written correspondence; November 14th, 2018 via written correspondence; February 5th, 2019 via telephone, phone disconnected; February 6th, 2019 via written correspondence through Certified Mail; came back signed by Pricella Bell on February 14th, 2019 with no response.

by (check all that apply) X telephone, ___ e-mail, __ text message, ___ social media, X U.S. Mail, X Certified Mail, ___ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ M. Schmidt/*

_____

Martin Schmidt (CA Bar No.: 171673)
9191 Towne Centre Dr., Ste. 510
San Diego, California 92122
Telephone: (800) 631-5656
Facsimile: (619) 3931777
mschmidt@nationalinjuryadvocates.com