UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Plaintiff: Susanne Borders
Civil Action No.: 2:18-cv-7014

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiffs averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 5th day of March, 2019

                          s/Steven D. Davis
                          Steven Davis (IL 6281263)
                          TorHoerman Law LLC
                          210 S. Main Street
                          Edwardsville, IL 62025
                          sdavis@thlawyer.com
                          Phone: (618) 656-4400
                          Facsimile: (618) 656-4401

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                               */s/Steven D. Davis*
                                                                               Steven D. Davis