UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECION "H" (5) |
| | JUDGE MILAZOO<br>MAG JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDCE AS TO ALL EXCEPT:  Sanofi-Aventis U.S. LLC** |
| THIS DOCUMENT RELATES TO: | |
| Martha Artis vs. Sanofi-Aventis U.S. LLC, et al | Civil Action No.: 2-17-cv-16024 |

   Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis US LLC, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

   Dated this 5th day of March, 2019.

                                                                    Respectfully Submitted,

                                                                    _A Cj2l_____
                                                                    A. Craig Eiland
                                                                    LAW OFFICES OF A. CRAIG EILAND, PC
                                                                    2200 Market St., Ste. 501
                                                                    Galveston, Texas 77550
                                                                    Telephone: (409) 763-3260
                                                                    Facsimile: (409) 763-8154
                                                                    ceiland@eilandlaw.com

                                                                    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on 5th, March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March, 5, 2019.

_____
A. Craig Eiland