UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| KATHERINE FRANCIS, | : : | |
| Plaintiff, | : : | |
| vs. | : : : | Civil Action No.: 2:18-cv-04848 |
| SANOFI-AVENTIS U.S. LLC, | : : | |
| Defendants. | : : | |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHANNA A. LLOYD

PLEASE TAKE NOTICE that pursuant to Local Rule 83.211, Channa A. Lloyd hereby

withdraws as counsel for plaintiff, Katherine Francis, in the above-named cause. Plaintiff,

Katherine Francis will continue to be represented by Mark M. O'Mara and Alyssa J. Flood of The

O'Mara Law Group.

Dated: March 5, 2019                    Respectfully submitted,

s/ Mark M. O'Mara_____
Mark M. O'Mara
Alyssa J. Flood
O'MARA LAW GROUP
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com

*Plaintiff's Counsel for Julie Karen Adams*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of records.

*s/ Mark M. O'Mara*_____
Mark M. O'Mara