UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| WANDA J. GERLING,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, and doing business as Winthrop U.S., and SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>    Defendant. | : : : : : : : : : : : : : : | Civil Action No.: 2:18-cv-10471 |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHANNA A. LLOYD

PLEASE TAKE NOTICE that pursuant to Local Rule 83.211, Channa A. Lloyd hereby withdraws as counsel for plaintiff, Wanda J. Gerling, in the above-named cause. Plaintiff, Wanda J. Gerling will continue to be represented by Mark M. O'Mara and Alyssa J. Flood of The O'Mara Law Group.

Dated: March 5, 2019                            Respectfully submitted,

                                                *s/ Mark M. O'Mara*_____
                                                Mark M. O'Mara
                                                Alyssa J. Flood
                                                O'MARA LAW GROUP
                                                221 NE Ivanhoe Blvd., Suite 200
                                                Orlando, FL 32804
                                                Telephone: (407) 898-5151
                                                Facsimile: (407) 898-2468
                                                mark@omaralawgroup.com
                                                alyssa@omaralawgroup.com

                                                *Plaintiff's Counsel for Wanda J. Gerling*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of records.

*s/ Mark M. O'Mara*_____
Mark M. O'Mara