UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| SABRINA E. HOUSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, and doing business as Winthrop U.S., and SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.,<br><br>    Defendants.<br>_____ | : : : : : : : : : : : : : : : | Civil Action No.: 2:18-cv-04855 |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHANNA A. LLOYD

PLEASE TAKE NOTICE that pursuant to Local Rule 83.211, Channa A. Lloyd hereby withdraws as counsel for plaintiff, Sabrina E. Houston, in the above-named cause. Plaintiff, Sabrina E. Houston will continue to be represented by Mark M. O'Mara and Alyssa J. Flood of the O'Mara Law Group.

Dated: March 5, 2019                    Respectfully submitted,

                                        *s/ Mark M. O'Mara*_____
                                        Mark M. O'Mara
                                        Alyssa J. Flood
                                        O'MARA LAW GROUP
                                        221 NE Ivanhoe Blvd., Suite 200
                                        Orlando, FL 32804
                                        Telephone: (407) 898-5151
                                        Facsimile: (407) 898-2468
                                        mark@omaralawgroup.com
                                        alyssa@omaralawgroup.com

                                        *Plaintiff's Counsel for Sabrina E. Houston*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of records.

*s/ Mark M. O'Mara*_____
Mark M. O'Mara
