UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| MYRTLE JEAN THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDOZ, INC., and HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WOLDWIDE, INC.<br><br>    Defendants.<br>_____ | : : : : : : : : : : : : : : | Civil Action No.: 2:18-cv-07390 |

### **NOTICE OF WITHDRAWAL OF ATTORNEY CHANNA A. LLOYD**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.211, Channa A. Lloyd hereby withdraws as counsel for plaintiff, Myrtle Jean Thompson, in the above-named cause. Plaintiff, Myrtle Jean Thompson will continue to be represented by Mark M. O'Mara and Alyssa J. Flood of the O'Mara Law Group.

Dated: March 5, 2019

Respectfully submitted,

*s/ Mark M. O'Mara*_____
Mark M. O'Mara
Alyssa J. Flood
O'MARA LAW GROUP
221 NE Ivanhoe Blvd., Suite 200
Orlando, FL 32804
Telephone: (407) 898-5151
Facsimile: (407) 898-2468
mark@omaralawgroup.com
alyssa@omaralawgroup.com

*Plaintiff's Counsel for Myrtle J. Thompson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of records.

*s/ Mark M. O'Mara*_____
Mark M. O'Mara