UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECION "H" (5) |
| | JUDGE MILAZOO<br>MAG JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT: Accord Healthcare, Inc.** |
| THIS DOCUMENT RELATES TO:<br><br>Catherine McDonald vs. Sanofi-Aventis US LLC, et al | Civil Action No.: 2-17-cv-15774 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of case Management order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of March, 2019.

Respectfully Submitted,

A. Craig Eiland
LAW OFFICES OF A. CRAIG EILAND, PC
2200 Market St., Ste. 501
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March, 5th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 5, 2019.

_____
A. Craig Eiland