## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO:<br><br>SHARON HRABOVKSY v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 18-CV-07866 |

## **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

John J. Foley, with Simmons Hanly Conroy, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute J. Christopher Elliott of Bachus & Schanker, LLC as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Simmons Hanly Conroy wish to withdraw and substitute Attorney J. Christopher Elliott, as follows:

J. Christopher Elliott
Colorado Bar No. 41063
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: 303-893-9800
Facsimile: 303-893-9900

1

CElliott@ColoradoLaw.net

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel as set forth herein.

**Respectfully submitted and representation accepted by:**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

By: */s/ John J. Foley*
John J. Foley
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
Email: jfoley@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            *s/J. Christopher Elliott*
                                            J. Christopher Elliott