## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SHARON HRABOVSKY v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 18-CV-07866 |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED, AND DECREED THAT John J. Foley with Simmons Hanly Conroy be allowed to withdraw as Plaintiff's counsel, and further, that J. Christopher Elliott of Bachus & Schanker, LLC, be allowed to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO

1