# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Brenda A. Sweet of the law firm of Tucker Ellis LLP as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matters.

Dated: March 7, 2019

Respectfully Submitted,

*/s/ Brenda A. Sweet*
Julie A. Callsen
Brandon D. Cox
Brenda A. Sweet (Ohio Bar No. 0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:          julie.callsen@tuckerellis.com
                    brandon.cox@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

4131832.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, a true and correct copy of foregoing Notice of Appearance filed with the court via ECF and is deemed served on all counsel of record.

/s/ *Brenda A. Sweet*
Brenda A. Sweet

4131832.1