UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H": (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| VERONICA STURGES             , | : : : : : : : : | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC. AND MCKESSON CORPORATION d/b/a MCKESSON PACKAGING |
| Plaintiff(s),<br><br>vs.<br><br>SANOFI US SERVICES INC., et al.<br><br>Defendant(s) | : : : : : : : : : | Civil Action No.: 2:17-cv-15694 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc. and McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

By:   /s/ Justin E. Dunlap
       Justin E Dunlap

Texas State Bar No 24040835
justin@hotzerunkle.com

**HOTZE RUNKLE PLLC**
1101 South Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
512-476-7771 - Office
512-476-7781 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 6, 2019                By:    /s/ Justin E. Dunlap    _____