# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC F/K/A ACTAVIS INC., ACTAVIS PHARMA, INC. AND PFIZER INC. ONLY** |
| **THIS DOCUMENT RELATES TO:**<br><br>Connie Shaw v. SANOFI-AVENTIS U.S. LLC, et al. | **Civil Action No.: 2:18-cv-13218** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Pfizer Inc. ONLY, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of March, 2019

**PULASKI LAW FIRM, PLLC**
*/s/ Leslie LaMacchia*
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: March 7, 2019                      */s/ Leslie LaMacchia*