**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

SELECTED CASES LISTED IN SCHEDULE "A"

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, attorney Leland P. Abide hereby asks this Court for leave to withdraw as counsel of record for the Plaintiffs listed in Schedule A (attached), and states as follows:

1. Attorneys Timothy J. Becker, Alexandra W. Robertson, and Leland P. Abide of Johnson Becker, PLLC, represent the Plaintiffs listed in Schedule A (attached).

2. Attorney Leland P. Abide is no longer working at the firm of Johnson Becker, PLLC, effective March 8, 2019.

3. The Plaintiffs listed in Schedule A will continue to be represented by Johnson Becker, PLLC, and specifically by attorneys Timothy J. Becker and Alexandra W. Robertson. Therefore, the Plaintiffs listed in Schedule A will not be prejudiced by this withdrawal.

4. A Proposed Order is attached.

WHEREFORE, attorney Leland P. Abide respectfully asks that this Court grant him leave to withdraw as counsel of record and remove him from all service lists for Plaintiffs in the attached Schedule A.

Respectfully Submitted,

Dated: March 8, 2019  **JOHNSON BECKER, PLLC**

/s/ Leland P. Abide_____
Leland P. Abide (MN Bar #398269)
Alexandra W. Robertson (MN Bar #395619)
Timothy J. Becker (MN Bar #256663)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Leland P. Abide_____