# Schedule A to Motion to Withdraw

|    | Case Number  | Plaintiff Name           |
|----|--------------|--------------------------|
| 1  | 17-cv-01077  | Acker, LaMell L.         |
| 2  | 17-cv-9466   | Alexander-Mathews, Terri |
| 3  | 17-cv-6319   | Allegro, Joie A.         |
| 4  | 17-cv-11748  | Allen, KateLyn           |
| 5  | 17-cv-00824  | Andersen, Vicki Lynn     |
| 6  | 16-cv-17249  | Atkinson, Reba           |
| 7  | 17-cv-09111  | Baker, DeAnna            |
| 8  | 17-cv-6313   | Barron, Connie           |
| 9  | 16-cv-15510  | Bean, Phyllis S.         |
| 10 | 17-cv-8763   | Beauchemin, Marie B.     |
| 11 | 17-cv-09128  | Bedford, Mazie M.        |
| 12 | 17-cv-09132  | Berkholtz, Nancy         |
| 13 | 17-cv-00247  | Bierman, Rita Garfinkel  |
| 14 | 16-cv-16036  | Boino, Jeanne M.         |
| 15 | 16-cv-15559  | Bowie, Mary Lucretia     |
| 16 | 16-cv-16746  | Branham, Bettina         |
| 17 | 17-cv-09142  | Brazil, Rebecca A.       |
| 18 | 17-cv-10250  | Brevko, Mary Beth        |
| 19 | 17-cv-9468   | Bridges, Sherry          |
| 20 | 16-cv-15579  | Bright Bishop, Paula     |
| 21 | 17-cv-11749  | Brock, Mary Christine    |
| 22 | 17-cv-11348  | Brooks, Tina Marie       |
| 23 | 16-cv-16902  | Broussard, Geraldine     |
| 24 | 17-cv-00988  | Burgess, Lisa Louise     |
| 25 | 17-cv-5191   | Campbell, Valerie        |
| 26 | 17-cv-998    | Carey, Michelle Marie    |
| 27 | 17-cv-3669   | Carter, Cynthia Ann      |
| 28 | 17-cv-00963  | Carter, Joyce D.         |
| 29 | 16-cv-16038  | Carter, Martha           |
| 30 | 16-cv-16930  | Castleberry, Judith Wilma|
| 31 | 17-cv-11750  | Charles, Jessy           |
| 32 | 17-cv-8765   | Clayborn, Barbara S.     |
| 33 | 17-cv-12628  | Clonts, Kristy Dawn      |
| 34 | 17-cv-8770   | Cohen-Carbone, Lori J.   |
| 35 | 16-cv-17253  | Collingwood, Amy E.      |
| 36 | 17-cv-8771   | Connelly, Linda          |

## Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 37 | 16-cv-17652 | Cook, Tina Nichole |
| 38 | 17-cv-3666 | Cornelius, Carolyn |
| 39 | 16-cv-17795 | Creyer, Virginia |
| 40 | 17-cv-4792 | Crosby, Kimberly Musette |
| 41 | 17-cv-09123 | Cullivan, Marissa |
| 42 | 17-cv-13935 | Curtis, Karen Renae |
| 43 | 17-cv-9821 | Davis, Nancy A. |
| 44 | 16-cv-16143 | Davis-Miller, Sherese Dene |
| 45 | 16cv-16941 | Deberry, Karen Annette |
| 46 | 17-cv-09107 | Dettorre, Bettina |
| 47 | 17-cv-9472 | Dixson, Betty Jean |
| 48 | 16-cv-16255 | Dobson, Carolyn |
| 49 | 17-cv-12693 | Dorsey, Carolyn Collier |
| 50 | 16-cv-16943 | Dunn, Debra Lynne |
| 51 | 17-cv-11751 | Eckman, Janet |
| 52 | 17-cv-11350 | Ellis, Roslyn Joyce |
| 53 | 16-cv-16031 | Esposito, Mary |
| 54 | 16-cv-17791 | Finnegan, Barbara Grace |
| 55 | 17-cv-13936 | Fletcher, Toni Marie |
| 56 | 17-cv-12630 | Forbes, Michele |
| 57 | 16-cv-17789 | Gallery, Valerie J. |
| 58 | 16-cv-16259 | Garcia, Jane |
| 59 | 17-cv-9829 | Gladding, Rita Marie |
| 60 | 17-cv-11353 | Golden, Karen Ward |
| 61 | 17-cv-9475 | Gonzalez, Maria Elda |
| 62 | 17-cv-00251 | Graves, Debra |
| 63 | 17-cv-13938 | Gray, Alice Ann |
| 64 | 16-cv-12884 | Green, Consandra L. |
| 65 | 17-cv-00028 | Halverson, Tina Raye |
| 66 | 16-cv-17798 | Hansen, Sandra |
| 67 | 16-cv-16743 | Hardin, Paula A. |
| 68 | 16-cv-16745 | Hauck, Kathryn Ann |
| 69 | 17-cv-13943 | Hedberg, Kimberly |
| 70 | 17-cv-9479 | Heggar-Smith, Amy |
| 71 | 17-cv-10265 | Henriksen, Janice F. |
| 72 | 16-cv-16730 | Henry, Claudette Jean |
| 73 | 17-cv-09124 | Henry, Maureen Theresa |
| 74 | 17-cv-12632 | Hernandez, Oralia |
| 75 | 16-cv-15563 | Hockaday-Adams, Rosozena |

# Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 76 | 17-cv-12654 | Hooker, Tina |
| 77 | 16-cv-16896 | Hotchkiss, Leann Lindgren |
| 78 | 17-cv-05193 | Howard, Cathy Ann |
| 79 | 16-cv-17794 | Howard, Chaunda Tanika |
| 80 | 17-cv-00246 | Howell, Martha Ann |
| 81 | 17-cv-10245 | Hughes, Anisha Nichol |
| 82 | 16-cv-16253 | Hughes, Carol |
| 83 | 17-cv-13947 | Iwamoto, Cathy |
| 84 | 16-cv-15560 | Johnson, Lisa |
| 85 | 16-cv-15562 | Johnson, Terrie Lee |
| 86 | 17-cv-00275 | Jones, Bridgette Kaye |
| 87 | 17-cv-00277 | Jones, Charolette Eunettar |
| 88 | 16-cv-17580 | Jones, Mary Elizabeth |
| 89 | 16-cv-15561 | Jones, Yvonne Denise |
| 90 | 17-cv-8776 | Josephson, Susan F. |
| 91 | 17-cv-10248 | Juarez, Carmen |
| 92 | 17-cv-13957 | Killette, Anjenetta |
| 93 | 16-cv-16895 | Killingsworth, Donna Marie |
| 94 | 17-cv-00274 | Knudsen, Eva Marie |
| 95 | 17-cv-13959 | Kohlenberg, Kelly Lea |
| 96 | 17-cv-7972 | Korcha, Rachael A. |
| 97 | 17-cv-10258 | Kowalick, Margaret |
| 98 | 16-cv-16900 | Krapf, Susan Kirkland |
| 99 | 16-cv-16945 | Kridner, Miriam |
| 100 | 17-cv-9834 | Lambert, Sherry Denice |
| 101 | 16-cv-17811 | Lawson, Arnitta M. |
| 102 | 17-cv-9838 | Lewis, Florence J. |
| 103 | 17-cv-8779 | Lewis, Ruthie Lanell |
| 104 | 17-cv-11753 | Lewis, Susan L. |
| 105 | 17-cv-09102 | Long, Adelaide |
| 106 | 17-cv-11354 | Lowe, Cathy Jean |
| 107 | 17-cv-00528 | Luellen-Williams, Charnita M. |
| 108 | 17-cv-13965 | Macias, Sonia |
| 109 | 17-cv-13968 | Magallon, Lucia |
| 110 | 17-cv-11371 | Mahaffey, Shannon |
| 111 | 16-cv-16947 | Mansaray-Smith, Baindu |
| 112 | 17-cv-11755 | McCoy, Rita Darlene |
| 113 | 17-cv-12663 | McPherson, Zabrina |
| 114 | 17-cv-11756 | Merck, Kathleen Marie |

# Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 115 | 16-cv-16948 | Mitchell, Lynda |
| 116 | 16-cv-16146 | Monroe, Brenda |
| 117 | 17-cv-12665 | Morin, Carolyn |
| 118 | 17-cv-9481 | Morrison, Vanessa Dawn |
| 119 | 16-cv-16949 | Mulligan, Brenda |
| 120 | 16-cv-17950 | Murray, Linda Yvonne |
| 121 | 17-cv-4806 | Nevilus, Magarette L. |
| 122 | 17-cv-4793 | Newsome, Linda Cail |
| 123 | 17-cv-5625 | Nguyen, Cathy |
| 124 | 17-cv-9839 | Nichols, Janet Ruth |
| 125 | 17-cv-9841 | Nicholson, Susan Marie |
| 126 | 16-cv-16030 | Oakes, Dana |
| 127 | 17-cv-10255 | Orman, Ann |
| 128 | 17-cv-11758 | Osborne, Teresa Jean |
| 129 | 16-cv-16246 | Palmer, Erin |
| 130 | 17-cv-4794 | Perrotta, Cornelia L. |
| 131 | 16-cv-15294 | Pistone, Chris |
| 132 | 17-cv-10253 | Poole, Patricia Marshall |
| 133 | 17-cv-11357 | Rabon, Linda |
| 134 | 17-cv-4795 | Rigney, Linda Susan |
| 135 | 16-cv-15834 | Rinaldi, Lorraine |
| 136 | 17-cv-12669 | Rivera, Diane |
| 137 | 16-cv-17245 | Rodriguez, Elizabeth |
| 138 | 17-cv-07436 | Rolli, Linda K. |
| 139 | 17-cv-9845 | Rowan, Karen Sue |
| 140 | 17-cv-8780 | Scott, Martha Lynn |
| 141 | 17-cv-10257 | Shaw, Barbara Lynn |
| 142 | 17-cv-11761 | Simmons-Patsch, Kay Ann |
| 143 | 17-cv-11360 | Simon, Lauren Brooke |
| 144 | 17-cv-11363 | Smith, Ethel |
| 145 | 17-cv-10259 | Smith, Kimballyn |
| 146 | 17-cv-4785 | Smith, Marina Anne |
| 147 | 17-cv-00486 | Smith, Michele |
| 148 | 17-cv-13970 | Smith, Sheri |
| 149 | 17-cv-9486 | Smith-Weideman, Sue E. |
| 150 | 17-cv-09105 | Solorio, Barbara |
| 151 | 17-cv-09136 | Spencer, Jeris |
| 152 | 16-cv-15501 | Stanley, Sylvia Jean |
| 153 | 16-cv-17813 | Steele, Teresa |

# Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 154 | 17-cv-11364 | Steinhauser, Marleen |
| 155 | 17-cv-00522 | Sternhell, Miriam |
| 156 | 17-cv-00268 | Stewart, Elizabeth Ann |
| 157 | 17-cv-9490 | Stotz, Therese |
| 158 | 16-cv-16258 | Strong, Marlene |
| 159 | 16-cv-17788 | Tate-Hendricks, Tracy |
| 160 | 17-cv-00996 | Taylor, Selena R. |
| 161 | 16-cv-17254 | Thompson, Natasha |
| 162 | 16-cv-17246 | Tomasek, Arlene |
| 163 | 16-cv-15314 | Touchi-Peters, Karen Marie |
| 164 | 17-cv-00827 | Tramble, Patricia |
| 165 | 17-cv-9493 | Triplett, Yolanda Faye |
| 166 | 16-cv-15582 | Vonner, Ladina |
| 167 | 17-cv-13972 | Walker, Debra Lee |
| 168 | 17-cv-5619 | Wallace, Katrina LeShay |
| 169 | 17-cv-8783 | Wallace, Mary H. |
| 170 | 17-cv-9494 | Washington, Annette |
| 171 | 17-cv-11763 | Waterson, Tamra |
| 172 | 17-cv-12672 | Whitelow, Annette |
| 173 | 17-cv-9851 | Wilhelmy, Julia Kathryn |
| 174 | 16-cv-15500 | Williams, Genelle |
| 175 | 16-cv-16744 | Wood, Sherry Ann |
| 176 | 17-cv-12674 | Woodson, Carol R. |
| 177 | 16-cv-17793 | Wynn, Carleen |
| 178 | 16-cv-15297 | Wysocki, Theresa Mary |
| 179 | 17-cv-8786 | Zabel, Renee |