UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

SELECTED CASES LISTED IN SCHEDULE "A"

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

This matter having come before the Court upon certain Plaintiff's Motion to Withdraw the Appearance of attorney Leland P. Abide, the Court being fully advised on the matter, states as follows:

IT IS HEREBY ORDERED that the appearance of Leland P. Abide on behalf of Plaintiffs, as listed in Schedule A to the Motion to Withdraw as Counsel of Record, shall be withdrawn. Attorneys Timothy J. Becker and Alexandra W. Robertson of Johnson Becker, PLLC, shall remain as counsel for said Plaintiffs.

This _____ day of _____ , 2019

_____
The Honorable Jane T. Milazzo