UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | MDL NO. 2740 PRODUCTS |
| | SECTION "N"(5) |
| ANNETTE INGRAM, | JUDGE MILAZZO |
| Plaintiff(s), | MAG. JUDGE NORTH |
| vs. | |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD, Defendant(s). | Civil Action No.: 2:18-cv-9373 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 7th day of March, 2019.

Respectfully submitted,

/s/ Kristie L. Fischer
Kristie L. Fischer
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
kfischer@canepariedy.com
*Counsel for Plaintiff*

/s/ John Ipsaro
John Ipsaro
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Telephone: (513) 698-5000
Facsimile: (513) 693-5105
jipsaro@ulmer.com
*Counsel for Defendants*