# EXHIBIT B

## Cantwell: Revised Table of document counts

Adam Magazine <amagazine@metaediscovery.com>

Thu 3/7/2019 9:41 AM

To: Lee McGartland <Lee@mcgartland.com>; Stefani Johnston <stefani@mcgartland.com>;

Cc: assist <assist@metaediscovery.com>;

Lee,

Below is the revised table of document counts and methodologies.

| | | |
|---|---|---|
| **Total documents** | 5,152 | |
| **Total parent emails** | 4,408 | These are all emails identified as parent emails by the processing software. This does not include three emails that are attachments to other emails. |
| **Cantwell emails** | 1,766 | These emails include the terms debbie.cantwell@gmail.com or debbie.cantwell in the header or body of the email. |
| **Non-Cantwell emails** | 2,642 | These emails do not include the terms debbie.cantwell@gmail.com or debbie.cantwell in the header or body of the email. |
| **Total attachments and stand-alone documents** | 744 | |
| **Attachments** | 418 | These are all documents identified as attachments to emails, including three emails. |
| **Stand-alone documents** | 326 | These are files that are not attached to any email. |

Please let me know if I can be of further assistance.

Thanks,

Adam

Adam Magazine RCU
Meta$^e$ Discovery
Assistant Project Manager
amagazine@metaediscovery.com
o: 917.398.2646
c: 202.270.2923

So that we may respond to your request in the most timely manner possible, please include assist@metaediscovery.com on all communications with Meta-e Discovery Project Managers.