# EXHIBIT C

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*In Re Cantwell Subpoena*
No. 2:18-MC-00112-RSL – United States District Court for the Western District of Washington

### AFFIDAVIT OF DEBRA CANTWELL

I, Debra Cantwell, being of lawful age and competent to testify, do hereby aver and swear as follows under penalty of perjury:

1. I am the individual Sanofi subpoenaed to produce documents in the Taxotere (Docetaxel) Products Liability Litigation on October 8, 2018. I am a resident of the State of Washington, and reside in the Federal District for the Western District of Washington.

2. I am a member of the Taxotears social media groups on both Facebook and Google. I did not organize these groups, nor am I an administrator of either of these groups. I have no special access to access the posts and emails associated with these groups beyond that possessed by any other member of the group.

3. Complying with Sanofi's subpoena would constitute a significant burden to me. First, with only a couple exceptions, I am not aware of the identity of all the Plaintiffs in the MDL, nor do I have knowledge of every attorney who is currently representing a Plaintiff in the MDL, other than my former attorneys at the Weinberger Law Firm and Bachus & Schanker. Reviewing the thousands of emails in my inbox to ascertain which acquaintances might be plaintiffs in the MDL would require at least 10-20 hours of dedicated research.

1

4. Producing all of the emails I received from the Taxotears Google Group would also be extraordinarily burdensome. Based on my review of my inbox, I estimate that I have between 5,000 – 10,000 emails from the Taxotears Google Group. Many of these emails are several pages long. I estimate it would take me hundreds of hours to individually download each email.

5. Sanofi's request for all of my communications with any and all attorneys I have consulted also constitutes a significant burden. I do not wish to produce all communications with my attorneys, because those communications include confidential information I believed would be protected by the attorney client privilege. I do not wish to generally waive my privilege. I am willing, however, to provide the Court the email communications between myself and Robert Weinberger, my attorney, and Mr. Weinberger's paralegal, Robert Rabicoff, related to the Facebook post I edited on December 17, 2015, in order to dispel any accusations that I did so at the direction of my attorneys.

6. My attorney has already generated significant attorney fees in order to represent me in this action, and I oppose the need to incur more fees in order to litigate this case in the Eastern District of Louisiana.

Dated: December 11, 2018

Respectfully Submitted,

*Debra Cantwell*
DEBRA CANTWELL

2