# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re Cantwell Subpoena | No.<br><br>DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER<br><br>NOTING DATE: NOVEMBER 23, 2018 |

I, Debra Cantwell, under penalty of perjury under the laws of the United States of America, hereby declares as follows:

1. I experienced persisting alopecia after using Taxotere.

2. I previously retained an attorney in Colorado to represent me for injuries arising out of my use of Taxotere, but am not a Plaintiff in the MDL, nor have I brought any claims against Sanofi or any other manufacturer of docetaxel. Furthermore, I am no longer represented by my Colorado attorney.

3. I am a member of a social media group called "Taxotears" – a loosely organized group of women from all over the world who experienced permanent alopecia

DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 1

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

after using Taxotere. Members of Taxotears organized a Facebook page, and also participated in a Google Group – which is basically a listserve where individuals who experienced hair loss after using Taxotere communicated with one another through email. There is no formal "Taxotears" organization. The membership in the Taxotears Facebook group and Taxotears Google group overlaps, but is not co-extensive. Some members belong to one or the other, or both. I am an active subscriber/"member" of both groups, but am not an administrator or organizer of either group. I am simply seeking emotional support from similarly situated women related to the premature and permanent loss of my hair. I am not the records custodian for Taxotears.

4. As a member of the Taxotears support groups via Google and Facebook, thousands of messages have been sent and received (there are thousands of messages in the Taxotears Google Group and hundreds in the Taxotears Facebook Group). I have in excess of 5,000 emails just from the Google Taxotears listserve, each of which may be threaded and several pages long; I estimate that in total this could be around 50,000 pages.

5. Google sent an email to the members of the Taxotears Google Group on October 10, 2018, stating it would be producing documents responsive to the subpoena if no formal objection was filed by account holders prior to October 31. A true and correct copy of that email is attached as Exhibit A. I did not object to Google's production of these communications and documents.

DELCARATION OF DEBRA CANTWELL IN
SUPPORT OF MS. CANTWELL'S MOTION TO
QUASH OR MODIFY DOCUMENT SUBPOENA
TO NON-PARTY AND FOR PROTECTIVE
ORDER– 2

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

6. I edited my November 22, 2015 Facebook post after a conversation with my legal representatives. However, my attorney did not direct or advise me to delete a post on social media.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Kirkland, Washington this 6th day of November, 2018.

*Debra Cantwell*
DEBRA CANTWELL

DELCARATION OF DEBRA CANTWELL IN SUPPORT OF MS. CANTWELL'S MOTION TO QUASH OR MODIFY DOCUMENT SUBPOENA TO NON-PARTY AND FOR PROTECTIVE ORDER– 3

SCHROETER, GOLDMARK & BENDER
810 Third Avenue • Suite 500 • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305