# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates To: | SECTION: N |
| ALL CASES | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Google LLC
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

*(Name of person who whom this subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All **non-content** information from the Google Group called "Taxotears," including but not limited to all documents and electronically stored information regarding the following:

- All former and current "Taxotears" users'[1] names, IP addresses, usernames, e-mail addresses, and any other contact record details;
- All former and current "Taxotears" users' dates of membership;
- Access logs of all former and current "Taxotears" users;
- Information sufficient to show the recipients, senders, dates sent, dates received, dates read, and dates deleted of "Taxotears" e-mails, e-mail attachments, or other posts or messages sent or received within, from, or to the "Taxotears" Google Group;
- The "Taxotears" Google Group settings, both current and legacy;
- The current number of users and legacy user counts of the "Taxotears" Google Group; and
- The current number of posts and legacy posts available to the "Taxotears" Google Group, including the number of posts and legacy posts by each former and current "Taxotears" user.

---

[1] The term "users" as used throughout this subpoena includes all "Taxotears" administrators, owners, managers, members, and custom roles, as well as any other current or legacy Google Groups roles.

Place: Shook Hardy and Bacon, LLP
One Montgomery St., Suite 2700
San Francisco, CA 94104

Date and Time: June 21, 2018

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place: _____     Date and Time: _____

The following provisions of Fed. R. Civ. P. 45 are attached. Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/7/18

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*     *Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing (*name of party*) sanofi-aventis U.S. LLC and Sanofi US Services Inc., who issues or requests this subpoena, are:

Douglas J. Moore
Kelly E. Brilleaux
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

2