# EXHIBIT F

| | |
|---|---|
| **Sent:** | Wed, 10 Oct 2018 19:19:10 +0000 |
| **Subject:** | Subpoena Notice from Google (Internal Ref. No. 1702745) |
| **From:** | google-legal-support@google.com |
| **To:** | google-legal-support@google.com |

Subpoena 1702745.pdf

Hello,

Google has received the attached subpoena for information related to your Google account in a case entitled *IN RE: Taxotere (Docetaxel) Products Liability Litigation*, United States District Court Eastern District of Louisiana, 2740.

**This email serves as notice to you that Google may produce information related to your Google account in response to this subpoena unless you email a file-stamped copy of a motion to quash or other type of formal objection to google-legal-support@google.com by 10 a.m. Pacific Time on October 31, 2018.**

To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 1702745.

Google, however, cannot give you legal advice about this matter or advise you on what to do here. If you have questions about the subpoena, you can contact an attorney or contact the party or the lawyer who served the subpoena on Google at:
  Kelly E. Brilleaux
  Irwin Fritchie Urquhart & Moore LLC
  400 Poydras Street
  New Orleans, Louisiana 70130
  504.310.2233

Regards,

Google Legal Investigations Support
Google Internal Ref. No. 1702745

You received this announcement to update you about important information in regards to your Google account.
© 2017 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA