# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:19-cv-00057 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of March, 2019.

Respectfully submitted,

ROBERTS & ROBERTS

BY:    /s/ Justin C. Roberts
        JUSTIN C. ROBERTS
        Texas Bar No. 24079221
        Email: justin@robertslawfirm.com
        ROBERTS & ROBERTS
        118 West Fourth Street
        Tyler, Texas 75701-4000
        Ph: (903) 597-6655
        Fax: (903) 597-1600

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: March 8, 2019

                                            */s/ Justin C. Roberts*
                                            ROBERTS & ROBERTS