# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:18-cv-14330 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter **except** Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). Dated this 8th day of March, 2019.

Respectfully submitted,

ROBERTS & ROBERTS

BY:     /s/ Justin C. Roberts
         JUSTIN C. ROBERTS
         Texas Bar No. 24079221
         Email: justin@robertslawfirm.com
         ROBERTS & ROBERTS
         118 West Fourth Street
         Tyler, Texas 75701-4000
         Ph: (903) 597-6655
         Fax: (903) 597-1600
         ***Attorney for Plaintiff***

CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: March 8, 2019

                                              */s/ Justin C. Roberts*
                                              ROBERTS & ROBERTS