## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

KATHLEEN M. GABRIEL,

          Plaintiff,

   v.

SANOFI-AVENTIS U.S. LLC, et al.

          Defendants.

Case No.   16-cv-16788

MDL NO.: 2740

## ORDER

IT IS SO ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, with prejudice, each party to bear their own costs.

Signed, this_____day of_____, 2019.

_____

Honorable Jane T. Milazzo
U.S. District Court Judge