UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Kelly Gahan*
**Case No.:** 2:16-cv-15283

## ORDER

Before the Court is the parties' Consent Motion to Continue Submission Date (Doc. 6353) relating to Sanofi's Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc. 5730);

**IT IS ORDERED** that the Motion is **GRANTED** and that the Parties shall file a Joint Notice of Submission Date no later than June 15, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
Honorable Judge Milazzo
United States District Court Judge