UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Deborah Johnson v. Sanofi U.S. Services, Inc., et al.*
Case No. 16-15607

## ORDER

Before the Court is Plaintiff's Consent Motion to Continue Submission Date (Doc. 6346) regarding Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson (Doc. 5734);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson is **CONTINUED** to March 27, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**