UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Jacqueline Mills*
Case No. 17-2689

### ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of the Motion for Summary Judgment on the claims of Plaintiff, Jacqueline Mills, filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc. (Doc. 6373);

**IT IS ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion for Summary Judgment is hereby entered into the Court's docket.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE