UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden v. Sanofi U.S. Services, Inc., et al.*
Case No. 16-16635

## ORDER

Before the Court is Plaintiff's Consent Motion to Continue Submission Date (Doc. 6375) regarding Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine (Doc. 6076);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine is **CONTINUED** to June 19, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HONORABLE JANE TRICHE MILAZZO**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**