UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION H(5) |
| | : | |
| THIS DOCUMENT RELATES TO: 2:17-cv-15445 *Katherine Taylor v. Sanofi U.S. Services, Inc., et al.* | : | JUDGE MILAZZO |

### ORDER

Before the Court is a Joint Motion to Withdraw and Substitute Counsel (Doc. 6363);

**IT IS ORDERED** that the Motion is **GRANTED** and C. Brooks Cutter is **SUBSTITUTED** for Alyson M. Petrick and Sarah Shoemake Doles as counsel of record.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT