## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SHARON HRABOVSKY v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 18-CV-07866 |

## **ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 6434);

**IT IS ORDERED** that the Motion is **GRANTED** and John J. Foley with Simmons Hanly Conroy are allowed to withdraw as Plaintiff's counsel, and further, that J. Christopher Elliott of Bachus & Schanker, LLC, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
JUDGE JANE TRICHE MILAZZO