**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KATHLEEN M. GABRIEL, | Case No.   16-cv-16788 |
| Plaintiff, | MDL NO.: 2740 |
| v. | |
| SANOFI-AVENTIS U.S. LLC, et al. | |
| Defendants. | |

**PLAINTIFF'S OPPOSED MOTION FOR VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Kathleen M. Gabriel, by and through the undersigned Counsel of Record hereby files this Opposed Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

**REASON FOR SEEKING DISMISSAL**

Plaintiff Gabriel was selected by the Court as a trial case for the third round of Taxotere-related trials. Upon learning this information, and understanding the associated requirements, Plaintiff Gabriel feels it is impossible to further participate in this litigation given personal, family and health-related issues. The incredible toll arising from extensive discovery, and the trial itself, makes Plaintiff Gabriel's further participation in the litigation impossible. As a result, she seeks dismissal of her action as she no longer wishes to pursue any claim(s) associated with her use of Taxotere. Plaintiff Gabriel informed the undersigned counsel of her lack of desire to further pursue this matter in January, 2019.

**PLAINTIFF SEEKS DISMISSAL WITH PREJUDICE**

Plaintiff Gabriel prays her action will be dismissed with prejudice as she has no further interest in pursuing any action against the manufacturers of Taxotere.

5

WHEREFORE, PREMISE CONSIDERED, Plaintiff Gabriel prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 11th day of March, 2019.

**WENDT LAW FIRM, P.C.**

/s/ Samuel M. Wendt
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify on March 11, 2019, a copy of the above and foregoing Plaintiff's Opposed Motion for Voluntary Dismissal With Prejudice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 11th day of March, 2019.

**WENDT LAW FIRM, P.C.**

/s/ Samuel M. Wendt
Samuel M. Wendt, Esq.