## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN M. GABRIEL,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, et al.<br><br>    Defendants. | Case No. 16-cv-16788<br><br>MDL NO.: 2740 |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Kathleen M. Gabriel, by and through the undersigned Counsel of Record hereby files this Memorandum in Support of her Opposed Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54. In support of her motion, Plaintiff states as follows:

### REASON FOR SEEKING DISMISSAL

Plaintiff Gabriel was selected by the Court as a trial case for the third round of Taxotere-related trials. Upon learning this information, and understanding the associated requirements, Plaintiff Gabriel feels it is impossible to further participate in this litigation given personal, family and health-related issues. The incredible toll arising from extensive discovery, and the trial itself, makes Plaintiff Gabriel's further participation in the litigation impossible. As a result, she seeks dismissal of her action as she no longer wishes to pursue any claim(s) associated with her use of Taxotere. Plaintiff Gabriel informed the undersigned counsel of her lack of desire to further pursue this matter in January, 2019.

### PLAINTIFF SEEKS DISMISSAL WITH PREJUDICE

Plaintiff Gabriel prays her action will be dismissed with prejudice as she has no further interest in pursuing any action against the manufacturers of Taxotere.

5

## COUNSEL'S CERTIFICATION AS REQUIRED BY
## PTO NO. 54 REGARDING COMMUNICATION WITH COUNSEL

1.     As required by this Court's Pretrial Order No. 54, entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice on January 21, 2019, requesting whether Defendant had an objection to said dismissal. A copy of said correspondence has been attached hereto as Exhibit A.

2.     On January 21, 2019, Defense Counsel, Harley Ratliff, responded that "[w]e will take your request under advisement." Exhibit A.

3.     Three weeks later, on February 11, 2019, Defense Counsel, Harley Ratliff, first informed Plaintiff's Counsel that Defendant would not consent to the dismissal and requested deposition dates for Plaintiff and her spouse. Exhibit A.

## GROUNDS FOR DEFENDANTS' OPPOSITION

4.     Defendants' grounds for opposition are currently unknown.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Gabriel prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 11th day of March, 2019.

**WENDT LAW FIRM, P.C.**

/s/ Samuel M. Wendt
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

**Attorney for Plaintiff**

5

## CERTIFICATE OF SERVICE

I hereby certify on March 11, 2019, a copy of the above and foregoing Memorandum in Support of Plaintiff's Opposed Motion for Voluntary Dismissal With Prejudice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 11th day of March, 2019.

        **WENDT LAW FIRM, P.C.**

        */s/ Samuel M. Wendt*
        Samuel M. Wendt, Esq.