# Exhibit A

**Samuel M. Wendt**

**From:** Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Sent:** Monday, February 11, 2019 12:30 PM
**To:** Samuel M. Wendt
**Cc:** 'Dawn Barrios'; 'Palmer Lambert'; 'Douglas Moore'; Byard, Adrienne (SHB)
**Subject:** RE: Kathleen Gabriel

Sam –

We have reviewed your request.   We will not consent to her dismissal.    So, if you need to move for dismissal, it needs to be opposed.   In the meantime, we are working on a deadline and need to proceed forward with discovery.   Please advise as to deposition dates for your client and her spouse.

Harley

**From:** Ratliff, Harley (SHB)
**Sent:** Monday, January 21, 2019 2:24 PM
**To:** Samuel M. Wendt <sam@wendtlaw.com>
**Cc:** Dawn Barrios <barrios@bkc-law.com>; Palmer Lambert <plambert@gainsben.com>; Douglas Moore <dmoore@irwinllc.com>; Byard, Adrienne (SHB) <abyard@shb.com>
**Subject:** RE: Kathleen Gabriel

We will take your request under advisement.

**From:** Samuel M. Wendt <sam@wendtlaw.com>
**Sent:** Monday, January 21, 2019 10:33 AM
**To:** Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Cc:** Dawn Barrios <barrios@bkc-law.com>; Palmer Lambert <plambert@gainsben.com>
**Subject:** Kathleen Gabriel

Harley:

I spoke with my client, Kathleen Gabriel, last week. As you know, she is a trial pick; however, no case-specific discovery has taken place at this point. Ms. Gabriel informed me that she does not wish to move forward with the litigation and instructed me to dismiss her case. I am writing to ask whether Sanofi has an objection to us dismissing the case, with prejudice, with each party bearing its own costs.

Please let me know. Thank you.

**Samuel M. Wendt**
Attorney



City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415

Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.


Mail Gate made the following annotations on Mon Feb 11 2019 12:29:46

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.