# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN M. GABRIEL,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, et al.<br><br>    Defendants. | Case No.   16-cv-16788<br><br>MDL NO.: 2740 |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff, Kathleen Gabriel's Opposed Motion for Voluntary Dismissal with Prejudice will come before the Court for submission on the 27th day of March, 2019, at 9:30 a.m.

Respectfully submitted, this the 11th day of March, 2019.

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

***Attorney for Plaintiff***

1

2

## CERTIFICATE OF SERVICE

I hereby certify on March 11, 2019, a copy of the above and foregoing Notice of Submission was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 11th day of March, 2019.

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.