UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

SELECTED CASES LISTED IN SCHEDULE "A"

## ORDER

Before the Court is Plaintiff's Motion to Withdraw the Appearance of attorney Leland P. Abide (Doc. 6468);

**IT IS ORDERED** that the appearance of Leland P. Abide on behalf of Plaintiffs, as listed in Schedule A to the Motion to Withdraw as Counsel of Record, shall be withdrawn. Attorneys Timothy J. Becker and Alexandra W. Robertson of Johnson Becker, PLLC, shall remain as counsel for said Plaintiffs.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
The Honorable Jane T. Milazzo

# Schedule A to Motion to Withdraw

|  | Case Number | Plaintiff Name |
|---|---|---|
| 1 | 17-cv-01077 | Acker, LaMell L. |
| 2 | 17-cv-9466 | Alexander-Mathews, Terri |
| 3 | 17-cv-6319 | Allegro, Joie A. |
| 4 | 17-cv-11748 | Allen, KateLyn |
| 5 | 17-cv-00824 | Andersen, Vicki Lynn |
| 6 | 16-cv-17249 | Atkinson, Reba |
| 7 | 17-cv-09111 | Baker, DeAnna |
| 8 | 17-cv-6313 | Barron, Connie |
| 9 | 16-cv-15510 | Bean, Phyllis S. |
| 10 | 17-cv-8763 | Beauchemin, Marie B. |
| 11 | 17-cv-09128 | Bedford, Mazie M. |
| 12 | 17-cv-09132 | Berkholtz, Nancy |
| 13 | 17-cv-00247 | Bierman, Rita Garfinkel |
| 14 | 16-cv-16036 | Boino, Jeanne M. |
| 15 | 16-cv-15559 | Bowie, Mary Lucretia |
| 16 | 16-cv-16746 | Branham, Bettina |
| 17 | 17-cv-09142 | Brazil, Rebecca A. |
| 18 | 17-cv-10250 | Brevko, Mary Beth |
| 19 | 17-cv-9468 | Bridges, Sherry |
| 20 | 16-cv-15579 | Bright Bishop, Paula |
| 21 | 17-cv-11749 | Brock, Mary Christine |
| 22 | 17-cv-11348 | Brooks, Tina Marie |
| 23 | 16-cv-16902 | Broussard, Geraldine |
| 24 | 17-cv-00988 | Burgess, Lisa Louise |
| 25 | 17-cv-5191 | Campbell, Valerie |
| 26 | 17-cv-998 | Carey, Michelle Marie |
| 27 | 17-cv-3669 | Carter, Cynthia Ann |
| 28 | 17-cv-00963 | Carter, Joyce D. |
| 29 | 16-cv-16038 | Carter, Martha |
| 30 | 16-cv-16930 | Castleberry, Judith Wilma |
| 31 | 17-cv-11750 | Charles, Jessy |
| 32 | 17-cv-8765 | Clayborn, Barbara S. |
| 33 | 17-cv-12628 | Clonts, Kristy Dawn |
| 34 | 17-cv-8770 | Cohen-Carbone, Lori J. |
| 35 | 16-cv-17253 | Collingwood, Amy E. |
| 36 | 17-cv-8771 | Connelly, Linda |

# Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 37 | 16-cv-17652 | Cook, Tina Nichole |
| 38 | 17-cv-3666 | Cornelius, Carolyn |
| 39 | 16-cv-17795 | Creyer, Virginia |
| 40 | 17-cv-4792 | Crosby, Kimberly Musette |
| 41 | 17-cv-09123 | Cullivan, Marissa |
| 42 | 17-cv-13935 | Curtis, Karen Renae |
| 43 | 17-cv-9821 | Davis, Nancy A. |
| 44 | 16-cv-16143 | Davis-Miller, Sherese Dene |
| 45 | 16cv-16941 | Deberry, Karen Annette |
| 46 | 17-cv-09107 | Dettorre, Bettina |
| 47 | 17-cv-9472 | Dixson, Betty Jean |
| 48 | 16-cv-16255 | Dobson, Carolyn |
| 49 | 17-cv-12693 | Dorsey, Carolyn Collier |
| 50 | 16-cv-16943 | Dunn, Debra Lynne |
| 51 | 17-cv-11751 | Eckman, Janet |
| 52 | 17-cv-11350 | Ellis, Roslyn Joyce |
| 53 | 16-cv-16031 | Esposito, Mary |
| 54 | 16-cv-17791 | Finnegan, Barbara Grace |
| 55 | 17-cv-13936 | Fletcher, Toni Marie |
| 56 | 17-cv-12630 | Forbes, Michele |
| 57 | 16-cv-17789 | Gallery, Valerie J. |
| 58 | 16-cv-16259 | Garcia, Jane |
| 59 | 17-cv-9829 | Gladding, Rita Marie |
| 60 | 17-cv-11353 | Golden, Karen Ward |
| 61 | 17-cv-9475 | Gonzalez, Maria Elda |
| 62 | 17-cv-00251 | Graves, Debra |
| 63 | 17-cv-13938 | Gray, Alice Ann |
| 64 | 16-cv-12884 | Green, Consandra L. |
| 65 | 17-cv-00028 | Halverson, Tina Raye |
| 66 | 16-cv-17798 | Hansen, Sandra |
| 67 | 16-cv-16743 | Hardin, Paula A. |
| 68 | 16-cv-16745 | Hauck, Kathryn Ann |
| 69 | 17-cv-13943 | Hedberg, Kimberly |
| 70 | 17-cv-9479 | Heggar-Smith, Amy |
| 71 | 17-cv-10265 | Henriksen, Janice F. |
| 72 | 16-cv-16730 | Henry, Claudette Jean |
| 73 | 17-cv-09124 | Henry, Maureen Theresa |
| 74 | 17-cv-12632 | Hernandez, Oralia |
| 75 | 16-cv-15563 | Hockaday-Adams, Rosozena |

# Schedule A to Motion to Withdraw

| 76 | 17-cv-12654 | Hooker, Tina |
|---|---|---|
| 77 | 16-cv-16896 | Hotchkiss, Leann Lindgren |
| 78 | 17-cv-05193 | Howard, Cathy Ann |
| 79 | 16-cv-17794 | Howard, Chaunda Tanika |
| 80 | 17-cv-00246 | Howell, Martha Ann |
| 81 | 17-cv-10245 | Hughes, Anisha Nichol |
| 82 | 16-cv-16253 | Hughes, Carol |
| 83 | 17-cv-13947 | Iwamoto, Cathy |
| 84 | 16-cv-15560 | Johnson, Lisa |
| 85 | 16-cv-15562 | Johnson, Terrie Lee |
| 86 | 17-cv-00275 | Jones, Bridgette Kaye |
| 87 | 17-cv-00277 | Jones, Charolette Eunettar |
| 88 | 16-cv-17580 | Jones, Mary Elizabeth |
| 89 | 16-cv-15561 | Jones, Yvonne Denise |
| 90 | 17-cv-8776 | Josephson, Susan F. |
| 91 | 17-cv-10248 | Juarez, Carmen |
| 92 | 17-cv-13957 | Killette, Anjenetta |
| 93 | 16-cv-16895 | Killingsworth, Donna Marie |
| 94 | 17-cv-00274 | Knudsen, Eva Marie |
| 95 | 17-cv-13959 | Kohlenberg, Kelly Lea |
| 96 | 17-cv-7972 | Korcha, Rachael A. |
| 97 | 17-cv-10258 | Kowalick, Margaret |
| 98 | 16-cv-16900 | Krapf, Susan Kirkland |
| 99 | 16-cv-16945 | Kridner, Miriam |
| 100 | 17-cv-9834 | Lambert, Sherry Denice |
| 101 | 16-cv-17811 | Lawson, Arnitta M. |
| 102 | 17-cv-9838 | Lewis, Florence J. |
| 103 | 17-cv-8779 | Lewis, Ruthie Lanell |
| 104 | 17-cv-11753 | Lewis, Susan L. |
| 105 | 17-cv-09102 | Long, Adelaide |
| 106 | 17-cv-11354 | Lowe, Cathy Jean |
| 107 | 17-cv-00528 | Luellen-Williams, Charnita M. |
| 108 | 17-cv-13965 | Macias, Sonia |
| 109 | 17-cv-13968 | Magallon, Lucia |
| 110 | 17-cv-11371 | Mahaffey, Shannon |
| 111 | 16-cv-16947 | Mansaray-Smith, Baindu |
| 112 | 17-cv-11755 | McCoy, Rita Darlene |
| 113 | 17-cv-12663 | McPherson, Zabrina |
| 114 | 17-cv-11756 | Merck, Kathleen Marie |

