# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | |
| 17-9891 | | |

## ORDER

**IT IS ORDERED** that the Court's Order of February 20, 2019, (Doc. 6302) is AMENDED on Page 3 to reflect the proper member case number of Janice Rivers-Blunt as set forth below:

- Janice Rivers-Blunt, 2:17-9891

Signed this 12th day of March, 2019.

_____
JANE TRICHE MILAZZO
U.S. DISTRICT JUDGE