UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : MDL No. 2740 |
| PRODUCTS LIABLITY LITIGATION | : |
| | : SECTION "N"(5) |
| DEBORAH CLELLAND and EDWARD GODDARD | : JUDGE MILAZZO |
| | : MAG. JUDGE NORTH |
| Plaintiffs, | : |
| vs. | : Civil Action No.: 2:18-cv-01952 |
| | : |
| SANOFI US SERVICES INC., f/k/a | : |
| SANOFI-AVENTIS U.S. INC. et al. | : |
| | : |
| Defendants. | : |

**NOTICE OF SUBMISSION OF MOTION FOR RELIEF
FROM AN ORDER AND MEMORANDUM IN SUPPORT**

COMES NOW the Plaintiffs, Deborah Clelland and Edward Goddard, by and through the undersigned counsel, and files this Notice of Submission of Motion for Relief from an Order.

Dated this 12th day of March, 2019.

By: /s/ Alexandra Colella
Alexandra Colella
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42$_{nd}$ Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
acolella@bernllp.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have, on this 12th day of March, 2019, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Alexandra Colella
Alexandra Colella
