# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : MDL No. 2740 |
| PRODUCTS LIABLITY LITIGATION | : |
| | : SECTION "N"(5) |
| DEBORAH CLELLAND and EDWARD GODDARD | : JUDGE MILAZZO |
| | : MAG. JUDGE NORTH |
| Plaintiffs, | : |
| vs. | : Civil Action No.: 2:18-cv-01952 |
| | : |
| SANOFI US SERVICES INC., f/k/a | : |
| SANOFI-AVENTIS U.S. INC. et al. | : |
| | : |
| Defendants. | : |

## DECLARATION OF ALEXANDRA COLELLA IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM AN ORDER

ALEXANDRA COLELLA, an attorney duly admitted to practice law in the States of the New York, New Jersey, Missouri and Vermont, declares the truth of the following, pursuant to 28 U.S. Code § 1746, under the penalties of perjury:

1. I am an associate with the law firm of MARC J. BERN & PARTNERS LLP, attorneys for the Plaintiffs in the above-captioned matter, and as such, I am fully familiar with the facts and circumstances at issue herein.

2. I submit this declaration in support of Plaintiffs' Motion for Relief from an Order dismissing Plaintiffs' case.

3. On February 23, 2018, Plaintiffs' in this matter filed their Complaint directly in to the In Re: Taxotere (Docetaxel) Products Liability Litigation MDL (No. 2740) in the District Court for the Eastern District of Louisiana. Dkt. No. 1.

4. On May 4, 2018, the Plaintiffs served their Plaintiff Fact Sheet ("PFS") on Defendants via MDL Centrality.

5. On June 22, 2018, Defendants issued a Notice of Deficiency regarding the PFS, claiming that it was substantially incomplete pursuant to Taxotere MDL Pretrial Order No. 22. A true and correct copy of the Notice of Deficiency is attached hereto as Exhibit 1.

6. On July 19, 2018, Plaintiffs served their First Amended Plaintiff Fact Sheet on MDL Centrality in addition to Workers Compensation, HIPAA, Health Insurance Record, Employment and Disability Claims authorizations.

7. On August 20, 2018, Defendants issued another Notice of Deficiency regarding the PFS and for missing Proof of Use and Injury Documents required under PTO 22. A true and correct copy of the Notice of Deficiency is attached hereto as Exhibit 2.

8. On November 28, 2018, I received notification via email that Plaintiff's matter would be heard on the December 19, 2018 Show Cause List for the following reasons: "PFS Not Substantially Complete." A true and correct copy of the relevant portions of the November 28, 2018 email is attached hereto as Exhibit 3.

9. On December 5, 2018, I received notification via email that Plaintiff's matter would be listed on the December 19, 2018 Show Cause List for failure to upload a CMO 12A declaration. A true and correct copy of the relevant portions of the December 5, 2018 email is attached hereto as Exhibit 4.

10. On December 7, 2018, I received an additional notification via email with additional information regarding the reasons that the 505(b)(2) Defendants deemed Plaintiff's PFS as not substantially complete. The reasons listed for Plaintiff's case were as follows: "Proof of Use - no documentation submitted; Declaration - not submitted; no CMO12 submission." A true and

correct copy of the relevant portions of the December 7, 2018 email is attached hereto as Exhibit 5.

11. On December 11, 2018, Plaintiff Deborah Clelland's executed declaration for the Amended PFS and medical records from Florida Hospital- Cancer Institute of FL-ALT were served via MDL Centrality. The medical records show proof of use of Taxotere®.

12. On December 18, 2018, I received notification via email that Plaintiff's matter would be heard on the December 19, 2018 Show Cause List for the following reasons: "PFS Not Substantially Complete; No CMO 12A Uploaded." A true and correct copy of the relevant portions of the December 18, 2018 email is attached hereto as Exhibit 6.

13. On December 19, 2018, Plaintiffs' matter was heard during this Court's Order to Show Cause Hearing. Debra Humphrey, Esq. of Marc J. Bern & Partners LLP appeared for Plaintiffs at this hearing.

14. During the December 19, 2018, Debra Humphrey advised the Court that medical records showing Plaintiff Deborah Clelland's ("Plaintiff") proof of use of Taxotere® and Plaintiff's signed declaration page for the Second Amended Plaintiff Fact Sheet were served via MDL Centrality on December 11, 2018; she advised the Court that neither Plaintiffs nor our law firm possessed NDC numbers, but that we were now in a position to be able to serve the required certification(s) to counsel for defendants pursuant to CMO 12A.

15. During the December 19, 2018 Show Cause List hearing, the Court gave the parties fifteen (15) days to meet and confer on the noticed deficiencies to ensure they were cured.

16. On January 2, 2019, I served my CMO 12A Certification for this matter via email. A true and correct copy of the relevant portions of the January 2, 2019 email is attached hereto as Exhibit 7.

17. On January 3, 2019, I re-served my CMO 12A Certification for this matter via email, including all copies of all written requests for Product ID information sent by Plaintiff to the infusion facility. A true and correct copy of the relevant portions of the January 3, 2019 email is attached hereto as Exhibit 8.

18. On February 5, 2019, the Defendant Fact Sheet ("DFS"), including attached exhibits and certifications, for Defendants Hospira Worldwide, LLC and Pfizer Inc. were served via MDL Centrality.

19. On February 11, 2019, I received an email from Plaintiff's Liaison Counsel notifying me that "The 505(b)(2) defendants have requested the dismissal of cases who failed to cure as ordered at the December 19, 2018 and January 18, 2019 call dockets. They have requested the dismissal of your client, Deborah Clelland, because she has no proof of injury photos more than a year after treatment." A true and correct copy of the February 11, 2019 email is attached hereto as Exhibit 9.

20. On February 11, 2019, and February 12, 2019, our law firm served photographs of Plaintiff pursuant to PTO 68 via MDL Centrality.

21. On February 20, 2019, an order for dismissal of this matter for failure to comply was entered by this Court. Taxotere MDL Master Docket (Case No. 2:16-md-02740). Dkt. No. 6302.

22. On February 28, 2019, Plaintiff's Written Statement compliant with Pre-Trial Order ("PTO") 71 was served on Defendants via MDL Centrality.

23. No prior request for this relief has been requested.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2019**.

Dated: New York, New York
       March 12, 2019

                                          /s/ Alexandra Colella
                                          ALEXANDRA COLELLA