**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

RE: Notice of Deficiency in Plaintiff Fact Sheet
  *In re Taxotere., MDL No. 2740*
  Plaintiff Name & ID Number: CLELLAND, DEBORAH - 8610
  Docket No. Provided on PFS: 2:18-cv-01952

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Plaintiff Race | I. 20 | Failed to respond. |
| 4. | Plaintiff Ethnicity | I. 21 | Failed to respond. |
| 5. | Primary Language | I. 22 | Failed to respond. |
| 6. | Current Marital Status | II. 1 | Failed to respond. |
| 7. | Current Marital Status | II. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 8. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 9. | Treated with brand name Taxotere | III.1. | Failed to respond. |
| 10. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 11. | "Unknown" Certification | III.4 | Failed to respond. |
| 12. | Age | IV. 1 | Failed to Respond. |
| 13. | Age | IV. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 14. | Diagnosed with cancer | V. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 15. | Diagnosed with cancer | V. 1 | Failed to respond. |

| | | | |
|---|---|---|---|
| 16. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |
| 17. | Currently taking Taxotere or Docetaxel | VI. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 18. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 19. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 20. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to respond. |
| 21. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Section blank - Please fill out this section in its entirety. |
| 22. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 23. | Documents Reviewed in Preparation for PFS | IX | Other - Section blank - Please fill out this section in its entirety. |
| 24. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 25. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 26. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 27. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 28. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 29. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 30. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 31. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 32. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 33. | Declaration | X | Faliure to provide declaration |
| 34. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 35. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 36. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.