**VIA MDL CENTRALITY**

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950,
New York, NY 10165

   RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: CLELLAND, DEBORAH - 8610
      Docket No. Provided on PFS: 2:18-cv-01952

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 2.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please also provide info for the years 2016-present. |
| 4.  | Response 16 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 5.  | Response 16 - Annual Mammogram Office | IV.12 | Failed to respond. |
| 6.  | Response 16 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 7.  | Response 17 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 8.  | Response 17 - Annual Mammogram Office | IV.12 | Failed to respond. |
| 9.  | Response 17 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 10. | Response 18 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 11. | Response 18 - Annual Mammogram Office | IV.12 | Failed to respond. |

| | | | |
|---|---|---|---|
| 12. | Response 18 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 13. | Response 19 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 14. | Response 19 - Annual Mammogram Office | IV.12 | Failed to respond. |
| 15. | Response 19 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 16. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 17. | Medications used regularly in seven years before Taxotere? | IV. 20 | Other - Please list all Rx or OTC meds taken regularly, or more than three times, at any point in the seven years prior to Taxotere administration. |
| 18. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 19. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 20. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 21. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 22. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 23. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 24. | Breast Cancer Estrogen receptor | V. 8. e | Failed to respond. |
| 25. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
| 26. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 27. | Permanent / Persistent Hair Loss on Scalp | VI. 5 | Failed to respond. |
| 28. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 29. | Diffuse thinning of hair: total scalp | VI. 5 | Failed to respond. |
| 30. | Significant thinning of head hair after discontinuing treatment | VI. 5 | Failed to respond. |
| 31. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 32. | Multiple bald spots in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 33. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 34. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 35. | Permanent / Persistent Loss of Eyelashes | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 36. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to respond. |
| 37. | Response 1 - Name of Physician | VI. 8 | Failed to respond. |

| | | | |
|---|---|---|---|
| 38. | Response 1 - Dates of Treatment | VI. 8 | Failed to respond. |
| 39. | Response 1 - Treatments | VI. 8 | Failed to respond. |
| 40. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 41. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide PCP info for 10 years prior to 2015. Please also provide any OBGYN or dermatologist seen by plaintiff. |
| 42. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 43. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 44. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 45. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 46. | Response 1 - Pharmacy Name | VIII. 4 | Failed to respond. |
| 47. | Response 1 - Pharmacy Address | VIII. 4 | Failed to respond. |
| 48. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to respond. |
| 49. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 50. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 51. | Response 1 - Insurance Carrier | VIII. 6 | Other - Please also provide insurance coverage info for the years 2008-2011. |
| 52. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 53. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 54. | Response 2 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 55. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 56. | Medical Records Related to Taxotere or Docetaxel | IX | Other - No proof of use submitted |
| 57. | Documents Reflecting Rx Drug Use | IX | Failed to respond. |
| 58. | Documents Identifying Chemotherapy Agents | IX | Failed to respond. |
| 59. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 60. | Taxotere Instructions, Warnings, Handouts | IX | Failed to respond. |
| 61. | Packaging | IX | Failed to respond. |
| 62. | Documents Mentioning Health Risks | IX | Failed to respond. |
| 63. | Media Depicting Alleged Injury | IX | Failed to respond. |
| 64. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |

| 65. | Journals or Diaries - Who has the Documents | IX | Failed to respond. |
|---|---|---|---|
| 66. | Journals or Diaries - Who has the Documents | IX | Other - Response is ambiguous; if none exist please state 'none exist' |
| 67. | Hair Photos Today | IX | Other - The most recent photos submitted are from 2016, which is less than a year after Plaintiff completed Taxotere treatment. Please submit multiple dated photos of plaintiff's hair TODAY, from all angles. |
| 68. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 69. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 70. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 71. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 72. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 73. | Signed Authorizations for Medical Records | IX | Other - The HIPPA form is not dated. Please submit a new disability authorization without "N/A" written at top. Please also submit a new employment authorization without "N/A" or other extraneous markings. The psych authorization is still missing. |
| 74. | Declaration | X | Faliure to provide declaration |
| 75. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 76. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 77. | Proof of Injury | | Other - The most recent 'after' photos are from 2016, less than a year after cessation of Taxotere treatment. Photos of plaintiff's hair TODAY required. |
| 78. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.