# Gordon Kessler

| | |
|---|---|
| **From:** | Kate Robinson <kate@bkc-law.com> on behalf of taxotere <taxotere@bkc-law.com> |
| **Sent:** | Wednesday, November 28, 2018 11:05 AM |
| **To:** | Debra J. Humphrey; Alexandra Colella; Gordon Kessler |
| **Subject:** | Taxotere - Cases Subject to Call Docket on December 19, 2018 (Marc J. Bern & Partners) |
| **Attachments:** | Dismissal.docx; Declaration of Counsel re Contact with Client.docx; Non-Compliance List for 12.19.18 Call Docket_Marc J. Bern & Partners.xlsx |

Counsel,
As we earlier explained, the defendants did not bring all cases to the Court's attention for the November 15, 2018 hearing. The defendants will bring these cases to the Court on December 19, 2018.

Attached please find a list of your firm's cases to be heard at the December 19, 2018 Call Docket. These are the cases that defendants did not address at the November 15 hearing. We communicate with you as these cases may still be deficient. If you have not done so already, please attempt to cure the deficiencies and notify defense counsel pursuant to PTO 22A.

The final list of cases for the December 19 Call Docket will be filed with the Court by December 5, and we will distribute that list to you when we receive it.

Remember that there are 2 streamlined procedures if you will dismiss any cases. We attach the (1) Stipulation of Dismissal which requires the defendants' approval to file and the (2) Declaration to use if you cannot communicate with your clients.

Best,
Palmer and Dawn



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)


Please consider the environment before printing this e-mail



1

**CONFIDENTIALITY NOTICE:** This transmission contains information which is privileged, confidential, and protected by the attorney work product privileges. If you have received any email or other writing from the Taxotere PSC/Co-Liaison Counsel, you are subject to PTO 19. Any disclosure, copying, distribution, or use of the contents of this message is prohibited except to counsel with cases currently in the MDL. If you have received this transmission in error or you are not the addressee, please destroy it and notify Dawn Barrios (barrios@bkc-law.com) and Palmer Lambert (plambert@gainsben.com).



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

| Last Name | First Name | MDL | Date Complaint Filed | Plaintiff's Counsel | MDL Centrality ID | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|---|
| Clelland | Deborah | 2:18-cv-01952 | 2/23/2018 | Marc J. Bern & Partners LLP (212) 702-5000 dhumphrey@bernllp.com | 8610 | No CMO 12A uploaded | Sanofi |