**Gordon Kessler**

| | |
|---|---|
| **From:** | Kate Robinson <kate@bkc-law.com> on behalf of taxotere <taxotere@bkc-law.com> |
| **Sent:** | Wednesday, December 5, 2018 3:00 PM |
| **To:** | Debra J. Humphrey; Alexandra Colella; Gordon Kessler |
| **Subject:** | Taxotere - Cases on Non-Compliance Lists Missing PTO 71A and CMO 12A (Marc J. Bern & Partners) |
| **Attachments:** | CMO No. 12A_Product Identification Order.pdf; PTO 71A_Replacing Pretrial Order No. 71 Governing Plaintiffs' Responsibilities Relevant to ESI.pdf; PTO 71A-1_Ex A_Supplemental Guidance Re Potential Sources of ESI.pdf |

Counsel,

The Defense has added your firm's cases to the Non-Compliance List to be heard either on December 19, 2018 or on January 18, 2019. Below is a list of your firm's cases and the dates upon which they will appear on the Call Docket which either have not taken any steps under CMO 12A to establish the identity of the manufacturer of your client's docetaxel and/or no steps under PTO 71A to establish that you and your client reviewed your client's electronically stored information.

| December 19 Call Docket | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name** | **First Name** | **MDL** | **Plaintiff's Counsel** | **MDL Centrality ID** | **Non-Compliance Description** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Clelland | Deborah | 2:18-cv-01952 | Marc J. Bern & Partners | 8610 | No CMO 12A uploaded | |