# Gordon Kessler

| **From:** | Kate Robinson <kate@bkc-law.com> on behalf of taxotere <taxotere@bkc-law.com> |
| --- | --- |
| **Sent:** | Friday, December 7, 2018 4:46 PM |
| **To:** | Debra J. Humphrey; Alexandra Colella; Gordon Kessler; Michalina Hospod-Rutkowski; Shiekia Pratt |
| **Subject:** | RE: Taxotere - Defendants' Notice of Non-Compliance Cases Subject to 12.19.18 Dismissal Call Docket (Marc J. Bern & Partners) |

Counsel,

The 505(b)(2) Defendants provided us with more information on the cases on the Notice of Non-Compliance that they have deemed not substantially complete. Please see below.

| Last Name | First Name | MDL Docket No. | Plaintiff's Counsel | MDL Centrality ID | Not Substantially Complete Reason(s) |
| --- | --- | --- | --- | --- | --- |
| Clelland | Deborah | 2:18-cv-01952 | Marc J. Bern & Partners LLP | 8610 | Proof of Use - no documentation submitted; Declaration - not s[...] no CMO12 submission. |

1









701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail