# Gordon Kessler

| | |
|---|---|
| **From:** | Kate Robinson <kate@bkc-law.com> |
| **Sent:** | Tuesday, December 18, 2018 11:16 PM |
| **To:** | Debra J. Humphrey; Alexandra Colella; Gordon Kessler; Shiekia Pratt; Michalina Hospod-Rutkowski |
| **Subject:** | FW: Taxotere - December 19 Dismissal Call Docket |

Counsel,

The cases listed below will be on tomorrow's Call Docket. The call-in information is in the email below. Please let me know who from your firm will be calling in.

| # | Last Name | First Name | MDL Docket No. | Plaintiff's Counsel | Non-Compliance Description |
|---|---|---|---|---|---|
| 65 | Clelland | Deborah | 2:18-cv-01952 | Marc J. Bern & Partners | PFS Not Substantially Complete; No CMO 12A Uploade |

Case 2:16-md-02740-JTM-MBN Document 6500-8 Filed 03/12/19 Page 2 of 4