# Gordon Kessler

| | |
|---|---|
| **From:** | Alexandra Colella |
| **Sent:** | Thursday, January 3, 2019 2:10 PM |
| **To:** | Starr, Sarah R. (SHB); 505b2liaison@chaffe.com; dmoore@irwinllc.com; noproductid@tuckerellis.com; Sandoz-Taxotere-ProdID@gtlaw.com; MaraCusker.Gonzalez@dechert.com; mark.cheffo@dechert.com; sara.roitman@dechert.com; noproductid; noproductid@mofo.com; docenoprodid@hinshawlaw.com; sritter@ulmer.com; Beck, Kimberly |
| **Cc:** | Debra J. Humphrey; Gordon Kessler; Shiekia Pratt; Michalina Hospod-Rutkowski |
| **Subject:** | RE: DEBORAH CLELLAND |
| **Attachments:** | 14064 -.pdf; NDC Attorney Certification.pdf; 15685-CERTFICATION.PDF |

Sorry about that. Please see the first attachment. Thank you.

Best,
Alexandra

Alexandra Colella
Attorney



*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
AColella@bernllp.com
www.bernllp.com

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other

electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at **www.bernllp.com**

**From:** Starr, Sarah R. (SHB) <SSTARR@shb.com>
**Sent:** Thursday, January 3, 2019 2:04 PM
**To:** Alexandra Colella <acolella@bernllp.com>; 505b2liaison@chaffe.com; dmoore@irwinllc.com; noproductid@tuckerellis.com; Sandoz-Taxotere-ProdID@gtlaw.com; MaraCusker.Gonzalez@dechert.com; mark.cheffo@dechert.com; sara.roitman@dechert.com; noproductid <noproductid@shb.com>; noproductid@mofo.com; docenoprodid@hinshawlaw.com; sritter@ulmer.com; Beck, Kimberly <kbeck@ulmer.com>
**Cc:** Debra J. Humphrey <dhumphrey@bernllp.com>; Gordon Kessler <gkessler@bernllp.com>; Shiekia Pratt <spratt@bernllp.com>; Michalina Hospod-Rutkowski <mhospod@bernllp.com>
**Subject:** RE: DEBORAH CLELLAND

We are in receipt of your email indicating that plaintiff has been unable to obtain Product ID information as part of her lawsuit in MDL 2740. Your email, however, is deficient because it is missing copies of all written requests for Product ID information sent by Plaintiff to the infusion facility. As a result of this deficiency, defendants' obligations under Case Management Order No. 12A have not yet triggered. Please re-submit all of the information required pursuant to Paragraph 3 of CMO 12A as soon as possible.

Regards,

**Sarah Starr**
*Temporary Analyst*
Shook, Hardy & Bacon L.L.P.

**From:** Alexandra Colella <acolella@bernllp.com>
**Sent:** Wednesday, January 2, 2019 11:33 AM
**To:** 505b2liaison@chaffe.com; dmoore@irwinllc.com; noproductid@tuckerellis.com; Sandoz-Taxotere-ProdID@gtlaw.com; MaraCusker.Gonzalez@dechert.com; mark.cheffo@dechert.com; sara.roitman@dechert.com; noproductid <noproductid@shb.com>; noproductid@mofo.com; docenoprodid@hinshawlaw.com; sritter@ulmer.com; Beck, Kimberly <kbeck@ulmer.com>
**Cc:** Debra J. Humphrey <dhumphrey@bernllp.com>; Gordon Kessler <gkessler@bernllp.com>; Shiekia Pratt <spratt@bernllp.com>; Michalina Hospod-Rutkowski <mhospod@bernllp.com>
**Subject:** DEBORAH CLELLAND

Good afternoon Counsel,

Please see the attached information regarding Taxotere Plaintiff, Deborah Clelland, MDL case number: **2:18-cv-01952** .

The documents attached are:
-        Copies of all written requests for Product ID Information sent by Plaintiff to the infusion facility;

2

-        Executed certification by Plaintiff or Plaintiff's counsel certifying that Plaintiff has made a diligent, good faith, and documented effort to obtain Product ID Information: attached draft

Thank you!

Best,
Alexandra

Alexandra Colella
Attorney



*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
AColella@bernllp.com
www.bernllp.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com**

Mail Gate made the following annotations on Thu Jan 03 2019 13:04:22

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain

confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.