# Gordon Kessler

| | |
|---|---|
| **From:** | Kate Robinson <kate@bkc-law.com> |
| **Sent:** | Monday, February 11, 2019 3:17 PM |
| **To:** | Debra J. Humphrey; Alexandra Colella; Gordon Kessler; Michalina Hospod-Rutkowski; Shiekia Pratt |
| **Subject:** | Taxotere - Deborah Clelland |
| **Importance:** | High |

Counsel,
The 505(b)(2) defendants have requested the dismissal of cases who failed to cure as ordered at the December 19 and January 18 call dockets.  They have requested the dismissal of your client, Deborah Clelland, because she has no proof of injury photos more than a year after treatment.

Do you have a current photo of Ms. Clelland that you can upload?  It seems that current photo would cure the deficiency.  Please give this your immediate attention as you are well past the extension given at the December 19 call docket.

Thank you,

Kate Robinson
Paralegal to Dawn M. Barrios



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

1



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail