UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : MDL No. 2740 |
| PRODUCTS LIABLITY LITIGATION | : |
| | : SECTION "N"(5) |
| DEBORAH CLELLAND and EDWARD GODDARD | : JUDGE MILAZZO |
| | : MAG. JUDGE NORTH |
| Plaintiffs, | : |
| vs. | : Civil Action No.: 2:18-cv-01952 |
| | : |
| SANOFI US SERVICES INC., f/k/a | : |
| SANOFI-AVENTIS U.S. INC. et al. | : |
| | : |
| Defendants. | : |

Considering the Motion and Memorandum for Relief from an Order and Memorandum of Law in Support filed by Plaintiffs, Deborah Clelland and Edward Goddard, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that the February 20, 2019 Order dismissing the Complaints of Plaintiffs Deborah Clelland and Edward Goddard (Civil Action No. 2:18-cv-01952) is hereby vacated.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2019.

_____
DISTRICT COURT JUDGE JANE TRICHE MILAZZO

1