UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Bonnie Seraphine v. Sandoz Inc.*, No. 2:17-cv-11654 *Loree Cooley v. Sandoz Inc.*, No. 2:17-cv-09633 | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas A. Insogna, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                Respectfully submitted,

                */s/ Nicholas A. Insogna*
                Nicholas A. Insogna
                **GREENBERG TRAURIG, LLP**
                One International Place
                Suite 2000
                Boston, Massachusetts 02110
                Telephone: (617) 310-6231
                Facsimile: (617) 310-6001
                E-mail: insognan@gtlaw.com

                *Counsel for Defendant Sandoz Inc.*

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in these matters.

> /s/ Nicholas A. Insogna
> Nicholas A. Insogna