UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION | : : | MDL NO. 2740 PRODUCTS |
| | : | SECTOPM "N"(5) |
| LULA GIBBS, | : | JUDGE MILAZZO |
| Plaintiff(s), | : | MAG. JUDGE NORTH |
| | : | |
| vs. | : : | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS |
| SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S.INC.; SANOFI-AVENTIS U.S. LLC; SANDOZ, INC.; ACCORD HEALTHCARE, INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.; ACTAVIS LLC F/K/A ACTAVIS, INC.; ACTAVIS PHARMA, INC.; WINTHROP | : : : : : : : : : : : : | LLC f/k/a ACTAVIS INC. AND ACTAVIS PHARMA INC.  Civil Action No.: 2:17-cv-17249 |

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS**

**LLC f/k/a ACTAVIS INC. AND ACTAVIS PHARMA INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc. in the above-captioned case be dismissed with prejudice, each party to bear its own costs. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Stipulation of Partial Dismissal with Prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __13th__ day of March, 2019.

                                              Respectfully submitted,

                                              _/s/ Kristie L. Fischer_
                                              Kristie L. Fischer
                                              CANEPA RIEDY ABELE
                                              851 S. Rampart Boulevard, Suite 160
                                              Las Vegas, Nevada 89145
                                              Telephone: (702) 304-2335
                                              Facsimile: (702) 304-2336
                                              kfischer@canepariedy.com
                                              *Counsel for Plaintiff*

                                              _/s/ Kimberly L. Beck_
                                              Kimberly L. Beck
                                              ULMER & BERNE LLP
                                              600 Vine Street, Suite 2800
                                              Cincinnati, Ohio 45202-2409
                                              Telephone: (513) 698-5000
                                              Facsimile: (513) 693-5137
                                              kbeck@ulmer.com
                                              *Counsel for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc.*