# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.*, No. 17-cv-10817 *Bonnie Seraphine v. Sandoz Inc.*, No. 2:17-cv-11654 *Loree Cooley v. Sandoz Inc.*, No. 2:17-cv-09633 | **JUDGE JANE TRICHE MILAZZO** **MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

Please enter the appearance of Taryn W. Harper, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

Respectfully submitted,

*/s/ Taryn W. Harper*
Taryn W. Harper
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-1111
Facsimile: (678) 553-2212
E-mail: harpert@gtlaw.com

*Counsel for Defendant Sandoz Inc.*

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in these matters.

*/s/ Taryn W. Harper*
Taryn W. Harper