# STATE OF ARKANSAS

TYPE/PRINT IN PERMANENT BLACK INK. SEE INSTRUCTIONS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Ruby Jewel Williams |
| Sex | FM |
| Date of Death | April 5, 2018 |
| Time of Death | 10:08 PM |
| 4. Social Security No. | 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 |
| 5a. Age – Last Birthday (Years) | 75 |
| 6. Date of Birth | Sept. 18, 1942 |
| 7. Birthplace | Moscow, AR |
| 8a. Residence State | Arkansas |
| 8b. County | Jefferson |
| 8c. City or Town | Pine Bluff |
| 8c. Number and Street | 6201 Timber Ridge Drive |
| 8e. Zip Code | 71603 |
| 8g. Inside City Limits? | Yes |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Widowed |
| 11. Surviving Spouse's Name | None |
| 12a. If Death Occurred in a Hospital | Inpatient |
| 12c. County of Death | Jefferson |
| 12d. Facility Name | Jefferson Regional Medical Center |
| 12e. City or Town | Pine Bluff |
| Zip | 71603 |
| 13. Father's Name | Freddie Williams |
| 14. Mother's Name Prior to First Marriage | Earnestine Long |
| 15a. Informant's Name | Mark A. Bennett |
| 15b. Relationship | Son |
| 15c. Mailing Address | 6201 Timber Ridge Dr., Pine Bluff, AR 71603 |
| 16a. Method of Disposition | Burial |
| 16b. Place of Disposition | Belmont Cemetery |
| 16c. Location | Moscow, Arkansas |
| 17a. Embalmer's Name | Marshall Kelley |
| 17b. License | 498 |
| 17d. Name and Complete Address of Funeral Facility | Brown Funeral Home, 2704 Commerce Circle, Pine Bluff, AR 71601 |
| 17e. License # | 108 |
| 18a. Date Pronounced Dead | 4-5-18 |
| 18b. Time Pronounced Dead | 10:08 PM |
| 18c. Name and Title of Person Pronouncing Death | Dr. Pumphrey MD |
| 19. Was Medical Examiner or Coroner Contacted? | No |

**20. PART I. Cause of Death**

Immediate Cause: ACUTE MYOCARDIAL INFARCTION
Due to: CONGESTIVE HEART FAILURE
Due to: HYPERTENSION

**PART II.** Acute myocardial Infarction

21a. Was an autopsy performed? No
21b. Were autopsy findings available to complete the cause of death? No

22. Manner of Death: Natural
23. Did Tobacco Use Contribute to Death? Unknown
24. If Female: Not pregnant within past year

26a. Certifier: Certifying Physician
Signature — Title: PHYSICIAN — Date: 4/30/18
26b. Name and Complete Mailing Address: Olabode Olumofin, MD, 1801 W. 40th Ave, Ste 1C, Pine Bluff AR 71603
26c. License #: E-3124
27a. Signature of Registrar: Lavonne Marshall/LR
27b. Date Filed: 5-4-19

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

Shirley Louie
State Registrar

6031437

**SEAL** — ARKANSAS DEPARTMENT OF HEALTH, LITTLE ROCK, ARK.

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112