MINUTE ENTRY
NORTH, M.J.
MARCH 13, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

REF: 19-CV-00201

## HEARING ON MOTION

| COURT REPORTER: | Sandy Minutillo |
|---|---|
| APPEARANCES: | Douglas Moore, Patrick Oot, Jeremy Wickler, Dawn Barrios, John Olinde |
| PARTICIPATING BY PHONE: | Geoff Coan, Kim Beck, Palmer Lambert, Lee McGartland, Mike McGartland, Emily Jeffcott |

MOTION:

(1) Debra Cantwell's Motion to Quash or Modify Document Subpoena and for Protective Order (Rec. doc. 6276).

\_\_\_\_\_ : Continued to

\_\_\_\_\_ : No opposition

\_\_1\_\_ : Opposition

## ORDERED

\_\_\_\_\_ : Dismissed as moot.

\_\_\_\_\_ : Dismissed for failure of counsel to appear.

\_\_\_\_\_ : Granted.

MJSTAR (00:15)

\_\_\_\_\_ : Denied.

\_\_1\_\_ : Other.  Ms. Cantwell is to respond to category No. 1 of Sanofi's deposition subpoena subject to the requirements applicable to all Plaintiffs in this litigation.  The Court declines to find a waiver of the attorney-client relationship between Ms. Cantwell and Bachus & Shanker but will review *in camera* the communications between her and Mr. Weinberger regarding the alleged request for the deletion of Facebook comments.  Those communications are to be provided to the Court electronically and a privilege log appropriately identifying them is to be furnished to Sanofi.  To the extent that they have not already been provided, documents responsive to category Nos. 4 and 7 are to be produced with required Metadata.  Any documents produced thus far without associated metadata shall be re-produced with the Metadata as required.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE