UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.** |
| **THIS DOCUMENT RELATES TO:** | Civil Action No.: 2:18-cv-12991 |
| Gina Flores v. SANOFI-AVENTIS U.S. LLC, et al. | |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of March, 2019        **PULASKI LAW FIRM, PLLC**
                                                                   */s/ Leslie LaMacchia*
                                                                   Leslie LaMacchia
                                                                   Adam Pulaski
                                                                   2925 Richmond, Suite 1725
                                                                   Houston, TX 77098
                                                                   Tel: (713) 664-4555
                                                                   Fax: (713) 664-7543
                                                                   llamacchia@pulaskilawfirm.com
                                                                   adam@pulaskilawfirm.com

                                                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 13, 2019            */s/ Leslie LaMacchia*