UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO |
| BRIGETTE JOHNSON, ET AL., | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-13797 |
| SANOFI US SERVICES INC., ET AL., | : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 6223);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 14th day of March, 2019.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE