UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Norma Logan v. Sanofi-Aventis U.S. LLC, et al.;*
**USDC EDLA No. 2:17-cv-9729.**

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 6225), seeking to substitute Plaintiff's husband, Jose Muniz, as Plaintiff on behalf of the deceased Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 14th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE