UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Pamela Fauntleroy v. Sanofi-Aventis U.S. LLC, et al.;*
**USDC EDLA No. 2:17-cv-12679.**

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 6241), seeking to substitute Derius Massey, surviving son of Plaintiff Pamela Fauntleroy and administrator of decedent's estate, as the Plaintiff in this action;

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 14th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE