# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Parker v. Sanofi-Aventis U.S. LLC, et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc.**<br><br>Civil Action No.: 2:18-cv-9111 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of March, 2019

*/s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

|  |  |
|---|---|
| DATED: March 15, 2019 | */s/ Seth Sharrock Webb*<br>SETH SHARROCK WEBB, # 51236<br>BROWN & CROUPPEN, P.C.<br>211 N. Broadway, Suite 1600<br>St. Louis, Missouri 63102<br>314-421-0216<br>314-421-0359 facsimile<br>sethw@getbc.com |