MINUTE ENTRY
MILAZZO, J.
March 12, 2019

JS-10: 00:35

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On March 12, 2019, the Court held a status conference with liaison counsel. The parties updated the Court on the status of the case. The next status conference with liaison and lead counsel is **April 4, 2019 at 8:30 a.m.** A general status conference and show cause hearing will follow beginning at 10:00 a.m. The dial-in number for the general status conference and show cause hearing is (800) 260-0712 and the access code is 465448.

