UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Diana Warren, et al., v. Sanofi US Services Inc. fka Sanofi-Aventis U.S. Inc., et al.<br>Civil Action No. 2:17-cv-13380 | **CONTESTED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Now come Plaintiffs Diana and Ollie Warren, by and through the undersigned counsel of record and files this Contested Motion for Voluntary Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Because Plaintiff Diana Warren has been selected as a Trial Pool Plaintiff, the procedures of PTO No. 87 are inapplicable to Plaintiffs' request.

  For the reasons detailed in the attached Memorandum in Support of Plaintiffs' Contested Motion for Voluntary Dismissal with Prejudice, Plaintiffs respectfully request their case be dismissed with prejudice, with each party to bear its own costs.

Date: 3/18/2019                                         Respectfully Submitted,

/s/ *Carasusana B. Wall*
Carasusana B. Wall (OH 0090234)
Michelle L. Kranz (OH 0062479)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
          michelle@toledolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Carasusana B. Wall*
Carasusana B. Wall (OH 0090234)