# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
**Diana Warren, et al., v. Sanofi US Services Inc.**
**fka Sanofi-Aventis U.S. Inc., et al.**
**Civil Action No. 2:17-cv-13380**

**[PROPOSED] ORDER**

This matter came upon Plaintiffs' Contested Motion for Voluntary Dismissal With

Prejudice. For cause show, Plaintiffs' motion is found well-taken and is therefore granted.

IT IS ORDERED that said Motion is GRANTED and that the above-captioned case

(2:17-cv-13380) be dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED

_____
Date

_____
HON. JANE TRICHE MILAZZO