# EXHIBIT B

## Statement Required by PTO 71 (no additional ESI found)

Pursuant to PTO 71, I have conducted a reasonable search on each of the sources identified in paragraph 2 of PTO 71 to identify and collect potentially responsive ESI for counsel review. My search has yielded no additional ESI to produce. I do not have an employer-owned email account or know of other individuals or locations where responsive ESI may exist. I am unaware of any ESI within the scope of discovery that was lost or destroyed.

_Kathleen Galbiel_  
Plaintiff's Signature

_Jan. 17, 2018_  
Date

_[signature]_  
Counsel's Signature

03-23-2018  
Date