# EXHIBIT C



AFTER TAXOTERE: May 2016



April 4, 2018 (2)



Mar. 16, 2018 (1)



Mar. 16, 2018 (2)

