UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Deborah Johnson*
Case No. 1615607

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW INTO COURT comes Plaintiff, Deborah Johnson, who respectfully requests leave of Court to file Exhibits A and B to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced exhibits to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations Grounds Against Plaintiff Deborah Johnson be filed UNDER SEAL.

Dated: March 19, 2019                                      Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
lgodshall@morrisbart.com
Attorneys for Plaintiff