UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Deborah Johnson* Case No. 1615607 | |

### NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through undersigned counsel, who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 6536-1] Exhibit A and B to Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations Grounds Against Plaintiff Deborah Johnson.

On March 19, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: March 19, 2019

Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com

1

bbarnes@morrisbart.com<br>
lgodshall@morrisbart.com<br>
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on \_\_\_\_\_, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ _____

2