UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Deborah Johnson*
Case No. 1615607

# [PROPOSED] ORDER

## *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits A and B to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits A and B to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson UNDER SEAL.

New Orleans, Louisiana, this ___ of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE