UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Deborah Johnson v. Sanofi U.S. Services, Inc., et al.*
Case No. 16-15607

## ORDER

Before the Court is Plaintiff's Consent Motion to Extend Deadline to file Opposition (Doc. 6528) to Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson (Doc. 5734);

**IT IS ORDERED** that the Motion is **GRANTED**, and the deadline to file an Opposition to Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson is **EXTENDED** to March 19, 2019. As agreed by the parties, the submission date of March 27, 2019 is not affected.

New Orleans, Louisiana, this 19th day of March, 2019.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE