# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| BETH TROXCLAIR<br>*Plaintiff*<br>vs.<br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br>*Defendants* | : : : : : : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.**<br><br>Civil Action No.: 2:17-cv-15260 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated: March 19, 2019 | Respectfully submitted, |

                                             **SHAW COWART, L.L.P.**
                                             */s/ Ethan L. Shaw*
                                             ETHAN L. SHAW
                                             Texas Bar No. 18140480
                                             elshaw@shawcowart.com
                                             JOHN P. COWART
                                             Texas Bar No. 04919500
                                             jcowart@shawcowart.com
                                             1609 Shoal Creek Blvd., Suite 100
                                             Austin, Texas 78701
                                             T: 512.499.8900 / F: 512.320.8906

                                             Perry W. Neichoy
                                             PERRY W. NEICHOY, P.C.
                                             Texas Bar No. 14865590
                                             perry@pwn-mediate.com
                                             1609 Shoal Creek Blvd., Suite 100
                                             Austin, Texas 78701
                                             T: 409.839.4545 / F: 512.320.8906

                                             *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                             */s/ Ethan L. Shaw*
                                             ETHAN L. SHAW