# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| JANE LINDSAY       Plaintiff vs. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.; SANDOZ INC.; ACCORD HEALTHCARE, INC.; McKESSON CORPORATION d/b/a McKESSON PACKAGING; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.; ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA, INC.       Defendants | : : : : : : : : : : : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND Civil Action No: 2:17-cv-16407 |

**SECOND AMENDED SHORT FORM COMPLAINT**
**(Effective as of January 4, 2019)[1]**

Plaintiff, **JANE LINDSAY,** incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

SECOND AMENDED SHORT FORM COMPLAINT – Jane Lindsay          Page 1 of 5

Pretrial Order No. 15, this Second Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Jane Lindsay

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not Applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Current State of Residence: Pennsylvania

5. State in which Plaintiff(s) allege(s) injury: Pennsylvania

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☐ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☒ E. Hospira, Inc.

☐ F. Sun Pharma Global FZE

☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐ H. Pfizer Inc.

☐ I. Actavis LLC f/k/a Actavis Inc.

☐ J. Actavis Pharma, Inc.

☒ K. Other:  Sagent Pharmaceuticals, Inc.

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court
Western District of Pennsylvania
Pittsburgh Division

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

---

**SECOND AMENDED SHORT FORM COMPLAINT – Jane Lindsay**          Page 3 of 5

|   |   |   |
|---|---|---|
| ☒ | C. | Docetaxel Injection |
| ☒ | D. | Docetaxel Injection Concentrate |
| ☐ | E. | Unknown |
| ☐ | F. | Other: |

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Approximate Date Range: July 2013 to October 2013

11. State in which Product(s) identified in question 9 was/were administered:

> Pennsylvania

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Plaintiff has suffered injuries as a result of the Taxotere/Docetaxel chemotherapy drug administered to her for treatment of breast cancer. Plaintiff's injuries include, but are not limited to, permanent hair loss, patchy hair growth, and very thin hair. Her injuries shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to Defendants.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability - Failure to Warn
    ☒ Count III – Negligence
    ☒ Count IV – Negligent Misrepresentation
    ☒ Count V – Fraudulent Misrepresentation
    ☒ Count VI – Fraudulent Concealment
    ☒ Count VII – Fraud and Deceit

☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

If such be necessary, Plaintiff further asserts causes of action pursuant to Pennsylvania state substantive laws, including but not limited to, negligence, product liability, strict products liability and breach of warranty.

Additionally, Plaintiff invokes the privileges of the substantive and statutory laws of the state of Pennsylvania with respect to fraudulent concealment and the discovery rule as applied to the statute of limitations. Specifically, Plaintiff did not know that her permanent hair loss was related to her use of Taxotere/Docetaxel until in or about September 2017.

14. Name of Attorneys, Bar Numbers, Law Firm, Phone Numbers, Email Addresses and Mailing Addresses representing Plaintiff:

By: Respectively Submitted,

**SHAW COWART, L.L.P.**
*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701
T: 512.499.8900 / F: 512.320.8906

*Attorneys for Plaintiff,*
*Jane Lindsay*

**SECOND AMENDED SHORT FORM COMPLAINT – Jane Lindsay**                                                Page 5 of 5