UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| JANE LINDSAY<br>    *Plaintiff*<br><br>vs.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.;<br>SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.;<br>SANDOZ INC.;<br>ACCORD HEALTHCARE, INC.;<br>McKESSON CORPORATION d/b/a McKESSON PACKAGING;<br>HOSPIRA, INC.;<br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.;<br>SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.;<br>ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA, INC.<br>    *Defendants* | : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No: 2:17-cv-16407 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Jane Lindsay respectfully requests leave of Court to file a Second Amended Short Form Complaint adding Sagent Pharmaceuticals, Inc. as defendant.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Plaintiff alleges that she received product identification showing Hospira and Sagent as the defendants whose docetaxel products were administered to Plaintiff. At that time, Sagent Pharmaceuticals, Inc. had not been named a defendant in the First Amended Master Long Form Complaint.

Plaintiff filed a Partial Dismissal with Prejudice dismissing all defendants named in her original Amended Short Form Complaint except the Hospira entities.

Subsequently, the Second Amended Master Long Form Complaint was filed on September 27, 2018 naming Sagent Pharmaceuticals, Inc. as a defendant. Plaintiff alleges that Sagent marketed and sold docetaxel (an Actavis manufactured product) from July 2013 until December 2014.

Pursuant to PTO 82 ("Procedure for Adding Sagent Pharmaceuticals, Inc."), Plaintiff is now seeking leave to add Sagent as a named defendant.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Dated: March 19, 2019

Respectively submitted,

**SHAW COWART, L.L.P.**
*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*JANE LINDSAY*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and PTO 37A, Defendant's Counsel has been contacted regarding this Motion. Counsel has consented to and does not oppose the relief sought.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW