## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| RHONDA ROBINSON<br>    *Plaintiff* | : : : | |
| vs. | : : : | Civil Action No: 2:17-cv-15903 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.; SANDOZ INC.; ACCORD HEALTHCARE, INC.; McKESSON CORPORATION d/b/a McKESSON PACKAGING; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.; ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARMA, INC.<br>    *Defendants* | : : : : : : : : : : : : : : : : : | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to File a Second Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Second Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2019.

_____

Hon. Jane Triche Milazzo

UNITED STATES DISTRICT COURT JUDGE