# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 1 | Adams | Bobbi | 2:18-cv-10720 | 11/9/2018 | No PFS Submitted | sanofi |
| 2 | Adolph | Jennifer | 2:18-cv-08030 | 08/23/2018 | PFS Not Substantially Complete | 505 |
| 3 | Allen | Sheila | 2:18-cv-10688 | 11/8/2018 | No PFS Submitted | sanofi |
| 4 | Allison | Ebony Michelle | 2:17-cv-16133 | 12/8/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 5 | Alston | Tanya | 2:18-cv-06527 | 07/05/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 6 | Anderson Eckert | Leslie | 2:18-cv-00338 | 1/11/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 7 | Arends | Reba | 2:17-cv-16214 | 12/9/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 8 | Asghar Khan | Aisha | 2:18-cv-02461 | 3/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A; No CMO 12A | both sanofi and 505 |
| 9 | Ball | Etta | 2:18-cv-05817 | 06/11/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 10 | Barber | Claudette | 2:18-cv-05813 | 06/11/2018 | PFS Not Substantially Complete | 505 |
| 11 | Barnes-Gordon | Kathy | 2:18-cv-11089 | 11/16/2018 | No PFS Submitted | sanofi |
| 12 | Baskett | Jessica | 2:18-cv-11024 | 11/15/2018 | No PFS Submitted | both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|-----------|----------------|----------------------|----------------------------|------------------|
| 13 | Beattie | Fleeta | 2:17-cv-13824 | 11/30/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 14 | Belczak | Jennifer | 2:18-cv-10968 | 11/14/2018 | No PFS Submitted | sanofi |
| 15 | Bell | Estella | 2:18-cv-08822 | 09/21/2018 | No PFS Submitted | 505 |
| 16 | Bell | Gail | 2:18-cv-11075 | 11/15/2018 | No PFS Submitted | sanofi |
| 17 | Bell | Zelma Lee | 2:18-cv-10098 | 10/29/2018 | No PFS Submitted | 505 |
| 18 | Belo | Tamica | 2:18-cv-08817 | 09/21/2018 | No PFS Submitted | 505 |
| 19 | Benigno | Ann | 2:18-cv-10566 | 11/6/2018 | No PFS Submitted | sanofi |
| 20 | Bennett | Patty | 2:18-cv-10260 | 11/1/2018 | No PFS Submitted | sanofi |
| 21 | Bent | Sybil | 2:18-cv-10723 | 11/9/2018 | No PFS Submitted | both sanofi and 505 |
| 22 | Biles | Renee | 2:18-cv-10426 | 11/2/2018 | No PFS Submitted | sanofi |
| 23 | Bittle | Jeannie | 2:18-cv-10536 | 11/6/2018 | No PFS Submitted | sanofi |
| 24 | Blacknell | Monique | 2:18-cv-10665 | 11/8/2018 | No PFS Submitted | sanofi |
| 25 | Bodnarchuk | Caroline | 2:18-cv-10609 | 11/7/2018 | No PFS Submitted | sanofi |
| 26 | Bolte | Michelle | 2:18-cv-10656 | 11/07/2018 | No PFS Submitted | 505 |
| 27 | Bowie | Bessie | 2:18-cv-04803 | 5/10/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 28 | Boyd | Victoria | 2:18-cv-05647 | 6/5/2018 | PFS Not Substantially Complete | sanofi |
| 29 | Bradley | Pearl | 2:17-cv-08912 | 9/12/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 30 | Brantley | Laura | 2:17-cv-10780 | 10/18/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 31 | Bravo | Fonda | 2:18-cv-10473 | 11/5/2018 | No PFS Submitted | both sanofi and 505 |
| 32 | Bremer-Hardesty | Patricia A. | 2:18-cv-06048 | 06/18/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 33 | Brennan | Ernestine | 2:18-cv-10600 | 11/7/2018 | No PFS Submitted | sanofi |
| 34 | Brewer | Audrey | 2:18-cv-09605 | 10/16/2018 | No PFS Submitted | both sanofi and 505 |
| 35 | Britt | Julie | 2:18-cv-06055 | 06/19/2018 | PFS Not Substantially Complete | 505 |
| 36 | Brock | Janice A | 2:18-cv-00403 | 1/13/2018 | PFS Not Substantially Complete | sanofi |
| 37 | Brod | Adele | 2:17-cv-11908 | 11/7/2017 | PFS Not Substantially Complete | sanofi |
| 38 | Brooks | Melody | 2:18-cv-10538 | 11/6/2018 | No PFS Submitted | sanofi |
| 39 | Brown | Darlene | 2:18-cv-06007 | 6/16/2018 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A; Authorizations Deficient | both sanofi and 505 |
| 40 | Brown | Lawanna | 2:17-cv-17029 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 41 | Brown | Margarette | 2:18-cv-09621 | 10/16/2018 | No PFS Submitted | sanofi |
| 42 | Browning | Senoia | 2:18-cv-05674 | 6/6/2018 | PFS Not Substantially Complete | sanofi |
| 43 | Buck | Teresa | 2:18-cv-09798 | 10/22/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 44 | Burch | Valarie | 2:18-cv-05612 | 6/4/2018 | PFS Not Substantially Complete | sanofi |
| 45 | Burke | Carol | 2:18-cv-11106 | 11/16/2018 | No PFS Submitted | sanofi |
| 46 | Burleson | Joyce | 2:18-cv-10657 | 11/7/2018 | No PFS Submitted | sanofi |
| 47 | Burley | Linda | 2:18-cv-01319 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 48 | Bush | Linda | 2:18-cv-10617 | 11/7/2018 | No PFS Submitted | sanofi |
| 49 | Callender | Gloria | 2:18-cv-05741 | 6/8/2018 | PFS Not Substantially Complete | sanofi |
| 50 | Cameron | Beth | 2:17-cv-08506 | 08/31/2017 | PFS Not Substantially Complete | 505 |
| 51 | Campbell | Karen | 2:17-cv-15541 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 52 | Carawan | Beverly | 2:18-cv-09598 | 10/16/2018 | No PFS Submitted | sanofi |
| 53 | Carr | Shelly | 2:17-cv-15466 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 54 | Carr Scott | Jessica | 2:17-cv-12902 | 11/21/2017 | PFS Not Substantially Complete | sanofi |
| 55 | Carroll | Marilyn L | 2:18-cv-02866 | 3/16/2018 | PFS Not Substantially Complete | sanofi |
| 56 | Carsello | Marcia | 2:18-cv-05181 | 5/22/2018 | PFS Not Substantially Complete | sanofi |
