UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>Judith Jacobowitz,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC d/b/a Winthrop US, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd.,<br><br>　　　　Defendants. | SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES INC., f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US**<br><br>Civil Action No.: 2:18-cv-13550 |

　　　　Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter other than Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC d/b/a Winthrop US, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (Rec. Doc. 3492). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: March 21, 2019　　　　　　　　/s/ *Troy Tatting*
　　　　　　　　　　　　　　　　　　Troy Tatting (MN Bar No. 0354156)
　　　　　　　　　　　　　　　　　　Munir Meghjee (MN Bar No. 0301437)
　　　　　　　　　　　　　　　　　　ROBINS KAPLAN LLP
　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Phone: 612-349-8500
　　　　　　　　　　　　　　　　　　ttatting@robinskaplan.com
　　　　　　　　　　　　　　　　　　mmeghjee@robinskaplan.com

　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  /s/ Troy F. Tatting
                                                  Troy F. Tatting

89656384.1