UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**   ) | |
| Fonda et al. v. Sanofi US Services, Inc. et al.  ) | |
| No. 19-2242   ) | |

## ORDER

Before the Court is a Motion to Withdraw Case, seeking to withdraw a case filed in error as there is a duplicate case already pending in this MDL;

**IT IS ORDERED** that the Motion is **GRANTED,** and the Plaintiff's claims are **WITHDRAWN**, each party to bear their own costs;

**IT IS FURTHER ORDERED** that counsel shall be refunded his filing fee of $400.00.

New Orleans, Louisiana, this 19th day of March 2019.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**