UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## CASE MANAGEMENT ORDER NO. 17

**IT IS ORDERED** that for any filing exceeding 50 pages in total length, counsel is required to deliver a hard copy of the filing and all exhibits and attachments to the chambers of Judge Jane Triche Milazzo (Room C206). The copy must be in a three-ring binder, tabbed, and reflecting pagination and document numbers consistent with the electronic document stamping of CM/ECF.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE