UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

CASE MANAGEMENT ORDER NO. 18

**IT IS ORDERED** that the first bellwether trial previously set for May 13-24, 2019 is **CONTINUED** to **September 16-27, 2019**.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE