UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on Defendants'
Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732) and
Defendants' Motion for Summary Judgment Against Plaintiff Deborah Johnson (Doc.
5734) after the general status conference and show cause hearing beginning at **10:00
a.m. on April 4, 2019,** in Judge Milazzo's courtroom (C224).

**IT IS FURTHER ORDERED** that the oral argument previously scheduled
for April 2, 2019 is **CANCELLED**.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**