UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Deborah Johnson*
Case No. 1615607

## ORDER

Before the Court is an *Ex Parte* Motion for Leave to File Exhibits A and B to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson Under Seal (Doc. 6537);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office shall file the exhibits **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE