# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2740 |
| | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Antoinette Horne* | * | CIVIL ACTION NO. 2:18-cv-04434 |
| | * | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 6366);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE