UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| SALLY KUHNS<br>*Plaintiff*<br><br>vs.<br><br>SANOFI US SERVICES INC. et al.<br>*Defendants* | : : : : : : : : : : | Civil Action No: 2:17-cv-14755 |

**ORDER**

Upon Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 6541);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
United States District Judge