**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| JANE LINDSAY | : | MAG. JUDGE NORTH |
|     *Plaintiff* | : | |
| | : | |
| vs. | : | |
| | : | Civil Action No: 2:17-cv-16407 |
| SANOFI US SERVICES INC. et al. | : | |
|     *Defendants* | : | |
| _____ | : | |
| | : | |

**ORDER**

Upon Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 6542);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
United States District Judge