# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| RHONDA ROBINSON<br>*Plaintiff* | MAG. JUDGE NORTH |
| vs. | |
| SANOFI US SERVICES INC. et al.<br>*Defendants* | Civil Action No: 2:17-cv-15903 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 6544);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
United States District Judge