UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| *Sheila Crayton* | HON. JANE TRICHE MILAZZO |
| Case No. 17-5923 | |

**PLAINTIFF'S MOTION TO REMOVE SHEILA CRAYTON FROM THE SECOND BELLWETHER TRIAL PLAINTIFF POOL**

Plaintiff, Sheila Crayton, respectfully moves this Court for her removal from the second bellwether trial pool for the reasons set forth in the attached Memorandum of Law in Support of Motion to Remove Sheila Crayton from the Second Bellwether Trial Plaintiff Pool.

Ms. Crayton seeks removal from the second bellwether trial pool as her physician has stated that she cannot meaningfully participate in the trial and evidence of her declining health reflects and supports his medical opinion.

Respectfully submitted,

*/s Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
Email: rroot@morrisbart.com
Bbarnes@morrisbart.com
lgodshall@morrisbart.com

*Attorneys for Plaintiff Shelia Crayton*