UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| *Sheila Crayton* | HON. JANE TRICHE MILAZZO |
| Case No. 17-5923 | |

## NOTICE OF SUBMISSION

TO ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion to Remove Sheila Crayton From The Second Bellwether Trial Plaintiff Pool will come before the Court for submission on the 10th day of April, 2019, at 9:30 A.M.

Respectfully submitted,

*/s Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
Email: rroot@morrisbart.com
Bbarnes@morrisbart.com
lgodshall@morrisbart.com

*Attorneys for Plaintiff Shelia Crayton*