UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| *Sheila Crayton* | HON. JANE TRICHE MILAZZO |
| Case No. 17-5923 | |

---

### [PROPOSED] ORDER

---

This matter came upon Plaintiff's Motion to Remove Sheila Crayton from the Second Bellwether Trial Plaintiff Pool. For cause shown, Plaintiff's motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that said Motion to Remove Sheila Crayton from the Second Bellwether Trial Plaintiff Pool is GRANTED and Sheila Crayton's name is removed from the list of Second Bellwether Trial Plaintiffs in Case Management Order No. 16, Record Document 6017.

SO ORDERED on this date in New Orleans, Louisiana.

_____      _____
DATE                                                       HON. JANE TRICHE MILAZZO