Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * *
 4  SHEILA CRAYTON,                 CASE NO.
          Plaintiff,               2:16-cv-17039
 5  v.
    SANOFI S.A.,
 6  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
 7  SERVICE, INC.,
          Defendants.
 8
 9
10     * * * * * * * * * * * * * * * * * * * * *
11                    DEPOSITION
                         OF
12
                    SHEILA CRAYTON
13
        Taken on Wednesday, September 19, 2018
14
             Commencing at 9:06 a.m.
15
             at the offices of
16
               MORRIS BART, LLC
17
             601 Poydras Street
18
            New Orleans, Louisiana
19
20
21
22
23
24                              EXHIBIT A
25        Job No. NJ3006994
```

Page 2

```
 1    APPEARANCES:
 2    ATTORNEYS FOR PLAINTIFFS
      MORRIS BART, LLC
 3    601 Poydras Street
      24th Floor
 4    New Orleans, Louisiana 70130
      504.599.8000
 5    lgodshall@morrisbart.com
      rroot@morrisbart.com
 6    BY: LAUREN GODSHALL, ESQ.
          RICHARD ROOT, ESQ.
 7
 8    ATTORNEYS FOR DEFENDANTS
      SHOOK, HARDY & BACON, L.L.P.
 9    2555 Grand Boulevard
      Kansas City, Missouri 64108-2613
10    816.474.6550
      kbieri@shb.com
11    BY: KELLY BIERI, ESQ.
12
13    ALSO PRESENT:
          Mark Ancalade, Videographer
14
15
16
17
18    Reported by:  Marybeth E. Muir, CCR, RPR
                     Certified Court Reporter
19                   In and for the State of
                     Louisiana and Registered
20                   Professional Reporter
21
22
23
24
25
```

Page 3

```
 1   * * * * * * * * * * * * * * * * * * * * * *
 2                    I N D E X
```

```
                                              Page
 3   Caption                                   1
 4   Appearances                               2
 5   Stipulation                               5
 6   Examination
         Ms. Bieri
 7                                             7
     Reporter's Certificate                  260
 8
 9                    EXHIBITS
10   Exhibit No. 1    Plaintiff Fact Sheet     30
11   Exhibit No. 2    Declaration              31
12   Exhibit No. 3    Statement Required By PTO
                      71 No Additional ESI Found  41
13
     Exhibit No. 4    Third Amended Notice Of
14                    Videotaped Deposition Of
                      Plaintiff Sheila Crayton   43
15
     Exhibit No. 5    Photograph               58
16
     Exhibit No. 6    Photograph               61
17
     Exhibit No. 7    Photograph               62
18
     Exhibit No. 8    Photograph               65
19
     Exhibit No. 9    Photograph               65
20
     Exhibit No. 10   Photograph               67
21
     Exhibit No. 11   Photograph               69
22
     Exhibit No. 12   Photograph               70
23
     Exhibit No. 13   Photograph               70
24
     Exhibit No. 14   Photograph               74
25
```

Page 4

```
1                   E X H I B I T S
2    Exhibit No. 15  Photograph                    74
3    Exhibit No. 16  Short Form Complaint          84
4    Exhibit No. 17  Master Long Form Complaint
                     And Demand For Jury Trial     85
5
     Exhibit No. 18  Social Security Disability
6                    Psychiatric Evaluation,
                     1/11/10                       220
7
     Exhibit No. 19  Patient Consent               229
8
     Exhibit No. 20  Office Consultation,
9                    12/17/07                      234
10   Exhibit No. 21  Follow Up                     238
11   Exhibit No. 22  Follow Up                     241
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1                S T I P U L A T I O N

2          It is stipulated and agreed by and between

3   Counsel that the testimony of the witness, SHEILA

4   CRAYTON, is hereby being taken pursuant to Notice

5   under the Federal Rules of Civil Procedure for all

6   purposes permitted under law.

7          The witness reserves the right to read and

8   sign the deposition.  The original is to be

9   delivered to and retained by KELLY BIERI for proper

10  filing with the Clerk of Court.

11         All objections, except those as to the form

12  of the questions and/or responsiveness of the

13  answers, are reserved until the time of the trial of

14  this cause.

15

16

17

18

19

20

21

22

23

24

25

1        THE VIDEOGRAPHER:  We are now on the record.

2            This is the videotaped deposition of Ms.

3        Sheila Crayton.  Today's deposition is being

4        held at 601 Poydras Street, Suite 2400, New

5        Orleans, Louisiana, on September the 19th,

6        2018 at the time indicated on the video

7        screen, which is 9:06 a.m., and taken in the

8        matter of Sheila Crayton vs. Sanofi-Aventis

9        U.S. LLC, et al, being heard before the

10       United States District Court, Eastern

11       District of Louisiana.  Case No.

12       2:17-cv-05923.

13           My name is Mark Ancalade, the

14       videographer.  The court reporter is Ms.

15       Marybeth Muir with Veritext.  I would ask

16       that counsel please state their names, which

17       thereafter, would the court reporter please

18       swear in the witness.

19       MS. GODSHALL:  Lauren Godshall and Richard

20       Root, Morris Bart for the plaintiff.

21       MS. BIERI:  On behalf of Sanofi.

22               SHEILA CRAYTON,

23           having been first duly sworn,

24           was examined and testified as

25           follows:

1    BY MS. BIERI:

2        Q.  Could you please state your full name for

3    the record.

4        A.  Sheila Crayton.

5        Q.  Have you ever gone by any other names, Ms.

6    Crayton?

7        A.  My maiden name.  That's it.

8        Q.  What's your maiden name?

9        A.  Gilmore.

10       Q.  I've seen in some records the middle initial

11   M used for you.

12       A.  Yes.

13       Q.  Do you know what that refers to?

14       A.  Yes, Millie.

15       Q.  Millie, M-i-l-l-i-e?

16       A.  I-e.

17       Q.  Is that your middle name?

18       A.  Yes.  I don't like it.

19       Q.  I'm sorry?

20       A.  I said yes.

21       Q.  Do you not like that?

22       A.  No, not really.

23       Q.  Ms. Crayton, how old are you?

24       A.  I'm 66.

25       Q.  And what is your date of birth?

Page 8

1    A.  9/3/52.

2    Q.  Ms. Crayton, my name is Kelly Bieri and I

3    represent Sanofi and we've never met before today,

4    correct?

