Page 265

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * * * * * * * * * *

5    SHEILA CRAYTON

6        Plaintiff,

7

     VERSUS                    CASE NO. 2:17-cv-05923

8

     SANOFI S.A., SANOFI-AVENTIS

9    U.S. L.L.C., and

     AVENTIS-PHARMA S.A.,

10

11       Defendants.

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13

14                      VOLUME II

15

16

17        Videotaped Deposition of SHEILA CRAYTON,

18   taken at Morris Bart, Pan American Life Center, 601

19   Poydras Street, 24th Floor, New Orleans, Louisiana

20   70130, on Tuesday, November 6th, 2018, at 11:49 a.m.

21

22

23

     Job No. NJ3074605          **EXHIBIT C**

24   By:  Ashlee B. Ancalade

25   Registered Professional Reporter

Page 294

1    haven't produced in the litigation in those boxes or in

2    the photo albums?

3              MS. GODSHALL:

4                    Objection to form.

5        A    No.

6    BY MS. BIERI:

7        Q    "No," there are not, or "no," that's not what

8    you're saying?  Meaning --

9        A    I don't have any more because of Katrina.

10   They all got damaged from water.

11       Q    Okay.  I understand.

12            So Katrina was in 2005; correct?

13       A    Yes.

14       Q    Do you have any photographs that depict you

15   after 2005?

16       A    No, no.

17       Q    Oh, Ms. Crayton, just one more housekeeping

18   matter that I forgot to ask you at the beginning.  Are

19   you on any medication today that would impact your

20   ability to remember?

21       A    Yes.

22       Q    What medication is that?

23       A    I can't remember the name, but I brought the

24   medicine.

25       Q    Do you want to take a minute and find the

Page 295

1    medication that you think affects your memory?

2        A    Yes.

3        Q    Does it negatively impact your memory?

4        A    I don't understand.  What you mean

5    "negative"?

6        Q    So do you -- the question I'm trying to get

7    at is do you -- do any of the medications that you take

8    that you've taken today, will they negatively impact

9    your memory, your ability to remember?

10       A    Yes, they would, causing me not to.

11                THE REPORTER:

12                    I'm sorry?

13       A    If it would cause me not -- some of the

14   questions, I can't answer.

15   BY MS. BIERI:

16       Q    And you attribute that to medication that

17   you're taking?

18       A    Yes.

19       Q    Okay.  Let go off the record so -- did you

20   say you brought those?

21       A    Uh-huh.

22                MS. BIERI:

23                    Okay.  Let's go off the record.  Is that

24                okay?

25                THE VIDEOGRAPHER:

1        We're now --

2    MS. BIERI:

3        I just want to --

4    THE VIDEOGRAPHER:

5        We're now off the record at 12:22.

6        (A short break is taken.)

7    THE VIDEOGRAPHER:

8        We're now back on the record.  The time

9    is 12:24.

10   BY MS. BIERI:

11   Q    Ms. Crayton, we took a short break to see if

12   you had in your bag the medication that you thought

13   negatively impacted your memory; but is it fair to say

14   that you don't have that with you?

15   A    Right.  And it's more than one that affect my

16   ability, which is amitriptyline.

17   Q    It's your -- when did you last take

18   amitriptyline?

19   A    Last night.

20   Q    And did you take one pill or two?

21   A    Two.

22   Q    And you haven't taken it since then?

23   A    Right.  I haven't taken it since then.

24   Q    And is it your opinion that taking two --

25   forgive my reach -- 25-milligram tablets of

1    amitriptyline last night before bed is causing you not

2    to be able to remember?

3         A    Yes.

4         Q    Okay.  What time did you take that medication

5    last night?

6         A    8:00 p.m.

7         Q    And you take that medication to help you

8    sleep; is that correct?

9         A    Yes.  And for pain.

10        Q    Maybe we should do this to make sure we're

11   all on the same page.  What medications have you taken

12   in the last 24 hours?

