Page 1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2

   SHEILA CRAYTON,
3                              CASE NO.
   VERSUS                      2:16-CV-05923
4

   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
5  SANOFI US SERVICE, INC., and
   AVENTIS-PHARMA S.A.,
6

7        VIDEOTAPED DEPOSITION OF DR. CARLOS
   RODRIGUEZ-FIERRO, 1111 MEDICAL CENTER
   BOULEVARD, SUITE S-350, MARRERO,
8  LOUISIANA, 70072, TAKEN IN THE OFFICES OF
   THE CARDIOLOGY CENTER, 1111 MEDICAL CENTER
9  BOULEVARD, SUITE S-350, MARRERO,
   LOUISIANA, 70072, ON TUESDAY, THE 26TH DAY
10 OF FEBRUARY, 2019.
11 APPEARANCES:
12   MORRIS BART, LLC
     ATTORNEYS AT LAW
13   BY:  RICHARD L. ROOT, ESQUIRE
     601 POYDRAS STREET, 24TH FLOOR
14   NEW ORLEANS, LOUISIANA  70130
15       ATTORNEYS FOR PLAINTIFF
16   SHOOK, HARDY & BACON, LLP
     ATTORNEYS AT LAW
17   BY:  LORI SCHULTZ, ESQUIRE
     2555 GRAND BOULEVARD
18   KANSAS CITY, MISSOURI  64108-2613
19       ATTORNEYS FOR SANOFI
20 VIDEOGRAPHER:
21     MARK ANCALADE
22 REPORTED BY:
23   DAWN D. TUPPER, CCR, RPR
     CERTIFIED COURT REPORTER
24   REGISTERED PROFESSIONAL REPORTER   **EXHIBIT D**
25

1   1.  We're now off the record at 3:49.

2          (Recess was taken)

3       VIDEOGRAPHER:

4          This is the beginning of media

5   number 2.  We're back on the record at

6   4:01.  EXAMINATION BY MS. SCHULTZ:

7          Q.   Doctor, the last appointment

8   that we looked at before that break was

9   from December 20, 2017.

10         A.   Yes.

11         Q.   And I want to turn to what

12  appears to be then her next appointment

13  which I have marked as Exhibit 7, which is

14  January 10, 2019.

15             Do you have Exhibit 7 in front

16  of you?

17         A.   Yes, I do.

18         Q.   All right.  This states that

19  she is here for cardiac evaluation and to

20  review echocardiogram.  Because of this,

21  we are recommending to proceed with a

22  transesophageal cardiogram to evaluate a

23  small mobile density in the right atrium

24  which could be the Port-A-Cath.  What does

25  that mean?

1          A.    Okay.  I guess somebody

2     ordered an echo prior to this.

3          Q.    Okay.

4          A.    Sometimes it could have been

5     us.  It could have been her family

6     physician.  And the echocardiogram that

7     was done showed that there was a, what we

8     call ill-defined density or small mobile

9     density in the right atrium which we could

10    see something moving in the right atrium

11    that is not supposed to be there.

12              The transthoracic echo gives

13    us less definition because we have to use

14    low frequency in order to penetrate.  So

15    in order to be able to see it in more

16    detail, you order a transesophageal

17    echocardiogram which basically is putting

18    the probe into the esophagus.

19              The heart lies right next to

20    the esophagus.  Not a lot of tissue, bone

21    and muscles to go through.  You increase

22    the frequency and you see more details.

23         Q.    Okay.  And the transesophageal

24    echocardiogram, the results of that are

25    not contained in Exhibit 7; correct?

1    there's a different way of doing the test.

2              And this time we used a

3    substance called Dobutrex which is it will

4    increase the heart rate to the level of an

5    exercise that we normally do.  So it

6    mimics exercise.

7         Q.   Okay.  Based on the additional

8    testing done, was there any change to the

9    recommendations that were made for Ms.

10   Crayton?

11        A.   The one thing that we probably

12   recommended is for her oncologist to see

13   if she could have the Port-A-Cath removed

14   because all the ill-defined densities

15   attached to it, which I could not tell

16   what it was.

17        Q.   Any changes made to her

18   medications?

19        A.   I don't believe any changes

20   for her medications were made.

21        Q.   Okay.

22        A.   Discontinue Verapamil maybe.

23   Let me see.  It says over here discontinue

24   Verapamil 120.  I'm not sure if that was a

25   change then or before.  Unchanged