Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA, MD, D.C.
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
David Lawson, LA
Raynique Keelen, LA
Esmeralda Graham, LA, NM
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Kelley Mackenroth, LA
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL, TX
Jeffrey Lust, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalane Loehn, LA, MA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Travis Williams, LA
Alaina Brandhurst, LA
Lindsey Topp, LA, MS, CA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Brian Buchert, LA
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
Pamela Hansen, LA
Alexandria Elliot, LA, AL
Lauren Godshall, LA, TX, CA
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Christine Brandt, LA, AL
Natalie Kobetz, LA
Sarah Constant, LA
Aaron Hurd, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Kelly Thibeaux, LA
Thelia Eaby, LA
Jacob Goehring, LA
Bevan Sabo, LA
Melodie Molina, LA
Katherine Lobrano, LA
Avery Riley, LA
Marquita Cage, LA
Taylor Burnham, LA
Christopher Lack, LA
Rachel Fajoni, LA
Eve Vavrick, LA
Shemetreal Harris, LA

OF COUNSEL
Shannon Rodriguez, LA
Darryl Dungan, LA, FL
Kristi Tamura, LA
Kathryn Cox, LA
Mark Lumpkin, LA
Stephanie Roberts, LA
Edward Boudreaux, LA
Melissa Herman, LA
Katherine Lobrano, LA
John White, LA
Brejette Bundy, LA

ADMINISTRATOR
Mark Duhon

# MORRIS BART, L.L.C.
## ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, La 70130-6036

Telephone 504.525.8000
Fax 504.599.3380

Writer's Direct Dial: (504) 526-1135
Writer's Direct Facsimile: (833) 277-4214
E-mail: rroot@morrisbart.com

February 27, 2019

Douglas J. Moore
IRWIN, FRITCHIE, URQUHART & MOORE, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Via email: dmoore@irwinllc.com

RE: Our Client: Sheila Crayton; MDL-2740

Dear Doug:

We are writing to reiterate and re-urge our belief that Sheila Crayton is not in a position, physically or mentally, to stand trial as she is unable to effectively communicate with her counsel or defense counsel. Ms. Crayton is incapable of meaningfully participating in a two week trial.

Her first deposition was abbreviated and had to be adjourned because of lack of capacity to respond intelligently to questioning. In her first deposition, Ms. Crayton brought each of her medications to the deposition and provided them to Sanofi. Her daily medications (which she has taken for years) are Furosemide 20 milligrams, Lyrica, 150 milligrams, Meloxicam, 7.5 milligrams, Verapamil ER, Amitriptyline, Tramadol, 50 milligrams, Metoprolol, 25 milligrams, and Prozac (Fluoxetine), 20 milligrams. As you are well aware, Ms. Crayton could not finish her deposition in a single setting, as the medication she had to take affects her both mentally and physically. She is prescribed to take these medicines daily; she cannot defer taking these medicines during the entire trial day. This leaves her in a position of attempting to get through trial without taking medications that she requires for her ongoing health, or taking the medications and being unable to comprehend the evidence unfolding or the questions she will be asked on the stand.

While Ms. Crayton appears to be a pleasant, quiet person, her medical history proves she is in constant pain from an autoimmune disease, with a concomitant long history of depression. (We refer you to the depositions of Dr. Long, her primary care physician, along with the accompanying medical records where Ms. Crayton routinely rates per pain as 10 out of 10; as well as Dr. Mancuso's and Dr. Blanton's recent depositions attesting to her ongoing physical issues.)

EXHIBIT E

New Orleans 504.525.8000 | Baton Rouge 225.925.8000 | Shreveport 318.222.9000 | Lafayette 337.233.4200 | Monroe 318.807.1000 | Alexandria 318.561.7700
Lake Charles 337.477.4600 | Gulfport 228.432.9000 | Pascagoula 228.762.4700 | Hattiesburg 601.583.8000 | Mobile 251.433.2210
Birmingham 205.251.6700 | Huntsville 256.539.8500 | Montgomery 334.834.1800 | Little Rock 501.376.9000 | Texarkana 870.772.1669 | Toll Free 1.800.876.2244

www.morrisbart.com

As you may be aware, when Ms. Crayton underwent a psychiatric evaluation a decade ago, when her health was far better than it is now, this was Dr. Mancuso's conclusion:

> **Ability to maintain attention and perform simple repetitive tasks for two hour blocks of time would likely be poor. Ability to sustain effort and persist at a normal pace over the course of a routine 40 hour work week would likely be poor. Ability to understand, remember, and follow simple commands would likely be fair, if instructions are repeated. Ability to tolerate the stress/pressure associated with day to day work activity and demands would likely be poor.**

The ninety or so "I don't remember" responses she stated at her deposition reinforce Dr. Mancuso's medical conclusions. Ms. Crayton is a depressed older lady in constant pain, taking a plethora of medications that interfere with her ability to function physically and mentally. She has experienced a recent downward health spiral. She now has a personal care-giver full time, as Ms. Crayton cannot perform any daily activities on her own, including dressing and bathing. A care-giver was present at both deposition sessions and was required to assist Ms. Crayton with handling her medications and using the restroom during breaks.

In addition, Ms. Crayton's cardiologist, who was deposed earlier this week, is referring her to a surgeon to remove her port-a-cath, as he diagnosed an artifact in her heart and must investigate the cause. This is to be scheduled soon.

We respectfully submit that subjecting Ms. Crayton to trial will not generate a meaningful result due to Ms. Crayton's poor physical and mental health.

Your prompt attention to this matter is greatly appreciated.

Sincerely,

Richard L. Root

Betsy Barnes

Lauren Godshall