| | |
|---|---|
| **From:** | Rick Root |
| **To:** | Betsy Barnes; Lauren Godshall |
| **Subject:** | Fwd: [EXTERNAL]RE: Trial 2 phase II depositions |
| **Date:** | Thursday, March 21, 2019 6:27:03 PM |
| **Attachments:** | image002.png |

Begin forwarded message:

**From:** Rick Root <rroot@morrisbart.com>
**Date:** March 13, 2019 at 2:45:34 PM CDT
**To:** "Baehr, Jordan (SHB)" <JBAEHR@shb.com>, Palmer Lambert <plambert@gainsben.com>, "Dawn Barrios (barrios@bkc-law.com)" <barrios@bkc-law.com>, Lauren Godshall <lgodshall@morrisbart.com>, Betsy Barnes <bbarnes@morrisbart.com>, "TaxoterePSCNOD@stuevesiegel.com" <TaxoterePSCNOD@stuevesiegel.com>
**Cc:** "Bieri, Kelly (SHB)" <KBIERI@shb.com>, "Ryan-Meredith, Kristen (SHB)" <KMRYAN@shb.com>
**Subject: RE: [EXTERNAL]RE: Trial 2 phase II depositions**

Jordan, I will check with Betsy and Lauren, but the 21st at 6:00 is out for me, as I will be out for a medical procedure.

But the bigger point is – why do we have to continue this aggressive schedule in light of what I understand is a rescheduling of the first two trials?  If the Trial 2 trial is now late January, 2020 (the trial 3 date slot), CMO-14 has the January 2020 trial discovery deadline as July 15, 2019.   IOW, we now have months to get these depos done.  The September 2019  trial and resultant discovery scheduling is no longer in play.  And while the new cut-offs have not been issued, what is certain is that the old cut-off dates no longer apply.  We do not have to shove all of these depos into a short time frame any more - - if at all!

Moreover, we will be filing a motion tomorrow seeking to remove Sheila Crayton as a second trial plaintiff.  Obviously,  I do not expect you reply to that motion before you see the filing, and your lack of comment will not be taken as an acquiescence, but the main point

**EXHIBIT F**

stands: with what we understand is a recent change in the trial dates, there is no need to spend time and money cramming depositions into a short time frame because of a superseded and now-artificial priority.  This is especially true when Ms. Crayton may not be a trial alternate if our motion is granted.

So we ask that you reach out to Doug (or anyone on your side with knowledge of the details of the bellwether trial rescheduling) to advise you what the Court has said about Trial 2 being moved to 2020, and that rescheduling's impact on discovery deadlines.   And, we imagine that you'd find an update depo in Thibodaux more useful closer to the January 2020 trial date than an update this month.

Really, we should think about putting the brakes on discovery until these issues are cleared up, and the new discovery deadlines are clarified.

Regards,

Rick



**Richard L. Root**
Attorney - Mass Torts Litigation
MorrisBart, LLC
Pan American Life Center
601 Poydras St.,  24th Floor
New Orleans, LA  70130
Direct:  504-526-1135
Fax:      504-599-3392
rroot@morrisbart.com
http://www.morrisbart.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer/lawfirm.  It is intended exclusively for the individual(s) or entity(ies) to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are NOT the named addressee, you are NOT authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Baehr, Jordan (SHB) [mailto:JBAEHR@shb.com]
**Sent:** Wednesday, March 13, 2019 12:28 PM

**To:** Palmer Lambert; Dawn Barrios (barrios@bkc-law.com); Rick Root; Lauren Godshall; Betsy Barnes; TaxoterePSCNOD@stuevesiegel.com
**Cc:** Bieri, Kelly (SHB); Ryan-Meredith, Kristen (SHB)
**Subject:** [EXTERNAL]RE: Trial 2 phase II depositions

Counsel,

Our attempts to serve Tamella Fontenette, Plaintiff Crayton's daughter whom she identified as a potential fact witness in her case, with her subpoena and notice of deposition have proven unsuccessful and we have been unable to identify an accurate address for her. Can you please provide an accurate current address for Ms. Fontenette?

In addition, as part of phase 2 discovery in the Crayton case, sanofi intends to depose Mss. Sherida Jackson and Shawanda Johnson. Ms. Jackson is only available in evenings and has offered the date of next Thursday, 3/21, at 6pm. Given the other depositions taking place in the Crayton case that day and the next, we imagine that will be a convenient time to conduct the deposition and will notice it for that date. Ms. Johnson has declined to offer dates to voluntarily appear for her deposition. Accordingly, we will plan to subpoena her for a deposition on Friday, 3/22, at 12pm. Attached are her subpoena and NOD, to be served today.

