STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF BETSY J. BARNES

Pursuant to and in conformity with the Federal Rules of Civil Procedure, I, Betsy J. Barnes, counsel for plaintiff Sheila Crayton, after being duly sworn, hereby state upon my oath and personal knowledge, the following, to wit:

1. I have represented Ms. Sheila Crayton since October 2016.
2. I have spoken to and met with Ms. Crayton many times over the course of my representation in this matter, including meetings at my office and at Ms. Crayton's home.
3. Ms. Crayton's ability to communicate clearly and to recall conversations we have had has deteriorated significantly over the course of our representation.
4. To date Ms. Crayton's communication and recall do not appear to have improved at all.
5. I do not believe that Ms. Crayton will be able to assist me with preparing for her trial.

_____
Betsy J. Barnes

SWORN TO AND SUBSCRIBED BEFORE ME by the above-named Betsy J. Barnes, in New Orleans, Louisiana, this the 21 day of March, 2019.

_____
Notary

My Commission Expires: at death

Lauren E. Godshall
State of Louisiana - Notarial I.D. No. 86828
My commission is issued for life

