UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Sheila Crayton*
Case No. 17-5923

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW INTO COURT comes Plaintiff, Sheila Crayton, who respectfully requests leave of Court to file Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to Local Rule 5.6 and applicable case law, the referenced exhibits to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned exhibits to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool be filed UNDER SEAL.

Dated: March 22, 2019                          Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street

24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
lgodshall@morrisbart.com
Attorneys for Plaintiff