UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Sheila Crayton*
Case No. 17-5923

## MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

MAY IT PLEASE THE COURT:

Plaintiff, through undersigned counsel, respectfully requests leave of Court to file Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool under seal. Plaintiff respectfully submits that, pursuant to Local Rule 5.6 and applicable case law, the referenced exhibits to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool should be filed under seal.

The court may seal court records if the interests favoring nondisclosure in a particular case outweigh the public's common-law right of access to judicial records. *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see Nixon v. Warner Comm., Inc.,* 435 U.S. 589, 598 (1978). Here, Plaintiff seeks to seal two records from medical personnel that pertain directly to her private health issues; a psychiatric evaluation and a statement from her current treating physician regarding her health status. There are neither public officials nor any public records involved, and these sensitive and personal medical records are unrelated to the underlying medical issue in this matter.

Records disclosing medical, psychiatric and psychological conditions, disability, or stigmatizing conditions may be reasonably sealed from public view. *See Jaufre v. Taylor*, 351 F.Supp. 2d 514 (E.D.La. 2005); *see also* Health Insurance Portability and Accountability Act of 1996 ("HIPAA") Standards for Privacy of Individually Identifiable Health Information, 45 CFR 160 and 164. Allowing these two exhibits to become public records by placing them openly in the record of this matter would completely, unfairly and irrevocably destroy Ms. Crayton's rights of privacy and confidentiality concerning her medical history and conditions.

Accordingly, Plaintiff respectfully requests that Exhibit B and G, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for perpetuity, or until as the Court otherwise rules.

Pursuant to practice in this multidistrict litigation, Exhibits B and G will be emailed to liaison counsel for defendants and to liaison counsel for the Plaintiffs Steering Committee.

Accordingly, Plaintiff requests that the Court enter the attached proposed order directing that Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool to be filed UNDER SEAL.

Dated: March 22, 2019                                   Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com

lgodshall@morrisbart.com
*Attorneys for Plaintiff Sheila Crayton*

3