**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2740**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
***Sheila Crayton***
**Case No. 17-5923**

**NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT**

Plaintiff, through undersigned counsel, who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool,

On March 22, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: March 22, 2019

Respectfully submitted,

/s *Richard L. Root*

Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
lgodshall@morrisbart.com

*Attorneys for Plaintiff*