UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Sheila Crayton* Case No. 17-5923 | |

**[PROPOSED] ORDER**

*EX PARTE* **MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool UNDER SEAL.

New Orleans, Louisiana, this ___ of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1