# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| LAVORIS SIMMONS, | : : | **JUDGE MILAZZO** **MAG. JUDGE NORTH** |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **Civil Action No. 2:17-cv-10730** |
| HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | : : : | |
| Defendants. | : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Said motion will be submitted on the 10th day of April, 2019, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 25th day of March, 2019.

                                              Respectfully submitted by,

                                              /s/ *Michael P. McGartland*
                                              MS Bar No. 100487
                                              McGartland Law Firm, PLLC
                                              University Centre I, Suite 500
                                              1300 South University Drive
                                              Fort Worth, Texas 76107
                                              Telephone:    (817) 332-9300
                                              Facsimile:     (817) 332-9301
                                              mike@mcgartland.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                        By:    /s/ *Michael P. McGartland*
                                                       Michael P. McGartland