MINUTE ENTRY
MILAZZO, J.
March 12, 2019

JS-10: 01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On March 12, 2019, the Court held a status conference with members of the Settlement Committee as listed on the attached sign-in sheet. The next conference with the Settlement Committee is **SET** for **June 13, 2019, at 10:00 a.m.** The meeting will be held in chambers.



CASE TITLE: Taxotere

CIVIL ACTION: 16-MD-2740

CRIMINAL ACTION NO:

PRE-TRIAL CONFERENCE:
STATUS CONFERENCE ✓
PRELIMINARY STATUS CONF.
OTHER:

DATE: 3/12    TIME: 5:00

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Irving Warshauer | 522-2304 | Pl. Stt Comm |
| Harvey Kaplan | 913/706-5034 | Sanofi |
| Russell Gordon | 917 664 6555 | Sandoz |
| Ben Gordon | 850 432 7274 | TI |
| Ashlea Schwarz | 913.980.9050 | TI |
| Dennis Reich | 713-622-7271 | TI |
| Matt Niemeyer | 314-241-1919 | TI |