MINUTE ENTRY
MILAZZO, J.
March 25, 2019

JS-10: 01:00

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL CASES | | |

**MINUTE ENTRY**

On March 25, 2019, the Court held a status conference with liaison counsel.

The parties updated the Court on the status of the case.

