# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| | : | HON. JANE TRICHE MILAZZO |
| | : | COMPLAINT & JURY DEMAND |
| *This Document Relates to:* *Diane Hopson* | : | CIVIL ACTION NO. 2:17-cv-11367 |

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Diane Hopson, by and through her attorneys, with the consent of Defendants, respectfully seek leave of Court to file a Second Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Diane Hopson, that she was provided Taxotere/Docetaxel chemotherapy which caused permanent hair loss. Her original suit was filed on October 27, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff learned that Sagent Pharmaceuticals, Inc. should have been named as a Defendant in Plaintiff's case as a Defendant whose product she claims was administered during the chemotherapy which she alleges caused her permanent hair loss.

Plaintiff incorrectly filed a Motion for Leave to File Amended Complaint on February 1, 2019 (Doc. No. 6055). In that Motion for Leave, Plaintiff incorrectly stated that Defendants consented to the filing of the Motion as unopposed when, in fact, consent from Defendants was not obtained prior to the filing of the Motion. Counsel for Defendants Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. notified counsel for Plaintiff of this error on February 8, 2019. Additionally, the Partial Dismissal that was filed by Plaintiff on February 1, 2019 (Doc. No. 6049)

contained a clerical error in that it failed to state Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. were not to be dismissed and therefore, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. were dismissed with prejudice.

Plaintiff's counsel and counsel for Defendants Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. have met and conferred since February 8, 2019 regarding Plaintiff's numerous filing errors in this case. Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. and their counsel have graciously consented to Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. being brought back into the case in light of Plaintiff's counsel's clerical error dismissing those entities.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defendants' counsel who agreed, in the interest of judicial economy, not to oppose this motion for leave to amend, provided that it is expressly agreed and understood that Defendants reserve their rights to assert all defenses, and do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Dated: March 25, 2019                                       **SIMMONS HANLY CONROY**

*/s/ John J. Foley*
John J. Foley (IL 6288152)
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                **SIMMONS HANLY CONROY**

                                                */s/ John F. Foley*
                                                John J. Foley (IL 6288152)
                                                One Court Street
                                                Alton, IL  62002
                                                Telephone (618) 259-2222
                                                Facsimile (618) 259-2251
                                                Email: jfoley@simmonsfirm.com
                                                *Attorney for Plaintiff*