# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| N RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:17-cv-11367 |
| *This Document Relates to:* *Diane Hopson* | | |

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Second Amended Short Form Complaint in the above captioned matter.

SO ORDERED this_____day of_____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT