UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Jade Lee**
**Case No.: 2:18-cv-3433**

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Jade Lee, on the following dates: November 20, 2018, November 29, 2018, December 6, 2018, December 11, 2018, December 12, 2018, December 17, 2018, December 18, 2018, December 21, 2018, January 3, 2019, January 8, 2019, January 11, 2019, February 6, 2019, February 19, 2019, March 1, 2019, March 7, 2019, March 14, 2019, and March 21, 2019 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com