UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Brenda Murphy
Case No.: 2:17-cv-14480

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Jade Lee, on the following dates: September 27, 2018, October 2, 2018, October 5, 2018, October 9, 2018, October 11, 2018, October 15, 2018, October 17, 2018, October 19, 2018, October 23, 2018, October 25, 2018, October 29, 2018, October 31, 2018, November 2, 2018, November 6, 2018, November 8, 2018, November 12, 2018, November 13, 2018, November 16, 2018, November 30, 2018, January 4, 2019, February 5, 2019, February 6, 2019, February 19, 2019, February 27, 2019, March 6, 2019, March 7, 2019, March 13, 2019, March 20, 2019, by (check all that apply)  X  telephone,  X  e-mail, ____ text message, ____ social media,  X  U.S. Mail,  X  Certified Mail,  X  other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com