UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Sheila Crayton* Case No. 17-5923 | |

### ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits B and G to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool **UNDER SEAL**.

New Orleans, Louisiana, this 25th day of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE