UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| Loretta Moore, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 18-cv-06799 |
| Sanofi-Aventis U.S. LLC et al., | : : | |
| Defendant(s). ------------------------------------------------------ | : : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Loretta Moore hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 18-CV-06799 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall **not** affect the lawsuit filed by Loretta Moore, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 16-cv-15842. All parties shall bear their own costs.

Respectfully submitted,

/s/Betsy J. Barnes
Betsy J. Barnes (LA Bar # 19473)
Rick L Root (LA Bar # 19988)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504.525.8000
Facsimile: 504.599.3392
bbarnes@morrisbart.com
rroot@morrisbart.com

COUNSEL FOR PLAINTIFF