## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                                                               SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Deborah Johnson*
Case No. 16-15607

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of the Motion for Summary Judgment on the claims of Plaintiff, Deborah Johnson, filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of the Motion for Summary Judgment is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE