# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "N" (5) |
| ) | |
| ) | HON. JANE TRICHE MILAZZO |
| *This Document Relates To:* ) | |
| *Phyllis A. Stacy* ) | CIVIL ACTION NO. 2:17-cv-03401 |
| ) | |

## PLAINTIFF'S MOTION TO VACATE DISMISSAL WITH PREJUDICE AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Phyllis A. Stacy ("Plaintiff"), in the above-styled action, by and through her undersigned counsel, and respectfully moves the Court pursuant to Rule 60(b) to vacate the dismissal with prejudice entered in the case as to the Actavis Defendants and seeks leave to file an amended complaint to name Actavis LLC f/k/a Actavis Inc., Actavis Pharma Inc., and Sagent Pharmaceuticals, Inc. A Brief in Support of his Motion is attached and incorporated herein.

Dated: March 26, 2019                    Respectfully Submitted,

                                         **SIMMONS HANLY CONROY**

                                         */s/ John J. Foley*
                                         John J. Foley (IL #6288152)
                                         One Court Street
                                         Alton, IL  62002
                                         Telephone (618) 259-2222
                                         Facsimile (618) 259-2251
                                         Email: jfoley@simmonsfirm.com
                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ John J. Foley*
John J. Foley (IL #6288152)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: jfoley@simmonsfirm.com
*Attorney for Plaintiff*