# EXHIBIT A

| Proprietary Name | Dosage Form name | Application Number | Package Description | Product NDC | Strength | Product Type Name | Non-Proprietary Name | Route Name | Market Category Name | Labeler Name | Substance Name | Pharm Class | DEA | Start date | End date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAXOTERE | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0075-8003-01) > 1 mL in 1 VIAL, GLASS | 0075-8003 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | sanofi-aventis U.S. LLC | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 8/2/2010 | N/A |
| TAXOTERE | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0075-8004-04) > 4 mL in 1 VIAL, GLASS | 0075-8004 | 80 mg/4mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | sanofi-aventis U.S. LLC | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 8/2/2010 | N/A |
| TAXOTERE | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0075-8003-01) > 1 mL in 1 VIAL, GLASS | 0075-8003 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | sanofi-aventis U.S. LLC | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 8/2/2010 | N/A |
| TAXOTERE | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0075-8004-04) > 4 mL in 1 VIAL, GLASS | 0075-8004 | 80 mg/4mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | sanofi-aventis U.S. LLC | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 8/2/2010 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0955-1020-01) > 1 mL in 1 VIAL, GLASS | 0955-1020 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA AUTHORIZED GENERIC | Winthrop U.S. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 10/21/2010 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0955-1021-04) > 4 mL in 1 VIAL, GLASS | 0955-1021 | 80 mg/4mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA AUTHORIZED GENERIC | Winthrop U.S. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 10/21/2010 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA020449 | 1 VIAL, GLASS in 1 CARTON (0955-1022-08) > 8 mL in 1 VIAL, GLASS | 0955-1022 | 160 mg/8mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA AUTHORIZED GENERIC | Winthrop U.S. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 10/23/2016 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, SINGLE-USE in 1 CARTON (0409-0201-02) > 2 mL in 1 VIAL, SINGLE-USE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-10) > 8 mL in 1 VIAL, MULTI-DOSE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-20) > 16 mL in 1 VIAL, MULTI-DOSE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, SINGLE-USE in 1 CARTON (0409-0201-25) > 2 mL in 1 VIAL, SINGLE-USE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-26) > 8 mL in 1 VIAL, MULTI-DOSE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0201-27) > 16 mL in 1 VIAL, MULTI-DOSE | 0409-0201 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL ANHYDROUS | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 3/8/2011 | N/A |
| DOCEFREZ | KIT | NDA022534 | 1 KIT in 1 CARTON (47335-285-41) * .25 mL in 1 VIAL, SINGLE-USE * 1.13 mL in 1 VIAL, SINGLE-USE (47335-287-40) | 47335-285 | | HUMAN PRESCRIPTION DRUG | docetaxel anhydrous | | NDA | Sun Pharma Global FZE | | N/A | N/A | 5/3/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-01) > 2 mL in 1 VIAL, MULTI-DOSE | 66758-050 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/29/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-02) > 8 mL in 1 VIAL, MULTI-DOSE | 66758-050 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/29/2011 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-050-03) > 16 mL in 1 VIAL, MULTI-DOSE | 66758-050 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/29/2011 | N/A |

| Docetaxel | INJECTION, SOLUTION | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (63739-971-17) > 4 mL in 1 VIAL, MULTI-DOSE | 63739-971 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | McKesson Packaging Services a business unit of McKesson Corporation | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/1/2012 | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-63) > 1 mL in 1 VIAL, MULTI-DOSE | 16729-267 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Accord Healthcare Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 5/15/2013 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-64) > 4 mL in 1 VIAL, MULTI-DOSE | 16729-267 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Accord Healthcare Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 5/15/2013 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (16729-267-65) > 8 mL in 1 VIAL, MULTI-DOSE | 16729-267 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Accord Healthcare Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 5/15/2013 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (63739-932-11) > 1 mL in 1 VIAL, MULTI-DOSE | 63739-932 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | McKesson Packaging Services a business unit of McKesson Corporation | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 5/15/2013 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA202356 | 1 VIAL, MULTI-DOSE in 1 CARTON (0069-9141-11) > 2 mL in 1 VIAL, MULTI-DOSE | 0069-9141 | 20 mg/2mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Pfizer Laboratories Div Pfizer Inc | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/23/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA202356 | 1 VIAL, PLASTIC in 1 CARTON (0069-9141-22) > 2 mL in 1 VIAL, PLASTIC | 0069-9141 | 20 mg/2mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Pfizer Laboratories Div Pfizer Inc | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/23/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA202356 | 1 VIAL, MULTI-DOSE in 1 CARTON (0069-9142-11) > 8 mL in 1 VIAL, MULTI-DOSE | 0069-9142 | 80 mg/8mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Pfizer Laboratories Div Pfizer Inc | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/23/2014 | N/A |

| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA202356 | 1 VIAL, PLASTIC in 1 CARTON (0069-9142-22) > 8 mL in 1 VIAL, PLASTIC | 0069-9142 | 80 mg/8mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Pfizer Laboratories Div Pfizer Inc | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/23/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA202356 | 1 VIAL, MULTI-DOSE in 1 CARTON (0069-9144-11) > 20 mL in 1 VIAL, MULTI-DOSE | 0069-9144 | 200 mg/20mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Pfizer Laboratories Div Pfizer Inc | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/23/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-734-52) > 4 mL in 1 VIAL, GLASS | 45963-734 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 9/1/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-734-54) > 1 mL in 1 VIAL, GLASS | 45963-734 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 9/1/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-734-74) > 7 mL in 1 VIAL, GLASS | 45963-734 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 9/1/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-765-52) > 4 mL in 1 VIAL, GLASS | 45963-765 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 9/1/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-781-74) > 7 mL in 1 VIAL, GLASS | 45963-781 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 9/1/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-02) > 2 mL in 1 VIAL, MULTI-DOSE | 66758-950 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/22/2015 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-03) > 8 mL in 1 VIAL, MULTI-DOSE | 66758-950 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/22/2015 | N/A |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | INJECTION, SOLUTION | NDA201525 | 1 VIAL, MULTI-DOSE in 1 CARTON (66758-950-04) > 16 mL in 1 VIAL, MULTI-DOSE | 66758-950 | 10 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Sandoz Inc | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/22/2015 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | NDA203551 | 1 VIAL, GLASS in 1 CARTON (45963-790-56) > 8 mL in 1 VIAL, GLASS | 45963-790 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Actavis Pharma, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 10/13/2015 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (16714-465-01) > 1 mL in 1 VIAL, MULTI-DOSE | 16714-465 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Northstar RxLLC | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 1/1/2016 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA201195 | 1 VIAL, MULTI-DOSE in 1 CARTON (16714-500-01) > 4 mL in 1 VIAL, MULTI-DOSE | 16714-500 | 80 mg/4mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | NDA | Northstar RxLLC | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 1/1/2016 | N/A |
| Docetaxel | INJECTION | NDA205934 | 1 VIAL, SINGLE-DOSE in 1 CARTON (42367-121-21) > 1 mL in 1 VIAL, SINGLE-DOSE | 42367-121 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Eagle Pharmaceuticals, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 1/15/2016 | N/A |
| Docetaxel | INJECTION | NDA205934 | 1 VIAL, MULTI-DOSE in 1 CARTON (42367-121-25) > 4 mL in 1 VIAL, MULTI-DOSE | 42367-121 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Eagle Pharmaceuticals, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 1/15/2016 | N/A |
| Docetaxel | INJECTION | NDA205934 | 1 VIAL, MULTI-DOSE in 1 CARTON (42367-121-29) > 8 mL in 1 VIAL, MULTI-DOSE | 42367-121 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | NDA | Eagle Pharmaceuticals, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 1/15/2016 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0367-01) > 4 mL in 1 VIAL, MULTI-DOSE | 0409-0367 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/28/2016 | N/A |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, MULTI-DOSE in 1 CARTON (0409-0369-01) > 6 mL in 1 VIAL, MULTI-DOSE | 0409-0369 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/28/2016 | N/A |
| Docetaxel | INJECTION, SOLUTION | NDA022234 | 1 VIAL, SINGLE-USE in 1 CARTON (0409-0366-01) > 1 mL in 1 VIAL, SINGLE-USE | 0409-0366 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | DOCETAXEL | INTRAVENOUS | NDA | Hospira, Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 6/28/2016 | N/A |
| docetaxel | SOLUTION | ANDA203551 | 1 VIAL in 1 CARTON (25021-222-01) > 1 mL in 1 VIAL | 25021-222 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | ANDA | Sagent Pharmaceuticals | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/1/2013 | N/A |
| docetaxel | SOLUTION | ANDA203551 | 1 VIAL in 1 CARTON (25021-222-04) > 4 mL in 1 VIAL | 25021-222 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | ANDA | Sagent Pharmaceuticals | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/1/2013 | N/A |
| docetaxel | SOLUTION | ANDA203551 | 1 VIAL in 1 CARTON (25021-222-07) > 7 mL in 1 VIAL | 25021-222 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | docetaxel | INTRAVENOUS | ANDA | Sagent Pharmaceuticals | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 7/1/2013 | N/A |
| Docetaxel | INJECTION, SOLUTION | ANDA204193 | 1 mL in 1 VIAL, GLASS (43598-258-11) | 43598-258 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | ANDA | Dr. Reddy's Laboratories Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 11/10/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION | ANDA204193 | 4 mL in 1 VIAL, GLASS (43598-259-40) | 43598-259 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | ANDA | Dr. Reddy's Laboratories Inc. | DOCETAXEL | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 11/10/2014 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | ANDA203877 | 1 VIAL, SINGLE-USE in 1 CARTON (0703-5720-01) > 1 mL in 1 VIAL, SINGLE-USE | 0703-5720 | 20 mg/mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | ANDA | Teva Parenteral Medicines, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 2/11/2016 | N/A |
| Docetaxel | INJECTION, SOLUTION, CONCENTRATE | ANDA203877 | 1 VIAL, SINGLE-USE in 1 CARTON (0703-5730-01) > 4 mL in 1 VIAL, SINGLE-USE | 0703-5730 | 80 mg/4mL | HUMAN PRESCRIPTION DRUG | Docetaxel | INTRAVENOUS | ANDA | Teva Parenteral Medicines, Inc. | DOCETAXEL ANHYDROUS | Microtubule Inhibition [PE],Microtubule Inhibitor [EPC] | N/A | 2/11/2016 | N/A |