## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO. 2740** |
| | ) | |
| | ) | **SECTION "N" (5)** |
| | ) | |
| | ) | **HON. JANE TRICHE MILAZZO** |
| ***This Document Relates To:*** | ) | |
| ***Phyllis A. Stacy*** | ) | **CIVIL ACTION NO. 2:17-cv-03401** |
| | ) | |

### PLAINTIFF'S NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Phyllis A. Stacy will bring for submission her

*Motion to Vacate Dismissal with Prejudice and for Leave to File Second Amended Complaint*

before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of

Louisiana, on the 10th day of April, 2019.


Dated: March 26, 2019            Respectfully Submitted,

                                         **SIMMONS HANLY CONROY**

                                         */s/ John J. Foley*
                                         John J. Foley (IL #6288152)
                                         One Court Street
                                         Alton, IL  62002
                                         Telephone (618) 259-2222
                                         Facsimile (618) 259-2251
                                         Email: jfoley@simmonsfirm.com
                                         *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**SIMMONS HANLY CONROY**

*/s/ John J. Foley*
John J. Foley (IL #6288152)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: jfoley@simmonsfirm.com
*Attorney for Plaintiff*