UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| GABRIELLA FALDETTA-FRICK<br>  *Plaintiff* | : : : | |
| vs. | : : | Civil Action No: 2:17-cv-13254 |
| HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.<br>  *Defendants* | : : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Gabriella Faldetta-Frick respectfully requests leave of Court to file a Second Amended Short Form Complaint adding Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.; Sandoz Inc.; Accord Healthcare, Inc.; and McKesson Corporation d/b/a McKesson Packaging as defendants.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Since filing her Complaint, Plaintiff received additional product identification information from Florida Cancer Specialists and believes Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S.; Sandoz Inc.; Accord Healthcare, Inc.; and McKesson Corporation d/b/a McKesson Packaging should be named

defendants in addition to the Hospira defendants named in her original Amended Short Form Complaint.

    Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Dated:  March 27, 2019                             Respectively submitted,

                                                  SHAW COWART, L.L.P.
/s/ Ethan L. Shaw
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*GABRIELLA FALDETTA-FRICK*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and PTO 37A, Defendant's Counsel has been contacted regarding this Motion and has received no opposition to the motion for leave to amend. Plaintiff's counsel has waited the requisite 14 days prior to filing this motion with the Court.

/s/ Ethan L. Shaw
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Ethan L. Shaw
ETHAN L. SHAW