UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Jewell Farrar v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-16753 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's daughter, Catria Smith, as plaintiff on behalf of the deceased Plaintiff, Jewell Farrar.

1. Plaintiff filed a products liability lawsuit against defendants on December 11, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Jewell Farrar died on April 22, 2018.  A Notice and Suggestion of Death was filed November 13, 2018.

3. Plaintiff Jewell Farrar's product liability action against defendants survived her death and was/is not extinguished.

4. Catria Smith, daughter of Plaintiff Jewell Farrar and the Administrator of her estate, is a proper party to substitute for plaintiff-decedent Jewell Farrar and has proper

capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). Catria Smith was granted the rights, powers, and duties of an administrator appointed by Plaintiff Decedent Jewell Farrar prior to her death.

5. Undersigned counsel provided Defendants' counsel a copy of this Motion on March 27, 2019 and has received no objection.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: March 27, 2019                    Respectfully Submitted,

**CUTTER LAW, P.C.**
By: */s/ C. Brooks Cutter*
C. Brooks Cutter
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email:bcutter@cutterlaw.com
*Attorney for Plaintiff(s)*

## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 27, 2019                    /s/ *C. Brooks Cutter*
                                         C. Brooks Cutter