# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jewell Farrar v. Sanofi-Aventis U.S. LLC, et al.*; **USDC EDLA No. 2:17-cv-16753**.

## ORDER

IT IS ORDERED that the Motion for Substitution of Catria Smith, surviving daughter of Jewell Farrar and representative of decedent, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE