**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | : | |
| Rose Skelton, 2:18-cv-04810 | : | |

**MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Plaintiff Rose Skelton, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on May 10, 2018, naming Defendant Accord Healthcare, Inc. ("Accord") based upon documentation signed by a pharmacist at Plaintiff's infusion facility in the form approved by the Court and attached to Case Management Order No. 12 (and later amended as Exhibit B to Case Management Order No. 12A). Thereafter, Plaintiff obtained a separate document from an analyst at Plaintiff's infusion facility that was inconsistent with the pharmacist's statement, reflecting that for two infusions, Plaintiff was infused with docetaxel manufactured by both Accord and Sanofi Aventis US LLC d/b/a Winthrop US (Winthrop). Plaintiff sought additional confirmation from Plaintiff's infusion facility because the analyst's certification appeared to be an error. Those records recently were received and also show that Winthrop was used, in part, during two infusions. Consequently, Plaintiff seeks leave to amend her complaint to name Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. (collectively "Sanofi"), in addition to Accord. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.


Date: March 28 2019                                    Respectfully submitted,

                                                       /s/ Sarah Shoemake Doles
                                                       **CAREY DANIS & LOWE**
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       8235 Forsyth Blvd, Suite 1100
                                                       Saint Louis, MO 63105
                                                       Telephone: (314) 725-7700
                                                       Fax: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                                       /s/ Sarah Shoemake Doles
                                                       Sarah Shoemake Doles