# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas A. Insogna, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

    Respectfully submitted,

    */s/ Nicholas A. Insogna*
    Nicholas A. Insogna
    **GREENBERG TRAURIG, LLP**
    One International Place
    Suite 2000
    Boston, MA 02110
    Telephone: (617) 310-6231
    Facsimile: (617) 310-6001
    E-mail: insognan@gtlaw.com

    ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                              */s/ Nicholas A. Insogna*
                                              Nicholas A. Insogna