UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Jeanne Geddert,<br>         Plaintiff, | : : : : | |
| Vs. | : : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al,<br>         Defendants. | : : : : : : | |
| Civil Case No.: 2:18-cv-5335 | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Jeanne Geddert, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on May 25, 2018, (*Jeanne Geddert v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sandoz, Inc., Sun Pharma Global FZE, Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sanofi-Aventis U.S. LLC d/b/a Winthrop US (Case No.* 2:18-cv-05335). Plaintiff has served defendants pursuant to

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

the PTO entered by this Court. Plaintiff has learned information that she alleges supports a claim that potential manufacturers, distributors or labelers of the docetaxel with which she was treated include Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., Sagent Pharmaceuticals, Inc., Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, individually, and d/b/a Winthrop US. Thus, Plaintiff's proposed amendment would reflect this change by removing the previously named defendants and naming Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., Sagent Pharmaceuticals, Inc., Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, individually, and d/b/a Winthrop US as defendants.

Plaintiff's counsel conferred with defense counsel who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit. Further, plaintiff contends that defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 29th day of March, 2019.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

Raleigh, NC 27605  
Phone: 919-600-5000  
Facsimile: 919-600-5035  
Email: dan@wbmllp.com  
Email: hunter@wbmllp.com  

*Attorneys for Plaintiff*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 29, 2019.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
