UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Christina Westwood,  Plaintiff, | : : : | |
| Vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al,  Defendants. | : : : : : | |
| Civil Case No.: 2:17-cv-13925 | : : | |

    Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

    This the _____ day of _____, 2019.

_____
U.S. District Court Judge