# EXHIBIT A



SCHOOL OF MEDICINE

Vivian A. Fonseca, MD
*Assistant Dean for Clinical Research*
*Professor and Chief, Section of Endocrinology*
*Tullis-Tulane Alumni Chair in Diabetes*


December 10, 2018


Vivian Fonseca, M.D.


*In re Taxotere (docetaxel) Products Liability Litigation* (MDL No. 2740)

**EXPERT REPORT OF DR. VIVIAN FONSECA**


### I.  Qualifications

I am a Professor of Medicine and Chief of the Section of Endocrinology, and Assistant Dean for Clinical Research, at Tulane University Health Sciences Center, in New Orleans. I am a Board Certified Specialist in Endocrinology, Diabetes and Metabolism. I work at Tulane University Hospital, Louisiana University Medical Center and the South East Louisiana Veterans Administration Medical Center. Approximately 50% of my work is in clinical practice mainly in endocrinology and diabetes.

My clinical practice is focused on treatment of patients with endocrine disorders (hormone problems) and about two thirds of my patients have diabetes or pre-diabetes and obesity. My patients are mostly adults of all ages, with an approximately equal distribution of men and women. Much of my practice consists of patients who are referred by other physicians because of complex issues. I also supervise medical residents and fellows in their care of patients. The rest of my time is spent conducting research, supervising clinical trials, and in various academic and administrative duties described further below.

I received my medical training at the Armed Forces Medical College in India and subsequently did residency and fellowship training in programs accredited by the Royal College of Physicians in London, England. I immigrated to the United States in 1992 and have held medical school faculty positions at The University of Arkansas and Texas A & M

1

University, in addition to Tulane University, where I have been since 1998. I have been working in the field of diabetes and endocrinology since approximately 1980 and have done substantial research in this field.

Much of my research has related to cardiovascular disease in a diabetic population, including control of cardiovascular risk factors, such as lipids. My research has consisted of both basic science and clinical trials. I have participated in several clinical trials on cardiovascular disease in diabetes and have published several papers on this topic.

I have published over 400 papers, edited a major textbook on diabetes, and several smaller textbooks and monographs, including a textbook on Cardiovascular Endocrinology, which focuses on heart disease in a population with diabetes and other hormonal problems. I have presented at numerous international and national conferences and I am a well-recognized expert in the field.

I have also published papers in other areas of endocrinology including thyroid disease, bone metabolism, Polycystic ovarian syndrome and recently published a paper on Postmenopausal Hormone Replacement therapy in a leading journal – *Endocrine Reviews*. It is relevant to the latter that researchers in my department with whom I collaborate, are engaged in basic and clinical research in the area of the menopause and hormone replacement therapy.

I have served as Editor-in-Chief of *Diabetes Care*, which is the leading medical journal in the field of clinical diabetes, and am currently Editor-in-Chief of *Journal of Diabetes and its Complications*. I have also been the editor of *Metabolic Syndrome and Related Disorders*. I have served on editorial boards of several other major journals and frequently perform peer review for leading journals, including *New England Journal of Medicine, JAMA,* and *The Lancet*.

The following report contains my opinions specific to the Durden, Francis, and Earnest, cases. I hold all opinions to a reasonable medical probability. My opinions are based on my education, training, clinical experience, review of medical and scientific literature, information presented at various medical forums, information from medical society guidelines, journals, Pubmed and Up to Date, and review of the records and materials specific to the Durden, Francis, and Earnest cases.

My qualifications and list of publications are included in my *curriculum vitae*, which is affixed to this report as **Exhibit A.** A complete list of the materials I have reviewed in forming my opinions is attached as **Exhibit B.** In the past five years I have testified in the following matters attached as **Exhibit C.** My hourly fee is $650.

II.   **Male Pattern Baldness in Women**

I am an expert in Endocrinology and treat a large number of patients who have hormonal imbalances. I have a significant research interest in diabetes and obesity and related conditions. One such related condition is the hormonal imbalance that occurs in the sex hormones with obesity and insulin resistance.

