# EXHIBIT B

Vivian A. Fonseca, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>Section: "H"<br>Judge Milazzo<br>Mag. Judge North |

* * * * * * * * * * * * * * * * * * * * * * * * *

       The videotaped deposition of VIVIAN A. FONSECA, M.D., taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Irwin Fritchie Urquhart & Moore, LLC, 400 Poydras Street, Suite 2700, New Orleans, Louisiana 70130, on the 4th of January, 2019, beginning at 9:04 a.m.

Vivian A. Fonseca, M.D.

Page 74

1  statistics does overlap this.  So to that extent, I'm an
2  expert in that aspect.  I'm not a statistician.
3  BY MR. SCHANKER:
4       Q.  So you're an expert in -- just identify for me
5  what you're saying you're an expert in, if you would,
6  please.
7       A.  I'm an expert in research, clinical trials.
8  And statistics has some overlap there, and I have
9  expertise in that area.
10      Q.  Doctor, with regard to labels -- labels on
11 medications, do you consider yourself a labeling expert?
12      A.  No, I do not.
13      Q.  Are you an FDA expert?
14      A.  I am not.
15      Q.  Are you an expert in the area of oncology?
16      A.  I am not.
17      Q.  Are you an expert in the treatment of breast
18 cancer?
19      A.  I am not.
20      Q.  Are you an expert in the field of psychology?
21      A.  Psychology is part of medicine, everyday
22 practice.  So, you know, we think about psychological
23 aspects of what your patient is going through all the
24 time.  Any good doctor would do that.  But I'm not a
25 psychologist.

Page 75

1       Q.  Okay.  So you're not a psychologist, but you
2  consider yourself an expert in the field of psychology?
3           MR. SEARS:  Objection; form.
4       A.  No.  I think about the psychological aspects of
5  my patients every time I see them.
6  BY MR. SCHANKER:
7       Q.  So you do or do not consider yourself an expert
8  in the field of psychology?
9           MR. SEARS:  Objection; form.
10      A.  I -- as I mentioned, I think about
11 psychological aspects as part of my holistic care of my
12 patients.
13 BY MR. SCHANKER:
14      Q.  Are you an expert in the field of psychiatry?
15          MR. SEARS:  Objection; form.
16      A.  I'm not a psychiatrist.
17 BY MR. SCHANKER:
18      Q.  And not an expert in the field of psychiatry?
19      A.  No.
20      Q.  Thank you, Doctor.
21         Doctor, in your report, you didn't offer any
22 opinion as to the cause of Antoinette Durden's cancer,
23 correct?
24      A.  No, I did not.
25      Q.  Doctor, in your report, you didn't offer any

Page 76

1  opinion as to the cause of Tanya Francis' cancer,
2  correct?
3       A.  No, I did not.
4       Q.  And, Doctor, in your report, you did not offer
5  an opinion as to the cause of Barbara Earnest's cancer,
6  correct?
7       A.  I did not.
8       Q.  You testified earlier -- I just want to clarify
9  -- you're not an expert in the interpretation of hair
10 follicle biopsies, are you?
11          MR. SEARS:  Objection; form.
12      A.  I am not.
13 BY MR. SCHANKER:
14      Q.  You're not an expert in the type or
15 classification of hair loss, are you?
16          MR. SEARS:  Objection; form.
17      A.  I do see a lot of patients with androgenic
18 hormonal imbalances that relate to hair loss.
19 BY MR. SCHANKER:
20      Q.  So, Doctor, would you consider yourself an
21 expert in the various types and classifications of hair
22 loss?
23          MR. SEARS:  Objection; form.
24      A.  I do not classify it, but I treat patients who
25 have hair loss related to their hormone disorders.

Page 77

1  BY MR. SCHANKER:
2       Q.  So my question, Doctor, is:  Do you consider
3  yourself an expert in the various types and
4  classifications of hair loss?
5           MR. SEARS:  Objection; form.
6       A.  I do not classify it, but I treat patients who
7  have hair loss related to hormonal disorders.
8  BY MR. SCHANKER:
9       Q.  I didn't ask you if you treated patients.  Why
10 are you having trouble answering the question?
11      A.  Because --
12      Q.  Let me ask it one more time, and then we can
13 work through it.
14         Do you consider yourself an expert in the type
15 and classification of hair loss?
16          MR. SEARS:  Objection; form.
17 BY MR. SCHANKER:
18      Q.  Yes or no?
19          MR. SEARS:  Objection; form.
20      A.  Hair loss is associated with endocrine
21 disorders, and I'm an expert in the endocrine treatment
22 of the patient, which would include the management of
23 their hair loss that is endocrine related.
24 BY MR. SCHANKER:
25      Q.  So just so I'm clear, with regard to hair loss

20 (Pages 74 to 77)

Vivian A. Fonseca, M.D.

