# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

                                    MDL NO.:  2740

                                    SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


                            255 Alhambra Circle, Penthouse
                            Coral Gables, Florida 33134
                            Tuesday, 9:18 a.m. - 5:25 p.m.
                            December 4, 2018


              VIDEOTAPED DEPOSITION OF

                ANTONELLA TOSTI, M.D.


                     VOLUME 1
                Pages 1 through 300


        Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                                      72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 97

1  hairline, from the temple to the hairline.  And then
2  I also have an instrument, I don't have it here in
3  the U.S., but I have in Italy that measure the
4  thickness of the hair, but this mostly for
5  follow-up.  So I want, for this patient when comes
6  back, to know all that.
7      Q.  Let me see if I can ask a couple of
8  follow-up questions on that.
9          So the bottom line is, in your practice,
10 getting a careful clinical history is very helpful
11 in assessing the form of alopecia?
12         MR. SCHANKER:  Objection, form.
13     A.  Absolutely.  Yes.  I think a very careful
14 clinical history is the most important thing.
15 BY MR. SEARS:
16     Q.  And depending upon which type of alopecia
17 you think it might be, you're going to ask that
18 patient follow-up questions to help confirm whether
19 your clinical diagnosis is accurate?
20     A.  It's not follow-up question.  Let's say
21 "specific questions," okay, because I don't need for
22 a patient with androgenetic alopecia to know if there
23 is a family history of VTI (phonetic), you know, if
24 the diagnosis is clear.  If the diagnosis is not
25 clear, I may ask many, many more questions.

Page 98

1      Q.  But you do want to ask the patients
2  questions so that you can get their full clinical
3  history picture, right?
4      A.  I ask questions to try to understand it,
5  yes, the -- their history.
6      Q.  And the history they provide you is helpful
7  in assessing the type of alopecia they have?
8      A.  No.  My clinical evaluation is helpful in
9  assessing the type of alopecia.  The questions are to
10 understand the cause of the type of alopecia or to
11 understand the prognosis they may have because it's
12 not just diagnosis.  When I see a patient, I want to
13 understand what will be the best treatment for him,
14 how can I help him most.
15         And I always ask questions about
16 psychological effect of the hair loss because this
17 may be devastating, and so it's very important.
18 Sometimes you see a patient and you see has a lot of
19 hair, but this patient is devastated by her hair
20 loss, you know.
21         So sometimes there is not a real balance
22 between clinical findings and the patient's feeling.
23 That probably an old medicine, but for her sometimes
24 it's terrible.
25         MR. SEARS:  I object and move to strike the

Page 99

1  nonresponsive portions.
2  BY MR. SEARS:
3      Q.  So you ask the questions in part to
4  understand what underlying cause there might be for
5  the alopecia?
6      A.  In certain type of alopecia.  In other type
7  of alopecia, I ask question to see if I have to have
8  another doctor like an endocrinologist to see the
9  patient.
10         In other type of alopecia, I ask questions
11 to look for a possible associated disease.  I ask
12 question about feeling of the patient, because this
13 is important to guide my treatment, because if
14 somebody as not severe alopecia because but is
15 really devastated by the problem, I have to have a
16 different approach depending on -- sometimes, you
17 know, I see young men, they come with the mother,
18 even in the United States.
19         And so the first question I ask is:  Are
20 you coming or is your mom taking you here?  Because
21 this make a big difference because maybe for him
22 it's not a problem, it's his mother's problem.  And
23 that's very important to decide how to treat him.
24     Q.  The bottom line is:  Obtaining the
25 background information is necessary and something

Page 100

1  that you do in your normal clinical practice?
2          MR. SCHANKER:  Objection, form.
3      A.  I don't understand exactly what you mean
4  for "background information."
5  BY MR. SEARS:
6      Q.  The --
7      A.  The clinical history?
8      Q.  Yes.
9      A.  Obtaining the clinical history is very
10 important, absolutely.
11     Q.  We talked a little bit about how there's
12 causes of alopecia.  There's something called
13 metabolic syndrome, and that can cause alopecia,
14 right?
15     A.  No.
16         MR. SCHANKER:  Objection, form.
17     A.  No, no, this is the opposite.  So there are
18 papers showing that if you have androgenetic
19 alopecia, you have an increased risk of metabolic
20 syndrome, okay?  This started from male pattern hair
21 loss, you know.  They noticed that the soldier of
22 Napoleon with him in Russia they -- the one bald died
23 earlier.  This is the very first paper on -- on this.
24         And then there are many paper that
25 associate male pattern hair loss, and now even

