UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 PRODUCTS LIABILITY LITIGATION** | Case No. 2:19-cv-01164-JTM-MBN |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFFS' NOTICE OF SUBMISSION** |
| SHELLY JONES, CHRISTINE AVERY, KAREN CRAWFORD, MARY ALLYN DEXTER, PEGGY ELMS, GWENDOLYN HARTFORD, AISHA INGRAM, DELLA ANN MACIEL, DEBRA POLLACK, LINDA PONZI, AMBER SHUBIN, KATRINA SMITH, MICHELLE BOBBITT, DONNA JORDAN-PACK, GEORGIANNE GAMBOA, TYKESHA WILLIAMS-SAUNDERS            Plaintiffs, v. SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., WINTHROP, U.S, ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD, and McKESSON CORPORATION,            Defendants | Judge: Hon. Jane Triche Milazzo |

## <u>NOTICE OF SUBMISSION OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT</u>

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs Motion to Remand case to the Superior Court of California is hereby set for submission on May 8, 2019.

1

Dated: March 29, 2019

By:     <u>/s/ Lowell W. Finson</u>
Lowell W. Finson, Esq.
**Finson Law Firm**
*Attorneys for Plaintiffs*

Jennifer A. Lenze
LENZE LAWYERS, PLC
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 29th Day of March, 2019

/s/ Jennifer A. Lenze