UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>SHELLY JONES, CHRISTINE AVERY, KAREN CRAWFORD, MARY ALLYN DEXTER, PEGGY ELMS, GWENDOLYN HARTFORD, AISHA INGRAM, DELLA ANN MACIEL, DEBRA POLLACK, LINDA PONZI, AMBER SHUBIN, KATRINA SMITH, MICHELLE BOBBITT, DONNA JORDAN-PACK, GEORGIANNE GAMBOA, TYKESHA WILLIAMS-SAUNDERS<br>　　　　　　　Plaintiffs,<br>　v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., WINTHROP, U.S, ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD, and McKESSON CORPORATION,<br>　　　　　　　Defendants | Case No. 2:19-cv-01164-JTM-MBN<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT**<br><br>Judge: Hon. Jane Triche Milazzo |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT**

| Exhibit | Description |
|---|---|
| A. | Defendants' Notice of Removal of Action and Exhibits |
| B. | Conditional Transfer Order (CTO-45) JMPL dated October 1, 2018 |

1

| | |
|---|---|
| C. | Plaintiff's Notice of Opposition to Conditional Transfer Order (CTO-45) |
| D. | Pretrial Order No. 77A Regarding California Plaintiffs' Motion to Remand |
| E. | Order on Remand for: *Ernyes-Koflea et al. v. Sanofi S.A. et al.*, Case No. 2:17- cv-03867, and *McCallister, et al. v. Sanofi S.A. et al.*, Case No.2:17-cv-02356, |
| F. | McKesson Website blurbs indicating it markets the drug. |
| G. | Crawford Intake and pertinent portions of her medical records |
| H. | Transfer Order |

Dated: March 29, 2019

        By:      /s/ Lowell W. Finson
                  Lowell W. Finson, Esq.
                  **Finson Law Firm**
                  *Attorneys for Plaintiffs*

                  /s/ Jennifer A, Lenze
                  Jennifer A. Lenze
                  **LENZE LAWYERS, PLC**
                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 29th Day of March, 2019

/s/ Jennifer A. Lenze
Jennifer A. Lenze
