UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Plaintiff Name:** Jennifer Belczak
**Case No.:** 2:18-cv-10968

## DECLARATION

I, Samuel M. Wendt, have attempted to reach my client, Jennifer Belczak on the following dates: February 3, 2017, April 14, 2017, June 16, 2017, May 2, 2018, June 1, 2018, June 28, 2018, July 10, 2018, July 31, 2018, September 21, 2018, October 9, 2018, October 12, 2018, January 3, 2019, January 16, 2019, February 19, 2019, February 21, 2019, February 26, 2019, March 7, 2019, March 26, 2018, March 28, 2018, and March 29, 2018 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 29th day of March 2019

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com
*Attorney for Plaintiff*