# Exhibit B

# Alan J. Bauman, MD – Curriculum Vitae

Alan J. Bauman, M.D — Hair Restoration Physician
**MEDICAL PRACTICE**
Bauman Medical Group, P.A.–Boca Raton, FL; Medical Director, Est.1997. FL Board of Medicine #ME-75218
**ACADEMICS**
1997-Surgical Hair Restoration; Garden City, NY
1996-General Surgery (Yr2); Mt. Sinai Medical Center, NY, NY
1995-General Surgery (Yr1); Beth Israel Medical Center, NY, NY
1995-M.D.; New York Medical College / "Cor Et Manus" Award
1991-B.S. in Psychobiology; University of California-Riverside
1987 The Pingry School; Martinsville, NJ
1986 Harvard University; Cambridge, MA
**MEMBERSHIPS**
International Society of Hair Restoration Surgery – 1998-present
International Alliance of Hair Restoration Surgeons – 2001-present
American Society of Hair Restoration Surgery – 1998-present
American Society of Cosmetic Surgery – 1998-present
American Society of Laser Medicine and Surgery – 2001-present
Florida Medical Association, 1997-present
Palm Beach County Medical Association, 1997-present
American Hair Loss Council, 1998-present
American Hair Loss Association, 2006-present
National Hair Journal – Medical Editor, 2000-present
National Hair Group — Founding Member, 2005-present
Via Delray Magazine – Contributing Editor, 2000-2002
M.D. News Magazine – Contributing Editor, 1999-2002
**POSITIONS HELD**
ISHRS Media Relations Committee, 2005-present
ISHRS Website Committee, 2003-2004
ISHRS Media Relations Committee, 2004-present
ISHRS Ethics and Bylaws Committee, 2001-2002
Host of "Doc Talk" on South Florida's "The Jackie Watson Show" 2000-2001
Medical Editor, The National Hair Journal 2000-present
**PUBLICATIONS**
First Impressions of the CapilliCare(R) Hair and Scalp Analysis Machine in Early Androgenetic Alopecia. Hair Transplant Forum International, May/June 2001
The Role of Video Magnification of the Scalp in Early Androgenic Alopecia (Male and Female Pattern Hair Loss)." M.D. News, Ft. Laud/Broward ed., vol.3, no. 12: (26), Dec. 2000.
"Surgical Hair Restoration: Micrograft Repair of Previous Plug-Type Hair Transplants." M.D. News, Palm Beaches Ed.; vol. 2, no. 4: (12, 26), Apr. 2000.
"Current Treatment of Androgenic Alopecia (Male and Female Pattern Hair Loss)." M.D.

News, Ft. Lauderdale/Broward ed.; vol. 2, no. 10: (8-11), Nov. 1999.
Environmental Field Testing and Analysis Ready Reference Handbook, contributing editor, McGraw-Hill, 2001
Health Sciences Chemistry 2nd ed., G.J. Shugar, R. Shugar, L. Bauman, A. Bauman, Kendall/Hunt Publishing Co., Dubuque, Iowa 1995. Lab Vols. #1 and #2.
How to Get Into Medical School—Insider's Guide, 4th ed., Shugar Family of Authors, G.J. Shugar, Clifton, NJ 1998.
Homeostasis of the Body Fluids, Zuppardi, Shugar, Shugar, Bauman, Bauman. under review: W.B. Sanders

**APPEARANCES & MEDIA COVERAGE (partial list)**
NBC's Dateline – Rob Stafford/Stone Phillips;
Follicle Five: Battle Against Baldness, part 1 – 11/26/2004
Follicle Five: Battle Against Baldness, part 2 – 7/31/2005
CNN – Dr. Bauman's "Hair Restoration Vacation;" John Zarrella
Men's Health Magazine; "His Noggin Was Bare, He Wanted Hair…" W. D. Dechert May 2004
USA TODAY – "Take a 'Hair Restoration Vacation,'" K.B. Yancy; July 12, 2002
Sun-Sentinel – "Job Cuts," Robyn A. Friedman; 3/21/04
NY Times "Lasers for Baldness" Jack Smith 6/20/2005
Boca Raton News "Boca hair loss clinic treating large numbers of women" 1/16/06
Boca Raton News "Longer Lashes…Eyelash Transplants" 7/1/2002
Boca Raton News "Rugs, 'plugs' not part of new hair restoration" 8/27/2000
The Miami Herald – "Like all hair, eyelashes thin with age," Sean Keniff 6/22/2004
Palm Beach Post – "Lasers Fluff Follicles: The latest in the fight against shine" 9/12/03
Palm Beach Post – "Cosmetic Surgery/Hair Restoration undergoes Media Makeover" 5/9/04
Women's World, Struggle and Triumph over Female Hair loss August 2004
Florida Trend "Hair For Good/Hair Restoration Vacation" 9/2005
Instinct "Hair Today, Gone Tomorrow: What you can do about hair loss" November 2005
NY Times "Lasers for Baldness" Jack Smith 6/20/2005
Rick Sanchez NBC6 WTVJ – Female Pattern Hair Loss, Hair Transplantation; Sept 2004
(please visit www.baumanmedical.com for a complete listing)

