# Exhibit D

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE EASTERN DISTRICT OF LOUISIANA
3
4
5
6
7   TANYA FRANCIS                                PLAINTIFF
8   VS.                        CASE NO. 2:16-cv-17410
9   SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC.,
10  and AVENTIS-PHARMA S.A.                      DEFENDANTS
11
    _____
12
              DEPOSITION OF TANYA FRANCIS
13  _____
14        Taken at Gainsburgh, Benjamin, David,
          Meunier & Warshauer, 2800 Energy Centre,
15        1100 Poydras Street, New Orleans, Louisiana,
          on Wednesday, December 13, 2017, beginning at
16        9:13 a.m.
17
18
19
20
21
22
                       REPORTED BY:
23
          Elizabeth Bost Simpson, RDR, RMR, CRR
24      Mississippi CCR 1293/Louisiana CCR 2014020
25      Job No. NJ2756277

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFF:
         KAREN BARTH MENZIES, ESQUIRE
 3       Girard Gibbs, L.L.P.
         711 Third Avenue, 20th Floor
 4       New York, NY  10017
         kbm@classlawgroup.com
 5       (510)350-9240
 6       MARK HESIAK, ESQUIRE
         Lowe Law Group
 7       6028 S. Ridgeline Drive, Ste. 200
         Ogden, UT  84405
 8       mark@markdhesiakpc.com
         (801)900-4681
 9
     REPRESENTING THE DEFENDANTS:
10       BUFFY MIMS, ESQUIRE
         Shook, Hardy, Bacon
11       1155 F Street, N.W.
         Washington, D.C.  20004
12       bmims@shb.com
         (202)783-8400
13
                            - - -
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 192

1 the Red Devil and the changes in urine that you
2 told me about?
3     A.   No, that it would be a slower drip.
4     Q.   Did Dr. Verghese show you the labels of
5 any of the chemotherapeutic drugs that he was
6 prescribing for you?
7     A.   No, ma'am.
8     Q.   Did you have an expectation of when --
9 and this is prior to your starting chemotherapy.
10 After talking with Dr. Verghese and looking at
11 your pamphlets, did you have any expectation of
12 when you thought your hair would start to regrow?
13     A.   No.
14     Q.   After speaking with Dr. Verghese and
15 reading the pamphlets, did you have any
16 expectation that your hair would fully regrow and
17 be exactly the same as it was before?
18     A.   Yes, that my hair would start to grow
19 once I finished the chemo.
20     Q.   I'm sorry. Can you repeat that?
21     A.   That's what I wanted to get back to you
22 with, that question, meaning once I finished the
23 chemo, my hair would start to grow back. As long
24 as I was with chemo, it's constantly killing the
25 hair to where my hair won't grow. I will

1      Q.   Have you ever been diagnosed or treated
2   with a mental health condition?
3      A.   No, ma'am.
4      Q.   Can you tell me if your hair loss has
5   impacted any relationships in your life?
6      A.   Yes.
7      Q.   How?
8      A.   Basically being told do something with
9   yourself.  I don't want to be seen in public with
10  you.  Look at your hair.  Look at your head.  My
11  daughter:  You coming up here to homecoming?  Make
12  sure you do something with your hair.  Purchase a
13  wig.  Put a wig on.  My son:  Mom, you need to do
14  something with your head.  What's wrong?  Things
15  like that.  It's just you go out in public.  You
16  go out at work.  Your appearance, even if you
17  dress up and your hair is a mess, you look a mess.
18     Q.   You mentioned comments that your
19  daughter has said to you.  Does anyone else make
20  those comments?
21     A.   Yeah.  That's basically my daughter and
22  my husband.  You know, me and him went through
23  things, relationships.  I guess that's why we're
24  not together now, because of my appearance.  Said
25  it's not like -- I don't look like I used to look.

Page 284

1  You know, do something with your hair. I don't
2  want to be seen in public with you. It's just a
3  lot.
4       Q.   You believe that your -- you -- that --
5  your husband and you are not together now.
6       A.   Yes.
7       Q.   Do you believe it's only related to hair
8  loss?
9       A.   My appearance itself because, like I
10 said, I can go out and put clothes on. Nothing is
11 wrong with what I have on now, but look at my
12 hair. It's nothing like it used to be, you know.
13 It just for some reason -- after that things just
14 changed. It's like I wasn't -- like he wasn't
15 attracted to me. It was always a problem, always
16 downing me, never any encouraging words.
17      Q.   Anyone else other than your husband and
18 your daughter?
19      A.   My son. He always mentioned, When are
20 you going to do something with your hair, Mom?
21 Every time I come and see you, your hair is the
22 same. And there's nothing much I can do.
23      Q.   Are you claiming that your use of
24 Taxotere caused any psychological condition?
25      A.   No.

1     Q.   Tell me what damages, what injuries, you
2  think it's caused.  I know we've discussed your
3  appearance and these conversations with your son,
4  your daughter, and your husband's relationship.
5  Is there anything else that you think Taxotere has
6  caused?
7     A.   No.  Basically that's it.
8     Q.   How would you describe your health
9  today?
10    A.   Health is fine.
11    Q.   Are you cancer free?
12    A.   Yes, ma'am.
13    Q.   Do you attribute that at all --
14    A.   Meaning?
15    Q.   -- in part to your chemotherapy
16 treatment?
17    A.   Can you rephrase that, please?
18    Q.   Do you attribute the fact that you're
19 cancer free today at all in part to your
20 chemotherapy treatment?
21    A.   No, because when I had the mastectomy,
22 the cancer was gone.  Chemotherapy only was used,
23 I guess, for any remaining cancer cells that I may
24 have had in my body, from my understanding.
25    Q.   Do you believe the chemotherapy helped