# Exhibit E

Page 1

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4   BARBARA EARNEST,
5         Plaintiffs,
6
7   VERSUS          CIVIL ACTION NO. 2:16-cv-17731
8
9   SANOFI S.A., SANOFI-AVENTIS U.S.
10  L.L.C., SANOFI US SERVICE, INC., and
11  AVENTIS-HARMA S.A.,
12        Defendants.
13
14
15
16
17
18          DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25  JOB NO. 2757174

```
 1                    A P P E A R A N C E S
 2
 3        DARIN SCHANKER, ESQUIRE
 4        Bachus & Schanker, LLC
 5        1899 Wynkoop Street, Suite 700
 6        Denver, Colorado  80202
 7        Dschanker@coloradolaw.net
 8             ATTORNEY FOR PLAINTIFF
 9
10        KELLY BIERI, ESQUIRE
11        JASON RHAE HARMON, ESQUIRE
12        Shook, Hardy & Bacon, LLP
13        2555 Grand Boulevard
14        Kansas City, Missouri  64108
15        Kbieri@shb.com
16        Jharmon@shb.com
17             ATTORNEYS FOR DEFENDANT
18
19
20   REPORTED BY:
21   MONICA SCHROEDER, RPR, CRR, CSR #1285
22   COURT REPORTER & NOTARY PUBLIC
23
24
25
```

```
                                                      Page 78

 1    law firm, did you --
 2         A.   No.
 3         Q.   -- speak with any other law firms before
 4    filing suit?
 5         A.   No.
 6         Q.   Prior to talking to your brother, Jules,
 7    about the lawyer advertisement, had you ever
 8    talked to anybody about the condition of your
 9    hair?
10         A.   My husband, my kids knew that my hair
11    wasn't growing back -- or we hoped that it would
12    grow back.
13         Q.   I think you are answering a different
14    question than I'm asking.  I'm just asking if you
15    had any conversations with anybody about your hair
16    before talking to Jules, Mr. LeBlanc?
17    MR. SCHANKER:
18              Objection to form.
19         A.   No, I don't guess.  I don't understand
20    that -- the question.  I'm not sure why it would
21    -- what's the question.
22    MS. BIERI:
23         Q.   Do you want me to ask it a different way?
24         A.   Yes.
25         Q.   Sure.  At any time prior to talking to
```

Page 292

1  There's no way I could put a value on my hair.
2  And that's not why I'm here.  I'm here so that
3  this doesn't happen to anybody else.  That's why
4  I'm here.  Not to get money.
5       Q.   So you are not going to ask the Jury for
6  any money in this case?
7  MR. SCHANKER:
8            Objection, form.
9       A.   No.  I don't -- I'm not going to say,
10 well, I want $100, $200, $2,000.  No, I'm not.
11 I'm here so that this does not ever happen to
12 another woman because I'm -- I'm saying that it
13 has really -- I don't know how to put it in words
14 -- traumatic when I have to go somewhere and I
15 have to wear these turbans or wear my wig.  That
16 is my sole purpose because it's very -- to me,
17 it's very depressing.  I get depressed when I have
18 to get ready and I have to wear -- wear this.  I
19 feel like part of me died when I lost my hair.
20 That's what I feel.  That's the truth.  That's how
21 I feel.  And no money value is going to give me my
22 hair back, even if I -- no money value is going to
23 bring me my hair back.
24      Q.   In terms of what you are going to tell
25 the Jury about how you've been damaged, can you

1   tell me what else you are going to tell the Jury
2   about how you've been damaged?
3   MR. SCHANKER:
4           Objection, form.
5       A.   I don't know if I could think of it.  The
6   humidity (sic) -- humiliation, being out there,
7   people eyeing you that know that I've had cancer.
8   I can't fix my hair.  I miss that.  I miss fixing
9   my hair and going out.
10          A lot of times, like I say, it decides
11  whether or not if I go to a function, if I have to
12  wear the wig or wear the hat.  To me, the wig is
13  hot.  I don't know how these people wear wigs all
14  the time.  I can't do it.  It's --
15          To me, men are supposed to be bald, not
16  women.  Women are not supposed to be bald.  And,
17  you know, I'm -- my husband -- I get depressed
18  when he wants to go somewhere and I don't want to
19  go because I don't want to get dressed up.
20      Q.   Have you ever talked to a counselor?
21      A.   No.
22      Q.   Ever talked to a psychiatrist?
23      A.   No.  I've never been to either one of
24  those.  I don't care -- I probably can talk --
25  it's -- nothing is going to make me better but my