UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Antoinette Durden, Case No. 2:16-cv-16635; Tanya Francis, Case No. 2:16-cv-17410; Barbara Earnest, Case No. 2:16-cv-17144 | |

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALAN BAUMAN, M.D. UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Alan Bauman, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit C) to the Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Alan Bauman, M.D. UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE