# EXHIBIT D

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5        Plaintiffs,
 6
 7   VERSUS          CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12        Defendants.
13
14
15
16
17
18         DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

Page 191

1   Options of what?
2       Q.   Options of treatment.
3       A.   No.  He told me the drugs he was going to
4   give me, and that was it.
5       Q.   And did he tell you Adriamycin, Cytoxan
6   and Taxotere?
7       A.   Yes.
8       Q.   Did he talk to you about the risks and
9   benefits of chemotherapy?
10      A.   He did.  He told me I would get -- it
11  would make me nauseated, it would put sores in my
12  mouth.  I would lose fingernails, toenails, lose
13  my hair.  And in the same breath, he says, but it
14  will grow back.  I said, okay.  He says, in fact,
15  he says, it may come back curly.  I said, oh,
16  great, I want curly hair, you know.  I have
17  straight hair.  I want curly hair for a change.
18  He told me it could come back a different color.
19  And --
20      Q.   Did he tell you if it could come back a
21  different texture?
22      A.   Yes.
23      Q.   Do you remember what he said in that
24  regard?
25      A.   It could be thick.  It could come back