UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Barbara Earnest,* 2:16-cv-17144

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT B TO PLAINTIFF BARBARA EARNEST'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CAUSATION BASED ON THE LEARNED-INTERMEDIARY DOCTRINE UNDER SEAL

NOW INTO COURT comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine (Rec. Doc. 6604) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibit B to Plaintiff's Opposition should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine be filed UNDER SEAL.

Dated: March 29, 2019                                  Respectfully submitted,

/s/ Christopher L. Coffin                              /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                         Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                       GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                        6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                           Los Angeles, California 90045
Phone: (504) 355-0086                                  Telephone: 510-350-9700
Fax: (504) 355-0089                                    Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                 kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                          *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                   /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                              BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                New Orleans, LA 70139
New Orleans, LA 70163-2800                             Phone: 504-524-3300
Phone: 504-522-2304                                    Fax: 504-524-3313
Fax: 504-528-9973                                      barrios@bkc-law.com
plambert@gainsben.com

                                                       *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                           Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                  Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                            9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                       Oklahoma City, OK 73120
Phone: (800) 664-1734                                  Phone: (405) 607-8757
aa@andrewsthornton.com                                 Fax: (405) 607-8749
                                                       dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                         Abby E. McClellan
Bachus & Schanker, LLC                                 Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                         460 Nichols Road, Suite 200
Denver, CO 80202                                       Kansas City, MO 64112
Phone: (303) 893-9800                                  Phone: (816) 714-7100
Fax: (303) 893-9900                                    Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                            mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>　　　　　　　　　　　　　　　*/s/ Dawn M. Barrios*
>　　　　　　　　　　　　　　　Dawn M. Barrios