UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Barbara Earnest,* 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine UNDER SEAL.

New Orleans, Louisiana, this ___ of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE