UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Tanya Francis*; Civil Case No.: 2:16-cv-17410 | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Pursuant to LR 56.2, Plaintiff, Tanya Francis, hereby submits the following Response to Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment:

1. Admitted.

2. Admitted.  However, it was not until December 2015 that the Taxotere label made any mention of permanent hair loss being associated with use of the drug. Defendants' Statement of Facts no. 3.

3. Admitted.

4. Admitted.  However, other treatments for potentially life-threatening forms of breast cancer which do not include Taxotere are also recommended by the National Comprehensive Cancer Network (NCCN). Ex. A, Dr. Cherian Verghese Deposition ("Verghese Dep.") 85:12-87:8; Ex. B, NCCN Clinical Practice Guidelines in Oncology, Breast Cancer V.I. 2009, BINV-5 and BINV-J, pp.14, 39-43, Ex.6 to Verghese Dep.

5. Admitted.

6. Denied insofar as Plaintiff's diagnosis was on March 11, 2009, not March 11, 2019.

7. Admitted.

8.  Admitted.

9.  Admitted.

10. Admitted.

11. Admitted.  However, Defendants have omitted from these selected excerpts Dr. Verghese's testimony that "it's unusual for a few people to have permanent hair loss, so those would be concerning." Ex. A, Verghese Dep. 156:10-12.

12. Admitted.  However, not a single one of Dr. Verghese's patients has ever taken up his suggestion to make a wig of their own hair before it falls out.  *Id*. at 103:22-24.

13. Admitted.

14. Admitted.  However, other treatments for Plaintiff's type of breast cancer which do not include Taxotere are also recommended by the NCCN.  *Id*. at 85:12-87:8; Ex. B, NCCN Clinical Practice Guidelines in Oncology, Breast Cancer V.I. 2009, BINV-5 and BINV-J, pp.14, 39-43, Ex.6 to Verghese Dep.  And if Plaintiff had chosen to go with a Taxotere-free treatment regimen, he would have respected that decision.  Ex. A, Verghese Dep. 122:14-18; 123:10-12.

15. Admitted.  However, while Dr. Verghese could not recall specific dates of any Taxotere label changes, he receives updates on labeling changes and was glad the label was changed in December 2015 to warn of permanent hair loss.  *Id*. at 139:11-14; 117:15-23.

16. Admitted.

17. Denied as written.  This alleged undisputed fact is in actuality a series of argumentative, objectionable and/or irrelevant excerpts from testimony, several of which might not even be admissible into evidence.  The fact that Dr. Verghese continues to recommend Taxotere to his patients is argumentative and irrelevant in light of his testimony that he now counsels

his patients on Taxotere's risk of permanent hair loss and would have used other effective

Taxotere-free treatment regimens on Plaintiff had she been counseled on that risk and opted

for these other regimens. *Id.* at 110:13-19; 122:14-18; 123:10-12. Moreover, whether any

of Plaintiff's experts claim Taxotere is wholly or substantially useless is entirely irrelevant

as, for reasons explained in Plaintiff's Memorandum in Opposition, this is not the correct

standard for determining the existence of a redhibitory defect under Louisiana law.  And

finally, whether it is "possible" Plaintiff is alive today due to her treatment with Taxotere

amounts to nothing more than rank speculation.  While anything may be possible, the Court

should be concerned with probabilities, not possibilities.

Dated: March 29, 2019                    Respectfully submitted,


*/s/ Christopher L. Coffin*              */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.         Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505          GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163             6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                    Los Angeles, California 90045
Fax: (504) 355-0089                      Telephone: 510-350-9700
ccoffin@pbclawfirm.com                   Facsimile: 510-350-9701
                                         kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*
                                         *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                   */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)               Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                 701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street  New Orleans, LA 70139
New Orleans, LA 70163-2800               Phone: 504-524-3300
Phone: 504-522-2304                      Fax: 504-524-3313
Fax: 504-528-9973                        barrios@bkc-law.com
plambert@gainsben.com
                                         *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS