# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3              ~~~~~~~~~~~~~~~~~~~~~
 4
 5      TANYA FRANCIS,
 6
 7                   Plaintiff,
 8
 9          vs.              Case No. 2:16-cv-17410
10
11      SANOFI S.A., SANOFI-AVENTIS U.S.
        L.L.C., SANOFI US SERVICE, INC., and
12      AVENTIS-PHARMA S.A.,
13                   Defendants.
14
15              ~~~~~~~~~~~~~~~~~~~~~
16                   Deposition of
17              CHERIAN VERGHESE, M.D.
18
                    January 10, 2018
19                    11:25 a.m.
20
                     Taken at:
21
          University of Toledo Medical Center
22               3000 Arlington Avenue
                     Toledo, Ohio
23
24      Job No. NJ2775665
25              Stephen J. DeBacco, RPR
```

1                    INDEX OF EXHIBITS
2      NUMBER              DESCRIPTION              MARKED
3      Exhibit 1   Notice of Deposition of ......  11
                   Cherian Verghese, M.D.
4
       Exhibit 2   Cross-Notice of Deposition ...  11
5                  of Cherian Verghese, M.D.,
                   was marked for purposes of
6                  identification.)
7      Exhibit 3   06/08/2009 Dr. Verghese ......  58
                   Dictation Re: Tanya Francis,
8                  00476 to 00479
9      Exhibit 4   06/16/2009 Dr. Verghese ......  68
                   Dictation Re: Tanya Francis
10
       Exhibit 5   07/09/2009 Dr. Verghese ......  76
11                 Dictation Re: Tanya Francis,
                   TXT - 3050 to 3052
12
       Exhibit 6   NCCN Clinical Practice .......  81
13                 Guidelines in Oncology:
                   Breast Cancer, V.I.2009
14
       Exhibit 7   Partnering with your ........ 100
15                 Patients Along Their
                   Journey, Sanofi_01038470 to
16                 01038537
17     Exhibit 8   Annex I:  Summary of Product . 111
                   Characteristics
18
       Exhibit 9   11/16/2011 History and ....... 149
19                 Physical, 00473 to 00475
20
21
22
23
24
25

1      Q.    Would it be fair to say that during

2    the course of your career, you have cared for

3    cancer patients with a variety of cancer

4    conditions?

5      A.    Yes.

6      Q.    At any point in time, has your

7    career been more focused on a narrow subset of

8    a particular type of cancer?

9      A.    No.

10      Q.    I know you said earlier that you

11    were board certified in internal medicine.  Do

12    you hold any other board certifications?

13      A.    I'm board certified in oncology and

14    board certified in hematology.

15      Q.    Are you required to undergo any

16    type of recertification process for any of

17    those licensures?

18      A.    Yes.  We have what is called a

19    maintenance of certification programs, which we

20    do it every year.

21      Q.    So annually?

22      A.    Annually.

23      Q.    And what do you have to do to be

24    recertified each year?

25      A.    One, you have to go through

1       A.    It goes all the way from treatments

2    before surgery, treatments after surgery, what

3    we call adjuvant.  So before surgery, treatment

4    after surgery, and treatment in Stage IV

5    disease where there's no surgery.  But

6    essentially, these are all chemotherapy

7    programs.

8       Q.    Is there a particular set of

9    guidelines or protocols that you use to help

10   inform these decisions or discussions with your

11   fellows?

12      A.    Yes.  We generally follow what we

13   call as the NCCN guidelines, the National

14   Conference of Cancer Network, which is provided

15   free for anyone who is getting with oncology.

16   You have to register for it, but it's

17   essentially free.  But that gives you all the

18   new protocols, all the staging advances, all

19   the major side effects for treating any kind of

20   cancer.

21      Q.    So these guidelines that you've

22   been talking about, the NCCN --

23      A.    Right.

24      Q.    -- those guidelines would cover

25   everything from breast cancer to any other

Page 43

1     would look to the journal article or paper that
2     is referenced in relation to that protocol?
3          A.    Yes.
4          Q.    And that would be the information
5     that you would rely on to inform yourself about
6     side effects associated --
7          A.    Yes.
8          Q.    -- with those drugs?
9          A.    Yes.
10          Q.    But if I understood you correctly,
11    if a patient were to raise a concern over a
12    specific side effect that you did not
13    necessarily see in the paper, is that the point
14    in time when you would go back and look at the
15    prescribing information?
16          A.    Yes.
17               MR. SEARS:   Object to form.
18          Q.    How often do you conduct
19    independent research on chemotherapy drugs?
20          A.    Can you rephrase that question?
21          Q.    Absolutely.   That was a poor
22    question on my part.   I apologize.
23               Let's make it a little bit more
24    simple.   After you've consulted a protocol,
25    right, and you've made a selection of what you

1      A.    Like an organ failure that can

2    happen, hepatitis, or anything that can

3    compromise a patient's life.  So organ failure

4    and survival-related side effects, yes, we are

5    always on the lookout for those major side

6    effects.

7      Q.    Would you consider a potential risk

8    for a permanent side effect to be something

9    that you would want to know about --

10             MR. SEARS:  Objection to form.

11      Q.    -- in regard to a medication?

12      A.    It depends on the relevance of the

13    side effect, compared to the importance of the

14    side effect to the patient, and also whether

15    the patient's disease can be cured or not.  So

16    it's multiple things, which go on to seeing

17    that side effect in the appropriate

18    perspective.

19      Q.    Is it typically your practice that

20    if you are aware of a permanent risk that a

21    drug may have, that you typically disclose that

22    to a patient?

23      A.    Yes.

24             MR. SEARS:  Objection to form.

25      Q.    You have discussed with me what you

Page 54

1    the pharmaceutical companies, regardless of

2    what it is.  I don't use them for anything.

3         Q.    Okay.  So it's not your personal

4    practice to review those --

5         A.    No.

6         Q.    -- types of correspondences?

7         A.    No.

8         Q.    And I believe we've touched on this

9    briefly about what you do when a patient comes

10   in or has a concern about a particular adverse

11   event.

12        A.    Right.

13        Q.    And if I understood your testimony

14   correctly, if the adverse event that they're

15   reporting or asking you about is not in the

16   paper that is a reference for the protocol,

17   that is a point at which you might look back at

18   labeling or product insert information,

19   correct?

20        A.    Yes.

21             MR. SEARS:  Objection to form.

22        Q.    In your experience, have you ever

23   asked a sales rep about an adverse event that's

24   been reported to you?

25        A.    No.

Page 85

1    Ms. Francis?

2          A.    It depends.  We also look at these

3    books too, because what this page doesn't give

4    is the entire picture in terms of side effects

5    and the survival data and the effectiveness

6    data, which a book like this will give.  So

7    that is not here.  So this is not the only page

8    we use.

9          Q.    But are the NCCN guidelines still a

10   resource that you would typically use?

11         A.    Yes.

12         Q.    Looking at this section of BINV-J,

13   I think it contains five different pages.  Are

14   these chemotherapy regimes that would be

15   appropriate for someone with the diagnosis that

16   Ms. Francis has?

17         A.    Yes.

18         Q.    And you were talking about Level 1

19   regimes.  Can you tell me what the potential

20   Level 1 regimes, according to this protocol,

21   are for a patient such as Ms. Francis?

22         A.    The entire list is Level 1

23   recommendations.

24         Q.    Oh, so this entire list?

25         A.    It says Category 1.  Whenever it

1     says Category 1, it's a Level 1.

2              MR. SEARS:  I'd object to form for

3     the last question.  I'm sorry.

4          Q.    So I do see that.  Would

5     Ms. Francis, in your opinion, have fallen under

6     patients that would have been on the

7     non-trastuzumab-containing regimes?

8          A.    Yes.

9          Q.    I apologize if I completely

10    murdered that pronunciation.

11             So I see listed under there is

12    preferred adjuvant regimes.  I see the first

13    one is TAC, and then it lists docetaxel,

14    doxorubicin, and cyclophosphamide.  In seeing

15    this protocol, does that refresh your

16    recollection about what you meant when you

17    listed TAC in the last record?

18         A.    Yes.  TAC is docetaxel, yes.  The T

19    is the Taxol.

20         Q.    Is it Taxol or Taxotere?

21         A.    The group name is taxanes.

22    Taxanes.  The main taxanes are paclitaxel and

23    docetaxel.  Now, people have sort of shortened

24    it into a Taxol and Taxotere.  There's no need

25    to do that.  So it's preferable to use taxanes.

Page 87

1    One is docetaxel.  The other is paclitaxel.

2    Docetaxel is what we mean by Taxotere, and

3    paclitaxel is what people shorten to Taxol.

4         Q.    Okay.  That definitely helps,

5    because the next line down, it says, "Dose

6    dense AC, followed by paclitaxel every two

7    weeks."

8         A.    Right.

9         Q.    Is the main difference between TAC

10   at the top and then the dose dense AC followed

11   by paclitaxel just the use of the different

12   taxane drugs?

13        A.    Well, not exactly.  That's not the

14   only difference there.  What we mean by dose

15   dense is not the difference between docetaxel

16   and paclitaxel.

17        Q.    Okay.

18        A.    The dose dense means, in young

19   people, you can give more intense chemo every

20   two weeks.  Two weeks is what makes it dose

21   dense.  We hardly give chemo every two weeks.

22        Q.    And at the time, I believe

23   Ms. Francis was 38 years of age.  Does

24   that qualify as young in your --

25        A.    Dose dense is tough to go through,

1          Q.    And at the time you made your
2     recommendation for chemotherapy, would you have
3     also reviewed potential side effects with
4     Ms. Francis?
5          A.    Yes.
6          Q.    I'd like to talk to you just a
7     little bit about that process.  Back in 2009,
8     when you were a fellow, how did you typically
9     handle educating patients about side effects
10    related to chemotherapy?
11         A.    We go with numbers.  We go with --
12    and the numbers are telling you what the common
13    side effects are.  So we go one by one and tell
14    them what -- what their chances are of having
15    that side effect, and then we ask them if there
16    are the side effects that they are concerned
17    about, which they sometimes have, because they
18    also have been reading about it.
19         Q.    And are the majority of the side
20    effects that you discuss in relation to
21    chemotherapy, those side effects that are
22    either listed in the protocol or the textbook
23    or the paper?
24         A.    The common side effects are all in
25    the protocol, yes.

1    factors into the discussion.  It's also how it

2    affects your life, even if you're walking

3    around.

4         Q.    And do you believe that making a

5    patient aware of potential permanent side

6    effects is an important piece of information

7    for that patient to have in order to make an

8    informed decision?

9              MR. SEARS:  Objection to form.

10        A.    Yes.

11        Q.    Back in 2009 when you treated

12   Ms. Francis for breast cancer, do you recall

13   what you would have generally educated her

14   about in regards to the regime you had

15   recommended of TAC?

16        A.    I would have gone through the

17   common side effects and compared these four

18   medicines, which are commonly used as adjuvant

19   treatment, and asked her whether she has any

20   concerns.  Not preferences, but concerns.

21        Q.    And during the course of your

22   discussions with Ms. Francis about chemotherapy

23   side effects, would you have discussed hair

24   loss at all with Ms. Francis?

25        A.    Hair loss is a common side effect,

Page 97

1    which always gets into the discussion

2    regardless.

3         Q.    So --

4         A.    So I'm sure I did that part, yes.

5         Q.    You said it's a common side effect

6    that gets into the discussion regardless.  Does

7    that mean if you don't bring it up --

8         A.    The patient always brings it up.

9         Q.    In your experience, is hair loss

10   something that most cancer patients are

11   concerned or curious about?

12             MR. SEARS:  Object to form.

13        A.    In my experience, it's a very

14   variable factor.  There are people who are so

15   concerned about a cancer diagnosis that they

16   don't care, because they want it to be cured.

17   They want everything to be removed.

18             There are patients who talk about

19   side effects in more detail, whether there's

20   hair loss, whether that's going to be

21   permanent.  When does the hair come back?

22   Should I make a wig out of my hair?  So there

23   are people who have a much more detail

24   discussion.  I've not found a certain pattern

25   of people showing the same kind of concerns.

Page 103

1    temporary, side effect?

2              MR. SEARS:   Objection to form.

3         A.    It is common, but I would not call

4    it temporary.  I never tell people that it's

5    temporary.

6         Q.    What do you tell them?

7         A.    I tell them it all depends on

8    multiple factors, your other medical problems,

9    your deficiencies.  You may be vitamin

10   deficient.  We don't know anything about these

11   things.  So multiple factors go into how you

12   react, how deep the reaction is, and how long

13   it takes for things to turn around.  Even

14   though all these people say it's temporary and

15   all that, there's multiple factors involved, so

16   I don't use the word temporary.  I even tell

17   them, you know, hair may come back, and it may

18   look totally different.

19        Q.    So you advised your patients,

20   generally, that they will lose their hair,

21   correct?

22        A.    I advise the patient, actually, to

23   make a wig.  And unfortunately, I have not had

24   even one person who has taken that up.

25        Q.    Really?

1     coming back at all?

2              MR. SEARS:   Objection to form.

3        A.    I tell them that expecting not to

4     lose hair, expecting the hair to look the same,

5     these are all unreal expectations.  We have to

6     treat this, and you will have hair-related

7     problems.  If they tell me -- if they ask me

8     whether their hair loss is going to be

9     permanent, then I tell them, even though there

10    aren't -- I'm not going to take a chance on

11    that, and that's where the wig comes in.

12              So the discussion is a little

13    different from saying it may be permanent

14    or never permanent.  I tell them it's better to

15    take a different approach to some of these side

16    effects.

17       Q.    Do you discuss with your patients

18    at all when they may expect for their hair to

19    start to return?

20       A.    Sure.  I tell them that most of the

21    time, yes, it is likely to come back, even if

22    it may look different and feel different.

23    Majority of the time, it does come back.

24       Q.    And at the time that you were

25    treating Ms. Francis in 2009, did you have any

Page 106

1   reason to believe that Ms. Francis may

2   experience something aside from temporary hair

3   loss?

4              MR. SEARS:  Objection to form.

5        A.    No.

6        Q.    In 2009, when you were going

7   through side effects and what to expect when

8   you were counseling Ms. Francis on her

9   treatment, did you ever advise her that as a

10  result of taking Taxotere, she may suffer

11  permanent hair loss?

12             MR. SEARS:  Objection to form.

13       A.    I don't think I would have made a

14  statement like that.

15       Q.    In 2009 when you were treating

16  Ms. Francis, were you aware that there was any

17  potential association between Taxotere and

18  permanent hair loss?

19             MR. SEARS:  Object to form.

20       Q.    Let me ask you another way.

21             In 2009, had anyone ever told you

22  that the use of Taxotere carried with it the

23  risk for potential permanent hair loss or

24  persistent alopecia?

25       A.    No.

Page 107

1          MR. SEARS:  Objection to form.

2      Q.    When did you first become aware

3  that there was a potential association between

4  the use of Taxotere and permanent alopecia?

5          MR. SEARS:  Objection to form.

6      A.    Probably about four years back.

7      Q.    And do you recall what you learned

8  four years ago that prompted you to believe

9  there may be an association?

10      A.    The way we find our literature,

11  case reports.

12      Q.    Do you recall what literature or

13  case report you saw four years ago?

14      A.    No, I don't recall what the exact

15  report was, but it -- there were journal

16  articles or case reports talking about the

17  potential for permanent hair loss.  That's all.

18      Q.    And do you remember if those

19  articles were specific to Taxotere?

20      A.    No, I don't think I recall that.

21  Taxanes, yes.  I don't recall whether it's

22  docetaxel or paclitaxel.

23      Q.    Aside from a journal article --

24  well, let me ask you this.  Do you remember how

25  you came across this journal article about

Page 109

1        MR. SEARS:  Objection to form.

2     A.    Well, my approach to alopecia has

3  always been make a wig, because that way you

4  can treat, and if it takes longer to come back,

5  you still have your wig.  Your option is

6  between either of the taxanes.  Both of them

7  cause hair loss.  Even though one may be more

8  than the other, both cause hair loss.  So if I

9  were to see hair loss in one, I would predict

10  hair loss in the other one too, so my

11  recommendation is just to make a wig all the

12  time.

13     Q.    And when you say they both cause

14  hair loss, are you referring to temporary,

15  anticipated hair loss or permanent hair loss?

16     A.    Both are known to cause temporary

17  hair loss.  If there's a report on one being

18  permanent, I would apply it to the other one

19  too.

20     Q.    Do you have any information that

21  you're aware of that supports that permanent

22  hair loss associated with Taxotere is also

23  associated with Taxol?

24        MR. SEARS:  Objection.

25     A.    Not that I know of.

1      Q.    Would you disagree if an expert

2   were to give an opinion that the risk of

3   permanent hair loss is associated with Taxotere

4   but is not likewise associated with Taxol?

5              MR. SEARS:  Objection to form.

6      A.    I would go and find out what

7   literature we have.  So it's not a simple

8   disagreement.  And I'll tell the patient, yes,

9   docetaxel can cause this.  We don't have

10  reports yet of this one.  That doesn't mean

11  that it won't.  So it's still an individualized

12  position.

13     Q.    After learning about this potential

14  risk of permanent hair loss, have you began to

15  counsel or educate your patients about this

16  risk when you review side effects of

17  chemotherapy with them?

18             MR. SEARS:  Objection to form.

19     A.    Yes.

20     Q.    Has anyone from Sanofi ever made

21  you aware of any label changes regarding an

22  association between permanent hair loss and

23  Taxotere?

24             MR. SEARS:  Objection to form.

25     A.    No.

Page 116

1    American population?

2              MR. SEARS:  Objection to form.

3         A.    It's difficult, the reason being

4    the European population is a little more

5    homogenous than what we call as an American

6    population.  Everybody in this room is

7    different, and that's a problem with these

8    studies.  So we have to think way beyond what

9    even studies tell us, in the patient's

10   interest.

11        Q.    Do you know whether the two studies

12   that are referenced in that label are actually

13   studies that were conducted in Europe or

14   whether they were studies conducted in the

15   U.S.?

16             MR. SEARS:  Objection to form.

17        A.    No.

18             MR. SEARS:  Sorry.  Just for the

19   record, the same objection to the following

20   question.

21        Q.    And if I understood your testimony

22   correctly, the first time that you learned that

23   Taxotere is associated with an increased risk

24   for permanent alopecia was approximately four

25   years ago?

Page 117

1           A.      Correct.

2                   MR. SEARS:   Objection to form.

3           Q.      At any time since you first began

4      prescribing Taxotere to treat breast cancer

5      patients to present, has anyone from Sanofi

6      ever told you about this potential risk?

7                   MR. SEARS:   Objection to form.

8           A.      No.

9           Q.      Do you recall the last time you may

10     have reviewed the labeling or package insert

11     material for Taxotere?

12          A.      No, I don't recall that, because

13     there are so many updates we do all the time,

14     so I don't.

15          Q.      Would you be surprised to learn

16     that Sanofi updated its labeling for Taxotere

17     in December of 2015 --

18                  MR. SEARS:   Objection to form.

19          Q.      -- to include a warning of

20     permanent hair loss?

21                  MR. SEARS:   Objection to form.

22          A.      I don't know, because I'm glad if

23     they did that, but some of us know of that even

24     before 2015, and it has not made it into even

25     the books, even now.   So this book is from -- I

1          A.     Yes.

2                 MR. SEARS:   Objection to form.

3          Q.     And you said that very confidently.

4     What about that would have made it important

5     enough for you to discuss with her?

6                 MR. SEARS:   Objection to form.

7          A.     Women are very concerned about hair

8     loss.

9          Q.     If you would have had that

10    information in 2009, so let's just assume that

11    you would have known that Taxotere carried with

12    it the potential for permanent hair loss, and

13    you would have disclosed that information to

14    Ms. Francis, if Ms. Francis would have told you

15    that she did not want to take Taxotere due to

16    that potential risk, do you believe you would

17    have respected that decision?

18         A.     Yes.

19                MR. SEARS:   Objection to form.

20         Q.     In Ms. Francis's case, if she would

21    have opted not to take Taxotere, is it your

22    opinion that there were other suitable

23    chemotherapy regimes, which she may have used

24    to treat her cancer at that time?

25                MR. SEARS:   Objection to form.

1         A.    It's a decision that she has to

2    make.  I would have explained that it's a

3    taxane, so the fact that there is lack of

4    evidence for paclitaxel, which would be an

5    option, doesn't mean that I can guarantee it

6    won't be there, because these are taxanes.  Are

7    there enough differences between the two for me

8    to guarantee that permanent hair loss won't be

9    there for paclitaxel?  I would say we don't

10   have the data for that.  But if she wanted to

11   go with the paclitaxel, yes, I would go with

12   that.

13        Q.    So would you say, ultimately, the

14   decision would have rested with Ms. Francis?

15             MR. SEARS:  Objection to form.

16        A.    Yes.

17             MS. PEREZ REYNOLDS:  Can we go off

18   the record, for a moment?

19                  (A recess was taken.)

20             MR. REYNOLDS:  We're back on the

21   record.

22             At this time, Doctor, I don't have

23   any further questions for you at the moment, so

24   I will turn you over to defense counsel to see

25   if there are any questions they may have.

1  to a different hospital, go see a different

2  doctor, get a second opinion, right?

3          A.    Sure.

4          Q.    Now, we talked about the Taxotere

5  label.  Have you ever read the Taxotere label

6  in its entirety?

7          A.    No.  I -- because the labeling goes

8  from studies, dosing protocols, diluents and IV

9  fluids, which don't really translate to any

10  relevant changes in treatments.

11          Q.    Are you aware of any changes that

12  have ever been made in the Taxotere label?

13          A.    We get updates on labeling changes,

14  so, yes, from that.

15          Q.    As you sit here today, can you

16  remember, in particular with Taxotere, if

17  you've ever seen anything that's been changed

18  in the label?

19          A.    If you're talking of the last

20  several months, probably not.

21          Q.    What about in the last five or six

22  years?

23          A.    I wouldn't remember that.

24          Q.    So we talked about, generally, how

25  post-marketing side effects are communicated to

Page 156

1    here, in 2011, that Mrs. Francis had hair loss?

2         A.    Yeah, I remember her face, yes.

3    She had hair loss.

4         Q.    I think you said earlier that that

5    would have concerned you?

6         A.    If she was -- hair loss is

7    something almost 100 percent of people get.

8    And the nice thing is that majority of them,

9    more than 80 percent, almost 90 percent of

10   them, it grows back too.  So it's unusual for a

11   few people to have permanent hair loss, so

12   those would be concerning.  So at two years, if

13   she had expressed some concern, yes, it should

14   have made it to the note, yes, that is true.

15        Q.    I think you talked about how

16   earlier, after a patient has been cured of

17   cancer, their priorities shift.  What did you

18   mean by that?

19        A.    They're less concerned about the --

20   they're not even thinking of cancer anymore.

21   Now they're concerned, if at all, about getting

22   back to life, playing golf, things like that.

23        Q.    You mentioned that Mrs. Francis

24   sent you a Facebook friend request?

25        A.    Well, she never was a Facebook