# EXHIBIT C

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6
 7   TANYA FRANCIS                              PLAINTIFF
 8   VS.                        CASE NO. 2:16-cv-17410
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC.,
10   and AVENTIS-PHARMA S.A.                   DEFENDANTS
11
     _____
12
                  DEPOSITION OF TANYA FRANCIS
13   _____
14        Taken at Gainsburgh, Benjamin, David,
          Meunier & Warshauer, 2800 Energy Centre,
15        1100 Poydras Street, New Orleans, Louisiana,
          on Wednesday, December 13, 2017, beginning at
16        9:13 a.m.
17
18
19
20
21
22
                        REPORTED BY:
23
          Elizabeth Bost Simpson, RDR, RMR, CRR
24      Mississippi CCR 1293/Louisiana CCR 2014020
25      Job No. NJ2756277
```

1    Q.   You trusted his recommendation for his
2    treatment of you?
3    A.   Yes.
4    Q.   If Dr. Verghese recommended again for
5    you today the exact same chemotherapy regimen and
6    told you that that was your best chance for
7    survival to beat breast cancer, would you follow
8    his advice?
9    A.   After knowing what I know today, no.  I
10   would ask for a second opinion, ask him to do some
11   research on other medications.
12   Q.   Why not?
13   A.   Knowing that Taxotere causes permanent,
14   not temporary, hair loss, I would have asked him
15   to do more investigation, find another drug that I
16   can take.
17   Q.   And if Dr. Verghese told you that his
18   best recommendation for you was the same
19   chemotherapeutic regimen and that there was the
20   risk that some of your -- that your hair would
21   grow back differently, that it might be a little
22   bit thinner, but that that was his recommendation
23   for your best chance of survival to beat the
24   breast cancer, would you follow his advice?
25   A.   Today?

```
 1      Q.    -- and not take the chemotherapy?
 2      A.    -- because I would get a second opinion.
 3      Q.    You would get a second opinion.
 4            MS. MENZIES:  Same objection.
 5      A.    Yes.  He's my doctor.  He's only here to
 6  give me advice and suggestions, but it's based on
 7  me to make the decision.  And I would suggest that
 8  he find another regimen for me; and if he won't, I
 9  will go to someone else.
10  BY MS. MIMS:
11      Q.    And if the second person you went to
12  told you that's my best recommendation for you,
13  too, would you follow their advice?
14            MS. MENZIES:  Objection.
15      A.    No.
16  BY MS. MIMS:
17      Q.    Have you ever participated in any
18  clinical trials other than the one we've
19  discussed?
20      A.    No.
21      Q.    Do all of the injuries that you claim in
22  this litigation relate to hair loss?
23      A.    Yes, ma'am.
24      Q.    What, if any, physical injuries are you
25  claiming you suffered as a result of your use of
```