UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Tanya Francis*; 2:16-cv-17410 | |

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit D to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit D to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine UNDER SEAL.

New Orleans, Louisiana, this ___ of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE