# Exhibit D

## Materials Consulted

All references listed in footnotes.

Patient medical records for:

- Antoinette Durden
    - Centers for Medicare & Medicaid Services
    - CVS Pharmacy
    - Humana
    - Humana Pharmacy
    - INFUSION PHARMACY Ochsner Baptist Medical Center
    - Julie Martin
    - Julie Mermilliod
    - LSU Healthcare Network
    - Ochsner Baptist Health System
    - Ochsner Clinic Dermatology
    - Ochsner Health System
    - Ochsner Medical Center
    - Rebekah Lemann
    - Richard Sherman
    - Rite Aid Pharmacy Corporation
    - Social Security Administration
    - St. Charles Vision
    - Therapy & Wellness-Elmwood
    - Touro Imaging Center Radiology Cover
    - Touro Infirmary Hospital
    - University Medical Center New Orleans
    - University Medical Center New Orleans rad cover
    - Walgreens

- Barbara Earnest
    - A. W. Dermatopathology Service
    - Adela Marie Narcisse
    - Andrew Fuller
    - Bruce S Samuels
    - Celeste Lagarde
    - CVS Caremark

- CVS Pharmacy
- Doctors Urgent Care
- Dr. Robert Shafor Medical Records
- Glenn Hedgpeth
- Lakeview Regional Medical Center
- LSU Bogalusa Medical Center
- Marie Celeste Lagarde
- Medicaid LA
- Michael Feldman
- Nicole Dufrechou
- Northshore Oncology Associates
- NorthShore Oncology Associates
- Ochsner Health Center
- Ochsner Health Center NorthShore
- Ochsner Medical Center Northshore
- Ochsner Medical Center
- Pan American Life Insurance Group
- Peoples Health
- Robert Shafor
- Rowland Duffour Clinic, Inc.
- Slidell Internal Medicine
- Slidell Memorial Hospital
- Slidell Memorial Hospital Imaging Center
- Slidell Radiation Center
- Stefanie Schultis
- STPN - NOA - Northshore Oncology Associates
- Tulane Cancer Center
- Tulane GI and Surgery Clinic
- Tulane Medical Center
- Walgreens - Corporate
- Walmart Stores, Inc.

- Tanya Francis
  - Antonella Tosti
  - Bertrand Tillery
  - Clinical Pathology Laboratories
  - CVS Pharmacy
  - Divine Purpose Homecare
  - Francis Medical Center of Louisiana at New Orleans Clinics
  - Janice Birkhoff

- o   Louisiana Department of Health - Medicaid
- o   Ochsner Baptist Health System
- o   Ochsner Medical Center West Bank
- o   Tulane Breast and Surgery Clinic
- o   Tulane Cancer Center Clinic
- o   Tulane Center for Womens Health
- o   Tulane Lakeside Hospital for Women and Children
- o   Tulane Orthopedics
- o   Tulane University Hospital and Clinic
- o   University Medical Center New Orleans
- o   Walgreens - Corporate
- o   Walmart Stores, Inc.
- o   West Jefferson Rehab Connection

Deposition testimony from:

- Antoinette Durden
- Barbara Earnest
- Tanya Francis

- Sophy Jancich, MD
- James Carinder, MD
- Cherian Verghese, MD
- Julie Martin, MD
- Janice Birkhoff, NP
- Anesha Prier

3