# Exhibit H

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3            ~~~~~~~~~~~~~~~~~~~~~
 4
 5    TANYA FRANCIS,
 6
 7              Plaintiff,
 8
 9       vs.              Case No. 2:16-cv-17410
10
11    SANOFI S.A., SANOFI-AVENTIS U.S.
      L.L.C., SANOFI US SERVICE, INC., and
12    AVENTIS-PHARMA S.A.,
13              Defendants.
14
15            ~~~~~~~~~~~~~~~~~~~~~
16                   Deposition of
17              CHERIAN VERGHESE, M.D.
18
                    January 10, 2018
19                    11:25 a.m.
20
                       Taken at:
21
          University of Toledo Medical Center
22              3000 Arlington Avenue
                    Toledo, Ohio
23
24    Job No. NJ2775665
25              Stephen J. DeBacco, RPR
```

Page 2

1  APPEARANCES:
2
3       On behalf of the Plaintiff:
4            Pendley, Baudin & Coffin, by
             JESSICA PEREZ REYNOLDS, ESQ.
5            24110 Eden Street
             PO Drawer 71
6            Plaquemine, Louisiana 70765
             (888) 725-2477
7            jperez@pbclawfirm.com
8
             Lowe Law Group, by
9            MARK D. HESIAK, ESQ.
             6028 South Ridgeline Drive
10           Suite 200
             Ogden, Utah 84405
11           (801) 900-4681
             mark@lowewalgroup.com
12
13
        On behalf of the Defendants:
14
             Shook, Hardy & Bacon, L.L.P., by
15           CONNOR J. SEARS, ESQ.
             HILLARY NICHOLAS, ESQ.
16           2555 Grand Boulevard
             Kansas City, Missouri 64108
17           (816) 474-6550
             csears@shb.com
18           hnicholas@shb.com
19                ~ ~ ~ ~ ~
20
21
22
23
24
25

1   coming back at all?
2              MR. SEARS: Objection to form.
3        A.    I tell them that expecting not to
4   lose hair, expecting the hair to look the same,
5   these are all unreal expectations. We have to
6   treat this, and you will have hair-related
7   problems. If they tell me -- if they ask me
8   whether their hair loss is going to be
9   permanent, then I tell them, even though there
10  aren't -- I'm not going to take a chance on
11  that, and that's where the wig comes in.
12             So the discussion is a little
13  different from saying it may be permanent
14  or never permanent. I tell them it's better to
15  take a different approach to some of these side
16  effects.
17       Q.    Do you discuss with your patients
18  at all when they may expect for their hair to
19  start to return?
20       A.    Sure. I tell them that most of the
21  time, yes, it is likely to come back, even if
22  it may look different and feel different.
23  Majority of the time, it does come back.
24       Q.    And at the time that you were
25  treating Ms. Francis in 2009, did you have any

1  reason to believe that Ms. Francis may
2  experience something aside from temporary hair
3  loss?
4             MR. SEARS:  Objection to form.
5       A.   No.
6       Q.   In 2009, when you were going
7  through side effects and what to expect when
8  you were counseling Ms. Francis on her
9  treatment, did you ever advise her that as a
10 result of taking Taxotere, she may suffer
11 permanent hair loss?
12            MR. SEARS:  Objection to form.
13      A.   I don't think I would have made a
14 statement like that.
15      Q.   In 2009 when you were treating
16 Ms. Francis, were you aware that there was any
17 potential association between Taxotere and
18 permanent hair loss?
19            MR. SEARS:  Object to form.
20      Q.   Let me ask you another way.
21            In 2009, had anyone ever told you
22 that the use of Taxotere carried with it the
23 risk for potential permanent hair loss or
24 persistent alopecia?
25      A.   No.