UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Tanya Francis*; 2:16-cv-17410
*Earnest v. Sanofi S.A., et al.*, 16-17144

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits C, E, F and G to Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Testimony of Dr. Linda Bosserman Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits C, E, F and G to Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Testimony of Dr. Linda Bosserman UNDER SEAL.

New Orleans, Louisiana, this ___ of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1