# EXHIBIT A

Page 1

 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6

 7   TANYA FRANCIS                        PLAINTIFF

 8   VS.                    CASE NO. 2:16-cv-17410

 9   SANOFI S.A., SANOFI-AVENTIS U.S.

     L.L.C., SANOFI US SERVICE, INC.,

10   and AVENTIS-PHARMA S.A.             DEFENDANTS

11

     _____

12

              DEPOSITION OF TANYA FRANCIS

13   _____

14        Taken at Gainsburgh, Benjamin, David,

          Meunier & Warshauer, 2800 Energy Centre,

15        1100 Poydras Street, New Orleans, Louisiana,

          on Wednesday, December 13, 2017, beginning at

16        9:13 a.m.

17

18

19

20

21

22

              REPORTED BY:

23

         Elizabeth Bost Simpson, RDR, RMR, CRR

24     Mississippi CCR 1293/Louisiana CCR 2014020

25     Job No. NJ2756277

Page 2

1   APPEARANCES:

2   REPRESENTING THE PLAINTIFF:
        KAREN BARTH MENZIES, ESQUIRE
3       Girard Gibbs, L.L.P.
        711 Third Avenue, 20th Floor
4       New York, NY  10017
        kbm@classlawgroup.com
5       (510)350-9240
6       MARK HESIAK, ESQUIRE
        Lowe Law Group
7       6028 S. Ridgeline Drive, Ste. 200
        Ogden, UT  84405
8       mark@markdhesiakpc.com
        (801)900-4681
9
    REPRESENTING THE DEFENDANTS:
10      BUFFY MIMS, ESQUIRE
        Shook, Hardy, Bacon
11      1155 F Street, N.W.
        Washington, D.C.  20004
12      bmims@shb.com
        (202)783-8400
13
                        - - -
14

15

16

17

18

19

20

21

22

23

24

25

1          A.    Yes.

2          Q.    You said you glanced over it briefly.

3    Can you tell me what sections you looked at?

4          A.    I just looked at it, just flipping

5    through it.  That's basically about it.

6          Q.    What can you tell me that you remember

7    about the document from looking at it?

8          A.    I'm not sure.  I'm not sure.

9          Q.    Can you tell me when you hired your

10   counsel to represent you in this case?

11         A.    Last year sometime.  I'm not sure what

12   date.

13         Q.    And who was that?  Was that Ms. Menzies?

14         A.    No.  Mr. Mark.

15         Q.    Mr. Mark?  Is that what you -- I'm

16   sorry.  I couldn't hear you.

17         A.    Yes.

18               MS. MIMS:  I'm sorry, Mark.  Remind me

19        of your last name.

20               MR. HESIAK:  Hesiak.

21               MS. MIMS:  Hesiak.

22   BY MS. MIMS:

23         Q.    How did you become acquainted with

24   Mr. Hesiak?

25         A.    I was on -- I reached out through

1    Facebook, Re: something about Taxotere and hair

2    loss.  I commented on it.  And I was sent the

3    link.  And I clicked on a link, filled out the

4    information, and I was contacted by a law firm.

5        Q.   Do you have a Facebook account?

6        A.   Yes, ma'am.

7        Q.   When you say you reached out through

8    Facebook, tell me --

9        A.   Me -- oh, I'm sorry.

10       Q.   Let me finish.

11            When you say --

12       A.   I'm sorry.

13       Q.   That's okay.

14            When you say you reached out through

15   Facebook, tell me exactly what you were doing,

16   what site you were on, and how it is that you came

17   across information that led you to Mr. Hesiak.

18       A.   Okay.  I was going down my time line,

19   and I had seen it several times, and this

20   particular day I seen it again.  So I clicked on

21   the comments, just reading the comments, that

22   other women or other breast cancer survivors were

23   commenting on, and I commented, put in a comment.

24   And I received a reply from it and said you may be

25   eligible for a case, something like that.  I can't

1  recall the exact verbiage of it, but I clicked on

2  a link that they sent me and I filled out some

3  information and later was contacted.

4      Q.   So you were on your Facebook page;

5  correct?

6      A.   Yes, ma'am.

7      Q.   And you were reviewing your own time

8  line; right?

9      A.   Yes.

10     Q.   And you stated that you were reviewing

11 comments of other women.  Were those comments on

12 --

13     A.   On Taxotere case.

14     Q.   Wait.  Let me finish.  The comments of

15 other women that you were reviewing, were they

16 women who commented on your Facebook page?

17     A.   No, ma'am.

18     Q.   So they were not friends of yours?

19     A.   They were not friends of mine.

20     Q.   So where were the comments that you were

21 reviewing?  How did they come to be on your page?

22     A.   I'm sorry.  It's not my time line.  It's

23 the news feed.

24     Q.   News feed?

25     A.   Yes.

1    Q.   Okay.

2    A.   I'm sorry.

3    Q.   That's okay.  I just want to make sure I

4  understand.

5         So in reviewing your news feed, you came

6  across comments of other women; is that correct?

7    A.   I came across advertisement of the

8  Taxotere case.

9    Q.   What did the advertisement say?

10    A.   I'm not sure.  I don't want to word it

11  wrong, but it was something along the word that if

12  you have permanent hair loss or -- it just was

13  hair loss, permanent hair loss, something like of

14  that sort, and you have taken a drug Taxotere

15  during chemo treatment.  That's all I can

16  remember.

17    Q.   And in the news feed where you saw that

18  advertisement, there was something that you

19  clicked on; right?

20    A.   I -- first thing I clicked on was the

21  comments.  I just was reading other comments from

22  other people that commented on the post.

23    Q.   What did those comments say, generally?

24    A.   They were like I had hair loss such and

25  such, describing their hair texture, this and

1   to reading up on it and I remember, it didn't tell

2   me permanent.  I was told that I would have

3   temporary hair loss, and that is why I put in a

4   claim for it.

5         Q.   You stated that you were under the

6   impression and that you were told Taxotere causes

7   temporary hair loss; right?

8         A.   Yes.

9         Q.   Who told you Taxotere would cause

10   temporary hair loss?

11         A.   The nurses, the doctors, told me some of

12   the side effects that it would have, that I would

13   have temporary hair loss.  I also did my own

14   research.  I was given material from the nurses,

15   the doctors.  I also went online, researched

16   everything myself.  And it said signs that -- it

17   also gave another name for Taxotere.  Can't

18   remember the name, but they said Taxotere.  It was

19   this class of drugs or something like that.  But

20   when I read the signs and symptoms, they had

21   temporary hair loss, nausea, discoloring of the

22   nails, fatigue, all different symptoms,

23   neuropathy, things like that.

24         Q.   You mentioned that doctors and nurses --

25         A.   Yes.

Page 40

1      Q.   -- told you that hair loss would be
2   temporary.  Which ones?
3      A.   Which doctors and which nurses?
4      Q.   Yes.
5      A.   Dr. Verghese, that I would experience
6   some hair loss.  The nurses, Miss Celeste,
7   Miss Teresa.  They administered my chemo.  They
8   gave me pamphlets and went over the pamphlets,
9   some printout documents that they printed out off
10  the computer and stated that you would have
11  temporary hair loss.  It was some hair loss.  Your
12  hair will grow back after chemo is done, such and
13  such.
14          I also did my own research during that
15  time.  I stayed on a computer through the whole
16  process of me having breast cancer, just finding
17  out any and everything.  Whatever they told me, I
18  went and researched it myself, as well.
19     Q.   I'm going to ask you some questions
20  about that research that you did later, but I want
21  to ask you:  After you saw the advertisement that
22  you responded to, did you do any research during
23  that period of time?
24     A.   No, ma'am.
25     Q.   You mentioned the nurses, Miss Elise and

Page 41

1    Miss Teresa.  Is that the same person or two

2    different people?

3         A.   Two different.

4         Q.   And is Elise a first name?

5         A.   Celeste.

6         Q.   Celeste.  Do you know her last name?

7         A.   No, ma'am.

8         Q.   Do you know Miss Teresa's last name?

9         A.   No, ma'am.

10        Q.   When did you decide you wanted to sue

11   Sanofi?

12        A.   When I realized that my hair hadn't grew

13   back the way it was.  It was real thin.  And I was

14   like I'm thinking that it's a process, and I

15   didn't know that Taxotere caused permanent hair

16   damage, permanent hair loss.

17        Q.   When was that in terms of the year or

18   month?

19        A.   I can't recall.  It had to be a year,

20   maybe two years ago.

21        Q.   Was it --

22        A.   A year and a half.  I'm sorry.  A year

23   and a half, two years.  I'm not sure.

24        Q.   Was it prior to you seeing the

25   advertisements on Facebook?

1       A.    Was it prior to using it?

2       Q.    Was it prior to you seeing the

3   advertisement that you --

4       A.    No.

5       Q.    Let me finish my question.

6       A.    Okay.

7       Q.    Was it prior to you seeing the

8   advertisement that you saw on Facebook?

9       A.    No, ma'am.

10      Q.    So it was after you saw that ad.

11      A.    Yes.

12      Q.    Was there something about that ad that

13  triggered you to want to sue Sanofi?

14      A.    Like I explained once before, I ran

15  across the ad several times.  Didn't pay any

16  attention to it.  Then eventually I guess just

17  kept popping up, popping up, and I clicked on the

18  thing and read the comments.  Then I clicked on a

19  link.  And I was like maybe this is why my hair

20  hasn't grown back, because of the Taxotere.

21      Q.    When was the first time that you saw the

22  ad?

23      A.    I told you it had to be about a year and

24  a half, two years ago.  I can't remember the exact

25  date in time.

1      Q.    What do you recall Dr. Verghese telling

2   you about side effects or the risks of

3   chemotherapy?

4      A.    I remember him saying basically

5   everything, fatigue, temporary hair loss,

6   discoloration of your fingernails, nausea, even

7   death.  He also said, I think -- I'm not sure if

8   it was bone and joint pain.  I'm not sure.  He

9   told me all of them had the same symptoms except

10  for one.

11     Q.    Which one was that?

12     A.    Adriamycin.

13     Q.    Did he tell you what specific symptoms

14  adriamycin had?

15     A.    Everything was the same except for your

16  urine would come out an orangy-looking color.

17     Q.    When he was describing the side effects

18  of the chemotherapy drugs, he was describing the

19  side effects as general side effects of each of

20  the drugs?

21     A.    Yes.

22     Q.    Okay.  With the exception of adriamycin;

23  right?

24     A.    Yeah.  He described the side effects,

25  but it was one that he said that adriamycin would

Page 179

1   also have your urine orangy color.  It's called
2   the Red Devil.
3       Q.    So Dr. Verghese told you that an
4   adriamycin would have this additional side effect
5   --
6       A.    Yes.
7       Q.    -- of turning your urine red.  But all
8   the other side effects that he told you about he
9   said applied to each of the drugs?
10      A.    Uh-huh.
11      Q.    With respect to hair loss, did you
12  understand that to be a side effect of all three
13  drugs you were taking?
14      A.    Yes, temporary hair loss.
15      Q.    Do you remember Dr. Verghese
16  specifically saying the word "temporary"?
17      A.    Yes.
18      Q.    Did he hand you any materials on
19  chemotherapy?
20      A.    He didn't give me any materials.  He
21  wrote down the names of the chemo drugs for me.
22      Q.    Wrote them down on a piece of paper?
23      A.    Piece of paper, yes, ma'am.
24      Q.    Was there anything else written on the
25  piece of paper?

1    that was basically the first thing on there.  When

2    I did my research online, that was the first thing

3    on there.

4         Q.   In Dr. Verghese's office that day, you

5    spoke to him; right?  And you took the two

6    pamphlets from the waiting room.  Did you leave

7    with any other written materials besides -- and

8    you had the list where he wrote the three

9    medications.

10        A.   Medications.  The only other thing that

11   I left with, like I explained earlier before,

12   earlier today, was the medications that I was

13   currently taking that I got every visit that I

14   went to.

15        Q.   Did you accept the risks of chemotherapy

16   as Dr. Verghese explained them to you?

17        A.   Yes.

18        Q.   Did Dr. Verghese ever -- did he tell you

19   anything specifically about Taxotere?

20        A.   No.

21        Q.   Did he tell you specifically anything

22   about Cytoxan?

23        A.   No.

24        Q.   With respect to adriamycin, did he tell

25   you anything specifically about that other than

1      Q.    Pamphlet that she gave you on each drug,

2    were they the same pamphlets that Dr. Verghese

3    gave you for --

4      A.    No.

5      Q.    -- Taxotere and Cytoxan?

6      A.    No, ma'am.  This was something that she

7    printed from off the computer.

8      Q.    Do you remember from what website or

9    anything it said across the top?

10      A.    No.

11      Q.    But you do recall it was specific to the

12    drug?

13      A.    Yes.

14      Q.    Did you read them?

15      A.    Yes, ma'am.

16      Q.    Tell me about the Taxotere printout she

17    gave you.

18      A.    All it did was say what it was used for

19    and just said the side effects.  That's it that I

20    can recall.

21      Q.    Did it tell you about any side effects

22    that you hadn't already been told about?

23      A.    No, not that I can recall.

24      Q.    What did it say with respect to hair

25    loss?

Page 210

1     A.    That you would experience temporary hair
2  loss.
3     Q.    Do you have a specific recollection that
4  the printout that Nurse Celeste gave you, that it
5  said temporary hair loss for the Taxotere
6  printout?
7     A.    Yeah, for all three of them.
8     Q.    For all three.  Tell me what Celeste
9  told you about hair loss.
10     A.    She didn't basically tell me anything.
11  She just read out -- looking over the pamphlets
12  with me and that was it, basically you will
13  experience temporary hair loss, but your hair will
14  grow back, as she held the page, showing me
15  everything.  And also she did state about -- no,
16  she didn't.  She didn't.
17     Q.    Did Celeste tell you that your hair
18  would grow back --
19     A.    Yes.
20     Q.    Let me finish.  Did Celeste tell you
21  that your hair would grow back --
22     A.    Yes, ma'am.
23     Q.    -- to --
24     A.    I'm sorry.  I'm not looking at you.  I
25  thought you were done because you paused.

Page 221

1        Q.   When did they go away?

2        A.   Everything just went away except for my

3    nails and the hair loss like a week after I took a

4    treatment.

5        Q.   So all of the side effects that you

6    experienced one week after completing your sixth

7    cycle were gone with the exception of your nail

8    nails and toenails and the hair loss; right?

9        A.   Uh-huh.

10       Q.   Did your nail nails and toenails ever

11   turn back to a natural color?

12       A.   Yeah.  I can't recall how long it took,

13   but it did.

14       Q.   Tell me about your hair regrowth.  How

15   did that progress?  First, when did it start

16   growing back?

17       A.   It had to be in the end of April,

18   beginning of May, because I remember for my son's

19   graduation, it was real short and thin, and I

20   didn't put a wig or anything else on or a scarf.

21       Q.   Is that May of 2000- and --

22       A.   -- '10.

23       Q.   So between the time that your hair was

24   completely gone and May of 2010 -- let me ask you

25   this.  Strike that.

Page 222

1          Do you remember when the first hair
2     started growing back?
3          A.   No, I don't remember.
4          Q.   But you know it was prior to May 2010?
5          A.   Yes.
6          Q.   And by May 2010, tell me what your hair
7     looked like.
8          A.   Real thin, short, but it was hair
9     whereas, too.
10         Q.   It was hair what?
11         A.   It was hair.  I decided not to put on a
12    wig or a scarf.  My sister and my kids was like,
13    Put on a scarf or a wig.  It's still thin, thin,
14    thin.
15         Q.   Did it eventually grow back thicker?
16         A.   No.  This is as thick as it ever got,
17    this.
18         Q.   So in May of 2010 --
19         A.   No.  My hair was not like this.  It was
20    still --
21         Q.   You have to let me finish my question.
22         A.   I thought you were done.
23         Q.   In May of 2010, did it look like it does
24    today?
25         A.   No.

Page 224

1    back in?  You said years ago.

2            MS. MENZIES:  Object to the form.

3        A.   It's no time limit because it's like --

4    I don't know.  It's growing.  I thought it was

5    just a process that took time to grow, and it

6    never got back the way that it was before chemo.

7    BY MS. MIMS:

8        Q.   How is it different than it was before

9    chemo?

10       A.   Before chemo my hair was thicker.  I

11   didn't have certain bald spots.  I didn't have to

12   use my hair to cover anything up.  I wore short,

13   short styles.  I also wore bobs, shoulder-length

14   styles that was my own hair.

15       Q.   So you were able to style it

16   differently?

17       A.   Yes.

18       Q.   Where are there bald spots now?

19       A.   On the sides, basically in the middle,

20   the top.  This just started growing back

21   (indicating).  When I wash it, it's even thinner

22   than it's --

23       Q.   How long have the bald spots on the

24   sides been there?

25       A.   It's been there.

1      Q.    Since when?

2      A.    It started growing back after the chemo.

3      Q.    So the bald spots have been there since

4  after you completed the chemo?

5      A.    It started growing back and it didn't

6  grow back into everything else.

7      Q.    At what point did the bald spots that

8  you're referring to on the sides get to where they

9  currently are now, the hair growth that they have

10 now?

11          MS. MENZIES:  Object to the form.

12     A.    It's still thin.

13 BY MS. MIMS:

14     Q.    It's still thin?

15     A.    Compared to what's --

16     Q.    Let me clarify.  You're describing bald

17 spots.  Does that mean there are spots on your

18 head where there's absolutely no hair growth?

19     A.    Thinning.  It's thinning.

20     Q.    Okay.  So by bald spots, there are areas

21 of your head where the hair is thinner?

22     A.    Yes.

23     Q.    And that's what you were referring to in

24 terms of the sides, the middle, and the top;

25 right?

1        A.    Yes, ma'am.

2        Q.    Do you have any areas on your head where

3    the hair completely did not grow back and it's

4    bald, there's no hair there?

5        A.    Some spots, like in the top, but you

6    would have to -- it may be thin.

7        Q.    So you don't know if you have any that

8    are completely bald?

9        A.    Yes, like right here (indicating).

10       Q.    She can't take down right here, so

11   you're going to have to describe where you're

12   pointing to on your head.  I'm sorry.

13       A.    Top left-hand side should be a little

14   bald right here (indicating).

15       Q.    And that is hair that has never grown

16   back since it fell out; right?

17       A.    Is there any other place on your head

18   where the hair has just completely not grown back.

19            MS. MENZIES:  Object to the form.

20       A.    Not that I can recall.

21   BY MS. MIMS:

22       Q.    So tell me the areas that you believe

23   are thinner.

24       A.    All over.

25       Q.    What percentage thinner would you say

Page 232

1      Q.   All right.  Mrs. Francis, I want to
2  clear up the issue that we were discussing before
3  the break, which is the bald spot on the top
4  left-hand part of your head.  Was there a point at
5  which hair grew into that spot and then it fell
6  out and became bald?
7      A.   Yes.  Hair grew into it.  It's not
8  really bald-bald.
9      Q.   That's what I'm trying to clarify.
10      A.   It's thin.
11      Q.   Okay.  So the hair that's in the top
12  left-hand part that's there now, has that also
13  been there since around 2012?
14      A.   Yes.
15      Q.   At the point in which you began to lose
16  the hair on your head during chemotherapy, did you
17  lose hair anywhere else on your body?
18      A.   Yes, ma'am.
19      Q.   Did you lose your eyebrows?
20      A.   Every part of my body that hair grew on.
21      Q.   At what point were your eyebrows and
22  eyelashes -- at what point were they completely
23  gone?
24      A.   They were gone by the second treatment.
25      Q.   When did they start to grow back?

1          A.    Oh, my God.  I don't think I have any.

2          Q.    Any -- which -- when you say "any," do

3     you mean eyelashes or eyebrows?

4          A.    Lashes, eyebrows.  I don't remember, but

5     they're real thin.  I can't even get them waxed.

6     There's nothing to wax.

7          Q.    So now you're talking about your

8     eyebrows.

9          A.    Yes.

10         Q.    Let's talk about them one at a time.

11    Your eyebrows, you described them as thin.  When

12    did they start to grow back in at all?

13         A.    I can't recall.

14         Q.    How long have they been thin, as they

15    are now?

16         A.    Ever since chemo and it started to grow

17    back.  Before chemo, they were not thin.

18         Q.    How about -- let's use May 2010, your

19    son's graduation.

20         A.    Yes.

21         Q.    When you went to that graduation --

22         A.    No.

23         Q.    -- had your eyebrows grown back in?

24         A.    No.

25         Q.    Not at all?

1    are you referring to your underarms?

2         A.   Underarms.

3         Q.   Do you have any hair under your

4    underarms now?

5         A.   If I have hair under my underarms, it's

6    like a strand or two that you can't see.

7         Q.   And it's been like that since you had

8    chemo; right?

9         A.   Yes.

10        Q.   Does it bother you that you don't have

11   hair under your underarms now?

12        A.   Oh, no, indeed, not like that.

13        Q.   How about pubic hair?  Did that grow

14   back?

15        A.   Some of it grew back, but not all, thin.

16        Q.   At the time when your hair was coming

17   out and then eventually when it was gone, it was

18   your belief at that time that the chemotherapy was

19   causing that; correct?

20        A.   Yes, ma'am.

21        Q.   Did that belief ever change?

22        A.   No.

23        Q.   Which of the chemotherapy drug or drugs

24   did you think was causing your hair to fall out?

25        A.   All, because each pamphlet that I read

1    and all the information I got is that it would
2    cause temporary hair loss.
3         Q.   Did that belief ever change at all, the
4    drugs caused the hair loss?
5         A.   Did that belief ever change?
6         Q.   Yes.
7         A.   When I read the thing, post, on Facebook
8    about Taxotere causing permanent hair loss, it
9    changed, meaning that it wasn't the other drugs.
10   It was that specific drug.
11        Q.   Post on Facebook caused you to change
12   your belief as to what made the hair initially
13   fall out?  Is that what you're saying?
14             MS. MENZIES:  Object to the form.
15   BY MS. MIMS:
16        Q.   Or did it change your belief as to
17   whether it caused the hair to -- problem with hair
18   regrowth?  I want to make sure I'm clear on what
19   that Taxotere posting --
20        A.   From my understanding, the initial --
21   from chemo, from what I read, what others have
22   told me, that it was a temporary hair loss, that
23   my hair will grow back, maybe a different texture,
24   I think, but it will grow back.  It never said
25   that it wouldn't -- it would be a permanent thing,

Page 237

1    whereas to -- it don't grow back to the fullness
2    of it or anything like that.
3         Q.   The posting that you saw regarding
4    Taxotere, did that cause you to change your belief
5    that all three of the chemotherapy drugs caused
6    your hair to fall out?  Just talking about the
7    hair falling out at this point.
8         A.   Oh, the hair.  No.
9         Q.   So as you sit here today, you believe
10   all three chemotherapeutic drugs may have played a
11   role in your hair falling out; is that right?
12        A.   Yes.
13        Q.   After reading the post on Facebook, is
14   it fair to say that you believed that Taxotere
15   caused your hair to grow back in thinner; is that
16   right?
17        A.   I would say that all the chemo drugs put
18   together, no matter what chemo -- not going to say
19   what chemo drug, but the chemo drugs that I was
20   given, my hair -- under the impression that I
21   would have temporary hair loss, and I always
22   wondered why my hair is growing, but it's not
23   growing back the way it was.
24             And when I read the posts about Taxotere
25   and I read the comments that other women were

1    saying, that would make me think that this is why

2    my hair didn't grow back the way it was.

3         Q.   "This" meaning Taxotere?

4         A.   Yes, ma'am.

5         Q.   Did any doctor ever tell you that

6    Taxotere had any role to play in your hair growing

7    back thinner?

8         A.   No.

9         Q.   Did any doctor ever tell you that

10   Taxotere had any role to play in having bald spots

11   or anything like that on your head?

12        A.   No.

13        Q.   Did any doctor ever tell you that

14   Taxotere caused the hair under your arms not to

15   grow back the same?

16        A.   No.

17             MS. MIMS:  Going to mark Defense Exhibit

18        10.

19                       - - -

20          (Exhibit Number 10 marked)

21             MS. MENZIES:  Thank you.

22   BY MS. MIMS:

23        Q.   Defense Exhibit 10 is University Medical

24   Center, New Orleans, 00343 to 344.  You see that

25   this is dated August 6, 2009, in the upper

Page 259

1     A.   I think so.  I'm not sure.

2     Q.   Do you still see an oncologist?

3     A.   Yes.

4     Q.   Who is your current oncologist?

5     A.   Dr. Bridgette Collins.  Once I had the

6  hysterectomy, went for a follow-up.  I liked the

7  environment, so I swapped oncologists.

8     Q.   When did she become your oncologist?

9     A.   In July of 2012.

10    Q.   How often do you see Dr. Collins?

11    A.   Every six months.

12    Q.   So she's been your oncologist for over

13 five years now?

14    A.   Yes.

15    Q.   And you see her twice a year?

16    A.   Yes.

17    Q.   And any of these visits since 2012, have

18 you ever expressed any concern to her or ever

19 asked her any questions about your hair loss?

20    A.   No.  Basically I think I asked Ron, her

21 nurse practitioner, and he said just follow up

22 with your primary care physician.

23    Q.   What is Ron's name?

24    A.   Ron Stein.

25    Q.   When did you speak with Ron about hair

Page 260

1    loss?

2        A.    I don't remember.  I can recall speaking

3    with him about it.

4        Q.    Was it closer to the time you had just

5    retained Dr. Stein or more recent?

6        A.    It might have been closer to the time I

7    had started seeing Dr. Bridgette Collins.

8        Q.    So closer to 2012?

9        A.    I'm not sure of the exact date.

10       Q.    What did you say to Mr. Stein?

11       A.    I just asked him could he prescribe

12   anything I could treat my hair with.  I'm not sure

13   exactly what the conversation was, but I know I

14   mentioned it to him, and his words was to check

15   with my primary care physician.

16       Q.    Did you follow up and check with your

17   primary care physician?

18       A.    Yeah.  I asked my primary care physician

19   several occasions until recently he referred me to

20   Dimitri.

21       Q.    Tell me who "he" is.  Who was the

22   primary --

23       A.    Dr. Tillery.  Oh, come on, Tanya.  Slow

24   down.

25       Q.    What did you say to Dr. Tillery about

1   your hair?

2        A.   I was like -- the first discussion we

3   had, it was -- been -- I asked him about my hair,

4   and he was like, I can refer you to a

5   dermatologist, such and such.  Never did.  Never

6   did.  And I was persistent this last time.  This

7   year I started seeing a dermatologist.  And I

8   don't know the name of the injections, but they

9   gave me -- I went every three weeks for about two

10  months.  Gave me injections with ultraviolet

11  light, put on it a cream, and basically that was

12  it.

13       Q.   What exactly did you ask Dr. Tillery

14  about your hair?

15       A.   I was like, My hair is not getting

16  thicker.  Can you give me something to get it to

17  grow?  And he said he would have to refer me to a

18  dermatologist.

19       Q.   Did you ask Dr. Tillery why your hair

20  was not getting thicker?

21       A.   No.

22       Q.   What is the name of the dermatologist he

23  referred you to?

24       A.   Dimitri Dermatology.

25       Q.   When was the first time you asked

Page 262

1   Dr. Tillery about your hair and expressed a
2   concern about it not getting thicker?
3        A.   I don't recall.  I can't remember.  But
4   I know I asked him.  I can't remember.
5        Q.   Was it years ago?
6        A.   May have been.  I'm not sure.
7        Q.   How often do you see Dr. Tillery?
8        A.   Every six months.
9        Q.   And you indicated that you asked him
10  several times before he gave you a recommendation;
11  right?
12       A.   Yes.
13       Q.   Was it two, three, four times?
14       A.   I don't recall.
15       Q.   So the recommendation that he finally
16  gave you was Dimitri Dermatology; right?
17       A.   Yes, ma'am.
18       Q.   Where is that located?
19       A.   I don't know the exact address, but it's
20  on, I guess, Meadowcrest Boulevard.  That's in
21  Gretna, Louisiana.
22       Q.   When was the first time you went there?
23       A.   I don't remember.  It was this year.
24       Q.   Did you see a dermatologist there?
25       A.   Yes.

Page 263

1      Q.   What was the name of the dermatologist?

2      A.   Janice Birkhoff.  I'm not sure of the

3   last name.

4      Q.   Janice?

5      A.   Yes.

6      Q.   What did you tell -- is it Dr. Birkhoff?

7      A.   Yeah.

8      Q.   What did you tell Dr. Birkhoff the

9   reason you were coming to see her was?

10      A.   My hair.  She asked me was anything

11   else.  I was like my hands, things like that.  And

12   she did blood work, did tests and everything.

13      Q.   Did you tell her anything specific as it

14   relates to your hair?

15      A.   That it's not -- that I can recall, that

16   it's not getting thicker.  It's not growing back.

17   It's real thin.

18      Q.   So you told her your hair wasn't growing

19   back, it was thin, and asked her if she could help

20   you do anything about that?

21      A.   Yeah.  She did blood work.  The blood

22   work came back.  It wasn't alopecia.  She started

23   a treatment with injections.

24      Q.   Did she tell you anything else about the

25   results of the test other than it wasn't alopecia?

1      A.    No, not that I can recall.  I don't

2  think so.

3      Q.    Did she tell you what type of test she

4  was giving you?

5      A.    No, not that I can recall.

6      Q.    Did she diagnose you with any type of

7  condition related to your hair loss?

8      A.    No.

9      Q.    Tell me about the injections that you

10  had.

11      A.    I don't remember the name of them, but

12  it was injections that they injected so many

13  centimeters wherever it was thinning at.

14      Q.    When was the first time you had an

15  injection?

16      A.    I'm not sure.  It was over the

17  summertime.  I'm not sure exactly what date.

18      Q.    How many visits did you have where you

19  went in for injections?

20      A.    I think I did like three, four.  Maybe

21  three -- three injections every three weeks.

22      Q.    When you went in for an injection, was

23  it one injection or multiple?

24      A.    Multiple injections.

25      Q.    Did she tell you how the injections were

1    supposed to work?

2          A.    I don't remember.

3          Q.    Did she tell you why she was

4    recommending that you get the injections?

5          A.    I think she said it would help.  It

6    would help with the growing my hair, and if I

7    didn't see a change in it that I can stop at any

8    time.

9          Q.    How many times did you go in for these

10   injections?

11         A.    About three or four times.

12         Q.    When was the last time you were there?

13         A.    I don't remember.  Could be in August.

14   I'm not sure of the date.

15         Q.    The last time you were there, did you

16   get injections?

17         A.    Yes.

18         Q.    Has Dr. Birkhoff told you that she

19   believes the injections are working or aren't

20   working?  What has she said about them?

21         A.    No, nothing.

22         Q.    Has she tracked the progress?

23         A.    No.  She'll come in.  How is everything

24   going, such and such.  And she'll send the -- I

25   guess the nurse in, and she'll give me the

Page 267

1      A.   Same.

2      Q.   And three years past chemo?

3      A.    (Nodding head affirmatively).

4      Q.   Four years past chemo?

5      A.   Yes, ma'am.  I'm sorry.

6      Q.   What about today?  Do you still think

7    today it's taking a little bit longer?

8           MS. MENZIES:  Object to form.

9      A.   I'm sorry?

10   BY MS. MIMS:

11     Q.   We got up to four years past

12   chemotherapy.  Let's just go through to present

13   day.

14          At five years past chemotherapy, were

15   you still under the impression that your hair

16   might just be taking a little bit longer to grow

17   than you originally thought it would?

18     A.   I'm not sure.

19          MS. MENZIES:  We're in the last hour.

20          MS. MIMS:  We are nearing the end.

21          I'm going to mark as Exhibit 18, I

22        believe it's 12 pages of photographs.  Let me

23        just count one more time.  Thirteen pages of

24        photographs.

25                       - - -

1      Q.   You trusted his recommendation for his

2  treatment of you?

3      A.   Yes.

4      Q.   If Dr. Verghese recommended again for

5  you today the exact same chemotherapy regimen and

6  told you that that was your best chance for

7  survival to beat breast cancer, would you follow

8  his advice?

9      A.   After knowing what I know today, no.  I

10  would ask for a second opinion, ask him to do some

11  research on other medications.

12      Q.   Why not?

13      A.   Knowing that Taxotere causes permanent,

14  not temporary, hair loss, I would have asked him

15  to do more investigation, find another drug that I

16  can take.

17      Q.   And if Dr. Verghese told you that his

18  best recommendation for you was the same

19  chemotherapeutic regimen and that there was the

20  risk that some of your -- that your hair would

21  grow back differently, that it might be a little

22  bit thinner, but that that was his recommendation

23  for your best chance of survival to beat the

24  breast cancer, would you follow his advice?

25      A.   Today?