# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5              Plaintiffs,

6

7    VERSUS              CIVIL ACTION NO. 2:16-cv-17731

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-HARMA S.A.,

12             Defendants.

13

14

15

16

17

18            DEPOSITION OF BARBARA EARNEST

19

20        Taken at the Offices of Barrios, Kingsdorf &

21        Casteix, LLP, 701 Poydras Street, Suite 3650,

22        New Orleans, Louisiana, on Thursday, December

23        21, 2017, beginning at 8:42 a.m.

24

25   JOB NO. 2757174

Page 2

1                    A P P E A R A N C E S

2

3        DARIN  SCHANKER,  ESQUIRE

4        Bachus  &  Schanker,  LLC

5        1899  Wynkoop  Street,  Suite  700

6        Denver,  Colorado   80202

7        Dschanker@coloradolaw.net

8            ATTORNEY  FOR  PLAINTIFF

9

10       KELLY  BIERI,  ESQUIRE

11       JASON  RHAE  HARMON,  ESQUIRE

12       Shook,  Hardy  &  Bacon,  LLP

13       2555  Grand  Boulevard

14       Kansas  City,  Missouri   64108

15       Kbieri@shb.com

16       Jharmon@shb.com

17           ATTORNEYS  FOR  DEFENDANT

18

19

20   REPORTED  BY:

21   MONICA  SCHROEDER,  RPR,  CRR,  CSR  #1285

22   COURT  REPORTER  &  NOTARY  PUBLIC

23

24

25

1       A.    When we ate.

2       Q.    The gumbo?

3       A.    Yes.

4       Q.    And did you discuss your case over the

5    gumbo?

6       A.    No.

7       Q.    You mentioned that you gave approximately

8    100 pages of records to your lawyers.  When do you

9    think that you did that?

10       A.    I'm trying to think.  I know it was in

11    2016 -- I'm not sure of the month -- when I

12    contacted them to have them -- because I didn't

13    even know about this.  It was through my brother,

14    that he seen their advertisement on TV about

15    Taxotere.  And he called me, and then I got in

16    touch with the lawyer.  And then that's when I

17    sent information, what ever I had, I sent it to

18    them.

19       Q.    And you didn't make copies to keep for

20    yourself?

21       A.    No.

22       Q.    Did you have any information or documents

23    related to your cancer treatment or diagnosis in

24    any way that you didn't provide to your lawyers?

25       A.    No.

1      A.   Yes, I drove.  But I was told, bring

2   nothing, so I brought nothing.

3      Q.   Was there something that you wanted to

4   bring that you chose not to bring?

5      A.   A purse.  A lady always carries a purse.

6      Q.   Or a really big, heavy bag, indeed.

7           Have you talked to your husband about

8   this deposition?

9      A.   No.

10     Q.   Did you talk to your son, Ralph, about

11  the deposition?

12     A.   No.

13     Q.   Other than to say you were giving one?

14     A.   Right.

15               (Exhibit 1 was marked.)

16  MS. BIERI:

17     Q.   Mrs. Earnest, I'm going to be handing you

18  what's been marked as Exhibit 1 to your

19  deposition.  Have you ever seen a copy of this

20  document before?

21     A.   Yes.

22     Q.   When did you first see a copy of Exhibit

23  1?

24     A.   This past week.

25     Q.   And did you read the whole document?

1   approximately 100 pages of records to your

2   counsel, what else did you keep on that shelf?

3       A.   Cookbooks.  My husband has a book on

4   projects around the house, dictionary, little

5   story books for my grandson.  I'm trying to think

6   what else is on there.  Coloring books, puzzles.

7   That's about it.

8       Q.   Other than the documents that you kept on

9   the shelf in the bookcase, did you ever keep

10  documents related to your cancer diagnosis or

11  cancer treatment anywhere else in your home?

12      A.   That's where I found that book that they

13  just sent you, was it was in my locker on the top

14  shelf.

15      Q.   So it was in the same bookcase?

16      A.   No.  It was in my locker, same room.

17  MR. SCHANKER:

18          Toby's room?

19  THE WITNESS:

20          Toby's room.

21  MS. BIERI:

22      Q.   You say it was in your locker.  What does

23  that mean?

24      A.   I had it in one of these type of things

25  that holds books.  It's a type of metal thing that

1    MS. BIERI:

2        Q.    I'm glad to hear that.  No reason to

3    think you've had recurrence?

4        A.    Right.  No.

5        Q.    And since your treatment in 2011, you've

6    had no recurrence, correct?

7        A.    Correct.

8        Q.    I'm very glad to hear that.

9        A.    Yes.  Thank you.

10       Q.    You understand we're here because of a

11   lawsuit that you filed regarding Docetaxel,

12   correct?

13       A.    Correct.

14       Q.    What is the injury that you are alleging

15   in this lawsuit?

16       A.    That I wasn't informed that my hair

17   wasn't going to grow back.  And from what I'm

18   told, the doctors didn't even know that.

19       Q.    Who told you the doctors didn't know

20   that?

21   MR. SCHANKER:

22            And I'll instruct you not to answer if

23   what would be responsive is information you

24   learned from communications with your law firm.

25   So anything outside of communications with your

1   law firm that's responsive, Barbara, go ahead and

2   answer.

3        A.   Then I can't answer it.

4   MS. BIERI:

5        Q.   So you can't answer the question of who

6   informed you that the doctors allegedly didn't

7   know --

8        A.   Right.

9        Q.   -- without violating your counsel's

10  attorney/client privilege instruction?

11       A.   Correct.

12       Q.   Have you ever talked to any of your

13  doctors about this lawsuit?

14       A.   No.

15       Q.   Has any healthcare provider ever told you

16  that the current condition of your hair, in their

17  opinion, is due to Docetaxel?

18       A.   No.

19       Q.   Have you ever asked any healthcare

20  provider if they believe or are aware that

21  persistent or permanent hair loss is a potential

22  side effect of Docetaxel use?

23       A.   Okay.  Have I -- can you repeat it?

24       Q.   A hundred percent.  At any time, have you

25  ever asked any healthcare provider if they think

1  that permanent or persistent hair loss is a

2  possible side effect of Docetaxel?

3      A.   No, I didn't, because I didn't know at

4  the time.

5      Q.   I'm not asking -- I think we're saying

6  different questions.  Have you ever asked that

7  question?

8      A.   No.

9      Q.   Through today, you've never asked that

10  question?

11      A.   No, through today.

12      Q.   Are you claiming that there has been a

13  change to your hair because of Docetaxel?

14      A.   Yes.

15      Q.   Can you tell me specifically what that

16  claim is?

17      A.   That my hair is not growing back.

18      Q.   What was the impetus of you contacting a

19  lawyer regarding the condition of your hair?

20  MR. SCHANKER:

21          Objection, form.

22  MS. BIERI:

23          Strike.

24      Q.   Well, you've brought a lawsuit, correct?

25      A.   Yes.

Page 71

1      Q.   Where does Jules live?

2      A.   In Montague.  Like out of Houma, if you

3  recognize Houma.

4      Q.   What is Jules' date of birth,

5  Mr. LeBlanc's date of birth?

6  MR. SCHANKER:

7           Objection to form.

8      A.   Oh, let's see.  1936.

9  MS. BIERI:

10     Q.   Tell me about that conversation that you

11  had with Jules.

12     A.   Well, he called me one day --

13     Q.   Do you mind if I say Jules?  I can say

14  Mr. LeBlanc.

15     A.   Sure.  He called me one day and asked me

16  if I seen the advertisement about a drug that's

17  causing baldness.  And I said, no.  What are you

18  talking about?

19          And he says, well, I don't know if you

20  took it, but -- because he knows my hair is not --

21  didn't grow back yet.  And so when he told me the

22  drug, I recognized the name.  So I looked in my

23  records, and I did have that name in there.

24     Q.   And when you -- and were the records that

25  you looked at Exhibit 2?

```
 1   your brother, Mr. LeBlanc, did you ever talk to
 2   anyone about your hair loss or the condition of
 3   your hair?
 4        A.   Well, I honestly, really didn't have to
 5   talk to anybody.  They all knew, just looking at
 6   me.
 7        Q.   I'm not asking you that.  Did you have
 8   any conversations with anyone about your hair loss
 9   before talking to Mr. LeBlanc?
10        A.   No.  I'm going to have to say no.
11        Q.   Never a conversation with your husband
12   prior to the conversation with Jules regarding a
13   law firm advertisement about your hair loss or the
14   condition of your hair?
15   MR. SCHANKER:
16             Objection, form.
17        A.   I didn't have to.  He knew about it.  I
18   don't understand --
19   MS. BIERI:
20        Q.   You are trying to answer something that I
21   think is a little bit different than what I'm
22   asking.  I just am curious to know -- and maybe
23   the answer is simply no -- if you had any
24   conversations with your husband prior --
25        A.   Yes.  My hair ain't growing back.  That's
```

Page 80

```
 1    about what I've always said, my hair is not
 2    growing.  Why is it taking so long to grow.
 3         Q.   And were you feeling frustrated by that?
 4         A.   Oh, very frustrated with my hair not
 5    growing.
 6         Q.   And did your husband say anything in
 7    response to those comments?
 8         A.   Sure.  He would say, don't worry, you are
 9    still beautiful.  But that's not true.
10         Q.   How long have you been married?
11         A.   45 years.
12    MS. BIERI:
13              Do you want to take a quick break?
14    THE WITNESS:
15              Uh-huh.
16    MS. BIERI:
17              Absolutely.
18                   (Off the record at 10:32 a.m.)
19                   (Back on record at 10:33 a.m.)
20    MS. BIERI:
21         Q.   Other than conversations with your
22    husband that you've told me about, can you think
23    of any other conversations you've had regarding
24    the condition of your hair?
25    MR. SCHANKER:
```

1          Objection to form.

2      A.   Not really.  Other than Dr. Carinder,

3   when I asked him about my hair loss.  He just

4   said, it's going to grow back.  It takes time.

5   And I --

6   MS. BIERI:

7      Q.   Are you saying that you have a

8   recollection of discussing your hair loss with

9   Dr. Carinder?

10  MR. SCHANKER:

11          Objection to form.

12     A.   Or just asking him about it, you know,

13  when is it going to grow back.

14  MS. BIERI:

15     Q.   When did you have that conversation?

16     A.   I don't know.

17     Q.   Was it when you were in chemotherapy?

18     A.   It was after chemo.  So it had to be

19  after 2011, November, because I know it was at the

20  end of November, I took my last chemo in November.

21  Or last radiation, because after the chemo was the

22  radiation.

23     Q.   So do you think it was while you were in

24  radiation?

25     A.   No.  It was after that.

1      Q.   Okay.  I'm sorry.  I misunderstood.

2           And what is your -- do you think it was

3  in 2012?

4      A.   '12, yes.

5      Q.   Do you think it was in the early part of

6  2012?

7      A.   Uh-huh.  Yes.

8      Q.   Do you have a recollection of what month?

9      A.   Not -- probably the -- say, February,

10  March.  I know it was early in the year because I

11  was just waiting for it to start growing back.

12      Q.   Because you thought it would --

13      A.   I --

14      Q.   You thought it should be growing back by

15  then, correct?

16      A.   Sure.  Correct, yes.

17      Q.   And what is your recollection of what

18  Dr. Carinder told you?

19      A.   That it's going to come back.  It just

20  takes time.  So I just kept waiting.

21      Q.   Did he give you any specific timeframe?

22      A.   No, he didn't.

23      Q.   Did you ask for a specific timeframe?

24      A.   No, I didn't.

25      Q.   And did he -- at the time that you had

Page 83

1   that conversation with Dr. Carinder in February or

2   March of 2012, did you attribute the condition of

3   your hair to chemotherapy?

4   MR. SCHANKER:

5           Objection, form.

6       A.   No.   Did I think that my hair loss was

7   because of chemo?

8   MS. BIERI:

9       Q.   Uh-huh.

10      A.   Oh, definitely then, yes, because I was

11  told I was going to lose my hair.

12      Q.   And then you did lose your hair.

13      A.   Yes.

14      Q.   In February or March of 2012, when you

15  talked to Dr. Carinder, you assumed that the

16  condition of your hair growth or lack thereof was

17  due to chemo?

18      A.   Right.

19      Q.   Is that right?

20      A.   Yes.   Yes.

21      Q.   Is it your understanding that you took

22  three chemotherapy drugs?

23  MR. SCHANKER:

24          Objection, form.

25      A.   Yes.   What I have written in my book are

1   the ones that I took.

2   MS. BIERI:

3        Q.   Adriamycin?

4        A.   Uh-huh.

5        Q.   Cytoxan?

6        A.   Uh-huh.

7        Q.   And you have written Taxotere?

8        A.   Yes.

9        Q.   While we're talking about that, is it

10  your understanding that Taxotere is a brand name

11  for the drug Docetaxel?

12       A.   Yes.

13       Q.   Is it your understanding that you didn't

14  actually take branded Taxotere, but took a

15  different form of Docetaxel?

16  MR. SCHANKER:

17            Objection, form.

18       A.   I didn't know what type I took, just --

19  MS. BIERI:

20       Q.   Let's look at your Second Amended PFS

21  really fast.

22       A.   Okay.

23                 (Exhibit 3 was marked.)

24  MS. BIERI:

25       Q.   I'm going to hand you what has been

 1   MS. BIERI:

 2       Q.   So you took Adriamycin, also known as

 3   doxorubicin; Cytoxan, which is also known as

 4   Cyclophosphamide; and Docetaxel, which can be sold

 5   under the brand name Taxotere, which is recorded

 6   in Exhibit 2 of your notebook, correct?

 7   MR. SCHANKER:

 8            Objection, form.

 9       A.   Right.

10   MS. BIERI:

11       Q.   Is that your understanding?

12       A.   Yes.

13   MR. SCHANKER:

14            Same objection.

15   MS. BIERI:

16       Q.   When you spoke to Dr. Carinder in early

17   2012 and asked him about your hair, did you think

18   that one of the specific chemotherapy drugs you

19   took caused your -- the condition of your hair; or

20   you just assumed it was one of those three drugs?

21   MR. SCHANKER:

22            Objection, form.

23       A.   I didn't -- I knew I lost my hair because

24   of chemo, but I didn't know that it was not coming

25   back because of the chemo.

```
1   MS. BIERI:
2       Q.   We're talking about different things.
3   I'm just asking -- I'm asking you, at the time
4   that you spoke with Dr. Carinder in early 2012,
5   you thought that the condition of your hair was
6   because of a chemotherapy agent, correct?
7   MR. SCHANKER:
8           Objection, form.
9       A.   Right.
10  MS. BIERI:
11      Q.   Did you -- and we've established that you
12  took three chemotherapy drugs, correct?
13      A.   Correct.
14      Q.   At that time, did you have a thought that
15  it was a specific one of those, or just a
16  chemotherapy, one of the three?
17  MR. SCHANKER:
18          Objection, form.  Asked and answered.  A
19  compound question, vague, and misstates --
20  MS. BIERI:
21          Can you just say "form," Mr. Schanker,
22  under deposition protocol, please?
23      A.   I didn't think about it being one or all
24  three.  I really didn't -- I just knew that it was
25  the chemo that did it.
```

1    describe it.

2         A.   I don't have it, if it's something.

3         Q.   Fair enough.  Let me give you what my

4    description is.  You don't have anything you

5    consider a blog; is that correct?

6         A.   I don't even know what that is, so, no, I

7    don't have it.

8         Q.   Fair enough.

9         A.   I'm in the Stone Age still.

10                   (Exhibit 6 was marked.)

11   MS. BIERI:

12        Q.   I'm going to hand you what is being

13   marked as Deposition Exhibit 6.  Do you know what

14   this is?

15        A.   Yes.

16        Q.   What is it?

17        A.   The book that I just recently gave to my

18   lawyers.

19        Q.   And this is the book that was in what you

20   were calling your locker?

21        A.   Yes.

22        Q.   That you found when you were looking to

23   do your property taxes, correct?

24        A.   Yes.  Yes.

25   MR. SCHANKER:

1          Objection, form.

2     MS. BIERI:

3          Q.   Did you buy this book?  Is this a book?

4     MR. SCHANKER:

5          Objection, form.

6          A.   It's a book.

7     MS. BIERI:

8          Q.   It's a book?

9          A.   It's a book, but I don't think I bought

10    it.  Or I know I didn't buy it.

11         Q.   Was it given to you?

12         A.   No.  I -- I'm almost sure it was in the

13    doctor's office, laying on a table, and I took it.

14    They had a bunch of them, and I took one.  I was

15    told that we could have them.

16         Q.   And what doctor's office was that?

17         A.   Dr. Carinder.

18         Q.   And was that before you started

19    chemotherapy treatment?

20         A.   It might have been while I was into

21    chemo.  I don't know which stage I was in, you

22    know, chemo 1, chemo 2.  When I went there one

23    day, I seen the book, and I asked if I could have

24    it.

25         Q.   And they said yes?

Page 99

```
 1      A.   Yes.
 2      Q.   And so are you saying that it was either
 3  before chemotherapy or during chemotherapy?
 4      A.   During chemotherapy.
 5      Q.   You are sure it wasn't before you started
 6  chemotherapy?
 7  MR. SCHANKER:
 8          Objection, form.
 9      A.   No.  It wasn't before.
10  MS. BIERI:
11      Q.   How are you sure of that?
12      A.   Because I know -- because when I went
13  there the first time was a day that they did --
14  told me about what was going to happen to -- what
15  they were going to do.
16          And the next time I went, I started
17  taking the chemo.  So it had to be much later.  It
18  had to be on -- when the chemo was happening.
19      Q.   What office was this book at?
20      A.   I can't give you the address, but I can
21  look it up.
22      Q.   Was it Dr. Carinder's office?
23      A.   Yes, Dr. Carinder's office.  I just said
24  I got it out of his office.
25      Q.   Where did you receive your chemotherapy
```

Page 100

1    treatments?

2         A.    In the same building that he's in, but a

3    different floor.

4         Q.    Okay.  But this book was in his office --

5         A.    His office --

6         Q.    -- space?

7         A.    Yes.

8         Q.    And I'm -- I'm very uncomfortable saying

9    this to you, but will you try not to talk over me.

10   I don't want to seem rude to you, but I just

11   really want to make the record clear.  Is that

12   okay?

13        A.    Yes.

14        Q.    So this book, Exhibit --

15        A.    6.

16        Q.    -- 6 came from Dr. Carinder's physical

17   office?

18        A.    Yes.

19        Q.    His lobby?

20        A.    Yes.

21        Q.    Or his waiting area?

22        A.    Yes.

23        Q.    Now, you met with Dr. Carinder several

24   times before you started chemotherapy, correct?

25   MR. SCHANKER:

Page 165

1   week.  It could have been two.  I don't know how

2   soon they put me on their books.  But I know the

3   appointment was that February 4th.  And it was a

4   practitioner who seen me that day, her

5   practitioner, and then from there, they sent me to

6   go do the mammogram.

7        Q.   And an ultrasound, right?

8        A.   And an ultrasound, yes.

9        Q.   Prior --

10       A.   But she did the whole ball -- the whole

11  female exam.

12       Q.   A pap smear, as well?

13       A.   Yes.

14       Q.   A pelvic exam, as well?

15       A.   Yes.

16       Q.   And that was on -- the pelvic exam --

17       A.   Was on that day.

18       Q.   Had you ever seen Dr. Schultis before

19  February 4th of 2011?

20       A.   No.  No.  She was not my doctor.

21       Q.   Did you have an OBGYN prior to

22  Dr. Schultis?

23       A.   Not on a regular basis.  Like I say, I

24  went in '07 and seen Duffour, and he did a pelvic

25  exam.  He did the hand breast exam, but he didn't

```
 1   send me to do a mammogram.  He mentioned it, but I
 2   didn't follow through.
 3       Q.   So after you went to Dr. Schultis's
 4   office on February 4th, how were you feeling?  Did
 5   you think it was cancer?  Were you skeptical?
 6   MR. SCHANKER:
 7            Objection, form.
 8   MS. BIERI:
 9       Q.   Let me break it up.  In fact, let me go
10   back.  When you felt the lump and you looked in
11   the mirror and saw the dimpling, felt the lump,
12   what were your first thoughts?
13       A.   Well, I knew it was a lump.  I didn't
14   know it was cancer.  I was hoping it would just be
15   a lump that could -- that wasn't cancerous.  I
16   thought okay, maybe it's just one of those -- that
17   lump, it's not cancerous, but it's a lump.  And I
18   said, well, I've got to go see about it.  In fact,
19   I immediately told my husband, and he says, make
20   the appointment.  Let's go.  But --
21       Q.   Go ahead.  I'm so sorry.
22       A.   But as far as thinking it was cancer
23   then, no, I didn't.  I think I was saying, oh,
24   it's not cancer.  It isn't going to be cancer,
25   until I heard those words.  Then I believed it.
```

1   MR. SCHANKER:

2           Objection, form.

3       A.   No.  I wasn't under that impression that

4   it was going to be thinner, because then that

5   meant that it wasn't going to be growing, and he

6   never, ever said that.  I don't -- I didn't feel

7   that, that it would be thinner.

8   MS. BIERI:

9       Q.   So you thought that he was telling you

10  that your hair could come back thicker after

11  chemotherapy?

12      A.   It could.  He didn't guarantee it, but it

13  could.  He told me it could come back thicker.  It

14  could come back the same.  But, never once, did he

15  say, well, I think it may come back thinner.  He

16  didn't say --

17      Q.   Did he ever say it's possible that it

18  could come back thinner?

19  MR. SCHANKER:

20          Objection, form.

21      A.   No.  I don't ever remember hearing that

22  out of his mouth.

23  MS. BIERI:

24      Q.   So when Dr. Carinder told you that there

25  could be a change in the fullness, you only

Page 196

1   interpreted that to mean that it could come back

2   thicker?

3       A.   Could be I took it that way.  I can't say

4   I didn't.  I just knew that he said it was going

5   to come back, so that's what I kept waiting for it

6   to do, come back.

7       Q.   Did Dr. Carinder say which of the three

8   chemotherapy drugs would cause changes to your

9   hair?

10      A.   No.  He didn't tell me -- he didn't name

11  a specific drug that was going to do anything like

12  that.

13      Q.   He just spoke more generally about

14  chemotherapy?

15      A.   Right.

16      Q.   Did he ever tell you that there was a

17  risk of death with chemotherapy?

18      A.   No.

19      Q.   Did he ever tell you that there was a

20  risk of leukemia with chemotherapy?

21      A.   I don't remember hearing those words.

22      Q.   Did he ever tell you that there was a

23  risk with Adriamycin of cardiac toxicity?

24  MR. SCHANKER:

25           Objection, form.

Page 200

1      A.    Repeat that.
2   MS. BIERI:
3      Q.    Sure.  Dose dense chemotherapy, have you
4   heard that term before?
5      A.    No.
6      Q.    Can you think of anything about that
7   first appointment with Dr. Carinder that we
8   haven't already talked about?
9      A.    Not really, no.
10      Q.    Who was present with you for that first
11   appointment with Dr. Carinder?
12      A.    Nobody.  Just me.
13      Q.    At any point before starting
14   chemotherapy, did you ask Dr. Carinder if there
15   were any other chemotherapy options?
16      A.    No, I didn't.
17      Q.    You are seeking money in this lawsuit,
18   right?
19      A.    Well, I guess.
20      Q.    Can you tell me what your injury is?
21      A.    What is my injury?
22      Q.    Uh-huh.
23      A.    My injury is my hair not growing back.
24   That's my main injury.  That I wasn't told that it
25   was not going to grow back.

1      Q.    Who do you think should have told you

2    that?

3      A.    Well, in the sense, had my doctor knew

4    about it, I'm sure he would have told me, but he

5    didn't know about it.

6      Q.    Well --  finish your answer.

7      A.    From what I'm understanding, you know.

8      Q.    We talked about this a little bit before.

9    Your understanding that your doctor didn't know

10   that persistent hair loss was a side effect, where

11   does that come from?

12   MR. SCHANKER:

13        I'm going to object.  And to the extent,

14   Barbara, that the response calls for information

15   that you gained from your attorney or from your

16   law firm, I instruct you not to answer based on

17   privileged communications.  But if you can answer

18   the question in some manner outside of that

19   information, please provide it.

20     A.    I can't.

21   MS. BIERI:

22     Q.    Doesn't that -- that perception doesn't

23   come from anything Dr. Carinder said to you,

24   correct?

25     A.    No, because he never, ever said those

```
 1   words to me, that I was going to have permanent
 2   hair loss.
 3        Q.   No.  I'm asking, sorry, a different
 4   question.
 5        A.   Okay.
 6        Q.   It's your speculation that your doctor
 7   didn't know that persistent hair loss was a
 8   potential side effect of Docetaxel, right?
 9   MR. SCHANKER:
10             Objection, form.
11        A.   Uh-huh.
12   MS. BIERI:
13        Q.   And the only basis for that is something
14   that you've been told by your lawyers, correct?
15   MR. SCHANKER:
16             I'll instruct you not to answer unless
17   there's a response that you have that's outside of
18   privileged information that you gained from
19   communications with your law firm.
20        A.   I can't answer that.
21   MS. BIERI:
22        Q.   You never had a conversation with Dr.
23   Carinder where he said, I didn't know that that
24   was a possibility?
25        A.   No.  I never had a conversation with him
```

1    like that.

2        Q.   You never had a conversation with anyone

3    outside of the attorney/client relationship to

4    that effect, correct?

5        A.   Correct.

6        Q.   Have you ever read anything to that

7    effect?

8        A.   No.  I haven't read anything.

9        Q.   So are you saying you wish you would have

10   been told that persistent hair loss was a

11   potential side effect of Docetaxel?

12       A.   Yes.  Sure.

13       Q.   You wish that information would have been

14   provided to you?

15       A.   Right.

16       Q.   How should you have been told that

17   information?

18   MR. SCHANKER:

19            Objection, form.

20       A.   Through my doctor, that if he would have

21   knew that, he could have -- and then we could have

22   discussed, maybe I could have had the opportunity

23   to say, well, is there another drug to take?  I

24   didn't have that option.  I didn't have that

25   option.

1      A.   No, I don't.

2      Q.   How many times, before you had your first

3  radiation treatment, did you meet with

4  Dr. Hightower?

5      A.   Probably just that one time, and then he

6  started the radiation.

7      Q.   Do you remember how long that first

8  appointment was?

9      A.   No, I don't.

10      Q.   Let's talk about the hair loss that you

11  experienced during chemotherapy.  Can you tell me

12  every place on your body that you lost hair during

13  chemotherapy?

14      A.   My eyebrows, my eyelashes, the hair -- I

15  had hair -- more than what I have now, but some of

16  it has come back, in my private area, under my

17  arms, my legs.

18      Q.   And when you say, "private area," do you

19  mean genital hair?

20      A.   Yes.

21      Q.   Anywhere else?

22      A.   No.

23      Q.   Forgive me.  You've already told me about

24  the hair on your scalp.

25      A.   Yes.

1      A.    No.

2      Q.    You indicated earlier that some hair on

3  your arm had grown back, correct?

4      A.    Yes.  What you see is what -- and it used

5  to be thick at one time.  This is it.  It's fine.

6      Q.    Have you had any regrowth of your

7  eyelashes?

8      A.    Yes, a little bit.  And I used to have to

9  really pluck them because they would grow wild.

10     Q.    I'm talking eyelashes.

11     A.    Oh, eyelashes, yes, it's a little bit.

12  Yes, a little bit.  But my eyebrows used to be

13  thick and heavy.  They're not anymore.

14     Q.    But you do have some eyebrows, correct?

15     A.    Yes.  I do have some eyebrows.

16     Q.    And have you had any regrowth of hair on

17  your scalp?

18     A.    Yes.

19     Q.    When did you first notice regrowth of

20  hair on your scalp?

21     A.    I'm not sure of the exact month, but I

22  think it was in the year of two thousand -- the

23  latter part of 2012, maybe '13 that it started

24  growing -- coming back around the sides.

25  MS. BIERI:

1           Can you read back her answer?

2        (Wherein, the answer was read back.)

3    MS. BIERI:

4        Q.   Do you think it's possible that it was

5    earlier than that?

6        A.   It could be.  Like I'm saying, we

7    finished at the end of 2011, chemo and radiation.

8    I do know that.  I just don't remember it growing

9    back that soon in 2012, so it had to be at the end

10   of '12 for it to start growing back.

11       Q.   You don't remember getting any regrowth

12   during radiation?

13       A.   I really don't remember, but radiation

14   was in 2011.  Yes.

15       Q.   Tell me, when your hair started to grow

16   back, did it first start to grow back on the

17   sides?  Is that what you were saying?

18       A.   Yes.  The sides and the back grew.  None

19   on the top ever grew.

20   MR. SCHANKER:

21           We're referring to her scalp?

22   MS. BIERI:

23           I am.

24       Q.   I am referring to the hair on your scalp.

25       A.   The scalp, yes.

1    Q.   And you said the sides and the back --

2    A.   Grew.

3    Q.   You do have -- oh, I'm so sorry.

4    A.   But none on the top of my head grew back.

5    Q.   You have some hair on the top of your

6    scalp, correct?

7    A.   It must be mighty thin because I don't

8    really see it.

9               (Exhibit 9 was marked.)

10   MS. BIERI:

11   Q.   I'm going to hand you what's marked as

12   Exhibit 9.  Let me know whenever you're ready.

13   A.   Okay.

14   Q.   So for the record, the Bates numbers on

15   these documents are 00248 and 00249.

16          I'm looking from the fourth line down,

17   and it says, Date of Visit, April 24th, 2012.  Did

18   I read that correctly?

19   A.   Uh-huh.

20   Q.   And looking down under the Physical

21   Examination section, under HEENT, the second

22   sentence states, "There is resolving alopecia."

23   Did I read that right?

24   A.   Yes.  But that's after my chemo.  Yes.

25   Q.   And so, to your understanding, is this a

Page 303

1    MS. BIERI:

2            I'm agreeing with you.  I object to the

3    form.

4    MR. SCHANKER:

5        Q.   So let me ask the question again.  You

6    don't even know where you got Exhibit 6, do you?

7    MS. BIERI:

8            Object to the form.

9        A.   I'm saying I could have gotten it in

10   Dr. Carinder's office, but I'm not a hundred

11   percent sure, as far as that.  Because I only went

12   to him for cancer, but I'm not sure.

13   MR. SCHANKER:

14       Q.   You don't know when you received Exhibit

15   6, do you?

16   MS. BIERI:

17           Object to the form.

18       A.   No.

19   MR. SCHANKER:

20       Q.   You don't know whether you were already

21   involved in receiving your chemotherapy treatment

22   when you received Exhibit 6, do you?  You don't

23   know?

24   MS. BIERI:

25           Object to the form.

Page 304

1       A.    No.

2   MR. SCHANKER:

3       Q.    Is that correct?  You don't know whether

4   or not you were into chemotherapy treatment when

5   you received Exhibit 6, do you?

6       A.    Right.  Correct.

7       Q.    Whenever you got it, no doctor ever

8   handed it to you and said, this is required

9   reading?

10  MS. BIERI:

11          Object to the form.

12      A.    No.  No.  No one ever said I had to read

13  this book.

14  MR. SCHANKER:

15      Q.    And, in fact, you didn't read the book,

16  did you?

17      A.    No.  I didn't read the book, not cover to

18  cover, no.

19      Q.    You were asked some questions about what

20  you want out of this case, and it's my

21  understanding that you are not going to personally

22  ask a Jury for money, correct?

23      A.    Correct.

24      Q.    But it's your understanding that your

25  lawyers, on your behalf, may ask the Jury --