# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5              Plaintiff,

6    VERSUS              CASE NO. 2:16-cv-17731

7    SANOFI S.A., SANOFI-AVENTIS

     U.S. L.L.C., SANOFI US SERVICE,

8    INC., AND AVENTIS-PHARMA,

9              Defendants.

10

11

12

13              Videotaped deposition of JAMES E.

14   CARINDER, M.D., taken at the offices of NORTHSHORE

15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,

16   Suite 390, Slidell, Louisiana 70458, on Thursday,

17   January 11, 2018, commencing at 1:08 p.m.

18

19

20

21

22

23

24

25      Job No. NJ2757175

1      Q.   Do you recall any of the other

2  questions that counsel asked you during that

3  meeting?

4      A.   They asked me if I were aware at the

5  time that I treated her that the drug could cause

6  permanent alopecia.

7      Q.   And what was your response?

8      A.   I told them that no, I was not aware of

9  that.

10      Q.   And you said that there is a transcript

11  of that meeting?

12          MR. SCHANKER:

13               Objection, form.

14          THE WITNESS:

15               I go- -- I was sent something,

16  yeah, to that effect.  But it's in the -- like I

17  said, it's in the other office.

18  EXAMINATION BY MS. BIERI:

19      Q.   Did you have any discussions that day

20  that occurred before or after the recording was

21  made?

22          MR. SCHANKER:

23               Objection, form.

24          THE WITNESS:

25               No.

1              Objection, form.

2         THE WITNESS:

3              Yes.

4    EXAMINATION BY MS. BIERI:

5         Q.   Were you aware -- and you treated

6    Miss Earnest beginning in 2011, correct?

7         A.   Yes.

8         Q.   In 2011, were you aware of any

9    chemotherapy drugs, at all, that carried a risk of

10   permanent hair loss?

11        A.   No.

12        Q.   Have we discussed all of the documents

13   that plaintiff's counsel showed to you?

14        A.   Yes.

15        Q.   Did anyone representing the plaintiff

16   tell you questions that they would be asking you

17   during this deposition?

18        A.   No.

19        Q.   Did you take any notes of your meetings

20   with plaintiff's counsel?

21        A.   No.

22        Q.   Did you have any discussions with

23   plaintiff's counsel about serving as an expert

24   witness in this case?

25        A.   No.

1      Q.   Has the number of breast cancer

2   patients that you see been consistent over the

3   course of your practice?

4      A.   I would say so, yes.

5      Q.   And how long have you been treating

6   breast cancer pra- -- patients?

7      A.   Eighteen years.

8      Q.   How do you keep yourself current on

9   medical issues regarding breast cancer and breast

10  cancer treatment?

11     A.   I attend numerous conferences every

12  year for CME, and -- and I go to the Miami breast

13  cancer every year, which is coming up in March.  I

14  go to the Chemotherapy Foundation Symposium every

15  year.  Most of the conferences that I attend

16  either deal with breast or deal with hematology,

17  because that's where the majority of my

18  practice -- my patients are.

19     Q.   Can you think of any of those

20  conferences that you've attended that discussed

21  docetaxel?

22     A.   Well, sure.  Lots of them.

23     Q.   Do you ever speak at the conferences,

24  or do you just attend?

25     A.   I attend.  I gave up speaking at

Page 63

1   meetings a long time ago.

2        Q.    Beyond conferences, do you keep up with

3   medical journals?

4        A.    Yes.

5        Q.    What medical journals do you consider

6   authoritative regarding oncology?

7        A.    Journal of Clinical Oncology.

8        Q.    And is that one that you follow?

9        A.    I get one every month.  If you're an

10  ASCO member, you get a JCO sent to you every

11  month.  If you're an ASH member, you get a Blood

12  sent to you every month.  Blood is ASH's journal.

13       Q.    Understood.

14             Are you familiar with Supportive

15  Care in Cancer, that journal?  Are you familiar

16  with a journal called "Supportive Care in Cancer"?

17       A.    No.

18       Q.    Are you familiar with a journal called

19  "Cancer Research"?

20       A.    No.  Most -- most of those journals --

21  most oncologists will read JCO or read New England

22  Journal of Medicine or will read Blood.  Okay?  A

23  lot of these journals that are sent to us in the

24  mail wind up in the trash.  And we basically --

25  the joke, we call them "throw-away journals"

Page 64

1  because most of them aren't as peer reviewed as

2  what they should be, and so I tend to read -- you

3  know, if you're reading AS- -- if you're reading

4  JCO or if you're reading Blood or if you're

5  reading New England Journal, that is a

6  peer-reviewed article.

7          Q.   You know that it definitely will be a

8  peer-reviewed article?

9          A.   If -- yes.  Oh.

10         Q.   The other ones would be --

11         A.   They won't get published in those

12 journals without being.

13         Q.   Do you subscribe to or use any Internet

14 services for research or current information on

15 breast cancer?

16         A.   I don't subscribe to them, but ASCO --

17 ASCO occasionally sends out -- will send out an

18 update, like when a drug gets a new FDA label or a

19 new FDA indication.

20         Q.   Will you tell me what ASCO stands for?

21         A.   American Society of Clinical Oncology.

22 It's a professional membership.

23         Q.   And how long have you been a member?

24         A.   Eighteen years.  Actually longer than

25 that, when I was a fellow, so over 20 years.

1    Miss Earnest's cancer?

2         A.    Adjuvant chemotherapy.

3         Q.    More specifically?

4         A.    Four cycles of doxorubicin and

5    cyclophosphamide and four cycles of docetaxel

6    following that.

7         Q.    And you recommended dose-dense

8    doxorubicin and cyclophosphamide, right?

9         A.    Yes.

10        Q.    What does "dose-dense" mean?

11        A.    Traditionally, when that first -- when

12   that regimen was first used years ago, way back,

13   it was given every 21 days.

14        Q.    (Affirmative response.)

15        A.    And then they determined you could give

16   it safely every 14 days.  And there was a -- a

17   little bit better efficacy giving it every 14

18   days.  And man- -- and we do that, and many

19   patients actually like that because a lot of

20   ladies work, and they want to go ahead and get all

21   their treatment done as soon as they can.

22        Q.    This record doesn't mention any other

23   options that were presented to Miss Earnest.

24              Do you have any reason to think

25   you discussed other options for chemotherapy

1    regimens?

2         A.   No, this is what I talked about with

3    her.

4         Q.   Do you mind turning to what is marked

5    as NOA 259?  I'm gonna try to tell you how far

6    down in the packet it is.  Oh.  It's -- I don't

7    think it is in the packet.

8         A.   I have an NOA 259 here.

9         Q.   And is that the 5- -- what's the date

10   of that record?

11        A.   May 31st.

12        Q.   Perfect.  Thank you.

13                   In the "Plan" section --

14             MR. SCHANKER:

15                   Hold on just one second.  I don't

16   know if I have that.

17             MS. BIERI:

18                   You do, Dar- -- I was having a

19   hard time too.  It's the fifth page in the packet.

20   It's 259.

21   EXAMINATION BY MS. BIERI:

22        Q.   And in the Plan section, the last line

23   indicates that after the AC dose-dense cycles,

24   that you would be -- that Miss Earnest would begin

25   four cycles of Taxotere at a hundred MGs per meter

Page 85

```
 1        A.    On occasion.
 2        Q.    Have you ever had a chemotherapy
 3   patient experience a side effect you weren't aware
 4   of before?
 5        A.    Yes.
 6        Q.    Tell me about that circumstance or
 7   circumstances.
 8        A.    This lady with the hair.
 9        Q.    Any others?
10        A.    I had one other lady who never got her
11   hair back.  And she also received docetaxel.  But
12   was treated before this.
13        Q.    Do you know what other -- I feel weird
14   calling her "the other lady."  It seems strange.
15              But --
16        A.    Well, it's another patient of mine --
17        Q.    Sure.
18        A.    -- who I treated in -- I want to say
19   around 2005.
20        Q.    Okay.  May I refer to her as your 2005
21   patient?
22        A.    Yes.
23        Q.    Okay.  What other drugs, chemotherapy
24   agents, was your 2005 patient on?
25              MR. SCHANKER:
```

Page 93

```
 1   that.
 2        Q.   Just confirming.
 3               Generally speaking --
 4        A.   (Affirmative response.)
 5        Q.   -- how do you explain chemotherapy-
 6   related hair loss to a patient before they start
 7   chemotherapy?
 8        A.   You mean why does it occur?
 9        Q.   I'm just interested in what -- what, if
10   anything, you tell patients.
11        A.   I tell them generally --
12             MR. SCHANKER:
13                   Objection, form.
14             THE WITNESS:
15                   -- about when it's going to occur
16   in -- like as it does in most patients.  You know,
17   with -- with AC, typically right after the second
18   cycle of treatment is when the hair really starts
19   to go.  And the reason that people get hair
20   loss -- do you know why people get hair loss with
21   chemo?  Do you know?
22   EXAMINATION BY MS. BIERI:
23        Q.   I -- I think that I do.
24        A.   Why?
25        Q.   Well, I'm not being deposed, but I
```

1        Q.    And why do you warn patients that their

2    hair may regrow a different texture or color?

3        A.    Because some people are not -- I --

4    that's -- that's just because it can, okay, and

5    you're informing them.  Some people are quite

6    thrilled when they come in and have curly hair.

7    But I tell them, I said, "It may come back a

8    different texture."

9        Q.    And is that based on something that

10   you've read or something that you've seen in your

11   practice?

12       A.    Seen.  Seen countless times.

13       Q.    Do you ever tell patients that their --

14   do you ever tell patients that their hair

15   absolutely will regrow after chemotherapy?

16       A.    No.

17             MR. SCHANKER:

18                  Objection, form.

19             THE WITNESS:

20                  No.

21   EXAMINATION BY MS. BIERI:

22       Q.    Do you ever tell patients -- do you

23   ever tell patients that their hair loss will only

24   be temporary?

25       A.    I te- -- yes.  Yes.

Page 97

1       Q.    What is the basis for telling your
2   patients that?
3       A.    On experience with other patients.
4       Q.    Anything else?
5       A.    No.
6       Q.    Have you treated patients with acute
7   leukemia before?
8       A.    Yes.
9       Q.    With what frequency?
10      A.    A lot when I was a fellow.  I don't
11  give induction chemotherapy to patients with acute
12  leukemia now because they're too labor intensive.
13  And I treated the -- when I was busy with acute
14  leukemia was when I was a fellow.
15              Acute leukemics, unless they're
16  elderly and can't receive induction treatment, I
17  think should be treated in a referral center,
18  because they're too labor intensive.  And if they
19  need a transplant, they're already in the system
20  at a referral center.  If it's an older person
21  that can't withstand a standard 7 plus 3 induction
22  regimen we're gonna treat with a hypomethylating
23  agent or a drug called "Mylotarg," then I will
24  treat those patients.
25              So, yes, I do have some

1      A.   I told her her hair would fall out.

2      Q.   Any other specific recollections of

3  conversations you had with Miss Earnest?

4      A.   No, but I just told her, I sa- --

5  and -- and -- and as -- and as the second cycle or

6  treatment was approaching, I said, "It's after

7  this" -- I -- when the second cycle was coming up,

8  I said, "After this second treatment is done," I

9  said, "very shortly after that is typically when

10  you're really gonna have it fall out then."

11      Q.   Okay.  Anything else about hair loss

12  that you can remember discussing with

13  Miss Earnest?

14      A.   No.

15      Q.   Do you read the labels for all of the

16  chemotherapy drugs that you prescribe?

17          MR. SCHANKER:

18               Objection, form.

19          THE WITNESS:

20               You mean the package inserts when

21  a new chemo drug comes out?  When you say "label,"

22  okay, label refers to what the drug is indicated

23  for as far as the FDA approving treatment.  Okay?

24               Are you referring to that, or are

25  you referring to a package insert?

Page 119

1        Q.    When?

2        A.    Again, probably 20 years ago.

3        Q.    Have you read the package insert for

4    Taxotere?

5        A.    Yes.

6        Q.    When?

7        A.    Back when it first came on the market.

8    Whatever --

9        Q.    Be- --

10       A.    -- year that was, I can't remember.

11       Q.    Before 2000?

12       A.    2000, yeah.  1999, 2000.

13       Q.    Ever after that?

14       A.    No.

15       Q.    Today when you talk to breast cancer

16    patients who are going to receive docetaxel --

17       A.    (Affirmative response.)

18       Q.    -- do you warn of the possibility of

19    persistent or permanent hair loss?

20       A.    Yes.

21            MR. SCHANKER:

22                   Objection, form.

23    EXAMINATION BY MS. BIERI:

24       Q.    And when did you start doing that?

25       A.    About three years ago when all the news

Page 120

1  came out that patients were having persistent

2  alopecia.

3       Q.   Are you talking about related to

4  litigation?

5       A.   That was -- yes.  Yes.

6       Q.   Was it based on your review of any

7  written materials?

8       A.   They -- I had gotten an e-mail from,

9  I -- I think, one of the ASCO -- one of those --

10  one of those FDA things that had been sent out

11  with kind of a warning that now they were seeing

12  cases of permanent hair loss.  Patients are quite

13  aware of that too now.  Even before we're gonna

14  offer up treatment, they're already -- they're --

15  they're already, a lot of them, very aware of

16  this.

17       Q.   So when you -- so you said for the last

18  three years, you've been warning about a potential

19  for --

20       A.   -- permanent hair not growing back.

21       Q.   So what do you say?

22       A.   I tell them, I said, "There is a remote

23  possibility that your hair may not grow back."

24       Q.   So your change to your counseling

25  practices as it relates to hair loss has to do

Page 137

1    of their treatment.

2        Q.   So why -- today, why do you think that

3    there is a risk of permanent alopecia with

4    docetaxel?

5             MR. SCHANKER:

6                 Objection, form.

7             THE WITNESS:

8                 Because there have been cases that

9    have come forth, and it's been in the news, and --

10   and so you're -- you're pretty -- if you're aware

11   of that, you have to, I think, inform patients of

12   that.  We weren't aware of that at the time we

13   were -- this lady was treated.  We were aware that

14   there was po- -- hair loss was a definite.  Okay?

15                But there was nothing that had

16   been made known to me that she potentially would

17   not get her hair back, you know.

18   EXAMINATION BY MS. BIERI:

19       Q.   Your experience with your one patient,

20   though, correct?

21       A.   Right.

22       Q.   Would you prescribe docetaxel to

23   Miss Earnest again?

24            MR. SCHANKER:

25                Objection, form.

1  you're talking about, you indicated that it could

2  be long lasting, but in most all circumstances, do

3  you see that neur- -- neuropathy resolve?

4          MS. BIERI:

5               Object to the form.

6          THE WITNESS:

7               It typically resolves, but it

8  persists for months.  And the s- -- it can range

9  from paresthesias to burning, painful, extremely

10 sensitive, you know, feet and hands.  And it

11 varies from -- you can't predict what kind of

12 neuropathy someone's gonna get.  They want -- they

13 may feel like they've got gravel under their feet

14 all the time, or they may have may numb toes, or

15 they may have, like I said, very exquisitely

16 sensitive burning-type pain.

17 EXAMINATION BY MR. SCHANKER:

18      Q.   Right.

19      A.   Okay?  And that -- that's bothersome

20 for people.

21      Q.   Now, Doctor, is it fai- -- is it -- is

22 it fair to say that back when Miss Earnest was

23 re- -- your patient when she came into your office

24 in 2011, and you were evaluating her for

25 appropriate treatment, that you had no knowledge

Page 166

1    of a risk of permanent hair loss in significant

2    patient populations with the use of docetaxel?

3         A.   No, I did not know that.

4         Q.   So then I would assume because you did

5    not know that, you didn't advise Miss Earnest of

6    that potential side effect, correct?

7              MS. BIERI:

8                   Object to the form.

9              THE WITNESS:

10                  That's correct.

11   EXAMINATION BY MR. SCHANKER:

12        Q.   And that if you had knowledge of that,

13   you would have advised Miss Earnest on that

14   particular potential side effect, correct?

15        A.   Yes.

16             MS. BIERI:

17                  Object to the form.

18   EXAMINATION BY MR. SCHANKER:

19        Q.   And is it fair to say that -- would you

20   have given her other treatment options if sh- --

21   if Miss Earnest voiced a concern over the risk of

22   side effect of permanent hair loss --

23        A.   Yes.

24        Q.   -- associated with docetaxel?

25        A.   Yes.

1      Q.   That you would have given her a choice?

2           MS. BIERI:

3                Object to the form.

4           THE WITNESS:

5                Yes.

6    EXAMINATION BY MR. SCHANKER:

7      Q.   You don't -- you don't make your

8    patients --

9      A.   You can't force patients to do

10   anything.

11     Q.   Right.

12               It's a patient's choice

13   ultimately?

14     A.   Yes.

15     Q.   And it would have been Miss Earnest's

16   choice, correct?

17     A.   My job is to give them information so

18   they can make an informed decision.

19     Q.   Right.

20               And -- and you did that at the

21   time for Miss Earnest, correct?

22     A.   Yes.

23          MS. BIERI:

24               Object to the form.

25   EXAMINATION BY MR. SCHANKER:

Page 169

1      A.    Yes.

2      Q.    Would you include hair loss as being

3  one of those side effects that is concerning to

4  your female population?

5      A.    Yes.

6            MS. BIERI:

7                  Object to the form.

8  EXAMINATION BY MR. SCHANKER:

9      Q.    Is -- would -- based on your -- and

10  you -- you testified about your knowledge with

11  regard to hair loss and your patient population.

12                  Would you consider hair loss to be

13  a big deal, an important issue, for women who are

14  undergoing chemotherapy treatment in an adjuvant

15  setting?

16            MS. BIERI:

17                  Object to form.

18            THE WITNESS:

19                  Yes, for many of them, it is.

20  EXAMINATION BY MR. SCHANKER:

21      Q.    And that's something that you take

22  seriously as a practitioner?  As far -- their --

23  their -- their concern --

24      A.    Yes.

25      Q.    -- with regard to that?

1       A.    (Shakes head negatively.)  She was the

2   Taxotere person.

3       Q.    Okay.  Did Ruth Avila -- am I

4   pronouncing that right?

5       A.    Yes.

6       Q.    Did Ruth Avila, the sales

7   representative from Sanofi, to your knowledge,

8   ever advise you or provide you with information

9   concerning this potential side effect of permanent

10  hair loss in association with Taxotere?

11      A.    No.

12            MS. BIERI:

13                  Object to the form.

14  EXAMINATION BY MR. SCHANKER:

15      Q.    And if she had provided you with that

16  information and you considered that information

17  legitimate, is that information you would have

18  taken seriously?

19      A.    Yes.

20            MS. BIERI:

21                  Object to the form.

22  EXAMINATION BY MR. SCHANKER:

23      Q.    Is that information, if you had

24  received that from Ruth Avila or some sales

25  representative from Sanofi, and you believed it