# Exhibit C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    * * * * * * * * * * * * * * * * * * * * * * * * *
 5    BARBARA EARNEST
 6         Plaintiff,
 7
      VERSUS                           CASE NO. 2:16-cv-17731
 8
      SANOFI S.A., SANOFI-AVENTIS
 9    U.S. L.L.C., SANOFI US
      SERVICE, INC., and
10    AVENTIS-PHARMA S.A.,
11         Defendants.
12    * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16           Videotaped Deposition of MARIE CELESTE
17    LAGARDE, MD, taken at the office of Dr. Lagarde, 110
18    Lakeview Circle, Suite 200, Covington, Louisiana 70433,
19    on Thursday, November 1st, 2018, at 3:55 p.m.
20
21
22
23
      Job No. NJ3063922
24    By:  Ashlee B. Ancalade
25    Registered Professional Reporter
```

1                    A P P E A R A N C E S
2
3       REPRESENTING PLAINTIFF BARBARA EARNEST:
4            BACHUS & SCHANKER, LLC
             BY:  DARIN SCHANKER, ESQ.
5            1899 WYNKOOP STREET
             SUITE 700
6            DENVER, COLORADO 80202
             303.222.2222
7            DSCHANKER@COLORADOLAW.NET
8
9       REPRESENTING DEFENDANTS SANOFI-AVENTIS
        U.S. AND SANOFI US SERVICES, INC.:
10
11           SHOOK, HARDY & BACON, LLP
             BY:  JORDAN BAEHR, ESQ.
12           2555 GRAND BOULEVARD
             KANSAS CITY, MISSOURI 64108
13           816.474.6550
             JBAEHR@SHB.COM
14
15
16
17      ALSO PRESENT:  THE VIDEOGRAPHER
18
19
20
21
22
23
24
25

1  PET CT scan, but someone else ordered it, so we didn't
2  get the results until very recently.
3              (Exhibit 3 is marked.)
4  BY MR. BAEHR:
5      Q    Okay.  Okay.  I'm handing you what I have
6  marked as Exhibit 3.
7           Do you recognize that document?
8      A    Yes.
9      Q    Can you tell me what it is?
10     A    We are members of the American Society of
11 Breast Surgeons, and one of the things we were looking
12 for was to have a book that explained the patient's
13 breast cancer.  One of the problems with treating
14 breast cancers now is that you treat the actual
15 genetics of the tumor itself, so not all breast cancers
16 are created equal.  Patients all come in and everybody
17 gives them advice on what they need to do.  We have to
18 tell them specifically this is your breast cancer.
19 It's ER/PR-positive, ER/PR-negative, what that means.
20          This book was written by this lady who has
21 breast cancer, so she comes to the American Society of
22 Breast Cancer meetings.  And of all of the books that I
23 saw, I thought this one gave the most comprehensive and
24 the easiest to read, so that the patient can look at
25 the different cell types, they can look at their

Page 60

1    markers, they can -- excuse me.
2              The other thing I like to show them is
3    whether -- when they're trying to decide if they want
4    lumpectomies or mastectomies, there's a checklist and
5    they can go through that.
6         Q    So you -- you selected this book to provide
7    to patients who are going through cancer; is that
8    correct?
9         A    Yeah.
10        Q    Do you regularly provide this book?
11        A    Yes.
12        Q    Do you still provide this book to your
13   patients?
14        A    A new edition.
15        Q    A newer edition of this book?
16        A    Yes.
17        Q    Did you provide this book to patients at the
18   time of Ms. Earnest's treatment?
19        A    Yes.
20        Q    Is this book the educational book that's
21   referred to on page 6 of Exhibit 2?
22        A    Yes.
23        Q    And based on the date of page 6 of Exhibit 2,
24   did you provide this book to Ms. Earnest in February of
25   2011?

```
1        A    Yes.
2             MR. BAEHR:
3                 I don't have any more questions at this
4        time.
5             THE WITNESS:
6                 Okay.
7                       EXAMINATION
8   BY MR. SCHANKER:
9        Q    All right.  I just have a few questions.
10            Are you okay to keep going right now?
11       A    Yeah, I am.
12       Q    Okay.  You don't need a drink or anything?  I
13  know you're . . .
14       A    No.
15       Q    Okay.  Doctor, you were just asked a few
16  questions about Exhibit 3, which is the "Breast Cancer
17  Treatment Handbook" --
18       A    Uh-huh.
19       Q    -- that you have in front of you; correct?
20       A    Yes.
21       Q    Is it fair to say that you haven't read this
22  book cover to cover?
23       A    That's -- that's correct.
24       Q    You -- as a matter of fact, you indicated
25  that you -- you thought there was some real beneficial
```

1   parts of the book, though?
2       A   Yes.
3       Q   And you -- you elaborated on those and just
4   listed those a few minutes ago; correct?
5       A   Yes.
6       Q   To your knowledge, did anyone from your
7   office go over the breast cancer treatment handbook
8   with Barbara Earnest?
9       A   What we usually do is I usually direct them
10  to the chapter on the pathology because that's the main
11  chapter, and we usually direct it to that about -- it's
12  understanding your pathology report, which is on page
13  65.  That's what I direct them to because that's the
14  most complicated part.
15          And then, like I said, at the end of the
16  book, there's different pros and cons of lumpectomy
17  versus mastectomy.  So it helps clarify to them what's
18  important for them.
19          So those are the two main areas that I tell
20  them.  Some people read it cover to cover and some
21  people just, you know, concentrate on that.
22      Q   A couple things in follow-up to that, and
23  thank you for the elaboration.
24          To your knowledge, did anyone from your
25  office instruct -- or whether it be you or your

Page 63

1   assistant or nurse practitioner, instruct Barbara
2   Earnest to read this book from cover to cover?
3        A    Oh, I can't imagine that --
4        Q    All right.  So you --
5        A    -- she would do that.
6        Q    So it's not -- it's not your --
7        A    That's not our routine, no.
8        Q    Okay.  So -- and it's -- and would it be fair
9   to say it's not your expectation that a patient read
10  this book from cover to cover?
11       A    No.  That's true.
12       Q    Okay.  It's true it's not your expectation?
13       A    It's not my expectation.
14       Q    All right.  And spec- -- you -- you listed
15  things that typically you -- you are interested in
16  having a patient take the opportunity to look at in
17  this book.
18            To your knowledge, did anyone direct -- from
19  your office, direct Barbara Earnest to any sections of
20  this book that dealt with specifically chemotherapy
21  drugs and side effects?
22       A    No.  Because at this time we didn't know what
23  the patient was going to be receiving.
24       Q    So that -- and it's fair to say that a
25  discussion concerning chemotherapy and -- and drugs and

Page 64

1   the location of -- in the book content concerning that
2   topic would not have been an appropriate conversation
3   with where Barbara Earnest was in her journey with your
4   office?
5       A    Right.
6            MR. BAEHR:
7                 Object to form.
8       A    In her workup, correct.
9   BY MR. SCHANKER:
10      Q    And just to clarify, to your knowledge, did
11  anyone from your office have -- whether it be you or
12  any of your assistants or -- or nurse practitioners
13  have any discussion at all with Barbara Earnest
14  concerning chemotherapy?
15      A    No.
16      Q    And just to clarify again, would it be fair
17  to say, to your knowledge, that no one from your office
18  had any discussions with Barbara Earnest concerning
19  hair loss related to can- -- potential cancer
20  treatment, including chemotherapy?
21      A    That's true.
22           THE VIDEOGRAPHER:
23                Can we go off the record for a minute?
24           MR. BAEHR:
25                Yeah.  Off the record.