# EXHIBIT I

Page 1

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA
3
4            NO. 2:16-cv-17731
5
6         BARBARA EARNEST, Plaintiff
7
8                  VERSUS
9
10   SANOFI S.A., SANOFI-AVENTIS US. L.L.C.,
11          SANOFI US SERVICE, INC., and
12        AVENTIS-PHARMA S.A., Defendants,
13
14
15      Deposition of RALPH L. EARNEST, SR.,
16   2313 Pelican Street, Slidell, Louisiana 70460,
17   taken in the offices of Gainsburgh, Benjamin,
18   David, Meunier & Warshauer, 1100 Poydras
19   Street, Suite 2800, New Orleans, Louisiana
20   70163-2800 on Monday, April 16, 2018.
21
22
23
24
25   Job No. NJ2863167

1  APPEARANCES:

2

3

4      BACHUS & SCHANKER

5      Attorneys at Law

6      BY:   DARIN SCHANKER, Esquire

7      1899 Wynkoop Street, Suite 700

8      Denver, Colorado 80202

9

10         ATTORNEYS FOR PLAINTIFF

11

12

13     SHOOK, HARDY & BACON

14     Attorneys at Law

15     BY:   JASON HARMON, Esquire

16     2555 Grand Boulevard

17     Kansas City, Missouri  64108

18

19         ATTORNEYS FOR DEFENDANT

20

21

22  REPORTED BY:

23  LINDY ROOT

24  Certified Court Reporter

25  Registered Professional Reporter

1   A. That's correct.
2           MR. SCHANKER:
3               Objection to form.
4   EXAMINATION BY MR. HARMON:
5   Q. After her cancer treatment in 2011 and 2012,
6      was there ever a point that you thought that
7      she should be getting more hair back?
8   A. You know, that question never crossed my mind
9      when does the -- you know, when does it
10     stop -- when does it start and when does it
11     stop.  It never crossed my mind that it would
12     take place.
13         I just assumed that the doctor knew what
14     he was talking about, because he was supposed
15     to be a trained physician, that it would
16     probably come back.  That's all -- That was my
17     way of thinking.
18  Q. So has Barbara's hair come back as you
19     expected it to?
20  A. No.  Oh, no.
21  Q. How did you expect it to come back?
22  A. I expected her to have a lot more hair than
23     what she has.  That's what I was expecting.
24  Q. You expected her to have more hair than she
25     has today?

```
 1   A. He said it was possible it would never grow
 2      back.
 3   Q. Okay.  Did Dr. Carinder say to you your hair
 4      will grow back, Barbara, after you are done
 5      with the chemotherapy?
 6          MR. HARMON:
 7              Object to form.
 8          THE WITNESS:
 9              No, he didn't say it like that.
10   EXAMINATION BY MR. SCHANKER:
11   Q. What did he say to you?
12   A. He just said that your hair possibly could
13      grow back.  It may be a different texture.
14   Q. So he said it was going to grow back, but it
15      could grow back differently?
16   A. Yes.
17          MR. HARMON:
18              Object to form.
19          THE WITNESS:
20              Yes.
21   EXAMINATION BY MR. SCHANKER:
22   Q. Did he say to Barbara your hair will never
23      grow back, Barbara, there's a risk of that?
24          MR. HARMON:
25              Object to form.
```

Page 149

1  EXAMINATION BY MR. SCHANKER:
2  Q. Or did he explain to Barbara that her hair
3     would grow back, but it could be different?
4        MR. HARMON:
5             Object to form.
6        THE WITNESS:
7             Well, I just heard -- I understood
8        him to say different.
9  EXAMINATION BY MR. SCHANKER:
10 Q. It could be different?
11 A. It could be different.
12 Q. Or it could be the same?
13 A. Yes.
14 Q. But it was going to grow back?
15       MR. HARMON:
16            Object to form.
17       THE WITNESS:
18            Yes.  That's the way I understood it.
19 EXAMINATION BY MR. SCHANKER:
20 Q. Right.
21    Do you believe that pharmaceutical
22    companies should disclose the side effects
23    that they are aware of?
24       MR. HARMON:
25            Object to form.