UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION
                                                    SECTION "H" (5)
THIS DOCUMENT RELATES TO:
*Tanya Francis, Case No. 2:16-cv-17410*

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO SANOFI'S MOTION FOR SUMMARY
JUDGEMENT BASED ON STATUTE OF LIMITATIONS**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to
Plaintiff's Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the
Statute of Limitations (Rec. Doc. 6610) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits
C, E-G) and unredacted Memorandum in Opposition to Sanofi's Motion for Summary
Judgement based on the Statute of Limitations UNDER SEAL.

New Orleans, Louisiana, this ____ of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1