UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC
FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S MEMORANDUM
IN OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGEMENT
BASED ON STATUTE OF LIMITATIONS UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), respectfully request leave of Court to file Plaintiff's Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations and its attachments (Exhibits D, F-H) under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachments and unredacted Memorandum should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

1

Certain attachments to the Plaintiff's Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these exhibits and unredacted Memorandum be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that the Exhibits D and F-H, and unredacted Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that their attachments (Exhibits D, F-H) and unredacted Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations be filed UNDER SEAL.

Dated: March 29, 2019                               Respectfully submitted,

*/s/ Christopher L. Coffin*                         */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                      Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                    GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                     6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                        Los Angeles, California 90045
Phone: (504) 355-0086                               Telephone: 510-350-9700
Fax: (504) 355-0089                                 Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                              kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*  *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert  /s/Dawn M. Barrios
M. Palmer Lambert (#33228)  Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID  BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street  New Orleans, LA 70139
New Orleans, LA 70163-2800  Phone: 504-524-3300
Phone: 504-522-2304  Fax: 504-524-3313
Fax: 504-528-9973  barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*  *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP  Atkins & Markoff Law Firm
2 Corporate Park, Suite 110  9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606  Oklahoma City, OK 73120
Phone: (800) 664-1734  Phone: (405) 607-8757
aa@andrewsthornton.com  Fax: (405) 607-8749
 dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus  Abby E. McClellan
Bachus & Schanker, LLC  Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700  460 Nichols Road, Suite 200
Denver, CO 80202  Kansas City, MO 64112
Phone: (303) 893-9800  Phone: (816) 714-7100
Fax: (303) 893-9900  Fax: (816) 714-7101
kyle.bachus@coloradolaw.net  mcclellan@stuevesiegel.com

Lawrence J. Centola, III  Karen Barth Menzies
Martzell, Bickford & Centola  Gibbs Law Group LLP
338 Lafayette Street  6701 Center Drive West, Suite 1400
New Orleans, LA 70130  Los Angeles, California 90045
Phone: (504) 581-9065  Phone: 510-350-9700
Fax: (504) 581-7635  Fax: 510-350-9701
lcentola@mbfirm.com  kbm@classlawgroup.com

Christopher L. Coffin  David F. Miceli
Pendley, Baudin & Coffin, L.L.P.  David F. Miceli, LLC
1100 Poydras Street, Suite 2505  P.O. Box 2519
New Orleans, Louisiana 70163  Carrollton, GA 30112
Phone: (504) 355-0086  Phone: (404) 915-8886

Fax: (504) 355-0089
ccoffin@pbclawfirm.com

dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ M. Palmer Lambert*
                                          M. Palmer Lambert