UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

[PROPOSED] ORDER

*EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGEMENT BASED ON STATUTE OF LIMITATIONS

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's unredacted Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations (Rec. Doc. 6611) and its exhibits (D, F-H) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits D, F-H) an unredacted Memorandum in Opposition to Sanofi's Motion for Summary Judgement based on the Statute of Limitations UNDER SEAL.

New Orleans, Louisiana, this ___ of March, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1