UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                     MDL NUMBER:  2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

# ORDER

The Court has received and reviewed certain correspondence and videos submitted for *in camera* review by the PSC.  These materials relate to work done in this case by Dr. Curtis Thompson as well as other retained non-testifying experts for the Plaintiffs.  The documents presented are protected work product, as they all were either sent or received by counsel for Plaintiffs and involve discussions with both testifying and non-testifying experts.  The videos are of a similar nature and are likewise not discoverable, despite having been sent to Dr. Thompson, as he testified under oath that he did not rely on his review of the videos in coming to any opinions in this case.  The Court perceives no need on the part of Defendants – substantial or otherwise – to overcome its finding that the materials are subject to protection as work product.  Having closely reviewed these materials, the Court further finds that production of a privilege log is unnecessary.

New Orleans, Louisiana, this   1st   day of _____April_____, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE