UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         :
PRODUCTS LIABILITY LITIGATION       :     MDL No. 2740
                                    :
                                    :     SECTION "H" (5)
                                    :
                                    :     JUDGE MILAZZO
                                    :
                                    :     MAG. JUDGE NORTH
                                    :

**THIS DOCUMENT RELATES TO:**

*Jewell Farrar v. Sanofi-Aventis U.S. LLC, et al.*;
**USDC EDLA No. 2:17-cv-16753**.

## ORDER

Before the Court is a Motion for Substitution of Catria Smith, surviving daughter of Jewell Farrar and representative of decedent, as the Plaintiff in this action (Doc. 6583);

**IT IS ORDERED** that the Motion is **GRANTED.**

New Orleans, Louisiana, this 1st day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE