UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| BARBARA ARNO<br>    Plaintiff<br><br>vs.<br><br>HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.<br>    Defendants | : : : : : : : : : : : | Civil Action No: 2:17-cv-13267 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 6579);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of April, 2019.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE