UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Phyllis Harrell_____
**Case No.:** __2:17-cv-16734_____

## DECLARATION

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Phyllis Harrell_ on the following dates: 04/06/2018, 04/18/2018, 08/13/2018, 08/14/2018, 08/29/2018, 09/04/2018, 09/14/2018, 10/12/2018, 02/04/2019, 02/13/2019, 02/22/2019, 02/27/2019, 03/01/2019, 03/19/2019  by (check all that apply) _X__ telephone, ____ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  April 1, 2019                                    */s/ Jennifer S. Domer*
                                                         Jennifer S. Domer
                                                         Cutter Law, P.C.
                                                         401 Watt Ave.
                                                         Sacramento, CA 95864
                                                         (916) 290-9400
                                                         jdomer@cutterlaw.com