UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Rebecca Funk</u>
Case No.: 2:17-cv-16700-KDE-MDN

## DECLARATION

I, Jennifer S. Domer, have attempted to reach my client, Rebecca Funk, on the following dates: <u>02/26/2018, 06/01/2018, 06/06/2018, 08/30/2018, 02/19/2018, 02/26/2019, 03/01/2019, 03/19/2019</u> by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: April 1, 2019　　　　　　　　　　　　　　*/s/ Jennifer S. Domer*
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer S. Domer
　　　　　　　　　　　　　　　　　　　　　　　　Cutter Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　401 Watt Ave.
　　　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95864
　　　　　　　　　　　　　　　　　　　　　　　　(916) 290-9400
　　　　　　　　　　　　　　　　　　　　　　　　jdomer@cutterlaw.com