UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _____Debra Poole_____
**Case No.:** __2:17-cv-16765_____

## DECLARATION

I, _____Jennifer S. Domer_____, have attempted to reach my client, _Debra Poole_ on the following dates 01/05/2018, 03/16/2018, 03/19/2018, 08/28/2018, 10/08/2018, 03/06/2019, 03/20/2019 by (check all that apply) _X__ telephone, _X___ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  April 1, 2019            */s/ Jennifer S. Domer*
                                                         Jennifer S. Domer
                                                         Cutter Law, P.C.
                                                         401 Watt Ave.
                                                         Sacramento, CA 95864
                                                         (916) 290-9400
                                                         jdomer@cutterlaw.com