UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** _____Carrie Wallace_____
**Case No.:** __2:17-cv-16783_____

# DECLARATION

     I, _____Jennifer S. Domer_____, have attempted to reach my client, _Carrie Wallace_ on the following dates: 03/15/2018, 03/22/2018, 09/14/2018, 03/06/2019, 03/20/19, 03/27/2019 by (check all that apply) _X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

     I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  April 1, 2019                     */s/ Jennifer S. Domer*
                                                                  Jennifer S. Domer
                                                                  Cutter Law, P.C.
                                                                  401 Watt Ave.
                                                                  Sacramento, CA 95864
                                                                  (916) 290-9400
                                                                  jdomer@cutterlaw.com