# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Caroline Bodnarchuk et al v. Sanofi U.S. Services Inc. et al*, Civil Action No.: 2:18-cv-10609 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 1rst day of April 2019

                    Respectfully submitted,

                    /s/ Charlotte Gulewicz

                    Charlotte Gulewicz
                    Texas Bar No: 24094692
                    charlotte@fnlawfirm.com

                    FEARS NACHAWATI, PLLC
                    5473 Blair Road
                    Dallas, Texas 75231
                    Tel. (214) 890-0711
                    Fax (214) 890-0712

                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                    /s/ Charlotte Gulewicz