UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Estella Bell and Alsaskin Bell**
**Case No.: 2:18-cv-08822**

# DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my clients, Estella Bell and Alsaskin Bell, on the following dates: 10/02/2018, 10/31/2018, 11/262018, 2/5/2019, 2/8/2019, 2/11/2019, 2/20/2019, 2/22/2019, 3/26/2019, and 3/27/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, ___X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my clients have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712