UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Helen Del Rosario**
Case No.: **2:18-cv-10875**

## DECLARATION

I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my client, Helen Del Rosario, on the following dates: 12/14/2018, 12/18/2018, 12/19/2018, 2/7/2019, 2/8/2019, 2/12/2019, 2/20/2019, 2/25/2019, 3/4/2019, 3/6/2019, 3/7/2019, 3/8/2019, 3/13/2019, 3/26/2019, 3/27/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, ___X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712