UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Yamilla Frederick**
**Case No.: 2:18-cv-10478**

## DECLARATION

    I, Charlotte Gulewicz, (Attorney's Name), have attempted to reach my client, Yamilla Frederick, on the following dates: 11/20/2018, 1/29/2019, 2/6/2019, 2/7/2019, 2/14/2019, 2/15/2019, 2/18/2019, 2/21/2019, 2/25/2019, 3/4/2019, 3/5/2019, 3/6/2019, 3/7/2019, 3/8/2019, 3/26/2019, 3/27/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.

                                    /s/ Charlotte Gulewicz

                                    Charlotte Gulewicz
                                    Texas Bar No: 24094692
                                    charlotte@fnlawfirm.com

                                    FEARS NACHAWATI, PLLC
                                    5473 Blair Road
                                    Dallas, Texas 75231
                                    Tel. (214) 890-0711
                                    Fax (214) 890-0712