# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Janine Lake**
**Case No.: 2:18-cv-10725**

## DECLARATION

I, Charlotte Gulewicz, have attempted to reach my client, Janine Lake, on the following dates: 12/19/2018, 1/10/2019, 2/8/2019, 2/12/2019, 2/22/2019, 2/25/2019, 3/4/2019, 3/5/2019, 3/6/2019, 3/11/2019, 3/13/2019, 3/26/2019, and 3/27/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                             /s/ Charlotte Gulewicz

                                             Charlotte Gulewicz
                                             Texas Bar No: 24094692
                                             charlotte@fnlawfirm.com

                                             FEARS NACHAWATI, PLLC
                                             5473 Blair Road
                                             Dallas, Texas 75231
                                             Tel. (214) 890-0711
                                             Fax (214) 890-0712