UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lori Prospiel**
**Case No.: 2:18-cv-09637**

## DECLARATION

I, Charlotte Gulewicz, have attempted to reach my client, Lori Prospiel, on the following dates: 12/13/2018, 1/24/2019, 2/7/2019, 2/8/2019, 2/14/2019, 2/15/2019, 2/18/2019, 2/21/2019, 2/25/2019, 2/26/2019, 3/4/2019, 3/5/2019, 3/6/2019, 3/7/2019, 3/11/2019, 3/13/2019, 3/26/2019, and 3/27/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, ___X_ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Charlotte Gulewicz

Charlotte Gulewicz
Texas Bar No: 24094692
charlotte@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712