UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Cecelia Perea_____
**Case No.:** __2:18-cv-11040_____

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Cecelia Perea whose case is on a Notice of Non-Compliance to be heard by the Court on April 4, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 1rst day of April 2019

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Charlotte Gulewicz

　　　　　　　　　　　　　　　　　　　　　　Charlotte Gulewicz
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No: 24094692
　　　　　　　　　　　　　　　　　　　　　　charlotte@fnlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　FEARS NACHAWATI, PLLC
　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff