**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:   Candy Humbard
Case No.:     2:18-cv-10017

**STATEMENT OF PLAINTIFF'S COUNSEL**

    I represent Candy Humbard whose case is on a Notice of Non-Compliance to be heard by the Court on April 4, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 2nd day of April 2019

                                        Respectfully submitted,


                                        /s/ Charlotte Gulewicz

                                        Charlotte Gulewicz
                                        Texas Bar No: 24094692
                                        charlotte@fnlawfirm.com

                                        FEARS NACHAWATI, PLLC
                                        5473 Blair Road
                                        Dallas, Texas 75231
                                        Tel. (214) 890-0711
                                        Fax (214) 890-0712

                                        Counsel for Plaintiff