UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Margie Nelson
**Case No.:** 18-CV-00358

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Margie Nelson on the following dates: several time a month since July 2018 by (check all that apply) X telephone, ____ e-mail, ____ text message, ____ social media, X U.S. Mail,  X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA #14886
ATKINS AND MARKOFF
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
405-607-8757
dmarkoff@atkinsandmarkoff.com