UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Michelle Merritt
Case No.: 2:17-cv-15032

## DECLARATION

I, Sarah Shoemake Doles, have attempted to reach my client, Michelle Merritt, on the following dates: 03/04/2019, 03/05/2019, 03/12/2019, 03/15/2019, 03/25/2019, 03/26/2019, 03/29/2019 and 4/1/2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com