UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The discovery status conference scheduled for April 23, 2019 at 1:00 p.m. in the above matter will begin at **10:00 a.m.** on that same date before Magistrate Judge Michael B. North.

New Orleans, Louisiana, this  2nd  day of _____ April _____, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE