UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Carolyn Moreman**
**Case No.: 2:17-cv-12922**

## DECLARATION

　　　　I, T. Christopher Pinedo, have attempted to reach my client, Carolyn Moreman on the following dates:

February 19, 2019; February 22, 2019; March 3, 2019; March 5, 2019; March 6, 2019; March 8, 2019; March 11, 2019; March 14, 2019; March 21, 2019; and March 26, 2019.

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　　　I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ T. Christopher Pinedo_

T. Christopher Pinedo
Hilliard Martinez Gonzales
719 S. Shoreline Blvd.
Corpus Christi, TX 78418
361-882-1612
cpinedo@hmglawfirm.com