# EXHIBIT A































  
  
  



























































