UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Beverly R. Carawan**
Case No.: **2:18-cv-09598**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Beverly R. Carawan whose case is on a Notice of Non-Compliance to be heard by the Court on April 4, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 2, 2019                    /s/ Jessica A. Perez
                                                      Jessica A. Perez
                                                      Pendley, Baudin & Coffin, LLP
                                                      24110 Eden Street
                                                      Plaquemine, LA 70764
                                                      (225) 687-6396 (PH)
                                                      jperez@pbclawfirm.com