UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Carolyn Moreman**
**Case No.: 2:17-cv-12922**

## STATEMENT OF PLAINTIFF'S COUNSEL

     I represent Carolyn Moreman whose case is on a Notice of Non-Compliance to be heard by the Court on April, 4, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 2, 2019

                                                       T. Christopher Pinedo
                                                       Hilliard Martinez Gonzales
                                                       719 S. Shoreline
                                                       Corpus Christi, TX 78418
                                                       361-882-1612
                                                       cpinedo@hmglawfirm.com