UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)               MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION
                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Tanya Francis*; 2:16-cv-17410

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit D to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit D to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE