UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Barbara Earnest,* 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit B to Plaintiff Barbara Earnest's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

                                        HON. JANE TRICHE MILAZZO
                                        UNITED STATES DISTRICT JUDGE