UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Antoinette Durden, Case No. 2:16-cv-16635;
Barbara Earnest, Case No. 2:16-cv-17144;
Tonya Francis, Case No. 2:16-cv-17410.

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion For Leave to File Exhibits A, B, C, and D To Its Opposition to Plaintiffs' Motion To Exclude Defendants' Expert David Spiegel, M.D. Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A, B, C, and D (Rec. Doc. 6594-1, 6594-2, 6594-3, and 6594-4) **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

9182406 v1