UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Tanya Francis*; 2:16-cv-17410
*Earnest v. Sanofi S.A., et al.*, 16-17144


# ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits C, E, F and G to Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Testimony of Dr. Linda Bosserman Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS ORDERED** that the Clerk of Court shall file Exhibits C, E, F and G to Plaintiffs' Memorandum in Opposition to Sanofi's Motion to Exclude Testimony of Dr. Linda Bosserman **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE