# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* Ruby Brown v. Sanofi-Aventis U.S. LLC | : : : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-00800 | : : : | **MAG. JUDGE MICHAEL NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Dewander Brown on behalf of her deceased mother, Ruby Brown.

1. Ruby Brown filed a products liability lawsuit against Defendants on January 31, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Ruby Brown died on March 2, 2017.

3. Ruby Brown's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on April 3, 2019.

5. Dewander Brown, surviving daughter of Ruby Brown, and is the Administratrix of her estate, is a proper party to substitute for plaintiff-decedent Ruby Brown and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Undersigned counsel provided Defendant's counsel a copy of this Motion on April 3, 2019 and Defendant's counsel consented to this Motion.

Based on the foregoing, Dewander Brown requests that this Court grant her request for substitution as plaintiff in this action.

Dated this 3rd day of April, 2019.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:   /s/ *Michael P. McGartland*
         Michael P. McGartland