IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Ruby Brown v. Sanofi-Aventis U.S. LLC | : : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-00800 | : : : | MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before The Honorable Jane Triche Milazzo, on May 8th, 2019, at 9:30 a.m.

Dated this 3rd day of April, 2019.

    Respectfully submitted by,

    /s/ *Michael P. McGartland*
    MS Bar No. 100487
    McGartland Law Firm, PLLC
    University Centre I, Suite 500
    1300 South University Drive
    Fort Worth, Texas 76107
    Telephone:  (817) 332-9300
    Facsimile:  (817) 332-9301
    mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

    By:  /s/ *Michael P. McGartland*
        Michael P. McGartland