# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Ruby Brown v. Sanofi-Aventis U.S. LLC | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-00800 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Dewander Brown's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Dewander Brown, as surviving daughter and duly appointed Administratrix of the Estate of Ruth McCraw, deceased, is substituted as Plaintiff in this action.

Dated this ____ day of _____, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge