**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

RENEE BILES V. SANOFI U.S. SERVICES INC. ET AL.

CIVIL ACTION NO. 2:18-CV-10426

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff Renee Biles, which occurred on or about November 7, 2018.

Dated: April 4, 2019

                                              Respectfully Submitted,

                                              **/S/ CHARLOTTE A. GULEWICZ**
                                              **Charlotte A. Gulewicz**
                                              Texas Bar No. 24094692
                                              charlotte@fnlawfirm.com

                                              **FEARS NACHAWATI, PLLC**
                                              5473 Blair Road
                                              Dallas, TX 75231
                                              Tel. (214) 890-0711
                                              Fax (214) 890-0712

                                              ATTORNEY FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ **CHARLOTTE A. GULEWICZ**
**Charlotte A. Gulewicz**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFF