UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Jane Longoria
**Case No.:** 2:18-cv-05972

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Jane Longoria whose case is on a Notice of Non-Compliance to be heard by the Court on April 4, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 2, 2019        /s/ Danae N. Benton
                                       Danae N. Benton
                                       BARON & BUDD, P.C.
                                       3102 Oak Lawn Avenue, Suite 1100
                                       Dallas, TX 75219
                                       (214) 521-3605
                                       dbenton@baronbudd.com