UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Shirley Tyson
**Case No.:** 2:17-cv-15254

## DECLARATION

I, Danae N. Benton, have attempted to reach my client, Shirley Tyson on the following dates: 1/28/2019, 2/6/2019, 2/13/2019, 2/14/2019, 2/18,2019, 2/27/2019, 3/4/2019, 3/5/2019, 3/8/2019, and 4/2/2019 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Danae N. Benton
Danae N. Benton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
dbenton@baronbudd.com