# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Queen Wilson* | * * | CIVIL ACTION NO. 2:18-cv-04461 |

## PLAINTTIF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT
___

COMES NOW Plaintiff Queen Wilson, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 5th day of April, 2019.

                                                              **BRENT COON & ASSOCIATES**

                                                              /s/  Eric W. Newell
                                                              Brent W. Coon
                                                              Federal Bar No. 9308
                                                              Texas Bar No. 04769750
                                                              Brent@bcoonlaw.com
                                                              Eric W. Newell
                                                              Texas Bar No. 24046521
                                                              Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendants who at first opposed to the filing of the amended complaint, after changes were made, it was resent to counsel of Defendants for their consent or opposition. After the changes, the counsel of Sanofi did not take a position on the filing of the amended complaint; and the counse of Hospira Defendants consented to the filing in the interest of judicial economy, and not to oppose the motion for leave to amend, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit. After reaching out to the counsel of Sandoz, Inc., with the amended changes, I received no response after 14 days.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of April.

_/s/Eric W. Newell_
Eric W. Newell