

May 14, 2018

(214) 648-3814

<u>Via Email: Marla.Mitchell@bcoonlaw.com</u>

Marla Mitchell
Brent Coon & Associates

      Re:      *Texas Public Information Act Request Received April 30, 2018*

Dear Ms. Mitchell:

      In correspondence received on April 30, 2018, by the University of Texas Southwestern Medical Center ("UT Southwestern"), a copy of which is enclosed, you seek the following information:

> ***Please complete the attached form and or provide the Purchasing order of the drug with the NDC Codes . . .***

You letter indicates the specified medication pertains to your firm's client, Queen Wilson. Your correspondence constitutes a request for information pursuant to the Texas Public Information Act (the "Act"), TEX. GOV'T CODE §§ 552.001-.353 (Vernon 2004).

      UT Southwestern has enclosed records reflecting our purchases of Taxotere and Docetaxel for use at certain UT Southwestern facilities, including the Simmons Cancer Center, from January 2011 to October 2013. These records include product information, such as the National Drug Code.

      Your correspondence indicates you are also seeking medical records. If you would like to make a request for copies of existing medical records that UT Southwestern collects, assembles, or maintains, please send a written request to:

Health Information Management
Attn: Release of Information
5323 Harry Hines Blvd.
Mail Code 8525
Dallas, TX 75390-8525

      If you have any questions about your request, please feel free to give me a call at the number listed above. With this submission, UT Southwestern has fully complied with the Act in response to your request, and considers your request to be complete.

**Office of the Vice President for Legal Affairs**
5323 Harry Hines Blvd. Dallas, Texas 75390-9008 | ph: (214) 648-3814 | fax: (214) 648-8805
christina.alvarado@utsouthwestern.edu



Yours very truly,

Christina Alvarado, J.D.

Enclosures

**Office of the Vice President for Legal Affairs**
5323 Harry Hines Blvd. Dallas, Texas 75390-9008 | ph: (214) 648-3814 | fax: (214) 648-8805
christina.alvarado@utsouthwestern.edu



# BRENT COON & ASSOCIATES

215 Orleans • Beaumont, TX 77701 • 409-835-2666 • 409-835-1912 Facsimile

April 30, 2018

<u>Via Fax: (214)648-8805 & email: leah.hurley@utsouthwestern.edu</u>
UT Southwestern Medical Center
Attn: Leah Hurley  - Vice President for Legal Affairs
5323 Harry Hines Blvd.
Dallas, TX  75235

RE:   *Queen Wilson  – Request for Statement Regarding Chemotherapy Drug Administered Purchasing Orders*

Please be advised that our firm is representing Queen Wilson in her potential case against Taxotere.

Due to the nature of chemotherapy reporting in the medical records, we are in need of further identification regarding two pieces of critical information by obtaining the following at the outset:

1. A definitive diagnosis of breast cancer with information on the stage; and
2. Proof that Taxotere and/or Docetaxel was used as the chemotherapy agent in Queen Wilson's treatment.

As you know, Taxotere is the name-brand form of the drug, and Docetaxel is the generic name of the drug.  We know that name-brand Taxotere was administered to those who completed treatment prior to March 2011, because it was the only version of the drug on the market at that time.  But, the generic form of Taxotere was introduced into the market at the beginning of March 2011.  Multiple companies sold the generic version of Taxotere after March 2011 and unfortunately, the name of the manufacturer is never listed in the medical records.

It is crucial that the attached *Statement Regarding Chemotherapy Drug Administered*  form is completed based on the drug(s) administered to Queen Wilson during the time of Ms. Wilson's treatment, and not what is currently being used at your facility.  Please complete the attached form **and or provide the Purchasing order of the drug with NDC Codes** and return it to me via fax at (409)835-1912 or email it to my legal assistant, Marla Mitchell at Marla.Mitchell@bcoonlaw.com.  I have also enclosed a signed HIPAA authorization for your file.  If there is a charge for completing the attached form, please provide the invoice, and we will promptly remit it.

**Beaumont, TX  ·  Houston, TX**

**2 |** P a g e

If you have any questions, please do not hesitate to contact me.

With best personal and professional regards, I remain.

                                                     Sincerely,

                                                     */s/ Eric W. Newell*

                                                     Eric W. Newell,
                                                     Attorney

EWN/mgm
Enc.

Case 2:16-md-02740-JTM-MBN   Document 6693-3   Filed 04/05/19   Page 4 of 13

**2 |** P a g e

# AUTHORIZATION TO DISCLOSE / RELEASE HEALTH INFORMATION

**Name of Patient:** Queen Wilson

**Date of Birth:** [redacted]    **Social Security #:** [redacted]

**I hereby authorize:**
UT Southwestern Medical Center
2201 Inwood Rd., Dallas, TX  75235

**To release to:**
Brent Coon & Associates - 215 Orleans, Beaumont, TX 77701
**or their representative,**

**SCOPE OF RECORDS TO BE RELEASED** - Statement Regarding chemotherapy Drug Administered & Purchasing Orders with NDC Codes.

This is your full and sufficient authorization, to release **ALL MEDICAL RECORDS FOR ALL DATES** (**If not** ANY AND ALL RECORDS/DATES specify here: from 10/01/2012 to 10/31/2013 ) regarding my treatment, hospitalization and/or outpatient care for my impairment(s) including but not limited to the following:

- ☑ Complete Records
- ☐ Consults
- ☐ Emergency Room Records
- ☐ Operative Reports
- ☐ Doctor's Orders
- ☑ Other ____ Any and All Records ____ - Statement Regarding Chemotherapy Drug Administered & Purchasing Orders with NDC Codes
- ☐ Discharge Summary
- ☐ X-Ray Reports & Films
- ☐ Physical Therapy
- ☐ Pharmacy/Medication
- ☐ Ambulance Reports
- ☐ History & Physical
- ☐ Laboratory
- ☐ All Dictated Reports
- ☐ Cardiology / Tapes & CD
- ☐ Correspondence
- ☐ Outpatient Records
- ☐ Pathology (slides)
- ☐ Doctor's Nurse's Notes
- ☐ Billing Records
- ☐ Admit Sheets

---

**I AUTHORIZE RELEASE OF ALL RECORDS RELATING TO ALCOHOL/DRUG TREATMENT/ABUSE, AIDS, SICKLE CELL ANEMIA, MENTAL HEALTH AND GENE-RELATED IMPAIRMENTS UNLESS OTHERWISE INDICATED BY MARKING THE LINE BELOW.**

_____ Do not release any records protected under Federal Law (CFR 42).

---

**PURPOSE OF DISCLOSURE:** __X__ LEGAL   ____ INSURANCE   ____ W/C

I **authorize** the use and disclosure of my individually identifiable health information as described above. I **understand** that treatment, payment, enrollment or eligibility of benefits **may not** be conditioned by way of this authorization. I **understand** that this authorization is voluntary. I **understand** that the information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I **understand** that I am entitled to a copy of this authorization.

**EXPIRATION or REVOCATION OF AUTHORIZATION:** I understand that I may revoke this authorization in writing at any time, unless action has already been taken in reliance upon it, by requesting such of the above referenced hospital/physician. I understand that this authorization will expire on: _____(specify date or event) or , if no date or event is specified, 12 months from the date of signing.

*A photocopy of this HIPAA compliant authorization will be treated in the same manner as an original.*

04/30/2018
Date

*Queen Wilson*
Signature of Patient/Guardian

_____
Relationship to Patient

_____
Reason Patient Unable to Sign

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: _____ / _____/ _____          SSN: _____ / _____/ _____

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
☐ 47335-285-41
☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

> **PATIENT**
> ☐ **WAS**   ☐ **WAS NOT**
> **ADMINISTERED TAXOL/PACLITAXEL**

_____ / _____ / _____          _____ / _____ / _____          _____
DATE OF FIRST TREATMENT                DATE OF LAST TREATMENT                # OF DOSES

_____          _____
SIGNATURE OF REPRESENATIVE OF                      NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____          _____
PRINTED NAME & TITLE OF REPRESENTATIVE             ADDRESS

_____          _____
DATE                                               CITY, STATE, ZIP







| 20839 - UTSW MED CTR SPEC. PHARM 340B | $2,176.631 | $48.934 | US$48.93#jeff - jeffmagi@utsouthwestern.edu | 65116 |
| 28330 - UTSW RICHARDSON INFUSION 340B | $2,176.631 | $2,176.631 | $2,176.631 Account: 20655 - UTSW CLEMENTS UNIV H   Group: 20554  Sign Out |

Ordering   Accounting   Reports   Physical Inventory   Requisition   340B Accumulator    Help

☑ Always open pricing expanded

## Product Velocity Report

Velocity (Click to Collapse)

### Account Velocity: 2012.01 - 2013.01

<< Previous Year                                                                                           Next Year >>

| Account | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals |  |  |  | 0 $0 |  |  |  |  |  |  |  |  |  | 0 $0 |
| 20695 |  |  |  | 0 $0 |  |  |  |  |  |  |  |  |  | 0 $0 |

### Generic Equivalent Velocity: 2012.01 - 2013.01

There is no Generic Equivalent Velocity to report.

<< Previous Year                                                                                           Next Year >>

☑ Always open velocity expanded

## Item Notes

User: utjeff - jeff.naggi@utsouthwestern.edu
Account: 20655 - UTSW CLEMENTS UNIV H | Group: 20554 | Sign Out

Ordering   Accounting   Reports   Physical Inventory   Requisition   340B Accumulator   Help

Save Note

## Scan Code Maintenance

[ ] Add New Scan Code

Current Scan Codes
300758004047

## Back Of Package

**Description:**

**Active Ingredient:**

**Inactive Ingredient:**

**Uses:**

**Directions:**

**Purpose:**

**Warnings:**

| Order Date | Description | NDC | Mfg | Qty |
|---|---|---|---|---|
| 01/10/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 01/11/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 01/14/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 01/18/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 01/25/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 01/28/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 02/01/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 02/05/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 02/07/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 02/14/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 02/18/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 02/22/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 02/26/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/01/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/04/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/08/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/11/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 03/18/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/22/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 03/25/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 03/29/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 04/08/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 7 |
| 04/10/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 04/17/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 04/18/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 04/26/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 05/01/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 05/03/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 05/07/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 2 |
| 05/09/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 2 |
| 05/13/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 05/17/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 05/20/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 05/22/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 05/29/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 05/30/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 06/06/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 6/6/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 06/10/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 2 |
| 06/11/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 06/14/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 10 |
| 06/21/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 06/26/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 3 |
| 07/01/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 07/05/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 07/08/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |

| Date | Drug | NDC | Mfr | Qty |
|---|---|---|---|---|
| 07/10/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 07/12/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 5 |
| 07/22/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 07/25/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 07/29/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 07/31/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 08/08/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 08/14/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 08/20/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 08/23/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 3 |
| 08/29/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 09/03/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/04/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 1 |
| 09/05/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/12/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |
| 09/13/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/19/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/20/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 2 |
| 09/24/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/25/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/27/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 09/30/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 10/01/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 2 |
| 10/02/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 10/04/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 10/05/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 10/09/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 5 |
| 10/10/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 3 |
| 10/11/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 4 |
| 10/12/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 10 |
| 10/17/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 10/18/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 10/21/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 10/22/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 10/25/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 10/25/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 0 |
| 10/29/2013 | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 7 |
| 10/30/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 10/30/2013 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 11/02/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| 11/05/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 11/06/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 0 |
| 11/07/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 2 |
| 11/08/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 11/09/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| 11/12/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| 11/16/2012 | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 10 |

| Date | Drug | NDC | Mfr | Qty |
|---|---|---|---|---|
| **11/26/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 3 |
| **11/28/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| **11/30/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 20 |
| **12/13/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| **12/18/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| **12/20/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 4 |
| **12/21/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| **12/27/2012** | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 3 |
| **12/28/2012** | DOCETAXEL MDV 160MG/16ML | 00409-0201-20 | PFZ | 6 |
| **12/28/2012** | DOCETAXEL MDV 160MG/16ML | 66758-0050-03 | SNZ | 6 |