IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Fern Crawford* | * | CIVIL ACTION NO. 2:17-cv-14068 |
| | * | |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

_____

COMES NOW Plaintiff Fern Crawford, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 5th day of April, 2019.

                                                       **BRENT COON & ASSOCIATES**

                                                       /s/ *Eric W. Newell*
                                                       Brent W. Coon
                                                       Federal Bar No. 9308
                                                       Texas Bar No. 04769750
                                                       Brent@bcoonlaw.com
                                                       Eric W. Newell
                                                       Texas Bar No. 24046521
                                                      Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. I was able to obtain consent since counsel for Sanofi defendants took no position on Motion to Amend since they were name in the original action.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of April, 2019.

*/s/Eric W. Newell*
Eric W. Newell