IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 2740<br><br>SECTION: "N" 5<br><br>COMPLAINT & JURY DEMAND<br><br>CIVIL ACTION NO. 2:17-cv-14068 |
| This Document Relates To:<br>*Fern Crawford* | | |

### PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Fern Crawford, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Fern Crawford, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 1, 2017. On December 15, Plaintiff's counsel received a notice of deficient document stating improper form of pleading that the incorrect version the Short Form Complaint was filed. Plaintiff filed the correct Short Form Complaint on December 15, 2017, however section 12 (the section that Plaintiff's listed the nature and extent of alleged injury) of the Short Form Complaint was in error left blank by omission.

Plaintiff, therefore, desires to amend the Complaint to include section of the Short Form Complaint to include the section 12 that was in error left blank by omission.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of April, 2019.

_/s/Eric W. Newell_
Eric W. Newell