# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : | **MDL NO. 2740** |
| | : | |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Ruby Brown v. Sanofi-Aventis U.S. LLC | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-00800 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 6684);

**IT IS ORDERED** that the Motion is **GRANTED**, and Dewander Brown, as surviving daughter and duly appointed Administratrix of the Estate of Ruth McGraw, deceased, is **SUBSTITUTED** as Plaintiff in this action.

New Orleans, Louisiana, this 5th day of April, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge