MINUTE ENTRY
MILAZZO, J.
April 4, 2019

JS-10:01:10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On April 4, 2019, the Court held a status conference with lead and liaison counsel. The parties updated the Court on the status of the case. The next conference with lead and liaison counsel will be held on **May 21, 2019, at 9:00 a.m.** It will be followed by a general status conference and show cause hearing.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**