MINUTE ENTRY
MILAZZO, J.
April 4, 2019

JS-10:00:20

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | **)** | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | **)** | |
| | **)** | **SECTION: "H" (5)** |
| | **)** | |
| **This document relates to all cases** | **)** | |

## MINUTE ENTRY

On April 4, 2019, the Court held a general status conference. Participants appeared in person as listed on the attached sign-in sheet. Other participants appeared by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 16.

Court Reporter:     Nichelle Drake

Law Clerk:          Samantha Schott

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

APRIL 4, 2019

10:00 am Status Conference & Show Cause Hearing Sign in Sheet
PLEASE PRINT

| Name | Party representing |
|---|---|
| Lindsay Stevens | Jacqueline + Victor mills, Friella McGee |
| Nicholas Insogna | Sandoz Inc. |
| Jon Strongman | Sanofi |
| Doug Moore | DLC   Sanofi |
| Jordan Baehr | Sanofi |
| Torrey Peterson | Sanofi |
| Brenda Sweet | Accord |
| Palmer Lambert | TK Co-Liaison |
| Dawn Barrios | PLC |
| Karen Barth Menzies | PEC |
| Michael J. Suffern | As Actavis Pharma, Actavis LLC & Sagent |
| John Olinde | Δ 505b2 liaison |
| Mark Cheffo | Hospira / Pfizer |
| Geoffrey Coan | Sun Pharmaceutical |
| Emily Jeffcott | PSC |
| Hazleck R | SANOFI |
| Daniel Markoff | PSC |

| | |
|---|---|
| Alyssa White | various πs |
| Claire Berg | π |
| WMM Williams | ß liaison Sanofi |
| Chris Coffin | Pf. |
| Richard Root | Deborah Johnson |
| Debbie Rouen | Sandoz |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |