MINUTE ENTRY
MILAZZO, J.
April 4, 2019

JS-10:01:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On April 4, 2019, the Court held oral argument.

Case Manager:     Erin Mouledous
Court Reporter:   Nichelle Drake
Law Clerk:        Samantha Schott

Defendants' Motion for Summary Judgment Against Plaintiff Deborah Johnson (Doc. 5734) was argued and taken under submission by the Court.

Appearances:     Jon Strongman, for Defendants
                 Richard Root, for Plaintiff

Defendants' Motion for Summary Judgment Against Plaintiff Jacqueline Mills (Doc. 5732) was argued and taken under submission by the Court.

Appearances:     Harley Ratliff, for Defendants
                 Lindsay Stevens, for Plaintiff

*[signature]*