MINUTE ENTRY
MILAZZO, J.
April 4, 2019

JS-10:01:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On April 4, 2019, the Court held a show cause hearing. Participants appeared in person as listed on the attached sign-in sheet. Other participants appeared by telephone.

Court Reporter:    Nichelle Drake

Law Clerk:    Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**. The Clerk's office has already dismissed these cases based on previously-filed stipulations;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," with the exception of Carolyn Moreman, 2:17-cv-12922, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," with the addition of Carolyn Moreman, 2:17-cv-12922, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-15828   Marcia D. Williams
- 17-15842   Trinette Williams
- 17-16312   Nelda Hastings
- 17-16374   Deborah Nystrom
- 18-09798   Teresa Buck (Duplicate case remains pending – 17-17981)
- 18-05981   Deborah Collins
- 17-15035   Cynthia Hinkle
- 17-15081   Eva Hudgins
- 18-05972   Jane Longoria
- 17-15254   Shirley Tyson
- 18-05817   Etta Ball
- 18-09651   Adele Owoc
- 18-11106   Carol Burke
- 18-09504   Carol Davis
- 18-07097   Pamela Ehrlich
- 17-17679   Crystal El Sabbagh
- 18-00805   Angelena Harris
- 18-01915   Diedra Harris
- 18-02492   Roseann Held
- 18-05558   Linda Lisotta
- 18-00809   Nimo Mohamed
- 18-05570   Antoinette Murray-Carter
- 18-00810   Rhonda Neal
- 17-17851   Linda Norvel
- 18-10902   Daisie Reish
- 18-07270   Tracy Duckworth Smith
- 18-02544   Margaret Stevens

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

                                               SEC. "H"(5)

APRIL 4, 2019

<u>10:00 am Status Conference & Show Cause Hearing Sign in Sheet</u>
PLEASE PRINT

| Name | Party representing |
|------|--------------------|
| Lindsay Stevens | Jacqueline + Victor mills, Friella McGee |
| Nicholas Insogna | Sandoz Inc. |
| Jon Strongman | Sanofi |
| Doug Moore | DCC  Sanofi |
| Jordan Baehr | Sanofi |
| Torrey Peterson | Sanofi |
| Brenda Sweet | Accord |
| Palmer Lambert | TY Co-Liaison |
| Dawn Barrios | PLC |
| Karen Barth Menzies | PEC |
| Michael J. Suffern | As Actavis Pharma, Actavis LLC & Sagent |
| John Olinde | Δ 505b2 liaison |
| Mark Cheffo | Hospira / Pfizer |
| Geoffrey Coan | Sun Pharmaceutical |
| Emily Jeffcott | PSC |
| Harley R | SANOFI |
| Daniel Markoff | PSC |

| Alyssa White | various πs |
|---|---|
| Claire Berg | π |
| WM Williams | D liaison Sanofi |
| Chris Coffin | Pf. |
| Rachel Root | Deborah Johnson |
| Debbie Rowen | Sandoz |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |