| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Moore | Loretta | 2:18-cv-06799 | No PFS Submitted | sanofi | Morris Bart, LLC | 3/26/2019 | 6575 |
| 2 | Johnson | Sandra | 2:17-cv-13699 | PFS Not Substantially Complete | sanofi | Schmidt National Law Group | 3/27/2019 | 6584 |
| 3 | Burch | Valarie | 2:18-cv-05612 | PFS Not Substantially Complete | sanofi | Hollis Wright | 3/29/2019 | 6592 |
| 4 | Bodnarchuk | Caroline | 2:18-cv-10609 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6629 |
| 5 | Cormier | Joan | 2:18-cv-10829 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6630 |
| 6 | Jedziniak | Kristin | 2:18-cv-10589 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6631 |
| 7 | Kilcran | Lori | 2:18-cv-10691 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6632 |
| 8 | Luckey | Cheryl | 2:18-cv-10590 | No PFS Submitted | 505 | Fears Nachawati, PLLC | 4/1/2019 | 6633 |
| 9 | McCullough | Barbara | 2:18-cv-10576 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6634 |
| 10 | Thomas | Barbara | 2:18-cv-10595 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6635 |
| 11 | Walika | Christine | 2:18-cv-09554 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6636 |
| 12 | Strickland | Brooke | 2:18-cv-09729 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6647 |
| 13 | Anderson Eckert | Leslie | 2:18-cv-00338 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi | Atkins & Markoff | 4/2/2019 | 6657 |
| 14 | Wooden | Diana | 2:17-cv-15205 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi | Atkins & Markoff | 4/2/2019 | 6658 |
| 15 | Smith | Denise | 2:17-cv-15047 | PFS Not Substantially Complete; No Authorizations | sanofi | Atkins & Markoff | 4/2/2019 | 6659 |
| 16 | Winesberry | Lillian | 2:17-cv-15194 | PFS Not Substantially Complete; No PTO 71 | sanofi | Atkins & Markoff | 4/3/2019 | 6685 |
| 17 | Brantley | Laura | 2:17-cv-10780 | PFS Not Substantially Complete | 505 | Bachus & Schanker | 4/3/2019 | 6686 |