April 4, 2019
Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Adolph | Jennifer | 2:18-cv-08030 | PFS Not Substantially Complete | 505 | Johnson Law Group | 3/4/2019 | 6384 |
| 2 | Nixon | Audrey | 2:17-cv-12321 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 3/4/2019 | 6385 |
| 3 | Bell | Zelma Lee | 2:18-cv-10098 | No PFS Submitted | 505 | Schmidt National Law Group | 3/4/2019 | 6386 |
| 4 | Garrett | Gayle | 2:17-cv-13262 | PFS Not Substantially Complete; No PTO 71A | sanofi | Shaw Cowart, LLP | 3/4/2019 | 6387 |
| 5 | Lee | Jade | 2:18-cv-03433 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi | Brown & Crouppen, P.C. | 3/26/2019 | 6567 |
| 6 | Murphy | Brenda | 2:17-cv-14480 | No Deficiency Response; PFS Not Substantially Complete | 505 | Brown & Crouppen, P.C. | 3/26/2019 | 6569 |
| 7 | Belczak | Jennifer | 2:18-cv-10968 | No PFS Submitted | sanofi | Wendt Law Firm | 3/29/2019 | 6598 |
| 8 | Harrell | Phyllis | 2:17-cv-16734 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | both sanofi and 505 | Cutter Law PC | 4/1/2019 | 6625 |
| 9 | Funk | Rebecca F. | 2:17-cv-16700 | No Deficiency Response; PFS Not Substantially Complete | 505 | Kershaw, Cutter & Ratinoff LLP | 4/1/2019 | 6626 |
| 10 | Bell | Estella | 2:18-cv-08822 | No PFS Submitted | 505 | Fears Nachawati, PLLC | 4/1/2019 | 6637 |
| 11 | Bell | Gail | 2:18-cv-11075 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6638 |
| 12 | Del Rosario | Helen | 2:18-cv-10875 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6639 |
| 13 | Douglas | Cheryl | 2:18-cv-10264 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6640 |
| 14 | Frederick | Yamilla | 2:18-cv-10478 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6641 |
| 15 | Kirkwood | Norita | 2:18-cv-09600 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6642 |
| 16 | Lake | Janine | 2:18-cv-10725 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6643 |
| 17 | Lowder | Beulah | 2:18-cv-10729 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6644 |
| 18 | Pospiel | Lori | 2:18-cv-09637 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6645 |
| 19 | Prather | Colleen | 2:18-cv-10288 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6646 |

April 4, 2019
Non Compliance Declarations List

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 20 | Nelson | Margie | 2:18-cv-00358 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | sanofi | Atkins & Markoff | 4/2/2019 | 6660 |
| 21 | Merritt | Michelle | 2:17-cv-15032 | PFS Not Substantially Complete; No PTO 71A | sanofi | Carey Danis & Lowe | 4/2/2019 | 6661 |
| 22 | Moreman | Carolyn | 2:17-cv-12922 | PFS Not Substantially Complete | 505 | Hilliard, Munoz, Gonzales, LLP | 4/2/2019 | 6663 |