April 4, 2019

Non Compliance Statement List

**EXHIBIT C**

| # | Last Name | First Name | MDL DocketNo. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|-----------|-----------|----------------|-----------------------------|-----------------|---------------------|------------|-----------|
| 1 | Childers | Mundee | 2:17-cv-12323 | PFS Not Substantially Complete; No Authorizations; No PTO 71 A | sanofi | Johnson Law Group | 2/15/2019 | 6215 |
| 2 | Boyd | Victoria | 2:18-cv-05647 | PFS Not Substantially Complete | sanofi | McGartland Law Firm, PLLC | 3/4/2019 | 6381 |
| 3 | Perea | Cecilia | 2:18-cv-11040 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6648 |
| 4 | Rodriguez | Daisy | 2:18-cv-10597 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6649 |
| 5 | Rudasill | Leslie | 2:18-cv-10701 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6650 |
| 6 | Shell | Julia | 2:18-cv-10767 | No PFS Submitted | sanofi | Fears Nachawati, PLLC | 4/1/2019 | 6651 |
| 7 | Bent | Sybil | 2:18-cv-10723 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/1/2019 | 6652 |
| 8 | Ferguson | Dana | 2:18-cv-10834 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/2/2019 | 6653 |
| 9 | Humbard | Candy | 2:18-cv-10017 | No PFS Submitted | both sanofi and 505 | Fears Nachawati, PLLC | 4/2/2019 | 6654 |
| 10 | Ryan | Betty | 2:18-cv-09795 | No PFS Submitted | sanofi | Sanders Phillips Grossman, LLC; Gibbs Law Group LLP | 4/2/2019 | 6655 |
| 11 | Carawan | Beverly | 2:18-cv-09598 | No PFS Submitted | sanofi | Pendley, Baudin & Coffin, L.L.P. | 4/2/2019 | 6671 |