# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Laura Gaspari v. Sanofi US Services Inc., et al.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA INC., and PFIZER INC.**<br><br>**Civil Action No.: 2:18-cv-13863** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice defendants ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA INC., and PFIZER INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of April, 2019

By: */s/ Daniel C. Burke*
Daniel C. Burke (NY 2626240)
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414
(212) 779-3218 Fax
dburke@bernlieb.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  April 8, 2019                                         /s/ *Daniel C. Burke*