MINUTE ENTRY
NORTH, M.J.
APRIL 8, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
      PRODUCTS LIABILITY
      LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

The Court held a telephone discovery conference concerning whether Plaintiff, Debra Cantwell ("Cantwell"), should produce certain ESI from the Taxotears Google group that has been collected and is currently in the possession of her or her counsel's e-discovery vendor ("Meta-e Discovery").

PARTICIPATING:    Harley Ratliff    Lee McGartland
                          Michael McGartland   Karen Menzies
                          Palmer Lambert

The Court ordered that the Taxotears ESI materials of Debra Cantwell currently in the custody of the e-discovery vendor be produced to Defendants within the next 24 hours (on or before 4:00 p.m. CDT April 9, 2019) in the format in which is currently exists, i.e., without associated metadata. This production is subject to the provisions and protections of Federal Rule of Evidence 502(b) and Federal Rule of Civil Procedure 26(b)(5)(B).

If permitted by the French Court, the PSC may videotape the deposition of Shirley Ledlie. The Court overruled Sanofi's objection to videotaping the deposition but cautioned that any objection by the French Court supersedes this Court's ruling and that, under no

MJSTAR (00:50)

circumstances, should the deposition be delayed or cancelled over a dispute whether it may be videotaped.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE