IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. JANE TRICHE MILAZZO <br><br> COMPLAINT & JURY DEMAND |
| *This Document Relates to:* <br> *Phyllis A. Stacy* | : : | CIVIL ACTION NO. 2:17-cv-03401 |

**MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO VACATE AND LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, Phyllis Stacy, by and through her attorneys, respectfully withdraw their previously filed Motion to Vacate Dismissal with Prejudice and For Leave to File Second Amended Complaint filed on March 26, 2019 (Doc. No. 6577).

After further conferring with counsel for Defendants Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., a consented Motion for Leave is now agreeable to Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., therefore Plaintiff's previously filed Motion is now moot.

Dated: April 9, 2019

SIMMONS HANLY CONROY

*/s/ John J. Foley*
John J. Foley (IL 6288152)
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

SIMMONS HANLY CONROY

*/s/ John J. Foley*
John J. Foley (IL #6288152)
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: jfoley@simmonsfirm.com
*Attorney for Plaintiff*