UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Sheila Crayton*
Case No. 17-5923

## *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW INTO COURT comes Plaintiff, Sheila Crayton, who respectfully requests leave of Court to file Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Protective Order entered in this matter, the referenced exhibits to Plaintiff's Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned exhibits to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool be filed UNDER SEAL.

|  |  |
|---|---|
| Dated: April 9, 2019 | Respectfully submitted, |
|  | /s *Richard L. Root* <br> Richard L. Root La# 19988 <br> Betsy Barnes La# 19473 <br> Lauren Godshall La# 31465 <br> Morris Bart, LLC <br> 601 Poydras Street <br> 24th Floor <br> New Orleans, LA 70130 <br> Phone: (504) 525-8000 <br> Fax: (504) 599-3392 <br> rroot@morrisbart.com <br> bbarnes@morrisbart.com <br> lgodshall@morrisbart.com <br> Attorneys for Plaintiff |