UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Sheila Crayton*
Case No. 17-5923

**MEMORANDUM IN SUPPORT OF *EX PARTE*
MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiff, through undersigned counsel, respectfully requests leave of Court to file Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool under seal. Plaintiff respectfully submits that, pursuant to the Protective Order entered in this matter (PTO No. 50, R. Doc. 612-1), Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool should be filed under seal.

Exhibit A consists of a transcript of a deposition of Johnson Lewis Crayton, Jr., taken March 25, 2019. Plaintiff does not designate this deposition as confidential. However, pursuant to paragraph 4 of the Protective Order, depositions are considered confidential within thirty (30) business days after receipt of the transcript: "Until the expiration of the 30-day period, the deposition testimony, transcript, and all exhibits shall be treated as confidential." (R. Doc. 612-1, p. 4.)

1

Accordingly, Plaintiff respectfully requests that Exhibit A which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for perpetuity, or until as the Court otherwise rules.

Pursuant to practice in this multidistrict litigation, Exhibit A will be emailed to liaison counsel for defendants and to liaison counsel for the Plaintiffs Steering Committee.

Accordingly, Plaintiff requests that the Court enter the attached proposed order directing that Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool to be filed UNDER SEAL.

Dated: April 9, 2019                                   Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
lgodshall@morrisbart.com
*Attorneys for Plaintiff Sheila Crayton*