UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
*Sheila Crayton*
Case No. 17-5923

### NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through undersigned counsel, pursuant to Local Rule 5.6, respectfully hereby provides notice of the request to file under seal and manual attachment of Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool.

On April 9, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: April 9, 2019

Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Lauren Godshall La# 31465
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
lgodshall@morrisbart.com
*Attorneys for Plaintiff*