UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Sheila Crayton* Case No. 17-5923 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool UNDER SEAL.

New Orleans, Louisiana, this ___ of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE