UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's un-redacted Memorandum in Opposition to Sanofi's Motion for Summary Judgment based on the Statute of Limitations (Rec. Doc. 6611) and its exhibits (D, F-H) Under Seal;

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits D, F-H) and un-redacted Memorandum in Opposition to Sanofi's Motion for Summary Judgment based on the Statute of Limitations **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE