UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § § *THIS DOCUMENT RELATES TO:* § *The cases listed in the attached Appendix* § § § § § | MDL NO. 2740 SECTION "N" (5) HON. JANE TRICHE MILAZZO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendants Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. in the above-captioned matters.[1]

DATED: April 9, 2019

Respectfully submitted,
*/s/ Lauren Gumerove*
Lauren Gumerove
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York New York 10036-6795
Telephone: (212) 698-3500
Facsimile: (212) 698 -3599
Lauren.gumerove@dechert.com

*Attorney for Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.*

.

---

[1] By filing this appearance, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. are not waiving any right to object to improper service, venue, or jurisdiction.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  April 9, 2019

/s/ Lauren Gumerove  
Lauren Gumerove
