UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Tanya Francis, Case No. 2:16-cv-17410*

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Memorandum in Opposition to Sanofi's Motion for Summary Judgment based on the Statute of Limitations (Rec. Doc. 6610) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits C, E-G) and un-redacted Memorandum in Opposition to Sanofi's Motion for Summary Judgment based on the Statute of Limitations **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1