IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| N RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION H" (5)<br><br>JUDGE MILAZZO<br><br>COMPLAINT & JURY DEMAND<br><br>CIVIL ACTION NO. 2:17-cv-03401 |
| *This Document Relates to:*<br>*Phyllis A. Stacy* | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 6703);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case;

**IT IS FURTHER ORDRED** that Plaintiff's previously filed Motion to Vacate Dismissal and Motion to Amend/Correct Complaint (Doc. 6577) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT