# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Queen Wilson* | * | CIVIL ACTION NO. 2:18-cv-04461 |
| | * | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint

(Doc. 6693);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to

file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 10th day of April, 2019.


_____
JUDGE, UNITED STATES DISTRICT COURT