UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Sheila Crayton*
Case No. 17-5923

# ORDER

Before the Court is Plaintiff's *Ex Parte* Motion for Leave to File Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool Under Seal (Doc. 6708);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit A to Plaintiff's Reply Memorandum and Supplemental Memorandum of Law in Further Support of Motion to Remove Sheila Crayton From the Second Bellwether Trial Plaintiff Pool **UNDER SEAL**.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE