MINUTE ENTRY
MILAZZO, J.
April 9, 2019

JS-10:00:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On April 9, 2019, the Court held a status conference with liaison counsel Dawn Barrios and John Olinde. The parties updated the Court on the status of the case.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE