IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>Germaine Henley v. Sanofi-Aventis U.S. LLC, et al | Civil Action No.: 2:18-cv-11658 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to Paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of April, 2019

Respectfully submitted,

/s/ *Elizabeth E. Chambers*
Elizabeth E. Chambers
AL Bar No.: ASB-3521-A63E
CORY WATSON, P.C.

>2131 Magnolia Avenue, Ste. 200
>Birmingham, AL 35205
>Phone (205) 328-2200
>Facsimile (205) 324-7896
>bchambers@corywatson.com
>*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 11 April 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

DATED: April 11, 2019

/s/ *Elizabeth E. Chambers*
Elizabeth E. Chambers