MINUTE ENTRY
NORTH, M.J.
APRIL 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER: 2740
　　　　　PRODUCTS LIABILITY
　　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Karen Ibos).

　　　PRESENT:　　Palmer Lambert　　　　Adrienne Byard
　　　　　　　　　　　Dawn Barrios　　　　　　Douglas Moore
　　　　　　　　　　　David Miceli　　　　　　 Lawrence Centola
　　　　　　　　　　　Kenneth DeJean　　　　Kelly Brilleaux

The Court determined that, at this time, additional deposition testimony of Dr. Tosti is unwarranted. The depositions of Drs. Feigal and Plunkett shall go forward as agreed to by the parties and discussed at the conference.

Sanofi will submit its motion to compel relating to alleged improper instructions by the PSC in the Dr. Thompson deposition, documents described in Dr. Thompson's invoices, and discovery regarding Avita Biomedical no later than Monday, April 15, 2019. The PSC may respond by Friday, April 19, 2019 and the matter will be heard by the Court at the previously scheduled discovery status conference on Tuesday, April 23, 2019.

The Court declined to allow the claw back of a Sanofi in-house email string concerning responding to certain social media activity. (Sanofi_05075729).

MJSTAR (01:00)

The Court set a rule to show cause why PSC member, David Miceli, should not be sanctioned under Rule 30 for repeatedly and improperly interrupting the recent deposition of Dr. Tosti through unnecessary objections to form, speaking objections, and multiple instructions to the witness not to answer.  The hearing is set for May 1, 2019 at 11:00 a.m.  Mr. Miceli may file a brief on the matter no later than April 22, 2019.  To the extent Defendants feel the need to respond, that response will be due Friday, April 26, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE