UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Katherine Taylor v. Sanofi U.S. Services, Inc., et al..*<br>Civil Action No.: 2:18-cv-13331 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

___   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

___   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

_X_   Other: Duplicate-filed case. This stipulation shall not affect the lawsuit filed by Katherine Taylor, case number 2:17-cv-15445, currently pending in this Court.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 11th day of April, 2019

                                              **CUTTER LAW, P.C.**
By: */s/ C. Brooks Cutter*
C. Brooks Cutter
CA Bar No. 121407
401 Watt Avenue
Sacramento, CA 95864
Telephone No. (916) 290-9400
Facsimile No. (916) 588-9330
bcutter@cutterlaw.com

*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

     I hereby certify that April 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 11, 2019                              */s/ C. Brooks Cutter*