**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section 'N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE JANE MILAZZO |
| | MAG. JUDGE NORTH |
| BONNIE SERAPHINE, | |
| Plaintiff, | Civil Action No. 2:17-cv-11654 |
| vs. | |
| SANDOZ INC. | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Bonnie Seraphine, by and through the undersigned counsel of record, and files this Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

1. **Reason for Seeking Dismissal:** Plaintiff Seraphine, through the undersigned counsel, seeks dismissal of her action as she no longer wishes to pursue any claim associated with her use of Taxotere. Plaintiff Seraphine informed the undersigned counsel of her lack of desire to pursue this matter in writing the details of which are more fully set out in the Supporting Memorandum Brief filed contemporaneously herewith.

2. **Type of Dismissal Sought:** Plaintiff Seraphine prays her action will be dismissed with prejudice.

3. **Certification of Counsel:** As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this

Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing as fully documented in the Supporting Memorandum Brief filed contemporaneously herewith.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Seraphine prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 12th day of April, 2019.

/s/ Michael P. McGartland
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Dismiss With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 12th day of April, 2019.

/s/ Michael P. McGartland
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com