UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section 'N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE JANE MILAZZO |
| | MAG. JUDGE NORTH |
| BONNIE SERAPHINE, | Civil Action No. 2:17-cv-11654 |
| Plaintiff, | |
| vs. | |
| SANDOZ INC. | |
| Defendant. | |

**PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT OF
MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Bonnie Seraphine, by and through the undersigned counsel of record, and files this Memorandum Brief in Support of her Motion for Voluntary Dismissal With Prejudice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and this Court's Pretrial Order No.54 as follows:

**REASON(S) FOR SEEKING DISMISSAL**

1.  Plaintiff Seraphine, through the undersigned counsel, seeks dismissal of her action as she no longer wishes to pursue any claim associated with her use of Taxotere.

2.  Plaintiff Seraphine is experiencing personal issues, including health problems requiring surgery, which make it impossible for her to proceed with her claim. According to Ms. Seraphine, the stress associated with this litigation has affected her personal life, employment and health.

3.	Plaintiff Seraphine considered her situation and notified the undersigned counsel of her decision not to pursue her claim on March 22, 2019.

## PLAINTIFF SEEKS DISMISSAL WITH PREJUDICE

4.	Plaintiff Seraphine prays her action will be dismissed with prejudice.

## COUNSEL'S CERTIFICATION AS REQUIRED BY PTO NO. 54 REGARDING COMMUNICATION WITH COUNSEL

5.	As required by this Court's Pretrial Order No. 54 entered on or about July 21, 2017, the undersigned counsel certifies he has advised Lead Counsel for the Defendants, as well as Plaintiffs' and Defendants' Liaison Counsel, of the intent to file this Motion to Dismiss With Prejudice more than fourteen (14) days prior to the instant filing.

6.	On March 25, 2019, the undersigned counsel notified Defense and Liaison counsel in writing of his intent to seek a Voluntary Dismissal With Prejudice on behalf of Plaintiff Seraphine. Counsel was advised Ms. Seraphine no longer wished to pursue her claim. A copy of said correspondence has been attached hereto as Exhibit 1.

WHEREFORE, PREMISE CONSIDERED, Plaintiff Seraphine prays this Court will enter an Order of Dismissal With Prejudice in this matter with each party to bear its own costs.

Respectfully submitted, this the 12th day of April, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
1300 South University Drive, Suite 500
Fort Worth, Texas 76107
Telephone:	(817) 332-9300
Facsimile:	(817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Memorandum in Support of Motion for Voluntary Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing, and via certified mail, return receipt requested to the last known address of Plaintiff.

Dated this 12th day of April, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com