# EXHIBIT 1



**MCGARTLAND**
— LAW FIRM PLLC —

1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

*Office* (817) 332-9300
*Toll Free* 1-866-832-9300
*Fax* (817) 332-9301
firm@mcgartland.com

March 25, 2019

**VIA EMAIL AND PRIORITY MAIL**

R. Cliffton Merrell
Taryn W. Harper
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
merrellc@gtlaw.com
harpert@gtlaw.com

    RE:    *Bonnie Seraphine v. Sandoz, Inc.*, U.S. District Court for the Eastern District of Louisiana; MDL 2740, Civil Action No. 2:17-cv-11654

Dear Counsel:

    As we advised counsel for Sandoz, Taryn Harper, on Friday, March 22, 2019, and again on Monday, March 25, 2019, we have been informed by our client, Bonnie Seraphine, that she no longer wishes to pursue her claim.

    Ms. Seraphine is experiencing personal issues, including health problems requiring surgery, which make it impossible for her to proceed. According to Ms. Seraphine, the stress associated with this process has impacted her personal life, employment and health.

    Based on Ms. Seraphine's decision, we intend to file a Motion for Voluntary Dismissal Without Prejudice fourteen (14) days from the date of this correspondence. This notice of intent to seek dismissal is provided in compliance with Pretrial Order 54.

    Thank you for your attention to this matter and please do not hesitate to contact us with any questions or concerns.

    Sincerely,

    Michael P. McGartland

cc:    John F. Olinde (via email)
       Douglas J. Moore (via email)
       Dawn Barrios (via email)
       Palmer Lambert (via email)