UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section 'N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE JANE MILAZZO |
| | MAG. JUDGE NORTH |
| BONNIE SERAPHINE, | Civil Action No. 2:17-cv-11654 |
| Plaintiff, | |
| vs. | |
| SANDOZ INC. | |
| Defendant. | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Plaintiff's Motion for Voluntary Dismissal With Prejudice;

2. Plaintiff's Memorandum in Support of Motion for Voluntary Dismissal With Prejudice; and

3. Proposed Order.

Said motion will be submitted on the 8th day of May, 2019, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 12th day of April, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing.

Dated this 12th day of April, 2019.

/s/ *Michael P. McGartland*
Michael P. McGartland
TX Bar No. 13610800
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com