# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section 'N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE JANE MILAZZO |
| | MAG. JUDGE NORTH |
| BONNIE SERAPHINE, | Civil Action No. 2:17-cv-11654 |
| Plaintiff, | |
| vs. | |
| SANDOZ INC. | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Voluntary Dismissal With Prejudice in the above captioned matter.

SO ORDERED this _____ day of _____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE