UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                        Civil Action No. 16-MD-2740
                        Section "H"(5)
                        New Orleans, Louisiana
                        April 4, 2019

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

                TRANSCRIPT OF STATUS CONFERENCE
        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                UNITED STATES DISTRICT JUDGE

<u>APPEARANCES:</u>

FOR THE PLAINTIFFS:

                    *DAWN BARRIOS*
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139

                    *MATTHEW PALMER LAMBERT*
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    *CHRISTOPHER COFFIN*
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112

                    *KAREN BARTH MENZIES*
                    GIBBS LAW GROUP
                    400 CONTINENTAL BOULEVARD
                    EL SUGUNDO, CA 90245

APPEARANCES CONTINUED

OFFICIAL TRANSCRIPT

FOR THE PLAINTIFFS:

> *VAL P. EXNICIOS*
> *LISKA EXNICIOS & NUNGESSER*
> *1515 POYDRAS STREET*
> *SUITE 1400*
> *NEW ORLEANS, LA 70112*
>
> *CHRISTOPHER ELLIOTT*
> BACHUS & SCHANKER
> 1899 WYNKOOP STREET
> SUITE 700
> DENVER, CO 80202
>
> *DANIEL P. MARKOFF*
> ATKINS & MARKOFF LAW FIRM
> 9211 LAKE HEFNER PARKWAY
> SUITE 104
> OKLAHOMA CITY, OK 73120
>
> *LINDSAY STEVENS*
> GOMEZ TRIAL ATTORNEYS
> 655 WEST BROADWAY
> SUITE 1700
> SAN DIEGO, CA 92101
>
> *RICHARD ROOT*
> MORRIS BART, LLC
> 601 POYDRAS STREET
> FLOOR 24
> NEW ORLEANS, LA 70130
>
> *EMILY JEFFCOTT*
> THE LAMBERT FIRM, PLC
> 701 MAGAZINE STREET
> NEW ORLEANS, LA 70130
>
> *ALYSSA WHITE*
> JOHNSON LAW GROUP
> 4440 VON KARMAN AVENUE
> SUITE 100
> NEWPORT BEACH, CA 92660

APPEARANCES CONTINUED

```
FOR SANOFI S.A.:

                    HARLEY V. RATLIFF
                    TORREY PETERSON
                    JORDAN BAEHR
                    SHOOK HARDY & BACON
                    2555 GRAND BOULEVARD
                    KANSAS CITY, MS 64108

                    DOUGLAS MOORE
                    KELLY E. BRILLEAUX
                    IRWIN FRITCHIE URQUHART & MOORE
                    400 POYDRAS STREET
                    SUITE 2700
                    NEW ORLEANS, LA 70130

                    JON STRONGMAN
                    SHOOK, HARDY & BACON
                    1155 F STREET NW, SUITE 200
                    WASHINGTON, DC  20004

FOR HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC,
FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC.,
AND PFIZER, INC.:

                    JOHN F. OLINDE
                    CHAFFE MCCALL
                    1100 POYDRAS STREET
                    SUITE 2300
                    NEW ORLEANS, LA 70163

FOR PFIZER, INC., AND HOSPIRA WORLDWIDE, LLC:

                    MARK S. CHEFFO
                    QUINN EMANUEL URQUHART & SULLIVAN
                    51 MADISON AVENUE, 22ND FLOOR
                    NEW YORK, NY 10010

FOR SANDOZ, A NOVARTIS DIVISION:

                    NICHOLAS INSOGNA
                    GREENBERG TRAURIG
                    3333 PIEDMONT ROAD NE
                    SUITE 2500
                    ATLANTA, GA 30305


APPEARANCES CONTINUED
```

FOR SANDOZ, A NOVARTIS DIVISION:

                    *DEBORAH C. ROUEN*
                    ADAMS & REESE
                    701 POYDRAS STREET
                    SUITE 4500
                    NEW ORLEANS, LA 70139

FOR ACTAVIS PHARMA, INC.:

                    *MICHAEL J. SUFFERN*
                    ULMER & BERNE
                    600 VINE STREET
                    SUITE 2800
                    CINCINNATI, OH 45202

FOR ACCORD HEALTHCARE, INC.:

                    *BRENDA A. SWEET*
                    TUCKER ELLIS
                    950 MAIN AVENUE
                    SUITE 1100
                    CLEVELAND, OH 44113

FOR SUN PHARMACEUTICAL:

                    GEOFFREY M. COAN
                    HINSHAW & CULBERTSON, LLP
                    28 STATE STREET
                    FLOOR 24
                    BOSTON, MA 02109

PARTICIPATING VIA PHONE:

                    KRISTIE FISCHER
                    SARAH DOLES
                    AMY GABRIEL
                    DONALD GREEN
                    CANDICE MCNABB
                    BRIA HANLON
                    LOWELL FINSON
                    CHARLES ORR
                    JENNIFER DOMER
                    DANAE BENTON
                    CHARLOTTE GULEWICZ
                    GORDON KESSLER

—OFFICIAL TRANSCRIPT—

```
Official Court Reporter:        Nichelle N. Drake, RPR, CRR
                                500 Poydras Street, B-275
                                New Orleans, Louisiana 70130
                                (504) 589-7775


     Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

OFFICIAL TRANSCRIPT

1          **P R O C E E D I N G S**

2                    (Call to order of the court.)

09:59:07AM   3          THE COURT:  Do we have people on the line?

09:59:07AM   4          THE DEPUTY CLERK:  Yes.

09:59:09AM   5          THE COURT:  Is Judge Hyland on the line?

09:59:13AM   6          THE DEPUTY CLERK:  I don't know.  We didn't ask.

09:59:16AM   7          THE COURT:  Those of you that are on the line and for

09:59:19AM   8   those of you that are present in court, we do have oral

09:59:24AM   9   argument this morning.  So the first thing we're going to do

09:59:27AM   10   is take care of our monthly status conference.  And following

09:59:31AM   11   that, we will have oral argument on the motions that are

09:59:35AM   12   pending before me at this point.  And following that, we will

09:59:40AM   13   go to the call docket, so just FYI for all of you so that you

09:59:46AM   14   know the agenda for today and the order in which these items

09:59:49AM   15   will be taken up.

09:59:51AM   16          That's it.

09:59:53AM   17          Who's doing -- Mr. Lambert, do you want to talk,

09:59:57AM   18   review the status report?

09:59:59AM   19          MR. LAMBERT:  Yes, Your Honor.  Good morning.  Palmer

10:00:03AM   20   Lambert with Gainsburgh Benjamin, plaintiff's co-liaison

10:00:03AM   21   counsel.

10:00:06AM   22          We're here this morning to present Joint Report No.

10:00:09AM   23   16, and I'll try to highlight only those things that have

10:00:14AM   24   changed since our last --

10:00:17AM   25          THE COURT:  Thank you.

OFFICIAL TRANSCRIPT
Page 6

10:00:17AM  1          MR. LAMBERT:  -- Joint Report.

10:00:17AM  2          The Joint Report is filed into the record, and

10:00:20AM  3  anybody on the phone or in the audience can follow along with

10:00:27AM  4  the filed version.

10:00:28AM  5          Section 1 of the report begins with the claims and

10:00:32AM  6  case inventory.  I will note that today is the two and a half

10:00:35AM  7  year anniversary of the MDL.  There are approximately 11,506

10:00:46AM  8  cases pending before Your Honor with approximately

10:00:47AM  9  1,509 cases that have been closed, dismissed, or remanded

10:00:52AM  10  since the inception of the MDL.

10:00:55AM  11          Under Section 2, Federal/State Coordination, there

10:00:59AM  12  are related state court proceedings in California, New

10:01:03AM  13  Jersey, Delaware, and Mississippi.  I will note in this

10:01:08AM  14  section are two particular cases, the *Jones* case, which has

10:01:15AM  15  filed a motion to remand.  That's Record Document 6597, and

10:01:20AM  16  counsel has been notified of the procedures in PTO 65 for

10:01:27AM  17  severance and multi-plaintiff cases as well as Pretrial Order

10:01:31AM  18  No. 77A on California plaintiffs' motions to remand.

10:01:36AM  19          The second case of note is the Mississippi AG case

10:01:41AM  20  which has been remanded to the Chancery Court, Hinds County,

10:01:49AM  21  Mississippi.

10:01:52AM  22          There are pending procedures before Judge Medinilla

10:02:05AM  23  in Delaware and a consolidated proceeding for Judge James

10:02:06AM  24  Hyland in Middlesex County.

10:02:08AM  25          In New Jersey, there were approximately 184 cases

10:02:12AM  1   pending as of Your Honor's February 21st status conference.

10:02:17AM  2   And the next status conference in New Jersey is scheduled for

10:02:23AM  3   April 18th.

10:02:23AM  4       Section No. 3 are the pretrial orders, and the only

10:02:32AM  5   change to the pretrial orders is No. 94 that sets today's

10:02:36AM  6   conference.

10:02:39AM  7       Section No. 4:  Case Management Orders of note is CMO

10:02:44AM  8   No. 18.  That's Record Document 6551, which orders that the

10:02:51AM  9   first bellwether trial previously set for May of this year is

10:02:56AM  10  continued until September 16th.

10:03:01AM  11      Under Section 5, Counsel Contact Information Form:

10:03:04AM  12  This section has not changed, but just a reminder to all

10:03:09AM  13  plaintiffs' counsel to submit the form in Pretrial Order No.

10:03:14AM  14  7, as that provides us with a list, as liaison counsel, to be

10:03:19AM  15  in contact with all counsel in the case as well as for

10:03:24AM  16  BrownGreer to serve pleadings on those counsel.

10:03:28AM  17      Section No. 6, Master Complaint, Short Form

10:03:32AM  18  Complaint:  This section is unchanged, but I will just remind

10:03:36AM  19  counsel that any plaintiff who wishes to file an amended

10:03:43AM  20  complaint needs to be mindful of Local Rule 7.6 and Pretrial

10:03:47AM  21  Order No. 37A, and they should read the sections in the joint

10:03:51AM  22  report to familiarize themselves with the procedure.

10:03:56AM  23      Under Paragraph J of Pretrial Order No. 15,

10:04:02AM  24  plaintiffs cannot simply notice a voluntary dismissal of the

10:04:07AM  25  entire case without prejudice.  There are procedures in this

10:04:10AM  1    case which allow for dismissal with prejudice through

10:04:16AM  2    Pretrial Order No. 87 for non-trial pool plaintiffs.

10:04:22AM  3          The form, Stipulation of Dismissal, is attached to

10:04:25AM  4    that order as Exhibit A to Pretrial Order 87.

10:04:30AM  5          Section No. 7, Plaintiff and Defendant Fact Sheets:

10:04:35AM  6    There are 10,044 Plaintiff Fact Sheets submitted in MDL

10:04:43AM  7    Centrality, another 1,256 are in progress.  They break down

10:04:50AM  8    as follows:  5,313, Sanofi; 1,092, Hospira; 411, Sandoz; 298,

10:04:59AM  9    Accord; 4, Sun, and another 2,926, unknown, blank, or

10:05:08AM  10   miscellaneous.

10:05:09AM  11         Counsel should familiarize themselves with the

10:05:15AM  12   pretrial orders listed in this section regarding completion

10:05:19AM  13   of fact sheets and also Pretrial Order No. 68 related to the

10:05:23AM  14   requirements of producing representative and dated

10:05:27AM  15   photographs.

10:05:29AM  16         Consistent with Pretrial Order No. 22A, the

10:05:34AM  17   defendants have set a show cause call docket that will follow

10:05:38AM  18   the arguments today.  That list originally identified 1,440

10:05:46AM  19   plaintiffs, although I know the number is smaller for this

10:05:51AM  20   afternoon.

10:05:52AM  21         THE COURT:  Much smaller.

10:05:53AM  22         MR. LAMBERT:  Much smaller, Yes, Your Honor.

10:05:58AM  23         Counsel should be reminded that statements asserting

10:06:02AM  24   that the lack of photographs -- that a plaintiff lacks

10:06:06AM  25   photographs should only be submitted in response to the

10:06:08AM 1    Court's order at one of the show cause call docket hearings.

10:06:13AM 2    The parties are working together towards agreement on a form

10:06:18AM 3    certification that can be submitted in that instance.

10:06:21AM 4         THE COURT:  I'm just going to interject because I do

10:06:25AM 5    know that we have people that are present and certainly that

10:06:28AM 6    are on the phone listening to this.  And we had a significant

10:06:33AM 7    problem with people failing to provide appropriate

10:06:36AM 8    photographs.  And I think in our last conference I cautioned

10:06:51AM 9    plaintiffs that they should be aware of their obligation to

10:06:53AM 10   provide photographs, and failure to be able to provide those

10:06:56AM 11   photographs should only be as a result of some extraordinary

10:07:01AM 12   circumstances, such as your house burned down or you are

10:07:06AM 13   flooded and your entire neighborhood was flooded.  Because

10:07:10AM 14   even in those circumstances where you have sustained a

10:07:18AM 15   tragedy, there is often someone that has a photograph that is

10:07:22AM 16   able to show this.

10:07:24AM 17        So we had a rash of people representing that they had

10:07:28AM 18   no photographs.  Well, that is absolutely insufficient.  And

10:07:30AM 19   I think we discussed this at our last month's status

10:07:34AM 20   conference.  But I interrupt Mr. Lambert only to reurge that

10:07:39AM 21   this is an obligation of the plaintiffs and that failure to

10:07:45AM 22   comply will result in dismissal of the lawsuits.

10:07:48AM 23        Okay.  Thank you.

10:07:49AM 24        MR. LAMBERT:  Thank you, Your Honor.

10:07:51AM 25        And I believe Ms. Barrios' office has circulated your

10:07:58AM 1  specific language on the record along those lines to all

10:07:59AM 2  plaintiffs' counsel, and we would remind people to please

10:08:02AM 3  look at Your Honor's guidance.

10:08:06AM 4         THE COURT:  Thank you.

10:08:06AM 5         MR. LAMBERT:  Section No. 8, Service on Defendants:

10:08:10AM 6  This is unchanged.  There are listed in this section of the

10:08:15AM 7  Joint Report the particular pretrial orders that provide

10:08:21AM 8  streamline service procedures for each defendant.

10:08:22AM 9         Section No. 9, Product Identification Order:  This

10:08:27AM 10 section is unchanged.  CMO 12A provides obligations and

10:08:33AM 11 procedures governing discovery of product ID, manufacturer

10:08:37AM 12 identification information.  The PSC has been advised by

10:08:43AM 13 certain counsel in the MDL that there are compliance issues

10:08:46AM 14 with regard to nonparties' compliance with the subpoenas, and

10:08:51AM 15 we would ask that counsel please get in contact with Dawn or

10:08:57AM 16 myself regarding any of those issues.

10:09:00AM 17        THE COURT:  And this is going to be another area,

10:09:04AM 18 Mr. Lambert, where I am going to interrupt you.

10:09:07AM 19        We had, as you know, a status conference that

10:09:11AM 20 preceded this general status conference with trial counsel in

10:09:15AM 21 order to review the issues that sometimes -- some of those

10:09:21AM 22 more problematic issues and, very frankly, compliance with

10:09:27AM 23 CMO 12 has become one of those, and I understand from -- as

10:09:31AM 24 reported to me from Plaintiffs' Steering Committee that -- of

10:09:34AM 25 the significant problems with compliance with CMO 12 for

10:09:39AM 1   nonparty subpoena recipients.

10:09:42AM 2        I am going to -- please, everyone who is on the

10:09:45AM 3   phone, who is here present, you should contact liaison

10:09:51AM 4   counsel if there are any difficulties associated with

10:09:57AM 5   noncompliance of a third party in conjunction with CMO 12

10:10:01AM 6   dealing with product ID.  So, again, I caution you to please

10:10:04AM 7   contact Ms. Barrios and Mr. Lambert.  I know their phone

10:10:09AM 8   numbers are readily available to all of you.

10:10:13AM 9        Thank you.

10:10:13AM 10       MR. LAMBERT:  Yes, Your Honor.  Thank you very much.

10:10:14AM 11       And I believe the general e-mail is

10:10:20AM 12  taxotere@bkc-law.com if you don't have our phone numbers

10:10:26AM 13  handy.

10:10:26AM 14       Section No. 10, Preservation Order:  Counsel are

10:10:33AM 15  familiar or reminded to familiarize themselves with the terms

10:10:35AM 16  of Pretrial Order No. 1 regarding preservation of evidence as

10:10:39AM 17  well as the requirements of CMO 15 regarding preservation of

10:10:43AM 18  biopsy tissue evidence.

10:10:47AM 19       Section No. 11, Protective Order:  There's nothing

10:10:51AM 20  new regarding Pretrial Order No. 50, which is the protective

10:10:56AM 21  order entered by Judge North in this case.

10:10:58AM 22       Section No. 12, Electronically Stored Information

10:11:04AM 23  Discovery:  The ESI protocol in this case is Pretrial Order

10:11:10AM 24  No. 49.  There also is a Pretrial Order No. 71A which sets

10:11:15AM 25  forth the plaintiffs' responsibilities with regard to ESI.

10:11:22AM  1      Recently, Judge North had his first call docket

10:11:28AM  2  hearing under Pretrial Order No. 85, which is the protocol

10:11:32AM  3  for defendants to raise PTO 71A and privilege log

10:11:36AM  4  deficiencies of non-bellwether plaintiffs.  The minute entry

10:11:44AM  5  that followed those rulings is Record Document 6614, and

10:11:49AM  6  those rulings are applicable to all MDL plaintiffs.  We would

10:11:55AM  7  encourage everybody, all counsel, to familiarize themselves

10:12:00AM  8  with that minute entry.

10:12:01AM  9      The next PTO 85 call docket in front of Judge North

10:12:06AM 10  will take place on May 28th.

10:12:08AM 11      Section No. 13, Discovery of Defendants and Trial

10:12:13AM 12  Case Discovery:  The plaintiffs have served merits discovery

10:12:17AM 13  on Sanofi, Hospira, Accord, and Sandoz.  They have received

10:12:23AM 14  productions in that discovery, and the parties continue to

10:12:28AM 15  bring any issues regarding that discovery before Judge North.

10:12:34AM 16      Our next scheduled discovery status conference with

10:12:38AM 17  Judge North is April 23rd.

10:12:40AM 18      With regard to the first bellwether trial, the Phase

10:12:47AM 19  II discovery is complete.  Expert reports have been

10:12:51AM 20  exchanged, a number of Daubert and motions for summary

10:12:57AM 21  judgment have been filed, and the briefing on those is

10:13:01AM 22  ongoing.  There is also description in the Joint Report about

10:13:06AM 23  certain supplemental expert discovery that is ongoing, and we

10:13:12AM 24  discussed that with Your Honor specifically this morning in

10:13:15AM 25  the conference with liaison counsel.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 10:13:18AM | 1 | Regarding the second bellwether trial in CMO 16, the |
| 10:13:26AM | 2 | Court selected Cynthia Thibodeaux as the primary plaintiff |
| 10:13:29AM | 3 | and Sheila Crayton as the alternate plaintiff.  The counsel |
| 10:13:35AM | 4 | for Ms. Crayton has sought her removal from the trial pool, |
| 10:13:39AM | 5 | and that motion is pending, Record Document 6559. |
| 10:13:43AM | 6 | Under No. 14 -- Section 14, Motion Practice:  The |
| 10:13:52AM | 7 | Sanofi defendants filed in January motions for summary |
| 10:13:57AM | 8 | judgment against Kelly Gahan, Jacqueline Mills, and Deborah |
| 10:14:04AM | 9 | Johnson.  The motions with regard to Ms. Gahan have been |
| 10:14:12AM | 10 | continued by agreement.  The motion related to Ms. Mills and |
| 10:14:15AM | 11 | Ms. Johnson will be heard after this general status |
| 10:14:19AM | 12 | conference. |
| 10:14:20AM | 13 | As I discussed on the previous section, there are |
| 10:14:29AM | 14 | multiple motions filed by plaintiffs and defendants related |
| 10:14:34AM | 15 | to Trial No. 1 summary judgment and Daubert motions.  As I |
| 10:14:41AM | 16 | stated, the briefing is ongoing and it will be heard on a |
| 10:14:45AM | 17 | staggered schedule, the first eight of which -- whichever |
| 10:14:51AM | 18 | ones the parties seek oral argument on -- will be heard the |
| 10:14:55AM | 19 | week of May 21st. |
| 10:14:57AM | 20 | Of note in this motions section are two additional |
| 10:15:08AM | 21 | motions regarding trial pool plaintiffs, Ms. Gabriel and |
| 10:15:14AM | 22 | Ms. Warren, who were selected for the third round of trial |
| 10:15:18AM | 23 | pool cases, and they have both sought to dismiss their cases |
| 10:15:25AM | 24 | with prejudice.  Those motions are Record Document 6496 and |
| 10:15:35AM | 25 | 6530. |

```
10:15:36AM   1          On March 25th, the Court held a conference of liaison

10:15:41AM   2     counsel in anticipation of which the parties submitted

10:15:45AM   3     certain letter briefing regarding a proposed amending CMO

10:15:50AM   4     regarding trial pool selections, and their submissions are

10:15:55AM   5     before Your Honor.

10:15:56AM   6          I believe Your Honor is going to meet with

10:16:02AM   7     Ms. Barrios and Mr. Olinde to finalize and issue that case

10:16:08AM   8     management order.

10:16:09AM   9          THE COURT:  Yes.  Thank you.

10:16:09AM  10          MR. LAMBERT:  Section No. 15, Special Master For

10:16:15AM  11     Plaintiffs' Time and Expenses:  Nothing has changed here.

10:16:19AM  12     Mr. DeJean is appointed as Special Master for those purposes.

10:16:25AM  13          And Section No. 16, next status conference, Your

10:16:28AM  14     Honor has set that for May 21st at 10:00 a.m.

10:16:33AM  15          And, Mr. Moore?

10:16:38AM  16          Mr. Olinde?

10:16:41AM  17          MR. OLINDE:  I have nothing further.

10:16:41AM  18          THE COURT:  Thank you.

10:16:44AM  19          MR. MOORE:  Nothing from Sanofi, Your Honor.

10:16:48AM  20          MR. LAMBERT:  That concludes the Joint Report.

10:16:50AM  21          THE COURT:  Thank you.

            22                    *  *  *  *

            23          (WHEREUPON, the proceedings were adjourned.)

            24                    *  *  *  *

            25
```

OFFICIAL TRANSCRIPT

1

2                    REPORTER'S CERTIFICATE

3          I, Nichelle N. Drake, RPR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
4  Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
5  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

6

7                    /s/ Nichelle N. Drake
                     Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    OFFICIAL TRANSCRIPT