UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Rose Skelton, 2:18-cv-04810 | : : | |

### NOTICE REGARDING TRIAL SELECTION ELIGIBILITY UNDER CMO NO. 14A

Plaintiff Rose Skelton, by and through counsel, files this Notice to advise the Court of recent events affecting Plaintiff's Skelton's eligibility as a trial selection under the provisions of CMO No. 14A.

Plaintiff filed her Short Form Complaint on May 10, 2018, naming Defendant Accord Healthcare, Inc. ("Accord") based upon documentation signed by a pharmacist at Plaintiff's infusion facility in the form approved by the Court and attached to Case Management Order No. 12 (and later amended as Exhibit B to Case Management Order No. 12A). Thereafter, Plaintiff obtained a separate document from an analyst at the *same* infusion facility that was inconsistent with the pharmacist's statement, reflecting that for two infusions, Plaintiff was infused with docetaxel manufactured by both Accord and Sanofi Aventis US LLC d/b/a Winthrop US (Winthrop). Plaintiff sought additional confirmation from Plaintiff's infusion facility because the analyst's certification appeared to be an error. Those records recently were received and also show that Winthrop was used, in part, during two infusions.

Consequently, Plaintiff filed a motion for leave to amend her complaint to name Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. (collectively "Sanofi"), in addition to Accord (see Doc. 6585). Plaintiff's unopposed motion was granted (Doc.

6678), and Plaintiff's Amended Short Form Complaint was filed on April 3, 2019 (case number 2:18-cv-04810-JTM-MBN, Doc. 6).

Plaintiff Skelton currently is part of the third Trial Pool, having been nominated by Defendant Accord. CMO No. 14A provides, in pertinent part, that unless otherwise agreed upon by the parties or ordered by the Court, "Plaintiffs nominated for the Trial Pool … must have single-defendant product identification" (Doc. 5035, p. 2). Records received after Ms. Skelton's nomination confirm that she received docetaxel manufactured by two manufacturers, and her complaint has been amended accordingly. Because the parties have not agreed that Ms. Skelton's case should proceed as part of the third Trial Pool, this case is ineligible as a trial selection under the terms of CMO 14A. Should the Court order otherwise, Ms. Skelton remains ready and willing to participate in this or any future trial selection rounds.

Plaintiff respectfully notifies this Honorable Court that Plaintiff Skelton's case currently is not eligible as a trial selection under the terms of CMO 14A.

Date: April 15, 2019                    Respectfully submitted,

/s/ *Sarah Shoemake Doles*
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 15th day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

               /s/ *Sarah Shoemake Doles*
               Sarah Shoemake Doles