UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION:  H (5) |

**DEFENDANT'S MOTION FOR REVIEW OF DISCOVERY ORDER REGARDING PSC'S *IN CAMERA* CORRESPONDENCE AND VIDEOS**

NOW INTO COURT, comes Defendant Sanofi, which, pursuant to Federal Rule of Civil Procedure 72, respectfully seeks the District Court's review of the April 1, 2019 Order of Magistrate Judge North (Rec. Doc. 6616), ruling that certain materials and videos submitted for *in camera* review by the Plaintiffs' Steering Committee ("PSC") constitute protected work product not subject to discovery.

WHEREFORE, for the reasons set forth in the attached memorandum in support, Sanofi respectfully prays that the Court reverse the April 1, 2019 Order (Rec. Doc. 6616).

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore*<br>Douglas J. Moore (Bar No. 27706)<br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA  70130<br>Telephone: 504-310-2100<br>Facsimile:  504-310-2120<br>dmoore@irwinllc.com | Harley Ratliff<br>Adrienne L. Byard<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile:  816-421-5547<br>hratliff@shb.com<br>abyard@shb.com<br><br>*Counsel for Sanofi-aventis U.S. LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*