# EXHIBIT B

## RULE 26 EXPERT REPORT OF CONFIDENTIAL CURTIS T. THOMPSON, M.D.

**Patient #1--Tanya Francis,** ███████████ **(Pathology case #CT18-8610)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/19/2018.

The two biopsies were identified as "Left parietal scalp" and "Left vertex scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al*. The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011)*,* including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (0.96 hairs/mm$^2$, 2.0 is normal);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:4, >3:1 is normal);

1

    3. A catagen/telogen shift (27%, <15% is normal).

    4. Features of less significance included focal calcification in the dermis and a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

    1. Low follicular density (1.35 hairs/mm$^2$);

    2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:1);

    3. A high-normal catagen/telogen shift (12%).

    4. A feature of less significance included a very sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies show similar findings, consistent with the process involving the entire scalp, which can be termed as "diffuse" or "global" involvement. The global involvement provides further evidence that the patient's diagnosis is pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because it does not cause permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent

follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description, and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

**Patient #2--Antoinette Durden,** ███████████ **(Pathology case #CT18-8611)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/24/2018.

The two biopsies were identified as "Right anterior scalp" and "Right parietal scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al.* The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011)*,* including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven

unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (1.11 hairs/mm$^2$, 2.0 is normal);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:>4, >3:1 is normal);
3. A catagen/telogen shift (29%, <15% is normal).
4. A feature of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

1. Low follicular density (0.88 hairs/mm$^2$);
2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:2);
3. A markedly abnormal catagen/telogen shift (45%).
4. A features of less significance included focal a sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies, having similar abnormalities, suggest that the alopecic process involves the entire scalp, which can be termed as "diffuse" or "global" involvement. This is further proof that the patient's diagnosis is pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because it does not cause permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description, and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

**Patient #3-- Barbara Earnest,** ▉▉▉▉▉▉▉▉ **(Pathology case #CT18-8612)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease.

Two biopsies were submitted (collected 03/26/2018) and received at CTA Lab, a CAP- and CLIA-certified and HIPPA-compliant laboratory, on 04/11/2018. A final report was issued on 04/24/2018.

5

The two biopsies were identified as "Left vertex scalp" and "Right occipital scalp." Each case was logged in and given a case number. Grossing of each specimen was performed using the Ho-Vert technique (Nguyen JV *et al.* The HoVert technique: a novel method for the sectioning of alopecia biopsies. J Cutan Pathol 38(5):401-6, 2011), including inking of one side of the horizontal sections to guide the direction of tissue embedding after processing. After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each section, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Three unstained slides, each with 3 sections, were obtained after each H&E slide for a total of 9 unstained slides. Seven unstained slides remain and are stored for possible further studies. In addition, biopsy tissue remains embedded in the paraffin tissue block, and further sections could be obtained from this block.

On microscopic examination, Part A showed the following significant features:

1. Low follicular density (1.19 hairs/mm$^2$, 2.0 is normal);

2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:>4, >3:1 is normal);

3. A catagen/telogen shift (17%, <15% is normal).

4. A feature of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

A microscopic examination of Part B, showed the following significant features:

1. Low follicular density (1.43 hairs/mm$^2$);

6

      2. An increased percentage of small (vellus or miniaturized) follicles (Terminal:vellus 1:2);

      3. A markedly abnormal catagen/telogen shift (33%).

      4. A feature of less significance included a sparse superficial lymphocytic (inflammatory cell) infiltrate.

The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Both biopsies having similar abnormalities is consistent with the process involving the entire scalp, which can be termed as "diffuse" or "global" involvement. This is further proof that the patient's diagnosis is pCIA.

Of note, other entities, such as female pattern hair loss (androgenetic alopecia) would not show such profound, permanent follicular loss. Chronic telogen effluvium (CTE), often the result of a dietary or iron deficiency, is also ruled-out, because CTE would also not cause permanent follicular loss. In addition, the pattern is not consistent with this being an anagen effluvium, which would show a profound catagen/telogen shift but not permanent follicular loss. An acute telogen effluvium (ATE) is also ruled out because it does not cause permanent follicular loss. A spongiotic dermatitis, such as seborrheic dermatitis or contact dermatitis, would also not cause permanent follicular loss. The minimal inflammation rules out an autoimmune or primary cicatricial (scarring) disease, which are generally not diffuse (global) in nature, anyway.

Finally, the clinical history of chemotherapy, confirms the diagnosis. A definitive pathological diagnosis, such as this, cannot be based only upon a histopathological, microscopic description,

and requires knowledge of the clinical history and presentation/examination. For example, the presentation of acute, massive shedding is most consistent with an acute telogen effluvium, which was not reported in this case.

Date:  11-23-2018                                         /S/
                                                          **CURTIS T. THOMPSON, M.D.**

**Materials Consulted**

1. Photographs of Punch Biopsy Sites of Tanya Francis
2. Photographs of Punch Biopsy Sites of Barbara Earnest
3. Photographs of Punch Biopsy Sites of Antoinette Durden
4. Dr. Tosti Examination of Tanya Francis on May 29, 2018
5. Dr. Tosti Examination of Barbara Earnest on June 5, 2018
6. Dr. Tosti Examination of Antoinette Durden on June 2, 2018
7. Dermatopathology Report for Antoinette Durden on April 24, 2018
8. Dermatopathology Report for Barbara Earnest on April 24, 2018
9. Dermatopathology Report for Tanya Francis on April 19, 2018
10. Before and After hair loss photos for Tanya Francis
11. Before and After hair loss photos for Barbara Earnest
12. Before and After hair loss photos for Antoinette Durden

## Selected Medical Records Regarding Hair Loss

**TANYA FRANCIS**

1. University Medical Center New Orleans – 08/06/2009 - Progress Note – Carolyn Lonon, RPh – "The patient does complain of…..hair loss, but the hair loss is due to chemotherapy."
2. University Medical Center New Orleans – 08/13/2009 - Progress Note – Carolyn Lonon, RPh – "The patient reports…..hair loss which is thought to be due to chemotherapy…"
3. University Medical Center New Orleans – 08/26/2009 - Progress Note – Carolyn Lonon, RPh – "The patient reports….some hair loss."
4. University Medical Center New Orleans – 09/22/2009 - Progress Note – Carolyn Lonon, RPh – "However, the patient does admit to some hair loss."
5. University Medical Center New Orleans – 12/01/2009 - Progress Note – Carolyn Lonon, RPh – "The patient admits to hair loss due to chemotherapy."
6. University Medical Center New Orleans – 01/04/2010 - Progress Note – Carolyn Lonon, RPh – "She is reporting some hair loss, but feels that it is secondary to chemotherapy."
7. University Medical Center New Orleans – 01/13/2010 - Progress Note – Carolyn Lonon, RPh – "The patient admits to hair loss, may be due to chemotherapy."
8. Tulane Cancer Clinic – Clinic Consultation – 09/10/2009 – Alopecia Noted in HEENT section of Physical Examination

**BARBARA EARNEST**

1. Northshore Oncology – James Carinder, MD – 07/12/2011 – "There is alopecia secondary to cytoxic chemotherapy."
2. Northshore Oncology – James Carinder, MD – 08/02/2011 – "There is Alopecia secondary to cytoxic chemotherapy."
3. Northshore Oncology – James Carinder, MD – 09/20/2011 – "There is Alopecia secondary to cytoxic chemotherapy."
4. Northshore Oncology – James Carinder, MD – 11/29/2011 – "There is Alopecia secondary to cytoxic chemotherapy."
5. Northshore Oncology – James Carinder, MD – 01/24/2012 – "There is Alopecia secondary to cytoxic chemotherapy."

6. Northshore Oncology – James Carinder, MD – 04/24/2012 – "There is resolving Alopecia."

7. Tulane Medical Center – Martin Moehlen, MD – 09/15/2015 – Alopecia noted in HEENT section of physical examination.

8. Deposition Testimony of James Carinder, MD – Dr. Carinder began seeing hair regrowth with Barbara Earnest between January 2012 and April 2012, however, Dr. Carinder notes that her hair regrowth was "slow," and "kind of at a standstill; but,…it was trying. It looked like it was trying. But she was without hair for longer than what I would have expected, way longer." – Deposition of James Carinder, MD – Vol 1. At page 106 (Jan. 11, 2018)

9. Deposition Testimony of James Carinder, MD – Although Dr. Carinder noted resolving alopecia in his treatment notes for Barbara Earnest, he would not say that he saw more hair than Barbara Earnest's previous appointments. – Deposition of James Carinder, MD – Vol. 1 at page 106 (Jan. 11, 2018).

**ANTOINETTE DURDEN**

1. Deposition Testimony of Sophy Jancich, MD – Prior to chemotherapy, Mrs. Durden's hair had "no areas of baldness," she "wasn't wearing any wigs," and her hair was "shoulder length." Deposition of Sophy Jancich, MD – Vol. 1 at page 11 (Jan. 12, 2018).

2. Deposition Testimony of Sophy Jancich, MD – Mrs. Durden lost all of her hair during chemotherapy. Deposition of Sophy Jancich, MD – Vol. 1 at page 12 (Jan. 12, 2018).

3. Deposition Testimony of Sophy Jancich, MD – After chemotherapy was completed in February 2012, Mrs. Durden's hair "never grew back….it never went back to the state it was pre-chemo." - Deposition of Sophy Jancich, MD – Vol. 1 at page 12 (Jan. 12, 2018).

4. Deposition Testimony of Sophy Jancich, MD – Since Ms. Durden completed chemotherapy in February 2012 to the time she saw Dr. Jancich in 2015, there was never any improvement in her hair growth; she was nearly bald and only had two or three strands of hair. – Deposition of Sophy Jancich, MD – Vol. 1 at page 12 – 13 (Jan. 12, 2018).

5.  Deposition Testimony of Sophy Jancich, MD – Mrs. Durden never experienced hair regrowth except for some fuzz after chemotherapy. – Deposition of Sophy Jancich, MD – Vol. 1 at page 73 (Jan. 12, 2018).