# EXHIBIT E

# Sample of Literature: Mechanism of Action, Biologic Plausibility and Biology of Hair Follicle

Cited in Dr. Portia Bradford Love's deposition:

> Kluger, et al., Annals of Oncology, Nicolas Kluger et al., Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients, 23 ANNALS OF ONCOL. 2879 (2012).
>
> Miteva, et al., Am J Derm, Volume 33, Number 4 (June 2011)
>
> Tallon, et al., (including co-author, Lynne Goldberg, a consulting expert retained by Sanofi) J Amer Ac Derm. (2010)
>
> Machado, et al., Bone Marrow Transplant, 40:979-982(2007) (cited in Kluger)

** All deal with hypothesis/biologically plausible mechanism of action.

Not cited in Sanofi's experts' reports:

> Alonso L. and Fuch E, J. Cellular Science, Science at a Glance: The Hair Cycle, vol. 119, 391-393(2006).
>
> Paus, et al., NEJM, vol. 341, no. 7, August 12, 1999. Not a permanent alopecia article, but describes the biology of the hair follicle. Demonstrates knowledge of stem cell in the biology of hair growth.
>
> Prevasas, et al., British J. Derm (2009), vol. 160, 888-891. "A possible explanation for the irreversibility could be permanent damage to the stem cell, situated in the hair bulge…"