## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION:  H (5) |
| This Document Relates To: ALL CASES | |

### SANOFI DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY OF DR. CURTIS THOMPSON RELATED TO STEM CELL STUDY

NOW INTO COURT, comes Defendant Sanofi, which, pursuant to Federal Rule of Civil Procedure 37, seeks to compel discovery of additional deposition testimony and documents regarding the "stem cell study" described in Dr. Curtis Thompson's invoices, as well as related documents from AIVITA Biomedical. Sanofi has, in good faith, attempted to confer with the PSC regarding this discovery request, but the PSC thus far has maintained that the materials and videos are not discoverable.

WHEREFORE, for the reasons set forth in the attached memorandum in support, Sanofi prays that the Court order Plaintiffs to produce the following documents, Accordingly, Defendant respectfully requests this Court order Plaintiffs to provide the following documents, all of which was requested in the subpoena duces tecum for Dr. Thompson's depositions, within 7 days:

- Any documents, correspondence, or materials regarding Dr. Thompson's decision not to conduct stem cell staining on Ms. Tuyes's biopsy samples;

- Any documents, correspondence, or materials regarding the "Videos," referenced in Dr. Thompsons's 8/9/2018 invoice entry;

- The identity of the person or entity redacted from Dr. Thompson's 8/9/2018 invoice entry;

1

- The "summary memo" referenced in Dr. Thompson's 8/6/2018 invoice, and all related documents, correspondence, or materials;

- Any documents, correspondence, or materials regarding the "telephone call stem cell study" referenced in Dr. Thompson's 8/15/2018 invoice entry;

- Any documents, correspondence, or materials regarding the "planning" of the "stem cell study at CTA Lab" referenced in Dr. Thompson's 8/15/2018 invoice entry;

- Any documents, correspondence, or materials regarding the development of any stem cell study – including the protocol itself – of which Dr. Thompson was aware;

- Any documents, correspondence, or materials related to the "email regarding normal hair samples for stem cell study," including the email itself, referenced in Dr. Thompson's 9/3/2018 invoice entry;

- Any documents, correspondence, or materials related to the literature sent by John Thornton referenced in Dr. Thompson's 9/24/2018 invoice entry;

- Any documents, correspondence, or materials related to "organization of slides sent to REDACTED" referenced in Dr. Thompson's 10/24/2018 invoice entry;

- The identity of the person or entity redacted from Dr. Thompson's 10/24/2018 invoice entry; and

- Any additional documents, correspondence, or materials that have not yet been provided regarding the development of any stem cell study of which Dr. Thompson was aware.

In addition, Sanofi prays that the Court order an additional 4-hour deposition of Dr. Curtis Thompson regarding this information and the questions to which the witness was previously instructed not to answer.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for Sanofi-Aventis U.S. LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

<i><u>/s/ Douglas J. Moore</u></i>