# EXHIBIT C

Page 322

1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3

4     IN RE:  TAXOTERE (DOCETAXEL)

5     PRODUCTS LIABILITY LITIGATION      MDL. No. 2740

6     This Document Relates To:        Section H

7     Antoinette Durden, Case No.

8     2:16-cv-16635;

9     Tanya Francis, Case No.

10    2:16-cv-17410;

11    Barbara Earnest, Case No.

12    2:16-cv-17144

13

14

15                      VOLUME II

16

17        VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

18               Taken in behalf of Defendants

19                   February 26, 2019

20

21

22

23

24

25        Job No. 3226563

Page 323

1     BE IT REMEMBERED THAT, the deposition of
2   CURTIS THOMPSON, M.D., was reported by Aleshia
3   K. Macom, CSR No. 94-0296, on Tuesday,
4   February 26, 2019, commencing at the hour of
5   10:16 a.m., the proceedings being reported at
6   Kimpton Hotel Monaco, 506 SW Washington Street,
7   Portland, Oregon.
8          APPEARANCES
9   ANDREWS THORNTON
10    By John C. Thornton
11      Lauren R. Davis
12    4701 Von Karman Avenue, Suite 300
13    Newport Beach, California 92660
14    949-748-1000
15    jct@andrewsthornton.com
16    ldavis@andrewsthornton.com
17    Appearing for Plaintiffs
18
19   SHOOK HARDY & BACON LLP
20    By Connor Sears
21    2555 Grand Boulevard
22    Kansas City, Missouri 64108
23    816-474-6550
24    csears@shb.com
25    Appearing for Sanofi Defendants

Page 324

1        APPEARANCES (Continued)
2   DECHERT LLP
3    By Amisha R. Patel (Telephonically)
4    1900 K Street, NW
5    Washington, D.C. 20006
6    202-261-3374
7    amisha.patel@dechert.com
8    Appearing for Defendant Hospira
9
10   Also Present:  Mick Irwin - Videographer
11              *   *   *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 325

1        EXAMINATION INDEX
2              Page
3   Examination by Mr. Sears          326, 374
4   Examination by Mr. Thornton          369
5
6
7        EXHIBIT INDEX
8   Exhibit No.   Item              Page
9   Exhibit 1    Deposition notice      326
10  Exhibit 2    Invoice 1          326
11  Exhibit 3    Invoice 2          326
12  Exhibit 4    Invoice 3          326
13  Exhibit 5    Invoice 4          326
14  Exhibit 6    Invoice 5          326
15  Exhibit 7    Invoice 6          326
16  Exhibit 8    Invoice 7          326
17
18
19
20
21
22
23
24
25

Page 326

1     (Exhibits 1 through 8 marked for
2    identification.)
3     THE VIDEOGRAPHER:  Here begins the
4   videotaped deposition of Mr., excuse me,
5   Dr. Curtis Thompson in the matter In re:
6   Taxotere Products Liability Litigation, Multi
7   District Litigation Number 2740, Section H.
8     Can the attorneys present please state their
9   appearances for the record.
10    MR. SEARS:  This is Connor Sears for Sanofi.
11    MR. THORNTON:  John Thornton for the
12  plaintiff steering committee.
13    MS. DAVIS:  Lauren Davis for the plaintiff
14  steering committee.
15    THE VIDEOGRAPHER:  On the phone?
16    MS. PATEL:  Amisha Patel on behalf of
17  Hospira.
18       CURTIS THOMPSON, M.D.,
19  was thereupon produced as a witness and, after
20  having been duly sworn on oath, was examined and
21  testified as follows:
22         EXAMINATION
23  BY MR. SEARS:
24 Q.  Good morning.
25 A.  Morning.

2 (Pages 323 - 326)

Page 327

1 Q. It's nice to see you again. Could you go ahead
2    and state your name for the record?
3 A. Curtis Thompson.
4 Q. I know we've gone through this drill before, so
5    I won't go over all the ground rules. But if I
6    ask a question that you don't understand, will
7    you please let me know?
8 A. Yes.
9 Q. And is there anything that will prevent from you
10    giving me accurate testimony today?
11 A. No.
12 Q. I've marked Exhibit 1 the notice of your
13    deposition. There was not a documents request
14    on there, but my understanding is that you
15    brought some additional invoices; is that right?
16 A. Yes.
17 Q. With all the invoices that you created, does
18    that capture all the work that you've done on
19    this case?
20 A. Yes.
21 Q. Marked as Exhibit 2 your invoice number one, the
22    first entry on there is from April 17, 2018, and
23    it's a telephone call with Anne Andrews. Was
24    that the first time that you were contacted for
25    plaintiffs' counsel in this case?

Page 328

1 A. Yes.
2 Q. And then you were hired to work on this
3    litigation?
4 A. Yes.
5 Q. Under that there's some staining that was done
6    on the 19th and the 20th. Were those stains
7    done on the punch biopsies that were taken by
8    Dr. Claiborne?
9 A. Yes.
10 Q. Why did you do a Ki-67 stain?
11 A. The initial discussion with Anne Andrews was
12    about hair loss and chemotherapy and I have done
13    research with, limited research with stem cells
14    and hair loss and other diseases, not
15    chemotherapy, and I suggested that we do some
16    research evaluation with this tissue. It wasn't
17    clear at that time exactly what was needed from
18    me as an expert. So I suggested that and we did
19    this, did this work.
20 Q. Was the cytokeratin 15 staining in the Ki-67
21    staining was that contained on the slides that
22    were produced to the defendants?
23 A. No. We still have those slides though and they
24    can be made available. We have them in good
25    shape.

Page 329

1 Q. Do you know how many slides exist for those
2    stains?
3 A. There should be one cytokeratin 15 and one Ki-67
4    for each biopsy and one control slide probably.
5    I can't remember. Its control slide might be,
6    the control might be on that slide or it might
7    be a separate slide. I don't know.
8 Q. So my understanding is that there are two punch
9    biopsies taken for Ms. Earnest, Ms. Durden and
10    Ms. Francis?
11 A. Yes.
12 Q. So does that mean that for each plaintiff there
13    would be a total of five slides?
14 A. Four probably at least. I think it's four. Two
15    for each biopsy.
16 Q. Then toward the bottom of the invoice on
17    April 24, 2018, there's notations about standard
18    H&E.
19 A. Uh-huh.
20 Q. What is that?
21 A. That was just, the standard H&E is the
22    processing of the tissue in the laboratory.
23 Q. Is that processing of the tissue the materials
24    that were produced to the defendants?
25 A. Yes. The slides and the results.

Page 330

1 Q. Do you personally do the cytokeratin and Ki-67
2    staining?
3 A. No. It's the laboratory. I do the professional
4    component, interpreting them, but the technical
5    staining is done in the laboratory.
6 Q. So you did not do the standard H&E either?
7 A. No, we did.
8 Q. You personally did not do the standard H&E?
9 A. Well, the lab does it and I'm the medical
10    director of the lab. So, I mean, I certainly
11    oversee it.
12 Q. On the 24th there's entries for professional
13    interpretation for Ms. Francis, Ms. Durden and
14    Ms. Earnest. What is that?
15 A. That's the evaluation of the H&E slides and then
16    preparing the reports, which we've produced.
17 Q. It looks like that's billed by the quantity and
18    not necessarily the time. How long does it take
19    you to do the professional interpretation for
20    each plaintiff?
21 A. It varies. You mean on these specific cases?
22 Q. Yes.
23 A. Probably 30, 45 minutes, each one.
24 Q. Within that 30 to 45 minutes, does that include
25    review of the slides and preparation of the

3 (Pages 327 - 330)

1    pathology report?
2 A.  Yes.
3 Q.  On April 25th, 2018, there's an entry for
4    telephone call with Andrews and Tosti.  What was
5    discussed during that call?
6 A.  I think it was -- I don't recall specifically,
7    but I, if Tosti, if Dr. Tosti was on the phone
8    call, I think I was telling them my impression,
9    verbally telling them my impression of the
10    professional interpretation.
11 Q.  The total for invoice number one is $9,805?
12 A.  Yes.
13 Q.  And it looks like you spent a total of about
14    three-fourths of an hour talking to plaintiffs'
15    counsel, based upon invoice one?
16 A.  Yes.
17 Q.  Handing you what's been marked as Exhibit 3,
18    it's your invoice number two.  The first entry
19    there on April 27th is telephone call.  Who was
20    that call with?
21 A.  I assume it was with Anne, but I don't -- It for
22    sure was with somebody at Andrews Thornton.
23    John might have been on the call, too.
24 Q.  Then there's another telephone call on May 5th,
25    2018.  Was that also with plaintiffs' counsel?

1 A.  Where?
2 Q.  I'm sorry.  May 2nd, 2018.
3 A.  Oh, May 2nd.  Yes.
4 Q.  Then the entry on 5-30-2018 was preparing
5    microphotographs of four cases to send to
6    Bradley East.
7 A.  Yes.
8 Q.  Who is Bradley East?
9 A.  He works at Andrews Thornton.
10 Q.  Were the microphotographs that were prepared the
11    same ones that were attached to your report?
12 A.  No.  I would have already made a photo of that
13    when I was doing the professional
14    interpretation.  So these were additional
15    photos.
16 Q.  Did they differ in any way from the
17    photomicrographs that were attached to your
18    Rule 26 report?
19 A.  No.  They, they probably weren't quite as
20    thorough at this point.  The photographs for the
21    Rule 26 were much more extensive and all of all
22    of the biopsies, these might have been, these were
23    probably much more limited.
24 Q.  Then on 6-11-2018 you had a 2.75-hour meeting
25    with Anne Andrews and John Thornton?

1 A.  Yes.
2 Q.  And those are plaintiffs' attorneys?
3 A.  Yes.
4 Q.  Then on June 25th, 2018, there's an entry that
5    says "Preparation for science day.  Review of
6    slides and phone call."
7 A.  Yes.
8 Q.  What can you tell me about that?
9 A.  They were at that point I had finished my
10    professional interpretation and I was explaining
11    the details of the histopathology to the
12    attorneys and starting to bring them up to speed
13    on the, the science and the disease and the
14    pathology component of that.  So I think that
15    was a -- And even the call before that was I
16    think part of that also.  The 2.75-hour call, I
17    think that was part of education.
18       MR. THORNTON:  Just for the record, do you
19    know our position on science?  It's a special
20    category that the judge has carved out and said
21    is not to be discussed generally.  But I'm fine
22    with your questions.
23       MR. SEARS:  Okay.  If I cross the line, let
24    me know.
25       MR. THORNTON:  Yeah.  Sure.

1 Q.  BY MR. SEARS:  On 6-25-2018 there's an entry,
2    "Search for experts for Anne Andrews."  What
3    type of experts were you searching for?
4 A.  They were looking for other hair loss experts,
5    medical doctors.
6 Q.  Were they focused on pathologists or
7    dermatologists?
8 A.  I think it was pathologists.
9 Q.  Did you make any recommendations?
10 A.  I think -- Not very many, I got to tell you.  I
11    think I recommended one that had already been
12    retained by you all.
13 Q.  Who is that?
14 A.  Her name, in Boston, Gold -- Lynne Goldberg.
15    And I didn't have a whole lot.  There's not very
16    many people.  I didn't have a lot to offer
17    beyond that, beyond her.
18 Q.  How did you conduct the search for experts?
19 A.  It's just my -- I go to these professional
20    meetings quite often and know, these are
21    colleagues of mine.  So it was just out of my
22    knowledge of who works in this niche.
23 Q.  The next entry down is also on June 25th, 2018,
24    and it's "Consultation with Ellen Feigel prep
25    for science day."  What did you and Dr. Feigel

4 (Pages 331 - 334)

1    discuss?
2  A.  You know, I don't recall.  When I reviewed this,
3    I didn't even recall who she was.  But I just
4    remember talking about the, my findings again,
5    my professional interpretation of the slides and
6    nothing beyond that.  It was simply pathology
7    discussion.
8  Q.  Are you aware that Dr. Feigel's a medical
9    oncologist who's been retained by plaintiffs?
10  A.  Yes.
11  Q.  There's an entry on July 25th, 2018, for
12    three-fourths of an hour, answering questions
13    from Anne Andrews about telogen effluvium?
14  A.  Yes.  This is just more of the education.
15  Q.  There's another entry on July 25th, 2018, for a
16    fourth of an hour setting meeting for group
17    discussion.  What was that?
18  A.  As I recalled, Anne Andrews said, I want to
19    bring in the other attorneys who you've never
20    interacted with to talk about my professional
21    interpretation.  And we were just setting that
22    up, which is the following call together.
23  Q.  And when you refer to "the following call,"
24    that's the one on July 31st --
25  A.  July 31st.

1  Q.  -- 2018?
2  A.  Yes.
3  Q.  The entry there says "Phone call with multiple
4    attorneys"?
5  A.  Yes.
6  Q.  Those multiple attorneys, are they plaintiffs'
7    attorneys?
8  A.  Yes.
9  Q.  This invoice total is $6,100?
10  A.  Yes.
11  Q.  And if you add up all the time that you spent
12    meeting with attorneys on this invoice, it's
13    about 4.4 hours?
14  A.  Yes.
15  Q.  All right.  I hand you Exhibit 4, which is your
16    third invoice.  The first entry there is
17    August 6, 2018, and the entry says "Editing
18    draft memo Rule 26 report preparation PCIA";
19    right?
20  A.  Yes.
21  Q.  It mentions it's a, you're editing a draft memo.
22    Where did the initial memo come from?
23    MR. THORNTON:  Objection; instruct the
24  witness not to answer.  I think it's a violation
25  of the federal rule on reports.

1  Q.  BY MR. SEARS:  Is this Rule 26 report what
2    ultimately became your Rule 26 report that was
3    filed in this case?
4  A.  Yes.
5  Q.  The next entry down on August 6, 2018, is
6    "Review of videos of redacted and prep of
7    summary memo."  Do you see that?
8  A.  Yes.
9  Q.  Did you rely on your review of those videos in
10    coming to your opinions in this case?
11  A.  No.
12  Q.  What were the videos of?
13  A.  Research.  I don't remember the researcher's
14    name, who does work in hair stem cell research.
15    So we were, I was assessing whether there was
16    any utility from a pathological interpretation
17    side to the information in these.
18    MR. THORNTON:  And just our position is that
19  was a consultant and not used in the case.
20    THE WITNESS:  Yeah.
21    MR. THORNTON:  It's otherwise confidential.
22    MR. SEARS:  So the redacted name is a
23  consulting expert relationship?
24    MR. THORNTON:  Yes.  Yes.
25  Q.  BY MR. SEARS:  Can you tell me more about the

1    videos themselves and the stem cell research
2    that was happening?
3  A.  Well, the, the state of the stem cell research
4    is very separate from the current pathology
5    interpretation and it's still in much more of a
6    theoretical area.  It doesn't have any
7    application to interpretation, pathological
8    interpretation, treatment, anything in the
9    clinical hair loss alopecia world.  It's very
10    basic science.  And there hasn't been any kind
11    of, they call it bench to bedside, there hasn't
12    been any kind of connection yet with that.  I
13    don't remember the details of these videos, but
14    they were not connected at all to clinical or
15    clinical pathology work.
16  Q.  So you asked for a recommendation.  Was your
17    recommendation that it was not useful?
18  A.  Yeah.  There was no, nothing to be learned or
19    gained from this regarding the case at hand.
20  Q.  This stem cell research itself, what was the
21    research on?
22  A.  I don't even remember exactly what that, this
23    researcher's niche was.  I don't remember the
24    specifics of it.
25  Q.  Did it have anything to do with chemotherapy

5 (Pages 335 - 338)

Page 339

1    stem cells?
2 A.  No.  It had nothing to do with chemotherapy.
3 Q.  Did it have anything to do with rejuvenating
4    stem cells?
5 A.  Not to my knowledge.  Though I do think the
6    researcher was, had an interest in this
7    direction, but I don't remember anything
8    compelling that was, you know...
9 Q.  Who was the ultimate summary memo sent to?
10 A.  It was, I assume it was to Anne Andrews and John
11    Thornton.
12 Q.  The next entry down is August 9th, 2018, and the
13    entry says "Analysis of cost for routine PCIA
14    biopsies."  What can you tell me about that?
15 A.  Oh, that was, I was queried by Anne Andrews, if
16    the settlement resulted in all patients, all
17    plaintiffs needing a biopsy to confirm the, the
18    permanent chemotherapy-induced alopecia, what
19    would the cost be in my laboratory for the
20    technical processing and the professional
21    interpretation?  So it was a theoretical
22    projection if this, you know, high number of
23    hair loss biopsies were to be performed and sent
24    to my lab.
25 Q.  The entry there says "PCIA biopsies."

Page 340

1 A.  Yeah.
2 Q.  Is there a -- Does that mean anything medically?
3 A.  PCIA?  It's permanent chemotherapy-induced
4    alopecia.  The name's been changing and this is
5    kind of the trendy one at the moment for this.
6 Q.  I think I asked a poor question.  When you refer
7    to PCIA biopsies, is there a specific type of
8    biopsy done to assess PCIA?
9 A.  No.  It's just a standard hair loss biopsy.
10 Q.  So there would be nothing unique about a PCIA
11    biopsy versus any other scalp biopsy?
12 A.  No.
13 Q.  On 8-15-2018 there's an entry, "Telephone call
14    stem cell study."  Who is that call with?
15 A.  I assume it was with Anne Andrews and probably
16    John and maybe even Lauren was on the call.  It
17    was to their office.
18 Q.  What is the stem cell study?
19 A.  I was reporting the, on the first Exhibit 2, the
20    immunohistochemical out of keratin 15 and Ki-67,
21    we -- I looked at the, the biopsies on these
22    stains and I was reporting to them that I did
23    not, it was my conclusion that these
24    immunohistochemical stains did not add anything
25    to the interpretation of the case, didn't send

Page 341

1    it in any single direction and it was my
2    recommendation to, to not use these.
3 Q.  Let me ask you a couple more questions about the
4    cytokeratin 15 and Ki-67.  What was your thought
5    process for why you wanted to do that in the
6    first place?
7 A.  Well, I, you know, I've never done legal, expert
8    legal work before.  And when I was approached, I
9    thought, oh, is there just a discovery component
10    or is it just me doing my usual professional
11    alopecia pathology work?  And so I published in
12    cytokeratin 15 on an entirely different disease,
13    not chemotherapy-induced alopecia and I thought,
14    oh, you know, this might be some sort of adjunct
15    to it or clue to the stem cells.  But we don't
16    use either one of those cytokeratin 15 or Ki-67
17    in interpretation of hair loss biopsies on a
18    day-to-day basis.  Nobody does.
19 Q.  Did you think that it would give you additional
20    histopathological information in assessing
21    whether it was PCIA as opposed to some other
22    form of hair loss?
23 A.  No.  No, not necessarily.  I thought more it
24    might give information into the PCIA because of
25    the issue of chemotherapeutic agents damaging

Page 342

1    stem cells, not just in the hair, but in the
2    body.  So I thought, you know, this is a, made
3    perhaps a window into understanding that.
4 Q.  I'm trying to understand.  So your thought was
5    with the cytokeratin 15, if the chemotherapy had
6    damaged the stem cell, that staining might have
7    shown you something?
8 A.  Yeah, maybe.  But this was, you know, not well
9    developed research project.  There were no
10    controls performed or, you know, so it was kind
11    of doing something.  Like I said, I had never
12    done legal expert work before and wasn't
13    entirely sure what was needed.
14 Q.  But ultimately that staining that you did, the
15    cytokeratin 15 and the Ki-67, did not point
16    towards PCIA?
17 A.  They don't point, these don't add anything to
18    the interpretation of the, just the standard
19    H&E, hematoxylin and eosin, stain.  They added
20    nothing in either direction, pro or against this
21    diagnosis.
22 Q.  Had you seen other literature or had you talked
23    to other doctors that thought that those two
24    stains might show something with regard to PCIA?
25 A.  Well, to my knowledge I'm the only person who's

6 (Pages 339 - 342)

Page 343

1  ever published cytokeratin 15 research on a hair
2  loss disease. There's basic science work with
3  this, but not in the clinical samples. So no,
4  it just, it was just my personal interest in
5  this. And there's nothing for the Ki-67. This
6  is a, to my knowledge there's no research on
7  this by anybody.
8  Q. The next entry was from August 15, 2018. It
9  says, "Planning stem cell study at CTA Lab."
10  That CTA Lab is your lab?
11  A. Yes.
12  Q. What is the stem cell study that you were
13  planning?
14  A. I don't remember. Kind of the summary I just
15  told you was basically assessing the stains we
16  did and deciding whether to do more. I think it
17  was probably unplanning future stem cell work in
18  deciding that this had no utility for what we
19  were doing.
20  Q. The next entry down is September 3rd, 2018, it
21  says "Review of pathology protocol." Is that
22  just the document that talked about handling
23  slides and providing them to the separate
24  parties?
25  A. I believe so. I can't remember.

Page 344

1  Q. The next entry down is also September 3rd, 2018,
2  and it says "E-Mail regarding normal hair
3  samples for stem cell study." What can you tell
4  me about that?
5  A. Oh, on the, the video, the researcher who was,
6  the videos that I looked at from the August 6th
7  review, that researcher indicated an interest in
8  doing research in his laboratory and needed
9  specimens. And I just simply said, if and when
10  you need them, I can provide them, not from, not
11  anything from this case, hair samples. So I
12  just acknowledged that I can provide these and
13  then I, that was it.
14  Q. So is that an e-mail to the consulting expert?
15  A. I believe so.
16  Q. So this invoice is for $4,225?
17  A. Yes.
18  Q. Looks like you talked to plaintiffs' counsel for
19  three-fourths of an hour?
20  A. No. No. No. You mean the review of videos?
21  Q. The telephone call.
22  A. Oh, of the stem cell? Yes. That would have
23  been us.
24     MR. THORNTON: Did you try flipping to the
25  next page?

Page 345

1     THE WITNESS: No. We're still on the 4.
2     MR. SEARS: Still on Exhibit 4.
3     MR. THORNTON: I'm sorry.
4     THE WITNESS: Still on Exhibit 4.
5     MR. THORNTON: Sorry.
6     THE WITNESS: It actually, you know, I am
7  trying to remember this. I got a, it actually
8  probably involved a phone call with the
9  researcher. That was probably what that mostly
10  was. But I do think attorney, attorneys were on
11  the call.
12  Q. BY MR. SEARS: Let's move on to Exhibit 5, and
13  this is invoice number 4. The first entry is
14  three-fourths of an hour on September 7, 2018,
15  call with John and Anne. Those are the
16  plaintiffs' attorneys?
17  A. Yes.
18  Q. And then the next two entries on September 20th,
19  2018, September 21st, 2018, are "Preparation of
20  biopsy report." Do you see that?
21  A. Yes.
22  Q. Is the, I guess I will just ask you, what is the
23  biopsy report?
24  A. I think it was a component of the Rule 26
25  report, the summary. I think. So there was no

Page 346

1  further changing or, of the reports, the
2  professional reports. It was in the summer,
3  summarizing those reports, explaining them. I
4  think it went into the Rule 26 report.
5  Q. I didn't bring the various reports with me, but
6  we talked about these a little bit last time.
7  There was the Rule 26 report that --
8  A. Yeah.
9  Q. -- was prepared, and then there's separate
10  reports that were the pathological reports.
11  A. That's what it is then. I thought they were
12  part of that.
13  Q. So when you're referring to the biopsy report
14  here, you're referring to the individual
15  pathological reports --
16  A. Yes.
17  Q. -- for the individual plaintiffs?
18  A. And I provided a, the more extended explanation
19  of what these reports meant.
20  Q. Were the biopsy reports that were, you prepared
21  on the September 20th and 21st the ones that
22  were attached as an exhibit to the Rule 26
23  report?
24  A. I believe so. Yeah.
25  Q. Why did you prepare additional reports then?

7 (Pages 343 - 346)

Page 347

1  Had you not prepared pathology reports when you
2  initially reviewed the slides back in April?
3  A.  Well, I had official report from professional
4  interpretation, but these were just explanatory
5  summaries of those reports.
6  Q.  Do you know whether the initial reports that you
7  prepared back in April were produced to the
8  defendants?
9  A.  I don't know.  I don't know.
10     MR. THORNTON:  They were.
11  Q.  BY MR. SEARS:  Do you know whether the biopsy
12  reports that are referenced here in September of
13  2018, were those produced to defendants?
14  A.  I don't know.
15     MR. THORNTON:  Just to be clear, if you look
16  at -- He's got his individual biopsy reports,
17  which were prepared at that time and haven't
18  been, as he says, ever altered.  But then his
19  Rule 26 report kind of explained those reports.
20  And all of that has been produced in the
21  Rule 26.
22     THE WITNESS:  Yeah.
23  Q.  BY MR. SEARS:  Based upon that understanding, I
24  just want to make sure it's clear for the
25  record, there's your Rule 26 report and then

Page 348

1  attached to that were pathological reports.
2  When you're talking here on September 20th and
3  21st, preparation of biopsy report, is that what
4  was ultimately your Rule 26 report?
5  A.  I think so.  I'd have to look at it again.  But
6  I think that's what the -- Yes.  I think that's
7  what I said initially.  I thought they were
8  incorporated into that.  I don't remember if
9  there was an exhibit to it or part of that
10  report, but, yeah, they were central to that.
11  Q.  On September 21st, 2018, there's a entry for
12  fourth of an hour.  It says "Arranging review of
13  report."  What does that mean?
14  A.  We, it was just simply, I must have had the
15  draft of the Rule 26 finished and we were
16  arranging a group meeting to review that, the
17  draft.
18  Q.  On September --
19  A.  Yeah.  Biopsy report draft on the 25th.  Yeah.
20  It was still a draft.
21  Q.  September 24th, 2018, there's an entry that says
22  "Review of literature sent by John Thornton."
23  A.  Uh-huh.
24  Q.  What literature was that?
25  A.  It was literature having to do with the

Page 349

1  permanent chemotherapy-induced alopecia.  And I
2  was familiar with almost all of them, but I
3  decided to go in and read each one very
4  carefully and understand what they were.  So it
5  was mostly education for myself, more detailed
6  education.  It was just convenient to have him
7  provide the literature search, which I could
8  have done myself, but...
9  Q.  Can you estimate how many articles were sent?
10  A.  It was maybe ten, 12.  I can't remember.
11  Q.  Did you review all those in the three-fourths of
12  an hour?
13  A.  I might have even taken more time, but that's
14  what they billed.
15  Q.  Were there any that you reviewed that you had
16  not seen before?
17  A.  I don't recall.  I don't recall.  I think I'd
18  seen them, but I hadn't analyzed them very
19  carefully.  So... I don't remember if there
20  were any that I had not seen.
21  Q.  Then there's an entry on September 25th, 2018,
22  for .5 hours.  It says "telephone call re:
23  Biopsy report draft."  Was that call with
24  plaintiffs' counsel?
25  A.  I believe so.

Page 350

1  Q.  Then on September 29th, 2018, there's another
2  entry for report preparation.  Is that your
3  Rule 26 report?
4  A.  Yes.  I believe so.
5  Q.  And on --
6  A.  The final two.  Yes.
7  Q.  On October 1st, 2018, there's the final
8  report --
9  A.  Yes.
10  Q.  -- preparation.  Is that also the Rule 26 --
11  A.  I think, I believe so.  Yes.
12  Q.  I think we're getting in the habit of talking
13  over each other.
14  A.  Okay.
15  Q.  And it's going to drive her crazy.
16  A.  Yeah.  Sorry about that.
17  Q.  Then on October 3rd, 2018, there's an entry for
18  three-fourths of an hour, "Review of patient
19  photos and information."  What can you tell me
20  about the photos and information that you
21  reviewed?
22  A.  I don't recall specifically, but I remember
23  seeing clinical hair loss photos and reading
24  clinical summaries on the patients.
25  Q.  And that was information that you reviewed after

8 (Pages 347 - 350)

1  assessing the pathology and preparing your --
2 A.  Yes.
3 Q.  -- Rule 26 report?
4      Then on October 5th, 2018, there's an entry
5  for .3 hours, "Telephone call re:  Deposition."
6  Was that with plaintiffs' counsel?
7 A.  Yes.
8 Q.  The total for this invoice is $13,065?
9 A.  Yes.
10 Q.  For that review of patient photos and
11  information, who sent you that information?
12 A.  I believe, some of it was probably Bradley East,
13  Andrews Thornton.
14 Q.  Someone from the plaintiffs' counsel's office?
15 A.  Yes.
16 Q.  It looks like, based upon this invoice, you
17  spent about 1.5 hours talking to plaintiffs'
18  counsel?
19 A.  Yes.
20 Q.  I hand you what's marked as Exhibit 6.  It's
21  your invoice number 5.  The entries on
22  October 15, 18 and 23 were either e-mails or
23  calls with plaintiffs' counsel?
24 A.  Yes.
25 Q.  Then on October 24th, 2018, there's hour, one

1  hour, one-and-a-fourth hours for review of
2  clinical case histories and reports.  What, what
3  was that?
4 A.  I don't remember.  I don't remember if
5  additional material, because I had the one on
6  the Exhibit 5, review of patient photos and
7  information.  I don't remember if additional
8  material was sent or if I rereviewed that.
9 Q.  Would this have been information that you
10  received from plaintiffs' counsel?
11 A.  Yes.
12 Q.  This was information that you reviewed after
13  preparing your pathology reports and your
14  Rule 26 report?
15 A.  Yes.
16 Q.  The next entry is also on October 24th, 2018, it
17  says "Organization of slides sent to redacted."
18  What slides are you referring to there?
19      MR. THORNTON:  And I'm going to make just a
20  quick objection as we go on.  This was a
21  consultant.  And you will find out.  I'm not
22  going to make any comment about the testimony,
23  but I object to the name of the consultant being
24  disclosed.
25      MR. SEARS:  Okay.

1      THE WITNESS:  At the request of the, John
2  Thornton, we sent all of the H&E, the
3  hematoxylin and eosin slides, to the person and
4  I was in charge of getting them ready and making
5  sure the right slides were sent.
6 Q.  Without telling me the name of the person, is
7  the person that they were sent to a
8  dermatopathologist?
9 A.  I believe so.
10 Q.  And on October 25th, 2018, there's an entry
11  "Call with John Thornton" for fourth of an hour.
12  Do you see that?  And then on October 26, 2018,
13  it's 2.42 hours and the entry is "Deposition
14  prep, review of alopecia textbook and
15  literature."  What textbook did you review?
16 A.  I believe it was the textbook by Elise Olsen.
17  It's a clinical hair loss textbook.  I don't
18  recall any other book.
19 Q.  What about the literature --
20 A.  Any other textbook.  It was more of those same
21  publications and also searching for other
22  publications that are showing up.
23 Q.  Was the --
24 A.  Trying to remember right now what else there
25  was.

1 Q.  Was the textbook and literature something that
2  was provided to you by plaintiffs' counsel?
3 A.  No, not at all.  And I think the literature
4  review at this point was online.  And you go in
5  and like review this Miteva, et al.,
6  publication, and then in the PubMed site from
7  the NIH, it always links related papers.  And so
8  then you pull those up and read them and then,
9  and just keep poking around in the, in the
10  online searches to see, see what's in there.  I
11  think that's what I was doing.
12 Q.  For that Dr. Olsen textbook that you reviewed,
13  what in particular were you looking at in the
14  textbook?
15 A.  I don't remember.  I kind of recall there being
16  very little in there regarding permanent
17  chemotherapy-induced alopecia.  It's an older
18  textbook.  There's probably a textbook also by
19  Leonard Sperling that's hair loss pathology very
20  specifically and I, and also this is my
21  textbook.  But I probably looked in that also to
22  see if anything had been written.
23 Q.  Do you recall whether when looking at the
24  Dr. Olsen or Dr. Sperling textbooks, if they
25  listed differential diagnoses that should be

9 (Pages 351 - 354)

1    included with PCIA?
2 A.  I don't, as I recall, I don't recall them even
3    having a mention of it, of chemotherapy-related
4    hair loss. It's mostly in the literature, I
5    think.
6 Q.  So this literature review that you conducted in
7    the textbook review that was done on the
8    October 26th, that was done after you created
9    your pathology reports and your Rule 26 report?
10 A.  Yes.
11 Q.  And then on November 2nd, 2018, there's the
12    review of Miteva, et al., publication. Do you
13    see that?
14 A.  Yes.
15 Q.  Which publication is that?
16 A.  Well, it's -- Miteva's a hair loss expert at the
17    University of Miami and she had, it's a
18    publication specifically on permanent
19    chemotherapy-induced alopecia. And Dr. Miteva
20    took, made some summaries of her opinion in the
21    paper. Then I was going back to this to see
22    whether I agreed with them or not and what I
23    thought about them.
24 Q.  Did you agree with them?
25 A.  My opinion was that the study, I don't remember

1    exactly how many cases it was, but it was very
2    few cases. And I thought it was a little bit of
3    an overreach to make large conclusions from such
4    a small study.
5 Q.  So in other words, when you're dealing with the
6    limited subset of cases, it's difficult to make
7    any definitive conclusions about pathological
8    findings?
9 A.  You should be, yes, you should be dubious of
10    this. She's a very good hair loss expert though
11    and I know, I know her and respect her. So I
12    was trying to figure out where she was coming
13    from in this.
14 Q.  Can you think of anything in particular that you
15    disagreed with when reviewing that article?
16 A.  Just, she's not a dermatopathologist. And there
17    was a question on the structure of the telogen
18    bodies that we see normally in normal hair, that
19    we see in other diseases, that we see in
20    chemotherapy. And the question was whether the
21    ones we're seeing in the permanent
22    chemotherapy-induced alopecia biopsies are
23    structurally the same as the ones we see in
24    other processes like chronic telogen effluvium
25    and all that. So I was interested in her, her

1    opinion on that. Because I don't know. I'm
2    learning all these also. There was nothing
3    really dogmatically different from my opinion
4    and her opinion. I was mostly doing it as a
5    continuing student in this field.
6 Q.  When you're talking about the telogen units, are
7    those the TGU's?
8 A.  TGU, I forget what that --
9 Q.  I think it's telogen --
10 A.  I think it's the same. Yeah. That might have
11    been her term, actually. I can't remember.
12    My -- I can't remember who coined that term. I
13    don't use it.
14 Q.  Do you recall from Dr. Miteva's article whether
15    her conclusion is there's not any unique
16    histopathological findings for persistent
17    chemotherapy --
18 A.  No. I don't think that was her opinion at all.
19    I think she had a comment on the structure of
20    the telogen body, but I don't think so that was
21    her opinion at all. That wasn't my takeaway
22    from it.
23 Q.  Have you seen in the literature that you
24    reviewed that there are papers that have looked
25    at persistent chemotherapy-induced alopecia and

1    concluded that there are no unique
2    histopathological findings?
3 A.  No. I never appreciated that.
4 Q.  You've never seen that in the literature?
5 A.  No.
6 Q.  And then on November 3rd, 2018, the entry is
7    "Review of cases and photography of cases.
8    Images uploaded and sent to attorney Lauren
9    Davis." Do you see that?
10 A.  Uh-huh.
11 Q.  Lauren Davis is a plaintiffs' attorney?
12 A.  Yes.
13 Q.  What can you tell me about this review of cases
14    and photography and images uploaded?
15 A.  Well, we took the cases that had reports issued
16    on them and I simply reviewed the reports,
17    because it had been some time since I read them.
18    And then using, my laboratory has a fully
19    implemented digital pathology system out of,
20    from Philips, like Sonicare Philips. And we're
21    proudly the first lab in North America to have
22    this.
23       So using this system, we have scans of the
24    entire slides for all of these biopsies. And
25    using the system, I captured photos of the

10 (Pages 355 - 358)

Page 359

1　slides at multiple different magnification
2　levels and really tried to create a set of
3　permanent JPEG file images that were
4　representative of what I'm able to see with the
5　digital pathology system. So not just for the
6　plaintiff attorneys, but for anybody who was
7　going to be reviewing these. So it was a large
8　number of photographs showing different features
9　and, like I said, in all different
10　magnifications.
11　Q.　So the review of the cases and photography of
12　cases, the photography that you're referring to
13　are photographs of the slides?
14　A.　Yes. Only the hematoxylin and eosin slides.
15　Q.　And the next entry down was from November 4th,
16　2018, it says "Sending photomicrographs to
17　Lauren Davis." Were those the
18　photomicrographs --
19　A.　Yes.
20　Q.　-- that were captured on the day before?
21　A.　Yes.
22　Q.　The next entry down is "Call with Ian Edwards"
23　for fourth of an hour. Is that plaintiffs'
24　attorney?
25　A.　Yes.

Page 360

1　Q.　Then the next entry, which is also on
2　November 4th, is "scheduling deposition." Is
3　that just your deposition, your previous
4　deposition in this case?
5　A.　Yes.
6　Q.　The next entry down, which is on November 4th,
7　is for 1.25 hours and it's "Literature search
8　and partial review"; right?
9　A.　Yes.
10　Q.　What did you search for and what did you review?
11　A.　I think it was more of I was just getting ready
12　for the deposition. I was trying to make sure I
13　wasn't missing anything. New publications are
14　always being added to the, to the compendium of
15　literature. And I'm on the editorial board of
16　the Journal of the American Academy of
17　Dermatology and I review a lot of papers. And
18　it's very common for a new publication to have
19　missed a, something that just came out last
20　week. So I was trying to just once again be
21　thorough in preparation for the deposition.
22　Q.　The next entry is November 6, 2018, for half of
23　an hour. And it's "Review of compendium from
24　John Thornton." Do you see that?
25　A.　Yeah.

Page 361

1　Q.　What's the compendium?
2　A.　I don't remember.
3　Q.　Is that additional literature?
4　A.　Don't remember at all.
5　Q.　When you use the word "compendium," what does
6　that mean to you?
7　A.　I don't know. It must have said it on a report
8　or something. I don't -- Maybe it was a
9　literature summary. Okay. Now I think I might
10　remember. I think John sent me, John Thornton
11　sent me a, once again, a list of the literature
12　that he produced before with summaries of the
13　papers. So I looked at them again. It was just
14　preparation for the deposition.
15　Q.　So if I understand correctly, the compendium
16　lists out literature and then summarized that
17　literature?
18　A.　I think. I don't remember. I don't remember.
19　Q.　Did you rely on that compendium when offering
20　your opinions at deposition?
21　A.　Well, I had done obviously a lot of my own
22　studying and online literature reviews and I had
23　printed some of these papers myself from the
24　journals to read them on my own. So no.
25　Q.　The next entry down is also on November 6, 2018,

Page 362

1　and it's for a third of an hour. "Conference
2　call John Thornton re: Finalizing report." Do
3　you see that?
4　A.　Yes.
5　Q.　Then the next entry is on November 7, 2018.
6　It's for 1.42 hours. And the entry says,
7　"Review of appendix material for Rule 2," I
8　assume that's Rule 26 report --
9　A.　26.
10　Q.　-- "literature prior to conference call." Do
11　you see that?
12　A.　Yes.
13　Q.　What was the appendix material that you were
14　reviewing?
15　A.　I believe it was a, there was a literature,
16　there was a bibliography placed in there...
17　That's all I remember. I'd have to look at...
18　Q.　The next entry down is on November 7, 2018, for
19　third of an hour. And it's phone call with John
20　Thornton and David Micelli. Do you see that?
21　A.　Uh-huh.
22　Q.　Yeah? Sorry. Yes?
23　A.　Yes.
24　Q.　Just "uh-huhs" are unclear on the record.
25　That's why --

11 (Pages 359 - 362)

Page 363

1 A. I'm trying to remember who David Micelli is.
2 Q. And then the next entry down is on November 9,
3     2018, for .5 hours. And it's "Review of final
4     report and e-mail Marco Gallindo"; is that
5     right?
6 A. Gallindo. Gallindo. Yes.
7 Q. Who is that?
8 A. I don't know --
9 Q. Do you know if he works --
10 A. -- at this moment.
11     MR. THORNTON: He works in my office.
12     THE WITNESS: Oh, in your office.
13     MR. THORNTON: Yes.
14 Q. BY MR. SEARS: And the total for this invoice is
15     $16,796?
16 A. Yes.
17 Q. I just have a couple questions about the medical
18     literature that you've reviewed. Have you seen
19     a debate within the medical literature about
20     specific findings associated with PCIA?
21 A. What we mostly have right now are kind of a
22     collection of smaller experiences more than
23     studies. So there are attempts to, which is my
24     attempt in my literature review, there are
25     attempts by experts to summarize the overall

Page 364

1     experience, but it's a, it's pretty esoteric.
2 Q. Is it difficult to draw any definitive
3     conclusions from that literature?
4 A. While I'm dubious of -- Certainly it's difficult
5     to draw conclusions from any single, small
6     report. I think we're doing a lot better now
7     summarizing the collective experience, but these
8     are, this, the reason the small reports exist,
9     that we've ended up in the situation is because
10     these patients have gone through a lot with
11     chemotherapy and cancer. And clinicians and the
12     patients I assume are reticent to have further
13     evaluation and more medical tests done on them.
14     So it ends up being a minority of the experience
15     of hair loss experts, both clinical and -- So,
16     but we're starting to see better summaries of
17     this over the whole experience.
18 Q. When reviewing those articles, did you see
19     articles that said that histopathological
20     findings for PCIA are indistinguishable for
21     androgenetic alopecia?
22 A. Oh, no, not at all.
23 Q. You don't see papers that say that?
24 A. No. Or maybe they said it, but I just didn't
25     agree with it. I don't remember any publication

Page 365

1     claiming this. I can't comment on whether there
2     were specific little sentences. I know that
3     some of them say that in this -- And I agree
4     with this -- in this set of patients there's,
5     has to be a set of them that have female pattern
6     hair loss or androgenetic alopecia also because
7     of their age and they're women and, you know,
8     the numbers. So I think that's a better
9     assessment. And you see a lot in the literature
10     that when there is hair loss, there's, there can
11     be more than one etiology. So I acknowledge
12     that for sure. Yeah.
13 Q. Have you seen debates between Miteva, Tosti and
14     Tallon about histopathological findings
15     associated with PCIA?
16 A. Not -- I'd have to relook at it. I can't
17     remember.
18 Q. So the papers that are out there, they look at a
19     limited number of individuals. Do you agree
20     with that?
21 A. Yeah. I think that's true.
22 Q. And I think you referred to the papers as an
23     attempt to summarize the histopathological
24     findings?
25 A. Or the collect, yeah, the collective experience.

Page 366

1     Both clinically and, and in pathology.
2     MR. THORNTON: Counsel, it seems like you're
3     going over some area you've gone over thoroughly
4     I think in your seven-hour deposition. I think
5     we're getting far afield here.
6 Q. BY MR. SEARS: Let me just ask one more question
7     about this in the literature. I think you said
8     the literature was somewhat esoteric. Can you
9     tell me what you mean by that?
10 A. Just there's not very many publications is what
11     I mean. There's still in major dermatology
12     journals and dermatopathology journals, but
13     there's just not very many.
14 Q. I hand you what's Exhibit 7 and it's invoice
15     number 6. And this is one of the invoices that
16     you produced with you today?
17 A. Yes.
18 Q. Looks like there's entries on November 9th,
19     2018, about arranging shipment of slides to
20     opposing expert?
21 A. Yes.
22 Q. How did you determine which slides to send to
23     the defense?
24 A. Oh, we sent all the slides that I used in my
25     interpretation in issuing the report.

12 (Pages 363 - 366)

Page 367

1 Q. Whose decision was it to not include the Ki-67
2 and cytokeratin 15 slides?
3 A. That was mine. Happy to produce them though.
4 Q. There's an entry on November 21st, 2018,
5 "Arranging of lecture materials for defense
6 counsel, Adam Harris." Who is Adam Harris?
7 A. He's my assistant, administrative assistant.
8 Q. What, when you refer to lecture materials, what
9 are you referring to?
10 A. I don't know. I don't know what he was sending
11 at that point. I assume they were -- No, I have
12 no idea. I don't know what he was sending.
13 Lecture.
14 Q. And then on November 28th and 29th it looks like
15 you prepared for your deposition?
16 A. Yes.
17 Q. And this preparation sessions were with
18 plaintiffs' counsel?
19 A. Yes.
20 Q. And on November 28th, 2018, there's an entry for
21 2.25 hours for literature review?
22 A. Yeah.
23 Q. Did you review anything then that you hadn't
24 reviewed before?
25 A. I don't remember but I don't think so. I think

Page 368

1 actually the, I do think right at the end there
2 was a, there were two reviews of permanent
3 chemotherapy-induced alopecia in the Journal of
4 the American Academy of Dermatology that had
5 come out not very long ago. And they're very
6 good summaries, mostly clinical, almost all
7 clinical. And I think I reread those two
8 papers.
9 Q. The total for this invoice is $21,118.70?
10 A. Yes.
11 Q. And Exhibit 8 is your final invoice, invoice
12 number 7. And it's two entries. There's one on
13 December 13th, 2018 and one on December 20th,
14 2018, and both are "correspondence with Lauren
15 Davis, re: Deposition."
16 A. Yes.
17 Q. And the total for that invoice is $442?
18 A. (No audible response.)
19 Q. So if we added up all of your invoices, you've
20 been paid over $70,000 for your work on this
21 case?
22 A. Yes.
23 Q. Let me go through my notes. I think I might be
24 finished.
25 A. Okay.

Page 369

1 MR. SEARS: Yeah. I'm done.
2 MR. THORNTON: No questions.
3 MS. PATEL: No. I'm still here.
4 THE VIDEOGRAPHER: Do you have any
5 questions?
6 MS. PATEL: No.
7 MR. THORNTON: We're going to pow-wow for
8 just a minute. I don't think I have questions,
9 but I could.
10 (Break taken from 11:19 to 11:28.)
11 EXAMINATION
12 BY MR. THORNTON:
13 Q. It may be Exhibit 6, it's your invoice 5.
14 A. Yes.
15 Q. The review of the final report is at the bottom
16 of this on November 9th, 2018.
17 A. Yes.
18 Q. Okay. And the previous reviews that you,
19 Mr. Sears went through, the materials you
20 reviewed, the photographs, the articles, the
21 textbooks, those were all before this final
22 report that was published on or about
23 November 9th, 2018 --
24 A. Yes.
25 Q. -- is that right?

Page 370

1 In making your diagnosis of the, in this
2 case and reading the pathology reports, did you
3 ever alter your pathology reports themselves?
4 A. No.
5 Q. It's my understanding from your testimony that
6 you had made previous diagnoses of permanent
7 chemotherapy-induced alopecia in your
8 pathological practice?
9 A. Yes.
10 Q. It didn't happen only after you were retained as
11 an expert in this case?
12 A. Oh, no.
13 Q. Did, did you make the diagnosis of permanent
14 chemotherapy-induced alopecia based on the
15 scientific literature?
16 MR. SEARS: Objection; form.
17 THE WITNESS: Yes. I, in my expertise I,
18 that I've acquired over time.
19 Q. BY MR. THORNTON: Okay. And you made some
20 comments today in examination by Mr. Sears about
21 that literature. What permitted you, as a
22 pathologist, to make a -- dermatopathologist at
23 that, to make a diagnosis in these cases even
24 before you were retained in permanent
25 chemotherapy-induced alopecia, what made that a

13 (Pages 367 - 370)

1    recognized entity in your practice?
2        MR. SEARS: Objection; form.
3        THE WITNESS: Well, the experiences that you
4    get a biopsy in a clinical history of a patient
5    who has hair loss and then has had chemo and
6    then you, first time you look at the slide and
7    then you look at what's been published or is --
8    and then you say, yes, this is consistent and
9    then you start seeing more cases of it and they
10    repeatedly look alike. And so the huge --
11    Because of the limited experience of experts
12    like me in this really small field, huge amount
13    of it relies on the prior, my personal,
14    professional, prior experience of seeing these
15    biopsies.
16 Q.   BY MR. THORNTON: Were you familiar with the,
17    with the, some of the literature on permanent
18    chemotherapy-induced alopecia before you were
19    ever contacted by any counsel in this case?
20 A.  Yes. I was the, the two articles, publications
21    I mentioned in the Journal of American Academy
22    of Dermatology, I'm on the editorial board of
23    this journal and I was one of the reviewers for
24    these two manuscripts that led to them being
25    published. And so I had extensively reviewed

1    these publications.
2 Q.   How about some of the other articles that you
3    reviewed for this deposition, had you run across
4    them prior to ever being retained by either side
5    in this case?
6 A.  When I, when I had had cases before and because
7    of limited experience even for me with these, I
8    had looked at publications when I had gotten
9    some of the early cases. Some of the recent
10    ones I'd seen because I keep up with this
11    dermatology, dermatopathology, especially of
12    hair loss focus, I'd seen them when they came
13    through and initially been published.
14 Q.   I believe I recall seeing a paper that Mr. Sears
15    furnished in the first part of your deposition
16    that you were a coauthor of that refers to
17    permanent chemotherapy-induced alopecia in the
18    findings. Do you recall that? Maybe not.
19    Maybe I'm mistaken about that.
20 A.  No. No, I don't.
21 Q.   Okay. All right. In any event, all right.
22 A.  I think I published on the cytokeratin 15, which
23    was an issue in these invoices.
24 Q.   Okay. Didn't you have a student that published
25    an article that you coauthored that came up in

1    the last deposition? Not ringing a bell?
2 A.  On chemotherapy?
3 Q.   Yeah.
4 A.  Or just alopecia?
5 Q.   It mentioned it as one finding.
6 A.  I have multiple publications with students,
7    residents, training doctors. I don't recall a
8    specific publication in this, in this area.
9 Q.   Okay. All right.
10 A.  I might have forgotten though. I can't
11    remember.
12 Q.   That's all right. And last but not least, as
13    you gave your opinions here today, do you think
14    that there is reliable scientific evidence that
15    there is a entity called permanent
16    chemotherapy-induced alopecia from use of
17    chemotherapy drugs?
18        MR. SEARS: Objection; form.
19        THE WITNESS: Yes. Absolutely.
20 Q.   BY MR. THORNTON: And what's the basis for that?
21 A.  It's the experience, the experience of patients
22    receiving chemotherapy and then developing hair
23    loss, not just the acute hair loss and regrowth,
24    but permanent hair loss that clearly develops
25    after receiving the chemo.

1        And the second component of it is me having
2    received, reviewed and issued reports on
3    biopsies of these patients where I see a
4    specific histopathological pattern for this
5    diagnosis.
6        MR. THORNTON: All right. Thank you.
7    Nothing further.
8        FURTHER EXAMINATION
9    BY MR. SEARS:
10 Q.   I just had a couple of follow-up questions on
11    the, you say you were a reviewer for the Journal
12    of what?
13 A.  American Academy of Dermatology. It's the main
14    dermatology journal in the world.
15 Q.   I think you said in that capacity you reviewed a
16    couple publications on PCIA. Did I hear that?
17 A.  Yes. And that's where the PCIA term comes from.
18    That's where I adopted it when I reviewed these.
19 Q.   What were the publications that you reviewed
20    that were published in that journal?
21 A.  Well, there are two publications that are paired
22    and they're educational publication reviews.
23    It's a component of this journal at the
24    beginning of every issue and you get continuing
25    medical education credits if you take, there's a

14 (Pages 371 - 374)

Page 375

1   test even. There's questions. And these were
2   published by one single group at Memorial Sloan
3   Kettering. So it was not just their experience.
4   It was a review of the entire subject. And this
5   was where the PCIA -- There's other terms for
6   permanent chemotherapy-induced alopecia -- this
7   is where they specifically used that term.
8  Q.   Do you recall what the titles of those articles
9       are?
10 A.   No.
11 Q.   Do you recall who the authors of those articles
12      are?
13 A.   No. I just know there was, it was many authors.
14      I know from Sloan Kettering.
15 Q.   Do you recall what year that you published?
16 A.   It's either, I would guess it was -- Because I
17      review them and then they get published. So I
18      don't remember when the time difference between
19      those two, but I would guess they came out in
20      '17, 2017.
21 Q.   When you're reviewing those publications, did
22      you provide any comments?
23 A.   Yeah. On the papers? Yeah, I did.
24 Q.   What sort of comments did you provide?
25 A.   I said I wish they wouldn't use PCIA because of

Page 376

1   Central Intelligence Agency. It makes me think
2   of it every single time. I largely accepted
3   the, their publication because it was very well
4   written and edited and was very complete. I
5   don't remember any large calls for change of the
6   manuscripts. Like I said, they're not, they're
7   not research papers. They're reviews. So
8   they're really just summarizing what was known.
9  Q.   So as you sit here today, you can't think of any
10      substantive changes that you suggested for those
11      articles?
12 A.   Only the PCIA. No, I can't remember anything
13      else. We don't have access to those after we,
14      after we submit them either.
15 Q.   Do you recall if Dr. Shapiro was an author on
16      those publications?
17 A.   I don't believe so. He's at NYU, not at Sloan
18      Kettering. I think I would remember if he were
19      an author on those, but I don't believe so. I
20      don't know.
21      MR. SEARS: Okay. That's all I got. Thank
22      you.
23      MR. THORNTON: Nothing further for me.
24      Thanks.
25      THE VIDEOGRAPHER: Ms. Patel, do you have

Page 377

1   any questions?
2       MR. THORNTON: No. None of the people on
3   the phone ask questions.
4       (Recess at 11:40 a.m.)
5           * * *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 378

1           C E R T I F I C A T E
2
3       I, Aleshia K. Macom, CSR No. 94-0296, do
4   hereby certify that CURTIS THOMPSON, M.D.,
5   personally appeared before me at the time and
6   place mentioned in the caption herein; that the
7   witness was by me first duly sworn on oath, and
8   examined upon oral interrogatories propounded by
9   counsel; that said examination, together with
10  the testimony of said witness, was taken down by
11  me in stenotype and thereafter reduced to
12  typewriting; and that the foregoing transcript,
13  pages 322 to 377, both inclusive, constitutes a
14  full, true and accurate record of said
15  examination of and testimony given by said
16  witness, and of all other proceedings had during
17  the taking of said deposition, and of the whole
18  thereof, to the best of my ability.
19      Witness my hand at Portland, Oregon, this
20  1st day of March, 2019.
21
22
                _____
23              Aleshia K. Macom
                CSR No. 94-0296
24              Expires 9-30-2020
25

15 (Pages 375 - 378)

Page 379

1              CORRECTION SHEET
2     Page     Line          Correction
3
4
5
6
7
8
9
10
11
12
13
14
15
16
           I hereby certify that I have read the
17    foregoing deposition, and that the transcription
      together with any corrections noted, is a true
18    and accurate record of my testimony given at the
      time and place noted.
19
      _____
20          CURTIS THOMPSON, M.D.    DATE
21
22    Subscribed and sworn before me this _____ day
      of _____, 20_____.
23
24    _____
      Notary Public for:
25    My commission expires:

16 (Page 379)

**&**

**&**   323:19

**1**

**1**   325:9,10 326:1
   327:12
**1.25**   360:7
**1.42**   362:6
**1.5**   351:17
**10:16**   323:5
**11:19**   369:10
**11:28**   369:10
**11:40**   377:4
**12**   349:10
**13,065**   351:8
**13th**   368:13
**15**   328:20 329:3
   340:20 341:4,12
   341:16 342:5,15
   343:1,8 351:22
   367:2 372:22
**16,796**   363:15
**16635**   322:8
**17**   327:22 375:20
**17144**   322:12
**17410**   322:10
**18**   351:22
**1900**   324:4
**19th**   328:6
**1st**   350:7 378:20

**2**

**2**   325:10,11 327:21
   340:19 362:7
**2.25**   367:21
**2.42**   353:13
**2.75**   332:24 333:16
**20**   379:22
**20006**   324:5
**2017**   375:20
**2018**   327:22
   329:17 331:3,25

332:2 333:4
334:23 335:11,15
336:1,17 337:5
339:12 343:8,20
344:1 345:14,19
345:19 347:13
348:11,21 349:21
350:1,7,17 351:4
351:25 352:16
353:10,12 355:11
358:6 359:16
360:22 361:25
362:5,18 363:3
366:19 367:4,20
368:13,14 369:16
369:23
**2019**   322:19 323:4
   378:20
**202-261-3374**
   324:6
**20th**   328:6 345:18
   346:21 348:2
   368:13
**21,118.70**   368:9
**21st**   345:19 346:21
   348:3,11 367:4
**23**   351:22
**24**   329:17
**24th**   330:12
   348:21 351:25
   352:16
**2555**   323:21
**25th**   331:3 333:4
   334:23 335:11,15
   348:19 349:21
   353:10
**26**   322:19 323:4
   332:18,21 336:18
   337:1,2 345:24
   346:4,7,22 347:19
   347:21,25 348:4

348:15 350:3,10
351:3 352:14
353:12 355:9
362:8,9
**26th**   355:8
**2740**   322:5 326:7
**27th**   331:19
**28th**   367:14,20
**29th**   350:1 367:14
**2:16**   322:8,10,12
**2nd**   332:2,3
   355:11

**3**

**3**   325:11,12 331:17
   351:5
**30**   330:23,24
**300**   323:12
**31st**   335:24,25
**322**   378:13
**3226563**   322:25
**326**   325:3,9,10,11
   325:12,13,14,15
   325:16
**369**   325:4
**374**   325:3
**377**   378:13
**3rd**   343:20 344:1
   350:17 358:6

**4**

**4**   325:12,13 336:15
   345:1,2,4,13
**4,225**   344:16
**4.4**   336:13
**442**   368:17
**45**   330:23,24
**4701**   323:12
**4937**   378:22
**4th**   359:15 360:2,6

**5**

**5**   325:13,14 345:12
   349:22 351:21
   352:6 363:3
   369:13
**5-30-2018**   332:4
**506**   323:6
**5th**   331:24 351:4

**6**

**6**   325:14,15 336:17
   337:5 351:20
   360:22 361:25
   366:15 369:13
**6,100**   336:9
**6-11-2018**   332:24
**6-25-2018**   334:1
**64108**   323:22
**67**   328:10,20 329:3
   330:1 340:20
   341:4,16 342:15
   343:5 367:1
**6th**   344:6

**7**

**7**   325:15,16 345:14
   362:5,18 366:14
   368:12
**70,000**   368:20

**8**

**8**   325:16 326:1
   368:11
**8-15-2018**   340:13
**816-474-6550**
   323:23

**9**

**9**   363:2
**9,805**   331:11
**9-30-2020**   378:23
**92660**   323:13

**94-0296** 323:3
  378:3,23
**949-748-1000**
  323:14
**9th** 339:12 366:18
  369:16,23

**a**

**a.m.** 323:5 377:4
**ability** 378:18
**able** 359:4
**absolutely** 373:19
**academy** 360:16
  368:4 371:21
  374:13
**accepted** 376:2
**access** 376:13
**accurate** 327:10
  378:14 379:18
**acknowledge**
  365:11
**acknowledged**
  344:12
**acquired** 370:18
**acute** 373:23
**adam** 367:6,6
**add** 336:11 340:24
  342:17
**added** 342:19
  360:14 368:19
**additional** 327:15
  332:14 341:19
  346:25 352:5,7
  361:3
**adjunct** 341:14
**administrative**
  367:7
**adopted** 374:18
**afield** 366:5
**age** 365:7
**agency** 376:1

**agents** 341:25
**ago** 368:5
**agree** 355:24
  364:25 365:3,19
**agreed** 355:22
**ahead** 327:1
**al** 354:5 355:12
**aleshia** 323:2
  378:3,22
**alike** 371:10
**alopecia** 338:9
  339:18 340:4
  341:11,13 349:1
  353:14 354:17
  355:19 356:22
  357:25 364:21
  365:6 368:3 370:7
  370:14,25 371:18
  372:17 373:4,16
  375:6
**alter** 370:3
**altered** 347:18
**america** 358:21
**american** 360:16
  368:4 371:21
  374:13
**amisha** 324:3
  326:16
**amisha.patel**
  324:7
**amount** 371:12
**analysis** 339:13
**analyzed** 349:18
**andrews** 323:9
  327:23 328:11
  331:4,22 332:9,25
  334:2 335:13,18
  339:10,15 340:15
  351:13
**andrewsthornto...**
  323:15,16

**androgenetic**
  364:21 365:6
**anne** 327:23
  328:11 331:21
  332:25 334:2
  335:13,18 339:10
  339:15 340:15
  345:15
**answer** 336:24
**answering** 335:12
**antoinette** 322:7
**anybody** 343:7
  359:6
**appearances**
  323:8 324:1 326:9
**appeared** 378:5
**appearing** 323:17
  323:25 324:8
**appendix** 362:7,13
**application** 338:7
**appreciated** 358:3
**approached** 341:8
**april** 327:22
  329:17 331:3,19
  347:2,7
**area** 338:6 366:3
  373:8
**arranging** 348:12
  348:16 366:19
  367:5
**article** 356:15
  357:14 372:25
**articles** 349:9
  364:18,19 369:20
  371:20 372:2
  375:8,11 376:11
**asked** 338:16
  340:6
**assess** 340:8
**assessing** 337:15
  341:20 343:15

351:1
**assessment** 365:9
**assistant** 367:7,7
**associated** 363:20
  365:15
**assume** 331:21
  339:10 340:15
  362:8 364:12
  367:11
**attached** 332:11
  332:17 346:22
  348:1
**attempt** 363:24
  365:23
**attempts** 363:23
  363:25
**attorney** 345:10
  358:8,11 359:24
**attorneys** 326:8
  333:2,12 335:19
  336:4,6,7,12
  345:10,16 359:6
**audible** 368:18
**august** 336:17
  337:5 339:12
  343:8 344:6
**author** 376:15,19
**authors** 375:11,13
**available** 328:24
**avenue** 323:12
**aware** 335:8

**b**

**back** 347:2,7
  355:21
**bacon** 323:19
**barbara** 322:11
**based** 331:15
  347:23 351:16
  370:14
**basic** 338:10 343:2

**basically**  343:15
**basis**  341:18
  373:20
**beach**  323:13
**bedside**  338:11
**beginning**  374:24
**begins**  326:3
**behalf**  322:18
  326:16
**believe**  343:25
  344:15 346:24
  349:25 350:4,11
  351:12 353:9,16
  362:15 372:14
  376:17,19
**bell**  373:1
**bench**  338:11
**best**  378:18
**better**  364:6,16
  365:8
**beyond**  334:17,17
  335:6
**bibliography**
  362:16
**billed**  330:17
  349:14
**biopsies**  328:7
  329:9 332:22
  339:14,23,25
  340:7,21 341:17
  356:22 358:24
  371:15 374:3
**biopsy**  329:4,15
  339:17 340:8,9,11
  340:11 345:20,23
  346:13,20 347:11
  347:16 348:3,19
  349:23 371:4
**bit**  346:6 356:2
**board**  360:15
  371:22

**bodies**  356:18
**body**  342:2 357:20
**book**  353:18
**boston**  334:14
**bottom**  329:16
  369:15
**boulevard**  323:21
**bradley**  332:6,8
  351:12
**break**  369:10
**bring**  333:12
  335:19 346:5
**brought**  327:15

### c

**c**  323:10 378:1,1
**california**  323:13
**call**  327:23 331:4,5
  331:8,19,20,23,24
  333:6,15,16
  335:22,23 336:3
  338:11 340:13,14
  340:16 344:21
  345:8,11,15
  349:22,23 351:5
  353:11 359:22
  362:2,10,19
**called**  373:15
**calls**  351:23 376:5
**cancer**  364:11
**capacity**  374:15
**caption**  378:6
**capture**  327:18
**captured**  358:25
  359:20
**carefully**  349:4,19
**carved**  333:20
**case**  322:7,9,11
  327:19,25 337:3
  337:10,19 338:19
  340:25 344:11
  352:2 360:4

  368:21 370:2,11
  371:19 372:5
**cases**  330:21 332:5
  356:1,2,6 358:7,7
  358:13,15 359:11
  359:12 370:23
  371:9 372:6,9
**category**  333:20
**cell**  337:14 338:1,3
  338:20 340:14,18
  342:6 343:9,12,17
  344:3,22
**cells**  328:13 339:1
  339:4 341:15
  342:1
**central**  348:10
  376:1
**certainly**  330:10
  364:4
**certify**  378:4
  379:16
**change**  376:5
**changes**  376:10
**changing**  340:4
  346:1
**charge**  353:4
**chemo**  371:5
  373:25
**chemotherapeutic**
  341:25
**chemotherapy**
  328:12,15 338:25
  339:2,18 340:3
  341:13 342:5
  349:1 354:17
  355:3,19 356:20
  356:22 357:17,25
  364:11 368:3
  370:7,14,25
  371:18 372:17
  373:2,16,17,22

  375:6
**chronic**  356:24
**city**  323:22
**claiborne**  328:8
**claiming**  365:1
**clear**  328:17
  347:15,24
**clearly**  373:24
**clinical**  338:9,14
  338:15 343:3
  350:23,24 352:2
  353:17 364:15
  368:6,7 371:4
**clinically**  366:1
**clinicians**  364:11
**clue**  341:15
**coauthor**  372:16
**coauthored**
  372:25
**coined**  357:12
**colleagues**  334:21
**collect**  365:25
**collection**  363:22
**collective**  364:7
  365:25
**come**  336:22 368:5
**comes**  374:17
**coming**  337:10
  356:12
**commencing**
  323:4
**comment**  352:22
  357:19 365:1
**comments**  370:20
  375:22,24
**commission**
  379:25
**committee**  326:12
  326:14
**common**  360:18

compelling  339:8
compendium
  360:14,23 361:1,5
  361:15,19
complete  376:4
component  330:4
  333:14 341:9
  345:24 374:1,23
concluded  358:1
conclusion  340:23
  357:15
conclusions  356:3
  356:7 364:3,5
conduct  334:18
conducted  355:6
conference  362:1
  362:10
confidential
  337:21
confirm  339:17
connected  338:14
connection  338:12
connor  323:20
  326:10
consistent  371:8
constitutes  378:13
consultant  337:19
  352:21,23
consultation
  334:24
consulting  337:23
  344:14
contacted  327:24
  371:19
contained  328:21
continued  324:1
continuing  357:5
  374:24
control  329:4,5,6
controls  342:10

convenient  349:6
correction  379:1,2
corrections  379:17
correctly  361:15
correspondence
  368:14
cost  339:13,19
counsel  327:25
  331:15,25 344:18
  349:24 351:6,18
  351:23 352:10
  354:2 366:2 367:6
  367:18 371:19
  378:9
counsel's  351:14
couple  341:3
  363:17 374:10,16
court  322:1
crazy  350:15
create  359:2
created  327:17
  355:8
credits  374:25
cross  333:23
csears  323:24
csr  323:3 378:3,23
cta  343:9,10
current  338:4
curtis  322:17
  323:2 326:5,18
  327:3 378:4
  379:20
cv  322:8,10,12
cytokeratin
  328:20 329:3
  330:1 341:4,12,16
  342:5,15 343:1
  367:2 372:22

## d

d.c.  324:5
damaged  342:6
damaging  341:25
date  379:20
david  362:20
  363:1
davis  323:11
  326:13,13 358:9
  358:11 359:17
  368:15
day  333:5 334:25
  341:18,18 359:20
  378:20 379:22
dealing  356:5
debate  363:19
debates  365:13
december  368:13
  368:13
dechert  324:2
dechert.com  324:7
decided  349:3
deciding  343:16
  343:18
decision  367:1
defendant  324:8
defendants  322:18
  323:25 328:22
  329:24 347:8,13
defense  366:23
  367:5
definitive  356:7
  364:2
deposition  322:17
  323:1 325:9 326:4
  327:13 351:5
  353:13 360:2,3,4
  360:12,21 361:14
  361:20 366:4
  367:15 368:15
  372:3,15 373:1

378:17 379:17
dermatologists
  334:7
dermatology
  360:17 366:11
  368:4 371:22
  372:11 374:13,14
dermatopatholo...
  353:8 356:16
  370:22
dermatopathology
  366:12 372:11
detailed  349:5
details  333:11
  338:13
determine  366:22
developed  342:9
developing  373:22
develops  373:24
diagnoses  354:25
  370:6
diagnosis  342:21
  370:1,13,23 374:5
differ  332:16
difference  375:18
different  341:12
  357:3 359:1,8,9
differential  354:25
difficult  356:6
  364:2,4
digital  358:19
  359:5
direction  339:7
  341:1 342:20
director  330:10
disagreed  356:15
disclosed  352:24
discovery  341:9
discuss  335:1
discussed  331:5
  333:21

**discussion** 328:11
335:7,17
**disease** 333:13
341:12 343:2
**diseases** 328:14
356:19
**district** 322:1,2
326:7
**docetaxel** 322:4
**doctors** 334:5
342:23 373:7
**document** 322:6
343:22
**documents** 327:13
**dogmatically**
357:3
**doing** 332:13
341:10 342:11
343:19 344:8
354:11 357:4
364:6
**dr** 326:5 328:8
331:7 334:25
335:8 354:12,24
354:24 355:19
357:14 376:15
**draft** 336:18,21
348:15,17,19,20
349:23
**draw** 364:2,5
**drill** 327:4
**drive** 350:15
**drugs** 373:17
**dubious** 356:9
364:4
**duly** 326:20 378:7
**durden** 322:7
329:9 330:13

**e**

**e** 344:2,14 351:22
363:4 378:1,1
**early** 372:9
**earnest** 322:11
329:9 330:14
**east** 332:6,8
351:12
**eastern** 322:2
**edited** 376:4
**editing** 336:17,21
**editorial** 360:15
371:22
**education** 333:17
335:14 349:5,6
374:25
**educational**
374:22
**edwards** 359:22
**effluvium** 335:13
356:24
**either** 330:6
341:16 342:20
351:22 372:4
375:16 376:14
**elise** 353:16
**ellen** 334:24
**ended** 364:9
**ends** 364:14
**entire** 358:24
375:4
**entirely** 341:12
342:13
**entity** 371:1
373:15
**entries** 330:12
345:18 351:21
366:18 368:12
**entry** 327:22
331:3,18 332:4
333:4 334:1,23

335:11,15 336:3
336:16,17 337:5
339:12,13,25
340:13 343:8,20
344:1 345:13
348:11,21 349:21
350:2,17 351:4
352:16 353:10,13
358:6 359:15,22
360:1,6,22 361:25
362:5,6,18 363:2
367:4,20
**eosin** 342:19 353:3
359:14
**esoteric** 364:1
366:8
**especially** 372:11
**estimate** 349:9
**et** 354:5 355:12
**etiology** 365:11
**evaluation** 328:16
330:15 364:13
**event** 372:21
**evidence** 373:14
**exactly** 328:17
338:22 356:1
**examination** 325:1
325:3,4 326:22
369:11 370:20
374:8 378:9,15
**examined** 326:20
378:8
**excuse** 326:4
**exhibit** 325:7,8,9
325:10,11,12,13
325:14,15,16
327:12,21 331:17
336:15 340:19
345:2,4,12 346:22
348:9 351:20
352:6 366:14

368:11 369:13
**exhibits** 326:1
**exist** 329:1 364:8
**experience** 364:1
364:7,14,17
365:25 371:11,14
372:7 373:21,21
375:3
**experiences**
363:22 371:3
**expert** 328:18
337:23 341:7
342:12 344:14
355:16 356:10
366:20 370:11
**expertise** 370:17
**experts** 334:2,3,4
334:18 363:25
364:15 371:11
**expires** 378:23
379:25
**explained** 347:19
**explaining** 333:10
346:3
**explanation**
346:18
**explanatory** 347:4
**extended** 346:18
**extensive** 332:21
**extensively** 371:25

**f**

**f** 378:1
**familiar** 349:2
371:16
**far** 366:5
**features** 359:8
**february** 322:19
323:4
**federal** 336:25
**feigel** 334:24,25

**feigel's** 335:8
**female** 365:5
**field** 357:5 371:12
**figure** 356:12
**file** 359:3
**filed** 337:3
**final** 350:6,7 363:3
  368:11 369:15,21
**finalizing** 362:2
**find** 352:21
**finding** 373:5
**findings** 335:4
  356:8 357:16
  358:2 363:20
  364:20 365:14,24
  372:18
**fine** 333:21
**finished** 333:9
  348:15 368:24
**first** 327:22,24
  331:18 336:16
  340:19 341:6
  345:13 358:21
  371:6 372:15
  378:7
**five** 329:13
**flipping** 344:24
**focus** 372:12
**focused** 334:6
**follow** 374:10
**following** 335:22
  335:23
**follows** 326:21
**foregoing** 378:12
  379:17
**forget** 357:8
**forgotten** 373:10
**form** 341:22
  370:16 371:2
  373:18

**four** 329:14,14
  332:5
**fourth** 335:16
  348:12 352:1
  353:11 359:23
**fourths** 331:14
  335:12 344:19
  345:14 349:11
  350:18
**francis** 322:9
  329:10 330:13
**full** 378:14
**fully** 358:18
**furnished** 372:15
**further** 346:1
  364:12 374:7,8
  376:23
**future** 343:17

**g**

**gained** 338:19
**gallindo** 363:4,6,6
**generally** 333:21
**getting** 350:12
  353:4 360:11
  366:5
**give** 341:19,24
**given** 378:15
  379:18
**giving** 327:10
**go** 327:1,5 334:19
  349:3 352:20
  354:4 368:23
**going** 350:15
  352:19,22 355:21
  359:7 366:3 369:7
**gold** 334:14
**goldberg** 334:14
**good** 326:24
  328:24 356:10
  368:6

**gotten** 372:8
**grand** 323:21
**ground** 327:5
**group** 335:16
  348:16 375:2
**guess** 345:22
  375:16,19

**h**

**h** 322:6 326:7
**h&e** 329:18,21
  330:6,8,15 342:19
  353:2
**habit** 350:12
**hair** 328:12,14
  334:4 337:14
  338:9 339:23
  340:9 341:17,22
  342:1 343:1 344:2
  344:11 350:23
  353:17 354:19
  355:4,16 356:10
  356:18 364:15
  365:6,10 371:5
  372:12 373:22,23
  373:24
**half** 360:22
**hand** 336:15
  338:19 351:20
  366:14 378:19
**handing** 331:17
**handling** 343:22
**happen** 370:10
**happening** 338:2
**happy** 367:3
**hardy** 323:19
**harris** 367:6,6
**hear** 374:16
**hematoxylin**
  342:19 353:3
  359:14

**high** 339:22
**hired** 328:2
**histopathological**
  341:20 357:16
  358:2 364:19
  365:14,23 374:4
**histopathology**
  333:11
**histories** 352:2
**history** 371:4
**hospira** 324:8
  326:17
**hotel** 323:6
**hour** 323:4 331:14
  332:24 333:16
  335:12,16 344:19
  345:14 348:12
  349:12 350:18
  351:25 352:1
  353:11 359:23
  360:23 362:1,19
  366:4
**hours** 336:13
  349:22 351:5,17
  352:1 353:13
  360:7 362:6 363:3
  367:21
**huge** 371:10,12
**huh** 329:19 348:23
  358:10 362:21
**huhs** 362:24

**i**

**ian** 359:22
**idea** 367:12
**identification**
  326:2
**ii** 322:15
**images** 358:8,14
  359:3
**immunohistoche...**
  340:20,24

**implemented**
358:19
**impression** 331:8
331:9
**include** 330:24
367:1
**included** 355:1
**inclusive** 378:13
**incorporated**
348:8
**index** 325:1,7
**indicated** 344:7
**indistinguishable**
364:20
**individual** 346:14
346:17 347:16
**individuals** 365:19
**induced** 339:18
340:3 341:13
349:1 354:17
355:19 356:22
357:25 368:3
370:7,14,25
371:18 372:17
373:16 375:6
**information**
337:17 341:20,24
350:19,20,25
351:11,11 352:7,9
352:12
**initial** 328:11
336:22 347:6
**initially** 347:2
348:7 372:13
**instruct** 336:23
**intelligence** 376:1
**interacted** 335:20
**interest** 339:6
343:4 344:7
**interested** 356:25

**interpretation**
330:13,19 331:10
332:14 333:10
335:5,21 337:16
338:5,7,8 339:21
340:25 341:17
342:18 347:4
366:25
**interpreting** 330:4
**interrogatories**
378:8
**invoice** 325:10,11
325:12,13,14,15
325:16 327:21
329:16 331:11,15
331:18 336:9,12
336:16 344:16
345:13 351:8,16
351:21 363:14
366:14 368:9,11
368:11,17 369:13
**invoices** 327:15,17
366:15 368:19
372:23
**involved** 345:8
**irwin** 324:10
**issue** 341:25
372:23 374:24
**issued** 358:15
374:2
**issuing** 366:25
**item** 325:8

**j**

**jct** 323:15
**job** 322:25
**john** 323:10
326:11 331:23
332:25 339:10
340:16 345:15
348:22 353:1,11
360:24 361:10,10

362:2,19
**journal** 360:16
368:3 371:21,23
374:11,14,20,23
**journals** 361:24
366:12,12
**jpeg** 359:3
**judge** 333:20
**july** 335:11,15,24
335:25
**june** 333:4 334:23

**k**

**k** 323:3 324:4
378:3,22
**kansas** 323:22
**karman** 323:12
**keep** 354:9 372:10
**keratin** 340:20
**kettering** 375:3,14
376:18
**ki** 328:10,20 329:3
330:1 340:20
341:4,16 342:15
343:5 367:1
**kimpton** 323:6
**kind** 338:10,12
340:5 342:10
343:14 347:19
354:15 363:21
**know** 327:4,7
329:1,7 333:19,24
334:20 335:2
339:8,22 341:7,14
342:2,8,10 345:6
347:6,9,9,11,14
356:11,11 357:1
361:7 363:8,9
365:2,7 367:10,10
367:12 375:13,14
376:20

**knowledge** 334:22
339:5 342:25
343:6
**known** 376:8

**l**

**lab** 330:9,10
339:24 343:9,10
343:10 358:21
**laboratory** 329:22
330:3,5 339:19
344:8 358:18
**large** 356:3 359:7
376:5
**largely** 376:2
**lauren** 323:11
326:13 340:16
358:8,11 359:17
368:14
**ldavis** 323:16
**learned** 338:18
**learning** 357:2
**lecture** 367:5,8,13
**led** 371:24
**legal** 341:7,8
342:12
**leonard** 354:19
**levels** 359:2
**liability** 322:5
326:6
**limited** 328:13
332:23 356:6
365:19 371:11
372:7
**line** 333:23 379:2
**links** 354:7
**list** 361:11
**listed** 354:25
**lists** 361:16
**literature** 342:22
348:22,24,25
349:7 353:15,19

354:1,3 355:4,6
357:23 358:4
360:7,15 361:3,9
361:11,16,17,22
362:10,15 363:18
363:19,24 364:3
365:9 366:7,8
367:21 370:15,21
371:17
**litigation**  322:5
326:6,7 328:3
**little**  346:6 354:16
356:2 365:2
**llp**  323:19 324:2
**long**  330:18 368:5
**look**  347:15 348:5
362:17 365:18
371:6,7,10
**looked**  340:21
344:6 354:21
357:24 361:13
372:8
**looking**  334:4
354:13,23
**looks**  330:17
331:13 344:18
351:16 366:18
367:14
**loss**  328:12,14
334:4 338:9
339:23 340:9
341:17,22 343:2
350:23 353:17
354:19 355:4,16
356:10 364:15
365:6,10 371:5
372:12 373:23,23
373:24
**lot**  334:15,16
360:17 361:21
364:6,10 365:9

**louisiana**  322:2
**lynne**  334:14

**m**

**m.d.**  322:17 323:2
326:18 378:4
379:20
**macom**  323:3
378:3,22
**magnification**
359:1
**magnifications**
359:10
**mail**  344:2,14
363:4
**mails**  351:22
**main**  374:13
**major**  366:11
**making**  353:4
370:1
**manuscripts**
371:24 376:6
**march**  378:20
**marco**  363:4
**marked**  326:1
327:12,21 331:17
351:20
**material**  352:5,8
362:7,13
**materials**  329:23
367:5,8 369:19
**matter**  326:5
**mdl**  322:5
**mean**  329:12
330:10,21 340:2
344:20 348:13
361:6 366:9,11
**meant**  346:19
**medical**  330:9
334:5 335:8
363:17,19 364:13
374:25

**medically**  340:2
**meeting**  332:24
335:16 336:12
348:16
**meetings**  334:20
**memo**  336:18,21
336:22 337:7
339:9
**memorial**  375:2
**mention**  355:3
**mentioned**  371:21
373:5 378:6
**mentions**  336:21
**miami**  355:17
**micelli**  362:20
363:1
**mick**  324:10
**microphotographs**
332:5,10
**mine**  334:21 367:3
**minority**  364:14
**minute**  369:8
**minutes**  330:23,24
**missed**  360:19
**missing**  360:13
**missouri**  323:22
**mistaken**  372:19
**miteva**  354:5
355:12,19 365:13
**miteva's**  355:16
357:14
**moment**  340:5
363:10
**monaco**  323:6
**morning**  326:24
326:25
**move**  345:12
**multi**  326:6
**multiple**  336:3,6
359:1 373:6

**n**

**name**  327:2
334:14 337:14,22
352:23 353:6
**name's**  340:4
**necessarily**  330:18
341:23
**need**  344:10
**needed**  328:17
342:13 344:8
**needing**  339:17
**never**  335:19
341:7 342:11
358:3,4
**new**  360:13,18
**newport**  323:13
**nice**  327:1
**niche**  334:22
338:23
**nih**  354:7
**normal**  344:2
356:18
**normally**  356:18
**north**  358:21
**notary**  379:24
**notations**  329:17
**noted**  379:17,18
**notes**  368:23
**notice**  325:9
327:12
**november**  355:11
358:6 359:15
360:2,6,22 361:25
362:5,18 363:2
366:18 367:4,14
367:20 369:16,23
**number**  326:7
327:21 331:11,18
339:22 345:13
351:21 359:8
365:19 366:15

368:12
**numbers** 365:8
**nw** 324:4
**nyu** 376:17

**o**

**oath** 326:20 378:7
**object** 352:23
**objection** 336:23
352:20 370:16
371:2 373:18
**obviously** 361:21
**october** 350:7,17
351:4,22,25
352:16 353:10,12
355:8
**offer** 334:16
**offering** 361:19
**office** 340:17
351:14 363:11,12
**official** 347:3
**oh** 332:3 339:15
341:9,14 344:5,22
363:12 364:22
366:24 370:12
**okay** 333:23
350:14 352:25
361:9 368:25
369:18 370:19
372:21,24 373:9
376:21
**older** 354:17
**olsen** 353:16
354:12,24
**once** 360:20
361:11
**oncologist** 335:9
**ones** 332:11
346:21 356:21,23
372:10
**online** 354:4,10
361:22

**opinion** 355:20,25
357:1,3,4,18,21
**opinions** 337:10
361:20 373:13
**opposed** 341:21
**opposing** 366:20
**oral** 378:8
**oregon** 323:7
378:19
**organization**
352:17
**overall** 363:25
**overreach** 356:3
**oversee** 330:11

**p**

**page** 325:2,8
344:25 379:2
**pages** 378:13
**paid** 368:20
**paired** 374:21
**paper** 355:21
372:14
**papers** 354:7
357:24 360:17
361:13,23 364:23
365:18,22 368:8
375:23 376:7
**part** 333:16,17
346:12 348:9
372:15
**partial** 360:8
**particular** 354:13
356:14
**parties** 343:24
**patel** 324:3 326:16
326:16 369:3,6
376:25
**pathological**
337:16 338:7
346:10,15 348:1
356:7 370:8

**pathologist** 370:22
**pathologists** 334:6
334:8
**pathology** 331:1
333:14 335:6
338:4,15 341:11
343:21 347:1
351:1 352:13
354:19 355:9
358:19 359:5
366:1 370:2,3
**patient** 350:18
351:10 352:6
371:4
**patients** 339:16
350:24 364:10,12
365:4 373:21
374:3
**pattern** 365:5
374:4
**pcia** 336:18
339:13,25 340:3,7
340:8,10 341:21
341:24 342:16,24
355:1 363:20
364:20 365:15
374:16,17 375:5
375:25 376:12
**people** 334:16
377:2
**performed** 339:23
342:10
**permanent** 339:18
340:3 349:1
354:16 355:18
356:21 359:3
368:2 370:6,13,24
371:17 372:17
373:15,24 375:6
**permitted** 370:21

**persistent** 357:16
357:25
**person** 342:25
353:3,6,7
**personal** 343:4
371:13
**personally** 330:1,8
378:5
**philips** 358:20,20
**phone** 326:15
331:7 333:6 336:3
345:8 362:19
377:3
**photo** 332:12
**photographs**
332:20 359:8,13
369:20
**photography**
358:7,14 359:11
359:12
**photomicrographs**
332:17 359:16,18
**photos** 332:15
350:19,20,23
351:10 352:6
358:25
**place** 341:6 378:6
379:18
**placed** 362:16
**plaintiff** 326:12,13
329:12 330:20
359:6
**plaintiffs** 323:17
327:25 331:14,25
333:2 335:9 336:6
339:17 344:18
345:16 346:17
349:24 351:6,14
351:17,23 352:10
354:2 358:11
359:23 367:18

Case 2:16-md-02740-JTM-MBN   Document 6745-4   Filed 04/15/19   Page 27 of 43

**planning** 343:9,13
**please** 326:8 327:7
**point** 332:20 333:9
  342:15,17 354:4
  367:11
**poking** 354:9
**poor** 340:6
**portland** 323:7
  378:19
**position** 333:19
  337:18
**pow** 369:7
**practice** 370:8
  371:1
**prep** 334:24 337:6
  353:14
**preparation**
  330:25 333:5
  336:18 345:19
  348:3 350:2,10
  360:21 361:14
  367:17
**prepare** 346:25
**prepared** 332:10
  346:9,20 347:1,7
  347:17 367:15
**preparing** 330:16
  332:4 351:1
  352:13
**present** 324:10
  326:8
**pretty** 364:1
**prevent** 327:9
**previous** 360:3
  369:18 370:6
**printed** 361:23
**prior** 362:10
  371:13,14 372:4
**pro** 342:20
**probably** 329:4,14
  330:23 332:19,23

**340:15** 343:17
  345:8,9 351:12
  354:18,21
**proceedings** 323:5
  378:16
**process** 341:5
**processes** 356:24
**processing** 329:22
  329:23 339:20
**produce** 367:3
**produced** 326:19
  328:22 329:24
  330:16 347:7,13
  347:20 361:12
  366:16
**products** 322:5
  326:6
**professional** 330:3
  330:12,19 331:10
  332:13 333:10
  334:19 335:5,20
  339:20 341:10
  346:2 347:3
  371:14
**project** 342:9
**projection** 339:22
**propounded** 378:8
**protocol** 343:21
**proudly** 358:21
**provide** 344:10,12
  349:7 375:22,24
**provided** 346:18
  354:2
**providing** 343:23
**public** 379:24
**publication** 354:6
  355:12,15,18
  360:18 364:25
  373:8 374:22
  376:3

**publications**
  353:21,22 360:13
  366:10 371:20
  372:1,8 373:6
  374:16,19,21
  375:21 376:16
**published** 341:11
  343:1 369:22
  371:7,25 372:13
  372:22,24 374:20
  375:2,15,17
**pubmed** 354:6
**pull** 354:8
**punch** 328:7 329:8

**q**

**quantity** 330:17
**queried** 339:15
**question** 327:6
  340:6 356:17,20
  366:6
**questions** 333:22
  335:12 341:3
  363:17 369:2,5,8
  374:10 375:1
  377:1,3
**quick** 352:20
**quite** 332:19
  334:20

**r**

**r** 323:11 324:3
  378:1
**read** 349:3 354:8
  358:17 361:24
  379:16
**reading** 350:23
  370:2
**ready** 353:4
  360:11
**really** 357:3 359:2
  371:12 376:8

**reason** 364:8
**recall** 331:6 335:2
  335:3 349:17,17
  350:22 353:18
  354:15,23 355:2,2
  357:14 372:14,18
  373:7 375:8,11,15
  376:15
**recalled** 335:18
**received** 352:10
  374:2
**receiving** 373:22
  373:25
**recess** 377:4
**recognized** 371:1
**recommendation**
  338:16,17 341:2
**recommendations**
  334:9
**recommended**
  334:11
**record** 326:9
  327:2 333:18
  347:25 362:24
  378:14 379:18
**redacted** 337:6,22
  352:17
**reduced** 378:11
**refer** 335:23 340:6
  367:8
**referenced** 347:12
**referred** 365:22
**referring** 346:13
  346:14 352:18
  359:12 367:9
**refers** 372:16
**regard** 342:24
**regarding** 338:19
  344:2 354:16
**regrowth** 373:23

**rejuvenating**
  339:3
**related** 354:7
  355:3
**relates** 322:6
**relationship**
  337:23
**reliable** 373:14
**relies** 371:13
**relook** 365:16
**rely** 337:9 361:19
**remember** 329:5
  335:4 337:13
  338:13,22,23
  339:7 343:14,25
  345:7 348:8
  349:10,19 350:22
  352:4,4,7 353:24
  354:15 355:25
  357:11,12 361:2,4
  361:10,18,18
  362:17 363:1
  364:25 365:17
  367:25 373:11
  375:18 376:5,12
  376:18
**remembered**
  323:1
**repeatedly** 371:10
**report** 331:1
  332:11,18 336:18
  337:1,2 345:20,23
  345:25 346:4,7,13
  346:23 347:3,19
  347:25 348:3,4,10
  348:13,19 349:23
  350:2,3,8 351:3
  352:14 355:9
  361:7 362:2,8
  363:4 364:6
  366:25 369:15,22

**reported** 323:2,5
**reporting** 340:19
  340:22
**reports** 330:16
  336:25 346:1,2,3,5
  346:10,10,15,19
  346:20,25 347:1,5
  347:6,12,16,19
  348:1 352:2,13
  355:9 358:15,16
  364:8 370:2,3
  374:2
**representative**
  359:4
**request** 327:13
  353:1
**reread** 368:7
**rereviewed** 352:8
**research** 328:13
  328:13,16 337:13
  337:14 338:1,3,20
  338:21 342:9
  343:1,6 344:8
  376:7
**researcher** 339:6
  344:5,7 345:9
**researcher's**
  337:13 338:23
**residents** 373:7
**respect** 356:11
**response** 368:18
**resulted** 339:16
**results** 329:25
**retained** 334:12
  335:9 370:10,24
  372:4
**reticent** 364:12
**review** 330:25
  333:5 337:6,9
  343:21 344:7,20
  348:12,16,22

349:11 350:18
351:10 352:1,6
353:14,15 354:4,5
355:6,7,12 358:7
358:13 359:11
360:8,10,17,23
362:7 363:3,24
367:21,23 369:15
375:4,17
**reviewed** 335:2
  347:2 349:15
  350:21,25 352:12
  354:12 357:24
  358:16 363:18
  367:24 369:20
  371:25 372:3
  374:2,15,18,19
**reviewer** 374:11
**reviewers** 371:23
**reviewing** 356:15
  359:7 362:14
  364:18 375:21
**reviews** 361:22
  368:2 369:18
  374:22 376:7
**right** 327:15
  336:15,19 353:5
  353:24 360:8
  363:5,21 368:1
  369:25 372:21,21
  373:9,12 374:6
**ringing** 373:1
**routine** 339:13
**rule** 332:18,21
  336:18,25 337:1,2
  345:24 346:4,7,22
  347:19,21,25
  348:4,15 350:3,10
  351:3 352:14
  355:9 362:7,8

**rules** 327:5
**run** 372:3

**s**

**samples** 343:3
  344:3,11
**sanofi** 323:25
  326:10
**says** 333:5 336:3
  336:17 339:13,25
  343:9,21 344:2
  347:18 348:12,21
  349:22 352:17
  359:16 362:6
**scalp** 340:11
**scans** 358:23
**scheduling** 360:2
**science** 333:5,13
  333:19 334:25
  338:10 343:2
**scientific** 370:15
  373:14
**search** 334:2,18
  349:7 360:7,10
**searches** 354:10
**searching** 334:3
  353:21
**sears** 323:20 325:3
  326:10,10,23
  333:23 334:1
  337:1,22,25 345:2
  345:12 347:11,23
  352:25 363:14
  366:6 369:1,19
  370:16,20 371:2
  372:14 373:18
  374:9 376:21
**second** 374:1
**section** 322:6
  326:7
**see** 327:1 337:7
  345:20 353:12

354:10,10,22
355:13,21 356:18
356:19,19,23
358:9 359:4
360:24 362:3,11
362:20 364:16,18
364:23 365:9
374:3
**seeing** 350:23
356:21 371:9,14
372:14
**seen** 342:22
349:16,18,20
357:23 358:4
363:18 365:13
372:10,12
**send** 332:5 340:25
366:22
**sending** 359:16
367:10,12
**sent** 339:9,23
348:22 349:9
351:11 352:8,17
353:2,5,7 358:8
361:10,11 366:24
**sentences** 365:2
**separate** 329:7
338:4 343:23
346:9
**september** 343:20
344:1 345:14,18
345:19 346:21
347:12 348:2,11
348:18,21 349:21
350:1
**sessions** 367:17
**set** 359:2 365:4,5
**setting** 335:16,21
**settlement** 339:16
**seven** 366:4

**shape** 328:25
**shapiro** 376:15
**shb.com** 323:24
**sheet** 379:1
**shipment** 366:19
**shook** 323:19
**show** 342:24
**showing** 353:22
359:8
**shown** 342:7
**side** 337:17 372:4
**signature** 378:22
**simply** 335:6
344:9 348:14
358:16
**single** 341:1 364:5
375:2 376:2
**sit** 376:9
**site** 354:6
**situation** 364:9
**slide** 329:4,5,6,7
371:6
**slides** 328:21,23
329:1,13,25
330:15,25 333:6
335:5 343:23
347:2 352:17,18
353:3,5 358:24
359:1,13,14
366:19,22,24
367:2
**sloan** 375:2,14
376:17
**small** 356:4 364:5
364:8 371:12
**smaller** 363:22
**somebody** 331:22
**somewhat** 366:8
**sonicare** 358:20
**sorry** 332:2 345:3
345:5 350:16

362:22
**sort** 341:14 375:24
**special** 333:19
**specific** 330:21
340:7 363:20
365:2 373:8 374:4
**specifically** 331:6
350:22 354:20
355:18 375:7
**specifics** 338:24
**specimens** 344:9
**speed** 333:12
**spent** 331:13
336:11 351:17
**sperling** 354:19,24
**stain** 328:10
342:19
**staining** 328:5,20
328:21 330:2,5
342:6,14
**stains** 328:6 329:2
340:22,24 342:24
343:15
**standard** 329:17
329:21 330:6,8
340:9 342:18
**start** 371:9
**starting** 333:12
364:16
**state** 326:8 327:2
338:3
**states** 322:1
**steering** 326:12,14
**stem** 328:13
337:14 338:1,3,20
339:1,4 340:14,18
341:15 342:1,6
343:9,12,17 344:3
344:22
**stenotype** 378:11

**street** 323:6 324:4
**structurally**
356:23
**structure** 356:17
357:19
**student** 357:5
372:24
**students** 373:6
**studies** 363:23
**study** 340:14,18
343:9,12 344:3
355:25 356:4
**studying** 361:22
**subject** 375:4
**submit** 376:14
**subscribed** 379:22
**subset** 356:6
**substantive**
376:10
**suggested** 328:15
328:18 376:10
**suite** 323:12
**summaries** 347:5
350:24 355:20
361:12 364:16
368:6
**summarize** 363:25
365:23
**summarized**
361:16
**summarizing**
346:3 364:7 376:8
**summary** 337:7
339:9 343:14
345:25 361:9
**summer** 346:2
**sure** 331:22
333:25 342:13
347:24 353:5
360:12 365:12

sw   323:6
sworn   326:20
  378:7 379:22
system   358:19,23
  358:25 359:5

**t**

t   378:1,1
take   330:18
  374:25
takeaway   357:21
taken   322:18
  328:7 329:9
  349:13 369:10
  378:10
talk   335:20
talked   342:22
  343:22 344:18
  346:6
talking   331:14
  335:4 348:2
  350:12 351:17
  357:6
tallon   365:14
tanya   322:9
taxotere   322:4
  326:6
technical   330:4
  339:20
telephone   327:23
  331:4,19,24
  340:13 344:21
  349:22 351:5
telephonically
  324:3
tell   333:8 334:10
  337:25 339:14
  344:3 350:19
  358:13 366:9
telling   331:8,9
  353:6

telogen   335:13
  356:17,24 357:6,9
  357:20
ten   349:10
term   357:11,12
  374:17 375:7
terms   375:5
test   375:1
testified   326:21
testimony   327:10
  352:22 370:5
  378:10,15 379:18
tests   364:13
textbook   353:14
  353:15,16,17,20
  354:1,12,14,18,18
  354:21 355:7
textbooks   354:24
  369:21
tgu   357:8
tgu's   357:7
thank   374:6
  376:21
thanks   376:24
theoretical   338:6
  339:21
thereof   378:18
think   329:14
  331:6,8 333:14,16
  333:17 334:8,10
  334:11 336:24
  339:5 340:6
  341:19 343:16
  345:10,24,25
  346:4 348:5,6,6
  349:17 350:11,12
  354:3,11 355:5
  356:14 357:9,10
  357:18,19,20
  360:11 361:9,10
  361:18 364:6

365:8,21,22 366:4
  366:4,7 367:25,25
  368:1,7,23 369:8
  372:22 373:13
  374:15 376:1,9,18
third   336:16 362:1
  362:19
thompson   322:17
  323:2 326:5,18
  327:3 378:4
  379:20
thornton   323:9,10
  325:4 326:11,11
  331:22 332:9,25
  333:18,25 336:23
  337:18,21,24
  339:11 344:24
  345:3,5 347:10,15
  348:22 351:13
  352:19 353:2,11
  360:24 361:10
  362:2,20 363:11
  363:13 366:2
  369:2,7,12 370:19
  371:16 373:20
  374:6 376:23
  377:2
thorough   332:20
  360:21
thoroughly   366:3
thought   341:4,9
  341:13,23 342:2,4
  342:23 346:11
  348:7 355:23
  356:2
three   331:14
  335:12 344:19
  345:14 349:11
  350:18
time   327:24
  328:17 330:18

336:11 346:6
  347:17 349:13
  358:17 370:18
  371:6 375:18
  376:2 378:5
  379:18
tissue   328:16
  329:22,23
titles   375:8
today   327:10
  366:16 370:20
  373:13 376:9
told   343:15
tosti   331:4,7,7
  365:13
total   329:13
  331:11,13 336:9
  351:8 363:14
  368:9,17
training   373:7
transcript   378:12
transcription
  379:17
treatment   338:8
trendy   340:5
tried   359:2
true   365:21
  378:14 379:17
try   344:24
trying   342:4 345:7
  353:24 356:12
  360:12,20 363:1
tuesday   323:3
two   329:8,14
  331:18 342:23
  345:18 350:6
  368:2,7,12 371:20
  371:24 374:21
  375:19
type   334:3 340:7

[typewriting - year]                                                                   Page 14

**typewriting**
378:12

**u**

**uh** 329:19 348:23
358:10 362:21,24
**ultimate** 339:9
**ultimately** 337:2
342:14 348:4
**unclear** 362:24
**understand** 327:6
342:4 349:4
361:15
**understanding**
327:14 329:8
342:3 347:23
370:5
**unique** 340:10
357:15 358:1
**united** 322:1
**units** 357:6
**university** 355:17
**unplanning**
343:17
**uploaded** 358:8,14
**use** 341:2,16
357:13 361:5
373:16 375:25
**useful** 338:17
**usual** 341:10
**utility** 337:16
343:18

**v**

**varies** 330:21
**various** 346:5
**verbally** 331:9
**versus** 340:11
**video** 344:5
**videographer**
324:10 326:3,15
369:4 376:25

**videos** 337:6,9,12
338:1,13 344:6,20
**videotaped** 322:17
326:4
**violation** 336:24
**volume** 322:15
**von** 323:12

**w**

**want** 335:18
347:24
**wanted** 341:5
**washington** 323:6
324:5
**way** 332:16
**we've** 327:4
330:16 364:9
**week** 360:20
**went** 346:4 369:19
**window** 342:3
**wish** 375:25
**witness** 326:19
336:24 337:20
345:1,4,6 347:22
353:1 363:12
370:17 371:3
373:19 378:7,10
378:16,19
**women** 365:7
**word** 361:5
**words** 356:5
**work** 327:18 328:2
328:19 337:14
338:15 341:8,11
342:12 343:2,17
368:20
**works** 332:9
334:22 363:9,11
**world** 338:9
374:14
**wow** 369:7

**written** 354:22
376:4

**y**

**yeah** 333:25
337:20 338:18
340:1 342:8 346:8
346:24 347:22
348:10,19,19
350:16 357:10
360:25 362:22
365:12,21,25
367:22 369:1
373:3 375:23,23
**year** 375:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

MDL No. 2740

SECTION:  H

## NOTICE OF VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of

Civil Procedure, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. will take

the deposition upon oral examination of Curtis Thompson, M.D. on February 26, 2019 at 10

am at Kimpton Hotel Monaco, 506 SW  Washington Street, Portland, OR 97204. The

deposition shall be videotaped and recorded stenographically, and will continue from day to

day until completed before a person duly authorized to administer oaths who is not counsel

of record or interested in the events of this case.  The attorney contact for the deposition is:

Connor Sears
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Email: csears@shb.com

1



Date: February 12, 2019                    Respectfully submitted,

                                           /s/ *Connor Sears*
                                           Connor Sears
                                           SHOOK, HARDY & BACON L.L.P.
                                           2555 Grand Blvd.
                                           Kansas City, Missouri 64108
                                           Tel:  (816) 474-6550
                                           Fax:  (816) 421-5547
                                           Email: csears@shb.com

                                           *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2019, a true and correct copy of the Notice of Videotaped Deposition of Curtis Thompson, M.D. was served upon the following by E-mail:

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Attorney for Plaintiff*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Attorney for Plaintiff*

Douglas J. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Email: dmoore@irwinllc.com
*Attorney for Defendants*

John Francis Olinde
Chaffe McCall LLP
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
Phone: (504) 585-7000
Email: olinde@chaffe.com
*Attorney for Defendants*

/s/ *Connor Sears*
Connor Sears

3



**CTALab**

CURTIS THOMPSON, MD & ASSOCIATES
Skin, Hair and Nail Pathology Experts

| REMITTANCE TO: | |
|---|---|
| **Curtis Thompson MD & Associates**<br>PO BOX 230577<br>Tigard, Oregon 97281<br>TAX ID 20-4465223 | DBA CTA LAB |

| Date | Invoice # |
|---|---|
| 4/27/2017 | 1 |

| Bill To: |
|---|
| Andrews & Thornton |
| 4701 Von Karman Ave., Suite 300 |
| Newport Beach, CA 92660 |

| Terms | Due within 14 days |
|---|---|
| Project | TECHNICAL |
| Cycle | 30-Apr-18 |

| Description | Date | Quantity | Rate | Amount |
|---|---|---|---|---|
| Telephone Call (Andrews, Anne) | 4/17/2018 | 0.25 | $1,300/hr | $325.00 |
| Telephone Call (Andrews, Anne) | 4/18/2018 | 0.25 | $1,300/hr | $325.00 |
| Reintroduction of cytokeratin 15 in lab | 4/18/2018 | 1 | $3,700.00 | $3,700.00 |
| Immunohistochemical Technical staining cytokeratin 15 (Francis, Tanya) | 4/19/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of cytokeratin 15 (Francis, Tanya) | 4/19/2018 | 1 | $225.00 | $225.00 |
| Immunohistochemical Technical staining cytokeratin 15 (Durden, Antoinette) | 4/19/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of cytokeratin 15 (Durden, Antoinette) | 4/19/2018 | 1 | $225.00 | $225.00 |
| Immunohistochemical Technical staining cytokeratin 15 (Ernest, Barbara) | 4/19/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of cytokeratin 15 (Ernest, Barbara) | 4/19/2018 | 1 | $225.00 | $225.00 |
| Immunohistochemical Technical staining Ki-67 (Francis, Tanya) | 4/20/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of cytokeratin 15 (Francis, Tanya) | 4/20/2018 | 1 | $225.00 | $225.00 |
| Immunohistochemical Technical staining Ki-67 (Durden, Antoinette) | 4/20/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of Ki-67 (Durden, Antoinette) | 4/20/2018 | 1 | $225.00 | $225.00 |
| Immunohistochemical Technical staining Ki-67 (Ernest, Barbara) | 4/20/2018 | 1 | $345.00 | $345.00 |
| Immunohistochemical Professional Interpretation of Ki-67 (Ernest, Barbara) | 4/20/2018 | 1 | $225.00 | $225.00 |
| Standard H&E (Francis, Tanya) | 4/24/2018 | 1 | $325.00 | $325.00 |
| Professional Interpretation (Francis, Taylor) | 4/24/2018 | 1 | $245.00 | $245.00 |
| Standard H&E (Durden, Antoinette) | 4/24/2018 | 1 | $325.00 | $325.00 |
| Professional Interpretation (Durden, Antoinette) | 4/24/2018 | 1 | $245.00 | $245.00 |
| Standard H&E (Ernest, Barbara) | 4/24/2018 | 1 | $325.00 | $325.00 |
| Professional Interpretation (Ernest, Barbara) | 4/24/2018 | 1 | $245.00 | $245.00 |
| Telephone call (Andrews, Tosti, etc.) | 4/25/2018 | 0.25 | $1,300/hr | $325.00 |
| | | | **Total Due** | **$9,805.00** |



EXHIBIT

2

PENGAD 800-831-6989



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

| REMITTANCE TO: | |
|---|---|
| **Curtis Thompson MD & Associates** | DBA CTA LAB |
| PO BOX 230577 | |
| Tigard, Oregon 97281 | |
| TAX ID 20-4465223 | |

| Date | Invoice # |
|---|---|
| 7/31/2018 | 2 |

| Bill To: | |
|---|---|
| Andrews & Thornton | |
| 4701 Von Karman Ave., Suite 300 | |
| Newport Beach, CA 92660 | |

| Terms | Due within 14 days |
|---|---|
| Project | TECHNICAL |
| Cycle | 31-Jul-18 |

| Description | Date | Quantity | Rate | Amount |
|---|---|---|---|---|
| | | | Balance | -$5,195.00 |
| Telephone Call | 4/27/2018 | 0.25 | $1,300.00 | $325.00 |
| Standard H&E (Tuyes, Lisa) | 4/27/2018 | 1 | $325.00 | $325.00 |
| Professional Interpretation (Tuyes, Lisa) | 4/27/2018 | 1 | $245.00 | $245.00 |
| Scanning Ki-67 and Cytokeratin-15 slides and summarizing | 4/27/2018 | 0.5 | $1,300.00 | $650.00 |
| Telephone Call | 5/2/2018 | 0.25 | $1,300.00 | $325.00 |
| Preparaing Microphotographs of 4 cases to send to Bradley East | 5/30/2018 | 0.75 | $1,300.00 | $975.00 |
| Meeting Anne Andrews and John Thornton | 6/11/2018 | 2.75 | $1,300.00 | $3,575.00 |
| Preparation for Science Day - Review of slides and phone call | 6/25/2018 | 0.5 | $1,300.00 | $650.00 |
| Search for Experts for Anne Andrews | 6/25/2018 | 0.5 | $1,300.00 | $650.00 |
| Consultation with Ellen G. Feigel Prep for Science Day | 6/25/2018 | 0.5 | $1,300.00 | $650.00 |
| Answering questions from Anne Andrews about telogen effluvium | 7/25/2018 | 0.75 | $1,300.00 | $975.00 |
| Setting meeting for group discussion | 7/25/2018 | 0.25 | $1,300.00 | $325.00 |
| Phone call with multiple attorneys | 7/31/2018 | 1.15 | $1,300.00 | $1,625.00 |
| | | | Total | $6,100.00 |

EXHIBIT

3

PENGAD 800-631-6989



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

| REMITTANCE TO: | |
|---|---|
| **Curtis Thompson MD & Associates** | DBA CTA LAB |
| PO BOX 230577 | |
| Tigard, Oregon 97281 | |
| TAX ID 20-4465223 | |

| Date | Invoice # |
|---|---|
| 9/7/2018 | 3 |

| Bill To: |
|---|
| Andrews & Thornton |
| 4701 Von Karman Ave., Suite 300 |
| Newport Beach, CA 92660 |

| Terms | Due upon receipt |
|---|---|
| Project | PROFESSIONAL |

| Description | Date | Quantity | Rate | Amount |
|---|---|---|---|---|
| Editing Draft Memo Rule 26 Report Preparation pCIA | 8/6/2018 | 0.5 | $1,300.00 | $650.00 |
| Review of Videos of REDACTED and prep of summary memo | 8/6/2018 | 0.75 | $1,300.00 | $975.00 |
| Analysis of cost for routine pCIA biopsies | 8/9/2018 | 0.25 | $1,300.00 | $325.00 |
| Telephone call stem cell study | 8/15/2018 | 0.75 | $1,300.00 | $975.00 |
| Planning stem cell study at CTA Lab | 8/15/2018 | 0.25 | $1,300.00 | $325.00 |
| Review of PATHOLOGY PROTOCOL MISSOURI-#8877221-v3-Taxotere_-_Pathology_Protocol and reply email | 9/3/2018 | 0.5 | $1,300.00 | $650.00 |
| Email regarding normal hair samples for stem cell study | 9/3/2018 | 0.25 | $1,300.00 | $325.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Due | $4,225.00 |



EXHIBIT
4



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

REMITTANCE TO:
**Curtis Thompson MD & Associates**          DBA CTA LAB
PO BOX 230577
Tigard, Oregon 97281
TAX ID 20-4465223

| Date | Invoice # |
|------|-----------|
| 10/8/2018 | 4 |

| Terms | Due upon receipt |
|-------|------------------|
| Project | PROFESSIONAL |

Bill To:
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

| Description | Date | Quantity | Rate | Amount |
|-------------|------|----------|------|--------|
| Call w/ John and Anne | 9/7/2018 | 0.75 | $1,300.00 | $975.00 |
| Preparation of biopsy report | 9/20/2018 | 1.75 | $1,300.00 | $2,275.00 |
| Preparation of biopsy report | 9/21/2018 | 2.25 | $1,300.00 | $2,925.00 |
| Arranging review of report | 9/21/2018 | 0.25 | $1,300.00 | $325.00 |
| Review of literature sent by John Thornton | 9/24/2018 | 0.75 | $1,300.00 | $975.00 |
| Telephone call re: biopsy report draft | 9/25/2018 | 0.5 | $1,300.00 | $650.00 |
| Report preparation | 9/29/2018 | 1.5 | $1,300.00 | $1,950.00 |
| Final report preparation | 10/1/2018 | 1 | $1,300.00 | $1,300.00 |
| Review of patient photos and information | 10/3/2018 | 0.75 | $1,300.00 | $975.00 |
| Telephone call re: deposition | 10/5/2018 | 0.3 | $1,300.00 | $390.00 |
| Email: Proposing dates for deposition | 10/5/2018 | 0.25 | $1,300.00 | $325.00 |
| | | | | |
| | | | | |
| | | | **Total Due** | **$13,065.00** |

EXHIBIT

5

PENGAD 800-631-6989



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

REMITTANCE TO:
**Curtis Thompson MD & Associates**       DBA CTA LAB
PO BOX 230577
Tigard, Oregon 97281
TAX ID 20-4465223

| Date | Invoice # |
|---|---|
| 11/9/2018 | 5 |

Bill To:
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

| Terms | Due upon receipt |
|---|---|
| Project | PROFESSIONAL |

| Description | Date | Quantity | Rate | Amount |
|---|---|---|---|---|
| Telephone Deposition Planning | 10/15/2018 | 0.25 | $1,300.00 | $325.00 |
| Emails re: Deposition Planning | 10/18/2018 | 0.25 | $1,300.00 | $325.00 |
| Call w/ John Thornton and Lauren Davis | 10/23/2018 | 0.25 | $1,300.00 | $325.00 |
| Review of clinical case histories and reports | 10/24/2018 | 1.25 | $1,300.00 | $325.00 |
| Organization of slides sent to ⬛⬛⬛⬛⬛⬛⬛⬛⬛ | 10/24/2018 | 0.33 | $1,300.00 | $429.00 |
| Call w/ John Thornton | 10/25/2018 | 0.25 | $1,300.00 | $325.00 |
| Deposition Prep: Review of alopecia textbook and literature | 10/26/2018 | 2.42 | $1,300.00 | $3,146.00 |
| Review of Miteva et al Publication | 11/2/2018 | 0.42 | $1,300.00 | $546.00 |
| Review of cases and photography of cases; Images uploaded and sent to Attorney Lauren Davis | 11/3/2018 | 3.25 | $1,300.00 | $4,225.00 |
| Sending photomicrographs to Lauren Davis | 11/4/2018 | 0.25 | $1,300.00 | $325.00 |
| Call w/ Anne Edwards | 11/4/2018 | 0.25 | $1,300.00 | $325.00 |
| Scheduling deposition | 11/4/2018 | 0.42 | $1,300.00 | $546.00 |
| Literature search and partial review | 11/4/2018 | 1.25 | $1,300.00 | $1,625.00 |
| Review of compendium from John Thornton | 11/6/2018 | 0.5 | $1,300.00 | $650.00 |
| Conference call John Thornton re: finalizing report | 11/6/2018 | 0.33 | $1,300.00 | $429.00 |
| Review of appendix material for Rule 2 report (literature) prior to conference call | 11/7/2018 | 1.42 | $1,300.00 | $1,846.00 |
| Phone call John Thornton and David Micelli | 11/7/2018 | 0.33 | $1,300.00 | $429.00 |
| Review of final report and email Marco Gallindo | 11/9/2018 | 0.5 | $1,300.00 | $650.00 |
| | | | Total Due | $16,796.00 |

EXHIBIT
6
PENGAD 800-631-6989



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

REMITTANCE TO:
**Curtis Thompson MD & Associates**          DBA CTA LAB
PO BOX 230577
Tigard, Oregon 97281
TAX ID 20-4465223

| Date | Invoice # |
|------|-----------|
| 12/5/2018 | 6 |

| Terms | Due upon receipt |
|-------|------------------|
| Project | PROFESSIONAL |

Bill To:
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

| Description | Date | Quantity | Rate/Hour | Amount |
|-------------|------|----------|-----------|--------|
| Arranging shipment of slides/block to opposing expert | 11/9/2018 | 0.33 | $1,300.00 | $429.00 |
| Arranging shipment of slides/block to opposing expert - Administrative Efforts/Adam Harris | 11/9/2018 | 0.92 | $95.00 | $87.40 |
| Arranging of lecture materials for defense counsel - Adam Harris | 11/21/2018 | 1.17 | $95.00 | $111.15 |
| Literature Review | 11/28/2018 | 2.25 | $1,300.00 | $2,925.00 |
| Deposition preparation with Anne Andrews | 11/28/2018 | 2.25 | $1,300.00 | $2,925.00 |
| Deposition preparation | 11/29/2018 | 1.75 | $1,300.00 | $2,275.00 |
| Requisitions Pull - Adam | 11/30/2018 | 0.17 | $95.00 | $16.15 |
| Deposition | 11/30/2018 | 9.5 | $1,300.00 | $12,350.00 |
| | | | **Total Due** | **$21,118.70** |

EXHIBIT

7

PENGAD 800-631-6989



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

REMITTANCE TO:
**Curtis Thompson MD & Associates**          DBA CTA LAB
PO BOX 230577
Tigard, Oregon 97281
TAX ID 20-4465223

| Date | Invoice # |
|------|-----------|
| 1/10/2018 | 7 |

| Terms | Due upon receipt |
|-------|------------------|
| Project | PROFESSIONAL |

Bill To:
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

| Description | Date | Quantity | Rate/Hour | Amount |
|-------------|------|----------|-----------|--------|
| Correspondence w/ Lauren Davis re: deposition | 12/13/2018 | 0.17 | $1,300.00/hour | $221.00 |
| Correspondence w/ Lauren Davis re: deposition | 12/20/2018 | 0.17 | $1,300.00/hour | $221.00 |
| | | | Total Due | $442.00 |

EXHIBIT

_8_

PENGAD 800-631-6989