**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>**ALL CASES** | MDL No. 2740<br><br>SECTION:  H (5) |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion to Compel Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study is hereby set for submission before The Honorable Michael B. North on April 23, 2019, at 10:00 a.m.[1]

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore*<br>Douglas J. Moore (Bar No. 27706)<br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA  70130<br>Telephone: 504-310-2100<br>Facsimile:  504-310-2120<br>dmoore@irwinllc.com | Harley Ratliff<br>Adrienne L. Byard<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile:  816-421-5547<br>hratliff@shb.com<br>abyard@shb.com<br><br>*Counsel for Sanofi-Aventis U.S. LLC* |

---

[1] Magistrate Judge North has Ordered that this Motion will be heard by the Court at the previously scheduled discovery status conference on Tuesday, April 23, 2019. *See* Rec. Doc. 6726.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*