IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Angela Eanes* | * | CIVIL ACTION NO. 2:17-cv-14676 |
| | * | |

**PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**
_____

COMES NOW Plaintiff Angela Eanes, by counsel, and pursuant to *Federal Rule of Civil*

*Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as

"Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently

herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.


Respectfully submitted this16th day of April, 2019.


BRENT COON & ASSOCIATES


/s/  *Eric W. Newell*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.  I did contain the consent from defendants counsel.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 16th day of April, 2019.


_/s/Eric W. Newell_
Eric W. Newell