**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Tanya Francis, Case No. 2:16-cv-17410.**

<u>**ORDER**</u>

    Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits A and B to their

Reply in Support of Motion for Summary Judgment Based on the Learned-Intermediary Doctrine

filed by Sanofi Defendants';

    IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file

Exhibits A and B (Rec. Doc. 6755-1 and 6755-2) UNDER SEAL.

    New Orleans, Louisiana, this ___ day of _____, 2019.


                              _____
                              UNITED STATES DISTRICT JUDGE