## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Evangeline Yazzie v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-8903 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff, Evangeline Yazzie, during the pendency of this action, which occurred on June 14, 2018.

Dated: April 16, 2019              Respectfully submitted,

                                                       **LOWE LAW GROUP**
                                                       By: */s/ T. Aaron Stringer*
                                                       T. Aaron Stringer
                                                       6028 S. Ridgeline Dr., Ste. 200
                                                       Ogden, UT 84405
                                                       Telephone: (385) 298-0175
                                                       Facsimile: (801) 656-0997
                                                       Email: aaron@lowelawgroup.com
                                                       *Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

     I hereby certify that on April 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 16, 2019              /s/ *T. Aaron Stringer*
                                       T. AARON STRINGER