# EXHIBIT A

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3                     MDL No. 2740
 4                     SECTION: H
 5    IN RE: TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
 6
      This Document Relates To:
 7
      Antoinette Durden, Case No. 2:16-cv-16635;
 8    Tanya Francis, Case No. 2:16-cv-17410;
      Barbara Earnest, Case No. 2:16-cv-17144
 9    ---------------------------------X
      1450 South Dixie Highway
10    Boca Raton, Florida
      January 14, 2019
11    4:00 p.m. - 10:15 p.m.
12
13       VIDEOTAPED DEPOSITION OF ALAN J. BAUMAN, M.D.
14                       VOLUME I
15                     PAGES 1 - 153
16
17       Taken on behalf of the Defendants before Erinn
18    Green, RPR, Notary Public in and for the State of
19    Florida at Large, pursuant to Notice of Taking
20    Videotaped Deposition in the above cause.
21
22
23
24    Job No. NJ3193460
25
```

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 2

```
 1   APPEARANCES:
 2   Appearing on behalf of the Plaintiffs
 3       VAL PATRICK EXNICIOS, ESQUIRE
 4       LISKA, EXNICIOS & NUNGESSER
 5       1515 POYDRAS STREET
 6       14TH FLOOR, SUITE 1400
 7       NEW ORLEANS, LA 70112
 8   Appearing on behalf of Sanofi
 9       KELLY BIERI, ESQUIRE
10       JASON HARMON, ESQUIRE
11       SHOOK HARDY & BACON L.L.P.
12       2555 GRAND BOULEVARD
13       KANSAS CITY, MISSOURI 64108-2613
14   Appearing on behalf of Sandoz
15       SARA TUCKER, ESQUIRE
16       GREENBERG TRAURIG, LLC
17       Terminus 200
18       3333 Piedmont Road NE
19       Suite 2500
20       Atlanta, GA 30305
21   Appearing Telephonically on behalf of Sun
     Pharmaceuticals
22
23       GEOFFREY COHEN, ESQUIRE
24
25                     - - - - - - - - -
```

```
                                                    Page 3
 1                      I N D E X
 2   WITNESS:                                        PAGE
 3   ALAN J. BAUMAN, M.D.
 4   Direct Examination by MS. BIERI                    6
 5
 6
 7
 8            DEFENDANT SANOFI'S EXHIBITS
 9   NUMBER              DESCRIPTION                 PAGE
10   Exhibit 1    CONFIDENTIAL MEMORANDUM              12
     Exhibit 2    DR. BAUMAN'S FOLDER                  31
11   Exhibit 3    NOTICE OF VIDEOTAPED                 31
                  DEPOSITION OF ALAN
12                BAUMAN, M.D.
     Exhibit 4    PLAINTIFFS' OBJECTIONS               33
13                AND RESPONSES
     Exhibit 5    CV                                   43
14   Exhibit 6    EXPERT REPORT                        88
     Exhibit 7    ADDITIONAL REFERENCES                94
15
16
17
18
19
20
21
22
23
24
25
```

Page 131

1  BY MS. BIERI:
2      Q.   You use the term "high levels."  What do
3  you mean by "high levels"?
4      A.   High levels?
5      Q.   Uh-huh.  What's that mean?
6      A.   In regards to?
7      Q.   The sentence you wrote in your report that
8  says, "can trigger high levels of anxiety and
9  depression."
10          What are high levels?  What does that
11  mean?
12     A.   So in my experience in treating women with
13  hair loss, when women have a significant amount of
14  hair loss regardless of the cause, they often reach
15  a level of debilitation that does not allow them to
16  engage in social activities.  Many of them are
17  restricted to the home.  Many of them experience
18  anxiety and depression related to the hair loss
19  situation.
20     Q.   Do you believe this to be true in both men
21  and women?  Is that your experience?
22     A.   Yes.
23     Q.   Have you ever published a peer review
24  article on the potential psychological impact of
25  hair loss?

Page 140

1  Q.  Now, you say that hair is linked directly
2  to the identity of the woman, right?
3  A.  Correct.
4  Q.  On what is your opinion based?
5  A.  My opinion is based on treating thousands
6  of patients.  Women who have come in to see me who
7  say that they remember bonding with their sister or
8  their mother about styling their hair.  They
9  remember youthful times when they had thicker,
10 fuller, healthier hair.  And they relate to me the
11 feelings associated with a thick, full, healthy head
12 of hair that they no longer have.
13 Q.  Do you think all women link their
14 identities to their physical appearance?
15 A.  No.
16 Q.  Do all women link their identities to the
17 condition of their hair?
18 A.  No.
19 Q.  Well, you say that a head of hair is
20 linked directly to the identity of the woman.  I'm
21 asking you, do you think that women, all women, link
22 their identifies to the condition of their hair?
23     MR. EXNICIOS:  Objection as to form.
24     THE WITNESS:  I would say not all, but the
25 vast majority.

```
                                                    Page 154

 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3                  MDL No. 2740
 4                  SECTION: H
 5   IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
 6
     This Document Relates To:
 7
     Antoinette Durden, Case No. 2:16-cv-16635;
 8   Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144
 9   --------------------------------X
     1450 South Dixie Highway
10   Boca Raton, Florida
     January 14, 2019
11   4:00 p.m. - 10:15 p.m.
12
13      VIDEOTAPED DEPOSITION OF ALAN J. BAUMAN, M.D.
14                      VOLUME II
15                  PAGES 154 - 270
16
17      Taken on behalf of the Defendants before Erinn
18   Green, RPR, Notary Public in and for the State of
19   Florida at Large, pursuant to Notice of Taking
20   Videotaped Deposition in the above cause.
21
22
23
24      Job No. NJ3193460
25
```

Page 155

1  APPEARANCES:
2  Appearing on behalf of the Plaintiffs
3       VAL PATRICK EXNICIOS, ESQUIRE
4       LISKA, EXNICIOS & NUNGESSER
5       1515 POYDRAS STREET
6       14TH FLOOR, SUITE 1400
7       NEW ORLEANS, LA 70112
8
9  Appearing on behalf of Sanofi
10      KELLY BIERI, ESQUIRE
11      JASON HARMON, ESQUIRE
12      SHOOK HARDY & BACON L.L.P.
13      2555 GRAND BOULEVARD
14      KANSAS CITY, MISSOURI 64108-2613
15
16 Appearing on behalf of Sandoz
17      SARA TUCKER, ESQUIRE
18      GREENBERG TRAURIG, LLC
19      Terminus 200
20      3333 Piedmont Road NE
21      Suite 2500
22      Atlanta, GA 30305
23 Appearing Telephonically on behalf of Sun
   Pharmaceuticals
24
        GEOFFREY COHEN, ESQUIRE
25            - - - - - - - - -

Page 156

1                    I N D E X

2    WITNESS:                                          PAGE

3    ALAN J. BAUMAN, M.D.

4    Continued Direct Examination by Ms. Bieri      157

5    Cross Examination by Mr. Exnicios              250

6    Redirect Examination by Ms. Bieri              258

7

8

9

10              DEFENDANT SANOFI'S EXHIBITS

11   NUMBER            DESCRIPTION                  PAGE

12   Exhibit 8     CR LABS BOOKLET                  211

     Exhibit 9     PRESS RELEASE INFORMATION        229

13   Exhibit 10    SALONB INFORMATION               238

     Exhibit 11    INFORMATION ON TAXOTERE          243

14                 ON BAUMAN WEBSITE

     Exhibit 12    PHOTOGRAPH                       245

Page 169

1  BY MS. BIERI:
2      Q.  You don't, right?
3      A.  I would not have an opinion about someone
4  I've never spoken with.
5      Q.  Or someone who hasn't sought out treatment
6  for hair loss, correct?
7      A.  Correct.
8      Q.  Okay.  You also say personality is linked
9  to a woman's hair, correct?
10     A.  Yes.
11     Q.  What is the basis for your opinion that a
12 woman's personality is linked to her hair?
13     A.  So very often a woman's hairstyle is an
14 expression of her personality, whether it's the cut,
15 the color, or the curl, the change.  And it's a very
16 important form of expression.  Again, going back to
17 the time of childhood, fixing their hair or curling
18 their hair, styling it.  Even just a simple change
19 in color, or change in a style or cut, can reflect a
20 woman's personality.  It's a very important form of
21 self-expression.  Much like the clothes she wears.
22     Q.  Do you think -- you go on in this
23 paragraph to say that "There is no socially
24 acceptable option for a woman with extensive hair
25 loss."  Correct?

Page 187

1  basis of your opinions, right?
2       A.   Yes.  Absolutely.
3       Q.   And your clinical experience, the basis
4  for your opinions in your report, is based simply on
5  when a patient raises these things with you,
6  correct?
7       A.   Or when asked.
8       Q.   And do you -- you record those mentally,
9  correct?
10      A.   Often in the chart, actually.
11      Q.   And so --
12      A.   But, yes, mentally as well.
13      Q.   What is the methodology that you've used
14 in terms of analyzing what your clinical patients
15 have said to you regarding the impact of hair loss
16 on them?
17      A.   What is the process?
18      Q.   Yeah.
19      A.   I ask them, and then they tell me.
20      Q.   And --
21      A.   And then I repeat that for every patient
22 every time when they come in.
23      Q.   And sometimes you record this in your
24 records, sometimes not, correct?
25      A.   Uh-huh.

1      Q.   Maybe you do, maybe you don't?
2      A.   Uh-huh.  Consultations typically take an
3  hour-and-a-half.  So much of that time is spent, not
4  only discussing the physical issues of the hair loss
5  situation, but also the impact it's having
6  psychologically.
7      Q.   So women are reporting to you what they're
8  experiencing?
9      A.   Yes, or my staff.
10     Q.   And do you use a standardized set of
11 written questions when you're discussing their
12 opinions on these topics?
13     A.   We don't have a formal QLA, Quality of
14 Life Assessment.
15     Q.   Okay.
16     A.   But we do get to that question 99 percent
17 of the time.  It's important.
18     Q.   Verbally?
19     A.   Part of the consult.
20     Q.   You say, "We ... know that these patients
21 also tend to search for and dwell on their own
22 personal character flaws that go well beyond their
23 appearance."
24          Are you talking about your patients?
25     A.   Yes.