# EXHIBIT B



August 16, 2018

Val Patrick Exnicios, Esq.
Liska, Exnicios & Nungesser
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA. 70112

**RE: EXPERT REPORT FOR TAXOTERE LITIGATION, MDL No. 2740**

Mr. Exnicios,

Thank you for your request for information regarding Female Hair Loss (Alopecia) and the Hair Restoration Options commonly prescribed at Bauman Medical. Below you will find my report on the condition and it's effects as well as common options for hair restoration and hair replacement, including the use of medical grade Hair & Scalp Cranial Prosthesis called "CNC." Should you require further clarification or elaboration, please do not hesitate to contact me directly.

Sincerely,

Dr. Alan J. Bauman, MD, ABHRS
Diplomate, American Board of Hair Restoration Surgery
Medical Director
Bauman Medical - Boca Raton

**EXPERT REPORT**

Prepared by:
Alan J. Bauman, MD, ABHRS
Diplomate, American Board of Hair Restoration Surgery


**Female Alopecia at Bauman Medical**

Over the course of 20 years of specialty medical practice in Boca Raton, FL treating approximately 20,000 hair loss patients of whom roughly 50% are female, I have developed a clear view of the potentially devastating psychological impact of thinning hair and hair loss (alopecia) in women, as well as the mental "healing" effect of hair restoration can have on a woman's quality of life and well-being. At Bauman Medical, we prescribe a variety of medical options from medications, to phototherapy, to hair transplantation, to hair & scalp cranial prosthetics to achieve the optimal hair restoration results for our patients depending on their particular condition.

While alopecia has few physically harmful effects, research and clinical experience has taught us that hair loss is a form of "disfigurement" that can trigger high levels of anxiety and depression, detrimentally affecting a person's sense of self and identity. Many patients with significant alopecia have reported to me that there is an ongoing feeling of loss, which can be equated to coping with the grieving process following bereavement.

For women, a healthy full head of hair is an outward visible sign of beauty and youth—linked directly to the identity of the woman. Women are often taught at a young age how to care for their hair, style it, modify it, etc. as part of their daily beauty regimen. As young girls they may also engage in social behaviors related to their hair—braiding a friend's hair or visiting a salon for a new style for a special occasion. As women age, most will visit a salon regularly as well as use hair color treatments to preserve a youthful look. In the media, *hair*—referred to as a women's "crowning glory," often defines beauty. According to Statista, the Hair Care segment of the Cosmetics and Personal Care market in the US is estimated at over $15 billion annually.

Femininity, sexuality, attractiveness and personality are linked to a woman's hair—more so than for a man. There is no socially-acceptable option for women with extensive hair loss. In simple terms, a bald man is socially acceptable, but a bald woman is not. It is common that even small degrees of hair loss and hair thinning, e.g., loss of volume, widening part lines, loss of coverage and receding hairlines have significant psychological impact. For those with more extensive hair loss, the psychological trauma can run deep and is long lasting.

In our society, women are taught from a very young age that their image and appearance, of which hair plays a large role, is a precious item. I concur with the findings of Dr. Marianne LaFrance (Yale University) and numerous others (Cash, Olsen, Tosti, Christiano, et.al.) published in the clinical literature whose research has illuminated the cause-and-effect relationship between the perception of having "bad hair" and experiencing negative psychological consequences. When hair loss triggers a feeling of "bad hair" it is commonly accompanied by reduced self-esteem, increased social insecurity and diminished sense of being a worthwhile person.

It has been my experience that women with hair loss feel disgraced, embarrassed, ashamed and highly self-conscious. We also know that these patients also tend to search for and dwell

on their own personal character flaws that go well beyond their appearance. Mandatory changes in daily grooming habits are required. The constant fear of having to explain the condition and-or its causes to younger family members, relatives, coworkers, friends or acquaintances weighs heavily and becomes top of mind. Alterations in traditional social beauty rituals like salon visits and limiting, avoiding or adjusting previously satisfying activities such as sports, workouts or swimming, etc. only begin to scratch the surface of alopecia's effect on someone's lifestyle and mental well-being.

Every single day in my clinic I am reminded of the effects of the stress and psychological trauma of alopecia patients, which can be seen in their personal and professional lives, limiting or ending interpersonal relationships as well as triggering the avoidance of social activities. As we say in the clinic when progressive or permanent hair loss occurs, a "bad hair day" can certainly turn into a "*bad hair life.*"

Restoring a woman's hair gives her back something vital that she has lost including, but not limited to, a boost of well-being and vitality, a new outlook and renewed self-image and improved self-esteem. For many with extensive hair loss, hair restoration provides an exit from mental and physical isolation and exclusion—a means to return to or at least a step toward the 'normalcy' of participation at social and professional events which she had previously avoided.

### Treatment of Severe Alopecia Using CNC Hair & Scalp Cranial Prosthesis

When hair follicle density is severely depleted, traditional treatments that improve hair follicle function such as powerful prescription topical medications, FDA-cleared laser therapy devices and so forth, have a limited effect. If the "supply/demand ratio" is low—meaning that if there are not enough viable healthy hair follicles around the sides and back of the scalp for microsurgical redistribution via transplantation—then hair restoration surgery is contraindicated.  At this point, advanced non-surgical hair replacement using a medical-grade Hair & Scalp Cranial Prosthesis is required to achieve the restoration.

Traditional lace or mesh based hair replacement systems (i.e., wigs) have many limitations—including naturalness due to the source of the hair utilized, as well as the activity and lifestyle-limiting methods of attachment. However, the advent of new technology such as 3D-printing and sophisticated attachment methods have allowed the creation of a new, advanced medical grade cranial hair & scalp prosthesis. This hair replacement system, called "CNC" (*Capelli Naturali a Contatto*) by Cesare Ragazzi Laboratories in Bologna, allows for a 100% seamless, functional and beautiful hair restoration—overcoming the limitations of previous non-surgical hair replacement.

After consultation and planning session with the patient along with the required dermatocompatibility testing is completed, all appropriate casts, molds, templates, measurements and parameters are sent and-or transmitted to the production facility in Bologna, Italy. Each Italian-made CNC includes a dermatocompatible, breathable, antimicrobial, heat-dissipating polymeric base or "Second Scalp" that fits precisely to the size and contour of the patient's scalp, into which tens of thousands of strands of unprocessed "virgin" human hairs are implanted in the proper angle, orientation and position for complete naturalness.

Having visited the factory personally, I can attest to the meticulous production process of each customized CNC that requires 48 steps and 240 man-hours to complete before it is sent back the clinic. Once applied with a medical grade adhesive and styled, the patient will visit the clinic each month for a service appointment, during which time the system is removed, the hair,

scalp and prosthetic is cleaned and the CNC is re-applied. The CNC is as comfortable and functional as it is natural and beautiful—even while being athletically active, as it does not shift or move between maintenance visits. The application of a CNC allows for a full return to an active, lifestyle including high-impact sports as well as swimming. Having prescribed this solution to numerous patients, I've found that the CNC is an incredible life-changing option for those who are suffering extensive alopecia in either the short term and long term.

Risks of using a CNC are minimized due to its design, biocompatibility testing and adherence to a regular maintenance schedule. However, there are situations where skin allergies, irritation/sores, seborrhea/excessive scalp sweating and other conditions have requires modification of the standard CNC application protocols or other medical interventions. A pair of CNC systems is recommended for each user in order to achieve the expected lifespan of 2.5-3yrs and allow for any needed repairs—which can vary depending on lifestyle and other factors.

It also bears mentioning that despite the fact that the Cesare Ragazzi CNC cranial prosthesis allows a significant step toward toward normalcy and is a vast improvement over previous non-surgical hair replacement options, NOTHING ever truly replaces a woman's own natural God-given hair—and therefore there are typically some residual adverse psychological effects, even with women utilizing the CNC hair replacement system.

**CNC Pricing Summary:**
Full Size CNC System Cost: $8,000-$15,000(full head/long hair); mean $11,500 per system
Two Systems: mean $11,500*2=$23,000
CNC Lifespan: 2.5-3yrs; or mean 2.75yrs (with two systems)
Repair Between Replacements: mean $2,000; or $2000/2.75yrs=$727/yr
Servicing: $200-$300(long hair) every 4 weeks; mean $250 x 12 visits = $3,000/yr

**"Average" Annual CNC Costs:**
SYSTEMS:      2 * $11,500 mean per system / 2.75yrs =      $8,364/yr
REPAIR:                                                              $727/yr
SERVICE:                                                             $3,000/yr
**TOTAL:**                                                          **$12,091/yr**

<u>**Exhibits & References:**</u>
3D-Printed CNC Cranial Hair & Scalp Prosthesis - Hair Replacement System by Cesare Ragazzi Laboratories; [please note: a variety of full-scalp hair systems will be shown]

[see attached pdfs of salute.gov.it registration, instructions & certifications for CNC / AdviHair]

Dr. Bauman's Cesare Ragazzi Factory Tour: https://baumanmedical.com/3d-printed-hair/
https://www.cesareragazzi.com/en/hair-replacement-system

Cancer Survivor, Tim, Receives CNC Hair Replacement from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=2mLODeULTbg

Dr. Bauman's Brain Cancer Patient, Genny, Receives 3D-Printed CNC Hair Replacement System from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=_BkUYNvW3WY

Scalp Burn Survivor, Misty, Receives 3D-Printed CNC Hair Replacement System from Bauman Philanthropic Foundation: https://www.youtube.com/watch?v=2mLODeULTbg

**Previous Recent Deposition(s):**
01-08-2018; Connie Jo Russo, Plaintiff  v.  N. Scott Howell, D.O., and Access Healthcare, LLC, Defendants.


**Fees & Compensation:**
see attached memorandum


**Curriculum Vitae:**
see attached CV



## CONFIDENTIAL MEMORANDUM

Date:          September 14, 2018
From:          Andres Gonzalez – Bauman Medical - Consulting Division
Re:            Fee and Retainer Information

To whom it may concern,

This memorandum provides the specific fees and retainer(s) paid to Bauman Medical to date for services as set forth in the agreement related to the pending and/or anticipated litigation for the Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740.

Study, evaluation and report preparation (in-office) hourly rate is $650.
Expert Witness Testimony (out-of-office) hourly rate is $975.

Note: A $5,000 retainer was paid to Bauman Medical's Consulting Division on July 13, 2018.

Please feel free to contact me directly for any further needs or questions.

Sincerely,

*Andres Gonzalez*
Andres Gonzalez, MBA
Bauman Medical - Consulting Division
Email: agonzalez@baumanmedical.com
Cell: 561-213-2638



# BAUMAN
## MEDICAL



ALAN J. BAUMAN, M.D.

### BIOGRAPHY

Alan J. Bauman, M.D. is a full-time board-certified hair restoration physician who has treated over 17,000 patients and performed over 7,000 hair transplant procedures since starting his medical hair loss practice, Bauman Medical in 1997. Currently located in Boca Raton, Florida, Dr. Bauman received his M.D. degree from New York Medical College and surgical residency training at Mt. Sinai Medical Center and Beth Israel Medical Center in New York. Dr. Bauman is one of approximately 100 physicians worldwide to achieve the certification from the esteemed American and International Board of Hair Restoration Surgery (ABHRS), is an accepted member of the International Alliance of Hair Restoration Surgeons (IAHRS) and is also recommended by the American Hair Loss Association. Dr. Bauman has achieved the coveted Fellow status within the International Society of Hair Restoration Surgery (ISHRS) and is a frequently invited faculty member at numerous annual scientific meetings and live surgery workshops. He is an author of articles and textbook chapters on the science of hair care and hair transplantation, including eyelash transplant surgery, and has been extensively featured in the world's leading mass media as a medical expert and successful early-adopter of some of the most advanced technologies in the treatment of hair loss such as laser therapy and minimally-invasive NeoGraft FUE and robotic-assisted ARTAS FUE hair transplantation.

Dr. Bauman also played a key role in the early research, consumer testing and global launch of Pantene's AgeDefy Advanced Hair Thickening Treatment and has been a member of the esteemed Pantene Hair Research Institute, a global network of leading hair experts focused on the advancement of hair science, technologies and products. In 2017, Dr. Bauman was listed amongst the Top 5 Transformational CEO's in Forbes. He is a Trustee member and recipient of the Small Business Leader of the Year Award from the Greater Boca Raton Chamber of Commerce. Dr. Bauman has been featured in hundreds of national and international media stories. Personal appearances, interviews and profiles include the Today Show, The Early Show, Good Morning America, Extra, Access Hollywood, The Doctors and Dateline NBC among other TV appearances. Newspaper and Magazine articles and feature stories include The New York Times, Newsweek, Cosmo, Elle, Vogue, Allure, O – The Oprah Magazine and Men's Health, among others.

### EDUCATION

- M.D. – New York Medical College
- B.S. in Psychobiology – University of California, Riverside
- Surgery Residency – Beth Israel Medical Center / Mount Sinai Medical Center in New York
- Hair Transplant Fellowship – Eastwood Medical, New York

### FOR MORE INFORMATION

- BaumanMedical.com
- BaumanMedicalConsulting.com
- HealthyHairWorkshop.com
- salonBBoca.com

### CONNECT WITH DR. BAUMAN

- Facebook: https://www.facebook.com/baumanmedical
- Twitter: https://twitter.com/dralanbauman
- YouTube: https://www.youtube.com/baumanmedical
- Flickr: https://www.flickr.com/photos/alanbauman/collections
- LinkedIn: https://www.linkedin.com/in/alanjbauman
- Google+: https://plus.google.com/+AlanBaumanMD

561 394 0024
561 394 4522 Fax
doctorb@baumanmedical.com

Bauman Medical Group, PA
1450 S Dixie Hwy
Boca Raton, FL 33432

Florida Board of Medicine, Lic.# ME-75218
Medical Board of California C142574

# Alan J Bauman, MD, ABHRS

| | |
|---|---|
| **Medical Practice** | 1997-present:  Bauman Medical Group, P.A.  www.baumanmedical.com  Boca Raton, FL Founder & Medical Director of Bauman Medical Group, P.A., dedicated exclusively to helping patients maintain and/or restore their hair using a multi-therapy approach. Treated over 15,000 patients since 1997.  Approximately 50:50 male to female patient ratio. |
| **Interests & Specialties** | Hair loss/hair thinning evaluations, treatment & tracking |
| | Male & Female Pattern Hair Loss, Androgenetic Alopecia, Scarring Alopecia, Traction Alopecia, Trichotillomania |
| | Ethnic Hair – Central Centrifugal Cicatricial Alopecia |
| | Medical Management of Hereditary Hair Loss |
| | Follicular-unit Micrografting FUT technique (3,000+ follicular-unit micrografts/procedure) |
| | Minimally-Invasive Follicular-Unit Extraction "FUE" technique—no linear scar hair transplants using NeoGraft FUE and ARTAS Robotic-Assisted System |
| | Hair Transplant Repair, plug removal, refinement, touch-ups, scar repair |
| | Digital "preview" imaging |
| | Digital hair and scalp analysis (CapilliCARE, Folliscope, HairCam, ScanHair); hair density/ caliber measurement |
| | Genetic Hair Loss Testing, HairDX |
| | Finasteride, Propecia & Compounded Finasteride, Minoxidil & Compounded Minoxidil |
| | Eyelash & Eyebrow transplantation, Latisse/bimatoprost for hair growth |
| | Post-Plastic Surgery Hair Restoration, Scar Repair & Camouflage |
| | Painless, Computer-Controlled Local Anesthesia Delivery System (CompuMed/The WAND®) |
| | Ouchless™ Needle for painless local anesthesia |
| | Low Level Laser Therapy, healing/hair-growth enhancement |
| | HairCheck™ Cross-Sectional Bundle Trichometry for hair growth/hair breakage tracking |
| | HairCam™ Video Microscope Dermoscopy & photography |
| | Standardized 'Global' Photography |
| | Trichology – health of scalp and cosmetic properties of hair |
| | Hormones & Hair Loss – Managing Hair Loss in the Presence of Hormone Replacement Therapy |
| | Nutrition & Hair, the effects of nutrition on hair growth |
| **Certifications & Licensure** | Diplomate, American Board of Hair Restoration Surgery (www.abhrs.org) |
| | Fellow, International Society of Hair Restoration Surgeons (www.ishrs.org) |
| | Diplomate, National Board of Medical Examiners (www.nbme.org) |
| | State of Florida, Department of Health, Division of Medical Quality Assurance (License# ME-75218) |
| | Medical Board of California, License# C142574 |
| | United States Department of Justice, Drug Enforcement Administration  (DEA# BB5773064) |
| | ASHI ACLS / CPR Pro |
| **Awards** | #1 Top Hair Restoration Surgeon (North America) - *Aesthetic Everything*® |
| | Greater Boca Raton Chamber of Commerce Small Business Leader of the Year, 2009 |
| | Cor Et Manus Award, New York Medical College 1995 |
| **Education** | 1996-1997 Eastwood Medical Center, Hair Transplantation        [Garden City, NY] |

1996-1997  Mt. Sinai Hospital / Mt. Sinai School of Medicine, General Surgery [NY, NY]
1995-1996  Beth Israel Medical Center / Albert Einstein College of Medicine of Yeshiva
           University, House Officer in Surgery [NY, NY]
1991-1995  New York Medical College, M.D. w/ *Cor Et Manus* award [Valhalla, NY]
1987-1991  University of California, B.S. Psychobiology [Riverside, CA]
1987       The Pingry School  [Martinsville, NJ]
6/86-8/86  Harvard University / Summer Qtr [Cambridge, MA]

**Publications**

"Caspase-1 level is higher in the scalp in androgenetic alopecia."  de Rivero Vaccari JP, Sawaya ME, Brand F 3rd, Nusbaum BP, BaumanAJ, Bramlett HM, Dietrich WD, Keane RW.  Dermatol Surg. 2012 Jul;38(7 pt 1):1033-9.

"The current role of laser/light sources in the treatment of male and female pattern hair loss." Avram MR, Leonard RT Jr, Epstein ES, Williams JL, Bauman AJ.  J Cosmet Laser Ther. 2007 Mar;9(1):27-8.

"Eyelash Transplantation: Insertion Technique" Chapter 16 in Hair Transplantation 5th ed., Edited by W Unger, RE Shapiro. Informa Healthcare. NY, 2010.

"Eyelash Transplantation" Chapter 8 in Hair Transplantation, Edited by MR Avram, NE Rogers. Cambridge University Press. NY, 2009.

"Hair Restoration: Restoring and Preserving the Aging Frame of the Face" in Anti-Aging Therapeutics Vol IX.  Edited by R Klatz, R Goldman, A4M Publications, Chicago 2007, pp. 23-29

"Treating Hair Loss in the Cosmetic Surgery Patient," PSP Magazine, August  2006.

"Hair Science and Hair Loss (Ch. 8)," in Cosmetic Dermatology: Principles and Practice, Alan J. Bauman, Leslie Baumann, McGraw-Hill 2002.

"Clinical Update: First impressions of the CapilliCARE® hair and scalp analysis machine in early androgenetic alopecia."  ISHRS Hair Transplant FORUM,  8/1/2001.

The Role of Video Magnification of the Scalp in Early Androgenic Alopecia (Male and Female Pattern Hair Loss).  M.D. News, Ft. Laud/Broward ed., vol.3, no. 12: (26), Dec. 2000.

Surgical Hair Restoration: Micrograft Repair of Previous Plug-Type Hair Transplants.  M.D. News, Palm Beaches Ed.; vol. 2, no. 4: (12, 26), Apr. 2000.

Current Treatment of Androgenic Alopecia (Male and Female Pattern Hair Loss).  M.D. News, Ft. Lauderdale/Broward ed.; vol. 2, no. 10: (8-11), Nov. 1999.

Environmental Field Testing and Analysis Ready Reference Handbook, contributing editor, McGraw-Hill, 2001

Health Sciences Chemistry 2nd ed., G.J. Shugar, R. Shugar, L. Bauman, A. Bauman, Kendall/Hunt Publishing Co., Dubuque, Iowa 1995.  Lab Vols. #1 and #2.

**Instrument Design**

"Bauman-MINDEX for FUE" – Minimal-Depth Follicular-Unit Extraction device [Available from George Tiemann & Co.]   The Bauman-MINDEX for FUE was the first device commercially available to physicians designed especially for FUE hair transplant surgery

**Memberships**

American and International Board of Hair Restoration Surgery www.abhrs.org
Diplomate, International Board of Hair Restoration Surgery www.abhrs.org
Fellow, International Society of Hair Restoration Surgery, www.ishrs.org
International Alliance of Hair Restoration Surgery www.iahrs.org
Pantene Pro-V Hair Research Institute
American Society of Hair Restoration Surgery www.cosmeticsurgery.org
American Academy of Anti-Aging Medicine www.a4m.com
American Medical Association www.ama.org
Florida Medical Association www.fma.org
Palm Beach County Medical Society www.pbcms.org
American Hair Loss Council www.ahlc.org
American Hair Loss Association www.americanhairlossassociation.org
National Hair Society www.nationalhairjournal.com
Boca Raton Chamber of Commerce www.bocachamber.com
Shugar Family of Authors and Publishers
Better Business Bureau www.bbb.org

**Philanthropy**

Founder – Bauman Philanthropic Foundation 501(c)3
"Operation Restore" – ISHRS ProBono Hair Restoration Program, Trustee Circle Donor
     and Participating Surgeon
Musical Cares 501(c)3 - Volunteer Board Member 2013
Boca Raton's Promise, America's Promise - The Alliance For Youth
The Players Club  -  Florida Philharmonic Orchestra

**Positions Held**

2011-2012 ISHRS Communications Committee
2011 Co-founder & President, FUE Society
2012-present Huffington Post, Contributing Author
2012-present Palm Beach Health & Wellness, Contributing Author
2005-2010 ISHRS Media Relations Committee
2007-present, Official ISHRS Spokesperson Database Member
2006 Medical Advisor, Men's Health Magazine
2003-2004 ISHRS Website Committee, Media Relations Sub-Committee
     designed and implemented the first ISHRS Procedure Census Survey
2001-2002 ISHRS Ethics and Bylaws Committee
2000-2001 "Doc Talk" host on South Florida's "The Jackie Watson Show:" / PAX-TV
2000  Contributing Medical Editor, *The National Hair Journal*

**Appearances +**
**Media Coverage**
**(partial list)**

*(please visit*
*www.baumanmedical.com*
*for a complete listing)*

NYU Doctor Radio XM/Sirius – Frequent Guest Expert on the medical & surgical treatment
    of hereditary Hair Loss, Dermatology Show & Men's Health Show

CBS Early Show [live in-studio] Medical Guest "New Year/New You" – FUE NeoGraft hair
    transplantation, medications, laser therapy and nutritional supplements

ABC Good Morning America – Latisse/Bimatoprost for Scalp Hair and Eyelashes

FOX News Channel – Eyelash Transplantation

CNN Headline News – Eyelash Transplantation [live via satellite]

FoxNews.com – Robotic Hair Transplants vs NeoGraft FUE [live via satellite]

HSN – Home Shopping Network Jan 2010 "Omnilux Phototherapy" live

NBC's *Dateline* – Rob Stafford/Stone Phillips/Ann Curry;
    Follicle Five: Battle Against Baldness, part 1 – 11/26/2004
    Follicle Five: Battle Against Baldness, part 2 – 7/31/2005

CNN – Dr. Bauman's "Hair Restoration Vacation;" John Zarrella

*The SUZANNE Show w/* Suzanne Somers (LifetimeTV) – LaserCap Laser Therapy and
    Hair Growth – Oct 2012

*The Balancing Act* (LifetimeTV) – "Hollywood Hair Secrets" – July 2013

WPTV NBC Palm Beach – "Platelet Rich Plasma, The 'Vampire' Hair Regrowth Treatment"
    – July 2013

WPBF ABC Palm Beach – PRP & Hair Regrowth, Nov 2013

Men's Health Magazine; "The Mane Event," Hair Cloning Research & PRP – October
    2013

Men's Health Magazine; Medical Advisor/Contributor; "Hair Loss;" Jan 2006

Men's Health Magazine; "His Noggin Was Bare, He Wanted Hair…" W. D. Dechert  May
    2004

USA TODAY – "Take a 'Hair Restoration Vacation,'"  K.B. Yancy; July 12, 2002

O - The Oprah Magazine, "The Disappearing Act" September 2013

Vogue – Eyelash Transplants & Eyelash Growth Medications; Fall 2008

W Magazine – Lash Course; Fall 2008

Newsweek – Eyelash Transplantation; Nov 2007

NBC Today Show – Eyelash Transplants (Spring 2007), Hair Loss Treatments (Jan 2007),
    Shampoo Challenge(May 2007)

Plástica y Beleza (São Paulo) – Eyelash Transplants 2007

Il Terreno (Milan) – Laser Therapy in Italy, May 2007

The New York Post – "Raising Eyebrows: Eyebrow Transplants" – Sep 2012

Sun-Sentinel – "Job Cuts," 3/21/04; "Boca Surgeon Puts Live Operation Online" 2012;
    "Hair 'Dos and Don'ts" 2012

The New York Times – "New Strategems in the Quest for Hair," May 2011

The New York Times - "Lasers for Baldness," Jack Smith 6/20/2005

Boca Raton News "Boca hair loss clinic treating large numbers of women"  1/16/06

Boca Raton News "Longer Lashes…Eyelash Transplants"  7/1/2002

Boca Raton News "Rugs, 'plugs' not part of new hair restoration"  8/27/2000

The Miami Herald – "Like all hair, eyelashes thin with age," Sean Keniff 6/22/2004

Palm Beach Post – "Gone Today… Hair Tomorrow" S Dorfman 2012

Palm Beach Post – "Lasers Fluff Follicles: The latest in the fight against hairloss" 9/12/03

Palm Beach Post – "Cosmetic Surgery/Hair Restoration undergoes Media Makeover"
    5/9/04

Women's World, Struggle and Triumph over Female Hair loss August 2004

Florida Trend "Hair For Good/Hair Restoration Vacation" 9/2005

Instinct "Hair Today, Gone Tomorrow: What you can do about hair loss" November 2005

NY Times "Lasers for Baldness" Jack Smith 6/20/2005

Rick Sanchez  NBC6 WTVJ – Female Pattern Hair Loss, Hair Transplantation; Sept 2004

**Lectures/ Presentations/Live Surgery Workshops [partial list]**

Spring 2016 - American Academy of Anti-Aging and Regenerative Medicine - "Hormones & Hair Loss: Stratagems for Androgenetic Alopecia in the Presence of Androgen Replacement Therapy"– Hollywood, FL

Winter 2016 – ARTAS Robotic Hair Transplant Annual Users Meeting - "Why I Added ARTAS Robotic-Assisted FUE Hair Transplantation to my Practice"  - Laguna Niguel, CA

Winter 2015 – University Of Bologna Medical School Dermatology and Plastic Surgery Grand Rounds – "Frontiers in Hair Restoration: The Modern Medical, Surgical and Cosmetic Management of Hair Loss" – Bologna, Italy

Winter 2015 – American Academy of Anti-Aging and Regenerative Medicine – "Hormones & Hair Loss: Management of Androgenetic Alopecia During Androgen Replacement Therapy" – Las Vegas, NV

Fall 2015 – International Society of Hair Restoration Surgery Annual Meeting – Chicago, IL Poster: "The Use of PRP + ECM in Androgenetic Alopecia," Live Patient Viewing: "Eyelash Transplantation in Recovered Trichotillomania"

Summer 2015 – Annual Owners Meeting of Cesare Ragazzi Laboratories USA – "The Modern Medical, Surgical and Non-Medical Management of Hair Loss"  Wall, NJ

Spring 2015 – American Academy for Anti-Aging and Regenerative Medicine - "Hormones & Hair Loss: Stratagems for Androgenetic Alopecia in the Presence of Hormone Replacement Therapy"– Hollywood, FL

Winter 2014 – American Academy of Anti-Aging and Regenerative Medicine – "Hormones & Hair Loss: Management of Androgenetic Alopecia During Androgen Replacement Therapy" – Las Vegas, NV

Fall 2014 – International Society of Hair Restoration Surgery – Kuala Lumpur, Malaysia "Breakfast with the Experts: Cosmetic & Reconstructive Eyelash Transplantation"

Fall 2014 – YesPRP Symposium – "Medical Management of Hair Loss Using PRP"

Spring 2014 – American Academy of Anti-Aging and Regenerative Medicine – "Hormones & Hair Loss: Management of Androgenetic Alopecia During Androgen Replacement Therapy"  Orlando, FL

Spring 2014 – Pre-Conference Workshop Director and Lecturer "Medical Management of Hair Loss" – Orlando, FL

Spring 2014 – Pantene Hair Research Institute Meeting - Cincinnati, OH

Fall 2013 – American Academy of Anti-Aging and Regenerative Medicine - Stem Cell Fellowship Practical Module Faculty Member – "PRP Platelet Rich Plasma & Amniotic Stem Cells for Hair Regrowth and Hair Restoration"

Fall 2013 – International Society of Hair Restoration Surgery – San Francisco, CA "Difficult Cases – Non-Surgical Management of Alopecia,"  "Media Interview Tips"

Spring 2013 – Pantene AgeDefy Hair Thickening Launch (Latin America) Sao Paulo, Brazil - "The Use of Pantene Hair Thickening Treatment, a Cosmetic Hair Thickening Agent in the Appearance and Thickness of Hair in 100 women"

Spring 2013 – Pantene Hair Research Institute; Edinburgh, UK – Pantene AgeDefy Hair Thickening Treatment Launch Event (European Region)

Spring 2013 – World Congress for Hair Research – Edinburgh, UK

| | |
|---|---|
| **Advisory Boards/ Past Consulting Work** | Transdermal Cap, Inc. – Clinical trial investigating Laser Therapy for Female Pattern Hair Loss<br>Procter & Gamble, Inc. – Pantene; Medical Advisory Board Member / Consultant<br>Church & Dwight—Viviscal Professional<br>Photomedex – Consultant<br>Erchonia Medical – Medical Advisory Board / Speakers Bureau<br>Sunetics International, Inc. – Medical Advisory Board Member<br>Nutreve – Medical Advisory Board Member<br>Merck & Co., Inc – Advisory Board Member<br>Wells Fargo Capital Management – Consultant<br>BiologixHair Inc (BLGX:OTC US)– Medical Advisory Board<br>Cytomedix – Medical Advisory Board Member<br>HairScience LLC – Medical Advisory Board Member, Shareholder |

Product Name:
# C.N.C.® Capelli Naturali a Contatto (Natural Contact Hair)


CESARE**RAGAZZI**
LABORATORIES

**Before use please read carefully all the information in the following packaging leaflet. The C.N.C.® replacement system bought from You and integrated on You in an authorized Cesare Ragazzi Laboratories centre, requires an hygienic control phase including the undermentioned steps. For any doubt contact the Customer Service phone number +39.051.755407.**

The C.N.C.®system is an IT patented hair replacement prosthesis (patent no. 1712145), with certified manufacturing according to ISO 9001-2008 dispositions as reported on the document no. 250230-2017-AQ-ITA-ACCREDIA.

## USE DESTINATION
Suitable for people affected by alopecia areata, universalis, temporary alopecia causeb by chemotherapy, permanent alopecia caused by radiotherapy, androgenetic alopecia, traumatic alopecia, frontal fibrosing alopecia, systemic lupus erythematosus (SLE).

## INSTRUCTION FOR USE
The C.N.C.® replacement system integrated on You in an authorized Cesare Ragazzi Laboratories centre, can be managed following the instruction related to daily hygienic phase and styling, C.N.C.® removal, cleaning of scalp and the removed C.N.C.®, C.N.C.® integration using only the products mentioned in this leaflet, which can be bought in one of our centres.

## DAILY HYGIENE AND STYLING
The C.N.C.® system does not hinder the daily activies execution and allows to take a shower and wash the hair without need to be removed. It is extremely suggested to use a high quality shampoo before rinse and drying following your own normal routine.  It is possible to comb and brush the C.N.C.® system . The use of an hair straightener is permitted after protecting the C.N.C.® hair with adequate products. It is also possible to use gel and styling products, using high quality products without containing aggressive ingredients. Specific products for this kind of treatments are available in Cesare Ragazzi Laboratories centres and on the website www.crlab.it. For styling techniques as hair highlights and perm we recommend to visit one of our centres in which you will find qualified personnel who will use only high quality products to avoid damaging the hair or the base of the  C.N.C.® system.

## C.N.C.® SYSTEM REMOVAL
It is recommended to remove the C.N.C.® system every 3-4 weeks or anytime you feel the necessity following the below indications, using the suggested products on sale in our authorized Cesare Ragazzi Laboratories centres.



As shown in **picture 1** apply the removing product using a cotton ball on the frontal perimetral zone of the C.N.C.® system. Gently lift up the edge of the C.N.C.®system without pulling too much.

To facilitate the removal, spray the removing product directly in the region between scalp and system. Leave to act for a few minutes and delicately lift up  using one finger or the extremity of a comb, as can be seen in **picture 2** and 3**, repeat application and spray of the removing product until the removal is completed.

## CLEANING OF SCALP AND REMOVED C.N.C.® SYSTEM
Follow the instructions using the suggested products on sale in our authorized Cesare Ragazzi Laboratories centres.

### SCALP CLEANING



Apply and spray the removing product on the scalp; using a fine-tooth comb remove the adhesive residues as shown in **picture 4.** Carefully remove all the residues before washing the scalp with the shampoo.

It is fundamental that the scalp is perfectly clean and free from any residues not only for hygienic reasons but also to assure a stable endurance of the successive C.N.C.® system application.

### C.N.C.® SYSTEM HYGIENIZATION



It is suggested to wear vynil gloves to overturn the system with the hair pointed downward as depicted in **picture 5,** clean with a cotton ball wet with the specific product for the base cleaning, use circular movements  from the external zone of the system to the interior.  Be careful to remove all residues. Pay attention to remove the residues from the perimetral area, cleaning the border  as shown in **picture 6**. After overturning the system, use a fine-tooth comb to check the effective cleaning and repeat  it if required as can be seen in **picture 7** and **8**.



Once all the resddiues are completely removed, proceed to the washing phase with water and shampoo, use a soft sponge to cleanse the internal surface of the C.N.C.® system **picture 9**.

**Manufacturer: ADVI**HAIR srl - via Benini 11 40069 Zola Predosa (BO)  CE

After completing the washing of the C.N.C.® internal surface, flip the system and continue to wash the hair using the shampoo and doing at least two cleansings **picture 10** and **11**.



The correct execution of this procedure is fundamental to safeguard product quality and durability, and allow a perfect successive integration. Inside our Cesare Ragazzi Laboratories centres the C.N.C.® system is sterilise using an ultrasonic and a specific antibacterial product.

### INTEGRATION OF THE C.N.C.® SYSTEM
### NECESSARY PRODUCTS
Use only the suggested products available on sale in Cesare Ragazzi Laboratories authorized centres.

### IDENTIFYING THE C.N.C.® CORRECT POSITIONING
The C.N.C.® system must be applied exactly in the postion for which it has been projected as seen in **picture 12** and **13**.



### ADHESION MATERIAL APPLICATION
The liquid or double-sided welding materials must be applied to the perimeter following the instructions below:

### LIQUID COHESIVES
Keeping the tube inclined, apply a very thin layer of product on the internal perimeter of the system as in **picture 14**, taking care not to get too close to the hair. After performing this operation, wait before applying the C.N.C.® system to the scalp.



### DOUBLE-SIDED TAPE
Cut trapezoids (**picture 15**) so as to complete a perimeter lap without any overlapping as in **picture 16** and **16 bis**.



In presence of own hair under the area subject to integration, it is necessary to apply the liquid cohesive also on the scalp near the perimeter, **picture 17**. Wait about ten minutes before applying the C.N.C.® system.



### C.N.C.® SYSTEM INTEGRATION
Apply the C.N.C.® system as in **picture 18** taking care to place it perfectly in the correct position, using both hands. You do not need to exert too much pressure but gently follow the implant, as in **picture 19**, taking care to press it slightly into the edges to facilitate the application as shown in **picture 20**.



FOR ANY DOUBT, PLEASE CONTACT A CESARE RAGAZZI LABORATORIES AUTHORIZED CENTER OR CALL THE CUSTOMER SERVICE AT NO. +39.051.755407

**Manufacturer: ADVI**HAIR srl - via Benini 11 40069 Zola Predosa (BO)  C E



0053790-P-07/11/2015
I.5.l.e.1/2015/1139

MOD. **18** U.G.

169424276



*istero della Salute*

## DIREZIONE GENERALE DEI DISPOSITIVI E DEL SERVIZIO FARMACEUTICO
Uff. 03 ex DGFDM

**DGDFSC.3/P/I.5.l.e.1/1139/2015**

**VISTA** la direttiva 93/42/CEE concernente i dispositivi medici;
*HAVING REGARD to Directive 93/42/EEC concerning medical devices;*
**VISTO** il Decreto Legislativo n. 46/97 e successive modifiche recante il recepimento della direttiva 93/42/CEE;
*HAVING REGARD to the Legislative Decree n. 46/97 and its following amendments implementing Directive 93/42 EEC;*
**VISTA** la richiesta con numero di protocollo 48561-A-12/10/2015 presentata dalla ditta **Advihair S.r.l.,** con sede in 40069 Zola Predosa (BO), Via Benini, 11, Italia - P. Iva 11495171008;
*HAVING REGARD to the request with ref. 48561-A-12/10/2015, submitted by the Company **Advihair S.r.l.,** located in 40069 Zola Predosa (BO), Via Benini, 11, Italy, VAT No 11495171008;*
**CONSIDERATO** che la ditta richiedente ha effettuato i versamenti richiesti dal D.M. 7 Agosto 2012;
*WHEREAS the Company paid the fees required by Ministerial Decree (D.M.) August 7th 2012;*
**VISTI** gli atti d'ufficio;
*HAVING REGARD to the official deeds:*

### SI ATTESTA
### IT IS ATTESTED

che la Ditta **Advihair S.r.l.,** con sede in 40069 Zola Predosa (BO), Via Benini, 11, Italia, è il fabbricante e ha marcato CE come dispositivo medico, secondo le procedure previste dalla direttiva 93/42 CEE il prodotto: **CNC Capelli Naturali a Contatto®.**
*that, according to Directive 93/42/EEC, the Company **Advihair S.r.l.** located in 40069 Zola Predosa (BO), Via Benini, 11, Italy, is the manufacturer and has marked CE as medical devices the following product: **CNC Natural Contact Hair®.***
Tale prodotto, in base all'art. 4 della citata direttiva, è di libera circolazione e può essere messo in commercio in Italia e in tutto il territorio dell'Unione Europea.
*The above mentioned product, according to the art. 4 of Directive 93/42/EEC, can freely circulate and can be placed on the market in Italy and all over the European Union.*
Questo documento è rilasciato in unico originale a richiesta del fabbricante ai fini di esportazione di dispositivi medici in **Paesi al di fuori dell'Unione Europea.**
*This document has been issued in an unique original version upon request of the manufacturer in order to export medical devices to **Countries outside European Union.***

ROMA, 2009 - ISTITUTO POLIGRAFICO E ZECCA DELLO STATO S.p.A - S.

Non è consentita la sua riproduzione o pubblicazione su carta, stampa, supporti elettronici o siti internet.

*It is not allowed any reproduction or publication of this document by paper, press, electronic base or websites.*

Ne è consentita la sola esibizione o consegna alle autorità doganali o sanitarie del paese di importazione.

*It is only allowed to show or to delivery it, upon request of the customs or Health Competent Authorities of the importing country.*

Il Direttore dell'Ufficio
*The Office Manager*
Dr. Annamaria DONATO

RM

UNIONE EUROPEA - DECISIONE RELATIVA A UN'INFORMAZIONE TARIFFARIA VINCOLANTE **ITV**

| 1 | **1. Autorità doganale di decisione** | **2. Numero di riferimento della decisione ITV** |
|---|---|---|

**1. Autorità doganale di decisione**

IT922104

AGENZIA DELLE DOGANE E DEI MONOPOLI - DCLPD

VIA MARIO CARUCCI, 71

IT

00143

ROMA

**2. Numero di riferimento della decisione ITV**

IT BTI IT-2018-0100M-222100

**3. Titolare** (riservato)

Nome: ADVIHAIR S.R.L.

Via e numero: VIA BENINI 11

Paese: IT

Codice postale: 40069

Città: ZOLA PREDOSA

**Identificazione del richiedente:**

N. EORI: IT11495171008

**4. Periodo di validità**

| | anno | mese | giorno |
|---|---|---|---|
| Data di decorrenza della decisione: | 2018 | 07 | 10 |
| Data di scadenza della decisione: | 2021 | 07 | 09 |
| Data di fine dell'uso esteso: | | | |
| Quantità: | | | |
| Motivo dell'invalidamento: | | | |

**Nota importante**

Fatte salve le disposizioni dell'articolo 34, paragrafi 1, 4, 5 e 7, del regolamento (UE) n. 952/2013 del Parlamento europeo e del Consiglio, questa ITV ha validità di tre anni dalla data di decorrenza della validità.

Le informazioni fornite saranno inserite in una banca dati della Commissione europea ai fini dell'applicazione del regolamento di esecuzione (UE) 2015/2447 della Commissione e i dati della ITV, comprese eventuali fotografie, immagini, opuscoli, ecc., ad esclusione delle informazioni di cui alle caselle 3 e 8, possono essere divulgati al pubblico attraverso Internet.

Il titolare ha il diritto di fare ricorso contro la decisione ITV.

**5. Data e numero di registrazione della domanda**

| | anno | mese | giorno |
|---|---|---|---|
| Data | 2018 | 02 | 07 |
| Numero di registrazione: | IT-2018-D0100-16005 | | |

**6. Codice della merce**

90213990**************

**7. Descrizione della merce**

DISPOSITIVO MEDICO CHE REALIZZA UNA REPLICA DEL CUOIO CAPELLUTO ORIGINALE NELLE ZONE GLABRE O DIRADATE. LA PROTESI È FINALIZZATA ALLA COMPENSAZIONE DELL'HANDICAP DOVUTO ALLA PERDITA DEI CAPELLI PER PATOLOGIE QUALI ALOPECIE, DISPLASIE ECTODERMICHE, LICHEN O IN CASO DI ESITI CICATRIZIALI DERIVANTI DA USTIONI, SCALPI MECCANICI E TEMPORANEAMENTE DURANTE TRATTAMENTI CHEMIOTERAPICI O RADIOTERAPICI.

LA PROTESI VIENE REALIZZATA CON POLIMERI DERMOCOMPATIBILI A PARTIRE DA UNA PUNTUALE RILEVAZIONE DELLA CONFORMAZIONE CRANICA DELL'UTILIZZATORE FINALE MEDIANTE LA REALIZZAZIONE DI UN DOPPIO CALCO. LA COMPONENTE POLIMERICA VIENE PERSONALIZZATA ATTIVANDOLA CON PIGMENTAZIONE NATURALE PER RAGGIUNGERE IL COLORE DEL CUOIO CAPELLUTO DESIDERATO. SULLA STESSA PROTESI VENGONO INNESTATI A MANO, UNO AD UNO, CAPELLI NATURALI VERGINI, DELLA STESSA TIPOLOGIA, COLORE, SPESSORE, FOLTEZZE E ONDULAZIONE DELL'UTILIZZATORE. L'EPITESI OTTENUTA VIENE APPLICATA SUL CUOIO CAPELLUTO MEDIANTE L'UTILIZZO DI ADESIVI SOLIDI O LIQUIDI, DI GRADO MEDICALE TALI DA CONSENTIRE IL RAGGIUNGIMENTO DI UN RISULTATO DI INDIVISIBILITÀ ESTETICA E FUNZIONALE DEL PRODOTTO.

**8. Denominazione commerciale e ulteriori informazioni** (riservato)

CNC CAPELLI NATURALI A CONTATTO - DISPOSITIVO MEDICO - BREVETTO DI INVENZIONE INDUSTRIALE REGISTRATO AL N. 1712145.

**9. Motivazione della classificazione della merce**

REGOLE GENERALI PER L'INTERPRETAZIONE DELLA NOMENCLATURA COMBINATA NN. 1 E 6; TESTO DI VOCE E SOTTOVOCI 9021, 9021 39, 9021 3990.

NESA RELATIVE ALLA VOCE 9021.

NENC RELATIVE ALLA VOCE 9021 E 9021 3990.

**10. La presente decisione ITV è stata rilasciata in base ai seguenti materiali forniti dal richiedente:**

Descrizione [X]   Opuscoli [X]   Fotografie [ ]   Campioni [ ]   Altro [ ]

Luogo: ROMA

Firma

Data: 2018-07-10

"Il Direttore dell'Ufficio

P.   il funzionario delegato

(atto n.12999/RI del 18.06.2018)

(Dr.ssa Paola Paliano)

Timbro

UNIONE EUROPEA - DECISIONE RELATIVA A UN'INFORMAZIONE TARIFFARIA VINCOLANTE

ITV

**1**

COPIA PER IL TITOLARE

Disposizioni nazionali concernenti le impugnazioni

Avverso la presente I.T.V. è ammesso ricorso alla Commissione tributaria provinciale di ROMA, mediante notifica, con le modalità di cui all'art. 20 del D.Lgs 546/92, all'Agenzia Dogane e Monopoli - Direzione Centrale Legislazione e Procedure Doganali - Via Mario Carucci 71, 00143 Roma, entro il termine perentorio di 60 gg. dalla avvenuta notifica. Entro 30 gg. dalla notifica del ricorso il ricorrente, ai sensi dell'art. 22 del citato D.Lgs 546/92, dovrà provvedere al deposito del ricorso medesimo presso la segreteria della Commissione tributaria adita, a pena di inammissibilità.

**1**



## EUROPEAN UNION – BINDING TARIFF INFORMATION DECISION          BTI

| 1 | **1 Decision-making customs authority**<br>IT922104<br>ITALIAN CUSTOMS & MONOPOLIES AGENCY (AGENZIA DELLE DOGANE E DEI MONOPOLI) - DCLPD<br>VIA MARIO CARUCCI, 71<br>IT<br>00143<br>ROME ITALY | **2 BTI decision reference number**<br><br>IT BTI IT-2018-0100M-222100 |
|---|---|---|

**3 Holder            (confidential)**
Name: ADVIHAIR S.R.L.
Street name & number: VIA BENINI 11
Country: IT
Postcode: 40069
City: ZOLA PREDOSA
Applicant identification number:
EORI N.: IT11495171008

**4 Validity period**

| | Year | Month | Day |
|---|---|---|---|
| Start date for the decision: | 2018 | 07 | 10 |
| End date for the decision: | 2021 | 07 | 09 |

Date when extended use finishes:
Quantity:
Grounds for invalidation:

**Important note**
With the exception of the provisions envisaged under article 34, paragraphs 1,4, 5 & 7 of EU regulation n. 952/2013 of the European Parliament and Council, this BTI will be valid for three years as from the start date.
The information will be stored in a database of the European Commission for the purposes of applying EU implementing regulation 2015/2447 of the Commission and the BTI data, including any photographs, images, brochures, etc with the exclusion of the information figuring in boxes 3 and 8, may be disclosed to the general public over the Internet.

The holder is entitled to appeal against the BTI decision.

**5 Date and registration number of the application**

| | Year | Month | Day |
|---|---|---|---|
| Date | 2018 | 02 | 07 |

Registration number
IT-2018-D0100-16005

**6 Commodity code**

| 1 | | 90213990************************** |
|---|---|---|

**7 Commodity description**

MEDICAL DEVICE IMITATES THE ORIGINAL SCALP AS A SOLUTION FOR BALD OR THINNING PATCHES. THE AIM OF THE PROSTHETHIC DEVICE IS TO COMPENSATE FOR PHYSICAL UNSIGHTLINESS DUE TO HAIR LOSS AND ENSUING FROM DISEASES SUCH AS ALOPECIA, ECTODERMAL DYSPLASIAS, LICHEN, OR IN THE EVENT OF SCARRING CAUSED BY BURNS AND SCALPING ACCIDENTS OR AS A TEMPORARY HAIR REPLACEMENT DURING CHEMOTHERAPY OR RADIOTHERAPY.
THE PROSTHESIS IS MADE FROM DERMOCOMPATIBLE POLYMERS AND IS BASED ON A CAREFUL APPRAISAL OF THE SHAPE OF THE FINAL USER'S SKULL AND OBTAINING MEASUREMENTS BY MAKING A DOUBLE CAST. THE POLYMERS THEMSELVES ARE CUSTOMISED BY USING NATURAL PIGMENTS TO ACHIEVE THE DESIRED COLOUR FOR THE USER'S SCALP, AFTER WHICH THE PROSTHESIS IS GRAFTED WITH PURE NATURAL HAIR, ATTACHING EACH STRAND AT A TIME BY HAND. THE HAIR STRANDS ARE OF THE SAME TYPE, COLOUR, THICKNESS, DENSITY AND WAVINESS AS THOSE OF THE FINAL USER. THIS PROSTHESIS IS ATTACHED TO THE SCALP WITH MEDICALLY SAFE ADHESIVES IN A SOLID OR LIQUID FORM AND CARE IS TAKEN TO MAKE SURE THAT THE END RESULT IS BOTH AESTHETICALLY AND FUNCTIONALLY SATISFACTORY.

**8 Commercial denomination and additional information                    (confidential)**

CND - NATURAL HAIR UPON CONTACT - MEDICAL DEVICE - INDUSTRIAL INVENTION PATENT FILED AT N. 1712145.

**9 Grounds for commodity classification**

GENERAL RULES FOR INTERPRETING THE COMBINED NOMENCLATURE N°S. 1 AND 6; TEXT OF HEADING AND SUBHEADINGS 9021, 9021 39, 9021 3990.
NESA RELATING TO HEADING 9021.
NENC RELATING TO HEADING 9021 AND 9021 3990.

**10 This BTI decision has been based on the following materials provided by the applicant:**

Description: x     Brochures x     Photographs (left blank)     Samples (left blank)     Other (left blank)

Venue: ROME ITALY          Signature

Date  2018-07-10                    Round stamp of the Customs Agency dated 10 July

*"The interim Director of the Bureau"*

**For the designated official**
(deed n.12999/RI of 18.06.2018)
(Ms Paola Paliano)

*COPY FOR THE HOLDER*



**EUROPEAN UNION – BINDING TARIFF INFORMATION DECISION     BTI**

*(second original)*

| | |
|---|---|
| **1** | **National dispositions on appeals** |
| COPY FOR THE HOLDER | An appeal against this BTI may be submitted to the provincial tax commission of ROME by notifying (in the manner outlined in article 20 of Legislative Decree n. 546/92) the Customs & Monopolies Agency - Central management for customs legislation and procedures - Via Mario Carucci n. 71, 00143 Rome - no more than 60 days after said notification took place. Pursuant to article 22 of aforementioned Legislative Decree n° 546/92, the applicant must file said appeal with the secretariat of the appropriate tax commission within 30 days of the appeal having been notified, otherwise said appeal will be considered inadmissible. |
| **1** | |

# TRIBUNALE ORDINARIO DI ROMA

### Ufficio Asseveramento Perizie e Traduzioni

CRONOLOGICO

### VERBALE DI GIURAMENTO

N. 9539 ( 6

Addì _____06/08/2018_____ avanti al sottoscritto Cancelliere è presente

Signor _____L U C I A N O   P I S T I L L O_____

identificato con documento _____P A T E N T E   A U T O_____

N. _U1M419515K_ rilasciato da _____M I T – U C O_____

il _24 OTTOBRE 2015_, il quale chiede di asseverare con giuramento la

traduzione dalla lingua _ITALIANA_ alla lingua _INGLESE_

dei seguenti documenti:

_Decisione Autorità Doganale_

_____

_____

uniti in: <u>originale</u> (**o**) /copia conforme all'originale (**cc**) / fotocopia semplice (**fs**)

Il Cancelliere, previa ammonizione sulla responsabilità penale (art.483 c.p.)

derivante da dichiarazioni mendaci, invita il comparente al giuramento, che

egli presta ripetendo: **"Giuro di aver bene e fedelmente adempiuto**

**all'incarico affidatomi al solo scopo di far conoscere la verità".**

Letto, confermato e sottoscritto _____

Il Funzionario Giudiziario
Marino Corsi

N.B. L'ufficio non si assume alcuna responsabilità per quanto riguarda il contenuto e la regolarità formale del documento tradotto

## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Paese ITALIA

Il presente atto pubblico

2. è stato sottoscritto da _MARINO CORSI_

3. agente in qualità di _FUNZIONARIO GIUDIZIARIO_

   Tribunale Ordinario di Roma

4. è munito del sigillo/bollo di _____

Attestato

5. in ROMA          6. il   – 6 AGO. 2018

7. da PROCURA DELLA REPUBBLICA DI ROMA

8. col numero _1772_

9. sigillo/timbro dell'Ufficio legalizzazioni

10. Firma

Il Dir. Amm. Delegato alla Legalizzazione
Dott. Ferdinando Correale



**Label and packaging of the CNC® Capelli Naturali a Contatto**

Inside every single CNC® package there is a leaflet

Area tematica Dispositivi medici | Archivio banche dati

*Ministero della Salute*

🖨 **Stampa** | 📥 **Scarica il dataset**

**Elenco dei dispositivi medici**

**Criteri di ricerca:**
Denominazione fabbricante: **advihair**
Codice fiscale fabbricante: **11495171008**
Partita IVA / VAT number fabbricante: **11495171008**
Codice nazione fabbricante:
Denominazione mandatario:
Codice fiscale mandatario:
Partita IVA / VAT number mandatario:
Codice nazione mandatario:
Tipologia dispositivo:
Identificativo di registrazione attribuito dal sistema BD/RDM:
Codice attributo dal fabbricante:
Nome commerciale e modello:
Classificazione CND:
Descrizione CND:
Classe CE (valida solo per dispositivi medici di classe, impiantabili attivi e IVD):

**Elenco dispositivi individuati**

Dati aggiornati al:18/08/2018

| DISPOSITIVO MEDICO/ASSEMBLATO | | | | | | | | | | FABBRICANTE/ASSEMBLATORE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIPOLOGIA DISPOSITIVO | IDENTIFICATIVO DI REGISTRAZIONE BD/RDM | ISCRITTO AL REPERTORIO | CODICE ATTRIBUITO DAL FABBRICANTE/ASSEMBLATORE | NOME COMMERCIALE E MODELLO | CND | CLASSE CE | DATA PRIMA PUBBLICAZIONE | DATA FINE IMMISSIONE IN COMMERCIO | RUOLO AZIENDA | DENOMINAZIONE | CODICE FISCALE | PARTITA IVA/VAT NUMBER | NAZIONE |
| Dispositivo | 1254517 | S | A3 RANGE CODICI A3050103 - A3999659 A5 _A5050103 - A5999659 A6_ A6250103- A6500259 | CNC ¿ CAPELLI NATURALI A CONTATTO | V9099 - DISPOSITIVI NON COMPRESI NELLE CLASSI PRECEDENTI - ALTRI | I - Classe I non sterile e senza funzioni di misura | 06/03/2015 | | FABBRICANTE | ADVIHAIR | 11495171008 | 11495171008 | IT |

<< < Pagina:1 > >> Num. Pagine:1 Num. Dispositivi:1