# EXHIBIT C

Page 1

```
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
 4
     This Document Relates To:
 5
     Antoinette Durden, Case No. 2:16-cv-16635;
 6   Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144
 7
     MDL No. 2740
 8   Section: H
 9
          VIDEOTAPED DEPOSITION OF DR. JOHN W.
10   THOMPSON, JR., 1440 CANAL STREET, SUITE
     1000, NEW ORLEANS, LOUISIANA, 70112, TAKEN
11   AT TULANE UNIVERSITY SCHOOL OF MEDICINE,
     DEPARTMENT OF PSYCHIATRY, 1440 CANAL
12   STREET, SUITE 1000, NEW ORLEANS,
     LOUISIANA, 70112, ON WEDNESDAY, THE 16TH
13   DAY OF JANUARY, 2019.
14   APPEARANCES:
15      LISKA, EXNICIOS & NUNGESSER
        ATTORNEYS AT LAW
16      BY:  VAL PATRICK EXNICIOS, ESQUIRE
        BY:  LACY RADCLIFF, ESQUIRE
17      1515 POYDRAS STREET, SUITE 1400
        NEW ORLEANS, LOUISIANA  70112
18
            ATTORNEYS FOR PLAINTIFF
19
        PENDLEY BAUDIN & COFFIN
20      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
21      1100 POYDRAS STREET, SUITE 2505
        NEW ORLEANS, LOUISIANA  70163
22
            ATTORNEYS FOR PLAINTIFF
23
24
25      Job No. NJ3193587
```

```
 1   APPEARANCES CONTINUED:
 2      SHOOK HARDY & BACON
        ATTORNEYS AT LAW
 3      BY:  LORI SCHULTZ, ESQUIRE
        BY:  MADISON HATTEN, ESQUIRE
 4      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI
 5
            ATTORNEYS FOR SANOFI
 6
     VIDEOGRAPHER:
 7
        MARK ANCALADE
 8
     REPORTED BY:
 9
        DAWN D. TUPPER, CCR, RPR
10      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1           I-N-D-E-X

                                    PAGE
2

3   SUIT CAPTION....................  1
    STIPULATION.....................  7
4   EXAMINATION BY MS. SCHULTZ......  9,387
    EXAMINATION BY MR. EXNICIOS.....  376
5   WITNESS' CERTIFICATE............  396
    REPORTER'S CERTIFICATE..........  397

1   severity of social impairment.  She -- you
2   know, she does -- she does seem to be
3   super fearful of people seeing her other
4   than her family without her turban on.
5             She's not as fond of wigs.  I
6   don't think either one of them are really
7   fond of wigs, but she's very careful about
8   who she allows to see her.
9             And so she does and to me
10  adjusts her social interactions with
11  people, but she still gets out and goes
12  and does thing.  So she's not in the house
13  and not going out specifically because of
14  her hair, but she worries when she goes
15  out.
16            They both worry when they go
17  out in public that they have to have their
18  head covered or in a certain way in order
19  to be in public and feel comfortable.
20       Q.   What would e the symptoms be
21  of an individual who was at the high range
22  of an adjustment disorder?
23       A.   It would be someone that you
24  would -- either they have fear of going to
25  work.  They call in frequently and don't

1       MR. EXNICIOS:
2           Objection to the form of the
3   question.
4   EXAMINATION BY MS. SCHULTZ:
5       Q.   And the individual must meet
6   each of these diagnostic criteria;
7   correct?
8       A.   It says by one or both of the
9   following in B.
10      Q.   And I'm not to B yet.
11      A.   Right.
12      Q.   Correct.  The individual must
13  meet the criteria of A, B, C, D and E;
14  correct?
15      MR. EXNICIOS:
16          Object to the form.
17      THE WITNESS:
18          No.  I would not say that they
19  must meet the criteria.  And that's
20  probably -- that's probably a good time to
21  talk about that and I will elaborate.
22          The DSM-5 has a cautionary
23  statement in the beginning of the DSM-5
24  that says, you know, you can use it in
25  medical, legal or courtroom context, but

1   it doesn't necessarily always fit into the
2   kinds of questions that are asked about in
3   court.
4           And there is some variability
5   with the criteria.  The criteria are there
6   to guide clinicians in making their
7   diagnosis, but the clinician's clinical
8   judgment always trumps DSM-5.
9           So you use it as a guideline even
10  though they say criteria, just like you
11  would use clinical practice guidelines,
12  the one you went before, but it doesn't
13  mean that you have to check box the
14  criteria.
15          It's there's many articles
16  written on why you should not use the DSM
17  as a check box or criteria A, B and C has
18  to be met or you can't give the person
19  that particular diagnosis.
20          So we use it as a guideline and
21  we attempt to fit everybody in the
22  criteria, but they don't always fit neatly
23  in the criteria.
24  EXAMINATION BY MS. SCHULTZ:
25          Q.   But if you're evaluating a

Page 136

1   patient and making a determination as to
2   whether or not that patient has an
3   adjustment disorder, you analyze each of
4   the diagnostic criteria in the DSM which
5   are A, B, C, D and E; correct?
6           MR. EXNICIOS:
7               Objection to the form.
8           THE WITNESS:
9               No.  I don't analyze each of the
10  criteria.  When I see patients and
11  diagnosis them on a regular basis, I have,
12  you know, been doing psychiatry for 35
13  years, so I have those criteria in my head
14  as guidelines, but it doesn't necessarily
15  mean that I would analyze the criteria
16  every time I would diagnose someone.  What
17  you would do is use the criteria as a
18  guideline.
19  EXAMINATION BY MS. SCHULTZ:
20          Q.  And you use the criterias set
21  forth under diagnostic criteria for
22  adjustment disorder as your guideline when
23  you're making a diagnosis of an adjustment
24  disorder; correct?
25          MR. EXNICIOS:

1            Objection to the form.
2        THE WITNESS:
3            I know you asked it and I
4    answered it.  You would have the
5    guidelines in your mind as what you wanted
6    to use -- that you would use it and you
7    would look at the criteria to see if the
8    person met neatly into that category, but
9    they might not meet neatly into the
10   category.
11           So I think this is an area that
12   I'm being a little persnickety about
13   because it's important.  We talked before
14   about that a person with an adjustment
15   disorder can have a wide variety of
16   presentation than someone who Might be
17   minimally compromised in their social and
18   occupational function as to someone who
19   would be significantly impacted in their
20   social and occupational function.
21           And in my training and
22   experience, I've seen people diagnosed
23   with adjustment disorders that have both,
24   minimal symptoms and have significant
25   symptoms.

1     Some that I would treat with
2  antidepressant medications because they're
3  close to depression.  Some that I might
4  not treat at all, and some that I might
5  recommend for cognitive behavioral
6  therapy.
7     So within the diagnosis of
8  adjustment disorder, there's a lot of
9  variability and you have to take your
10 clinical experience into consideration
11 when you're making these diagnoses.
12    We don't just check box and I
13 think you're going down the check box zone
14 and I don't go there.  That's not how I do
15 it.
16 EXAMINATION BY MS. SCHULTZ:
17    Q.   Well, for right now let's just
18 go ahead and walk through what the
19 criteria say in the DSM.
20    A.   Okay.  Sure.
21    Q.   I'm not having you apply these
22 to either of the plaintiffs at this point.
23    A.   Okay.
24    Q.   I simply want to ask you what
25 -- are these the diagnostic criteria set

Page 222

1  referred to her as Bozo and that was very
2  upsetting to her.  So those are the two
3  that I specifically remember.
4  EXAMINATION BY MS. SCHULTZ:
5          Q.   You're referring to a
6  grandchild?
7          A.   Yes.
8          Q.   And those are the only
9  examples you've included in your report;
10 correct?
11         A.   Yes.
12         Q.   So --
13         A.   I think those are the ones
14 that she mentioned.
15         Q.   You have no other information
16 as to what activities, places or people
17 that she avoids; correct?
18         A.   At the time of this report,
19 no.  I've reviewed some other stuff where
20 she has gone to a lot of social functions,
21 but they reported that she does not seem
22 to be the life of the party like she was
23 before.
24              But it would be minimal as far
25 as reports of actual instances of her

Page 223

1  avoiding places and things because of her
2  hair.  Usually she -- it seems to me like
3  goes to great lengths to disguise her hair
4  or to wear baseball caps or wear other
5  caps that are more fashionable.  But I
6  didn't see a lot of reports in those
7  depositions that she was avoiding places.
8       Q.   And when you concluded that
9  her social functioning had been affected
10 in your report.
11      A.   Yes.
12      Q.   You weren't aware that Ms.
13 Durden's cousin, Paulette Durden,
14 testified that she didn't think Ms.
15 Durden's cancer diagnosis or treatment has
16 affected Durden's social life?
17      A.   No.  I'm aware of that now.
18      Q.   And you weren't aware that her
19 good friend, Ms. Mitchell, testified that
20 the only reason they don't go out as much
21 as they used to is because Ms. Mitchell no
22 longer has a car.
23           Ms. Durden does not drive and
24 she used to live down the street from Ms.
25 Durden, but now lives far away and they

1   that they have a covering on her head.
2           And I believe her brother's
3   deposition verified that, that she won't
4   go out of the house without a covering on
5   her head.
6        Q.   I don't see in your report
7   that you cite to any other stressors of
8   Ms. Durden.
9        MR. EXNICIOS:
10           Objection to form.
11       THE WITNESS:
12           Any other stressors?
13  EXAMINATION BY MS. SCHULTZ:
14       Q.   Yes.
15       A.   Oh, you mean competing
16  stressors?
17       Q.   Other things that cause her
18  stress.
19       A.   Oh, I see, yes.  I didn't
20  particularly list those.  She didn't
21  describe that she was particularly
22  stressed about anything other than this
23  issue.
24           I would assume that she has
25  some stress with related to cancer

1  expected because other people that she
2  knew or saw hair was growing back after
3  chemotherapy and hers was not.
4         Q.   Were there any changes in Ms.
5  Earnest's symptoms from the time she lost
6  her hair up until the time you interviewed
7  her?
8         A.   I think she's maintained that
9  it's been distressing to her and that it's
10 distressing to her when she particularly
11 goes shopping and as in Wal-Mart or a
12 store and a person asks her if she's in
13 cancer treatment.
14              And she says no, I'm not in
15 cancer treatment anymore.  I'm in
16 remission.  And that individual reveals to
17 her that they were in cancer treatment and
18 their hair grew back.
19              So she mentioned those
20 symptoms.  She mentioned having when she
21 looks in the mirror everyday, that's a
22 reminder that it's, you know, not going to
23 come back or that it's going to remain
24 sparse like it is.
25              So those are the continuing

Page 290

1  symptoms that she's had.  Whether they
2  changed on the day she decided my hair is
3  never going to grow back or not, I don't
4  know that and I don't know that I have
5  that information.
6       Q.  Well, did you ask her if there
7  was any change in her symptoms when she
8  decided that her hair was not going to
9  grow back?
10      A.  I do not recall asking that
11 question.
12      Q.  Are you aware of any changes
13 in her reported symptoms from the time she
14 lost her hair up until the present date?
15      MR. EXNICIOS:
16          Objection to the form of the
17 question.
18      THE WITNESS:
19          No.  I think she's -- from what I
20 can tell, she's been pretty consistent
21 with the feelings that she has about no --
22 the way she looks now, that she doesn't
23 feel attractive or that she has -- she's
24 less attractive than she used to be prior.
25          But she's pretty -- I think she's

Page 331

1  about the activities she does participate
2  in, what types of things she does do
3  socially?
4       A.   Yeah.  She does -- I think she
5  does do social activities, and it sounds
6  like she primarily enjoys spending time
7  with her grand kids.
8            So her social activities in
9  that would have involved around helping to
10 take care of I believe Michael's son who
11 works offshore.
12           So she participates in those
13 activities and activities related to I'm
14 sure the child's school and such.  I don't
15 recall, you know, every specific instance
16 of activities.
17      Q.   Do you have any information as
18 to how her activities are different now
19 than they were prior to her cancer
20 diagnosis?
21      A.   I don't think that necessarily
22 the activities are different.  I think
23 what's again is that she's fighting
24 anxiety and depressive symptoms when she
25 gets reminders about her hair loss.  Those

Page 332

1   are the symptoms that she reports
2   primarily to me or she did report.
3          Q.   Well, are the social things
4   that she does now any different than they
5   were before her cancer diagnosis; do you
6   know?
7        MR. EXNICIOS:
8             Objection to the form.
9        THE WITNESS:
10            Yeah.  No.  I didn't have her
11  actual social calendar before and after to
12  compare it, but it sounded to me like she
13  from what I read most recently in the
14  depositions that she does get out and do
15  things.
16            Her husband reported that as I
17  said before, that there have been times
18  where he asked her to go out to festivals
19  or whatever and she says I just don't want
20  to do it because I don't want to be out in
21  public.
22            So he reported some of that in
23  his deposition.  And there's some things I
24  think that she doesn't go to, but I don't
25  see it as a consistent pattern of she's