IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740  SECTION: "N" 5  COMPLAINT & JURY DEMAND |
| This Document Relates To:  *Barbara Weeks* | * * * | CIVIL ACTION NO. 2:17-cv-15119 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Barbara Weeks, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 17th day of April, 2019.

                                                **BRENT COON & ASSOCIATES**

                                                /s/ Eric W. Newell
                                                Brent W. Coon
                                                Federal Bar No. 9308
                                                Texas Bar No. 04769750
                                                Brent@bcoonlaw.com
                                                Eric W. Newell
                                                Texas Bar No. 24046521
                                                Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendants who at first opposed to the filing of the amended complaint, after changes were made, it was resent to counsel of Defendants for their consent or opposition. The counsel of Sanofi defendants did not take a position on the filing of the amended complaint since they were already named defendant in the original filing; however the counsel of Defendant Accord Health Care, Inc. opposed to the filing in the amended complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 17th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_/s/Eric W. Newell_
　　　　　　　　　　　　　　　　　　　　　　　Eric W. Newell