IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Barbara Weeks* | * * * | CIVIL ACTION NO. 2:17-cv-15119 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Barbara Weeks, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Barbara Weeks, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 27, 2017.

Subsequent to the filing of her original lawsuit, and after investigation by counsel, Plaintiff received from The University of Alabama System a letter showing the center's purchasing report of Docetaxel from the time frame that Ms. Weeks was given Docetaxel. The Manufactures listed are: Sanofi Aventis US LLC; Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc.; Accord Healthcare, Inc. (see Exhibit B). Accord Healthcare, Inc. should be named as Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss. Sanofi Aventis US LLC, and Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. was already named defendants in the original filing.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Accord Healthcare, Inc. and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 17th day of April, 2019.

_/s/Eric W. Newell_
Eric W. Newell