# EXHIBIT

# "B"



# The University of Alabama System

The University of Alabama | The University of Alabama at Birmingham | The University of Alabama in Huntsville

---

**VIA EMAIL ONLY**

Jennifer Barton (jbarton@nellmc.com)
Nell McCallum & Associates, Inc.
2615 Calder Avenue, Suite 111
Beaumont, Texas 77702

Re:     National Drug Code/Manufacturer Information
        Barbara Weeks

        SSN#: xxx-xx-3165

Ms. Barton:

This letter is in follow-up to your correspondence dated January 25, 2019, requesting the National Drug Coe ("NDC") and Drug Manufacturer Information for the Taxotere/Docetaxel administered to Ms. Barbara Weeks by The University of Alabama Hospital in Birmingham, Alabama.

Please note that neither The University of Alabama Hospital nor its affiliated pharmacies and clinics maintain NDC/Drug Manufacturer Information in the patient's medical or billing records. We are unable, therefore, to confirm the specific NDC/Manufacturer of the Taxotere/Docetaxel administered to Ms. Weeks.

The Pharmacy Department has been able to identify the wholesale distributors from whom University Hospital (and its affiliated pharmacies, including The Kirklin Clinic Pharmacy) purchased Taxotere/Docetaxel from April 2014 through December 2017 and the names and NDC numbers of the medication manufacturers. Our current recordkeeping system maintains purchasing data for approximately 28 months. As a consequence, we are unable to provide purchasing data prior to this time.

The wholesale distributors identified on the attached summary may be able to provide additional information. I recommend that you contact them directly. Your request for Ms. Weeks' medical records, has been sent to our Release of Information Department for processing.

Should you have any additional questions, please do not hesitate to call (205-975-4844) or send an email.

Sincerely,

*Cynthia*

Cynthia Ransburg-Brown
University Counsel – UAB Health System

Office of Counsel
500 22nd Street South, Suite 408 | Birmingham, Alabama 35233
205-975-0113 | http://uasystem.edu

**UAB Docetaxel NDCs Purchased**
**April 2014 - December 2017**

| NDC # | 25021022201 | 25021022204 | 955103001 | 955102104 | 16729026763 | 16729026763 | 16729026764 | 43598025811 | 43598025940 |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer | Sagent | Sagent | Winthrop D/B/A Sanofi Aventis | Winthrop D/B/A Sanofi Aventis | Accord Healthcare | Accord Healthcare | Accord Healthcare | Dr. Reddy's Laboratories, Inc. | Dr. Reddy's Laboratories, Inc. |
| Distributor | AmerisourceBergen | AmerisourceBergen | McKesson | McKesson | AmerisourceBergen | McKesson | McKesson | McKesson | McKesson |
| Purchase Date Range | April - December 2014 | April - December 2014 | July 2015 - December 2017 | July 2015 - December 2017 | December 2014 - May 2015 | July 2015 - December 2017 | July 2015 - December 2017 | March - May 2017 | May 2016 - August 2017 |
| Item Description | Docetaxel 20 MG/ML Vial | Docetaxel 80 MG/4 ML Vial | Docetaxel 20 MG/ML Vial | Docetaxel 80 MG/4 ML Vial | Docetaxel 20 MG/ML Vial | Docetaxel 20 MG/ML Vial | Docetaxel 80 MG/4 ML Vial | Docetaxel 20 MG/ML Vial | Docetaxel 80 MG/4 ML Vial |