IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Barbara Weeks* | * * * | CIVIL ACTION NO. 2:17-cv-15119 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on May 8, 2019 at 9:30 a.m.

Respectfully submitted this 17t$^h$ day of April, 2019.

BRENT COON & ASSOCIATES

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 17th day of April, 2019.

*/s/Eric W. Newell*
Eric W. Newell