UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| | ) ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE MILAZZO MAG. JUDGE NORTH |
| Civil Action No.:  2:18-cv-11881 Plaintiff Georgia MacDonald | ) ) ) ) ) ) ) ) | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Defendants Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 17th day of April, 2019

Counsel for Georgia MacDonald

/s/ D. Todd Mathews

Gori Julian & Associates, P.C.

156 N. Main St.

Edwardsville, IL 62025

618-659-9833

masstort@gorijulianlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: April 17, 2019

/s/ *D. Todd Mathews*