UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**CASE MANAGEMENT ORDER NO. 14B**
**(AMENDMENT TO CMO 14 AND CMO 14A REGARDING TRIAL I)**

The Court hereby amends CMO 14 (Rec. Doc. 3064) and CMO 14A (Rec. Doc. 5035) regarding the Trial I schedule:

| Description | Date |
|---|---|
| Phase II Discovery | Completed |
| Plaintiff Expert Reports ¶ 4(a) | Completed |
| Defendant Expert Reports ¶ 4(b) | Completed |
| Plaintiff Expert Depositions ¶ 4(a) | Completed |
| Defendant Expert Depositions ¶ 4(b) | Completed |
| Motions and Briefs ¶ 5(a) | Completed |
| Plaintiffs to Produce Supplemental Expert Discovery Materials | Subject to Motion Practice |
| Opposition Briefs ¶ 5(b) on Motions and Briefs the parties agree are non-impacted and those ordered by the Court as non-impacted. | Completed |
| Reply Briefs ¶ 5(c) on Motions and Briefs the parties agree are non-impacted. | April 16, 2019 |
| Plaintiffs' Expert Supplemental Depositions | April 26, 2019 |
| Defendants' Expert Supplemental Reports | May 10, 2019 |
| Hearing and Argument on Non-Impacted Daubert Challenges and Motions for Summary Judgment ¶ 5(d) | May 22, 2019 |
| Defendants' Expert Supplemental Depositions | May 24, 2019 |

1

| | |
|---|---|
| Supplemental Motions and Briefs | June 4, 2019 |
| Supplemental Opposition Briefs | June 26, 2019 |
| Supplemental Reply Briefs | July 10, 2019 |
| Hearing on Supplemental Briefing | Early July 2019 |
| Final Witness List ¶ 6(b) | July 3, 2019 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | July 3, 2019 |
| Jury Questionnaire ¶ 6(a) | July 12, 2019 |
| Motions in Limine ¶ 6(d) | July 16, 2019 |
| Oppositions to Motions in Limine ¶ 6(h) | August 6, 2019 |
| Counter Designations ¶ 6(e) | August 9, 2019 |
| Objections to Designations and Exhibits ¶ 6(f) | August 16, 2019 |
| Replies to Motions in Limine | August 16, 2019 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | August 23, 2019 |
| Final Pretrial Order | August 23, 2019 |
| Final Pretrial Conference ¶ 6(j) | August 30, 2019 |
| Trial | September 16, 2019 |

All other provisions of CMOs 14 and 14A shall remain in full force and effect, subject to ongoing negotiations between the parties regarding the dates and deadlines for Trial II and Trial III, as well as those trials that follow and the corresponding trial pool nomination deadlines. The dates and deadlines currently in place for Trial II and subsequent trials are hereby vacated, and, accordingly, the parties shall propose amended dates and deadlines for Trials II and subsequent trials within two (2) weeks of the date of this Order.

**IT IS SO ORDERED**.

New Orleans, Louisiana, this 16th day of April, 2019.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**