UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OZIE BOGGS<br>　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC, et al.<br>　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| | **CIVIL ACTION NO. 2:18-cv-11167** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Ozie Annetta Boggs respectfully requests leave of Court to file a Second Amended Short Form Complaint adding Hospira, Inc., Hospira Worldwide, LLC, f/d/b Hospira Worldwide, Inc. as defendants.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Since filing her Complaint, Plaintiff alleges that she received product identification showing Hospira, Inc., Hospira Worldwide, LLC, f/d/b Hospira Worldwide, Inc. as the defendant whose docetaxel product was administered to Plaintiff. Plaintiff filed a Partial Dismissal with Prejudice dismissing all defendants named in her original Amended Short Form Complaint except the Hospira entities.

The Amended Short Form Complaint was filed on November 19, 2018 correcting the assigned Judge from Judge Eldon E. Fallon to Judge Jane Triche Milazzo. Plaintiff alleges that Sanofi-Aventis U.S. LLC, et al, sold docetaxel from September 19, 2013 until January 23, 2014.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses

based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Dated: April 2, 2019

                                        Respectfully submitted,

                                        RAY HODGE & ASSOCIATES, L.L.C.

                                        _s/ Ryan E. Hodge_
                                        Ryan E. Hodge, #16180
                                        135 North Main
                                        Wichita, KS 67202
                                        (316) 269-1414
                                        (316) 263-6019 (fax)
                                        Attorney for Plaintiff