## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Stefanie Mauk v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-13431 |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Denise Ericks, personal representative of the estate of Stefanie Mauk, as plaintiff on behalf of the deceased Plaintiff, Stefanie Mauk.

1. Plaintiff filed a products liability lawsuit against defendants on November 27, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Stefanie Mauk died on December 14, 2018.  A Notice and Suggestion of Death was filed on April 16, 2019.

3. Plaintiff Stefanie Mauk's product liability action against defendants survived her death and was/is not extinguished.

4. Denise Ericks, Personal Representative of Plaintiff Stefanie Mauk's estate, is a proper party to substitute for plaintiff-decedent Stefanie Mauk and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to

Fed. R. Civ. P. 25(a)(1). On or about March 29, 2019, Denise Ericks was appointed as Personal Representative of the estate by the Probate Court of Kalamazoo County, State of Michigan. Letters of Authority for Personal Representative which authorize Ms. Ericks to act on behalf of the estate are attached hereto as "Exhibit A."

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Denise Ericks, as Personal Representative of the Estate of Stefanie Mauk, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit B."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion on April 18, 2019 and Defendant's counsel responded with their consent to file on April 19, 2019.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: April 19, 2019        Respectfully Submitted,

**LOWE LAW GROUP**
By:  */s/ T. Aaron Stringer*
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: aaron@lowelawgroup.com
*Attorney for Plaintiff(s)*


## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.


DATED: April 19, 2019        */s/ T. Aaron Stringer*
                             T. AARON STRINGER