**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)       :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2740
                                                          :
                                                          :       SECTION "H" (5)
                                                          :
                                                          :       JUDGE MILAZZO
                                                          :
                                                          :       MAG. JUDGE NORTH
_____ :

**THIS DOCUMENT RELATES TO:**

*Stefanie Mauk v. Sanofi-Aventis U.S. LLC, et al.;*
*USDC EDLA No. 2:17-cv-13431.*

## ORDER

IT IS ORDERED that the Motion for Substitution of Denise Ericks, personal

representative of decedent's estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
UNITED STATES DISTRICT JUDGE