UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lorraine Yates**
Case No.: 2:18-cv-07197

## DECLARATION

I, Alyssa White, have attempted to reach my client, Lorraine Yates, on the following dates: 9/28/2018, 10/05/2018, 10/12/2018, 10/19/2018, 10/30/2018, 11/06/2018, 11/15/2018, 01/02/2019, 01/04/2019, 01/11/2019, 03/31/2019,

by (check all that apply) _x_ telephone, _x_ e-mail, _x_ text message, ____ social media, _x_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Alyssa White
Margarita Michaels
Johnson Law Group
2925 Richmond Ave. Suite #1700
Houston, Texas 77098
713-626-9336
awhite@johnsonlawgroup.com
MMichaels@johnsonlawgroup.com