UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Ozie Annetta Boggs, 18-11167 | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint (Doc. 6770);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

3362254-1