UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                            SECTION: "H"(5)

                                            THIS DOCUMENT RELATES TO
                                            ALL CASES

**ORDER**

Oral argument on the Sanofi Defendants' motion to compel (rec. doc. 6745) that was scheduled for April 23, 2019 is cancelled; that matter will be decided on the briefs. The parties having informed the Court that there are no other issues to be discussed at the discovery conference scheduled for the latter date, that conference is also cancelled.

New Orleans, Louisiana, this  22nd  day of     April    , 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE