UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Pearlie D. Pendergrass., v. Sanofi U.S. Services, Inc., et al*; Case No. 2:19-cv-09231 | **NOTICE OF VOLUNTARILY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

### NOTICE OF VOLUNTARILY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I)

Plaintiff Pearlie D. Pendergrass, by undersigned counsel hereby voluntarily dismisses this action, without prejudice, against all Defendants in this action, Civil Action 2:19-cv-09231, pursuant to Fed. R. Civ. P. 41 (a)(1). This stipulation shall not affect the lawsuit filed by Plaintiff PEARLIE D. PENDERGRASS, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-12163. All parties shall bear their own costs.

Dated this 23rd day of April, 2019

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
hunter@napolilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 23rd day of April, 2019                     /s/ Hunter Shkolnik
                                                                    Hunter Shkolnik, Esquire