UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Under Seal Exhibits A and B to their Reply in Support of Motion for Summary Judgment Based on the Learned-Intermediary Doctrine filed by the Sanofi Defendants (Doc. 6754);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A and B (Rec. Doc. 6753-1, 6753-2) under seal.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE