UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Tanya Francis, Case No. 2:16-cv-17410.

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Under Seal Exhibits A and B to their Reply in Support of Motion for Summary Judgment Based on the Learned-Intermediary Doctrine filed by Sanofi Defendants (Doc. 6756);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A and B (Rec. Doc. 6755-1 and 6755-2) under seal.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE