UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lorraine Robison
Case No.: 2:18-cv-9398

## DECLARATION

I, Robin Myers Primeau, have attempted to reach my client, Lorraine Robison on the following dates: 10/16/2018, 10/26/2018, 10/30/2018, 11/2/2018, 11/9/2018, 11/7/2018, 11/8/218, 11/12/2018, 11/13/2018, 11/14/218, 11/15/2018, 11/19/2018, 11/27/2018, 11/28/2018, 11/29/2018, 11/30/2018, 12/4/2018, 12/5/2018, 12/6/2018, 12/11/2018, 12/12/2018, 12/13/2018, 1/9/2019, 1/17/2018, 1/30/2019, 2/22/2019, 2/25/2019, 2/27/2019, 3/7/2019, 3/14/2019, 4/10/2019, and 4/15/2019 by (check all that apply) __X__ telephone, _X___ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, _X___ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**Dated:** April 23, 2019

*/s/ Robin Myers Primeau*
Robin Myers Primeau
MURRAY LAW FIRM
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504.525.8100
rmyers@murray-lawfirm.com