UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION  )
                               )    SECTION: "H" (5)
                               )
This document relates to all cases  )
                               )

# ORDER

On January 18, 2019 and February 21, 2019, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court:

- Julie Clark, 2:18-cv-07024
- Patricia Eversole, 2:18-cv-05416
- Dawn Haught, 2:18-cv-06686
- Diann Lambert, 2:18-cv-08769
- Debra Mallory, 2:18-cv-00695
- Joann Matthews, 2:18-cv-01561
- Mia Paris, 2:18-cv-08772
- Shirley Proctor, 2:18-cv-05422
- Teresa Taylor, 2:18-cv-08774
- Angela Chapman, 2:17-cv-13706
- Lori Cleveland, 2:17-cv-13524
- Yolanda Crawford, 2:17-cv-09666

- Lela Davis, 2:17-cv-12942
- Patricia Dwight, 2:17-cv-08563
- Pamela Harlan Brooks, 2:17-cv-11439
- Terri Healy Frey, 2:18-cv-00205
- Martha Hopkins, 2:16-cv-17973
- Renee Jeffers, 2:17-cv-14193
- Gracie M. Johnson, 2:17-cv-13869
- Tonia Jones, 2:16-cv-15498
- Vivian Markle, 2:17-cv-17284
- Vicki Pigg, 2:17-cv-07693
- Kathryn Sanchez, 2:17-cv-08644
- Teresa Terry, 2:16-cv-17238
- Aqua Thomas, 2:18-cv-00990
- Estoria Wilson, 2:16-cv-15676

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of April, 2019.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**