UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Nancy Ierokomos v. Accord Healthcare, Inc., et al. (2:18-cv-14249-JTM-MBN) | NOTICE OF APPEARANCE |

Please enter the appearance of Karen Barth Menzies of the law firm of Gibbs Law Group LLP as counsel for Plaintiff Nancy Ierokomos in the MDL 2740 and case number 2:18-cv-14249. Any and all communications and filings should include her in these matters.

Dated: April 24, 2019

Respectfully submitted,

GIBBS LAW GROUP LLP

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
         amz@classlawgroup.com

1

CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 24, 2019

    By: */s/ Karen Barth Menzies*
    Karen Barth Menzies (*pro hac vice*)
    Cal. Bar No. 180234
    **GIBBS LAW GROUP LLP**
    6701 Center Drive West, 14th Floor
    Los Angeles, CA 90045
    Telephone: (510) 350-9240
    Facsimile: (510) 350-9701
    Email:  kbm@classlawgroup.com