# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION: H

This Document Relates To:

Kathleen Gabriel, Case No. 2:16-cv-16788;
Diana Warren, Case No. 2:17-cv-13380;
Barbara Earnest, Case No. 2:16-cv-17731;
Cynthia Thibodeaux, Case No. 2:16-cv-15859
Sheila Crayton, Case No. 2:17-cv-05923.

## NOTICE OF DE-DESIGNATION PURSUANT TO CMO NO. 14C

PLEASE TAKE NOTICE that, pursuant to CMO No. 14C (Rec. Doc. 6789), Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") hereby de-designate cases previously selected for trial pool discovery in MDL No. 2740.

### I. Two Cases Subject to De-Designation Pursuant to CMO 14C

Paragraph 2(d) of CMO 14C provides that if more than 14 days after selection, "a Trial Pool case selected by Defendants elects to voluntarily dismiss his or her case without good cause, Defendants may de-designate a Plaintiff from the Trial Pool."

Defendants selected Plaintiffs Kathleen Gabriel and Diana Warren for Trial Pool discovery on November 1, 2018. On January 21, 2019, counsel for Ms. Gabriel informed Sanofi that Ms. Gabriel "does not wish to move forward with the litigation and instructed me to dismiss her case." Email from Counsel for Ms. Gabriel to Counsel for Sanofi (Jan. 21, 2019). On March 11, 2019, Ms. Gabriel moved to voluntarily dismiss her case from MDL 2740. *See* Rec. Doc. 6496 (Plaintiff Gabriel's Motion for Voluntary Dismissal) ("Gabriel Motion"). Ms. Gabriel's request for voluntary dismissal remains pending following the Court's entry of CMO 14C.

1

On March 4, 2019, counsel for Ms. Warren sought Sanofi's consent to voluntarily dismiss her claims. *See* Rec. Doc. 6530-1 (Memo in Support Plaintiff Warren's Motion for Voluntary Dismissal) ("Warren Memo"), at 1. On March 18, 2019, Ms. Warren moved to voluntarily dismiss her case from MDL 2740. *See* Rec. Doc. 6530 (Plaintiff Warren's Motion for Voluntary Dismissal). Ms. Warren's request for voluntary dismissal remains pending following the Court's entry of CMO 14C.

Plaintiffs Gabriel and Warren seek to voluntarily dismiss their cases more than 14 days after their selection for trial pool discovery and following the entry of CMO 14C. Neither have identified nor substantiated "good cause" for their requested dismissals and neither case presents an issue of product identification or venue.

Ms. Gabriel's only justification for seeking dismissal is based on claims of "personal, family, and health-related issues" and the "incredible toll arising from extensive discovery." Gabriel Motion at 1. She offers no particulars in support. Ms. Warren seeks to "cease pursing any claims" because of the "new, additional knowledge" provided by "the work-up and development of the litigation by the Plaintiffs' Steering Committee." Warren Memo at 4. Her only other justification for seeking dismissal is alleged inability to remember many of the facts about her case. *See also* Rec. Doc. 6534 (Opposition to Plaintiff Gabriel's Motion for Voluntary Dismissal) and Rec. Doc. 6669 (Opposition to Plaintiff Warren's Motion for Voluntary Dismissal).

Accordingly, pursuant to paragraph 2(d) of CMO 14C, Defendants de-designate the following cases from Trial Pool proceedings in MDL 2740:

1. **Barbara Earnest v. Sanofi et al., Case No. 2:16-cv-17731**
2. **Cynthia Thibodeaux v. Sanofi et al., Case No. 2:16-cv-15859**

As it relates to Ms. Earnest, Sanofi advises the Court, upon de-designation, that several motions previously scheduled for oral argument on May 22, 2019 may be adjourned. These Motions include Defendants' Motion for Summary Judgment on Causation (Learned Intermediary) in Barbara Earnest (Rec. Doc. 6078); and Defendants' Motion for Summary Judgment on Statute of Limitations in Barbara Earnest (Rec. Doc. 6079). Other motions based, at least in part, on case-specific methodological problems with Plaintiffs' experts' *Earnest* opinions also would be more narrowed. These Motions include Defendants' Motion to Exclude Linda Bosserman (Rec. Doc. 6130), as well as briefing designated for the supplemental schedule, *e.g.*, Defendants' Motion to Exclude John Thompson (Rec. Doc. 6141) and Defendants' Motion to Exclude Kevin Bianchini (Rec. Doc. 6151).

## II. Third Case Subject to Disposition by the Court for "Dismissal" Not Conforming to CMO 14C

Additionally, on January 29, 2019, this Court selected Plaintiff Sheila Crayton as Alternate Trial Plaintiff for the second scheduled trial in MDL No. 2740. *See* Case Management Order No. 16. On or about February 27, 2019, counsel for Ms. Crayton informed counsel for Sanofi that Ms. Crayton sought to voluntarily withdraw her case from the trial setting, without dismissing her claims. *See* Rec. Doc. 6659-1 (Memo in Support of Plaintiff's Motion to Remove Sheila Crayton from Trial Pool) at 5 and Exhibit E thereto. On March 22, 2019, Plaintiff Sheila Crayton requested the Court to voluntarily remove her case as the alternate for trial, without dismissing her claims. *See* Rec. Doc. 6659 (Plaintiff's Motion to Remove Sheila Crayton from Trial Pool); *see also* Rec. Doc. 6670 (Opposition to Plaintiff's Motion to Remove Sheila Crayton from Trial Pool). Ms. Crayton's request for removal from the trial pool (but not dismissal) is still pending following the Court's entry of CMO No. 14C.

Unlike the *Warren* and *Gabriel* dismissals, CMO 14C does not allow Ms. Crayton to unilaterally remove her case from the trial setting without dismissal. Accordingly, Sanofi reserves its request for relief as described in its Opposition to Ms. Crayton's Motion, *see* Rec. Doc. 6670, until such time as the Court has had opportunity to consider and rule on the Motion and Opposition, or application of CMO 14C to the case.

Date: April 24, 2019                      Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* <br> Douglas J. Moore (Bar No. 27706) <br> **IRWIN FRITCHIE URQUHART & MOORE LLC** <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: 504-310-2100 <br> Facsimile: 504-310-2120 <br> dmoore@irwinllc.com | Harley Ratliff <br> Adrienne L. Byard <br> **SHOOK, HARDY & BACON L.L.P.** <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Telephone: 816-474-6550 <br> Facsimile: 816-421-5547 <br> hratliff@shb.com <br> abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019, a true and correct copy of the Notice of De-Designation Pursuant to CMO 14C was served upon the following by E-mail:

Samuel M. Wendt
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com
*Attorney for Plaintiff Gabriel*

Carasusana B. Wall
Michelle L. Kranz
Zoll & Kranz, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Telephone: (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
Email: michelle@toledolaw.com
*Attorney for Plaintiff Warren*

J. Kyle Bachus
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
Fax: (303) 893-9900
Email: kyle.bachus@coloradolaw.net
Email: celliott@coloradolaw.net
*Attorney for Plaintiff Earnest*

Richard L. Root
Betsy Barnes
Lauren Godshall
Morris Bart, LLC
601 Poydras Street 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000

Fax: (504) 599-3392
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com
Email: lgodshall@morrisbart.com
*Attorneys for Plaintiffs Thibodeaux and Crayton*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Plaintiffs' Liaison Counsel*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Plaintiffs' Liaison Counsel*

John Francis Olinde
Chaffe McCall LLP
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
Phone: (504) 585-7000
Email: olinde@chaffe.com
*Attorney for Defendants*