# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO: | **Civil Action No.: 2:18-cv-02599** |
| *Renisha Brown, et al., v. Sanofi U.S. Services, Inc., et al., as to Plaintiff* ***LORETTA ANDERSON ONLY*** | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Hunter Shkolnik with Napoli Shkolnik PLLC, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute Samuel M. Wendt of Wendt Law Firm, P.C. as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Napoli Shkolnik PLLC wish to withdraw and substitute Attorney Samuel M. Wendt, as follows:

Samuel M. Wendt, Esq.
Missouri Bar No. 41063
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: 816-531-4415
Facsimile: 816-531-2507
Email: sam@wendtlaw.com

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel as set forth herein.

**Respectfully submitted and representation accepted by:**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 41063
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: 816-531-4415
Facsimile: 816-531-2507
Email: sam@wendtlaw.com

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Email: hunter@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*s/Samuel M. Wendt*
Samuel M. Wendt