## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Renisha Brown, et al., v. Sanofi U.S. Services, Inc., et al.,* as to Plaintiff ***LORETTA ANDERSON ONLY*** | Civil Action No.: 2:18-cv-02599 |

## **ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED, AND DECREED THAT Hunter Shkolnik with Napoli Shkolnik PLLC be allowed to withdraw as Plaintiff's counsel, and further, that Samuel M. Wendt with Wendt Law Firm, be allowed to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2019.

_____

JUDGE JANE TRICHE MILAZZO

1