UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Diane Gibson-Cross*                         HON. JANE TRICHE MILAZZO
Case No. 17-17275

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Diane Gibson-Cross, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully requests leave of Court to file an Amended Short Form Complaint in this matter, attached hereto as Exhibit A. For the reasons set forth more fully in the contemporaneously filed supporting memorandum, Plaintiff requests that this Court allow her to filed her Amended Short Form Complaint.

This the 25th day of April, 2019

                                                    */s Andrew Lemmon*
                                                    Andrew A. Lemmon
                                                    LA Bar No. 18302
                                                    P.O. Box 904
                                                    15058 River Road
                                                    Hahnville, LA 70057
                                                    Telephone: (985) 783-6789
                                                    Facsimile: (985) 783-1333
                                                    andrew@lemmonlawfirm.com


                                                    */s Val Patrick Exnicios*
                                                    Val Patrick Exnicios
                                                    LA Bar No. 19563
                                                    Liska, Exnicios & Nungesser
                                                    1515 Poydras Street

          14th Floor, Ste. 1400
          New Orleans, LA 70112
          Telephone: (504) 410-9611
          Facsimile: (504) 410-9937
          vpexnicios@exnicioslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and PTO 37A, counsel for the Defendants have been contacted regarding this Motion and no opposition has been received to the Motion for Leave to File Amended Complaint. Counsel for Plaintiff Diane Gibson-Cross has waited the requisite fourteen days prior to filing this motion with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          */s/ Andrew A. Lemmon*
          Andrew A. Lemmon