**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| *Diane Gibson-Cross* | HON. JANE TRICHE MILAZZO |
| Case No. 17-17275 | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Diane Gibson-Cross, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully seek leave of Court to file an Amended Short Form Complaint in this matter, attached hereto as Exhibit A.

Plaintiff filed her original complaint in the United States District Court for the Eastern District of Louisiana on December 14, 2017 against Accord Healthcare, Inc. Subsequent to this filing, Plaintiff received from Mercy Hospital St. Louis the completed Statement Regarding Chemotherapy Drug Administered indicating that she had been administered Docetaxel manufactured by Hospira, Inc. or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (hereinafter referred to as the Hospira defendants). See Exhibit B attached hereto.

Plaintiff seeks to amend her short form complaint to remove Accord Healthcare, Inc. and add the Hospira defendants as Defendants to the action. Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, counsel for Plaintiff contracted the Defendants more than fourteen days in advance of filing this Motion and has received no objection. Defendants will not be unduly prejudiced by the addition to the Hospira defendants in this action because the claims against the Hospira defendants present the same allegations and underlying facts as the current complaint on file.

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached First Amended Short Form Complaint.

This the 25th day of April, 2019

*/s Andrew Lemmon*
Andrew A. Lemmon
LA Bar No. 18302
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com

*/s Val Patrick Exnicios*
Val Patrick Exnicios
LA Bar No. 19563
Liska, Exnicios & Nungesser
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
vpexnicios@exnicioslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                                                  */s/ Andrew A. Lemmon*
                                                                                                  Andrew A. Lemmon