MERCY HOSPITAL ST LOUIS
615 South New Ballas Rd
Saint Louis MO 63141-8221

Gibson-Cross, Diane
MRN: ██████████ DOB: ██████ Sex: F
Acct #: █████████
ADM 4/1/2013, D/C 4/1/2013

Scan on 4/8/2019 10:17 AM by Chaudoin, Dawn R : HIM ROI Authorization (below)

Apr. 5. 2019  4:05PM                                        No. 2459   P.  3/16

Case 2:16-md-02740-JTM-MBN  Document 3482  Filed ██  4/3.8  Page 13 of 18

EXHIBIT B

STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: DIANE GIBSON-CROSS

DATE OF BIRTH: ████████ 1969                    SSN: ████████ 6821

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

*** PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

SANOFI AVENTIS US LLC
☐ 0075-8001-30
☐ 0075-6001-26
☐ 0025-6002-01
☐ 0025-8004-04

ACCORD
HEALTHCARE, INC.
☐ 16729-121-49 KIT
☐ 16729-128-59 KIT
☐ 16729-231-52
☐ 16729-231-62
☐ 16729-231-64
☐ 16729-207-65
☐ 16729-207-68
☐ 16729-207-66

DR REDDYS LAB LTD
☐ 43598-258-11
☐ 43598-259-40

SANOFI AVENTIS US LLC
t/b/a WINTHROP US
☐ 0955-1020-01
☐ 0955-1021-04
☐ 0955-1022-08

TEVA PHARMA USA
☐ 00703-5720-01
☐ 00703-5720-68

NORTHSTAR RX LLC
☐ 16714-815-01
☐ 16714-100-01

HOSPIRA, INC.
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0253-27
☐ 0409-0396-01
☐ 0409-0201-02
☐ 0409-0396-01
☐ 0409-0396-01

SAGENT PHARMACEUTICALS
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07
☐ 25021-245-01
☐ 25021-245-04

EAGLE PHARMACEUTICALS
☐ 42367-121-25
☐ 42367-121-25

SUN PHARMACEUTICAL
INDUSTRIES, INC.
☐ 47335-285-41
☐ 47335-285-40

PFIZER LABORATORIES
☐ 0069-0141-11
☐ 0069-9141-22
☐ 0069-9141-63
☐ 0069-9141-44
☐ 0069-9142-22
☐ 0069-9142-03
☐ 0069-9143-22
☐ 0069-9143-63
☐ 0069-9144-11
☐ 0069-9144-22
☐ 0069-9144-03

☐ TREATMENT WAS NOT
ADMINISTERED
TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

McKESSON PACKAGING
SERVICES
☐ 63739-932-11
☐ 63739-974-13

SANDOZ INC.
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-03
☐ 66758-950-04

ACTAVIS PHARMA, INC.
☐ 45963-734-53
☐ 45963-734-54
☐ 45963-734-74
☐ 45963-765-53
☐ 45963-981-54
☐ 45963-765-55

13

STLMC BREAST SURGERY  Gibson-Cross, Diane
CLYTN CLRKSN           MRN: E1301093653
15945 Clayton Rd
Suite 120

Printed by 16103 at 4/8/19 10:29 AM

MERCY HOSPITAL ST LOUIS
615 South New Ballas Rd
Saint Louis MO 63141-8221

Gibson-Cross, Diane
MRN: ██████████, DOB: ██████, Sex: F
Acct #: 2████████
ADM 4/1/2013, D/C 4/1/2013

Apr. 5. 2019  4:07PM                                    No. 2450.  P. 9/16
Case 2:16-md-02740-JTM-MBN  Document 3492  Filed 04/13  Page 24 of 16

5 / 9 / 13          6/ 20/ 13          3
DATE OF FIRST TREATMENT      DATE OF LAST TREATMENT    # OF DOSES

Mary Neels                    Mary Silason Pharmacy
SIGNATURE OF REPRESENTATIVE OF       NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER
Mary Neels RPh                15945 Clayton Rd Ste 150
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

8-15-19                      Baldwin , MO 63011
DATE                         CITY, STATE, ZIP

STLMC BREAST SURGERY  Gibson-Cross, Diane
CLYTN CLRKSN          MRN: E1301093653
15945 Clayton Rd
Suite 120