**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO** *Diane Gibson-Cross* **Case No. 17-17275** | **HON. JANE TRICHE MILAZZO** |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on May 22, 2019 at 9:00 a.m.

Respectfully submitted this 25th day of April, 2019.

*/s Andrew Lemmon*
Andrew A. Lemmon
LA Bar No. 18302
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com

*/s Val Patrick Exnicios*
Val Patrick Exnicios
LA Bar No. 19563
Liska, Exnicios & Nungesser
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

vpexnicios@exnicioslaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Andrew A. Lemmon*
Andrew A. Lemmon