# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE(DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Terri Upchurch v. Accord Healthcare, Inc., et al.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Accord Healthcare Inc; Hospira, Inc; Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc.**<br><br>Civil Action No.: 2:17-cv-12624 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare Inc; Hospira, Inc; and Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th day of April, 2019

/s/ Brett A. Emison
Brett A. Emison
MO State Bar No: 52072
**LANGDON & EMISON LLC.**
P.O. Box 220
911 Main Street
Lexington, MO 64067
(660) 259-6175 – Phone
(660) 259-4571 – Fax
brett@lelaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records wo are CM/ECF participants.

DATED: April 26, 2019         /s/Brett A. Emison_____