UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Swanson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., Civil Action No. 2:18-cv-14274 | |

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Jorgenna Swanson, whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: <u>April 26, 2019</u>　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　<u>/s/ Russell Abney</u>
　　　　　　　　　　　　　　　　　　　　　Russell Abney, Esq.
　　　　　　　　　　　　　　　　　　　　　State Bar No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　　Ferrer Poirot & Wansbrough
　　　　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy, Ste 1025
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　　　　Telephone: (800) 661-8210
　　　　　　　　　　　　　　　　　　　　　Facsimile: (707) 313-0956
　　　　　　　　　　　　　　　　　　　　　Email: atlanta@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*