**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-02599 |
| *Renisha Brown, et al., v. Sanofi U.S. Services, Inc., et al., as to Plaintiff* ***LORETTA ANDERSON ONLY*** | |

# <u>ORDER</u>

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 6818);

**IT IS ORDERED** that the Motion is **GRANTED** and Hunter Shkolnik with Napoli Shkolnik PLLC be allowed to withdraw as Plaintiff's counsel, and further, that Samuel M. Wendt with Wendt Law Firm, be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 29th day of April, 2019.

JUDGE JANE TRICHE MILAZZO

1