UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Stefanie Mauk v. Sanofi-Aventis U.S. LLC, et al.*;
***USDC EDLA No. 2:17-cv-13431.***

## ORDER

Before the Court is an Unopposed Motion to Substitute Party and Amend Complaint (Doc. 6777), seeking to substitute Denise Ericks, personal representative of the estate of Stefanie Mauk, as the plaintiff in this lawsuit;

**IT IS ORDERED** that the Motion is **GRANTED.**

New Orleans, Louisiana, this 29th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE