UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:19-cv-09389 *Losa Obu v. Hospira, Inc., et al.* | : : : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff Losa Obu, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11., and would show unto this Court the following:

Rayna E. Kessler and the law offices of Robins Kaplan LLP currently represent Plaintiff as attorneys of record. Plaintiff wishes to substitute Ethan L. Shaw and John P. Cowart of the law firm Shaw Cowart, L.L.P. as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Robins Kaplan LLP wish to withdraw, and substitute attorneys Ethan L. Shaw and John P. Cowart, as follows:

**SHAW COWART, L.L.P.**
ETHAN L. SHAW
TX Bar No. 18140480
JOHN P. COWART
TX Bar No. 04919500
1609 Shoal Creek Blvd, Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated this the 30th day of April, 2019.

**Respectfully submitted and representation accepted by:**

**SHAW COWART, L.L.P.**

*/s/    Ethan L. Shaw*
ETHAN L. SHAW
TX Bar No. 18140480
JOHN P. COWART
TX Bar No. 04919500
1609 Shoal Creek Blvd, Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com


**Agreed to by:**

**ROBINS KAPLAN LLP**

*/s/ Rayna E. Kessler*
Rayna E. Kessler (NJ Bar # 031782010)
399 Park Avenue, Suite 3600
New York, NY  10022-4611
Telephone: (212) 980-7431
Facsimile: (212) 980-7499
rkessler@robinskaplan.com

**ATTORNEYS FOR PLAINTIFF, LOSA OBU**

## CERTIFICATE OF SERVICE

I certify that on the 30th day of April, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

                                                /s/   *Ethan L. Shaw*
                                                ETHAN L. SHAW