UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:19-cv-09389 *Losa Obu v. Hospira, Inc., et al.* | : : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

## ORDER

Upon considering the Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Rayna E. Kessler and the law firm Robins Kaplan LLP are withdrawn as counsel for Plaintiff Losa Obu.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Ethan L. Shaw and John P. Cowart of the law firm of Shaw Cowart, L.L.P., are hereby substituted as counsel of record for Plaintiff Losa Obu.

Signed this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO