UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| LETTIE LASSITER, et al, | : : | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILED AMENDED COMPLAINT |
| Plaintiff(s), | : : | Civil Action No.: 2:18-cv-11553 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : : | |
| Defendant(s). | : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. After receiving a completed National Drug Code form from the hospital which the Plaintiff took treatments, it was discovered that Plaintiff had taken docetaxel that was manufactured by Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. Therefore, Plaintiff seeks to leave to file an Amended Short Form Complaint adding Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. as a Defendant.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated this 30th day of April, 2019

Respectfully submitted,

**BROWN & CROUPPEN, P.C.**

BY: <u>*/s/ Seth Sharrock Webb*</u>
SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 30th day of April, 2019.

By: */s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF