# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Shelly Jones, et al. v. Sanofi U.S. Services Inc., et al.*<br>*Case No. 2:19-cv-01164* | | |

## JOINDER OF ACCORD HEALTHCARE, INC. IN SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant Accord Healthcare, Inc. ("Accord") by and through its undersigned counsel of record, hereby joins in Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand ("the Opposition") (Dkt. No. 6847). As grounds for its joinder, Accord hereby incorporates by reference, as though set forth herein, the arguments raised in the Opposition and further states as follows:

1. For purposes of determining diversity jurisdiction, Accord is now and was at the time Plaintiffs commenced the above-captioned action a North Carolina corporation with its principal place of business in North Carolina. (Compl. ¶ 46). Thus, for jurisdictional purposes, Accord is a citizen of North Carolina.

2. As set forth in the Opposition and accompanying exhibits, remand would be particularly inappropriate as to this case, because Plaintiffs here have already provided information permitting the conclusion – at this time and without the need for additional discovery – that forum Defendant McKesson Corporation is not a proper party that could defeat removal.

3.      Moreover, remanding this action to California would be grossly inefficient and inequitable for Accord.

Dated: April 30, 2019

                                        Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A Sweet
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
Email: julie.callsen@tuckerellis.com
       brenda.sweet@tuckerellis.com
       brandon.cox@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby that on April 30, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which send notifications of such filing to all counsel of record.

/s/ <i>Julie A. Callsen</i>

4217191