# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL NORTH |
| *Shelly Jones, et al. v. Sanofi U.S. Services Inc., et al.* *Case No. 2:19-cv-01164* | : : : | |

## ORDER

Considering the Motion of Defendant Accord Healthcare, Inc. for Joinder in Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand:

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendant Accord Healthcare, Inc. is joined in Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, on this ___ day of _____, 2019.

JUDGE JANE TRICHE MILAZZO