UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Shelly Jones, et al. v. Sanofi U.S. Services Inc., et al.*<br>*Case No. 2:19-cv-01164* | | |

## JOINDER OF HOSPIRA INC. AND HOSPIRA WORLDWIDE, LLC, IN SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendants Hospira Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (collectively, "Hospira"), by and through its undersigned counsel of record, hereby joins in Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand ("the Opposition") (Dkt. No. 6847). As grounds for its joinder, Hospira hereby incorporates by reference, as though set forth herein, the arguments raised in the Opposition and further states as follows:

1. For purposes of determining diversity jurisdiction, Hospira, Inc. is a Delaware corporation with its principal place of business in Illinois. Hospira Worldwide, LLC f/k/a/ Hospira Worldwide, Inc. is a Delaware limited liability company and its only member is Hospira, Inc. Like Hospira, Inc., it is a citizen of Delaware and Illinois.

2. As set forth in the Opposition and accompanying exhibits, remand would be particularly inappropriate as to this case because Plaintiffs here have already provided information permitting the conclusion – at this time and without the need for additional discovery – that Defendant McKesson Corporation is not a proper party that could defeat removal.

4217191

3.     Moreover, remanding this action to California would be inefficient and inequitable for Hospira.

Dated: April 30, 2019

        Respectfully submitted,

        */s/ Mark S. Cheffo*
        Mark S. Cheffo
        Dechert LLP
        Three Bryant Park
        1095 Avenues of Americas, 31st Floor
        New York, New York 10036
        Telephone: (212) 689-3814
        Facsimile: (212) 698-3599
        Mark.Cheffo@dechert.com

        *Attorney for Defendant Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.*

4217191

## **CERTIFICATE OF SERVICE**

I hereby that on April 30, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which send notifications of such filing to all counsel of record.

/s/ *Mark S. Cheffo*

4217191