NOV-05-2003 10:43    From:606-676-0295                                    Page:4/52

# nucleus

**Billing Form**

Printed: 11/4/2016 9:30:48 AM

Page 1 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503
Report Ran For Date(s): 1/1/2012 - 1/1/2013

*This report is for official use only. Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Clinic Name: Hem Onc Center PLLC        Station Name: 99320ST1

Tucker, Margaret (3889)         Physician: No Physician        Primary Ins:
        DOB: 8/15/1961           Service Date: 3/13/2012         Second Ins:

Diagnosis:

| Bill Code | Billable | NDC | Item | Product | Amount Dispensed ||||  UOM | Physician | User |
| Bill Unit | Units | Units | Code | Description | Dose | Waste | Return | Total | | | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J1100 1 | 10 | 1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 10 | 0 | 0 | 10 | mg | No Physician | Hook, Michele |
| J2469 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg Prefill Syringe-Pharmacy | 250 | 0 | 0 | 250 | mcg | No Physician | Hook, Michele |
| J9045 50 | 10 | 50 ml | 00703-4246-01 | Carboplatin 150mg 10mg/ml 15ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Hook, Michele |
| J9171 1 | 130 | 6 ml | 00409-0201-10 | Docetaxel 80mg 10mg/ml 8ml MDV | 130 | 0 | 0 | 130 | mg | No Physician | Hook, Michele |

*Item code is NDC #* (handwritten annotation)


nucleus

**Billing Form**

Printed: 11/4/2016 9:30:48 AM

Page 5 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503
Report Ran For Date(s): 1/1/2012 - 1/1/2013

*This report is for official use only. Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Clinic Name: Hem Onc Center PLLC                Station Name: 99320ST1

Tucker, Margaret (3889)            Physician: No Physician            Primary Ins:
        DOB: 8/15/1961             Service Date: 4/3/2012             Second Ins:
Diagnosis:

| Bill Code / Bill Unit | Billable Units | NDC Units | Item Code | Product Description | Amount Dispensed ||||  UOM | Physician | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Dose | Waste | Return | Total | | | |
| J1100 / 1 | 1 | 0.1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 1 | 0 | 0 | 1 | mg | No Physician | Wall, Glenda |
| J2469 / 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg Prefill Syringe-Pharmacy | 250 | 0 | 0 | 250 | mcg | No Physician | Wall, Glenda |
| J9045 / 50 | 10 | 50 ml | 61703-0339-56 | Carboplatin 600mg 10mg/ml 60ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Wall, Glenda |
| J9171 / 1 | 130 | 4 ml | 66758-0050-01 | Docetaxel 20mg 10mg/ml 2ml MDV | 130 | 0 | 0 | 130 | mg | No Physician | Wall, Glenda |
| J9355 / 10 | 14 | 0.3091 Units | 50242-0134-68 | Herceptin 440mg Lyophilized Powder w/Diluent MDV | 136 | 0 | 0 | 136 | mg | No Physician | Hook, Michele |

NOV-05-2003 10:46   From:606-676-0295                                    Page:12/52


nucleus

**Billing Form**

Printed: 11/4/2016 9:30:48 AM

Page 9 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503

*This report is for official use only. Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Report Ran For Date(s): 1/1/2012 - 1/1/2013
Clinic Name: Hem Onc Center PLLC                           Station Name: 993205T1

Tucker, Margaret (3889)              Physician: No Physician        Primary Ins:
   DOB: 8/15/1961                    Service Date: 4/24/2012        Second Ins:

Diagnosis:

| Bill Code / Bill Unit | Billable Units | NDC Units | Item Code | Product Description | Dose | Waste | Return | Total | UOM | Physician | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J1100 / 1 | 10 | 1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 10 | 0 | 0 | 10 | mg | No Physician | Wall, Glenda |
| J2469 / 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg 0.25mg/5ml SDV | 250 | 0 | 0 | 250 | mcg | No Physician | Wall, Glenda |
| J9045 / 50 | 10 | 50 ml | 61703-0339-56 | Carboplatin 600mg 10mg/ml 60ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Wall, Glenda |
| J9171 / 1 | 130 | 6 ml | 66758-0050-01 | Docetaxel 20mg 10mg/ml 2ml MDV | 130 | 0 | 0 | 130 | mg | No Physician | Wall, Glenda |
| J9355 / 10 | 14 | 0.3091 Units | 50242-0134-68 | Herceptin 440mg Lyophilized Powder w/Diluent MDV | 136 | 0 | 0 | 136 | mg | No Physician | Wall, Glenda |

NOV-05-2003 10:47    From:606-676-0295                                          Page:16/52


nucleus

**Billing Form**

Printed: 11/4/2016 9:30:48 AM

Page 13 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503

*This report is for official use only. Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Report Ran For Date(s): 1/1/2012 - 1/1/2013

Clinic Name: Hem Onc Center PLLC                       Station Name: 99320ST1

Tucker, Margaret (3889)           Physician: No Physician        Primary Ins:
    DOB: 8/15/1961               Service Date: 5/15/2012         Second Ins:

Diagnosis:

| Bill Code | Billable | NDC | Item | Product | Amount Dispensed ||||| Physician | User |
| Bill Unit | Units | Units | Code | Description | Dose | Waste | Return | Total | UOM |  | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J1100 1 | 10 | 1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 10 | 0 | 0 | 10 | mg | No Physician | Wall, Glenda |
| J2469 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg 0.25mg/5ml SDV | 250 | 0 | 0 | 250 | mcg | No Physician | Wall, Glenda |
| J9045 50 | 10 | 50 ml | 61703-0339-56 | Carboplatin 600mg 10mg/ml 60ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Wall, Glenda |
| J9171 1 | 130 | 4 ml | 00955-1020-01 | Docetaxel 20mg 20mg/ml 1ml SDV | 130 | 0 | 0 | 130 | mg | No Physician | Wall, Glenda |



## Billing Form

Printed: 11/4/2016 9:30:48 AM

Page 18 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503
Report Ran For Date(s): 1/1/2012 - 1/1/2013

*This report is for official use only. Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Clinic Name: Hem Onc Center PLLC

Station Name: 99320ST1

Tucker, Margaret (9889)
DOB: 8/15/1961

Physician: No Physician
Service Date: 6/5/2012

Primary Ins:
Second Ins:

Diagnosis:

| Bill Code / Bill Unit | Billable Units | NDC Units | Item Code | Product Description | Amount Dispensed ||| Total | UOM | Physician | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Dose | Waste | Return | | | | |
| J1100 / 1 | 10 | 1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 10 | 0 | 0 | 10 | mg | No Physician | Stamper, Nicole |
| J2469 / 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg 0.25mg/5ml SDV | 250 | 0 | 0 | 250 | mcg | No Physician | Stamper, Nicole |
| J9045 / 50 | 10 | 50 ml | 61703-0339-56 | Carboplatin 600mg 10mg/ml 60ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Stamper, Nicole |
| J9171 / 1 | 130 | 13 ml | 00409-0201-10 | Docetaxel 80mg 10mg/ml 8ml MDV | 130 | 0 | 0 | 130 | mg | No Physician | Stamper, Nicole |
| J9355 / 10 | 14 | 0.3091 Units | 50242-0134-68 | Herceptin 440mg Lyophilized Powder w/Diluent MDV | 136 | 0 | 0 | 136 | mg | No Physician | Stamper, Nicole |

NOV-05-2003 10:50    From:606-676-0295                                               Page:25/52


nucleus

**Billing Form**

Printed: 11/4/2016 9:30:48 AM

Page 22 of 48

**Hem Onc Center PLLC**
401 Bogle Street
Somerset, KENTUCKY 42503
Report Ran For Date(s): 1/1/2012 - 1/1/2013

*This report is for official use only  Oncology Supply cannot guarantee the accuracy of the cost values displayed within this report.*

Clinic Name: Hem Onc Center PLLC         Station Name: 99320ST1

Tucker, Margaret (3889)         Physician: No Physician         Primary Ins:
    DOB: 8/15/1961              Service Date: 6/26/2012          Second Ins:

Diagnosis:

| Bill Code / Bill Unit | Billable Units | NDC Units | Item Code | Product Description | Amount Dispensed | | | | | Physician | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Dose | Waste | Return | Total | UOM | | |
| J1100 / 1 | 10 | 1 ml | 63323-0516-10 | Dexamethasone 100mg 10mg/ml 10ml MDV 10/pk | 10 | 0 | 0 | 10 | mg | No Physician | Stamper, Nicole |
| J2469 / 25 | 10 | 5 ml | 62856-0797-01 | Aloxi 250mcg Prefill Syringe-Pharmacy | 250 | 0 | 0 | 250 | mcg | No Physician | Stamper, Nicole |
| J9045 / 50 | 10 | 50 ml | 61703-0339-56 | Carboplatin 600mg 10mg/ml 60ml MDV | 500 | 0 | 0 | 500 | mg | No Physician | Stamper, Nicole |
| J9171 / 1 | 130 | 13 ml | 00409-0201-10 | Docetaxel 80mg 10mg/ml 8ml MDV | 130 | 0 | 0 | 130 | mg | No Physician | Stamper, Nicole |
| J9355 / 10 | 14 | 0.3091 Units | 50242-0134-68 | Herceptin 440mg Lyophilized Powder w/Diluent MDV | 136 | 0 | 0 | 136 | mg | No Physician | Stamper, Nicole |