UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>Kathleen Gabriel, Case No. 2:16-cv-16788;<br>Diana Warren, Case No. 2:17-cv-13380;<br>Barbara Earnest, Case No. 2:16-cv-17731;<br>Cynthia Thibodeaux, Case No. 2:16-cv-15859<br>Sheila Crayton, Case No. 2:17-cv-05923. | MDL No. 2740<br><br>SECTION: "H" (5) |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS NOTICE OF DE-DESIGNATION PURSUANT TO CMO NO. 14C

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc., who respectfully move this Court for leave to file a Reply in Support of their Notice of De-Designation Pursuant to CMO No. 14C. This Reply Memorandum will be helpful to the Court in evaluating Defendants' Notice of De-Designation Pursuant to CMO No. 14C (Rec. Doc. 6807), and in considering the arguments raised by Plaintiffs in their Opposition (Rec. Doc. 6843).

WHEREFORE, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Memorandum in Support of Defendants' Notice of De-Designation Pursuant to CMO No. 14C.

00598317

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2019, a true and correct copy of Sanofi's Reply in Support of Its Notice of De-Designation Pursuant to CMO 14C was served upon the following by E-mail:

Samuel M. Wendt
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com
*Attorney for Plaintiff Gabriel*

Carasusana B. Wall
Michelle L. Kranz
Zoll & Kranz, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Telephone: (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
Email: michelle@toledolaw.com
*Attorney for Plaintiff Warren*

J. Kyle Bachus
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
Fax: (303) 893-9900
Email: kyle.bachus@coloradolaw.net
Email: celliott@coloradolaw.net
*Attorney for Plaintiff Earnest*

Richard L. Root
Betsy Barnes
Lauren Godshall
Morris Bart, LLC
601 Poydras Street 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Fax: (504) 599-3392
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com
Email: lgodshall@morrisbart.com
*Attorneys for Plaintiffs Thibodeaux and Crayton*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: barrios@bkc-law.com
*Plaintiffs' Liaison Counsel*

Matthew Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Email: plambert@gainsben.com
*Plaintiffs' Liaison Counsel*

John Francis Olinde
Chaffe McCall LLP
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
Phone: (504) 585-7000
Email: olinde@chaffe.com
*Attorney for Defendants*