UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kathleen Gabriel, Case No. 2:16-cv-16788;<br>Diana Warren, Case No. 2:17-cv-13380;<br>Barbara Earnest, Case No. 2:16-cv-17731;<br>Cynthia Thibodeaux, Case No. 2:16-cv-15859<br>Sheila Crayton, Case No. 2:17-cv-05923. | MDL No. 2740<br><br>SECTION: "H" (5) |

## ORDER

Considering the Motion for Leave to File Reply in Support of their Notice of De-Designation Pursuant to CMO No. 14C filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Notice of De-Designation Pursuant to CMO No. 14C is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE