UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to all cases | |

## ORDER

On April 4, 2019, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the seven-day time frame set by the Court.[1]

- Darlene Brown, 2:18-cv-06007

- Linda F. Chandler, 2:17-cv-02733

- Tracy McGloun, 2:18-cv-02816

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of April, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff Sheila Allen, 2:18-cv-10688, was ordered to submit a Plaintiff Fact Sheet within seven days of the hearing. She belatedly submitted her PFS on April 17, 2019. Because Allen filed her lawsuit on November 8, 2018, the Court will accept her late-filed PFS and allow her case to proceed.