MINUTE ENTRY
NORTH, M.J.
MAY 1, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NUMBER: 2740
         PRODUCTS LIABILITY
         LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO ALL CASES

### HEARING ON MOTION

COURT REPORTER:  Nichelle Drake

APPEARANCES:  David Miceli, Dawn Barrios, Palmer Lambert, Karen Menzies, Chris Coffin, Douglas Moore

MOTION:

(1) Rule to Show Cause to David Miceli (Rec. doc. 6726).

_____: Continued to

_____: No opposition

_____: Opposition

### ORDERED

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

MJSTAR (00:15)

__1__ :        Other.  Satisfied.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE