UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to:<br>*Jennifer Rau v. Sandoz Inc.*<br>Case No. 2:17-cv-11091 | JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Taryn W. Harper, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                Respectfully submitted,

                */s/ Taryn W. Harper*
                Taryn W. Harper
                **GREENBERG TRAURIG, LLP**
                Terminus 200
                3333 Piedmont Road NE, Suite 2500
                Atlanta, GA 30305
                Telephone: (678) 553-1111
                Facsimile: (678) 553-2212
                E-mail: harpert@gtlaw.com

                *Counsel for Defendant Sandoz Inc.*

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in these matters.

*/s/ Taryn W. Harper*
Taryn W. Harper