MINUTE ENTRY
MILAZZO, J.
May 2, 2019

JS-10:01:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On May 2, 2019, the Court held a status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a follow-up status conference with liaison counsel is **SET** for **May 7, 2019, at 2:00 p.m.**

New Orleans, Louisiana, this 2nd day of May, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE