UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 95A

**IT IS ORDERED** that the status conference scheduled for May 21, 2019, at 10:00 a.m. in Judge Milazzo's courtroom is **CANCELLED**. The parties should, however, still submit a joint report;

**IT IS FURTHER ORDERED** that on **May 21, 2019, at 8:30 a.m.**, the Court will hold a status conference with liaison and lead counsel.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE