UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: "H" (5) |

### SANOFI'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR REVIEW OF DISCOVERY ORDER REGARDING PSC'S *IN CAMERA* CORRESPONDENCE AND VIDEOS

Pursuant to Local Rule 78.1, Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi") request oral argument on Defendants' Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos (Rec. Doc. 6744). The Motion has been noticed for submission on the 8th day of May, 2019, at 9:30 a.m. Oral argument will assist the Court in addressing the issues raised in Defendants' Motion and Plaintiff's Opposition to the Motion (Rec. Doc. 6852).

WHEREFORE, Sanofi respectfully prays that the Court grant its Request and set Oral Argument on Sanofi's Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos (Rec. Doc. 6744).

1

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*