UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            )       MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION          )
                                       )       SECTION: "H" (5)
                                       )
This document relates to all cases     )

# ORDER

**IT IS ORDERED** that the Court will hold oral argument on **May 22, 2019, at 10:00 a.m.** on the following Motions:

- Motion for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Barbara Earnest (Doc. 6078);

- Motion for Summary Judgment Based on the Statute of Limitations for Barbara Earnest (Doc. 6079);

- Motion for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis (Doc. 6080);

- Motion for Summary Judgment Based on the Statute of Limitations for Tanya Francis (Doc. 6081); and

- Motion to Exclude Expert Testimony of Dr. Linda Bosserman (Doc. 6130).

New Orleans, Louisiana, this 2nd day of May, 2019.

*[signature]*

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**