UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| LETTI LASSITER, et al, | |
| | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| Plaintiff(s), | |
| vs. | Civil Action No.: 2:18-cv-11553 |
| SANOFI-AVENTIS U.S. LLC, et al, | |
| Defendant(s). | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 6849);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT