**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETXAEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **JUDGE JANE TRICHE MILAZZO** |
| **Civil Action No. 2:19-cv-09389** | : | **MAG. JUDGE NORTH** |
| *Losa Obu v. Hospira, Inc., et al.* | : | |
| | : | |

## ORDER

Upon considering the Joint Motion to Withdraw and Substitute Counsel (Doc. 6846);

**IT IS ORDERED** that the Motion is **GRANTED** and Rayna E. Kessler and the law firm

Robins Kaplan LLP are withdrawn as counsel for Plaintiff Losa Obu;

**IT IS FURTHER ORDERED** that Ethan L. Shaw and John P. Cowart of the law firm

of Shaw Cowart, L.L.P., are hereby substituted as counsel of record for Plaintiff Losa Obu.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
JUDGE JANE TRICHE MILAZZO