# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Shelly Jones, et al. v. Sanofi U.S. Services Inc., et al.*<br>*Case No. 2:19-cv-01164* | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the Motion of Defendant Accord Healthcare, Inc. for Joinder in Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendant Accord Healthcare, Inc. is joined in Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
JUDGE JANE TRICHE MILAZZO