UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| Jackson v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13705 | : |
| | : MAG. JUDGE MICHAEL B. NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, MELVA JACKSON, now deceased, pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure and respectfully moves this Court for an order substituting Jerrie Jackson as Plaintiff, on behalf of her deceased mother, Melva Jackson, in the above-captioned cause.

1. Melva Jackson filed a products liability lawsuit against defendants on November 29, 2017.

2. On July 11, 2018, Melva Jackson passed away.

3. Plaintiff filed a Suggestion of Death on May 1, 2019, attached hereto as **Exhibit A.**

4. Melva Jackson's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

5. The decedent's daughter, Jerrie Jackson, Administer of the Estate of Melva Jackson, Deceased, is the Proper Plaintiff and wishes to be substituted on behalf of Melva Jackson, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: May 3, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 3, 2019

                                                Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: Jackson v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13705 | : JUDGE JANE TRICHE MILAZZO |
| | : MAG. JUDGE MICHAEL B. NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Melva Jackson, on or about July 11, 2018.  A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Jackson's estate.

Dated: May 2, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
 St. Louis, MO 63102
 314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 2, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff