# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000044137

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | MELVA JEAN JACKSON |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | MITCHELL |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 07/11/2018 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 61 |
| 4b. UNDER 1 YEAR (Mos. / Days) | |
| 4c. UNDER 1 DAY (Hours / Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 10/21/1956 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | MITCHELL |
| 7c. CITY, TOWN | BACONTON |
| 7d. STREET AND NUMBER | 2137 SHADY ROAD |
| 7e. ZIP CODE | 31716 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | EDUCATOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | EDUCATION |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | NAPOLEON JACKSON |
| 11. FATHER'S FULL NAME (First, Middle, Last) | HUBERT MITCHELL |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | BERNICE CHATMON |
| 13a. INFORMANT'S NAME (First, Middle, Last) | JERRIE JACKSON |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | 2137 SHADY ROAD BACONTON GEORGIA 31716 |
| 14. DECEDENT'S EDUCATION | BACHELOR'S DEGREE |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | PHOEBE PUTNEY MEMORIAL HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | ALBANY |
| 20. COUNTY OF DEATH | DOUGHERTY |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | NEW SALEM BAPTIST CHURCH CEMETERY, 8925 STAGECOACH ROAD BACONTON GEORGIA 31716 |
| 23. DISPOSITION DATE | 07/21/2018 |
| 24a. EMBALMER'S NAME | VICTOR ROMERO MEADOWS |
| 24b. EMBALMER LICENSE NO. | 4569 |
| 25. FUNERAL HOME NAME | MEADOWS FUNERAL HOME |
| 25a. FUNERAL HOME ADDRESS | 315 SOUTH MADISON ALBANY GEORGIA 31701 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | VICTOR R MEADOWS |
| 26b. FUN. DIR. LICENSE NO | 4969 |
| 27. DATE PRONOUNCED DEAD | 07/11/2018 |
| 28. HOUR PRONOUNCED DEAD | 11:04 PM |
| 29a. PRONOUNCER'S NAME | LETITIA RACHEL STEWART |
| 29b. LICENSE NUMBER | 247227 |
| 29c. DATE SIGNED | 07/11/2018 |
| 30. TIME OF DEATH | 11:04 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | MORBID OBESITY | UNKNOWN |
| Due to, or as a consequence of B. | | |
| Due to, or as a consequence of C. | | |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| 33. WAS AUTOPSY PERFORMED? | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|
| UNKNOWN | |

| 35. TOBACCO USE CONTRIBUTED TO DEATH | 36. IF FEMALE (range 10-54) PREGNANT | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED |
|---|---|---|
| UNKNOWN | NOT APPLICABLE | NATURAL |

| 38. DATE OF INJURY | 39. TIME OF INJURY | 40. PLACE OF INJURY | 41. INJURY AT WORK? |
|---|---|---|---|

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

43. DESCRIBE HOW INJURY OCCURRED

44. IF TRANSPORTATION INJURY

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)
DEVELL R YOUNG, MD, 26675

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

| 45a. DATE SIGNED | 45b. HOUR OF DEATH | 46a. DATE SIGNED | 46b. HOUR OF DEATH |
|---|---|---|---|
| 07/18/2018 | 11:04 PM | | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
DEVELL R YOUNG 2002 PALMYRA RD ALBANY GA 31701 ALBANY GEORGIA

48. REGISTRAR (Signature): /S/ DONNA L. MOORE

49. DATE FILED - REGISTRAR: 07/19/2018

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES     DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: _____
Issued by: Lena Eubanks
Date Issued: July 24, 2018

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED