CITY OF BACONTON
333 E. Walton Street
P. O. Box 399
Baconton, Ga. 31716
Phone:  (229) 787-5511
Fax:     (229) 787-5035

*Home of the Paper Shell Pecan*

# FAX

| To: Kristen | From: Jerren |
| Fax: 1.314.665.3017 | Pages: 2 |
| Phone: 2 | Date: 2/5/19 |
| Re: Melua Jackson | |

Comments:

Case 2:16-md-02740-JTM-MBN   Document 6915-2   Filed 05/03/19   Page 2 of 3

FILED IN OFFICE

OCT 03 2018

Judge of Probate Court

## IN THE PROBATE COURT OF _____MITCHELL_____ COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: ESTATE OF | ) | |
| | ) | |
| MELVA J. JACKSON _____, | ) | ESTATE NO. 18-P-107 |
| **DECEASED** | ) | |

### LETTERS OF ADMINISTRATION
*[Bond Waived and/or Certain Powers Granted at Time of Appointment]*

At a regular term of Probate Court, this Court granted an order allowing JERRIE MICHELLE JACKSON _____ to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law. In addition this Court:

*[Initial all that apply]*

(a) **POWERS GRANTED**: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

(b) **REPORTS WAIVED**: Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

(c) **BOND WAIVED**: Waives the specific requirement to post bond.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this ___ day of ___October___ , 20_18_ .

_____
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by:                                                          *[Seal]*

_____
Clerk of the Probate Court

GEORGIA, MITCHELL COUNTY
I HEREBY CERTIFY that the above and foregoing is
a true copy of the original filed at this office
ROBERT C. RICHARDSON
PROBATE COURT OF MITCHELL COUNTY, GEORGIA
Date _10/3/18_ [by]

GPCSF 3                                                              Eff. July 2017

# GEORGIA DEATH CERTIFICATE

State File Number   **2018GA000044137**

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | 2. SEX | 2a. DATE OF DEATH (Mo., Day, Year) |
|---|---|---|---|
| MELVA JEAN JACKSON | MITCHELL | FEMALE | ACTUAL DATE OF DEATH 07/11/2018 |

| 3. SOCIAL SECURITY NUMBER | 4a. AGE (Years) | 4b. UNDER 1 YEAR Mos. | Days | 4c. UNDER 1 DAY Hours | Mins. | 5. DATE OF BIRTH (Mo., Day, Year) |
|---|---|---|---|---|---|---|
| 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 | 61 | | | | | 10/21/1956 |

| 6. BIRTHPLACE | 7a. RESIDENCE - STATE | 7b. COUNTY | 7c. CITY, TOWN |
|---|---|---|---|
| GEORGIA | GEORGIA | MITCHELL | BACONTON |

| 7d. STREET AND NUMBER | 7e. ZIP CODE | 7f. INSIDE CITY LIMITS? | 8. ARMED FORCES? |
|---|---|---|---|
| 2137 SHADY ROAD | 31716 | NO | NO |

| 8a. USUAL OCCUPATION | 8b. KIND OF INDUSTRY OR BUSINESS |
|---|---|
| EDUCATOR | EDUCATION |

| 9. MARITAL STATUS | 10. SPOUSE NAME | 11. FATHER'S FULL NAME (First, Middle, Last) |
|---|---|---|
| MARRIED | NAPOLEON JACKSON | HUBERT MITCHELL |

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | 13a. INFORMANT'S NAME (First, Middle, Last) | 13b. RELATIONSHIP TO DECEDENT |
|---|---|---|
| BERNICE CHATMON | JERRIE JACKSON | DAUGHTER |

| 13c. MAILING ADDRESS | 14. DECEDENT'S EDUCATION |
|---|---|
| 2137 SHADY ROAD BACONTON GEORGIA 31716 | BACHELOR'S DEGREE |

| 15. ORIGIN OF DECEDENT (Italian, Mex.,French, English, etc.) | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) |
|---|---|
| NO, NOT SPANISH/HISPANIC/LATINO | BLACK OR AFRICAN-AMERICAN |

| 17a. IF DEATH OCCURRED IN HOSPITAL | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|
| INPATIENT | |

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street end no.) | 19. CITY, TOWN or LOCATION OF DEATH | 20. COUNTY OF DEATH |
|---|---|---|
| PHOEBE PUTNEY MEMORIAL HOSPITAL | ALBANY | DOUGHERTY |

| 21. METHOD OF DISPOSITION (specify) | 22. PLACE OF DISPOSITION | 23. DISPOSITION DATE (Mo., Day, Year) |
|---|---|---|
| BURIAL | NEW SALEM BAPTIST CHURCH CEMETERY . 9925 STAGECOACH ROAD BACONTON GEORGIA 31716 | 07/21/2018 |

| 24a. EMBALMER'S NAME | 24b. EMBALMER LICENSE NO. | 25. FUNERAL HOME NAME |
|---|---|---|
| VICTOR ROMERO MEADOWS | 4559 | MEADOWS FUNERAL HOME |

| 25a. FUNERAL HOME ADDRESS |
|---|
| 315 SOUTH MADISON ALBANY GEORGIA 31701 |

| 26a. SIGNATURE OF FUNERAL DIRECTOR | 26b. FUN. DIR. LICENSE NO | AMENDMENTS |
|---|---|---|
| VICTOR R MEADOWS | 4969 | |

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 28. HOUR PRONOUNCED DEAD |
|---|---|
| 07/11/2018 | 11:04 PM |

| 29a. PRONOUNCER'S NAME | 29b. LICENSE NUMBER | 29c. DATE SIGNED |
|---|---|---|
| LETITIA RACHEL STEWART | 247227 | 07/11/2018 |

| 30. TIME OF DEATH | 31. WAS CASE REFERRED TO MEDICAL EXAMINER |
|---|---|
| 11:04 PM | NO |

32. Part I. Enter the chain of events--diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. MORBID OBESITY | UNKNOWN |
| | Due to, or as a consequence of | |
| | B. | |
| | Due to, or as a consequence of | |
| | C. | |
| | Due to, or as a consequence of | |
| | D. | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death. | 33. WAS AUTOPSY PERFORMED? | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|
| | UNKNOWN | |

| 35. TOBACCO USE CONTRIBUTED TO DEATH | 36. IF FEMALE (range 10-54) PREGNANT | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) |
|---|---|---|
| UNKNOWN | NOT APPLICABLE | NATURAL |

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|
| | | | |

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|
| |

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|
| | |

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|
| DEVELL R YOUNG, MD, 26676 | |

| 45a. DATE SIGNED (Mo., Day, Year) | 45b. HOUR OF DEATH | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|
| 07/18/2018 | 11:04 PM | | |

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH |
|---|
| DEVELL R YOUNG 2002 PALMYRA RD ALBANY GA 31701 ALBANY GEORGIA |

| 48. REGISTRAR (Signature) | /S/ DONNA L. MOORE | 49. DATE FILED - REGISTRAR (Mo., Day, Year) 07/19/2018 |
|---|---|---|

Form 3803 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES              DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: _____

Issued by: _____

Date Issued: _____ July 24, 2018

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED