UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: : Jackson v. Sanofi S.A., et al., Civil Action : No. 2:17-cv-13705 : | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**ORDER ON MOTION FOR SUBSTITUTION OF PARTY
PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **JERRIE JACKSON,** on behalf of her deceased mother, MELVA JACKSON, may be substituted for Melva Jackson as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2019.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge