# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE T. MILAZZO |
| Tucker v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., et al. | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-763 | : |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 6857);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of May, 2019.

_____
Judge Jane Milazzo, U.S. District Judge