## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ; ; ; ; | MDL No. 2740<br><br>SECTION: "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| ANITA HARRIS-HAYES, | ; ; | |
| Plaintiff, | ; ; | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | ; ; | Civil Action No.: 2:18-cv-13048 |
| SANOFI-AVENTIS U.S. LLC, et al. | ; ; | |
| Defendants. | ; ; ; | |

Plaintiff Anita Harris-Hayes, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No. 2:18-cv-13048. This Notice of Voluntary Dismissal with Prejudice dismisses Plaintiff's claims in 2:18-cv-13048 ONLY. It is not intended to affect the lawsuit filed by Anita Harris-Hayes, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-10372.

Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records who are CM/ECF participants.

Dated: May 5, 2019                                        /s/ *Leslie LaMacchia*