## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANDOZ INC. AS A NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>SHEILA HARRIS v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, Case No. 2:17-cv-15376 | Civil Action No.: 2:17-cv-15376 |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sandoz Inc. as a Named Defendant is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge