**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| SHEILA HARRIS, | : : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: <u>2:17-cv-15376</u> |
| vs. | : : : | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, | : : : : | |
| Defendant(s). | : : | |
| -------------------------------------------------------------- | : | |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2019)**[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Sheila Harris _____

---

[1]      This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not applicable

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

  Not applicable

4.      Current State of Residence:   West Virginia

5.      State in which Plaintiff(s) allege(s) injury:  West Virginia (2001)  and Virginia (2017)

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☒   A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒   B.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒   A.      Sandoz Inc.

        ☐   B.      Accord Healthcare, Inc.

        ☐   C.      McKesson Corporation d/b/a McKesson Packaging

        ☐   D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐   E.      Hospira, Inc.

        ☐   F.      Sun Pharma Global FZE

        ☐   G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.      Pfizer Inc.

        ☐   I.      Actavis LLC f/k/a Actavis Inc.

        ☐   J.      Actavis Pharma, Inc.

☐ K. Other:

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> West Virginia Southern District Court, Charleston Division (2001)
> Western District of Virginia (2017)

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Date of first treatment:  June 29, 2001
> Date of last treatment:  August 31, 2001
> Date of first treatment:  March 3, 2017
> Date of last treatment:  May 5, 2017

11.     State in which Product(s) identified in question 9 was/were administered:

> West Virginia (2001) and Virginia (2017)

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> In February 2001, Plaintiff was diagnosed with breast cancer in West Virginia.  Upon information and belief, Plaintiff underwent chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent on or about June 2001.  In January 2017, Plaintiff was diagnosed with recurrence in Virginia. Upon information and belief, Plaintiff underwent chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent on or about March 2017.  As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring  permanent alopecia as a result of receiving chemotherapy with  docetaxel (TAXOTERE®) and/or a generic non-bioequivalent of same.

13.     Counts in Master Complaint brought by Plaintiff(s):

☒   Count I – Strict Products Liability - Failure to Warn
☒   Count III – Negligence
☒   Count IV – Negligent Misrepresentation
☒   Count V – Fraudulent Misrepresentation
☒   Count VI – Fraudulent Concealment
☒   Count VII – Fraud and Deceit

☐     Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

/s/ Brian A. Abramson
John T. Boundas, Esq.
Texas Bar No. 00793367
USDC SDTX Bar No. 25155
Brian A. Abramson, Esq.
Texas Bar No. 24050193
USDC SDTX Bar No. 634741
Margot Trevino, Esq.
Texas Bar No. 24083099
USDC SDTX Bar No. 1752103
Sejal K. Brahmbhatt, Esq.
Texas Bar No. 24031873
USDC SDTX Bar No. 685591
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:  713-230-2200
Facsimile:  713-643-6226
jboundas@whlaw.com
babramson@whlaw.com
mtrevino@whlaw.com
sbrahmbhatt@whlaw.com
Attorneys for Plaintiff