# EXHIBIT A

| | |
|---|---|
| **From:** | Byard, Adrienne (SHB) |
| **Sent:** | Thursday, May 2, 2019 6:57 PM |
| **To:** | 'David Miceli'; 'Karen Barth Menzies - Gibbs Law (kbm@classlawgroup.com)' |
| **Cc:** | 'p lambert'; 'barrios'; 'Chris Coffin'; 'Douglas Moore'; Ratliff, Harley (SHB) |
| **Subject:** | RE: Taxotere/Pathology and continued expert discovery |

Dave,

Thank you for your time on Monday.  As indicated, we believe the material requested in our written discovery was properly addressed in our subpoena deuces tecum for the depositions of Dr. Curtis Thompson and that, having received boilerplate objections to the same and based on instruction of the Court to serve written discovery, the requests are the appropriate vehicle for elucidating Plaintiffs' responses to the question of what documents exist, have been withheld, and/or were provided to Magistrate Judge North—or not.

In conferring, we understand Plaintiffs' responses to our three questions below to be that the referenced documents have not been located after a reasonable search by Dr. Thompson.  In particular, Plaintiffs have not located any documentation from August 15, 2018, related to planning a stem cell study at CTA Labs; from September 3, 2018, related to an email on normal hair samples for stem cell study; or any documentation spanning the gap from August 6, 2018, to October 24, 2018.  We asked if Plaintiffs have thoroughly exhausted their search efforts and the response was that you understand your search obligations.  If there are any other avenues you intend to pursue, please advise us as soon as possible as our reply on the Rule 72 motion will necessarily include requesting relief in terms of an adverse inference instruction at trial.

Additionally, we understand that the testimony of Dr. Curtis Thompson was incorrect as far as his statements that any documentation reflected in the invoices was turned over to us or provided for the Court's review.  To the extent that an errata has not yet been served for the deposition—or if one has that ought to be amended—we would ask that the errata reflect that the September 3, 2018, email—and any other documentation responsive to the requests from August 6, 2018 to October 24, 2018 (or later)—has not been found.

Sincerely,

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com