# EXHIBIT E

**From:** David Miceli
**Sent:** Wednesday, April 24, 2019 3:13 PM
**To:** Byard, Adrienne (SHB) <ABYARD@shb.com>
**Cc:** Palmer Lambert <plambert@gainsben.com>; Dawn Barrios <barrios@bkc-law.com>; 'Chris Coffin' <ccoffin@pbclawfirm.com>; Karen Barth Menzies - Gibbs Law (kbm@classlawgroup.com) <kbm@classlawgroup.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@irwinllc.com>; David Miceli (dmiceli@miceli-law.com) <dmiceli@miceli-law.com>
**Subject:** RE: Taxotere/Pathology and continued expert discovery

Dear Adrienne:

Please see pp:497:5 – 498:9 of Dr. Thompson's April 3, 2019 deposition for the answer to your question. Also, CMO 15 was not entered until November 8, 2018, so there would be no chain of custody form to provide. The name of the consultant to whom the slides were sent is not discoverable, and Judge North has made that clear in other rulings. Although not addressed in Connor's questioning, and as stated in our response to the Motion to Compel, we can inform you that the package was received and returned to without being opened by the consultant whose name is redacted, so there was no other review of the H & E slides. In a continued spirit of cooperation, we are producing a redacted declaration of the consultant to confirm this.

With this information, the previously provided declaration of Dr. Poole, and the lack of any evidence of a stem cell study in the depositions of Drs. Thompson, Tosti and Plunket, we ask that Sanofi withdraw its discovery issued Monday as it is both unnecessary and inappropriate. Please confirm you will withdraw the discovery issued Monday seeking information protected by the consulting expert (work product) privilege.

Now that we have promptly answered your questions, will you be responding with dates for Dr. Shapiro's deposition and for the depositions of Sanofi experts who will be providing supplemental reports?

Thank you,
David

---

**From:** Byard, Adrienne (SHB) <ABYARD@shb.com>
**Sent:** Wednesday, April 24, 2019 1:47 PM
**To:** David Miceli <dmiceli@miceli-law.com>
**Cc:** Palmer Lambert <plambert@gainsben.com>; Dawn Barrios <barrios@bkc-law.com>; 'Chris Coffin' <ccoffin@pbclawfirm.com>; Karen Barth Menzies - Gibbs Law (kbm@classlawgroup.com) <kbm@classlawgroup.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@irwinllc.com>
**Subject:** RE: Taxotere/Pathology and continued expert discovery

Dave,

With respect to Dr. Thompson's invoice entry dated October 24, 2018 "Organization of slides sent to [REDACTED]," can you tell me which slides Dr. Thompson sent to whom and for what purpose? Please provide the chain of custody. We look forward to a response to this question, as well as Doug's pending inquiry to Palmer. Thank you.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com