# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kathleen Gabriel, Case No. 2:16-cv-16788;<br>Diana Warren, Case No. 2:17-cv-13380;<br>Tonia Collins, Case No. 2:17-cv-14186;<br>Sharon Stevenson, Case No. 2:16-cv-15349. | MDL No. 2740<br><br>SECTION: H |

## SANOFI'S SECOND NOTICE OF DE-DESIGNATION PURSUANT TO CMO NO. 14C

PLEASE TAKE NOTICE that, pursuant to CMO No. 14C (Rec. Doc. 6789) and the direction from the Court on May 2, 2019, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") hereby de-designate cases previously selected for trial pool discovery in MDL No. 2740:

- Tonia Collins, Case No. 2:17-cv-14186; and
- Sharon Stevenson, Case No. 2:16-cv-15349.

Pursuant to the foregoing, Sanofi notifies the Court that its Oppositions to the Motions to Dismiss Plaintiffs Kathleen Gabriel and Diana Warren are hereby WITHDRAWN—conditioned on those cases being, in fact, dismissed with prejudice. *See* Rec. Doc. 6496 (Plaintiff Gabriel's Motion for Voluntary Dismissal) and Rec. Doc. 6530 (Plaintiff Warren's Motion for Voluntary Dismissal). *See also* Rec. Doc. 6534 (Opposition to Plaintiff Gabriel's Motion for Voluntary Dismissal) and Rec. Doc. 6669 (Opposition to Plaintiff Warren's Motion for Voluntary Dismissal).

1

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, a true and correct copy of the Notice of De-Designation Pursuant to CMO 14C was served upon the following by E-mail:

| | |
|---|---|
| Christopher L. Coffin<br>Jessica Perez<br>Pendley, Baudin & Coffin, LLP<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>504-355-0086<br>Fax: 504-523-0699<br>Email: ccoffin@pbclawfirm.com<br>Email: jperez@pbclawfirm.com<br>*Attorney for Plaintiff*<br><br>T. Aaron Stringer<br>Lowe Law Group<br>6028 S. Ridgeline Drive, Suite 200<br>Ogden, UT 84405<br>Telephone: (801) 917-8500<br>Fax: (801) 917-8484<br>Email: aaron@lowelawgroup.com<br>*Attorney for Plaintiff*<br><br>J. Kyle Bachus<br>J. Christopher Elliott<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303) 893-9800<br>Fax: (303) 893-9900<br>Email: kyle.bachus@coloradolaw.net<br>Email: celliott@coloradolaw.net<br>*Attorney for Plaintiff* | |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>One Shell Square<br>701 Poydras St.<br>Suite 3650<br>New Orleans, LA 70139-3650<br>Phone: (504) 524-3300 | Douglas J. Moore<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras St.<br>Suite 2700<br>New Orleans, LA 70130<br>Phone: (504) 310-2100<br>Email: dmoore@irwinllc.com<br>*Sanofi Defendants' Liaison Counsel* |

| | |
|---|---|
| Email: barrios@bkc-law.com<br>*Plaintiffs' Liaison Counsel*<br><br>Matthew Palmer Lambert<br>Gainsburgh, Benjamin, David, Meunier & Warshauer<br>Energy Centre<br>1100 Poydras St.<br>Suite 2800<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Email: plambert@gainsben.com<br>*Plaintiffs' Liaison Counsel* | |
| Samuel M. Wendt<br>Wendt Law Firm, PC<br>1100 Main St., Suite 2610<br>Kansas City, MO 64105<br>Telephone: 816.531.4415<br>Email: sam@wendtlaw.com<br>*Attorney for Plaintiff Kathleen Gabriel*<br><br>Carasusana B. Wall (OH 0090234)<br>Michelle L. Kranz (OH 0062479)<br>ZOLL & KRANZ, LLC<br>6620 W. Central Avenue, Suite 100<br>Toledo, OH 43617<br>Tel. (419) 841-9623<br>Fax: (419) 841-9719<br>Email: cara@toledolaw.com<br>*Attorney for Plaintiff Diana Warren*<br><br>michelle@toledolaw.com<br>ETHAN L. SHAW<br>Texas Bar No. 18140480<br>elshaw@shawcowart.com<br>JOHN P. COWART<br>Texas Bar No. 04919500<br>jcowart@shawcowart.com<br>1609 Shoal Creek Blvd., Suite 100<br>Austin, Texas 78701<br>T: 512.499.8900 / F: 512.320.8906<br><br>Perry W. Neichoy<br>PERRY W. NEICHOY, P.C. | John Francis Olinde<br>Chaffe McCall LLP<br>Energy Centre<br>1100 Poydras St.<br>Suite 2300<br>New Orleans, LA 70163-2300<br>Phone: (504) 585-7000<br>Email: olinde@chaffe.com<br>*505(b)(2) Defendants' Liaison Counsel* |

4

| | |
|---|---|
| Texas Bar No. 14865590<br>perry@pwn-mediate.com<br>1609 Shoal Creek Blvd., Suite 100<br>Austin, Texas 78701<br>*Attorneys for Plaintiff Tonia Collins*<br><br>Betsy Barnes<br>Louisiana Bar No. 19473<br>Morris Bart, LLC<br>601 Poydras St., 24th Fl.<br>New Orleans, LA 70130<br>Telephone: 504.525.8000<br>Facsimile: 504.599.3392<br>bbarnes@morrisbart.com<br>*Attorney for Plaintiff Sharon Stevenson* | |