# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE TRICHE MILAZZO |
| This Document Relates to: <br> Dorian Corey-Williams v. Sandoz, Inc. | * * | CIVIL ACTION NO. 2:19-cv-08824 |

## PLAINTIFF"S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Dorian Corey-Williams, by and through her Counsel, respectively with the consent of Defendants, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. The copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

This the 7th day of May, 2019.

                                                    RODEN LAW

                                                   /s/ Tyler McCormick Love
                                                   Tyler M. Love
                                                   GA Bar 940419
                                                   333 Commercial Drive
                                                   Savannah, GA 31406
                                                   P: 912.303.5850
                                                   F: 912.303.5851
                                                   Tlove@rodenlaw.com
                                                   *Attorney for Plaintiff*

## CETIFICATE OF COMPLIANCE

      I certify that I have attempted to obtain consent of counsel for Defendants to file this Motion for Leave to File Amended Short Form Complaint pursuant to Local Rule 7.6 and PTO 37A. Counsel for Accord Healthcare has consented to the Motion and Counsel for Sandoz, Inc. has not responded for more than 14 days.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      RODEN LAW

/s/ Tyler McCormick Love
Tyler M. Love
GA Bar 940419
333 Commercial Drive
Savannah, GA 31406
P: 912.303.5850
F: 912.303.5851
Tlove@rodenlaw.com
*Attorney for Plaintiff*