IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE TRICHE MILAZZO |
| This Document Relates to: <br> Dorian Corey-Williams v. Sandoz, Inc. | * * | <br> CIVIL ACTION NO. 2:19-cv-08824 |

---

PLAINTIFF"S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Dorian Corey-Williams, by and through her attorneys, with the consent of Defendants, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Dorian Corey-Williams, that she was provided Taxotere/Docetaxel chemotherapy produced only by Sandoz, Inc. that caused permanent hair loss. Her original suit was filed on April 4, 2019.

Subsequent to the filing of her original lawsuit, it was realized that, in addition to several cycles of Docetaxel produced by Sandoz, Inc., Plaintiff was administered Docetaxel produced by Accord Healthcare during her final infusion cycle. Therefore, Accord Healthcare should have been named as a Defendant in Plaintiff's case as one of the Defendants whose product alleges caused her permanent hair loss.

Pursuant to PTO no. 37A, on April 8, 2019, Plaintiff's counsel notified counsel for Defendants Accord Healthcare and Sandoz, Inc. as well as Defense Liaison Counsel for consent or opposition to this motion. On April 10, 2019, Plaintiff's counsel received a response from

counsel for Accord Healthcare stating that they do not oppose the filing of Plaintiff's Amended Complaint and that they preserve all defenses as set forth in its Master Answer. Plaintiff's counsel has not received a response from counsel for Sandoz, Inc. Having been over fourteen (14) days since notice was given to Defendants, Plaintiff files its motion for leave to amend unopposed as set out in PTO no. 37A.

     Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage, and the party to be added has stated that it does not oppose the motion. As a result, Plaintiff hereby requests that its Motion for Leave to File an Amended Short Form Complaint be granted.

     This the 7th day of May, 2019.

     **RODEN LAW**

<u>/s/ Tyler McCormick Love</u>
Tyler M. Love
GA Bar 940419
333 Commercial Drive
Savannah, GA 31406
P: 912.303.5850
F: 912.303.5851
Tlove@rodenlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      **RODEN LAW**

      <u>/s/ Tyler McCormick Love</u>
      Tyler M. Love
      GA Bar 940419
      333 Commercial Drive
      Savannah, GA 31406
      P: 912.303.5850
      F: 912.303.5851
      Tlove@rodenlaw.com
      *Attorney for Plaintiff*