IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * | MDL NO. 2740 SECTION "N" (5) JUDGE TRICHE MILAZZO |
| This Document Relates to: Dorian Corey-Williams v. Sandoz, Inc. | * * | CIVIL ACTION NO. 2:19-cv-08824 |

## Order

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This the 7th day of May, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT