# EXHIBIT A

08/06/2018  4:41 PM

## Account Financial History By Service Date
### BRYN MAWR MEDICAL SPECIALISTS ASSOCIATION

Page 3.

| Account Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 325450 | Bobbitt, Michele | | | | | | | | |
| 07/10/2014 | CHG | Bobbitt, Michele | 234 | J1200 | BENADRYL UP TO 50 MG DIPHENHYDRAMINE HCL | 07/15/2014 | 174.9 | 1.00 | 13.00 |
| 07/10/2014 | CHG | Bobbitt, Michele | 234 | J9171 | TAXOTERE 1 MG DOCETAXEL | 07/15/2014 | 174.9 | 180.00 | 5,400.00 |
| 07/10/2014 | CHG | Bobbitt, Michele | 234 | J2469 | ALOXI 25 MCG   PALONOSETRON HCL | 07/15/2014 | 787.01 | 10.00 | 500.00 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -12.25 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -16.68 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -18.05 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -19.68 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -39.81 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -57.20 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -76.00 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -285.50 |
| 07/11/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -4,609.80 |
| 07/11/2014 | PMT | 0001119984 | | | Elec. Transfer from IBC | 07/08/2014 | | | -2,167.02 |
| 07/11/2014 | CHG | Bobbitt, Michele | 234 | 96372 | INJECTION IM OR SUBCUT THERAPEUTIC, PROPHY, DIAG | 07/15/2014 | 288.03 | 1.00 | 35.00 |
| 07/11/2014 | CHG | Bobbitt, Michele | 234 | J2505 | NEULASTA 6 MG   PEGFILGRASTIM | 07/15/2014 | 288.03 | 1.00 | 4,375.00 |
| 07/16/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -4.32 |
| 07/16/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -7.65 |
| 07/16/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -9.03 |
| 07/16/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -12.45 |
| 07/16/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -57.00 |
| 07/16/2014 | PMT | 0001123850 | | | Elec. Transfer from IBC | 07/14/2014 | | | -234.55 |
| 07/17/2014 | CHG | Bobbitt, Michele | 234 | 99213-25 | OFFICE VISIT ESTABLISHED PT LEVEL 3 | 07/22/2014 | 787.01 | 1.00 | 90.00 |
| 07/17/2014 | CHG | Bobbitt, Michele | 234 | 96361 | HYDRATION EACH ADDL HR IV INFUSION | 07/22/2014 | 787.01 | 2.00 | 70.00 |
| 07/17/2014 | CHG | Bobbitt, Michele | 234 | J7030 | SALINE 1000 CC | 07/22/2014 | 787.01 | 1.00 | 30.00 |
| 07/17/2014 | CHG | Bobbitt, Michele | 234 | 96374 | INJECTION IV PUSH THERAPEUTIC PROPHYLACTIC OR DIAGNOSTI | 07/22/2014 | 787.01 | 1.00 | 80.00 |
| 07/17/2014 | CHG | Bobbitt, Michele | 234 | J1626 | KYTRIL 100 MCG   GRANISETRON HCL | 07/22/2014 | 787.01 | 10.00 | 250.00 |
| 07/21/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -7.65 |
| 07/21/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -24.91 |
| 07/21/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -28.69 |
| 07/21/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -119.50 |
| 07/21/2014 | PMT | 0001127542 | | | Elec. Transfer from IBC | 07/21/2014 | | | -249.25 |
| 07/23/2014 | CHG | Bobbitt, Michele | 234 | 96361 | HYDRATION EACH ADDL HR IV INFUSION | 07/29/2014 | 276.51 | 2.00 | 70.00 |
| 07/23/2014 | CHG | Bobbitt, Michele | 234 | J7030 | SALINE 1000 CC | 07/29/2014 | 276.51 | 1.00 | 30.00 |
| 07/23/2014 | CHG | Bobbitt, Michele | 234 | 96374 | INJECTION IV PUSH THERAPEUTIC PROPHYLACTIC OR DIAGNOSTI | 07/29/2014 | 276.51 | 1.00 | 80.00 |
| 07/23/2014 | CHG | Bobbitt, Michele | 234 | J1626 | KYTRIL 100 MCG   GRANISETRON HCL | 07/29/2014 | 276.51 | 10.00 | 250.00 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -4.32 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -7.65 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -9.03 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -9.11 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -11.42 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -12.25 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -12.45 |
| 07/28/2014 | ADJ | KHPADJ | | | Keystone Health Plan Adjustment | | | | -16.68 |

P.004/008

(FAX)

08/07/2018   08:20 BRYN MAWR MEDICAL