MINUTE ENTRY
MILAZZO, J.
May 7, 2019

JS-10:00:13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

# MINUTE ENTRY

On May 7, 2019, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the parties shall provide to the Court by **May 21, 2019**, suggested criteria for the selection of bellwether plaintiffs;

**IT IS FURTHER ORDERED** that the June 19, 2019 deadline for the parties to select additional plaintiffs for inclusion in the trial pool is vacated. Selections will be made by **July 19, 2019**;

**IT IS FURTHER ORDERED** that Section 1(b) of CMO 14C is suspended until further order from the Court;

**IT IS FURTHER ORDERED** that each of the following four plaintiffs who were added to the trial pool per Footnote 1 of CMO 14C has 14 days to submit a written certification confirming her willingness to move forward as a bellwether plaintiff:

- Loretta Hulin (18-7259);

- Trudy Autin (17-7331);

- Earnestine Hall (18-1156); and

- Acquice Conley (18-9799);

**IT IS FURTHER ORDERED** that Plaintiff Kathleen Gabriel's Motion to Dismiss (Doc. 6496) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Diana Warren's Motion to Dismiss (Doc. 6530) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Motion to Remove Sheila Crayton From the Second Bellwether Trial Pool (Doc. 6559) is **DENIED**;

**IT IS FURTHER ORDERED** that, per Footnote 1 of CMO 14C, Plaintiff Bonnie Seraphine's Motion to Dismiss Case with Prejudice (Doc. 6729) is **GRANTED**.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**