UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Sharon Isaac, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 2:18-cv-14244 |
| Sanofi US Services Inc. et al | : : : : | |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Sharon Isaac hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-14244, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff Sharon Isaac, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-11581. All parties shall bear their own costs.

Date: May 6, 2019

**REYES BROWNE REILLEY**

By: */s/ Ryan J. Browne*
Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
REYES BROWNE REILLEY
8222 Douglas Avenue, Suite 400
Dallas, TX  75225
(214) 526-7900
(214) 526-7910 facsimile
Ryan@reyeslaw.com
Spencer@reyeslaw.com
*Attorneys for Plaintiff*

**SHOOK, HARDY& BACON L.L.P.**

By: */s/ Kelly Bieri*
Kelly Bieri
Harley Ratliff
2555 Grand Boulevard, Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
Email: kbieri@shb.com; hratliff@shb.com
*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/  Ryan J. Browne
Ryan J. Browne