UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:18-cv-11581 *Sharon Isaac v. Sanofi-Aventis U.S. LLC, et al* | : : : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff Sharon Isaac, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11., and would show unto this Court the following:

Seth Sharrock Webb and the Law Offices of Brown and Crouppen, P.C., currently represent Plaintiff as attorneys of record. Plaintiff wishes to substitute Ryan J. Browne and Spencer P. Browne of Reyes Browne Reilley as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Brown and Crouppen, P.C., wish to withdraw, and substitute attorneys, as follows:

**REYES | BROWNE | REILLEY**
Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated this the 7th day of May, 2019.

Respectfully submitted,

**REYES | BROWNE | REILLEY**

*/s/Ryan J. Browne*
Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com


Agreed to by:

**BROWN & CROUPPEN, P.C.**

*/s/ Seth Sharrock Webb*
Seth Sharrock Webb
#51236
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com

**ATTORNEYS FOR PLAINTIFF,
SHARON ISSAC**

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of May, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

                                                */s/ Ryan J. Browne*
                                                Ryan J. Browne