UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:18-cv-11581 *Sharon Isaac v. Sanofi-Aventis U.S. LLC, et al* | : : : : | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |

## ORDER

Upon considering the Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Seth Sharrock Webb and the Law Firm Brown & Crouppen, P.C., are withdrawn as counsel for Plaintiff Sharon Isaac.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Ryan J. Browne and Spencer P. Browne of Reyes Browne Reilley, are hereby substituted as counsel of record for Plaintiff Sharon Isaac.

Signed this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO