UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Fowler, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

Respectfully submitted,

 /s/ Stephen T. Fowler
Stephen T. Fowler
**GREENBERG TRAURIG, LLP**
2101 L Street N.W.
Washington, D.C. 20037
Telephone: (202) 530-8587
Facsimile: (202) 331-3101
E-mail: fowlerst@gtlaw.com

*Counsel for Defendant Sandoz Inc.*

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

<i>/s/ Stephen T. Fowler</i><br>
Stephen T. Fowler