UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Jackson v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13705 | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## ORDER

Before the Court is a Motion for Substitution of Party Pursuant to Rule 25(a)(1) (Doc. 6915);

**IT IS ORDERED** that Jerrie Jackson, on behalf of her deceased mother, Melva Jackson, may be substituted for Melva Jackson as the proper party plaintiff in this action.

New Orleans, Louisiana this 8th day of May, 2019.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge