UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION
                                       SECTION:  "H" (5)
This Document Relates To:
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply in Support of their Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Reply in Support of Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos is hereby entered into the Court's docket.

New Orleans, Louisiana, this 8th day of May, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE