UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANDOZ INC. AS A NAMED DEFENDANT** |
| THIS DOCUMENT RELATES TO:<br><br>SHEILA HARRIS v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, Case No. 2:17-cv-15376 | Civil Action No.: 2:17-cv-15376 |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding Sandoz Inc. as a Named Defendant (Doc. 6927);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 8th day of May, 2019.

Honorable Jane T. Milazzo
U.S. District Court Judge