IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION : | * | |
| | * | SECTION "N" (5) |
| | * | JUDGE TRICHE MILAZZO |
| | * | |
| | * | |
| This Document Relates to: | * | |
| Dorian Corey-Williams v. Sandoz, Inc. | * | CIVIL ACTION NO. 2:19-cv-08824 |

_____

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 6930);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 8th day of May, 2019.

_____
JUDGE UNITED STATES DISTRICT COURT