UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: H (5) |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO DISCOVERY ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., who, with the consent of counsel for Plaintiffs, respectfully move for a brief extension of time to serve and file written objections pursuant to Federal Rule of Civil Procedure 72 to the Order Denying Defendants' Motion to Compel, which was entered by Magistrate Judge North on April 24, 2019. (Rec. Doc. 6805).

Defendants are currently conferring with Plaintiffs on the status of supplemental discovery regarding stem cell issues and therefore request an extension of fourteen (14) days from the date on which it is currently due, or until May 22, 2019, to serve and file written objections to the Order. Defendants contacted Plaintiffs' Liaison Counsel who consented to the filing of the instant Motion.

**WHEREFORE**, Defendants respectfully request that this Court grant the instant Consent Motion for Extension of Time to File Written Objections to Discovery Order, making such Objections due on May 22, 2019.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*