# EXHIBIT B

Case 2:16-md-02740-JTM-MBN   Document 6947-3   Filed 05/08/19   Page 2 of 5

Page 322

1        UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  TAXOTERE (DOCETAXEL)

5   PRODUCTS LIABILITY LITIGATION    MDL. No. 2740

6   This Document Relates To:        Section H

7   Antoinette Durden, Case No.

8   2:16-cv-16635;

9   Tanya Francis, Case No.

10  2:16-cv-17410;

11  Barbara Earnest, Case No.

12  2:16-cv-17144

13

14

15                    VOLUME II

16

17    VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

18           Taken in behalf of Defendants

19                 February 26, 2019

20

21

22

23

24

25     Job No. 3226563

Veritext Legal Solutions
800-227-8440                                              973-410-4040

1      BE IT REMEMBERED THAT, the deposition of
2   CURTIS THOMPSON, M.D., was reported by Aleshia
3   K. Macom, CSR No. 94-0296, on Tuesday,
4   February 26, 2019, commencing at the hour of
5   10:16 a.m., the proceedings being reported at
6   Kimpton Hotel Monaco, 506 SW Washington Street,
7   Portland, Oregon.
8                       APPEARANCES
9   ANDREWS THORNTON
10     By John C. Thornton
11        Lauren R. Davis
12     4701 Von Karman Avenue, Suite 300
13     Newport Beach, California 92660
14     949-748-1000
15     jct@andrewsthornton.com
16     ldavis@andrewsthornton.com
17     Appearing for Plaintiffs
18
19   SHOOK HARDY & BACON LLP
20     By Connor Sears
21     2555 Grand Boulevard
22     Kansas City, Missouri 64108
23     816-474-6550
24     csears@shb.com
25     Appearing for Sanofi Defendants

```
 1              APPEARANCES (Continued)
 2      DECHERT LLP
 3         By Amisha R. Patel (Telephonically)
 4         1900 K Street, NW
 5         Washington, D.C. 20006
 6         202-261-3374
 7         amisha.patel@dechert.com
 8         Appearing for Defendant Hospira
 9
10      Also Present:  Mick Irwin - Videographer
11                        *    *    *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                     Page 344

 1   Q.   The next entry down is also September 3rd, 2018,
 2        and it says "E-Mail regarding normal hair
 3        samples for stem cell study."  What can you tell
 4        me about that?
 5   A.   Oh, on the, the video, the researcher who was,
 6        the videos that I looked at from the August 6th
 7        review, that researcher indicated an interest in
 8        doing research in his laboratory and needed
 9        specimens.  And I just simply said, if and when
10        you need them, I can provide them, not from, not
11        anything from this case, hair samples.  So I
12        just acknowledged that I can provide these and
13        then I, that was it.
14   Q.   So is that an e-mail to the consulting expert?
15   A.   I believe so.
16   Q.   So this invoice is for $4,225?
17   A.   Yes.
18   Q.   Looks like you talked to plaintiffs' counsel for
19        three-fourths of an hour?
20   A.   No.  No.  No.  You mean the review of videos?
21   Q.   The telephone call.
22   A.   Oh, of the stem cell?  Yes.  That would have
23        been us.
24             MR. THORNTON:  Did you try flipping to the
25        next page?
```