UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Motion for Leave to File Plaintiffs' Sur-Reply in Opposition to Sanofi's Motion for Review of Discovery Order;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the PSC's proposed Sur-Reply in Opposition to Sanofi's Motion for Review of Discovery Order is hereby entered into the Court's docket.

New Orleans, Louisiana, this _____ day of May, 2019.

**HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**