Shirley LEDLIE                                             Wednesday, 8th May 2019
4 Impasse Marial
31470 Fonsorbes
FRANCE

 

                                                Mme MALMON (Le Greffier)
                                                Tribunal de Grande Instance de Toulouse
                                                2 Allées Jules Guesde
                                                31068 TOULOUSE CEDEX

 

Madame MALMON,

I attended a deposition, after receiving a subpoena from SANOFI US, on April 12th 2019 with judge Mme TAVERNIER at the Tribunal de Grande Instance in Toulouse, France.

A situation has occurred since this deposition that I would like the court to be aware of. Under the 'code de procédure civile française art. 748', I have submitted my expenses receipts for immediate payment, on several occasions, which have been ignored by SANOFI US.

I therefore kindly request that the court suspends their appeal and any further action until such a time SANOFI US has complied with the above French law and paid all my expenses, and future expenses in advance.

Sincerely yours,

Shirley LEDLIE