**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Regina Staggs
Case No.: 2:18-cv-06455

<u>**DECLARATION**</u>

I, Michael P. McGartland, have attempted to reach my client, on the following dates:

8/9/18; 8/30/18, 10/18/18, 11/2/18, 11/21/18, 12/2018, 1/23/19, 3/8/19, 3/12/19, and 4/18/19

by (check all that apply) __X__ telephone, _____ e-mail, _____ text message, _____ social media,

__X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to

my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 9, 2019.

s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com