UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 2:17-cv-15445 *Katherine Taylor v. Sanofi U.S. Services, Inc., et al.* | : : : : : | JUDGE MILAZZO |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Jeffrey J. Lowe with the law offices of Carey, Danis, and Lowe, LLC, currently represents Plaintiff as Attorney of Record. Plaintiff wishes to substitute C. Brooks Cutter as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Carey, Danis, and Lowe, LLC wish to withdraw, and substitute Attorney C. Brooks Cutter, as follows:

C. Brooks Cutter
CA Bar No. 121407
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone No. (916) 290-9400
Facsimile No. (916) 588-9330
bcutter@cutterlaw.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated this the 9th day of May, 2019.

                                 Respectfully submitted and representation accepted by:

/s/ *C. Brooks Cutter*
C. Brooks Cutter
CA Bar No. 121407
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone No. (916) 290-9400
Facsimile No. (916) 588-9330
bcutter@cutterlaw.com


Agreed to by:

/s/ *Jeffrey J, Lowe*
Jeffrey J. Lowe

Ectg{."Fcpku."cpf"Nqyg."NNE
:457"Hqtu{yj"Dnxf0"Uwkvg"3322
Uv0Nqwku."OQ"85327
Vgngrjqpg"Pq0*536+"947/9922
jloweBectg{fcpku0eqo


Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 9th day of May, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

/s/ *C. Brooks Cutter*

C. Brooks Cutter