UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>MDL NO. 2740<br>PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>SHELLY JONES, CHRISTINE AVERY, KAREN CRAWFORD, MARY ALLYN DEXTER, PEGGY ELMS, GWENDOLYN HARTFORD, AISHA INGRAM, DELLA ANN MACIEL, DEBRA POLLACK, LINDA PONZI, AMBER SHUBIN, KATRINA SMITH, MICHELLE BOBBITT, DONNA JORDAN-PACK, GEORGIANNE GAMBOA, TYKESHA WILLIAMS-SAUNDERS<br>          Plaintiffs,<br>     v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., WINTHROP, U.S, ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD, and McKESSON CORPORATION,<br>          Defendants | Case No. 2:19-cv-01164-JTM-MBN<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>Judge: Hon. Jane Triche Milazzo<br>Section "H" (5) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PLAINTIFFS' MOTION TO REMAND**

Plaintiffs' respectfully request leave to file the instant Reply in Support of the Supplemental Memorandum for Plaintiffs' Motion to Remand. (Rec. Doc. 6597-1). This Reply Memorandum will be helpful to the Court in considering the arguments raised by both parties on this issue.

1

2

WHEREFORE, Plaintiffs' respectfully requests that this Court grant leave to file its Reply in Support of Remand Motion.

Dated: May 9, 2019

By: /s/ Lowell W. Finson
Lowell W. Finson, Esq.
**Finson Law Firm**
*Attorneys for Plaintiffs*

Jennifer A. Lenze
LENZE LAWYERS, PLC
*Attorney for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 9th Day of May, 2019

/s/ Jennifer A. Lenze