UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>SHELLY JONES, CHRISTINE AVERY, KAREN CRAWFORD, MARY ALLYN DEXTER, PEGGY ELMS, GWENDOLYN HARTFORD, AISHA INGRAM, DELLA ANN MACIEL, DEBRA POLLACK, LINDA PONZI, AMBER SHUBIN, KATRINA SMITH, MICHELLE BOBBITT, DONNA JORDAN-PACK, GEORGIANNE GAMBOA, TYKESHA WILLIAMS-SAUNDERS<br>                    Plaintiffs,<br>  v.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., WINTHROP, U.S, ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD, and McKESSON CORPORATION,<br>                    Defendants | Case No. 2:19-cv-01164-JTM-MBN<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>Judge: Hon. Jane Triche Milazzo Section "H" (5) |

**[PROPOSED] ORDER**

Considering the Motion for Leave to File Reply in Support of Supplemental Memorandum to Plaintiffs' Motion to Remand, filed.

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Plaintiffs' proposed Reply in Support of Support of Supplemental Memorandum to Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

_____
UNITED STATES DISTRICT COURT JUDGE