**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **SECTION:  H (5)** |
| **This Document Relates To: ALL CASES** | |

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Written Objections to Discovery Order filed by Defendants, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion for Extension of Time to File Written Objections to Discovery Order be and is **GRANTED**, and that the deadline for Defendants to serve and file written objections to the Order Denying Defendants' Motion to Compel is hereby extended to May 22, 2019.

New Orleans, Louisiana this __10th__ day of _____ May _____, 2019.

_____
MAGISTRATE JUDGE MICHAEL B. NORTH