UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )        SECTION: "H" (5)
                                      )
This document relates to all cases    )

## PRETRIAL ORDER NO. 95B

**IT IS ORDERED** that the show cause hearing scheduled for **May 21, 2019,** will begin at **9:30 a.m.** in Judge Milazzo's courtroom. The dial-in number is (800) 260-0712 and the access code is 466264.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE