# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |
| MARY ELLEN BODKER | Case No. 2:17-CV-03426 |
| Plaintiff | |
| Vs. | |
| SANOFI S.A., ET AL | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ DAY OF _____, 2019.

_____
*J U D G E*

1