# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |
| MYRA CYPRIAN | Case No. 2:16-CV-15661 |
|     Plaintiff | |
|  Vs. | |
| SANOFI S.A., ET AL | |
|     Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action.   Plaintiff's original Complaint was filed in the Eastern District of Louisiana on October 18, 2016 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the year 2013 and that it caused her to suffer permanent alopecia. Plaintiff named and served Sanofi S.A., Aventis Pharma S. A., and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S.  Upon further investigation, Counsel for Plaintiff has been informed by Pontchartrain Cancer Center that Mrs. Cyprian was administered Docetaxel by Hospira Worldwide, Inc. and Hospira, Inc.  Based on this newly obtained

information, Plaintiff seeks to amend her complaint to add Hospira, Worldwide, Inc. and Hospira, Inc.   Upon approval, plaintiff will dismiss all remaining defendants.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they do not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 10th day of  May, 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 10th day of  May, 2019

/S/ Andrew Geiger

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:          (504)486-9481
Facsimile:    (504)483-8130
Email:          aberger@allan-berger.com
*Attorneys for Plaintiff*