UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| David McCrea o/b/o Zannette McCrea<br><br>   Plaintiff<br><br> Vs.<br><br>SANDOZ, INC., ET AL<br><br>   Defendants. | Case No. 2:17-CV-4817 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action.  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 19, 2017 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the years 2009 thru 2012 and that it caused her to suffer permanent alopecia.  Plaintiff named and served Sandoz, Inc., Accord Healthcare, Inc., McKesson Corp d/b/a McKesson Packaging, Hospira Worldwide, Inc. Hospira Inc., Sun Pharma Global FZE, Sun Pharma Global, Inc., Pfizer, Inc., Actavis Pharma, Inc., Eagle Pharmaceuticals,

1

Inc. and Northstar Rx LLCP.  Northstar was dismissed on July 10, 2017, Actavis Pharma, Inc. was dismissed on July 14,2017 and Eagle Pharmaceuticals, Inc. was dismissed on May 25, 2017.

Upon further investigation, Counsel for Plaintiff has been informed by Ochsner Health System that Mrs. McCrea was administered Docetaxel manufactured by Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc.  Based on this newly obtained information, Plaintiff seeks to amend her complaint to add Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, Inc.  Upon approval, plaintiff will dismiss all remaining defendants.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they do not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's Amended Short Form Complaint.

DATED this 10th  day of May , 2019.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.<br><br>Dated this 10th day of May 2019<br><br>/S/ Andrew Geiger | Respectfully submitted,<br>ALLAN BERGER & ASSOCIATES, P.L.C.<br>S/Andrew Geiger<br>ANDREW J. GEIGER (BAR NO. 32467)<br>ALLAN BERGER (BAR NO. 2977)<br>Allan Berger and Associates<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Phone:      (504)486-9481<br>Facsimile:  (504)483-8130<br>Email:      aberger@allan-berger.com<br>*Attorneys for Plaintiff* |