UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Genger Byars**
**Case No.: 2:18-cv-8981**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Genger Byars whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 10, 2019

                                                                **LOWE LAW GROUP**

                                                                By: */s/ T. Aaron Stringer*
                                                                T. Aaron Stringer
                                                                6028 S. Ridgeline Dr., Ste. 200
                                                                Ogden, UT 84405
                                                                Telephone: (385) 298-0175
                                                                Facsimile: (801) 656-0997
                                                                Email: aaron@lowelawgroup.com
                                                                *Attorney for Plaintiff(s)*