AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Elizabeth C. Dudley ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-11230 |
| Sanofi US Service Inc. f/k/a Sanofi - Aventis U.S. Inc, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Elizabeth C. Dudley                                                                        .

Date:   05/13/2019

/s/ Gordon Kessler
*Attorney's signature*

Gordon Kessler
*Printed name and bar number*

Gordon Kessler (NJ 243102017)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
*Address*

gkessler@bernllp.com
*E-mail address*

(212) 702-5000
*Telephone number*

(212) 818-0164
*FAX number*