UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

# ORDER

Considering the Motion for Leave to File Plaintiffs' Sur-Reply in Opposition to Sanofi's Motion for Review of Discovery Order (Doc. 6947);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the PSC's proposed Sur-Reply in Opposition to Sanofi's Motion for Review of Discovery Order is hereby entered into the Court's docket.

New Orleans, Louisiana, this 13th day of May, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE