UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
All Cases

### PLAINTIFFS' SUR-REPLY IN OPPOSITION TO SANOFI'S MOTION FOR REVIEW OF DISCOVERY ORDER

In its reply in support of its Motion for Review of Discovery Order (Rec. Doc. 6943), Sanofi speculates that the Plaintiffs' Steering Committee (PSC) may have improperly withheld evidence proving that a stem cell "study" exists. Sanofi so speculates because the PSC could not find a September 3, 2018 email from Plaintiffs' expert Dr. Curtis Thompson that is mentioned in an invoice the PSC produced to Sanofi. If a single email is missing, Sanofi imagines, the PSC must have improperly withheld scores of other documents revealing a study.

Attached is the September 3 email. (Exh. A.) The PSC first received a copy on May 3—and in fact this was the first time the PSC ever saw this communication. The PSC is submitting it *in camera* because, as we will explain, the email is a private communication about possible collaboration not related to this case and thus is not discoverable.

The September 3 email is a private communication between Dr. Thompson and the PSC's non-testifying consulting expert. The email concerns the *potential* for *independent* research and the *possibility* of an exchange of specimens from persons who are *not* plaintiffs in this case. Because this communication is not about or for this case, no attorneys are copied—just as one would expect.

1

Sanofi already knows full well that this email is about potential research and hair specimens unrelated to this litigation, because it asked Dr. Thompson about this exchange at his deposition on February 26, 2019. Dr. Thompson testified under oath that the September 3 email mentioned in his invoice was not related to this case, but rather, concerned other research and specimens (or hair samples) from persons who are not in any way connected to this litigation:

> Q. The next [invoice] entry down is also September 3rd, 2018, and it says "E-Mail regarding normal hair samples for stem cell study." What can you tell me about that?
>
> A. Oh, on the, the video, the researcher who was, the videos that I looked at from the August 6th review, *that researcher indicated an interest in doing research in his laboratory and needed specimens*. And I just simply said, if and when you need them, I can provide them, not from, *not anything from this case*, hair samples. So I just acknowledged that I can provide these and then I, that was it.
>
> Q. So is that an e-mail to the consulting expert?
>
> A. I believe so.

(Exh. B, C. Thompson Dep., 344:1-15, Feb. 26, 2019 (emphasis added).)

To be sure, Dr. Thompson listed this private communication in his invoice and billed the PSC for it. But, to his credit, Dr. Thompson recognizes that he made a mistake in preparing his invoice, and thus he has agreed to reimburse the PSC for this cost.

So much of Sanofi's reply brief hinges on the possibility that this email reveals a stem cell study. From that speculative premise, Sanofi also imagines that this email is just the tip of the iceberg. But the email simply corroborates Dr. Thompson's testimony—and once again shows that Sanofi's imagination has run wild.

For these reasons, Sanofi's sweeping surmise that this email reveals both the existence of a stem cell study *and* that other evidence is missing or has been improperly withheld is doubly

wrong. And with that, Sanofi's arguments in reply collapses under the weight of its own conspiracy theories.

Dated: May 8, 2019                                                Respectfully submitted,

*/s/ Christopher L. Coffin*                                       */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                                  Andre Mura (CA Bar # 298541)
1100 Poydras Street, Suite 2505                                   GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                                      6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                                             Los Angeles, California 90045
Fax: (504) 355-0089                                               Telephone: 510-350-9700
ccoffin@pbclawfirm.com                                            Facsimile: 510-350-9701
                                                                  kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*
                                                                  *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                            */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                        Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                         BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                          701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                           New Orleans, LA 70139
New Orleans, LA 70163-2800                                        Phone: 504-524-3300
Phone: 504-522-2304                                               Fax: 504-524-3313
Fax: 504-528-9973                                                 barrios@bkc-law.com
plambert@gainsben.com

                                                                  *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                                      Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                             Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                                       9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                                  Oklahoma City, OK 73120
Phone: (800) 664-1734                                             Phone: (405) 607-8757
aa@andrewsthornton.com                                            Fax: (405) 607-8749
                                                                  dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188

4

| | |
|---|---|
| Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                        */s/ M. Palmer Lambert*
                                                                       M. PALMER LAMBERT