# EXHIBIT B

Page 322

1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF LOUISIANA
3
4   IN RE:  TAXOTERE (DOCETAXEL)
5   PRODUCTS LIABILITY LITIGATION    MDL. No. 2740
6   This Document Relates To:        Section H
7   Antoinette Durden, Case No.
8   2:16-cv-16635;
9   Tanya Francis, Case No.
10  2:16-cv-17410;
11  Barbara Earnest, Case No.
12  2:16-cv-17144
13
14
15            VOLUME II
16
17  VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.
18         Taken in behalf of Defendants
19              February 26, 2019
20
21
22
23
24
25     Job No. 3226563

Page 323

1    BE IT REMEMBERED THAT, the deposition of
2    CURTIS THOMPSON, M.D., was reported by Aleshia
3    K. Macom, CSR No. 94-0296, on Tuesday,
4    February 26, 2019, commencing at the hour of
5    10:16 a.m., the proceedings being reported at
6    Kimpton Hotel Monaco, 506 SW Washington Street,
7    Portland, Oregon.
8                   APPEARANCES
9    ANDREWS THORNTON
10      By John C. Thornton
11         Lauren R. Davis
12      4701 Von Karman Avenue, Suite 300
13      Newport Beach, California 92660
14      949-748-1000
15      jct@andrewsthornton.com
16      ldavis@andrewsthornton.com
17      Appearing for Plaintiffs
18
19   SHOOK HARDY & BACON LLP
20      By Connor Sears
21      2555 Grand Boulevard
22      Kansas City, Missouri 64108
23      816-474-6550
24      csears@shb.com
25      Appearing for Sanofi Defendants

```
 1              APPEARANCES (Continued)
 2      DECHERT LLP
 3         By Amisha R. Patel (Telephonically)
 4         1900 K Street, NW
 5         Washington, D.C. 20006
 6         202-261-3374
 7         amisha.patel@dechert.com
 8         Appearing for Defendant Hospira
 9
10      Also Present:  Mick Irwin - Videographer
11                        *    *    *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 344

1  Q.  The next entry down is also September 3rd, 2018,
2      and it says "E-Mail regarding normal hair
3      samples for stem cell study."  What can you tell
4      me about that?
5  A.  Oh, on the, the video, the researcher who was,
6      the videos that I looked at from the August 6th
7      review, that researcher indicated an interest in
8      doing research in his laboratory and needed
9      specimens.  And I just simply said, if and when
10     you need them, I can provide them, not from, not
11     anything from this case, hair samples.  So I
12     just acknowledged that I can provide these and
13     then I, that was it.
14 Q.  So is that an e-mail to the consulting expert?
15 A.  I believe so.
16 Q.  So this invoice is for $4,225?
17 A.  Yes.
18 Q.  Looks like you talked to plaintiffs' counsel for
19     three-fourths of an hour?
20 A.  No.  No.  No.  You mean the review of videos?
21 Q.  The telephone call.
22 A.  Oh, of the stem cell?  Yes.  That would have
23     been us.
24          MR. THORNTON:  Did you try flipping to the
25     next page?