UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) MDL NO. 2740 PRODUCTS LIABILITY LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> SHELLY JONES, CHRISTINE AVERY, KAREN CRAWFORD, MARY ALLYN DEXTER, PEGGY ELMS, GWENDOLYN HARTFORD, AISHA INGRAM, DELLA ANN MACIEL, DEBRA POLLACK, LINDA PONZI, AMBER SHUBIN, KATRINA SMITH, MICHELLE BOBBITT, DONNA JORDAN-PACK, GEORGIANNE GAMBOA, TYKESHA WILLIAMS-SAUNDERS <br>　　　　　　Plaintiffs, <br>　v. <br><br> SANOFI US SERVICES INC. f/k/a SANOFI AVENTIS U.S. INC., WINTHROP, U.S, ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD, and McKESSON CORPORATION, <br>　　　　　　Defendants | Case No. 2:19-cv-01164 <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND** <br><br> Judge: Hon. Jane Triche Milazzo Section "H" (5) |

**ORDER**

Considering the Motion for Leave to File Reply in Support of Supplemental Memorandum to Plaintiffs' Motion to Remand;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Plaintiffs' proposed Reply in Support of Support of Supplemental Memorandum to Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

New Orleans, Louisiana, this 13th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE