# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| EILEEN PACKHAM | |
| Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| | **Notice of Dismissal of All Defendants** |
| SANOFI ET AL, | |
| Defendants. | |
| Civil Case No: 2:18-cv-11973 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all Defendants, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).

Dated this 14th day of May, 2019

/s/ *Robert Binstock*
Robert Binstock (TX Bar No. 02328350)
REICH AND BINSTOCK, LLP
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 14, 2019  /s/ *Robert Binstock*
Robert Binstock