UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Eileen Packham**_____
**Case No.:  2:18-cv-11973**_____

**DECLARATION**

I, Melissa Ephron, have attempted to reach my client, Eileen Packham, on the following dates:

3/28/19

4/1/19

4/4/19

4/15/19

4/17/19

by (check all that apply) ___X_ telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, __X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

By: /s/ Melissa Binstock Ephron
Melissa Binstock Ephron
State Bar No. 24101518
E-mail: mephron@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*