UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Mary Wipperman**_____
Case No.:  __2:18-cv-04710_____

# DECLARATION

I, Melissa Ephron, have attempted to reach my client, Mary Wipperman, on the following dates:

6/13/18

6/14/18

9/12/18

9/17/18

10/17/18

11/1/18

11/28/18

3/12/19

4/2/19

4/4/19

4/15/19

4/17/19

by (check all that apply) \_\_\_X\_ telephone, \_\_X\_\_ e-mail, \_\_\_\_ text message, \_\_\_\_ social media, \_\_\_\_ U.S. Mail, \_\_X\_\_ Certified Mail, \_\_X\_ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

      By: /s/ Melissa Binstock Ephron
Melissa Binstock Ephron
State Bar No. 24101518
E-mail: mephron@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*