UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On February 21, 2019, the Court issued a Minute Entry discussing a general status conference and a show cause hearing.

**IT IS ORDERED** that the Minute Entry (Doc. 6304) is **AMENDED** to reflect that the following cases were **DISMISSED WITH PREJUDICE** at the show cause hearing:

- Joyce Chapman, 2:16-cv-17229
- Marilyn Moss, 2:17-cv-17145 (duplicate case 2:18-cv-01223 remains pending)

New Orleans, Louisiana, this 14th day of May, 2019.

*[signature]*

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE