UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Branham v. Sanofi US Services, Inc., et al., Civil Action No. 2:18-cv-14282 | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: <u>May 15, 2019</u>          Respectfully submitted,

                      /s/ Russell Abney
                      Russell Abney, Esq.
                      State Bar No. 000875 (GA)
                      Ferrer Poirot & Wansbrough
                      2100 RiverEdge Pkwy, Ste 1025
                      Atlanta, GA 30328
                      Telephone: (800) 661-8210
                      Facsimile: (707) 313-0956
                      Email: atlanta@lawyerworks.com
                      *Attorney for the Plaintiff*