UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sharon Hill**
**Case No.: 18-cv-12737**

## DECLARATION

I, Peter E Goss, have attempted to reach my client, Sharon Hill on the following dates: November 17, 2018, January 30, 2019, January 31, 2019, February 5, 2019, February 10, 2019, February 15, 2019, February 20, 2019, February 22, 2019, February 27, 2019, March 6, 2019, March 7, 2019, March 14, 2019, March 20, 2019, March 26, 2019, March 28, 2019, April 3, 2019, April 18, 2091 and May 7, 2019 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Peter E. Goss_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
816-336-1300
pgoss@goss-lawfirm.com