UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Barbara Ann Warner**
**Case No.: 2:18-cv-12730**

## DECLARATION

I, Amy Collignon Gunn, have attempted to reach my client, Barbara Ann Warner, on the following dates: 7/5/2018, 8/28/2018, 9/10/2018, 12/10/2018, 1/15/2019, 1/18/2019, 1/23/2019, 2/26/2019, 2/27/2019, 3/4/2019, 3/28/2019, 4/3/2019, 4/16/2019, 4/25/2019 and 4/29/2019. by (check all that apply) __✓__ telephone, __✓__ e-mail, __✓__ text message, __✓__ social media, __✓__ U.S. Mail, __✓__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Amy Collignon Gunn
The Simon Law Firm, P.C.
John G. Simon
Amy Collignon Gunn
800 Market St., Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com