UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Connie Shaw**
**Case No.: 2:18-cv-13218**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Connie Shaw, on the following dates: June 11, 2018, September 7, 2018, October 11, 2018, November 21, 2018, December 12, 2018, January 7, 2019, January 8, 2019, January 17, 2019, January 23, 2019, January 28, 2019, February 5, 2019, February 28, 2019, March 11, 2019, April 11, 2019, April 26, 2019, and May 14, 2019 by:

☒telephone, ☐e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com