UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Laura Miller
**Case No.:** 2:18-cv-13133

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Laura Miller, on the following dates: June 11, 2018, August 24, 2018, November 20, 2018, January 16, 2019, February 1, 2019, February 27, 2019, March 12, 2019, March 19, 2019, March 21, 2019, April 2, 2019, April 10, 2019, April 17, 2019, April 26, 2019, and May 14, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com