**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Ann Coker
Case No.: 2:18-cv-12944

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Ann Coker, on the following dates:

June 12, 2018, August 24, 2018, November 19, 2018, November 30, 2018, December 7, 2018,

December 10, 2018, December 19, 2018, January 8, 2019, February 1, 2019, March 21, 2019,

April 3, 2019, April 12, 2019, April 26, 2019, and May 14, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com