# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION H(5) HON. JANE TRICHE MILAZZO |
| SHARON NELSON | Case No. 2:17-CV-06196 |
| Plaintiff | |
| Vs. | |
| SANDOZ, INC., ET AL | |
| Defendants | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 6963);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed

to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 15th day of May, 2019.

_____
JUDGE