UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION H(5)<br>HON. JANE TRICHE MILAZZO |
| CYNTHIA BROWN<br><br>Plaintiff<br><br>Vs.<br><br>SANDOZ, INC., ET AL<br><br>Defendants | Case No. 2:17-CV-4504 |

**ORDER**

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 6966);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 15th day of May, 2019.

_____
JUDGE

1