**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Mary Warren v. Sanofi-Aventis U.S. LLC, et al*

Civil Action No: 2:18-cv-13070

<u>NOTICE AND SUGGESTION OF DEATH</u>

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Mary Warren. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Warren's estate.

Respectfully submitted,

   */s/ C. Brooks Cutter*
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
CUTTER LAW, PC
401 Watt Avenue
Sacramento, CA 95864
Phone: (916) 290-9400
Fax: (916)588-9330
bcutter@cutterlaw.com
jdomer@cutterlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the on May 15, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 15, 2019                    */s/ C. Brooks Cutter*
                        _____