# CERTIFICATION OF DEATH RECORD

**COOK COUNTY CLERK VITAL RECORDS**
**CHICAGO, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER 2018 0028169 — DATE ISSUED 5/23/2018

DECEDENT'S LEGAL NAME: VANETTA BROWN
SEX: FEMALE
DATE OF DEATH: MARCH 27, 2018
COUNTY OF DEATH: COOK
AGE AT LAST BIRTHDAY: 65 YEARS
DATE OF BIRTH: MARCH 24, 1953
CITY OR TOWN: CHICAGO
HOSPITAL OR OTHER INSTITUTION NAME: 2857 W WILCOX
PLACE OF DEATH: DECEDENT'S HOME
BIRTHPLACE: CHICAGO, IL
SOCIAL SECURITY NUMBER: 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
STATUS AT TIME OF DEATH: NEVER MARRIED/NEVER IN CIVIL UNION
SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:
EVER IN U.S. ARMED FORCES? NO
RESIDENCE: 2857 W WILCOX
APT. NO.:
CITY OR TOWN: CHICAGO
INSIDE CITY LIMITS? YES
COUNTY: COOK
STATE: IL
ZIP CODE: 60612
FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: JIMMIE MURRAY
MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: ETHEL LEE BROWN
INFORMANT'S NAME: AVONNA BROWN
RELATIONSHIP: DAUGHTER
MAILING ADDRESS: 2857 W WILCOX, CHICAGO, IL, 60612
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: OAK RIDGE CEMETERY
LOCATION - CITY OR TOWN AND STATE: HILLSIDE, IL
DATE OF DISPOSITION: APRIL 07, 2018
FUNERAL HOME: JOHNSON FUNERAL SERVICE, 418 S CICERO AVE, CHICAGO, IL, 60644
FUNERAL DIRECTOR'S NAME: DUSHAWN SMITH
FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034016056
LOCAL REGISTRAR'S NAME: DAVID ORR
DATE FILED WITH LOCAL REGISTRAR: APRIL 3, 2018

CAUSE OF DEATH — PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. METASTATIC BREAST CANCER — Due to (or as a consequence of):
b. — Due to (or as a consequence of):
c. — Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: MONTHS MONTHS

PART II. Enter other ***significant conditions contributing to death*** but not resulting in the underlying cause given in PART I.
SEVERE PROTEIN CALORIE MALNUTRITION CHRONIC KIDNEY DISEASE MALIGNANT ASCITES

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A
FEMALE PREGNANCY STATUS: UNKNOWN
MANNER OF DEATH: NATURAL
DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:
ATTEND THE DECEASED? NO
DATE LAST SEEN ALIVE: UNKNOWN
WAS MEDICAL EXAMINER OR CORONER CONTACTED? UNKNOWN
DATE PRONOUNCED:
TIME OF DEATH: 07:20 AM
CERTIFIER: PHYSICIAN
DATE CERTIFIED: APRIL 02, 2018
NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: CHARLES DRUECK, 600 W CERMAK RD STE 3D, CHICAGO, ILLINOIS, 60616
PHYSICIAN'S LICENSE NUMBER: 036045746

0330313

SEAL OF THE STATE OF ILLINOIS AUG 26th 1818

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

David Orr
David Orr
Cook County Clerk

SEAL OF COOK COUNTY ILLINOIS

NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE