## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" (5) |
| | * | |
| | * | JUDGE MILAZZO |
| | * | MAG. JUDGE NORTH |
| | * | |
| THIS DOCUMENT RELATES TO: | * | NOTICE OF PARTIAL DISMISSAL |
| | * | WITH PREJUDICE AS TO ALL EXCEPT |
| | * | Hospira Worldwide, LLC |
| | * | f/k/a Hospira Worldwide, Inc. and Hospira, |
| | * | Inc. |
| | * | |
| Cyprian v. Sanofi S.A., ET AL | * | Case No. 2:16-cv-15661 |

**************************************

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:    May 16, 2019.

ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:          (504)486-9481
Facsimile:     (504)483-8130
Email:          aberger@allan-berger.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16,  2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Andrew J. Geiger