UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * * * | MDL NO. 2740 SECTION "H" (5)  JUDGE MILAZZO MAG. JUDGE NORTH  NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sandoz, Inc., Sanofi US Services Inc., f/k/a Sanofi Aventis U. S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. |
| THIS DOCUMENT RELATES TO: | | |
| McCrea v. Sandoz, Inc. et al | * | Case No. 2:17-cv-04817 |

**************************************

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., Sanofi US Services Inc., f/k/a Sanofi Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:   May 16, 2019.

Signature on next page

>ALLAN BERGER & ASSOCIATES, P.L.C.
>S/Andrew Geiger
>ANDREW J. GEIGER (BAR NO. 32467)
>ALLAN BERGER (BAR NO. 2977)
>Allan Berger and Associates
>4173 Canal Street
>New Orleans, Louisiana 70119
>Phone:      (504)486-9481
>Facsimile:  (504)483-8130
>Email:      aberger@allan-berger.com
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>/s/ Andrew J. Geiger