UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Saundra Bell
Case No.: 2:17-cv-16223

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Saundra Bell whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 16, 2019                  /s/ *Charles G. Orr*
                                                   Charles G. Orr
                                                   The Mulligan Law Firm
                                                   3710 Rawlins Street, #901
                                                   Dallas, Texas 75219
                                                   (214) 219-9779
                                                   corr@mulliganlaw.com