UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Nadine Holman**
**Case No.: 2:18-cv-12847**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Nadine Holman whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 16, 2019

/s/ *Charles G. Orr*
Charles G. Orr
The Mulligan Law Firm
3710 Rawlins Street, #901
Dallas, Texas 75219
(214) 219-9779
corr@mulliganlaw.com