UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Debbie Mackey
Case No.: 2:18-cv-12861

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Debbie Mackey whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 16, 2019　　　　　　　　　　/s/ *Charles G. Orr*
　　　　　　　　　　　　　　　　　　　　Charles G. Orr
　　　　　　　　　　　　　　　　　　　　The Mulligan Law Firm
　　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, #901
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　(214) 219-9779
　　　　　　　　　　　　　　　　　　　　corr@mulliganlaw.com