UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Barbara Wiggins**
**Case No.: 2:17-cv-16441**

## STATEMENT OF PLAINTIFF'S COUNSEL

      I represent Barbara Wiggins whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

      The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 16, 2019                            /s/ *Charles G. Orr*
                                                     Charles G. Orr
                                                     The Mulligan Law Firm
                                                     3710 Rawlins Street, #901
                                                     Dallas, Texas 75219
                                                     (214) 219-9779
                                                     corr@mulliganlaw.com