UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION


                                                   SECTION "H" (5)


THIS DOCUMENT RELATES TO

Plaintiff Name: Carrie Williams
Case No.: 2:18-cv-12920


<u>STATEMENT OF PLAINTIFF'S COUNSEL</u>


        I represent Carrie Williams whose case is on a Notice of Non-Compliance to be heard by
the Court on May 21, 2019.  I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 16, 2019                          /s/ *Charles G. Orr*
                                             Charles G. Orr
                                             The Mulligan Law Firm
                                             3710 Rawlins Street, #901
                                             Dallas, Texas 75219
                                             (214) 219-9779
                                             corr@mulliganlaw.com