UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Melanie Beever**
**Case No.: 2:18-cv-13859**

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Melanie Beever, on the following dates: 01/30/2019, 03/05/2019, 04/05/2019, 04/06/2019, 04/22/2019, 04/26/2019, 05/02/2019, 05/06/2019, 05/08/2019, 05/10/2019, 05/10/2019, and 05/13/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019      Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Charlotte Gulewicz**
Texas Bar No: 24094692
charlotte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, TX 75223
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**