UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Karen Berry
Case No.: 2:18-cv-13832

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Karen Berry, on the following

dates:  01/30/2019,  03/05/2019,  04/05/2019,  04/06/2019,  04/22/2019,  04/24/2019,  04/26/2019,

04/29/2019, 05/02/2019, 05/03/2019, 05/06/2019, 05/10/2019, and 05/13/2019, by (check all that

apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified

Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019                          Respectfully submitted,

                                             */s/ Matthew R. McCarley*
                                             **Matthew R. McCarley**
                                             Texas Bar No. 24041426
                                             mccarley@fnlawfirm.com
                                             **Charlotte Gulewicz**
                                             Texas Bar No: 24094692
                                             charlotte@fnlawfirm.com
                                             **FEARS NACHAWATI, PLLC**
                                             5473 Blair Rd
                                             Dallas, TX 75223
                                             Tel. (214) 890-0711
                                             Fax (214) 890-0712

                                             **ATTORNEY FOR THE PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

/s/ Matthew R. McCarley
**Matthew R. McCarley**