UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Priscilla Fearn**
**Case No.: 2:18-cv-13039**

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Priscilla Fearn, on the following dates: 12/10/2018, 01/08/2019, 02/21/2019, 03/18/2019, 04/08/2019, 04/11/2019, 04/13/2019, 04/29/2019, 05/02/2019, 05/07/2019, 05/09/2019, and 05/15/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019                        Respectfully submitted,

                                            */s/ Matthew R. McCarley*
                                            **Matthew R. McCarley**
                                            Texas Bar No. 24041426
                                            mccarley@fnlawfirm.com
                                            **Charlotte Gulewicz**
                                            Texas Bar No: 24094692
                                            charlotte@fnlawfirm.com
                                            **FEARS NACHAWATI, PLLC**
                                            5473 Blair Rd
                                            Dallas, TX 75223
                                            Tel. (214) 890-0711
                                            Fax (214) 890-0712

                                            **ATTORNEY FOR THE PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Matthew R. McCarley*
                                                **Matthew R. McCarley**