**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Patricia Gaither**
**Case No.: 2:18-cv-13053**

<u>**DECLARATION**</u>

I, Matthew R. McCarley, have attempted to reach my client, Patricia Gaither, on the following dates: <u>12/20/2018, 01/07/2019, 02/21/2019, 03/18/2019, 04/08/2019, 04/13/2019, 04/15/2019, 04/29/2019, 05/02/2019, 05/07/2019, 05/09/2019, and 05/16/2019</u>, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019                     Respectfully submitted,

                                        _/s/ Matthew R. McCarley_
                                        **Matthew R. McCarley**
                                        Texas Bar No. 24041426
                                        mccarley@fnlawfirm.com
                                        **Charlotte Gulewicz**
                                        Texas Bar No: 24094692
                                        charlotte@fnlawfirm.com
                                        **FEARS NACHAWATI, PLLC**
                                        5473 Blair Rd
                                        Dallas, TX 75223
                                        Tel. (214) 890-0711
                                        Fax (214) 890-0712

                                        **ATTORNEY FOR THE PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Matthew R. McCarley
_____
**Matthew R. McCarley**