**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Jeanni Gorichanaz
Case No.: 2:18-cv-12907

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Jeanni Gorichanaz, on the following dates: 12/13/2018, 02/05/2019, 02/21/2019, 03/14/2019, 04/08/2019, 04/13/2019, 04/23/2019, 04/30/2019, 05/02/2019, 05/07/2019, 05/09/2019, and 05/16/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019                    Respectfully submitted,

                                       /s/ Matthew R. McCarley
                                       **Matthew R. McCarley**
                                       Texas Bar No. 24041426
                                       mccarley@fnlawfirm.com
                                       **Charlotte Gulewicz**
                                       Texas Bar No: 24094692
                                       charlotte@fnlawfirm.com
                                       **FEARS NACHAWATI, PLLC**
                                       5473 Blair Rd
                                       Dallas, TX 75223
                                       Tel. (214) 890-0711
                                       Fax (214) 890-0712

                                       **ATTORNEY FOR THE PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*

**Matthew R. McCarley**
