UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Lori Tucker**
**Case No.: 2:18-cv-13201**

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Lori Tucker, on the following dates: 12/19/2018, 01/08/2019, 02/21/2019, 02/22/2019, 03/21/2019, 04/08/2019, 04/22/2019, 04/23/2019, 04/24/2019, 04/30/2019, 05/01/2019, and 05/06/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2019                      Respectfully submitted,

                                         */s/ Matthew R. McCarley*
                                         **Matthew R. McCarley**
                                         Texas Bar No. 24041426
                                         mccarley@fnlawfirm.com
                                         **Charlotte Gulewicz**
                                         Texas Bar No: 24094692
                                         charlotte@fnlawfirm.com
                                         **FEARS NACHAWATI, PLLC**
                                         5473 Blair Rd
                                         Dallas, TX 75223
                                         Tel. (214) 890-0711
                                         Fax (214) 890-0712

                                         **ATTORNEY FOR THE PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Matthew R. McCarley*
                                                **Matthew R. McCarley**