UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Parham v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.,*<br><br>Plaintiff Name: Antoinette Parham<br>Civil Action No.: 2:18-cv-13304 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 16 day of May 2019

                        Respectfully submitted,

                        /s/ Charlotte A. Gulewicz

                        Charlotte Gulewicz
                        Texas Bar No: 24094692
                        charlotte@fnlawfirm.com

                        FEARS NACHAWATI, PLLC
                        5473 Blair Road
                        Dallas, Texas 75231
                        Tel. (214) 890-0711
                        Fax (214) 890-0712

                        Counsel for Plaintiff

                        /s/ Matthew R. McCarley

                        Charlotte Gulewicz
                        Texas Bar No: 24041426
                        mccarley@fnlawfirm.com

                        FEARS NACHAWATI, PLLC
                        5473 Blair Road
                        Dallas, Texas 75231
                        Tel. (214) 890-0711
                        Fax (214) 890-0712

                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                        /s/ Charlotte Gulewicz