# Scanned Cover Sheet – Mail

**Client Name:**   Lilian  Roberts

**Case Code:**   TXR

**File No:**   49053

**STATUS:**   Filed

**SYSID:**   CF9221DB312805AA


**UserName:**   fredys

**Attorney:**   Shayna E. Sacks

**Paralegal:**   Michele Gillen


**Scan Date:**   11/1/2018 3:26 PM


**Case Type:**   Taxotere

**Database:**   Pharmaceutical

**CERTIFICATION OF VITAL RECORD**

# DURHAM COUNTY
## REGISTER OF DEEDS
DURHAM, NORTH CAROLINA

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

2011002500

Registration
District No. 032–95   Local No. 2489

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Lillian Alston Roberts | F | 11-04-2011 |

| SOCIAL SECURITY NUMBER | AGE—Last Birthday | UNDER 1 YEAR | UNDER 1 DAY | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | (Years) 85 | Months / Days | Hours / Minutes | 7-28-1926 | Durham Co,NC |

WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No): No

9a. PLACE OF DEATH (Check only one): HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER: ☒ Nursing Home ☐ Residence ☐ Other (Specify)

| FACILITY NAME (If not institution, give street and number) | CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS? (Yes or No) | COUNTY OF DEATH |
|---|---|---|---|
| Brian Ctr Health & Rehab | Durham | Yes | Durham |

| MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life, Do not use retired.) | KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Divorced | | Teacher | Church |

| COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER |
|---|---|---|
| NC  Durham | Durham | 1214 S.Roxboro Street |

| INSIDE CITY LIMITS? (Yes or No) | ZIP CODE | Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc) ☐ Yes ☒ No (Specify) | RACE—American Indian, Black, White, Etc. (Specify) | DECEDENT'S EDUCATION (Specify only highest grade completed Elementary/Secondary (0-12)  College (13-17+) |
|---|---|---|---|---|
| Yes | 27707 | | Black | 12+ |

**PARENTS**

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Willie Alston | Minnie Aiken |

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | 19c. DATE AMENDED |
|---|---|---|
| Pamela R. Spells | 6807 Winding Arch Dr.Durham,NC 27713 | |

Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. If appropriate, enter tobacco, alcohol, or drug use. List only one cause on each line. (PRINT or TYPE)

**CAUSE OF DEATH**

a. IMMEDIATE CAUSE (Final disease or condition resulting in death): Respiratory Failure
   DUE TO (OR AS A CONSEQUENCE OF):

b. Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or Injury that initiated events resulting in death) LAST: Aspiration Pneumonia
   DUE TO (OR AS A CONSEQUENCE OF):

c.  DUE TO (OR AS A CONSEQUENCE OF):

d.

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I, such as tobacco, alcohol, or drug use; diabetes, etc.

| AUTOPSY? (Yes or No) | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH |
|---|---|---|---|
| | | | 8:05 A.M. |

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER ON A MEDICAL EXAMINER'S CERTIFICATE OF DEATH. ANY DEATH FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

**CERTIFIER**

| 23a. SIGNATURE AND TITLE OF CERTIFIER | 23b. DATE SIGNED (Month, Day, Year) |
|---|---|
| | 11/8/11 |

| 24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) |
|---|
| Hong Yu   3414 N. Duke St. Ste 400 Durham NC 27704 |

**DISPOSITION**

| 25a. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | 25b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 25c. LOCATION — City or Town, State, Zip Code |
|---|---|---|
| | Glennview Memorial Park | Durham,NC 27713 |

| 26a. NAME AND ADDRESS OF FUNERAL HOME | 26b. NAME OF FUNERAL DIRECTOR | 26c. LICENSE NUMBER |
|---|---|---|
| Burthey Funeral Svc, Durham, NC 27701 | Pamela Monk Burthey | 3376 |

| 26d. REGISTRAR'S SIGNATURE | DATE FILED (Month, Day, Year) | 26d. NAME OF EMBALMER | 26e. LICENSE NUMBER |
|---|---|---|---|
| Gayle B. Harris | 11/09/2011 | Grover C Burthey | 773 |

0229104

**NORTH CAROLINA – Durham County**

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this 23/RD day of February 2012.

**WILLIE L. COVINGTON**    By: _____
Register of Deeds    Assistant/Deputy Register of Deeds



Secure Banknote Paper   Patent Pending   All Rights Reserved

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

DHHS 1872
(Revised 3/03
Review 3/06)
VITAL RECORDS