**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lynne Harrison
Case No.: 2:18-cv-12794

<u>STATEMENT OF PLAINTIFF'S COUNSEL</u>

I represent Lynne Harrison whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 17, 2019                    s/Rhett A. McSweeney
                                       David M. Langevin (# 329563)
                                       Rhett A. McSweeney (# 269542)
                                       McSweeney / Langevin LLC
                                       2116 Second Avenue South
                                       Minneapolis, MN 55404
                                       Phone: (612) 542-4646
                                       Fax: (612) 454-2678
                                       dave@westrikeback.com
                                       ram@westrikeback.com

                                       Counsel for Plaintiff