# COUNTY of SANTA CLARA
## PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

STATE FILE NUMBER: 3201843008425
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | SHEILA |
| 2. MIDDLE | ANNETTE |
| 3. LAST (Family) | OWENS |
| AKA, ALSO KNOWN AS | - |
| 4. DATE OF BIRTH mm/dd/ccyy | 09/20/1957 |
| 5. AGE Yrs. | 61 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 10/07/2018 |
| 8. HOUR (24 Hours) | 2305 |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | X NO |
| 16. DECEDENT'S RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | ADMINISTRATIVE ASSISTANT |
| 18. KIND OF BUSINESS OR INDUSTRY | FINANCE |
| 19. YEARS IN OCCUPATION | 42 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 271 MADRONE STREET |
| 21. CITY | REDWOOD CITY |
| 22. COUNTY/PROVINCE | SAN MATEO |
| 23. ZIP CODE | 94061 |
| 24. YEARS IN COUNTY | 50 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | ELAINE BANKS, SISTER |
| 27. INFORMANT'S MAILING ADDRESS | 825 37TH STREET, RICHMOND, CA 94805 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT–FIRST | EDDIE |
| 32. MIDDLE | RAYMOND |
| 33. LAST | OWENS |
| 34. BIRTH STATE | AR |
| 35. NAME OF MOTHER/PARENT–FIRST | IDA |
| 36. MIDDLE | ROSE |
| 37. LAST (BIRTH NAME) | BROWN |
| 38. BIRTH STATE | OK |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 10/19/2018 |
| 40. PLACE OF FINAL DISPOSITION | ROLLING HILLS MEMORIAL PARK, 4100 HILLTOP DRIVE, RICHMOND, CA 94803 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | DELL CRANE |
| 43. LICENSE NUMBER | EMB7239 |
| 44. NAME OF FUNERAL ESTABLISHMENT | CRIPPEN & FLYNN WOODSIDE CHAPEL |
| 45. LICENSE NUMBER | FD879 |
| 46. SIGNATURE OF LOCAL REGISTRAR | SARA H CODY, MD |
| 47. DATE | 10/16/2018 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | STANFORD HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | X IP |
| 104. COUNTY | SANTA CLARA |
| 105. FACILITY ADDRESS | 300 PASTEUR DR |
| 106. CITY | STANFORD |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (A) | ACUTE RENAL FAILURE |
| (B) | BREAST CANCER WITH METASTASIS TO LIVER |
| (C) | |
| (D) | |
| Time Interval (AT) | DAYS |
| Time Interval (BT) | MONS |
| 108. DEATH REPORTED TO CORONER? | X NO |
| 109. BIOPSY PERFORMED? | X NO |
| 110. AUTOPSY PERFORMED? | X NO |
| 111. USED IN DETERMINING CAUSE? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 115. IF FEMALE, PREGNANT IN LAST YEAR? | X NO |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY... Decedent Attended Since | 10/06/2018 |
| Decedent Last Seen Alive | 10/07/2018 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | SAMUEL JOHN LADA M.D. |
| 116. LICENSE NUMBER | A83969 |
| 117. DATE | 10/09/2018 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | CRYSTAL MARIE EVEY M.D., 795 EL CAMINO REAL, PALO ALTO, CA 94301 |

**CORONER'S USE ONLY**

119. MANNER OF DEATH: (blank)
120. INJURED AT WORK?
121. INJURY DATE
122. HOUR
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER:
127. DATE:
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR: A B C D E

*010001004007923*

FAX AUTH.#:
CENSUS TRACT:

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } ss
COUNTY OF SANTA CLARA

DATE ISSUED: **OCT 22 2018**

*H3325214*

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.

SARA H. CODY
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
PBNCO (Rev) 03/16



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE