**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                  SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Carin Wolkenberg___
**Case No.:** _2:18-cv-07439_____

## DECLARATION

I, _Andrew T. Kagan,_ have attempted to reach my client, Carin Wolkenberg in the following dates: 7/17/18 by text and call, 8/6/18 by text and call, 8/13/18 by email, 8/21/18 by email, text and call, 9/10/18 by text and call, 9/26/18 by text and call, 10/15/2018 by text and call, 10/29/18 by text and call, 12/11/18 by email, 1/14/19 by text and call, 3/26/19 by text and call, 4/16/19 by text and call, 4/23/19 by text and call, and our most recent attempt was on 5/9/19 by call. We also sent Certified letters to her home and work addresses on January 16, 2018.

We tried to reach her via __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Andrew T. Kagan
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
T. (939) 220-2424
F. (939) 220-2477
Andrew@kaganlegalgroup.com