# COUNTY OF NAPA

OFFICE OF VITAL STATISTICS
NAPA, CALIFORNIA 94559-3721

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA

| Field | Value |
|---|---|
| STATE FILE NUMBER | 3052017151109 |
| LOCAL REGISTRATION NUMBER | 3201728000778 |
| 1. NAME OF DECEDENT—FIRST | ADELFA |
| 2. MIDDLE | M. |
| 3. LAST (Family) | HEVENER |
| 4. DATE OF BIRTH | 02/27/1950 |
| 5. AGE Yrs. | 67 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | TX |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 7. DATE OF DEATH | 07/24/2017 |
| 8. HOUR (24 Hours) | 1800 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES — MEXICAN AMERICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | COSMETOLOGIST |
| 18. KIND OF BUSINESS OR INDUSTRY | COSMETOLOGY |
| 19. YEARS IN OCCUPATION | 40 |
| 20. DECEDENT'S RESIDENCE | 260 AMERICAN CANYON ROAD #2 |
| 21. CITY | AMERICAN CANYON |
| 22. COUNTY/PROVINCE | NAPA |
| 23. ZIP CODE | 94503 |
| 24. YEARS IN COUNTY | 30 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | CHARLES BURGESS, SON |
| 27. INFORMANT'S MAILING ADDRESS | 104 FOSTER STREET, VALLEJO, CA 94591 |
| 31. NAME OF FATHER/PARENT—FIRST | FRANCISCO |
| 33. LAST | SANCHEZ |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER/PARENT—FIRST | FIDELA |
| 37. LAST (BIRTH NAME) | ARMENDERIZ |
| 38. BIRTH STATE | TX |
| 39. DISPOSITION DATE | 07/31/2017 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF CHARLES BURGESS, 104 FOSTER STREET, VALLEJO, CA 94591 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | TWIN CHAPELS MORTUARY |
| 45. LICENSE NUMBER | FD788 |
| 46. SIGNATURE OF LOCAL REGISTRAR | KAREN RELUCIO, MD |
| 47. DATE | 07/27/2017 |
| 101. PLACE OF DEATH | OWN RESIDENCE |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Decedent's Home |
| 104. COUNTY | NAPA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 260 AMERICAN CANYON ROAD #2 |
| 106. CITY | AMERICAN CANYON |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE | CARDIAC ARREST |
| — Interval | MINS. |
| — Sequentially | MYOCARDIAL INFARCTION |
| — Interval | YRS. |
| 108. DEATH REPORTED TO CORONER? | YES — C17-197 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | — |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | TOBACCO ABUSE AND ALCOHOLISM |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |
| 114. I CERTIFY... | |
| Decedent Attended Since | 11/30/2006 |
| Decedent Last Seen Alive | 12/20/2016 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | FRANK SHIC M.D. |
| 116. LICENSE NUMBER | A80677 |
| 117. DATE | 07/26/2017 |
| 118. ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS | FRANK SHIC M.D., 975 SERENO DRIVE, VALLEJO, CA 94589 |



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF NAPA

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF VITAL STATISTICS, COUNTY OF NAPA HEALTH AND HUMAN SERVICES AGENCY.

DATE ISSUED  JUL 3 1 2017

000180269

KAREN RELUCIO, M.D.
HEALTH OFFICER/DEPUTY DIRECTOR FOR PUBLIC HEALTH

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE