Fact Sheet Information

EXHIBIT 1

Home    ▼        Fact Sheets    ▼        Reporting        Docket Central        Discovery Central        My Account    ▼

**Back To MDL Centrality**

| MDL 2740 - Taxotere | Search Results |
|---|---|

Return to Search Results                                                      Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13186 | **DOB:** | 07/03/1966 |
| **Name:** | JULIE CLARK | **Email:** | |
| **Most Recent PFS Submitted:** | 05/03/2019 | | |
| **Filing Fee:** | **Paid** ❓ | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | Yes | **Treated with Generic:** | No | **Comments** |
| **Drug Name:** | Taxotere | **Unknown Certification:** | | |
| **Treatment Dates:** | 12/4/2008 to 02/26/2009 | **Docket No.:** | 18-07024 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Bachus & Schanker, LLC | |

### Documents

View Documents        Upload

**Clark ESI.pdf** has been uploaded successfully. To upload another file, repeat the process.

### Uploaded Files

Filter: [ALL]

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| **352789** | PTO 71 Written Statement | 05/07/2019 | **Remove** |
| **352680** | Properly Executed Verification of PFS | 05/07/2019 | **Remove** |
| **351401** | Plaintiff Fact Sheet | 05/03/2019 | |
| **350596** | CMO 12 Product Identification | 05/03/2019 | **Remove** |
| **349983** | HIPAA Authorization | 05/02/2019 | **Remove** |
| **349982** | Proof of Injury - Before & After Photographs - Present day October 12 2018 | 05/02/2019 | **Remove** |
| **349981** | Proof of Injury - Before & After Photographs - Before Chemo August 4 2008 - is within 5 years | 05/02/2019 | **Remove** |
| **349980** | Proof of Injury - Before & After Photographs - Before Chemo July 1 2008 - is within 5 years | 05/02/2019 | **Remove** |
| **349978** | Medical Records | 05/02/2019 | **Remove** |
| **349976** | Proof of Use -- Medical Records - December 4 2008 to February 26 2009 - 6 cycles Docetaxel | 05/02/2019 | **Remove** |

### Plaintiff Fact Sheet

**I.  Plaintiff Fact Sheet**

Amend Fact Sheet     PFS Compare

© 2019 BrownGreer PLC. All rights reserved.