| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☐ | ☑ | ANSCHUTZ CANCER CENTER |

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

_____
Signature

11-24-18
Date

## XI. AUTHORIZATIONS

See Attached Exhibit A.

31

## Statement Required by PTO 71 (no additional ESI found)

Pursuant to PTO 71, I have conducted a reasonable search on each of the sources identified in paragraph 2 of PTO 71 to identify and collect potentially responsive ESI for counsel review. My search has yielded no additional ESI to produce. My employer-owned email account does not have any responsive ESI. I do not know of other individuals or locations where responsive ESI may exist. I am unaware of any ESI within the scope of discovery that was lost or destroyed.

_JULIE CLARK_

Plaintiff's Name (Please Print Legibly)

_11-26-18_

Date

_[signature]_

Plaintiff's Signature

_11-26-18_

Date

_[signature]_

Counsel's Signature

5/7/2019

Date

2