EXHIBIT 3



7-1-2008
Julie Clark



8-4-2008
Julie Clark