# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) HON. JANE TRICHE MILAZZO |
| SUSAN THOMAS | Case No. 2:17-CV-5575 |
|    Plaintiff | |
|  Vs. | |
| SANDOZ, INC., ET AL | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action.   Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 6, 2017 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere in the year 2015 and that it caused her to suffer permanent alopecia. Plaintiff named and served Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, Inc., Sun Pharma Global, Inc. Pfizer, Inc. and Actavis Pharma, Inc.  Upon further investigation, Counsel for Plaintiff has been informed by NSMH Chemotherapy Infusion that Sanofi-Aventis U.S. LLC produced the Taxotere that was

administered to Ms. Thomas during her treatment in 2012.  Based on this newly obtained

information, Plaintiff seeks to amend her complaint to add Sanofi-Aventis U.S. LLC Inc. and

Sanofi US Services Inc. f/k/a Sanofi-Aventis U. S. Inc.  as defendants.  Upon approval, plaintiff

will dismiss all remaining defendants.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint.  Plaintiff

does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper

defendants as parties to her suit.   Thus, Plaintiff's proposed amendment would reflect this

change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and they

do not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file

Plaintiff's Amended Short Form Complaint.

DATED this 17 day of May, 2019.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

  Dated this _17 day of May, 2019

*/S/ Andrew Geiger*

</td><td>

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:        (504)486-9481
Facsimile:    (504)483-8130
Email:        aberger@allan-berger.com
*Attorneys for Plaintiff*

</td></tr>
</table>