UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO |
| SUSAN THOMAS<br><br>    Plaintiff<br><br>Vs.<br><br>SANDOZ, INC., ET AL | Case No. 2:17-CV-5575 |

**<u>ORDER</u>**

    Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

    IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ DAY OF _____, 2019.

_____

*J U D G E*
