UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on **May 22, 2019, at 10:00 a.m.** on Defendants' Motion for Appeal/Review of Magistrate Judge Decision (Doc. 6744).

New Orleans, Louisiana, this 16th day of May, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE