UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Lisa Gibson_____
**Case No.:** ____2:18-cv-13870_____

# DECLARATION

I, ____Steven Davis_____ , have attempted to reach my client, _Lisa Gibson on the following dates: 1/28/19, 1/22/19, 1/23/19, 1/28/19, 2/13/19, 2/21/19, 3/1/19, 3/25/19, 4/25/19, 5/8/19, & 5/16/19

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**TorHoerman Law LLC**

/s/ Steven D. Davis_____
Bar Number 6281263
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com