UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Theronda Powell_____
**Case No.:** _____2:18-cv-11675_____

# DECLARATION

I, _____Steven Davis_____ ,have attempted to reach my client, _Theronda Powell_ on the following dates: <u>12/17/18, 1/2/19, 1/9/19, 1/17/19, 1/31/19, 2/8/19, 2/14/19, 2/22/19, 2/26/19, 3/25/19, & 5/16/19</u>

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**TorHoerman Law LLC**

/s/ Steven D. Davis_____
Bar Number 6281263
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com