UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: "H" (5) |

# ORDER

Considering the Motion for Leave to File Sur-Reply in Support of their Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Sur-Reply in Support of Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE