# EXHIBIT A

**AIVITA**
BIOMEDICAL

May 6, 2019

<u>Via Federal Express</u>

**Shook, Hardy, Bacon LLP**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614

Re: *In Re: Taxotere (Docetaxel) Products Liability Litigation* – Subpoena to Produce Documents, Information, or Objects – AIVITA Biomedical

To Whom It May Concern:

Enclosed please find copies of the documents Bates stamped AB 000001 - AB 000012 that are being produced in response to the subpoena to AIVITA Biomedical.

Sincerely,

*[signature]*

Aleksandra J. Poole, Ph.D.
Vice President, Research and Development

AIVITA Biomedical, Inc.
18301 Von Karman Avenue, suite 130
Irvine, CA 92612
(949) 872-2555 office line, ext. 103

e-mail: alexa@aivitabiomedical.com



**Aleksandra J. Poole, Ph.D.**
Vice President, Research and Development
AIVITA Biomedical, Inc.
18301 Von Karman Avenue, suite 130
Irvine, CA 92612
(949) 872-2555 x 103
(949) 302-9979 cell

e-mail: alexa@aivitabiomedical.com



**From:** Curtis Thompson <curtisinportland@gmail.com>
**Date:** Tuesday, April 17, 2018 at 7:00 AM
**To:** Alexa Poole <alexa@aivitabiomedical.com>
**Subject:** Re: One question from Dr. Thompson about the biopsies

Both biopsies show very advanced alopecia, which makes sense, given the cause.

Thanks,

Curtis

On Tue, Apr 17, 2018 at 6:56 AM, Alexa Poole <alexa@aivitabiomedical.com> wrote:

Good morning!
Yes - one biopsy is from the area of patients scalp that had hair and the other one is from where the hair was completely missing.
I'm sure you see that on H&E.
Exciting results!

**Error! Filename not specified.**

1