UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Anissa Doctor
Case No.: 2:18-cv-13169

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Anissa Doctor whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 17, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**WENDT LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Samuel M. Wendt*
　　　　　　　　　　　　　　　　　　　　　　Samuel M. Wendt, Esq.
　　　　　　　　　　　　　　　　　　　　　　Missouri Bar No. 53933
　　　　　　　　　　　　　　　　　　　　　　1100 Main Street, Suite 2610
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64105
　　　　　　　　　　　　　　　　　　　　　　Telephone: (816) 531-4415
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (816) 531-2507
　　　　　　　　　　　　　　　　　　　　　　Email: sam@wendtlaw.com

　　　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiff***