## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Susan Brito**
**Case No.: 2:18-cv-13111**

### DECLARATION

I , Jennifer S. Domer, have attempted to reach my client, Susan Brito on the following dates: 12/13/18, 12/14/18,  3/20/19, 4/2/19, 4/16/19, 5/7/19, 5/9/19, 5/13/19, 5/14/19, 5/15/19 by (check all that apply)  X      telephone,  X      e-mail, ____ text message, ____ social media,  X    U.S. Mail, ____ Certified Mail,  X      other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


__/s/Jennifer S. Domer_
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
jdomer@cutterlaw.com