UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Tonth et al v. Sanofi US Services Inc. et al.,*<br><br>Plaintiff Name: Fannie Tonth<br>Civil Action No.: 2:18-cv-13705 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 19 day of May 2019

                Respectfully submitted,

                <u>/s/ Charlotte A. Gulewicz</u>

                Charlotte Gulewicz
                Texas Bar No: 24094692
                charlotte@fnlawfirm.com

                FEARS NACHAWATI, PLLC
                5473 Blair Road
                Dallas, Texas 75231
                Tel. (214) 890-0711
                Fax (214) 890-0712

                Counsel for Plaintiff

                <u>/s/ Matthew R. McCarley</u>

                Charlotte Gulewicz
                Texas Bar No: 24041426
                mccarley@fnlawfirm.com

                FEARS NACHAWATI, PLLC
                5473 Blair Road
                Dallas, Texas 75231
                Tel. (214) 890-0711
                Fax (214) 890-0712

                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                <u>/s/ Charlotte Gulewicz</u>