UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Barna v. Hospira, Inc. & Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. <br> Civil Action No.: 2:17-cv-13794 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 20th day of May, 2019

                                                Respectfully submitted,

                                                **NIEMEYER GREBEL & KRUSE, LLC**

                                                */s/ Mark R. Niemeyer*
                                                Mark R. Niemeyer
                                                Michael S. Kruse
                                                10 S. Broadway, Suite 1125
                                                St. Louis, MO 63102
                                                314-241-1919 phone
                                                314-665-3017 fax
                                                niemeyer@ngklawfirm.com
                                                kruse@ngklawfirm.com

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May, 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 20, 2019                                    */s/ Mark R. Niemeyer*