# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| This document relates to: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Viana Minor and Bryon Minor, | : | |
| | : | **SUGGESTION OF DEATH** |
| Plaintiff, | : | |
| | : | Civil Action No. 2:19-cv-00037 |
| v. | : | |
| | : | |
| Sanofi US Services Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Viana Minor, on or about February 23, 2019.

Dated this 20th day of May, 2019.        Respectfully submitted,
                                          MARC J. BERN & PARTNERS LLP

                                          /s/ Debra J. Humphrey
                                          Debra J. Humphrey (NY Bar. 5050448)
                                          One Grand Central Place
                                          60 East 42nd Street, Suite 950
                                          New York, NY 10165
                                          Tel: (212) 702-5000
                                          Fax: (212) 818-0164
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on May 20, 2019, I electronically filed the foregoing Notice of Withdrawal of Motion with the Clerk of the Court by using the CM/ECF system and caused all parties of record to be served with a copy of same via electronic notice.

/s/ Debra J. Humphrey
Attorney for Plaintiff
