UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Leslie Houston**
**Case No.: 2:18-cv-13518**

## ENTRY OF APPEARANCE

     Please enter the appearance of T. Aaron Stringer of the law firm Lowe Law Group as counsel for Plaintiff Leslie Houston in the above-captioned matter.

Dated: May 20, 2019

     **LOWE LAW GROUP**

     By: */s/ T. Aaron Stringer*
     T. Aaron Stringer
     6028 S. Ridgeline Dr., Ste. 200
     Ogden, UT 84405
     Telephone: (385) 298-0175
     Facsimile: (801) 656-0997
     Email: aaron@lowelawgroup.com
     *Attorney for Plaintiff(s)*