**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Lori Dunlap**
**Case No.: 2:18-cv-13361**

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Lori Dunlap whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 20, 2019                              **ALLEN & NOLTE, PLLC**

                                                                 /s/ Jennifer Nolte
                                                                 John H. "Trey" Allen, III
                                                                 trey@allennolte.com
                                                                 Jennifer Nolte
                                                                 jnolte@allennolte.com
                                                                 3838 Oak Lawn Avenue, Suite 1100
                                                                 Dallas, Texas 75219
                                                                 Tel: (214) 521-2300
                                                                 Fax: (214) 452-5637