**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                      **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Maria Montalvo**
**Case No.: 2:18-cv-13429**

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Maria Montalvo, on the following dates: 04/06/2019, 04/13/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/02/2019, 05/03/2019, 05/06/2019, 05/07/2019, 05/08/2019, 05/10/2019, 05/14/2019, 05/16/2019, 05/18/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 20, 2019                              Respectfully submitted,

                                                              */s/ Matthew R. McCarley*
                                                              **Matthew R. McCarley**
                                                              Texas Bar No. 24041426
                                                              mccarley@fnlawfirm.com
                                                              **Charlotte Gulewicz**
                                                              Texas Bar No: 24094692
                                                              charlotte@fnlawfirm.com
                                                              **FEARS NACHAWATI, PLLC**
                                                              5473 Blair Rd
                                                              Dallas, TX 75223
                                                              Tel. (214) 890-0711
                                                              Fax (214) 890-0712

_____
**ATTORNEY FOR THE PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*
_____
**Matthew R. McCarley**