UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Lisa Parson
**Case No.:** 2:18-cv-13725

## DECLARATION

I, Matthew R. McCarley, have attempted to reach my client, Lisa Parson, on the following dates: 03/04/2019, 04/06/2019, 04/12/2019, 04/24/2019, 04/25/2019, 04/26/2019, 05/02/2019, 05/06/2019, 05/07/2019, 05/08/2019, 05/10/2019, 05/14/2019, 05/16/2019, 05/18/2019, by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 20, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. McCarley*
　　　　　　　　　　　　　　　　　　　**Matthew R. McCarley**
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24041426
　　　　　　　　　　　　　　　　　　　mccarley@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　**Charlotte Gulewicz**
　　　　　　　　　　　　　　　　　　　Texas Bar No: 24094692
　　　　　　　　　　　　　　　　　　　charlotte@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　**FEARS NACHAWATI, PLLC**
　　　　　　　　　　　　　　　　　　　5473 Blair Rd
　　　　　　　　　　　　　　　　　　　Dallas, TX 75223
　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR THE PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**