UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Donjineen Calhoun-Sutton
Case No.: 2:18-cv-13041

## STATEMENT OF PLAINTIFF'S COUNSEL

     I represent Donjineen Calhoun-Sutton whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 20, 2019                          Respectfully submitted,

                                                     */s/ Matthew R. McCarley*
                                                     **Matthew R. McCarley**
                                                     Texas Bar No. 24041426
                                                     mccarley@fnlawfirm.com
                                                     **Charlotte Gulewicz**
                                                     Texas Bar No: 24094692
                                                     charlotte@fnlawfirm.com
                                                     **FEARS NACHAWATI, PLLC**
                                                     5473 Blair Rd
                                                     Dallas, TX 75223
                                                     Tel. (214) 890-0711
                                                     Fax (214) 890-0712

                                                     **ATTORNEY FOR THE PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**