UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Connie Stites**
**Case No.: 2:18-cv-09768**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Connie Stites whose case is on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: May 20, 2019 | Respectfully submitted, |
| | */s/ Matthew R. McCarley* |
| | **Matthew R. McCarley** |
| | Texas Bar No. 24041426 |
| | mccarley@fnlawfirm.com |
| | **Charlotte Gulewicz** |
| | Texas Bar No: 24094692 |
| | charlotte@fnlawfirm.com |
| | **FEARS NACHAWATI, PLLC** |
| | 5473 Blair Rd |
| | Dallas, TX 75223 |
| | Tel. (214) 890-0711 |
| | Fax (214) 890-0712 |
| | **ATTORNEY FOR THE PLAINTIFF(S)** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**