UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Stocks v. Sanofi US Services Inc. et al.,*<br><br>Plaintiff Name: Karen Stocks<br>Civil Action No.: 2:18-cv-13833 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 21st day of May 2019

          Respectfully submitted,

          /s/ Charlotte A. Gulewicz

          Charlotte Gulewicz
          Texas Bar No: 24094692
          charlotte@fnlawfirm.com

          FEARS NACHAWATI, PLLC
          5473 Blair Road
          Dallas, Texas 75231
          Tel. (214) 890-0711
          Fax (214) 890-0712

          Counsel for Plaintiff

          /s/ Matthew R. McCarley

          Charlotte Gulewicz
          Texas Bar No: 24041426
          mccarley@fnlawfirm.com

          FEARS NACHAWATI, PLLC
          5473 Blair Road
          Dallas, Texas 75231
          Tel. (214) 890-0711
          Fax (214) 890-0712

          Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          /s/ Charlotte Gulewicz