UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| CHARLINE DAVIS,<br>*Plaintiff* | |
| vs. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC.** |
| SANOFI-AVENTIS U.S. LLC., ET AL.,<br>*Defendants* | Civil Action No.: 2:18-cv-13093 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 21st day of May, 2019

                                          **WENDT LAW FIRM, P.C.**

                                          By: */s/ Samuel M. Wendt*
                                          Samuel M. Wendt, Esq.
                                          Missouri Bar #53933
                                          1100 Main Street, Suite 2610
                                          Kansas City, MO 64105
                                          Telephone: (816) 531-4415
                                          Facsimile: (816) 531-2507
                                          Email: sam@wendtlaw.com

                                          *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: May 21, 2019      */s/ Samuel M. Wendt*
                Samuel M. Wendt