UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: DOROTHY JIMENEZ
Case No.: 2:18-cv-11903

### DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Dorothy Jimenez, on the following dates: 4/5/19, 5/14/19, 5/17/19, 5/21/19 by (check all that apply) _X_ telephone, _X_ e-mail, ___ text message, ___ social media, _X_ U.S. Mail, ___ Certified Mail, ___ other; and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net