UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Luanne Aloi
Case No.: 2:18-cv-13687

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Luanne Aloi whose case is on a Notice of Non-Compliance to be heard by the Court on May 29, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 22, 2019

/s/ Charlotte A. Gulewicz
Charlotte A. Gulewicz
Texas Bar No: 24094692
FEARS NACHAWATI, PLLC
5473 Blair Rd.
Dallas, TX 75231
Tel: (214)890-0711
charlotte@fnlawfirm.com

/s/ Matthew R. McCarley
Matthew R. McCarley
Texas Bar No: 24041426
FEARS NACHAWATI, PLLC
5473 Blair Rd.
Dallas, TX 75231
Tel:(214)890-0711
mccarley@fnlawfirm.com