UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Rosa Berances**
**Case No.: 2:18-cv-13653**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Rosa Berances whose case is on a Notice of Non-Compliance to be heard by the Court on May 29, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 22, 2019
                                             /s/ Charlotte A. Gulewicz
                                             Charlotte A. Gulewicz
                                             Texas Bar No: 24094692
                                             FEARS NACHAWATI, PLLC
                                             5473 Blair Rd.
                                             Dallas, TX 75231
                                             Tel: (214)890-0711
                                             charlotte@fnlawfirm.com

                                             /s/ Matthew R. McCarley
                                             Matthew R. McCarley
                                             Texas Bar No: 24041426
                                             FEARS NACHAWATI, PLLC
                                             5473 Blair Rd.
                                             Dallas, TX 75231
                                             Tel:(214)890-0711
                                             mccarley@fnlawfirm.com