MINUTE ENTRY
MILAZZO, J.
May 21, 2019

JS-10:01:25

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

### MINUTE ENTRY

On May 21, 2019, the Court held a status conference with liaison counsel and lead counsel as listed on the attached sign-in sheet. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the next conference with lead and liaison counsel will be held on **July 11, 2019, at 9:00 a.m.** It will be followed by a general status conference at **10:00 a.m.** and a show cause hearing at **1:00 p.m.** The call-in information for the general status conference and show cause hearing will be disseminated at a later time.



LEAD/LIAISON CONF.

M. PALMER LAMBERT
DAWN M. BARRIOS
CHRISTOPHER L. COFFIN
KAREN B. MENZIES
DOUGLAS MOORE
Adrienne L Byard
HARLEY RATCLIFF
John Olinde
Lori Cohen
Chris Coffin
Mara Cusker Gonzalez
Michael J Suffern
Julie Callsen
Geoffrey Coan