MINUTE ENTRY
MILAZZO, J.
May 21, 2019

JS-10:01:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On May 21, 2019, the Court held a show cause hearing. Participants appeared in person as listed on the attached sign-in sheet. Other participants appeared by telephone.

    Court Reporter:    Mary Thompson

    Law Clerk:    Samantha Schott

**IT IS ORDERED** that the Court will hold the remainder of the show cause hearing on **May 29, 2019, at 1:30 p.m.** to address those plaintiffs represented by Fears Nachawati and Bachus & Schanker, LLC. The call-in number is (800) 260-0712 and the access code is 468065;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-12983    Janet Eosco
- 18-7192      Lisa Axtell
- 18-13012    Pamela Arthur
- 18-13091    Donna Erario
- 18-13390    Victoria Frye (duplicate case, 17-13616, remains pending)
- 18-11913    Marie Lewis (duplicate case, 18-5819, remains pending)
- 18-14297    Yvonne Irvine
- 18-13769    Shara Troutman
- 18-12698    Debra Tucker (duplicate case, 18-12330, remains pending)
- 18-8073      Carol Flanagan
- 18-9984      Denise Lozada

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

### 9:30 am Show Cause Hearing Sign in Sheet
### MAY 21, 2019
PLEASE PRINT

| Name | Party representing |
|---|---|
| Claire Berg | Plaintiffs |
| Lauren Godshall | πs |
| Chris Elliott | Plaintiffs |
| Dawn Barrios | πs |
| KELLY BRILUEAUX | Sanofi AS |
| Nick Insogna | 505(b)(2) As |
| PALMER LAMBERT | PLC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Barna | Ashley | 2:17-cv-13794 | PFS Not Substantially Complete | 505 | Niemeyer, Grebel & Kruse | 5/20/2019 | 7126 |
| 2 | Blount | Carolyne | 2:18-cv-13555 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7075 |
| 3 | Brekke | Beth | 2:18-cv-13370 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7077 |
| 4 | Burgstahler | Marie | 2:18-cv-08010 | PFS Not Substantially Complete; No PTO 71A | sanofi | Reich and Binstock LLP | 5/14/2019 | 7000 |
| 5 | Carroll | Domenica | 2:18-cv-10486 | No PFS Submitted | 505 | Marc J. Bern & Partners LLP | 5/17/2019 | 7109 |
| 6 | Charles | Betty | 2:18-cv-10863 | No PFS Submitted | sanofi | Reyes Browne Reilley | 5/15/2019 | 7012 |
| 7 | Cicciarelli | Sondra | 2:18-cv-11871 | No PFS Submitted | sanofi | Reich and Binstock LLP | 5/14/2019 | 7002 |
| 8 | Clark | Jaynie | 2:18-cv-13721 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7078 |
| 9 | Crosby | Roosie | 2:18-cv-03947 | PFS Not Substantially Complete; No PTO 71A | sanofi | Fears | Nachawati | 5/20/2019 | 7161 |
| 10 | D'Souza-Long | Lisa | 2:18-cv-13386 | No PFS Submitted | Both sanofi and 505 | Cutter Law PC | 5/17/2019 | 7121 |
| 11 | Foco | Lori | 2:18-cv-13639 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7079 |
| 12 | Franklin | Carol | 2:18-cv-12601 | No PFS Submitted | sanofi | The Goss Law Firm, PC | 4/30/2019 | 6848 |
| 13 | Georgeff | Jaydeen | 2:18-cv-13677 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7080 |
| 14 | Govan | Catherine | 2:18-cv-13567 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7081 |
| 15 | Green-Long | Montrelle | 2:18-cv-13301 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7082 |
| 16 | Harris | Joan | 2:18-cv-13546 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7083 |
| 17 | Harris-Hayes | Anita | 2:18-cv-13048 | No PFS Submitted | 505 | Pulaski Law Firm, PLLC | 5/5/2019 | 6922 |
| 18 | Hart | Karyn | 2:18-cv-13214 | No PFS Submitted | sanofi | Fears | Nachawati | 5/19/2019 | 7123 |
| 19 | Latta | Susan | 2:18-cv-13263 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7084 |
| 20 | Lee | Kimberly | 2:18-cv-13462 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/17/2019 | 7085 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 21 | Luther | Sarah | 2:18-cv-12271 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/20/2019 | 7140 |
| 22 | Mapp-Proctor | Patsy | 2:18-cv-11841 | No PFS Submitted | sanofi | Reich and Binstock LLP | 5/14/2019 | 7003 |
| 23 | Massey | Sandra | 2:18-cv-13545 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7086 |
| 24 | Montoya | Rebecca | 2:18-cv-13366 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7087 |
| 25 | Morrison | Deborah | 2:18-cv-11827 | No PFS Submitted | sanofi | Reich and Binstock LLP | 5/14/2019 | 7004 |
| 26 | Murphy | Dawn | 2:18-cv-13622 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7165 |
| 27 | Packham | Eileen | 2:18-cv-11973 | No PFS Submitted | Both sanofi and 505 | Reich and Binstock LLP | 5/14/2019 | 7006 |
| 28 | Parham | Antoinette | 2:18-cv-13304 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7088 |
| 29 | Patterson-Blair | Tina | 2:18-cv-12010 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7089 |
| 30 | Pippen | Maria | 2:18-cv-13217 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7090 |
| 31 | Pish | Suzanne | 2:18-cv-13732 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/17/2019 | 7091 |
| 32 | Pittman | Barbara | 2:18-cv-12910 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/17/2019 | 7092 |
| 33 | Preacher | Willie | 2:18-cv-12977 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7098 |
| 34 | Rahnavard | Zahra | 2:18-cv-13321 | No PFS Submitted | sanofi | Fears | Nachawati | 5/17/2019 | 7093 |
| 35 | Rembert | Robin | 2:18-cv-12733 | No PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 5/17/2019 | 7111 |
| 36 | Robitaille | Alice | 2:18-cv-13722 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/17/2019 | 7094 |
| 37 | Roby | Wanda | 2:18-cv-13745 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/17/2019 | 7095 |
| 38 | Stasyshyn | Barbara U | 2:18-cv-07901 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Fears | Nachawati | 5/20/2019 | 7162 |
| 39 | Strader | Kay | 2:18-cv-13528 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/20/2019 | 7141 |
| 40 | Thomas | Thea | 2:18-cv-13589 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7163 |

May 21, 2019
Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 41 | Tonth | Fannie | 2:18-cv-13705 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/19/2019 | 7124 |
| 42 | Walker | Nina | 2:18-cv-13049 | No PFS Submitted | sanofi | Fears \| Nachawati | 5/17/2019 | 7096 |
| 43 | Whitehead | Robin | 2:18-cv-13846 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/20/2019 | 7164 |
| 44 | Wipperman | Mary | 2:18-cv-04710 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Reich and Binstock LLP | 5/14/2019 | 7007 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bates | Tia | 2:18-cv-13354 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7054 |
| 2 | Beever | Melanie | 2:18-cv-13859 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7055 |
| 3 | Berry | Karen | 2:18-cv-13832 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7056 |
| 4 | Brito | Susan | 2:18-cv-13111 | No PFS Submitted | sanofi | Cutter Law PC | 5/19/2019 | 7122 |
| 5 | Coker | Ann | 2:18-cv-12944 | No PFS Submitted | 505 | Pulaski Law Firm, PLLC | 5/15/2019 | 7018 |
| 6 | Cooper | Jan | 2:18-cv-11930 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7057 |
| 7 | Corey | Tonya | 2:18-cv-13816 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7132 |
| 8 | East | Faithlyn | 2:18-cv-13308 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7133 |
| 9 | Fearn | Priscilla | 2:18-cv-13039 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7058 |
| 10 | Gaither | Patricia | 2:18-cv-13053 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7059 |
| 11 | Gianino | Jackie | 2:18-cv-13619 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7060 |
| 12 | Gibson | Lisa | 2:18-cv-13870 | No PFS Submitted | sanofi | TorHoerman Law LLC | 5/19/2019 | 7117 |
| 13 | Gorichanaz | Jeannie | 2:18-cv-12907 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7061 |
| 14 | Grzeczka | Joyce | 2:18-cv-13303 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7062 |
| 15 | Haleen | Amy | 2:18-cv-13676 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7134 |
| 16 | Henry | Cynthia | 2:18-cv-13558 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7135 |
| 17 | Hill | Sharon | 2:18-cv-12737 | No PFS Submitted | sanofi | The Goss Law Firm, PC | 5/15/2019 | 7014 |
| 18 | Houston | Tracey | 2:18-cv-13681 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7136 |
| 19 | Johnson | Maria | 2:18-cv-13771 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7063 |
| 20 | Knox | Gwendolyn | 2:18-cv-13385 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7137 |
| 21 | Marcotte | Marie | 2:18-cv-11801 | No PFS Submitted | sanofi | Reich and Binstock LLP | 5/20/2019 | 7127 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 22 | Metcalf | Nancy | 2:18-cv-13684 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7064 |
| 23 | Miller | Lana | 2:18-cv-13719 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7065 |
| 24 | Miller | Laura | 2:18-cv-13133 | No PFS Submitted | 505 | Pulaski Law Firm, PLLC | 5/15/2019 | 7017 |
| 25 | Montalvo | Maria | 2:18-cv-13429 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7138 |
| 26 | Ogden | Debora | 2:18-cv-13021 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7066 |
| 27 | Parson | Lisa | 2:18-cv-13725 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7139 |
| 28 | Powell | Theronda | 2:18-cv-11675 | No PFS Submitted | Both sanofi and 505 | TorHoerman Law LLC | 5/19/2019 | 7118 |
| 29 | Quail | Lisa | 2:18-cv-13564 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7067 |
| 30 | Robison | Lorraine | 2:18-cv-09398 | PFS Not Substantially Complete; No PTO 71A | sanofi | The Murray Law Firm | 4/23/2019 | 6801 |
| 31 | Rogers | Carmen | 2:18-cv-13630 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7068 |
| 32 | Sanchez | Rita | 2:18-cv-13062 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7069 |
| 33 | Shaw | Connie | 2:18-cv-13218 | No PFS Submitted | 505 | Pulaski Law Firm, PLLC | 5/15/2019 | 7016 |
| 34 | Slay | Elise | 2:18-cv-13573 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7070 |
| 35 | Smith | Constance | 2:18-cv-13363 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7071 |
| 36 | Staggs | Regina | 2:18-cv-06455 | PFS Not Substantially Complete; No PTO 71A | sanofi | McGartland Law Firm, PLLC Pendley, Baudin & Coffin, LLP | 5/9/2019 | 6950 |
| 37 | Stockdale | Lynda | 2:18-cv-13629 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7072 |
| 38 | Swetz | Linda | 2:18-cv-12842 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7073 |
| 39 | Tucker | Lori | 2:18-cv-13201 | No PFS Submitted | sanofi | Fears | Nachawati | 5/16/2019 | 7074 |
| 40 | Wolkenberg | Carin | 2:18-cv-07439 | PFS Not Substantially Complete; No PTO 71A | sanofi | KAGAN LEGAL GROUP | 5/17/2019 | 7102 |
| 41 | Wright | Jennifer | 2:18-cv-13690 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/16/2019 | 7076 |
| 42 | Yates | Lorraine | 2:18-cv-07197 | PFS Not Substantially Complete; No Authorizations; No PTO | sanofi | Johnson Law Group | 4/22/2019 | 6785 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bell | Saundra | 2:17-cv-16223 | PFS Not Substantially Complete | sanofi | The Mulligan Law Firm | 5/16/2019 | 7045 |
| 2 | Bray | Cynthia | 2:18-cv-13633 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7142 |
| 3 | Byars | Genger | 2:18-cv-08981 | PFS Not Substantially Complete; No PTO 71A | sanofi | Lowe Law Group | 5/10/2019 | 6973 |
| 4 | Calhoun-Sutton | Donjineen | 2:18-cv-13041 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7143 |
| 5 | Dickerson | L'Tanya | 2:18-cv-13310 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7144 |
| 6 | Doctor | Anissa | 2:18-cv-13169 | No PFS Submitted | 505 | Wendt Law Firm, PC | 5/17/2019 | 7120 |
| 7 | Dunlap | Lori | 2:18-cv-13361 | No PFS Submitted | sanofi | Allen & Nolte, PLLC | 5/20/2019 | 7130 |
| 8 | Harrison | Lynne | 2:18-cv-12794 | No PFS Submitted | 505 | McSweeney/Langevin LLC | 5/17/2019 | 7100 |
| 9 | Holman | Nadine | 2:18-cv-12847 | No PFS Submitted | sanofi | The Mulligan Law Firm | 5/16/2019 | 7046 |
| 10 | Khelokian | Frances | 2:18-cv-12923 | No PFS Submitted | Both sanofi and 505 | The Mulligan Law Firm | 5/16/2019 | 7047 |
| 11 | Kordis | Linda | 2:18-cv-12909 | No PFS Submitted | Both sanofi and 505 | The Mulligan Law Firm | 5/16/2019 | 7048 |
| 12 | Landis | Debra | 2:18-cv-13406 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7145 |
| 13 | Mackey | Debbie | 2:18-cv-12861 | No PFS Submitted | sanofi | The Mulligan Law Firm | 5/16/2019 | 7049 |
| 14 | McCurdy | Rebecca | 2:18-cv-13014 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7146 |
| 15 | McLean | Petrina | 2:18-cv-13838 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7147 |
| 16 | Mitchell | Jacqueline | 2:18-cv-13565 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7148 |
| 17 | Person | Kizzie | 2:18-cv-13680 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7149 |
| 18 | Sharber | Vicki | 2:18-cv-13238 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7150 |
| 19 | Shriver | Donna | 2:18-cv-11594 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/20/2019 | 7151 |
| 20 | Smeltzer | Sandra | 2:18-cv-13955 | No PFS Submitted | 505 | Terry & Thweatt, P.C. | 5/17/2019 | 7104 |

May 21, 2019
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 21 | Stites | Connie S | 2:18-cv-09768 | No PFS Submitted | 505 | Fears | Nachawati | 5/20/2019 | 7152 |
| 22 | Strong | Jacquelyn | 2:18-cv-13560 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7153 |
| 23 | Swanson | Jorgenna | 2:18-cv-14274 | No PFS Submitted | Both sanofi and 505 | Ferrer Poirot Wansbrough Feller | 4/26/2019 | 6826 |
| 24 | Taylor-Scaife | Pamela | 2:18-cv-13328 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7154 |
| 25 | Temple | Cecilia | 2:18-cv-13229 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7155 |
| 26 | Todd | Kimberly | 2:18-cv-10599 | No PFS Submitted | 505 | Fears | Nachawati | 5/20/2019 | 7156 |
| 27 | Urlacher | Shelly | 2:18-cv-13298 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7157 |
| 28 | Walker | Angela | 2:18-cv-13095 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7158 |
| 29 | Weatherford | Sylvia | 2:18-cv-12918 | No PFS Submitted | Both sanofi and 505 | The Mulligan Law Firm | 5/16/2019 | 7050 |
| 30 | White | Roxane | 2:18-cv-10496 | No PFS Submitted | 505 | Fears | Nachawati | 5/20/2019 | 7159 |
| 31 | Wiggins | Barbara | 2:17-cv-16441 | PFS Not Substantially Complete | sanofi | The Mulligan Law Firm | 5/16/2019 | 7051 |
| 32 | Williams | Carolyn | 2:18-cv-13174 | No PFS Submitted | sanofi | Fears | Nachawati | 5/20/2019 | 7160 |
| 33 | Williams | Carrie | 2:18-cv-12920 | No PFS Submitted | 505 | The Mulligan Law Firm | 5/16/2019 | 7052 |
| 34 | Yauger | Diane | 2:18-cv-12889 | No PFS Submitted | sanofi | The Mulligan Law Firm | 5/16/2019 | 7053 |