## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE T. MILAZZO |
| | : | |
| James v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. & Hospira, Inc. | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |
| Civil Action No. 2:17-cv-760 | : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on January 29, 2017 (Nina James v. Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., Case No. 2:17-cv-760), and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff, in the interim, has learned through further discovery of National Drug Codes that Sandoz Inc. should be named as a Defendant in Plaintiff's Complaint. See Exhibit A. Thus, Plaintiff's proposed amendment would reflect this change attached hereto as Exhibit B.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel for Sandoz, and there is no opposition to this motion. In addition, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. & Hospira, Inc. has not responded to repeated requests.

Dated: May 22, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Unopposed Motion for Leave to File and Amend Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 22, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff