UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 96

**IT IS ORDERED** that the next general status conference will be held on **July 11, 2019, at 10:00 a.m.** in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel **at 9:00 a.m.** The dial-in number for the general status conference is (800) 260-0702, and the access code is 468092.

A show cause hearing will follow beginning **at 1:00 p.m.** on July 11, 2019. The hearing will be held in Judge Milazzo's courtroom. The dial-in number for the show cause hearing is (800) 260-0702, and the access code is 468091.

New Orleans, Louisiana, this 22nd day of May, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE