## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Hatchew v. Sanofi US Services Inc. et al.*, | |
| Plaintiff Name: Kim Hatchew Civil Action No.: 2:18-cv-13842 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel for Plaintiff Kim Hatchew, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Kim Hatchew. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Hatchew's estate.

Dated May 22, 2019                         Respectfully submitted,

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

/s/ *Charlotte A. Gulewicz*
**Charlotte A. Gulewicz**
Texas Bar No. 24094692
charlotte@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**