UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Zarcone et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.*, <br><br> Plaintiff Name: Patricia Zarcone <br> Civil Action No.: 2:18-cv-6923 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel for Plaintiff Patricia Zarcone, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Patricia Zarcone. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Zarcone's estate.

Dated May 22, 2019                                  Respectfully submitted,

/s/ **Matthew R. McCarley**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711

Fax (214) 890-0712

/s/ **CHARLOTTE A. GULEWICZ**
**Charlotte A. Gulewicz**
Texas Bar No. 24094692
charlotte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ **MATTHEW R. MCCARLEY**
**Matthew R. McCarley**