MINUTE ENTRY
MILAZZO, J.
MAY 22, 2019

JS-10: 02:37

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )          SECTION: "H" (5)
                                     )
THIS DOCUMENT RELATES TO:            )
**Applies to: All Cases**

## MINUTE ENTRY

LAW CLERK: SAM SCHOTT
COURT REPORTER: TONI TUSA
APPEARANCES BY COUNSEL: See attached sign-in sheet

Court begins at 10:15 a.m.

Motions argued:
MOTION to Exclude Expert Testimony of Dr. Linda Bosserman **(Doc. 6130)**
MOTIONS for Summary Judgment on Causation Based on the Learned Intermediary
Doctrine for Barbara Earnest **(Doc. 6078)** and Tanya Francis **(Doc. 6080)**

Court recessed at 11:55 a.m.
Court in session 1:00 p.m.

Motions argued:
MOTIONS for Summary Judgment Based on the Statute of Limitations for Barbara
Earnest **(Doc. 6079)** and Tanya Francis **(Doc. 6081)**
MOTION for Appeal/Review of Magistrate Judge Decision to District Court **(Doc. 6744)**

Motions are taken under submission by the Court.

Court adjourned at 1:57 p.m.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

**Motion Hearing Sign in Sheet**
PLEASE PRINT

| Name | Party representing |
|------|--------------------|
| Adrienne L Byard | Def Sanofi |
| Hillary S Nicholas | Def Sanofi |
| Jordan Baehr | Def. Sanfi |
| Harley Ratliff | SANOFI |
| Jon Strongman | SANOFI |
| John Olinde | Liaisa SOS/62 |
| Mark Chesto | Hospira |
| Lori Cohen | Sandoz |
| Debbie Rouen | Sandoz |
| Torrey Peterson | Sanofi |
| Neenu Wathwani | Hospira |
| Mara Cusker Gonzalez | Hospira |
| Julie Callsen | Accord |
| Michael Suffern | Actavis LLC, Actavis Pharma, Sagent |
| Geoffrey Coan | Sun Pharmaceutical |
| Kelly Brilleaux | Sanofi & liaison |
| Nick Insogna | Sandoz Inc. |
| Douglas Moore | ALL Sanofi |

| | |
|---|---|
| Emily Jeffcott | PSC |
| Dawn Barrios | Liaison Counsel |
| Jessica Perez Reynolds | P |
| Karen Barth Menzies | TT |
| Chris Coffin | TT |
| PALMER LAMBERT | TT Co-Liaison |
| Rand Nolen | |
| Darin Schanker | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |