UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On April 4, 2019, the Court granted certain plaintiffs 30 days to cure deficiencies identified in the Defendants' Notice of Non-Compliance. The Court has been advised that Carrienne Nevin, 2:18-cv-01589, failed to fulfill her obligations as ordered by the Court.

Accordingly, **IT IS ORDERED** that the case of Carrienne Nevin, 2:18-cv-01589, is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of May, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE