UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
|---|---|
| | SECTION "N" (5) <br> HON. JANE TRICHE MILAZZO |
| SUSAN THOMAS <br><br>    Plaintiff <br><br> Vs. <br><br> SANDOZ, INC., ET AL | Case No. 2:17-CV-5575 |

**ORDER**

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 7108);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of May, 2019.

_____
United States District Judge