IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Vicki Frye and Darell Frye | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil Action No. 2:17-cv-13616 |
| vs. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Sanofi S.A. et al | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE OF LYNN SEITHEL**

Kindly enter the appearance of Lynn Seithel on behalf of Plaintiff.

Dated: May 17, 2019                              /s/ Lynn Seithel                    .
                                                                Lynn Seithel (SC. ID. No. 0817)
                                                                SEITHEL LAW, LLC
                                                                P.O. Box 1929
                                                                John's Island, SC 29457
                                                                Telephone No.: (843) 557-1699
                                                                Facsimile No.: (800) 818-0433


                                                                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Lynn Seithel, hereby certify that on this 17th day of May, 2019, the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for Eastern District of Louisiana.

By: /s/ Lynn Seithel            .
Lynn Seithel