UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: H (5) |

**DEFENDANT'S MOTION FOR REVIEW OF DISCOVERY ORDER REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY OF DR. CURTIS THOMPSON RELATED TO STEM CELL STUDY**

NOW INTO COURT, through undersigned counsel, comes Defendant Sanofi, which, pursuant to Federal Rule of Civil Procedure 72, respectfully seeks the District Court's review of Magistrate Judge North's April 24, 2019 Order on Sanofi's Motion to Compel Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study. (Rec. Doc. 6805).

WHEREFORE, for the reasons set forth in the attached memorandum in support, Sanofi respectfully prays that the Court reverse the April 24, 2019 Order (Rec. Doc. 6805).

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*