UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: "H" (5) |

**MEMORANDUM IN SUPPORT OF MOTION FOR REVIEW OF DISCOVERY ORDER REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY OF DR. CURTIS THOMPSON RELATED TO STEM CELL STUDY**

Pursuant to Federal Rule of Civil Procedure 72, Defendant Sanofi seeks the District Court's review of Magistrate Judge North's April 24, 2019 Order (Rec. Doc. 6805).

On April 15, 2019, Sanofi submitted its Motion to Compel the Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study (Rec. Doc. 6745), seeking additional testimony and documents regarding the "stem cell study" described in Dr. Curtis Thompson's invoices, as well as related documents provided by Plaintiffs or their consulting expert to Dr. Thompson for his consideration. *Id.* at 15. On April 24, 2019, Magistrate Judge North issued an Order denying Sanofi's Motion to Compel. (Rec. Doc. 6805)

For the reasons asserted in Sanofi's prior Motion for Review of Discovery Order Regarding PSC's *In Camera* Correspondence and Videos (Rec. Doc. 6744), as well as the reasons heard at oral argument on that Motion on May 22, 2019, (Rec. Doc. 7203), Sanofi respectfully asks the District Court to modify or set aside Magistrate Judge North's April 24, 2019 Order pursuant to Rule 72 and Order the production of the documents and testimony requested in Sanofi's Motion to Compel the Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem

1

Cell Study (Rec. Doc. 6745), as well as an additional deposition of Dr. Curtis Thompson for the purposes of obtaining testimony in response to the questions he was previously instructed not to answer.

## CONCLUSIONS

For the reasons explained above, Sanofi objects to Magistrate Judge North's April 24, 2019 Order (Rec. Doc. 6805) and asks that the District Court modify or set the Order aside pursuant to Federal Rule of Civil Procedure 72(a).

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Douglas J. Moore