UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Beverly Smock v. Sanofi US Services Inc., et al.;* Case No. 2:16-cv-15673 | : : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Bobby Smock on behalf of his deceased spouse, Beverly Smock.

1. Beverly Smock filed a products liability lawsuit against Defendants on October 18, 2016.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Beverly Smock died on January 10, 2019.

3. Beverly Smock's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on February 22, 2019.

5. Bobby Smock is the surviving spouse of Beverly Smock and is a successor-in-interest and a proper party to substitute for plaintiff-decedent Beverly Smock.

6. Undersigned counsel provided Defendant's counsel a copy of this Motion on May 23, 2019 and Defendant's counsel has not responded to this Motion. Plaintiff's counsel will continue to discuss this motion with Defendant's counsel and will amend this motion if consent is obtained.

Based on the foregoing, Bobby Smock requests that this Court grant his request

1

for substitution as plaintiff in this action.

| | |
|---|---|
| **Dated this 23rd day of May, 2019** | **Respectfully submitted,** |
| | *s/ Ryan L. Thompson*_____ |
| | **Ryan L. Thompson** |
| | Texas Bar No. 24046969 |
| | **Mikal C. Watts** |
| | Texas Bar No. 20981820 |
| | **Paige Boldt** |
| | Texas Bar No. 24082626 |
| | |
| | **WATTS GUERRA LLP** |
| | 5726 Hausman Rd. W., Ste. 119 |
| | San Antonio, TX 78249 |
| | Telephone: 866.529.9100 |
| | Fax: 210.448.0501 |
| | Email: rthompson@wattsguerra.com |
| | Email: mcwatts@wattsguerra.com |
| | Email: pboldt@wattsguerra.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.6, Plaintiff's counsel attempted to confer with defense counsel on the date of the filing but understandably has not received a response. Plaintiff's counsel will continue to discuss this motion with Defendant's counsel and will amend this motion if consent is obtained.

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: May 23, 2019                                 /s/ *Ryan L. Thompson*
                                                                 Ryan Thompson