UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Beverly Smock v. Sanofi US Services Inc., et al.*; Case No. 2:16-cv-15673 | | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Bobby Smock's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Bobby Smock, on behalf of his deceased wife, Beverly Smock, may be substituted for Beverly Smock as the proper party plaintiff in this action.

SO ORDERED this ____ day of _____, 2019

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge

1