UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Mary Warren v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-13070 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's son, Timothy Warren, Jr., as plaintiff on behalf of the deceased Plaintiff, Mary Warren.

1. Plaintiff filed a products liability lawsuit against defendants on December 10, 2018.

2. Plaintiff's counsel was subsequently notified that Plaintiff Mary Warren died on December 20, 2018. A Notice and Suggestion of Death was filed May 15, 2019.

3. Plaintiff Mary Warren's product liability action against defendants survived her death and was/is not extinguished.

4. Timothy Warren, Jr., son of Plaintiff Mary Warren and the Administrator of her estate, is a proper party to substitute for plaintiff-decedent Mary Warren and has proper

capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). Timothy Warren, Jr. was granted the rights, powers, and duties of an administrator appointed by Plaintiff Decedent Mary Warren prior to her death.

5. Undersigned counsel provided Defendants' counsel a copy of this Motion on May 15, 2019 and has received no objection.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: May 23, 2019                    Respectfully Submitted,

**CUTTER LAW, P.C.**
By: */s/ C. Brooks Cutter*
C. Brooks Cutter
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email:bcutter@cutterlaw.com
*Attorney for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 23, 2019         /s/ *C. Brooks Cutter*
                            C. Brooks Cutter