**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: THOMESA PLATTENBURG**
**Case No.: 2:18-cv-12622**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

        I represent Thomesa Plattenburg whose case was on a Notice of Non-Compliance to be
heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance,
and promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  May 26, 2019

                            **BACHUS & SCHANKER, LLC**

                            By:  */s/ J.Christopher Elliott*
                            Christopher Elliott, Esq.
                            Bachus & Schanker, LLC
                            1899 Wynkoop Street Suite 700
                            Denver, CO 80238
                            Telephone: (303)893-8900
                            Facsimile: (303) 893-9900
                            Email: celliott@coloradolaw.net

                            *Attorney for Plaintiffs*

## <u>CERTIFCATE OF SERVICE</u>

I hereby certify that on May 26, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 26, 2019                    */s/J. Christopher Elliott*