UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: DANETTE NADEAU
Case No.: 2:18-cv-11864

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Danette Nadeau whose case was on a Notice of Non-Compliance to be heard by the Court on May 21, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 26, 2019

                                                         **BACHUS & SCHANKER, LLC**

                                                         By: _/s/ J.Christopher Elliott_
                                                         Christopher Elliott, Esq.
                                                         Bachus & Schanker, LLC
                                                         1899 Wynkoop Street Suite 700
                                                         Denver, CO 80238
                                                         Telephone: (303)893-8900
                                                         Facsimile: (303) 893-9900
                                                         Email: celliott@coloradolaw.net

                                                         _Attorney for Plaintiffs_

**CERTIFCATE OF SERVICE**

I hereby certify that on May 26, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 26, 2019                                        */s/J. Christopher Elliott*