# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wooten v. Sanofi US Services Inc. et al* | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.<br><br>Civil Action No: 2:18-cv-08112 |

    Pursuant to CMO 12A, Plaintiff dismisses with Prejudice all previously named defendants in this matter except Accord Healthcare, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 27th day of May, 2019

    */s/ Charlotte A. Gulewicz*

    Charlotte A. Gulewicz
    FEARS NACHAWATI
    5473 Blair Road
    Dallas, TX 75231
    Phone: 214.890.0711
    Facsimile: 214.890.0712
    charlotte@fnlawfirm.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 27th, 2019, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will send a notification of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 27th day of May, 2019                  */s/ Charlotte A. Gulewicz*