# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : : | |
| TRENA BAKER<br>*Plaintiff*<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br>*Defendants* | : : : : : : : : : : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC, f/k/a HOSPIRA WORLDWIDE, INC.; SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.**<br><br>Civil Action No.: 2:17-cv-16197 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc.; Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: May 28, 2019                              Respectfully submitted,

                                                                **SHAW COWART, L.L.P.**
                                                              */s/ Ethan L. Shaw*
                                                               ETHAN L. SHAW
                                                              Texas Bar No. 18140480
                                                              elshaw@shawcowart.com
                                                              JOHN P. COWART
                                                              Texas Bar No. 04919500
                                                              jcowart@shawcowart.com
                                                              1609 Shoal Creek Blvd., Suite 100
                                                              Austin, Texas 78701
                                                              T: 512.499.8900 / F: 512.320.8906

                                                              *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                              */s/ Ethan L. Shaw*
                                                              ETHAN L. SHAW