UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Barbara Ann Bowie v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15025* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| | ) | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Charles Bowie on behalf of his deceased wife, Barbara Ann Bowie, for the following reasons:

1. On December 6, 2017, Barbara Ann Bowie filed a Complaint in the above referenced matter.

2. On October 16, 2018 Barbara Ann Bowie passed away.

3. Plaintiff's husband, Charles Bowie, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. Charles Bowie is in the process of being appointed as Representative of the Estate of Barbara Ann Bowie.

5. Notice of Barbara Ann Bowie's death was submitted to this Honorable Court on February 26, 2019 (See Exhibit A).

6. The decedent's husband, Charles Bowie, is the Proper Party Plaintiff and wishes to be substituted on behalf of Barbara Ann Bowie in this case.

1

Wherefore, movant prays for said substitution.

Dated: May 28, 2019

                                                      Respectfully submitted,

                                                      */s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                      */s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.