# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Barbara Ann Bowie v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15025* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: May 28, 2019

                                              Respectfully submitted,

                                              */s/ Leslie LaMacchia*
                                              Leslie LaMacchia, Esq.
                                              Adam Pulaski, Esq.
                                              PULASKI LAW FIRM, PLLC
                                              2925 Richmond Avenue, Suite 1725
                                              Houston, TX 77098
                                              (713) 664-4555 Phone
                                              (713) 664-7543 Fax
                                              llamacchia@pulaskilawfirm.com
                                              adam@pulaskilawfirm.com

                                              *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.