# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION "H" (5) |
| | ) | |
| *Barbara Ann Bowie v. Sanofi-Aventis U.S.* | ) | HON. JUDGE JANE TRICHE MILAZZO |
| *LLC., et al.; Case No. 2:17-cv-15025* | ) | |
| | ) | |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

## <u>ORDER</u>

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Charles Bowie, on behalf, Barbara Ann Bowie, deceased, and the Estate of Barbara Ann Bowie, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this____day of_____, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge