UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Branham v. Hospira Worldwide, LLC, et al.,* Civil Action No. 2:18-cv-14282 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 7044);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
Hon. Jane Triche Milazzo
United States District Court Judge