UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE T. MILAZZO |
| James v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. & Hospira, Inc., et al. | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |
| Civil Action No. 2:17-cv-760 | | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7199);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
Judge Jane Milazzo, U.S. District Judge