UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Beverly Smock v. Sanofi US Services Inc., et al.*; Case No. 2:16-cv-15673 | : | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 7215);

**IT IS ORDERED** that the Motion is **GRANTED** and that Bobby Smock, on behalf of his deceased wife, Beverly Smock, may be substituted for Beverly Smock as the proper party plaintiff in this action.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge

1