# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) : | |
| PRODUCTS LIABILITY LITIGATION  : | MDL No. 2740 |
| : | |
| : | SECTION "H" (5) |
| : | |
| : | JUDGE MILAZZO |
| : | |
| : | MAG. JUDGE NORTH |
| : | |

**THIS DOCUMENT RELATES TO:**

*Mary Warren v. Sanofi-Aventis U.S. LLC, et al.*;
**USDC EDLA No. 2:1*8*-cv-13070**

## ORDER

Before the Court is a Motion to Substitute Party (Doc. 7216);

**IT IS ORDERED** that the Motion is **GRANTED** and that Timothy Warren, Jr., surviving son of Mary Warren and representative of decedent, is substituted as the Plaintiff in this action.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE