UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Retha Byrd**
**Case No.: 2:18-cv-12937**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Retha Byrd, on the following dates: February 5, 2019, February 19, 2019, February 27, 2019, March 13, 2019, March 20, 2019, March 27, 2019, April 4, 2019, April 17, 2019, April 29, 2019, May 8, 2019, May 14, 2019, and May 22, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com