UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Wendy Marchbanks**
**Case No.: 2:18-cv-13097**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Wendy Marchbanks, on the following dates: May 24, 2018, June 11, 2018, August 24, 2018, November 20, 2018, November 30, 2018, December 10, 2018, December 17, 2018, January 10, 2019, January 16, 2019, February 1, 2019, May 16, 2019, and May 22, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com