UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Renee MacWatters**
**Case No.: 2:18-cv-13092**

# DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Renee MacWatters, on the following dates: March 5, 2018, June 11, 2018, August 24, 2018, November 20, 2018, November 30, 2018, December 14, 2018, December 19, 2018, January 16, 2019, January 31, 2019, February 6, 2019, February 11, 2019, February 12, 2019, February 18, 2019, February 21, 2019, February 27, 2019, March 1, 2019, March 5, 2019, April 5, 2019, April 1, 2019, and May 22, 2019 by: ☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com