UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Nora Schaefer**
**Case No.: 2:18-cv-13210**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Nora Schaefer, on the following dates: February 28, 2019, March 12, 2019, March 15, 2019, March 20, 2019, April 2, 2019, April 10, 2019, April 23, 2019, April 29, 2019, May 3, 2019, May 10, 2019, May 14, 2019, and May 22, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*(signature)*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com