UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Joann Tangney**
**Case No.: 2:18-cv-13237**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Joann Tangney, on the following dates: November 7, 2018, November 28, 2018, January 14, 2019, January 17, 2019, January 29, 2019, February 5, 2019, February 13, 2019, February 18, 2019, February 19, 2019, February 27, 2019, March 4, 2019, March 13, 2019, March 27, 2019, April 29, 2019 and May 22, 2019 by: ☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com