UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Scarlett Williams**
**Case No.: 2:18-cv-13272**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Scarlett Williams, on the following dates: March 22, 2019, April 9, 2019, April 12, 2019, April 16, 2019, April 23, 2019, April 29, 2019, May 14, 2019, May 22, 2019 and May 28, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_Leslie LaMacchia_

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com