# EXHIBIT A

**VIA MDL CENTRALITY**

Bachus & Schanker, LLC
1899 Wynkoop St., Suite 700,
Denver, CO 80202

RE: Notice of Deficiency in First Amended Plaintiff Fact Sheet
    *In re Taxotere., MDL No. 2740*
    Plaintiff Name & ID Number: JEFFERS, RENEE - 5877
    Docket No. Provided on PFS: 17-14193

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Are you making a claim for lost wages or lost earning capacity? | II. 7 | Failed to respond. |
| 3. | Response 1 - Name of Employer | II. 8 | Failed to respond. |
| 4. | Response 1 - Address of Employer | II. 8 | Failed to respond. |
| 5. | Response 1 - Dates of Employment | II. 8 | Failed to respond. |
| 6. | Response 1 - Annual Gross Income | II. 8 | Failed to respond. |
| 7. | Response 1 - Your Position | II. 8 | Failed to respond. |
| 8. | Response 1 - Dates | II. 10 | Failed to provide full approximate dates (months/years). |
| 9. | Response 2 - Dates | II. 10 | Failed to provide full approximate dates (months/years). |
| 10. | Name of Drug | III.3 | Failed to respond. |
| 11. | Name of Drug | III.3 | Other - Clarify based on III.2. |
| 12. | Response 1 - Address | IV. 7 | Failed to respond. |
| 13. | Response 2 - Address | IV. 7 | Failed to respond. |
| 14. | Response 2 - Date of Birth | IV. 7 | Failed to respond. |
| 15. | Date of last period (menses) | IV. 9 | Failed to respond. |
| 16. | Age at last period | IV. 9 | Failed to Respond. |

| | | | |
|---|---|---|---|
| 17. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 18. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 19. | Response 2 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 20. | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 21. | Response 3 - Annual Gynecological Doctor | IV. 11 | Failed to respond. |
| 22. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 23. | Response 4 - Annual Gynecological Doctor | IV. 11 | Failed to respond. |
| 24. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 25. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 26. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 27. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 28. | Response 8 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 29. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 30. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 31. | Response 1 - Annual Mammogram Office | IV.12 | Failed to respond. |
| 32. | Response 2 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 33. | Response 3 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 34. | Response 4 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 35. | Response 5 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 36. | Response 6 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 37. | Response 7 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 38. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 39. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 40. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 41. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 42. | Diagnosed with cancer | V. 1 | Failed to respond. |
| 43. | Diagnosed with cancer more than once | V. 2 | Failed to respond. |
| 44. | Cancer Treatment | V. 3 | Failed to respond. |
| 45. | Cancer Surgery | V. 4 | Failed to respond. |

| | | | |
|---|---|---|---|
| 46. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 47. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 48. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 49. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 50. | Response 1 - Treatment - 3 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 51. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 52. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to respond |
| 53. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 54. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 55. | Number of cycles | V. 12. a | Failed to respond |
| 56. | Chemotherapy First treatment date | V. 12. c | Failed to respond. |
| 57. | Chemotherapy Last treatment date | V. 12. d | Failed to respond. |
| 58. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 59. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 60. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 61. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 62. | Most recent date consulted with oncologist | VI. 4 | Failed to respond. |
| 63. | Persistent total alopecia | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 64. | Persistent alopecia of the head | VI. 5 | Failed to respond. |
| 65. | Permanent / Persistent Hair Loss on Scalp | VI. 5 | Failed to respond. |
| 66. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 67. | Diffuse thinning of hair: total scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 68. | Significant thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 69. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 70. | Small bald area in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 71. | Multiple bald spots in head hair | VI. 5 | Failed to provide full month & year for alleged injuries. |

| | | | |
|---|---|---|---|
| 72. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 73. | Permanent / Persistent Loss of Eyebrows | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 74. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 75. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 76. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 77. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 78. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 79. | Response 1 - Description of Document | VI. 10 | Failed to respond. |
| 80. | Response 1 - Description of Document | VI. 10 | Failed to describe the document. |
| 81. | Filed MedWatch Adverse Event Report | VI. 17 | Failed to respond. |
| 82. | Out-of-Pocket Expenses | VI. 25 | Failed to Respond. |
| 83. | Response 1 - Expense | VI. 26 | Failed to Respond. |
| 84. | Response 1 - Expense Amount | VI. 26 | Failed to Respond. |
| 85. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide. |
| 86. | Scalp Biopsy Healthcare Provider | VII. | Failed to respond. |
| 87. | Blood Test Healthcare Provider | VII. | Failed to respond. |
| 88. | Hormone Test Healthcare Provider | VII. | Failed to respond. |
| 89. | Thyroid Condition Healthcare Provider | VII. | Failed to respond. |
| 90. | Thyroid Hormone Treatment Healthcare Provider | VII. | Failed to respond. |
| 91. | Low Iron Level Healthcare Provider | VII. | Failed to respond. |
| 92. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 93. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to respond. |
| 94. | Chemically Processed or Straightened Time Period | VII. 13 | Failed to respond, |
| 95. | High Heat Processing Time Period | VII. 13 | Failed to respond. |
| 96. | Braids Time Period | VII. 13 | Failed to respond. |
| 97. | Weaves Time Period | VII. 13 | Failed to respond. |
| 98. | Tight Hairstyles | VII. 13 | Failed to respond. |
| 99. | Tight Hairstyles Time Period | VII. 13 | Failed to respond. |
| 100. | Tight Hairstyles Frequency | VII. 13 | Failed to respond. |
| 101. | Extensions Time Period | VII. 13 | Failed to respond. |

| # | | | |
|---|---|---|---|
| 102. | Response 1 - When was it tried? | VII. 20 | Failed to provide full years of use. |
| 103. | Response 2 - When was it tried? | VII. 20 | Failed to provide full years of use. |
| 104. | Response 3 - When was it tried? | VII. 20 | Failed to provide full years of use. |
| 105. | Response 1 - Wig Dates Used | VII. 26 | Failed to provide full years of use. |
| 106. | Response 1 - Wig Period of Use | VII. 26 | Failed to respond. |
| 107. | Response 1 - Wig Period of Use | VII. 26 | Responded yes to question, but failed to respond to the remaining questions. |
| 108. | Response 1 - Wig Place Purchased | VII. 26 | Failed to respond. |
| 109. | Response 1 - Wig Place Purchased | VII. 26 | Responded yes to question, but failed to respond to the remaining questions. |
| 110. | Response 1 - Wig Cost of Item | VII. 26 | Failed to respond. |
| 111. | Response 1 - Wig Cost of Item | VII. 26 | Responded yes to question, but failed to respond to the remaining questions. |
| 112. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 113. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide the information requested for each healthcare provider previously identified in the PFS, including, but not limited to Tammy Gregory, Tammy Stephens, Lisa Tolnitch, and Justin Wu.<br><br>Please provide the information requested for the period 2010-present. |
| 114. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to respond. |
| 115. | Response 1 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 116. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to Mid Carolina.<br><br>Please provide the information requested for the period 2010-present. |
| 117. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 118. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 119. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 120. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 121. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 122. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 123. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 124. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |

| | | | |
|---|---|---|---|
| 125. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 126. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 127. | Response 1 - Insurance Carrier Name of Insured | VIII. 6 | Failed to respond. |
| 128. | Response 1 - Insurance Carrier Name of Insured | VIII. 6 | Other - Failed to provide SSN. |
| 129. | Communications With Defendants | IX | Failed to respond. |
| 130. | Communications With Defendants - Who has the Documents | IX | Failed to respond. |
| 131. | Media Depicting Alleged Injury | IX | Failed to respond. |
| 132. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 133. | Media Depicting Alleged Injury - Who has the Documents | IX | Failed to respond. |
| 134. | Journals or Diaries | IX | Failed to respond. |
| 135. | Journals or Diaries - Who has the Documents | IX | Failed to respond. |
| 136. | Tax Returns | IX | Failed to respond. |
| 137. | Tax Returns - Who has the Documents | IX | Failed to respond. |
| 138. | Medical Bills | IX | Failed to respond. |
| 139. | Medical Bills - Who has the Documents | IX | Failed to respond. |
| 140. | Expense Records | IX | Failed to respond. |
| 141. | Expense Records - Who has the Documents | IX | Failed to respond. |
| 142. | Letters Testamentary | IX | Failed to respond. |
| 143. | Letters Testamentary - Who has the Documents | IX | Failed to respond. |
| 144. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 145. | Death Certificate and/or Autopsy - Who has the Documents | IX | Failed to respond. |
| 146. | Hair Photos Before Treatment | IX | Failed to respond. |
| 147. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 148. | Hair Photos Before Treatment - Who has the Documents | IX | Failed to respond. |
| 149. | Hair Photos During Treatment | IX | Failed to respond. |
| 150. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 151. | Hair Photos During Treatment - Who has the Documents | IX | Failed to respond. |
| 152. | Hair Photos After Treatment | IX | Failed to respond. |

| | | | |
|---|---|---|---|
| 153. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 154. | Hair Photos After Treatment - Who has the Documents | IX | Failed to respond. |
| 155. | Hair Photos Today | IX | Failed to respond. |
| 156. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 157. | Hair Photos Today | IX | Other - Plaintiff claims loss of eyebrows, body hair, genital hair, nasal hair, ear hair, underarm hair, and leg hair, but failed to provide dated after photos of the same. |
| 158. | Hair Photos Today - Who has the Documents | IX | Failed to respond. |
| 159. | Declaration | X | Faliure to provide declaration |
| 160. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 161. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 162. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 163. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.