# EXHIBIT B

# Bieri, Kelly (SHB)

| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) |
| **Sent:** | Tuesday, November 20, 2018 6:25 PM |
| **To:** | barrios@bkc-law.com; p lambert |
| **Cc:** | kate@bkc-law.com; Nicholas A. Insogna (insognan@gtlaw.com); Douglas Moore; Eickbush, Rebecca (SHB) |
| **Subject:** | Sanofi's Notice of Non-Compliance |
| **Attachments:** | MISSOURI-#9040011-v1-Taxotere_-_sanofi_Nov_20__2018_Non_Compliance_List.....XLSX |

Dawn and Palmer –

In anticipation of the January 18 Status Conference, attached is sanofi's Notice of Non-Compliance pursuant to PTO 22A.  Please let me know if you have any problems opening the attachment.   PTO No. 22A Exhibit A indicates that correspondence to sanofi required in paragraph 3 should go to noproductid@shb.com.  While that is in the language of the order, we would prefer that plaintiffs instead use NonCompliance@shb.com for such PTO 22A correspondence.  To the extent you could communicate the preferred email, we would appreciate it.

best,

Kelly


**Kelly G. Bieri**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2109 | kbieri@shb.com



1