# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3

 4
    IN RE:  TAXOTERE (DOCETAXEL)       *
 5          PRODUCTS LIABILITY         *  Docket No.: 16-MD-2740
            LITIGATION                 *  Section "H(5)"
 6                                     *  January 18, 2019
    This Document Relates To All Cases *  New Orleans, Louisiana
 7  * * * * * * * * * * * * * * * * * * *

 8
              TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
 9         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
10

11
    APPEARANCES:
12
    For the Plaintiffs:      Barrios, Kingsdorf & Casteix, LLP
13                           BY:  DAWN BARRIOS, ESQ.
                             701 Poydras Street
14                           Suite 3650
                             New Orleans, Louisiana 70139
15

16
                             Gainsburgh, Benjamin, David,
17                             Meunier & Warshauer, LLC
                             BY:  PALMER LAMBERT, ESQ.
18                           2800 Energy Centre
                             1100 Poydras Street
19                           New Orleans, Louisiana 70163-2800

20

21

22

23

24

25
                            OFFICIAL TRANSCRIPT
```

```
 1   at our next meeting.
 2             MS. BRILLEAUX:  Thank you, Your Honor.
 3                Renee Jeffers, no declaration.
 4             MR. ELLIOTT:  Uploaded January 17th.
 5             THE COURT:  15 days.
 6             MS. BRILLEAUX:  Thank you, Your Honor.
 7                Mattie Johnson, no before photos.
 8             MR. ELLIOTT:  Uploaded January 17th -- or just --
 9   usually, she puts the signatures behind that page.
10             MS. BRILLEAUX:  Your Honor, for the record --
11             MR. ELLIOTT:  We'll have to do some type of
12   affidavit.
13             MS. BRILLEAUX:  Could we have 15 days for a
14   declaration or an affidavit?
15             THE COURT:  15 days.
16             MS. BRILLEAUX:  Thank you, Your Honor.
17                Pressie T. Johnson, no proof of use, undated
18   photos, and no after photos.
19             MR. ELLIOTT:  No proof of use.  Let's see.  All
20   photos have been dated and uploaded as of January 17th.  We did
21   a subpoena on January 7th because we haven't been able to get
22   the proof of use at this time.
23             THE COURT:  15 days to verify the sufficiency of the
24   photographs, and I'll give you 30 days on the other, and we'll
25   just see where that stands.
```