# EXHIBIT D

# Bieri, Kelly (SHB)

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, April 12, 2019 6:10 PM |
| **To:** | Samantha_Schott@laed.uscourts.gov |
| **Cc:** | Douglas Moore; Olinde; Peter Rotolo; Bieri, Kelly (SHB); Nicholas Insogna; p lambert; Dawn Barrios |
| **Subject:** | Taxotere MDL: Letter to Judge Milazzo regarding plaintiffs' failure to cure following 1.18.19 and 2.21.19 show cause hearings |
| **Attachments:** | Taxotere - April 12 Letter requesting Dismissal of cases that failed to cure.pdf; Taxotere - April 12 Letter requesting Non Compliance Dismissals - Exhibits.pdf |

Good afternoon, Ms. Schott,

Attached for Judge Milazzo's review is correspondence from Sanofi concerning certain cases presented during the January 18, 2019 and February 21, 2019 show cause hearings.

Please let me know if you have any problems opening the attachments or need anything further.

Thank you,

**Kelly Brilleaux**
Member
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
504.310.2233 direct • 504.310.2101 fax
website • bio • vCard



This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.



April 12, 2019

VIA ELECTRONIC MAIL

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

Kelly Bieri

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**f** 816.421.5547
kbieri@shb.com

>   Re:   Taxotere (Docetaxel) Products Liability Litigation, MDL
>         No. 2740
>
>   **Sanofi's Notification of Plaintiffs Who Failed to Cure as
>   Ordered at the January 18, 2019 and February 21, 2019
>   Show Cause Conferences**

Dear Judge Milazzo:

On January 18, 2019 and February 21, 2019, the Court held Show Cause hearings to consider dismissal of cases identified by defendants pursuant to PTO 22.[1]  In addition to dismissing cases outright, the Court, in certain instances, permitted plaintiffs limited additional time to comply with their Court-mandated obligations.

The twenty-six (26) plaintiffs identified herein in **Exhibit A** failed to cure deficiencies within the time-frame mandated by the Court at the January 18, 2019 and February 21, 2019 Show Cause hearings.[2]  Accordingly, Sanofi seeks dismissal with prejudice of the cases identified on Exhibit A.

---

[1] Prior to the January 18, 2019 Show Cause hearing plaintiffs were identified as deficient by Sanofi in a Notice of Non-Compliance served on Plaintiffs' Liaison Counsel on November 20, 2018, and were again identified on Defendants' January 4, 2019 14-Day Notice of Non-Compliance (Doc. 5706).  Prior to the February 21, 2019 Show Cause hearings plaintiffs were identified as deficient by Sanofi in a Notice of Non-Compliance served on Plaintiffs' Liaison Counsel on December 21, 2018, and were again identified on Defendants' February 7, 2019 14-Day Notice of Non-Compliance (Doc. 6122).

[2] Exhibit A sets forth only those cases that Sanofi believes are appropriate for immediate dismissal, without requiring any further review or explanation from the parties.  The fact that a case is not identified on Exhibit A is not a concession or agreement by Sanofi that such cases have cured all outstanding deficiencies.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4837-7659-7140 v1



For the Court's review, Exhibit A identifies the cases for which Sanofi seeks dismissal, along with comments identifying the nature of outstanding deficiencies. Sanofi also attaches as exhibits (1) screenshots from MDL Centrality showing plaintiff's submissions (or absence thereof), and (2) excerpts of medical records demonstrating Taxol use.

April 12, 2019
Page 2

Despite their Court-mandated obligations and the additional time granted at the Court's Show Cause hearings, the plaintiffs identified on Exhibit A have continued to fail to cure the identified deficiencies.  As such, Sanofi requests dismissal with prejudice of all cases identified on Exhibit A.

Respectfully,

*/s/ Kelly G. Bieri*
Kelly Bieri

cc:  Palmer Lambert
Dawn Barrios
John Olinde
Douglas J. Moore

| # | Plaintiffs' Counsel | Last Name | First Name | Docket No. | Defendant List | Ongoing Deficiencies | Comments | Exhibits References | Hearing |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bachus & Schanker, LLC | Clark | Julie | 2:18-cv-07024 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 2 | Bachus & Schanker, LLC | Eversole | Patricia | 2:18-cv-05416 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 3 | Reich & Binstock | Haught | Dawn | 2:18-cv-06686 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 4 | Bachus & Schanker, LLC | Lambert | Diann | 2:18-cv-08769 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 2/21/2019 |
| 5 | Bachus & Schanker, LLC | Mallory | Debra | 2:18-cv-00695 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 6 | Bachus & Schanker, LLC | Matthews | Joann | 2:18-cv-01561 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 7 | Bachus & Schanker, LLC | Paris | Mia | 2:18-cv-08772 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 2/21/2019 |
| 8 | Bachus & Schanker, LLC | Proctor | Shirley | 2:18-cv-05422 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 1/18/2019 |
| 9 | Bachus & Schanker, LLC | Taylor | Teresa | 2:18-cv-08774 | sanofi | • No PFS Submitted | • Brown Greer has confirmed no PFS submitted by plaintiff. | • Ex. B | 2/21/2019 |
| 10 | Niemeyer, Grebel & Kruse | Chapman | Angela | 2:17-cv-13706 | sanofi | • No PFS Declaration<br>• No Authorizations<br>• No PTO 71A | • MDL Centrality screenshot shows no submission since 7/31/2018. | • Ex. C | 1/18/2019 |
| 11 | Reich & Binstock | Cleveland | Lori | 2:17-cv-13524 | sanofi | • No Before Photos | • MDL Centrality screenshot shows no submission since 7/20/2018; neither before photos nor affidavit submitted by plaintiff. | • Ex. D | 1/18/2019 |
| 12 | Bachus & Schanker, LLC | Crawford | Yolanda | 2:17-cv-09666 | sanofi | • No PTO 71A uploaded | • MDL Centrality screenshot shows no PTO 71A statement submitted. | • Ex. E | 1/18/2019 |
| 13 | Reich & Binstock | Davis | Lela | 2:17-cv-12942 | sanofi | • No PFS Declaration<br>• No Before Photos<br>• No After Photos | • MDL Centrality screenshot shows no submission since 7/23/2018. | • Ex. F | 1/18/2019 |
| 14 | Bachus & Schanker, LLC | Dwight | Patricia | 2:17-cv-08563 | sanofi | • No Before Photos | • MDL Centrality screenshot shows no submission of before photographs or affidavit. | • Ex. G | 1/18/2019 |
| 15 | Bachus & Schanker, LLC | Harlan Brooks | Pamela | 2:17-cv-11439 | sanofi | • No Before Photos<br>• No After Photos | • MDL Centrality screenshot shows no submissions since 6/28/2018. | • Ex. H | 1/18/2019 |
| 16 | Reich & Binstock | Healy Frey | Terri | 2:18-cv-00205 | sanofi | • No Before Photos | • No before photos or affidavit regarding lack of before photograhs submitted; photos uploaded on 2/1/19 are after photos dated January 2017 as shown on statement of cousnel (doc ID 303337) on attached exhibit. | • Ex. I (statement of counsel) | 1/18/2019 |
| 17 | Bachus & Schanker, LLC | Hopkins | Martha | 2:16-cv-17973 | sanofi | • No Before Photos | • MDL Centrality screenshot shows no submission of before photos. | • Ex. J | 1/18/2019 |
| 18 | Bachus & Schanker, LLC | Jeffers | Renee | 2:17-cv-14193 | sanofi | • No PFS Declaration | • MDL Centrality screenshot shows no PFS Declaration submitted; no submission since 1/13/2019. | • Ex. K | 1/18/2019 |

| # | Plaintiffs' Counsel | Last Name | First Name | Docket No. | Defendant List | Ongoing Deficiencies | Comments | Exhibits References | Hearing |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Hilliard Martinez Gonzales LLP | Johnson | Gracie M | 2:17-cv-13869 | sanofi | • No PFS Declaration<br>• No Before Photos • No Proof of Use | • MDL Centrality screenshot shows no submission since 1/16/2019. | • Ex. L | 1/18/2019 |
| 20 | Bachus & Schanker, LLC | Jones | Tonia | 2:16-cv-15498 | sanofi | • No Before Photos from within 5 years of treatment | • MDL Centrality screenshot shows no submission of before photographs within 5 years of treatment or affidavit. | • Ex. M | 1/18/2019 |
| 21 | Reich & Binstock | Markle | Vivian | 2:17-cv-17284 | sanofi | • Before Photos are not dated | • MDL Centrality screenshot shows no submission since 10/30/2018; no substitution of party or suggestion of death was filed to address succession issue as required. | • Ex. N | 1/18/2019 |
| 22 | Bachus & Schanker, LLC | Pigg | Vicki | 2:17-cv-07693 | sanofi | • No Before Photos | • MDL Centrality screenshot shows no upload of before photographs. | • Ex. O | 1/18/2019 |
| 23 | Bachus & Schanker, LLC | Sanchez | Kathryn | 2:17-cv-08644 | sanofi | • No Before Photos from within 5 years of treatment | • MDL Centrality screenshot shows no submission since 1/14/2019; no submission of before photographs within 5 years of treatment or affidavit. | • Ex. P | 1/18/2019 |
| 24 | Bachus & Schanker, LLC | Terry | Teresa | 2:16-cv-17238 | sanofi | • No PFS Declaration<br>• No Before Photos<br>• No After Photos<br>• No PTO 71A uploaded | • MDL Centrality screenshot shows no submission since 11/13/2018. | • Ex. Q | 1/18/2019 |
| 25 | Marc J. Bern & Partners LLP | Thomas | Aqua | 2:18-cv-00990 | sanofi | • No Proof of Use | • While plaintiff has uploaded after photographs to support hair loss claims, plaintiff has not submitted proof of use of Taxotere/docetaxel. **Instead, medical records demonstrate Taxol use**. Plaintiff has not submitted proof of use of Taxotere/docetaxel. | • Ex. R (select medical records demonstrating Taxol use and select after photographs) | 2/21/2019 |
| 26 | Morris Bart, LLC | Wilson | Estoria | 2:16-cv-15676 | sanofi | • No Before Photos | • MDL Centrality screenshot shows no submission of before photos or affidavit since 1/18/19 hearing, only a 2014 after photograph. | • Ex. S | 1/18/2019 |