# EXHIBIT E



| Plaintiff Documents | Defendant Documents |
| --- | --- |

**Search Results:**

Page 1 of 1 (12 records)

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
| --- | --- | --- | --- | --- | --- |
| 348255 | Properly Executed Verification of PFS - Declaration signature page | 04/30/2019 | | 04/30/2019 | Comments |
| 291309 | Proof of Use – Medical Records | 01/13/2019 | | 01/13/2019 | Comments |
| 288583 | HIPAA Authorization - Updated | 01/08/2019 | | 01/08/2019 | Comments |
| 287584 | Proof of Injury - Before & After Photographs - Before - November 2006 | 01/07/2019 | | 01/07/2019 | Comments |
| 287582 | Proof of Injury - Before & After Photographs - Before - November 2000 | 01/07/2019 | | 01/07/2019 | Comments |
| 287380 | Proof of Injury - Before & After Photographs - Present Day - December 2018 and January 2019 | 01/07/2019 | | 01/07/2019 | Comments |
| 286128 | Proof of Injury - Before & After Photographs - After - April 2017 | 01/03/2019 | | 01/03/2019 | Comments |
| 222906 | CMO 12 Product Identification - pre 2011 chemo | 08/18/2018 | | 08/18/2018 | Comments |
| 194186 | First Amended Plaintiff Fact Sheet | 06/28/2018 | McCormick, Melissa | 06/28/2018 | Comments |
| 150637 | PTO 71 Written Statement - No additional ESI found | 04/30/2018 | | 04/30/2018 | Comments |
| 93045 | Plaintiff Fact Sheet | 02/20/2018 | McCormick, Melissa | 02/20/2018 | Comments |
| 80183 | HIPAA Authorization | 02/11/2018 | | 02/20/2018 | Comments |

© 2019 BrownGreer PLC. All rights reserved.