# EXHIBIT F

```
 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  TAXOTERE
     (DOCETAXEL) PRODUCTS
 5   LIABILITY LITIGATION

 6                                  CIVIL ACTION NO. 16-MD-2740 "H"
                                    NEW ORLEANS, LOUISIANA
 7                                  THURSDAY, NOVEMBER 15, 2018, 10:00 A.M.

 8   THIS DOCUMENT RELATES TO:
     ALL CASES
 9
     ****************************************************************
10

11           TRANSCRIPT OF RULE TO SHOW CAUSE PROCEEDINGS
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                       UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:         BARRIOS KINGSDORF & CASTEIX
16                               BY:  DAWN M. BARRIOS, ESQ.
                                 701 POYDRAS STREET, SUITE 3650
17                               NEW ORLEANS, LOUISIANA 70139

18

19                               GAINSBURGH BENJAMIN DAVID
                                 MEUNIER & WARSHAUER
20                               BY:  M. PALMER LAMBERT, ESQ.
                                 1100 POYDRAS STREET, SUITE 2800
21                               NEW ORLEANS, LOUISIANA 70163

22

23                               BACHUS & SCHANKER
                                 BY:  J. KYLE BACHUS, ESQ.
24                                    J. CHRISTOPHER ELLIOTT, ESQ.
                                 1899 WYNKOOP STREET
25                               SUITE 700
                                 DENVER, COLORADO 80202
                            OFFICIAL TRANSCRIPT
```

```
12:05:52   1              THE COURT:  Denied.
12:05:56   2              MS. CALLSEN:  Joan Mitchell.
12:05:59   3              MR. ELLIOTT:  We have a Plaintiff Fact Sheet.  It was
12:06:01   4    filed on April 12th of 2018.  So we're not sure why this one is
12:06:05   5    on the list.
12:06:10   6              MS. CALLSEN:  Let's continue it for 15 days.  According
12:06:12   7    to our records, we don't have it.
12:06:14   8              MR. ELLIOTT:  Well, if it's filed, we would ask -- they
12:06:16   9    can put it on the --
12:06:16  10              THE COURT:  Well, is there any way for us to get our
12:06:18  11    hands on it?
12:06:20  12                   All right.  Let's just pass this matter.
12:06:22  13              MS. CALLSEN:  We'll pass this one, and we'll look at
12:06:26  14    it.
12:06:26  15              THE COURT:  All right. Let's go to Patricia Murray.
12:06:30  16              MS. CALLSEN:  No PFS submitted.
12:06:32  17              MR. ELLIOTT:  We're asking for an extension.  We have
12:06:34  18    documents, and we would like to have some time, 15 days.
12:06:37  19              THE COURT:  So you've been in communication with her?
12:06:39  20              MR. ELLIOTT:  Yes.  She wishes to participate.
12:06:41  21              THE COURT:  All right. 15 days.
12:06:43  22              MS. BRILLEAUX:  Thank you, Your Honor.
12:06:44  23                   Edna Oliver.  No PFS submitted.
12:06:47  24              MR. ELLIOTT:  She's passed away, and the family
12:06:49  25    declines to participate.
```

*OFFICIAL TRANSCRIPT*