# EXHIBIT G

# Rex Healthcare

**SUMMARY OF ACCOUNT**

Statement Printed on: 10/21/16

| Patient's Name | Account Number | Date Admitted | Date Discharged | Page |
|---|---|---|---|---|
| JEFFERS, RENEE ANTOINETTE JONES | ▮▮▮▮▮ | 12/01/08 | 05/30/09 | 004 |

Please refer to patient's name and account number on all inquiries and corresponsdence.

Attention:

RENEE ANTOINETTE JONES JEFFERS

BCBS PPO
BLUE CROSS PROFEE

06/04/09    BDT

D10
74

INSURANCE

| Posting Date | Order No | Item No | Description | Qty | Item Price | Total Charges |
|---|---|---|---|---|---|---|
| | | | TOTAL Chemotherapy - IV | | | 8,631.00 |
| 12/08/08 | 6 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 105.85 | 1,058.45 |
| 12/08/08 | 16 | 23469 | TRASTUZUMAB 10MG INJ | 60 | 350.96 | 21,057.65 |
| 12/08/08 | 13 | 24871 | CARBOPLATIN 50MG INJ | 14 | 43.16 | 604.20 |
| 12/08/08 | 18 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,076.95 | 6,230.85 |
| 12/08/08 | 19 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,076.91 | 8,307.65 |
| 12/31/08 | 37 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 121.79 | 1,217.85 |
| 12/31/08 | 41 | 23469 | TRASTUZUMAB 10MG INJ | 45 | 368.73 | 16,592.80 |
| 12/31/08 | 40 | 24871 | CARBOPLATIN 50MG INJ | 14 | 43.16 | 604.20 |
| 12/31/08 | 44 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,204.38 | 6,613.15 |
| 12/31/08 | 45 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,204.35 | 8,817.40 |
| 01/23/09 | 59 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 121.79 | 1,217.85 |
| 01/23/09 | 66 | 23469 | TRASTUZUMAB 10MG INJ | 45 | 368.73 | 16,592.80 |
| 01/23/09 | 61 | 24871 | CARBOPLATIN 50MG INJ | 14 | 43.16 | 604.20 |
| 01/23/09 | 63 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,204.38 | 6,613.15 |
| 01/23/09 | 64 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,204.35 | 8,817.40 |
| 02/13/09 | 79 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 121.79 | 1,217.85 |
| 02/13/09 | 84 | 23469 | TRASTUZUMAB 10MG INJ | 45 | 368.73 | 16,592.80 |
| 02/13/09 | 82 | 24871 | CARBOPLATIN 50MG INJ | 14 | 43.16 | 604.20 |
| 02/13/09 | 81 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,204.38 | 6,613.15 |
| 02/13/09 | 86 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,204.35 | 8,817.40 |
| 03/06/09 | 98 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 121.79 | 1,217.85 |
| 03/06/09 | 106 | 23469 | TRASTUZUMAB 10MG INJ | 45 | 368.73 | 16,592.80 |
| 03/06/09 | 108 | 24871 | CARBOPLATIN 50MG INJ | 12 | 1.67 | 20.00 |
| 03/06/09 | 110 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,204.38 | 6,613.15 |
| 03/06/09 | 111 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,204.35 | 8,817.40 |
| 03/27/09 | 129 | 22573 | PALONOSETRON 0.25 MG/5ML VIA | 10 | 121.79 | 1,217.85 |
| 03/27/09 | 134 | 23469 | TRASTUZUMAB 10MG INJ | 45 | 368.73 | 16,592.80 |
| 03/27/09 | 136 | 24871 | CARBOPLATIN 50MG INJ | 11 | 26.79 | 294.65 |
| 03/27/09 | 131 | 24878 | DOCETAXEL 20MG INJ | 3 | 2,204.38 | 6,613.15 |
| 03/27/09 | 132 | 24879 | DOCETAXEL 20MG INJ | 4 | 2,204.35 | 8,817.40 |
| 04/17/09 | 146 | 23469 | TRASTUZUMAB 10MG INJ | 44 | 365.38 | 16,076.90 |
| 05/08/09 | 155 | 23469 | TRASTUZUMAB 10MG INJ | 44 | 365.38 | 16,076.90 |
| 05/29/09 | 165 | 23469 | TRASTUZUMAB 10MG INJ | 44 | 365.38 | 16,076.90 |
| | | | TOTAL DRUGS/DETAIL CODE | | | 253,822.75 |
| 12/08/08 | 4 | 20044 | DIPHENHYDRAMINE 25MG CAPSULE | 1 | 3.00 | 3.00 |
| | | | **Account Balance** | | | |

If you have any questions about this statement, please contact the customer service office at (866) 687-7674.

\* These charges do not include fees for professional services.
You will receive a separate bill from the Physician.

We accept MasterCard and Visa.
To pay by this method please call (866) 687-7674.