# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:   TAXOTERE (DOCETAXEL)        *
         PRODUCTS LIABILITY          *   Docket No.: 16-MD-2740
         LITIGATION                  *   Section "H(5)"
                                     *   January 18, 2019
*This Document Relates To All Cases* *   New Orleans, Louisiana
* * * * * * * * * * * * * * * * * * *


TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:          Barrios, Kingsdorf & Casteix, LLP
                             BY:  DAWN BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


                             Gainsburgh, Benjamin, David,
                               Meunier & Warshauer, LLC
                             BY:  PALMER LAMBERT, ESQ.
                             2800 Energy Centre
                             1100 Poydras Street
                             New Orleans, Louisiana 70163-2800

1        **THE COURT:**  Not 16, 15.

2        **MR. DAVIS:**  Understood.

3        **MS. BRILLEAUX:**  Hank you, Your Honor.

4             The next one I have is Julie Clark, also with

5    the TorHoerman law firm.

6        **MR. DAVIS:**  Your Honor, Ms. Clark has hired new

7    counsel.  I have agreed to a substitution.  I believe they

8    filed a motion to substitute counsel, but I don't have any

9    authority in this case.  New counsel is aware of the pending

10   status today, and I believed they were handling it.

11       **MS. BARRIOS:**  Do you know who new counsel is?

12       **MR. DAVIS:**  I'm sorry, Your Honor?

13       **MS. BARRIOS:**  This is Dawn Barrios.  Do you know who

14   new counsel is?

15       **MR. DAVIS:**  I'm sorry, Your Honor, I did not think

16   this was up today, so I did not double-check that information.

17   I can find it in the next few minutes, but I don't have it off

18   the top of my head.  I apologize.

19       **THE COURT:**  Okay.  I'm going to grant 15 days because

20   under any circumstance, this should have been done, and new

21   counsel needs to know that.

22       **MS. BARRIOS:**  Thank you.

23       **MS. BRILLEAUX:**  Thank you, Your Honor.

24       **MS. CALLSEN:**  Marc Bern has the next several cases,

25   that law firm.  The first one is Cynthia Grant.

OFFICIAL TRANSCRIPT

1          THE COURT:  Well, we have some from Reich & Binstock,

2     too.

3          MS. BRILLEAUX:  I'm not sure -- so we have Reich &

4     Binstock, but I don't believe that those -- oh, no.  Yes, you

5     are correct.  You are correct.  Thank you.  I think we have

6     Bachus & Schanker, and then Reich & Binstock is the final firm.

7          THE COURT:  Okay.  Thank you.

8          MS. BRILLEAUX:  Thank you for catching that, Your

9     Honor.

10          THE COURT:  All right.

11          MR. ELLIOTT:  Good morning, Judge.

12          THE COURT:  Good morning.

13          MR. ELLIOTT:  Chris Elliott for Bachus & Schanker.

14          MS. BRILLEAUX:  The first case that I have is

15     Michelle Dula-Harris, no PFS submitted PFS.

16          MR. ELLIOTT:  We filed the plaintiff fact sheet on

17     January 15th of 2019.

18          THE COURT:  The Court's going to grant 15 days to

19     confirm compliance.

20          MS. BRILLEAUX:  The next one I have is Patricia

21     Eversole, no PFS submitted.

22          MR. ELLIOTT:  Plaintiff, we learned, has passed away.

23     We made contact with the family.  We received the obituary

24     notice on the 2nd of January.  We'd need 30 days to consult

25     more with the family.