# EXHIBIT D

| | |
|---|---|
| **From:** | Borges, Virginia |
| **Sent:** | Thursday, March 13, 2014 7:59 PM |
| **To:** | |
| **Subject:** | FW: Hair |

Kelly -

Good to see you tonight, as always.  Here is the information Julie sent back.  She is very willing to talk to you as well, which may help.  Here contact info is at the bottom of the email she sent back.

Hugs.  Ginger


Begin forwrded email:

Well, it really depends. I haven't actually bought my hair from Bianca, but I know her prices are better than what I paid. Here's sort of how it works:

First, you need enough hair on your head for the stylist to braid. But believe me, it doesn't have to be much. When I started wearing extensions, my hair was about two inches long and was (and still is) extremely thin and sparse. As long as there is *something* there, she can pretty much work a miracle.

She takes the client's hair and braids some longer fake hair into it so that client ends up with corn rows that are all over the head. Then she sews a sort of net onto the perimeter of those corn rows.
Next, she sews these long lengths of hair called wefts onto the net. This way, the client's hair isn't pulled on. Here is what wefts look like:



The 'seam' at the top of the weft is what is sewn to the net. To get a better idea of how the whole process works, there are tons of youtube videos. Here's one: https://www.youtube.com/watch?v=BEnGXN5OUZk

This is a method that the African American community has been doing for YEARS.

The weave lasts for about ten weeks.

The hair itself is one purchase that has to be made, but good hair should last for a year or more. You'd have to talk with Bianca about what she charges for hair. I would trust the hair that she sells rather than ordering something online or buying hair from a beauty supply store.

1

After you own the hair, the cost for a full weave in (which includes the braiding and sewing, and the cut) from Bianca is $350. So this is a cost that happens about every ten weeks. Before I lost my hair, I spent approximately $150 every eight weeks for color and trim. Not too much more for the extensions.

The reality is that the extension hit is SO MUCH better than the hair I had before losing it that I'm happy. Would I rather have my own hair? Of course. But this is a great solution that protects the hair that I do have and allows me to swim and wash my hair, itch free. I hate wigs now! This is so much more comfortable.

The woman who does my hair is Bianca. Her web site is here: http://bloncvirginhair.com
She's in Cherry Creek. Most of her clients are African American women, but I have felt SO comfortable with her and I really love what she does. Bianca is truly an artist.

Ginger, please let your patents who are suffering the same issues that I have faced know that they can call me. I've been dealing with this issue for five years, and feel like I've been down a lot of roads. For me, this has been the best one.


xxx
*Julie Clark*

http://www.mommymade.com



On Mar 13, 2014, at 6:14 PM, Borges, Virginia wrote:

> Hey-
>
> How much do those extensions cost? Ginger
>
> Virginia F Borges, MD
> Associate Professor
> Director, Young Women's Breast Cancer Translational Program
> University of Colorado, Denver
> University of Colorado Cancer Center

2