# EXHIBIT F

## Statement Required by PTO 71 (no additional ESI found)

Pursuant to PTO 71, I have conducted a reasonable search on each of the sources identified in paragraph 2 of PTO 71 to identify and collect potentially responsive ESI for counsel review. My search has yielded no additional ESI to produce. My employer-owned email account does not have any responsive ESI. I do not know of other individuals or locations where responsive ESI may exist. I am unaware of any ESI within the scope of discovery that was lost or destroyed.

_JULIE CLARK_  
Plaintiff's Name (Please Print Legibly)

_11-26-18_  
Date

_[signature]_  
Plaintiff's Signature

_11-26-18_  
Date

_____  
Counsel's Signature

5/7/2019  
Date

2