# EXHIBIT G

# Regimen and Lab Summary

Report Range: **10/01/2008** to **10/01/2018**

Patient: **CLARK, JULIE A**  
DOB:  
Patient ID:  
Diagnosis: **Breast cancer, female**

Practice: **Denver Division**

|  | 10/15/2008 | 10/30/2008 | 11/13/2008 | 11/24/2008 | 12/04/2008 | 12/15/2008 | 12/26/2008 |
|---|---|---|---|---|---|---|---|
| TCH (Taxotere-Carboplatin-Herceptin) D1 Q21 (TC only) |  |  | C1D1 |  | C2D1 |  | C3D1 |
| Docetaxel, inj (mg) |  |  | 130 |  | 130 |  | 130 |
| Carboplatin, inj (mg) |  |  | 624 |  | 624 |  | 624 |
| Herceptin, inj (trastuzumab) (mg) |  |  | 494 |  |  |  |  |
| Herceptin, inj (trastuzumab) (mg) |  |  |  |  | 370 |  | 370 |
| Dexamethasone sodium phosphate, inj (mg) |  |  | 10 |  | 10 |  | 10 |
| Granisetron hcl, inj (mcg) |  |  | 1,000 |  | 1,000 |  | 1,000 |
| Herceptin 6 mg/kg (Boulder Division) |  |  |  |  |  |  |  |
| Herceptin, inj (trastuzumab) (mg) |  |  |  |  |  |  |  |
| Zoledronic acid Q3Month |  |  |  |  |  |  |  |
| Zoledronic acid, inj (mg) |  |  |  |  |  |  |  |
| Prolia |  |  |  |  |  |  |  |
| Denosumab, inj (mg) |  |  |  |  |  |  |  |
| In House Medications |  |  |  |  |  |  |  |
| Zometa, inj (zoledronic acid) (mg) |  |  |  |  |  |  |  |
| Cathflo activase, inj (alteplase) (mg) |  |  |  |  |  |  |  |
| Prolia, syringe (denosumab) (mg) |  |  |  |  |  |  |  |
| Laboratory |  |  |  |  |  |  |  |
| CBC |  |  |  |  |  |  |  |
| WBC | 9.5 Re... |  | 6.0 Re... | 1.9 Re... (LL) | 8.8 Re... | 1.7 ve... (LL) | 5.4 |
| RBC (x 10^6/uL) | 5.42 |  | 5.14 | 4.52 | 4.76 | 4.34 | 4.71 |
| HGB (g/dL) | 13.6 |  | 13.5 | 11.7 (L) | 12.3 (L) | 11.3 (L) | 12.4 (L) |
| HCT (%) | 42.4 |  | 41.7 | 36.2 (L) | 38.0 | 34.5 (L) | 38.1 |
| MCV (fL) | 78 (L) |  | 81 | 80 | 80 | 79 | 81 |
| MCH (pg) | 25.1 (L) |  | 26.2 (L) | 26.0 (L) | 25.7 (L) | 26.1 (L) | 26.2 (L) |
| MCHC (g/dL) | 32.1 |  | 32.3 | 32.4 | 32.2 | 32.8 | 32.4 |
| RDW (%) | 16.9 (H) |  | 15.1 (H) | 14.4 | 14.2 | 14.3 | 14.3 |
| PLT (x 10^3/uL) | 315 |  | 251 | 225 | 280 | 188 | 260 |
| MPV (fL) | 8.8 |  | 9.2 | 7.9 | 8.1 | 7.9 | 7.7 |
| Neu % (%) | 55.6 |  | 55.1 | 11.0 | 62.9 | 7.4 | 53.0 |
| LY % (%) | 29.8 |  | 30.4 | 63.6 | 25.9 | 69.7 | 38.6 |
| MO % (%) | 7.5 |  | 8.8 | 21.7 | 6.7 | 20.9 | 6.8 |
| EO % (%) | 6.1 |  | 5.2 | 2.7 | 3.9 | 1.6 | 1.0 |
| BA % (%) | 1.0 |  | 0.5 | 1.0 | 0.6 | 0.4 | 0.6 |
| Neu # (ANC) (x 10^3/uL) | 5.29 |  | 3.28 | 0.21 R... (LL) | 5.51 | 0.12 R... (LL) | 2.87 |
| Absolute neutrophil count (per mm3) |  |  |  |  |  |  |  |
| LY # (x 10^3/uL) | 2.84 |  | 1.81 | 1.22 | 2.27 | 1.15 | 2.09 |
| MO # (x 10^3/uL) | 0.71 |  | 0.52 | 0.42 | 0.59 | 0.34 | 0.37 |
| EO # (x 10^3/uL) | 0.58 |  | 0.31 | 0.05 | 0.34 | 0.03 | 0.05 |
| BA # (x 10^3/uL) | 0.10 |  | 0.03 | 0.02 | 0.05 | 0.01 | 0.03 |
| Manual Differential |  |  |  |  |  |  |  |
| Granulocytes, immature (%) |  |  |  |  |  |  |  |
| Granulocytes, immature, absolute (x 10^3/uL) |  |  |  |  |  |  |  |

*This report contains information from the iKnowMed Clinical Information System. The information may have originated from a variety of different sources. The report is intended for internal use and is not an official laboratory report.*

# Regimen and Lab Summary

Patient: **CLARK, JULIE A**
DOB:
Patient ID:
Diagnosis: **Breast cancer, female**

Practice: **Denver Division**

| | 01/05/2009 | 01/15/2009 | 01/26/2009 | 02/05/2009 | 02/16/2009 | 02/26/2009 | 03/09/2009 |
|---|---|---|---|---|---|---|---|
| TCH (Taxotere-Carboplatin-Herceptin) D1 Q21 (TC only) | | C4D1 | | C5D1 | | C6D1 | |
| Docetaxel, inj (mg) | | 130 | | 130 | | 130 | |
| Carboplatin, inj (mg) | | 624 | | 624 | | 624 | |
| Herceptin, inj (trastuzumab) (mg) | | | | | | | |
| Herceptin, inj (trastuzumab) (mg) | | 370 | | 370 | | 370 | |
| Dexamethasone sodium phosphate, inj (mg) | | 10 | | 10 | | 10 | |
| Granisetron hcl, inj (mcg) | | 1,000 | | 1,000 | | 1,000 | |
| Herceptin 6 mg/kg (Boulder Division) | | | | | | | |
| Herceptin, inj (trastuzumab) (mg) | | | | | | | |
| Zoledronic acid Q3Month | | | | | | | |
| Zoledronic acid, inj (mg) | | | | | | | |
| Prolia | | | | | | | |
| Denosumab, inj (mg) | | | | | | | |
| In House Medications | | | | | | | |
| Zometa, inj (zoledronic acid) (mg) | | | | 4 | | | |
| Cathflo activase, inj (alteplase) (mg) | | | | | | | |
| Prolia, syringe (denosumab) (mg) | | | | | | | |
| Laboratory | | | | | | | |
| CBC | | | | | | | |
| WBC | 1.7 ve... (LL) | 5.6 | 1.8 Re... (LL) | 5.0 | 1.6 ve... (LL) | 4.8 | 1.5 Re... (LL) |
| RBC (x 10^6/uL) | 4.10 | 4.80 | 4.66 | 4.61 | 4.10 | 4.61 | 4.15 |
| HGB (g/dL) | 10.8 (L) | 12.4 (L) | 12.3 (L) | 12.1 (L) | 11.1 (L) | 12.3 (L) | 11.4 (L) |
| HCT (%) | 32.1 (L) | 39.4 | 37.9 (L) | 37.7 (L) | 33.5 (L) | 37.8 (L) | 34.4 (L) |
| MCV (fL) | 78 (L) | 82 | 81 | 82 | 82 | 82 | 83 |
| MCH (pg) | 26.4 (L) | 25.9 (L) | 26.5 (L) | 26.2 (L) | 27.0 (L) | 26.7 (L) | 27.3 (L) |
| MCHC (g/dL) | 33.7 | 31.6 (L) | 32.5 | 32.0 | 33.1 | 32.5 | 33.0 |
| RDW (%) | 14.8 (H) | 15.1 (H) | 16.4 (H) | 16.7 (H) | 17.8 (H) | 17.6 (H) | 17.7 (H) |
| PLT (x 10^3/uL) | 174 | 247 | 162 | 240 | 173 | 241 | 194 |
| MPV (fL) | 8.1 | 8.1 | 8.6 | 7.8 | 8.2 | 7.8 | 8.2 |
| Neu % (%) | 10.8 | 58.4 | 10.1 | 55.2 | 13.2 | 53.9 | 6.6 |
| LY % (%) | 74.7 | 35.6 | 70.5 | 37.4 | 60.2 | 37.2 | 76.6 |
| MO % (%) | 13.4 | 4.7 | 18.1 | 6.2 | 23.6 | 7.6 | 15.9 |
| EO % (%) | 0.7 | 0.8 | 0.4 | 0.6 | 2.0 | 0.7 | 0.2 |
| BA % (%) | 0.4 | 0.5 | 0.9 | 0.6 | 1.0 | 0.6 | 0.7 |
| Neu # (ANC) (x 10^3/uL) | 0.18 (LL) | 3.30 | 0.18 (LL) | 2.75 | 0.21 R... (LL) | 2.60 | 0.10 (LL) |
| Absolute neutrophil count (per mm3) | | | | | | | |
| LY # (x 10^3/uL) | 1.24 | 2.01 | 1.26 | 1.86 | 0.94 (L) | 1.79 | 1.15 |
| MO # (x 10^3/uL) | 0.22 | 0.27 | 0.32 | 0.31 | 0.37 | 0.37 | 0.24 |
| EO # (x 10^3/uL) | 0.01 | 0.05 | 0.01 | 0.03 | 0.03 | 0.03 | 0.00 |
| BA # (x 10^3/uL) | 0.01 | 0.03 | 0.02 | 0.03 | 0.02 | 0.03 | 0.01 |
| Manual Differential | | | | | | | |
| Granulocytes, immature (%) | | | | | | | |
| Granulocytes, immature, absolute (x 10^3/uL) | | | | | | | |
| Chemistries | | | | | | | |

*This report contains information from the iKnowMed Clinical Information System. The information may have originated from a variety of different sources. The report is intended for internal use and is not an official laboratory report.*