UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740<br>SECTION "H" (5) |
| This Document Relates To<br>Civil Action No. 2:18-cv-13030 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOY BONIN,<br><br>    Plaintiffs,<br>v.<br><br>SANOFI US SERVICES INC. f/k/a<br>SANOFI-AVENTIS U.S. INC. et al,<br><br>    Defendant. | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of May, 2019 /s/ Thomas V. Ayala
M. Elizabeth Graham
Thomas V. Ayala
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
Email: egraham@gelaw.com
Email: tayala@gelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/ Thomas V. Ayala