UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)               MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION

                                           SECTION: "H"(5)

                                           THIS DOCUMENT RELATES TO
                                           ALL CASES

**ORDER**

On March 14, 2019, the Court ordered an in camera review of email communications between Plaintiff, Debra Cantwell, and her counsel "regarding the alleged request for the deletion of Facebook comments." (Rec. doc. 6513).  The Court has received and reviewed the documents and finds there were no improper communications, instructions or guidance provided by counsel and that the documents therefore are not discoverable.

New Orleans, Louisiana, this  29th  day of _____May_____, 2019.

                                           _____
                                           MICHAEL B. NORTH
                                           UNITED STATES MAGISTRATE JUDGE