## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

CLARISSA RIVERA                                                       MDL NO: 2740
               Plaintiff

v.                                                                                           SECTION: N (5)

SANOFI-AVENTIS U.S. LLC, et al.                         JUDGE: JANE TRICHE MILAZZO
              Defendants.

**JURY TRIAL DEMANDED**

**SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

Clarissa Rivera

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): None

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Ohio

5. State in which Plaintiff(s) allege(s) injury: Ohio

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

       __x__ A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

       __x__ B.    Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

       __x__ A.    Sandoz Inc.

       __x__ B.    Accord Healthcare, Inc.

       __x__ C.    McKesson Corporation d/b/a McKesson Packaging

       __x__ D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

       __x__ E.    Hospira, Inc.

       __x__ F.    Sun Pharma Global FZE

       __x__ G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

       __x__ H    Pfizer Inc.

       __x__ I.    Actavis LLC f/k/a Actavis Inc.

       __x__ J.    Actavis Pharma, Inc.

       __x__ K.    Other: Sagent Pharmaceuticals

7. Basis for Jurisdiction:

       __x__ Diversity of Citizenship

       ____ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: Lorain County Court of Common Pleas

2

9. Brand Product(s) used by Plaintiff (check applicable):

    <u>x    </u>  A.   Taxotere

    <u>x    </u>  B.   Docefrez

    <u>x    </u>  C.   Docetaxel Injection

    <u>x    </u>  D.   Docetaxel Injection Concentrate

    <u>x    </u>  E.   Unknown

    <u>     </u>  F.   Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9: <u>January 29, 2016 to May 20, 2016</u>

11. State in which Product(s) identified in question 9 was/were administered: <u>Ohio</u>

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury): hair loss from 2016 to present

13. Counts in Master Complaint brought by Plaintiff(s):

    <u>x</u>  Count I – Strict Products Liability -Failure to Warn

    <u>x</u>  Count III – Negligence

    <u>x</u>  Count IV – Negligent Misrepresentation

    <u>x</u>  Count V – Fraudulent Misrepresentation

    <u>x</u>  Count VI – Fraudulent Concealment

    <u>x</u>  Count VII – Fraud and Deceit

    <u>x</u>  Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

3

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.


 s/ Ryan E. Hodge
Ryan E. Hodge, #16180
135 North Main
Wichita, KS 67202
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff