```
 1                   UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3
     ****************************************************
 4
     IN RE:  TAXOTERE
 5   (DOCETAXEL) PRODUCTS
     LIABILITY LITIGATION
 6
                              CIVIL ACTION NO. 16-MD-2740 "H"
 7                            NEW ORLEANS, LOUISIANA
                              THURSDAY, MAY 30, 2019, 10:00 A.M.
 8
     THIS DOCUMENT RELATES TO:
 9   ALL CASES

10   ****************************************************

11         TRANSCRIPT OF DISCOVERY/STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE MICHAEL NORTH
12                   UNITED STATES MAGISTRATE JUDGE

13


14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:        BARRIOS KINGSDORF & CASTEIX
                                BY:  DAWN M. BARRIOS, ESQ.
17                              701 POYDRAS STREET, SUITE 3650
                                NEW ORLEANS, LOUISIANA 70139
18

19
                                GIBBS LAW GROUP
20                              BY:  KAREN B. MENZIES, ESQ.
                                400 CONTINENTAL BOULEVARD
21                              6TH FLOOR
                                EL SUGUNDO, CALIFORNIA 90245
22

23
                                MARTZELL BICKFORD & CENTOLA
24                              BY:  LAWRENCE J. CENTOLA, ESQ.
                                338 LAFAYETTE STREET
25                              NEW ORLEANS, LOUISIANA 7013
```

*OFFICIAL TRANSCRIPT*

```
 1  APPEARANCES CONTINUED:

 2

 3                                  LEMMON LAW FIRM
                                    BY:  ANDREW LEMMON, ESQ.
 4                                  650 POYDRAS STREET
                                    SUITE 2335
 5                                  NEW ORLEANS, LOUISIANA 70130

 6

 7                                  ATKINS & MARKOFF LAW FIRM
                                    BY:  DANIEL P. MARKOFF, ESQ.
 8                                  9211 LAKE HEFNER PARKWAY, STE. 104
                                    OKLAHOMA CITY, OKLAHOMA 73120
 9

10
                                    PENDLEY BAUDIN & COFFIN
11                                  BY:  CHRISTOPHER L. COFFIN, ESQ.
                                    1515 POYDRAS STREET, SUITE 1400
12                                  NEW ORLEANS, LOUISIANA 70112

13

14                                  STUEVE SIEGEL HANSON
                                    BY:  ABBY E. MCCLELLAN, ESQ.
15                                  460 NICHOLS ROAD, SUITE 200
                                    KANSAS CITY, MISSOURI 64112
16

17
                                    ANDREWS THORNTON HIGGINS RAZMARA
18                                  BY:  ANNE ANDREWS, ESQ.
                                         JOHN C. THORNTON, ESQ.
19                                  2 CORPORATE PARK
                                    SUITE 110
20                                  IRVINE, CALIFORNIA 92606

21

22  FOR SANOFI S.A.:                IRWIN FRITCHIE URQUHART & MOORE
                                    BY:  DOUGLAS J. MOORE, ESQ.
23                                       KELLY E. BRILLEAUX, ESQ.
                                    400 POYDRAS STREET, SUITE 2700
24                                  NEW ORLEANS, LOUISIANA 70130

25
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3                                   SHOOK, HARDY & BACON
                                     BY:  HARLEY V. RATLIFF, ESQ.
 4                                   2555 GRAND BOULEVARD
                                     KANSAS CITY, MISSOURI 64108
 5

 6
      FOR ACTAVIS PHARMA,
 7    INC.:                          ULMER & BERNE
                                     BY:  MICHAEL J. SUFFERN, ESQ.
 8                                   600 VINE STREET
                                     SUITE 2800
 9                                   CINCINNATI, OHIO 45202

10

11    FOR SANDOZ, A NOVARTIS
      DIVISION:                      GREENBURG TRAURIG
12                                   BY:  BETH K. TOBERMAN, ESQ.
                                     TERMINUS 200
13                                   3333 PIEDMONT ROAD, NE
                                     ATLANTA, GEORGIA 30305
14

15
      FOR PFIZER, INC., AND
16    HOSPIRA WORLDWIDE,
      LLC:                           QUINN EMANUEL URQUHART & SULLIVAN
17                                   BY:  MARA C. GONZALEZ, ESQ.
                                     51 MADISON AVENUE, 22ND FLOOR
18                                   NEW YORK, NEW YORK 10010

19

20    FOR HOSPIRA, INC.,
      HOSPIRA WORLDWIDE, LLC,
21    FORMERLY DOING BUSINESS
      AS HOSPIRA WORLDWIDE,
22    INC., AND PFIZER INC.:         CHAFFE MCCALL
                                     BY:  JOHN F. OLINDE, ESQ.
23                                   2300 ENERGY CENTRE
                                     1100 POYDRAS STREET
24                                   NEW ORLEANS, LOUISIANA 70163

25
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR SUN PHARMACEUTICAL
      INDUSTRIES, LTD:         HINSHAW & CULBERTSON
 4                             BY:  GEOFFREY M. COAN, ESQ.
                               28 STATE STREET
 5                             24TH FLOOR
                               BOSTON, MASSACHUSETTS 02109
 6

 7
      FOR ACCORD HEALTHCARE,
 8    INC.:                    TUCKER ELLIS
                               BY:  JULIE A. CALLSEN, ESQ.
 9                             950 MAIN AVENUE, SUITE 1100
                               CLEVELAND, OHIO 44113
10

11
      ALSO PRESENT:            ANDRE MURA, ESQ.
12                             LAURA DAVIS, ESQ.
                               BRIAN HAZEN, ESQ.
13                             JASON HARMON, ESQ.

14

15    OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
16                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM B-275
17                             NEW ORLEANS, LOUISIANA 70130
                               (504) 589-7779
18                             Cathy_Pepper@laed.uscourts.gov

19
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
20    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

21

22

23

24

25

                         OFFICIAL TRANSCRIPT
```

**I N D E X**

AGENDA ITEMS                                                    PAGE

SHIRLEY LEDLIE....................................... 6
PSC IS SEEKING ADDITIONAL DOCUMENTS FROM SANOFI
RELATED TO MS. LEDLIE'S FRENCH CRCI CLAIM............ 6
SANOFI'S REQUEST FOR REIMBURSEMENT OF THE EXPENSES
ASSOCIATED WITH ITS DISCOVERY OF MS. LEDLIE.......... 11
PRODUCING THIRD-PARTY SUBPOENA RETURNS AND
OBJECTIONS........................................... 12

*OFFICIAL TRANSCRIPT*

**P-R-O-C-E-E-D-I-N-G-S**

M O R N I N G   S E S S I O N

THURSDAY, MAY 30, 2019

(COURT CALLED TO ORDER)

THE COURT: Good morning, everyone. How is everybody doing?

VOICES: Good, Your Honor.

THE COURT: Okay. I've read everyone's submissions and the responses to the submissions, and obviously I've been down this road with you now all for a while on a number of these issues.

First, I'm going to address these Shirley Ledlie issues. The PSC is seeking additional documents from Sanofi related to Ms. Ledlie's French CRCI claim, and then Sanofi is seeking reimbursement for its costs for proceeding to the Hague Convention to obtain Ms. Ledlie's testimony in France. From a discovery standpoint, as far as I'm concerned, Ms. Ledlie's role in this litigation is at an end.

The document request I want to address first. The PSC's document request to Sanofi, I think that that request falls outside the scope of permissible discovery in the case and outside the scope of my February 6, 2019, order.

Documents related to this foreign nonparty's

*OFFICIAL TRANSCRIPT*

1    claim in another country are just, in my view, not relevant to
2    this matter.  This is particularly true given the personal
3    nature of much of what's been requested.
4                As recently as yesterday, in its letter to the
5    Court, the PSC called discovery that's already been taken of
6    Ms. Ledlie *disproportionate*, stating Ms. Ledlie's testimony
7    simply lacks relevance to the merits of the claims of thousands
8    of women who have sued Sanofi for their injuries.  Sanofi
9    nevertheless insisted on pursuing discovery of a foreign
10   individual who was removed from the plaintiffs' witness list.
11               It's hard to describe the PSC's position in
12   seeking additional documents in a foreign proceeding that
13   relate to Ms. Ledlie as anything other than *doublespeak* based
14   on the arguments that the PSC has made throughout this
15   litigation as to Sanofi's efforts to conduct discovery as to
16   her both here and in France.
17               Ultimately, I don't think any of the information
18   that's been requested, and I'll borrow again from the PSC's own
19   arguments, can be described as *having a direct and precise link*
20   *with the trial plaintiffs' trials,* and for that reason, the
21   requested additional discovery concerning Ms. Ledlie is denied.
22            MS. MENZIES:  May I make a statement for the record?
23            THE COURT:  Yes.
24            MS. MENZIES:  So, the record is clear --
25            THE COURT:  Just identify yourself -- oh, she's got it.

*OFFICIAL TRANSCRIPT*

1     I'm looking.  She knows who you are now.

2               MS. MENZIES:  We go back.

3                    Okay.  The main points we want to make for the
4     record, Your Honor, is that, one, there is an agreement between
5     the parties that has been entered into a formal order in this
6     court.  It's Document 1072, related to discovery of French
7     information, where Sanofi has agreed not to raise the French
8     Blocking Statute or anything else to request for documents in
9     France.

10                   Where we see the relevance in the narrow request
11    that we're talking about has nothing to do with Shirley Ledlie;
12    in fact, it would be fine if they redact her name out.  What is
13    relevant to us for purposes of the deposition we're about to
14    take next week is the fact that internally Sanofi is not
15    only -- you recall your order allows us to ask about
16    communications for possible legal action.

17                   What Sanofi was doing at the time in 2009 -- '8,
18    '9, '10, '11 was not only in communication with somebody on
19    potential legal action about permanent alopecia, ongoing
20    alopecia but actively defending a claim for permanent alopecia.

21                   So what we see as relevant is the internal
22    documents that Shirley Ledlie would never have anyway, but the
23    internal documents from the risk management department and
24    others at Sanofi that are working up their defense of that
25    claim.

*OFFICIAL TRANSCRIPT*

1              So the record is very clear, the document that
2    was used as Exhibit 6 in the Shirley Ledlie testimony in France
3    was not the ultimate adjudication by the CRCI.  It was actually
4    Sanofi's legal position paper arguing why her claim is not
5    valid.  So when we have an active legal action going on, we
6    don't see how that, at least in the context of discovery, isn't
7    relevant for this upcoming deposition.
8              The second point on that, too, Your Honor, is
9    that we have asked them, "Do these documents exist?  If they
10   don't, let us know.  If they are too hard to get, let us know."
11   We haven't heard any answer on that at all.
12             So under the umbrella of what --
13        THE COURT:  They've objected to producing anything in
14   response to the request.
15        MS. MENZIES:  Arguing that it's outside of the scope
16   and irrelevant.
17        THE COURT:  Right.
18        MS. MENZIES:  What we don't know is do they have these
19   documents and they are not willing to produce them on the basis
20   of irrelevance.
21             So if they have the documents, and given the
22   breadth of relevance related to these issues other than
23   Shirley Ledlie, Sanofi's internal actions defending a claim for
24   permanent alopecia for a patient who took Taxotere, which, by
25   the way, at the same time they were getting communications from

*OFFICIAL TRANSCRIPT*

1   other women like Pam Kirby, who we know is in communication
2   with Sanofi also at this same time, so the accumulation of
3   those communications -- and Pam is not the only one.  We've now
4   just a few weeks ago received two more letters in the same time
5   period of women.  One in Oklahoma.
6              So all of this at the same time is building this
7   awareness of Sanofi that they are going to be facing legal
8   litigation; in fact, they are facing it in other countries.
9   There are claims in Germany and otherwise.
10             So, for the record, we believe that this is well
11  within the scope of the discovery related to the issue of
12  possible legal action for women related to Taxotere and ongoing
13  alopecia.
14             Thank you.
15        MR. RATLIFF:  Your Honor, unless you plan to change
16  your mind from your original ruling, I don't really have
17  anything further to say.
18        THE COURT:  I'm not going to change my mind.  I've
19  stated it in such a way that it will be reflected in the minute
20  entry.  Obviously y'all will become familiar with Rule 72 in
21  this case, so if you all need to invoke it again, that's fine.
22        MR. OLINDE:  Your Honor, some people on the phone
23  emailed me and said they couldn't hear.  Maybe it's just
24  because of the microphone.
25        THE COURT:  Well, my microphone is on.

*OFFICIAL TRANSCRIPT*

1    MR. OLINDE:  Yes, I think it may have been because of
2    the speakers.
3         THE COURT:  All right.  Hold on.  I've turned it up.
4         Okay.  All right.  As to Sanofi's request for
5    reimbursement of the expenses associated with its discovery of
6    Ms. Ledlie, I'm going to deny that request.
7         It's true that I previously described the PSC's
8    shifting positions on the appropriateness of discovery on
9    Ms. Ledlie generally, as well as their shifting positions on
10   cooperating and obtaining that discovery as *gamesmanship*, and I
11   think that still holds true.
12        I don't believe it rises to the level sufficient
13   to lead me to shift the costs of that discovery to the PSC,
14   which, in the end, vigorously opposed the taking of that
15   discovery.
16        First of all, Sanofi affirmatively sought to take
17   the discovery via the Hague Convention in this court and in the
18   French court, and they did that in the face of the PSC's
19   opposition.  It was fully aware at all times of the costs
20   associated in what it sought.  There is no evidence, only
21   speculation, as far as I can tell, as to how Ms. Ledlie might
22   have acted differently had the PSC asked her nicely to
23   cooperate in discovery.
24        While I disapproved of the changing positions and
25   tactics with regard to this entire Shirley Ledlie saga on the

*OFFICIAL TRANSCRIPT*

|   |   |
|---|---|
| 1 | part of the PSC again, I don't think that they rise to the |
| 2 | level necessary to shift the cost of the discovery at this |
| 3 | point after it's been completed. |
| 4 | All right.  As for the other issue that's been |
| 5 | raised, the issue of producing third-party subpoena returns and |
| 6 | objections, let me make this clear, and I'll make it clear in |
| 7 | the minute entry, that there are no exceptions to that |
| 8 | requirement. |
| 9 | Anything that is received from a third-party |
| 10 | pursuant to a subpoena that is sent by any party in this |
| 11 | litigation has to be shared and produced to the other parties. |
| 12 | Whether it's actual document productions, whether it's |
| 13 | objections, whether it's communications or other |
| 14 | correspondence, everything needs to be shared among the |
| 15 | litigants. |
| 16 | To the extent that that has not been done by any |
| 17 | party, I'm going to require it to be done within 14 days. |
| 18 | Within those 14 days or at the expiration of those 14 days, I'm |
| 19 | going to require all the parties to submit -- and, John, you |
| 20 | all can submit a single affirmation on behalf of the collection |
| 21 | of your clients -- to submit an affirmation that has been |
| 22 | accomplished and that there are no documents, objections, |
| 23 | correspondences, or communications from third parties pursuant |
| 24 | to subpoenas that are in the possession of any of the parties |
| 25 | that have not yet been shared. |

*OFFICIAL TRANSCRIPT*

1           I don't think that is the case currently, based
2  on what Sanofi told me in their position paper, but just to be
3  clear, and because there is a suggestion that maybe other
4  parties have not yet shared some of that information, I've
5  stated what needs to be shared, and I've given you 14 days to
6  do it and to confirm for me by a filing in the record that it's
7  been done.  All right?
8           MR. RATLIFF:  Your Honor, may I address that very
9  quickly?
10          THE COURT:  Sure.
11          MR. RATLIFF:  Number 1, in our submission that was
12 filed, I guess, on Tuesday evening, there was a chart of all of
13 our subpoenas and the responses and the documents.  There was
14 one error in that, which I just realized this morning, which
15 was one for a subpoena we sent to Dr. Mario Lacouture.  He has
16 never -- they never responded to that subpoena, so there was a
17 date on which we produced documents.
18          I talked to my paralegal.  That was the date the
19 subpoena was sent out, not the documents had been received.
20 I've communicated that previously to counsel, but I'll
21 communicate that again in writing.
22          THE COURT:  I know there is a lag time between when you
23 all receive the documents and when you have to produce them.
24 That's fine.  That's understandable.  That's built into the
25 process.  To extent that there are documents stuck in that lag

*OFFICIAL TRANSCRIPT*

1  time when the 14 days expires, just include that information in
2  the declarations that you file.
3          MR. RATLIFF:  Then the other thing is just, I guess, a
4  point of clarification as to what you want produced, which
5  is --
6          THE COURT:  If you get anything -- anything from a
7  third-party pursuant to a subpoena, it's to be shared.
8  Anything.
9          MR. RATLIFF:  Understood.  So, like, an email, like, we
10 typically have dealt with their outside counsel, and we send an
11 email saying, what's the status of the production, are we going
12 to hear from that?
13             Is that something -- because I know that happened
14 on both sides because they've issued a lot of subpoenas.  We
15 know they've talked to people they've subpoenaed, their outside
16 counsel.  Is that something you envisioned as part of you
17 order?
18         THE COURT:  If you all want to agree that such
19 ministerial emails need not be produced, I'm fine with that.
20         MR. RATLIFF:  I think we would be fine.  I just don't
21 know if I can go back and recreate every email that's been sent
22 by my paralegal to an outside counsel.
23         THE COURT:  I'm not concerned about those sorts of
24 emails.  I'm talking about substantive information that you
25 would want if it were being sent to Ms. Menzies or Mr. Centola.

*OFFICIAL TRANSCRIPT*

| | |
|--|--|
| 1 | You want to see it.  I don't think there is a mystery about |
| 2 | what I -- |
| 3 | MR. RATLIFF:  Yeah.  Understood.  That was the only |
| 4 | thing I wanted to clarify for Your Honor. |
| 5 | THE COURT:  Okay. |
| 6 | MR. CENTOLA:  Just to confirm, Your Honor, |
| 7 | Larry Centola for the PSC.  We can talk to Mr. Ratliff about |
| 8 | this.  We do want the transmission cover letter or the |
| 9 | transmission email that says, "The following are attached," |
| 10 | which then we can tie a bow around what has actually been |
| 11 | produced. |
| 12 | THE COURT:  I can envision there are e-mails about what |
| 13 | format do you want this in?  Can I have a week extension?  You |
| 14 | know, that sort of thing. |
| 15 | MR. CENTOLA:  We can work with them and agree to not |
| 16 | produce such ministerial emails or cover letters, but the cover |
| 17 | letters that describe what is being produced, so we can tie a |
| 18 | bow around what is being produced.  That is our concern. |
| 19 | THE COURT: All right.  Anything else? |
| 20 | All right.  Very good.  I'm going to see you all |
| 21 | again soon, right?  Don't I have something else scheduled?  No. |
| 22 | MS. BARRIOS:  No, Your Honor. |
| 23 | Dawn Barrios for the PSC.  There was a PTO 85 |
| 24 | hearing, a show cause hearing that was supposed to be Tuesday, |
| 25 | but Sanofi had requested that it be adjourned.  I know that |

*OFFICIAL TRANSCRIPT*

1 they did, in all fairness, they did request a new date for the
2 PTO 85 hearing.
3      THE COURT:  They did.  I don't have that.  Why don't
4 you all come up with a couple of options and just talk to
5 Blanca, and she'll put it on the calendar.  Whatever works for
6 you all, as long as it's on the calendar.
7      MS. BARRIOS:  Yes, Your Honor.
8      MR. RATLIFF:  Thank you, Your Honor.
9      THE COURT:  I'll see you all next time.
10      (WHEREUPON, at 10:18 a.m., the proceedings were
11 concluded.)
12                              *   *   *
13
14                        REPORTER'S CERTIFICATE
15
16      I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter in and for the State
of Louisiana, Official Court Reporter for the United States
17 District Court, Eastern District of Louisiana, do hereby
certify that the foregoing is a true and correct transcript to
18 the best of my ability and understanding from the record of the
proceedings in the above-entitled and numbered matter.
19
20                              *s/Cathy Pepper*
                                Cathy Pepper, CRR, RMR, CCR
21                              Certified Realtime Reporter
                                Registered Merit Reporter
22                              Official Court Reporter
                                United States District Court
23                              Cathy_Pepper@laed.uscourts.gov
24
25

                         ***OFFICIAL TRANSCRIPT***

| | | | | 16:23 |
|---|---|---|---|---|
| **'** | **45202** [1] - 3:9 | **accumulation** [1] - 10:2 | **aware** [1] - 11:19 | **cathy_Pepper@laed. uscourts.gov** [1] - 4:18 |
| | **460** [1] - 2:15 | **ACTAVIS** [1] - 3:6 | **awareness** [1] - 10:7 | |
| **'10** [1] - 8:18 | | **acted** [1] - 11:22 | | **CCR** [2] - 4:15, 16:20 |
| **'11** [1] - 8:18 | **5** | **ACTION** [1] - 1:6 | **B** | **Centola** [2] - 14:25, 15:7 |
| | | **action** [4] - 8:16, 8:19, 9:5, 10:12 | | **CENTOLA** [4] - 1:23, 1:24, 15:6, 15:15 |
| **0** | **500** [1] - 4:16 | **actions** [1] - 9:23 | **B-275** [1] - 4:16 | **CENTRE** [1] - 3:23 |
| | **504** [1] - 4:17 | **active** [1] - 9:5 | **BACON** [1] - 3:3 | **CERTIFICATE** [1] - 16:14 |
| **02109** [1] - 4:5 | **51** [1] - 3:17 | **actively** [1] - 8:20 | **BARRIOS** [4] - 1:16, 1:16, 15:22, 16:7 | |
| | **589-7779** [1] - 4:17 | **actual** [1] - 12:12 | **Barrios** [1] - 15:23 | **CERTIFIED** [1] - 4:15 |
| **1** | | **ADDITIONAL** [1] - 5:6 | **based** [2] - 7:13, 13:1 | **Certified** [3] - 16:15, 16:16, 16:21 |
| | **6** | **additional** [3] - 6:15, 7:12, 7:21 | **basis** [1] - 9:19 | **certify** [1] - 16:17 |
| **1** [1] - 13:11 | | **address** [3] - 6:14, 6:21, 13:8 | **BAUDIN** [1] - 2:10 | **CHAFFE** [1] - 3:22 |
| **10010** [1] - 3:18 | **6** [4] - 5:5, 5:7, 6:24, 9:2 | **adjourned** [1] - 15:25 | **become** [1] - 10:20 | **change** [2] - 10:15, 10:18 |
| **104** [1] - 2:8 | **600** [1] - 3:8 | **adjudication** [1] - 9:3 | **BEFORE** [1] - 1:11 | **changing** [1] - 11:24 |
| **1072** [1] - 8:6 | **64108** [1] - 3:4 | **affirmation** [2] - 12:20, 12:21 | **behalf** [1] - 12:20 | **chart** [1] - 13:12 |
| **10:00** [1] - 1:7 | **64112** [1] - 2:15 | **affirmatively** [1] - 11:16 | **BERNE** [1] - 3:7 | **CHRISTOPHER** [1] - 2:11 |
| **10:18** [1] - 16:10 | **650** [1] - 2:4 | **AGENDA** [1] - 5:3 | **best** [1] - 16:18 | **CINCINNATI** [1] - 3:9 |
| **11** [1] - 5:9 | **6TH** [1] - 1:21 | **ago** [1] - 10:4 | **BETH** [1] - 3:12 | **CITY** [3] - 2:8, 2:15, 3:4 |
| **110** [1] - 2:19 | | **agree** [2] - 14:18, 15:15 | **between** [2] - 8:4, 13:22 | **CIVIL** [1] - 1:6 |
| **1100** [2] - 3:23, 4:9 | **7** | **agreed** [1] - 8:7 | **BICKFORD** [1] - 1:23 | **claim** [6] - 6:16, 7:1, 8:20, 8:25, 9:4, 9:23 |
| **12** [1] - 5:11 | | **agreement** [1] - 8:4 | **Blanca** [1] - 16:5 | **CLAIM..........** [1] - 5:7 |
| **14** [5] - 12:17, 12:18, 13:5, 14:1 | **701** [1] - 1:17 | **AIDED** [1] - 4:20 | **Blocking** [1] - 8:8 | **claims** [2] - 7:7, 10:9 |
| **1400** [1] - 2:11 | **70112** [1] - 2:12 | **ALL** [1] - 1:9 | **borrow** [1] - 7:18 | **clarification** [1] - 14:4 |
| **1515** [1] - 2:11 | **7013** [1] - 1:25 | **allows** [1] - 8:15 | **BOSTON** [1] - 4:5 | **clarify** [1] - 15:4 |
| **16-MD-2740** [1] - 1:6 | **70130** [3] - 2:5, 2:24, 4:17 | **alopecia** [5] - 8:19, 8:20, 9:24, 10:13 | **BOULEVARD** [2] - 1:20, 3:4 | **clear** [5] - 7:24, 9:1, 12:6, 13:3 |
| | **70139** [1] - 1:17 | **ALSO** [1] - 4:11 | **bow** [2] - 15:10, 15:18 | **CLEVELAND** [1] - 4:9 |
| **2** | **70163** [1] - 3:24 | **AND** [3] - 3:15, 3:22, 5:10 | **breadth** [1] - 9:22 | **clients** [1] - 12:21 |
| | **72** [1] - 10:20 | **ANDRE** [1] - 4:11 | **BRIAN** [1] - 4:12 | **COAN** [1] - 4:4 |
| **2** [1] - 2:19 | **73120** [1] - 2:8 | **ANDREW** [1] - 2:3 | **BRILLEAUX** [1] - 2:23 | **COFFIN** [2] - 2:10, 2:11 |
| **200** [2] - 2:15, 3:12 | | **ANDREWS** [2] - 2:17, 2:18 | **building** [1] - 10:6 | **collection** [1] - 12:20 |
| **2009** [1] - 8:17 | **8** | **ANNE** [1] - 2:18 | **built** [1] - 13:24 | **communicate** [1] - 13:21 |
| **2019** [3] - 1:7, 6:3, 6:24 | | **answer** [1] - 9:11 | **BUSINESS** [1] - 3:21 | **communicated** [1] - 13:20 |
| **22ND** [1] - 3:17 | **8** [1] - 8:17 | **anyway** [1] - 8:22 | **BY** [18] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:12, 3:17, 3:22, 4:4, 4:8, 4:19, 4:20 | **communication** [2] - 8:18, 10:1 |
| **2300** [1] - 3:23 | **85** [2] - 15:23, 16:2 | **APPEARANCES** [4] - 1:14, 2:1, 3:1, 4:1 | | **communications** [5] - 8:16, 9:25, 10:3, 12:13, 12:23 |
| **2335** [1] - 2:4 | | **appropriateness** [1] - 11:8 | | **completed** [1] - 12:3 |
| **24TH** [1] - 4:5 | **9** | **arguing** [2] - 9:4, 9:15 | **C** | **COMPUTER** [1] - 4:20 |
| **2555** [1] - 3:4 | | **arguments** [2] - 7:14, 7:19 | | **COMPUTER-AIDED** [1] - 4:20 |
| **2700** [1] - 2:23 | **9** [1] - 8:18 | **AS** [1] - 3:21 | **calendar** [2] - 16:5, 16:6 | **concern** [1] - 15:18 |
| **28** [1] - 4:4 | **90245** [1] - 1:21 | **ASSOCIATED** [1] - 5:9 | **CALIFORNIA** [2] - 1:21, 2:20 | **concerned** [2] - 6:19, 14:23 |
| **2800** [1] - 3:8 | **9211** [1] - 2:8 | **associated** [2] - 11:5, 11:20 | **CALLED** [1] - 6:4 | **concerning** [1] - 7:21 |
| | **92606** [1] - 2:20 | **ATKINS** [1] - 2:7 | **CALLSEN** [1] - 4:8 | **concluded** [1] - 16:11 |
| **3** | **950** [1] - 4:9 | **ATLANTA** [1] - 3:13 | **case** [3] - 6:23, 10:21, 13:1 | |
| | | **attached** [1] - 15:9 | **CASES** [1] - 1:9 | |
| **30** [2] - 1:7, 6:3 | **A** | **AVENUE** [2] - 3:17, 4:9 | **CASTEIX** [1] - 1:16 | |
| **30305** [1] - 3:13 | | | **Cathy** [2] - 16:15, 16:20 | |
| **3333** [1] - 3:13 | **a.m** [1] - 16:10 | | **CATHY** [1] - 4:15 | |
| **338** [1] - 1:24 | **A.M** [1] - 1:7 | | **Cathy_Pepper@laed .uscourts.gov** [1] - | |
| **3650** [1] - 1:17 | **ABBY** [1] - 2:14 | | | |
| | **ability** [1] - 16:18 | | | |
| **4** | **above-entitled** [1] - 16:18 | | | |
| | **accomplished** [1] - 12:22 | | | |
| **400** [2] - 1:20, 2:23 | **ACCORD** [1] - 4:7 | | | |
| **44113** [1] - 4:9 | | | | |

| | | | | |
|---|---|---|---|---|
| **conduct** [1] - 7:15<br>**CONFERENCE** [1] - 1:11<br>**confirm** [2] - 13:6, 15:6<br>**context** [1] - 9:6<br>**CONTINENTAL** [1] - 1:20<br>**CONTINUED** [3] - 2:1, 3:1, 4:1<br>**Convention** [2] - 6:18, 11:17<br>**cooperate** [1] - 11:23<br>**cooperating** [1] - 11:10<br>**CORPORATE** [1] - 2:19<br>**correct** [1] - 16:17<br>**correspondence** [1] - 12:14<br>**correspondences** [1] - 12:23<br>**cost** [1] - 12:2<br>**costs** [3] - 6:17, 11:13, 11:19<br>**counsel** [4] - 13:20, 14:10, 14:16, 14:22<br>**countries** [1] - 10:8<br>**country** [1] - 7:1<br>**couple** [1] - 16:4<br>**court** [3] - 8:6, 11:17, 11:18<br>**COURT** [22] - 1:1, 4:15, 6:4, 6:7, 6:10, 7:23, 7:25, 9:13, 9:17, 10:18, 10:25, 11:3, 13:10, 13:22, 14:6, 14:18, 14:23, 15:5, 15:12, 15:19, 16:3, 16:9<br>**Court** [6] - 7:5, 16:16, 16:16, 16:17, 16:22, 16:22<br>**cover** [3] - 15:8, 15:16<br>**CRCI** [3] - 5:7, 6:16, 9:3<br>**CRR** [2] - 4:15, 16:20<br>**CULBERTSON** [1] - 4:3<br><br>**D**<br><br>**DANIEL** [1] - 2:7<br>**date** [3] - 13:17, 13:18, 16:1<br>**DAVIS** [1] - 4:12<br>**Dawn** [1] - 15:23<br>**DAWN** [1] - 1:16<br>**days** [5] - 12:17, | 12:18, 13:5, 14:1<br>**dealt** [1] - 14:10<br>**declarations** [1] - 14:2<br>**defending** [2] - 8:20, 9:23<br>**defense** [1] - 8:24<br>**denied** [1] - 7:21<br>**deny** [1] - 11:6<br>**department** [1] - 8:23<br>**deposition** [2] - 8:13, 9:7<br>**describe** [2] - 7:11, 15:17<br>**described** [2] - 7:19, 11:7<br>**differently** [1] - 11:22<br>**direct** [1] - 7:19<br>**disapproved** [1] - 11:24<br>**discovery** [17] - 6:19, 6:23, 7:5, 7:9, 7:15, 7:21, 8:6, 9:6, 10:11, 11:5, 11:8, 11:10, 11:13, 11:15, 11:17, 11:23, 12:2<br>**DISCOVERY** [1] - 5:9<br>**DISCOVERY/ STATUS** [1] - 1:11<br>**disproportionate** [1] - 7:6<br>**District** [3] - 16:17, 16:22<br>**DISTRICT** [2] - 1:1, 1:2<br>**DIVISION** [1] - 3:11<br>**DOCETAXEL** [1] - 1:5<br>**Document** [1] - 8:6<br>**document** [4] - 6:21, 6:22, 9:1, 12:12<br>**DOCUMENT** [1] - 1:8<br>**DOCUMENTS** [1] - 5:6<br>**documents** [15] - 6:15, 6:25, 7:12, 8:8, 8:22, 8:23, 9:9, 9:19, 9:21, 12:22, 13:13, 13:17, 13:19, 13:23, 13:25<br>**DOING** [1] - 3:21<br>**done** [3] - 12:16, 12:17, 13:7<br>**doublespeak** [1] - 7:13<br>**DOUGLAS** [1] - 2:22<br>**down** [1] - 6:11<br>**Dr** [1] - 13:15<br><br>**E**<br><br>**e-mails** [1] - 15:12 | **Eastern** [1] - 16:17<br>**EASTERN** [1] - 1:2<br>**efforts** [1] - 7:15<br>**EL** [1] - 1:21<br>**ELLIS** [1] - 4:8<br>**email** [4] - 14:9, 14:11, 14:21, 15:9<br>**emailed** [1] - 10:23<br>**emails** [3] - 14:19, 14:24, 15:16<br>**EMANUEL** [1] - 3:16<br>**end** [2] - 6:20, 11:14<br>**ENERGY** [1] - 3:23<br>**entered** [1] - 8:5<br>**entire** [1] - 11:25<br>**entitled** [1] - 16:18<br>**entry** [2] - 10:20, 12:7<br>**envision** [1] - 15:12<br>**envisioned** [1] - 14:16<br>**error** [1] - 13:14<br>**ESQ** [22] - 1:16, 1:20, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:18, 2:22, 2:23, 3:3, 3:7, 3:12, 3:17, 3:22, 4:4, 4:8, 4:11, 4:12, 4:12, 4:13<br>**evening** [1] - 13:12<br>**evidence** [1] - 11:20<br>**exceptions** [1] - 12:7<br>**Exhibit** [1] - 9:2<br>**exist** [1] - 9:9<br>**EXPENSES** [1] - 5:8<br>**expenses** [1] - 11:5<br>**expiration** [1] - 12:18<br>**expires** [1] - 14:1<br>**extension** [1] - 15:13<br>**extent** [2] - 12:16, 13:25<br><br>**F**<br><br>**face** [1] - 11:18<br>**facing** [2] - 10:7, 10:8<br>**fact** [3] - 8:12, 8:14, 10:8<br>**fairness** [1] - 16:1<br>**falls** [1] - 6:23<br>**familiar** [1] - 10:20<br>**far** [2] - 6:19, 11:21<br>**February** [1] - 6:24<br>**few** [1] - 10:4<br>**file** [1] - 14:2<br>**filed** [1] - 13:12<br>**filing** [1] - 13:6<br>**fine** [5] - 8:12, 10:21, 13:24, 14:19, 14:20<br>**FIRM** [2] - 2:3, 2:7<br>**first** [3] - 6:14, 6:21, | 11:16<br>**FLOOR** [3] - 1:21, 3:17, 4:5<br>**following** [1] - 15:9<br>**FOR** [9] - 1:16, 2:22, 3:6, 3:11, 3:15, 3:20, 4:3, 4:7, 5:8<br>**foregoing** [1] - 16:17<br>**foreign** [3] - 6:25, 7:9, 7:12<br>**formal** [1] - 8:5<br>**format** [1] - 15:13<br>**FORMERLY** [1] - 3:21<br>**France** [4] - 6:18, 7:16, 8:9, 9:2<br>**FRENCH** [1] - 5:7<br>**French** [4] - 6:16, 8:6, 8:7, 11:18<br>**FRITCHIE** [1] - 2:22<br>**FROM** [1] - 5:6<br>**fully** [1] - 11:19<br><br>**G**<br><br>**gamesmanship** [1] - 11:10<br>**generally** [1] - 11:9<br>**GEOFFREY** [1] - 4:4<br>**GEORGIA** [1] - 3:13<br>**Germany** [1] - 10:9<br>**GIBBS** [1] - 1:19<br>**given** [3] - 7:2, 9:21, 13:5<br>**GONZALEZ** [1] - 3:17<br>**GRAND** [1] - 3:4<br>**GREENBURG** [1] - 3:11<br>**GROUP** [1] - 1:19<br>**guess** [2] - 13:12, 14:3<br><br>**H**<br><br>**Hague** [2] - 6:18, 11:17<br>**HANSON** [1] - 2:14<br>**hard** [2] - 7:11, 9:10<br>**HARDY** [1] - 3:3<br>**HARLEY** [1] - 3:3<br>**HARMON** [1] - 4:13<br>**HAZEN** [1] - 4:12<br>**HEALTHCARE** [1] - 4:7<br>**hear** [2] - 10:23, 14:12<br>**heard** [1] - 9:11<br>**HEARD** [1] - 1:11<br>**hearing** [3] - 15:24, 16:2<br>**HEFNER** [1] - 2:8 | **hereby** [1] - 16:17<br>**HIGGINS** [1] - 2:17<br>**HINSHAW** [1] - 4:3<br>**hold** [1] - 11:3<br>**holds** [1] - 11:11<br>**Honor** [11] - 6:9, 8:4, 9:8, 10:15, 10:22, 13:8, 15:4, 15:6, 15:22, 16:7, 16:8<br>**HONORABLE** [1] - 1:11<br>**HOSPIRA** [4] - 3:16, 3:20, 3:20, 3:21<br><br>**I**<br><br>**identify** [1] - 7:25<br>**IN** [1] - 1:4<br>**INC** [6] - 3:7, 3:15, 3:20, 3:22, 4:8<br>**include** [1] - 14:1<br>**individual** [1] - 7:10<br>**INDUSTRIES** [1] - 4:3<br>**information** [5] - 7:17, 8:7, 13:4, 14:1, 14:24<br>**injuries** [1] - 7:8<br>**insisted** [1] - 7:9<br>**internal** [3] - 8:21, 8:23, 9:23<br>**internally** [1] - 8:14<br>**invoke** [1] - 10:21<br>**irrelevance** [1] - 9:20<br>**irrelevant** [1] - 9:16<br>**IRVINE** [1] - 2:20<br>**IRWIN** [1] - 2:22<br>**IS** [1] - 5:6<br>**issue** [3] - 10:11, 12:4, 12:5<br>**issued** [1] - 14:14<br>**issues** [3] - 6:13, 6:15, 9:22<br>**ITEMS** [1] - 5:3<br>**ITS** [1] - 5:9<br><br>**J**<br><br>**JASON** [1] - 4:13<br>**JOHN** [2] - 2:18, 3:22<br>**John** [1] - 12:19<br>**JUDGE** [1] - 1:12<br>**JULIE** [1] - 4:8<br><br>**K**<br><br>**KANSAS** [2] - 2:15, 3:4<br>**KAREN** [1] - 1:20 |

**KELLY** [1] - 2:23
**KINGSDORF** [1] - 1:16
**Kirby** [1] - 10:1
**knows** [1] - 8:1

### L

**lacks** [1] - 7:7
**Lacouture** [1] - 13:15
**LAFAYETTE** [1] - 1:24
**lag** [2] - 13:22, 13:25
**LAKE** [1] - 2:8
**Larry** [1] - 15:7
**LAURA** [1] - 4:12
**LAW** [3] - 1:19, 2:3, 2:7
**LAWRENCE** [1] - 1:24
**lead** [1] - 11:13
**least** [1] - 9:6
**Ledlie** [12] - 6:14, 7:6, 7:13, 7:21, 8:11, 8:22, 9:2, 9:23, 11:6, 11:9, 11:21, 11:25
**LEDLIE'S** [1] - 5:7
**Ledlie's** [4] - 6:16, 6:18, 6:20, 7:6
**LEDLIE.........** [1] - 5:9
**LEDLIE......................
................** [1] - 5:5
**legal** [6] - 8:16, 8:19, 9:4, 9:5, 10:7, 10:12
**LEMMON** [2] - 2:3, 2:3
**letter** [2] - 7:4, 15:8
**letters** [3] - 10:4, 15:16, 15:17
**level** [2] - 11:12, 12:2
**LIABILITY** [1] - 1:5
**link** [1] - 7:19
**list** [1] - 7:10
**litigants** [1] - 12:15
**LITIGATION** [1] - 1:5
**litigation** [4] - 6:20, 7:15, 10:8, 12:11
**LLC** [2] - 3:16, 3:20
**looking** [1] - 8:1
**LOUISIANA** [9] - 1:2, 1:7, 1:17, 1:25, 2:5, 2:12, 2:24, 3:24, 4:17
**Louisiana** [2] - 16:16, 16:17
**LTD** [1] - 4:3

### M

**MADISON** [1] - 3:17
**MAGISTRATE** [1] - 1:12
**mails** [1] - 15:12
**main** [1] - 8:3
**MAIN** [1] - 4:9
**management** [1] - 8:23
**MARA** [1] - 3:17
**Mario** [1] - 13:15
**MARKOFF** [2] - 2:7, 2:7
**MARTZELL** [1] - 1:23
**MASSACHUSETTS** [1] - 4:5
**matter** [2] - 7:2, 16:18
**MAY** [2] - 1:7, 6:3
**MCCALL** [1] - 3:22
**MCCLELLAN** [1] - 2:14
**MECHANICAL** [1] - 4:19
**Menzies** [1] - 14:25
**MENZIES** [6] - 1:20, 7:22, 7:24, 8:2, 9:15, 9:18
**Merit** [2] - 16:16, 16:21
**MERIT** [1] - 4:16
**merits** [1] - 7:7
**MICHAEL** [2] - 1:11, 3:7
**microphone** [2] - 10:24, 10:25
**might** [1] - 11:21
**mind** [2] - 10:16, 10:18
**ministerial** [2] - 14:19, 15:16
**minute** [2] - 10:19, 12:7
**MISSOURI** [2] - 2:15, 3:4
**MOORE** [2] - 2:22, 2:22
**morning** [2] - 6:7, 13:14
**MR** [12] - 10:15, 10:22, 11:1, 13:8, 13:11, 14:3, 14:9, 14:20, 15:3, 15:6, 15:15, 16:8
**MS** [9] - 5:7, 5:9, 7:22, 7:24, 8:2, 9:15, 9:18, 15:22, 16:7
**MURA** [1] - 4:11
**mystery** [1] - 15:1

### N

**name** [1] - 8:12
**narrow** [1] - 8:10
**nature** [1] - 7:3
**NE** [1] - 3:13
**necessary** [1] - 12:2
**need** [2] - 10:21, 14:19
**needs** [2] - 12:14, 13:5
**never** [3] - 8:22, 13:16
**nevertheless** [1] - 7:9
**new** [1] - 16:1
**NEW** [10] - 1:7, 1:17, 1:25, 2:5, 2:12, 2:24, 3:18, 3:24, 4:17
**next** [2] - 8:14, 16:9
**nicely** [1] - 11:22
**NICHOLS** [1] - 2:15
**NO** [1] - 1:6
**nonparty's** [1] - 6:25
**NORTH** [1] - 1:11
**nothing** [1] - 8:11
**NOVARTIS** [1] - 3:11
**Number** [1] - 13:11
**number** [1] - 6:12
**numbered** [1] - 16:18

### O

**objected** [1] - 9:13
**objections** [3] - 12:6, 12:13, 12:22
**OBJECTIONS............
..............................** [1] - 5:11
**obtain** [1] - 6:18
**obtaining** [1] - 11:10
**obviously** [2] - 6:11, 10:20
**OF** [4] - 1:2, 1:11, 5:8, 5:9
**OFFICIAL** [1] - 4:15
**Official** [2] - 16:16, 16:22
**OHIO** [2] - 3:9, 4:9
**OKLAHOMA** [2] - 2:8
**Oklahoma** [1] - 10:5
**OLINDE** [3] - 3:22, 10:22, 11:1
**one** [5] - 8:4, 10:3, 10:5, 13:14, 13:15
**ongoing** [2] - 8:19, 10:12
**opposed** [1] - 11:14
**opposition** [1] - 11:19
**options** [1] - 16:4
**order** [4] - 6:24, 8:5, 8:15, 14:17
**ORDER** [1] - 6:4
**original** [1] - 10:16
**ORLEANS** [8] - 1:7, 1:17, 1:25, 2:5, 2:12, 2:24, 3:24, 4:17
**otherwise** [1] - 10:9
**outside** [6] - 6:23, 6:24, 9:15, 14:10, 14:15, 14:22
**own** [1] - 7:18

### P

**PAGE** [1] - 5:3
**Pam** [2] - 10:1, 10:3
**paper** [2] - 9:4, 13:2
**paralegal** [2] - 13:18, 14:22
**PARK** [1] - 2:19
**PARKWAY** [1] - 2:8
**part** [2] - 12:1, 14:16
**particularly** [1] - 7:2
**parties** [6] - 8:5, 12:11, 12:19, 12:23, 12:24, 13:4
**PARTY** [1] - 5:10
**party** [5] - 12:5, 12:9, 12:10, 12:17, 14:7
**patient** [1] - 9:24
**PENDLEY** [1] - 2:10
**people** [2] - 10:22, 14:15
**Pepper** [3] - 16:15, 16:20, 16:20
**PEPPER** [1] - 4:15
**period** [1] - 10:5
**permanent** [3] - 8:19, 8:20, 9:24
**permissible** [1] - 6:23
**personal** [1] - 7:2
**PFIZER** [2] - 3:15, 3:22
**PHARMA** [1] - 3:6
**PHARMACEUTICAL** [1] - 4:3
**phone** [1] - 10:22
**PIEDMONT** [1] - 3:13
**PLAINTIFFS** [1] - 1:16
**plaintiffs'** [2] - 7:10, 7:20
**plan** [1] - 10:15
**point** [3] - 9:8, 12:3, 14:4
**points** [1] - 8:3
**position** [3] - 7:11, 9:4, 13:2
**positions** [3] - 11:8, 11:9, 11:24
**possession** [1] - 12:24
**possible** [2] - 8:16, 10:12
**potential** [1] - 8:19
**POYDRAS** [6] - 1:17, 2:4, 2:11, 2:23, 3:23, 4:16
**precise** [1] - 7:19
**PRESENT** [1] - 4:11
**previously** [2] - 11:7, 13:20
**proceeding** [2] - 6:17, 7:12
**PROCEEDINGS** [3] - 1:11, 4:19, 6:1
**proceedings** [2] - 16:10, 16:18
**process** [1] - 13:25
**produce** [3] - 9:19, 13:23, 15:16
**PRODUCED** [1] - 4:20
**produced** [7] - 12:11, 13:17, 14:4, 14:19, 15:11, 15:17, 15:18
**producing** [2] - 9:13, 12:5
**PRODUCING** [1] - 5:10
**production** [1] - 14:11
**productions** [1] - 12:12
**PRODUCTS** [1] - 1:5
**PSC** [9] - 5:6, 6:15, 7:5, 7:14, 11:13, 11:22, 12:1, 15:7, 15:23
**PSC's** [5] - 6:22, 7:11, 7:18, 11:7, 11:18
**PTO** [2] - 15:23, 16:2
**purposes** [1] - 8:13
**pursuant** [3] - 12:10, 12:23, 14:7
**pursuing** [1] - 7:9
**put** [1] - 16:5

### Q

**quickly** [1] - 13:9
**QUINN** [1] - 3:16

### R

**raise** [1] - 8:7
**raised** [1] - 12:5
**Ratliff** [1] - 15:7
**RATLIFF** [9] - 3:3, 10:15, 13:8, 13:11, 14:3, 14:9, 14:20, 15:3, 16:8
**RAZMARA** [1] - 2:17
**RE** [1] - 1:4
**read** [1] - 6:10

**realized** [1] - 13:14
**really** [1] - 10:16
**REALTIME** [1] - 4:15
**Realtime** [2] - 16:15, 16:21
**reason** [1] - 7:20
**receive** [1] - 13:23
**received** [3] - 10:4, 12:9, 13:19
**recently** [1] - 7:4
**record** [7] - 7:22, 7:24, 8:4, 9:1, 10:10, 13:6, 16:18
**RECORDED** [1] - 4:19
**recreate** [1] - 14:21
**redact** [1] - 8:12
**reflected** [1] - 10:19
**regard** [1] - 11:25
**Registered** [1] - 16:15
**REGISTERED** [1] - 4:16
**registered** [1] - 16:21
**REIMBURSEMENT** [1] - 5:8
**reimbursement** [2] - 6:17, 11:5
**relate** [1] - 7:13
**RELATED** [1] - 5:7
**related** [6] - 6:16, 6:25, 8:6, 9:22, 10:11, 10:12
**RELATES** [1] - 1:8
**relevance** [3] - 7:7, 8:10, 9:22
**relevant** [4] - 7:1, 8:13, 8:21, 9:7
**removed** [1] - 7:10
**Reporter** [7] - 16:15, 16:16, 16:16, 16:21, 16:21, 16:22
**REPORTER** [3] - 4:15, 4:15, 4:16
**REPORTER'S** [1] - 16:14
**REQUEST** [1] - 5:8
**request** [9] - 6:21, 6:22, 8:8, 8:10, 9:14, 11:4, 11:6, 16:1
**requested** [4] - 7:3, 7:18, 7:21, 15:25
**require** [2] - 12:17, 12:19
**requirement** [1] - 12:8
**responded** [1] - 13:16
**response** [1] - 9:14
**responses** [2] - 6:11, 13:13
**returns** [1] - 12:5
**RETURNS** [1] - 5:10
**rise** [1] - 12:1

**rises** [1] - 11:12
**risk** [1] - 8:23
**RMR** [2] - 4:15, 16:20
**ROAD** [2] - 2:15, 3:13
**road** [1] - 6:12
**role** [1] - 6:20
**ROOM** [1] - 4:16
**Rule** [1] - 10:20
**ruling** [1] - 10:16

**S**

**S.A** [1] - 2:22
**s/Cathy** [1] - 16:20
**saga** [1] - 11:25
**SANDOZ** [1] - 3:11
**Sanofi** [14] - 6:15, 6:16, 6:22, 7:8, 8:7, 8:14, 8:17, 8:24, 10:2, 10:7, 11:16, 13:2, 15:25
**SANOFI** [2] - 2:22, 5:6
**SANOFI'S** [1] - 5:8
**Sanofi's** [4] - 7:15, 9:4, 9:23, 11:4
**scheduled** [1] - 15:21
**scope** [4] - 6:23, 6:24, 9:15, 10:11
**second** [1] - 9:8
**see** [6] - 8:10, 8:21, 9:6, 15:1, 15:20, 16:9
**SEEKING** [1] - 5:6
**seeking** [3] - 6:15, 6:17, 7:12
**send** [1] - 14:10
**sent** [5] - 12:10, 13:15, 13:19, 14:21, 14:25
**shared** [6] - 12:11, 12:14, 12:25, 13:4, 13:5, 14:7
**shift** [2] - 11:13, 12:2
**shifting** [2] - 11:8, 11:9
**SHIRLEY** [1] - 5:5
**Shirley** [6] - 6:14, 8:11, 8:22, 9:2, 9:23, 11:25
**SHOOK** [1] - 3:3
**show** [1] - 15:24
**sides** [1] - 14:14
**SIEGEL** [1] - 2:14
**simply** [1] - 7:7
**single** [1] - 12:20
**soon** [1] - 15:21
**sort** [1] - 15:14
**sorts** [1] - 14:23
**sought** [2] - 11:16, 11:20

**speakers** [1] - 11:2
**speculation** [1] - 11:21
**standpoint** [1] - 6:19
**STATE** [1] - 4:4
**State** [1] - 16:16
**statement** [1] - 7:22
**STATES** [2] - 1:1, 1:12
**States** [2] - 16:16, 16:22
**stating** [1] - 7:6
**status** [1] - 14:11
**Statute** [1] - 8:8
**STE** [1] - 2:8
**STENOGRAPHY** [1] - 4:19
**still** [1] - 11:11
**STREET** [9] - 1:17, 1:24, 2:4, 2:11, 2:23, 3:8, 3:23, 4:4, 4:16
**stuck** [1] - 13:25
**STUEVE** [1] - 2:14
**submission** [1] - 13:11
**submissions** [2] - 6:10, 6:11
**submit** [3] - 12:19, 12:20, 12:21
**SUBPOENA** [1] - 5:10
**subpoena** [6] - 12:5, 12:10, 13:15, 13:16, 13:19, 14:7
**subpoenaed** [1] - 14:15
**subpoenas** [3] - 12:24, 13:13, 14:14
**substantive** [1] - 14:24
**sued** [1] - 7:8
**SUFFERN** [1] - 3:7
**sufficient** [1] - 11:12
**suggestion** [1] - 13:3
**SUGUNDO** [1] - 1:21
**SUITE** [8] - 1:17, 2:4, 2:11, 2:15, 2:19, 2:23, 3:8, 4:9
**SULLIVAN** [1] - 3:16
**SUN** [1] - 4:3
**supposed** [1] - 15:24

**T**

**tactics** [1] - 11:25
**Taxotere** [2] - 9:24, 10:12
**TAXOTERE** [1] - 1:4
**TERMINUS** [1] - 3:12
**testimony** [3] - 6:18, 7:6, 9:2

**THE** [22] - 1:11, 1:16, 5:8, 6:7, 6:10, 7:23, 7:25, 9:13, 9:17, 10:18, 10:25, 11:3, 13:10, 13:22, 14:6, 14:18, 14:23, 15:5, 15:12, 15:19, 16:3, 16:9
**they've** [4] - 9:13, 14:14, 14:15
**THIRD** [1] - 5:10
**third** [4] - 12:5, 12:9, 12:23, 14:7
**THIRD-PARTY** [1] - 5:10
**third-party** [3] - 12:5, 12:9, 14:7
**THIS** [1] - 1:8
**THORNTON** [2] - 2:17, 2:18
**thousands** [1] - 7:7
**throughout** [1] - 7:14
**THURSDAY** [2] - 1:7, 6:3
**tie** [2] - 15:10, 15:17
**TO** [3] - 1:8, 5:7, 6:4
**TOBERMAN** [1] - 3:12
**took** [1] - 9:24
**TRANSCRIPT** [2] - 1:11, 4:19
**transcript** [1] - 16:17
**TRANSCRIPTION** [1] - 4:20
**transmission** [2] - 15:8, 15:9
**TRAURIG** [1] - 3:11
**trial** [1] - 7:20
**trials** [1] - 7:20
**true** [4] - 7:2, 11:7, 11:11, 16:17
**TUCKER** [1] - 4:8
**Tuesday** [2] - 13:12, 15:24
**turned** [1] - 11:3
**two** [1] - 10:4
**typically** [1] - 14:10

**U**

**ULMER** [1] - 3:7
**ultimate** [1] - 9:3
**ultimately** [1] - 7:17
**umbrella** [1] - 9:12
**under** [1] - 9:12
**understandable** [1] - 13:24
**understood** [2] - 14:9, 15:3
**UNITED** [2] - 1:1, 1:12

**United** [2] - 16:16, 16:22
**unless** [1] - 10:15
**up** [3] - 8:24, 11:3, 16:4
**upcoming** [1] - 9:7
**URQUHART** [2] - 2:22, 3:16

**V**

**valid** [1] - 9:5
**via** [1] - 11:17
**view** [1] - 7:1
**vigorously** [1] - 11:14
**VINE** [1] - 3:8
**VOICES** [1] - 6:9

**W**

**week** [2] - 8:14, 15:13
**weeks** [1] - 10:4
**WHEREUPON** [1] - 16:10
**willing** [1] - 9:19
**WITH** [1] - 5:9
**witness** [1] - 7:10
**women** [4] - 7:8, 10:1, 10:5, 10:12
**works** [1] - 16:5
**WORLDWIDE** [3] - 3:16, 3:20, 3:21
**writing** [1] - 13:21

**Y**

**y'all** [1] - 10:20
**yesterday** [1] - 7:4
**YORK** [2] - 3:18
**yourself** [1] - 7:25