UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO:<br><br>McCoy et al v. Sanofi US Services, Inc. et al. | Civil Action No.: 2:18-cv-07105 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of May, 2019

                                            Debra Humphrey, Esq.
                                            NY Bar No. 5050448
                                            Marc J. Bern & Partners LLP
                                            60 East 42nd Street, Suite 950 New York, NY 10165
                                            Tel: (212) 702-5000
                                            Fax: (212) 818-0164
                                            dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

    I hereby certify that on May, 6th of 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 30th, 2019                              /s/  Debra Humphrey