UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) | MDL No. 2740 |
| **This Document Relates to:** ) | SECTION "H" (5) |
| *Barbara Ann Bowie v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15025* ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ ) | MAG. JUDGE MICHAEL NORTH |

**ORDER**

Before the Court is a Motion to Substitute Party (Doc. 7238);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Charles Bowie, on behalf of Barbara Ann Bowie, deceased, and the Estate of Barbara Ann Bowie, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 30th day of May, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge