UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: SHARON KEEVER
Case No.: 2:18-cv-11323

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff Sharon Keever whose case is on an April 2019 Notice of Non-Compliance to be heard by the Court on or about June 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 31, 2019     /s/ Alyssa J. White
                                            Alyssa J. White
                                            Johnson Law Group
                                            2925 Richmond Avenue, Ste 1700
                                            Houston, TX 77098
                                            (713) 626-9336
                                            awhite@johnsonlawgroup.com