MINUTE ENTRY
MILAZZO, J.
May 29, 2019

JS-10:01:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On May 29, 2019, the Court held a show cause hearing. Certain participants appeared in person: Claire E. Berg, Palmer Lambert, Dawn Barrios, Christopher Elliott, and Kelly Brilleaux. Other participants appeared via telephone: Julie Callsen, Nicholas Insogna, and Charlotte Gulewicz.

Court Reporter:     Karen Ibos

Law Clerk:     Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-13743    Zelma Redden
- 17-16595    Susan Campbell
- 18-12654    Lisa Simpson

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

May 29, 2019

Non Compliance Dismissal List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|-----------|------------|----------------|---------------------------|----------------|---------------------|------------|-----------|
| 1 | Boyles | Nancy | 2:18-cv-01315 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/26/2019 | 7224 |
| 2 | Chism | Lardell | 2:18-cv-13373 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7171 |
| 3 | Edwards | Phyllis | 2:18-cv-13455 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/27/2019 | 7229 |
| 4 | Fontanez | Michelle | 2:18-cv-13467 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/28/2019 | 7234 |
| 5 | Johnson | Pamela | 2:17-cv-16267 | PFS Not Substantially Complete | 505 | Bachus & Schanker, LLC | 5/26/2019 | 7225 |
| 6 | Lampson | Cheryl | 2:18-cv-12675 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/26/2019 | 7228 |
| 7 | Lopez | Patricia | 2:18-cv-11797 | No PFS Submitted | Both sanofi and 506 | Bachus & Schanker, LLC | 5/28/2019 | 7255 |
| 8 | Major | Patricia | 2:18-cv-12659 | No PFS Submitted | 505 | Bachus & Schanker, LLC | 5/28/2019 | 7236 |
| 9 | McGuire | Diana | 2:18-cv-12669 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7183 |
| 10 | Milton | Shannon | 2:18-cv-13834 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/21/2019 | 7169 |
| 11 | Murray | Patricia | 2:18-cv-02932 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/28/2019 | 7240 |
| 12 | Payne | Kevah | 2:17-cv-16970 | PFS Not Substantially Complete; No CMO 12A | sanofi | Bachus & Schanker, LLC | 5/27/2019 | 7230 |
| 13 | Perry | Sheila | 2:18-cv-12619 | No PFS Submitted | Both sanofi and 507 | Bachus & Schanker, LLC | 5/28/2019 | 7254 |
| 14 | Ragland | Brenda | 2:18-cv-12630 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7181 |
| 15 | Riis | Susan | 2:18-cv-13519 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/26/2019 | 7226 |
| 16 | Sarpong | Bridgette | 2:18-cv-12649 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/28/2019 | 7233 |
| 17 | Simpson | Reba | 2:17-cv-15982 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/28/2019 | 7243 |
| 18 | Spencer | Donnette | 2:18-cv-12677 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/28/2019 | 7237 |
| 19 | Stocks | Karen | 2:18-cv-13833 | No PFS Submitted | Both sanofi and 505 | Fears | Nachawati | 5/21/2019 | 7170 |
| 20 | Torrens | Amy | 2:18-cv-11895 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/28/2019 | 7235 |

May 29, 2019

Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|-----------|-----------|----------------|---------------------------|----------------|---------------------|------------|-----------|
| 21 | Vernon | Christina | 2:18-cv-13469 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/26/2019 | 7209 |
| 22 | Williams | Roberta | 2:18-cv-11896 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/26/2019 | 7227 |

May 29, 2019

Non Compliance Declarations List

EXHIBIT B

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Baire | Kathy | 2:18-cv-13347 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7176 |
| 2 | Bluford | Valaray | 2:18-cv-11762 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7173 |
| 3 | Boyes | Cynthia | 2:18-cv-13351 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7174 |
| 4 | Hawkins | Lucy | 2:18-cv-13435 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7177 |
| 5 | Jimenez | Dorothy | 2:18-cv-11903 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7175 |
| 6 | Johnson | Travis | 2:18-cv-11904 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7178 |
| 7 | Ledesma | Lorna | 2:18-cv-13542 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7190 |
| 8 | McClinton-Hadden | Debbi | 2:18-cv-13538 | No PFS Submitted | 505 | Bachus & Schanker, LLC | 5/21/2019 | 7189 |
| 9 | McCloure | Rhonda | 2:18-cv-11907 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7188 |
| 10 | McCrady | Bonnie | 2:18-cv-11908 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7186 and 7188 |
| 11 | Nelson | Carolyn | 2:18-cv-11868 | No PFS Submitted | 505 | Bachus & Schanker, LLC | 5/21/2019 | 7184 |
| 12 | Pagan | Ana | 2:18-cv-13509 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7185 |
| 13 | Smith | Sandra | 2:18-cv-13524 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/21/2019 | 7179 |
| 14 | Smith | Jeannie | 2:18-cv-12660 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7182 |
| 15 | Valentine | Patricia | 2:18-cv-13472 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7191 |
| 16 | Walker | Ri'chard | 2:18-cv-13443 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/21/2019 | 7180 |

May 29, 2019

Non Compliance Statement List

**EXHIBIT C**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|-----------|------------|----------------|---------------------------|----------------|---------------------|------------|-----------|
| 1 | Allen | Carolyn | 2:18-cv-13460 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/20/2019 | 7167 |
| 2 | Aloi | Luanne | 2:18-cv-13687 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/22/2019 | 7192 |
| 3 | Berances | Rosa | 2:18-cv-13653 | No PFS Submitted | sanofi | Fears \| Nachawati | 5/22/2019 | 7193 |
| 4 | Blake | Janette | 2:17-cv-16611 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/26/2019 | 7221 |
| 5 | Gable | Marsha | 2:18-cv-13388 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/26/2019 | 7222 |
| 6 | Maynard | Charlotte | 2:18-cv-13822 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/20/2019 | 7168 |
| 7 | Nadeau | Danette | 2:18-cv-11864 | No PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 5/26/2019 | 7223 |
| 8 | Plattenburg | Thomesa | 2:18-cv-12622 | No PFS Submitted | sanofi | Bachus & Schanker, LLC | 5/26/2019 | 7220 |
| 9 | Poulin | Jeanne | 2:18-cv-05692 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Fears \| Nachawati | 5/20/2019 | 7166 |
| 10 | Singleton | Cheryl | 2:18-cv-13675 | No PFS Submitted | Both sanofi and 505 | Fears \| Nachawati | 5/22/2019 | 7195 |