MINUTE ENTRY
MILAZZO, J.
May 31, 2019

JS-10:25

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On May 31, 2019, the Court held a telephone status conference with liaison counsel. The Court and the parties discussed the status of the case.

**IT IS ORDERED** that a follow-up telephone status conference with liaison counsel is **SET** for **June 7, 2019, at 1:00 p.m.**

New Orleans, Louisiana, this 31st day of May, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. JANE TRICHE MILAZZO**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**