## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Frances Straka v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13230* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Frances Straka.

Dated: June 3, 2019                     Respectfully submitted,

                                        */s/ Leslie LaMacchia*

                                        Leslie LaMacchia, Esq.
                                        Adam Pulaski, Esq.
                                        PULASKI LAW FIRM, PLLC
                                        2925 Richmond Avenue, Suite 1725
                                        Houston, TX 77098
                                        (713) 664-4555 Phone
                                        (713) 664-7543 Fax
                                        llamacchia@pulaskilawfirm.com
                                        adam@pulaskilawfirm.com

                                        *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 3, 2019                     Respectfully submitted,

                                                  /s/ Leslie LaMacchia

                                                  Leslie LaMacchia, Esq.
                                                  Adam Pulaski, Esq.
                                                  PULASKI LAW FIRM, PLLC
                                                  2925 Richmond Avenue, Suite 1725
                                                  Houston, TX 77098
                                                  (713) 664-4555 Phone
                                                  (713) 664-7543 Fax
                                                  llamacchia@pulaskilawfirm.com
                                                  adam@pulaskilawfirm.com

                                                  *Attorneys for the Plaintiff*