# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Plaintiffs, | HON. JANE TRICHE MILAZZO |
| MARIE BURGSTAHLER<br>SONDRA CICCIARELLI<br>PATSY MAPP-PROCTOR<br>DEBORAH MORRISON | |
| vs. | |
| SANOFI ET AL. | |
| Defendants. | |
| Civil Case Nos: 2:18-cv-08010, 2:18-cv-11871, 2:18-cv-11841, 2:18-cv-11827 | |

## PLAINTIFFS' MOTION TO AMEND AND SUBSTITUTE PREVIOUS DISMISSALS

COMES NOW Plaintiffs, by and through the undersigned counsel, respectful requesting to correct and dismiss on different terms four previously filed voluntary dismissals with prejudice.

On May 14, 2019, the above listed plaintiffs filed CMO 12A voluntary dismissals with prejudice. Shortly thereafter, Defendant Sanofi pointed out that dismissals of all defendants need to be filed pursuant to PTO 87, not CMO 12A. Accordingly, plaintiffs request that the four previously filed CMO 12A dismissals be withdrawn and replaced with the attached PTO 87 dismissals.

**Dated this 4th day of June, 2019**

**Respectfully Submitted,**

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 4, 2019

/s/ Robert J. Binstock
Robert J. Binstock