# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Plaintiffs, | HON. JANE TRICHE MILAZZO |
| MARIE BURGSTAHLER<br>SONDRA CICCIARELLI<br>PATSY MAPP-PROCTOR<br>DEBORAH MORRISON | |
| vs. | |
| SANOFI ET AL. | |
| Defendants. | |
| Civil Case Nos: 2:18-cv-08010, 2:18-cv-11871, 2:18-cv-11841, 2:18-cv-11827 | |

## ORDER

Upon Plaintiffs' Motion to Amend and Substitute Previous Dismissals and for good cause shown, it is hereby Ordered that Plaintiffs' Motion to Amend and Substitute Previous Dismissals be granted.

This the _____ day of _____, 2019