**EXHIBIT A**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Mapp-Proctor v. Sanofi et al.

Civil Action No.: 2:18-cv-11841

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its

own costs, on Plaintiff's averment of the basis for dismissal as

follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product
   manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other: Plaintiff no longer wishes to pursue her case.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims

pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 3rd day of June, 2019.

By: /s/ Melissa Binstock Ephron
Melissa Binstock Ephron
State Bar No. 24101518
E-mail: mephron@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 3, 2019                                    /s/ Melissa Binstock Ephron