# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   _____
                                       )
 4   IN RE: TAXOTERE (DOCETAXEL)       )    MDL No. 2740
     PRODUCTS LIABILITY LITIGATION     )
 5                                     )    SECTION: H
     This Document Relates To:         )
 6                                     )
     Antoinette Durden, Case No.       )
 7   2:16-cv-16635; Tanya Francis,     )
     Case No. 2:16-cv-17410;           )
 8   Barbara Earnest,                  )
     Case No. 2:16-cv-17144            )
 9                                     )
     _____ )
10
11
12                      VOLUME IV
13       CONTINUED DEPOSITION OF ELLEN G. FEIGAL, M.D.,
14              Westlake Village, California
15                Tuesday, April 30, 2019
16
17
18
19
20
21
22
23   Reported by:  SUSAN E. LANSING, CSR No. 6355
24   Job No. 3299051
25   Pages 624 - 660
```

1   when it's not really there and by "false negative," it
2   doesn't stain when the cell is actually there.
3        Q.   Do you know whether or not Dr. Curtis Thompson
4   has stained Ms. Durden, Ms. Earnest and Ms. Francis'
5   pathology with Cytokeratin 15 and Ki-67 stains?
6        A.   No, I do not.
7        Q.   I read over your prior deposition and looked at
8   your Expert Report and you were asked a few questions
9   about the theoretical mechanism of action why
10  chemotherapy might result in ongoing alopecia.  Do you
11  recall that?
12       A.   I do.
13       Q.   And I believe that what you said is the theory
14  is that chemotherapy would somehow damage the stem cell
15  in the hair follicle?
16       A.   I think the question was really in terms of the
17  biologic plausibility of the mechanism of action.  So I
18  think I -- I don't have my Expert Report in front of me
19  but I think I, I talked about two different things.
20            One was about the fact that the chemotherapy
21  itself, Taxotere, circulates in the blood vessels, and
22  there are blood vessels in the scalp, so the hair
23  follicles get exposed to the chemotherapy.  And so,
24  depending on their exposure, the Taxotere chemotherapy
25  is cytotoxic, it interferes with the microtubule

1    Q.    And have you seen any literature on that topic
2  that suggests that the hypothetical mechanism of action
3  is anything beyond damage to stem cells?
4    A.    Well, first of all, I am not the hair stem cell
5  expert and I'm not the dermatopathologist.  I'm not the
6  dermatologist.  I'm the oncologist.  So, I was asked to
7  talk about, in response to a question, plausible
8  biologic mechanism of actions.  So, other researchers
9  are looking at that.  Did I review the literature on
10 that; no.
11   Q.    You did write about that in your report though.
12   A.    I commented on it and I provided at least one
13 paper, I believe it was by Ben Tallon, that also went
14 through the same exact plausible biologic mechanisms of
15 action that might occur including the, a potential
16 impact on the stem cell or communication between the
17 stem cells.  And that's actually right in, right in that
18 article from 2010.  It's a citation reference to Table
19 2.
20   Q.    I apologize, I only brought one copy of your
21 report.
22   A.    Does it have Table 2?
23   Q.    Doesn't look like it.
24   A.    Well, it's not my report then.
25   Q.    Expert Report of --

1  Q. So you're saying that the Ben Tallon article
2  that you cite talks about signaling?
3  A. Within the discussion in the article, yes.
4  Q. Can you think of any other literature besides
5  that Ben Tallon article that you cite that says that the
6  ongoing hair loss would be due to some sort of signaling
7  issue of stem cells?
8         MR. THORNTON: Objection; form.
9         THE WITNESS: What I will repeat again is
10 there's a wide amount of literature, but quoting the
11 literature on the basic science and biology was not
12 within the scope of my Expert Report and testimony. So,
13 no, I didn't cite those references.
14 Q. BY MR. SEARS: So you're not going to offer any
15 sort of opinion at trial about the biological
16 possibility mechanism of action for why chemotherapy
17 might result in ongoing, irreversible, permanent,
18 persistent alopecia?
19        MR. THORNTON: Objection; form.
20        THE WITNESS: No. I do offer a biologically
21 plausible mechanism of action of how permanent,
22 irreversible, whatever term we want to agree on, occurs
23 in Taxotere-induced, permanent, chemotherapy-induced
24 alopecia. My opinion has not changed. I mean, there's
25 nothing that we're discussing today that has changed

1  what my opinion is in the expert testimony or in the
2  depositions.
3      Q.   BY MR. SEARS:  And here's really the source of
4  my confusion.  When I ask you questions about that you
5  say, well, I'm not a pathologist, I'm not a
6  dermatologist, there have been people who are going to
7  talk about that.  And so, from hearing that I take it
8  that you're not offering an opinion and then it sounds
9  like you are offering an opinion.
10     A.   Well, I'm sorry if you're --
11          MR. THORNTON:  Objection; form.
12          THE WITNESS:  I'm sorry if you're confused but
13 I think I make it very clear in my Expert Report and in
14 my deposition that damage to the hair cell, or, to the
15 stem cells of the hair follicle or damage to signaling
16 between the cells, that's in my -- that's in my
17 depositions, it's been in my citation.  But I, no, I
18 didn't do a comprehensive, exhaustive literature review
19 and cite it.  That really wasn't what I was asked to do.
20          I was -- you know, part of the issue is
21 biologic plausibility and there's a whole field of
22 literature on, on looking at stem cells of hair
23 follicles, looking at the signaling between cells, stem
24 cells.  Other things I didn't mention in terms of
25 looking at the dermal papillae and looking at the

Page 650

1           MR. SEARS:  Sure.
2           MR. THORNTON:  Do you want the witness excused
3    so there's no question of prejudice?
4           MR. SEARS:  I do, yeah.
5           MR. THORNTON:  Yeah.
6           THE WITNESS:  You want me to leave?
7           MR. THORNTON:  Yeah.
8           THE VIDEOGRAPHER:  Hold on, hold on.
9           The time is 10:31 and we're off record.
10          (A discussion was held off the record.)
11          THE VIDEOGRAPHER:  The time is 10:36, we're
12   back on the record.
13       Q.   BY MR. SEARS:  All right, we're back from a
14   break.  Are you okay to keep going?
15       A.   Yes.
16       Q.   So, before we took the break we were talking
17   about biological plausibility and mechanism of action.
18       A.   Yes.
19       Q.   I think this is implied from your prior
20   answers, but there's been no proven mechanism of action
21   for why a chemotherapy drug would result in persistent,
22   ongoing, irreversible or permanent alopecia.
23       A.   So, the statement is correct that I'm not aware
24   of any proven biologic mechanism, but as you know,
25   what's required is plausibility, not -- doesn't have to

1           MR. THORNTON:  Objection; form.  Sorry.
2           THE WITNESS:  I mean, my whole life has been
3   involved and my whole career, as you can probably tell,
4   has been involved with being a clinician, being a
5   clinical researcher.  So I do look at evidence.  I do
6   look at data.  And that does inform what I think.  So,
7   sure, if there's additional material, data, evidence
8   that's been done in a systematically scientific way, you
9   know, with positive controls, negative controls,
10  well-controlled design, sure, I'd be happy to look at
11  it.
12      Q.   BY MR. SEARS:  Do you know what the results are
13  of the Cytokeratin 15 and Ki-67 stains that were done on
14  Ms. Earnest, Ms. Francis and Ms. Durden?
15      A.   You know, to be honest, I know nothing.  I
16  don't know what he did, why he did it, what questions he
17  was asking, how he did his, you know, what he did.  Nor
18  do I know the results.
19      Q.   Have you been involved in designing any sort of
20  study to determine whether a chemotherapy drug would
21  damage stem cells within the hair follicle?
22      A.   No.
23      Q.   Have you had any conversations with anyone
24  about whether a chemotherapy drug could damage stem
25  cells within the hair follicle?

1  A. No.
2  Q. Do you know of any tests that have been done in
3  this litigation to determine whether chemotherapy can
4  damage stem cells?
5  A. Could you repeat your question?
6  Q. Do you know of any testing that has been done
7  within this litigation to determine whether chemotherapy
8  can damage stem cells within the hair follicle?
9  A. Not that I'm aware of.
10 Q. Do you know who Dr. Poole is?
11 A. No.
12 Q. Do you know what Aivita Biomedical is?
13 A. No.
14 Q. And that's spelled A-i-v-i-t-a.
15 A. No.  Not off the top of my head, no.
16 Q. Do you know of anyone that has conducted any
17 testing on Ms. Durden, Ms. Francis and Ms. Earnest's
18 pathology beyond Dr. Curtis Thompson?
19 A. I'm not aware.
20 Q. Did you review Dr. Curtis Thompson's
21 dermatopath reports or his Rule 26 Expert Report?
22 A. I did not review his Expert Report.  The only
23 thing I did see were the telogen-anagen ratios that he
24 reported.  And those were just isolated bits of
25 information so I never saw his deposition, never saw his