# EXHIBIT B

```
                                                    Page 500

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                    MDL No. 2740
 3                  SECTION:  H
 4   IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
 5
 6   This Document Relates To:
 7   Antoinette Durden, Case No. 2:16-cv-16635;
     Tanya Francis, Case No. 2:16-cv-17410;
 8   Barbara Earnest, Case No. 2:16-cv-17144.
     _____/
 9
                              1633 North Bayshore Drive
10                            Miami, Florida
                              April 8, 2019
11                            3:32 p.m. - 5:10 p.m.
12
13         VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
14                       Volume 3
15                    Page 500 - 587
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
```

1       don't know.
2  BY MR. SEARS:
3       Q.   You don't know whether chemotherapy has
4  any impact on the stem cells, do you?
5            MR. MICELI:  Object to the form.
6            THE WITNESS:  Nobody knows.  This disease,
7       we don't know.
8  BY MR. SEARS:
9       Q.   And the reason you suggested to
10 Dr. Thompson in this e-mail to conduct stem cell
11 markers on the pathology was to see if it would show
12 that there's damage to the stem cells in the hair
13 follicle after chemotherapy?
14           MR. MICELI:  Object to the form.
15           THE WITNESS:  In this e-mail, I didn't ask
16      Dr. Thompson to do stem cell markers.
17           I asked him to become the expert of
18      pathology for this case and have his lab to
19      process the specimen with the right
20      orientation, which is a very important step to
21      understand what's going on.
22 BY MR. SEARS:
23      Q.   The reason that you raised stem cell
24 markers in this e-mail is because of your hypothesis
25 that chemotherapy somehow causes damage to stem

1   cells in the hair follicle after chemotherapy?
2           MR. MICELI:  Object to the form.
3           THE WITNESS:  The reason I discuss -- I
4       write about stem cell markers is because he's
5       an expert in this field, and this was maybe a
6       reason for him to get interested in being an
7       expert for this case.
8   BY MR. SEARS:
9       Q.   I'm asking you about your purpose for
10  writing about stem cell markers in this e-mail.
11          And your purpose for writing about stem
12  cell markers is because of your hypothesis that
13  chemotherapy somehow damages stem cells in the hair
14  follicle after chemotherapy, right?
15          MR. MICELI:  Object to the form.
16          THE WITNESS:  No.  If you read all the
17      articles, everybody says that that may be a
18      mechanism, but I didn't ask that because of
19      this hypothesis.
20  BY MR. SEARS:
21      Q.   What other reason could you have for
22  raising stem cells in an e-mail other than your
23  hypothesis that chemotherapy somehow damages the
24  stem cells in the hair follicle?
25      A.   The main reason here, to be honest, was to

```
 1   the cytokeratin 15 came back negative and showed the
 2   absence of stem cells, can you think of anything,
 3   beyond chemotherapy, that would explain the absence
 4   of the stem cells?
 5            MR. MICELI:  Object to the form.
 6            THE WITNESS:  You know, this stain, it's
 7       not a stain that is used for diagnosis, and I
 8       think may have a false negative and false
 9       positive, and three cases are a very small
10       number, and that's something you have to ask
11       Dr. Thompson, okay?
12   BY MR. SEARS:
13       Q.   If the cytokeratin 15 findings added to
14   the information, would you have included that in
15   your reports?
16            MR. MICELI:  Object to the form.
17            THE WITNESS:  I don't think so.  If
18       Dr. Thompson had included it in his report, I
19       would maybe write that down, but it wouldn't
20       change my diagnosis.
21   BY MR. SEARS:
22       Q.   In your report, you did not mention that
23   the cytokeratin 15 and Ki-67 staining had been done
24   on Ms. Francis, Ms. Durden or Ms. Earnest, right?
25       A.   I didn't mention because I think it was
```

1  not relevant.  It was not adding any information.
2       Q.   Do you know whether the cytokeratin 15
3  staining is an expensive process?
4       A.   No.  You have to ask -- I don't know the
5  price at all.
6       Q.   Would you suggest that an expensive test
7  be done on a plaintiff's pathology if you did not
8  think that the information would be relevant?
9            MR. MICELI:  Object to the form.
10           THE WITNESS:  Probably not.
11 BY MR. SEARS:
12      Q.   So you mentioned that you knew that the
13 cytokeratin 15 staining had been done and you knew
14 the results of that staining before your report.
15           How did you learn about the results of the
16 cytokeratin 15 staining that was done on Ms.
17 Earnest, Ms. Francis and Ms. Durden?
18      A.   I had a phone call with Dr. Thompson when
19 he reported the results of the pathology, and he
20 mentioned that, I think.
21           (Thereupon, the referred-to document was
22 marked by the court reporter for Identification as
23 Defendant's Exhibit 5.)
24 BY MR. SEARS:
25      Q.   I've handed you what's been marked as

1  Q. Why didn't you ask about Ki-67?
2  A. Because, you know, the keratin 15, I knew
3  from longer time, and I think I don't really know
4  why the other one was tested.
5  Q. And because you didn't know, wouldn't you
6  want to ask about it?
7         MR. MICELI: Object to the form.
8         THE WITNESS: Because that was my
9      curiosity, to see how this diagnostic test was
10     used in general. Maybe right, I should ask, I
11     will ask.
12 BY MR. SEARS:
13  Q. Besides those two people and Dr. Thompson,
14 have you had any conversations with anyone about
15 cytokeratin 15 or Ki-67 staining?
16  A. No.
17  Q. Have you had any conversations with anyone
18 about testing for stem cell markers in the hair
19 follicle besides those three people?
20        MR. MICELI: Object to the form.
21        THE WITNESS: No.
22 BY MR. SEARS:
23  Q. What would you need to see, from a testing
24 of stem cell markers, to support your opinion that
25 chemotherapy damages stem cells in the hair

1  follicle?
2          MR. MICELI:  Object to the form.  This is
3     more like the third or fourth time that
4     question has been asked and she's answered it,
5     and I'm going to instruct her not to answer
6     again.
7          MR. SEARS:  I don't think I've asked that
8     question.
9          MR. MICELI:  You've asked it three times,
10     and you keep flipping back to the front of your
11     outline and reviewing the same questions.
12          When questions have been asked and
13     answered, we have to be able to move on.
14          MR. SEARS:  Here's why I'm asking.  She
15     said that she doesn't think the cytokeratin 15
16     adds something.  So I'm trying to figure out
17     what she would need.
18          MR. MICELI:  You asked that very question.
19     If we asked for the court reporter to search
20     for the words, "what would you need to see,"
21     that question would come up multiple times.
22  BY MR. SEARS:
23     Q.   How would you design a study to prove
24  whether chemotherapy does or does not harm stem
25  cells in the hair follicle?

1          MR. MICELI:  Object to the form.
2          THE WITNESS:  You know, it should be a big
3     study.  I would say you need at least 100
4     people with chemotherapy-induced alopecia, and
5     maybe 100 people will add chemotherapy and have
6     complete hair regrowth, take the biopsy and use
7     the markers.  I don't know which markers.  That
8     should be a big consensus to find the markers
9     that -- and have a complete panel.
10   BY MR. SEARS:
11       Q.  And no study like that has been done,
12   right?
13          MR. MICELI:  Object to the form.
14          THE WITNESS:  No.
15   BY MR. SEARS:
16       Q.  I don't think I asked that question
17   clearly.
18          It's true that there has not been a study
19   like that that has been conducted?
20          MR. MICELI:  Object to the form.
21          Are you referring to in the context of
22     this litigation or ever?  That's the basis of
23     my objection.  I don't mean to interrupt you
24     again, but --
25          MR. SEARS:  Either.