# EXHIBIT C

LAW OFFICES

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
MICHAEL J. ECUYER
WALTER C. MORRISON IV*
M. PALMER LAMBERT
RACHEL M. NAQUIN
CLAIRE E. BERG
BRITTANY R. WOLF

OF COUNSEL
STEVAN C. DITTMAN

*ALSO ADMITTED IN MISSISSIPPI

**GAINSBURGH, BENJAMIN,**
**DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

SAMUEL C. GAINSBURGH
(1926-2003)
JACK C. BENJAMIN
(1927-2018)

NEW ROADS OFFICE:
143 EAST MAIN STREET
SUITE 3
NEW ROADS, LA 70760
TELEPHONE: (225) 638-8511

JACKSON OFFICE:
240 TRACE COLONY PARK DR.
SUITE 100
RIDGELAND, MS 39157
TELEPHONE: (601) 933-2054

*REPLY TO NEW ORLEANS OFFICE*

March 22, 2019

**Via Electronic Mail**
The Honorable Jane Triche Milazzo
United States District Court for the Eastern District of Louisiana
500 Poydras Street, Room C206
New Orleans, Louisiana 70130

  RE: MDL 2740 – 3/25/19 Liaison Counsel Meeting with the Court
  ----------------------------------------------------------------------------------------------

Dear Judge Milazzo:

  The major issue raised at the last Liaison Counsel meeting was the necessity to adjust the trial schedule and move the May trial until September. The PSC and Sanofi worked cooperatively together and have agreed on a schedule which was attached to Sanofi's position paper.

  All that would have happened had Sanofi timely received these two slides of pathology material (per trial plaintiff) is it would have questioned Plaintiffs' experts about them just as it did the other slides timely produced and included their own experts' views about the slides in their reports. That is all that should happen now that all slides have been produced.

  Supplementation means Sanofi gets to do the work it has already done on pathology slides and ask the types of questions it has asked about the other slides. Supplementation is not free reign for Sanofi to mint new stem cell theories it never pursued (that were not pursued nor relied upon by the Plaintiffs' experts), despite knowing about stem cell science but choosing not to develop affirmative evidence based on it.

  Sanofi's insistence that it must be allowed wide latitude to pursue stem cell science that Plaintiffs' experts never pursued would likely require another postponement of trial so that both parties can essentially redo expert reports and start anew on stem cell theories that no party has pursued to date. That is completely unnecessary. What's more, Sanofi's insistence that it must now probe into the work product of the PSC with respect to a stem cell theory that never made it past an embryonic stage is also completely unnecessary. That inquiry would have been inappropriate even if the stem cell slides were produced on time.

Page **1** of 6

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Keeping in mind that the untimely disclosure was certainly not Sanofi's fault, the PSC has sought to work cooperatively to resolve issues regarding the schedule, what issues to brief now as opposed to after supplementation, and the scope of discovery. The parties are in agreement on a schedule but cannot agree on which motions must be briefed before or after supplementation, nor can the parties agree on the inextricably intertwined issue of the scope of supplemental discovery.

The parties' disagreement about the number of hours that Sanofi is entitled for depositions, and the scope of subsequent expert supplemental reports, also reflects a deep division over what supplementation means. Again, the PSC does not mean to quibble over an hour or two of deposition time, and has been more than cooperative by agreeing to change the trial date. But the PSC's inability to reach an agreement is not simply about an hour or two but rather its concern that Sanofi is attempting to overreach and unnecessarily augment the supplemental discovery.

For the reasons that follow, the Court should accept the PSC's position regarding which briefs should be filed after supplementation, and it should limit Sanofi to a scope of discovery that is limited to the withheld slides, what was done with them, who observed them, and what (if anything) the PSC's testifying experts relied upon in relation to said slides. Accordingly, the PSC's proposal on the scope of discovery and deposition time, which reflects that understanding, should be accepted.

For the majority of Daubert and Summary Judgment motions pending before the Court, the parties have reached agreement as to oppositions to be filed next week[1] and which postponed to completion of limited discovery on recently produced stained stem cell slides[2]. Despite extensive efforts, the parties have been unable to reach agreement on the impact of the discovery on the following, and thus, the due date for the oppositions on Sanofi's: (1) Motion for Summary Judgment on Preemption (R. Doc. 6186), (2) Daubert Motion to Exclude Statistician Dr. David Madigan (R. Doc. 6144), and (3) Daubert Motion to Exclude former FDA Commissioner Dr. David Kessler (R. Doc. 6148), (4) Motion to Exclude Improper Expert Testimony (R. Doc. 6158), and (5) Motion to Exclude Expert Testimony of Javid Moslehi (R. Doc 6138).

The PSC believes consideration of motions (1) through (3) should be delayed until the Court considers Sanofi's Motion to Exclude Expert Testimony on General Causation, because as explained below, these motions contain overlapping arguments that, if disclosed, will give Sanofi an unfair advantage. Moreover, given the overlapping nature of Sanofi's arguments, the PSC believes efficiency is best served if these motions are considered together. Doing so will minimize the number of times the Court must consider similar arguments and avoid the need for either party to file motions to reconsider rulings made on these overlapping arguments. The Court will benefit from considering the entirety of the disputes regarding substantive science and causation expert briefing simultaneously, rather than piecemeal. The other motion, (4) Sanofi's Motion to Exclude

---

[1] The PSC will file oppositions to Sanofi's Motion to Exclude Expert Testimony of Alan Bauman, MD (R. Doc. 6153), Motion to Exclude Expert Testimony of Dr. Linda Bosserman (R. Doc. 6130), Motions for Summary Judgment Based on the Statute of Limitations for Tanya Francis and for Barbara Earnest (R. Docs. 6081 and 6079), Motions for Summary Judgment Based on the Learned Intermediary Doctrine for Tanya Francis and for Barbara Earnest (R. Docs. 6080 and 6078).

[2] The PSC's opposition to Sanofi's Motions to Exclude Expert Testimony by Dr. Laura Plunkett and Ellen Feigal, MD (R. Docs. 6149 and 6155) will not be filed next week as Sanofi is re-deposing them. Since depositions unrelated to the stem cell issue have not been completed for Dr. Bianchini and Dr. John Thompson (R. Docs. 6151 and 614.

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Improper Expert Testimony, should also be delayed because it pertains to experts, such as Dr. Plunkett and Dr. Feigal, who will be subject to additional discovery. Finally, Sanofi's motion on Dr. Moslehi (5) is moot as the PSC has withdrawn him as a witness.

Sanofi's preemption motion asserts that "Plaintiffs cannot identify any evidence of a causal association between Taxotere and permanent alopecia from the relevant time period that was new, undisclosed, and of a greater risk" and that adverse event reports are insufficient to establish a causal association. This argument is similar to those in both Sanofi's general and specific causation motions, which Sanofi agrees should be delayed until the limited discovery regarding the two additional biopsy slides is complete. Additionally, Sanofi's preemption motion includes a lengthy statement of material facts that requires a PSC response identifying evidence relevant to demonstrating a causal association. As a result, if the PSC is required to respond to Sanofi's preemption motion and statement of material facts next week, the PSC will prematurely reveal the argument and evidence it will make in responding to Sanofi's causation motions. This will provide Sanofi an unfair advantage in two respects. First, Sanofi will be able to supplement its general causation motion to counter the arguments that the PSC intends to raise in response to Sanofi's preemption motion. Second, Sanofi will surely use (and should be prevented from doing so) the additional discovery period to gather evidence to counter the PSC's arguments made in its opposition regarding causal association. A motion such as preemption, which trains on what Sanofi knew or could have known about Taxotere induced permanent hair loss, is directly impacted by its supplementation of causation motions, which likewise concerns what Sanofi knew or could have known about Taxotere induced permanent hair loss.

Sanofi's Daubert Motion to Exclude Dr. David Madigan, Statistician, contains arguments that are repetitive of and overlap with Sanofi's general causation motions, which as noted above, Sanofi agrees should be delayed. Specifically, Sanofi's argues that Dr. Madigan's general causation testimony should be excluded as it is unreliable, irrelevant, and that Dr. Madigan is unqualified to offer such testimony. Sanofi repeats these themes in its Daubert motion against Dr. Madigan—although strangely, Sanofi does not claim that Dr. Madigan is unqualified in its Daubert motion. Regardless, if the PSC is required to file it opposition to Sanofi's Daubert motion against Dr. Madigan, Sanofi will be privy to the arguments that the PSC intends to raise in responding to Sanofi's general causation motions, which by agreement isn't due until the close of supplemental discovery.

Sanofi's Daubert Motion to Exclude Dr. David Kessler, former Commission of the FDA, claims that his testimony concerning "causal association" would be confusing to the jury because causal association is different than causation. Sanofi additionally argues that Dr. Kessler's opinions on causal association are unreliable. These arguments are intertwined with arguments also raised by Sanofi's causation motions. There, Sanofi claims that none of the PSC's experts provide reliable and qualified opinions on causation. In response to Sanofi's Daubert motion, the PSC intends to raise arguments that overlap with its opposition to Sanofi's causation motions. As noted above, the PSC believes that this will unfairly prejudice the PSC by providing Sanofi an opportunity to preview the PSC's arguments, develop evidence, and then refile or supplement a motion that counters the PSC's arguments.

Sanofi's Motion to Exclude Improper Expert Testimony – This motion seeks to exclude expert testimony from, among others, Dr. Plunkett and Dr. Feigal, experts Sanofi will depose

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

pursuant to the parties' agreement on limited, additional discovery on the two recently produced stem cell slides. The PSC believes that it is inappropriate to resolve this motion until this limited discovery is complete.

Supplemental Discovery on Stem Cell Slides

The Court's recent continuance of the first bellwether trial was occasioned by the PSC's pathology expert, Curtis Thompson, MD, not providing 2 stained stem cell pathology slides (per trial Plaintiff) to Sanofi after expert discovery, despite being instructed to the contrary. Dr. Thompson did not share these additional slides with any other expert, and to be clear, neither Dr. Thompson nor any other Plaintiffs' expert conducted a stem cell study, although Dr. Tosti was copied on one email concerning the staining of slides with cytokeratin 15.[3] Dr. Thompson did not rely upon recently produced slides or consider stem cell pathology in forming his opinions, as stem cell pathology is not generally accepted by the scientific community for diagnosing permanent alopecia.[4] When the non-disclosure of the additional slides was brought to the PSC's attention, we immediately forwarded the slides to Sanofi and began good faith discussions on what further discovery was necessary.

The PSC consistently assures Sanofi that no other experts reviewed the stem cell slides (or photographs of the slides), and that Dr. Thompson did not discuss the additional pathology slides with any other experts. Thus, no expert relied upon the additional pathology slides or a stem cell theory in forming their opinions; no report was ever made from the additional pathology slides or based on a stem cell theory. The PSC offered to re-produce Dr. Thompson for a limited deposition of 4 hours to confirm the above and satisfy Sanofi that no "stem cell study" was ever conducted.[5] Despite this, Sanofi has steadfastly demanded 8 hours of depositions of three additional experts: Drs. Feigal, Plunkett and Tosti.[6] To cooperate and be solution oriented, the PSC agreed to these depositions limited in scope to the recently disclosed pathology slides, and the existence or nonexistence of any supposed stem cell study for a total of 6 hours.[7]

Sanofi instead insists on deposing all four experts on any issue related to stem cells. Such broad discovery is an incongruous remedy for the late disclosure two pathology slides per plaintiff

---

[3]     See Ex. A, April 16, 2018, from Dr. Curtis Thompson to Lauren Davis (PSC Counsel), and cc'ing, among others Dr. Tosti. As the court can see, this email was authored prior to the staining of slides and does not discuss any results. Cytokeratin 15 is a pathology stain for stem cell markers.

[4]     Insert Ex. B, C. Thompson depo (vol. 2) p. 338:3-15 ("It doesn't have any application to interpretation, pathological interpretation, treatment, anything in the clinical hair loss alopecia world."); Dr. Thompson testified in his deposition that the science on stem cell staining is theoretical, and did not form a basis of his opinion. Id.

[5]     Since the issue of stem cell slides arose, Sanofi's counsel has attempted to create a narrative of a "stem cell study" that simply does not exist. But if a stem cell pathology study were conducted, it would have been conducted by Dr. Curtis Thompson. Thus, any inquiry into the mythical stem cell study should begin with Dr. Thompson, and end there if no such study was conducted.

[6]     Sanofi has already had full opportunity to cross-examine Drs. Feigal, Plunkett and Tosti on their reliance material and existing science, including stem cell science, in each experts' respective Rule 26 reports. The requested experts never relied upon or even saw the stem cell slides. Because these experts have already been deposed on their reports, and considering they never saw the stem cell slides, or any slides, allowing limited depositions for Sanofi to satisfy itself that they were not part of a "stem cell study" that never occurred is a reasonable offer.

[7]     The PSC has offered to produce Dr. Curtis Thompson for four hours, and Drs. Feigal, Plunkett and Tosti for two hours each.

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

and allows Sanofi to exceed its discovery opportunities under the FRCP without justification. It is ironic that Sanofi argues it needs wide latitude in discovery, but at the same time urging that most of the motions it filed is/will be unaffected or unimpacted by the new discovery. Additionally, it will amount to an unfair advantage, expend valuable time unnecessarily and waste resources. Each expert has been produced for depositions on their reports. The current issue concerning the additional pathology slides amounts to a single point of evidence, albeit evidence that no expert relied upon in forming their opinions, yet Sanofi seeks nearly a full day with Dr. Thompson – the only expert to see the slides – and it seeks nearly a half day with experts that never saw the slides.

Sanofi's insistence that it must be allowed wide latitude to pursue stem cell science that Plaintiffs' experts never pursued has the potential to require another postponement of trial so that both parties can essentially redo expert reports and start anew on theories that no party has pursued to date. That is completely unnecessary to address the fact that two stem cell slides were not produced.

The theory of stem cell involvement, and its recognition as a plausible mechanism for permanent chemotherapy induced alopecia (pCIA), is not a new theory. The theory that certain chemotherapy agents can affect the hair growth cycle, including causing pCIA, has appeared in the scientific literature for over a decade. See. Ex. C As the sampling of literature in Exhibit C demonstrates, the theory of stem cell involvement in a biologically plausible mechanism leading to permanent alopecia has existed for a very long time, and Sanofi had a full and fair opportunity to examine the experts on the existing science concerning stem cells and permanent hair loss.[8] In fact, Sanofi's counsel did question several of the requested experts on mechanism of action and stem cells, or chose not to do so.[9] Further still, Sanofi's own retained experts have authored papers, and cited sources, concerning the theory of stem cell involvement in causing pCIA.[10] The stem cell theory as a biologically plausible mechanism for pCIA is not a new theory to Sanofi, or its experts.

Because Sanofi's request is based on a false assumption that a stem cell study was performed, when one was not; that experts collaborated on such a study, which they clearly did not; and because this is not a new theory that came as a surprise to Sanofi, the PSC requests the court deny Sanofi's unreasonable request for extensive additional discovery. Instead the court should limit the reconvened depositions to the pathology slides recently produced, allow Sanofi to satisfy itself that a stem cell study performed by Plaintiff's' experts does not exist, and limit the time of the depositions as requested by the PSC.

---

[8]     Sanofi's request to question experts beyond the recently produced pathology slides is an unjustified attempt to exceed the FRCP's seven-hour limit on expert depositions. A common means of attacking and challenging an expert's opinions under FRE 702 is to demonstrate that they did not consider all relevant evidence. Sanofi had that opportunity in the initial depositions concerning all experts on any topics, including stem cell involvement in pCIA. It should not get a second full bite at that apple with four experts because a single expert produced a few slides late.
[9]     See. Ex. D, Feigal depo. pp. 148:1- 150:15 and 220; 1-7; Ex. E, Tosti depo pp. 26:6 – 27:23; and Ex. F, C. Thompson depo pp. 337:5 – 338:24.
[10]     See. Ex. G, Tallon, et al. (co-author, Lynne Goldberg, MD, Sanofi's retained expert) Permanent chemotherapy-induced alopecia: Casereport and review of the literature, J Amer Ac Derm. (2010), and Ex. H, Freites-Martinez, et al. (co-author, Jerry Shapiro, MD, Sanofi's retained expert), CME Part 2: Hair disorders in cancer survivors Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery, 10.1016/j.jaad.2018.03.056.

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Sanofi's Demand for Additional Disclosure of PSC's Communications with its Experts

The parties disagree whether some communications between the PSC and its experts are discoverable and whether a privilege log is required. Sanofi believes both are required and the PSC believes neither is required. Sanofi's insistence that it must now probe into the work product of the PSC with respect to a stem cell theory that never made it past an embryonic stage is completely unnecessary. Such an inquiry has no bearing on whether the stem cell stained slides were produced timely. Further, the PSC has never received a privilege log from the Defendants regarding their communications with their experts. The PSC therefore respectfully suggests submitting these communications to Magistrate Judge North for an expedited in camera review, at the Court's earliest convenience.

Respectfully submitted,

/s/ M. Palmer Lambert
M. Palmer Lambert
Plaintiffs' Co-Liaison Counsel
On behalf of the MDL 2740 PSC

cc (via email):    Hon. Magistrate Judge North        Dawn M. Barrios, Esq.
                   Harley Ratliff, Esq.                Douglas Moore, Esq.
                   John Olinde, Esq.                   Christopher Coffin, Esq.
                   Karen Menzies, Esq.                 Adrienne Byard, Esq.

# EXHIBIT A

**John Thornton**

---

| | |
|---|---|
| **From:** | Curtis Thompson <curtisinportland@gmail.com> |
| **Sent:** | Friday, March 01, 2019 1:43 PM |
| **To:** | John Thornton |
| **Subject:** | Fwd: Update from Dr. Thompson on the 3 alopecia cases |

**Curtis T. Thompson, MD**
Medical Director and Dermatopathologist, CTA Lab
Affiliate (Clinical) Professor of Dermatology and Pathology, OHSU
T: 503.906.7300 | C/What'sApp: 503.997.8920 | F: 503.245.8219
E: curtisinportland@gmail.com
CTA Lab | www.cta-lab.com
PO Box 230577, Portland, OR 97281

---------- Forwarded message ---------
From: **Curtis Thompson** <curtisinportland@gmail.com>
Date: Mon, Apr 16, 2018 at 1:11 PM
Subject: Update from Dr. Thompson on the 3 alopecia cases
To: Lauren Davis <ldavis@andrewsthornton.com>
Cc: Anne Andrews <aa@andrewsthornton.com>, Alexa Poole <alexa@aivitabiomedical.com>, Bradley East
<BEast@andrewsthornton.com>, Antonella Tosti <antonellatosti1@gmail.com>

Hello,  We processed the 3 biopsies, and I have examined the initial H&E sections, which do all show features consistent
with permanent alopecia after chemotherapy.

We are testing the cytokeratin 15 immunohistochemistry test today and hope to stain these cases later tomorrow or
Wednesday morning.  In the event that the cytokeratin 15 findings do not add to the information, I will issue my reports
without that information.  But, just to emphasize, the findings on the H&E slides alone are quite convincing--shows
permanent loss of larger hair follicles.

Thanks,

Curtis Thompson

On Mon, Apr 16, 2018 at 1:03 PM, Lauren Davis <ldavis@andrewsthornton.com> wrote:
  Hi Dr. Thompson,

  Just following up on the slides and report. Thank you!

  Sincerely,
  Lauren

  Sent from my iPhone

  On Apr 11, 2018, at 8:27 AM, Anne Andrews <aa@andrewsthornton.com> wrote:

Thanks Dr. Thompson for the call. Looking forward to talking to you again soon.
Anne

Sent from my iPhone

On Apr 11, 2018, at 8:11 AM, Curtis Thompson <curtisinportland@gmail.com> wrote:

> I am at my office now.
>
> 503 906 7300
>
> thanks,
>
> curtis
>
> On Wed, Apr 11, 2018 at 7:49 AM, Anne Andrews <aa@andrewsthornton.com> wrote:
>> Alexa
>> Are you available? I am?
>>
>> Sent from my iPhone
>>
>> On Apr 11, 2018, at 7:48 AM, Curtis Thompson <curtisinportland@gmail.com> wrote:
>>
>>> Hello. Can I talk to Alexa and you about how to name the biopsy cases this morning?
>>>
>>> Thanks
>>>
>>> Curtis
>>> 503 997 8920 cell
>>>
>>>
>>> On Wed, Apr 11, 2018, 07:38 Anne Andrews <aa@andrewsthornton.com> wrote:
>>>> Thank you Curtis did the antibody stain also arrive?
>>>> I really appreciate you keep me posted on the progress and any issues that arise since we're on a tight deadline.
>>>> Anne
>>>>
>>>> Sent from my iPhone
>>>>
>>>> > On Apr 10, 2018, at 12:15 PM, Curtis Thompson <curtisinportland@gmail.com> wrote:
>>>> >
>>>> > . . . and we will start processing them.
>>>> >
>>>> > And I am reviewing the Expert/consultant work agreement.
>>>> >
>>>> > Thanks,
>>>> >
>>>> > Curtis

# EXHIBIT B

Page 322

1                UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  TAXOTERE (DOCETAXEL)

5    PRODUCTS LIABILITY LITIGATION     MDL. No. 2740

6    This Document Relates To:        Section H

7    Antoinette Durden, Case No.

8    2:16-cv-16635;

9    Tanya Francis, Case No.

10   2:16-cv-17410;

11   Barbara Earnest, Case No.

12   2:16-cv-17144

13

14

15                      VOLUME II

16

17     VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

18            Taken in behalf of Defendants

19                 February 26, 2019

20

21

22

23

24

25      Job No. 3226563

1      videos themselves and the stem cell research
2      that was happening?
3  A.  Well, the, the state of the stem cell research
4      is very separate from the current pathology
5      interpretation and it's still in much more of a
6      theoretical area.  It doesn't have any
7      application to interpretation, pathological
8      interpretation, treatment, anything in the
9      clinical hair loss alopecia world.  It's very
10     basic science.  And there hasn't been any kind
11     of, they call it bench to bedside, there hasn't
12     been any kind of connection yet with that.  I
13     don't remember the details of these videos, but
14     they were not connected at all to clinical or
15     clinical pathology work.
16 Q.  So you asked for a recommendation.  Was your
17     recommendation that it was not useful?
18 A.  Yeah.  There was no, nothing to be learned or
19     gained from this regarding the case at hand.
20 Q.  This stem cell research itself, what was the
21     research on?
22 A.  I don't even remember exactly what that, this
23     researcher's niche was.  I don't remember the
24     specifics of it.
25 Q.  Did it have anything to do with chemotherapy

# EXHIBIT C

# Sample of Literature: Mechanism of Action, Biologic Plausibility and Biology of Hair Follicle

Cited in Dr. Portia Bradford Love's deposition:

> Kluger, et al., Annals of Oncology, Nicolas Kluger et al., Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients, 23 ANNALS OF ONCOL. 2879 (2012).

> Miteva, et al., Am J Derm, Volume 33, Number 4 (June 2011)

> Tallon, et al., (including co-author, Lynne Goldberg, a consulting expert retained by Sanofi) J Amer Ac Derm. (2010)

> Machado, et al., Bone Marrow Transplant, 40:979-982(2007) (cited in Kluger)

** All deal with hypothesis/biologically plausible mechanism of action.

Not cited in Sanofi's experts' reports:

> Alonso L. and Fuch E, J. Cellular Science, Science at a Glance: The Hair Cycle, vol. 119, 391-393(2006).

> Paus, et al., NEJM, vol. 341, no. 7, August 12, 1999. Not a permanent alopecia article, but describes the biology of the hair follicle. Demonstrates knowledge of stem cell in the biology of hair growth.

> Prevasas, et al., British J. Derm (2009), vol. 160, 888-891. "A possible explanation for the irreversibility could be permanent damage to the stem cell, situated in the hair bulge…"

# EXHIBIT D

Page 1

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4        IN RE TAXOTERE (DOCETAXEL)     )

         PRODUCTS LIABILITY LITIGATION )  MDL NO. 2740

5                                       )

         THIS DOCUMENT RELATES TO:      )  SECTION: H

6                                       )

         ANTOINETTE DURDEN,             )

7        CASE NO. 2:16-cv-16635         )

         TANYA FRANCIS,                 )

8        CASE NO. 2:16-cv-17410;        )

         BARBARA EARNEST,               )

9        CASE NO. 2:16-cv-17144         )

                                        )

10       _____)

11

12            VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.

13                   FRIDAY, DECEMBER 7, 2018

14

15

16

17

18       JOB NO. 3151489

19

20       REPORTED BY STEPHANIE J. COHEN,

21       CSR NO. 7920

22

23

24

25       Job No. NJ3151489

Veritext Legal Solutions

1    Q    Do you have an opinion as to how Taxotere

2   causes permanent alopecia?

3    A    Well, I think it's well-known that Taxotere

4   is a cytotoxic chemotherapy agent that can attack

5   the hair in two different ways.  It's a systemic

6   drug, so it circulates all throughout the body.

7         Because you have blood vessels in the

8   scalp, the scalp gets exposed.  The hair follicles

9   get exposed to the drug.  It is known there's two

10  ways that this chemotherapy can lead to hair loss.

11        It can attack during the growth phase of

12  the hair, but it can also cause thinning of the hair

13  shaft during the telogen phase and so it breaks off

14  and you only get these little baby hairs.  That is

15  what's thought in terms of permanent alopecia.

16        And I have experience with stem cells in

17  another part of the type of work I do, is that cells

18  in your body have what's called stem cells that can

19  renew and replicate.  The thought is that it may be

20  poisoning the stem cells so that once that hair is

21  lost, it's lost.  You don't have a renewal

22  capability.

23        So that's -- would be one of the proposed

24  mechanisms of how it could lead to permanent hair

25  loss.  The mechanism of reversible alopecia is very

Page 149

1    well-known.

2        Q    Okay.  The mechanism of what you call

3    irreversible alopecia would you agree is not

4    well-known?

5        A    I could say it's -- I'm probably not the

6    right expert to comment on the causation of

7    alopecia, I think.  You asked me what I think in

8    terms of the mechanism of action and I proposed what

9    people are evaluating it.

10       Q    But do you have an opinion as to the

11   mechanism of action as to how Taxotere causes

12   permanent hair loss?

13           MR. THORNTON:  Objection; form.

14           THE WITNESS:  I have an opinion based on my

15   knowledge of how stem cells work and based on my

16   knowledge of how stem cells work in the human body

17   and I have an opinion based on the fact that this is

18   a systemic chemotherapy that is circulating to the

19   scalp.

20           So my opinion is that it's probably somehow

21   attacking the stem cell and irreversibly either

22   damaging it, destroying it or perhaps interfering

23   with its signaling pathway so that it can't do what

24   it needs to do.

25

Page 150

1    BY MR. KAUFMAN:

2        Q     Has that mechanism of action been

3    scientifically proven?

4        A     Not to my knowledge.

5        Q     So you would agree that the mechanism of

6    action that supports your opinion is theoretical?

7        A     I think there's very strong biologic

8    plausibility based on Taxotere's ability to kill

9    hair follicles that it wouldn't take -- it does not

10   take a stretch to think that there might be an

11   ability to attack the stem cell and somehow

12   interfere with signaling or kill it.

13             Is it proven?  No.

14       Q     You don't know that for sure, do you?

15       A     No.

16       Q     How does permanent alopecia present in a

17   woman who took Taxotere?

18       A     It would present, first of all, she has

19   hair loss during the course of her chemotherapy and

20   in general, you know, that can happen a couple of

21   weeks in or maybe after Cycle 2.

22             And then instead of hair growing back at

23   the end of chemotherapy, she continues to have no

24   recovery of her hair, so there may be -- it depends

25   on the type of alopecia she has whether or not

1          I have text in there about the biologic

2     plausibility given the mechanism of action of

3     Taxotere in causing hair loss.  We have talked and I

4     hypothetized in the report about permanency perhaps

5     being caused or could be caused if they actually

6     destroyed the stem cells, so I think they do address

7     them.  That's my opinion.

8          Q    Okay.  In forming your opinion that

9     Taxotere causes permanent hair loss, did you look

10    for alternate explanations for the association, and

11    if so, what did you look for?

12         A    Well, I mean the randomized controlled

13    trial is a very good way to look at it because those

14    are a variety of variables.  So whatever was done in

15    terms of endocrine therapy, radiation therapy is

16    done in both arms.

17              So seeing an increased risk in a controlled

18    clinical trial is an excellent way to look at

19    increased risk of an adverse event.

20         Q    Were you referring to Tax 316 in that

21    instance?

22         A    I was referring to both trials, Geica

23    9805 -- there's only two randomized clinical trials

24    for which we even have data on permanent alopecia,

25    at least that's all I'm aware of from Sanofi.  If

# EXHIBIT E

Page 1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

2

3                                    MDL NO.:  2740

4                                    SECTION:  H

5       IN RE:  TAXOTERE (DOCETAXEL)
        PRODUCTS LIABILITY LITIGATION

6

7       This Document Relates To:

8       Antoinette Durden, Case No. 2:16-cv-16635;
        Tanya Francis, Case No. 2:16-cv-17410;

9       Barbara Earnest, Case No. 2:16-cv-17144.
        _____/

10

11                          255 Alhambra Circle, Penthouse
                            Coral Gables, Florida 33134

12                          Tuesday, 9:18 a.m. - 5:25 p.m.
                            December 4, 2018

13

14                    VIDEOTAPED DEPOSITION OF

15                      ANTONELLA TOSTI, M.D.

16

17                          VOLUME 1
                        Pages 1 through 300

18

19           Taken on behalf of the Defendant before

20      Gina Rodriguez, RPR, CRR, Notary Public in and for

21      the State of Florida at Large, pursuant to Second

22      Amended Notice of Taking Videotaped Deposition filed

23      in the above cause.

24

25      Job No. NJ3133421

1      A.    Not that I'm aware at this point.  Not that
2    I recall, at least.
3      Q.    Have you heard about the debate about
4    vaccines and whether they cause autism?
5            MR. SCHANKER:  Objection, form.
6      A.    You know, I know everything about it
7    because contact dermatitis is one of my field.  So I
8    know at one point people correlate autism with
9    thiomersal, which is a preservative of vaccine, but
10   it was not the case reports.  And then they -- they
11   showed -- they did a big study and showed that it
12   wasn't true.  But that happens, you know.  That was
13   not the case report.
14   BY MR. SEARS:
15     Q.    That's really my point, though.  There's
16   times when there's causation attributed to something,
17   and then it ends up that's just not right.
18     A.    That's why we need the prospective study to
19   confirm.
20     Q.    So there's something in medicine called a
21   mechanism of action, right?
22           MR. SCHANKER:  Objection, form.
23     A.    Yes.  It is.
24   BY MR. SEARS:
25     Q.    And basically that is how something causes

Page 27

1    something else, right?

2        A.   Yes.  But to be honest, we don't know the

3    mechanism of action of most -- the cause of most

4    diseases, so this mechanism of action is the ideal

5    thing we would like to have.

6        Q.   And there's no mechanism of action that has

7    been established for a chemotherapy drug causing

8    persistent alopecia, right?

9             MR. SCHANKER:  Objection, form.

10       A.   No, I think you're wrong.  It's not been

11   established, but we've -- there is a way we think it

12   happens, okay?  And what we think is that the stem

13   cells that are, you know, the cell that we regenerate

14   the follicle, either in the -- in the bulge or in the

15   dermal papilla may be damaged by the chemotherapy.

16   That's what, for instance, the researcher in the

17   field of hair suggests.

18   BY MR. SEARS:

19       Q.   Right, that's a hypothesis, correct?

20            MR. SCHANKER:  Objection, form.

21       A.   It's a very likely.  It's a very likely

22   hypothesis.

23   BY MR. SEARS:

24       Q.   It's a hypothesis that has not been proven,

25   right?

# EXHIBIT F

Page 322

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  TAXOTERE (DOCETAXEL)

5    PRODUCTS LIABILITY LITIGATION      MDL. No. 2740

6    This Document Relates To:       Section H

7    Antoinette Durden, Case No.

8    2:16-cv-16635;

9    Tanya Francis, Case No.

10   2:16-cv-17410;

11   Barbara Earnest, Case No.

12   2:16-cv-17144

13

14

15                       VOLUME II

16

17      VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

18              Taken in behalf of Defendants

19                   February 26, 2019

20

21

22

23

24

25      Job No. 3226563

1    Q.    BY MR. SEARS:  Is this Rule 26 report what

2          ultimately became your Rule 26 report that was

3          filed in this case?

4    A.    Yes.

5    Q.    The next entry down on August 6, 2018, is

6          "Review of videos of redacted and prep of

7          summary memo."  Do you see that?

8    A.    Yes.

9    Q.    Did you rely on your review of those videos in

10         coming to your opinions in this case?

11   A.    No.

12   Q.    What were the videos of?

13   A.    Research.  I don't remember the researcher's

14         name, who does work in hair stem cell research.

15         So we were, I was assessing whether there was

16         any utility from a pathological interpretation

17         side to the information in these.

18             MR. THORNTON:  And just our position is that

19         was a consultant and not used in the case.

20             THE WITNESS:  Yeah.

21             MR. THORNTON:  It's otherwise confidential.

22             MR. SEARS:  So the redacted name is a

23         consulting expert relationship?

24             MR. THORNTON:  Yes.  Yes.

25   Q.    BY MR. SEARS:  Can you tell me more about the

Page 338

1    videos themselves and the stem cell research

2    that was happening?

3  A.  Well, the, the state of the stem cell research

4    is very separate from the current pathology

5    interpretation and it's still in much more of a

6    theoretical area.  It doesn't have any

7    application to interpretation, pathological

8    interpretation, treatment, anything in the

9    clinical hair loss alopecia world.  It's very

10   basic science.  And there hasn't been any kind

11   of, they call it bench to bedside, there hasn't

12   been any kind of connection yet with that.  I

13   don't remember the details of these videos, but

14   they were not connected at all to clinical or

15   clinical pathology work.

16 Q.  So you asked for a recommendation.  Was your

17   recommendation that it was not useful?

18 A.  Yeah.  There was no, nothing to be learned or

19   gained from this regarding the case at hand.

20 Q.  This stem cell research itself, what was the

21   research on?

22 A.  I don't even remember exactly what that, this

23   researcher's niche was.  I don't remember the

24   specifics of it.

25 Q.  Did it have anything to do with chemotherapy

# EXHIBIT G

CASE & REVIEW

■

# Permanent chemotherapy-induced alopecia: Case report and review of the literature

Ben Tallon, MBChB,[a] Elizabeth Blanchard, MD,[b] and Lynne J. Goldberg, MD[a]
*Boston, Massachusetts*

Reversible alopecia following chemotherapy is well recognized and typically not evaluated by dermatologists. However, there are an increasing number of reports of permanent chemotherapy-induced alopecia, typically following high-dose chemotherapy and subsequent bone marrow transplantation. We describe an unusual case of permanent alopecia in a patient who received adjuvant chemotherapy for breast carcinoma, and not a conditioning regimen before bone marrow transplantation. A unique histologic finding of replacement of anagen hair follicles by linear columns of basaloid epithelium is reported. We review the clinical and histologic findings of permanent chemotherapy-induced alopecia and speculate on its pathogenesis. ( J Am Acad Dermatol 2010;63:333-6.)

## INTRODUCTION

Reversible alopecia following chemotherapy, or anagen effluvium, typically begins within 2 to 4 weeks after treatment onset, and hair grows back fully within 6 months.[1] Permanent alopecia occurring after chemotherapy is rare. The existing reports of permanent alopecia typically follow high-dose chemotherapy and subsequent bone marrow transplantation (BMT).[2-8] To our knowledge, there is only one recent report of permanent alopecia in the absence of BMT.[9] We describe a case of permanent hair loss following standard dose chemotherapy with docetaxel, carboplatin, and trastuzumab for the treatment of breast carcinoma and report unique histologic findings.

## CASE REPORT

A 72-year-old Caucasian woman with a history of ductal breast carcinoma presented with a complaint of persistent hair loss 13 months after completion of adjuvant chemotherapy. She had a history of invasive ductal carcinoma of the left breast associated with ductal carcinoma in situ. Following

Abbreviations used:

| | |
|---|---|
| AUC: | area under the curve |
| BMT: | bone marrow transplantation |
| CIA: | chemotherapy induced alopecia |
| HDC: | high-dose chemotherapy |

lumpectomy and sentinel lymph node biopsy, her final pathologic stage was T2, N0, MX, stage IIA estrogen receptor and progesterone receptor negative, with HER-2 overexpression confirmed by fluorescent in situ hybridization. Adjuvant chemotherapy was commenced with a regimen of docetaxel, carboplatin, and trastuzumab for 6 cycles every 3 weeks (weekly for trastuzumab), followed by trastuzumab every 3 weeks for the next year. Standard doses were used initially (docetaxel, 75 mg/m$^2$ = 150 mg; carboplatin area under the curve [AUC] 6 = 650 mg, and trastuzumab, 4 mg/kg = 380 mg). The trastuzumab was given according to a standard weekly dose of 2 mg/kg for cycles 2 to 5, then 6 mg/kg (500 mg) every 3 weeks to complete 1 year of therapy. Her first cycle was complicated by severe neutropenia with fever, vaginitis, fatigue, and dehydration, leading to removal of carboplatin from the regimen. Following her chemotherapy, she received radiation to the tumor bed with a total dose of 5940 cGy.

Two weeks after the start of her chemotherapy she began to lose the hair on her scalp, as well as her eyebrows, eyelashes, and body hair. By the completion of her chemotherapy, she was completely bald. She did experience some regrowth, but her hair remained severely thin, requiring use of a scalp prosthesis.

Before chemotherapy she had no history of hair loss. Her medical history was significant for treated

From the Dermatopathology Section, Department of Dermatology, Boston University School of Medicine,[a] and Caritas St. Elizabeth's Medical Center, Tufts University School of Medicine.[b]

Funding sources: None.

Conflicts of interest: None declared.

Reprint requests: Ben Tallon, MBChB, Skin Pathology Laboratory, Boston University School of Medicine, 609 Albany St, Boston, MA 02118-2515. E-mail: bentallon@gmail.com.

Published online May 14, 2010.

0190-9622/$36.00

© 2009 by the American Academy of Dermatology, Inc.

doi:10.1016/j.jaad.2009.06.063

J AM ACAD DERMATOL
AUGUST 2010

hypothyroidism, and she had a family history of androgenetic alopecia in her father. Her scalp was otherwise asymptomatic and she had received no treatment.

Physical examination revealed severe diffuse hair loss most prominent over the crown (Fig 1). There was no inflammation or evidence of scarring. A single eyebrow was noted, which the patient stated appeared recently. Her nails appeared normal.

A 4-mm punch biopsy specimen was taken from the right frontal scalp, fixed in 10% neutral buffered formaldehyde, bisected horizontally, serially sectioned, and stained with hematoxylin and eosin. The dominant finding was a marked reduction in anagen hair follicles and the presence of multiple linear aggregates of basaloid epithelium, likely representing remnants of her hair follicles (Fig 2). These structures appeared similar to telogen hair follicles, though they were more slender and branched, and did not produce a hair shaft. Counting these as hair follicles, the total number of follicular units (12) was normal (0.9 per square millimeter), although there were only two remaining unaffected terminal anagen hair follicles. There was no significant perifollicular inflammation, and only mild perifollicular fibrosis. Sebaceous glands were preserved.

Because follicular structures were not completely absent, a trial of topical 2% minoxidil, administered twice daily, was initiated.

## DISCUSSION

Chemotherapy-induced alopecia (CIA) is typically reversible. Many chemotherapeutic agents have the ability to cause alopecia, the severity of which depends on the route of administration as well as the dose and frequency of administration.[1] Cytotoxic effects on hair follicles results in temporary hair loss until the telogen phase is complete and a new hair cycle begins, typically within 3 to 6 months.

Two of the 3 agents used in our patient's chemotherapy regimen, docetaxel and carboplatin, are well known to cause reversible alopecia. The World Health Organization criteria for chemotherapy-induced alopecia is grade 0 = no loss, grade 1 = mild

### CAPSULE SUMMARY

- Chemotherapy-induced hair loss is typically considered completely reversible, but this is not always the case.
- This paper describes a patient remarkable for permanent hair loss following chemotherapy for breast cancer in the absence of bone marrow transplantation, the usual setting for permanent chemotherapy-induced alopecia.
- The literature on permanent chemotherapy is reviewed, and new histologic findings are described.
- Physicians and patients need to be aware of the rare possibility that alopecia following chemotherapy can be persistent.

hair loss, and grade 2 = pronounced or complete hair loss. Docetaxel, a taxane anticancer drug extracted from the European yew, exerts its cytotoxic effect by promoting and stabilizing microtubule assembly. In phase II trials of docetaxel at a dose of 100 mg/m$^2$, the incidence of alopecia was 83.4%, with all hair loss categorized as grade 1 or 2.[10] The DNA alkylating agent carboplatin, at a dose of 250 to 400 mg/m$^2$, causes mild alopecia in only 5% of cases.[11] Trastuzumab is a monoclonal antibody against HER2, a tyrosine kinase that is part of the human epidermal growth factor receptor family. It lacks the common side effects of neutropenia, mucositis and alopecia, and does not appear to increase the rate of hair loss when combined with standard chemotherapy for metastatic breast cancer.[12,13] The combination of docetaxel, 70 mg/m$^2$, and carboplatin AUC 5 has been reported to result in 26 of 26 patients experiencing grade 1 or 2 alopecia.[14]

Permanent CIA, defined as an absence of or incomplete hair regrowth 6 months beyond completion of chemotherapy,[1] is rare. It was first described in 1991 in 6 patients following chemotherapy conditioning for bone marrow transplantation.[7] All but one of the subsequent reports[2-6,8] have been in patients receiving BMT, usually for hematologic malignancies. One series of patients had permanent alopecia following BMT for advanced breast cancer.[4]

Two patients, in whom severe, irreversible alopecia developed following standard-dose docetaxel and paclitaxel for local recurrence of breast cancer, were recently reported.[9] The clinical findings were similar to those of our case with diffuse, marked thinning of scalp hair and, in one patient, generalized over the body without signs of scarring.

Permanent CIA has been described following the use of busulphan, cyclophosphamide, thiotepa, melphalan, etoposide, carboplatin, docetaxel, and paclitaxel.[2-9] Its reported incidence varies widely, ranging from 0.9% to 43%.[2,7] Busulphan is the most commonly implicated agent. The data regarding the relationship between chemotherapy dose and persistent alopecia are conflicting. Increased quantitative exposure to carboplatin and thiotepa[4] and

J Am Acad Dermatol
Volume 63, Number 2

*Tallon, Blanchard, and Goldberg* **335**



**Fig 1.** Diffuse thinning of hair on the scalp without inflammation or scarring.



**Fig 2.** Punch biopsy specimen from right frontal scalp revealing linear aggregates of basaloid epithelium with only mild perifollicular fibrosis. (Hematoxylin-eosin stain, original magnification: ×20.)

higher busulphan[6] concentrations have been linked to an increased risk, whereas no dose response was seen with cyclophosphamide.[4] Permanent alopecia has also been described in low-dose regimens, causing reduced peak plasma levels.[4] While AUC exposure, cumulative dose, and combined chemotherapeutic agent effects are important variables,[8] individual variation in the bioavailability of chemotherapeutics is seen[15] and may influence the occurrence of toxicity.

Description of the histopathology of permanent alopecia following chemotherapy is limited to 4 of the published reports.[3,5,7,9] In all cases there was a severe reduction in the total number of hairs, as in our patient, and no inflammation or fibrosis was present. One of the two recent cases[9] showed an increased number of vellus hairs, whereas the other had a peribulbar lymphocytic infiltrate. The unique finding in our patient was that of thin epithelial structures thought to represent remnants of the secondary hair germ of late-stage telogen follicles. Their significance is uncertain, but it appears that these structures may be insufficient to induce formation of a new hair bulb to generate a new hair shaft. Why these changes were not noted in the previous reports is unclear. There do appear to be similar structures seen in a photomicrograph in the report by Baker et al.[7] Perhaps these residual follicular epithelial aggregates were present but not obvious, or maybe they are transient and had already undergone complete involution.

Why some patients develop permanent, rather than temporary, alopecia following chemotherapy is unknown. Chemotherapy targets replicating cells within the hair matrix, resulting in rapid shedding of anagen hairs,[16] and also appear to be capable of inducing a shift into telogen.[17] High-dose or repeated chemotherapy is thought to delay hair regrowth because of a telogen effluvium accompanying the usual anagen effluvium.[5] It is postulated that permanent damage to the hair follicle may result from direct toxicity of high-dose chemotherapy on stem cells or hair matrix cells, or separation of the matrix cells from the dermal papilla.[5] Alternatively, maybe the chemotherapy affects the signaling to the secondary hair germ,[18,19] resulting in the appearance of poorly developed telogen germinal units seen on histology.

This is the second report of permanent alopecia in a patient who received adjuvant chemotherapy for breast cancer and not a conditioning regimen prior to BMT. The lack of evidence for alopecia with trastuzumab, and the exposure to only a single infusion of standard dose carboplatin, suggests that docetaxel is the implicated agent. The morbidity of chemotherapy-associated hair loss should not be underestimated, particularly given the increasing reports of permanent alopecia. This case demonstrates the risk of permanent hair loss following adjuvant chemotherapy for breast cancer. The histologic finding of replacement of anagen hair follicles by linear columns of basaloid epithelium has not been previously reported, to our knowledge, and likely portends a poor prognosis for regrowth. Whether this finding is due to toxic damage to stem cells or specific interference with active signaling pathways in susceptible individuals is unknown and requires further research.

REFERENCES
1. Dorr VJ. A practitioner's guide to cancer-related alopecia. Semin Oncol 1998;25:562-70.

**336** *Tallon, Blanchard, and Goldberg*

J Am Acad Dermatol
August 2010

2. Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. Bone Marrow Transplant 2007;40:979-82.

3. Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. Br J Dermatol 2005; 152:1056-8.

4. de Jonge ME, Mathôt RA, Dalesio O, Huitema AD, Rodenhuis S, Beijnen JH. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. Bone Marrow Transplant 2002;30:593-7.

5. Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following chemotherapy and bone marrow transplantation. Australas J Dermatol 2000;41:106-8.

6. Ljungman P, Hassan M, Békássy AN, Ringdén O, Oberg G. Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants. Bone Marrow Transplant 1995;15:869-71.

7. Baker BW, Wilson CL, Davis AL, Spearing RL, Hart DN, Heaton DC, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair re-growth. Bone Marrow Transplant 1991;7:43-7.

8. Vowels M, Chan LL, Giri N, Russell S, Lam-Po-Tang R. Factors affecting hair regrowth after bone marrow transplantation. Bone Marrow Transplant 1993;12:347-50.

9. Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. Br J Dermatol 2009;160:883-5.

10. Cortes JE, Pazdur R. Docetaxel. J Clin Oncol 1995;13:2643-55.

11. Thatcher N, Lind M. Carboplatin in small cell lung cancer. Semin Oncol 1990;17(1 Suppl. 2):40-8.

12. Slamon DJ, Leyland-Jones B, Shak S, Fuchs H, Paton V, Bajamonde A, et al. Use of chemotherapy plus a monoclonal antibody against HER2 for metastatic breast cancer that overexpresses HER2. N Engl J Med 2001;344:783-92.

13. Baselga J. Clinical trials of single-agent trastuzumab (Herceptin). Semin Oncol 2000;27(5 Suppl. 9):20-6.

14. Aoki Y, Sato T, Tsuneki I, Watanabe M, Kase H, Fujita K, et al. Docetaxel in combination with carboplatin for chemo-naive patients with epithelial ovarian cancer. Int J Gynecol Cancer 2002;12:704-9.

15. Hassan M, Ljungman P, Bulme P, et al. Busulphan bioavailability. Blood 1994;84:2144-50.

16. Sinclair R. Diffuse hair loss: Anagen effluvium. In: Sinclair R, Banfield C, Dawber R, editors. Handbook of diseases of the hair and scalp. Oxford: Blackwell Science; 1999. pp. 70-4.

17. Bleiker TO, Nicolaou N, Traulsen J, Hutchinson PE. 'Atrophic telogen effluvium' from cytotoxic drugs and a randomized controlled trial to investigate the possible protective effect of pretreatment with a topical vitamin D analogue in humans. Br J Dermatol 2005;153:103-12.

18. Bayer-Garner IB, Sanderson RD, Smoller BR. Syndecan-1 is strongly expressed in the anagen hair follicle outer root sheath and in the dermal papilla but expression diminishes with involution of the hair follicle. Am J Dermatopathol 2002;24:484-9.

19. Peters EM, Stieglitz MG, Liezman C, Overall RW, Nakamura M, Hagen E, et al. P75 neurotrophin receptor-mediated signaling promotes human hair follicle regression (catagen). Am J Pathol 2006;168:221-34.

# EXHIBIT H

For personal use only. No other uses without permission. Copyright ©2018 Elsevier Inc. All rights reserved.
Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018.

# Accepted Manuscript



CME Part 2: Hair disorders in cancer survivors Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery

Azael Freites-Martinez, M.D., Jerry Shapiro, M.D., Corina van den Hurk, Ph.D., Shari Goldfarb, M.D., Joaquin Jimenez, M.D., Anthony M. Rossi, M.D., Ralf Paus, M.D., F.R.S.B., Mario E. Lacouture, M.D.

PII:         S0190-9622(18)30530-9

DOI:        10.1016/j.jaad.2018.03.056

Reference:   YMJD 12465

To appear in:   *Journal of the American Academy of Dermatology*

Received Date:  30 October 2017

Revised Date:   6 March 2018

Accepted Date:  11 March 2018

Please cite this article as: Freites-Martinez A, Shapiro J, van den Hurk C, Goldfarb S, Jimenez J, Rossi AM, Paus R, Lacouture ME, CME Part 2: Hair disorders in cancer survivors Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery, *Journal of the American Academy of Dermatology* (2018), doi: 10.1016/j.jaad.2018.03.056.

This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

ACCEPTED MANUSCRIPT

1

1    **CME Part 2: Hair disorders in cancer survivors**

2    **Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and**
3    **hair growth disorders related to endocrine therapy or cancer surgery.**

4    Azael Freites-Martinez, M.D.,[1] Jerry Shapiro, M.D.,[2] van den Hurk Corina, Ph.D.,[3] Shari

5    Goldfarb, M.D.,[4] Joaquin Jimenez, M.D.,[5] Anthony M. Rossi, M.D.,[1] Ralf Paus, M.D.,F.R.S.B., [6]

6    Mario E. Lacouture, M.D.[1]

7    [1] Dermatology Service, Department of Medicine, Memorial Sloan Kettering Cancer Center,
8    New York, NY

9    [2] The Ronald O. Perelman Dept. of Dermatology, New York University School of Medicine,
10   New York, NY

11   [3] Department of Research, Netherlands Comprehensive Cancer Organization (IKNL), Utrecht,
12   Netherlands

13   [4] Breast Cancer Medicine Service, Department of Medicine - Division of Solid Tumor
14   Oncology, Memorial Sloan Kettering Cancer Center

15   [5] Departments of Dermatology and Cutaneous Surgery, Miller School of Medicine, University
16   of Miami, Miami, FL

17   [6] Dermatology Research Centre, University of Manchester and NIHR Manchester Biomedical
18   Research Centre, Manchester, UK

19

20   **Funding Support:** This study was supported in part by the NIH/NCI Cancer Center Support

21   Grant P30 CA008748. M.E.L. was supported by the RJR Oncodermatology Fund. A.F.M was

22   partially supported by Beca Excelencia, Academia Española de Dermatología y Venereología

23   (AEDV)-Fundación Piel Sana. R.P. is funded by the NIHR Manchester Biomedical Research

24   Centre. Funders/sponsors were not involved in the design and conduct of the study; collection,

25   management, analysis and interpretation of the data; preparation, review, or approval of the

26   manuscript; or the decision to submit the manuscript for publication.

27

28   **Word count:** 3091. **Abstract:** 97
29   **Figure(s):** 7; **Table(s):** 2; **References:** 103 **Pages:** 35

30

31   **Learning objectives:**

32   To diagnose and manage hair disorders in cancer survivors.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

33 **COI Disclosure Statement: AFM, CvdH and JJ** have nothing to disclose**. JS**: Consultant for

34 Aclaris, Samumed, Incyte, Replicel Life Sciences, Shook, Hardy, Bacon LLP who represent

35 Sanofi Aventis US LLC. **AR:** consultant for Cutera lasers and Vivscal. **RP:** has a speaking,

36 consultant or advisory role with Giuliani/Italy, Unilever/UK, Reckitt Benkiser/UK and

37 Shiseido/Japan. **SG:** has a speaking, consultant or advisory role with Adgero

38 Biopharmaceuticals, AMAG pharmaceuticals, Procter and Gamble and Valeant women's health

39 pharmaceuticals. **MEL:** has a speaking, consultant or advisory role with Abbvie, Quintiles,

40 Boehringer Ingelheim, AstraZeneca pharmaceuticals, Legacy Healthcare, Foamix, Adgero Bio

41 Pharmaceuticals, Janssen R&D, Novartis, Paxman and Novocure, and also receives research

42 grants from Berg and Bristol-Myers Squibb.

43

44 **Address for all communications:**

45 Mario E. Lacouture, MD

46 Dermatology Service, Memorial Sloan Kettering Cancer Center

47 60th Street Outpatient Center, Suite 407, Room 4312

48 16 East 60th St., New York, NY 10022

49 Phone: (646) 888-6014 | Fax: (646) 227-7274

50 E-mail: lacoutum@mskcc.org

51

52 The Contents of the manuscript have not been previously published and are not currently

53 submitted elsewhere. The authors accept responsibility for the scientific integrity of the work

54 described in this manuscript. All listed authors have seen and approved of the manuscript and

55 will sign off on any subsequent manuscript revisions.

56
57
58
59
60
61
62
63

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018 Elsevier Inc. All rights reserved

ACCEPTED MANUSCRIPT

3

**Abstract**

With increasing survival rates across all cancers, survivors represent a growing population that is frequently affected by persistent or permanent hair growth disorders as a result of systemic therapies, radiotherapy, surgical procedures, and therapeutic transplants. These hair disorders include persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, endocrine therapy-induced alopecia and hirsutism, post-surgery alopecia and localized hypertrichosis, alopecia attributed to therapeutic transplants, and to novel anticancer therapies. The information contained in this continuing medical education article should facilitate a better understanding on hair disorders in cancer survivors, so that adequate support and therapies may be provided to cancer survivors.

**Keywords**

Alopecia; cancer therapy; cancer survivors; endocrine therapy; persistent alopecia; persistent chemotherapy-induced alopecia; persistent radiotherapy-induced alopecia; quality of life; hypertrichosis; hirsutism; therapeutic transplants.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

4

85  **ABBREVIATIONS USED:**

86  AE: Adverse event

87  CTCAEv4.0: Common Terminology Criteria for Adverse Events Version 4.0

88  eHFSC: Epithelial hair follicle stem cells

89  ET: Endocrine therapy

90  EIA: Endocrine therapy-induced alopecia

91  pCIA: Persistent chemotherapy-induced alopecia

92  pRIA: Persistent radiotherapy-induced alopecia

93  QoL: Quality of life

94

95

96

97

98

99

100

101

102

103

104

105

106

107

108

109

110

111

112

113

114

115

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

5

## INTRODUCTION

116   The National Cancer Institute defines survivorship as the focus on "the health and life of a

117   person with cancer post treatment until the end of life."[1] It covers the physical, psychosocial, and

118   economic issues of cancer, beyond the diagnosis and treatment phases. Survivorship also

119   includes late effects of treatment, and quality of life (QoL).[1] Cancer survivors represent a

120   growing population with a prevalence projected to approach 18 million by 2022 in the US,[2] and

121   over 32 million worldwide.[3] Over the past decades, advances in cancer treatment have increased

122   the overall 5-year survival to approximately 70% for childhood and adult cancers.[4] Currently,

123   around one in 530 young adults is a survivor of childhood cancer,[5, 6] and approximately 1 in 30

124   adults have been diagnosed with cancer.[7] Moreover, these improvements in survival rates have

125   resulted in increased attention to treatment sequelae, in areas including cardiac, endocrine,

126   neurologic, cutaneous and psychosocial domains.[8] Approximately 1 in 4 cancer survivors reports

127   a decreased QoL due to physical problems.[7]

128   Whereas the acute dermatologic adverse events (AEs) of anticancer therapies have received

129   considerable attention, long-term dermatologic AEs such as hair growth disorders,

130   dyspigmentation and scarring remain relatively unknown in the dermatologic community,

131   limiting care and potential therapeutic efforts in this patient population. Indeed, the incidence of

132   persistent or permanent alopecia after cancer was reported in 14% of 14,358 childhood cancer

133   survivors and in 30% of adult breast cancer survivors.[9] The occurrence of alopecia and scarring

134   in cancer survivors is notably associated with psychological disorders such as depression,

135   anxiety and low self-esteem, eventually leading to lowering of health-related QoL.[10]

136   The information in this article will allow clinicians to better understand hair disorders in cancer

137   survivors so that adequate support and potential therapies could be offered, thus improving the

138   QoL of cancer survivors.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

6

**ALOPECIA IN CANCER SURVIVORS: OVERVIEW AND CLINICAL FEATURES**

**Key points**

- **There are an estimated 15.5 million cancer survivors in the United States, equivalent to 4.8% of the population. The majority had undergone a surgical procedure as part of their diagnosis or treatment, approximately 50% have been treated with radiotherapy, and more than 60% have received systemic anticancer therapies, all of which may result in persistent or permanent hair disorders**

- **Breast cancer survivors treated with taxanes (paclitaxel, docetaxel) will develop persistent alopecia in 30%**

- **Endocrine therapies are associated with pattern alopecia similar to androgenetic type in 15-25% of cases**

- **Head and neck radiotherapy leads to persistent alopecia in 60% of survivors**

- **In childhood cancer survivors, alopecia has been associated with anxiety and depression, and adult survivors with persistent alopecia report a negative impact on their emotions**

**Persistent chemotherapy-induced alopecia**

The total or incomplete hair regrowth 6 months following therapy completion in patients who received cytotoxic chemotherapy is defined as persistent chemotherapy-induced alopecia (pCIA).[11, 12] Also described as permanent chemotherapy-induced alopecia,[13-20] or as chemotherapy irreversible alopecia.[21-23] Whether most cancer survivors have been evaluated and treated for this type of alopecia or if pCIA is in fact permanent or irreversible has yet to be determined. pCIA has been mostly reported in breast cancer survivors treated with taxane-based chemotherapy[11, 15, 19, 24, 25] (paclitaxel and docetaxel), and cyclophosphamide-based

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

163 chemotherapy,[15, 26, 27] with an incidence of 30% 36 months after completion of chemotherapy.[28]

164 In addition, pCIA have been reported in children who have undergone a conditioning therapy

165 with busulfan[29-35] (with a cumulative incidence of 19%),[36] and with other chemotherapies used

166 for stem cell transplantation (e.g. thiotepa and carboplatin)[37] (Table I).

167 With the commonly used chemotherapy regimens combining taxanes with anthracyclines, the

168 risk of severe pCIA was significantly higher than the combination of doxorubicin and

169 cyclophosphamide alone (10.5 vs. 2.7%). In a questionnaire-based cross-sectional study of 265

170 breast cancer survivors, 7.2% reported severe pCIA (hair loss >50%).[21]

171 Multiple clinical features have been described for pCIA (Table I). The most common is a non-

172 scarring, diffuse alopecia (53% of pCIA reported cases)[15, 17, 25, 31] (Figure 1), and a pattern similar

173 to androgenetic alopecia has been reported in 46.2%.[16, 17] pCIA may also be associated with

174 madarosis, axillary, and pubic alopecia, although the incidence of persistent alopecia in body

175 sites other than the scalp is unknown.[18, 35]

**176 Persistent radiotherapy-induced alopecia**

177 Hair regrowth generally occurs within 2–4 months after radiotherapy to the head and neck.[38, 39]

178 Persistent radiotherapy-induced alopecia (pRIA) is the total or incomplete hair regrowth 6

179 months following radiotherapy completion, and is commonly related to high-dose radiotherapy

180 to the scalp.[40] In 26 patients with primary brain tumors, the doses reported to cause pRIA were

181 correlated with radiotherapy dose to the hair follicles in a particular radiotherapy field, with a

182 50% risk for pRIA with a fractionated follicular dose of ≥ 43 Gy.[41] In 12 children with

183 medulloblastoma treated with proton beam radiation in combination with high dose vincristine-

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

8

184    based chemotherapy, pRIA was observed in 75%, and was correlated with a craniospinal

185    radiotherapy dose above 21 Gy.[42]

186    Clinical presentation of pRIA includes well defined alopecic and atrophic skin confined to the

187    area of radiotherapy, and is usually asymptomatic (Table I). Occipital, parietal, and temporal

188    scalp are commonly focal sites of radiotherapy for brain metastases and central nervous system

189    tumors such as glioblastoma and astrocytoma[43] (Figure 2). Diffuse pRIA is also described with

190    whole brain radiotherapy for brain metastases,[44, 45] especially when combined with

191    chemotherapy.[46] In addition, pRIA could be also observed in any other hair-bearing area were

192    radiotherapy is received, such as the face, neck,[47] or the extremities in patients with other solid

193    tumors.[48]

194    **Endocrine therapy-induced alopecia and hirsutism**

195    Endocrine therapies (ET) are standard of care in survivors of hormone receptor-positive breast

196    cancer (around 70% of all breast cancers).[49] ET, including selective estrogen receptor modulators

197    (e.g., tamoxifen, toremifene), aromatase inhibitors (e.g., anastrozole, letrozole, exemestane) and

198    gonadotropin-releasing hormone agonist (e.g., leuprolide) are usually administered for 5-10

199    years in the adjuvant setting to reduce the risk of recurrence.[50, 51] Breast cancer survivors are

200    known to have substantial AE attributed to estrogen deprivation from ET,[52] and up to 8% of

201    survivors will discontinue therapy due to alopecia related to adjuvant therapy with aromatase

202    inhibitors.[52]

203    In a hospital registry-based survey study of 851 female breast cancer survivors, 22 % of those

204    who received aromatase inhibitors reported hair loss, and 32% reported hair thinning.[53]

205    Additionally, a meta-analysis of 13,415 patients in 35 clinical trials including different ETs

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

9

206   reported an overall incidence of all-grade alopecia of 4.4%, with the highest incidence (25%) in

207   patients treated with aromatase inhibitors.[54]

208   In a retrospective study of 112 breast cancer patients with ET-induced alopecia (EIA), causal

209   agents included aromatase inhibitors in 67% and tamoxifen in 33% of patients. The mean time to

210   alopecia development was 16.8 months (range 1-91 months).[55] These patients usually present

211   with frontoparietal hairline recession (Table I), mimicking the pattern of androgenetic alopecia

212   (Figure 3).[56] The trichoscopic features observed in patients with EIA include the concomitant

213   presence of vellus and terminal hairs, also a hallmark of androgenetic alopecia.[55, 57] Iatrogenic

214   hirsutism has been reported in less than 10% of survivors receiving ET for breast cancer[58]

215   (Figure 3).

216   In patients treated with cytotoxic chemotherapy followed by ET (the majority of hormone-

217   receptor positive breast cancers), a complete medical history must be obtained to define whether

218   alopecia is attributed to the actual ET (EIA) or to the previous chemotherapy (pCIA), or a

219   combination of both (pCIA+EIA).

220   **Permanent surgery-induced alopecia and localized hypertrichosis**

221   Alopecia and scarring in cancer survivors usually arise secondary to tissue biopsies, placement of

222   catheters, and surgeries to resect scalp primary or metastatic tumors.[59-61] In brain cancer patients,

223   surgery is preferred for tumor removal.[62] However, complete resection is generally limited.[63]

224   Therefore, combination therapy (e.g., radiotherapy and cytotoxic chemotherapy) is usually

225   required;[64] these therapies combined with surgery, enhance the risk of permanent alopecia and

226   scarring. The clinical presentation of permanent surgery-induced alopecia includes the linear

227   shape of the scar on the scalp. When additional radiotherapy is combined with surgery, a

228   geometric alopecic patched confined to the area of radiotherapy is also observed (Figure 4).

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

10

229   Hypertrophic scars may also be associated with disfigurement, pain, or pruritus.[65] Conversely,

230   undesirable hair growth in recipient areas after reconstruction of cancer defects may be

231   observed[66-68] (Figure 5).

**Persistent hair changes induced by other anticancer therapies**

233   Anticancer therapies such as vismodegib,[69] and immunotherapies,[70] have been reported to cause

234   persistent alopecia after drug interruption or discontinuation. Chronic graft versus host diseases

235   after stem cell transplants may induce both diffuse alopecia (15.6%),[31] and alopecia areata (in

236   around 20%)[71] (Table I).

237   **HISTOPATHOLOGY AND PATHOBIOLOGY**

238   **Key point**

239   • **Destruction of epithelial hair follicle stem cells by anticancer therapies prevents hair**

240      **follicle cycling**

241   Histopathologic features of permanent or persistent alopecia attributed to anticancer therapies are

242   not specific. However, a non-scarring pattern is usually described in pCIA, with an increased

243   number of miniaturized and telogen hair follicles.[30] Other reported histopathologic features of

244   pCIA include scarring alopecia, with concentric fibrosis and a discrete perifollicular lymphoid

245   cell infiltrate[24, 30] (Figure 2). In pRIA the predominant features are compatible with a scarring

246   alopecia,[72] and likely similar histopathologic features are present in permanent surgery-induced

247   alopecia (including fibrosis along with decreased numbers or absence of hair follicles). In EIA,

248   histopathologic features similar to androgenetic alopecia have been reported.[24]

249   Although the cause of permanent or persistent alopecia in cancer survivors has not been

250   identified, irreversible damage to epithelial hair follicle stem cells (eHFSC) in the bulge region

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

11

251 of the hair follicle are thought to play a crucial role.[73] Compared with their differentiated

252 progeny in the hair matrix, eHFSC in the bulge have a low proliferation rate and are generally

253 less sensitive to chemotherapy,[74] but highly sensitive to ionizing radiation.[75, 76] Additionally,

254 anticancer therapies associated with pCIA overcome the relative chemoresistance of eHFSC (for

255 as yet not understood mechanism), and thus deplete the eHFSC pool that is vitally required for

256 hair follicle regeneration during the next hair cycle.[73, 77]

257 A 50% reduction in mitotic indices of hair matrix cells was found in experimentally irradiated

258 mice, suggesting that there is a persistent or permanent decrease in the number or growth fraction

259 of eHFSC.[78] The effects of chemotherapy and radiotherapy on hair regrowth are related to the

260 interval between chemotherapy sessions, dose administered, and radiotherapy exposure.[78, 79] This

261 enhancing effect may also depend on the phase of hair follicle cycle in which the activity was

262 arrested.[46]

263 Estrogens and androgens act as potent hair growth modulators.[80, 81] ET block the function and

264 signaling of endocrine receptors, and estrogens are unable to modify the androgen metabolism in

265 the hair follicle, increasing the amount of 5-dihydrotestosterone.[82] Indeed, androgenetic alopecia

266 in women likely results not only from the undesired effects of androgen stimulation of androgen-

267 sensitive hair follicles, but also from a relative lack of hair follicle stimulation by estrogens,[83]

268 which may explain the clinical similarities between EIA and androgenetic alopecia.[24] Permanent

269 surgery-induced alopecia results from a hair follicle ablation during the inflammatory,

270 proliferative, and remodeling phases of scarring, which may extend beyond the field of surgical

271 intervention, partially by pressure atrophy of the surrounding skin appendages, and by infiltration

272 of the fibrotic-associated tissue into neighboring skin appendages.[84, 85]

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

12

273   **QUALITY OF LIFE IN CANCER SURVIVORS WITH HAIR DISORDERS**

274   **Key point**

275   • **Persistent or permanent alopecia after cancer therapies has been associated with**

276   **depression, anxiety, and increased somatization**

277   Alopecia is often considered by health care professionals as a 'temporary' and 'cosmetic' issue

278   in cancer survivors, even though the actual distress associated with hair loss is complex, and can

279   be overwhelming.[86] Moreover, permanent or persistent alopecia is rarely included as an AE

280   during clinical trials and usually underrecognized by healthcare providers.[87] Some patients also

281   accept alopecia as a trade-off for a cure and therefore do not present with complaints of hair-

282   related QoL issues.[88] Yet, permanent alopecia related to anticancer therapies was associated with

283   depression, anxiety, and increased somatization.[9] In addition, head and neck scarring and

284   permanent or persistent alopecia (after chemotherapy, surgery and or cranial radiotherapy) has

285   been reported as the strongest predictors of distress, suggesting that outward physical appearance

286   played a prominent role in emotional adjustment of survivors.[9, 89]

287   Distressing psychological consequences were common and severe among breast cancer survivors

288   with pCIA, as reflected by the wearing hairpieces or scarves in 14 of 20 patients.[26] Additionally,

289   in 18 breast cancer survivors with pCIA, 33% were worried about their alopecia, and it interfered

290   with functioning in 28%.[90] Also, the satisfaction score regarding the state of their hair in breast

291   cancer survivors with pCIA was significantly lower when compared to breast cancer patients

292   without pCIA.[21]

293   The clinical severity of alopecia may not correlate with the negative impact on a patients' QoL.[26,]

294   [91] In 112 patients diagnosed with EIA, 93% had mild alopecia (grade 1, <50% of hair loss) based

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

13

295    on the Common Terminology Criteria for Adverse Events Version 4.0 (CTCAEv4.0). However,

296    these patients reported a negative emotional impact when compared to the other psychological

297    domains.[55] Therefore, it is important to consider the distress that any grade of alopecia may have

298    on cancer survivors' QoL. Focus groups interviews including 25 breast cancer patients treated

299    with taxane-based chemotherapy revealed that madarosis has a significant emotional impact.[92]

300    Conversely, the impact of hirsutism attributed to anticancer therapies on QoL has not been

301    defined.

302    **MANAGEMENT**

303    **Key point**

304    •  **Management of hair disorders in cancer survivors is supported by anecdotal reports**

305       **and case series that fail to meet strict evidence-based medicine standards**

306    Management of permanent or persistent alopecia in cancer survivors is mostly based on case

307    series, case reports, and expert opinion (level of evidence, IV). Despite these limitations, we

308    have reviewed the available information (Table II). Our pCIA experience is concordant with

309    recent case series,[24] in which the alopecia remains stable, and few may improve with topical or

310    systemic therapies. Therefore, prevention of persistent or permanent hair growth disorders is key

311    in order to mitigate this untoward consequence in cancer survivors. Scalp cooling has become

312    the most widely utilized standard for the prevention of chemotherapy-induced alopecia, showing

313    prevention of grade 2 (>50% alopecia) in 51-67% of patients.[93, 94] However, there is no long-

314    term follow-up data available on the efficacy of scalp cooling to prevent pCIA.

315    The main objectives of reactive alopecia therapy in cancer survivors are to stop or reduce the hair

316    loss and stimulate growth. Duration of therapy should be guided by clinical response, and a

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

14

317    laboratory analysis may help to exclude other causes of alopecia, such as thyroid disease, and

318    vitamin or mineral deficiency.

319    Topical therapy with minoxidil 2 or 5% has been shown to stabilize or improve alopecia in case

320    reports of pCIA.[24, 26] However, in 14 of 20 breast cancer survivors it was unsuccessful after >3

321    months of therapy.[26] On the other hand, treatment with topical minoxidil 5% daily in 46 breast

322    cancer survivors with EIA, moderate or significant improvement was observed in 80%.[55] A case

323    report showed that oral minoxidil improved pCIA in a breast cancer survivor.[13] In contrast, pCIA

324    treated with spironolactone (150 mg/day, 3 months) in one breast cancer survivor showed no

325    efficacy.[26] However, in our experience with breast cancer survivors using spironolactone alone

326    or in combination with minoxidil 5% for pCIA and EIA, 60% of patients tend to have a moderate

327    or significant clinical improvement as confirmed with baseline clinical and trichoscopy

328    standardized pictures (Figure 6). These positive clinical outcomes have been mostly observed in

329    patients with alopecia grade 1 (CTCAEv4.0). Other options should be discussed in patients with

330    alopecia grade 2 (CTCAEv4.0), so that the expectations of alopecia improvement are realistic.

331    There is a putative risk of hormonal stimulation of endocrine receptor-positive tumors with the

332    use of systemic therapies for androgenic alopecia (e.g., spironolactone, finasteride), so these

333    agents must be used with caution. Support groups may be helpful, and patients with pCIA can be

334    directed to http://aheadofourtime.org/.

335    For hypertrichosis and hirsutism in cancer survivors, ruling out common causes of

336    hyperandrogenism is important.[95] In our experience, hirsutism attributed to anticancer therapies

337    is predominantly mild (grade 1, CTCAEv4.0) in cancer survivors, especially in postmenopausal

338    once they have completed cytotoxic chemotherapy or in those receiving ET, and requires only

339    reassurance and local therapies such as epilation, laser therapies, or bleaching if needed (Table

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

340    II). Nd:YAG laser therapy appears to have a hair clearance of >90% after 1-4 sessions in 5/9

341    patients suffering from growth of terminal hair in the oral cavity after reconstruction using a

342    hairy donor site.[96]

343    Multiple scalp reconstructive options have been described to improve the appearance of the

344    localized pRIA, including tissue expansion, and hair transplantation.[40] However, the success of

345    these techniques will rely on the skin viability and severity of hair follicle damaged.[97] There is

346    no reported experience using platelet-rich plasma to treat alopecias in cancer survivors, and costs

347    may be elevated. Hair follicle neogenesis with autologous cell populations may become a future

348    therapeutic option for pCIA and pRIA.[98, 99]

349    A randomized controlled trial including 20 patients treated with bimatoprost 0.03% gel for

350    chemotherapy-induced eyelash alopecia, improvement in length (1.50 vs 0.46 mm), and

351    thickness (3 vs 2, in a scale of 1-5) of treated eyelashes was observed, with an increase of patient

352    satisfaction (16 vs 26) after 3 moths of therapy[100](Figure 7).

353    Interventions with skin camouflage (including powders, scalp micropigmentation/tattoo, hair

354    color and hairstyle changes) can modify the concerning body image to mask skin discoloration

355    and alopecia. This effect acts to improve the visible impact of deformity.[101, 102] When

356    camouflage may be needed, options should be provided. Initially, most patients are reluctant to

357    use any camouflage, but they can enhance self-confidence and QoL.[103] The market for home-use

358    cosmetic devices is rapidly expanding, however there are no reports measuring their efficacy for

359    hair growth disorders in cancer survivors.

360    The ongoing CHANCE Study (A Study of Chemotherapy-Induced Hair Changes and Alopecia,

361    Skin Aging and Nail Changes in Women With Non-Metastatic Breast Cancer; ClinicalTrials.gov

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

16

362  Identifier: NCT02530177) examining the incidence, risk factors, psychosocial impact, and

363  clinical features of pCIA and EIA in 500 cancer survivors will yield additional information,

364  critical towards the identification of preventive and treatment strategies, and similar studies in

365  other patient populations are needed

366  **CHALLENGES AND FUTURE PERSPECTIVES**

367  Further efforts should be made to understand the mechanism of hair follicle alteration and to

368  identify effective strategies for the prevention and treatment of permanent or persistent alopecia

369  in cancer survivors. Patient counseling regarding the possibility of developing persistent or

370  permanent hair disorders with anticancer therapies will also be important so that anticipatory

371  coping can take place. Prospective studies evaluating patients during and after their treatments

372  are needed to identify the real incidence and severity of these conditions. Therapeutic options

373  remain limited in number and efficacy, and additional research is needed in order to determine

374  optimal preventive and therapeutic approaches for the various hair disorders observed in the

375  growing population of cancer survivors.

376

377

378

379

380

381

382

383

384

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

17

## REFERENCES

1. https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=445089. Accessed 4 Jan 2017.

2. de Moor JS, Mariotto AB, Parry C, Alfano CM, Padgett L, Kent EE et al. Cancer survivors in the United States: prevalence across the survivorship trajectory and implications for care. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 2013;22:561-70.

3. Ferlay J, Soerjomataram I, Dikshit R, Eser S, Mathers C, Rebelo M et al. Cancer incidence and mortality worldwide: sources, methods and major patterns in GLOBOCAN 2012. International journal of cancer Journal international du cancer 2015;136:E359-86.

4. Siegel RL, Miller KD , Jemal A. Cancer statistics, 2016. CA: a cancer journal for clinicians 2016;66:7-30.

5. Ward E, DeSantis C, Robbins A, Kohler B , Jemal A. Childhood and adolescent cancer statistics, 2014. CA: a cancer journal for clinicians 2014;64:83-103.

6. Phillips SM, Padgett LS, Leisenring WM, Stratton KK, Bishop K, Krull KR et al. Survivors of childhood cancer in the United States: prevalence and burden of morbidity. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 2015;24:653-63.

7. Weaver KE, Forsythe LP, Reeve BB, Alfano CM, Rodriguez JL, Sabatino SA et al. Mental and physical health-related quality of life among U.S. cancer survivors: population estimates from the 2010 National Health Interview Survey. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research, cosponsored by the American Society of Preventive Oncology 2012;21:2108-17.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

18

408   8. Oeffinger KC, Mertens AC, Sklar CA, Kawashima T, Hudson MM, Meadows AT et al.

409   Chronic health conditions in adult survivors of childhood cancer. The New England journal of

410   medicine 2006;355:1572-82.

411   9. Kinahan KE, Sharp LK, Seidel K, Leisenring W, Didwania A, Lacouture ME et al. Scarring,

412   disfigurement, and quality of life in long-term survivors of childhood cancer: a report from the

413   Childhood Cancer Survivor study. Journal of clinical oncology : official journal of the American

414   Society of Clinical Oncology 2012;30:2466-74.

415   10. Gandhi M, Oishi K, Zubal B , Lacouture ME. Unanticipated toxicities from anticancer

416   therapies: survivors' perspectives. Supportive care in cancer : official journal of the Multinational

417   Association of Supportive Care in Cancer 2010;18:1461-8.

418   11. Bourgeois H FD, P. Kerbrat, M. Combe, R. Lamy, J. Egreteau, V. Delecroix, P. Deguiral, S.

419   Van Hulst, Y. Hadjarab, H. Simon, D. Berton-Rigault, F. Priou, A. Hardy-Bessard, M. Porneuf,

420   Y. Raoul, H. Desclos, S. Abadie-Lacourtoisie, C. El Khouri, J. Metges, C. Riche, and F. Grude.

421   Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for

422   Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory. Cancer Res

423   2009;69:Abstractnr 3174.

424   12. Bourgeois HP, Kerbrat P, Combe M, Tuchais C, Delecroix V, Egreteau J et al. Long term

425   persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer:

426   Alert for an emerging side effect: French alopers observatory. Annals of Oncology

427   2010;21:viii83-viii4.

428   13. Yang X , Thai KE. Treatment of permanent chemotherapy-induced alopecia with low dose

429   oral minoxidil. The Australasian journal of dermatology 2015.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

19

430   14. Tosti A, Piraccini BM, Vincenzi C , Misciali C. Permanent alopecia after busulfan

431   chemotherapy. The British journal of dermatology 2005;152:1056-8.

432   15. Masidonski P , Mahon SM. Permanent alopecia in women being treated for breast cancer.

433   Clinical journal of oncology nursing 2009;13:13-4.

434   16. Tallon B, Blanchard E , Goldberg LJ. Permanent chemotherapy-induced alopecia: case report

435   and review of the literature. Journal of the American Academy of Dermatology 2010;63:333-6.

436   17. Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P , Tosti A. Permanent alopecia after

437   systemic chemotherapy: a clinicopathological study of 10 cases. The American Journal of

438   dermatopathology 2011;33:345-50.

439   18. Palamaras I, Misciali C, Vincenzi C, Robles WS , Tosti A. Permanent chemotherapy-induced

440   alopecia: a review. Journal of the American Academy of Dermatology 2011;64:604-6.

441   19. Bertrand M, Mailliez A, Vercambre S, Kotecki N, Mortier L , Bonneterre J. Permanent

442   chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy:

443   Long term follow up. Cancer Research 2013;73.

444   20. Champagne C, Taylor M , Farrant P. Permanent chemotherapy-induced nonscarring alopecia

445   and premature ovarian failure. Clinical and experimental dermatology 2015;40:589-90.

446   21. Kim GM, Kim S, Park HS, Kim JY, Nam S, Park S et al. Chemotherapy-induced irreversible

447   alopecia in early breast cancer patients. Breast cancer research and treatment 2017;163:527-33.

448   22. Perez-Crespo M, Betlloch I, Ballester I, Lucas A, Mataix J , Niveiro M. Irreversible alopecia

449   due to busulphan in a 7-year-old girl. European journal of dermatology : EJD 2009;19:192-3.

450   23. Prevezas C, Matard B, Pinquier L , Reygagne P. Irreversible and severe alopecia following

451   docetaxel or paclitaxel cytotoxic therapy for breast cancer. The British journal of dermatology

452   2009;160:883-5.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018 Elsevier Inc. All rights reserved

453  24. Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA , Stefanato CM. Permanent

454  alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal

455  therapy: Clinicopathologic findings in a cohort of 10 patients. Journal of the American Academy

456  of Dermatology 2017;76:948-57.

457  25. Kim S, Park HS, Kim JY, Nam S, Kim GM, Sohn JH et al. Irriversible chemotherapy-

458  induced alopecia in breast cancer patient. Cancer Research 2016;76.

459  26. Kluger N, Jacot W, Frouin E, Rigau V, Poujol S, Dereure O et al. Permanent scalp alopecia

460  related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide

461  (FEC) and docetaxel: a prospective study of 20 patients. Annals of oncology : official journal of

462  the European Society for Medical Oncology / ESMO 2012;23:2879-84.

463  27. Thorp NJ, Swift F, Arundell D , Wong H. Long term hair loss in patients with early breast

464  cancer receiving docetaxel chemotherapy. Cancer Research 2015;75.

465  28. Kang D, Kim IR, Lee DY, Ahn JS, Park JH, Guallar E et al. 80PIncidence of permanent

466  chemotherapy-induced alopecia among breast cancer patients: A five-year prospective cohort

467  study. Annals of Oncology 2017;28:mdx655.022-mdx655.022.

468  29. Baker BW, Wilson CL, Davis AL, Spearing RL, Hart DN, Heaton DC et al.

469  Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure

470  of hair regrowth. Bone marrow transplantation 1991;7:43-7.

471  30. Basilio FM, Brenner FM, Werner B , Rastelli GJ. Clinical and histological study of

472  permanent alopecia after bone marrow transplantation. Anais brasileiros de dermatologia

473  2015;90:814-21.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018 Elsevier Inc  All rights reserved

474    31. Bresters D, Wanders DC, Louwerens M, Ball LM, Fiocco M , van Doorn R. Permanent

475    diffuse alopecia after haematopoietic stem cell transplantation in childhood. Bone marrow

476    transplantation 2017.

477    32. Ljungman P, Hassan M, Bekassy AN, Ringden O , Oberg G. Busulfan concentration in

478    relation to permanent alopecia in recipients of bone marrow transplants. Bone marrow

479    transplantation 1995;15:869-71.

480    33. Machado M, Moreb JS , Khan SA. Six cases of permanent alopecia after various

481    conditioning regimens commonly used in hematopoietic stem cell transplantation. Bone marrow

482    transplantation 2007;40:979-82.

483    34. Socié G, Clift RA, Biaise D, Devergie A, Ringden O, Martin PJ et al. Busulfan plus

484    cyclophosphamide compared with total-body irradiation plus cyclophosphamide before marrow

485    transplantation for myeloid leukemia: Long-term follow-up of 4 randomized studies. Blood

486    2001;98:3569-74.

487    35. Tran D, Sinclair RD, Schwarer AP , Chow CW. Permanent alopecia following chemotherapy

488    and bone marrow transplantation. The Australasian journal of dermatology 2000;41:106-8.

489    36. Bresters D, Wanders D, Louwerens M, Van Doorn R , Ball L. Permanent alopecia is a

490    common late effect of hematopoietic stem cell transplantation, especially in younger children

491    and after busulfan conditioning. Bone marrow transplantation 2016;51:S219.

492    37. de Jonge ME, Mathot RA, Dalesio O, Huitema AD, Rodenhuis S , Beijnen JH. Relationship

493    between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin

494    (CTC) in high-dose chemotherapy. Bone marrow transplantation 2002;30:593-7.

495    38. Cox MC, Kusters JM, Gidding CE, Schieving JH, van Lindert EJ, Kaanders JH et al. Acute

496    toxicity profile of craniospinal irradiation with intensity-modulated radiation therapy in children

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

497   with medulloblastoma: A prospective analysis. Radiation oncology (London, England)

498   2015;10:241.

499   39. Suneja G, Poorvu PD, Hill-Kayser C , Lustig RA. Acute toxicity of proton beam radiation for

500   pediatric central nervous system malignancies. Pediatric blood & cancer 2013;60:1431-6.

501   40. Rannan-Eliya YF, Rannan-Eliya S, Graham K, Pizer B , McDowell HP. Surgical

502   interventions for the treatment of radiation-induced alopecia in pediatric practice. Pediatric blood

503   & cancer 2007;49:731-6.

504   41. Lawenda BD, Gagne HM, Gierga DP, Niemierko A, Wong WM, Tarbell NJ et al. Permanent

505   alopecia after cranial irradiation: dose-response relationship. International journal of radiation

506   oncology, biology, physics 2004;60:879-87.

507   42. Min CH, Paganetti H, Winey BA, Adams J, MacDonald SM, Tarbell NJ et al. Evaluation of

508   permanent alopecia in pediatric medulloblastoma patients treated with proton radiation.

509   Radiation oncology (London, England) 2014;9:220.

510   43. Ounsakul V, Iamsumang W , Suchonwanit P. Radiation-Induced Alopecia after

511   Endovascular Embolization under Fluoroscopy. Case reports in dermatological medicine

512   2016;2016:8202469.

513   44. Siqueira Mde L, Trope BM, Cavalcante RB, Campos-do-Carmo G , Ramos ESM.

514   Dermoscopy of multiple radiation-induced basal cell carcinomas in a patient treated previously

515   for pinealoma. Journal of dermatological case reports 2014;8:115-7.

516   45. Steinmann D, Paelecke-Habermann Y, Geinitz H, Aschoff R, Bayerl A, Bolling T et al.

517   Prospective evaluation of quality of life effects in patients undergoing palliative radiotherapy for

518   brain metastases. BMC cancer 2012;12:283.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

23

519    46. Haider M, Hamadah I , Almutawa A. Radiation- and chemotherapy-induced permanent

520    alopecia: case series. Journal of cutaneous medicine and surgery 2013;17:55-61.

521    47. Sanada T, Nakayama H, Irisawa R, Okubo M, Tsuboi R , Tokuuye K. Clinical outcome and

522    dose volume evaluation in patients who undergo brachytherapy for angiosarcoma of the scalp

523    and face. Molecular and clinical oncology 2017;6:334-40.

524    48. Bolek TW, Marcus RB, Jr., Mendenhall NP, Scarborough MT , Graham-Pole J. Local control

525    and functional results after twice-daily radiotherapy for Ewing's sarcoma of the extremities.

526    International journal of radiation oncology, biology, physics 1996;35:687-92.

527    49. Konecny G, Pauletti G, Pegram M, Untch M, Dandekar S, Aguilar Z et al. Quantitative

528    association between HER-2/neu and steroid hormone receptors in hormone receptor-positive

529    primary breast cancer. Journal of the National Cancer Institute 2003;95:142-53.

530    50. Burstein HJ, Temin S, Anderson H, Buchholz TA, Davidson NE, Gelmon KE et al. Adjuvant

531    endocrine therapy for women with hormone receptor-positive breast cancer: american society of

532    clinical oncology clinical practice guideline focused update. Journal of clinical oncology :

533    official journal of the American Society of Clinical Oncology 2014;32:2255-69.

534    51. Sousa MS, Peate M, Jarvis S, Hickey M , Friedlander M. A clinical guide to the management

535    of genitourinary symptoms in breast cancer survivors on endocrine therapy. Therapeutic

536    advances in medical oncology 2017;9:269-85.

537    52. Moscetti L, Agnese Fabbri M, Sperduti I, Fabrizio N, Frittelli P, Massari A et al. Adjuvant

538    aromatase inhibitor therapy in early breast cancer: what factors lead patients to discontinue

539    treatment? Tumori 2015;101:469-73.

540    53. Gallicchio L, Calhoun C , Helzlsouer KJ. Aromatase inhibitor therapy and hair loss among

541    breast cancer survivors. Breast cancer research and treatment 2013;142:435-43.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved

ACCEPTED MANUSCRIPT

542   54. Saggar V, Wu S, Dickler MN , Lacouture ME. Alopecia with endocrine therapies in patients

543   with cancer. The oncologist 2013;18:1126-34.

544   55. Azael Freites-Martinez JS, Donald Chan, Monica Fornier, Shanu Modi, Devika Gajria,

545   Stephen Dusza, Shari Goldfarb, Mario E. Lacouture. Endocrine therapy-induced alopecia in

546   patients with breast cancer. JAMA dermatology 2018.

547   56. Rossi A, Iorio A, Scali E, Fortuna MC, Mari E, Maxia C et al. Aromatase inhibitors induce

548   'male pattern hair loss' in women? Annals of oncology : official journal of the European Society

549   for Medical Oncology / ESMO 2013;24:1710-1.

550   57. Rakowska A, Slowinska M, Kowalska-Oledzka E, Olszewska M , Rudnicka L. Dermoscopy

551   in female androgenic alopecia: Method standardization and diagnostic criteria. International

552   Journal of Trichology 2009;1:123-30.

553   58. Al-Niaimi F , Lyon C. Tamoxifen-induced hirsutism. Journal of drugs in dermatology : JDD

554   2011;10:799-801.

555   59. Gosain AK, Zochowski CG , Cortes W. Refinements of tissue expansion for pediatric

556   forehead reconstruction: a 13-year experience. Plastic and reconstructive surgery 2009;124:1559-

557   70.

558   60. Liu Z, Lei B, Zheng M, Li Z, Huang S , Deng Y. Prognostic factors in patients treated with

559   surgery for brain metastases: A single-center retrospective analysis of 125 patients. International

560   journal of surgery (London, England) 2017.

561   61. Yoo TK, Chae BJ, Kim SJ, Lee J, Yoon TI, Lee SJ et al. Identifying long-term survivors

562   among metastatic breast cancer patients undergoing primary tumor surgery. Breast cancer

563   research and treatment 2017.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

25

564    62. Antuna AR, Vega MA, Sanchez CR , Fernandez VM. Brain Metastases of Non-Small Cell

565    Lung Cancer: Prognostic Factors in Patients with Surgical Resection. Journal of neurological

566    surgery Part A, Central European neurosurgery 2017.

567    63. Albright AL, Sposto R, Holmes E, Zeltzer PM, Finlay JL, Wisoff JH et al. Correlation of

568    neurosurgical subspecialization with outcomes in children with malignant brain tumors.

569    Neurosurgery 2000;47:879-85; discussion 85-7.

570    64. Thompson EM, Hielscher T, Bouffet E, Remke M, Luu B, Gururangan S et al. Prognostic

571    value of medulloblastoma extent of resection after accounting for molecular subgroup: a

572    retrospective integrated clinical and molecular analysis. The Lancet Oncology 2016;17:484-95.

573    65. English RS , Shenefelt PD. Keloids and hypertrophic scars. Dermatologic surgery : official

574    publication for American Society for Dermatologic Surgery [et al] 1999;25:631-8.

575    66. Endo T, Nakayama Y , Kikuchi M. Oral-cavity hair growth after free-flap transfer: case

576    report. Journal of reconstructive microsurgery 2001;17:37-8.

577    67. Liang J, Yu T, Wang X, Zhao Y, Fang F, Zeng W et al. Free tissue flaps in head and neck

578    reconstruction: clinical application and analysis of 93 patients of a single institution. Brazilian

579    journal of otorhinolaryngology 2017.

580    68. Yan BY, Hibler BP, Connolly KL , Rossi AM. Intraoral Laser Hair Removal of a Palate Free

581    Flap: Tips and Technique. Dermatologic surgery : official publication for American Society for

582    Dermatologic Surgery [et al] 2017.

583    69. Alkeraye S, Maire C, Desmedt E, Templier C , Mortier L. Persistent alopecia induced by

584    vismodegib. The British journal of dermatology 2015;172:1671-2.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

26

585   70. Zarbo A, Belum VR, Sibaud V, Oudard S, Postow MA, Hsieh JJ et al. Immune-related

586   alopecia (areata and universalis) in cancer patients receiving immune checkpoint inhibitors. The

587   British journal of dermatology 2017;176:1649-52.

588   71. Ceovic R, Desnica L, Pulanic D, Serventi Seiwerth R, Ilic I, Grce M et al. High frequency of

589   cutaneous manifestations including vitiligo and alopecia areata in a prospective cohort of patients

590   with chronic graft-vs-host disease. Croatian medical journal 2016;57:229-38.

591   72. Severs GA, Griffin T , Werner-Wasik M. Cicatricial alopecia secondary to radiation therapy:

592   case report and review of the literature. Cutis 2008;81:147-53.

593   73. Paus R, Haslam IS, Sharov AA , Botchkarev VA. Pathobiology of chemotherapy-induced

594   hair loss. The Lancet Oncology 2013;14:e50-9.

595   74. Purba TS, Haslam IS, Poblet E, Jimenez F, Gandarillas A, Izeta A et al. Human epithelial

596   hair follicle stem cells and their progeny: current state of knowledge, the widening gap in

597   translational research and future challenges. BioEssays : news and reviews in molecular, cellular

598   and developmental biology 2014;36:513-25.

599   75. Aoki H, Hara A, Motohashi T , Kunisada T. Keratinocyte stem cells but not melanocyte stem

600   cells are the primary target for radiation-induced hair graying. The Journal of investigative

601   dermatology 2013;133:2143-51.

602   76. Nanashima N, Ito K, Ishikawa T, Nakano M , Nakamura T. Damage of hair follicle stem

603   cells and alteration of keratin expression in external radiation-induced acute alopecia.

604   International journal of molecular medicine 2012;30:579-84.

605   77. Haslam IS, Pitre A, Schuetz JD , Paus R. Protection against chemotherapy-induced alopecia:

606   targeting ATP-binding cassette transporters in the hair follicle? Trends in pharmacological

607   sciences 2013;34:599-604.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

608    78. Malkinson FD , Keane JT. Radiobiology of the skin: review of some effects on epidermis

609    and hair. The Journal of investigative dermatology 1981;77:133-8.

610    79. Malkinson FD, Griem ML , Marianovic R. Persistent impairment of hair growth afterssingle

611    large doses of x-rays. Radiation research 1970;43:83-91.

612    80. Alonso LC , Rosenfield RL. Molecular genetic and endocrine mechanisms of hair growth.

613    Hormone research 2003;60:1-13.

614    81. Ohnemus U, Uenalan M, Inzunza J, Gustafsson JA , Paus R. The hair follicle as an estrogen

615    target and source. Endocrine reviews 2006;27:677-706.

616    82. Niiyama S, Happle R , Hoffmann R. Influence of estrogens on the androgen metabolism in

617    different subunits of human hair follicles. European journal of dermatology : EJD 2001;11:195-

618    8.

619    83. Langan EA , Paus R. Female pattern hair loss: beyond an androgenic aetiology? The British

620    journal of dermatology 2010;163:1140-1; author reply 1-2.

621    84. Stenn KS, Sundberg JP , Sperling LC. Hair follicle biology, the sebaceous gland, and

622    scarring alopecias. Archives of dermatology 1999;135:973-4.

623    85. Harries MJ , Paus R. Scarring alopecia and the PPAR-gamma connection. The Journal of

624    investigative dermatology 2009;129:1066-70.

625    86. Hadshiew IM, Foitzik K, Arck PC , Paus R. Burden of hair loss: stress and the

626    underestimated psychosocial impact of telogen effluvium and androgenetic alopecia. The Journal

627    of investigative dermatology 2004;123:455-7.

628    87. van den Hurk CJ, Winstanley J, Young A , Boyle F. Measurement of chemotherapy-induced

629    alopecia-time to change. Supportive care in cancer : official journal of the Multinational

630    Association of Supportive Care in Cancer 2015;23:1197-9.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

28

631   88. Peerbooms M, van den Hurk CJ , Breed WP. Familiarity, opinions, experiences and

632   knowledge about scalp cooling: a Dutch survey among breast cancer patients and oncological

633   professionals. Asia-Pacific journal of oncology nursing 2015;2:35-41.

634   89. Harrison S , Sinclair R. Optimal management of hair loss (alopecia) in children. Am J Clin

635   Dermatol 2003;4:757-70.

636   90. Beisecker A, Cook MR, Ashworth J, Hayes J, Brecheisen M, Helmig L et al. Side effects of

637   adjuvant chemotherapy: perceptions of node-negative breast cancer patients. Psycho-oncology

638   1997;6:85-93.

639   91. Reid EE, Haley AC, Borovicka JH, Rademaker A, West DP, Colavincenzo M et al. Clinical

640   severity does not reliably predict quality of life in women with alopecia areata, telogen

641   effluvium, or androgenic alopecia. Journal of the American Academy of Dermatology

642   2012;66:e97-e102.

643   92. Smith K, Winstanley J, Boyle F, O'Reilly A, White M , Antill Y. Madarosis: Assessing

644   perceptions and experience of patients with early breast cancer treated with taxane-based

645   chemotherapy. 2017.

646   93. Nangia J, Wang T, Osborne C, Niravath P, Otte K, Papish S et al. Effect of a Scalp Cooling

647   Device on Alopecia in Women Undergoing Chemotherapy for Breast Cancer: The SCALP

648   Randomized Clinical Trial. Jama 2017;317:596-605.

649   94. Rugo HS, Melin SA , Voigt J. Scalp cooling with adjuvant/neoadjuvant chemotherapy for

650   breast cancer and the risk of scalp metastases: systematic review and meta-analysis. Breast

651   cancer research and treatment 2017;163:199-205.

652   95. Heidelbaugh JJ. Endocrinology Update: Hirsutism. FP essentials 2016;451:17-24.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

653  96. Kaune KM, Haas E, Jantke M, Kramer FJ, Gruber R, Thoms KM et al. Successful Nd:YAG

654  laser therapy for hair removal in the oral cavity after plastic reconstruction using hairy donor

655  sites. Dermatology (Basel, Switzerland) 2013;226:324-8.

656  97. Balter S, Hopewell JW, Miller DL, Wagner LK , Zelefsky MJ. Fluoroscopically guided

657  interventional procedures: a review of radiation effects on patients' skin and hair. Radiology

658  2010;254:326-41.

659  98. Balana ME, Charreau HE , Leiros GJ. Epidermal stem cells and skin tissue engineering in

660  hair follicle regeneration. World journal of stem cells 2015;7:711-27.

661  99. Chueh SC, Lin SJ, Chen CC, Lei M, Wang LM, Widelitz R et al. Therapeutic strategy for

662  hair regeneration: hair cycle activation, niche environment modulation, wound-induced follicle

663  neogenesis, and stem cell engineering. Expert opinion on biological therapy 2013;13:377-91.

664  100. Morris CL, Stinnett S , Woodward J. The role of bimatoprost eyelash gel in chemotherapy-

665  induced madarosis: an analysis of efficacy and safety. Int J Trichology 2011;3:84-91.

666  101. Chen SC, Huang BS, Lin CY, Fan KH, Chang JT, Wu SC et al. Psychosocial effects of a

667  skin camouflage program in female survivors with head and neck cancer: A randomized

668  controlled trial. Psycho-oncology 2016.

669  102. Huang S , Liu HE. Effectiveness of cosmetic rehabilitation on the body image of oral cancer

670  patients in Taiwan. Supportive care in cancer : official journal of the Multinational Association

671  of Supportive Care in Cancer 2008;16:981-6.

672  103. Bolduc C, Sperling LC , Shapiro J. Primary cicatricial alopecia: Lymphocytic primary

673  cicatricial alopecias, including chronic cutaneous lupus erythematosus, lichen planopilaris,

674  frontal fibrosing alopecia, and Graham-Little syndrome. Journal of the American Academy of

675  Dermatology 2016;75:1081-99.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

30

676 **FIGURE LEGEND**

677 **Figure 1.** Persistent chemotherapy-induced alopecia (pCIA). **A**. Diffuse alopecia in a breast

678 cancer survivor, 2 years after taxane based chemotherapy completion. **B**. pCIA in a breast cancer

679 survivor, 1.6 years after taxane based chemotherapy completion with similar pattern of

680 androgenetic alopecia, predominant hair thinning on the crown area. **C**. Trichoscopy of patient in

681 figure B, featuring hair thinning, miniaturized hairs, and yellow dots. **D**. Histology section

682 featuring mild perifollicular inflammation and fibrosis, (hematoxylin-eosin stain).

683 **Figure 2.** Persistent radiotherapy-induced alopecia (pRIA). **A**. Localized alopecia in a childhood

684 cancer survivor with medulloblastoma treated with surgery and traditional (photon) radiotherapy.

685 **B**. Diffuse hair loss with hair thinning on the crown area with a central scar after traditional

686 radiotherapy and cytotoxic chemotherapy for a SNC tumor. **C**. Phototrichogram of patient in

687 figure A, Featuring hair thinning miniaturized hairs, and white dots. D, Histology section

688 featuring hair follicle replaced by fibrous tract. There is no significant inflammation

689 (hematoxylin-eosin stain).

690 **Figure 3**. Endocrine therapy-induced alopecia (EIA). **A**. EIA with similar pattern of

691 androgenetic alopecia, predominant on the frontoparietal hair line. **B**. EIA with similar pattern of

692 androgenetic alopecia, predominant on the crown area. **C**. Trichoscopy featuring vellus hairs,

693 and intermediate and thick terminal hairs. **D**. Hirsutism in a patient receiving endocrine therapy.

694 **Figure 4**. **A**. Linear scar on the scalp after surgery of a skull base tumor. **B**. Post-surgery and

695 persistent radiotherapy-induced alopecia.

696 **Figure 5.** Post-surgery hair disorders. Terminal hairs on the tongue after reconstruction using a

697 hairy donor site.

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

31

698    **Figure 6.** Endocrine therapy-induced alopecia (EIA). **A**. Before and **B**. Six months after therapy

699    with topical minoxidil foam 5% twice a day.

700    **Figure 7.** Topical bimatoprost 0.03% gel for persistent chemotherapy-induced eyelashes

701    alopecia. **A**. Before therapy and **B**. Six months after therapy.

702

703

704

705

706

707

708

709

710

711

712

713

714

715

716

717

718

719

720

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT

32

721   **Table I.** Incidence, case reports, and clinical features of alopecia attributed to anticancer
722   therapies in cancer survivors.

| Anticancer therapies | Predominant cancer type | Reported cases and incidence | Clinical Features |
|---|---|---|---|
| **Cytotoxic chemotherapy (pCIA)** | | **Reported cases of pCIA with described clinical features n=382 (%)** | Non-scaring alopecia, with diffuse hair thinning and lightening is reported in 53% of cases. A similar pattern to androgenetic alopecia is also described (46.2% of cases) Persistent changes in texture could be observed Scarring features has been reported in 2 cases Eyelash, eyebrow, axillary and pubic hair could be involved |
| Taxane based chemotherapy (including combinations with cyclophosphamide, epirubicin and FEC-100) | Breast | 259 (67.8%) (Incidence of 30%) | |
| Cyclophosphamide based chemotherapy (including combinations with doxorubicin and CTC) | Leukemias, lymphomas, solid tumors | 67 (17.5%) | |
| Busulphan based chemotherapy (including combinations with cyclophosphamide) | Hematologic malignancies | 35 (9.2%) | |
| Other chemotherapies (including cisplatin, methotrexate, vincristine) | Solid tumors, hematologic malignancies | 21 (5.5%) | |
| **Radiotherapy (pRIA)** | | | Scarring and non-scaring features may be present Geometric shapes of atrophic skin with scarce hairs could be seen in severe cases Diffuse hair thinning in total cranial irradiation and in combination with cytotoxic chemotherapy Commonly: occipital, parietal and temporal areas |
| Photon radiation (traditional radiotherapy) | Primary CNS tumors, metastasis | Up to 50% risk with high fractionated follicular dose of 43 Gy | |
| Proton radiation | Medulloblastoma, ependymoma | 13 children reported | |
| **Endocrine therapies (EIA)** | | | Non-scaring features Predominantly women with a similar pattern to androgenetic alopecia Diffuse hair thinning and lightening over the entire scalp is also reported |
| Selective estrogen receptor modulators (e.g. tamoxifen, toremifene, raloxifene) | Breast, renal cell carcinoma | ~ 15% | |
| Aromatase inhibitors (e.g. anastrozole, letrozole, exemestane) | Breast | ~ 25% | |
| Estrogen receptor down-regulator (fulvestrant) | Breast, ovarian | 2.2- 7.9% | |
| Luteinizing hormone-releasing hormone agonist (leuprolide) | Breast, prostate | 9.5% | |
| Somatostatin analog (octreotide) | Growth hormone producing tumor (pituitary) | 6.7% | |
| **Cancer surgery** | | | Linear scar on the scalp Hypertrophic scars may be observed |
| Neurosurgical procedures (e.g. CNS tumor excisions and biopsies, | Primary CNS tumors, tumors in | Scarring/disfigurement and hair | |

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT

33

| scalp biopsies, catheters) | hair-bearing areas | loss on the head/neck area in 3.557 (25.1%) of 14.358 cancer survivors | Could be associated with persistent radiotherapy-induced alopecia |
|---|---|---|---|
| Flaps (e.g. radial forearm flap) | Head and neck tumors | | Terminal hairs in undesirable areas, such as the oral cavity or face |
| **Immunotherapies: CTLA-4 inhibitors (e.g. ipilimumab), PD-1 receptor inhibitors (e.g. nivolumab and pembrolizumab), PD-L1 inhibitors (e.g. atezolizumab, avelumab)** | Melanoma, lung, bladder, prostate cancer, head and neck squamous cell carcinoma | 2 cases with CTLA-4 inhibitors<br><br>1 case with PD-L1 inhibitor<br><br>1 case with CTLA-4 and PD-1 receptor inhibitors | Non-scaring alopecia with diffuse hair thinning and alopecia areata, evident 3-6 months after therapy completion Skin involvement may be present, including vitiligo, lichenoid reaction |
| **Vismodegib** | Basal cell carcinoma | 4 cases | Persistent diffuse severe alopecia (CTCAEv4.0 grade 2) |
| **SCT (acute or chronic GvHD, conditioning therapy for SCT with busulfan, and total body irradiation)** | Leukemias | ~ 20% of alopecia areata in chronic GvHD | More likely to develop alopecia areata. Skin involvement may be present (vitiligo, scleroderma, eczema and lichenoid reaction) Diffuse alopecia with scarring features could be observed |
| | | Conditioning therapy for SCT: scalp alopecia with busulfan in 56% and 10% with total body irradiation | Diffuse hair loss and hair thinning |

723  CTC, cyclophosphamide/thiotepa/carboplatin; CNS, central nervous system; CTLA-4, cytotoxic T-lymphocyte-
724  associated protein 4; CTCAEv4.0, Common Terminology Criteria for Adverse Events Version 4.0; EGFR,
725  epidermal growth factor receptor; FEC-100, fluorouracil/epirubicin/cyclophosphamide; GvHD, graft versus host
726  disease; pCIA, persistent chemotherapy-induced alopecia; PD-1, programmed cell death protein 1; PDGF, platelet
727  derived growth factor; PD-L1, programmed death-ligand 1; SCT, Stem cell transplant; TCH,
728  docetaxel/carboplatin/trastuzumab.
729

730

731

732

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

733 **Table II.** Hair disorders in cancer survivors: management and recommendations.

| Hair disorder | Intervention | Level of evidence |
|---|---|---|
| **Persistent chemotherapy-induced alopecia (pCIA)** | **CTCAEv4.0 grade 1:**<br>Topical minoxidil foam 5% twice daily<br>**CTCAEv4.0 grade 2:**<br>Spironolactone (escalating dose up to 150mg daily) in addition to therapy recommended in alopecia grade 1 (caution due to the theoretical risk of hormonal stimulation of endocrine receptor-positive tumors)<br>Oral minoxidil (potential adverse events should be considered) | Level IV |
| **Persistent radiotherapy-induced alopecia (pRIA)** | **CTCAEv4.0 grade 1:**<br>Topical minoxidil foam 5% twice daily<br>Botulinum toxin type A: 5 U per 0.1 ml saline every 3 months for 12 months<br>**CTCAEv4.0 grade 2:**<br>Scalp reconstruction (e.g. simple excision or flaps, tissue expansion)<br>Hair transplant (if not severe skin damage) | |
| **Endocrine therapy-induced alopecia (EIA)** | **CTCAEv4.0 grade 1:**<br>Topical minoxidil foam 5% twice daily<br>**CTCAEv4.0 grade 2:**<br>Spironolactone (escalating dose up to 150mg daily) in addition to therapy recommended in alopecia grade 1 (caution due to the theoretical risk of hormonal stimulation of endocrine receptor-positive tumors) | |
| **Hirsutism and hypertrichosis** | **CTCAEv4.0 grade 1 (mild hair growth):**<br>Local therapy such as epilation, waxing, depilation, bleaching<br>**CTCAEv4.0 grade 2 (prominent thick hairs, associated with psychosocial impact):**<br>Laser or intense pulsed light<br>Spironolactone appeared to be as effective as flutamide and finasteride (avoid in hormonal-sensitive tumors)<br>Other physiologic causes of hirsutism may be ruled out<br>Laser (Nd:YAG) for hair in unwanted areas (e.g., oral cavity) | |
| **Permanent surgery-induced alopecia** | **First line:**<br>Management of scar symptoms if present (topical or intralesional steroid, laser and light-based treatment)<br>**Second line:**<br>Hair transplant<br>Scalp reconstruction (e.g. simple excision or flaps, tissue expansion) | |
| **Eyebrow and eyelashes alopecia** | Topical bimatoprost gel 0.03% | Level IB |
| **SCT (Chronic GvHD, conditioning therapy for SCT with chemotherapy and/or total body irradiation)** | In GvHD depends upon the organs involved and severity of symptoms<br>Topical and intralesional steroid for alopecia areata (Level II-III), and in steroid resistant; janus kinase (JAK) inhibitors (Level IV) | Level II-IV |
| | Conditioning chemotherapy and/or total body irradiation; follow the interventions of pCIA and pRIA respectively | Level IV |
| **Immunotherapies: CTLA-4 inhibitors (e.g. ipilimumab), PD-1 receptor inhibitors (e.g. nivolumab and pembrolizumab), PD-L1 inhibitors (e.g. atezolizumab,** | Potent topical steroid, and orthosilicic acid | Level IV |

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

| avelumab) | | |
|---|---|---|
| **Vismodegib** | Not reported | No evidence |
| **General recommendations** | Therapy should be discussed to have realistic expectations of therapy outcome<br>Follow-up at least 3 months after alopecia therapy started<br>Laboratory analysis including, ferritin, Vitamine D, Zinc levels, and thyroid function may be requested if other causes of alopecia (e.g., androgenetic, telogen effluvium, thyroid-related) are suspected<br>Camouflages techniques should be provided (e.g. crayons, powder, volumizers, hair weaves/hair extension, scalp micropigmentation/tattoo and hairpieces)<br>If emotionally affected; psychological counseling is recommended<br>Involve nurses and other health care providers in the cancer survivors care | |

734 CTCAEv4.0, Common Terminology Criteria for Adverse Events Version 4.0; CTCAEv4.0 grade 1 for alopecia,
735 Hair loss of <50% of normal for that individual that is not obvious from a distance but only on close inspection; a
736 different hair style may be required to cover the hair loss but it does not require a wig or hair piece to camouflage;
737 CTCAEv4.0 grade 2 for alopecia, Hair loss of >=50% normal for that individual that is readily apparent to others; a
738 wig or hair piece is necessary if the patient desires to completely camouflage the hair loss; associated with
739 psychosocial impact; CTLA-4, cytotoxic T-lymphocyte-associated protein 4; SCT, Stem cell transplant; Nd:YAG,
740 neodymium-doped yttrium aluminium garnet; PD-1, programmed cell death protein 1; PD-L1, programmed death-
741 ligand 1.

742

743

744

Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only  No other uses without permission  Copyright ©2018  Elsevier Inc  All rights reserved

ACCEPTED MANUSCRIPT



Downloaded for Anonymous User (n/a) at University of Miami from ClinicalKey.com by Elsevier on May 22, 2018
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.