# EXHIBIT E

## John Thornton

| | |
|---|---|
| **From:** | Curtis Thompson <curtisinportland@gmail.com> |
| **Sent:** | Friday, March 01, 2019 1:46 PM |
| **To:** | John Thornton |
| **Subject:** | Fwd: Review of videos of ▮▮▮▮▮▮▮ by Dr. Curtis Thompson |

**Curtis T. Thompson, MD**
Medical Director and Dermatopathologist, CTA Lab
Affiliate (Clinical) Professor of Dermatology and Pathology, OHSU
T: 503.906.7300 | C/What'sApp: 503.997.8920 | F: 503.245.8219
E: curtisinportland@gmail.com
CTA Lab | www.cta-lab.com
PO Box 230577, Portland, OR 97281

EXHIBIT 14
DEPONENT NAME: DR Thompson
DATE: 4/3/19

---------- Forwarded message ---------
From: **Curtis Thompson** <curtisinportland@gmail.com>
Date: Mon, Aug 6, 2018 at 10:50 AM
Subject: Review of videos of ▮▮▮▮▮▮ by Dr. Curtis Thompson
To: Anne Andrews <aa@andrewsthornton.com>, John Thornton <jct@andrewsthornton.com>
Cc: ▮▮▮▮▮▮▮▮▮

Anne and John,

Hello, I have reviewed ▮▮▮ videos carefully.

Here are a few points:

1. Validation and Testing of Stem Cells on the biopsy samples--▮▮▮▮▮ approach is correct with validation of a test and then testing of the samples.

I don't know if he had access to my data on this, but I already did this for cytokeratin 15 on these samples. Perhaps I need to meet with him and share this data. As the cytokeratin 15 was still positive in the 'basaloid bodies' in the pCIA cases, I did not pursue this further.

Perhaps ▮▮▮ has access or knowledge of other anibodies to the follicular stem cells which I don't know about. When I first worked with cytokeratin 15, I also tested an an antibody toward NESTIN, but the staining was nonspecific. I did only test one source of the nestin.

2. H&E analysis opposing counsel--I think it is best if the same slides that I read are reviewed, so we know that both sides examined the same slides. But we do have unstained slides that they can have and use.

I say this because different H&E slides can have different findings (though in these cases, I do not anticipate there being much of a difference).

1

But I do have unstained slides to the other side to use if needed.  And we can also use these for more stem cells markers in collaborating with ■■■■■■ .  I am cc'ing him on this email.

I am happy to discuss all of this on the phone if need be.

Thanks so much,

Curtis Thompson
503 997 8920 cell/text
curtisinportland@gmail.com