# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  TAXOTERE (DOCETAXEL)
 5    PRODUCTS LIABILITY LITIGATION    MDL. No. 2740
 6    This Document Relates To:        Section H
 7    Antoinette Durden, Case No.
 8    2:16-cv-16635;
 9    Tanya Francis, Case No.
10    2:16-cv-17410;
11    Barbara Earnest, Case No.
12    2:16-cv-17144
13
14
15                       VOLUME II
16
17      VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.
18              Taken in behalf of Defendants
19                    February 26, 2019
20
21
22
23
24
25       Job No. 3226563
```

Page 327

1  Q.  It's nice to see you again.  Could you go ahead
2      and state your name for the record?
3  A.  Curtis Thompson.
4  Q.  I know we've gone through this drill before, so
5      I won't go over all the ground rules.  But if I
6      ask a question that you don't understand, will
7      you please let me know?
8  A.  Yes.
9  Q.  And is there anything that will prevent from you
10     giving me accurate testimony today?
11 A.  No.
12 Q.  I've marked Exhibit 1 the notice of your
13     deposition.  There was not a documents request
14     on there, but my understanding is that you
15     brought some additional invoices; is that right?
16 A.  Yes.
17 Q.  With all the invoices that you created, does
18     that capture all the work that you've done on
19     this case?
20 A.  Yes.
21 Q.  Marked as Exhibit 2 your invoice number one, the
22     first entry on there is from April 17, 2018, and
23     it's a telephone call with Anne Andrews.  Was
24     that the first time that you were contacted for
25     plaintiffs' counsel in this case?

1  A.  Yes.
2  Q.  And then you were hired to work on this
3      litigation?
4  A.  Yes.
5  Q.  Under that there's some staining that was done
6      on the 19th and the 20th.  Were those stains
7      done on the punch biopsies that were taken by
8      Dr. Claiborne?
9  A.  Yes.
10 Q.  Why did you do a Ki-67 stain?
11 A.  The initial discussion with Anne Andrews was
12     about hair loss and chemotherapy and I have done
13     research with, limited research with stem cells
14     and hair loss and other diseases, not
15     chemotherapy, and I suggested that we do some
16     research evaluation with this tissue.  It wasn't
17     clear at that time exactly what was needed from
18     me as an expert.  So I suggested that and we did
19     this, did this work.
20 Q.  Was the cytokeratin 15 staining in the Ki-67
21     staining was that contained on the slides that
22     were produced to the defendants?
23 A.  No.  We still have those slides though and they
24     can be made available.  We have them in good
25     shape.