# EXHIBIT C

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
2
   IN RE:  TAXOTERE (DOCETAXEL)    MDL NO. 2740
3  PRODUCTS LIABILITY LITIGATION   SECTION: H
4  This document relates to:
   Antoinette Durden, Case No. 2:16-cv-16635
5  Tanya Francis, Case No. 2:16-cv-17410
   Barbara Earnest, Case No. 2:16-cv-17144
6  _____
   VIDEOTAPED EXPERT DEPOSITION
7  CURTIS THOMPSON, M.D.
8
   TAKEN IN BEHALF OF DEFENDANTS
9  FRIDAY, NOVEMBER 30, 2018
   at 8:16 A.M.
10
11
   319 Southwest Washington Street, Suite 607
12 Portland, Oregon
13
14 BE IT REMEMBERED THAT, the videotaped expert
   deposition of CURTIS THOMPSON, M.D., was taken before
15 K.M., Court Reporter and Notary Public for the State
   of Oregon, on Friday, November 30, 2018, commencing
16 at the hour of 8:16 a.m., the proceedings being
   reported at 319 Southwest Washington Street, Suite
17 607, Portland, Oregon.
18
19
20
21
22
23    Job No. NJ3132952
24
25

1  I'm trying to find out right now is what information
2  you had at the time that you read the biopsy.
3       A.   Yeah.
4       Q.   Okay.  At the time you read the biopsy,
5  did you know whether these women had a history of
6  chemotherapy?
7       A.   Yes.
8       Q.   Did you know what chemotherapy agents they
9  took?
10      A.   No.
11      Q.   Did you know anything else about these
12 women other than their gender, their age, the site
13 of the biopsy, and that they had a history of
14 chemotherapy at the time you read their biopsy?
15      A.   I knew that the -- they had a history of
16 breast cancer and that the chemotherapy was
17 treatment for breast cancer.
18      Q.   Did you know anything else besides what
19 we've just talked about?
20      A.   No, I don't believe so.
21      Q.   A few answers ago you mentioned that the
22 type of chemotherapy doesn't matter to you.
23      A.   No.
24      Q.   And so it's fair to say that you are not
25 going to say that any specific chemotherapy drug

1  caused this hair loss seen this these women?
2      A.   I'm not in a position to make that
3  distinction or claim.
4      Q.   And you also said something about the
5  mechanism.  Did I hear that correctly?
6      A.   Of the drugs.
7      Q.   Is it fair to say that you're not in a
8  position to talk about the mechanism for how the
9  chemotherapy drugs might result in ongoing alopecia?
10          MS. ANDREWS:  Objection.
11          THE WITNESS:  Can you restate that?
12 BY MR. SEARS:
13     Q.   Sure.  Really, it's a cause thing.  What
14 I'm trying to understand is there's no scientific
15 literature that establishes the mechanism for
16 whether chemotherapy drugs and how chemotherapy
17 drugs may cause ongoing alopecia?
18          MS. ANDREWS:  Objection.
19          THE WITNESS:  I still don't understand
20 what your -- this a big, big issue.
21          MS. ANDREWS:  Just wait until he has a
22 question pending that you can answer.
23 BY MR. SEARS:
24     Q.   So there's mechanisms of action.
25     A.   Right.

1      Q.   And the literature somewhat conflicts on
2   whether that is --
3      A.   Telogen germinal unit. Yeah. Sorry.
4      Q.   I'm sorry.  The literature conflicts
5   whether that is a finding that is indicative of
6   persistent chemotherapy-induced alopecia?
7      A.   It's not a conflict of whether it exists.
8   It's whether these represent some curious different
9   epithelial form that's the result of the damage from
10  the chemotherapeutic agent or whether it's simply a
11  normal form of the telogen body.  And Miteva took
12  this -- in one sentence took the stand that it was a
13  normal form.  For diagnostic purposes, that's not --
14  this isn't a big controversy.  I think everybody is
15  agreeing that these telogen, TGU's, or we can call
16  them basaloid bodies or just telogen bodies, are all
17  the same thing and a feature of this.
18     Q.   That can also be seen in other forms of
19  alopecia as well?
20     A.   Sure.  But not in the context of very few
21  hairs present.  So there's more than one piece in
22  play here.
23     Q.   So to make sure I understand, the way that
24  you set this apart from androgenetic alopecia is
25  because of the reduction of hair in counts?

Page 240

1    A.   With the basaloid bodies, because
2  androgenetic alopecia alone doesn't have this many.
3  It doesn't have a shift of 27 percent.
4    Q.   Is that something that you see in the
5  literature or is that just based on your clinical
6  experience?
7    A.   No, I think it's -- I think everybody sees
8  this.  I think it's one of the main features.
9    Q.   Does the literature say that that
10  distinguishes persistent chemotherapy-induced
11  alopecia from androgenetic alopecia?
12    A.   I don't remember.
13    Q.   You can't cite to any article that says
14  that, can you?
15    A.   No.  I can't really remember anybody
16  taking a stand on that.
17    Q.   All right.  Let's talk about Ms. Earnest.
18  Sorry.  Do you mind if I take that back?
19    A.   No, I don't mind.
20    Q.   I assume you're going to want your
21  dermopath report?
22    A.   Yeah.
23    Q.   Let's just mark your dermopath report and
24  all the associated slides as one exhibit.
25             (Whereupon, Ms. Earnest Report & Slides