# EXHIBIT E

Page 301

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Wednesday, 9:15 a.m. - 4:40 p.m.
December 5, 2018


VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.


VOLUME 2
Pages 301 through 498


Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

1    A.   I don't look -- I'm not a statistician.  I

2    look at the results of the review.

3    BY MR. SEARS:

4    Q.   And you cannot identify any study that has

5    statistically analyzed whether there is an increased

6    rate of persistent chemotherapy-induced alopecia in a

7    anthracycline-cyclophosphamide-containing regimen

8    versus a taxane-containing regimen, right?

9         MR. SCHANKER:  Objection, form.

10    A.   I'm not aware of -- of any of this study.

11         MR. SEARS:  All right.  Let's take a short

12         break.  I'm going to talk to him.

13         THE VIDEOGRAPHER:  We're off the record.

14         The time is 4:36 p.m.

15         (Recess was held from 4:36 p.m. until

16         4:38 p.m.)

17         THE VIDEOGRAPHER:  We're back on the

18         record.  The time is 4:38 p.m.

19    BY MR. SEARS:

20    Q.   I want to ask you a few more questions

21    about Adriamycin and cyclophosphamide.

22         What, if anything, have you done to rule

23    out Adriamycin and a cyclophosphamide as being a

24    cause of the alopecia seen in Ms. Earnest,

25    Ms. Francis, and Ms. Durden?

Page 494

1           MR. SCHANKER:  Objection, form.

2      A.   I didn't do any specific exam except for

3   base my opinion -- basing my opinion on the existing

4   evidence in the literature.

5   BY MR. SEARS:

6      Q.   And I know that Ms. Durden didn't receive

7   Adriamycin, but your answer would be the same for her

8   as well, right?

9           MR. SCHANKER:  Objection, form.

10      A.   No, because there are no case of permanent

11   alopecia caused by -- only by cyclophosphamide in the

12   literature.

13   BY MR. SEARS:

14      Q.   Although the literature does report that

15   cyclophosphamide is associated with persistent

16   chemotherapy-induced alopecia, right?

17           MR. SCHANKER:  Objection, form.

18      A.   Cyclophosphamide in association with other

19   chemotherapeutic drug, not -- not as the sole agent.

20   BY MR. SEARS:

21      Q.   Have you seen any literature that says that

22   a cyclophosphamide cannot cause persistent

23   chemotherapy-induced alopecia?

24           MR. SEARS:  Objection, form.

25      A.   No, there are no literature saying that