# EXHIBIT H

# ERRATA SHEET

## VERITEXT LEGAL SOLUTIONS

CASE NAME:   In Re: Taxotere (Docetaxel) Products Liability Litigation – MDL No. 2740

DATE OF DEPOSITION:   April 8, 2019

**WITNESS' NAME:   Antonella Tosti, MD**

<u>Volume 3</u>

pg 515 line 23 – My answer ("Yes") is my understanding of how the staining is proposed to work; it is to stain positive for stem cells. However, I do not have an opinion as to whether or not the cytokeratin 15 staining is reliable to test only for stem cells, as I explain in my testimony on page 516, line 4-10. This is not my area of expertise.

pg 520 line 20 – knowledge (not "crown")

pg 525 lines 19-22 – The biological mechanisms are very complicated for all conditions that are known to cause hair loss.   There remains much about the mechanisms of hair loss that is not fully understood and remains the subject of scientific study. These conditions, which are discussed in my report, have accepted diagnostic criteria, which do not depend on a complete understanding of the cellular biologic mechanisms. Research into the biological mechanism of permanent chemotherapy induced alopecia and its relation to stem cells will require large well-designed studies.

pg 530 line 21 – the outer root sheath (not "there are other")
pg 530 line 22 – stains (not "stained")
pg 530 line 25 – marker (not "mark")
pg 536 line 21 – it (not "they")
pg 541 line 17 – mentioned (not "mention")
pg 544 line 5 – of these clients (not "this")
pg 545 line 3 – wrote (not "write")
pg 547 line 22 – delete "in"
pg 550 line 22 – had (not "have")
pg 559 line 19 – explained
pg 562 line 13 – pathology (not "dermatopathology")
pg 562 line 14 – he sent me (not "they send me")
pg 566 line 5 – who had chemotherapy (not "will have")
pg 572 line 22 – Everybody has his job (not "it's")
pg 576 line 20 – had (not "have")
pg 577 line 8 – what not to do or what to do

Antonella Tosti, MD						May 14, 2019