# EXHIBIT A

Case 2:16-md-02740-JTM-MBN   Document 7318-1   Filed 06/04/19   Page 2 of 9

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:   TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
 4
      This Document Relates To:
 5
      Antoinette Durden, Case No. 2:16-cv-16635;
 6    Tanya Francis, Case No. 2:16-cv-17410;
      Barbara Earnest, Case No. 2:16-cv-17144
 7
      MDL No. 2740
 8    Section: H
 9
            VIDEOTAPED DEPOSITION OF DR. JOHN W.
10    THOMPSON, JR., 1440 CANAL STREET, SUITE
      1000, NEW ORLEANS, LOUISIANA, 70112, TAKEN
11    AT TULANE UNIVERSITY SCHOOL OF MEDICINE,
      DEPARTMENT OF PSYCHIATRY, 1440 CANAL
12    STREET, SUITE 1000, NEW ORLEANS,
      LOUISIANA, 70112, ON WEDNESDAY, THE 16TH
13    DAY OF JANUARY, 2019.
14    APPEARANCES:
15      LISKA, EXNICIOS & NUNGESSER
        ATTORNEYS AT LAW
16      BY:  VAL PATRICK EXNICIOS, ESQUIRE
        BY:  LACY RADCLIFF, ESQUIRE
17      1515 POYDRAS STREET, SUITE 1400
        NEW ORLEANS, LOUISIANA   70112
18
            ATTORNEYS FOR PLAINTIFF
19
        PENDLEY BAUDIN & COFFIN
20      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
21      1100 POYDRAS STREET, SUITE 2505
        NEW ORLEANS, LOUISIANA   70163
22
            ATTORNEYS FOR PLAINTIFF
23
24
25    Job No. NJ3193587
```

Veritext Legal Solutions
800-227-8440                                          973-410-4040

1                    And then I thought it was
2       important that we would have all the
3       medical records so that we could look and
4       see if there were any other references to
5       other psychiatric issues or to hair loss,
6       those kinds of things.
7              Q.    And do you agree that it's
8       important that you have all of the
9       depositions, including depositions of
10      family members, before you form your
11      opinions in a case?
12           MR. EXNICIOS:
13                Objection to the form.
14           THE WITNESS:
15                Well, it would depend.  Some of
16      those are evolving, so it depends on when
17      the report came out and when the
18      depositions were done.  So we would have
19      to look at the exact dates of each
20      deposition.
21                But I always like to review all
22      the information even as it's evolving so
23      that in this case I have to address new
24      information, I can address it or make an
25      addendum to my report.

Page 92

1           Q.    What kind of things do you do?
2           A.    I would typically look at the
3    story that the person gives me versus what
4    other collateral information documents,
5    and look at the information on the medical
6    record and look at the information in
7    other deposition testimony to see if their
8    version of events is consistent with other
9    events.
10                I would look at whether or not
11   they actively engaged in treatment or
12   participated in the treatment as a part of
13   the evaluation as well.  There are other
14   subtle things that we look for when we're
15   doing evaluations.
16                Whether or not the way the
17   person presents or describes an emotional
18   symptom, whether there's an outward
19   appearance to the emotional symptom.
20                So, for instance, when either
21   Ms. Durden or Ms. Earnest described their
22   initial hair falling out, they fairly
23   rapidly broke into tears.  And it was
24   pretty clear that it was emotional and
25   disturbing to them just describing the

```
 1              A.    Yes.
 2              Q.    Do you agree that when you're
 3     evaluating claimed psychological effects
 4     of an incident, the evaluator should
 5     carefully review collateral records to
 6     assess specific symptoms, their severity
 7     and their time course?
 8           MR. EXNICIOS:
 9                Objection as to form.
10           THE WITNESS:
11                Yes.  You should review
12     collateral records to attempt to do that.
13     You can't always do it, but it's helpful
14     to review collateral records.
15     EXAMINATION BY MS. SCHULTZ:
16              Q.    Do you agree that the
17     evaluee's social functioning is important
18     when evaluating claimed emotional damages?
19              A.    Yes.
20              Q.    And in order to determine
21     social functioning, do you agree that
22     areas to explore include personal
23     relationships?
24              A.    Yeah.  To a certain extent,
25     yes.
```

1    she made that determination, I don't
2    recall.
3        Q.   And I'm not asking you for a
4    specific date.  I'm just asking you
5    generally when did Ms. Earnest determine
6    that her hair was not going to grow back?
7        MR. EXNICIOS:
8            Objection to the form.
9        THE WITNESS:
10           I think this is a similar answer
11   I have with the prior individual that I
12   evaluated.  So I don't know exactly when
13   she said her hair -- she knew that her
14   hair was not going to grow back.
15   EXAMINATION BY MS. SCHULTZ:
16       Q.   Well, did you ask Ms. Earnest
17   when she decided that her hair was not
18   going to grow back?
19       A.   I don't recall asking that
20   specific question.
21       Q.   Did you ask her anything
22   generally about when she decided her hair
23   wasn't going to grow back?
24       A.   She reported that I kept
25   waiting for my hair to come back and it

1   never came back like it did before and she
2   began to cry.  It does affect me.
3                 I feel like wearing this when
4   she pointed to her turban, my headdress.
5   So I didn't get a specific date from her
6   as to when she felt her hair was never
7   going to grow back.
8                 Sometime prior to my
9   evaluation and after her treatment.  And I
10  do recall in one of her depositions that
11  she mentioned a timeframe.  I think it was
12  2016 that she got information or her
13  brother saw a commercial about permanent
14  hair loss.
15                So she must have thought it
16  was permanent at that point in time, but I
17  didn't specifically question her about
18  that.
19        Q.    Well, was she more upset once
20  she learned that her hair was not going to
21  grow back?
22        A.    I think she was upset from the
23  time she lost her hair and that she
24  continued to be upset when her hair was
25  not growing back as rapidly as she

1 expected because other people that she
2 knew or saw hair was growing back after
3 chemotherapy and hers was not.
4     Q.  Were there any changes in Ms.
5 Earnest's symptoms from the time she lost
6 her hair up until the time you interviewed
7 her?
8     A.  I think she's maintained that
9 it's been distressing to her and that it's
10 distressing to her when she particularly
11 goes shopping and as in Wal-Mart or a
12 store and a person asks her if she's in
13 cancer treatment.
14         And she says no, I'm not in
15 cancer treatment anymore.  I'm in
16 remission.  And that individual reveals to
17 her that they were in cancer treatment and
18 their hair grew back.
19         So she mentioned those
20 symptoms.  She mentioned having when she
21 looks in the mirror everyday, that's a
22 reminder that it's, you know, not going to
23 come back or that it's going to remain
24 sparse like it is.
25         So those are the continuing

Page 290

1  symptoms that she's had.  Whether they
2  changed on the day she decided my hair is
3  never going to grow back or not, I don't
4  know that and I don't know that I have
5  that information.
6       Q.   Well, did you ask her if there
7  was any change in her symptoms when she
8  decided that her hair was not going to
9  grow back?
10      A.   I do not recall asking that
11 question.
12      Q.   Are you aware of any changes
13 in her reported symptoms from the time she
14 lost her hair up until the present date?
15    MR. EXNICIOS:
16         Objection to the form of the
17 question.
18    THE WITNESS:
19         No.  I think she's -- from what I
20 can tell, she's been pretty consistent
21 with the feelings that she has about no --
22 the way she looks now, that she doesn't
23 feel attractive or that she has -- she's
24 less attractive than she used to be prior.
25         But she's pretty -- I think she's