# EXHIBIT B

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * * * * * * * * * *

5    IN RE:  TAXOTERE (DOCETAXEL)          MDL No. 2740

     PRODUCTS LIABILITY LITIGATION

6                                          SECTION: H

7    This Document Relates To:

8    Barbara Earnest, Case No. 2:16-cv-17144

9    * * * * * * * * * * * * * * * * * * * * * * * * *

10

11

12                    VOLUME III

13

14

15          Videotaped Deposition of JOHN W. THOMPSON,

16   JR., MD, taken at Tulane University School of Medicine

17   Department of Psychiatry and Behavioral Sciences, 1440

18   Canal Street, New Orleans, Louisiana 70112, on

19   Thursday, April 18th, 2019, at 9:09 a.m.

20

21

22

23

24   By:  Ashlee B. Ancalade

25   Registered Professional Reporter

1      Q    Can you read the first line?

2      A    Yes.  I asked her when that she thought her

3  hair loss was permanent, and she described that she

4  thought that it was likely permanent at the time of the

5  2016-2015 T.V. commercial when her brother, I believe,

6  saw it on television and called her and she looked at

7  it.

8          And she explained that by saying that I

9  always had hopes that it would come back before that.

10  But after the commercial, she had concerns; and I

11  said -- and she said something to the effect, I

12  believe, that -- I don't think I have it written down

13  here.  I may have it written down further.  That she

14  was -- she knew she was taking Arimidex and that could

15  cause some hair thinning or had a hair side effect; and

16  so maybe it was due to that and that some day it might

17  come back.

18          But I think once she saw that on television

19  or her brother told her about that, then she started

20  experiencing concerns about whether it would be

21  permanent, and since it had been so long, obviously.

22          So that -- that was the first component of

23  the -- the first question I asked her.  Because I

24  believe there was some -- a lot of questions in the

25  first deposition about when exactly she knew that, and

Page 60

1   so I just wanted to clarify that.

2        Q    And so she told you that up until the time

3   she saw a television commercial, she knew she was

4   taking Arimidex and thought her hair loss could be from

5   the Arimidex?

6        A    Right.

7             MR. EXNICIOS:

8                  Objection to the form of the question.

9        A    Yeah.  That it might be due to the -- to one

10  of the drugs she was taking, and she had hopes that it

11  might come back.

12  BY MS. SCHULTZ:

13       Q    And when you say "one of the drugs she was

14  taking," she was talking about Arimidex?

15       A    She was talking about an estrogen receptor

16  blocker, and I believe the one she is taking is

17  Arimidex.  Okay?

18       Q    And what was it about the television

19  commercial that made her decide that her hair loss was

20  due to Taxotere and not Arimidex?

21       A    I -- I don't have -- I really don't -- I

22  really didn't talk to her a whole lot about that.  I

23  was just asking her when did it start, okay, I just

24  wanted to know when did you first worry about that or

25  had concerns about that.

Page 61

1          Because from what I recall from the
2     deposition, you asked me that several times and I
3     didn't really have an answer for it, so I wanted to
4     clarify that answer.
5          But I didn't talk to her in great detail
6     about those specifics.
7     Q    Well, did you think it was important to
8     determine when she believed her hair loss was
9     permanent?
10    A    I did, and I know that she thinks that --
11    that the medication that -- the taxane medication that
12    she was taking plays a role in that.
13         But, again, since I'm not in the causation
14    zone, I really didn't ask a bunch of questions about
15    that because the other questions that I asked were
16    probably more germane to what I was trying to clarify
17    for my purposes.
18    Q    And why did you believe it was important to
19    find out when she believed her hair loss was permanent?
20    A    I just wanted to know it from the -- I didn't
21    know it, and wanted to know it.
22         I thought that was the time.  I believe I
23    made a statement that I thought about that time was --
24    but I just wanted to clarify it and make sure that was
25    it.

Page 62

1     Q    Well, was it important to your determination
2  as to whether or not she satisfied the criteria for an
3  adjustment disorder under the DSM?
4     A    No, it wasn't.  But I wanted to know that she
5  had a consistent story of that through the record, and
6  I thought that's what she had said; and I thought
7  that's what she said with me.  And that's what she told
8  me on that day.
9          So that was the first area.
10    Q    Was what she told you about believing that
11 the hair loss was due to the estrogen receptor blocker
12 she was taking up until the time she saw the TV
13 commercial consistent with what she had said before, to
14 your knowledge?
15    A    From -- from what she had talked about to me
16 that she never -- that she really didn't bring it up.
17 I guess that came in -- it came in the context of, you
18 know, the records didn't reflect a lot of seeking
19 treatment for -- you know, it was -- it was also -- it
20 was the time frame, but it was also when I went through
21 the records, there wasn't a lot of, you know, seeking
22 treatment for hair loss or baldness or doing other
23 things.  And I believe you -- you -- there were several
24 questions along those lines.  So that might have also
25 raised the valance.

Page 63

```
1              And she said, Well -- she said, "Well, I
2    don't know exactly other than I thought, you know,
3    maybe it could be due to this and maybe it will come
4    back some day."  So she was holding out hope, even
5    though it had been a long time.
6         Q    So one of the reasons she had not sought
7    treatment was because she thought her hair loss may be
8    from the Arimidex and it may come back some day?
9         A    Yes.
10        Q    Did you ask her any questions about any
11   differences in her symptoms prior to the time that she
12   determined her hair loss was permanent and versus after
13   that time?
14        A    Yeah.  We talked about that in general, and
15   basically her symptoms have been pretty much
16   consistent.  You know, so I asked her, you know -- I
17   don't think I clarified that particular question.  I
18   know you had asked me that before, but she couldn't
19   specifically talk about a mental health symptom or
20   different types of mental health symptoms.
21             She said basically since she's lost her hair
22   that there are issues that come up on a daily basis
23   where she has to make a decision about whether she's
24   going to walk around the house without any turban on or
25   hair on.  So she has to make that decision.  That's
```

Page 64

1   kind of at the basic level.

2           And depending on if she's comfortable with

3   people in the house, they are fine.  If somebody tries

4   to come into the house -- if her son comes over to drop

5   something off and someone is with her, she will freak

6   out, she said; and she goes for the turban.

7           She doesn't want anybody to see her that

8   doesn't know her without the turban on.  So she'll tell

9   him, "Don't come in here until I have time to put my

10  hat on or put my turban on."

11          So that's sort of the baseline level.  Then

12  if she has to go out in public, she has to make

13  decisions about whether she has to put on a wig or

14  whether she wears her turban and whether she feels

15  comfortable with the people that she's going to go meet

16  to make those decisions of what she does.

17          So whenever she goes out, she has to make

18  that -- that determination, okay.  So if she --

19      Q    Well --

20      A    I'm -- I'm trying to get to it.  I know you

21  don't want me to give a long answer, but I'm trying to

22  get to it.

23          The -- the emotional symptoms come from the

24  reminder that she doesn't have hair by having to make

25  those decisions, and those have been going on since she

Page 65

1   has lost her hair, you know.  So I don't think there's

2   been a qualitative change since the 2016 commercial or

3   whenever that was, when her brother told her.  She's --

4   she's -- she's still experiencing the symptoms in a way

5   that she's experienced them all along.  So --

6       Q    And --

7       A    -- that makes perfect sense to me.  It's an

8   ongoing stressor, and she's having symptoms of being

9   depressed about the reality of this has gone on for a

10  long time.  So she's sad about that and wishes it

11  wasn't the case and wishes something could be done

12  about it.

13          And then she has anxiety symptoms when she

14  anticipates having to go to a place where she's not

15  comfortable around people.  And she has to make a

16  decision about is she going to wear a wig or wear the

17  hat.

18          There's also -- she reported there's also

19  temperature issues with wearing the turban.  You know,

20  for anybody that wears a hat in the wintertime that

21  should be pretty -- you know, when she has to go to

22  places where it's hot, she sometimes avoids those

23  places because the turban is going to make her head

24  hot.

25          So there are emotional issues involved and

then there's physical issues as well.

Q Is all of that information you just gave in your answer reflected in your notes from your interview of Ms. Earnest or in your expert report?

A Yes.

Q You use the phrase that she freaks out?

A Yeah.

Q Is that reflected in your notes?

A Let's see if I can find it. On page 2 under "Social" she reported as an example, I will walk out of the house -- I don't have this, you know, per -- word for word.

Q Where are you reading from?

A Page 2. Right at the top "Social."

Q "Walks out . . ."?

A Walks out of the house with her partial denture not in her mouth, okay. So she will do that frequently and forget it and she gets in the car and then goes, oops, I don't have my partial. We've got to go back so I can put it in. Okay. But she says, "I never do that with the turban. I am so," you know -- she didn't use the word "paranoid," but she is afraid to go to the garage in her house without her turban on. She won't go in her backyard without the turban on because she has a fear that the neighbors can see her

1    might act this way because of her appearance; right?

2    But the -- the emotional response that she has to it,

3    you know, you could say, oh, well, that's normal too;

4    but it does impair her social functioning to the point

5    where I think it qualifies for an adjustment disorder.

6            And I think the percentage of time, the --

7    the next question down the line was, you know, well,

8    what percentage of time are you not doing stuff that

9    you would normally do or not doing it in a similar

10   fashion that you would normally do it; and she said,

11   "About half of the time.  About 50 percent of the time,

12   I am not doing what I would normally do."  And she

13   said, "Almost 100 percent of the time, I don't go to

14   Walmart because I don't want people still thinking I'm

15   a cancer patient."  And that's, you know, the anxiety

16   component of the adjustment disorder, that she

17   doesn't -- she doesn't want people to still think she's

18   a cancer patient when she's actually cured of cancer

19   for all intents and purposes.

20       Q    And -- but as a psychiatrist, you agree that

21   her reported reactions to not having hair are not out

22   of the ordinary?

23       A    I wouldn't say they are -- they are -- I

24   wouldn't say they -- they are not bizarre or -- or

25   completely unusual; right?  But they -- and, no, they

Page 72

1  are not out of the ordinary, that's true.

2       Q    How would most people react to having lost

3  their hair and having it not grow back?

4       A    I think it would be an emotional experience

5  for most people.

6       Q    And for most people, they would want to cover

7  their head when they go outside of the house or do you

8  know one way or the other?

9       A    I don't know one way or the other.  I would

10 assume they would, but I don't know one way or the

11 other.

12           I mean, some -- some people, after a certain

13 period of time, might just say, you know, this is the

14 way I am; I'm beautiful this way; I'm just going to go

15 bald.  And, you know, there are women who go bald.  I

16 mean, you know, if they are comfortable with their

17 sense of self-esteem, they might do that over a period

18 of time.

19           I mean, after five or seven years, they might

20 just say this is who I'm going to be, you know.  And

21 so -- but she hasn't reached that point yet.

22       Q    And Ms. Durden and Ms. Earnest are the only

23 two individuals that you have ever evaluated who have

24 had persistent hair loss; correct?

25       A    Yeah.  For the -- yes.

1      A      So she's kind of a fixer kind of person.

2  Likes to get stuff fixed.

3      Q      In the medical records you reviewed, you saw

4  where her chief complaint when she went to see various

5  physicians was a -- complained about her condition, and

6  there were many different complaints.  Do you agree?

7      A      Yes.  Not a ton, but there were certainly

8  different complaints.  She complained about her

9  neuropathy at times.  And she complained about some

10  other medical issues.  Most of her treatment was -- her

11  treatment was focused on cancer, but for the most part,

12  she had brought up other issues.

13      Q      Well, did you read all of the inter- --

14  medical records of her internal medicine doctors, her

15  primary-care --

16      A      Yes.

17      Q      -- physicians?

18      A      Yes.

19      Q      Now, continuing on in the notes.  Under the

20  line "Always had hoped it would come back."

21      A      Uh-huh.

22      Q      Right?  There's a -- does that say

23  "treatment, question mark," and there's a line drawn

24  through it?

25      A      Yeah.  That was -- you know, after I

1      A     Yeah.  So this was, you know, part of a

2    lit- -- I wanted to get some clarification on this from

3    the previous evaluation as well.  "I could go see a

4    psychiatrist, but when I come back home, I still have

5    hair loss."

6      Q     Do you know what?  While we're doing this,

7    could you just go ahead and read the rest of your notes

8    into the record and then I will see if I have any

9    additional questions from those?

10     A     Sure.

11     Q     Thank you.

12     A     Okay.  I was trying to do that before.

13     Q     All right.

14     A     Are you ready to go?

15     Q     I'm ready to go.

16     A     Okay.  "I could see" -- "go see a

17   psychiatrist, but when I come back home, I still have

18   hair loss."

19          And I said, "Well, would you want to do any

20   kind of cognitive behavioral treatment that might help

21   you gain some skills?"

22     Q     And -- and just for the record, if you could

23   just read the notes as they exist on the page.  And

24   then I can come back and ask you questions about those.

25     A     Okay.

1      Q     Now, when you say that you didn't see a lot

2  in the records about seeking out treatment for her hair

3  loss --

4      A     Right.

5      Q     -- there's nothing in any of the records

6  about her seeking out treatment for her hair loss;

7  correct?

8      A     Yes, ma'am.  That's a figure of speech of

9  mine.  I apologize.  There was nothing in the record

10  about her seeking out care for her hair loss and there

11  was nothing in the record about her seeking out care

12  for emotional symptoms that I could find.  It may be in

13  there, but I didn't see it.

14      Q     Since she made the determination that her

15  hair loss was caused by Taxotere, have you asked her

16  whether or not she's interested in seeking out

17  treatment for her hair loss that she believes was

18  caused by Taxotere?

19      A     I didn't ask her that question.

20      Q     You make a note here with respect to the

21  50 percent of the time when -- when she's making

22  decisions?

23      A     Yeah.

24      Q     And you've written two notes here about two

25  different weddings; correct?

1          Objection to the form of the question.

2     A    I think you just asked me that a little while

3   ago, but, yes.

4   BY MS. SCHULTZ:

5     Q    And do you agree that there is no request

6   that any doctor or anyone else helped her with her hair

7   loss?

8     A    I don't think -- I don't think so.  I think

9   that's pretty close to the same thing, but . . .

10     Q    And in your in-person evaluation of

11   Ms. Earnest, why didn't you ask her why she was not

12   seeking treatment for her hair loss over all of those

13   years?

14     A    I did.  That's what we -- I have explained

15   that, like, three times.

16     Q    Oh, but --

17     A    It's on the first line of my notes.  I

18   said --

19     Q    You're saying that you asked her in the

20   second interview; correct?

21     A    Oh, in the second interview?

22     Q    Okay.

23     A    You know, I mean, that's why I did a second

24   interview.  I just wanted clarification on that.  So I

25   can't ask every single question.  I don't do perfect

Page 88

1    interviews.  I do good enough interviews.

2        Q    Do you recall that Ms. Earnest was asked

3    about why she -- whether or not she had ever sought

4    treatment in her hair -- for her hair loss in her

5    deposition?

6        A    Oh, do I recall the specific question you

7    asked about?

8        Q    Correct.

9        A    Yeah.  I don't recall that specific answer

10   from her deposition.  I could go back and review that

11   and try to find it or if you have a reference to it, I

12   will look at it.

13       Q    Well, do you recall that she said that she

14   had never even considered undertaking any treatment

15   methods to see if it could help her hair?

16            MR. EXNICIOS:

17                 Objection to the form.

18       A    I recall questioning along those lines.

19   BY MS. SCHULTZ:

20       Q    Okay.  And in -- in terms of your diagnosis

21   of Ms. Earnest, did you consider why she hadn't sought

22   treatment for her hair loss when you made the

23   diagnosis?

24       A    I don't know that that was -- that I was

25   thinking about that specifically at the time.  But

Page 91

1    she was focused on at that time.

2             And then over time, as the person gets away

3    from the diagnosis of cancer and they're considered

4    cured, then other things are going to rise to the fore.

5             So I imagine if she had a recurrence of her

6    cancer, the hair loss would fall down on -- on the

7    spectrum and the recurrence of cancer would be more

8    present and more an issue for her to deal with of

9    emotional symptoms.

10            And she alluded to that in some way in the

11   interview.  Was that, you know -- you know -- you know,

12   I should be grateful for what I -- what I have, and I

13   am grateful for what I have; but I just think I should

14   have been told that this was a possibility so if there

15   were other options, I could have tried them.

16       Q    Now, in terms of that timeline of her

17   depressive symptoms from the cancer diagnosis, do you

18   recall that her husband Ralph Earnest said that her

19   demeanor changed and she went from a very happy person

20   to a very depressed, anxious individual?

21       A    After the cancer diagnosis?

22       Q    Yes.

23       A    Yes.  So as I said, with the initial

24   diagnosis, you would expect that those symptoms or

25   depressive symptoms would be primarily at that time

Page 115

1   So there's three or four comments just in his records
2   alone that her psychiatric status was normal by his
3   assessment.
4        Q    And he diagnosed her with morbid obesity,
5   high blood pressure, and nutritional defects, shingles,
6   vitamin deficiencies, osteoporosis, neuropathy,
7   arthritis and hypometabolism?
8             MR. EXNICIOS:
9                  Objection to the form of the question.
10  BY MS. SCHULTZ:
11       Q    Do you agree?
12       A    Okay.  I don't know what that one is but --
13  hypometabolism.  But all of the other ones seem to be
14  in there.
15       Q    Now, so during that first six years that she
16  saw Dr. Baez, Ms. Earnest never complained about her
17  hair or asked for treatment; correct?
18            MR. EXNICIOS:
19                 Objection to the form of the question.
20       A    Yeah.  Same answer as I had the last five
21  times.
22  BY MS. SCHULTZ:
23       Q    But she did make a complaint to Dr. Baez
24  on -- last summer on July 26, 2018; is that correct?
25       A    He has in quotes in his records chronic

Page 116

1    alopecia.

2        Q    And what did you write in your summary about

3    that?

4        A    She was negative for fatigue, weight changes,

5    and positive from mood and affect and chronic alopecia.

6    That's what I put in my summary.  So I would have to

7    look at the exact note.  But I quoted the chronic

8    alopecia.

9        Q    Let's just take a look at that record.

10       A    All right.

11            MS. SCHULTZ:

12                 Are we on 31?

13                 (Exhibit 31 is marked.)

14   BY MS. SCHULTZ:

15       Q    I'm going to hand you what I have marked as

16   Deposition Exhibit 31.

17            This is an appointment dated July 26, 2018,

18   with Dr. Baez.

19       A    Uh-huh.

20       Q    Is that correct?

21       A    Yes.

22       Q    And as of this time, Ms. Earnest had finished

23   her chemotherapy treatments almost seven years earlier;

24   correct?

25       A    Uh-huh, yes.

Page 117

1      Q    And as of this time, Ms. Earnest had filed
2   her lawsuit; correct?
3      A    Yes.
4      Q    And she had also recently been seen by her
5   expert witnesses that have been retained for her
6   litigation; correct?
7      A    Yeah.  I believe those dates are correct.
8      Q    And that would include you; correct?
9      A    It would include me.
10     Q    And Dr. Bianchini?
11     A    Yes.
12     Q    And Dr. Tosti?
13     A    Yes.
14     Q    And Dr. Claiborne?
15     A    Yes.
16     Q    And for the first time after seven years,
17  Ms. Earnest complains of hair loss; correct?
18     A    Yes.
19          MR. EXNICIOS:
20              Objection to the form of the question.
21  BY MS. SCHULTZ:
22     Q    This is -- all right.  So if you look at page
23  600?
24     A    Wait a minute.  Hold it, oh, Bates?
25     Q    Yeah.  The Bates --

```
1       A    Okay.

2       Q    -- at the bottom of the page?

3       A    Sure.

4       Q    It says, "Chief Complaint:  Hypertension";

5  correct?

6       A    Uh-huh.

7       Q    Then there's a review of systems; correct?

8       A    Uh-huh.

9       Q    And the "Patient Active Problem List";

10 correct?

11      A    Uh-huh.

12      Q    And then under "Physical Exam," do you see

13 that?

14      A    Uh-huh.

15      Q    And under "Skin," it says, "skin is warm and

16 dry"?

17      A    Uh-huh.

18      Q    Then it states chronic alopecia as reported

19 by patient; correct?

20      A    Yes.

21      Q    So chronic alopecia was something that

22 Ms. Earnest reported to Dr. Baez; correct?

23      A    Yes.

24      Q    And did you ask Ms. Earnest why she never

25 complained to any physician about her hair until after
```

Page 119

1    she had filed her lawsuit?

2         A    I didn't ask her that specific question.

3         Q    Did you ask her that generally?

4         A    Well, I didn't ask it specific.  I don't

5    think I asked her generally.

6         Q    You -- let's take a look at your summary of

7    the radiology records.  Do you remember 17, page 15;

8    correct?

9         A    Do you want this back?

10        Q    You can keep that because that's been marked

11   as an exhibit.  So you can stick it here.

12        A    Sure.

13               (Exhibit 32 is marked.)

14   BY MS. SCHULTZ:

15        Q    I'm handing you what I have marked as

16   Deposition Exhibit 32.

17        A    Okay.

18        Q    And.  This is a compilation of the radiology

19   records of the appointments that Ms. Earnest had.  All

20   right?

21        A    Okay.

22        Q    I will make that representation to you.

23        A    Okay.

24        Q    And you prepared a -- a summary of some of

25   the appointments under No. 17 on page 15 of your --

                                        Page 135

1    diagnosis.

2            It's adjustment disorder not adjustment

3    order.

4    BY MS. SCHULTZ:

5         Q    Did I say that?

6         A    You did.

7         Q    So it's a consideration in making a diff- --

8    differential diagnosis of an adjustment disorder as to

9    whether the individual is having a Norman -- normal

10   nonpathological reaction to stress?

11           MR. EXNICIOS:

12               Objection to the form of the question.

13   BY MS. SCHULTZ:

14        Q    Is that correct?

15        A    Yes.  That's one of the considerations.

16        Q    And is it correct that that is something that

17   you were not able to do, make that kind of a

18   differential diagnosis because it was unclear to you as

19   to what a normal reaction to persistent hair loss after

20   chemotherapy would look like?

21        A    It makes it more difficult, but it doesn't

22   preclude me from making the diagnosis, okay.  Again, we

23   are going back to the check box diagnosis of an

24   adjustment disorder.  I don't do it that way.  I take

25   the different components into consideration and --

Page 136

1    before I make the diagnosis.

2           But I would consider, is it a normal reaction

3    for someone to have some of the symptoms that she's had

4    with the length of time that she's had alopecia; but it

5    is hard to find a group of people or large group of

6    people to compare that with, and so . . .

7       Q    And so that's something that you would

8    normally do but under the circumstances of this case

9    and Ms. Earnest's case, it isn't possible to do it?

10               MR. EXNICIOS:

11                  Objection to the form.

12      A    No.  I wouldn't say -- I wouldn't say it

13   isn't possible.  It's something to take into

14   consideration when you are making the diagnosis.

15   BY MS. SCHULTZ:

16      Q    And you have already testified as to the

17   manner in which you took that into consideration?

18      A    I believe so.

19      Q    Are there any other opinions that you intend

20   to offer with respect to Ms. Earnest that we have not

21   discussed in your deposition or that are not in your

22   report?

23      A    At the risk of going three and a half hours

24   again, I would say no.

25               MS. SCHULTZ: