UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi Defendants' *Ex Parte* Motion for Leave to File Exhibits C and D to its Supplemental Memorandum in Support of Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits C and D (Rec. Doc. 7318-3 and 7318-4) UNDER SEAL.

New Orleans, Louisiana, this 4th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE