# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    * * * * * * * * * * * * * * * * * * * * * * * * *

5    IN RE:  TAXOTERE (DOCETAXEL)          MDL No. 2740

     PRODUCTS LIABILITY LITIGATION

6                                         SECTION: H

7    This Document Relates To:

8    Barbara Earnest, Case No. 2:16-cv-17144

9    * * * * * * * * * * * * * * * * * * * * * * * * *

10

11

12

13          Videotaped Deposition of KEVIN J. BIANCHINI,

14   PhD, ABPN, taken at Jefferson Neurobehavioral Group,

15   2901 N. I-10 Service Road E., Suite 300, Metairie,

16   Louisiana 70002, on Tuesday, May 14th, 2019, at 1:43

17   p.m.

18

19

20

21

22   By:  Ashlee B. Ancalade

23   Registered Professional Reporter

24

25

Page 35

1      A    That is correct.

2      Q    And the only time that you've spoken to her

3  since that evaluation was during this phone

4  conversation on April 4?

5      A    That and this morning.

6      Q    You spoke with Ms. Earnest this morning?

7      A    I did.

8      Q    Did you call Ms. Earnest this morning?

9      A    I did.

10     Q    And why did you call Ms. Earnest this

11  morning?

12     A    I -- I have been looking at reports and

13  depositions, and I had a question or two.

14     Q    And when you say "reports and depositions,"

15  which -- what reports and depositions are you referring

16  to?

17     A    Doctor -- my first deposition; Dr. Thompson's

18  first and second deposition; Dr. Spiegel's report.

19     Q    And you -- did you just review those for the

20  first time yesterday?

21     A    No.

22     Q    How --

23     A    Well, wait.  I think I just reviewed -- I

24  think I reviewed Thompson's for the first time yes- --

25  yesterday.  Thompson's report -- I mean, Thompson's

1   deposition.  I think I reviewed Thompson's report

2   earlier after my initial deposition, because I

3   didn't -- I didn't -- I hadn't reviewed them at the

4   time of my first deposition.

5           But I reviewed -- no, I had reviewed

6   Spiegel's report before, but I reviewed Thompson's

7   deposition and the second -- the second deposition just

8   yesterday, I think.

9       Q    So prior to today's deposition, you reviewed

10  the deposition of Dr. Thompson that was taken in

11  January and also the deposition of Dr. Thompson that

12  was taken on April 17 of this year?

13      A    Yes.  Yes.

14      Q    And why did you review the two depositions of

15  Dr. Thompson?

16      A    I wanted to understand his opinion about the

17  case.

18      Q    And why -- what do you mean when you say you

19  wanted to understand his opinion about the case?

20      A    I think that's pretty self-explanatory.

21      Q    Well, you -- what was it you wanted to

22  understand about his opinion about the case?

23      A    I mean, I wanted to understand kind of

24  broadly his thoughts about the case, and so I wanted

25  to -- sometimes in depositions, additional questions

Page 50

1       A    I'm -- I'm not sure.  It might have been

2    yesterday, yes.

3       Q    And so did you have a conversation with him

4    after you received those notes?

5       A    I -- I had a conversation with him yesterday,

6    yes.  I'm not sure -- I'm not sure if it was after I

7    received the notes or not, but I think it was.

8       Q    Okay.  Tell me about your conversation with

9    Dr. Thompson yesterday.

10      A    We talked about the adjustment disorder issue

11   and diagnosis.  We talked about our agreement about

12   that.  We talked a little bit about Dr. Spiegel's

13   report.  We talked about Dr. Spiegel not seeing the --

14   the patient.  And that's -- that's most of it.

15      Q    Well, did you talk with him about his second

16   interview of Barbara Earnest?

17      A    Yes.

18      Q    What did you talk to him about?

19      A    The time -- the timing of the onset of the

20   symptoms, I think, is one of the things that we talked

21   about.  And I think we also talked about the issue of

22   getting treatment and wanting to get psychological or

23   psychiatric treatment, and I think we also talked about

24   the issue of not getting treatment for alopecia.

25      Q    All right.  So let's start with the -- the

Page 51

1    first.  You said you first talked to him about the

2    timing of the onset of the symptoms?

3        A    I think so.

4        Q    What -- why did you talk to him about that?

5        A    It's an issue that's raised in Dr. Spiegel's

6    report.

7        Q    The fact that the onset of the symptoms must

8    occur within three months of the identifiable stressor

9    in order to be -- have a diagnosis of an adjustment

10   disorder under the DSM?

11       A    I mean, that -- you said "must."  I mean,

12   it's -- that's the guideline, and in the DSM, it talks

13   about the -- the criteria being guidelines.

14            And so I wouldn't use the word "must" there,

15   but -- but that's the -- that's the guideline is that

16   it sh- -- that -- that you have to under- -- have some

17   understanding of -- I mean, you have to have some

18   understanding of the temporal relationship, and they

19   use three months as a guideline.

20       Q    Well, did you have an understanding of the

21   three-month time frame when you issued your report that

22   included your diagnosis?

23       A    Yes.

24       Q    And so what was the identifiable stressor in

25   your opinion when you issued your report?

Page 52

1      A     Hair loss.

2      Q     Hair loss at what point in time?

3      A     Well, at the time -- at the onset of the hair

4  loss.

5      Q     And so what was there to talk to Dr. Thompson

6  about in terms of the timing?

7      A     The onset of the symptoms.

8      Q     What -- what do you mean by that?

9      A     In other words, when -- when did -- when did

10 adjustment symptoms begin.

11     Q     And why did you talk to him about that?

12     A     Again, it was something that was mentioned in

13 Dr. Spiegel's report.

14     Q     Well, did you want to know what his opinion

15 was on that?

16     A     I -- I -- I just wanted to know what he had

17 found out about that.

18     Q     Were you struggling with trying to determine

19 when symptoms had begun?

20     A     No.  I -- I had an idea that -- that the

21 symptoms began sometime after the hair loss -- after

22 the onset of the hair loss, but, you know, there

23 were -- there were some questions about exactly when,

24 and so we were, you know, trying -- and Dr. Thompson, I

25 think, was looking into that, and I had question -- I

Page 53

1    asked him about that.

2        Q    And this is all in your conversation with him

3    yesterday?

4        A    Yes.

5        Q    And what -- what time did you talk with him

6    yesterday?

7        A    I don't remember.

8        Q    Well, did you two reach a conclusion as to

9    the timing of the onset of the symptoms yesterday?

10       A    I'm not sure because I -- I had some

11   additional questions myself about that and -- I -- I

12   wanted to get clear on . . .

13       Q    And what were the additional questions that

14   you had?

15       A    Well, I -- the -- those are -- that's in

16   my -- that's in my handwritten notes that you have

17   here, which is when did those symptoms, the -- the

18   anxiety being in public, the lack of comfort being in

19   public, fear of being approached, avoidance of social

20   contact, when did those symptoms begin.

21            And -- and -- and she told me that they

22   began -- it began immediately with the hair loss.

23       Q    And this is just what you learned this

24   morning?

25       A    That -- that became -- there was suggestive

1    information -- there was information kind of -- that

2    was pointing in that direction, but I asked a clearer

3    question this morning.

4        Q    And I -- what I'm confused about is that you

5    issued your report over a year ago with your diagnosis,

6    and why are you just this morning trying to find out

7    when her anxiety symptoms began?

8        A    Well, because -- well, the history that I

9    have I -- that I had at the time of my interview was

10   sufficient, in my view, to make a diagnosis of

11   adjustment disorder.

12            And her presentation to me was quite clearly

13   someone who had an adjustment disorder, but there's --

14   you know, the -- questions about that raised by your

15   expert, Dr. Spiegel, and I think you asked some

16   questions about that too, and so I just wanted to get

17   more precise information.

18       Q    You said you also talked with Dr. Thompson

19   about psychiatric treatment for Ms. Earnest?

20       A    Yes.

21       Q    And tell me briefly about that discussion.

22       A    I think there was -- in the last deposition,

23   I don't think I knew why she had not gotten treatment

24   that I had recommended, and -- and may- -- I think

25   Dr. Thompson had also recommended some cognitive

1   Dr. Thompson's -- one of Dr. Thompson's depositions.   I

2   don't remember which one.  But, I mean, I had -- I

3   knew -- I had known it already.  I was also kind of

4   going over Dr. Thompson's information on that in -- in

5   anticipation of my being asked about it in my own

6   deposition.

7        Q    Now, you said you also talked to him about

8   treatment for alopecia?

9        A    Yes.

10       Q    Tell me about that discussion.

11       A    I -- he -- he wasn't sure about that.  I --

12  I -- I can't remember where I saw it, but I know that

13  that -- that had been a question.  I think that's an

14  important question, why she di- -- did not get

15  treatment for alopecia.

16            And that's part of why I called her this

17  morning.

18       Q    And he said that he didn't know why she

19  hadn't gotten treatment for alopecia?

20       A    I don't remember if he said that exactly,

21  but -- but my conversation with him didn't make me --

22  didn't help me to be as clear as I wanted to be.

23       Q    All right.  And you said that you thought

24  that was an important question to have answered?

25       A    Yeah.  You know what, now that -- I'm sorry.

Page 57

```
 1   I meant, it's -- I'm sorry.  It's coming back to me
 2   now.
 3            He -- he did say similar things, actually.
 4   He said that she thought there might have been another
 5   medication contributing, and that she thought that her
 6   hair was going to come back.
 7            And I think some of that was mentioned in his
 8   second deposition, if I'm not mistaken, and -- and so I
 9   just wanted to kind of get, you know, kind of a direct
10   clear answer about that.
11       Q    Do you recall anything else from your
12   discussion with Dr. Thompson yesterday?
13       A    No.
14       Q    Have -- have you talked with Dr. Thompson on
15   any other occasion since his second deposition?
16       A    I mean, I talked --
17            MR. EXNICIOS:
18                Objection to the form.  Asked and
19            answered.
20       A    I mean, I talked -- you know, I talked to
21   him, you know, every so often, probably -- sometimes
22   once or twice a week on various things, and I -- and I
23   know -- and since we are both in this case, I have
24   talked with him off and on about the issue -- some
25   things in the case.
```

1      A    Those conclusions.

2      Q    And on the next page, there's a heading that

3   says "Social-Emotional Functioning."

4      A    Yes.

5      Q    You see that?

6           And it says that Ms. Earnest was interviewed

7   and was administered the MMPI.

8      A    Two, yes.

9      Q    MMPI-2?

10     A    Yes.

11     Q    And is the MMPI-2 used to assess functional

12  and emotional functioning?

13     A    Yeah.  I mean, it's a -- it's a test --

14  basically, it's a system survey.  They -- they -- you

15  sometimes called it a "personality test."  It's not

16  really a personality test.  It's really a -- it's a

17  survey of some typical emotional and psychological

18  symptoms.

19     Q    And the nature of the test is questions that

20  are answered by Ms. Earnest?

21     A    So the nature of the test is there's

22  questions, and all of the questions are true/false

23  answers.  And I think there's 566 of them.  It's a

24  bunch -- 566?  It's 360 -- yeah, it's 566.  There's a

25  bunch of them.

1   typical patients do, a wider variety of symptoms than

2   patients typically do.  Those -- those patterns

3   would -- tend to be associated with exaggeration of

4   symptoms.

5           They also look at whether patients are

6   minimizing or denying certain kind of psychological

7   problems, like whether they're defensive in response to

8   the test questions.

9           There's measures of whether or not -- there's

10  one measure of whether or not people are exaggerating

11  physical complaints, you know, by looking at how

12  diverse the physical complaints are.

13          So those are some of the things that the

14  validity scales do.

15     Q    So with respect to the clinical scales and

16  trying to find out about an individual's symptoms, is

17  that then used in making a diagnosis?

18     A    It's part of one.

19     Q    And how is it part of one?

20     A    Well, it's -- it's a data point.

21     Q    What do you mean by that?

22     A    What I mean is that when you're making a

23  diagnosis, you consider multiple data points:  What the

24  person says; the medical records and history; the test

25  data; the -- the reports of collaterals.  And it's one

Page 64

1  of many data points.

2     Q    So you look at what the individual says to

3  you in an interview?

4           MR. EXNICIOS:

5               Objection to form.

6     A    Yes.

7  BY MS. SCHULTZ:

8     Q    And the medical records, the test data, and

9  then you said one other thing?

10          MR. EXNICIOS:

11              Objection to the form.

12    A    The -- the interview, test data, reports of

13 collaterals.

14 BY MS. SCHULTZ:

15    Q    Oh, right.

16    A    Yeah.

17    Q    And does the test data provide you with a --

18 with objective information?

19    A    I mean, it's an effort at object- -- you

20 know, it's an effort at objectifying something that's

21 subjective, which is a patient's feelings and -- and --

22 and -- and feelings about certain symptoms, and so, you

23 know, it's a -- it's a -- it's a way of measuring those

24 symptoms.

25              I don't know if it's fully objective because

1  is anxiety.  You know, the -- the Scales 1 and 3

2  measure physical symptoms and are thought to reflect,

3  you know, at certain elevations psychological

4  complication or somatization of physical symptoms.

5       Q    So let me ask you about the D scale,

6  Depression Clinical scale.  She scored a 55.

7       A    Right.

8       Q    Correct?

9       A    Yes.

10       Q    And that was in the normal range; correct?

11       A    Yes.

12       Q    And then on the scale of -- you said PT was

13  anxiety?

14       A    Yes.

15       Q    Pt, she scored a 59; correct?

16       A    Yes.

17       Q    And that was in the normal range?

18       A    Normal average -- yeah.

19       Q    Right.

20       A    Or not elevated, right.

21       Q    Right.

22       A    Av- -- within normal limits, right.

23       Q    And what is scale "Si"?

24       A    Social Isolation.

25       Q    Is it social introversion?

Page 70

1      A     Could be social introversion.

2      Q     Okay.  And her score on social introversion

3   was a 54?

4      A     Right.

5      Q     And what is social introversion?

6      A     I think that -- that reflects feelings of

7   isolation.

8      Q     And so with her depression, anxiety, and

9   social introversion scores all being within the normal

10  range, what -- what did that tell you?

11     A     Just that she doesn't have higher scores on

12  those scales than other people her -- you know, her

13  age.

14     Q     How did that impact your assessment of her?

15     A     Well, that's already kind of in -- as -- as

16  some people like to say, "cooked in the cake."  That's

17  already in my report.  You know, I included that in

18  my -- in my, you know, assessment, in my diagnosis.  In

19  fact, it's described in and even integrated in my -- in

20  my summary.

21     Q     Well, does the fact that she has normal

22  scores on these clinical scales impact whether or not,

23  in your opinion, she's suffering from an adjustment

24  disorder?

25     A     Well, so I don't think she's suffering from

1      A    I mean, some of it is covered by the clinical

2    scales, but they're -- it's kind of supplemental

3    information, I think you could say.

4      Q    Does it give you more precise information

5    about symptoms?

6      A    I wouldn't say that.

7      Q    Well, let's look at some of the scales, then.

8           The first one, "ANX," is that anxiety?

9      A    I think so.

10     Q    And her score was a 59, within the normal

11   range; correct?

12     A    Yes.

13     Q    Great.  And then what about LSE?  Is that

14   "low self-esteem"?

15     A    I think so.

16     Q    A high score on that would mean someone might

17   have a low opinion of themselves or lack

18   self-confidence?

19     A    Yes.

20     Q    And her score on that was a 52?

21     A    Yes.

22     Q    In the normal range; correct?

23     A    Right.  Not elevated, right.

24     Q    And "SOD," is that social discomfort?

25     A    I think so.

1      Q    Would those -- that reflect individuals that

2   prefer to be by themselves, or dislike parties or group

3   events?

4      A    Yeah.  I -- I think that's the case.

5      Q    And her score on that was a 49?

6      A    Yes.

7      Q    And is that a normal range?

8      A    Yes.

9      Q    And then there are additional scales, the

10  Harris-Lingoes Scales; right?

11     A    Yes.

12     Q    And then you'll see down here the "Social

13  Introversion Subscales"?

14     A    Yes.

15     Q    And those are subscales that reflect

16  shyness/self-consciousness; correct?

17     A    There's -- there's one that does, yeah.

18     Q    And that, she was normal; correct?

19     A    Yes.

20     Q    She wasn't reporting any symptoms that were

21  heightened; correct?

22     A    Correct.

23     Q    And "Social Avoidance" --

24     A    Right.

25     Q    -- her score was a 47.  That's normal;

Page 76

1    correct?

2         A    Yes.

3         Q    And so she was not reporting symptoms of

4    social avoidance; correct?

5         A    Correct.

6         Q    And then, "Alienation of Self and Others,"

7    normal range; correct?

8         A    Yes.

9         Q    And then if you look under the "Content

10   Component Subscales," looked at much -- there's

11   depression subscales, and she's in the normal range of

12   all of these; correct?

13        A    Yes.

14             I mean, just to be clear -- and typically

15   with a normal profile, with a -- with no elevations on

16   the clinical scales, you really wouldn't even look at

17   most of these.

18        Q    Okay.

19        A    Because the -- the profile itself is within

20   normal limits.

21        Q    Well, if -- let's look further on the

22   "Content Component Scales."

23        A    I mean, yeah, I'm --

24        Q    There's a -- there's a scale for "Antisocial

25   Practices"; correct?

1      A     Yes.

2      Q     And it's for "Antisocial Attitudes" or

3   "Antisocial Behavior"?

4      A     Correct.

5      Q     And her reporting of -- of symptoms was

6   normal in that respect; correct?

7      A     Yeah.  That may not be what you think it is,

8   though.  I mean, that's not just, like, avoiding social

9   contact.  That means antisocial like in the sense of

10  antisocial personality, like a criminal.

11     Q     Okay.

12     A     So -- so it -- that -- she doesn't have

13  those -- those antisocial --

14     Q     What about --

15     A     -- attitudes and behavior.

16     Q     -- if you look down three of -- there's the

17  "Social Discomfort Subscales."

18     A     Yes.

19     Q     "Introversion"?

20     A     Yes.

21     Q     Correct?

22           And her -- the symptoms she's reporting there

23  are all within the normal range; correct?

24     A     Yes.

25     Q     Now, in your report, you stated that the --

Page 78

1       A    Are we back to the report now?  Can I set
2  this aside?
3       Q    Yeah.  Set that aside.
4            On the last page of the report, you state
5  that patient "does not show elevations on measures of
6  psychological distress on psychological testing";
7  correct?
8       A    Where am I -- where are you?
9       Q    I'm on page 10 of your report, the last page.
10      A    Okay.
11      Q    Second paragraph.
12           "The patient" --
13      A    Yes.
14      Q    -- "generally denies severe emotional" --
15      A    Right.
16      Q    -- "sequelae and does not show elevations on
17  measures of psychological distress on psychological
18  testing"; correct?
19      A    Correct, yes.
20      Q    And so do you agree that the objective test,
21  the MMPI, showed no elevated anxiety?
22      A    Yes.
23      Q    And no mental health issues?
24      A    I don't know about mental health issues, but
25  it doesn't show any -- doesn't show any symptoms of --

Page 79

1   the -- the -- the testing doesn't show any elevated

2   levels of emotional, psychological symptoms.

3        Q    And so with respect to her scores on scales

4   such as the social discomfort scale or the introversion

5   scale, the anxiety scales, how -- how do you -- how do

6   you use that information in analyzing Ms. Earnest?

7        A    Well, I did use it to analyze her.  I mean,

8   I -- you know, I -- as you noted there in my summary, I

9   said, "She doesn't show elevations of measures of

10  psychological distress."

11           You're asking now specifically about social

12  introversion, which I understand seems different

13  than -- than her reports, and it is somewhat different.

14  Now, it's two different -- very different ways of

15  measuring that.

16           And the interview is much more specific, and

17  that's why you use multiple different, you know,

18  sources of information or data because you try to look

19  at it from multiple different stand- -- you know,

20  perspectives and multiple -- we're using multiple

21  different methods.

22           And, you know, the -- the -- using this

23  method, she doesn't show elevations.

24        Q    So when you said, you know, this is different

25  than her report --

Page 82

1      Q    Well, are symptom validity measures from the

2   testing?

3      A    Well, both performance validity measures and

4   symptom validity measures are from testing.  Symptom

5   validity measures have to do with symptom reports;

6   whereas, performance validity measures have to do with

7   measure of some ability, like memory or concentration.

8      Q    But so when you say, "Altogether, malingering

9   was not diagnosed," you're making that statement based

10  on her testing?

11     A    Well, it's not just her testing.  I mean, we

12  consider other things as well.  We considered -- you

13  know, we would look at inconsistencies, you know, in

14  her report, and -- and records, and so on.

15          But, again, the methods that we used, the --

16  to make a diagnosis of malingering, the testing is

17  weighted a little heavier.

18     Q    Well, and -- and her testing showed that she

19  was reporting no symptoms of heightened anxiety or

20  social introversion; correct?

21          MR. EXNICIOS:

22              Objection to the form of the question.

23     A    It -- it did show that, yes.

24  BY MS. SCHULTZ:

25     Q    And so that the -- when you -- the testing

Page 83

1    also showed that her responses to the testing were

2    valid; correct?

3        A    Yeah.  That she didn't show any evidence of

4    exaggeration or -- or -- or -- or even, I don't think,

5    minimization of symptom complaints.

6        Q    Now, you said that in addition to looking at

7    the testing in terms of malingering, that you also look

8    for inconsistencies in the records?

9        A    I mean, we -- we look at things other than

10   testing.  And -- and, yeah, I mean, some

11   inconsistencies would be -- are considered.  And, yeah,

12   I did consider other inconsistencies, but --

13       Q    Were there --

14       A    But -- but, again, with these methods, both

15   the Slick method and the one that we published, the

16   testing weighs heavier.

17            And the testing -- I mean, for court

18   purposes, the testing has -- has, you know, error rates

19   and so on, so it meets evidentiary standards more

20   than -- more than, you know, just, you know,

21   inconsistencies do.

22       Q    Did you note inconsistencies in the records?

23       A    I -- you know, there -- there was -- there

24   were not much in the way of inconsistencies in the

25   records.  There were some of the family members -- I

1  though, is it a factor in your evaluation that there

2  was a difference between her MMPI reported symptoms and

3  the symptoms she reported to you in your evaluation?

4       A    I mean, it's a factor that -- that -- but

5  it's different methods, and so it may not even be

6  comparable, but -- but it is -- you know, it is

7  something that I considered.

8       Q    But you agree that the MMPI is a reliable

9  method for determining a -- an individual's emotional

10  symptoms; correct?

11            MR. EXNICIOS:

12                 Objection to the form of the question.

13       A    Yeah.  I mean, it's -- it's reliable, uh-huh;

14  yes.

15  BY MS. SCHULTZ:

16       Q    And it's something that you rely on a lot of

17  the time --

18       A    Yeah.

19       Q    -- correct?

20       A    I do.

21       Q    How often do you have an MMRI -- M -- MMPI

22  test done on individuals that you evaluate?

23       A    Al- -- almost every time.

24       Q    Okay.

25       A    I -- I give MMPI and -- and, you know, either

Page 92

1    was the reason for your call this morning.

2        A    Oh.

3        Q    But --

4        A    Okay.  I'm sorry.

5        Q    -- in terms of your --

6        A    I'm sorry.  My bad.

7        Q    -- you wanting to have a second telephone

8    interview, the one you did on April 4, 2019, why did

9    you want to have that second interview?

10       A    To clarify some things.

11       Q    And what was it you wanted to clarify?

12       A    I wanted to clarify for -- for one, the issue

13   of how the symptoms were impacting her social --

14   socially, and how much or how -- how she was avoiding

15   social activities or opportunities because of these

16   feelings.

17            That was one of the things I wanted to

18   clarify with her.

19       Q    All right.  Anything else?

20       A    That was probably the main thing.  I mean,

21   I -- I wanted to, you know, get -- you know, just kind

22   of hone in further on the symptoms that were -- that

23   were being reported and how they related to social --

24   you know, missing social opportunities.

25       Q    Okay.  Well, when you say you wanted to

1  clarify how the symptoms were impacting her socially,

2  was there -- was there a medical record you read or

3  deposition testimony or -- or other information that

4  you reviewed after you issued your report that you

5  needed clarification on?

6      A    I -- I didn't -- I don't feel that I needed

7  clarification.  I felt that my diagnosis was

8  appropriate and solid.  I just wanted some additional

9  information to clarify some of the issues related to

10  the diagnosis.

11          And, yes, there were questions raised in my

12  depositions, questions raised in Dr. Thompson's

13  deposition, and issues raised in the report of

14  Dr. Spiegel.

15      Q    You -- on -- with respect to your notes, can

16  you -- the very first line, does that say, "Give

17  example of" --

18      A    -- "of psych effect."  "Gives example,"

19  meaning that she --

20      Q    Oh.

21      A    -- she gives an example, like she started the

22  conversation with that.

23      Q    And is that what you asked her to do, to give

24  her examples?

25      A    No, I didn't.  I -- I -- I said, "I'm --

Page 101

1    original question is, for the most part, there's no

2    complaints about mental emotional problems in the

3    records that I looked at.

4         Q    Well, you say, "for the most part, there's no

5    complaints" --

6         A    Oh, I see.

7         Q    -- about problems.

8         A    Okay.

9         Q    Do you agree that you didn't find any

10   corroborating evidence of any of the symptoms she's

11   reporting in any of her medical records?

12        A    Yeah --

13             MR. EXNICIOS:

14                  Objection to the form of the question.

15        A    Generally, yes.  I'm sorry.  You don't like

16   "generally" your -- quite in answers.  Yeah, you're

17   going to ask me five more questions because I said

18   "generally."  So I'm going to stop using the word

19   "generally."

20   BY MS. SCHULTZ:

21        Q    Well, let me ask you the question, then,

22   again.

23             Do you agree that in your review of all of

24   her medical records, you did not find any corroborating

25   evidence of the symptoms that she is reporting?

Page 102

```
 1        A    Yes.  I --
 2             MR. EXNICIOS:
 3                  Objection to the form of the question.
 4        A    I can't -- I can't remember any right now.
 5   BY MS. SCHULTZ:
 6        Q    The symptoms that she is reporting to you in
 7   her initial evaluation and in her April 4 telephone
 8   conversation, it's your opinion that those rise to the
 9   level of significantly impacting her functioning?
10        A    Yes.  I think it's a social impairment.
11        Q    Wouldn't you expect an impairment that rises
12   to that level of significantly impairing her social
13   functioning to be reflected in her testing?
14        A    No, not necessarily.  Different way of
15   getting at the information.
16        Q    Well, most of the time, if someone is
17   reporting symptoms, social symptoms like this that are
18   being reported to you in the interview and in this
19   telephone interview, you're going to see some evidence
20   of that in the MMPI -- responses to the MMPI questions,
21   aren't you?
22        A    I don't know.  I'm not sure that you would
23   most of the time.  I mean, you certainly could.  Again,
24   they're data points.  They're different -- different
25   methods of getting at -- at information.  And, so you
```

Page 122

1       A     But -- but -- and, look, I'm not trying --

2       Q     Right.

3       A     -- to be impolite, but you're -- you're

4    asking for memory about a pretty vast record, and --

5    and -- and, you know, even in the moment.

6           And so, I mean, you can do that if you want,

7    and I'll do the best I can, but if you have -- if you

8    have a record, my preference would be to look at the

9    record.

10      Q     What is -- when you called Ms. Earnest this

11   morning, what was your understanding about what she had

12   told Dr. Thompson about Arimidex and her hair loss?

13      A     That -- that -- that may have been an

14   explanation for the on- -- ongoing hair loss, and that

15   that would have been a reason why she didn't seek

16   treatment for hair loss because she had something to

17   attribute it to.

18      Q     Because he -- he asked her, "Why have you

19   never sought treatment"; correct?

20      A     Yes.

21          Treated for alop- -- you're talking about

22   treatment for alopecia versus mental illness?

23      Q     Treatment for her hair loss.

24      A     Correct.  He did ask her that, as did I.

25      Q     And -- and you asked the same question?

Page 123

1      A     Similar question.

2      Q     Okay.  And let's turn to your notes, then.

3   We've marked those as Deposition Exhibit 28.

4      A     Right.

5      Q     Why don't you -- to start with, why don't you

6   just read these notes into the record for me.

7      A     Okay.  Sure.

8            "Why no treatment for alopecia?  Thought hair

9   was coming back and other medicine causing hair loss.

10  Adjustment diagnosis symptoms began immediately in hair

11  loss" -- "with hair loss.  Lack of comfort/anxiety in

12  public, fear of being approached, avoidance of social

13  contact.  Felt more about it once realized

14  permanent" -- "felt worse about it," I'm sorry --

15  that's why you want it read into the record -- "felt

16  worse about it once realized permanent.  Believe hair

17  loss permanent, so treatment for hair loss won't work."

18     Q     All right.

19     A     "Believe hair loss permanent" -- I'm sorry,

20  "Believe hair loss permanent now, so treatment for hair

21  loss won't work."

22     Q     And you said that -- that the question at the

23  top of the page here, "Why no treatment for alopecia?"

24  That was your question to her?

25     A     Yes.

Page 124

1      Q     And you thought that was an important

2   question?

3      A     I do.

4      Q     And is that because if something was

5   bothering her to the extent she's reporting, you'd

6   wonder why hadn't she gone to get treatment for it?

7      A     No.  Because if -- if she didn't get

8   treatment for it and -- and didn't -- it -- the -- the

9   lack of treatment for alopecia raises some concern

10  about alopecia in the sort of forensic context; in

11  other words, that she became more concerned about it

12  just because of the forensic environment.  And

13  that's --

14     Q     Because she had filed a lawsuit?

15     A     Yes.

16           And -- and so that raises that concern, not

17  getting treatment beforehand.

18     Q     Does the fact that she never mentioned her

19  hair or hair loss to any of her treating physicians

20  until after she filed the lawsuit concern you?

21     A     Yes.  All -- all of that concerns me.  I

22  think I understand better why she didn't do that

23  before, why she didn't do that at the time.

24     Q     And what is that you understood --

25           MR. EXNICIOS:

Page 125

1                   Well, wait.  He's not finished.

2              MS. SCHULTZ:

3                   Oh.

4              MR. EXNICIOS:

5                   Please finish, Doctor.

6         A    I mean, I -- I said I think I now understand

7    why after talking to her more.  But, yes, that's --

8    that's part of my concern.

9    BY MS. SCHULTZ:

10        Q    And if -- if she had no reason for not

11   seeking the treatment and not raising the issue in

12   medical records until after filing the lawsuit, explain

13   to me why that causes you concern.

14        A    Yeah.  I think -- I don't know.  The way you

15   asked the front of that question was funny.

16        Q    All right.

17        A    So why don't we try another question.

18        Q    You said that the fact that she didn't

19   complain of hair loss to any of her treating physicians

20   until after she filed the lawsuit was a cause for

21   concern?

22        A    Yes.

23        Q    And why was that a cause for concern?

24        A    Because it -- it -- it raises the question

25   that the -- her -- her complaints about alopecia and

1   even her emotional complaints about alopecia arose

2   entirely in the context of the lawsuit.  And that would

3   mean that they were -- that would raise suspicions

4   about the validity of those symptoms.

5        Q    The validity of the symptoms she's reporting

6   to you?

7        A    Well, her concern about the alopecia and

8   the -- and the importance of alopecia in the symptoms

9   that she's reporting to me.

10        Q    And you said that you resolved some of that

11   concern based on what she told you in this conversation

12   this morning?

13        A    Yes, I think so.

14        Q    And how -- how was -- how did that resolve

15   some of that concern?

16        A    So my -- my understanding is now that she

17   basically didn't really appreciate the fact -- despite

18   that it had been going on for a number of years, like,

19   say -- like, five years or so, that she didn't really

20   appreciate the fact that it was going to be permanent

21   until she learned from -- I guess it was her

22   brother-in-law or some family member with a last name

23   with a "J" in it, that -- that -- you know, that that

24   drug that she had taken, I mean, that she had

25   administered to her or that she, you know, whatever,

Page 127

1    was -- was part of her treatment, that that -- that

2    docetaxel, Taxotere, could cause permanent hair loss.

3            So she was attributing it to other things,

4    and -- and -- and that attribution, I mean, and maybe

5    also she was also -- she was attributing it to this

6    other drug, the Arimidex.  And then she was also kind

7    of still thinking that maybe it was going to come back.

8    I guess that was what was going on in her mind and

9    that's why she didn't get -- that's my understanding of

10   it.

11        Q    So was she attributing the hair loss to the

12   Arimidex up until the time she saw the commercial and

13   talked to the attorneys?

14        A    Look, my understanding is that --

15             MR. EXNICIOS:

16                  Objection to the form of the question.

17        A    My -- my understanding is, is that she didn't

18   understand that the -- that she took -- that she was

19   administered a drug for chemotherapy that could cause

20   permanent hair loss until she heard about that stuff.

21             And that's the key issue is that the -- it's

22   not that she spoke to attorneys exactly.  It's that --

23   it's that that's when she finally found out.

24   BY MS. SCHULTZ:

25        Q    And -- and --

Page 130

1        Q    Did you ask her why -- even if she thought it

2   was the Arimidex, why she wasn't complaining or seeking

3   treatment for hair loss?

4        A    So my understanding was is that she just --

5   she was attributing it to that medicine and the fact

6   that she was, you know -- you know, maybe -- that maybe

7   it would still come back and that she -- you know --

8   and that she, you know, thought that that's -- was the

9   explanation, and so I -- I guess didn't think that --

10  that it -- that -- that treatment for hair loss was

11  warranted.

12       Q    And what did she say in her deposition about

13  her reason for not seeking treatment?

14       A    Yeah, I don't have that committed to memory.

15  I mean, if you want to show me a document, I'd be happy

16  to talk to you about it, but I don't -- I don't have

17  her deposition committed to memory.

18       Q    Do you -- but do you recall any -- generally

19  her testimony about why she didn't seek treatment?

20       A    Yeah, I don't -- again, you're asking me --

21  you're asking me about a document that you could show

22  me.

23       Q    Well --

24       A    And, listen, I'm happy to look at it again,

25  but -- but, I mean, if you want to show me what she

1      Q    Right.

2      A    But, look, for example, like -- like perhaps

3  her -- her -- her understanding of this has -- has

4  evolved over time.

5           So, I mean, I -- like you're not providing me

6  with information.  And it's okay.  I'm not complaining.

7  I just want to make the record clear that I'm not --

8  you know, you're asking me to comment on -- this is a

9  pretty big record.

10     Q    Let -- let me ask it --

11     A    You're asking me to comment on it from

12 memory.

13     Q    Let me ask you this:  You've read both

14 depositions of Barbara Earnest; correct?

15     A    Yeah.

16     Q    And both of those depositions have important

17 information for your analysis and opinions; correct?

18     A    Yes.

19     Q    Do you know what, if anything, Ms. Earnest

20 testified to with respect to Arimidex and whether it

21 could have been a cause of her hair loss?

22     A    Yeah, I don't have that --

23          MR. EXNICIOS:

24               Object to the form.

25     A    I don't have that committed to memory.  I

Page 133

1   don't remember that.

2   BY MS. SCHULTZ:

3       Q    Do your remember anything -- any of her

4   testimony generally about Arimidex?

5       A    I don't.

6            MR. EXNICIOS:

7                 Objection to the form.

8   BY MS. SCHULTZ:

9       Q    Do you know if she testified as to whether or

10  not she was aware that Arimidex could cause hair loss?

11           MR. EXNICIOS:

12                Objection to the form.

13      A    And, again, I don't -- no, I don't remember

14  that.

15  BY MS. SCHULTZ:

16      Q    The -- why does Ms. Earnest -- strike that.

17           Does Ms. Earnest believe her hair loss is

18  permanent because that's what she's been told by her

19  attorneys?

20      A    My -- my understanding is --

21           MR. EXNICIOS:

22                Objection to the form.

23      A    My understanding is that she believes her

24  hair loss is permanent because her -- she's had hair

25  loss for a long time now, and it isn't improving, and

 1            off the record and --

 2            THE VIDEOGRAPHER:

 3                 We're now off the record at 4:53.

 4                 (A short break is taken.)

 5            THE VIDEOGRAPHER:

 6                 We're now back on the record at 5:03.

 7   BY MS. SCHULTZ:

 8       Q    How long was your call with Ms. Earnest this

 9   morning?

10       A    Probably ten minutes.  Maybe less.

11       Q    And do your notes reflect the scope of your

12   conversation with her?

13       A    Yes.

14       Q    All right.  Was the reason you called her

15   this morning was to get an answer to that question,

16   "Why not treated for alopecia?"

17       A    Yeah, that was --

18            MR. EXNICIOS:

19                 Objection to the form.

20       A    The -- the -- I -- I didn't think the answers

21   that were in the record were clear enough or -- or, you

22   know -- and it's an important question, so I wanted to

23   get a direct answer from her about it.

24   BY MS. SCHULTZ:

25       Q    And you had read that she gave an answer to

1           And, in short, you consider the totality of

2     the data gleaned via all of the information available

3     to you in reaching your opinions; correct?

4          A     Yes.

5               MS. SCHULTZ:

6                    Object to form.

7     BY MR. EXNICIOS:

8          Q     And that's exactly what you did in

9     Ms. Earnest's case; correct?

10         A     Yes.

11              MS. SCHULTZ:

12                   Object to form.

13              MR. EXNICIOS:

14                   That's all the questions I have.  Thank

15              you very much, Doctor.

16                        EXAMINATION

17    BY MS. SCHULTZ:

18         Q     I have a couple follow-ups.

19         A     Okay.  All right.  I thought you might.

20         Q     You -- you were just asked if you considered

21    the totality of the data in reaching your opinions in

22    this case.

23              When you reached your opinion in this case in

24    April of 2018, you did not base that on a totality of

25    the data; correct?

1      A     That's correct.

2      Q     In fact, you based that on a small percentage

3   of the totality of the data?  Do you agree?

4      A     I don't -- I don't know what the exact

5   percentage was, but it was definitely -- I didn't have

6   all of the materials for sure.

7      Q     Well, we've -- we've already learned that you

8   spent about eight or nine hours reviewing depositions

9   and medical records before you issued your report and

10  came to your opinions in that report; correct?

11     A     Yes.  And that includes -- that includes

12  dictating and -- and editing that -- that stuff into

13  the report.

14     Q     And you spent around --

15           THE WITNESS:

16                Jesus.

17  BY MS. SCHULTZ:

18     Q     -- 22 to 23 hours reviewing medical records

19  and depositions after you reached your opinions and

20  issued your report; correct?

21     A     Yes.

22           MR. EXNICIOS:

23                That didn't go down right.

24           THE WITNESS:

25                Apparently not.  I thought we were going