# EXHIBIT B

Why no treatment for alopecia?

Thght hair wd grow back
+ Oth medicn caus hair loss

Adjstmt dx symptm began
immediately c hair loss (lack of comfort)
anxiety in public, fear of bng approached
Avoidance of social contact

felt worse about it once
realized permanent

Belv hair loss permanent woh
so tx your hair loss won't work

DEPOSITION EXHIBIT 28