# EXHIBIT D

```
                                                    Page 158
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   IN RE:  TAXOTERE (DOCETAXEL)          MDL No. 2740
     PRODUCTS LIABILITY LITIGATION
 6                                         SECTION: H
 7   This Document Relates To:
 8   Antoinette Durden, Case No. 2:16-cv-16635;
     Tanya Francis, Case No. 2:16-cv-17410;
 9   Barbara Earnest, Case No. 2:16-cv-17144
10   * * * * * * * * * * * * * * * * * * * * * * * * *
11
12                      VOLUME II
13
14
15         Videotaped Deposition of KEVIN J. BIANCHINI,
16   PhD, ABPN, taken at Jefferson Neurobehavioral Group,
17   2901 N. I-10 Service Road E., Suite 300, Metairie,
18   Louisiana 70002, on Wednesday, January 9th, 2019, at
19   8:34 a.m.
20
21
22
23
24   By:  Ashlee B. Ancalade
     Registered Professional Reporter
25   Job No. NJ3184809
```

1   BY MS. SCHULTZ:
2       Q   All right.  Let's -- let's get started.
3           Did you review any --
4       A   So I should also say that I have discovered
5   now that despite requesting all of the information, I
6   was not provided with all the information.  So, you
7   know, my opinions are now subject to some change once I
8   review additional information, and so my answers are
9   going to have to be couched based on current
10  information and subject to change based on review of
11  additional information.
12          And I'm just letting you know that for the
13  rest of the deposition, that's -- that's going to be --
14  you know, I found out during the deposition yesterday
15  that there was a fair number of materials that I had
16  not received.
17          So, you know, I -- I did my report based on
18  my getting all of the materials, and I didn't receive
19  all the materials.  So I'm going to want -- you know,
20  I'm going to want to look at the other materials.
21      Q   And you relied on counsel for plaintiff to
22  provide those other materials to you; correct?
23      A   Sure.
24      Q   And it's your testimony today that you need
25  to be able to review those other materials in order to