# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5            Plaintiffs,

6

7    VERSUS            CIVIL ACTION NO. 2:16-cv-17731

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-HARMA S.A.,

12           Defendants.

13

14

15

16

17

18           DEPOSITION OF BARBARA EARNEST

19

20      Taken at the Offices of Barrios, Kingsdorf &

21      Casteix, LLP, 701 Poydras Street, Suite 3650,

22      New Orleans, Louisiana, on Thursday, December

23      21, 2017, beginning at 8:42 a.m.

24

25   JOB NO. 2757174

1      Q.    I'm not saying whether it was a typo or

2   intentional.  I'm just asking --

3      A.    Yes.  I would say it would be wrong.

4      Q.    Do you mind if I finish?  I'm sorry.  I

5   just really want to make this a cleaner record.

6            Is it your opinion that your answer to

7   Number 9 in the Second Amended PFS is inaccurate?

8   MR. SCHANKER:

9            Objection, form.

10     A.    Yes.

11  MS. BIERI:

12     Q.    When do you think that you had your

13  hysterectomy?

14  MR. SCHANKER:

15           We'll go off the record when this line of

16  questioning is done.  It's time for a break.

17     A.    In the '90s, '95.

18  MR. SCHANKER:

19           All right.  Let's take a break.

20               (Off the record at 4:53 p.m.)

21               (Back on record at 5:00 p.m.)

22  MS. BIERI:

23     Q.    Mrs. Earnest, did any doctor ever talk to

24  you about the risks or benefits of Arimidex?

25     A.    Not that I recall.

1       Q.   Do you remember anybody telling you about

2   side effects of Arimidex?

3       A.   They could have.  I don't know what they

4   are right now.

5       Q.   What doctors have you talked to about

6   Arimidex?

7       A.   Well, to me, it would be only the doctor

8   that prescribed the medicine.

9       Q.   Well, you've had two doctors prescribe

10   that medicine, correct?

11       A.   Well, she only prescribed it -- kept me

12   on it because I was already on it, and you can't

13   get off of it once you get on it.

14       Q.   It's your opinion that once you start

15   taking Arimidex, you can never stop?

16       A.   Well, they -- on the bottle -- well, I

17   was even told one time, do not skip a dose.  So

18   Dr. Carinder prescribed it first.  So that's when

19   I'm saying, it would be him to tell me about that

20   medicine, and I'm sure he did.  I just don't

21   remember what he told me, is what I'm trying to

22   say.

23       Q.   You have no recollection of any potential

24   side effects of Arimidex that he might have told

25   you about?

Page 290

```
 1      A.   No.
 2      Q.   And have you ever had any discussions
 3   with Dr. Collins-Burow about Arimidex?
 4      A.   No.  Just that she was going to keep me
 5   on it for another five years.
 6      Q.   That's a discussion.  Can you tell me
 7   about that discussion?
 8      A.   That's all she said, she was keeping me
 9   on it for another five years --
10   MR. SCHANKER:
11           Objection to form.
12      A.   -- before I get off of it.
13   MS. BIERI:
14      Q.   Do you remember anything else she said?
15      A.   No.
16      Q.   Did she discuss why she wanted to keep
17   you on it for another five years?
18      A.   To help prevent the cancer.
19      Q.   Did she discuss any risks of continuing
20   to take Arimidex for another five years?
21      A.   No.
22      Q.   Have you ever read anywhere, in any
23   document, any of the potential side effects of
24   Arimidex?
25      A.   No.
```

Page 291

1    Q.   Have you ever thought it possible that
2  Arimidex is contributing to the condition, the
3  current condition of your hair?
4    A.   No.
5    Q.   But you've never done any research on it
6  either, correct?
7    A.   No.
8    Q.   You've always thought the condition of
9  your hair was related to chemotherapy, correct?
10    A.   Correct.
11    Q.   Mrs. Earnest, when you are in front of a
12  Jury, I want to know what you are going to ask the
13  Jury for.
14  MR. SCHANKER:
15          Objection, form.
16    A.   I'm not going to ask the Jury for
17  anything that I know of.
18  MS. BIERI:
19    Q.   Are you going to ask the Jury to award
20  you damages in the form of money in this case?
21    A.   I would -- I wouldn't ask them that.  I
22  would leave that up to the Judge to decide
23  something like that, if he thinks I should be
24  awarded some kind of -- I don't think I want to
25  put -- you can't put a value on your hair.