UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

### ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit C to its Supplemental Memorandum in Support of Motion to Exclude Expert Testimony of Dr. Kevin Bianchini Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit C (Rec. Doc. 7320-3) UNDER SEAL.

New Orleans, Louisiana, this 4th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE