# Exhibit A

Jerry Shapiro, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3                        - - -

 4    IN RE: TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY           MDL No. 2740

 6    LITIGATION                   SECTION: "H"

 7                                 JUDGE MILAZZO MAG.

 8                                 JUDGE NORTH

 9    This document relates to:

10    All cases

11                        - - -

12                   May 19, 2019

13                        - - -

14            Videotaped deposition of

15    JERRY SHAPIRO, M.D., held at Dechert, 1095

16    Avenue of the Americas, New York, New

17    York, commencing at 9:30 a.m., on the

18    above date, before Marie Foley, a

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public.

21                        - - -

22              GOLKOW LITIGATION SERVICES

23         877.370.3377 ph | 917.591.5672 fax

24                  Deps@golkow.com
```

Jerry Shapiro, M.D.

1          A.    We do because we have some
2    mechanisms of action of some of these
3    chemotherapeutic agents.  Some involve
4    spindles forming.  Some cause -- change
5    the phase of growth.  So there -- there
6    are all sorts of mechanism of action
7    because these drugs are used for cancer,
8    which are rapidly dividing cells, okay.
9    And so we target drugs that kind of change
10   these high turnover cells.  They're
11   rapidly dividing.
12             In the body, there are own --
13   there are two very fast-growing cells.
14   The mitotic index is very high.  These are
15   bone marrow and hair.  And that's why
16   people lose hair when they are given a
17   chemotherapeutic agent, because the
18   mitotic index, it's changed.  The hairs
19   can't grow quickly, and so, because the
20   cancer can't grow quickly.  We're trying
21   to stop the cancer from growing.  So we
22   try to change things that -- that pre --
23   we try to slow down mitosis significantly.
24        Q.    And is that the etiology and

1    pathogenesis then of anagen effluvium?
2       A.   We feel that that is.  It must
3    be something to do with that.
4       Q.   Has that been scientifically
5    confirmed?
6       A.   I don't think anything's been
7    scientifically confirmed, but we know
8    temporally, when we give these
9    chemotherapeutic agents that the hair
10   falls out.  So the chemotherapeutic agent
11   is involved.  How exactly it's involved,
12   we have some theories on mechanisms, but
13   we don't really know.  But the main thing
14   is to get the cancer from stop growing.
15   And, so, by doing that, anything that's
16   rapidly dividing in the scalp, or in the
17   body, not just the scalp, is going to be
18   altered in some way.
19       Q.   I think we've covered alopecia
20   areata a bit, but --
21       A.   Yeah.
22       Q.   So, at this point, do you think
23   that there is sufficient scientific
24   knowledge about the pathogenesis of

1   alopecia areata so it can be
2   scientifically described?
3       A.   We know that a certain pathway
4   is involved because these JAK inhibitors
5   work on, let's say, 60 percent of people,
6   but they don't work on everybody either.
7   So there may be other mechanisms of
8   action.  So it's not just the JAK pathway.
9           So, there -- we really don't
10  have a great feel for why people have
11  this.  I mean, there are all sorts of
12  theories about vaccinations, infections in
13  the mouth, all sorts of theories, but
14  nobody's really proven why people get it.
15  There is a genetic component to it because
16  it does run in certain families, but we
17  don't really understand the trigger.  A
18  lot of people like to put stress on it,
19  but there isn't enough evidence for that.
20      Q.   I understand that one of the
21  treatments of alopecia areata is actually
22  to invoke a contact dermatitis.
23      A.   Yes.  I helped pioneer that,
24  actually, in North America.  I did not

1  invent it.  It came from Europe and we
2  started using it in North America.  And I
3  was the first to use it, kind of, in
4  Canada.  Published a lot on it.  Tried to
5  find out the mechanism of action.
6          We really don't really know how
7  it works.  We think it works by antigenic
8  competition, by creating another thing
9  that you're allergic to that your body
10 attacks and so diverts away from the hair,
11 because we consider alopecia areata your
12 own reaction to your own hair.  So if we
13 can dilute the immune cells in that area
14 to make the hair grow, we can do that with
15 diphenylcyclopropenone, DPCP, which I've
16 published extensively on.
17     Q.   So, do you know how that works
18 on the cellular level?
19     A.   We only have theories that it's
20 antigenic competition, that we feel that
21 we're diverting or diluting cells that are
22 going against the hair follicle and now
23 they're concentrating on this new thing.
24          It's like poison ivy, almost.

Jerry Shapiro, M.D.

1    It's like -- it's not poison ivy, but it's
2    like that.  If you probably put poison ivy
3    on the scalp, you know, at a certain
4    concentration, you have to know how
5    much -- you know, probably it would -- it
6    would probably give you the same result,
7    to some extent.
8              Again, it doesn't work in
9    everybody either.  But it work -- it
10   worked in around 70 percent of people who
11   had a little bit of hair.  I mean, who had
12   even just a little bit.  When somebody's
13   totalis universalis, it doesn't work that
14   well.
15        Q.   So, these -- as we've gone
16   through them, the anagen effluvium, the
17   telogen effluvium, the -- certainly the
18   androgenic -- androgenetic alopecia, the
19   process by which hair is lost on a
20   cellular level is still largely
21   theoretical and unknown?
22        A.   Androgenetic, yes.  Alopecia A,
23   yes.  Even telogen or anagen effluvium, we
24   don't -- we know there's a temporal

1  relation to all sorts of things.  We know
2  that it's creating havoc to mitosis, okay,
3  when it comes to chemotherapy, okay,
4  'cause you want to slow down mitosis, but
5  we don't understand fully how it does it,
6  but we assume that it has something to do
7  with slowing down the mito -- we're
8  talking about chemotherapy.  Slowing down
9  the -- the cell division within the hair
10 follicle.
11      Q.   Okay.
12           Who -- who is doing research on
13 causes of alopecia at the cellular level?
14      A.   There is a scientist who is
15 studying the genetics and then, hence, the
16 cellular.  She works at Columbia and her
17 name is Angela Christiano.
18      Q.   Are you friends?
19      A.   Yes.
20      Q.   And why -- why is it important,
21 ultimately, to learn the cell -- the cause
22 of these conditions on a cellular level,
23 which I understand are not known now?
24      A.   Well, if you understand things

1   emotional reaction to loss of hair; are
2   you not?
3       A.   Of course.  I am very well-aware
4   of that.
5       Q.   And I could haul a bunch of
6   studies up here and none of that would be
7   a surprise to you to show that there's a
8   very strong emotional effect from having
9   your hair not come back, whatever the
10  cause.
11           Right?
12      A.   Again, it's the degree of hair
13  loss that has a lot to do with it as well
14  'cause sometimes there's hair loss, but
15  it's not as -- yet it's not perceptible to
16  the rest of the population.  It all
17  depends on the degree of hair loss.  But
18  of course it is an emotional factor, no
19  question.
20      Q.   Doctor, are you an expert in
21  stem cells?
22      A.   I know about stem cells.  I am
23  not an expert.
24      Q.   Have you ever published an

1    article -- I couldn't find one.  I'm not
2    trying to trick you, once again.
3            Have you ever published an
4    article, a research article, about stem
5    cells?
6        A.   No.
7            I don't routinely order stem
8    cell stains at all.
9        Q.   Have you ever ordered a
10   cytokeratin-15 stain?
11       A.   No.
12       Q.   Have you ever ordered a Ki-67
13   stain?
14       A.   No.
15       Q.   I'm not getting into the
16   individual nature of the report here
17   because we're not going to get into the
18   patient-specific nature of the report.
19       A.   Sure.
20       Q.   But you did author a
21   supplemental report about some stem cell
22   staining that was done by Dr. Thompson;
23   did you not?
24       A.   I wrote something.

```
 1        Q.    Okay.
 2        A.    I'd need to see it again.
 3        Q.    Would you hold yourself out to
 4   be an expert in either cytokeratin-15
 5   staining or Ki-67 staining?
 6        A.    I am not an expert in that at
 7   all, but I know it defines the presence of
 8   stem cells and the proliferation of stem
 9   cells.  That's all I know.
10        Q.    Okay.  And --
11        A.    And to order --
12        Q.    I'm sorry.  I didn't mean to
13   interrupt you.
14        A.    Okay.  Sorry.
15              I'm just saying it's unusual to
16   order that test.
17        Q.    Have you reviewed the literature
18   on whether or not CK-15 is or is not a
19   reliable test for stem cells in the -- in
20   the hair follicle?
21        A.    No.
22              I've simply know that it is a
23   sign of stem cell existence, okay.  That's
24   all I can say.  I don't know.  I'm not a
```

1  stem cell expert.
2      Q.   Are you aware of the literature
3  that suggests that Ki -- that
4  cytokeratin-15 is not a reliable test of
5  stem cells in --
6      A.   I don't know enough about that.
7      Q.   Have you read articles, for
8  instance, by Dr. Sperling in which he
9  questions and suggests that use -- that
10 relying on Ki-67 -- that cytokeratin --
11           MR. THORNTON:  Strike that.
12 Withdrawn.
13     Q.   Are you aware that Dr. Sperling
14 has opined that use and reliance on
15 cytokeratin-15 staining as a -- the sole
16 criteria in defining epidural stem cells
17 is naive?
18           MR. SEARS:  Objection to form.
19     A.   I'm not aware of this article.
20     Q.   Okay.  Do you have -- can you
21 cite me to literature that demonstrates
22 that cytokeratin-15 is a reliable test for
23 stem cells in the bulge?
24     A.   I know amongst hair people, it

1  is considered a stain for stem cells.
2  That's all I can say.
3           I don't know how reliable it is.
4  I -- I can just tell you that it's -- when
5  we hear that this stain was done, people
6  are looking for stem cells.
7       Q.   However, if an unreliable stain
8  is used to test for stem cells, you
9  wouldn't base your opinion on an
10 unreliable test; would you?
11      A.   If it's an unreliable test.  But
12 all I know that amongst hair people, that
13 test is something that we associate with
14 stem cells.  But I am not an expert in
15 stem cells and say how reliable it is.
16      Q.   Do you -- did you make any
17 attempt to search the peer-reviewed
18 literature to see if cytokeratin-15 was or
19 was not a reliable test for stem cells in
20 the hair follicle bulge region before
21 authoring your supplemental report?
22      A.   As a doctor who has devoted
23 his -- his three years -- 30 decades --
24 sorry.  Three decades of work and when

1	stem cells were first discovered I
2	remember when that all came to be, and I
3	remember these stains were important
4	stains.  But I did not look up the latest
5	or anything like that.
6	            All I know is that they help
7	identify stem cells.  They also help to
8	identify proliferation of stem cells.  But
9	I don't know the latest literature on it.
10	It may all be refuted.
11	      Q.    Do you know any literature?
12	      A.    Yeah.  From a long time ago.
13	      Q.    I noticed in your supplemental
14	report you didn't reference any scientific
15	literature about cytokeratin-15.
16	            Why was that?
17	      A.    I thought it was a basic
18	assumption.  I really did.  That it was a
19	sign for stem cells.
20	      Q.    Do you know whether the
21	scientific literature shows that
22	cytokeratin-15 staining is -- can test
23	positive for cells other than stem cells?
24	            MR. SEARS:  Objection to form.

1    A.    I don't know enough about
2    cytokeratin-15 to say what else it does.
3    All I know it is a sign for stem cells.
4    At least it was when I learned about it a
5    while ago.  Things may have changed, but
6    as far as I know, as a hair person,
7    that -- the only reason a person would
8    order it would be to detect if there were
9    stem cells.
10   Q.    Well, if a person was to make
11   a -- a -- stain a slide because of the
12   possibility that it might show the
13   presence or absence of stem cells, that
14   would not -- that motive of the researcher
15   wouldn't really affect the reliability of
16   the test; would it?
17         MR. SEARS:  Objection to form.
18   A.    No, but the only purpose of
19   doing it would be to prove whether there's
20   stem cells or not in a specimen.  That's
21   all I can say.
22         Whether the test is reliable is
23   another story.
24   Q.    If -- if you were to -- if you

Jerry Shapiro, M.D.

```
 1    were to be presented with a slide with
 2    cytokeratin-15 staining one way or
 3    another, do you consider yourself
 4    sufficiently expert to say what that
 5    cytokeratin staining, positive or
 6    negative, means?
 7         A.    I would have to defer to a
 8    dermatopathologist, really.
 9               I'm a dermatologist.  Not a stem
10    cell expert.  I'm not a stain expert.
11    This is not what I do.  I have never
12    ordered that test in over three decades.
13               I can only see somebody ordering
14    it if they're looking for stem cells.
15               One would have to ask a
16    dermatopathologist what they thought.  I
17    am not an expert.
18         Q.    So, would it be fair to say that
19    you don't really have an expert opinion
20    one way or another about what the presence
21    or absence of cytokeratin staining would
22    mean for any of the -- for any application
23    related to this case?
24               MR. SEARS:  Objection to form.
```

1    A.    I -- I think it's
2    well-understood that they are associated
3    with stem cells.  That's all I can say.
4    Q.    Association isn't causation,
5    right?
6    A.    I cannot comment on that.
7          All I can say there is an
8    association between those two stains and
9    stem cells.
10         Other people, like Len Sperling
11   has just refuted that.  And he's a smart
12   guy too.  So I -- I can't really -- you
13   know, I'm not an expert at this.  I'm
14   not -- Len Sperling is a
15   dermatopathologist.
16   Q.    All right.
17         So, in terms of your rendering
18   your professional opinion, you certainly
19   have a professional opinion about a number
20   of the things that are properly within
21   your expertise?
22   A.    Yes.
23   Q.    Would you agree with me that
24   stem cells is not one of those subjects?

1          MR. SEARS:  Objection to form.
2     A.     Stem cells is not one of those
3  subjects that I'm an expert in, correct.
4     Q.     And that stem cell staining is
5  not a subject that you are expert in?
6          MR. SEARS:  Objection to form.
7     A.     I vaguely know what stem cell
8  stain -- the stains that are used to
9  identify stem cells.  Every -- everyone
10 who does hair knows that and knows the
11 person who discovered it, okay.
12         So, we know from way back in
13 1990-something-or-other that these stem
14 cells were stained with this kind of
15 stuff, but things may have changed.  I'm
16 not sure.
17         But from what I understand, they
18 are signs for stem cells, and if anyone
19 orders them, they want to look for stem
20 cells.  This is my understanding.
21    Q.     Right.
22         And -- and, so, the fact that
23 you vaguely know, you certainly wouldn't
24 hold yourself out to be an expert about

Jerry Shapiro, M.D.

1  something you only vaguely know about,
2  correct?
3              MR. SEARS:  Objection to form.
4       A.    I am not an expert on these
5  cytokeratins.  A dermatopathologist would
6  be, or all these stains you're talking
7  about.
8       Q.    Would the same be true of this
9  Ki-67?
10      A.    Correct.
11      Q.    You're not an expert in that
12 either?
13      A.    No.
14      Q.    And you would defer to
15 dermatopathologists about that?
16      A.    I would have to defer a stronger
17 opinion on it.
18      Q.    You don't really have an expert
19 opinion about it?
20      A.    I have an opinion that it is a
21 marker.  That's all I can say.
22             MR. SEARS:  Objection to form.
23 BY MR. THORNTON:
24      Q.    If it's not a reliable marker,

Jerry Shapiro, M.D.

1    you can't really have an expert opinion
2    about it.
3            MR. SEARS:  Objection.
4    BY MR. THORNTON:
5       Q.   If you don't have an opinion
6    about its reliability, you certainly can't
7    hold an expert -- have an expert opinion
8    then; can you?
9            MR. SEARS:  Objection to form.
10      A.   I have years of experience of
11   reading articles where these stains are
12   used, but I am not an expert in these
13   stains.
14           MR. THORNTON:  If we can take a
15      five minute break.
16           THE VIDEOGRAPHER:  The time now
17      is 3:31 p.m., and we are off the
18      record.
19           (Recess taken.)
20           THE VIDEOGRAPHER:  This marks
21      the beginning of tape number 4.
22           The time now is 3:39 p.m., and
23      we're back on the record.
24