# Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------x

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 2740

PRODUCTS LIABILITY LITIGATION ) Section: "H"

This Document Relates to: ) JUDGE MILAZZO

ALL CASES ) MAG. JUDGE NORTH

------------------------------x

V O L U M E I I

DEPOSITION OF CHANDRA N. SMART, M.D.

SANTA MONICA, CALIFORNIA

THURSDAY, MAY 23, 2019

10:27 A.M.

Job No.: 217462

Pages: 144 - 188

Reported by: Leslie A. Todd

here today?

A Yes.

Q Okay. I think you have demonstrated in your first deposition that you are capable of letting me know when you think I've asked a question that you don't think is understandable.

And so the same rules apply in this deposition as in the original deposition, that if you answer a question, it will be -- you can certainly argue that you didn't understand it, but now is the time to get it straightened out.

Understood?

A Yes.

Q Okay. Let me inquire -- I'm going to kind of go through some of these exhibits perhaps -- about your experience with follicular stem cells.

And so my first question is, have you published any articles on the subject of follicular stem cells?

A No.

Q Have you worked with any stains including cytokeratin 15 or Ki67 in your normal practice that may have some bearing on whether or

not follicular stem cells are or are not present?

A No, I did not.

Q Have you ever worked with -- may I call it CK15?

A Yes, that's fine, mm-hmm.

Q Is that -- is that what you would call it?

A Yes, or keratin 15. Either way is fine, yeah.

Q Okay. And what do you call Ki67?

A Ki67. Mm-hmm.

Q I thought maybe so. So CK15 and Ki67.

A Yes.

Q I've -- I have seen CK15 mentioned as K15; I've seen it mentioned as cytokeratin 15. When I use the term "CK15," those are all the same.

I think it's a monoclonal antibody, right?

A Yes.

Q All right. I think that they're all the same monoclonal antibody, right? Different names but --

A Different names, all the same. Yeah,

they stain. Keratin 15.

Q I have looked at your CV and -- to see whether or not you had done any work in connection with characterization of cells in the bulge region of hair, and I could not find any work that you have done.

Is that -- is that the case, you haven't done any work to characterize the cells in the bulge region of the follicle?

A That's correct, I have not done that.

Q Have you done -- I looked at the materials that you have relied upon in your initial report, Exhibit 4, before you there.

We marked it as Exhibit 4 on the right hand -- lower right-hand corner. It was Exhibit B to your original deposition, correct?

A Yes.

Q And as I understand it, pursuant to federal law, you, in Exhibit B to your first, what they call, Rule 26 report, made a listing of the materials that you had reviewed and considered and cited in your original Rule 26 report.

And this Exhibit B, which is also Exhibit 2 to this deposition, is that list; is

that correct?

A Yes.

Q So I looked to see if any of the medical literature that you had cited in the citations discussed in any way staining to determine whether there were stem cells present in the hair follicle, and I could not find any articles.

Are there any articles in your -- the medical literature that you relied upon in your initial report that go to that question?

A Not that I recall, no.

Q Do you want a chance to go ahead and --

A I can check -- yeah, I can check --

Q -- review them. And I'd appreciate you doing that.

I'm looking for any articles that you reviewed in your initial report that discussed the question of staining of biopsied samples of the hair to determine whether or not there were stem cells present.

A Okay. I'm just going to take a quick look. (Peruses document.)

So I don't see any articles that specifically reference keratin 15, so my overall

answer would be no. But I can't say for sure that none of these articles listed didn't have any reference to keratin 15 staining themselves without actually going back and looking at the actual papers.

Q Okay. Your initial report, Rule 26 report, did not in any way address the question of whether or not bulge stem cells in permanent chemotherapy-induced alopecia were or were not present, did it?

A It did not.

Q You were given access to the pathology material, including slides, of the various plaintiffs, the three plaintiffs involved in this particular case.

Did you at any time request or suggest that cytokeratin 15 or Ki67 staining might in some way add important information to your analysis of this case?

A No, I did not.

Q Why did you not?

A Because there's no proven mechanism or literature that states, okay, this is the exact cause of this permanent chemotherapy-induced

alopecia. So if it's not proven in the literature, doing the stains wouldn't really add or, you know, subtract from my initial H&E diagnosis.

Q And so since there's no proven mechanism in the literature that states the exact cause of the permanent chemotherapy-induced alopecia, you thought those stains would not add or subtract from your initial diagnosis; is that right?

MR. SEARS: Objection. Form.

THE WITNESS: I can answer?

MR. SEARS: Yes.

THE WITNESS: So, I'm sorry, can you repeat the question one more time?

MR. THORNTON: Sure.

If you could reread it.

(Whereupon, the requested record was read.)

THE WITNESS: That's correct, yes.

BY MR. THORNTON:

Q And that's still true today, isn't it?

A Yes, that's correct.

Q Now, do you consider yourself to be an expert in stem cells in the hair follicle?

A No.

Q Do you consider yourself to be an expert on cytokeratin 15 staining of the hair follicle?

A I'm not an expert on keratin staining in the hair follicle, but, I mean, as far as -- I'm an expert in reviewing immunohistochemical stains on tissue, and that includes keratin 15 in the hair follicle.

Q So you're not an expert on what it means to find cytokeratin 15 staining, but you're an -- in terms of the clinical course of a patient, but you know how to read to see whether cytokeratin 15 staining is positive or negative?

A Yes.

MR. SEARS: Objection. Form.

BY MR. THORNTON:

Q I want to make sure my -- my question was clear, and sometimes it is and sometimes it's not, so I'm going to reask it.

A Mm-hmm.

Q I'm not trying to harass you or repeat the question multiple times.

Would it be a true statement then that you are not expert on whether finding positive

cytokeratin staining on a slide from a follicle in a patient -- and let me reask the question.

Would it be a true statement then that you are not an expert on whether finding positive cytokeratin staining on a slide from the follicle of a patient would or would not indicate the cause of their hair loss as permanent chemotherapy-induced alopecia?

A I'm just going to read your question from the screen again just to make sure.

Q Let me ask it a different way since I -- there seems to be -- I confused myself, and perhaps you.

I don't want to get in an argument about terminology here. I'm referring to PCIA, which in the various literature is sometimes referred to as persistent chemotherapy-induced alopecia, sometimes permanent chemotherapy-induced alopecia. I'm referring to the condition there where a patient has persistent hair loss beyond six months after the cessation of chemotherapy treatment.

Do you understand that?

A Yes.

Q Okay. And that's a definition that --

 that -- I'm not asking you to either embrace or to refute, but you're aware of that definition in the medical literature, are you not?

A Yes.

Q Okay. May we call that condition PCIA?

A Yes.

Q So we're talking about the same thing, right?

A Yes.

Q Okay. Do you consider yourself an expert on whether the presence or absence of cytokeratin 15 positive staining indicates whether or not a patient has PCIA?

A Well, there's no -- like I mentioned before, there's no established evidence in the literature to state whether or not -- you know, what the mechanism of action, whether or not the stem cells being present or absent have anything to do with PCIA. So saying that you're -- saying that I'm an expert in that, I really can't say because there's no established literature.

Where I'm an expert is, is -- in is looking at the H&E stain slides and whether or not --

THE REPORTER: I need you to slow down.

THE WITNESS: I'm sorry. Okay.

THE REPORTER: "Where I'm expert in is looking at the"?

THE WITNESS: The H&E stain slides and the immunohistochemical slides and determining what cells are positive and what cells are negative, and interpreting that in the whole clinical context of the patient sample.

BY MR. THORNTON:

Q So, as I understand it, you are acknowledging that -- well, strike that.

You did not cite any literature looking at either CK15 or Ki67 staining in a patient with PCIA; is that correct?

A That's correct.

Q There is no peer-reviewed literature, to your knowledge, looking at cytokeratin 15 staining or Ki67 staining in its connection with PCIA, correct?

A To my knowledge, that's correct, yes.

Q Did you look?

A I did look, yes.

Q It doesn't exist, does it?

A I haven't found it, no.

Q How did you look?

A I did a PubMed search.

Q And if you will look at Exhibit 2, which is your Exhibit A. A little confusing.

A Mm-hmm.

Q But -- but what this is, is it's the material that you reviewed and relied upon in your supplemental report on the subject of these stains, correct?

A Yes.

Q All right. And I observed that, except as there may be literature -- peer-reviewed literature in the exhibits of Dr. Thompson's deposition, you did not cite any other peer-reviewed literature in support of any of your opinions in your second Rule 26 report, did you?

A That's correct, yes.

Q Why did you not cite additional literature in support of your opinions in your supplemental Rule 26 report?

A Well, my supplemental report just stated my additional findings of whether or not, you know, the cell that -- the keratin 15 cells were

there or not, meaning the stain was positive or negative, and whether or not they were proliferating.

So that's all my supplemental report was -- I mean, my addendum reports were talking about. So it was just a positive or negative, are the stem cells present or absent. So...

Q And it's my understanding, at least from your testimony today, that you do not have an opinion about whether the positive staining that you read, either on the CK15 or the Ki67, has any implications in the diagnosis of whether or not these patients have PCIA.

MR. SEARS: Objection. Form.

BY MR. THORNTON:

Q Correct?

A So that is correct because there isn't any established mechanism in the literature. So...

Q Any -- there's no established mechanism in the literature for what?

A For saying, you know, the presence of keratin 15 positive stem cells -- if you don't have those stem cells in the follicular bulge,

their relationship to hair follicle stem cells.

However, you do understand, do you not, that there are other cells than the follicular stem cells that are -- can be stained positive with these stains?

MR. SEARS: Objection. Form.

THE WITNESS: Yes, there are.

BY MR. THORNTON:

Q And do you generally understand that there's a robust and quite deep literature on controversies about whether either of these stains are accurate in their assessment of stem cells, do you not?

MR. SEARS: Objection. Form.

THE WITNESS: There's controversy. I'm not sure -- I mean, I read -- I've read literature where you have to interpret where you're seeing the staining, because you can have Ki67 staining in other cell types around the hair follicle, that you just have to know what you're looking at. So it's not as simple as saying, Okay, well -- you have to interpret the stains in the context of the case and the area of the slide you're interested in.

A Yes.

MR. SEARS: That's all I have. Thank you.

FURTHER EXAMINATION

BY MR. THORNTON:

Q Just one more. Why did you cite no literature in your -- in your paper to that effect?

A To me, being able to interpret -- I'm sorry. To what effect?

Q Yes, that -- you didn't cite any authority for the fact that Ki67 may or may not be a reliable marker for stem cells in the bulge region, did you?

A Well, Ki67 is not a reliable marker for stem cells. It just tells you whether or not the cells that are present, whatever cells they are, are proliferating.

Q Okay. You didn't cite even any literature for that, right?

A In -- do you mean in my -- in this supplemental report?

Q Or in either of your reports.

A No, just -- I didn't cite any literature

because that's something that I do daily. So it's not -- like interpreting those slides is not anything I needed to supplement -- I'm not -- maybe I'm not understanding your question.

Q Okay. Well, let -- let's talk about the cytokeratin 15. Cytokeratin 15, you've already testified you don't -- that's not something that you work with, and you haven't cited any authority for the proposition that it is a reliable marker for stem cells in the bulge region.

Why is that?

A That was -- I mean, there is -- there's not actually a good reason for that. I mean, I did like a quick literature search, and, I mean, I looked up articles, but when I was -- there's no good reason for me not citing in the report. I did a PubMed search, and, you know, that's where I got my information from, but there's no good reason for me not citing it in the report.

Q And are you generally aware that there are some open questions about whether or not cytokeratin 15 is or is not a reliable and accurate test for stem cells in the bulge?

A I'm aware that there's some questions --