# Exhibit C

**Jerry Shapiro**
**Materials Reviewed**

Materials Identified in Expert Report of Jerry Shapiro and Exhibits, 12/9/2018

Materials Identified in Expert Report of Jerry Shapiro and Exhibits, 1/11/2019

Curtis Thompson Deposition Transcript and Exhibits, 2/26/19

Curtis Thompson Deposition Transcript and Exhibits, 4/3/19

Antonella Tosti Deposition Transcript and Exhibits, 4/8/19

Chandra Smart Pathology Reports, 4/30/2019

Materials Cited in Supplemental Expert Report of Jerry Shapiro, 5/10/2019