# Exhibit D

**Chandra N. Smart, M.D.**
**Exhibit A - Materials Reviewed**

- Cytokeratin 15 and Ki-67 stained slides for Ms. Earnest, Ms. Durden, and Ms. Francis;
- Deposition and Exhibits of Curtis Thompson, 2/26/19
- Deposition and Exhibits of Curtis Thompson, 4/3/19
- Deposition and Exhibits of Antonella Tosti, 4/8/19
- Materials cited in Supplemental Expert Report of Dr. Chandra N. Smart, 5/10/19