UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Francis v. Sanofi S.A., et al.*, 16-17410 *Earnest v. Sanofi S.A., et al.,* 16-17144 | |

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE DR. SHAPIRO'S AND DR. SMART'S STEM CELL OPINIONS

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave of Court to file Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions (Rec. Doc. 7322-1) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions should be filed under seal.

WHEREFORE, Plaintiffs pray that this Motion be granted, and Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions be filed UNDER SEAL.

Dated: June 4, 2019                               Respectfully submitted,

*/s/ Christopher L. Coffin*                       */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                   6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                      Los Angeles, California 90045
Phone: (504) 355-0086                             Telephone: 510-350-9700
Fax: (504) 355-0089                               Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

ccoffin@pbclawfirm.com

| | |
|---|---|
| Alexander G. Dwyer | Rand P. Nolen |
| Kirkendall Dwyer LLP | Fleming, Nolen & Jez, L.L.P. |
| 440 Louisiana, Suite 1901 | 2800 Post Oak Blvd., Suite 4000 |
| Houston, TX 77002 | Houston, TX 77056 |
| Phone: (713) 522-3529 | Phone: (713) 621-7944 |
| Fax: (713) 495-2331 | Fax: (713) 621-9638 |
| adwyer@kirkendalldwyer.com | rand_nolen@fleming-law.com |
| | |
| Emily C. Jeffcott | Hunter J. Shkolnik |
| Morgan & Morgan | Napoli Shkolnik PLLC |
| 700 S. Palafox Street, Suite 95 | 360 Lexington Avenue, 11th Floor |
| Pensacola, Florida 32505 | New York, NY 10017 |
| Phone: (850) 316-9074 | Phone: (212) 397-1000 |
| Fax: (850) 316-9079 | hunter@napolilaw.com |
| ejeffcott@forthepeople.com | |
| | |
| Andrew Lemmon | Genevieve Zimmerman |
| Lemmon Law Firm, LLC | Meshbesher & Spence Ltd. |
| P.O. Box 904 | 1616 Park Avenue South |
| 15058 River Road | Minneapolis, MN 55404 |
| Hahnville, LA 70057 | Phone: (612) 339-9121 |
| Phone: (985) 783-6789 | Fax: (612) 339-9188 |
| Fax: (985) 783-1333 | gzimmerman@meshbesher.com |
| andrew@lemmonlawfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                         */s/ M. Palmer Lambert*
                                                         M. PALMER LAMBERT