UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.,* 16-17144

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC
FOR LEAVE TO FILE EXHIBITS TO THE MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCLUDE DR. SHAPIRO'S AND DR. SMART'S STEM
CELL OPINIONS**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), respectfully request leave of Court to file Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

1

Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that this exhibit be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that the Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the document should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that Exhibit G to the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions be filed UNDER SEAL.

Dated: June 4, 2019                                        Respectfully submitted,


*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                          *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                   /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                              BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                New Orleans, LA 70139
New Orleans, LA 70163-2800                             Phone: 504-524-3300
Phone: 504-522-2304                                    Fax: 504-524-3313
Fax: 504-528-9973                                      barrios@bkc-law.com
plambert@gainsben.com

                                                       *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                           Daniel P. Markoff
Andrews & Thornton                                     Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                        9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                                Oklahoma City, OK 73120
Phone: (800) 664-1734                                  Phone: (405) 607-8757
aa@andrewsthornton.com                                 Fax: (405) 607-8749
                                                       dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                         Abby E. McClellan
Bachus & Schanker, LLC                                 Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                         460 Nichols Road, Suite 200
Denver, CO 80202                                       Kansas City, MO 64112
Phone: (303) 893-9800                                  Phone: (816) 714-7100
Fax: (303) 893-9900                                    Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                            mcclellan@stuevesiegel.com

Lawrence J. Centola, III                               Karen Barth Menzies
Martzell, Bickford & Centola                           Gibbs Law Group LLP
338 Lafayette Street                                   6701 Center Drive West, Suite 1400
New Orleans, LA 70130                                  Los Angeles, California 90045
Phone: (504) 581-9065                                  Phone: 510-350-9700
Fax: (504) 581-7635                                    Fax: 510-350-9701
lcentola@mbfirm.com                                    kbm@classlawgroup.com

Christopher L. Coffin                                  David F. Miceli
Pendley, Baudin & Coffin, L.L.P.                       David F. Miceli, LLC
1100 Poydras Street, Suite 2505                        P.O. Box 2519
New Orleans, Louisiana 70163                           Carrollton, GA 30112
Phone: (504) 355-0086                                  Phone: (404) 915-8886

3

| | |
|---|---|
| Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                          */s/ M. Palmer Lambert*
                                                                          M. Palmer Lambert