UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.,* 16-17144

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7322-8] Exhibit G of the Memorandum in Support of Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions.

On Wednesday, June 5, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: June 4, 2019            Respectfully submitted,

*/s/ Christopher L. Coffin*            */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.       GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505            6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163            Los Angeles, California 90045
Phone: (504) 355-0086            Telephone: 510-350-9700
Fax: (504) 355-0089            Facsimile: 510-350-9701
ccoffin@pbclawfirm.com            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*            */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)            Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID            BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC            701 Poydras Street, Suite 3650

2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056

2

Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com  

Emily C. Jeffcott  
Morgan & Morgan  
700 S. Palafox Street, Suite 95  
Pensacola, Florida 32505  
Phone: (850) 316-9074  
Fax: (850) 316-9079  
ejeffcott@forthepeople.com  

Andrew Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com  

Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com  

Hunter J. Shkolnik  
Napoli Shkolnik PLLC  
360 Lexington Avenue, 11th Floor  
New York, NY 10017  
Phone: (212) 397-1000  
hunter@napolilaw.com  

Genevieve Zimmerman  
Meshbesher & Spence Ltd.  
1616 Park Avenue South  
Minneapolis, MN 55404  
Phone: (612) 339-9121  
Fax: (612) 339-9188  
gzimmerman@meshbesher.com  

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*  
M. Palmer Lambert