UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.,* 16-17144

## [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE DR. SHAPIRO'S AND DR. SMART'S STEM CELL OPINIONS

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibit G to the Memorandum in Support to the Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit G to the Memorandum in Support to the Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1