IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br> SECTION: "N" 5 <br><br> COMPLAINT & JURY DEMAND |
| This Document Relates To: <br> *Susan Pitts* | * * * | CIVIL ACTION NO. 2:18-cv-04448 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

_____

COMES NOW Plaintiff Susan Pitts, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 5th day of June, 2019.

                                                         **BRENT COON & ASSOCIATES**

                                                         /s/ Eric W. Newell
                                                         Brent W. Coon
                                                         Federal Bar No. 9308
                                                         Texas Bar No. 04769750
                                                         Brent@bcoonlaw.com
                                                         Eric W. Newell
                                                         Texas Bar No. 24046521
                                                         Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendants for their consent or opposition. The counsel of Sanofi defendants did not take a position on the filing of the amended complaint since they were already named defendant in the original filing; however the counsel of Defendant Accord Health Care, Inc. opposed to the filing of the amended complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of June, 2019.

*/s/Eric W. Newell*
Eric W. Newell.