IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Susan Pitts* | * * * | CIVIL ACTION NO. 2:18-cv-04448 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
___

Plaintiff, Susan Pitts, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Susan Pitts, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on April 30, 2018.

Subsequent to the filing of her original lawsuit, Plaintiff received from the Ohio State University Wexner Medical Center a document which shows the purchase records of the drug Docetaxel during the time frame that Ms. Pitts was administered Docetaxel. (see Exhibit B). Based upon the NDC codes listed, plaintiff now seeks leave to amend to assert claims against the following Defendants: Sanofi-Aventis U.S. LLC; Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Accord Heath Care, Inc.

Plaintiff, therefore, desires to amend the Complaint to add Accord Health Care, Inc. as a defendant and add that she only recently became aware of these allegations. Defendants: Sanofi-Aventis U.S. LLC; Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. were named defendants in original complaint.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of June, 2019.

_/s/Eric W. Newell_
Eric W. Newell