# EXHIBIT

# "B"

| Name | Address | City | State | Zip | Invoice Date | Invoice Number | Vendor ID | Vendor Name | AHFS Number | AHFS Description | Department Code | Department Description |
|------|---------|------|-------|-----|--------------|----------------|-----------|-------------|-------------|------------------|-----------------|------------------------|
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/1/2011 | 788689 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/1/2011 | 788689 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/4/2011 | 824617 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/5/2011 | 835246 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/5/2011 | 835246 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/6/2011 | 83093 | 9594 | ACCORD HEALTHCARE INC | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/10/2011 | 871286 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/10/2011 | 871286 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/12/2011 | 890973 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/12/2011 | 890973 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/16/2011 | 915081 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/18/2011 | 936585 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/18/2011 | 936585 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/19/2011 | 947188 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/19/2011 | 947188 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/22/2011 | 957851 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/22/2011 | 957851 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/23/2011 | 970982 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/23/2011 | 970982 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/23/2011 | 971347 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/23/2011 | 971347 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/25/2011 | 990321 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/25/2011 | 990321 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/25/2011 | 992212 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/25/2011 | 992212 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/26/2011 | 1002749 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/29/2011 | 1014180 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/29/2011 | 1014180 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/30/2011 | 1027497 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/31/2011 | 1038320 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/31/2011 | 1038320 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/31/2011 | 1039801 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |
| JAMES CARE CMPRHNSV BREAST CTR | 1145 OLENTANGY RIVER RD RM4200 | COLUMBUS | OH | 432120000 | 8/31/2011 | 1039801 | 9960 | WINTHROP US CS | 100000 | ANTINEOPLASTIC AGENTS | 8500 | PHARMACEUTICALS |

| DEA Schedule Number | Form | Size | Package Quantity | Strength | MFG Product Number | Unit of Measure | NDC | Cardinal Item Number | Item Description | Generic Name | Trade Name | Quantity Ordered | Quantity Shipped | DEA Blank Number | Return Disposition | Return Disposition Description | Product Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 4 | 4 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 10 | 10 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 8 | 8 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 2 ML | 1 | | 022850 | EACH | 16729022850 | 4500542 | DOCETAXEL 80MG/2ML W/DIL | DOCETAXEL | DOCETAXEL | -1 | -1 | | S | RETURN TO STOCK | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 2 | 2 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 1 | 1 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 12 | 12 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 4 | 4 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 6 | 6 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 16 | 16 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 1 | 1 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 1 | 1 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 7 | 7 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 2 | 2 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 18 | 18 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 18 | 18 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 24 | 24 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 18 | 18 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 100 | 18 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 100 | 76 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 60 | 35 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 25 | 25 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 60 | 60 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 3 | 3 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 14 | 14 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 14 | 14 | | | | RX |
| 0 | SD | 1 ML | 1 | 20MGML | 102001 | EACH | 955102001 | 4354098 | DOCETAXEL 20MG/ML 1ML CONC | DOCETAXEL | DOCETAXEL | 1 | 1 | | | | RX |
| 0 | SD | 4 ML | 1 | 20MGML | 102104 | EACH | 955102104 | 4354106 | DOCETAXEL 20MG/ML 4ML CONC | DOCETAXEL | DOCETAXEL | 2 | 2 | | | | RX |

| Card Gen Ind Cde | Card Gen Ind Desc |
| --- | --- |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |
| 1 | GENERIC DRUG |