IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Susan Pitts* | * * * | CIVIL ACTION NO. 2:18-cv-04448 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

___

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on Wednesday, July 3, 2019 at 9:30 a.m.

Respectfully submitted this 5th day of June, 2019.

                                            **BRENT COON & ASSOCIATES**

                                            /s/ Eric W. Newell
                                            Brent W. Coon
                                            Federal Bar No. 9308
                                            Texas Bar No. 04769750
                                            Brent@bcoonlaw.com
                                            Eric W. Newell
                                            Texas Bar No. 24046521
                                            Eric_newell@bcoonlaw.com
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of June, 2019.

                                                              */s/Eric W. Newell*
                                                              Eric W. Newell