UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Angela Boling, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-10358 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    **Dated this 5th day of June, 2019**

                                                   **LOWE LAW GROUP**
                                                   By: */s/ T. Aaron Stringer*
                                                   T. Aaron Stringer
                                                   6028 S. Ridgeline Dr., Ste. 200
                                                   Ogden, UT 84405
                                                   Telephone: (385) 298-0175
                                                   Facsimile: (801) 656-0997
                                                   Email: aaron@lowelawgroup.com
                                                   *Attorney for Plaintiff(s)*