# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YAEKO LUCKHURST,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; ACCORD HEALTHCARE, INC.; HOSPIRA, INC.; AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.<br><br>Defendants. | MDL No. 2740<br>Section "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICE INC. f/k/a SANOFI-AVENTIS U.S., INC. AND SANOFI-AVENTIS U.S. LLC |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Service Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 6th day of June, 2019.

Respectfully submitted,

*/s/ Todd E. Hilton*

Todd E. Hilton
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101 fax
Email: hilton@stuevesiegel.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

  I hereby certify that on June 6, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 6, 2019

                Todd E. Hilton
                Counsel for Plaintiff