UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

The next call docket conference pursuant to Pretrial Order 85 will take place on August 8, 2019 at 10:00 a.m.

New Orleans, Louisiana, this  6th  day of  June , 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE