UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*CLARA VINSON*
Case No.: 18-01615

## MOTION FOR SUBSTITUTION OF A PARTY PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

COMES NOW, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully requests this Court to enter an Order substituting as plaintiff, Geoffrey P. Davis, Administrator of the Estate of Clara Vinson, in place of Plaintiff, Clara Vinson. As grounds for the same, the Plaintiff states as follows:

1. The Complaint in the above styled manner was filed February 15, 2018.

2. The Plaintiff, Clara Vinson, died on March 17, 2019. (See Death Certificate- Exhibit A).

3. Geoffrey P. Davis was appointed as Administrator of the Estate of Clara Vinson on May 8, 2019. (See Last Will and Testament- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Geoffrey P. Davis, Administrator of the Estate for Clara Vinson, for the Plaintiff, Clara Vinson.

1

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on June 7, 2019 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*
