CERTIFICATION OF VITAL RECORD

# HALIFAX COUNTY
## OFFICE OF REGISTER OF DEEDS

Exhibit A

Doc ID: 004369510001 Type: DTH
BK **106**   PG **113**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
## CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. **042-80**   LOCAL NO. ____   COUNTY OF DEATH ____   STATE FILE NO. ____

TYPE/PRINT IN PERMANENT BLACK, BLUE, BLACK OR BLUE INK

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Clara | Bernice | Vinson | | |

| 2. SEX | 3a. AGE-LAST BIRTHDAY (Yrs) | 3b. UNDER 1 YEAR (Months / Days) | 3c. UNDER 1 DAY (Hours / Minutes) | 4. DATE OF BIRTH (Month/Day/Year) | 5. BIRTHPLACE (County/State or Foreign Country) | 6. DATE OF DEATH (Month/Day/Year) |
|---|---|---|---|---|---|---|
| F | 61 | | | March 14, 1958 | Northampton /NC | March 17, 2019 |

7a. PLACE OF DEATH (Check only one) — 7b. IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA — 7b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (Specify)

| 7c. FACILITY NAME (If not institution, give street and number) | 7d. CITY OR TOWN | 7e. COUNTY OF DEATH |
|---|---|---|
| 74 Winterberry Lane | Roanoke Rapids | Halifax |

| 8. MARITAL STATUS | 9. SURVIVING SPOUSE (Give name prior to first marriage) | 10a. DECEDENT'S USUAL OCCUPATION (Do not use retired) | 10b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☒ Never married ☐ Unknown | | Budget Analyst | US Army |

| 11. SOCIAL SECURITY NUMBER | 12a. RESIDENCE-STATE OR FOREIGN COUNTRY | 12b. COUNTY | 12c. CITY OR TOWN |
|---|---|---|---|
| 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 | North Carolina | Halifax | Roanoke Rapids |

| 12d. STREET AND NUMBER | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|
| 74 Winterberry Lane | ☒ Yes ☐ No | 27870 | ☒ Yes ☐ No |

14. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death):
☐ 8th grade or less ☐ 9th–12th grade; no diploma ☐ High school graduate or GED completed ☐ Some college credit, but no degree ☐ Associate degree (e.g., AA, AS) ☒ Bachelor's degree (e.g., BA, AB, BS) ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino):
☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify)

16. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be):
☐ White ☒ Black or African American ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian (Specify) ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander (Specify) ☐ Other (Specify)

| 17. FATHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage) | 18. MOTHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage) |
|---|---|
| Louis Vinson | Bernice Anderson |

| 19a. INFORMANT'S NAME | 19b. RELATIONSHIP TO DECEDENT | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Julia Tarpley | Sister | 2 Champion Drive Bridgeville , DE   19933 |

| 20a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 20c. LOCATION (City or Town and State) |
|---|---|---|
| | Menola First Baptist Church Cemetery | Woodland, NC |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER | 21c. NAME OF EMBALMER | 21d. LICENSE NUMBER |
|---|---|---|---|
| Brenda L. Wilkins | 4118 | Derrick L. Wilkins | 2921 |

22. NAME AND ADDRESS OF FUNERAL HOME
Wilder's Funeral Home Inc.   921 South Main Street   Rich Square, North Carolina 27869

23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines a, b, c, and d. Enter only one cause on a line. DO NOT ABBREVIATE.   Approximate Interval: Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Acute Myocardial Infarction
Due to (or as a consequence of)
Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.
c.
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
Type 2 Diabetes Mellitus

| 24a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |
|---|---|

| 25. MANNER OF DEATH | 26a. WAS CASE REFERRED TO MEDICAL EXAMINER? ☐ Yes ☐ No   26b. IF YES ☐ Declined by Medical Examiner | 27. TIME OF DEATH (Approximate) | 28. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Probably ☒ Unknown | 29. IF FEMALE: |
|---|---|---|---|---|
| ☒ Natural ☐ Homicide ☐ Accident ☐ Pending ☐ Suicide ☐ Cannot be determined | | 1300 | | ☐ Pregnant at time of death ☐ Not pregnant within past year ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |

MEDICAL EXAMINER ONLY

| 30. DATE PRONOUNCED (Month/Day/Year) | 31a. TIME OF INJURY | 31b. DATE OF INJURY (Month/Day/Year) | 31c. INJURY AT WORK? ☐ Yes ☐ No | 31d. PLACE OF INJURY—at home, farm, street, factory, office, building, etc. | 31e. IF TRANSPORTATION INJURY SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |
|---|---|---|---|---|---|
| | | | | | |

31f. DESCRIBE HOW INJURY OCCURRED   31g. LOCATION OF INJURY (Street/Number/City/State)

32. CERTIFIER (Check only one):
☒ Certifying physician/nurse practitioner/physician assistant – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner – On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE OF CERTIFIER   M.D. | 33b. LICENSE NUMBER   2680044 | 33c. DATE SIGNED (Month/Day/Year) |
|---|---|---|

34. NAME AND ADDRESS OF CERTIFIER (Print legibly)
Alberto Navarro 170 Health Center Drive Ahoskie NC 27910

| 35. FOR LOCAL REGISTRAR (Name)   Paula L. Robistow/jb | 35b. DATE FILED (Month/Day/Year)   3-21-2019 | 36. DATE REGISTERED BY STATE |
|---|---|---|

DATE CORRECTED (Mo/Day/Yr) ____   ITEM(S) CORRECTED: ____
DATE AMENDED (Mo/Day/Yr) ____   ITEM(S) AMENDED: ____

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS

---

CORRECTED CERTIFICATE: The following item(s) **12c – 12f** have been corrected on **3-22-2019** (date). This corrected copy shall become the official county record and the only copy that may be used for certification.

Tina L. Davis, Deputy Registrar, Halifax County Health Department

Volume **106**   Page **113**

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**042-1011113**

Christie C. Avens
Register of Deeds
Halifax County

Witness my hand and official seal
this the **5** day of **June**, 20**19**

By: Wanda M. Patrick
~~Deputy~~/Assistant Register of Deeds

DHHS 3914 (REVISED 8/15) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

AmeriTech, Incorporated   ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

