## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                           SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

*CLARA VINSON*
**Case No.: 18-01615**

## [PROPOSED] ORDER GRANTING SUBSITUTION

       This came before the Court on Plaintiff Clara Vinson's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein.

       IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Geoffrey P. Davis, on Behalf of the Estate of Clara Vinson, is substituted as Plaintiff in the above referenced action.

       So ordered this ___ day of _____, 2019.

                                               _____
                                               District Judge