## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H"** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE JANE TRICHE MILAZZO** |
| *Tameshia Knox v. Sanofi S.A., et al.*; Civil Action No. 2:17-cv-06284 | **MAG. JUDGE MICHAEL B. NORTH** |

### NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Tameshia Knox.

Dated this 6th day of June, 2019.

    Respectfully submitted,
    BRUNO & BRUNO

    */s/ Joseph M. Bruno*
    JOSEPH M. BRUNO (Bar Roll No. 3604)
    MARKITA HAWKINS (Bar Roll No. 35812)
    855 Baronne Street
    New Orleans, LA 70113
    Telephone: (504) 525-1335
    Facsimile: (504) 561-6775
    Email: jbruno@brunobrunolaw.com
           mhawkins@brunobrunolaw.com
    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 6, 2019

        Respectfully submitted,
        BRUNO & BRUNO

        */s/ Joseph M. Bruno*
        JOSEPH M. BRUNO (Bar Roll No. 3604)
        MARKITA HAWKINS (Bar Roll No. 35812)
        855 Baronne Street
        New Orleans, LA 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com
              mhawkins@brunobrunolaw.com
        ***Attorneys for Plaintiff***