# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Plaintiffs, | HON. JANE TRICHE MILAZZO |
| MARIE BURGSTAHLER<br>SONDRA CICCIARELLI<br>PATSY MAPP-PROCTOR<br>DEBORAH MORRISON | |
| vs. | |
| SANOFI ET AL. | |
| Defendants. | |
| Civil Case Nos: 2:18-cv-08010, 2:18-cv-11871, 2:18-cv-11841, 2:18-cv-11827 | |

## ORDER

Before the Court is Plaintiffs' Motion to Amend and Substitute Previous Dismissals (Doc. 7314). Plaintiffs aver that they erroneously filed CMO 12A voluntary dismissals with prejudice instead of dismissals pursuant to PTO 87;

**IT IS ORDERED** that Plaintiffs' CMO 12A dismissals be withdrawn from the member cases and replaced with the PTO 87 dismissals attached to the Plaintiffs' Motion.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
United States District Judge