## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| PHYLLIS MAHER,<br>            *Plaintiff* | |
| vs. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC.** |
| SANOFI-AVENTIS U.S. LLC., ET AL.,<br>            *Defendants* | Civil Action No.: 2:18-cv-13152 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of June, 2019

                        **WENDT LAW FIRM, P.C.**

                        By: */s/ Samuel M. Wendt*
                        Samuel M. Wendt, Esq.
                        Missouri Bar #53933
                        1100 Main Street, Suite 2610
                        Kansas City, MO 64105
                        Telephone: (816) 531-4415
                        Facsimile: (816) 531-2507
                        Email: sam@wendtlaw.com

                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 10, 2019

*/s/ Samuel M. Wendt*
Samuel M. Wendt