UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Francis v. Sanofi S.A., et al.*, 16-17410
*Earnest v. Sanofi S.A., et al.,* 16-17144

## ORDER

Considering the foregoing *Ex Parte* Motion of the PSC for Leave to File Exhibit G to the Memorandum in Support to the Plaintiffs' Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions Under Seal;

**IT IS ORDERED** that the Motion is **GRANTED** and that the Clerk of Court shall file Exhibit G to the Memorandum in Support to the Plaintiff's Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions **UNDER SEAL**.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE