UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on **July 25th, at 10:00 a.m.** on the following motions:

- Motion to Exclude Expert Testimony of David Madigan, PhD (Doc. 6144)

- Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. (Doc. 6146)

- Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Doc. 6149)

- Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 6155)

- Motion to Exclude Expert Testimony on Specific Causation (Doc. 6162)

- Motion to Exclude Expert Testimony on General Causation (Doc. 6163)

- Motion to Exclude Expert Testimony That Relies Upon Defendant's Employee Dr. Michael Kopreski (Doc. 6160)

- Motion for Summary Judgment on Preemption (Doc. 6186)

- Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions (Doc. 7322)

Each party will have seven minutes to argue each motion.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE