UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| MELODEY D'ONOFRIO, et al, | : : | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILED AMENDED COMPLAINT |
| Plaintiff(s), | : : | Civil Action No.: 2:17-cv-14346 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : : : | |
| Defendant(s). | : | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. Plaintiff received additional medical records, subsequent to filing suit, which show that the docetaxel she was administered was manufactured by Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and Accord Healthcare, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short Form Complaint naming Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and Accord Healthcare, Inc. as the only Defendants, and removing all other Defendants.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is removing improper parties from this case and no party will be prejudiced by this change. Therefore, Plaintiff hereby requests that her Motion for Leave to File Short Form Complaint be granted.

Dated this 10th day of June, 2019

Respectfully submitted,

**BROWN & CROUPPEN, P.C.**

BY: /s/ Seth Sharrock Webb

SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF COMPLIANCE**

I certify that I have obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have agreed to the granting of the motion at this time.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 10th day of June, 2019.

> By: /s/ Seth Sharrock Webb
> SETH SHARROCK WEBB, # 51236
> Brown & Crouppen, P.C.
> 211 N. Broadway, Suite 1600
> St. Louis, Missouri  63102
> sethw@getbc.com
> ATTORNEY FOR PLAINTIFF