UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Civil   Action No.: 2:17-cv-14661 |
| WANDA TALLENT, et al, | | |
| Plaintiff(s), | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, et al, | | |
| Defendant(s). | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Wanda Tallent and Earl Tallent, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 10th day of June, 2019

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: */s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF COMPLIANCE

I certifiy that I have obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have agreed to the motion at this time.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 10th day of June, 2019.

By: */s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF