UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

### ORDER

Considering the foregoing Sanofi Defendants' *Ex Parte* Motion for Leave to File Exhibits C and D to its Supplemental Memorandum in Support of Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits C and D (Rec. Doc. 7318-3 and 7318-4) **UNDER SEAL**.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE