UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit C to its Supplemental Memorandum in Support of Motion to Exclude Expert Testimony of Dr. Kevin Bianchini Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit C (Rec. Doc. 7320-3) **UNDER SEAL**.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE