# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   ANTOINETTE DURDEN,

5           Plaintiff,

6

7   VERSUS            CIVIL ACTION NO. 2:16-cv-16635

8

9   SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-PHARMA S.A.,

12           Defendants.

13

14

15

16

17

18      VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.

19

20       Taken at the Ochsner Medical Center, 2500

21       Belle Chasse Highway, Gretna, Louisiana, on

22       Friday, January 12, 2018, beginning at

23       1:30 p.m.

24   JOB NO. 2782159

25

Page 2

1                            APPEARANCES

2

3          CHRISTOPHER L. COFFIN, ESQUIRE

4          JESSICA PEREZ REYNOLDS, ESQUIRE

5          Pendley, Baudin & Coffin, LLP

6          1515 Poydras Street, Suite 1400

7          New Orleans, Louisiana  70112

8          Ccoffin@pbclawfirm.com

9          Jperez@pbclawfirm.com

10             ATTORNEYS FOR PLAINTIFF

11

12         LORI SCHULTZ, ESQUIRE

13         JORDAN BAEHR, ESQUIRE

14         Shook, Hardy & Bacon, LLP

15         2555 Grand Boulevard

16         Kansas City, Missouri  64108

17         Lschultz@shb.com

18         Jbaehr@shb.com

19             ATTORNEYS FOR DEFENDANT

20

21

22     REPORTED BY:

23     MONICA SCHROEDER, RPR, CRR, CSR #1285

       COURT REPORTER & NOTARY PUBLIC

24

       LISA GRAVES, CLVS

25     LEGAL VIDEO SPECIALIST

1    last saw her in 2015, the only hair she had were

2    little tiny --

3          A.   Fine strands.

4    MR. COFFIN:

5                Object to the form.

6          A.   Yes, fine strands.  But, again, some of

7    my patients also come already with wigs on or they

8    come with hair pieces because of the baldness.

9    MS. SCHULTZ:

10         Q.   And so the fine strands that you recall,

11   are you saying that the only hair that she had was

12   the fine strands, and then the other areas were --

13   the patchy areas were bald?

14         A.   She was near total baldness.  The only

15   thing that I remember is when I say "patchy," I'm

16   not talking like this patchiness.  We're talking

17   two or three, maybe, strands of hair, that's it,

18   in maybe two or three places.  But near complete

19   baldness, as close as you can get to baldness.

20   But, again, that was 2015.

21         Q.   Ms. Durden underwent her chemotherapy in

22   2011; is that your recollection?

23         A.   I believe so, yes.

24         Q.   And end of 2012?

25         A.   Correct.

Page 104

1    not involve Docetaxel?

2         A.    Yes.   Like I said, it may have been a

3    typo.

4         Q.    All right.   So one of the treatment

5    options that you discussed on August 29 with Ms.

6    Durden was the clinical trial, correct?

7         A.    Yes.

8         Q.    And that was AC followed by paclitaxel,

9    correct?

10        A.    Yes.

11        Q.    What is the A in the AC?

12        A.    Adriamycin and Cytoxan.

13        Q.    Adriamycin and Cytoxan.   Do you recall

14   any other chemotherapy regimens you discussed at

15   that first appointment on August 29 other than the

16   Adriamycin and Cytoxan followed by paclitaxel?

17        A.    Well, I don't know if it was discussed in

18   the initial visit or the visit when she elected

19   not to proceed with the chemo.   That's why I said,

20   we discussed options.   She was going to decide

21   whether she was going to pursue the trial, which

22   is why she had her daughter present.

23        Q.    It also says that on this appointment, we

24   reviewed the potential side effects of

25   chemotherapy.   Do you see that?

1    Q.    So nothing changed between --

2    A.    Nothing changed between those two, no.

3    Q.    2009 and 2011, correct?

4    A.    Right.

5    Q.    And this -- you've talked about

6    Chemocare.com and UpToDate, and then this other

7    Ochsner site.  Is it just something on the Ochsner

8    website?

9    A.    The -- yes, the nurses -- I don't know if

10   it's Cronotes.  I can't remember.

11         And, again, there's a chemo teaching

12   class.  We didn't have a chemo teaching class at

13   Baptist, so my patients would attend on Monday

14   night -- well, once a week.  Once or twice a week,

15   they were offered to attend the chemo teaching

16   class at the main campus.

17         And also, prior to them getting chemo, my

18   chemo nurse would also counsel them.

19   Q.    And for the period prior to 2011 and as

20   of August 29, 2011, did you rely on drug labels to

21   obtain your information regarding the side effects

22   of chemotherapy?  You hadn't mentioned it.  I --

23   A.    Did I go to the drug labels?  You could

24   go -- again, that's on UpToDate.  You can go to

25   UpToDate, and you could look at Taxotere patient

Page 120

1    or drug information, which comes from the patient

2    label.  So if that's your question, yes.

3         Q.   So to the extent you reviewed information

4    in the -- a drug label, you looked at what

5    UpToDate said about the drug label?

6         A.   There's different sites though.  Product

7    information is on UpToDate, and that comes from

8    the drug -- if that's what you are asking, do I

9    specifically look at each drug label for each

10   chemotherapy to give to the patient?  No.  But we

11   don't have to -- we don't have to do that.

12        Q.   When did you first start prescribing

13   Taxotere?

14        A.   I mean, we used it in fellowship.  As far

15   back as fellowship.

16        Q.   Remind me those dates.

17        A.   2003 to -- no.  2003 to -- no.  That's

18   not right.  2000 to 2003.  2000 to 2003.

19        Q.   And what were you using Taxotere for

20   during your fellowship in 2000 to 2003?

21        A.   Various cancers.  We used it for breast,

22   head and necks.  We also used Docetaxel prostate,

23   prostate cancer.

24        Q.   When did you first read the Taxotere

25   label?

Page 124

1   so I don't have to refer to this every time.  I

2   know that it's a potential side effect.

3       Q.   And that's what I'm trying to find out,

4   is when you prescribe chemotherapy regimens,

5   unless a patient has a particular medical

6   condition or you have a concern about the toxicity

7   of the drug or something like that, do you go

8   review the label --

9       A.   Every single time?

10      Q.   -- when you prescribe Taxotere?

11      A.   Which time do you mean; every time I

12  prescribe it?

13      Q.   Yes.  I'm just trying to get an idea as

14  to -- and I'm talking about your practice.  Up

15  until the time you prescribed Taxotere to Ms.

16  Durden --

17      A.   Yes.

18      Q.   -- what was your practice, in terms of

19  when and if you would review the Taxotere label

20  prior to prescribing it?

21      A.   By "label," if you mean product

22  information?  Is that what you mean?

23      Q.   Well, is that what you refer -- is that

24  what you refer to as Exhibit 6, the product

25  information?

Page 125

1      A.   Similar to this, product information can
2  always be reviewed on UpToDate.  So we're not
3  going to have this all the time.  But we refer to
4  it very often, actually, just for reasons that I
5  mentioned.
6      Q.   But are you referring to this label that
7  is Exhibit 6 or are you going to Chemocare.com for
8  the information?
9      A.   I'm not going to Chemocare.  That's the
10  -- Chemocare is what the patient is provided.
11  That's just the side effect profile.  The patient
12  is not provided this.
13      Q.   So what -- what -- I thought you said
14  there was a different source for information --
15      A.   There is --
16      Q.   -- about the drug.  What is that?
17      A.   That is another -- but that's patient
18  handout.  The patient is not going to be provided
19  this.  The patient would not be able to interpret,
20  the patient.  There's different --
21      Q.   I understand that.  I'm referring to what
22  you would go to to look at prior to just
23  prescribing Taxotere.
24      A.   There are handouts that the patient has a
25  list of the potential side effects.  As I

1   mentioned, Chemocare is one of them, UpToDate.  So

2   we look at the ones that is interpretable and easy

3   to understand for the patients that lists the side

4   effects.  So I speak to them, plus provide the

5   handouts, plus they attend chemo teaching.

6       Q.   Let me try to get at it this way.  When

7   you prescribe Taxotere, up until the time you

8   prescribed it to Ms. Durden in 2011, did you --

9   it's my understanding that you did not go look at

10  the label of Taxotere to determine what the side

11  effects of Taxotere could be.  Is that correct?

12  MR. COFFIN:

13           Object to the form.

14      A.   Did I just go to Taxotere and go to each

15  drug?  Again, it is on UpToDate under Product

16  Information, and we refer to it very often.

17  MS. SCHULTZ:

18      Q.   When you prescribed Taxotere to Ms.

19  Durden in 2011 --

20      A.   Yes.  Did I look at this specific

21  handout?  No.

22      Q.   And the label.  You did not look at the

23  label?

24      A.   But I probably looked again at UpToDate,

25  which has a lot of this already listed on there.

Page 127

1    It has drug interactions, because we have to

2    review and see if there's any drug -- any

3    medications they are on that could interact with

4    the chemo.  We have to see if they have renal dys,

5    kidney dysfunction, and the dose has to be

6    adjusted.  So there's things that we look at, and

7    that is reviewed.

8            But product information is available on

9    UpToDate, so that, I do refer to, as many other

10   physicians do, as well.

11       Q.   As of the time you prescribed Taxotere to

12   Ms. Durden in 2011, approximately how many times

13   had you prescribed Taxotere before?

14       A.   I have no idea.  I used it in fellowship,

15   too.  I can't tell you.  But we use it often, but

16   I can't tell you how many times.

17       Q.   So you had been using it since two

18   thousand --

19       A.   For different cancers, yes.

20       Q.   So you had been using it for 11 years as

21   of the time you prescribed it to Ms. Durden?

22       A.   When I was in fellowship and after that,

23   I guess, yes.

24       Q.   And when you prescribed it to Ms. Durden

25   in 2011, were you familiar with the side effects

Page 140

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5    * * * * * * * * * * * * * * * * * * * * * * *
                                *
6    ANTOINETTE DURDEN,         *   CIVIL ACTION NO.
            Plaintiff          *   2:16-CV-16635
7                               *
                                *
8    VERSUS                     *
                                *
9                               *
     SANOFI S.A., ET AL         *
10           Defendants         *
                                *
11   * * * * * * * * * * * * * * * * * * * * * * *
12
13
14                      VOLUME II
15
16
17
18          Volume II of the Videotaped
19   Deposition of SOPHY JANCICH, M.D., taken on
20   Friday, February 2, 2018, commencing at
21   1:23 p.m., at Ochnser Medical Center-West
22   Bank Campus, 2500 Belle Chasse Highway,
23   Gretna, Louisiana 70056.
24
25   Job No. NJ2802463

Page 175

```
 1    is it going to come back?
 2        A   I said -- again, this is 2011 --
 3    after chemotherapy, usually by the second
 4    month, the hair will grow back.
 5        Q.  And that was your general practice,
 6    if someone asked you that question?
 7        A.  Yes.
 8        Q.  And that discussion pertained to
 9    chemotherapy, not any specific drug; is that
10    right?
11        A.  Yes.
12        Q.  Did Ms. Durden ever tell you that she
13    would not want to undergo chemotherapy if her
14    hair might not come back?
15        A.  She may have.  I can't tell you that
16    with certainty.  She may have.
17        Q.  Do you have any recollection of that
18    as you sit here today?
19        A.  I cannot say with certainty that she
20    did not say that.
21        Q.  And I --
22        A.  Because, again, she had concerns
23    about the side effects, and I know that hair
24    loss was a concern.
25        Q.  And all I'm trying to find out is
```

1   than 50 percent of their time.  Do they need

2   assistance with daily activities, dressing,

3   eating, et cetera.  So all that is taken into

4   account.

5        Q.  And comorbidities --

6        A.  Meaning their medical history.  Their

7   past history.

8        Q.  And you said --

9        A.  Uh-huh (affirmative).  Their daily

10  activities.  Like, can they dress themselves,

11  can they cloth themselves, can they eat, can

12  they prepare their meals, can they bathe

13  themselves, do they need a support system.

14       Q.  And the cancer type and stage

15  obviously also plays into your recommendation

16  of a chemo regimen, correct?

17       A.  Yes.

18       Q.  What sources do you rely on to

19  identify the chemotherapy -- or let's go in

20  -- as of fall 2011, what sources did you rely

21  on to identify chemo regimens for your

22  patients?

23       A.  Again, ASCO, we have JCO, we have the

24  NCCN Guidelines.  They're common regimens.

25       Q.  Did you review all three, or are the

Page 193

1        MR. COFFIN:

2             Object to the form.

3        THE WITNESS:

4             You are referring to -- you're

5   going to have to be more specific.

6   EXAMINATION BY MS. SCHULTZ:

7        Q.   When Ms. Durden told you that she was

8   opposed to a chemotherapy regimen that

9   contained Adriamycin, the only preferred

10  adjuvant regimens that did not contain

11  Adriamycin was -- was one, TC, docetaxel and

12  cyclophosphamide, correct?

13       MR. COFFIN:

14            Object to the form.

15       THE WITNESS:

16            There are other regimens.

17  EXAMINATION BY MS. SCHULTZ:

18       Q.   When you say there are other

19  regimens, what do you mean?

20       A.   There were other regimens listed

21  right below that.

22       Q.   Okay.  And for now, I'm just asking

23  you about the preferred adjuvant regimens,

24  correct?  There are five preferred adjuvant

25  regimens, correct, and four of those five

Page 201

```
 1             Object to the form.
 2        THE WITNESS:
 3             No.
 4   EXAMINATION BY MS. SCHULTZ:
 5        Q.  That verapamil can cause a higher
 6   incidence and severity of degenerative
 7   changes in cardiac tissue, resulting in a
 8   shorter survival.  Have you ever heard that?
 9        A.  No.
10        MR. COFFIN:
11             Object to the form.
12        MS. SCHULTZ:
13             What number are we on?
14        THE COURT REPORTER:
15             15.
16   EXAMINATION BY MS. SCHULTZ:
17        Q.  I'll show you what has been marked
18   Deposition Exhibit 15.  And this is a visit
19   from September 27, 2011.
20        A.  I'm using my light.  Yes.
21        Q.  And under History of Present Illness,
22   it says that Ms. Durden has decided not to
23   enroll in the clinical trial, correct?
24        A.  Under HPI?  I'm -- just one second.
25   I don't know if that was the time.  Yes.
```

Page 202

1      Q.   And if you look at the bottom of that

2   paragraph, the last two lines of HPI, it

3   says:  Patient and daughter report they

4   prefer not to undergo therapy with

5   Adriamycin-containing regimen due to

6   potential side effects.

7           That's consistent with your

8   recollection, correct?

9      A.   Yes.

10     Q.   And if you'll look with me down at

11  the bottom of the page, under Plan, it says:

12  Long discussion with daughter and patient

13  regarding adjuvant chemotherapy combination

14  regimens.  Patient and daughter adamant that

15  they do not want to receive

16  Adriamycin-containing regimen.  Is that

17  consistent with your recollection?

18     A.   Yes.

19     Q.   And because they were adamant about

20  not wanting to receive an

21  Adriamycin-containing regimen, you write:

22  Therefore, will receive TC (Docetaxel, 75

23  milligrams/m2; and Cytoxan, 600 milligrams/

24  m2) every 21 days, times six cycles, correct?

25     A.   Yes.  Yes.

Page 207

1    provided to patients concerning hair loss and

2    chemotherapy change at any point in time?

3         A.   Could you be more specific?

4         Q.   Yes.   We've talked about your general

5    practice concerning your counseling regarding

6    the side effects of chemotherapy, including

7    hair loss, as of 2011.

8         A.   Yes.

9         Q.   Correct?   Did that change after 2011?

10        A.   In terms of what?

11        Q.   In terms of what you tell patients

12   about hair loss.

13        A.   I tell patients -- yes, now that hair

14   loss may be permanent.   Yes.

15        Q.   And when you say, now that hair loss

16   may be permanent, what do you mean?

17        A.   I mean that it may never grow back.

18        Q.   But why do you say, now that hair

19   loss may be permanent?   What do you base that

20   on?

21        A.   I base that on the patients in my

22   practice, and also, knowledge, the

23   conferences that I've attended.   Like School

24   of Breast Oncology is one of them.   We talk

25   about permanent hair loss.

1      Q.   And when you say, now that hair loss

2    may be permanent, are you referring to

3    permanent hair loss with a specific

4    chemotherapy drug?

5      A.   Yes.  With docetaxel.

6           THE VIDEOGRAPHER:

7                Seven minutes.

8    EXAMINATION BY MS. SCHULTZ:

9      Q.   And you base your belief that

10   docetaxel may cause permanent hair loss on

11   patients that you've treated in your

12   practice --

13           MR. COFFIN:

14                Object to the form.

15   EXAMINATION BY MS. SCHULTZ:

16     Q.   -- and knowledge that you gained at

17   conferences you've attended, correct?

18     A.   And on my research, yes.

19     Q.   And when you say, and on your

20   research, what do you mean?

21     A.   I mean, again, we reference, on a

22   daily basis, NCCN Guidelines, UpToDate.

23   We'll go to package inserts; we'll go to JCO.

24   So I cannot tell you which, specifically, but

25   I have -- it's not just on patient

Page 209

1   experience.  It has been brought up in

2   conferences -- again, the School of Breast

3   Oncology, how the -- in the neoadjuvant

4   setting, they're getting away from giving

5   docetaxel with dose-dense, due to the hair

6   loss that patients -- women are experiencing.

7   That is one example.

8        Q.  When did you change the counseling

9   that you provide to plaintiffs regarding hair

10  loss?

11           MR. COFFIN:

12               Object to the form.

13           THE WITNESS:

14               Last couple of years.

15  EXAMINATION BY MS. SCHULTZ:

16       Q.  So beginning in early 2016?

17       A.  No, I don't think it's 2016.

18  Probably the last year.  I forget what year

19  we're in.  Over the last year.

20       Q.  Beginning in early 2017?

21       A.  Somewhere in 2017.

22       Q.  So when you said earlier that, now

23  that hair loss may be permanent --

24       A.  Yes.

25       Q.  -- and you referred to docetaxel.

Page 210

1      A.  Yes.

2      Q.  Okay.  And you've had that belief

3  from early 2017 to present, correct?

4      A.  My belief, it's -- I don't know if

5  it's before that, but at least in 2017.  It's

6  been confirmed again at conferences that I've

7  attended, amongst colleagues.  There are

8  other colleagues that have also amended their

9  use of docetaxel based on hair loss,

10  permanent hair loss.

11      Q.  Well, you've given me some sources,

12  and I'm -- I'm -- I want to find out when you

13  -- when you learned from each source.  First

14  of all, you said --

15      A.  I couldn't tell you.

16      Q.  -- it's based --

17      A.  Okay.

18      Q.  -- on patients in your practice.

19  When did you base your clinical knowledge of

20  patients in your practice?

21      A.  Are we just speaking about Ms. Durden

22  or --

23      Q.  Well, no.  You said that --

24      A.  Yes, I have a couple of patients, as

25  I mentioned before, with -- who received

Page 228

1    factor.

2         Q.   Well, what about patients you treat

3    for other types of cancers other than

4    prostate?

5         A.   Has it affected?

6         Q.   Do -- has it affected your percentage

7    of prescribing of Taxotere?

8         A.   Again, I -- they have to be counseled

9    prior to administration of the drug.

10        Q.   And so do you tell -- as of 2017, do

11   you tell all patients for whom you prescribed

12   Taxotere that there is a risk of permanent

13   hair loss?

14        A.   Yes.

15        Q.   And then you said in the breast

16   arena, there's -- possibly, your percentage

17   of prescriptions of Taxotere has changed.

18        A.   Possibly.

19        Q.   And what do you mean by possibly?

20        A.   For example, if you're in the

21   neoadjuvant setting, which is give --

22   administration of chemotherapy prior to

23   surgical intervention, we have the choice of

24   giving AC followed by Taxol or AC followed by

25   docetaxel.  I tend to give AC followed by

Page 229

1    Taxol.  I no longer give AC followed by

2    docetaxel.

3         Q.  And why is that?

4         A.  Due to permanent hair loss.

5         Q.  And, again, just so I can -- it

6    sounds then like your belief that Taxotere or

7    docetaxel has a potential to cause permanent

8    hair loss has changed your prescribing

9    practices in breast cancer treatment.

10        A.  It leads to longer discussions,

11   especially with our younger breast cancer

12   patients, where the potential for permanent

13   hair loss is a significant concern.  So in

14   that arena, yes.

15        Q.  Well, is it your belief that the

16   benefits of Taxotere outweigh the risks of

17   permanent hair loss?

18        A.  As far as whether to give Taxol or

19   Taxotere, it would not be substandard to --

20   in that instance, to give Taxol instead of

21   docetaxel.

22        Q.  It would not be substandard?

23        A.  Right.  See, we can give -- we're --

24   a common regimen is dose-dense AC followed by

25   Taxol, dose-dense Taxol, which is a very

1    permanent hair loss with Taxotere was in

2    2017, correct?

3        A.  I think so, yes.

4        Q.  If Ms. Durden presented to you today

5    with this same cancer and refused to include

6    an Adriamycin-containing drug in her regimen,

7    do you agree that you still would have

8    recommended TC?

9        A.  It would be one of my

10   recommendations.

11       Q.  Okay.  Well, in 2011, your

12   recommendations were the clinical trial, that

13   was AC, followed by paclitaxel, correct?

14       A.  Yes.

15       Q.  Or TC, docetaxel and

16   cyclophosphamide, right?

17       A.  Phosphamide, yes.

18       Q.  And today, if Ms. Durden told you

19   that she was adamant about not receiving

20   Adriamycin, you're saying that one of your

21   recommendations would be TC, docetaxel and

22   cyclophosphamide?

23       A.  We'd again discuss side effects, yes.

24       Q.  Well, is there another chemotherapy

25   regimen that you would recommend to her other

Page 241

1  than docetaxel and cyclophosphamide?

2      A.  Phosphamide.

3      Q.  Phosphamide.

4      A.  That's okay.

5          MR. COFFIN:

6              Object to the form.

7          THE WITNESS:

8              Is there another regimen?  We --

9  I mean, I can't say for absolute certain

10  there's not another regimen.  I can't say

11  that.

12  EXAMINATION BY MS. SCHULTZ:

13      Q.  Well, in terms of the preferred

14  regimens to treat an HER2-negative disease

15  currently, if a patient refuses to have

16  Adriamycin --

17      A.  Uh-huh (affirmative).

18      Q.  -- the only other preferred regimen

19  is docetaxel and cyclophosphamide, correct?

20          MR. COFFIN:

21              Object to the form.

22          THE WITNESS:

23              No, not necessarily.

24  EXAMINATION BY MS. SCHULTZ:

25      Q.  Okay.

Page 242

1      A.   No.

2      Q.   And -- and I'm referring to the NCCN

3   Guidelines.

4      A.   Right.  But you're referring to that

5   first block --

6      Q.   The --

7      A.   -- right there.

8      Q.   The preferred regimens, correct?

9      A.   But there's other regimens.  So, no,

10   the answer would be no.  That's not --

11   wouldn't be my only recommendation.

12      Q.   Well, do you understand the reason

13   between the regimens listed as preferred

14   regimens and those listed as other regimens?

15      A.   Yeah, I understand.

16      Q.   That the -- based on clinical trials,

17   the survival benefits are greater for those

18   listed under the preferred regimens?

19           MR. COFFIN:

20               Object to the form.

21           THE WITNESS:

22               I -- I mean, I understand what's

23   listed, yes.

24   EXAMINATION BY MS. SCHULTZ:

25      Q.   Well, what other chemotherapy regimen

Page 243

1    might you recommend for Ms. Durden that would

2    be as effective as TC, docetaxel and

3    cyclophosphamide?

4            MR. COFFIN:

5                Object to the form.

6            THE WITNESS:

7                There's a regimen -- there's a

8    CMF regimen as well that we sometimes use.

9    EXAMINATION BY MS. SCHULTZ:

10        Q.   And what -- what is that?

11        A.   Cytoxan, methotrexate, 5-FU.

12        Q.   And why do you use that sometimes?

13        A.   It depends again on the patient, on

14   the side effect profile, patient's age,

15   comorbidities, and their disease status.

16        Q.   And is it your testimony that you

17   believe that CMF is as effective as TC to

18   treat Ms. Durden's type of cancer?

19           MR. COFFIN:

20               Object to the form.

21           THE WITNESS:

22               Yes, it can be.  Yes.

23   EXAMINATION BY MS. SCHULTZ:

24        Q.   And what do you base that on?

25        A.   CMF is one of the -- we -- again, we

Page 253

```
1    alopecia as a result of using Taxotere is?
2        A.   No.
3            MS. SCHULTZ:
4                Object to form.
5    EXAMINATION BY MR. COFFIN:
6        Q.   No one's ever told you that?
7        A.   No.
8            MS. SCHULTZ:
9                Object to form.
10   EXAMINATION BY MR. COFFIN:
11       Q.   And you testified that the first time
12   that you had any information regarding
13   Taxotere and its association with permanent
14   hair loss was around 2016 or '17, correct?
15       A.   Correct.
16       Q.   You didn't know that Taxotere was
17   associated with permanent hair loss before
18   2016, correct?
19       A.   No.  Correct.
20       Q.   As a result, you couldn't have told
21   Ms. Durden that when you prescribed Taxotere
22   in 2011, correct?
23           MS. SCHULTZ:
24               Object to form.
25           THE WITNESS:
```

Page 254

1            Correct.

2    EXAMINATION BY MR. COFFIN:

3        Q.  Well, let me ask you this way because

4    there was an objection.  Did you have any

5    knowledge about Taxotere's association with

6    permanent hair loss when you prescribed

7    Taxotere to Ms. Durden?

8        A.  No.

9        Q.  Did you tell Ms. Durden, when you

10   prescribed her Taxotere, that Taxotere is

11   associated with permanent hair loss?

12       A.  No.

13       Q.  Why didn't you?

14       A.  Because I didn't know about it.

15       Q.  If you had known about it, would you

16   have told Ms. Durden?

17       A.  Yes.

18           MS. SCHULTZ:

19               Object to form.

20           THE WITNESS:

21               Yes.

22   EXAMINATION BY MR. COFFIN:

23       Q.  And if you had told Ms. Durden that

24   Taxotere is associated with permanent hair

25   loss, and she decided she did not want to use

Page 255

1   Taxotere, would you have still prescribed it?

2        A.   No.

3             MS. SCHULTZ:

4                  Object to form.

5   EXAMINATION BY MR. COFFIN:

6        Q.   Why not?

7             MS. SCHULTZ:

8                  Object to form.

9             THE WITNESS:

10                 Because of her concerns of the

11  potential side effect.

12  EXAMINATION BY MR. COFFIN:

13       Q.   Well --

14       A.   Of the hair loss.  With each patient,

15  we go over the potential side effects of the

16  regimens, potential regimens.  And if the

17  patient elects not to pursue, then we don't

18  prescribe the chemotherapy.

19       Q.   And was that your practice in 2011?

20       A.   Yes.

21       Q.   And is that the practice that you

22  used with Ms. Durden?

23            MS. SCHULTZ:

24                 Object to form.

25            THE WITNESS:

Page 256

1              Yes.

2    EXAMINATION BY MR. COFFIN:

3       Q.   Why is it that you didn't prescribe

4    Adriamycin to Ms. Durden?

5       A.   Because she did not want to get the

6    red devil, because of the concern for side

7    effects.   Her and her daughter.

8       Q.   And you honored that decision by her.

9       A.   Yes.

10      Q.   Would you have honored her choice to

11   decide not to take Taxotere because of a risk

12   of permanent hair loss if she had made that

13   choice?

14      A.   Yes.

15           MS. SCHULTZ:

16                Object to form.

17   EXAMINATION BY MR. COFFIN:

18      Q.   But you didn't know that information

19   in 2011, correct?

20           MS. SCHULTZ:

21                Object to form.

22           THE WITNESS:

23                Correct.

24   EXAMINATION BY MR. COFFIN:

25      Q.   So you weren't able to give her that

Page 257

1     choice, correct?

2         A.   Correct.

3             MS. SCHULTZ:

4                 Object to form.

5     EXAMINATION BY MR. COFFIN:

6         Q.   And if in 2011, you gave her that

7     choice and she decided she did not want to be

8     administered Adriamycin or Taxotere, would

9     you have honored that choice?

10        A.   Yes.

11            MS. SCHULTZ:

12                Object to form.

13    EXAMINATION BY MR. COFFIN:

14        Q.   Would you please turn to Exhibit 12.

15        A.   It's starting to look like my office.

16    Okay.  Just a second.  What is that?  I'm

17    sorry.  Okay.  Yes.

18        Q.   And can you identify what Exhibit 12

19    is?

20        A.   It's the NCCN Guidelines for invasive

21    breast CA chemo regimens.

22        Q.   Are these the National Comprehensive

23    Cancer Network Guidelines that were in effect

24    at the time that you were deciding which

25    regimens to suggest for Ms. Durden?

Page 259

1      Q.   And you looked at alternatives,

2   right?

3      A.   Yes.

4           MS. SCHULTZ:

5                Object to form.

6   EXAMINATION BY MR. COFFIN:

7      Q.   And if Ms. Durden had said she didn't

8   want to take Taxotere because of permanent

9   hair loss, you would have looked at another

10  regimen, correct?

11          MS. SCHULTZ:

12               Object to form.

13          THE WITNESS:

14               Yes.

15  EXAMINATION BY MR. COFFIN:

16     Q.   Including the other adjuvant regimens

17  listed, correct?

18     A.   Yes.

19          MS. SCHULTZ:

20               Object to form.

21  EXAMINATION BY MR. COFFIN:

22     Q.   You testified that it's your practice

23  today to tell patients who might receive

24  docetaxel, that the drug is associated with

25  permanent hair loss, correct?

1      A.   Correct.   Yes.

2      Q.   And today, do you then give your

3   patients a choice as to whether or not they

4   accept a regimen that includes docetaxel?

5      A.   Yes.

6      Q.   And if they refuse to do so, you

7   allow them to make another choice, correct?

8      A.   Yes.

9          MS.  SCHULTZ:

10              Object to form.

11   EXAMINATION BY MR. COFFIN:

12      Q.   I'm going to show you what was marked

13   in your earlier deposition as Exhibit 6.

14      A.   Okay.

15      Q.   Do you recognize this as prescribing

16   information for Taxotere?

17      A.   Yes.

18      Q.   Okay.   And are you familiar with the

19   prescribing information for Taxotere?

20      A.   Yes.

21      Q.   And you recognize that this

22   particular version that Ms. Schultz showed

23   you was revised as of April 2010?

24      A.   Where do you see that?   Yes.

25      Q.   I'm going to direct you to a section

Page 261

1  of this package insert that is addressing

2  adverse reactions, Area -- Section 6?  Do you

3  see that?

4       A.  Yes.

5       Q.  And you're familiar with a listing of

6  adverse reactions in a package insert,

7  correct?

8       A.  Yes.

9            MS. SCHULTZ:

10               Object to form.

11  EXAMINATION BY MR. COFFIN:

12       Q.  And if you'll turn to Page 21 of this

13  package insert, you'll see Table 7.  Do you

14  see that?

15       A.  Yes.

16       Q.  And can you read the title of Table

17  7?

18       A.  Clinically Important Treatment

19  Emergent Adverse Reactions Regardless of

20  Causal Relationships in Patients Receiving

21  TAXOTERE in Combination with Doxorubicin and

22  Cyclophosphamide (TAX316).

23       Q.  Do you recognize that listed here in

24  Table 7 are side effects that the company has

25  reported are associated with Taxotere in

Page 262

1    combination therapy?

2          MS. SCHULTZ:

3                Object to form.

4          THE WITNESS:

5                Could -- could you repeat that,

6    please?

7    EXAMINATION BY MR. COFFIN:

8          Q.  Well, let me ask you this way:

9    What's your understanding of what's being

10   reported by Sanofi in Table 7?

11         A.  That these are listed as the

12   potential adverse reactions associated with

13   the regimen.

14         Q.  And do you recognize that alopecia is

15   one of the side effects?

16         A.  Yes.

17         Q.  In 2011, when you referenced adverse

18   events associated with docetaxel, did you

19   understand that the side effect of alopecia

20   referred to temporary alopecia?

21         A.  Yes.

22         MS. SCHULTZ:

23                Object to form.

24   EXAMINATION BY MR. COFFIN:

25         A.  When you read any of the sources that

Page 263

1    you relied on regarding side effects

2    associated with docetaxel in 2011, did you

3    understand the side effect of alopecia to be

4    referring to temporary alopecia?

5         MS. SCHULTZ:

6              Object to form.

7         THE WITNESS:

8              Yes.

9    EXAMINATION BY MR. COFFIN:

10        Q.  Is it accurate that it wasn't until

11   2016 or '17, that you understood that

12   alopecia related to docetaxel could be

13   permanent?

14        A.  Yes.

15        MS. SCHULTZ:

16             Object to form.

17   EXAMINATION BY MR. COFFIN:

18        Q.  I'm going to have you turn to Section

19   6.2, which is Post-marketing Experiences, in

20   Exhibit 6.  Do you see that?

21        A.  Yes.

22        Q.  And what is your understanding of

23   post-marketing experiences in a drug label?

24        A.  That these are the potential

25   reactions after the drug has been used, the

Page 264

1    adverse events that could occur.

2       Q.   And if you look at --

3       A.   That have been listed.

4       Q.   I'm sorry.

5       A.   Go ahead.  Go ahead.

6       Q.   If you look at Cutaneous under

7    Post-marketing Experiences, do you see

8    anywhere in there that lists permanent

9    alopecia as a reported post-marketing

10   experience related to docetaxel?

11      A.   No.  No.

12      Q.   Did anyone from Sanofi ever tell you

13   that the company had received reports,

14   post-marketing reports, of docetaxel

15   associated with permanent hair loss in --

16   prior to 2011?

17           MS. SCHULTZ:

18               Object to form.

19           THE WITNESS:

20               No.

21   EXAMINATION BY MR. COFFIN:

22      Q.   Has anyone from Sanofi ever told you,

23   prior to 2016, that the company had received

24   reports of docetaxel associated with

25   permanent hair loss?

Page 265

1     A.   No.

2          MS. SCHULTZ:

3              Object to form.

4     EXAMINATION BY MR. COFFIN:

5     Q.   If you did know that information, is

6     that information that you have -- would have

7     considered when prescribing docetaxel before

8     2016?

9     A.   Yes.

10         MS. SCHULTZ:

11             Object to form.

12    EXAMINATION BY MR. COFFIN:

13    Q.   Is that information you would have

14    shared with your patients?

15    A.   Yes.

16         MS. SCHULTZ:

17             Object to form.

18    EXAMINATION BY MR. COFFIN:

19    Q.   Is that information you would have

20    shared with Ms. Durden?

21    A.   Yes.

22         MS. SCHULTZ:

23             Object to form.

24    EXAMINATION BY MR. COFFIN:

25    Q.   I'm going to refer you to Page 54 of

Page 266

1    Exhibit 6, which is the Patient Counseling

2    Information?  Do you see that?

3        A.  Yes.

4        Q.  What is your understanding of the

5    Patient Counseling Information of the

6    Taxotere label?

7            MS. SCHULTZ:

8                Object to form.

9            THE WITNESS:

10               Could you be more specific?

11   EXAMINATION BY MR. COFFIN:

12       Q.  Yeah.  This particular section

13   includes a patient information leaflet and

14   questions and answers about Taxotere,

15   correct?

16       A.  Yes.

17       Q.  What is your understanding as to what

18   -- why the drug company includes Patient

19   Counseling Information in the --

20       A.  It's to --

21       Q.  -- labeling?

22       A.  -- educate the patient about

23   potential side effects of the therapy.

24       Q.  And you recognize this has some

25   questions and answers for the patients?

Page 267

1      A.  Yes.

2      Q.  And I'll refer you to the question

3  that says, What are the possible side effects

4  of Taxotere?  Do you see that?

5      A.  Yes.

6      Q.  You understand, this is information

7  that the drug company felt was important to

8  share with patients, correct?

9      A.  Yes.

10          MS. SCHULTZ:

11              Object to form.

12  EXAMINATION BY MR. COFFIN:

13      Q.  And you see hair loss is listed?

14      A.  Yes.

15      Q.  If you'd read through that, can you

16  tell me if there is any information contained

17  in that information for patients about

18  permanent hair loss associated with

19  docetaxel?

20      A.  No.

21          MS. SCHULTZ:

22              Object to form.

23  EXAMINATION BY MR. COFFIN:

24      Q.  There is none?

25      A.  No.

Page 268

1      Q.   If the information had been contained

2   in this information for patients indicating

3   that Taxotere is associated with permanent

4   hair loss, would you have shared that with

5   Ms. Durden?

6      A.   Yes.

7           MS. SCHULTZ:

8                Object to form.

9           MR. COFFIN:

10               I'm going to mark what will be

11  Exhibit 18.

12          THE WITNESS:

13               I need to use my light.  Okay.

14  Yes.

15  EXAMINATION BY MR. COFFIN:

16     Q.   And, Dr. Jancich, can you identify

17  what's been marked as Exhibit 18?

18     A.   It's the Highlights of Prescribing

19  Information for Taxotere.

20     Q.   And the entire exhibit contains all

21  the prescribing information for Taxotere,

22  correct?

23     A.   Yes.

24          MS. SCHULTZ:

25               What is 18?

Page 278

1   EXAMINATION BY MR. COFFIN:

2       Q.  And what is your understanding?

3       A.  Is that there is evidence, or

4   evidence-based information, to support that

5   administering the drug could lead to

6   permanent hair loss.

7       Q.  And were you aware that that causal

8   association existed between docetaxel and

9   permanent, slash, irreversible alopecia at

10  the time that you prescribed docetaxel to

11  Ms. Durden?

12      A.  No.

13          MS. SCHULTZ:

14              Object to form.

15  EXAMINATION BY MR. COFFIN:

16      Q.  If you would have been aware of that,

17  would you have considered that in whether or

18  not to prescribe the drug to Ms. Durden?

19      A.  Yes.

20          MS. SCHULTZ:

21              Object to form.

22  EXAMINATION BY MR. COFFIN:

23      Q.  Would you have informed Ms. Durden

24  about that causal association?

25          MS. SCHULTZ:

Page 279

```
 1              Object to form.
 2         THE WITNESS:
 3              Yes.
 4   EXAMINATION BY MR. COFFIN:
 5      Q.  And would you have allowed her to
 6   make a decision as to whether or not to take
 7   the drug based on the causal association
 8   information?
 9      A.  Yes.
10         MS. SCHULTZ:
11              Object to form.
12         MR. COFFIN:
13              I don't have any further
14   questions.  Thank you, Dr. Jancich.
15         THE WITNESS:
16              Okay.
17   EXAMINATION BY MS. SCHULTZ:
18      Q.  Doctor, I'm going to ask you just a
19   few follow-ups on the exhibits that Mr. --
20      A.  Okay.
21      Q.  -- Coffin asked you some questions
22   about.  And let's start with Exhibit 19.
23   This was the document titled, Partnering with
24   Your Patients Along Their Journey.
25              Have you ever seen this document
```