# EXHIBIT B



National Comprehensive Cancer Network®

## NCCN Clinical Practice Guidelines in Oncology™

# Breast Cancer

## V.1.2009

**Continue**

## www.nccn.org

These guidelines are a statement of consensus of the authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult these guidelines is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. The National Comprehensive Cancer Network makes no representations nor warranties of any kind whatsoever regarding their content, use, or application and disclaims any responsibility for their application or use in any way. These guidelines are copyrighted by National Comprehensive Cancer Network. All rights reserved. These guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN. ©2008.

**NCCN®** | **Practice Guidelines in Oncology – v.1.2009** | **Invasive Breast Cancer** | Breast Cancer TOC
Staging, Discussion, References

## SYSTEMIC ADJUVANT TREATMENT - HORMONE RECEPTOR POSITIVE - HER2 POSITIVE DISEASE[b]



Histology:[o]
• Ductal
• Lobular
• Mixed
• Metaplastic

pT1, pT2, or pT3; and pN0 or pN1mi (≤ 2 mm axillary node metastasis)

• Tumor ≤ 0.5 cm or
• Microinvasive or
• Tumor 0.6-1.0 cm, well differentiated

pN0 → No adjuvant therapy[q]

pN1mi → Consider adjuvant endocrine therapy[r]

Tumor 0.6-1.0 cm, moderate/poorly differentiated or unfavorable features[p] → Adjuvant endocrine therapy ± adjuvant chemotherapy (category 1)[r,s,t] ± trastuzumab (category 3)[u]

Tumor > 1 cm → Adjuvant endocrine therapy + adjuvant chemotherapy + trastuzumab (category 1)[r,s,t]

Node positive (one or more metastases > 2 mm to one or more ipsilateral axillary lymph nodes) → Adjuvant endocrine therapy + adjuvant chemotherapy + trastuzumab (category 1)[r,s,t]

See Follow-Up (BINV-15)
See Adjuvant Endocrine Therapy (BINV-I) and Adjuvant Chemotherapy (BINV-J)

[b]See Principles of HER2 Testing (BINV-A).

[o]Mixed lobular and ductal carcinoma as well as metaplastic carcinoma should be graded based on the ductal component and treated based on this grading. The metaplastic or mixed component does not alter prognosis.

[p]Unfavorable features: angiolymphatic invasion, high nuclear grade, or high histologic grade.

[q]If ER-positive consider endocrine therapy for risk reduction and to diminish the small risk of disease recurrence.

[r]Evidence supports that the magnitude of benefit from surgical or radiation ovarian ablation in premenopausal women with hormone-receptor-positive breast cancer is similar to that achieved with CMF alone. Early evidence suggests similar benefits from ovarian suppression (ie, LHRH agonist) as from ovarian ablation. The combination of ovarian ablation/suppression plus endocrine therapy may be superior to suppression alone. The benefit of ovarian ablation/suppression in premenopausal women who have received adjuvant chemotherapy is uncertain.

[s]Chemotherapy and endocrine therapy used as adjuvant therapy should be given sequentially with endocrine therapy following chemotherapy. The benefits of chemotherapy and of endocrine therapy are additive. However, the absolute benefit from chemotherapy may be small. The decision to add chemotherapy to endocrine therapy should be individualized, especially in those with a favorable prognosis and in women age ≥ 60 y where the incremental benefit of chemotherapy may be smaller. Available data suggest sequential or concurrent endocrine therapy with radiation therapy is acceptable.

[t]There are insufficient data to make chemotherapy recommendations for those over 70 y old. Treatment should be individualized with consideration of comorbid conditions.

[u]The prognosis of patients with T1a and T1b tumors that are node negative is generally favorable even when HER2 is amplified or over-expressed. This is a population of breast cancer patients that was not studied in the available randomized trials. The decision for use of trastuzumab therapy in this cohort of patients must balance the known toxicities of trastuzumab, such as cardiac toxicity, and the uncertain, absolute benefits that may exist with trastuzumab therapy.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.  **BINV-5**

**NCCN**® **Practice Guidelines in Oncology – v.1.2009** | **Invasive Breast Cancer**

## ADJUVANT CHEMOTHERAPY [1,2,3,4,5,6]

### NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)
- AC (doxorubicin/cyclophosphamide)

**Other Adjuvant Regimens:**
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- AC followed by paclitaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)

### TRASTUZUMAB CONTAINING REGIMENS (all category 1)

**Preferred Adjuvant Regimen:**
- AC followed by T + concurrent trastuzumab (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab, various schedules)
- TCH (docetaxel, carboplatin, trastuzumab)

**Other Adjuvant Regimens:**
- Docetaxel + trastuzumab followed by FEC (fluorouracil/epirubicin/cyclophosphamide)
- Chemotherapy followed by trastuzmab sequentially
- AC followed by docetaxel + trastuzumab

**Neoadjuvant:**
- T + trastuzumab followed by CEF + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

---

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

---

[1]Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2 positive tumors.

[2]In patients with HER2 positive and axillary lymph node positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2 positive lymph node negative tumors greater than or equal to 1 cm. (category 1) Trastuzumab may be given beginning either concurrent with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrent with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year, (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every three weekly schedule.

[3]CMF and radiation therapy may be given concurrently, or the CMF may be given first.  All other chemotherapy regimens should be given prior to radiotherapy.

[4]Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.

[5]For node-positive patients, anthracycline-containing chemotherapy regimens are preferred.

[6]Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

---

**Note:  All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.**

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.

 **Practice Guidelines in Oncology – v.1.2009** | **Invasive Breast Cancer**

Breast Cancer TOC
Staging, Discussion, References

## NON-TRASTUZUMAB CONTAINING COMBINATIONS
### PREFERRED ADJUVANT REGIMENS

**TAC chemotherapy[1]**
- Docetaxel 75 mg/m$^2$ IV day 1
- Doxorubicin 50 mg/m$^2$ IV day 1
- Cyclophosphamide 500 mg/m$^2$ IV day 1
Cycled every 21 days for 6 cycles.
(All cycles are with filgrastim support).

**Dose-dense AC followed by paclitaxel chemotherapy[2]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV infusion day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

**AC followed by paclitaxel chemotherapy[3,4,5]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
- Followed by
- Paclitaxel 80 mg/m2 by 1 h IV infusion weekly
  for 12 wks.

**TC chemotherapy[6]**
- Docetaxel 75 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles

**AC chemotherapy[7]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.

### OTHER ADJUVANT REGIMENS

**FAC chemotherapy[8,9]**
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
  or days 1 & 4
- Doxorubicin 50 mg/m$^2$ IV day 1
  (or by 72 h continuous infusion)
- Cyclophosphamide 500 mg/m$^2$ IV day 1
Cycled every 21 days for 6 cycles.

**CAF chemotherapy[10]**
- Cyclophosphamide 100 mg/m$^2$ IV day 1
- Doxorubicin 30 mg/m$^2$ IV day 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
Cycled every 28 days for 6 cycles.

**FEC chemotherapy[11]**
- Cyclophosphamide 75 mg/m$^2$ PO
  days 1-14
- Epirubicin 60 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
With cotrimoxazole support.
Cycled every 28 days for 6 cycles.

**CMF chemotherapy[12]**
- Cyclophosphamide 100 mg/m$^2$ PO
  days 1-14
- Methotrexate 40 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 600 mg/m$^2$ IV days 1 & 8
Cycled every 28 days for 6 cycles.

**AC followed by docetaxel chemotherapy[5]**
- Doxorubicin 60 mg/m$^2$ on day 1
- Cyclophosphamide 600 mg/m2 IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Docetaxel 100 mg/m$^2$ IV on day 1
Cycled every 21 days for 4 cycles

**AC followed by paclitaxel chemotherapy[3,4,5]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 175-225 mg/m$^2$ by 3 h IV infusion
  day 1
Cycled every 21 days for 4 cycles.

**EC chemotherapy[13]**
- Epirubicin 100 mg/m$^2$ IV day 1
- Cyclophosphamide 830 mg/m$^2$ IV day 1
Cycled every 21 days for 8 cycles.

**Dose-dense A-T-C chemotherapy[2]**
- Doxorubicin 60 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

**FEC followed by docetaxel chemotherapy[14]**
- 5-Fluorouracil 500 mg/m$^2$ IV day 1
- Epirubicin 100 mg/m$^2$ IV day 1
- Cyclophosphamide 500 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles.
Followed by
- Docetaxel 100 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles.

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.

BINV-J
2 of 5

**NCCN®** | **Practice Guidelines in Oncology – v.1.2009** | **Invasive Breast Cancer**

Breast Cancer TOC
Staging, Discussion, References

## TRASTUZUMAB CONTAINING COMBINATIONS

### PREFERRED ADJUVANT REGIMENS

**AC followed by T chemotherapy with Trastuzumab[15]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
Paclitaxel 80 mg/m2 by 1 h IV weekly for 12 wks
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1 y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

**Dose-dense AC followed by paclitaxel chemotherapy[2]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV infusion day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

**AC followed by T chemotherapy with Trastuzumab[15]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
Cycled every 21 days for 4 cycles
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

**TCH chemotherapy[16]**
- Docetaxel 75 mg/m$^2$ IV day 1
Followed by
- Carboplatin AUC 6 IV day 1
Cycled every 21 days for 6 cycles
With
- Trastuzumab 4 mg/kg wk 1
Followed by
- Trastuzumab 2 mg/kg for 17 wks
Followed by
- Trastuzumab 6 mg/kg IV every 3 wks to complete 1 year of trastuzumab therapy
Cardiac monitoring at baseline, 3, 6, and 9 mo.

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.

BINV-J
3 of 5



**Practice Guidelines in Oncology – v.1.2009** | **Invasive Breast Cancer**

Breast Cancer TOC
Staging, Discussion, References

## OTHER ADJUVANT REGIMENS

**Docetaxel + trastuzumab followed by FEC chemotherapy[17]**
- Docetaxel 100 mg/m$^2$ by 1 h IV day 1

Cycled every 21 days for 3 cycles
With
- Trastuzumab 4 mg/kg IV with first dose of docetaxel day 1

Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 9 wks of trastuzumab.

Followed by
- 5-Fluorouracil 600 mg/m$^2$ IV day 1
- Epirubicin 60 mg/m$^2$ day 1
- Cyclophosphamide 600 mg/m$^2$ day 1

Cycled every 21 days for 3 cycles
Cardiac monitoring at baseline, after last FEC cycle, at 12 and 36 mo after chemotherapy.

**Chemotherapy followed by trastuzumab[18]**
- Approved adjuvant chemotherapy regimen for at least 4 cycles

Followed by
- Trastuzumab 8 mg/kg IV times 1 dose

Followed by
- Trastuzumab 6 mg/kg IV every 21 days for 1 y

Cardiac monitoring at baseline, 3, 6, and 9 mo.

**AC followed by docetaxel chemotherapy with trastuzumab[17]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ day 1

Cycled every 21 days for 4 cycles
Followed by
- Docetaxel 100 mg/m$^2$

Cycled every 21 days for 4 cycles
With
- Trastuzumab 4 mg/kg IV wk one

Followed by
- Trastuzumab 2 mg/kg IV weekly for 11 wks

Followed by
- Trastuzumab 6 mg/kg every 21 days to complete 1 y of trastuzumab therapy

Cardiac monitoring at baseline, 3, 6, and 9 mo.

## TRASTUZUMAB CONTAINING COMBINATIONS

### NEOADJUVANT REGIMENS

**Neoadjuvant T followed by FEC chemotherapy with trastuzumab[19]**
- Trastuzumab 4 mg/kg IV for one dose beginning just prior to first dose of paclitaxel

Followed by
- Trastuzumab 2 mg/kg IV weekly for 23 wks
- Paclitaxel 225 mg/m$^2$ by 24 h IV infusion every 21 days for 4 cycles (alternatively paclitaxel may be administered as paclitaxel 80 mg/m$^2$ by 1 h IV infusion weekly for 12 wks)

Followed by
- 5-Fluorouracil 500 mg/m$^2$ on days 1 and 4
- Epirubicin 75 mg/m$^2$ IV on day 1
- Cyclophosphamide 500 mg/m$^2$ on day 1

Cycled every 21 days for 4 cycles.

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.

BINV-J
4 of 5



**Practice Guidelines in Oncology – v.1.2009**   **Invasive Breast Cancer**

Breast Cancer TOC
Staging, Discussion, References

[1]Martin, Pienkowski T, Mackey J, et al: Adjuvant Docetaxel for Node-Positive Breast Cancer. N Engl J. Med 352: 22, 2005.

[2]Citron ML, Berry DA, Cirrincione C, et al: Randomized Trial of Dose-Dense Versus Conventionally Scheduled and Sequential Versus Concurrent Combination Chemotherapy as Postoperative Adjuvant Treatment of Node-Positive Primary Breast Cancer: First Report of Intergroup Trial C9741/Cancer and Leukemia Group B Trial 9741. J Clin Oncol 21:1431-1439, 2003.

[3]Henderson IC, Berry DA, Demetri GD, et al: Improved outcomes from adding sequential paclitaxel but not from escalating doxorubicin dose in an adjuvant chemotherapy Regimen for Patients With Node-Positive Primary Breast Cancer. J Clin Oncol 21:976-983, 2003.

[4]Mamounas EP, Bryant J, Lembersky BC, et al: Paclitaxel after doxorubicin plus cyclophosphamide as adjuvant chemotherapy for node-positive breast cancer: results from NSABP 13-28. J. Clin Oncol.:23:3686-96, 2005.

[5]Sparano JA, Wang M, Martino S, et al. Weekly paclitaxel in adjuvant treatment of breast cancer. N Engl J Med. 258:1663-1671, 2008.

[6]Jones S, Holmes F, O'Shaughnessey J, et al. Extended follow-up and analysis by age of the US Oncology Adjuvant Trial 9735: DOcetaxwl/cyclophophamide is associated with an overall survival benefit compared to doxorubicin/cyclophosphamide and is well tolerated in women 65 or older. San Antonio Breast Cancer Symposium. Abstract 12, 2007.

[7]Fisher B, Brown AM, Dimitrov NV, et al: Two months of doxorubicin-cyclophosphamide with and without interval reinduction therapy compared with six months of cyclophosphamide, methotrexate, and fluorouracil in positive-node breast cancer patients with tamoxifen-nonresponsive tumors: Results from NSABP B-15. Journal of Clin Oncol 8:1483-1496, 1990.

[8]Buzdar AU, Kau SW, Smith TL, Hortobagyi GN. Ten-year results of FAC adjuvant chemotherapy trial in breast cancer. Am J Clin Oncol 12; 123-128,1989

[9]Assikis V, Buzdar A, Yang Y, et al: A phase III trial of sequential adjuvant chemotherapy for operable breast carcinoma: final analysis with 10-year follow-up. Cancer 97:2716-23, 2003.

[10]Bull JM, Tormey DC, Li SH, et al: A randomized comparative trial of adriamycin versus methotrexate in combination drug therapy. Cancer 41:1649-57, 1978

[11]Levine MN, Bramwell VH, Pritchard KI, et al: Randomized trial of intensive cyclophosphamide, epirubicin, and fluorouracil chemotherapy compared with cyclophosphamide, methotrexate, and fluorouracil in premenopausal women with node-positive breast cancer. National Cancer Institute of Canada Clinical Trials Group. J Clin Oncol 16:2651-8, 1998.

[12]Goldhirsch A, Colleoni M, Coates AS, et al: Adding adjuvant CMF chemotherapy to either radiotherapy or tamoxifen: are all CMFs alike? The International Breast Cancer Study Group (IBCSG). Ann Oncol 9:489-93, 1998.

[13]Piccart MJ, Di Leo A, Beauduin M, et al: Phase III Trial Comparing Two Dose Levels of Epirubicin Combined With Cyclophosphamide With Cyclophosphamide, Methotrexate, and Fluorouracil in Node-Positive Breast Cancer. J Clin Oncol 19:3103-3110, 2001.

[14]Roche H, fumoleau P, Spielmann M, et al. Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: The FNCLCC PACS 001 trial. J Clin Oncol. 24:5664-5671, 2006.

[15]Romond EH, Perez EZ, Bryant J, et al. Trastuzumab plus adjuvant chemotherapy for operable HER2 positive breast cancer. N Engl J Med 353:1673-1684, 2005

[16]Robert NJ, Eiermann W, Pienkowski T, et al. BCIRG 006: Docetaxel and trastuzumab-based regimens improve DFS and OS over AC followed by T in node positive and high risk node negative HER2 positive early breast cancer patients: Quality of life at 36 mo. J Clin Oncol. 25:18S (June 20 suppl). Abstract 19647, 2007.

[17]Joensuu H, Kellokumpu-Lehtinen P-L, Bono P, et al: Adjuvant docetaxel or vinorelbine with or without trastuzumab for breast cancer. N Engl J Med 354:809-20, 2006.

[18]Piccart-Gebhart MJ, Procter M, Leyland-Jones B, et al. Trastuzumab after adjuvant chemotherapy in HER-2 positive breast cancer. N Engl J Med 353:1659-72, 2005.

[19]Buzdar A, Ibrahim N, Francis D, et al. Significantly higher pathologic complete remission rate after neoadjuvant therapy with trastuzumab, paclitaxel, and epirubicin chemotherapy: Results of a randomized trial in human epidermal growth factor receptor 2-positive operable breast cancer. J. Clin Oncol 23: 3676-3685, 2005.

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.

Version 1.2009 12/02/2008 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.

BINV-J
5 of 5