# EXHIBIT C

Page 1

1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

3    ANTOINETTE DURDEN
                                    CASE NO.
4    VERSUS                         2:16-CV-16635
5    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
6    AVENTIS-PHARMA S.A.

7
           DEPOSITION OF ANTOINETTE DURDEN, 404
8    FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
9    BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
       PENDLEY, BAUDIN & COFFIN
13     ATTORNEYS AT LAW
       BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14     BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
       1515 POYDRAS STREET, SUITE 1400
15     NEW ORLEANS, LOUISIANA  70112
          ATTORNEYS FOR PLAINTIFF
16
17     SHOOK, HARDY & BACON, LLP
       ATTORNEYS AT LAW
18     BY:  LORI R. SCHULTZ, ESQUIRE
       BY:  JORDAN BAEHR, ESQUIRE
19     2555 GRAND BOULEVARD
       KANSAS CITY, MISSOURI  64108-2613
20
          ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
       DAWN D. TUPPER, CCR, RPR
23     CERTIFIED COURT REPORTER
       REGISTERED PROFESSIONAL REPORTER
24
25     Job No. NJ2756266

Page 213

1  about this drug, not just put it on the
2  market and just say here, give this to
3  your clients and have them take it.
4           Do you think from ten years
5  today that what's going on today, do you
6  think that somebody is actually going to
7  take this drug knowing the side effects to
8  it?  I'm just saying.
9           Q.   Well, you're claiming in this
10 lawsuit that Taxotere caused your hair
11 loss; correct?
12         MR. COFFIN:
13              Object to the form.
14 EXAMINATION BY MS. SCHULTZ:
15         Q.   Do you understand my question?
16         A.   Uh-huh (affirmative response).
17 You're asking me if Taxotere is the one
18 that actually caused my --
19         Q.   Well, you're claiming in this
20 lawsuit that Taxotere caused your hair
21 loss; correct?
22         A.   Uh-huh (affirmative response).
23         Q.   Yes?
24         A.   Yes.
25         Q.   Okay.  And you said a couple

1  of times now that you wouldn't have taken
2  Taxotere if you had known it could cause
3  permanent hair loss; correct?
4         A.    Yes.
5         Q.    Do you know if you would be
6  alive today if you hadn't taken Taxotere?
7         A.    I can't say that.
8       MR. COFFIN:
9            Object to the form.
10 EXAMINATION BY MS. SCHULTZ:
11        Q.    Pardon me?
12        A.    I can't say that.  I'm not a
13 doctor.
14        Q.    Well, are you saying that --
15        A.    I --
16        Q.    Are you saying that you'd
17 rather be dead than to be alive and have
18 hair loss?
19      MR. COFFIN:
20           Object to the form.
21      THE WITNESS:
22           Uh-uh (negative response).  No.
23 Uh-uh (negative response).
24 EXAMINATION BY MS. SCHULTZ:
25        Q.    Well, when you say you

Page 215

1  wouldn't have taken Taxotere --
2       A.   If another drug would have
3  been offered to me, then I probably would
4  have took another drug.  I wouldn't have
5  took something that is going to cause me
6  pain and grief and I wouldn't have took
7  it.
8       Q.   So when you say I wouldn't
9  have taken Taxotere if I had known it
10 would cause permanent hair loss, you mean
11 you would have taken a different drug if a
12 different drug was available?
13      MR. COFFIN:
14           Object to the form.
15      THE WITNESS:
16           Uh-uh (negative response).  If I
17 would have had a choice of and I was --
18 well, I was saying if I was offered
19 something else that they didn't have no
20 side effects to it as devastating as the
21 chemo that had on my life, then I probably
22 would have took another drug, not that one
23 if it --
24 EXAMINATION BY MS. SCHULTZ:
25      Q.   So when you say if you were

Page 355

1 that we can even question her about today.
2 So I'm leaving the deposition open for
3 those reasons.
4     MR. COFFIN:
5         Okay.  We will object to leaving
6 the deposition open, but I understand what
7 you're saying.  I hear your request.  And
8 I have some questions.
9         Do you want to take a break or do
10 you want me to?
11     MS. SCHULTZ:
12         Go ahead.  I have a deposition
13 tomorrow.  I need to get out of here.
14 EXAMINATION BY MR. COFFIN:
15     Q.   Ms. Durden, I just have some
16 questions to follow up with what Ms.
17 Schultz was asking you earlier.
18         Do you recall earlier in your
19 deposition being asked whether you trust
20 Dr. Jancich?
21     A.   Yes.
22     Q.   What did you mean when you
23 testified that you do trust Dr. Jancich?
24     MS. SCHULTZ:
25         Okay.  Object to the form.

1    THE WITNESS:
2         What I trust her about is she
3    would give me any information that she
4    knew about any medication that was out
5    there.
6    EXAMINATION BY MR. COFFIN:
7         Q.   And does that include
8    Taxotere?
9         A.   Yes.
10        Q.   And you did talk to Dr.
11   Jancich about Taxotere; right?
12        A.   Yes.
13     MS. SCHULTZ:
14        Object to the form.
15   EXAMINATION BY MR. COFFIN:
16        Q.   And she did not provide you
17   with information regarding Taxotere and
18   permanent hair loss; correct?
19        A.   Correct.
20     MS. SCHULTZ:
21        Object to the form.
22   EXAMINATION BY MR. COFFIN:
23        Q.   If Dr. Jancich would have
24   provided you with information indicating
25   that Taxotere can cause permanent hair

```
 1  loss in some people, would you have taken
 2  Taxotere?
 3          A.   No.
 4       MS. SCHULTZ:
 5              Object to the form.
 6  EXAMINATION BY MR. COFFIN:
 7          Q.   If Dr. Jancich would have
 8  recommended that you take Taxotere after
 9  telling you that it can cause permanent
10  hair loss in some people, would you have
11  taken Taxotere?
12          A.   No, no, no.
13       MS. SCHULTZ:
14              Object to the form.
15  EXAMINATION BY MR. COFFIN:
16          Q.   Let me have you turn to
17  Exhibit Number 24.
18       MS. SCHULTZ:
19              What is 24?
20       MR. COFFIN:
21              I'll let her identify it.
22       MS. SCHULTZ:
23              Well, because I don't have any
24  medical records done by --
25  EXAMINATION BY MR. COFFIN:
```