UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>   PRODUCTS LIABILITY<br>   LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Antoinette Durden,* 2:16-cv-16635 | MDL NO. 2740<br><br>SECTION "H" (5) |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT D TO PLAINTIFF ANTOINETTE DURDEN'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CAUSATION BASED ON THE LEARNED-INTERMEDIARY DOCTRINE UNDER SEAL

NOW INTO COURT comes Plaintiff who respectfully requests leave of Court to file Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine (Rec. Doc. 7369) under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibit D to Plaintiff's Opposition should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine be filed UNDER SEAL.

Dated: June 11, 2019      Respectfully submitted,

                */s/ Christopher L. Coffin*
                Christopher L. Coffin (#27902)
                PENDLEY, BAUDIN & COFFIN, L.L.P.
                1100 Poydras Street, Suite 2505
                New Orleans, Louisiana 70163
                Phone: (504) 355-0086
                Fax: (504) 355-0089
                ccoffin@pbclawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Christopher L. Coffin*
                                              Christopher L. Coffin