UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                 SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

## **[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.

                                       _____
                                       HON. JANE TRICHE MILAZZO
                                       UNITED STATES DISTRICT JUDGE