# EXHIBIT A

Page 1

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3   ANTOINETTE DURDEN
                              CASE NO.
 4   VERSUS                   2:16-CV-16635
 5   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
 6   AVENTIS-PHARMA S.A.
 7
          DEPOSITION OF ANTOINETTE DURDEN, 404
 8   FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
 9   BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
       PENDLEY, BAUDIN & COFFIN
13     ATTORNEYS AT LAW
       BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14     BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
       1515 POYDRAS STREET, SUITE 1400
15     NEW ORLEANS, LOUISIANA  70112
16         ATTORNEYS FOR PLAINTIFF
17     SHOOK, HARDY & BACON, LLP
       ATTORNEYS AT LAW
18     BY:  LORI R. SCHULTZ, ESQUIRE
       BY:  JORDAN BAEHR, ESQUIRE
19     2555 GRAND BOULEVARD
       KANSAS CITY, MISSOURI  64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
       DAWN D. TUPPER, CCR, RPR
23     CERTIFIED COURT REPORTER
       REGISTERED PROFESSIONAL REPORTER
24
25     Job No. NJ2756266
```

```
1         Q.    How long have you had
2   permanent hair loss?
3       MR. COFFIN:
4           Object to the form.
5       THE WITNESS:
6           I can't put a time frame on it.
7   I don't know the dates or anything like
8   that.  Somewhere around 2014 maybe I
9   noticed that it wasn't coming back in.
10  EXAMINATION BY MS. SCHULTZ:
11        Q.    So in 2014 you realized that
12  your hair loss was permanent?
13      MR. COFFIN:
14          Object to the form.
15      THE WITNESS:
16          Well, not really permanent.  No
17  one -- I did a lot of research and no one
18  ever told me that it was going to be
19  permanently, that the hair wasn't going to
20  grow back.  They always said that your
21  hair was going to come back.
22  EXAMINATION BY MS. SCHULTZ:
23        Q.    Now, in 2014, is that when you
24  realized that your hair regrowth wasn't
25  getting any better?
```

1    A.    Somewhere around in 2016 I

2  noticed that it wasn't doing what it was

3  supposed to be doing.

4    Q.    So it wasn't until 2016 that

5  you noticed a problem with your hair?

6    MR. COFFIN:

7        Object to the form.

8    THE WITNESS:

9        Yes.

10 EXAMINATION BY MS. SCHULTZ:

11    Q.    So prior to 2016, were you

12 satisfied with your hair regrowth?

13    A.    No.  I'll tell you why.

14 Because I'm not comfortable with the way

15 every time I have to go somewheres I have

16 to wear a cap.

17        And that really took a lot

18 from me.  It makes me feel low self-esteem

19 that like I don't belong in this world,

20 and that's not how I want to accept life.

21    Q.    You said that you had did a

22 lot of research about hair?

23    A.    Trying to find something to

24 actually help me progress with my hair.  I

25 talked to dermatologists and stuff like

Page 23

1    that about -- well, not the dermatology.

2    I'll back up.  With my doctor, Dr.

3    Jancich.  I talked to her about what could

4    possibly help me with the hair loss that I

5    was receiving.

6          Q.   And when you say you did a lot

7    of research --

8          A.   I looked up different things

9    like the Keranique solution stuff that

10   they be showing on television.  But I

11   didn't order anything about it because

12   when I looked up the actual side effects

13   that they had to it, I was allergic to a

14   lot of the stuff.  So I didn't do

15   anything.

16         Q.   And you said you talked to Dr.

17   Jancich?

18         A.   Jancich, Sophy Jancich.

19         Q.   Jancich?

20         A.   Yes.  I'll spell it as close

21   as I can.  J-a-n-c-h-i-n (sic) I think she

22   spells it.

23   EXAMINATION BY MS. SCHULTZ:

24         Q.   And you pronounce it Jancich?

25         A.   Yes.

Page 24

1          Q.    All right.   I'll try to

2    remember that.

3          A.    Yes.

4          Q.    You said you talked to Dr.

5    Jancich about what you could do about your

6    hair loss?

7          A.    Yes.

8          Q.    When?

9          A.    I don't remember.   I actually

10   don't.

11         Q.    Now, I have two dates written

12   down here.   At first you told me that you

13   realized your hair wasn't growing back

14   anymore and was permanent in 2013.   And

15   then the next time you said it was 2016.

16      MR. COFFIN:

17            Object to the form.

18   EXAMINATION BY MS. SCHULTZ:

19         Q.    When did you decide that your

20   hair loss was permanent?

21      MR. COFFIN:

22            Same objection.

23      THE WITNESS:

24            Not until the doctors told me in

25   2016.

```
 1   EXAMINATION BY MS. SCHULTZ:
 2        Q.    So did the doctors tell you in
 3   2016 that your hair loss was permanent?
 4        A.    Yes.
 5        Q.    Which doctors?
 6        A.    Dr. Julie Mermilliod.  I can't
 7   pronounce her last name.
 8        Q.    Is that Mermilliod?
 9        A.    Mermilliod or something like
10   that.
11        Q.    Well, prior to -- from the
12   date you had chemo until 2016, had your
13   hair continued to grow back in?
14        A.    When I had chemo?  What does
15   chemo have to do with it?
16        Q.    No.  After you had
17   chemotherapy, and did you lose your hair
18   during chemotherapy?
19        A.    I did, but they didn't say it
20   was going to be permanent.
21        Q.    After chemotherapy and after
22   you lost your hair, did your hair start to
23   regrow?
24        A.    Not for a long time.
25        Q.    When did it first start to
```

1      A.   No, because in the top I don't

2  have no hair.  It's just all around here.

3      Q.   So beginning in early 2016

4  your hair started to regrow around the

5  sides?

6      A.   Yes.

7      Q.   But no hair regrew on the top?

8      A.   No.

9      Q.   Is that right?

10      A.   Yes.

11      Q.   And as of today, do you feel

12  like your hair is continuing to regrow

13  around the sides?

14      A.   Correct.

15    MR. COFFIN:

16      Object to the form.

17  EXAMINATION BY MS. SCHULTZ:

18      Q.   You said that Taxotere was one

19  of the drugs that you took during

20  chemotherapy; correct?

21      A.   Yes.

22      Q.   What other drug did you take

23  during chemotherapy?

24      A.   I don't remember.  I don't

25  recall the name.  I don't remember.

Page 46

```
1          A.    Grays of hair.
2          Q.    Little what hair?
3          A.    Grays, grays, like you know
4    little fuzzies coming in my hair.  You all
5    call it fuzzies.  We call grays of hair
6    coming in.  Strings of hair I should say.
7          Q.    So two years after you
8    finished chemo, you began to see little
9    strings of hair coming in; correct?
10         A.    Correct.
11         Q.    And where did you begin to see
12   the little strings of hair coming in?
13         A.    On the sides.
14         Q.    And after the little strings
15   of hair started coming in on the sides,
16   did they continue to come in and get
17   fuller?
18         A.    Yeah.  They started coming in,
19   but not full, full, full fledged like bam,
20   but they started coming in.
21         Q.    And did the hairs continue to
22   come in?
23         A.    Yes.
24         Q.    So beginning two years after
25   chemo until today, has your hair continued
```

Page 47

1    to get fuller and fuller?

2           A.    It is fuller around the sides.

3    It is.  But like I said, in the top it's

4    not.

5           Q.    And is it continuing to get

6    fuller each --

7           A.    I don't know if it's

8    continuing to getting -- it's thin, like

9    thin like around the sides, not full,

10   full, full.

11          Q.    Well --

12          A.    Not like your hair thick,

13   thick, thick, no.  It's there, though.

14   You can see it's there.

15          Q.    Is your hair around the sides

16   any better today than it was a year ago?

17          A.    It's just -- it's just not

18   full, full, full.  It's -- it's a nice

19   little grade of hair on the side.  I'll

20   say it like that.  I'll leave it like

21   that.

22          Q.    I'm just trying to understand

23   if your hair on the sides has continued to

24   get better month by month by month.

25          A.    It is.  It's growing on the

Page 48

1    sides.

2         Q.   And so is it better today than

3    it was a year ago on the sides?

4         A.   Yes.

5         Q.   Now, then on the top of your

6    head, describe your hair on the top of

7    your head as it is today.

8         A.   It's little strings on the

9    top, little strings.

10        Q.   When did you start having

11   little strings on the top of your head?

12        A.   It wasn't until after I

13   started -- I met with a dermatologist, Dr.

14   Julie Mermilliod again.

15             And I had went to her for

16   seborrheic dermatitis at this time.  And

17   my scalp was itching me to death, but I

18   still had those little fuzzy hair up

19   there.

20             And she also gave me some

21   shampoo for to use on my hair as well, on

22   my scalp I should say for, yeah.

23        Q.   So you went to see her for

24   seborrheic dermatitis?

25        A.   Dermatitis at that time, yeah.

Page 56

1        A.    Dr. Julie Martin.

2        Q.    Now, the advertisement you saw

3   was about Taxotere; correct?

4        A.    Correct.

5        Q.    Okay.  And you knew that you

6   had taken Taxotere as part of your chemo

7   regimen; correct?

8        A.    Not at that -- not right then

9   and there.  What are you saying first

10  before I say anything?  What are you

11  saying?

12       Q.    Well, let me ask you --

13       A.    You're saying that I should

14  have known that I took Taxotere because I

15  don't know that.

16       Q.    You don't -- are you saying

17  you don't know what drugs you took as part

18  of your chemotherapy treatment?

19       A.    Yeah.  I know what the drug

20  is.  I'm saying like you're trying to --

21       Q.    Oh --

22       A.    Say that you're kind of

23  confusing me a little bit.

24       Q.    I understand that you're

25  saying you didn't know that Taxotere could

1   cause permanent hair loss until you saw

2   the advertisement.

3          A.    Okay.

4          Q.    Correct?

5          A.    Okay.

6          Q.    Is that correct?

7          A.    Yes.

8          Q.    Okay.  When you saw the

9   advertisement what did you think?

10         A.    What do you mean what did I

11  think?  What did I think when I seen the

12  advertisement?  I don't understand what

13  you're saying because if you see something

14  on television, I mean, you're going to pay

15  attention to it and see what it's, you

16  know, what is this talking about, you

17  know.

18         Q.    Well, when you say the

19  advertisement, what I'm asking is did you

20  think, oh, that's why my hair isn't

21  growing back?

22         A.    A possibility I could have

23  thought that in my head.

24         Q.    Okay.  Well, what made you

25  decide to call the law firm after you saw

Page 59

1    questions to me so I can understand what

2    you're saying.

3         Q.   We were talking about you

4    going to the dermatologist in late 2013.

5    And I had asked you the status of the hair

6    on the top of your head at that time.

7         A.   Uh-huh (affirmative response).

8         Q.   And you said it was -- there

9    were little strings?

10        A.   Okay.

11        Q.   Did the hair on the top of

12   your head get better after late 2013?

13   MR. COFFIN:

14        Object to the form.

15   THE WITNESS:

16        Did my hair get better after?

17   EXAMINATION BY MS. SCHULTZ:

18        Q.   Well, as of late 2013 you said

19   you had little strings.

20        A.   Little, little, little, little

21   strings, about like that.

22        Q.   Really tiny?

23        A.   Tiny.

24        Q.   Has the hair on your head

25   gotten any thicker since late 2013?

Page 60

1      A.   Just around the sides.   None

2 up here.   It's just strings up here.

3      Q.   So is the hair on the top of

4 your head the same now as it was in late

5 2013?

6      MR. COFFIN:

7           Object to the form.

8      THE WITNESS:

9           What do you mean is it the same

10 as 2013?   If you're trying to say -- like

11 I said, it was little bitty strings like

12 that, is that what you're asking?

13 EXAMINATION BY MS. SCHULTZ:

14      Q.   Yeah.   Is it still the hair --

15      A.   No.   It's growing a little

16 bit.

17      Q.   So the strings have grown a

18 little longer?

19      A.   Yes.

20      Q.   Have the strings become any

21 thicker?

22      A.   No.

23      Q.   Do you have more strings?

24      A.   What do you mean more strings?

25      Q.   Well, do you have more in

Page 104

1    like something presentable when I go out

2    there in the field.

3         Q.   And let me ask you about the

4    other hair then since you brought it up.

5    On your eyebrows?

6         A.   I got eyeliner on.

7         Q.   You have eye pencil on them

8    now?

9         A.   Uh-huh (affirmative response).

10        Q.   Is that a yes?

11        A.   Yes.

12        Q.   And do you have --

13        A.   No.

14        Q.   -- any hair on your eyebrows?

15        A.   No.

16        Q.   You had -- have you had any

17   hair on your eyebrows since chemo?

18        A.   No.  It never came back.

19        Q.   Now, and what about your

20   eyelashes?

21        A.   I don't have any.  I lost --

22   unless they're little, little I can't see

23   them.  Unless it's very, very bigly I

24   can't see.

25        Q.   You have very small eyelashes?

Page 209

1   for a --

2        Q.   A copy?

3        A.   A copy because usually at the

4   end of the session they will give me that

5   copy and ask me when I want to set up a

6   date for to come back.  But I didn't set

7   up a date because I was going on a cruise

8   so I didn't set a date.

9        Q.   And when did you go on your

10  cruise?

11       A.   November -- we went from the

12  25th to November 30th.

13       Q.   Okay.  But you saw her before

14  you went on your cruise?

15       A.   Yes.

16       Q.   And you haven't set a date to

17  see her --

18       A.   I haven't set up one yet.

19       Q.   And why did you go back to see

20  Dr. Martin in November of this year?

21       A.   She's giving -- she was giving

22  me some shots.  So that's in the record

23  that I take shots from her to help with

24  the hair loss.

25       Q.   Did Dr. Martin tell you

Page 210

1   anything about your hair loss at your

2   appointment in November?

3        A.    She said she could see some

4   little fine stuff.  She call it stuff.

5   She could see some little fine strings

6   coming in, starting to come in.  Just very

7   little.

8        Q.    Did she say anything about the

9   cause of your hair loss?

10       A.    Uh-uh (negative response).

11  Not at that -- no.  What do you mean?  I'm

12  sorry.  Before I answer, let me ask to

13  clarify what do you mean.

14       Q.    Well, did she tell you at the

15  November appointment what caused your hair

16  loss?

17       A.    Uh-uh (negative response).

18  No.  We didn't discuss what actually

19  because we didn't discuss that that day.

20  No.  We didn't discuss it, what actually

21  caused my hair loss because I don't think

22  nobody know.  I don't think anybody know.

23       Q.    Have you ever discussed with

24  Dr. Martin what caused your hair loss?

25       A.    That sound like the same

Page 211

1   question.  You're throwing me off.

2       Q.   I was just asking you if you

3   had discussed that at the November

4   appointment.

5       A.   And then you turned around and

6   asked me again --

7       Q.   No.  So my question is:  Have

8   you ever talked with Dr. Martin about what

9   caused your hair loss?

10      A.   I -- I might have asked her do

11  she have any idea what could have caused

12  this.  I may have asked her that because I

13  want to know.  I'm back to square one.

14  Nobody ever explained to me what's

15  actually the hair loss problem.

16           They always say it's going to

17  be temporary.  Never said permanent.  So

18  that's what I'm trying to find out.  I'm

19  still trying to find out today.  I'm still

20  looking.  I'm still hopeful that I can

21  find something.

22      Q.   What do you mean when you say

23  you're still hopeful you're going to find

24  something?

25      A.   I'm hopeful that my hair can

Page 213

1   about this drug, not just put it on the

2   market and just say here, give this to

3   your clients and have them take it.

4           Do you think from ten years

5   today that what's going on today, do you

6   think that somebody is actually going to

7   take this drug knowing the side effects to

8   it?  I'm just saying.

9       Q.   Well, you're claiming in this

10  lawsuit that Taxotere caused your hair

11  loss; correct?

12      MR. COFFIN:

13          Object to the form.

14  EXAMINATION BY MS. SCHULTZ:

15      Q.   Do you understand my question?

16      A.   Uh-huh (affirmative response).

17  You're asking me if Taxotere is the one

18  that actually caused my --

19      Q.   Well, you're claiming in this

20  lawsuit that Taxotere caused your hair

21  loss; correct?

22      A.   Uh-huh (affirmative response).

23      Q.   Yes?

24      A.   Yes.

25      Q.   Okay.  And you said a couple

Page 214

1   of times now that you wouldn't have taken

2   Taxotere if you had known it could cause

3   permanent hair loss; correct?

4          A.    Yes.

5          Q.    Do you know if you would be

6   alive today if you hadn't taken Taxotere?

7          A.    I can't say that.

8       MR. COFFIN:

9             Object to the form.

10  EXAMINATION BY MS. SCHULTZ:

11         Q.    Pardon me?

12         A.    I can't say that.  I'm not a

13  doctor.

14         Q.    Well, are you saying that --

15         A.    I --

16         Q.    Are you saying that you'd

17  rather be dead than to be alive and have

18  hair loss?

19      MR. COFFIN:

20            Object to the form.

21      THE WITNESS:

22            Uh-uh (negative response).  No.

23  Uh-uh (negative response).

24  EXAMINATION BY MS. SCHULTZ:

25         Q.    Well, when you say you

Page 215

1  wouldn't have taken Taxotere --

2        A.   If another drug would have

3  been offered to me, then I probably would

4  have took another drug.   I wouldn't have

5  took something that is going to cause me

6  pain and grief and I wouldn't have took

7  it.

8        Q.   So when you say I wouldn't

9  have taken Taxotere if I had known it

10  would cause permanent hair loss, you mean

11  you would have taken a different drug if a

12  different drug was available?

13     MR. COFFIN:

14        Object to the form.

15     THE WITNESS:

16        Uh-uh (negative response).   If I

17  would have had a choice of and I was --

18  well, I was saying if I was offered

19  something else that they didn't have no

20  side effects to it as devastating as the

21  chemo that had on my life, then I probably

22  would have took another drug, not that one

23  if it --

24  EXAMINATION BY MS. SCHULTZ:

25        Q.   So when you say if you were

Page 273

1    chemotherapy, but I can't recall the other

2    things.

3         Q.   All right.  So what do you

4    recall that Dr. Jancich told you about

5    chemotherapy?

6         A.   I remember she told me about

7    the trial classes and stuff for I should

8    go sit in one of them to see.  So I did.

9    That's the one that you told me about that

10   Tansey place.

11        Q.   Okay.

12        A.   And like I said, it wasn't

13   just me.  It was other people from other

14   hospitals there in the class as well.

15             And it was just like everybody

16   sitting here talking to you, just

17   basically telling you different things,

18   you know.  That was it.

19        Q.   So did Dr. Jancich ever talk

20   to you about side effects of chemotherapy?

21        A.   Yes.  She, you know, she told

22   me like I told you once before, they said

23   that chemotherapy could cause, could make

24   me have hair loss during that period of

25   time of chemotherapy.

Page 274

1          But they never told me
2    anything about this was going to be
3    permanent.  It just said during that time.
4          Q.    Okay.  So do you recall Dr.
5    Jancich telling you that chemotherapy
6    could make you have hair loss?
7       MR. COFFIN:
8          Object to the form.
9       THE WITNESS:
10          That chemo -- wait.  You see,
11    you're throwing me off now because it
12    seems like you're asking me the same
13    question back again.
14    EXAMINATION BY MS. SCHULTZ:
15          Q.    Well, you said -- I'm just
16    trying to find out what Dr. Jancich told
17    you about side effects of chemotherapy.
18       MR. COFFIN:
19          Object to the form.
20    EXAMINATION BY MS. SCHULTZ:
21          Q.    Just Dr. Jancich right now.
22       MR. COFFIN:
23          Object to the form.  Same
24    objection.
25    EXAMINATION BY MS. SCHULTZ:

1          Q.    Did Dr. Jancich tell you

2     anything about the side effects of

3     chemotherapy?

4          MR. COFFIN:

5               Object to the form.

6          THE WITNESS:

7               The only thing I could recall is

8     what I've been saying all day.  During

9     chemotherapy time you're going to lose

10    your hair, but it won't be permanently.

11    It's only going to be temporary.

12    EXAMINATION BY MS. SCHULTZ:

13         Q.    Okay.

14         A.    So that's the only thing.

15    That's the only key I can remember.  I

16    can't remember anything else because I'm

17    still hoping for one day that my hair is

18    going to come back.

19         Q.    So you recall Dr. Jancich is

20    the one that told you that, that you're

21    going to lose your hair but it won't be

22    permanent?  It will be temporary?

23         A.    Yes.

24         Q.    Did anyone other than Dr.

25    Jancich tell you that?

Page 288

1  this for you.  I'm going to hand you
2  Exhibit 22.  There you go.  Okay.  I'm
3  going to skip to -- look at all of this
4  that I'm skipping through.  Aren't you
5  glad?  Look at all this.
6              Okay.  Exhibit 22, this is an
7  office visit on May 10, 2013 and it looks
8  like the progress notes show that it was
9  by Priya Velu?
10         A.    Dr. Velu.
11         Q.    Dr. Velu?
12         A.    Yes.
13         Q.    And Dr. Velu was your?
14         A.    Primary care.
15         Q.    Primary care.  All right.  And
16  if you will turn towards the back page
17  362?
18              All right.  So this is on May
19  10, 2013 and it says HPI comments.
20  Patient here for follow-up on breast
21  tattooing and wants me to assess to see if
22  the area has healed well.
23              Patient also worrying about
24  her appearance and wants something to
25  regain her hair loss.  Do you see that?

Page 289

1          A.    Yes.

2          Q.    Do you recall talking to Dr.

3   Velu in May 2013 about wanting something

4   to regain your hair loss?

5          A.    Yes.

6          Q.    Okay.  What do you recall

7   about that appointment?

8          A.    Basically I was just asking

9   her about if there's any kind of shampoo

10  or something that could help me with my

11  hair loss and that was all.

12         Q.    If you look --

13         A.    That was all.

14         Q.    If you look at the next page

15  under assessment, were you also concerned

16  about hyperpigmentation of your skin?

17         A.    Uh-huh (affirmative response).

18         Q.    On your forehead?

19         A.    Uh-huh (affirmative response).

20         Q.    Yes?

21         A.    Yes, yes.  I'm sorry.

22         Q.    And under hair loss there it

23  says spironolactone.

24         A.    Uh-huh (affirmative response).

25         Q.    Aldactone?

Page 290

1          A.    Yes.

2          Q.    Was that prescribed by Dr.

3    Velu to treat hair loss?

4       MR. COFFIN:

5            Object to the form.

6       THE WITNESS:

7            I don't know if it was for hair

8    loss, but I couldn't take the medication

9    because I was allergic to it.

10   EXAMINATION BY MS. SCHULTZ:

11          Q.    You were allergic to the

12   spironolactone?

13          A.    Yes.

14          Q.    Well, did you take -- did you

15   take that prescription?

16          A.    I think I took that pill

17   twice, maybe three times and I let her

18   know that.  So this wasn't even supposed

19   to be in here because they took it out of

20   my charts so.

21          Q.    You told her that you were

22   allergic to it?

23          A.    Yes.

24          Q.    What did it do?

25          A.    It just upset my stomach so

Page 296

1          Q.    Towards the bottom.

2          A.    Yes.

3          Q.    Okay.  It says hair loss,

4    affected location, scalp and duration six

5    months.  Did you tell them you had had

6    your hair loss for six months at that

7    time?

8          A.    I don't recollect.

9          Q.    Okay.  And then if you'll turn

10   to page 631, your assessment plan.  Oh,

11   here it says seborrheic dermatitis of the

12   scalp.  Do you see that?

13         A.    Yes.

14         Q.    We already talked about the

15   ketoconazole shampoo and the fluocinonide;

16   right?

17         A.    Yes.

18         Q.    And then it says Biotin

19   supplement five milligrams.

20         A.    That was if I wanted to take

21   that at that time when I saw her.  It was

22   up to me.  So I bought it, but like I told

23   her it didn't really do anything for me.

24         Q.    But you said you took it for

25   three years?

Page 297

```
 1          A.    Yes.
 2          Q.    And then it says return, you
 3   see at the bottom it says return if
 4   symptoms worsen or fail to improve?
 5          A.    Yes.
 6          Q.    And then it looks like the
 7   next time, the next page is the next time
 8   you were back at NOMC Dermatology on
 9   November 21, 2016?
10          A.    Uh-huh (affirmative response).
11   Yes.
12          Q.    If you'll turn to page 1961,
13   and we're still on the November 21st, 2016
14   appointment.  And it says that you came to
15   that appointment with skin tags,
16   hyperpigmentation and seborrheic
17   dermatitis of the scalp?
18          A.    Yes.
19          Q.    Do you recall that?
20          A.    Yes.
21          Q.    All right.  And did you tell
22   Dr. Mermilliod that you had worn wigs as a
23   breast cancer survivor and felt that the
24   irritation caused it to worsen?
25          A.    I don't know if I told her
```

Page 301

1    sometime after November 2016?

2         A.    What you mean?

3         Q.    The date of this appointment

4    is November 2016.

5         A.    Where you see that at because

6    I don't see that.

7         Q.    Oh, up at the top, encounter

8    date.  It says November 21, 2016.

9         A.    That's for Mermilliod.

10        Q.    Right.

11        A.    That's just in her notes.

12   That's all.

13        Q.    So at that point did she

14   recommend that you go see Dr. Sherman?  Do

15   you recall one way or the other?

16        A.    She did, but I never went to

17   see him.

18        Q.    Okay.  Then it says scarring

19   alopecia.  Did you talk with her about

20   what scarring alopecia was?

21        A.    I don't even know what

22   scarring alopecia is.  I don't think

23   that's what I have.  It's according to

24   what scarring mean.  When you say scar,

25   that means like you leave a scar on you.

Page 302

1      Q.    Well, Dr. Mermilliod's

2  assessment was scarring alopecia.  Did she

3  tell you that?

4      A.    I don't recall whether she

5  told me that or not.

6      Q.    Okay.  And then it says likely

7  multifactorial including female pattern

8  alopecia.  Did she tell you that?

9      A.    I don't recall.

10     Q.    All right.  And then it looks

11 like she prescribed betamethasone?

12     A.    Yes.  That's the new shampoo

13 that I use that she prescribed for me.

14     Q.    Oh, is that the Tea Tree?

15     A.    No.  This is the shampoo for

16 the seborrhea dermatitis.

17     Q.    Okay.  So this is a different

18 shampoo?

19     A.    Right.  Yes.

20     Q.    All right.  Okay.  Then it

21 says return if symptoms worsen or fail to

22 improve; correct?

23     A.    Correct.

24     Q.    All right.  Now, let's go to

25 -- let's go to -- I'm handing you Exhibit

Page 303

1   25.

2               All right.  This is an

3   appointment with Dr. Velu on January 25,

4   2017, and if you will turn with me to page

5   2023.  I'm sorry.  2022.

6               All right.  Under -- you

7   recall the document we just looked at was

8   the appointment from November of 2016 with

9   Dr. Mermilliod.  Do you recall that?

10          A.   Yes.

11          Q.   All right.  So now we're in

12  January 2017.  And where it says HPI

13  comments patient presents today for HTN

14  follow-up.  Patient feels well.  No

15  complaints.  Does have questions regarding

16  ongoing hair loss.

17          A.   I don't see that.

18          Q.   Do you see where it says HPI

19  comments?

20          A.   Oh, okay.  Right here.

21          Q.   Okay.  Patient presents today.

22  Do you see where I was reading from?

23          A.   Yes.

24          Q.   Does have questions regarding

25  ongoing hair loss.  Did see a derm, but

Page 304

1  felt her issue was not addressed.  Wants

2  to know next step.

3          Did you have issues with the

4  diagnosis given to you by Dr. Mermilliod?

5     MR. COFFIN:

6          Object to the form.

7     THE WITNESS:

8          It wasn't what she said.  It was

9  how she handled it.

10  EXAMINATION BY MS. SCHULTZ:

11       Q.   Okay.  And that appointment --

12  let's see.  Excuse me, ma'am.  The

13  appointment we were referring to with Dr.

14  Mermilliod was November 21, 2016; correct?

15       A.   Correct.

16       Q.   Now, so you filed your

17  complaint in this case November 29, 2016;

18  correct?

19       A.   Which one?  You're talking

20  about this?

21       Q.   No.  The appointment you had

22  on November 21, 2016 with Dr. Mermilliod,

23  the one we just talked about.

24       A.   Yes.

25       Q.   Did you tell her that you were

Page 305

```
 1    filing, going to file a lawsuit regarding

 2    your hair loss?

 3         A.   She doesn't know anything

 4    about it.  She's not my doctor anymore.

 5         Q.   And so now we're in January

 6    25, 2017.  Did you tell Dr. Velu that you

 7    had filed a lawsuit regarding your hair

 8    loss?

 9         A.   No, ma'am.

10         Q.   All right.  So did you ask Dr.

11    Velu to refer you to a different

12    dermatologist?

13         A.   I did.

14         Q.   Okay.  And on the next page it

15    says hair loss.  Advised to see another

16    derm for a second opinion per patient

17    request.

18              And is the second, is the next

19    derm you saw then Dr. Martin?

20         A.   Yes.

21         Q.   Okay.

22         A.   Because I'm losing you.  I

23    don't know where you're at.

24         Q.   Pardon me?  Oh, that's okay.

25         A.   Okay.
```

Page 306

1      Q.    But the next derm you went to

2   see was Dr. Martin?

3      A.    Yes.   That's who I got

4   referred to, Dr. Martin.

5      Q.    2028 to 2039.   So what number

6   was that last one?   Twenty-five.   All

7   right.   I'm going to hand you Exhibit 26.

8   Here you go.

9          This is an appointment with

10  Dr. Martin on January 31st, 2017.   Let me

11  ask you:   On the second page of this

12  document, it talks about it has a list of

13  your allergies on the second page.

14          On the second page and it says

15  that you're allergic to latex.

16      A.    Yes.

17      Q.    Is that before you were saying

18  lace, were you referring to latex?

19      A.    No.   I'm allergic to latex.   I

20  can't touch latex at all.

21      Q.    At all?

22      A.    No.   Not at all.

23      Q.    Do you know, is there any

24  latex natural rubber on wigs?

25      A.    I don't know that.

Page 307

1          Q.    Okay.   Stay with me on that

2    exhibit and turn with me to 2037.

3          A.    2037?

4          Q.    Yes.   You see where it says

5    hair loss?

6          A.    Yes.

7          Q.    And sign/symptoms:   Itching,

8    treatments tried, prescription topical

9    steroids, betamethasone lotion; correct?

10         A.    Correct.

11         Q.    She first noticed hair loss

12   and eyebrow loss with chemotherapy six

13   years ago.   She then noticed regrowth, but

14   not involving the crown of her scalp.

15              Do you recall telling her

16   that?

17         A.    Who?   Is this Dr. Martin?

18         Q.    Yes.   This is Dr. Martin.

19         A.    So she said she first noticed

20   hair --

21         Q.    She's saying that this is what

22   you told her.

23         A.    Yes.   That's what I'm reading.

24         Q.    Okay.   Is that correct?

25         A.    Uh-huh (affirmative response).

Page 308

1          Q.    Now, if you'll turn two more

2    pages to 2039?

3          A.    2039?

4          Q.    Uh-huh (affirmative response).

5          A.    Where is that?

6          Q.    2039.

7          A.    Okay.

8          Q.    Got it?  Okay.  The progress

9    notes by Dr. Martin state scarring

10   alopecia with likely component of female

11   pattern hair loss.  Do you recall that

12   that was Dr. Martin's diagnosis?

13         A.    I don't recall, but I keep

14   seeing this word.  And I'm still saying

15   that scarring alopecia, does that mean a

16   scar, like a scar?

17         Q.    Well, the next line it says

18   discussed the difficulty in treating hair

19   loss, especially if there is scarring

20   present.

21         A.    I still don't see any scarring

22   because I don't know what that means.

23         Q.    Do you recall any discussion

24   with Dr. Martin about scarring or scarring

25   alopecia?

Page 309

1          A.    I don't remember.

2          Q.    All right.  And it says,

3     "Regardless, patient is interested in

4     trying ILK Rogaine."  And then it says,

5     "Intralesional Kenalog ten milligrams

6     injected into one lesion on the crown of

7     the scalp."

8          A.    Yes.

9          Q.    So did you receive an

10    injection on the scalp?

11         A.    Yes.  I go to her for that.

12         Q.    All right.  And then it says,

13    "Okay to continue betamethasone daily."

14    And then it says, "Recommended Rogaine

15    daily."  Did you use Rogaine?

16         A.    No, ma'am.

17         Q.    Have you ever used Rogaine?

18         A.    No, ma'am.

19         Q.    And why not?

20         A.    Because I contacted my doctor

21    and he told me not to use the Rogaine.

22         Q.    Which doctor told you not to?

23         A.    Dr. John Cole because before I

24    did it, she told me since I have so many

25    different allergies and stuff, to find out

Page 313

1           I'm handing you what I have
2    marked Exhibit 29.  This is another visit
3    to Dr. Martin on March 10, 2017.
4           A.   Yes.
5           Q.   Do you see that?
6           A.   Yes.
7           Q.   All right.  And if you'll turn
8    with me to page 2171?  You see under HPI
9    comments, you see here it says HPI
10   comments?
11          A.   Yes.
12          Q.   She occasionally uses
13   betamethasone cream over pruitic areas.
14   She's not using Rogaine.  And you see
15   where it says alopecia, symptom course,
16   improving (new hair growth in areas that
17   were injected).  Do you see that?
18          A.   Yes.
19          Q.   Do you recall that you were
20   having new hair growth in the areas that
21   were injected in the appointment before?
22          A.   I can't.  They could see them
23   little bitty dots.  I can't see that.
24          Q.   So you couldn't see it?
25          A.   I can't because if I take my

Page 314

1    glasses off, I can't see nothing.   In

2    order -- because they're for reading.   So

3    in order for me to get in the mirror and

4    look, I can't see anything.

5          Q.   Could you feel the new hair

6    growth in those areas?

7          A.   You could feel little fuzz up

8    there.   It's a little fuzz up there.

9          Q.   And then on page 2173, the

10   assessment and plan it says alopecia,

11   vertex and frontal scalp, eyebrows,

12   scarring alopecia likely the component of

13   female pattern hair loss.

14          And then .7 CC Kenalog to

15   frontal scalp and vertex after obtaining

16   verbal consent.

17          Did you receive another

18   injection that day?

19          A.   Yes.

20          Q.   All right.   And then it says

21   return in about four weeks; correct?

22          A.   Yes.

23          Q.   Okay.   And let's turn to PPR

24   310.   That's Exhibit 27.   All right.   On

25   page 319 where you see where it says

Page 355

1    that we can even question her about today.

2    So I'm leaving the deposition open for

3    those reasons.

4        MR. COFFIN:

5            Okay.  We will object to leaving

6    the deposition open, but I understand what

7    you're saying.  I hear your request.  And

8    I have some questions.

9            Do you want to take a break or do

10   you want me to?

11       MS. SCHULTZ:

12           Go ahead.  I have a deposition

13   tomorrow.  I need to get out of here.

14   EXAMINATION BY MR. COFFIN:

15           Q.   Ms. Durden, I just have some

16   questions to follow up with what Ms.

17   Schultz was asking you earlier.

18           Do you recall earlier in your

19   deposition being asked whether you trust

20   Dr. Jancich?

21           A.   Yes.

22           Q.   What did you mean when you

23   testified that you do trust Dr. Jancich?

24       MS. SCHULTZ:

25           Okay.  Object to the form.

Page 356

1       THE WITNESS:

2           What I trust her about is she

3   would give me any information that she

4   knew about any medication that was out

5   there.

6   EXAMINATION BY MR. COFFIN:

7           Q.   And does that include

8   Taxotere?

9           A.   Yes.

10          Q.   And you did talk to Dr.

11  Jancich about Taxotere; right?

12          A.   Yes.

13      MS. SCHULTZ:

14          Object to the form.

15  EXAMINATION BY MR. COFFIN:

16          Q.   And she did not provide you

17  with information regarding Taxotere and

18  permanent hair loss; correct?

19          A.   Correct.

20      MS. SCHULTZ:

21          Object to the form.

22  EXAMINATION BY MR. COFFIN:

23          Q.   If Dr. Jancich would have

24  provided you with information indicating

25  that Taxotere can cause permanent hair

Page 357

1   loss in some people, would you have taken

2   Taxotere?

3          A.   No.

4      MS. SCHULTZ:

5          Object to the form.

6   EXAMINATION BY MR. COFFIN:

7          Q.   If Dr. Jancich would have

8   recommended that you take Taxotere after

9   telling you that it can cause permanent

10  hair loss in some people, would you have

11  taken Taxotere?

12         A.   No, no, no.

13     MS. SCHULTZ:

14         Object to the form.

15  EXAMINATION BY MR. COFFIN:

16         Q.   Let me have you turn to

17  Exhibit Number 24.

18     MS. SCHULTZ:

19         What is 24?

20     MR. COFFIN:

21         I'll let her identify it.

22     MS. SCHULTZ:

23         Well, because I don't have any

24  medical records done by --

25  EXAMINATION BY MR. COFFIN:

Page 358

1      Q.    Exhibit 24 are dermatology

2  records starting with an encounter date of

3  December 13, 2013.

4      MS. SCHULTZ:

5          Okay.  Got it.

6  EXAMINATION BY MR. COFFIN:

7      Q.    Ms. Durden, do you remember

8  being questioned about Exhibit 24?

9      A.    Yes.

10      Q.    If you turn to the document in

11  the right corner numbered 629, do you see

12  that this is a progress note that Ms.

13  Schultz asked you about earlier?

14      A.    Yes.

15      Q.    And do you see that this is

16  dated December 13, 2013?

17      A.    Correct.

18      Q.    Do you see that the author is

19  Debra Gauthier, NP?

20      A.    Yes.

21      Q.    And she's a nurse

22  practitioner.  Do you see that?

23      A.    Yes.

24      Q.    Okay.  Do you know who Debra

25  Gauthier is?

Page 359

1          A.    No.

2          Q.    Okay.  Did you recall her

3    examining you at this visit?

4          A.    I can't remember.

5          Q.    Okay.  You just don't know one

6    way or the other?

7          A.    I just don't know.

8          Q.    Okay.  Now, if you turn to

9    page 631, do you recall Ms. Schultz asked

10   you about the assessment and plan section

11   of this exhibit?

12         A.    Yes.

13         Q.    And one of the diagnosis is

14   seborrheic dermatitis --

15         A.    Seborrheic dermatitis.

16         Q.    Let me finish the question.

17   One of the diagnosis is seborrheic

18   dermatitis of the scalp; correct?

19         A.    Correct.

20         Q.    Okay.  And you recall being

21   diagnosed with that; right?

22         A.    Yes.

23         Q.    And on that date this is

24   signed by nurse practitioner Gauthier;

25   correct?

Page 360

1      A.    Correct.

2      Q.    Okay.  You were prescribed

3  Nizoral two percent shampoo; correct?

4      A.    Correct.

5      Q.    And you were prescribed Lidex

6  .05 percent external solution; correct?

7      A.    Correct.

8      Q.    What was your understanding as

9  to why those two medications were

10  prescribed for you?

11     MS. SCHULTZ:

12         Object to the form.

13     THE WITNESS:

14         For the seborrhea dermatitis, to

15  help the seborrhea.

16  EXAMINATION BY MR. COFFIN:

17     Q.    They were prescribed to your

18  understanding --  wait, wait.  Let me ask

19  you my question, please.

20     A.    Okay.

21     Q.    To your understanding they

22  were prescribed to treat the seborrhea

23  dermatitis of the scalp that had been

24  diagnosed; correct?

25     A.    Correct.

```
 1      MS. SCHULTZ:
 2          Object to form.
 3  EXAMINATION BY MR. COFFIN:
 4      Q.   Did you have any understanding
 5  as to whether or not those medications,
 6  being the Nizoral and the Lidex, were
 7  prescribed for hair loss in any way?
 8      MS. SCHULTZ:
 9          Object to the form.
10      THE WITNESS:
11          It wasn't.
12  EXAMINATION BY MR. COFFIN:
13      Q.   What do you mean by it wasn't?
14      MS. SCHULTZ:
15          Object to form.
16      THE WITNESS:
17          It's only prescribed for
18  seborrhea dermatitis.  It's shampoo.
19      MS. SCHULTZ:
20          Form.
21      MR. COFFIN:
22          I didn't ask the question.
23      MS. SCHULTZ:
24          I'm sorry.
25  EXAMINATION BY MR. COFFIN:
```

Page 362

1          Q.    Go ahead and finish your

2    answer.

3          A.    It's prescribed only for

4    seborrhea dermatitis.  Not for hair loss.

5          Q.    And earlier you had testified

6    that you stopped using the Nizoral and the

7    Lidex; correct?

8          A.    Correct.

9          Q.    Approximately one month after

10   you were prescribed them?

11         A.    Correct.

12         Q.    And you testified that they

13   weren't working, do you remember that?

14         A.    I remember that.

15         Q.    And when you testified to

16   that, what were you meaning that they

17   weren't working?

18      MS. SCHULTZ:

19          Objection to form.

20      THE WITNESS:

21          For the seborrhea dermatitis, for

22   the itching of the scalp.

23   EXAMINATION BY MR. COFFIN:

24         Q.    Did you in anyway mean in your

25   testimony that you stopped using these

Page 363

1  because they weren't working in some way

2  for hair loss?

3        A.   No.

4     MS. SCHULTZ:

5          Object to form.

6     THE WITNESS:

7          Oh, no.  For seborrhea

8  dermatitis.

9  EXAMINATION BY MR. COFFIN:

10        Q.   You recognize that this visit

11 that I've been referring to on page 641 is

12 from December 13, 2013?

13        A.   Correct.

14        Q.   At that visit did anyone ever

15 tell you that your hair loss was

16 permanent?

17    MS. SCHULTZ:

18         Object to form.

19    THE WITNESS:

20         No.

21 EXAMINATION BY MR. COFFIN:

22        Q.   Earlier when you had testified

23 about someone telling you that your hair

24 loss was permanent in 2013, was that an

25 error?

Page 364

1          MS. SCHULTZ:

2               Object to form.

3          THE WITNESS:

4               That was an error.

5     EXAMINATION BY MR. COFFIN:

6          Q.    Why did you testify to that?

7          A.    I misunderstood the question.

8          Q.    Okay.  When was the first time

9     that anybody told you that they believed

10    that your hair loss was permanent?

11         A.    2016.

12         Q.    Prior to that, nobody had told

13    you that your hair loss was permanent;

14    correct?

15         A.    No.

16         MS. SCHULTZ:

17              Object to form.

18    EXAMINATION BY MR. COFFIN:

19         Q.    If you will, please, turn to

20    the next page?  It's document 1952.

21         A.    This one?

22         Q.    Yes, ma'am.  You see it?

23         A.    Yes.

24         Q.    And you recognize that the

25    encounter date for this visit was November

Page 365

1    21st, 2016?

2         A.    Correct.

3         Q.    And at this visit you went

4    back to NOMC Dermatology at Ochsner;

5    correct?

6         A.    Correct.

7         Q.    Is this the next time that you

8    went back to your dermatologist after the

9    2013 visit?

10        A.    Yes.

11      MS. SCHULTZ:

12           Object to form.

13   EXAMINATION BY MR. COFFIN:

14        Q.    I'm sorry?

15        A.    Yes.

16        Q.    And at this visit you saw Dr.

17   Mermilliod; correct?

18        A.    Correct.

19        Q.    That was November 21st, 2016?

20        A.    Correct.

21        Q.    Do you recall if at this visit

22   on November 21st, 2016 whether or not Dr.

23   Mermilliod told you that she believed your

24   hair loss was permanent?

25      MS. SCHULTZ:

Page 366

1            Object to form.
2        THE WITNESS:
3            Wait, I'm sorry.  Repeat it
4    again.
5    EXAMINATION BY MR. COFFIN:
6        Q.   Do you know whether or not at
7    this visit on November 21st, 2016, whether
8    Dr. Mermilliod told you that your hair
9    loss was permanent?
10       MS. SCHULTZ:
11           Object to form.
12       THE WITNESS:
13           Not until I saw the -- no one
14    ever told me until I actually saw the
15    thing on the television.
16    EXAMINATION BY MR. COFFIN:
17       Q.   The commercial?
18       A.    The commercial on television,
19    yes.
20       Q.   When you saw that commercial
21    that you just testified about, was that
22    the first time that you thought Taxotere
23    has been the cause of your permanent hair
24    loss?
25       A.    Yes.