# EXHIBIT B

Page 140

1              UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5      * * * * * * * * * * * * * * * * * * * * * * *
                                    *
6      ANTOINETTE DURDEN,           *   CIVIL ACTION NO.
               Plaintiff           *   2:16-CV-16635
7                                   *
                                    *
8      VERSUS                       *
                                    *
9                                   *
       SANOFI S.A., ET AL           *
10             Defendants           *
                                    *
11     * * * * * * * * * * * * * * * * * * * * * * *

12

13

14                      VOLUME II

15

16

17

18            Volume II of the Videotaped

19     Deposition of SOPHY JANCICH, M.D., taken on

20     Friday, February 2, 2018, commencing at

21     1:23 p.m., at Ochnser Medical Center-West

22     Bank Campus, 2500 Belle Chasse Highway,

23     Gretna, Louisiana 70056.

24

25     Job No. NJ2802463

Page 155

1   Oncology.

2        Q.   Okay.  Any others?

3        A.   I was a member of American Society of

4   Hematology, but that may have expired.

5        Q.   Any others?

6        A.   American Board of Internal Medicine.

7        Q.   Any others?

8        A.   And I think that's it.

9        Q.   Have you authored any publications?

10       A.   No.

11       Q.   Do you regularly use or subscribe to

12  any medical journals?

13       A.   To Journal of Clinical Oncology

14  (JCO), and was also get The ASCO Post.

15       Q.   And you called it the --

16       A.   ASCO, yeah.

17       Q.   And that stands for?

18       A.   American Society of Clinical Oncology

19  Post.

20       Q.   Any others?

21       A.   Journals?

22       Q.   Yes.

23       A.   Yes.  But I can't think of them off

24  the top of my head.  But those are the main

25  ones.

Page 156

1      Q.   Do you use or subscribe to any

2  Internet services for medical or

3  pharmaceutical information?

4      A.   We all have UpToDate.  I mean, that's

5  -- I don't know if that qualifies, but we

6  have that.  That's part of -- that's under

7  the institution.  We have PubMed.

8      Q.   So UpToDate and PubMed?

9      A.   Uh-huh (affirmative).

10     Q.   Is that a yes?

11     A.   But that's -- yes.

12     Q.   And was the same true in 2011 and

13  through 2015, when you were treating

14  Ms. Durden?

15     A.   Yes.

16     Q.   Have you ever had any role in a

17  clinical study?

18     A.   Could you define role because . . .

19     Q.   Well, other than -- well, first of

20  all, have you ever been a participant in a

21  clinical study?

22     A.   We enroll patients in clinical

23  trials, so the -- yes.  The patients I

24  referred -- all the clinical trials now are

25  at -- if we are going to refer a patient, we

Page 174

1   asked if it was going to come back?

2       A.   Same reason -- I think you asked

3   about nausea and vomiting.  I'm recalling

4   from 2011.  It's a concern.  It's a common

5   concern.  But I do -- it -- the question is,

6   did we discuss this before chemo.  And to my

7   recollection, we did.

8       Q.   Okay.  And you think you recall her

9   asking you if her hair was going to come

10  back?

11          MR. COFFIN:

12              Object to the form.

13  EXAMINATION BY MS. SCHULTZ:

14      Q.   At -- correct?

15      A.   Again, yes.

16      Q.   And what -- do you recall anything

17  else about that?

18      A.   Is she going --

19          MR. COFFIN:

20              Object to the form.

21          THE WITNESS:

22              -- to be sick.

23  EXAMINATION BY MS. SCHULTZ:

24      Q.   What -- do you recall what you said

25  in her -- to her in response to a question,

1    is it going to come back?

2         A    I said -- again, this is 2011 --

3    after chemotherapy, usually by the second

4    month, the hair will grow back.

5         Q.   And that was your general practice,

6    if someone asked you that question?

7         A.   Yes.

8         Q.   And that discussion pertained to

9    chemotherapy, not any specific drug; is that

10   right?

11        A.   Yes.

12        Q.   Did Ms. Durden ever tell you that she

13   would not want to undergo chemotherapy if her

14   hair might not come back?

15        A.   She may have.   I can't tell you that

16   with certainty.   She may have.

17        Q.   Do you have any recollection of that

18   as you sit here today?

19        A.   I cannot say with certainty that she

20   did not say that.

21        Q.   And I --

22        A.   Because, again, she had concerns

23   about the side effects, and I know that hair

24   loss was a concern.

25        Q.   And all I'm trying to find out is

Page 176

1   what you do recall about the discussion and

2   its --

3       A.   I believe that she did say, Am I

4   going to lose my hair?

5       Q.   Okay.  Let's -- all right.  I'm going

6   to hand you Exhibit 11.  And is this an

7   appointment you had with Ms. Durden on

8   September 12, 2011?

9       A.   Yes.  Yes.

10      Q.   So this was about two weeks after

11  your first appointment?

12      A.   Yes.

13      Q.   All right.  In the middle of the

14  paragraph under History of Present Illness,

15  it says:  She still remains undecided

16  regarding enrollment in the SO221 Phase III

17  trial, a continuous schedule AC every 2-weeks

18  schedule, followed by Taxol given either

19  every 2 weeks times 6 versus paclitaxel

20  weekly for 12 weeks as postoperative adjuvant

21  therapy in node positive or high-risk

22  negative breast cancer patients.

23           Do you see that?

24      A.   Yes.

25      Q.   Do you recall if Ms. Durden said

1      A.   There is American Cancer Society;

2   there's UpToDate; there's chemocare.com.

3   There's a slew of handouts.

4      Q.   Correct.  And my question is --

5      A.   We don't necessarily list in our

6   clinic notes, chemo provided per UpToDate, or

7   sometimes, they're linked to the Epic system,

8   and you put in the drug and --

9      Q.   I understand that.  And the -- the

10  only -- my only question is:  You don't know,

11  as you sit here today, which of those

12  sources, her handouts came from, correct?

13     A.   Again, there's multiple sources.  She

14  either got all of them or she got two of

15  them, but she had more than one.

16     Q.   Okay.  When -- where do you get your

17  knowledge in terms of the side effects of

18  particular drugs?

19     A.   Could you be more specific?

20     Q.   Where -- where do you obtain your

21  information about the side effects of

22  particular drugs?

23     A.   We have many.  We have experience; we

24  have JCO; we have guidelines.  We have --

25  there's a lot of different resources.  We can

Page 206

1  go to the drug -- the package inserts.

2  UpToDate will also list them.

3      Q.  How often do you go to the package

4  inserts to determine a side effect of a drug?

5          MR. COFFIN:

6              Object to the form.

7          THE WITNESS:

8              UpToDate will list the side

9  effects a lot, and the percentages of side

10  effects.  And I do reference package inserts,

11  depending on what I'm referencing for, like

12  indications, for example.

13  EXAMINATION BY MS. SCHULTZ:

14      Q.  What the indications would be for a

15  particular drug?

16      A.  Indications can change.  They change

17  often, yes.

18      Q.  Anything else that changes often?

19          MR. COFFIN:

20              Object to the form.

21          THE WITNESS:

22              I don't know.  I know, what I'm

23  looking is, I'm looking for indications.

24  EXAMINATION BY MS. SCHULTZ:

25      Q.  Did the hair loss counseling that you

Page 207

1  provided to patients concerning hair loss and

2  chemotherapy change at any point in time?

3      A.  Could you be more specific?

4      Q.  Yes.  We've talked about your general

5  practice concerning your counseling regarding

6  the side effects of chemotherapy, including

7  hair loss, as of 2011.

8      A.  Yes.

9      Q.  Correct?  Did that change after 2011?

10      A.  In terms of what?

11      Q.  In terms of what you tell patients

12  about hair loss.

13      A.  I tell patients -- yes, now that hair

14  loss may be permanent.  Yes.

15      Q.  And when you say, now that hair loss

16  may be permanent, what do you mean?

17      A.  I mean that it may never grow back.

18      Q.  But why do you say, now that hair

19  loss may be permanent?  What do you base that

20  on?

21      A.  I base that on the patients in my

22  practice, and also, knowledge, the

23  conferences that I've attended.  Like School

24  of Breast Oncology is one of them.  We talk

25  about permanent hair loss.

Page 208

1        Q.   And when you say, now that hair loss

2   may be permanent, are you referring to

3   permanent hair loss with a specific

4   chemotherapy drug?

5        A.   Yes.   With docetaxel.

6             THE VIDEOGRAPHER:

7                  Seven minutes.

8   EXAMINATION BY MS. SCHULTZ:

9        Q.   And you base your belief that

10   docetaxel may cause permanent hair loss on

11   patients that you've treated in your

12   practice --

13             MR. COFFIN:

14                  Object to the form.

15   EXAMINATION BY MS. SCHULTZ:

16        Q.   -- and knowledge that you gained at

17   conferences you've attended, correct?

18        A.   And on my research, yes.

19        Q.   And when you say, and on your

20   research, what do you mean?

21        A.   I mean, again, we reference, on a

22   daily basis, NCCN Guidelines, UpToDate.

23   We'll go to package inserts; we'll go to JCO.

24   So I cannot tell you which, specifically, but

25   I have -- it's not just on patient

Page 209

1   experience.  It has been brought up in

2   conferences -- again, the School of Breast

3   Oncology, how the -- in the neoadjuvant

4   setting, they're getting away from giving

5   docetaxel with dose-dense, due to the hair

6   loss that patients -- women are experiencing.

7   That is one example.

8        Q.  When did you change the counseling

9   that you provide to plaintiffs regarding hair

10   loss?

11          MR. COFFIN:

12             Object to the form.

13          THE WITNESS:

14             Last couple of years.

15   EXAMINATION BY MS. SCHULTZ:

16        Q.  So beginning in early 2016?

17        A.  No, I don't think it's 2016.

18   Probably the last year.  I forget what year

19   we're in.  Over the last year.

20        Q.  Beginning in early 2017?

21        A.  Somewhere in 2017.

22        Q.  So when you said earlier that, now

23   that hair loss may be permanent --

24        A.  Yes.

25        Q.  -- and you referred to docetaxel.

Page 216

1  start of your deposition, correct?  In the

2  first part of your deposition, we talked

3  about those patients.  Do you recall that?

4      A.  Yes.  But I'm trying to remember if I

5  mentioned all -- yes.

6      Q.  Well, you had -- well, Ms. Durden,

7  and her -- her chemotherapy was finished in

8  2012, correct?

9      A.  If that's what the records -- yeah, I

10  believe so, yes.

11      Q.  After Ms. Durden's hair did not come

12  back, did you make any changes in your

13  counseling of hair loss to patients?

14          MR. COFFIN:

15              Object to the form.

16          THE WITNESS:

17              You mean in 2012?

18  EXAMINATION BY MS. SCHULTZ:

19      Q.  Correct.

20      A.  Not to my knowledge.  We talked about

21  hair loss.

22      Q.  Okay.  Did you make -- well, first of

23  all, let me ask you:  What counseling do you

24  provide a patient as of today?

25      A.  I counsel the patients, they get

Page 217

1    chemo teaching class, and they get the

2    handouts.

3        Q.   What -- but what do you tell patients

4    about hair loss today?

5        A.   Just like neuropathy, I tell them it

6    may be permanent.

7        Q.   So today, you tell patients that hair

8    loss may be permanent?

9        A.   With the docetaxel.

10       Q.   What do you tell them about other

11   chemotherapy drugs and hair loss?

12       A.   I tell them that they may lose their

13   hair.  But I don't have any -- but I don't

14   tell them -- I -- if it's docetaxel, I do

15   mention, they may have permanent hair loss.

16       Q.   What do you tell patients today if

17   you're prescribing Taxol about hair loss?

18       A.   I tell them that they will likely

19   have hair loss with the chemotherapy.

20       Q.   Do you tell them they may have

21   permanent hair loss from Taxol?

22       A.   Not to my knowledge.

23       Q.   When you tell them they may have

24   permanent hair loss, do you tell them how

25   likely that might be?

Page 252

1    EXAMINATION BY MR. COFFIN:

2        Q.   Dr. Jancich, can you please look at

3    Exhibit 17?

4        A.   Okay.

5        Q.   And you recognize that this is a

6    printout from UpToDate, correct?

7        A.   Yes.

8        Q.   And it's on the drug docetaxel,

9    correct?

10       A.   Yes.

11       Q.   And it's from 2018, correct?

12       A.   Yes.

13       Q.   And you were directed to the section

14   titled Adverse Reactions, correct?

15       A.   Yes.

16       Q.   Is it your understanding that the

17   adverse reactions that are listed there, are

18   those adverse reactions that were reported as

19   of 2018?

20       A.   2018, yes.

21       Q.   Did anyone from Sanofi -- let me

22   strike that.

23            Has anyone from Sanofi ever told you

24   what the company believes the percentage of

25   patients who will experience permanent

Page 253

1   alopecia as a result of using Taxotere is?

2       A.  No.

3           MS. SCHULTZ:

4               Object to form.

5   EXAMINATION BY MR. COFFIN:

6       Q.  No one's ever told you that?

7       A.  No.

8           MS. SCHULTZ:

9               Object to form.

10  EXAMINATION BY MR. COFFIN:

11      Q.  And you testified that the first time

12  that you had any information regarding

13  Taxotere and its association with permanent

14  hair loss was around 2016 or '17, correct?

15      A.  Correct.

16      Q.  You didn't know that Taxotere was

17  associated with permanent hair loss before

18  2016, correct?

19      A.  No.  Correct.

20      Q.  As a result, you couldn't have told

21  Ms. Durden that when you prescribed Taxotere

22  in 2011, correct?

23          MS. SCHULTZ:

24              Object to form.

25          THE WITNESS:

Page 254

```
 1              Correct.
 2    EXAMINATION BY MR. COFFIN:
 3         Q.  Well, let me ask you this way because
 4    there was an objection.  Did you have any
 5    knowledge about Taxotere's association with
 6    permanent hair loss when you prescribed
 7    Taxotere to Ms. Durden?
 8         A.  No.
 9         Q.  Did you tell Ms. Durden, when you
10    prescribed her Taxotere, that Taxotere is
11    associated with permanent hair loss?
12         A.  No.
13         Q.  Why didn't you?
14         A.  Because I didn't know about it.
15         Q.  If you had known about it, would you
16    have told Ms. Durden?
17         A.  Yes.
18              MS. SCHULTZ:
19                   Object to form.
20              THE WITNESS:
21                   Yes.
22    EXAMINATION BY MR. COFFIN:
23         Q.  And if you had told Ms. Durden that
24    Taxotere is associated with permanent hair
25    loss, and she decided she did not want to use
```

Page 255

1      Taxotere, would you have still prescribed it?

2          A.   No.

3              MS. SCHULTZ:

4                   Object to form.

5      EXAMINATION BY MR. COFFIN:

6          Q.   Why not?

7              MS. SCHULTZ:

8                   Object to form.

9              THE WITNESS:

10                  Because of her concerns of the

11     potential side effect.

12     EXAMINATION BY MR. COFFIN:

13         Q.   Well --

14         A.   Of the hair loss.  With each patient,

15     we go over the potential side effects of the

16     regimens, potential regimens.  And if the

17     patient elects not to pursue, then we don't

18     prescribe the chemotherapy.

19         Q.   And was that your practice in 2011?

20         A.   Yes.

21         Q.   And is that the practice that you

22     used with Ms. Durden?

23              MS. SCHULTZ:

24                  Object to form.

25              THE WITNESS:

Page 256

```
 1              Yes.
 2  EXAMINATION BY MR. COFFIN:
 3      Q.  Why is it that you didn't prescribe
 4  Adriamycin to Ms. Durden?
 5      A.  Because she did not want to get the
 6  red devil, because of the concern for side
 7  effects.  Her and her daughter.
 8      Q.  And you honored that decision by her.
 9      A.  Yes.
10      Q.  Would you have honored her choice to
11  decide not to take Taxotere because of a risk
12  of permanent hair loss if she had made that
13  choice?
14      A.  Yes.
15          MS. SCHULTZ:
16              Object to form.
17  EXAMINATION BY MR. COFFIN:
18      Q.  But you didn't know that information
19  in 2011, correct?
20          MS. SCHULTZ:
21              Object to form.
22          THE WITNESS:
23              Correct.
24  EXAMINATION BY MR. COFFIN:
25      Q.  So you weren't able to give her that
```

Page 257

1  choice, correct?

2     A.  Correct.

3        MS. SCHULTZ:

4           Object to form.

5  EXAMINATION BY MR. COFFIN:

6     Q.  And if in 2011, you gave her that

7  choice and she decided she did not want to be

8  administered Adriamycin or Taxotere, would

9  you have honored that choice?

10    A.  Yes.

11       MS. SCHULTZ:

12          Object to form.

13 EXAMINATION BY MR. COFFIN:

14    Q.  Would you please turn to Exhibit 12.

15    A.  It's starting to look like my office.

16 Okay.  Just a second.  What is that?  I'm

17 sorry.  Okay.  Yes.

18    Q.  And can you identify what Exhibit 12

19 is?

20    A.  It's the NCCN Guidelines for invasive

21 breast CA chemo regimens.

22    Q.  Are these the National Comprehensive

23 Cancer Network Guidelines that were in effect

24 at the time that you were deciding which

25 regimens to suggest for Ms. Durden?

Page 262

1    combination therapy?

2         MS. SCHULTZ:

3              Object to form.

4         THE WITNESS:

5              Could -- could you repeat that,

6    please?

7    EXAMINATION BY MR. COFFIN:

8         Q.  Well, let me ask you this way:

9    What's your understanding of what's being

10   reported by Sanofi in Table 7?

11        A.  That these are listed as the

12   potential adverse reactions associated with

13   the regimen.

14        Q.  And do you recognize that alopecia is

15   one of the side effects?

16        A.  Yes.

17        Q.  In 2011, when you referenced adverse

18   events associated with docetaxel, did you

19   understand that the side effect of alopecia

20   referred to temporary alopecia?

21        A.  Yes.

22        MS. SCHULTZ:

23              Object to form.

24   EXAMINATION BY MR. COFFIN:

25        A.  When you read any of the sources that

1    you relied on regarding side effects

2    associated with docetaxel in 2011, did you

3    understand the side effect of alopecia to be

4    referring to temporary alopecia?

5         MS. SCHULTZ:

6              Object to form.

7         THE WITNESS:

8              Yes.

9    EXAMINATION BY MR. COFFIN:

10        Q.   Is it accurate that it wasn't until

11   2016 or '17, that you understood that

12   alopecia related to docetaxel could be

13   permanent?

14        A.   Yes.

15        MS. SCHULTZ:

16              Object to form.

17   EXAMINATION BY MR. COFFIN:

18        Q.   I'm going to have you turn to Section

19   6.2, which is Post-marketing Experiences, in

20   Exhibit 6.  Do you see that?

21        A.   Yes.

22        Q.   And what is your understanding of

23   post-marketing experiences in a drug label?

24        A.   That these are the potential

25   reactions after the drug has been used, the

Page 270

1       A.   58.   Oh.   I go to 51.   Oh, I see.
2   I'm getting tired.
3          Okay.  Go ahead.
4       Q.   And you --
5       A.   Yes.
6       Q.   You recognize that on Page 58 starts
7   the Patient Information --
8       A.   Yes.
9       Q.   Let me just finish my question.   You
10  -- you recognize that on Page 58 of Exhibit
11  18 includes the Patient Information for
12  docetaxel?
13      A.   Yes.
14      Q.   And this is the patient information
15  that would have been in effect at the time
16  you prescribed docetaxel to Ms. Durden,
17  correct?
18      A.   Yes.
19      Q.   And if you turn to Page 60 of this
20  Patient Information, you see a question that
21  states:   What are the possible side effects
22  of Taxotere?   Correct?
23      A.   Yes.
24      Q.   And below that, it says, The most
25  common side effects of Taxotere include --

Page 271

1   and there's a list.  Do you see that?

2      A.  Yes.

3      Q.  Do you recognize that hair loss is

4   listed?

5      A.  Yes.

6      Q.  Anywhere in those common side effects

7   that are provided in the Patient Information,

8   do you see permanent hair loss as a risk?

9      A.  No.

10         MS. SCHULTZ:

11            Object to form.

12   EXAMINATION BY MR. COFFIN:

13      Q.  Was it your understanding at this

14   time, that this information to be provided to

15   patients was indicating that the hair loss

16   side effect from docetaxel was temporary hair

17   loss?

18      A.  Yes.

19         MS. SCHULTZ:

20            Object to form.

21   EXAMINATION BY MR. COFFIN:

22      Q.  I'm going to show you what I'll mark

23   as Exhibit 19.

24         MS. SCHULTZ:

25            Do you have a copy of that?

Page 273

1    this a handout from Sanofi-Aventis relating

2    to alopecia?

3           MS. SCHULTZ:

4                Object to form.

5           THE WITNESS:

6                Yes.

7    EXAMINATION BY MR. COFFIN:

8       Q.   Is this the type of handout that you

9    sometimes provided to patients to explain

10   side effects of chemotherapy?

11          MS. SCHULTZ:

12               Object to form.

13          THE WITNESS:

14               Yes.

15   EXAMINATION BY MR. COFFIN:

16      Q.   If you'll turn to the last page of

17   this exhibit, 18?  You see that the title is,

18   Coping with the Side Effects of Chemotherapy.

19   Correct?

20      A.   Yes.

21      Q.   And if you look at the very bottom,

22   you notice this is produced by

23   Sanofi-Aventis, correct?

24      A.   Yes.

25      Q.   That's the manufacturer of docetaxel,

Page 274

1    correct?

2        A.  Yes.

3        Q.  And it describes what is -- or, let

4    me strike that.

5            There's a question stating, What is

6    alopecia?  Correct?

7        A.  Yes.

8            MS. SCHULTZ:

9                Object to form.

10   EXAMINATION BY MR. COFFIN:

11       Q.  And can you just read what this

12   description of what alopecia is?

13       A.  Alopecia is another word for hair

14   loss or thinning of the hair.  It is a common

15   yet temporary side effect of some cancer

16   medicines.  Alopecia can occur anywhere on

17   the body and may happen after a few

18   treatments.  Currently, there are no

19   medicines that can prevent hair loss during

20   treatment.

21       Q.  Do you see the statement that says,

22   It is a common yet temporary side effect of

23   some cancer medicines?  Do you see that?

24       A.  Yes.

25           MS. SCHULTZ:

Page 275

```
 1            Object to form.
 2  EXAMINATION BY MR. COFFIN:
 3     Q.  Was it your understanding in 2011,
 4  that docetaxel could cause temporary
 5  alopecia?
 6     A.  Yes.
 7     Q.  And is this the kind of information
 8  that you provided to your patients, as is
 9  provided in this handout from Sanofi-Aventis?
10     A.  Yes.
11        MS. SCHULTZ:
12            Object to form.
13  EXAMINATION BY MR. COFFIN:
14     Q.  Okay.  Thank you.
15        MS. SCHULTZ:
16            Do you know where we are in time?
17  Because I'm going to have to follow up on
18  some of these exhibits, with the leading
19  questions you're asking.  I'll be fast, about
20  a question on each, but --
21        MR. COFFIN:
22            Okay.
23        MS. SCHULTZ:
24            -- I just want you to keep that
25  in mind.
```

1   EXAMINATION BY MR. COFFIN:

2      Q.   And what is your understanding?

3      A.   Is that there is evidence, or

4   evidence-based information, to support that

5   administering the drug could lead to

6   permanent hair loss.

7      Q.   And were you aware that that causal

8   association existed between docetaxel and

9   permanent, slash, irreversible alopecia at

10  the time that you prescribed docetaxel to

11  Ms. Durden?

12     A.   No.

13        MS. SCHULTZ:

14           Object to form.

15  EXAMINATION BY MR. COFFIN:

16     Q.   If you would have been aware of that,

17  would you have considered that in whether or

18  not to prescribe the drug to Ms. Durden?

19     A.   Yes.

20        MS. SCHULTZ:

21           Object to form.

22  EXAMINATION BY MR. COFFIN:

23     Q.   Would you have informed Ms. Durden

24  about that causal association?

25        MS. SCHULTZ:

Page 279

1              Object to form.

2         THE WITNESS:

3              Yes.

4    EXAMINATION BY MR. COFFIN:

5         Q.   And would you have allowed her to

6    make a decision as to whether or not to take

7    the drug based on the causal association

8    information?

9         A.   Yes.

10        MS. SCHULTZ:

11             Object to form.

12        MR. COFFIN:

13             I don't have any further

14   questions.  Thank you, Dr. Jancich.

15        THE WITNESS:

16             Okay.

17   EXAMINATION BY MS. SCHULTZ:

18        Q.   Doctor, I'm going to ask you just a

19   few follow-ups on the exhibits that Mr. --

20        A.   Okay.

21        Q.   -- Coffin asked you some questions

22   about.  And let's start with Exhibit 19.

23   This was the document titled, Partnering with

24   Your Patients Along Their Journey.

25             Have you ever seen this document

1    18?  Here you go.

2        A.  Okay.

3        Q.  And this was the September 2011 label

4    that Mr. Coffin showed you?

5        A.  Yes.

6        Q.  And he referred you to the Patient

7    Information section, which started on Page 57

8    -- or, the top of 58, correct?

9        A.  Just one second.  Yes.

10       Q.  And there -- under the side effects,

11   it lists hair loss.  You were asked to

12   confirm that, correct?

13       A.  Yes.

14       Q.  And you were asked whether it was

15   your understanding that the hair loss was

16   temporary hair loss.

17       A.  Yes.

18       Q.  And you said it was your

19   understanding, correct?

20       A.  Yes.

21       Q.  And it doesn't say temporary,

22   correct?

23       A.  No.

24       Q.  What did you -- you -- where did you

25   get information that made you believe that

Page 284

1   hair loss listed as a side effect was

2   temporary hair loss?

3       A.   There is no information for me to

4   assume that it can be permanent.  It does not

5   list it as potentially permanent.

6       Q.   It also doesn't list it as temporary,

7   correct?

8       A.   Right.

9       Q.   And it doesn't list it as reversible,

10  correct?

11      A.   Right.

12      Q.   And other side effects and adverse

13  events are listed as temporary or reversible.

14  Do you agree?

15      A.   I don't see that they're listed as

16  temporary.

17      Q.   When is the last time you read a full

18  Taxotere label?

19      A.   Before --

20          MR. COFFIN:

21              Object to the form.

22          THE WITNESS:

23              I can't say.

24  EXAMINATION BY MS. SCHULTZ:

25      Q.   This one is 62 pages long, correct?