# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTOINETTE DURDEN,

    Plaintiff,

VERSUS          CIVIL ACTION NO. 2:16-cv-16635

SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US SERVICE, INC., and AVENTIS-PHARMA S.A.,

    Defendants.

VIDEOTAPED DEPOSITION OF JULIE MERMILLIOD, M.D.

Taken at Ochsner Clinic Dermatology, 1514 Jefferson Highway, New Orleans, Louisiana, on Wednesday, April 4, 2018, beginning at 11:30 a.m.

Job No. NJ2860449

```
 1                    APPEARANCES
 2
 3        JESSICA PEREZ REYNOLDS, ESQUIRE
 4        Pendley, Baudin & Coffin, LLP
 5        1515 Poydras Street, Suite 1400
 6        New Orleans, Louisiana   70112
 7        Jperez@pbclawfirm.com
 8             ATTORNEY FOR PLAINTIFF
 9
10        CONNOR SEARS, ESQUIRE
11        Shook, Hardy & Bacon, LLP
12        2555 Grand Boulevard
13        Kansas City, Missouri   64108
14        Csears@shb.com
15             ATTORNEY FOR DEFENDANT
16
17    REPORTED BY:
18
19    MONICA SCHROEDER, RPR, CRR, CSR #1285
      COURT REPORTER & NOTARY PUBLIC
20
      MARK ANCALADE, LEGAL VIDEO SPECIALIST
21
22
23
24
25
```

Page 61

1   the other chemo drugs and all the different things
2   that can happen.
3       Q.   And is that a form that you or a page
4   that you found on the internet that somebody put
5   together for you?
6       A.   My resident printed it.
7       Q.   Do you remember, is it printed from a
8   source or --
9       A.   No idea.  He said, here.  I said, thank
10  you.
11      Q.   It's good to have worker bees.
12      A.   Yes.
13      Q.   Is it fair to say that you have never
14  reviewed the label for Taxotere or docetaxel?
15      A.   Yes.  That's fair.
16      Q.   Do you have any idea what the labelling
17  for Taxotere states related to hair loss?
18      A.   I do not.
19      Q.   As we sit here today, are you aware that
20  in December of 2015, the labelling for Taxotere
21  was updated to include language stating that:
22  "Hair loss:  In most cases, normal hair growth
23  should return.  In some cases, frequency not
24  known.  Permanent hair loss has been observed."
25  MR. SEARS:

1            Objection, form.
2       A.   I was not aware of that.
3  MS. PEREZ:
4       Q.   And so would it be fair to say that at
5  the time that you evaluated Mrs. Durden for skin
6  tags, hyperpigmentation and seborrheic dermatitis,
7  and also noticed that she had alopecia, that you
8  likewise were not aware of that information in
9  November of 2016?
10 MR. SEARS:
11           Objection, form.
12      A.   That's correct.  I didn't know it then
13 and I don't know it now.
14 MS. PEREZ:
15      Q.   And so that would not have been
16 information that went into your diagnosis or
17 consideration of Mrs. Durden's dermatological
18 conditions on that visit, correct?
19 MR. SEARS:
20           Objection, form.
21      A.   Not on that visit.
22 MS. PEREZ:
23           Thank you.  That's all that I have.
24                EXAMINATION
25 BY MR. SEARS: