# EXHIBIT E

Page 1

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4    ANTOINETTE DURDEN,
5           Plaintiff,
6
7    VERSUS              CIVIL ACTION NO. 2:16-cv-16635
8
9    SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-PHARMA S.A.,
12          Defendants.
13
14
15
16
17
18      VIDEOTAPED DEPOSITION OF JULIE MARTIN, M.D.
19
20      Taken at Ochsner Clinic Dermatology, 1514
21      Jefferson Highway, New Orleans, Louisiana, on
22      Tuesday, January 23, 2018, beginning at
23      1:06 p.m.
24
25   Job No. NJ2799589

```
 1                    APPEARANCES
 2
 3        JOHN C. THORNTON, ESQUIRE
          Andrews, Thornton, Higgins, Razmara
 4        2 Corporate Park, Suite 110
          Irvine, California   92606
 5        Jct@andrewsthornton.com
 6                 AND
 7        JESSICA PEREZ REYNOLDS, ESQUIRE
          Pendley, Baudin & Coffin, LLP
 8        1515 Poydras Street, Suite 1400
          New Orleans, Louisiana   70112
 9        Jperez@pbclawfirm.com
              ATTORNEYS FOR PLAINTIFF
10
11
12
          CONNOR SEARS, ESQUIRE
13        JORDAN BAEHR, ESQUIRE
          Shook, Hardy & Bacon, LLP
14        2555 Grand Boulevard
          Kansas City, Missouri   64108
15        Csears@shb.com
          Jbaehr@shb.com
16            ATTORNEYS FOR DEFENDANT
17
18
19
20
21
22    REPORTED BY:
23    MONICA SCHROEDER, RPR, CRR, CSR #1285
      COURT REPORTER & NOTARY PUBLIC
24
      MARCEL LANOUX, LEGAL VIDEO SPECIALIST
25
```

Page 62

1  Q. Now, it's my understanding that before
2  the preparation for this deposition, you hadn't
3  had, as an area of interest, a question of whether
4  chemotherapy could cause a permanent or persistent
5  alopecia; is that right?
6  A. That's correct.
7  Q. And so being a diligent physician, and
8  understanding that this case was -- that was the
9  subject of the case, you then made a search for
10 questions of hair loss and chemotherapy, and
11 permanent hair loss and chemotherapy, correct?
12 A. Correct.
13 Q. You did that after you had seen the
14 patient, and you haven't seen her since, correct?
15 A. Correct.
16 Q. So all of your diagnostic impressions
17 that we've gone over in the various exhibits from
18 your notes of your professional visits were
19 without, really, an investigation of the overall
20 medical literature involved with
21 chemotherapy-induced permanent hair loss, correct?
22 A. Correct.
23 MR. SEARS:
24      Objection to form.
25 MR. THORNTON:

```
                                                  Page 63

 1         Q.   And this is always the question that
 2    sounds disrespectful, but it's not meant to be
 3    disrespectful.  You wouldn't hold yourself out,
 4    based on this quick literature search you did
 5    before the deposition, to be an expert in the area
 6    of chemotherapy-induced hair loss, would you?
 7         A.   No, sir.
 8         Q.   You wouldn't say, as a result of this
 9    recent search for the medical literature, that you
10    were an expert in the question of whether or not
11    Taxotere, as a drug, causes more permanent hair
12    loss than other chemotherapy agents, would you?
13         A.   No, sir.
14    MR. SEARS:
15              Objection to form.
16    MR. THORNTON:
17         Q.   And if I understand correctly, you didn't
18    have the benefit of any before or after
19    photographs of this patient?
20         A.   None.
21         Q.   And would you say that, as one of your
22    colleagues here in town said, the key facts that
23    you would need to know about whether this was
24    chemotherapy-induced hair loss was -- would be
25    before and after pictures to understand the time
```

Veritext Legal Solutions
800-227-8440                                              973-410-4040

1  course?
2  MR. SEARS:
3          Objection, form.
4       A.   That would be helpful.
5  MR. THORNTON:
6       Q.   And that's a time course that you don't
7  really have accurate evidence for, correct?
8  MR. SEARS:
9          Objection, form.
10      A.   Correct.
11 MR. THORNTON:
12      Q.   So would it be correct to say that as of
13 this time, you don't really have the evidence to
14 make a diagnosis of whether or not this patient
15 had chemotherapy-induced permanent hair loss?
16 MR. SEARS:
17         Objection, form.
18      A.   Can you just ask the question again?
19 Sorry.  I want to make sure.
20      (Wherein, the question was read back.)
21 MR. SEARS:
22         Objection, form.
23      A.   Correct.
24 MR. THORNTON:
25      Q.   That's correct?

Page 65

1  A. Correct.
2 MR. THORNTON:
3      No more questions. I'm finished.
4           EXAMINATION
5 BY MR. SEARS:
6  Q. I've just got a couple follow-up about
7 the eyebrows.
8  A. Okay.
9  Q. People can have eyebrow thinning or
10 eyebrow loss as a function of age, can't they?
11  A. Yes, and other things, like thyroid
12 dysfunction.
13  Q. And there's various hair conditions that
14 people can have that's not at all related to
15 chemotherapy that can result in eyebrow loss,
16 right?
17  A. Yes, alopecia areata, alopecia
18 universalis. There are other potential
19 explanations.
20  Q. And when it comes to Mrs. Durden, you
21 don't have any opinion about what caused her
22 eyebrow loss, do you?
23  A. I don't have a definite opinion, no. I
24 think a biopsy of the scalp and a biopsy of the
25 eyebrow area would be very helpful.