UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Antoinette Durden, Case No. 2:16-cv-16635

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56.2, Plaintiff, Antoinette Durden, submits the following Response to Defendants' Statement of Facts in Support of their Motion for Summary Judgment:

1. Admitted.

2. Admitted.

3. Admitted that Ms. Durden elected to undergo a double mastectomy.

4. Admitted.

5. Admitted that Dr. Jancich discussed temporary hair loss with Ms. Durden as an anticipated side effect of Taxotere use. However, Dr. Jancich did not warn Ms. Durden that Taxotere may cause her to develop permanent hair loss and had Ms. Durden been warned of such a potential side effect she would have declined treatment with Taxotere. Ex. A 21:5-22:9; 213:25-215:23, 273:19-275:11, 355:22-357:12.

6. Admitted that Ms. Durden signed a consent form for the administration of Taxotere and Cytoxan that stated hair loss. However, the consent form did not state the hair loss would be permanent. Ex. D to Defendants Motion for Summary Judgment.

1

7. Admitted that Ms. Durden suffered permanent hair loss as a result of being administered Taxotere as part of her chemotherapy regime. However, Ms. Durden did not become aware that her permanent hair loss was caused by Taxotere until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

8. Disputed. Although Ms. Durden has suffered from hair loss from September of 2012 to present, her knowledge as to the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

9. Disputed as Ms. Durden clearly testified that she did not know her permanent hair loss was caused by Taxotere until 2016. Ex. A, 56:24-57:7; 358:15-366:25. Furthermore, Ms. Durden sought ought opinions from multiple physicians and tried various treatments to encourage hair regrowth and no one ever indicated to her that her hair loss may be permanent hair loss caused by her use of Taxotere. Ex. A 288:18-290:9, 301:7-302:22.

10. Admitted that Ms. Durden's hair did not regrow as anticipated following chemotherapy. Disputed to the extent is is implied that Ms. Durden understood by September 2012 that her hair loss was permanent and had been induced by her use of Taxotere. Although Ms. Durden has suffered from hair loss from September of 2012 to present, her knowledge as the the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

11. Admitted that Ms. Durden's hair did not regrow as anticipated following chemotherapy. Disputed to the extent is is implied that Ms. Durden understood by September 2012 that her hair loss was permanent and had been induced by her use of Taxotere. Although Ms. Durden has suffered from hair loss from September of 2012

to present, her knowledge as the the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

12. Admitted that Ms. Durden was 61 in September of 2012. Disputed to the extent is is implied that Ms. Durden understood by September 2012 that her hair loss was permanent and had been induced by her use of Taxotere. Although Ms. Durden has suffered from hair loss from September of 2012 to present, her knowledge as the the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

13. Admitted that Ms. Durden sought advice on how to encourage her hair regrowth. Disputed to the extent that Ms. Durden knew that her hair loss was permanent or caused by Taxotere in 2013. In fact, Ms. Durden consulted four separate physicians, Dr. Jancich, Dr. Velu, Dr. Mermilliod, and Dr. Martin from the time period of 2012 to 2017 without ever once being told that she may have been suffering from permanent hair loss induced by her use of Taxotere.

14. Admitted that Ms. Durden sought advice on how to encourage her hair regrowth. Disputed to the extent that Ms. Durden knew that her hair loss was permanent or caused by Taxotere in 2013. In fact, Ms. Durden consulted four separate physicians, Dr. Jancich, Dr. Velu, Dr. Mermilliod, and Dr. Martin from the time period of 2012 to 2017 without ever once being told that she may have been suffering from permanent hair loss induced by her use of Taxotere.

15. Dispsuted. Although Ms. Durden has suffered from hair loss from September of 2012 to present, her knowledge as to the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25.

16. Disputed. Although Ms. Durden has suffered from hair loss from September of 2012 to present, her knowledge as to the cause and permanency of hair loss was not known until 2016. Ex. A, 56:24-57:7; 358:15-366:25. Although Ms. Durden tried various things to encourage hair regrowth, she was unaware in 2013 that her hair loss was permanent in nature.

17. Disputed. Dr. Jancich did not become aware of the association between Taxotere and permanent hair loss until 2016. Ex. B, Jancich Dep. at 253:11-19, 263:10-13. As such, it would have been impossible for her to inform Ms. Durden in 2015 that her hair loss was permanent and was a result of her use of Taxotere.

18. Admitted that upon learning that Taxotere can cause permanent hair loss in 2016, Ms. Durden promptly filed a claim within that same year.

Dated: June 11, 2019                              Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
Jessica A. Perez (#34024)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Christopher L. Coffin
CHRISTOPHER L. COFFIN