UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Antoinette Durden,* 2:16-cv-16635 | |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS C, G, H, AND I TO PLAINTIFF'S OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS UNDER SEAL

NOW INTO COURT comes Plaintiff who respectfully requests leave of Court to file Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations (Rec. Doc. 7372) under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibits C, G, H and I to Plaintiff's Opposition should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations be filed UNDER SEAL.

Dated: June 11, 2019                               Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Christopher L. Coffin*
                                            Christopher L. Coffin