UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
    PRODUCTS LIABILITY
    LITIGATION
                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS C, G, H, AND I TO PLAINTIFF'S OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS UNDER SEAL

MAY IT PLEASE THE COURT:

Plaintiff respectfully requests leave of Court to file Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations under seal. Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibits C, G, H and I to Plaintiff's Opposition should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

Exhibits C, G, H and I to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine have been

designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, Plaintiff requests that this exhibit be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, Plaintiff believes that PTO No. 50 requires the exhibit at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, Plaintiff respectfully requests that Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, Plaintiff requests that the Court enter the attached proposed order directing that Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations be filed UNDER SEAL.


Dated: June 11, 2019                          Respectfully submitted,


                                              */s/ Christopher L. Coffin*
                                              Christopher L. Coffin (#27902)
                                              PENDLEY, BAUDIN & COFFIN, L.L.P.
                                              1100 Poydras Street, Suite 2505
                                              New Orleans, Louisiana 70163
                                              Phone: (504) 355-0086
                                              Fax: (504) 355-0089
                                              ccoffin@pbclawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Christopher L. Coffin
Christopher L. Coffin