UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

**NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT**

Plaintiff respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7372] Exhibit C to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations;

2. [Rec. Doc. 7372] Exhibit G to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations;

3. [Rec. Doc. 7372] Exhibit H to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations;

4. [Rec. Doc. 7372] Exhibit I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations

On Wednesday, June 12, 2019, undersigned counsel will hand deliver the above-referenced pleading to the Court.

Dated: June 11, 2019                    Respectfully submitted,

                                        */s/ Christopher L. Coffin*
                                        Christopher L. Coffin (#27902)
                                        PENDLEY, BAUDIN & COFFIN, L.L.P.
                                        1100 Poydras Street, Suite 2505
                                        New Orleans, Louisiana 70163
                                        Phone: (504) 355-0086
                                        Fax: (504) 355-0089
                                        ccoffin@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ Christopher L. Coffin*
                                        Christopher L. Coffin