UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                           SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

# **[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations UNDER SEAL.

New Orleans, Louisiana, this ____ of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1