UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| NANCY WOODS | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  18-cv-08998 |
| SANOFI US SERVICES INC. ET AL., | : : | |
| Defendant(s). ------------------------------------------------------- | : : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Nancy Woods hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 18-cv-08998 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Nancy Woods, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 18-cv-02822.  All parties shall bear their own costs.

Dated:  June 12, 2019

                                                    Respectfully submitted,

                                                    **TorHoerman Law LLC**

                                                    /s/  Steven D. Davis_____
                                                    Bar Number  6281263
                                                    101 W. Vandalia St., Ste. 350
                                                    Edwardsville, IL 62025
                                                    Telephone:  (618) 656-4400
                                                    sdavis@torhoermanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  June  ,  12 , 2019                              /s/    Steven D. Davis