**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION: "N" (5)**

**THIS DOCUMENT RELATES TO:**

*CLARA VINSON*
**Case No.: 18-01615**

## ORDER

Before the Court is Plaintiff Clara Vinson's Motion for Substitution of Plaintiff (Doc. 7348);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Geoffrey P. Davis, on Behalf of the Estate of Clara Vinson, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 12th day of June, 2019.

_____
JUDGE JANE TRICHE MILAZZO