UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| WANDA TALLENT, et al,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al,<br><br>　　　　Defendant(s). | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br>Civil Action No.: 2:17-cv-14661 |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 7360);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 12th day of June, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT