IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "N" 5<br><br>COMPLAINT & JURY DEMAND |
| This Document Relates To:<br>*Carol Wells* | * * * | CIVIL ACTION NO. 2:17-cv-14406 |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (Doc. 7365);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 12th day of June, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT