UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On April 4, 2019, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court.

- Renee Biles, 2:18-cv-10426
- Tonya Chavis, 2:18-cv-05979
- Rose Young, 2:18-cv-02366
- Mary Robinson, 2:17-16100
- Linda Taylor, 2:17-cv-09742

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE