UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
      PRODUCTS LIABILITY
      LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal;

**IT IS ORDERED** that the Motion is **GRANTED** and that the Clerk of Court shall file Exhibit D to Plaintiff Antoinette Durden's Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine **UNDER SEAL**.

New Orleans, Louisiana, this 12th day of June, 2019.

                                          HON. JANE TRICHE MILAZZO
                                          UNITED STATES DISTRICT JUDGE