UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Antoinette Durden,* 2:16-cv-16635

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations Under Seal;

**IT IS ORDERED** that the Motion is **GRANTED** and that the Clerk of Court shall file Exhibits C, G, H and I to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Based on the Statute of Limitations **UNDER SEAL**.

New Orleans, Louisiana, this 12th day of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE