UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Lillie Porter,<br><br>Plaintiff(s),<br><br>vs.<br><br>Sanofi-Avetis U.S. LLC and Sanofi US Services, Inc.<br><br>Defendant(s). | : : : : : : : : : : : : | Civil Action No.:   2:17-cv-15309 |

## MOTION to Substitute Party Plaintiff

COMES NOW, Plaintiff Lillie Porter and files this motion to substitute her surviving next of kin, James Kevin Porter, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Lillie Porter filed the present action in the United States District Court of the Eastern District of Louisiana on December 7, 2017.

2. Plaintiff Lillie Porter died on July 19, 2018.

3. On June 12, 2019, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 7386.  Plaintiff's counsel recently learned the death of Ms. Porter after filing the lawsuit and after submitting a Plaintiff Fact Sheet in connection with this case.

4. James Kevin Porter, son of Lillie Porter, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Lillie Porter and has proper capacity

1

to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute James Kevin Porter as the proper party plaintiff in this action.

Respectfully submitted this 12th day of June, 2019.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 12, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney