# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-15309 |
| Lillie Porter, | | |
| Plaintiff(s), | | |
| vs. | | |
| Sanofi-Aventis U.S. LLC, et al., | | |
| Defendant(s). | | |

## ORDER

IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and James Kevin Porter, on behalf of the Estate of Lillie Porter, is substituted as Plaintiff in the above referenced action.

This the _____ day of _____ , 2019.

_____
Judge Jane Milazzo, U.S. District Judge