UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

DECLARATION AFFIRMING THAT
ALL THIRD-PARTY SUBPOENA RESPONSES HAVE BEEN PRODUCED

Pursuant to Magistrate Judge North's Minute Entry dated May 30, 2019 (Rec.Doc. 7276), the Plaintiff Steering Committee certifies that all responses have been produced.

_____                                       6-13-19
For the Plaintiff Steering Committee                Date: