UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                   SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Deborah Purnell*
Case No.: 18-01395

**PLAINTIFF'S OPPOSED MOTION FOR RELIEF OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE NOVEMBER 15, 2018 SHOW CAUSE ORDER**

Plaintiff files her Motion for Relief from an Order Dismissing Plaintiff's Case With Prejudice for Failing to Show Cause, along with her Memorandum in Support thereof, and attached exhibits.

                                             Respectfully Submitted,

                                             */s/ J. Christopher Elliott*
                                             J. Christopher Elliott (BAR NO. 41063)
                                             BACHUS & SCHANKER, LLC
                                             1899 Wynkoop Street
                                             Ste. 700
                                             Denver, CO 80202
                                             (303)899-9800
                                             F: (303)893-9900
                                             celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on June 13, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*
