EXHIBIT 1

| HOME | ▾ | FACT SHEETS | ▾ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT | ▾ |

**Back To MDL Centrality**

MDL 2740 - Taxotere                                    Search Results

Return to Search Results                                              Edit Plaintiff Information

### Plaintiff Information

| | |
|---|---|
| **Plaintiff ID:** 10270 | **DOB:** 05/11/1964 |
| **Name:** DEBORAH PURNELL | **Email:** |
| **Most Recent PFS Submitted:** 05/09/2019 | |
| **Filing Fee:** Paid ❓ | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** Yes | Comments |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | |
| **Treatment Dates:** | 09/17/2012 to 11/19/2012 | **Docket No.:** 18-01395 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** Bachus & Schanker, LLC | |

### Documents

View Documents     Upload

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 355221 | Plaintiff Fact Sheet | 05/09/2019 | |
| 353852 | HIPAA Authorization - Updated | 05/08/2019 | Remove |
| 353739 | CMO 12 Product Identification - Sandoz | 05/08/2019 | Remove |
| 353532 | Proof of Use -- Medical Records - September 17 2012 to November 19 2012 - 3 cycles | 05/07/2019 | Remove |
| 353531 | Medical Records | 05/07/2019 | Remove |
| 353530 | Medical Invoices or Billing Records | 05/07/2019 | Remove |
| 353529 | Proof of Injury - Before & After Photographs - Before Chemo May 2008 -is within 5 years | 05/07/2019 | Remove |
| 353528 | Proof of Injury - Before & After Photographs - Before Chemo May 8 2007 | 05/07/2019 | Remove |
| 353438 | Proof of Injury - Before & After Photographs - Present Day / After May 7 2019 | 05/07/2019 | Remove |
| 266455 | Properly Executed Verification of PFS - DSP | 11/16/2018 | Remove |

### Plaintiff Fact Sheet

I.  **Plaintiff Fact Sheet**

Amend Fact Sheet    PFS Compare

© 2019 BrownGreer PLC. All rights reserved.