EXHIBIT 2

Purnell                    Deborah

LAST NAME                    FIRST NAME

5/11/1964

DOB

5/7/2019

TODAYS DATE



CUT HERE

Purnell          Deborah

LAST NAME          FIRST NAME

5 | 11 | 1964

DOB

5 | 7 | 2019

TODAYS DATE



X - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - CUT HERE

Purnell          Deborah
**LAST NAME**          **FIRST NAME**

5/11/1964
**DOB**

5/7/2019
**TODAYS DATE**



LAST NAME  Purnell

FIRST NAME  Deborah

DOB  5/11/1944

TODAYS DATE  5/7/2019





Purnell                    Deborah
LAST NAME                 FIRST NAME
5/11/1964
DOB
5/7/2019
TODAYS DATE