## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF SUBMISSION** |
| THIS DOCUMENT RELATES TO:<br><br>DEBORAH PURNELL v. SANDOZ, INC. | Civil Action No.:18-cv-01395 |

# NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RELIEF OF COURT'S ORDER DISMISSING PLAINTIFF'S CLAIM WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE NOVEMBER 15, 2018 SHOW CAUSE ORDER

PLEASE TAKE NOTICE that Plaintiff's Motion for Relief of Court's Order Dismissing Plaintiff's Claim with Prejudice for Failure to Comply with the November 15, 2018 Show Cause Order is hereby set for submission before District Court Milazzo on July 3, 2019, at 9:30 a.m.

Dated June 13, 2019.

1

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff Deborah Purnell*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott
