UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*DEBORAH PURNELL*
Case No.: 18-01395

### [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM ORDER

THE COURT, having considered Plaintiffs' Motion for Relief From Court's Order Dismissing Plaintiff's Claim With Prejudice for Failure to Comply November 15, 2018 Show Cause Order N. 2, hereby Orders as follows: the Motion is GRANTED. Plaintiff's claim in the Taxotere (Docetaxel) Products Liability Litigation is reinstated.

So ordered this ___ day of _____, 2019.

_____
District Judge