**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| MELODEY D'ONOFRIO, et al, | : | |
| | : | **ORDER GRANTING LEAVE** |
| | | **TO FILE AMENDED** |
| Plaintiff(s), | : | **COMPLAINT** |
| | : | **Civil Action   No.: 2:17-cv-14346** |
| vs. | : | |
| | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : | |
| | : | |
| Defendant(s). | : | |
| ----------------------------------------------------------- | : | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 7358);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 13th day of June, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT