Exhibit 1

Patient: Carriene Nevin
Date of Birth: 07/12/1954
Date: 10/27/2014 12:48 PM
Present for: Chart Update

**Staging:**

| Date | Cancer type | Laterality | Histology | Path Stg | Grade |
|---|---|---|---|---|---|
| 07/10/2014 | Breast | Left | lobular | Stage II | G2-3 |

**Treatment History:**

| Start Date | Stop Date | Treatment Type | Treatment Detail | Comments |
|---|---|---|---|---|
| | | hormone therapy | | |
| | | radiation therapy | | |
| 05/21/2014 | 05/21/2014 | U/S core breast biopsy | invasive ductal carcinoma | |
| 06/02/2014 | 06/02/2014 | stereotactic breast bx | Left breast @12:00 | HG LCIS |
| 08/05/2014 | 08/05/2014 | Oncotype Dx | Recurrence score: 19 | Distant recurrence: 12% |
| 08/21/2014 | 08/21/2014 | surgery | bilateral Mastectomy with R SLNBx | |
| 09/18/2014 | | chemotherapy | taxotere/cytoxan 4 cycles planned q 3 weeks with neulasta | |

Plan of care developed by: C. Blair Harkness, MD

**Active Medications:**
**Medications prescribed prior to this visit**

| Medication | RX elsewhere | Directions |
|---|---|---|
| Tylenol | Y | take as directed |
| Qvar | Y | inhale 1 puff by INHALATION route every day |
| lisinopril 5 mg tablet | Y | take 1 tablet by oral route every day |
| pravastatin 20 mg tablet | Y | take 1 Tablet by oral route every day |
| Vitamin D3 5,000 unit tablet | Y | take as directed |
| Vitamin C | Y | take as directed |
| cranberry | Y | take as directed |
| echinacea | Y | take as directed |
| Vitamin B-12 | Y | take one daily |
| Vitamin B Complex capsule | Y | take 1 by Oral route every day |
| glutathione crystals | Y | take as directed |

| Medication | Directions |
|---|---|
| Ativan 1 mg tablet | take 0.5 to 1 tablet by oral route every 6 hours as needed for anxiety/ nausea |
| Zyrtec 10 mg tablet | take 1 tablet po twice daily starting the day before Neulasta and continue on day 1-7 of every cycle |
| ranitidine 150 mg capsule | take 1 capsule by oral route 2 times every day |
| promethazine 25 mg tablet | take 0.5- 1 tablet by oral route every 4 - 6 hours as needed for nausea |