EXHIBIT 2

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

MDL 2740 - Taxotere        Search Results

Return to Search Results        Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 10293 | **DOB:** | 07/12/1954 |
| **Name:** | CARRIENE NEVIN | **Email:** | |
| **Most Recent PFS Submitted:** | 10/31/2018 | | |
| **Filing Fee:** | Paid | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | Unknown | **Treated with Generic:** | Yes | Comments |
| **Drug Name:** | Unknown | **Unknown Certification:** | | |
| **Treatment Dates:** | 10/9/2014 to 10/30/2014 | **Docket No.:** | 18-01589 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Bachus & Schanker, LLC | |

### Documents

View Documents      Upload      Deficiency Response

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 354426 | Medical Records - Proof of Use | 05/09/2019 | Remove |
| 343667 | Proof of Injury - Before & After Photographs - During Chemo November 2014 | 04/22/2019 | Remove |
| 343666 | Proof of Injury - Before & After Photographs - Present Day / After Chemo January 7 2019 | 04/22/2019 | Remove |
| 333233 | Response to Deficiency Notice | 04/02/2019 | |
| 332160 | Proof of Injury - Before & After Photographs - Before Chemo November 2010 is within 5 years | 04/01/2019 | Remove |
| 273817 | Deficiency Notice | 12/04/2018 | |
| 257964 | Plaintiff Fact Sheet | 10/31/2018 | |
| 250503 | Proof of Use -- Medical Records | 10/12/2018 | Remove |
| 250232 | Properly Executed Verification of PFS - DSP | 10/11/2018 | Remove |
| 250231 | HIPAA Authorization | 10/11/2018 | Remove |
| 250230 | Proof of Injury - Before & After Photographs - Present Day-Sep 2018 | 10/11/2018 | Remove |
| 250229 | PTO 71 Written Statement - No additional ESI found | 10/11/2018 | Remove |

**Plaintiff Fact Sheet**

I. **Plaintiff Fact Sheet**   **- In Progress**     Edit     PFS Compare

© 2019 BrownGreer PLC. All rights reserved.