Carriene Nevin
Present day January 7 2019

Exhibit 3