**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

**THIS DOCUMENT RELATES TO:**

*Carriene Nevin*
**Case No.: 18-01589**

### [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM ORDER

THE COURT, having considered Plaintiffs' Motion for Relief From Court's Order Dismissing Plaintiff's Claim With Prejudice for Failure to Comply April 4, 2019 Show Cause Order N. 2, hereby Orders as follows: the Motion is GRANTED. Plaintiff's claim in the Taxotere (Docetaxel) Products Liability Litigation is reinstated.

So ordered this \_\_\_ day of _____, 2019.

_____
District Judge