UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| Carol Garcia-Crump, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 2:17-cv-02789 |
| Sanofi-Aventis U.S. LLC, et al, | : : | |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Carol Garcia-Crump hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-02789, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Carol Garcia-Crump, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-11488. All parties shall bear their own costs.

Date: June 13, 2019          **PENDLEY, BAUDIN & COFFIN, LLP**

By: */s/ Christopher L. Coffin*
Christopher L. Coffin
2505 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  June 13, 2019                                    /s/ Christopher L. Coffin
                                                                        Christopher L. Coffin