# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| KAREN JOHNSON, et al,<br><br>Plaintiff(s),<br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al,<br><br>Defendant(s). | : : : : : : : : : : | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br>Civil Action  No.: 2:18-cv-9110 |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 7362);

**IT IS ORDERED** that the Motion is **GRANTED,** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 13th day of June, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT