# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br>Knotts v. Sanofi US Services, Inc., et al.,<br>Civil Action No. 2:18-cv-12225 | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES, INC. AND SANOFI-AVENTIS U.S. LLC** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: <u>June 13, 2019</u>

Respectfully submitted,

/s/ Russell Abney
Russell Abney, Esq.
State Bar No. 000875 (GA)
Ferrer Poirot & Wansbrough
2100 RiverEdge Pkwy, Ste 1025
Atlanta, GA 30328
Telephone: (800) 661-8210
Facsimile: (707) 313-0956
Email: atlanta@lawyerworks.com
*Attorney for the Plaintiff*