UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## CASE MANAGEMENT ORDER NO. 19

This order relates to the selection of trial pool plaintiffs for the fourth and fifth bellwether trials. The Court will select a pool of plaintiffs by July 19, 2019. The parties will then have 10 days, or until August 2, 2019, to raise objections to these selections. The Court will consider the parties' objections and then narrow the pool to 20 plaintiffs. The Court will consider the number of cases filed against each manufacturer and make selections accordingly.

This CMO amends any previous order insofar as it relates to the selection of trial pool plaintiffs for the fourth and fifth bellwether trials.

New Orleans, Louisiana this 13th day of June, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE