UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Judith Stone., v. Sanofi U.S. Services, Inc., et al*; Case No.  2:19-cv-2046 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff JUDITH STONE hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-2046, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Plaintiff JUDITH STONE, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-13527.  All parties shall bear their own costs.

Dated: June 14, 2019

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
hunter@napolilaw.com

*Attorneys for Plaintiff*

**SHOOK HARDY & BACON**
By: /s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
kbieri@shb.com
hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**
By: /s/ Lori G. Cohen
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Holdene
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com;
merrellc@gtlaw.com;
holdene@gtlaw.com
*Attorneys for Defendant Sandoz Inc.*

**TUCKER ELLIS LLP**
By: /s/ Julie Callsen
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

**DECHERT LLP**
By:  /s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
Maracusker.gonzalez@dechert.com
*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, formerly doing*
*business as Hospira Worldwide, Inc., and Pfizer Inc.*


**HINSHAW & CULBERTSON LLP**
By:  /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Main: 617-213-7000
Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
*Counsel for  Defendant Sun Pharmaceutical*
*Industries, Inc f/k/a Caraco Laboratories, Ltd.*

**ULMER & BERNE LLP**
By: /s/ Michael J. Suffern
Michael J. Suffern
Kimberly L. Beck
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5000 (telephone)
msuffern@ulmer.com
kbeck@ulmer.com
*Counsel for Defendants Actavis LLC f/k/a*
*Actavis Inc. and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 14, 2019                                        /s/ Hunter Shkolnik_____
                                                                             Hunter Shkolnik, Esquire