UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Saima Shajahan, et al., v. Sanofi U.S. Services, Inc., et al.*;  Case No.  2:18-cv-2600, **as to Plaintiff VALERIE SEABROOKS ONLY** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff VALERIE SEABROOKS hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-2600, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff VALERIE SEABROOKS, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-07877.  All parties shall bear their own costs.

Dated: June 14, 2019

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
hunter@napolilaw.com
*Attorneys for Plaintiff Valerie Seabrooks*

**SHOOK HARDY & BACON**
By:  /s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
kbieri@shb.com
hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis*
*U.S. LLC and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**
 By:  /s/ Lori G. Cohen
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Holden
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com;
merrellc@gtlaw.com;
holdene@gtlaw.com
*Attorneys for Defendant Sandoz Inc.*


**TUCKER ELLIS LLP**
 By: /s/ Julie Callsen
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*



**DECHERT LLP**

By: \_/s/ Mara Cusker Gonzalez_____
Mara Cusker Gonzalez
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
Maracusker.gonzalez@dechert.com
*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, formerly doing*
*business as Hospira Worldwide, Inc., and Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 14, 2019              /s/ Hunter Shkolnik_____
                                  Hunter Shkolnik, Esquire