UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Renisha Brown, et al., v. Sanofi U.S. Services, Inc., et al.,* as to **Plaintiff Carolyn Belin ONLY**;  Case No.  2:18-cv-2599 | STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff CAROLYN BELIN hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-2599, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff CAROLYN BELIN, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-08242. All parties shall bear their own costs.

Dated: June 17, 2019

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

**SHOOK HARDY & BACON**
By:  /s/ Kelly Bieri____
Kelly Bieri
Harley V. Ratliff
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: kbieri@shb.com
           hratliff@shb.com
*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

**GREENBERG TRAURIG, LLP**
 By:  /s/ Lori G. Cohen_____
Lori G. Cohen, Esq.
Ronald Clifton Merrell, II
Evan Holdene
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
cohenl@gtlaw.com;
merrellc@gtlaw.com;
holdene@gtlaw.com
*Attorneys for Defendant Sandoz Inc.*

**TUCKER ELLIS LLP**
 By: /s/ Julie Callsen
Julie Callsen, Esq.
Brandon D. Cox, Esq.
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
           brandon.cox@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

**DECHERT LLP**
By:  /s/ Mara Cusker Gonzalez_____
Mara Cusker Gonzalez
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
Maracusker.gonzalez@dechert.com
*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 17, 2019                             /s/ Hunter Shkolnik
                                                                  Hunter Shkolnik, Esquire