# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Cassandra Harris v. Sanofi US Services Inc., et al. Civil Action No.: 2:17-cv-12831 | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXECPT SANDOZ, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: June 17, 2019

    Respectfully submitted,

    */s/ Ryan L. Thompson*
    Ryan L. Thompson
    Mikal C. Watts
    Paige N. Boldt
    WATTS GUERRA LLP
    5726 Hausman Rd. W., Ste. 119
    San Antonio, TX 78249
    Telephone: 866.529.9100
    Fax: 210. 448.0501
    rthompson@wattsguerra.com
    mcwatts@wattsguerra.com
    pboldt@wattsguerra.com

    ***Attorneys for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Ryan L. Thompson*
                                                Ryan L. Thompson