UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Kelly Gahan*<br>Case No.: 2:16-cv-15283 | MDL No. 2740<br><br>SECTION: "H" (5) |

**JOINT NOTICE OF SUBMISSION DATE RELATING TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF KELLY GAHAN**

PLEASE TAKE NOTICE**,** pursuant to the Court's March 11, 2019 Order (Rec. Doc. 6484), the Parties inform the Court that the deposition of Dr. Borges is scheduled to be completed on August 1, 2019. The Parties respectfully submit that sanofi-aventis U.S. LLC and Sanofi US Services Inc. will bring for submission Sanofi's Motion for Summary Judgement Against Plaintiff Kelly Gahan (Doc. 5730) on the 28th day of August, 2019, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore*<br>Douglas J. Moore (Bar No. 27706)<br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: 504-310-2100<br>Facsimile: 504-310-2120<br>dmoore@irwinllc.com | Harley Ratliff<br>Adrienne L. Byard<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>hratliff@shb.com<br>abyard@shb.com<br><br>*Counsel for sanofi-aventis U.S. LLC* |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*