UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| Lillie Porter, | : | MAG. JUDGE NORTH |
| Plaintiff(s), | : | |
| vs. | : | Civil Action No.: 2:17-cv-15309 |
| Sanofi-Aventis U.S. LLC, et al., | : | |
| Defendant(s). | : | |

## ORDER

Before the Court is a Motion to Substitute the Plaintiff (Doc. 7389);

**IT IS ORDERED** that the Motion is **GRANTED** and that James Kevin Porter, on behalf of the Estate of Lillie Porter, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 17th day of June, 2019.

Judge Jane Milazzo, U.S. District Judge