# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATED TO:<br><br>*LISA RITCHIE v. SANOFI S.A., ET AL.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC, AND SANDOZ, INC.**<br><br>Civil Action No: 2:17-cv-16415 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., Hospira Worldwide, LLC, and Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order Nos. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated June 17, 2019 | /s/ Jean S. Martin<br>Jean S. Martin<br>North Carolina Bar Number 25703<br>LAW OFFICE OF JEAN SUTTON MARTIN PLLC<br>2018 Eastwood Road Suite 225<br>Wilmington, NC 28403<br>Telephone: (910) 292-6676<br>Facsimile: (888) 316-3489<br>Email: jean@jsmlawoffice.com<br>*Attorney for Plaintiff* |

CERTFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronical filing to all counsel of record who are CM/ECF participants.

/s/ Jean S. Martin
Jean S. Martin