UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### CASE MANAGEMENT ORDER NO. 14D
### (AMENDMENT TO CMO 14 AND 14A REGARDING TRIALS 2 AND 3)

The Court hereby amends the schedule set forth in CMO 14 (Rec. Doc. 3064) and CMO 14A (Rec. Doc. 5035) for the second and third trials. The amended schedule for the second trial is outlined in Table 1 attached hereto, and the amended schedule for the third trial is outlined in Table 2 attached hereto.

All other provisions of CMO 14 (Rec. Doc. 3064), CMO 14A (Rec. Doc. 5035), CMO 14B (Rec. Doc. 6768), and CMO 14C (Rec. Doc 6789) shall remain in full force and effect.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 17th day of June, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

## TABLE 1

| | |
|---|---|
| **Taxotere MDL Trial # 2** | |
| Phase II Discovery in Selected Trial Pool Cases | Friday, September 06, 2019 |
| Plaintiff Expert Reports ¶ 4(a) | Friday, September 27, 2019 |
| Defendant Expert Reports ¶ 4(b) | Friday, October 25, 2019 |
| Plaintiff Expert depositions ¶ 4(a) | Friday, October 25, 2019 |
| Defendant Expert Depositions ¶ 4(b) | Friday, November 22, 2019 |
| Motions and Briefs ¶ 5(a) | Friday, December 06, 2019 |
| Opposition Briefs ¶ 5(b) | Tuesday, January 07, 2020 |
| Reply Briefs | Thursday, January 16, 2020 |
| Hearing and Argument ¶ 5(d) | **Thursday, January 23, 2020, at 9:00 a.m.** |
| Final Witness List ¶ 6(b) | Wednesday, January 22, 2020 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Wednesday, January 22, 2020 |
| Jury Questionnaire ¶ 6(a) | Tuesday, January 28, 2020 |
| Motions in Limine ¶ 6(d) | Wednesday, January 29, 2020 |
| Oppositions to Motions in Limine ¶ 6(h) | Wednesday, February 19, 2020 |
| Counter Designations ¶ 6(e) | Friday, February 21, 2020 |
| Objections to Designations ¶ 6(f) | Wednesday, March 04, 2020 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Thursday, March 05, 2020 |
| Final Pretrial Order (new) | Friday, March 06, 2020 |
| Final Pretrial Conference ¶ 6(j) | **Tuesday, March 10, 2020, at 2:00 p.m.** |
| Trial | Monday, March 23, 2020 |

**TABLE 2**

| | |
|---|---|
| **Taxotere MDL Trial #3 Schedule** | |
| Trial Pool Nomination ¶ 7(a) | Tuesday, April 30, 2019 |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Friday, September 20, 2019 |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Tuesday, October 01, 2019 |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Friday, October 11, 2019 |
| Amendments to Pleadings (new) | Friday, October 18, 2019 |
| Preliminary Witness List (new) | Friday, October 25, 2019 |
| Phase II Discovery in Selected Trial Pool Cases | Friday, December 20, 2019 |
| Plaintiff Expert Reports ¶ 4(a) | Friday, January 17, 2020 |
| Defendant Expert Reports ¶ 4(b) | Monday, February 24, 2020 |
| Plaintiff Expert depositions ¶ 4(a) | Thursday, February 20, 2020 |
| Defendant Expert Depositions ¶ 4(b) | Friday, March 27, 2020 |
| Motions and Briefs ¶ 5(a) | Thursday, April 09, 2020 |
| Opposition Briefs ¶ 5(b) | Friday, May 08, 2020 |
| Reply Briefs | Friday, May 22, 2020 |
| Hearing and Argument ¶ 5(d) | **Monday, June 01, 2020, at 9:00 a.m.** |
| Final Witness List ¶ 6(b) | Wednesday, June 03, 2020 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Wednesday, June 03, 2020 |
| Jury Questionnaire ¶ 6(a) | Friday, June 05, 2020 |
| Motions in Limine ¶ 6(d) | Wednesday, June 24, 2020 |
| Oppositions to Motions in Limine ¶ 6(h) | Wednesday, July 08, 2020 |
| Counter Designations ¶ 6(e) | Wednesday, July 08, 2020 |
| Objections to Designations ¶ 6(f) | Wednesday, July 22, 2020 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Thursday, July 23, 2020 |
| Final Pretrial Order (new) | Friday, July 24, 2020 |
| Final Pretrial Conference ¶ 6(j) | **Tuesday, July 28, 2020, at 2:00 p.m.** |
| Trial | Monday, August 10, 2020 |