UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *All Cases Listed in "Exhibit A"* | |

**MOTION TO WITHDRAW HUNTER LINVILLE AS COUNSEL**

Pursuant Local Rule 83.2.11, Attorneys Hunter Linville and Russell Abney hereby move for leave to withdraw Hunter Linville as counsel of record in all cases listed on the attached **Exhibit A**. In support of this Motion, Mr. Abney and Mr. Linville state as follows:

1. Attorney Russell Abney of Ferrer Poirot & Wansbrough is already listed as counsel of record for each of the cases listed on **Exhibit A.**

2. Attorney Hunter Linville will no longer be representing the Plaintiffs listed on **Exhibit A.** He does not need notice of filings in this matter and requests to be removed from all service lists, including the CM/ECF system.

3. Attorney Russell Abney of Ferrer Poirot & Wansbrough will continue to represent the Plaintiffs in each of the cases listed on **Exhibit A.** Plaintiffs consent to the filing of this Motion. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorneys Russell Abney and Hunter Linville hereby respectfully request that the Court grant leave to withdraw Hunter Linville as counsel of record and to remove him from all service lists as counsel for the Plaintiffs in each of the cases listed on **Exhibit A.**

Dated: June 18, 2019                                Respectfully submitted,

                                                  /s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
**FERRER POIROT WANSBROUGH**
**FELLER DANIEL ABNEY & LINVILLE**
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone:   (800) 661-8210
Facsimile:   (770) 933-3425
atlanta@lawyerworks.com


                                                  /s/ Hunter V. Linville
Hunter V. Linville
Texas Bar No. 24065631
Georgia Bar No. 554149
**FERRER POIROT WANSBROUGH**
**FELLER DANIEL ABNEY & LINVILLE**
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone:   (800) 661-8210
Facsimile:   (770) 933-3425
atlanta@lawyerworks.com