# EXHIBIT A

| Plaintiff Name | Case Caption | Civil Action No. |
| --- | --- | --- |
| NANCY LEE DUNAWAY | Dunaway v. Sanofi US Services Inc., et al. | 2:18-cv-09533 |
| RUBY ANN GRIMES | Grimes v. Sanofi US Services, Inc., et al. | 2:18-cv-10962 |
| KRISTEN JEANETTE JEFFERS | Jeffers v. Sandoz, Inc. | 2:17-cv-01206 |
| MERRILL DAVIS JONES-BATTLE | Jones-Battle v. Hospira Worldwide LLC, et al. | 2:17-cv-05509 |
| DEBRA SMITH JOHNSON | Johnson v. Sanofi US Services Inc., et al. | 2:17-cv-05914 |
| SHARON KNAPPER CHARLES | Charles v. Sandoz, Inc., et al. | 2:17-cv-06344 |
| LINDA JEAN HALL | Hall v. Accord Healthcare Inc., et al. | 2:17-cv-08864 |
| JENNIFER ROBIN THACKER | Thacker v. Sandoz, Inc., et al. | 2:17-cv-11483 |
| MELANIE ANN JONES | Jones v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc, et al. | 2:17-cv-12539 |
| NIKKI JEAN JOHNSON | Johnson v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., et al. | 2:17-cv-12691 |
| MERLE TOBY BURNICK | Burnick v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc, et al. | 2:17-cv-12844 |
| HEATHER GIDEON | Gideon v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-12946 |
| LINDA KAY HENSON | Henson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13091 |
| ELVERIE MERRILL | Merrill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13382 |
| SHERYL LAFAYE MCDONALD | McDonald v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-13388 |
| MARIA REGINA MAGLIO | Delis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13407 |
| BRENDA KAY THOMAS | Thomas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13611 |
| LINDA JOHNSON SMITH | Smith v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13637 |
| GLORIA JEAN VERONICA CARUSO | Caruso v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13641 |
| MARYA RUVEL THOMAS | Thomas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13718 |
| RASHUNDA MATTISON GRADY | Grady v. Hospira Worldwide, LLC, et al. | 2:17-cv-13795 |
| GWEN NAOMI STRAUSS | Strauss v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13815 |
| SUSAN JEAN FRANKLIN | Franklin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13946 |
| LORRI LYNN BAILEY | Bailey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-13966 |
| MARY VIRGINIA DEVITO | DeVito v. Hospira Worldwide, LLC, et al. | 2:17-cv-13979 |
| SUSAN KATHERINE GERAGHTY | Geraghty v. Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., et al. | 2:17-cv-14265 |

| | | |
|---|---|---|
| JOAN FORTUNE DEMARZINO | Demarzino v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-16597 |
| MARY ANN GOTELL DAWSON | Dawson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-16661 |
| FRANCIA NEWBY | Newby v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:17-cv-16835 |
| SHIRLEY BARNES | Barnes v. Sanofi S.A., et al. | 2:17-cv-2576 |
| VALERIE JANE LEE | Lee v. Sanofi S.A., et al. | 2:17-cv-2948 |
| TERRI ZIMMERMAN SEWALD | Sewald v. Hospira, Inc., et al. | 2:17-cv-5316 |
| MARTHA ANN ROYSTER | Royster v. Sanofi S.A., et al. | 2:17-cv-8868 |
| DAWN CARLETTE BECKER | Becker v. Hospira Worldwide, LLC, et al. | 2:18-cv-00662 |
| REBECCA ANN LARGENT | Largent v. Sandoz, Inc. | 2:18-cv-00671 |
| ELAINE PRISCILLA CUMMINGS-NJIE | Cummings-Njie v. Sandoz, Inc. | 2:18-cv-03706 |
| SENOIA BROWNING | Browning v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | 2:18-cv-05674 |
| SALLY BIEBER NOWLAND | Nowland v. Hospira Worldwide, LLC, et al. | 2:18-cv-08746 |
| DEBRA ANN LEYVA | Leyva v. Sanofi US Services Inc., et al. | 2:18-cv-09555 |
| ELLA NORA GAMBLE | Gamble v. Sanofi US Services, Inc., et al. | 2:18-cv-10949 |
| CHERYL FERGUSON | Ferguson v. Sanofi US Services, Inc., et al. | 2:18-cv-10957 |
| RUTH ANN PHELPS | Phelps v. Sanofi US Services, Inc., et al. | 2:18-cv-10958 |
| BETH ANN MILLER | Miller v. Sanofi US Services Inc., et al. | 2:18-CV-11729 |
| AGNES GRAHAM KNOTTS | Knotts v. Sanofi US Services Inc., et al. | 2:18-cv-12225 |
| ESTELLE JULIA MCDANIEL | McDaniel v. Sanofi US Services Inc., et al. | 2:18-cv-12226 |
| SHARON DENNITT WALKER | Walker v. Sanofi US Services Inc., et al. | 2:18-cv-12488 |
| MARGARET LOUISE YOKLEY | Yokley v. Sanofi US Services Inc., et al. | 2:18-cv-12498 |
| DARLINE LEA MANN | Mann v. Sanofi US Services Inc., et al. | 2:18-cv-12709 |
| MYRIAME WORTHAM | Wortham v. Sanofi US Services Inc., et al. | 2:18-cv-13293 |
| MELODIE WELLS SMITH | Smith v. Sandoz, Inc., et al. | 2:18-cv-14198 |
| JON ALLEE RAY | Jay v. Sanofi US Services, Inc., et al. | 2:18-cv-14280 |
| CONNIE LEE BRANHAM | Branham v. Hospira Worldwide, LLC, et al. | 2:18-cv-14282 |
| JAN KATHLEEN BROWN | Brown v. Sanofi US Services, Inc., et al. | 2:18-cv-14284 |
| GLORIA FERNANDEZ VALDEZ | Valdez v. Sanofi US Services Inc., et al. | 2:18-cv-14286 |

| | | |
|---|---|---|
| CRYSTAL MARIE MONTES | Montes v. Sandoz, Inc., et al. | 2:18-cv-2650 |
| IDA ANN GARCIA | Garcia v. Sanofi US Services, Inc., et al. | 2:18-cv-6233 |
| DARCIA ANN CALLAGHAN | Callaghan v. Sanofi US Services Inc., et al. | 2:18-cv-7871 |
| FRANCES CLIFTON SWING | Swing v. Sandoz Inc. | 2:18-cv-7877 |
| GLADYS BARBARA JOHNSON | Johnson v. Sanofi US Services Inc., et al. | 2:18-cv-7970 |
| RHONDA EVANS | Evans v. Sandoz Inc., et al. | 2:18-cv-9350 |
| DOROTHY SCOTT WILLIAMSON | Williamson v. Hospira Worldwide, LLC, et al. | 2:19-cv-00191 |
| ALFREDA JACKSON-MONTGOMERY | Jackson-Montgomery v. Hospira Worldwide, LLC, et al. | 2:19-cv-09646 |
| SHARON RENEE KERRICK | Kerrick v. Sanofi US Services, Inc., et al. | 2:19-cv-09916 |
| GWENDOLYN BLACKMON | Blackmon v. Sanofi US Services, Inc., et al. | 2:19-cv-09973 |
| EDITH FISHER | Fisher v. Hospira Worldwide, LLC, et al. | 2:19-cv-10512 |
| BEVERLY JOE BERKLEY | Berkley v. Sanofi US Services, Inc., et al. | 2:19-cv-10810 |
| NANNETTE NICOLE HENIGAN | Henigan v. Sanofi US Services, Inc., et al. | 2:19-cv-10819 |
| NANCY LYNN NEALES | Neales v. Accord Healthcare, Inc. | 2:19-cv-10820 |
| DEBRA KAY BROWN | Brown v. Sanofi US Services, Inc., et al. | 2:19-cv-10821 |
| BEULAH LEE TUCKER | Tucker v. Sandoz, Inc. | 2:19-cv-9848 |