# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *All Cases Listed in "Exhibit A"* | |

## ORDER

The Court, after considering the Motion to Withdraw Hunter Linville as Counsel, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiffs' Motion to Withdraw Hunter Linville as Counsel is hereby GRANTED. Attorney Hunter Linville is hereby removed as counsel of record for the cases listed on *Exhibit A*.

Attorney Russell Abney shall remain counsel of record for the cases listed on *Exhibit A*.

Dated: _____          _____
                                        Hon. Jane Triche Milazzo
                                        United States District Court Judge