# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* April Lancien v. Sanofi-Aventis U.S. LLC | : : : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-06707 | : : | **MAG. JUDGE MICHAEL NORTH** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before The Honorable Jane Triche Milazzo, on July 17, 2019, at 9:30 a.m.

Dated this 18th day of June, 2019.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Michael P. McGartland*
       Michael P. McGartland