UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) <br><br> HON. JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Gloria Allen vs. Sanofi S.A., et al.* *C.A. No. 2:17-cv-10464* | | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs the Court of the death of Plaintiff, Gloria Allen, on January 26, 2018.

Dated: June 18, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

    DATED: June 18, 2019

                                              **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                                              By: */s/ Brian A. Abramson*
                                              Brian A. Abramson, Esq.
                                              Texas Bar No. 24050193
                                              8441 Gulf Freeway, Suite 600
                                              Houston, TX 77017
                                              Telephone: (713) 230-2200
                                              Facsimile: (713) 643-6226
                                              Email: babramson@whlaw.com
                                              *Attorney for Plaintiff*