# EXHIBIT A

[Client Death Certificate]

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS
## CERTIFICATION OF DEATH

THIS DOCUMENT HAS A LIGHT BACKGROUND OF TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

**STATE FILE NUMBER:** 2018016722
**DATE ISSUED:** FEBRUARY 7, 2018
**DATE FILED:** FEBRUARY 1, 2018

### DECEDENT INFORMATION
NAME: GLORIA ALLEN

DATE OF DEATH: JANUARY 26, 2018
SEX: FEMALE   SSN:    AGE: 060 YEARS
DATE OF BIRTH:
BIRTHPLACE: FORT LAUDERDALE, FLORIDA, UNITED STATES
PLACE OF DEATH: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 1155 NW 30TH TERRACE
LOCATION OF DEATH: FORT LAUDERDALE, BROWARD COUNTY, 33311
RESIDENCE: 1155 NW 30TH TERRACE, FORT LAUDERDALE, FLORIDA 33311, UNITED STATES   COUNTY: BROWARD
OCCUPATION, INDUSTRY: HOUSE KEEPER, PRIVATE
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK OR AFRICAN AMERICAN

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: ROBERT ALLEN
MOTHER'S/PARENT'S NAME: HELEN JACKSON

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: GLORIA ALLEN
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 1155 NW 30TH TERRACE, FORT LAUDERDALE, FLORIDA 33311, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: TARYNNE ARCELAY, F045527
FUNERAL FACILITY: THE MORTUARY GROUP LLC F103867
   1832 NW 29TH STREET, OAKLAND PARK, FLORIDA 33311
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: FOREST LAWN MEMORIAL GARDENS
   FORT LAUDERDALE, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0920   DATE CERTIFIED: JANUARY 31, 2018
CERTIFIER'S NAME: SIMONE SOYINI VAN HORNE
CERTIFIER'S LICENSE NUMBER: ME117698
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. MALIGNANT NEOPLASM OF BREAST                                      UNKNOWN
b.
c.
d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:   TYPE OF VEHICLE:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:

STATE REGISTRAR

REQ: 2018953001

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)


CERTIFICATION OF VITAL RECORD

Florida HEALTH