## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) <br><br> HON. JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Rhonda Bailey vs. Sandoz Inc., et al.* *C.A. No. 2:17-cv-11984* | | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs the Court of the death of Plaintiff, Rhonda Bailey, on July 25, 2018.

Dated: June 18, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      DATED: June 18, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*