# Schedule A to Motion to Withdraw

| | | |
|---|---|---|
| 115 | 16-cv-16948 | Mitchell, Lynda |
| 116 | 16-cv-16146 | Monroe, Brenda |
| 117 | 17-cv-12665 | Morin, Carolyn |
| 118 | 17-cv-9481 | Morrison, Vanessa Dawn |
| 119 | 16-cv-16949 | Mulligan, Brenda |
| 120 | 16-cv-17950 | Murray, Linda Yvonne |
| 121 | 17-cv-4806 | Nevilus, Magarette L. |
| 122 | 17-cv-4793 | Newsome, Linda Cail |
| 123 | 17-cv-5625 | Nguyen, Cathy |
| 124 | 17-cv-9839 | Nichols, Janet Ruth |
| 125 | 17-cv-9841 | Nicholson, Susan Marie |
| 126 | 16-cv-16030 | Oakes, Dana |
| 127 | 17-cv-10255 | Orman, Ann |
| 128 | 17-cv-11758 | Osborne, Teresa Jean |
| 129 | 16-cv-16246 | Palmer, Erin |
| 130 | 17-cv-4794 | Perrotta, Cornelia L. |
| 131 | 16-cv-15294 | Pistone, Chris |
| 132 | 17-cv-10253 | Poole, Patricia Marshall |
| 133 | 17-cv-11357 | Rabon, Linda |
| 134 | 17-cv-4795 | Rigney, Linda Susan |
| 135 | 16-cv-15834 | Rinaldi, Lorraine |
| 136 | 17-cv-12669 | Rivera, Diane |
| 137 | 16-cv-17245 | Rodriguez, Elizabeth |
| 138 | 17-cv-07436 | Rolli, Linda K. |
| 139 | 17-cv-9845 | Rowan, Karen Sue |
| 140 | 17-cv-8780 | Scott, Martha Lynn |
| 141 | 17-cv-10257 | Shaw, Barbara Lynn |
| 142 | 17-cv-11761 | Simmons-Patsch, Kay Ann |
| 143 | 17-cv-11360 | Simon, Lauren Brooke |
| 144 | 17-cv-11363 | Smith, Ethel |
| 145 | 17-cv-10259 | Smith, Kimballyn |
| 146 | 17-cv-4785 | Smith, Marina Anne |
| 147 | 17-cv-00486 | Smith, Michele |
| 148 | 17-cv-13970 | Smith, Sheri |
| 149 | 17-cv-9486 | Smith-Weideman, Sue E. |
| 150 | 17-cv-09105 | Solorio, Barbara |
| 151 | 17-cv-09136 | Spencer, Jeris |
| 152 | 16-cv-15501 | Stanley, Sylvia Jean |
| 153 | 16-cv-17813 | Steele, Teresa |

# Schedule A to Motion to Withdraw

| 154 | 17-cv-11364 | Steinhauser, Marleen |
|---|---|---|
| 155 | 17-cv-00522 | Sternhell, Miriam |
| 156 | 17-cv-00268 | Stewart, Elizabeth Ann |
| 157 | 17-cv-9490 | Stotz, Therese |
| 158 | 16-cv-16258 | Strong, Marlene |
| 159 | 16-cv-17788 | Tate-Hendricks, Tracy |
| 160 | 17-cv-00996 | Taylor, Selena R. |
| 161 | 16-cv-17254 | Thompson, Natasha |
| 162 | 16-cv-17246 | Tomasek, Arlene |
| 163 | 16-cv-15314 | Touchi-Peters, Karen Marie |
| 164 | 17-cv-00827 | Tramble, Patricia |
| 165 | 17-cv-9493 | Triplett, Yolanda Faye |
| 166 | 16-cv-15582 | Vonner, Ladina |
| 167 | 17-cv-13972 | Walker, Debra Lee |
| 168 | 17-cv-5619 | Wallace, Katrina LeShay |
| 169 | 17-cv-8783 | Wallace, Mary H. |
| 170 | 17-cv-9494 | Washington, Annette |
| 171 | 17-cv-11763 | Waterson, Tamra |
| 172 | 17-cv-12672 | Whitelow, Annette |
| 173 | 17-cv-9851 | Wilhelmy, Julia Kathryn |
| 174 | 16-cv-15500 | Williams, Genelle |
| 175 | 16-cv-16744 | Wood, Sherry Ann |
| 176 | 17-cv-12674 | Woodson, Carol R. |
| 177 | 16-cv-17793 | Wynn, Carleen |
| 178 | 16-cv-15297 | Wysocki, Theresa Mary |
| 179 | 17-cv-8786 | Zabel, Renee |