| 57 | Carter | Luella | 2:17-cv-15095 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 58 | Carter | Sheila | 2:18-cv-02609 | 3/13/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 59 | Carvajal | Mary | 2:17-cv-9537 | 9/23/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 60 | Caselli | Karen | 2:18-cv-08821 | 09/21/2018 | No PFS Submitted | 505 |
| 61 | Chance | Judie | 2:18-cv-11087 | 11/16/2018 | No PFS Submitted | both sanofi and 505 |
| 62 | Chandler | Linda F. | 2:17-cv-02733 | 3/30/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 63 | Chavis | Tonya | 2:18-cv-05979 | 6/15/2018 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A | sanofi |
| 64 | Childers | Mundee | 2:17-cv-12323 | 11/13/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 65 | Clark | Gloria | 2:18-cv-09593 | 10/16/2018 | No PFS Submitted | sanofi |
| 66 | Clay | Shirley | 2:17-cv-09091 | 09/14/2017 | PFS Not Substantially Complete | 505 |
| 67 | Clemenza | Cynthia | 2:18-cv-10794 | 11/9/2018 | No PFS Submitted | sanofi |
| 68 | Coderre | Charlsie | 2:18-cv-10878 | 11/13/2018 | No PFS Submitted | both sanofi and 505 |
| 69 | Coles | Virginia | 2:18-cv-09990 | 10/25/2018 | No PFS Submitted | sanofi |
| 70 | Collins | Cheryl | 2:18-cv-05696 | 6/7/2018 | PFS Not Substantially Complete | sanofi |
| 71 | Collins | Deborah | 2:18-cv-05981 | 06/15/2018 | PFS Not Substantially Complete | 505 |
| 72 | Cormier | Joan | 2:18-cv-10829 | 11/12/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|-----------|---------------|---------------------|---------------------------|------------------|
| 73 | Cortez | Mayra | 2:17-cv-09283 | 9/18/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 74 | Coup | Cheryl | 2:18-cv-09331 | 10/08/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 75 | Crawford | Latechia | 2:18-cv-10001 | 10/25/2018 | No PFS Submitted | both sanofi and 505 |
| 76 | Creech | Tammy | 2:17-cv-12284 | 11/13/2017 | PFS Not Substantially Complete | sanofi |
| 77 | Curleymorabito | Mary | 2:18-cv-05986 | 6/15/2018 | No CMO 12 | sanofi |
| 78 | Curtis | Christine M. | 2:18-cv-07049 | 07/27/2018 | PFS Not Substantially Complete | 505 |
| 79 | Cusprinie | Beverly | 2:18-cv-10969 | 11/14/2018 | No PFS Submitted | 505 |
| 80 | Dalton | Ronda | 2:18-cv-05967 | 6/15/2018 | PFS Not Substantially Complete | sanofi |
| 81 | Daniels | Cornelia | 2:17-cv-10717 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 82 | Darling | Carol | 2:18-cv-11021 | 11/15/2018 | No PFS Submitted | sanofi |
| 83 | Davis | Bessie | 2:18-cv-06054 | 6/19/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 84 | Davis | Carol | 2:18-cv-09504 | 10/12/2018 | No PFS Submitted | both sanofi and 505 |
| 85 | Davis | Carolyn | 2:18-cv-05408 | 5/29/2018 | PFS Not Substantially Complete | sanofi |
| 86 | Dawkins | Antionette E | 2:18-cv-00925 | 2/6/2018 | PFS Not Substantially Complete | sanofi |
| 87 | Dawkins | Keshin | 2:17-cv-09164 | 9/17/2017 | PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 88 | Dean | Janet | 2:18-cv-04806 | 05/10/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 89 | Del Rosario | Helen | 2:18-cv-10875 | 11/12/2018 | No PFS Submitted | sanofi |
| 90 | Delongchamp | Kathryn | 2:17-cv-06613 | 7/11/2017 | PFS Not Substantially Complete | sanofi |
| 91 | Depinto | Patricia | 2:18-cv-02330 | 3/4/2018 | PFS Not Substantially Complete | sanofi |
| 92 | Despaney | Evelina | 2:18-cv-07472 | 08/07/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 93 | Dihoff | Charlotte | 2:18-cv-10716 | 11/9/2018 | No PFS Submitted | sanofi |
| 94 | Dixon | Yvonne | 2:18-cv-01542 | 2/14/2018 | PFS Not Substantially Complete | sanofi |
| 95 | Doss | Pamela | 2:17-cv-07839 | 8/14/2017 | PFS Not Substantially Complete | sanofi |
| 96 | Douglas | Cheryl | 2:18-cv-10264 | 11/1/2018 | No PFS Submitted | sanofi |
| 97 | Ducote | Deanna | 2:18-cv-03212 | 03/26/2018 | PFS Not Substantially Complete | 505 |
| 98 | Dunaway | Nancy | 2:18-cv-09533 | 10/15/2018 | No PFS Submitted | sanofi |
| 99 | Dunlap | Joyce | 2:18-cv-05415 | 5/29/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 100 | Duplessis Francois | Michelle | 2:17-cv-13603 | 11/29/2017 | PFS Not Substantially Complete | sanofi |
| 101 | Dupuis | Michelle | 2:18-cv-09595 | 10/16/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 102 | Eagle Elk | Kathleen | 2:18-cv-05727 | 06/07/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 103 | Edwards | Deborah | 2:18-cv-00882 | 1/29/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 104 | Ehrlich | Pamela | 2:18-cv-07097 | 07/30/2018 | PFS Not Substantially Complete | 505 |
| 105 | El Sabbagh | Crystal | 2:17-cv-17679 | 12/21/2017 | PFS Not Substantially Complete; No Authorizations; No CMO 12A | sanofi |
| 106 | Elmore | Virginia | 2:18-cv-10293 | 11/1/2018 | No PFS Submitted | both sanofi and 505 |
| 107 | Emerson | Carmen | 2:18-cv-10529 | 11/6/2018 | No PFS Submitted | sanofi |
| 108 | Esposito | Susan | 2:18-cv-01448 | 02/12/2018 | No Deficiency Response | 505 |
| 109 | Farrar | Jewell | 2:17-cv-16753 | 12/11/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 110 | Ferguson | Dana | 2:18-cv-10834 | 11/12/2018 | No PFS Submitted | both sanofi and 505 |
| 111 | Ferguson | Wanda | 2:17-cv-11442 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 112 | Fernandez | Rita | 2:18-cv-09560 | 10/15/2018 | No PFS Submitted | sanofi |
| 113 | Fidalgo | Beth | 2:18-cv-11082 | 11/16/2018 | No PFS Submitted | sanofi |
| 114 | Ford | Marquese | 2:17-cv-15583 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 115 | Frederick | Cheryl | 2:18-cv-05354 | 05/26/2018 | PFS Not Substantially Complete | 505 |
| 116 | Frederick | Yamilla | 2:18-cv-10478 | 11/5/2018 | No PFS Submitted | both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 117 | Ftorek | Tessa | 2:18-cv-00642 | 1/22/2018 | PFS Not Substantially Complete | sanofi |
| 118 | Fulton | Donna | 2:17-cv-16424 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 119 | Funk | Rebecca F. | 2:17-cv-16700 | 12/11/2017 | No Deficiency Response; PFS  Not Substantially Complete | 505 |
| 120 | Gaddy | Cynthia | 2:18-cv-10540 | 11/6/2018 | No PFS Submitted | sanofi |
| 121 | Gaffney | Judy | 2:18-cv-01330 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 122 | Gants | Regina | 2:17-cv-18017 | 12/31/2017 | No Deficiency Response | 505 |
| 123 | Garland | Eva | 2:18-cv-11032 | 11/15/2018 | No PFS Submitted | sanofi |
| 124 | Garrett | Gayle | 2:17-cv-13262 | 11/24/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 125 | Garrett | Iris | 2:18-cv-06129 | 6/21/2018 | PFS Not Substantially Complete | sanofi |
| 126 | Gathings | Theresa | 2:17-cv-17021 | 12/11/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 127 | George | Jane | 2:17-cv-15590 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 128 | George | Sandie | 2:17-cv-12704 | 11/17/2017 | PFS Not Substantially Complete | sanofi |
| 129 | Gibbs | Earlean | 2:18-cv-10363 | 11/2/2018 | No PFS Submitted | sanofi |
| 130 | Glover | Joyce | 2:17-cv-13714 | 11/30/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 131 | Gonzalez | Nancy | 2:17-cv-14347 | 12/4/2017 | PFS Not Substantially Complete | sanofi |
| 132 | Gore | Mary | 2:17-cv-10777 | 10/17/2017 | PFS Not Substantially Complete | sanofi |
| 133 | Gray | Margarita | 2:17-cv-16247 | 12/09/2017 | PFS Not Substantially Complete | 505 |
| 134 | Griffin | Tammy | 2:18-cv-10229 | 10/31/2018 | No PFS Submitted | sanofi |
| 135 | Gucwa | Barbara | 2:18-cv-11092 | 11/16/2018 | No PFS Submitted | sanofi |
| 136 | Guidry | Betty | 2:17-cv-10970 | 10/25/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 137 | Guilkey | Jennifer | 2:17-cv-15327 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 138 | Hainkel | Lori | 2:17-cv-11437 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 139 | Halfhill | Traci | 2:18-cv-11063 | 11/15/2018 | No PFS Submitted | sanofi |
| 140 | Hall | Lakita | 2:18-cv-01888 | 2/22/2018 | PFS Not Substantially Complete | sanofi |
| 141 | Hall | Lillie | 2:16-cv-17176 | 12/12/2016 | PFS Not Substantially Complete | 505 |
| 142 | Halloway | Ronette | 2:17-cv-16767 | 12/11/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 143 | Hampton Peterkin | Lorraine | 2:18-cv-01333 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 144 | Harper | Janice | 2:17-cv-16043 | 12/8/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 145 | Harrell | Phyllis | 2:17-cv-16734 | 12/11/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | both sanofi and 505 |
| 146 | Harris | Angelena | 2:18-cv-00805 | 1/26/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 147 | Harris | Diedra | 2:18-cv-01915 | 2/22/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A; No CMO 12A | both sanofi and 505 |
| 148 | Harris-Finney | Delilah J. | 2:17-cv-17306 | 12/14/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 149 | Harrison | Alora | 2:17-cv-16758 | 12/11/2017 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 150 | Hastings | Nelda | 2:17-cv-16312 | 12/09/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 151 | Hatch | Marsha | 2:18-cv-02868 | 03/16/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 152 | Haynes | Stacey | 2:18-cv-02193 | 03/01/2018 | PFS Not Substantially Complete | 505 |
| 153 | Held | Roseann | 2:18-cv-02492 | 3/9/2018 | PFS Not Substantially Complete | sanofi |
| 154 | Henderson | Gwendolyn | 2:18-cv-10918 | 11/13/2018 | No PFS Submitted | sanofi |
| 155 | Henderson | Joe May | 2:18-cv-00641 | 1/22/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 156 | Henderson | Toni | 2:18-cv-01457 | 2/12/2018 | PFS Not Substantially Complete | sanofi |
| 157 | Hendrickson | Myrta | 2:18-cv-10831 | 11/12/2018 | No PFS Submitted | sanofi |
| 158 | Henry | Anita | 2:18-cv-10976 | 11/14/2018 | No PFS Submitted | both sanofi and 505 |
| 159 | HerminstyneProof of | Dawn | 2:18-cv-01922 | 02/22/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 160 | Herndon | Sharon | 2:18-cv-01768 | 2/20/2018 | PFS Not Substantially Complete | sanofi |
| 161 | Hill | Linda | 2:18-cv-10437 | 11/05/2018 | No PFS Submitted | 505 |
| 162 | Hill | Mary A | 2:18-cv-05990 | 6/15/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 163 | Hines | Teresa | 2:17-cv-10300 | 10/09/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 164 | Hinkle | Cynthia | 2:17-cv-15035 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 165 | Hinton | Beverly | 2:18-cv-10275 | 11/1/2018 | No PFS Submitted | both sanofi and 505 |
| 166 | Hodges | Joyce | 2:18-cv-02632 | 3/13/2018 | PFS Not Substantially Complete | sanofi |
| 167 | Hollie | Donna | 2:17-cv-09935 | 10/2/2017 | PFS Not Substantially Complete | sanofi |
| 168 | Hollingsworth | Beryl | 2:18-cv-05770 | 6/9/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 169 | Hornibrook | Virginia L | 2:18-cv-02500 | 3/9/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 170 | Horst | Leasa D. | 2:18-cv-05769 | 6/9/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 171 | Houston | Audrey | 2:18-cv-09558 | 10/15/2018 | No PFS Submitted | both sanofi and 505 |
| 172 | Hudgins | Eva | 2:17-cv-15081 | 12/6/2017 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 173 | Humbard | Candy | 2:18-cv-10017 | 10/25/2018 | No PFS Submitted | both sanofi and 505 |
| 174 | Hunt | Margaret | 2:18-cv-09534 | 10/15/2018 | No PFS Submitted | 505 |
| 175 | Hunter-Drew | Jo Ann | 2:18-cv-05681 | 6/6/2018 | PFS Not Substantially Complete | sanofi |
| 176 | Hussey | Mary | 2:18-cv-10204 | 10/31/2018 | No PFS Submitted | sanofi |
| 177 | Hustler | Laraine | 2:18-cv-10492 | 11/5/2018 | No PFS Submitted | sanofi |
| 178 | Inabinett | April | 2:18-cv-11096 | 11/16/2018 | No PFS Submitted | both sanofi and 505 |
| 179 | Jackson | Constance | 2:18-cv-02814 | 03/15/2018 | No Deficiency Response | 505 |
| 180 | Jackson | Kim | 2:17-cv-07737 | 8/10/2017 | PFS Not Substantially Complete | sanofi |
| 181 | Jackson | Mildred Y. | 2:18-cv-07754 | 08/15/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 182 | Jackson | Robbin | 2:17-cv-16760 | 12/11/2017 | PFS Not Substantially Complete; No PTO 71 | both sanofi and 505 |
| 183 | Jacobs | Angela D | 2:18-cv-01889 | 5/23/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|---------------------------|------------------|
| 184 | James | Julia | 2:18-cv-02263 | 3/2/2018 | PFS Not Substantially Complete | both sanofi and 505 |
| 185 | Jeanminette | Therese | 2:18-cv-03731 | 4/9/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 186 | Jedziniak | Kristin | 2:18-cv-10589 | 11/6/2018 | No PFS Submitted | both sanofi and 505 |
| 187 | Jefferson | Myrna | 2:17-cv-16696 | 12/11/2017 | No Deficiency Response | 505 |
| 188 | Johnson | E. Marie | 2:18-cv-10964 | 11/14/2018 | No PFS Submitted | sanofi |
| 189 | Johnson | Hilda | 2:17-cv-08637 | 9/4/2017 | PFS Not Substantially Complete | sanofi |
| 190 | Johnson | Pauline | 2:17-cv-13551 | 11/28/2017 | PFS Not Substantially Complete | sanofi |
| 191 | Johnson | Sandra | 2:17-cv-13699 | 11/29/2017 | PFS Not Substantially Complete | sanofi |
| 192 | Johnson | Sophia | 2:18-cv-10587 | 11/6/2018 | No PFS Submitted | sanofi |
| 193 | Johnson-Perry | Pamela | 2:17-cv-14386 | 12/4/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 194 | Jones | Iris | 2:17-cv-09919 | 9/30/2017 | PFS Not Substantially Complete | sanofi |
| 195 | Jones | Karen | 2:18-cv-10950 | 11/14/2018 | No PFS Submitted | sanofi |
| 196 | Jones | Mary | 2:17-cv-16759 | 12/11/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 197 | Jones | Mary | 2:18-cv-09680 | 10/18/2018 | No PFS Submitted | sanofi |
| 198 | Kaminowitz | Phyllis | 2:18-cv-08019 | 08/22/2018 | PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 199 | Karam | Rosemary | 2:17-cv-10716 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 200 | Kennedy | Elizabeth | 2:18-cv-09628 | 10/16/2018 | No PFS Submitted | sanofi |
| 201 | Kidd | Ardett | 2:17-cv-17743 | 12/23/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 202 | Kilcran | Lori | 2:18-cv-10691 | 11/8/2018 | No PFS Submitted | sanofi |
| 203 | Kirkwood | Norita | 2:18-cv-09600 | 10/16/2018 | No PFS Submitted | both sanofi and 505 |
| 204 | Knight | Nancy | 2:18-cv-10692 | 11/8/2018 | No PFS Submitted | sanofi |
| 205 | Krahe | Margaret | 2:18-cv-05993 | 6/15/2018 | No CMO 12 | sanofi |
| 206 | Kruse | Teresa L | 2:18-cv-02334 | 3/4/2018 | PFS Not Substantially Complete | sanofi |
| 207 | Ladd | Angela | 2:17-cv-15945 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 208 | Laginess | Debbie L | 2:18-cv-02538 | 3/9/2018 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A; Authorizations Deficient | both sanofi and 505 |
| 209 | Lake | Janine | 2:18-cv-10725 | 11/9/2018 | No PFS Submitted | both sanofi and 505 |
| 210 | Lark | Deborah | 2:18-cv-01924 | 2/22/2018 | No Deficiency Response; PFS still materially insufficient | 505 |
| 211 | Lawrence | Emma | 2:18-cv-10876 | 11/13/2018 | No PFS Submitted | sanofi |
| 212 | Lee | Gloria | 2:18-cv-10541 | 11/6/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|---------------------|----------------------------|------------------|
| 213 | Lee | Jade | 2:18-cv-03433 | 3/30/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 214 | Leininger | Robyne | 2:18-cv-07142 | 07/31/2018 | PFS Not Substantially Complete | 505 |
| 215 | Lewis | Marie P. | 2:18-cv-05819 | 06/11/2018 | PFS Not Substantially Complete | 505 |
| 216 | Licht | Johna | 2:18-cv-10825 | 11/12/2018 | No PFS Submitted | both sanofi and 505 |
| 217 | Lillis | Jolene | 2:18-cv-09826 | 10/22/2018 | No PFS Submitted | both sanofi and 505 |
| 218 | Lipinski | Deborah | 2:18-cv-09725 | 10/18/2018 | No PFS Submitted | 505 |
| 219 | Lisotta | Linda | 2:18-cv-05558 | 6/1/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 220 | Lomax | Wanda | 2:18-cv-10827 | 11/12/2018 | No PFS Submitted | sanofi |
| 221 | Longoria | Jane | 2:18-cv-05972 | 6/15/2018 | PFS Not Substantially Complete | sanofi |
| 222 | Lopez | Lourdes | 2:18-cv-10822 | 11/12/2018 | No PFS Submitted | sanofi |
| 223 | Lott | Lois | 2:18-cv-10788 | 11/9/2018 | No PFS Submitted | sanofi |
| 224 | Lowder | Beulah | 2:18-cv-10729 | 11/9/2018 | No PFS Submitted | sanofi |
| 225 | Lucero | Cindy Dene | 2:17-cv-15973 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 226 | Luckey | Cheryl | 2:18-cv-10590 | 11/06/2018 | No PFS Submitted | 505 |
| 227 | Lundberg | Kari | 2:17-cv-11805 | 11/05/2017 | No Deficiency Response | 505 |
| 228 | Mack | Stephanie | 2:18-cv-10927 | 11/13/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 229 | Magliocco | Lavinia | 2:18-cv-09616 | 10/16/2018 | No PFS Submitted | both sanofi and 505 |
| 230 | Mallia | Kathleen | 2:18-cv-01338 | 2/8/2018 | PFS Not Substantially Complete | sanofi |
| 231 | Malone | Flora | 2:18-cv-10922 | 11/13/2018 | No PFS Submitted | sanofi |
| 232 | Marcelin | April | 2:18-cv-02336 | 3/4/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 233 | Martin | Janice | 2:17-cv-11242 | 10/25/2017 | PFS Not Substantially Complete | sanofi |
| 234 | Martin | Paulette | 2:18-cv-10545 | 11/6/2018 | No PFS Submitted | sanofi |
| 235 | Martin | Winsome | 2:18-cv-10048 | 10/26/2018 | PFS Not Substantially Complete | 505 |
| 236 | Massey | Mitzie | 2:18-cv-07433 | 8/6/2018 | No PTO 71 | sanofi |
| 237 | Mathis | Debra | 2:18-cv-06483 | 07/03/2018 | PFS Not Substantially Complete | 505 |
| 238 | Mathis | Jennifer | 2:18-cv-05417 | 5/29/2018 | PFS Not Substantially Complete | sanofi |
| 239 | Matis | Nicole | 2: 18-cv-10596 | 11/07/2018 | No PFS Submitted | 505 |
| 240 | Matlack | Sally | 2:18-cv-10726 | 11/9/2018 | No PFS Submitted | sanofi |
| 241 | Mays | Twila | 2:18-cv-01470 | 2/13/2018 | PFS Not Substantially Complete | sanofi |
| 242 | McCarthy | Sharon M. | 2:18-cv-05785 | 06/09/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 243 | McClain | Nina | 2:18-cv-06091 | 06/19/2018 | PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|-----------|----------------|----------------------|----------------------------|------------------|
| 244 | Mcclendon | Linda | 2:17-cv-14937 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 245 | Mcclendon | Shelvia | 2:17-cv-15741 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 246 | Mcclure | Ora | 2:18-cv-01926 | 2/28/2018 | PFS Not Substantially Complete | sanofi |
| 247 | Mcconnell | Wanda | 2:18-cv-01790 | 2/20/2018 | PFS Not Substantially Complete | sanofi |
| 248 | McCoy | Susana | 2:18-cv-10424 | 11/2/2018 | No PFS Submitted | both sanofi and 505 |
| 249 | McCullough | Barbara | 2:18-cv-10576 | 11/6/2018 | No PFS Submitted | both sanofi and 505 |
| 250 | Mcdougald | Rita | 2:17-cv-16626 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 251 | Mcgee | Friella | 2:17-cv-13831 | 11/30/2017 | PFS Not Substantially Complete | both sanofi and 505 |
| 252 | McGhee | Dedra | 2:18-cv-10614 | 11/7/2018 | No PFS Submitted | sanofi |
| 253 | McGloun | Tracy | 2:18-cv-02816 | 03/15/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 254 | Mcgrath | Clarice | 2:18-cv-05066 | 5/19/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 255 | McKines | Leona | 2:18-cv-10594 | 11/06/2018 | No PFS Submitted | both sanofi and 505 |
| 256 | McKinney | Thelma | 2:18-cv-08480 | 09/10/2018 | PFS Not Substantially Complete | 505 |
| 257 | McKnight | Sarah | 2:18-cv-11029 | 11/15/2018 | No PFS Submitted | both sanofi and 505 |
| 258 | McMillan | Melanie | 2:18-cv-10481 | 11/5/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 259 | Meadows (Barker) | Mary | 2:18-cv-02216 | 03/01/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 260 | Medlin | Janet | 2:17-cv-15911 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 261 | Mengelkoch | Roxie L. | 2:18-cv-05767 | 6/8/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 262 | Mercik | Tobie | 2:18-cv-02051 | 2/27/2018 | PFS Not Substantially Complete | sanofi |
| 263 | Merritt | Michelle | 2:17-cv-15032 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 264 | Meyer | Katherine | 2:18-cv-11027 | 11/15/2018 | No PFS Submitted | both sanofi and 505 |
| 265 | Miller | Barbara | 2:18-cv-10571 | 11/6/2018 | No PFS Submitted | sanofi |
| 266 | Miller | Denise | 2:18-cv-10591 | 11/6/2018 | No PFS Submitted | both sanofi and 505 |
| 267 | Mingle | Denise | 2:18-cv-01390 | 02/09/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 268 | Minor | Sindy | 2:18-cv-09641 | 10/17/2018 | No PFS Submitted | sanofi |
| 269 | Minter | Lisa | 2:18-cv-05761 | 6/8/2018 | PFS Not Substantially Complete | sanofi |
| 270 | Miseray Bennett | Sharon | 2:17-cv-16741 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 271 | Mitchell | Kathryn | 2:18-cv-10906 | 11/13/2018 | No PFS Submitted | both sanofi and 505 |
| 272 | Mitchell | Teresa | 2:18-cv-09726 | 10/18/2018 | No PFS Submitted | sanofi |
| 273 | Moaning | Schwanda Y. | 2:18-cv-05777 | 06/09/2018 | PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|---------------------|---------------------------|------------------|
| 274 | Mohamed | Nimo | 2:18-cv-00809 | 1/26/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 275 | Montgomery | Jeannette | 2:17-cv-15997 | 12/8/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 276 | Moore | Loretta | 2:18-cv-06799 | 7/18/2018 | No PFS Submitted | sanofi |
| 277 | Moreman | Carolyn | 2:17-cv-12922 | 11/21/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 278 | Morgan | Nelcie | 2:18-cv-10603 | 11/07/2018 | No PFS Submitted | 505 |
| 279 | Morton | Teresa | 2:17-cv-13026 | 11/21/2017 | PFS Not Substantially Complete | sanofi |
| 280 | Murphy | Brenda | 2:17-cv-14480 | 12/4/2017 | No Deficiency Response; PFS  Not Substantially Complete | 505 |
| 281 | Murphy | Carolyn | 2:17-cv-14957 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 282 | Murray-Carter | Antoinette | 2:18-cv-05570 | 6/1/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | sanofi |
| 283 | Myles | Tewannia | 2:17-cv-10539 | 10/11/2017 | PFS Not Substantially Complete | 505 |
| 284 | Nasenbeny | Kathleen | 2:18-cv-10477 | 11/5/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|---------------------|---------------------------|------------------|
| 285 | Neal | Rhonda | 2:18-cv-00810 | 1/26/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 286 | Nebiett | Deconda | 2:17-cv-08329 | 8/27/2017 | No Deficiency Response; PFS Not Substantially Complete | both sanofi and 505 |
| 287 | Neely | Betty | 2:18-cv-04926 | 05/15/2018 | PFS Not Substantially Complete | 505 |
| 288 | Nelson | Margie | 2:18-cv-00358 | 1/11/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 289 | Nelson | Susan | 2:18-cv-06103 | 06/20/2018 | No Deficiency Response | 505 |
| 290 | Nevin | Carriene | 2:18-cv-01589 | 02/15/2018 | No Deficiency Response;PFS Not Substantially Complete | 505 |
| 291 | Newell | Diane | 2:17-cv-15883 | 12/8/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 292 | Newman-Parker | Katherine | 2:18-cv-10882 | 11/13/2018 | No PFS Submitted | both sanofi and 505 |
| 293 | Newton | Lisa | 2:18-cv-10238 | 10/31/2018 | No PFS Submitted | both sanofi and 505 |
| 294 | Nixon | Audrey | 2:17-cv-12321 | 11/13/2017 | PFS Not Substantially Complete | sanofi |
| 295 | Nolan | Marva V | 2:17-cv-14485 | 12/4/2017 | PFS Not Substantially Complete | sanofi |
| 296 | Norvel | Linda | 2:17-cv-17851 | 12/27/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 297 | Nystrom | Deborah | 2:17-cv-16374 | 12/09/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 298 | Oates | Delores | 2:18-cv-09625 | 10/16/2018 | No PFS Submitted | sanofi |
| 299 | Osenbaugh | Tamara | 2:18-cv-10588 | 11/06/2018 | No PFS Submitted | 505 |
| 300 | Owoc | Adele | 2:18-cv-09651 | 10/17/2018 | No PFS Submitted | both sanofi and 505 |
| 301 | Pack | Iris | 2:17-cv-016976 | 12/11/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 302 | Payne | Jennifer | 2:18-cv-09727 | 10/18/2018 | No PFS Submitted | sanofi |
| 303 | Pena | Azalia | 2:17-cv-16258 | 12/9/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 304 | Pennington | Charlese | 2:17-cv-15619 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 305 | Perea | Cecilia | 2:18-cv-11040 | 11/15/2018 | No PFS Submitted | both sanofi and 505 |
| 306 | Perryman | Angela | 2:17-cv-15866 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 307 | Peyton | Alice | 2:18-cv-10261 | 11/1/2018 | No PFS Submitted | both sanofi and 505 |
| 308 | Phelps | Roberta | 2:18-cv-03308 | 03/27/2018 | PFS Not Substantially Complete | 505 |
| 309 | Pierce | Annie | 2:17-cv-12054 | 11/8/2017 | PFS Not Substantially Complete | sanofi |
| 310 | Pierce | Carolyn | 2:18-cv-05729 | 06/07/2018 | PFS Not Substantially Complete | 505 |
| 311 | Pierce | Lisa | 2:18-cv-10654 | 11/7/2018 | No PFS Submitted | sanofi |
| 312 | Pierce | Rachel | 2:18-cv-10479 | 11/5/2018 | No PFS Submitted | both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|-----------|----------------|---------------------|---------------------------|------------------|
| 313 | Pierre-Canel | Marie | 2:18-cv-02818 | 03/15/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 314 | Pospiel | Lori | 2:18-cv-09637 | 10/17/2018 | No PFS Submitted | both sanofi and 505 |
| 315 | Pottle | Yvonne | 2:18-cv-10263 | 11/1/2018 | No PFS Submitted | both sanofi and 505 |
| 316 | Prather | Colleen | 2:18-cv-10288 | 11/1/2018 | No PFS Submitted | sanofi |
| 317 | Principato | Laura B. | 2:18-cv-05783 | 06/09/2018 | PFS Not Substantially Complete | 505 |
| 318 | Provencio | Anna | 2:18-cv-01799 | 2/20/2018 | PFS Not Substantially Complete | sanofi |
| 319 | Pruett | Lisa | 2:17-cv-16493 | 12/10/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 320 | Purvis | Sheila | 2:18-cv-06906 | 07/23/2018 | PFS Not Substantially Complete | 505 |
| 321 | Quick | Frankie | 2:18-cv-09645 | 10/17/2018 | No PFS Submitted | 505 |
| 322 | Rambert | Clara | 2:18-cv-10917 | 11/13/2018 | No PFS Submitted | sanofi |
| 323 | Ramey | Margaret A. | 2:18-cv-08697 | 09/18/2018 | No Deficiency Response | 505 |
| 324 | Rankin | Teresa | 2:17-cv-15413 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 325 | Rawlins | Rebecca | 2:18-cv-09142 | 10/02/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 326 | Reed | Briggitte | 2:16-cv-17843 | 12/28/2016 | PFS Not Substantially Complete | sanofi |
| 327 | Reish | Daisie | 2:18-cv-10902 | 11/13/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 328 | Resendiz | Nancy | 2:18-cv-03159 | 3/23/2018 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A | sanofi |
| 329 | Richards | Carol | 2:18-cv-10686 | 11/8/2018 | No PFS Submitted | both sanofi and 505 |
| 330 | Richardson | Wanda | 2:18-cv-10953 | 11/14/2018 | No PFS Submitted | both sanofi and 505 |
| 331 | Riegel | Sandra | 2:18-cv-10887 | 11/13/2018 | No PFS Submitted | both sanofi and 505 |
| 332 | Roach | Meghan | 2:18-cv-10593 | 11/6/2018 | No PFS Submitted | both sanofi and 505 |
| 333 | Robinson | Linda | 2:17-cv-08618 | 9/1/2017 | PFS Not Substantially Complete | sanofi |
| 334 | Robinson | Mary | 2:17-cv-16100 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 335 | Rodriguez | Daisy | 2:18-cv-10597 | 11/7/2018 | No PFS Submitted | sanofi |
| 336 | Rogers | Helen J | 2:18-cv-05026 | 5/17/2018 | PFS Not Substantially Complete | sanofi |
| 337 | Rogers | Pamela A | 2:17-cv-17201 | 12/13/2017 | PFS Not Substantially Complete | sanofi |
| 338 | Rolle | Phillpa | 2:18-cv-09538 | 10/15/2018 | No PFS Submitted | both sanofi and 505 |
| 339 | Rosas | Flordivina | 2:18-cv-02945 | 03/19/2018 | No Deficiency Response | 505 |
| 340 | Ross | Janet | 2:18-cv-03443 | 3/30/2018 | PFS Not Substantially Complete; No CMO 12A | both sanofi and 505 |
| 341 | Rudasill | Leslie | 2:18-cv-10701 | 11/8/2018 | No PFS Submitted | both sanofi and 505 |
| 342 | Rupert | Carrie | 2:17-cv-17993 | 12/30/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 343 | Ryan | Betty | 2:18-cv-09795 | 10/22/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|---------------------|---------------------------|------------------|
| 344 | Sallaz | Lou Ann | 2:17-cv-15761 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 345 | Samuels | Shirley | 2:17-cv-11821 | 11/5/2017 | PFS Not Substantially Complete | sanofi |
| 346 | Sanchez | Maria | 2:18-cv-10717 | 11/9/2018 | No PFS Submitted | sanofi |
| 347 | Sane | Amy | 2:18-cv-07071 | 07/27/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 348 | Santos | Irma A. | 2:18-cv-07908 | 08/18/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 349 | Sarnie | Deborah | 2:18-cv-10469 | 11/5/2018 | No PFS Submitted | both sanofi and 505 |
| 350 | Schaefer | Linda L | 2:18-cv-02339 | 3/4/2018 | PFS Not Substantially Complete | sanofi |
| 351 | Schafer | Sandra | 2:18-cv-11052 | 11/15/2018 | No PFS Submitted | sanofi |
| 352 | Schneider | Pamela | 2:17-cv-17043 | 12/11/2017 | No Deficiency Response | 505 |
| 353 | Scholz | Clara | 2:18-cv-04765 | 5/9/2018 | PFS Not Substantially Complete | sanofi |
| 354 | Scott | Angela | 2:17-cv-14790 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 355 | Scott | Gloria M | 2:17-cv-16071 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 356 | Scott | Jacqueline | 2:17-cv-15013 | 12/6/2017 | PFS Not Substantially Complete | 505 |
| 357 | Scruggs | Georgiann | 2:18-cv-08227 | 08/29/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 358 | Seabrooks | Valerie | 2:17-cv-07877 | 8/16/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 359 | Shamsiddeen | Halimah | 2:18-cv-03605 | 4/5/2018 | No PTO 71 | sanofi |
| 360 | Shell | Julia | 2:18-cv-10767 | 11/9/2018 | No PFS Submitted | sanofi |
| 361 | Shiffert | Faith | 2:17-cv-09445 | 9/21/2017 | PFS Not Substantially Complete | sanofi |
| 362 | Shumway | Jeanette | 2:18-cv-03693 | 04/08/2018 | PFS Not Substantially Complete | 505 |
| 363 | Siler | Gertrude E. | 2:17-cv-13917 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 364 | Sirrine | Valerie | 2:17-cv-11276 | 10/25/2017 | PFS Not Substantially Complete | sanofi |
| 365 | Sites | Cathy | 2:18-cv-05547 | 6/1/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | sanofi |
| 366 | Slayton | Ann | 2:18-cv-02937 | 3/19/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 367 | Smith | Debra | 2:17-cv-11433 | 10/28/2017 | PFS Not Substantially Complete | sanofi |
| 368 | Smith | Denise | 2:17-cv-15047 | 12/6/2017 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 369 | Smith | Janet G | 2:17-cv-02728 | 3/30/2017 | PFS Not Substantially Complete | sanofi |
| 370 | Smith | Lisa | 2:17-cv-11134 | 10/24/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 371 | Smith | Margaret | 2:17-cv-16937 | 12/11/2017 | No PTO 71 | sanofi |
| 372 | Smith | Mary J | 2:17-cv-08648 | 9/4/2017 | PFS Not Substantially Complete | sanofi |
| 373 | Smith | Rebecca | 2:18-cv-10081 | 10/29/2018 | No PFS Submitted | both sanofi and 505 |
| 374 | Smith | Tracy Duckworth | 2:18-cv-07270 | 08/01/2018 | PFS Not Substantially Complete | 505 |
| 375 | Stallworth | Teresa L | 2:17-cv-17304 | 12/14/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 376 | Starbird | Diana | 2:18-cv-10932 | 11/13/2018 | No PFS Submitted | sanofi |
| 377 | Stevens | Margaret | 2:18-cv-02544 | 3/9/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | sanofi |
| 378 | Strickland | Brooke | 2:18-cv-09729 | 10/18/2018 | No PFS Submitted | both sanofi and 505 |
| 379 | Stuckey-Henry | Ruth | 2:18-cv-09332 | 10/8/2018 | No PFS Submitted | both sanofi and 505 |
| 380 | Sundell | Dorothy | 2:17-cv-16357 | 12/09/2017 | PFS Not Substantially Complete | 505 |
| 381 | Sunderland | Carol | 2:18-cv-10768 | 11/9/2018 | No PFS Submitted | both sanofi and 505 |
| 382 | Svehla | Cynthia | 2:18-cv-10472 | 11/5/2018 | No PFS Submitted | sanofi |
| 383 | Sylvain | Paulie | 2:18-cv-06528 | 07/05/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 384 | Taylor | Lacey E. | 2:18-cv-07295 | 08/01/2018 | PFS Not Substantially Complete | 505 |
| 385 | Taylor | Linda | 2:17-cv-09742 | 9/27/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 386 | Taylor | Sheila | 2:17-cv-03855 | 4/25/2017 | PFS Not Substantially Complete | sanofi |
| 387 | Terblanche | Sandra | 2:18-cv-10718 | 11/9/2018 | No PFS Submitted | sanofi |
| 388 | Terry | Linda | 2:18-cv-10467 | 11/5/2018 | No PFS Submitted | both sanofi and 505 |
| 389 | Thomas | Barbara | 2:18-cv-10595 | 11/6/2018 | No PFS Submitted | both sanofi and 505 |
| 390 | Thomas | Lee Ann | 2:17-cv-09345 | 09/20/2017 | PFS Not Substantially Complete | 505 |
| 391 | Thomas | Margaret | 2:18-cv-10694 | 11/8/2018 | No PFS Submitted | sanofi |
| 392 | Thomas | Patricia | 2:17-cv-15306 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 393 | Thomas | Teresa | 2:18-cv-10558 | 11/6/2018 | No PFS Submitted | sanofi |
| 394 | Thompson | Alice | 2:18-cv-10256 | 11/1/2018 | No PFS Submitted | both sanofi and 505 |
| 395 | Thornton | Carol | 2:17-cv-10658 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 396 | Torres | Ellyha | 2:18-cv-07557 | 08/09/2018 | PFS Not Substantially Complete | 505 |
| 397 | Tracey | Stacy | 2:17-cv-09743 | 9/27/2017 | PFS Not Substantially Complete | sanofi |
| 398 | Tucker | Laticia | 2:17-cv-07741 | 8/11/2017 | PFS Not Substantially Complete | sanofi |
| 399 | Turner | Kathy V. | 2:18-cv-06918 | 07/23/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 400 | Tyson | Deborah | 2:18-cv-10561 | 11/6/2018 | No PFS Submitted | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 401 | Tyson | Shirley | 2:17-cv-15254 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 402 | Ulibarri | Frances | 2:17-cv-11453 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 403 | Ulmer | Patricia | 2:18-cv-02821 | 03/15/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 404 | Unchangco | Carmen U | 2:17-cv-15105 | 12/6/2017 | PFS Not Substantially Complete | sanofi |
| 405 | Unger | Jacqueline | 2:17-cv-08635 | 9/3/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 406 | Vaughn | Ora | 2:18-cv-10655 | 11/7/2018 | No PFS Submitted | both sanofi and 505 |
| 407 | Villa | Mary D. | 2:16-cv-17949 | 12/8/2016 | No Deficiency Response;PFS Not Substantially Complete | 505 |
| 408 | Vinson | Clara | 2:18-cv-01615 | 02/15/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 409 | Walika | Christine | 2:18-cv-09554 | 10/15/2018 | No PFS Submitted | sanofi |
| 410 | Walker | Gwendolyn | 2:17-cv-17741 | 12/23/2017 | PFS Not Substantially Complete | sanofi |
| 411 | Walker | Luvern | 2:17-cv-14698 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 412 | Washington | Patsy | 2:18-cv-09556 | 10/15/2018 | No PFS Submitted | sanofi |
| 413 | Watson | Brenda | 2:17-cv-16660 | 12/11/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 414 | Watson | Sureta | 2:18-cv-05814 | 06/11/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 415 | Webb | Annie | 2:18-cv-03540 | 4/3/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 416 | Webb | Hilda | 2:18-cv-05978 | 6/15/2018 | No PTO 71 | sanofi |
| 417 | Weirick | Melissa | 2:17-cv-09546 | 9/24/2017 | No Deficiency Response; PFS still materially insufficient | 505 |
| 418 | Wells | Kiki | 2:17-cv-16326 | 12/9/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 419 | Wells-Frye | Detreas | 2:18-cv-10365 | 11/2/2018 | No PFS Submitted | sanofi |
| 420 | West | Christi L | 2:17-cv-15823 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 421 | White | Sharon Mae | 2:18-cv-06047 | 06/18/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 422 | Whitlock | Teresa | 2:18-cv-02319 | 03/02/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 423 | Wililams | Yvonne | 2:18-cv-10792 | 11/9/2018 | No PFS Submitted | sanofi |
| 424 | Williams | Cynthia | 2:18-cv-10812 | 11/11/2018 | No PFS Submitted | sanofi |
| 425 | Williams | Darlinda | 2:18-cv-09550 | 10/15/2018 | No PFS Submitted | 505 |
| 426 | Williams | Kanika | 2:18-cv-09695 | 10/18/2018 | No PFS Submitted | both sanofi and 505 |
| 427 | Williams | Marcia D | 2:17-cv-15828 | 12/8/2017 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|---------------------|---------------------------|------------------|
| 428 | Williams | Mary | 2:18-cv-09684 | 10/18/2018 | No PFS Submitted | sanofi |
| 429 | Williams | Mary Kate | 2:17-cv-11820 | 11/5/2017 | PFS Not Substantially Complete | sanofi |
| 430 | Williams | Mary M | 2:18-cv-02321 | 3/3/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 431 | Williams | Patricia | 2:18-cv-11104 | 11/16/2018 | No PFS Submitted | sanofi |
| 432 | Williams | Stephanie | 2:18-cv-05828 | 6/12/2018 | PFS Not Substantially Complete | sanofi |
| 433 | Williams | Trinette | 2:17-cv-15842 | 12/8/2017 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 434 | Williams | Vertise | 2:17-cv-17050 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 435 | Willis | Barbara | 2:17-cv-16254 | 12/9/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 436 | Wilson | Brenda | 2:18-cv-10653 | 11/07/2018 | No PFS Submitted | 505 |
| 437 | Winesberry | Lillian | 2:17-cv-15194 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 438 | Wooden | Diana | 2:17-cv-15205 | 12/6/2017 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi |
| 439 | Young | Rose | 2:18-cv-02366 | 3/5/2018 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|-----------|------------|----------------|----------------------|----------------------------|------------------|
| 440 | Yount | Glenda | 2:18-cv-11045 | 11/15/2018 | No PFS Submitted | both sanofi and 505 |