5    A.  Correct.

6    Q.  Have you ever met with anyone representing

7    Sanofi before today?

8    A.  No.

9    Q.  And you're represented by counsel here

10   today, Ms. Godshall and Mr. Root, correct?

11   A.  Correct.

12   Q.  And do any other lawyers represent you

13   besides Ms. Godshall and Mr. Root?

14   A.  No.

15   Q.  And any other law firms?

16   A.  No.

17   Q.  Have you ever participated in a deposition

18   before today?

19   A.  No.

20   Q.  Okay.

21       I want to go over some procedural rules

22   then.  You can see that we have a court reporter who

23   is taking down what's being said.  She's recording a

24   record of the words that are being used here.  It's

25   important that we give verbal responses.  Sometimes

1    in normal conversation you might want to nod your

2    head to indicate agreement or shake your head.

3    We'll need to say yes, no and also uh-uhs or uh-huhs

4    are very hard for the court reporter, so try to keep

5    that in mind and I will as well.

6        A.   Okay.

7        Q.   It's also important that only one of us

8    speaks at a time.  I think we've been doing a pretty

9    good job of that so far, but again, it's hard for

10   the court reporter to make a clean record if we're

11   both talking at the same time.  So I will try to let

12   you finish an answer before I ask my next question,

13   and in turn, I ask that you let me finish my

14   question before you start answering.

15        Is that fair?

16        A.   Yeah.

17        Q.   Okay.

18        If I ask you a question today that you don't

19   understand, or that doesn't make sense, please feel

20   free to ask me for clarification.  Will you do that?

21        A.   Okay.

22        Q.   And to the extent that you answer my

23   questions, is it fair for me to assume that you

24   understood them?

25        A.   Yes.

1      Q.  And do you understand that you are under

2  oath under penalty of perjury as you would be in a

3  courtroom?

4      A.  Yes.

5      Q.  And then the last thing I would mention at

6  the outset is that we're going to be here in this

7  room for a bit today.  If you need a break at any

8  time, to get water, to go to the ladies' room, just

9  let us know.

10     A.  Okay.

11     Q.  And we can do that.  One thing I will say is

12  that I'll ask if I have a question pending, that you

13  answer that question, but otherwise, we should be

14  able to take a break.

15         Does that sound fair?

16     A.  Yes.

17     Q.  Ms. Crayton, what medications are you

18  currently taking?

19     A.  There's a lot of medication that I'm taking.

20  So I can't possibly say each one.

21     Q.  You're taking so many medications that you

22  can't --

23     A.  Right.

24     Q.  -- remember all of them?

25     A.  Right.

1    Q.  You look like you're about ready to get up.

2  Do you have a list of them somewhere?

3    A.  No.  I have medication with me.

4    Q.  Do you want to get those out?

5       (Witness indicating.)

6    A.  Yeah.  This.

7    Q.  You pulled out some medication bottles from

8  a bag.  Are you are currently taking -- and by that

9  I mean in the last month -- any medications that

10  aren't in one of the bottles that are in front of

11  you right now?

12    A.  No.

13       MS. BIERI:  Okay.  Would you all be amenable

14       to going off the record for a moment so I

15       can look at these and maybe speed along my

16       questioning?

17       MS. GODSHALL:  Sure.

18       THE VIDEOGRAPHER:  We are now off the record

19       at 9:12 a.m.

20       (A discussion was held off the record.)

21       THE VIDEOGRAPHER:  We are now back on the

22       record and the time is now 9:20 a.m.

23  BY MS. BIERI:

24    Q.  Ms. Crayton, while we were off the record

25  you showed me your medication bottles.  And it looks

1    like you take Furosemide, 20 milligrams, one every

2    day as needed and those are prescribed by Dr. Long;

3    is that correct?

4        A.  Yes.

5        Q.  Do you know why you take Furosemide?

6        A.  Yes.

7        Q.  Why do you take it?

8        A.  For pain.  And fluid.

9        Q.  Have you ever been told that you have

10   congestive heart failure?

11       A.  Yes.

12       Q.  Do you know if this medication helps with

13   congestive heart failure?

14       A.  Yes, it does.

15       Q.  What doctor diagnosed you with congestive

16   heart failure?

17       A.  Dr. Rodriguez.

18       Q.  And he is your cardiologist?

19       A.  Yes.

20       Q.  Do you know when he diagnosed you with

21   congestive heart failure?

22       A.  I don't remember.

23       Q.  Do you know how long you've been on

24   Furosemide?

25       A.  I don't remember.

Page 13

1      Q.   For a long time?

2      A.   Yes.

3      Q.   You're also on Lyrica, 150 milligrams, that

4   you take one capsule two times a day; is that

5   correct?

6      A.   Yes.

7      Q.   And did Dr. Long prescribe those to you?

8      A.   Yes.

9      Q.   When did you start taking Lyrica?

10     A.   I don't remember.

11     Q.   Why do you take Lyrica?

12     A.   For pain.

13     Q.   Have you taken Lyrica for a long time?

14     A.   Yes.

15     Q.   You also take folic acid, one milligram, one

16   tablet, one time a day; is that correct?

17     A.   Yes.

18     Q.   Is that for low iron?

19     A.   Yes.

20     Q.   How long have you been taking a folic acid

21   supplement?

22     A.   I don't remember.

23     Q.   Do you know who diagnosed you with low iron?

24     A.   Yes.

25     Q.   Who?

Page 14

1    A.  Dr. Long.

2    Q.  Now, the pill bottle said that the

3  prescribing doctor was Joseph Imseis.  Does that

4  name mean anything to you?

5    A.  No.

6    Q.  I-m-s-e-i-s?

7    A.  No.

8    Q.  It's your understanding that Dr. Long

9  diagnosed you with low iron and prescribes the folic

10  acid supplement?

11    A.  Yes.

12    Q.  Okay.

13        Do you also take Meloxicam, 7.5 milligrams?

14    A.  Yes.

15    Q.  One tablet every day as needed?

16    A.  Yes.

17    Q.  And what do you take that for?

18    A.  That's for anxiety.

19    Q.  Meloxicam is?

20    A.  Uh-huh.

21    Q.  It's my understanding -- I'll represent to

22  you that the bottle said that it was for pain and

23  inflammation.

24    A.  Yes.

25    Q.  Do you think that Meloxicam, you may take

1    that for pain and inflammation?

2        A.   Yes.

3        Q.   How long have you taken Meloxicam?

4        A.   I don't remember.

5        Q.   And does Dr. Long prescribe that to you?

6        A.   Yes.

7        Q.   Do you also take Verapamil ER, 120

8    milligrams, one tablet, two times a day?

9        A.   Yes.

10        Q.   Why do you take Verapamil?

11        A.   Hypertension.

12        Q.   And who diagnosed you with hypertension?

13        A.   Dr. Rodriguez.

14        Q.   Do you know when you were first diagnosed

15    with hypertension?

16        A.   I don't remember.

17        Q.   And you also take -- it's my understanding

18    that you take Fluoxetine, 20 milligrams?

19        A.   Yes.

20        Q.   Do you know what that is?

21        A.   Anxiety.

22        Q.   And you take one every day for anxiety?

23        A.   Yes.

24        Q.   And who prescribes the Fluoxetine to you?

25        A.   Dr. Blanton.

1      Q.   I believe the bottle says Dr. Long on it.

2   Is it your understanding that Dr. Blanton or Dr.

3   Long prescribes Fluoxetine to you?

4      A.   Both.

5      Q.   And you've been taking Fluoxetine for a long

6   time, correct?

7      A.   Yes.

8      Q.   Do you know when you started?

9      A.   No.

10      Q.   Have you always filled your prescriptions

11   for Fluoxetine at Walgreens?

12      A.   Yes.

13      Q.   Do you also take Amitriptyline,

14   A-m-i-t-r-i-p-t-y-l-i-n-e, 25 milligrams?

15      A.   Yes.

16      Q.   Two tablets at bedtime?

17      A.   Yes.

18      Q.   And why do you take that?

19      A.   Sleep.

20      Q.   And do you have problems sleeping?

21      A.   Yes.

22      Q.   And have you taken this medication for a

23   long time?

24      A.   Yes.

25      Q.   Do you know how long?

Page 17

1      A.   No.

2      Q.   Do you know who prescribes it to you?

3      A.   Yes.

4      Q.   Who?

5      A.   Dr. Long.

6      Q.   And Dr. Long is your primary care physician;

7  is that correct?

8      A.   Yes.

9      Q.   How long has Dr. Long been your primary care

10  physician?

11      A.   I don't remember.

12      Q.   More than 10 years?

13      A.   Yes.

14      Q.   More than 20 years?

15      A.   No.

16      Q.   Do you also take potassium CL 10 NQ ER, one

17  capsule by mouth as needed with your Furosemide?

18      A.   Yes.

19      Q.   And why do you take that?

20      A.   That's for anxiety too.

21      Q.   Potassium is or is that for your heart?

22      A.   It's for my anxiety and my heart.

23      Q.   How long have you taken it?

24      A.   I don't remember.

25      Q.   Long time?

Page 18

1       A.   Yeah.

2       Q.   Do you also take Tramadol, 50 milligrams?

3       A.   Yes.

4       Q.   And why do you take Tramadol?

5       A.   For pain.

6       Q.   And do you take one tablet every eight

7    hours?

8       A.   Yes.

9       Q.   And does Dr. Long prescribe that to you?

10      A.   Yes.

11      Q.   How long have you been taking Tramadol?

12      A.   I don't remember.

13      Q.   No estimate?

14      A.   About eight years.

15      Q.   Do you also take Metoprolol,

16   M-e-t-o-p-r-o-l-o-l?

17      A.   I don't remember.

18      Q.   Do you want to look in your bag?

19           (Witness indicating.)

20      A.   It's Meloxicam.

21      Q.   I think we already talked about Meloxicam.

22   This is Metoprolol.

23           (Witness indicating.)

24      A.   Say it again.

25      Q.   Sure.   M-e-t-o --

1      A.   Oh, yes.  This is for my heart.

2      Q.   And does Dr. Rodriguez-Viera prescribe that

3   to you?

4      A.   Yes.

5      Q.   Do you take one tablet by mouth?

6      A.   Yes.

7      Q.   Every day?

8      A.   Yes.

9      Q.   And is it 25 milligrams?

10      A.   Yes.

11      Q.   And do you also take -- and I'm going to

12   spell this one -- E-s-o-m-e-p-r-a-z-o-l-e magnesium,

13   40 milligrams?

14      A.   Yes, heartburn.

15      Q.   That's the generic for Nexium, right?

16      A.   Yes.

17      Q.   And how long have you had heartburn?

18      A.   A long time.

19      Q.   Have you been taking this Nexium generic for

20   a long time?

21      A.   Yes.

22      Q.   Did you also take D-o-n-e-p-i-z-i-l HCl

23   tablets, 10 milligrams?

24      A.   Yes.

25      Q.   One tablet by mouth at bedtime?

1    A.   Yes.

2    Q.   And who prescribes those to you?

3    A.   Dr. Long.

4    Q.   And how long have you been taking those?

5    A.   I don't remember.

6    Q.   And in addition -- so I think we've talked

7    about medications that have been prescribed to you

8    that you're currently on.  Do you take any

9    over-the-counter supplements or vitamins in addition

10   to your prescribed medications?

11   A.   No.

12   Q.   It looked to me like all of the medications

13   we just discussed were filled through Walgreens at

14   1891 Barataria Boulevard in Marrero, Louisiana?

15   A.   Yes.

16   Q.   Is that the only pharmacy that you currently

17   use?

18   A.   Yes.

19   Q.   Can you tell me the other pharmacies that

20   you can remember that you've used?

21   A.   No.

22   Q.   Have you ever used Gem Pharmacy?

23   A.   No.

24   Q.   You can't think of any other pharmacies that

25   you've used right now?

Page 21

1      A.  No.

2      Q.  At various times have you also taken

3  Prilosec?

4      A.  I don't remember.

5      Q.  It also goes by the name Omeprazole,

6  O-m-e-p-r-a-z-o-l-e.

7      A.  No.

8      Q.  If I had medical records or pharmacy records

9  that indicated that you took that, would you dispute

10  that?

11          MS. GODSHALL:  Object to form.

12      A.  No.

13      Q.  No, you would not dispute that?

14      A.  No.

15      Q.  Would you dispute that?

16      A.  No.

17      Q.  Sorry.  The question made it hard to make

18  sure our record was clean.

19          I've also seen records that you've taken

20  Celibrex in the past.  Does that sound familiar to

21  you?

22      A.  Yes.

23      Q.  Do you know why you took Celibrex?

24      A.  No, I don't remember.

25      Q.  Maybe for pain?

1    A.  Yes.

2    Q.  It looks like you've also taken Ambien in

3    the past.  Is that familiar to you?

4    A.  Yes.

5    Q.  And did you take that for insomnia or as a

6    sleep aid?

7    A.  Yes.

8    Q.  Do you know the period of time that you took

9    Ambien?

10   A.  No.

11   Q.  Do you know why you switched from Ambien to

12   Amitriptyline?

13        MS. GODSHALL:  Object to form.

14            You can answer.

15   A.  Okay.  Yes.

16   Q.  Tell me why.

17   A.  Because it didn't help as much as

18   Amitriptyline.

19   Q.  You're getting better relief with the

20   current medication?

21   A.  Yes.

22   Q.  Did Dr. Long prescribe the Ambien to you?

23   A.  Yes.

24   Q.  And at some period of time did you also take

25   Paxil?

1    A.  I don't remember.

2    Q.  I'll represent to you that it is an SSRI

3  antidepressant.  Does that help refresh your

4  recollection?

5    A.  Yes.

6    Q.  Do you think that you've taken Paxil?

7    A.  Yes.

8    Q.  Do you know who prescribed it to you?

9    A.  No.

10   Q.  Do you know when you took it?

11   A.  No.

12   Q.  Or for how long?

13   A.  No.

14   Q.  But the name rings a bell as to something

15  that you took?

16   A.  Yes.

17   Q.  I've seen records that you took Effexor for

18  a period of years.  Is that familiar to you?

19   A.  No.

20   Q.  That's also -- Well, I'll -- so no

21  recollection of taking Effexor?

22   A.  No.

23   Q.  Any reason to dispute that you took Effexor

24  if it shows up in your pharmacy records?

25   A.  No.

```
 1        Q.   No reason to -- do you have any reason to
 2   dispute that if it shows up in your pharmacy
 3   records?
 4        A.   No.
 5        Q.   How did you prepare for your deposition
 6   today?
 7             MS. GODSHALL:  If we can, if you're done
 8             with these questions, can we go ahead and
 9             put this away?
10             MS. BIERI:  Of course.
11             MS. GODSHALL:  Would you like to go ahead
12             and put that all away so we don't lose
13             anything?
14             THE WITNESS:  Yes, okay.
15             THE REPORTER:  I'm sorry?
16             MS. GODSHALL:  It's okay.  It's okay.
17             MS. BIERI:  Oh, we're on -- we're on the
18             record.  I couldn't quite hear what Ms.
19             Clayton was saying.  I'm sorry, what was
20             that?
21             MS. GODSHALL:  She was talking about --
22             THE WITNESS:  I was talking to my lawyer.
23   BY MS. BIERI:
24        Q.   Could you say that a little bit louder?
25        A.   These two medications, I don't remember you
```

1    asking me about these two medications.  I don't

2    remember about that one and this one.  One is for

3    fluid pills and one I don't think you did.

4         Q.   Thank you.

5         A.   And one is for potassium.

6         Q.   Okay.

7              So you've got the potassium CL 10 NQ ER that

8    you've handed me that you take with Furosemide and

9    then you also handed me the Furosemide bottle,

10   correct.

11        A.   Yes, that's correct.

12        Q.   Okay, thank you.  I'll hand those back to

13   you.  Here you go, Ms. Crayton.

14             How did you prepare for your deposition

15   today?

16        A.   With my lawyers.

17        Q.   With Mr. Root and Ms. Godshall?

18        A.   Yes.

19        Q.   Anyone else?

20        A.   I don't remember.

21        Q.   Did someone bring you to the deposition

22   today?

23        A.   Yes.

24        Q.   Who was that?

25        A.   My lawyer.

1    Q.  Is there anyone else here in the building

2  besides Ms. Godshall and Mr. Root that's with you

3  today?

4    A.  Repeat it.

5    Q.  There was someone sitting outside the

6  deposition room when I got here, a female.  And I

7  was curious if she was someone who -- with whom

8  you're acquainted?

9    A.  Yes, she is with me.  She is my personal

10  caregiver.

11    Q.  And what is her name?

12    A.  Zena.

13    Q.  Z-e-n-a?

14    A.  Yes.

15    Q.  And what's her last name?

16    A.  Jones.

17    Q.  And how often does Ms. Jones serve as your

18  personal caregiver?  Is she with you every day?

19    A.  Every day.

20    Q.  How many hours a day?

21    A.  Six hours a day.

22    Q.  And how long has Ms. Jones been your

23  personal caregiver?

24    A.  About three months now.

25    Q.  Do you know who employs Ms. Jones?

Page 27

1      A.   Yes.

2      Q.   Who?

3      A.   Hands-To-Hands.

4      Q.   And what is Hands-To-Hands?

5      A.   That's the agency.

6      Q.   What does Ms. Jones do for you?

7      A.   Help me with my personal care.

8      Q.   What does that mean?

9      A.   Everyday living, which is my hair, my bath,

10   laundry, food.

11     Q.   She cooks?

12     A.   Yes.

13     Q.   Does she clean for you?

14     A.   Yes.

15     Q.   And she helps you with your personal care as

16   well?

17     A.   Yes.

18     Q.   Anything else that you can think of that Ms.

19   Jones helps you with?

20     A.   Occasionally the doctor.

21     Q.   She'll take you to the doctor?

22     A.   Yes.

23     Q.   And was she with you when you met with your

24   lawyers?

25     A.   Yes.

Page 28

1   Q.   And when did you meet with your lawyers in

2   preparation for this deposition?

3   A.   I don't remember.

4   Q.   Was it yesterday?

5   A.   No.   Last week.

6   Q.   And Ms. Jones was present?

7   A.   Yes.

8   Q.   How long did you meet with your lawyers and

9   Ms. Jones?

10   A.   I don't remember.

11   Q.   More than an hour?

12   A.   Oh, yes, yes.

13   Q.   All day?

14   A.   No.

15   Q.   Several hours?

16   A.   Yes.

17   Q.   And what did you discuss?

18   A.   The deposition.

19   Q.   What about it?

20   A.   We just went over some of the questions that

21   I might have to answer.

22   Q.   Do you remember any of those?

23      MS. GODSHALL:   I'm going to object.   This is

24      privileged information that you're seeking.

25      MS. BIERI:   There is a third-party present.

1      MS. GODSHALL:  She wasn't in the room.  She
2      was accompanying her.  She wasn't in the
3      room.
4      MS. BIERI:  Could you keep your objections,
5      Ms. Godshall, to form, and if we need to go
6      off the record and have the witness leave
7      the room, I'm more than happy to do that.
8      MR. GODSHALL:  If we need to have a
9      privilege fight, we are going to go off the
10     record and discuss it.
11     MS. BIERI:  I will ask a few more questions
12     before we do.
13  BY MS. BIERI:
14     Q.  Ms. Crayton, was Ms. Jones in the room with
15  you when you were talking to your lawyers?
16     A.  No.
17     Q.  At any point was she in the room with you
18  when you were talking to your lawyers?
19     A.  No.
20     Q.  So when I first asked you who was with you
21  when you met with your lawyers -- bless you -- when
22  I first asked you who was with you when you met with
23  your lawyers, why did you tell me Ms. Jones?
24     A.  Because --
25     MS. GODSHALL:  Object to form.

Page 30

```
 1              Go ahead.
 2       A.   Because she came here with me.
 3       Q.   Beyond meeting with your lawyers last week,
 4  have you done anything else to prepare for your
 5  deposition?
 6       A.   No.
 7       Q.   Have you reviewed any documents in
 8  preparation for your deposition?
 9       A.   No.
10       Q.   How many times did you meet with your
11  lawyers to prepare for deposition?
12       A.   Once.
13       Q.   Now, we were supposed to have a deposition
14  about three weeks ago, but there was a threat of a
15  hurricane coming and so we canceled that deposition
16  for everyone's safety.  Did you meet with your
17  lawyer in preparation for that deposition that
18  didn't happen?
19              MS. GODSHALL:  Object to form.
20       A.   No.
21       Q.   I hand you what's being marked as Deposition
22  Exhibit No. 1.  Have you ever seen a copy of that
23  document before?
24              (Whereupon Exhibit No. 1, Plaintiff Fact
25              Sheet, was marked for Identification.)
```

Page 31

1          (Witness peruses document.)

2      A.   I don't remember.

3      Q.   No recollection of ever seeing that document

4   before?

5      A.   No.

6      Q.   Do you know what that document that's been

7   marked as Exhibit No. 1 is?

8      A.   No.

9      Q.   I'll represent to you that it is a Plaintiff

10   Fact Sheet.  Do you know what a Plaintiff Fact Sheet

11   is?

12      A.   No.

13      Q.   I am going to hand you another document that

14   we are going to talk about with that.  I'm handing

15   you what's been marked as Deposition Exhibit No. 2.

16          (Whereupon Exhibit No. 2, a Declaration, was

17          marked for Identification.)

18          (Witness peruses document.)

19   BY MS. BIERI:

20      Q.   Can you read for me the paragraph under the

21   heading that says "Declaration" in Deposition

22   Exhibit No. 2.

23          (Witness peruses document.)

24      A.   No.  My eyesight is bad.

25      Q.   I'm looking at Deposition Exhibit No. 2

1   under the paragraph "Declaration".  Are you able to

2   read that paragraph?

3          (Witness peruses document.)

4      A.  No.

5      Q.  I'll read it to you.  Are you having trouble

6   with your eyesight or are you having trouble --

7      A.  Yeah, trouble with my eyesight.

8      Q.  You're able, Ms. Crayton, to read, correct?

9      A.  Yes.

10     Q.  It's just an eyesight issue?

11     A.  Yes.

12     Q.  Understood.  I'll read it to you.  It says:

13  "Pursuant to 28 U.S.C. Section 1746, I declare under

14  penalty of perjury that all of the information

15  provided in connection with this Plaintiff Profile

16  Form is true and correct to the best of my

17  knowledge, information and belief at the present

18  time."

19         Is your signature right under that

20  paragraph?

21         (Witness peruses document.)

22     A.  Yes.

23     Q.  You can see your signature?

24     A.  Yes.

25     Q.  And is the date, July 14th, 2017, next to

1    your signature?

2              (Witness peruses document.)

3        A.   Yes.

4        Q.   And that's in your own handwriting?

5              (Witness peruses document.)

6        A.   Yes.

7        Q.   I'll represent to you that the Declaration

8    that is Deposition Exhibit No. 2 is supposed to go

9    with Exhibit No. 1, meaning that by signing

10   Deposition Exhibit No. 2, were you verifying that

11   the information contained in your original Plaintiff

12   Fact Sheet was true and correct to the best of your

13   knowledge at the time that you signed the

14   declaration.

15       A.   Yes.

16       Q.   So is it your belief that you have seen

17   Exhibit No. 1 at some point in time in the past?

18             (Witness peruses document.)

19       A.   I don't remember.

20       Q.   Then how do you know that what you provided

21   for your verification in Exhibit No. 2 is accurate?

22       A.   I don't remember.

23       Q.   I'm going to hand you what's been marked as

24   Deposition Exhibit No. 3 -- Well, before I do that,

25   I would like you -- I would like to go off the

Page 34

1    record and I'd like you to take a minute and look at

2    Deposition Exhibit No. 1 and make sure that you

3    stand by your verification -- I'm still going,

4    Lauren.

5              MS. GODSHALL:  I haven't said a word.

6    BY MS. BIERI:

7       Q.   Please take a moment and look at Deposition

8    Exhibit No. 1 and make sure that it was true and

9    accurate to the best of your knowledge at the time

10   that you signed the verification on July 14th, 2017,

11   please.

12             We can go off the record?

13             (Witness peruses document.)

14             THE VIDEOGRAPHER:  We are now -

15             MS. GODSHALL:  I object to going off the

16             record for that.  I think we've established

17             she has a hard time reading.  And I don't

18             know what going off the record will

19             accomplish with this.  Because of her

20             eyesight, going off the record is not going

21             to improve her situation.  I think we need

22             to stay on the record for this.  So I am

23             going to object to taking it off the record

24             at this time.

25             MS. BIERI:  I think we need to take the

1          witness out of the room so you and I can

2          have a quick discussion.

3          MS. GODSHALL:  Okay.  Let's do that.

4          THE VIDEOGRAPHER:  You-all want to go off

5          the record?

6          MS. BIERI:  Yes, please.

7          THE VIDEOGRAPHER:  We are now off the record

8          at 9:50 a.m.

9          (A discussion was held off the record.)

10         THE VIDEOGRAPHER:  We are now back on the

11         record at 9:52 a.m.

12    BY MS. BIERI:

13         Q.  Mrs. Crayton, do you have any reason to

14    dispute that the information provided by you in

15    Deposition Exhibit No. 1 was not true and accurate

16    to the best of your knowledge as of July 14th, 2017,

17    when you signed Deposition Exhibit No. 2?

18         A.  No dispute.

19         Q.  Ms. Crayton, who is your optometrist?

20         A.  (No response.)

21         Q.  Do you have an eye doctor?

22         A.  Yes.

23         Q.  Who is your eye doctor?

24         A.  Uhmm, Dr. --  Dr. Hinson.  Hinson.

25         Q.  H-i-n-s-o-n?

Page 36

1    A.   Yes.

2    Q.   And where is Dr. Hinson's office?

3    A.   West Jeff Medical Center.

4    Q.   Do you know Dr. Hinson's first name?

5    A.   Yes.

6    Q.   And what is it?

7    A.   John.

8    Q.   Ms. Crayton, when is the last time that you

9    got new eyeglasses?

10   A.   A couple of months ago, about four months.

11   Q.   And did Dr. Hinson check your eyes at that

12   time?

13   A.   Yes.

14   Q.   Did he give you a new prescription at that

15   time?

16   A.   Yes.

17   Q.   But that prescription still doesn't allow

18   you to see printed language?

19   A.   Right.

20   Q.   How long have you had a problem reading

21   lettering that is in 12-point type such as --

22   A.   About eight years.

23   Q.   -- that document?

24        Do you get mail that comes to you?

25   A.   Yes.

Page 37

1   Q.   How are you able to process your mail?

2   A.   My daughter and my granddaughter.

3   Q.   Are you able to do any reading of documents?

4   A.   No.

5   Q.   Which daughter are you referring to?

6   A.   Jyan Crayton.

7   Q.   Could you spell her first name.

8   A.   J-y-a-n.

9   Q.   And you mentioned your granddaughter too?

10   A.   Yes.

11   Q.   What is her name?

12   A.   Jalissa Warner.

13   Q.   And is Jalissa Jyan's --

14   A.   J-a-l-i-s-s-a.

15   Q.   And she's Jyan's daughter?

16   A.   No.

17   Q.   Who is Jalissa's mother?

18   A.   That is my son's daughter.

19   Q.   Okay.

20        We'll go through that in just a bit.

21        How often -- let me make sure I'm

22   pronouncing your daughter's name right.

23   A.   Jyan.

24   Q.   Jyan?

25   A.   Jyan.

1    Q.   How often does your daughter Jyan come over?

2    A.   Once a week.

3    Q.   And for how long has that -- has she come

4    over once a week?

5    A.   She just started.

6    Q.   Before that, did she come over more

7    frequently?

8    A.   Yes.

9    Q.   Before she moved to the once-a-week

10   schedule, how often was she coming over?

11   A.   At least three times a week.

12   Q.   So when did she start just coming over just

13   one time a week?

14   A.   About two months.

15   Q.   Why the change?

16   A.   She has a second job now.

17   Q.   And when she comes over under the new

18   schedule one time a week, what do y'all do?

19   A.   We just talk a lot.

20   Q.   And she helps you with your mail?

21   A.   Yes.

22   Q.   Does she do anything else for you around the

23   house?

24   A.   No.

25   Q.   Do y'all ever go out and do anything?

Page 39

1      A.   Yes.

2      Q.   What do you like to do with your daughter?

3      A.   Shopping.  And restaurants.

4      Q.   What is your favorite restaurant?

5      A.   Outback.

6      Q.   Do y'all ever go to the movies?

7      A.   Yes.

8      Q.   You like the movies?

9      A.   Yes.

10     Q.   Anything else that you can think of for

11  outings that you do with your daughter?

12     A.   She helps me with my hair a lot.

13     Q.   And how does she help you with your hair?

14     A.   Washing it, combing it.

15     Q.   And how long has she been helping you with

16  your hair?

17     A.   A very long time.

18     Q.   Do you have a physical problem that prevents

19  you from easily doing your hair?

20     A.   Yes.

21     Q.   And what is that?

22     A.   Lupus.

23     Q.   And how long have you had lupus?

24     A.   A very long time.

25     Q.   Since like 1997?

1      A.   Yes, around that time.

2      Q.   And who diagnosed you initially with lupus?

3      A.   Uhmm, Dr. Long really -- Dr. Long.  And I

4  can't remember the other doctor.  It's been a while.

5  I think it's Giambelluca, Giambelluca.

6      Q.   Giambelluca?

7      A.   Something like that.

8      Q.   And where was Dr. Giambelluca?

9      A.   In Gretna, Louisiana.

10      Q.   Do you know that doctor's first name?

11      A.   I don't remember.

12      Q.   So has your daughter been helping you with

13  your hair since 1997?

14      A.   Yeah.

15      Q.   Let me hand you what is being marked as

16  Deposition Exhibit No. 4.  Sorry.  Can you reach

17  that Mrs. Crayton?  You got it?

18           (Witness peruses document.)

19      A.   Yes.

20      Q.   With the court reporter between us it may be

21  harder for us to reach it.

22           MS. GODSHALL:  We may have skipped Exhibit

23           No. 3?

24           MS. BIERI:  We did.  Let me clear up record.

25           Mrs. Crayton, I'll take that document back

1    Q.  So this is my one opportunity to get to talk

2   to you before trial.  And so when I was asking you

3   earlier can you tell me everybody that you talked to

4   about your hair loss, these are people that would

5   fall into that category.

6    A.  Okay.

7    Q.  So which of these four, Alicia, Shawanda,

8   Mary, Zena, have you talked to?

9    A.  Each one.

10    Q.  Have they said anything in response?

11    A.  Yeah.  They just said it just takes time.

12    Q.  Do they all -- okay.

13       Now you've had interactions with social

14   workers on several occasions, correct?

15    A.  Yeah.

16    Q.  How are those social workers -- how does

17   that interaction come about?

18    A.  Social worker?  Because of the program that

19   I'm on with the state.

20    Q.  Okay.  Tell me a little bit about that

21   program.

22    A.  They come out there to assist you to see

23   exactly what help you need from the person, the

24   caregiver.

25    Q.  What is the name of the program?

Page 174

1      A.   Hand To Hold.

2      Q.   Hand To Hold?

3      A.   Yes.

4      Q.   And what organization is that program

5    through?

6      A.   I'm not sure.  I guess it's the state too,

7    I'm not sure.

8      Q.   Do you ever go to any physical location

9    related to your interactions with the social workers

10   or Hand To Hold organization?

11     A.   No.

12     Q.   Do you know the names of any of the recent

13   social workers that you've interacted with?

14     A.   Yes.  Alexis -- and I can't think of her

15   last name.  Alexis.  I can't think of the last name.

16     Q.   And have you ever had -- so your children

17   were born between 1971 and 1979.  And when did you

18   have your first period, menstrual period?

19     A.   When I was 16.

20     Q.   Okay.

21          Did you ever take birth control pills?

22     A.   Yes.

23     Q.   During what years?

24     A.   From -- starting in 1971.

25     Q.   Until when?

1    progressively or did you notice a marked change at

2    some point?

3        A.   No.   No change.

4        Q.   Just increasing progressively?

5        A.   Yes.

6            MS. BIERI:  I think we need to take a break,

7            Ms. Godshall.

8                Off the record.

9            THE VIDEOGRAPHER:  This is the end of Media

10           No. 3 and we are now off the record at 2:58

11           p.m.

12           (Recess.)

13           THE VIDEOGRAPHER:  This is the beginning of

14           Media No. 4 and we are now back on the

15           record and the time is 3:11 p.m.

16   BY MS. BIERI:

17       Q.  Ms. Crayton, I meant to ask you at the

18   beginning of the deposition, is there any reason

19   that you can't testify truthfully and accurately

20   today?

21       A.   No.

22       Q.   I'm sorry?

23       A.   No.

24       Q.   You can testify truthfully and accurately

25   today?

Page 188

1      A.   Yes.

2      Q.   And are you on -- as in currently taking

3   right now -- any medication that would impair your

4   memory or your ability to testify truthfully or

5   accurately?

6      A.   No.

7      Q.   I'm sorry?

8      A.   No.

9      Q.   You are not on any?

10      A.   No.

11      Q.   Okay.

12          I want to make sure that's clear.  Because

13   is it accurate that you are not -- is it accurate to

14   say that you are not on any medication that would

15   prohibit you from testifying truthfully and

16   accurately; is that correct?

17      A.   Correct.

18      Q.   Okay.

19          And are you currently -- is it accurate to

20   say that you are not on any medication that is

21   impacting negatively your memory right now?

22      A.   No.

23      Q.   That's not accurate?

24      A.   No.

25      Q.   Can you explain?  Are you taking medication

Page 189

1    right now that's negatively impacting your memory?

2        A.  No, it's the pain.  It's affecting me right

3    now.

4        Q.  You're in pain?

5        A.  Uh-huh.

6        Q.  And what is that causing?

7        A.  My muscles and my joints.

8        Q.  I'm sorry, your?

9        A.  For sitting for a long period of time.  Then

10   my joints starts hurting.  My neck.  My arms.  But I

11   can finish.

12       Q.  Well, I want to make sure, one, that you can

13   testify truthfully and accurately.  And also that

14   you're not unable to continue due to your joint pain

15   and your muscle pain.

16       A.  I can continue.

17       Q.  Okay.

18           If at some point you decide that you cannot

19   continue anymore and you talk to your lawyer, can

20   you please let us know?

21       A.  Okay.

22       Q.  You'll make that deal with me, you'll let us

23   know?

24       A.  Yes.

25       Q.  Okay.

1    A.   When she doesn't take her medicines she gets

2   violent.

3    Q.   And does she not take her medicines

4   sometimes?

5    A.   Yes.

6    Q.   How frequently?

7    A.   It's like every other month.

8    Q.   And has she been violent with you or members

9   of your family?

10    A.   Yes.

11    Q.   With you?

12    A.   With me.

13    Q.   On more than one occasion?

14    A.   Yes.

15    Q.   Has that happened in the last eight years?

16    A.   Yes.

17    Q.   Has it happened frequently?

18    A.   Yes.

19    Q.   You were diagnosed with chronic depression

20   many years ago, correct?

21    A.   Correct.

22    Q.   Do you remember the first time that you were

23   diagnosed -- -- strike that.

24        Do you remember the first time that you had

25   depression?

Page 210

1      A.   Yes.

2      Q.   And when was that?

3      A.   1978.

4      Q.   And can you tell me about what triggered

5  that depression?

6      A.   Bad marriage.

7      Q.   And were you treated for depression in 1978?

8      A.   Yes.

9      Q.   Were you diagnosed with depression in 1978?

10      A.   Yes.

11      Q.   And who diagnosed you?

12      A.   I don't remember the doctor at that time.

13      Q.   Do you remember where you were treated?

14      A.   Yes, Charity Hospital in New Orleans.

15      Q.   Were you hospitalized?

16      A.   Yes.

17      Q.   For how long?

18      A.   A week.

19      Q.   Was that in connection with a suicide

20  attempt?

21      A.   Yes.

22      Q.   Did you begin seeing -- were you put on any

23  medication after you were discharged from Charity

24  Hospital?

25      A.   Yes.

Page 254

1   cancer?

2       A.  With cancer and side effects.

3       Q.  What else do you remember about that

4   discussion?

5       A.  Her skin complexion was dark.  She was very,

6   very thin.  And her hair was -- it didn't come back

7   at all.

8       Q.  This was your sister's stepmother?

9       A.  Yes.

10      Q.  And when did your sister's stepmother have

11  treatment for breast cancer?

12      A.  I don't remember.

13      Q.  A long time before you?

14      A.  Yes.  A very long time before me.

15      Q.  And your sister Gwen told you before you had

16  chemotherapy that her stepmother's hair didn't ever

17  come back?

18      A.  Right.

19      Q.  Do you know what kind of chemotherapy your

20  sister Gwen's stepmother had?

21      A.  No.

22      Q.  And has she passed on now?

23      A.  Yes.

24      Q.  Do you need to take a break, Ms. Crayton?

25      A.  No, I'm fine.

Page 255

1   Q.   Take your time and let me know when you're

2   ready.

3        Did you just take some medication, Mrs.

4   Crayton?

5   A.   Yes, I did.

6   Q.   Will that medication impact your ability to

7   remember?

8   A.   No, I'll be fine.

9   Q.   Would that medication affect your ability to

10  testify truthfully or accurately?

11  A.   I'll be fine.  I can do it.  I'm okay.

12  Q.   Okay.

13  A.   I can go on.

14       MS. BIERI:  Counsel, I just want to state

15       for the record that if the medication is

16       going to impact her ability to testify

17       truthfully, accurately or to remember, I

18       think that's something that we need to

19       address.  Is that your understanding, either

20       of you?

21       THE WITNESS:  I understand.

22  BY MS. BIERI:

23  Q.   No.  Is it your understanding that the

24  medication can have that effect?

25  A.   No.

Page 256

```
 1        MS. GODSHALL:  Quick off the record?  I want
 2        to ask her some questions.
 3        THE VIDEOGRAPHER:  This is the end of Media
 4        No. 4 and we are now off the record at
 5        5:17 p.m.
 6        (Recess.)
 7        THE VIDEOGRAPHER:  This is the beginning of
 8        Media No. 5 and we are now back on the
 9        record and the time is 5:27 p.m.
10        MS. GODSHALL:  My client needed to take some
11        medication that was necessary for her
12        health.  And we spoke off the record and
13        this will impair her ability to understand
14        and clearly communicate her answers.  Such
15        that we are going to end the deposition for
16        today, but we are keeping it open.
17        MS. BIERI:  And as a further -- further to
18        that, we also spoke to Magistrate North
19        during this deposition and the deposition
20        was going to be kept open regardless for
21        additional documents to be produced.
22        MS. GODSHALL:  Correct.
23        MS. BIERI:  May I ask Ms. Crayton one final
24        question?
25   BY MS. BIERI:
```

Page 257

1      Q.  Do you know what medication you just took

2   right before we went off the record?

3           MS. GODSHALL:  You may need your microphone

4           for that.

5           THE WITNESS:  Oh.

6      A.  Yes.  My heart medication and my

7   hypertension medication.  Fluid pills, potassium

8   pill.  Anxiety pill.  And -- I said anxiety pill.

9   And uhmm, see, I can't remember.

10     Q.  You just took --

11     A.  Pain medication.  Librium and Tramadol.

12     Q.  What are the names of the medications you

13  just took?  And then we can end the deposition for

14  today with the caveat that it be left open.

15     A.  Verapamil for blood pressure.  Verapamil for

16  blood pressure.  Tramadol for pain.  My medication

17  for my heart.

18     Q.  The Furosemide or something else?

19     A.  No, I think you're right.  Fluoxetine.

20          THE REPORTER:  What is it?

21          THE WITNESS:  Fluoxetine.

22  BY MS. BIERI:

23     Q.  Fluoxetine, F-l-u-o-x-e-t-i-n-e?

24     A.  Yeah.

25     Q.  Did you take one of each of the pills in

Page 258

1    your bag?

2        A.  Yes, yes.  Because I didn't take my morning

3    pill.  I thought I would be back home before now.

4        Q.  So you hadn't taken any medication this

5    morning?

6        A.  Yes.  For pain.  Tramadol and Lyrica.

7        Q.  This morning?

8        A.  Yes.

9        Q.  Those were the only two that you took this

10   morning?

11       A.  Yes.

12       Q.  And those didn't affect your ability to

13   testify today?

14       A.  No, no.

15            MS. BIERI:  Okay.

16                 With that and counsel's representation

17            and the witness's representation of the

18            impact of the medication she just took,

19            we'll continue the deposition.

20            THE VIDEOGRAPHER:  Today's deposition

21            consists of five media and we are now off

22            the record at 5:30 p.m.

23            THE REPORTER:  Do you want a copy of this

24            rough?

25            MS. GODSHALL:  Sure.  Yes, I do.