13        A    Okay.  That's one of them.

14        Q    Okay.  So two 25-milligram tablets of

15   amitriptyline last night before bed.

16        A    Yes.

17             And fluoxetine.  That's for anxiety.

18        Q    F-L -- for the court reporter,

19   F-L-U-O-X-E-T-I-N-E, 20 milligrams.

20             How many did you take of those?

21        A    One.

22        Q    And when did you last take that?

23        A    Yesterday morning.

24        Q    Yesterday morning.

25             You didn't take one this morning?

Page 298

```
 1      A    No.  I need to take one, but no.

 2      Q    Other medications you've taken in the last 24

 3   hours?

 4      A    Those -- like I said, those -- okay.  Today I

 5   started off with these (indicating).  Last night I took

 6   the amitriptyline, but for today I took verapamil.

 7      Q    Verapamil?

 8      A    Yeah.  You have them?

 9      Q    When was the last time you took verapamil?

10      A    Last night.

11      Q    And how many pills did you take last night?

12      A    One.

13      Q    Okay.  Any others?

14      A    Potassium.

15      Q    And when did you last take potassium?

16      A    Last night.

17      Q    And did you take one pill or more than one

18   pill?

19      A    One pill.

20           And I took tramadol this morning.

21      Q    You took tramadol this morning?

22      A    Uh-huh.

23      Q    At what time?

24      A    I'll say about 7:00.

25      Q    And what dosage did you take?
```

Page 299

1      A    One.

2      Q    One?

3      A    50 milligram, yes.

4      Q    Any others?

5      A    That's it.

6           Half a one, that folic acid, I took that this

7    morning.

8      Q    Which one?  I'm sorry.

9      A    (Indicating.)

10     Q    Oh, the folic acid?

11     A    Yes.

12     Q    Did you take 1-milligram tablet this morning?

13     A    Yes.

14     Q    What time did you take that at, 7:00 a.m.

15   too?

16     A    The same time.

17     Q    Would it help you if I --

18     A    Furosemide.

19     Q    Okay.  Furosemide.  Furosemide, excuse me.

20          When did you last take furosemide?

21     A    This morning.

22     Q    At 7:00 a.m.?

23     A    Uh-huh.

24     Q    Did you take one 20-milligram tablet?

25     A    Yes, one.

1      Q      So we talked about all the medications you

2    took last night or this morning?

3      A      Yeah.  Not all of them.

4      Q      Oh, there's more?

5      A      There's some of them that I didn't take this

6    morning.

7      Q      But in terms of what you did take, have you

8    told me all of the medications that you did take this

9    morning or last night?

10     A      Yes.

11     Q      Okay.  Tell me which of those medications you

12    think negatively impacts your ability to remember.

13            MS. GODSHALL:

14                  Object to form.

15                  Go ahead.

16    BY MS. BIERI:

17     Q      If any.

18            Amitrip- --

19     A      Ami- -- yeah.

20     Q      Amitriptyline?

21     A      Yeah.

22     Q      Any others?

23     A      Yes.  But I haven't taken them.  That's just

24    the one that I have taken that it would affect, it's

25    these -- there's two more that would affect.  I haven't

1    taken them yet.

2         Q    I understand.

3         A    But I'm going to have to take them.

4         Q    And how do you think the amitriptyline

5    affects your ability to remember?

6              MS. GODSHALL:

7                   Object to form.

8                   Go ahead.

9         A    It relax me.  And I have to stay in bed when

10   I take them at bedtime.

11   BY MS. BIERI:

12        Q    And so you think that that impacts your

13   ability to remember --

14        A    Yeah.

15        Q    -- the next day?

16        A    Yeah.

17        Q    But you haven't taken any other medications

18   that you think would impact your ability to give

19   truthful, accurate testimony; correct?

20        A    Right.  Correct.

21        Q    Or -- or that would affect your memory;

22   correct?

23        A    Correct.

24        Q    When we last spoke, do you remember telling

25   me about an aunt and a first cousin who you had seen

Page 319

```
 1   properly.
 2              And you couldn't walk.  My legs would just
 3   give in.  And to this day, they still doing the same
 4   thing.
 5        Q    Based on the red devil?
 6        A    Uh-huh.
 7              THE WITNESS:
 8                   Excuse me.  Can I have a timeout?
 9              MS. BIERI:
10                   Of course.
11              THE WITNESS:
12                   Okay.
13              THE VIDEOGRAPHER:
14                   We're now off the record at 12:50.
15                   (A short break is taken.)
16              THE VIDEOGRAPHER:
17                   We are now back on the record.  The time
18              is 1:05.
19   BY MR. BIERI:
20        Q    Ms. Crayton, while -- for the record, while
21   we were on the break, both you and your counsel
22   represented that you took some medication while we were
23   on the break.  Did you take tramadol?
24        A    Yes.
25        Q    How many tramadol pills?
```

Page 320

1        A    I took one.  I took one capsule.

2    50 milligrams.

3        Q    And how many -- and did you also take Lyrica?

4        A    Yes.  Lyrica, yes.

5        Q    How many capsules?

6        A    One.

7        Q    And what's the dosage on that?

8        A    Fif- -- 150 milligrams.

9        Q    And how -- did you also take Amitriptyline?

10       A    Yes.

11       Q    How many capsules?

12       A    Two.

13       Q    And what is the dosage for each capsule, each

14   pill?

15       A    Twenty-five milligrams.

16       Q    And did you also take met- -- metoprolol?

17       A    Yes.

18       Q    How many pills?

19       A    I took one.

20       Q    What's the dosage on that?

21       A    Twenty-five milligrams.

22       Q    And did you also take verapamil?

23       A    Yes.

24       Q    How many pills?

25       A    One.

Page 321

1    Q    And what's the dosage on that?

2    A    120 milligrams.

3    Q    Will the medications that you just took

4  affect your ability to testify truthfully, accurately,

5  and completely?

6    A    No.

7    Q    You're able to testify truthfully,

8  accurately, and completely?

9    A    No, I'm not.  No, I'm not.  I'm sorry.

10   Q    Why are you not able to?

11   A    Because I'm starting to shake and my tongue,

12  it's like it's -- it's like it's -- I have the shakes,

13  and my tongue is like gets stuck.

14   Q    And so you aren't feeling well?

15   A    This is what happens when I take my

16  medication, so that's why I have to lie down when I

17  take my medication.  That's why I have a personal

18  caregiver.

19   Q    And if you lie down for a little bit, will

20  you feel better?

21   A    Yes.  But I'm going to try, so I can get

22  through with it.

23   Q    Well, if -- I think your counsel and I need

24  to talk because if you are telling me that you can't

25  testify truthfully, accurately, and completely right

```
                                          Page 322
 1   now, I can't continue with your deposition right now;
 2   and I don't think your counsel would want me to either.
 3            MR. BIERI:
 4                 Is that correct, Ms. Godshall?
 5            MS. GODSHALL:
 6                 That's fair.
 7       A    I'm able -- I'm able to finish.
 8   BY MR. BIERI:
 9       Q    I don't know how to reconcile those two.
10   When you told me that because of how you are feeling
11   you're not able to testify truthfully, accurately, and
12   completely, I -- I don't think we can continue.  Do you
13   think if you laid down for a moment you would feel
14   better and you could continue?
15       A    Yes.
16       Q    Okay.  Do you want to do that?
17       A    Yes.
18       Q    Okay.
19            MR. BIERI:
20                 Let's go off the record.
21                 Lauren, can you and I talk?
22            THE VIDEOGRAPHER:
23                 This is the end of Media No. 1.  We're
24            now off the record at 1:09.
25                 (A short break is taken.)
```