Thank you very much,
Jordan

---

**From:** Baehr, Jordan (SHB)
**Sent:** Wednesday, March 6, 2019 3:02 PM
**To:** 'Palmer Lambert' <plambert@gainsben.com>; 'Dawn Barrios (barrios@bkc-law.com)' <barrios@bkc-law.com>; 'Rick Root' <rroot@morrisbart.com>; 'Lauren Godshall' <lgodshall@morrisbart.com>; 'Betsy Barnes' <bbarnes@morrisbart.com>; 'TaxoterePSCNOD@stuevesiegel.com' <TaxoterePSCNOD@stuevesiegel.com>
**Cc:** Bieri, Kelly (SHB) <kbieri@shb.com>; Ryan-Meredith, Kristen (SHB) <kmryan@shb.com>
**Subject:** RE: Trial 2 phase II depositions

Counsel,

Please see attached subpoenas and notices of deposition for witnesses in the *Crayton* case, to be served today.

Thank you,
**Jordan C. Baehr**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.2571 | jbaehr@shb.com



**From:** Baehr, Jordan (SHB)
**Sent:** Thursday, February 28, 2019 4:40 PM
**To:** Palmer Lambert <plambert@gainsben.com>; Dawn Barrios (barrios@bkc-law.com) <barrios@bkc-law.com>; Rick Root <rroot@morrisbart.com>; Lauren Godshall <lgodshall@morrisbart.com>; Betsy Barnes <bbarnes@morrisbart.com>; TaxoterePSCNOD@stuevesiegel.com
**Cc:** Bieri, Kelly (SHB) <kbieri@shb.com>; Ryan-Meredith, Kristen (SHB) <kmryan@shb.com>
**Subject:** Trial 2 phase II depositions

Palmer and all,

We appreciate your continuing to work with us to promptly schedule and complete discovery under the challenging, overlapping and successive discovery deadlines imposed by the court. I understand there are discussions underway regarding potential revisions to discovery and trial schedules, and that we may proceed under the assumption of the court's and parties' approval for phase II discovery in the Thibodeaux and Crayton cases to extend beyond March 4. In light of that, we are happy to continue working to schedule needed depositions for dates after Mardi Gras. Regardless of the final deadline, there is simply no reason to delay scheduling and completing as many depositions as we can, as promptly as we can. Accordingly, we will continue reaching out to treaters for dates throughout March, and will pass them along to this group as we get them. To help streamline the scheduling process, please identify any dates during March for which counsel is not available by next Monday, March 4.

Regarding fact witnesses, the parties exchanged preliminary witness lists on Tuesday, Feb. 12, and Sanofi requested dates to depose the following fact witnesses identified on Plaintiffs' preliminary lists the next day:

*Thibodeaux*
1. Kenisha Thibodeaux
2. Marilyn Roberts

*Crayton*
1. Johnson Crayton, Jr.
2. Tamella Fontenette
3. Jalissa Warner
4. Debbie Allen

    5.    Betty Joseph

Despite indicating that they would do so, counsel has not provided a single date or any update for any of these witnesses in the more than two weeks since. Sanofi also requested a date for the supplemental deposition of Ms. Thibodeaux, but again has received no date, update, or communication regarding this request in more than two weeks. In earlier discussions, counsel had suggested we block off Feb. 26, 27, and 28 to conduct as many depositions as possible. We remain amenable to scheduling multiple depositions over a few days, and suggest the week March 18-22 for this purpose. For Ms. Thibodeaux, we would request a supplemental deposition on March 27, 28, or 29.

Given the time already passed and the many other forthcoming trial and discovery deadlines, please respond with any conflicts and dates for fact witnesses and Ms. Thibodeaux by COB next Monday, March 4. For any witnesses whose availability you are unable to provide, we will plan to serve them with notices and subpoenas for depositions on dates the week of March 18 (or March 27-29 for Ms. Thibodeaux). We will do so promptly in order to give the witnesses as much advance notice as possible under the circumstances. Again, we appreciate your continued flexibility and cooperation in completing attainable discovery and avoiding unwarranted delay.

Thank you,
**Jordan C. Baehr**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.2571 | jbaehr@shb.com



Mail Gate made the following annotations on Wed Mar 13 2019 12:28:01

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.