2

### a. Obesity and Insulin Resistance

Obesity is frequently associated with several of the components of the Insulin Resistance Syndrome and may be critical for the development of the syndrome in most individuals (1). Cardiovascular morbidity and mortality are increased in obese individuals independently of other risk factors. Insulin resistance refers to a defect in insulin action which leads to many abnormalities in the body (2). There is a strong relationship of IR to other abnormalities like high blood pressure and blood fats. These often "cluster" together in the same individuals and the term "Metabolic Syndrome" or "Insulin Resistance Syndrome" is sometimes used to describe this clustering in individuals (3; 4).

However, some non-obese individuals demonstrate hyperinsulinemia and the other features of the IRS, this situation is sometimes referred to metabolic obesity with normal weight. Thus, although obesity may not be essential for the expression of the syndrome, the presence of obesity or weight gain may accentuate the pathophysiological changes associated with the syndrome.

Insulin resistance, type 2 diabetes and hypertension are more closely associated with a central distribution of adiposity than with general increases in fat mass. Waist circumference serves as a clinical surrogate of intra-abdominal fat, and correlates with insulin levels and insulin resistance (5). Intra-abdominal fat and increased waist circumference are well recognized as predictors of morbidity and mortality (6).

The standard definition of overweight is a BMI > 25 or greater and that of obesity is a BMI > 30 (7). However, these definitions do not take the fat distribution into consideration. This is particularly true in people of Asian origin, in whom a BMI of >23 is often associated with intra - abdominal fat accumulation and increased metabolic risk. In the elderly, BMI may not be very high despite fat accumulation, due to loss of muscle mass. In contrast, in some athletic individuals BMI may be high with low fat and high muscle mass and low metabolic risk. Thus, while BMI is useful in general, it has significant limitations.

Importantly in women insulin resistance is associated with multiple sex hormone abnormalities (8; 9). Testosterone levels in blood are often slightly high and may increase after menopause. Lack of ovulation or irregular ovulation (and irregular periods) is common, leading to relative estrogen deficiency and sometimes infertility. Excessive facial hair and loss of scalp hair are common features of the syndrome (10; 11).

In young premenopausal women with obesity and insulin resistance, polycystic ovarian syndrome is a common condition. In these women, there is a mild excess of testosterone in relation to estrogen. The exact reason for this is not clear, but it leads to excessive hair growth in unwanted places such as the face and is termed hirsutism, and leads to hair loss on the scalp.

3

### b. *Postmenopausal Women*

In postmenopausal women the most severe imbalance occurs in that estrogen becomes very deficient in almost all postmenopausal women and as a result there is a relative excess of testosterone. This often leads to a most severe hair loss on the scalp, which is in many ways similar to male pattern baldness that is often seen in men (12-14). The cessation of ovarian sex hormone secretion, either as result of surgical removal, certain medical therapies or the gradual cessation of ovarian function, leads to menopause with all its associated physiological, physical and lifestyle changes. The changing hormonal milieu of menopause is most commonly associated with declining levels of estrogens. However, ovarian senescence also results in declining levels of androgens. But the balance of estrogens/androgens normally seen in women, changes to one of relative androgen excess. Indeed, it is the loss of physiological levels of estrogens and androgens that result in the varied signs and symptoms of menopause including vasomotor symptoms, bone mineral density loss, reduced interest in sex, alterations in mood and energy, and hair loss, among others.

As an endocrinologist, I do not usually treat changes in scalp hair as the primary problem. However, I have frequently faced patients with the above conditions and often explain to them the underlying causes of these conditions including their hair loss, and treat those causes.

### c. *Other Causes of Hair Loss Related to Hormonal Imbalance*

Other causes of hair loss that are related to hormonal imbalance include thyroid disease where both an overactive and underactive thyroid can lead to hair loss. It is particularly common in hyperthyroidism, but can also occur in an underactive thyroid, both as part of the primary condition as well as due to excess treatment with thyroid hormones.

## III. Endocrine Regulation of Hair Growth

The hair follicle is very sensitive to hormone imbalance. The major regulator of hair growth is testosterone (14). In men, testosterone levels are very much higher and therefore this leads to hair growth in places not commonly seen in women such as on the face, chest, arms, and legs etc. It also contributes to what is called "male pattern baldness". While the absolute levels of sex hormones regulate hair growth as above, there are genetic determinants of sensitivity of the hair follicle to hormone levels. Therefore, for example, for the same level of testosterone, some men will lose a lot of hair on the scalp whereas others do not. This difference is thought to be genetic, as male pattern baldness often runs in families. Some of this familial tendency may relate to genetically determined conversion of testosterone to its more active form of dihydrotestosterone within the hair follicle. This makes male pattern baldness susceptible to treatment with drugs that block the conversion to the active hormone, such as finasteride. This knowledge is exploited in treating male pattern baldness, but due to other side effects, is not so commonly used.

Even modest changes in testosterone levels in women lead to marked changes in hair growth, particularly hirsutism and loss of hair in the scalp (15). Excess testosterone in women may lead to hair growth in unwanted places (hirsutism), and similar loss of hair on the scalp

4

as in men. The "excess" testosterone in women may be a relative excess, particularly when estrogen is deficient.

The level of total testosterone in the blood is actually a poor indicator of testosterone level in tissues, including important tissues like the skin. This is because testosterone in circulation is bound to other proteins, particularly sex hormone binding globulin (SHBG). SHBG is regulated by many other things in the body including the level of estrogen as well as body weight and obesity (9; 16; 17). Estrogen is very well known to raise SHBG levels and thereby reduce free testosterone in tissues. As a result, estrogen treatment in women with polycystic ovarian syndrome leads to reduction in hirsutism and improvement in male pattern baldness. Similarly, lack of estrogen in postmenopausal women can lead to postmenopausal male pattern baldness. Also similar is some degree of male pattern baldness that is seen after treatment with drugs that drastically lower estrogen levels, such as those used in the treatment of estrogen dependent cancers, which essentially lower estrogen levels to become undetectable. In that situation, free testosterone levels in the tissues rise considerably and lead to changes related to testosterone such as male pattern baldness.

In obesity, SHBG levels are very low (9; 16; 17), the exact reasons for which are poorly understood. This is an important factor in young women with obesity, who develop hirsutism and hair loss related to mild excess of testosterone in women with PCOS. There have been reports in the literature of the interaction of obesity and estrogen deficiency in postmenopausal women, which can exacerbate male pattern baldness and hirsutism in these women (12-14; 18). This combination of adverse circumstances could be theoretically alleviated by a combination of estrogen treatment and weight loss, but estrogen treatment is inappropriate in women who have hormone dependent cancers and weight loss is very challenging.

As an endocrinologist treating diabetes and obesity, I see a large number of patients, who have a combination of postmenopausal estrogen deficiency with obesity, many of whom have varying degrees of male pattern baldness. Much of this is dependent on the obesity and hormones, but genetic factors also play a role in the expression of the severity of the problem. Nevertheless, it can be quite severe in some women, who have no choice but to use a wig.

### a. Hair Loss in Postmenopausal Women

Significant changes in scalp, facial and body hair occur after the menopause (12). These are also potential markers of endocrine or metabolic diseases. Knowledge of postmenopausal hair changes is important for clinicians to distinguish between normal physiological change and those that require further medical investigation.

In a study by Ali et al, diffuse generalized hair loss was the most common form of scalp hair loss, reported by 26% of women. Frontal hair loss was reported by 9% of women. Facial hair gain was cited by 39% of females with the chin being the most frequent site for new growth (32% of women). Body hair loss was significantly correlated with older age and was most frequent at androgen-sensitive sites. There are two patterns: (i) diffuse hair loss in which diffuse generalized scalp hair loss was significantly correlated with body hair loss and

5

Health Sciences Center
1430 Tulane Ave., #8553, New Orleans, LA 70112-2699   *tel* 504.988.6270   *fax* 504.988.6271
vfonseca@tulane.edu   http://medicine.tulane.edu/departments/medicine-endocrinology-metabolism

increasing age; and (ii) frontal hair loss which was associated with higher facial hair scores and relatively younger age compared with women with diffuse hair loss. The two distinct patterns of hair change relating to age, which may reflect different underlying pathophysiological mechanisms and are of relevance to the medical management of these women as well as being possible predictors of health outcomes. It also suggests complexity in the process making it difficult to attribute hair loss to one single cause.

Androgenetic alopecia affects both men and women. Androgenetic alopecia, referred to in women a as "Female Pattern Hair Loss", occurs as a result of nonuniform hair follicle miniaturization within follicular units. Diffuse alopecia is produced by a reduction in the number of terminal fibres per follicular unit. Baldness occurs only when all hairs within the follicular units are miniaturized. This type of pattern hair loss is the most common cause of alopecia in women and approximately one-third of adult Caucasian women experience hair loss.

### b.  More Severe Hair Loss in Postmenopausal Women with Metabolic Syndrome

Androgenetic alopecia and its association with the metabolic syndrome (MetS) have received increasing interest since the 1970s, when the first link between cardiovascular risk factors and hair loss was raised. We have reviewed studies concerning the relationship between alopecia and MetS (14; 15; 19). Many studies have investigated the relationship among Androgenetic alopecia and MetS and its individual components, particularly in men, where a disproportionately large number of these studies supports this association. Androgenetic alopecia has also been associated with other metabolic-related conditions, including coronary artery disease, polycystic ovary syndrome, and Cushing syndrome, as well as several nutritional deficiencies, all of which have led to many clinicians advocating for the screening of MetS and cardiovascular risk factors in patients who present with Androgenetic alopecia (19).

### c.  Consequences of the Metabolic Syndrome: Risk of Serious Medical Problems

Several studies have described the consequence of the metabolic syndrome, which mainly include increased risk for diabetes and cardiovascular disease, but also other conditions such as cancer (20-32).

One large study (4) estimated the prevalence of and the cardiovascular risk associated with the metabolic syndrome using the definition proposed by the World Health Organization. A total of 4,483 subjects aged 35-70 years participating in a large family study of type 2 diabetes in Finland and Sweden (the Botnia study) were included in the analysis of cardiovascular risk associated with the metabolic syndrome. In subjects who had type 2 diabetes (n = 1,697), impaired fasting glucose (IFG), impaired glucose tolerance (IGT) (n = 798) or insulin-resistance with normal glucose tolerance (NGT) (n = 1,988), the metabolic syndrome was defined as presence of at least two of the following risk factors: obesity, hypertension, dyslipidemia, or microalbuminuria. Cardiovascular mortality was assessed in 3,606 subjects with a median follow-up of 6.9 years. In women and men, respectively, the metabolic syndrome was seen in 10 and 15% of subjects with NGT, 42 and 64% of those with

6

IFG/IGT, and 78 and 84% of those with type 2 diabetes. The risk for coronary heart disease and stroke was increased threefold in subjects with the syndrome. Cardiovascular mortality was markedly increased in subjects with the metabolic syndrome (12.0 vs. 2.2%). Multiple other studies confirm such an increased risk.

### d. Hair loss with Tamoxifen, Letrozole, and Aromatase Inhibitors

Alopecia can occur with endocrine therapy (33). About two-thirds of patients with breast cancer will receive endocrine therapy. In many patients, this therapy will be long-term, meaning they will be on the therapy for five years, 10 years, or, in some, indefinitely. There are no controlled studies of the incidence of Endocrine-therapy induced alopecia, but recent surveys suggest that up to 30% of patients will have some degree of hair loss with endocrine therapy (http://jhoponline.com/ton-issue-archive/2017-issues/september-2017-vol-10-no-5/17255-hair-loss-seen-in-1-of-3-women-with-breast-cancer-receiving-endocrine-therapy). A survey of 868 patients receiving endocrine therapy with an aromatase inhibitor or tamoxifen found hair loss in 22.4% and hair thinning in 31.8%.

A cross-sectional analysis of patients treated at the Memorial Sloan Kettering Cancer Center dermatology department classified 2234 patients with onset of hair loss 6 to 12 months after initiation of hormone therapy. A combination of complete recession of the frontal hairline and the "monk pattern" of hair loss (grade 1) was observed in 96% of patients. The majority of patients had a frontal pattern (85%), and hair loss in the crown was observed in 65%. In sum, endocrine therapies frequently result in alopecia, sometimes long-term. The extent and significance of such hair loss is depicted in figures in the medical literature. (34; 35; 36)

### e. Multifactorial Nature of Alopecia

A single patient may experience more than one type of alopecia. Also, the causes of many types of alopecia are not well-understood. Many conditions, including alopecia, are multifactorial in nature. My opinions focus on the endocrinology factors and impacts of hormonal imbalance on alopecia, factors which cannot be ruled out in each woman's hair loss and in contributing to the nature and extent of their hair loss.

## IV. Antoinette Durden

### a. History of Medical Treatment

Ms. Antoinette Durden is a 68-year-old post-menopausal African American female with a history of obesity, poorly controlled high blood pressure, heart murmur, osteoarthritis, vitamin D deficiency, gastroesophageal reflux disease (GERD), hiatal hernia, anemia, diverticulosis, various dermatological fungal infections, rashes, and multiple allergies to medications, foods, and substances including latex. She was diagnosed with node positive breast cancer in 2011 at the age of 60. Following a double mastectomy complicated by wound healing and lymphedema, she was treated with six cycles of docetaxel and cyclophosphamide. Upon finishing chemotherapy, Ms. Durden completed five years of endocrine therapy with Letrozole; her therapy ended in 2017.

From an endocrinological perspective, Ms. Durden's post-menopausal status, obesity, and long term use of Letrozole, an aromatase inhibitor, cannot be ruled out as factors which contributed to her hair loss.

### b. Summary of Opinions

I will opine about alopecia caused by endocrine concerns. I will opine about the potential causes of Ms. Durden's hair loss. All my opinions are given to a reasonable medical probability.

Obesity is a common cause of alopecia in women, often presenting as female pattern baldness. Ms. Durden's medical record reflects a long history of obesity. This history of obesity may reflect androgen excess – a common endocrine disorder in women that affects tissues and organs throughout the body. Androgen excess is commonly associated with hair loss.

Ms. Durden also took Letrozole for five years, which is associated with hair loss. This drug blocks the effect of estrogen and in doing so leads to an imbalance in the action of sex hormones. In addition, estrogen is an important regulator of a hormone called sex hormone binding globulin (SHBG). SHBG is an important binder of androgens in the body and is low in estrogen deficiency. As a result, any androgens made in the body are unopposed in their action and they can cause hair loss.

Ms. Durden has a complex medical history. I cannot rule out obesity, and long-term endocrine therapy as the cause of her hair loss. It would be inappropriate to purport to rule out those factors based on the available evidence.

## V. Tanya Francis

### a. History of Medical Treatment

Ms. Tanya Francis is a 46 year-old African American female with a history of smoking, obesity, high blood pressure, and high cholesterol. She has multiple dermatological conditions to include plantar calluses and warts on her feet, xanthelasma of her eyes bilaterally, acanthosis nigricans on her neck, and acne. Her gynecological history is significant for abnormal pap smears and genital ulcers; she underwent a total hysterectomy in 2012, which created a post-menopausal state. She was diagnosed with node positive breast cancer in 2009, at the age of 38. Ms. Francis underwent a left mastectomy complicated by poor wound healing, lymphedema, and a DVT which required anticoagulation. Her next course of treatment was chemotherapy which consisted of six cycles of Taxotere, Adriamycin, and Cytoxan. Following chemotherapy, Ms. Francis began endocrine therapy with Tamoxifen, which she continued through 2012. Following Tamoxifen, she began taking Arimidex which she currently takes.

8

Ms. Francis's poor health, history of morbid obesity, hypertension, lipid abnormalities, and pre-diabetes led her to be diagnosed with metabolic syndrome in 2009. Metabolic syndrome consists of a cluster of conditions including high blood pressure, elevated glucose levels, excess body fat around the waist, and abnormal cholesterol or triglyceride levels.

Ms. Francis has many factors in her medical history that cannot be ruled out in causing her hair loss from an endocrinology perspective.  These include, but are not limited to, morbid obesity, possible insulin resistance related to her obesity, menopause, metabolic syndrome and long-term treatment with Tamoxifen and Arimidex.

### b. *Summary of Opinions*

I will opine about alopecia caused by endocrine concerns.  I will opine about the potential causes of Ms. Francis's hair loss. All my opinions are given to a reasonable medical probability.

Obesity is a common cause of alopecia in women, often presenting as female pattern baldness. Ms. Francis's medical record reflects a long history of obesity with a body mass index greater than 40, along with a formal diagnosis of metabolic syndrome.  Her history of obesity and metabolic syndrome suggests androgen excess – a common endocrine disorder in women that affects tissues and organs throughout the body.  Androgen excess is commonly associated with hair loss.

Ms. Francis also takes Arimidex, which is associated with hair loss.

Ms. Francis has a complex medical history. I cannot rule out obesity, metabolic syndrome, and her long-term use of endocrine therapy as the cause of her hair loss. It would be inappropriate to purport to rule out those factors based on the available evidence.

## VI.   Barbara Earnest

### a. *Summary of Medical History*

Mrs. Barbara Earnest is a 68-year-old Caucasian female with a medical history of arthritis, intermittent abnormal liver enzymes, pre-diabetes, lung and splenic granulomatous disease, and morbid obesity (BMI of 42).  She has a strong family history of diabetes and coronary artery disease in first and second-generation family members.  Mrs. Earnest was diagnosed with breast cancer in 2011, at the age of 60. Following a lumpectomy, she received chemotherapy, which included cycles of Adriamycin, Cytoxan, and Taxotere. Upon completion of chemotherapy she underwent radiation followed by long term endocrine therapy with Arimidex, which she continues today.

Before receiving chemotherapy, Mrs. Earnest had a tendency toward high blood glucose, which occurred again during her chemotherapy.  While she has not had a clear diagnosis of diabetes, she was pre-diabetic before beginning chemotherapy.  Mrs. Earnest also has a

9

*Health Sciences Center*
1430 Tulane Ave., #8553, New Orleans, LA 70112-2699   *tel* 504.988.6270   *fax* 504.988.6271
vfonseca@tulane.edu    http://medicine.tulane.edu/departments/medicine-endocrinology-metabolism

strong family history of diabetes. In addition, Mrs. Earnest has a history of morbid obesity, hypertension and high cholesterol as well as vitamin B12, vitamin D and iron deficiencies.

Mrs. Earnest has also been diagnosed with fatty liver and attends a liver clinic for treatment.

Mrs. Earnest has many factors in her medical history that that cannot be ruled out in causing her hair loss from an endocrinology perspective. These include, but are not limited to, morbid obesity, possible insulin resistance related to her obesity, metabolic syndrome, postmenopausal status, and having fatty liver syndrome. In addition, she has been on long-term endocrine therapy with Arimidex.

### b. Summary of Opinions

I will opine about alopecia caused by endocrine concerns. I will opine about potential causes of Mrs. Earnest's hair loss. All my opinions are given to a reasonable medical probability.

Obesity is a common cause of alopecia in women, often presenting as female pattern baldness. Mrs. Earnest's medical record reflects a long history of obesity with a body mass index greater than 40, along with fatty liver, elevated blood lipids, and high blood glucose. In addition, Mrs. Earnest has a strong family history of obesity and pre-diabetes. This cluster of conditions – including increased blood pressure, high glucose levels, excess body fat around the waist, and abnormal cholesterol or triglyceride levels – occurring together is known as "metabolic syndrome." Obesity and metabolic syndrome have been associated with hair loss and hair thinning.

In addition, Mrs. Earnest's history of obesity, pre-diabetes, elevated blood lipids, and high blood glucose reflect androgen excess – a common endocrine disorder in women that affects tissues and organs throughout the body. Androgen excess is commonly associated with hair loss.

Mrs. Earnest's hair loss may be compounded by her taking Arimidex, which is associated with hair loss. Likewise, Mrs. Earnest's status as a postmenopausal woman likely contributes to her hair loss.

Mrs. Earnest has a complex medical history, and I cannot rule out the metabolic syndrome, menopause, and long-term endocrine therapy as the cause of her hair loss. It would be inappropriate to purport to rule out those factors based on the available evidence.



Vivian Fonseca

10

*Health Sciences Center*
1430 Tulane Ave., #8553, New Orleans, LA 70112-2699  *tel* 504.988.6270  *fax* 504.988.6271
vfonseca@tulane.edu   http://medicine.tulane.edu/departments/medicine-endocrinology-metabolism

REFERENCES

1. Reaven GM: Diet and Syndrome X. Curr Atheroscler Rep 2000 Nov;2:503-507
2. Fonseca VA: Identification and treatment of prediabetes to prevent progression to type 2 diabetes. Clin Cornerstone 2007;8:10-18; discussion 19-20
3. Reaven G: Metabolic syndrome: pathophysiology and implications for management of cardiovascular disease. Circulation 2002Jul16;106(3):286-8 106:286-288
4. Isomaa B, Almgren P, Tuomi T, Forsen B, Lahti K, Nissen M, Taskinen MR, Groop L: Cardiovascular morbidity and mortality associated with the metabolic syndrome. Diabetes care 2001 Apr;24:683-689
5. Wildman RP, McGinn AP, Lin J, Wang D, Muntner P, Cohen HW, Reynolds K, Fonseca V, Sowers MR: Cardiovascular Disease Risk of Abdominal Obesity vs. Metabolic Abnormalities. Obesity (Silver Spring, Md) 2010;
6. Wildman RP, McGinn AP, Lin J, Wang D, Muntner P, Cohen HW, Reynolds K, Fonseca V, Sowers MR: Cardiovascular disease risk of abdominal obesity vs. metabolic abnormalities. Obesity (Silver Spring) 2011;19:853-860
7. Robbins AS, Chao SY, Fonseca VP: Body mass index and adiposity in active duty military members. Mil Med 2001 May;166:iv-iv
8. Golden SH, Dobs AS, Vaidya D, Szklo M, Gapstur S, Kopp P, Liu K, Ouyang P: Endogenous sex hormones and glucose tolerance status in postmenopausal women. The Journal of clinical endocrinology and metabolism 2007;92:1289-1295
9. Haffner SM: Sex hormones, obesity, fat distribution, type 2 diabetes and insulin resistance: epidemiological and clinical correlation. International journal of obesity and related metabolic disorders : journal of the International Association for the Study of Obesity 2000;24 Suppl 2:S56-58
10. Tarkun I, Cetinarslan B, Turemen E, Sahin T, Canturk Z, Komsuoglu B: Effect of rosiglitazone on insulin resistance, C-reactive protein and endothelial function in non-obese young women with polycystic ovary syndrome. European journal of endocrinology / European Federation of Endocrine Societies 2005;153:115-121
11. Ehrmann DA, Schneider DJ, Sobel BE, Cavaghan MK, Imperial J, Rosenfield RL, Polonsky KS: Troglitazone improves defects in insulin action, insulin secretion, ovarian steroidogenesis, and fibrinolysis in women with polycystic ovary syndrome. J Clin Endocrinol Metab 1997;82:2108-2116
12. Ali I, Wojnarowska F: Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes. Br J Dermatol 2011;164:508-513
13. Mirmirani P: Hormonal changes in menopause: do they contribute to a 'midlife hair crisis' in women? Br J Dermatol 2011;165 Suppl 3:7-11
14. Shulman LP: Androgens and menopause. Minerva Ginecol 2009;61:491-497
15. Ertas R, Orscelik O, Kartal D, Dogan A, Ertas SK, Aydogdu EG, Ascioglu O, Borlu M: Androgenetic alopecia as an indicator of metabolic syndrome and cardiovascular risk. Blood Press 2016;25:141-148
16. Vihma V, Heinonen S, Naukkarinen J, Kaprio J, Rissanen A, Turpeinen U, Hamalainen E, Hakkarainen A, Lundbom J, Lundbom N, Mikkola TS, Tikkanen MJ, Pietilainen KH: Increased

11

Body Fat Mass and Androgen Metabolism - a Twin Study in Healthy Young Women. Steroids 2018;

17. Yamazaki H, Kushiyama A, Sakoda H, Fujishiro M, Yamamotoya T, Nakatsu Y, Kikuchi T, Kaneko S, Tanaka H, Asano T: Protective Effect of Sex Hormone-Binding Globulin against Metabolic Syndrome: In Vitro Evidence Showing Anti-Inflammatory and Lipolytic Effects on Adipocytes and Macrophages. Mediators Inflamm 2018;2018:3062319

18. Mirmirani P: Managing hair loss in midlife women. Maturitas 2013;74:119-122

19. Lie C, Liew CF, Oon HH: Alopecia and the metabolic syndrome. Clin Dermatol 2018;36:54-61

20. Pollock BD, Chen W, Harville EW, Shu T, Fonseca V, Mauvais-Jarvis F, Kelly TN, Bazzano LA: Differential sex effects of systolic blood pressure and low-density lipoprotein cholesterol on type 2 diabetes: Life course data from the Bogalusa Heart Study. J Diabetes 2018;10:449-457

21. Arias-Santiago S, Gutierrez-Salmeron MT, Castellote-Caballero L, Buendia-Eisman A, Naranjo-Sintes R: Androgenetic alopecia and cardiovascular risk factors in men and women: a comparative study. J Am Acad Dermatol 2010;63:420-429

22. Sattar N, McConnachie A, Shaper AG, Blauw GJ, Buckley BM, de Craen AJ, Ford I, Forouhi NG, Freeman DJ, Jukema JW, Lennon L, Macfarlane PW, Murphy MB, Packard CJ, Stott DJ, Westendorp RG, Whincup PH, Shepherd J, Wannamethee SG: Can metabolic syndrome usefully predict cardiovascular disease and diabetes? Outcome data from two prospective studies. Lancet 2008;371:1927-1935

23. Thethi T, Bratcher C, Fonseca V: Metabolic syndrome and heart failure. Heart Fail Clin 2006;2:1-11

24. Reynolds K, Muntner P, Fonseca V: Metabolic syndrome: underrated or underdiagnosed? In *Diabetes Care* United States, 2005, p. 1831-1832

25. Fonseca VA: The metabolic syndrome, hyperlipidemia, and insulin resistance. Clin Cornerstone 2005;7:61-72

26. Esposito K, Ciotola M, Marfella R, Di Tommaso D, Cobellis L, Giugliano D: The metabolic syndrome: a cause of sexual dysfunction in women. International journal of impotence research : official journal of the International Society for Impotence Research 2005;17:224-226

27. Levantesi G, Macchia A, Marfisi R, Franzosi MG, Maggioni AP, Nicolosi GL, Schweiger C, Tavazzi L, Tognoni G, Valagussa F, Marchioli R: Metabolic syndrome and risk of cardiovascular events after myocardial infarction. Journal of the American College of Cardiology 2005;46:277-283

28. Chen J, Muntner P, Hamm LL, Jones DW, Batuman V, Fonseca V, Whelton PK, He J: The metabolic syndrome and chronic kidney disease in U.S. adults. Ann Intern Med 2004;140:167-174

29. Girman CJ, Rhodes T, Mercuri M, Pyorala K, Kjekshus J, Pedersen TR, Beere PA, Gotto AM, Clearfield M: The metabolic syndrome and risk of major coronary events in the Scandinavian Simvastatin Survival Study (4S) and the Air Force/Texas Coronary Atherosclerosis Prevention Study (AFCAPS/TexCAPS). The American Journal of Cardiology 2004;93:136-141

30. Ninomiya JK, L'Italien G, Criqui MH, Whyte JL, Gamst A, Chen RS: Association of the metabolic syndrome with history of myocardial infarction and stroke in the third national health and nutrition examination survey. Circulation 2004;109:42-46

12

31. Fonseca VA, Kendall DM, Sobel BE: Insulin resistance syndrome. Endocr Pract 2003;9:567-569; author reply 569
32. Park YW, Zhu S, Palaniappan L, Heshka S, Carnethon MR, Heymsfield SB: The metabolic syndrome: prevalence and associated risk factor findings in the US population from the Third National Health and Nutrition Examination Survey, 1988-1994. Archives of Internal Medicine 2003;163:427-436
33. Freites-Martinez A, Shapiro J, Chan D, Fornier M, Modi S, Gajria D, Dusza S, Goldfarb S, Lacouture ME: Endocrine Therapy-Induced Alopecia in Patients With Breast Cancer. JAMA Dermatol 2018;154:670-675
34. Puglisi, F, Aprile G, Sobrero A: Tamoxifen-Induced Total Alopecia . Annals of Internal Medicine 2001; 134:1154-1155
35. Rossi, A, Lorio, A, Scali, E, Fortuna, MC, Mari, E, Maxia, C, Gerardi, M, Framarino, M, Carlesimo, M: Aromatase inhibitors induce 'male pattern hair loss' in women? Annals of Oncology 2013; 24:1710-1171
36. Saggar, V, Shenhong, W, Dickler, M, Lacouture, ME: Alopecia With Endocrine Therapies in Patients With Cancer. TheOncologist 2013;18:1126-1113

Health Sciences Center
1430 Tulane Ave., #8553, New Orleans, LA 70112-2699   *tel* 504.988.6270   *fax* 504.988.6271
vfonseca@tulane.edu   http://medicine.tulane.edu/departments/medicine-endocrinology-metabolism