Page 282

1    meetings, national and international meetings, related
2    to endocrinology and diabetes. I continue to have an
3    active research program related to endocrinology, not
4    just diabetes. But actually, our department is fairly
5    strong in the area of menopause and menopause-related
6    diabetes, but it encompasses menopause-related
7    treatments.
8         Q. You were asked some questions today about
9    endocrine issues and how those endocrine issues are
10   associated with alopecia.
11        Do you have the expertise to offer opinions
12   about endocrine issues that are associated with
13   alopecia?
14        MR. SCHANKER: Objection; form.
15        A. So let me, you know, qualify what I'm saying by
16   something that is -- that there's not a lot in the
17   literature about those associations. We see them in
18   clinical practice. They're not as well studied, except
19   in the area of polycystic ovarian syndrome, which I
20   alluded to before, because that is a very highly
21   distressing syndrome in young women. It has received a
22   lot of attention.
23        In older women who are menopausal, who have
24   these imbalances related to -- in hormones related to
25   endocrine-related problems, they have many other

Page 283

1    conditions that are far more serious that is the reason
2    for them coming to see me. For example, most of the
3    people who -- postmenopausal women who come to see me
4    are coming because they have complicated diabetes or
5    thyroid problems or something like that, which is the
6    main focus of my management of them. While they happen
7    to have alopecia, that is not the major reason for
8    coming to see me.
9    BY MR. SEARS:
10        Q. Do you have the expertise to offer opinions
11   about alopecia associated with being postmenopausal,
12   obesity, metabolic syndrome, endocrine therapy, and
13   insulin resistance?
14        MR. SCHANKER: Objection; form.
15        A. So I treat a lot of menopausal women in
16   relation to some of their symptoms, some of the most
17   distressing ones. For example, not sleeping with hot
18   flashes and severe sweating episodes and things like
19   that.
20        A lot of those women also happen to have
21   alopecia that gets better with hormone replacement
22   therapy. But because of the negative implications of
23   hormone replacement therapy, how we choose therapy and
24   what to do is somewhat complex, and much of it is based
25   on clinical judgment.

Page 284

1    BY MR. SEARS:
2         Q. Have you reviewed medical literature, and based
3    upon your clinical experience -- based upon your
4    clinical experience and the medical literature you've
5    reviewed, do you have the expertise to offer an opinion
6    that being postmenopausal is associated with alopecia?
7         MR. SCHANKER: Objection; form.
8         A. I have certainly done literature searches on
9    that. It lists alopecia -- hair loss is written up
10   as -- among many symptoms as a feature of the menopausal
11   syndrome and a feature of what happens in health-related
12   issues with postmenopausal women. So I'm aware that
13   it's very much there.
14        It's not as well studied for the reasons I
15   alluded to before. Many of these women in that age have
16   far more -- the reason they're going to the doctor,
17   particularly a specialist, is they have far more serious
18   health problems.
19   BY MR. SEARS:
20        Q. Have you cited to literature in your
21   Rule 26 report that discusses the association between
22   menopause and alopecia?
23        MR. SCHANKER: Objection; form.
24        A. I've alluded to it. There is a -- on page 4, I
25   talk about postmenopausal women, about the imbalance

Page 285

1    between estrogen and testosterone and the fact that it
2    can lead to hair loss. I'm also very conscious of the
3    relationship between estrogen, testosterone, and sex
4    hormone-binding globulin. It is one of the areas that
5    we have been researching.
6    BY MR. SEARS:
7         Q. Based upon your clinical experience and
8    literature that you've reviewed, do you have the
9    expertise to offer an opinion that there's an
10   association between obesity and alopecia?
11        MR. SCHANKER: Objection; form.
12        A. Yes, I do.
13   BY MR. SEARS:
14        Q. Okay. And have you cited literature in your
15   Rule 26 report that discusses the association between
16   obesity and alopecia?
17        MR. SCHANKER: Objection; form.
18        A. As I pointed out earlier today, it struck me as
19   I was preparing for this in the last few weeks that the
20   strongest literature in this area relates to PCOS. And
21   I did not put that in at this time because it -- well, I
22   just didn't do it, and so I provided additional
23   references in relation to PCOS.
24   BY MR. SEARS:
25        Q. And so you provided literature, what you relied