25 (Pages 97 to 100)

```
                                                Page 173
 1    increase.
 2           But we have a lot of old people that have
 3    a full head of hair, so I don't think age is a risk
 4    factor.
 5       Q.  So the percentage of women with
 6    androgenetic alopecia increases with age?
 7           MR. SCHANKER:  Objection, form.
 8       A.  There are two, you know, there are two main
 9    peak for androgenetic alopecia.  One main peak is
10    after first pregnancy, so these women are not old.
11    And the other one is after menopause, okay?
12           But I -- I -- I see a lot of young women
13    right now.  I don't think age is a risk factor,
14    honestly.
15    BY MR. SEARS:
16       Q.  So as women age, they have a greater chance
17    of having androgenetic alopecia, right?
18           MR. SCHANKER:  Objection, form.
19       A.  Not really with the new data, okay?  I
20    think that young women also have a lot of
21    androgenetic alopecia.  And, of course, when you age,
22    the thickness of the hair shaft decrease a little
23    bit.  So maybe the overall density may be slightly
24    reduced, but really slightly.
25
```

```
                                                Page 174
 1    BY MR. SEARS:
 2       Q.  So as people age, their hair can become
 3    thinner?
 4       A.  It -- it's different.  Not the hair can --
 5    can become thinner, the single hair shaft becomes
 6    thinner, but doesn't cause the scalp to be seen.
 7           Now, the most evident effect of aging is
 8    whitening.
 9       Q.  Is what?
10       A.  Whitening.  Loss of pigment.
11       Q.  So I think you mentioned this in one of
12    your previous answers, but going through menopause is
13    a trigger for androgenic alopecia, right?
14           MR. SCHANKER:  Objection, form.
15       A.  Not really a trigger, because there are
16    people now that even believe that androgenetic
17    alopecia in women, it's -- it's not due to androgen,
18    but menopause can be -- worsen the problem, but not a
19    trigger because I don't like the word "trigger."
20    BY MR. SEARS:
21       Q.  So what happens in menopause is the
22    cessation of estrogen production in the ovaries and
23    that results in the rise of androgens, right?
24           MR. SCHANKER:  Objection, form.
25       A.  Yes, but we don't know exactly, because
```

```
                                                Page 175
 1    they -- androgens in the blood don't really rise at
 2    levels to cause androgenetic alopecia.  So to be
 3    honest, again, the mechanism are not simple and are
 4    not known.
 5    BY MR. SEARS:
 6       Q.  It's thought that changing hormonal levels
 7    from menopause can cause hair loss?
 8           MR. SCHANKER:  Objection, form.
 9       A.  That's a very simple way to -- to see that,
10    but there are papers that question if female pattern
11    hair loss has anything to do with androgens.  So to
12    be honest, I don't know.  I -- I agree that one of
13    the peak of female pattern hair loss is after
14    menopause, but are these the androgens, I don't think
15    we know.
16    BY MR. SEARS:
17       Q.  There's a peak of androgenetic alopecia
18    seen after menopause?
19       A.  There are two peaks.  One after delivery,
20    so young women around their 30s.  One after
21    menopause.  And now we're going to see, and you may
22    not find in the publications, but everybody agrees,
23    very young women with androgenetic alopecia.
24       Q.  Having nutritional deficiencies can cause
25    hair loss?
```

```
                                                Page 176
 1           MR. SCHANKER:  Objection, form.
 2       A.  You know, very severe nutritional
 3    deficiencies, cashacore (phonetic), anorexia nervosa.
 4    Not a small nutritional deficiency.
 5    BY MR. SEARS:
 6       Q.  Earlier I think you were talking about how
 7    you would ask women who were on vegetarian diets a
 8    lot of questions about their diet, right?
 9       A.  Yes.  If you are a vegetarian, it's very
10    important for you to be a good vegetarian, meaning
11    eating proteins from other source.  Of course, very
12    strict vegetarian, it's extreme, but. . .
13       Q.  But the reason you were asking these
14    questions is because nutritional deficiencies can
15    cause alopecia?
16           MR. SCHANKER:  Objection, form.
17           Is there a question?
18    BY MR. SEARS:
19       Q.  I thought that was a question.
20       A.  Sorry.  Is the question are nutritional
21    deficiencies causing alopecia?
22       Q.  Right.  So you ask people about their diet
23    because nutritional deficiencies can be a cause of
24    alopecia, right?
25       A.  I ask about their diet because crash diet
```

44 (Pages 173 to 176)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 229

1    MR. SCHANKER: Objection, form.
2    A. I don't know, it's possible.
3  BY MR. SEARS:
4    Q. We talked about this a little bit earlier
5  today, but there's things that can occur that can
6  cause androgenetic alopecia to progress more quickly,
7  right?
8    MR. SCHANKER: Objection, form.
9    A. Yes. Telogen effluvium.
10 BY MR. SEARS:
11   Q. All right. So telogen effluvium can
12 accelerate the progression of androgenetic alopecia,
13 true?
14   A. Absolutely, yes.
15   Q. Andro- -- androgenetic alopecia is also
16 worsened by drugs with androgenetic effects, right?
17   MR. SCHANKER: Objection, form.
18   A. Yes. Absolutely, yes.
19 BY MR. SEARS:
20   Q. And drugs that have androgenetic effects
21 include tamoxifen and aromatase inhibitors, right?
22   MR. SCHANKER: Objection, form.
23   A. Definitely aromatase inhibitor. Tamoxifen
24 is a little bit different. But, okay, it's -- can
25 worsen androgenetic alopecia.

Page 230

1  BY MR. SEARS:
2    Q. So let me read you this sentence. Do you
3  agree that: "Tamoxifen and nonsteroidal aromatase
4  inhibitors utilized for the therapy of
5  hormone-sensitive breast cancer can also cause or
6  worsen androgenetic alopecia"?
7    A. Absolutely agree.
8    Q. And in endocrine therapy, like tamoxifen
9  and aromatase inhibitors, can cause alopecia with a
10 pattern similar to female pattern hair loss due to
11 the miniaturization of the hair follicle, right?
12   MR. SCHANKER: Objection, form.
13   A. Yes, I agree.
14 BY MR. SEARS:
15   Q. And you've seen articles that say that
16 hormonal therapy like tamoxifen or aromatase
17 inhibitors can cause permanent alopecia, haven't you?
18   MR. SCHANKER: Objection, form.
19   A. There are a few reports, yes.
20 BY MR. SEARS:
21   Q. Do you have any idea how permanent hair
22 loss caused by tamoxifen or aromatase inhibitors
23 would present pathologically?
24   MR. SCHANKER: Objection, form.
25   A. No, I don't think they -- they have

Page 231

1  pathology. I don't know. Honestly, I don't know.
2  BY MR. SEARS:
3    Q. Okay. So we talked earlier about how
4  there's multiple types of drugs that can cause
5  telogen effluvium, right?
6    A. Yes.
7    Q. And lots of women who are being treated for
8  breast cancer take drugs that are known to cause
9  telogen effluvium, right?
10   A. You know, what I think is that these women
11 didn't have telogen effluvium. You know, telogen
12 effluvium, you shed. If you don't shed, you don't
13 have.
14   Q. I understand. What I'm asking is: Women
15 who are being treated for breast cancer often take
16 drugs that are known to cause telogen effluvium,
17 right?
18   A. Not necessarily. There are many women that
19 don't have -- don't take drugs that cause telogen
20 effluvium. You know, our -- the -- some of these
21 women did, but not all women treated for breast
22 cancer take drugs that cause telogen effluvium.
23   Q. We talked earlier about how there's
24 anticoagulants like Coumadin that can cause telogen
25 effluvium, right?

Page 232

1    MR. SCHANKER: Objection, form.
2    A. Yes, but I don't think Coumadin is a
3  standard treatment for breast cancer.
4    MS. GONZALEZ: Excuse me, I'm sorry, folks
5  on the line are saying that they're not able to
6  hear anything. Can we just --
7    MR. SEARS: Let's go --
8    MS. GONZALEZ: It's not you. I'm sorry.
9    MR. SEARS: -- off the record quickly to
10 get this figured out.
11   THE VIDEOGRAPHER: Off the record. The
12 time is 3:43 p.m.
13   (Recess was held from 3:43 p.m. until
14 3:44 p.m.)
15   THE VIDEOGRAPHER: Back on the record, the
16 time is 3:44 p.m.
17 BY MR. SEARS:
18   Q. So right before we took that short break,
19 we were talking about drugs that can cause telogen
20 effluvium, right?
21   A. Yes.
22   Q. Even with drugs that cause telogen
23 effluvium, discontinuation of the drug may not
24 improve the hair loss, right?
25   MR. SCHANKER: Objection, form.

58 (Pages 229 to 232)

Electronically signed by Gina Rodriguez (201-182-126-9514)
Electronically signed by Gina Rodriguez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 265

1     that tamoxifen and aromatase inhibitors can cause
2     alopecia that presents in a diffuse pattern?
3          A.  Honestly, I -- I don't recall the paper.
4     If you have the paper, can you show me?  Because if
5     it's not from dermatologists, it's difficult to -- to
6     understand that.
7          Q.  Have you seen reports that tamoxifen and
8     aromatase inhibitors can result in complete alopecia?
9          A.  Yes, I've seen that, maybe two cases.
10         Q.  And there's articles that attribute ongoing
11    alopecia after chemotherapy to the hormonal therapy
12    like tamoxifen and aromatase inhibitors and not the
13    chemotherapy, right?
14         A.  No, it's different because I believe
15    that -- that persistent permanent alopecia after
16    chemotherapy, the hair to not grow back after the
17    chemotherapy, that alopecia from tamoxifen or
18    aromatase inhibitor starts after taking those drugs.
19    So this is after the end of the chemotherapy, okay?
20             So I think there are two distinct
21    problems.  That may overlap, because many women who
22    take the tamoxifen or the aromatase inhibitor had
23    the chemotherapy before.
24         Q.  Don't most women who are treated for breast
25    cancer begin the tamoxifen or aromatase inhibitors

Page 266

1     immediately upon completing chemotherapy?
2              MR. SCHANKER:  Objection, form.
3          A.  I am not an oncologist.  I -- I -- but I
4     don't think so.  I think those women start the
5     tamoxifen when they finish the chemotherapy and the
6     radiotherapy.
7     BY MR. SEARS:
8          Q.  What was the -- and the what?  The
9     chemotherapy and the --
10         A.  And the radiation.  Sometimes these women
11    also have radiation.  So they have this treatment
12    before and then they start the -- the hormonal
13    therapy.  But I'm not an oncologist, I cannot swear
14    on that.
15         Q.  Have you read the paper "Pattern alopecia
16    during hormonal anticancer therapy in patients with
17    breast cancer"?
18         A.  I don't know, I have to see the paper to
19    answer you.
20         Q.  Would you agree there's been no study that
21    considers whether the alopecia seen with tamoxifen
22    and aromatase inhibitors could be distinguished
23    pathologically from the hair loss seen with
24    chemotherapy drugs?
25             MR. SCHANKER:  Objection, form.

Page 267

1          A.  No.  I don't know about this article, but
2     I'm not a pathologist.
3     BY MR. SEARS:
4          Q.  Ms. Durden, Ms. Francis, and Ms. Earnest
5     all could have had preexisting hair loss that was
6     made worse by their hormonal therapy, right?
7              MR. SCHANKER:  Objection, form.
8          A.  Let's -- they had a very, very severe hair
9     loss at the end of chemotherapy, and their hair
10    did -- didn't grow.  And then I cannot say if the
11    hormonal therapy worsened the problem.  It's
12    impossible to know.
13    BY MR. SEARS:
14         Q.  So, in other words, it's possible that the
15    hormonal therapy they take worsened their alopecia?
16         A.  It's possible that it worsened a situation
17    that was already -- already.  They had a very severe
18    alopecia to all that.  So if any worsen didn't change
19    and after the -- the problem, if you already have
20    almost no hair and you take something that can worsen
21    the problem, you still have -- there is not a big
22    difference.
23         Q.  I'm trying to understand your answer.
24             Really all I'm asking is:  Is it possible
25    that for Ms. Durden, Ms. Earnest, and Ms. Francis

Page 268

1     the hormonal therapy they took has caused some
2     degree of their hair loss, right?
3              MR. SCHANKER:  Objection, form.
4          A.  I don't know.  I don't know.  But I think
5     the main problem was the chemotherapy.
6     BY MR. SEARS:
7          Q.  So you're saying you don't know, you cannot
8     rule out the possibility that some proportion of
9     Ms. Durden, Ms. Earnest, and Ms. Francis's hair loss
10    was caused by their hormonal therapy, correct?
11             MR. SCHANKER:  Objection, form.
12         A.  I think it's unlikely.  In my opinion, it's
13    very unlikely, but I cannot say no, nobody can.
14    BY MR. SEARS:
15         Q.  So you've written articles on alopecia
16    after busulfan chemotherapy?
17         A.  Yes, I did.
18         Q.  And I think you wrote a paper on that back
19    in 2005, right?
20         A.  Yes, I think it was published in 2005.
21         Q.  And you wrote that acute and premature
22    androgenetic alopecia can occasionally occur, right?
23             MR. SCHANKER:  Objection, form.
24         A.  Can I -- can I see the -- what you are
25    referring to?

67 (Pages 265 to 268)

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                          72ecbdd8-9ed6-4d44-ae56-8b8592170e9b