**CONFERENCES**
Summer 2006 American Academy of Anti-Aging, Chicago
Lecture given: "Hair Restoration: Restoring and Preserving the Aging Frame of the Face"
Spring 2006 American Academy of Anti-Aging, Orlando
Spring 2006 American Academy of Cosmetic Surgery / American Society of Hair Restoration Surgery – Orlando, FL
Spring 2006 ISHRS Live Surgery Workshop
Surgery Performed: Follicular unit hair transplantation, male patient
Follicular unit hair transplantation, female patient
Lectures given: "Low Level Laser Therapy: Update"
"Media Communications – What we can learn from Dateline NBC"

Fall 2005 ISHRS Annual Meeting, Sydney Australia
Summer 2005 – North American Society for Laser Therapy, Ft. Lauderdale, FL
Spring 2005 – American Society of Laser Medicine and Surgery, Orlando, FL
Photobiomodulation, Laser Therapy
Spring 2005 – ISHRS Live Surgery Workshop, Orlando
Surgery Performed: FUE "follicular-unit extraction" procedure—increasing accuracy and efficiency (w/ Dr. Jim Harris)
FUE "follicular-unit extraction" – graft-survival study
Follicular-unit micrografting
Temporal Point Reconstruction – framing the face appropriately
Lectures given: FUE follicular unit extraction – tips and techniques, panel discussion
Laser Therapy Update – what's new in low level lasers and hair growth, Female Hair Loss Panel
Media Communications – What we can learn from Dateline NBC, CNN, & Men's Health Magazine coverage of hair transplantation
Fall 2004 – ISHRS Annual Meeting, Vancouver Canada
Lectures given:
Professional Ethics and Marketing Workshop
FUE follicular unit extraction – tips and techniques, panel discussion
Anesthesia in Hair Transplant: painless procedures using The Wand and other techniques
Office Set-up — ergonomics, form and function in the hair transplant office
Spring 2004 – ISHRS Live Surgery Workshop, Orlando
Surgery Performed:FUE follicular unit extraction – for traumatic scar correction
Follicular unit micrografting (minimal-depth incisions)
Lectures given: Media Communications
Office Setup – ergonomics, form and function in the hair transplant office
FUE follicular unit extraction, tips and techniques
Spring 2004 – American Society for Laser Medicine and Surgery, Dallas
Photobiomodulation / Laser Therapy
Fall 2003 – ISHRS Annual Meeting, NYC
Lectures/Presentations given: Media Communications, marketing workshop panel
FUE "follicular-unit extraction" – traction alopecia repair/FUE poster presentation
CaplliCARE digital microscope in hair loss diagnosis
Spring 2003 Live Surgery Workshop, Orlando
Surgery Performed: Follicular-unit micrografting
Eyelash transplantation (w/ Dr. Gandelman)
Lectures given: CapilliCARE digital microscope in hair loss diagnosis
January 2003 – Live Surgery Workshop—Hot Springs, AK (Stough Clinic)
Achieving the "One Pass" Result – the definitive workshop
Lecture Given:
Media Communications: CNN and USA TODAY
Fall 2002 – ISHRS Annual Meeting, Chicago
Lecture given: Use of The Wand, computer-assisted local anesthesia for painless hair transplants
Summer 2002 – Southeastern Society of Hair Restoration Surgeons, Host: Dr. Bauman

Spring 2002 – ISHRS Live Surgery Workshop, Orlando
Fall 2001 – ISHRS Annual Meeting, Puerta Vallarta, Mexico
Lecture given: