# EXHIBIT A

[Client Death Certificate]

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER :** 139-18-028436

**DECEDENT'S NAME:** *RHONDA CHERYL BAILEY*
**AKA's:** NA
**ARMED FORCES:** NO
**DATE OF BIRTH:** [redacted]
**TYPE OF PLACE OF DEATH:** HOSPITAL- INPATIENT
**NAME AND ADDRESS OF PLACE OF DEATH:** MARY BLACK MEMORIAL HOSPITAL, SPARTANBURG, SC 29307
**PLACE OF DISPOSITION:** LEWIS CREMATORY
**DISPOSITION LOCATION:** UNION, SOUTH CAROLINA
**METHOD OF DISPOSITION:** CREMATION
**DECEDENT'S RESIDENCE:** 691 CUDD ROAD, COWPENS, SPARTANBURG COUNTY, SC, 29330
**PLACE OF BIRTH:** SOUTH CAROLINA
**SURVIVING SPOUSE'S NAME:** BRANDON BAILEY
**FATHER'S NAME:** RANDY CLAY REYNOLDS
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** VICKEY HILL
**INFORMANT'S NAME:** BRANDON BAILEY
**MAILING ADDRESS:** 691 CUDD ROAD, COWPENS, SC, 29330
**FUNERAL HOME:** HARRIS-NADEAU MORTUARY, 5880 CHESNEE HIGHWAY, CHESNEE, SC, 29323
**FUNERAL DIRECTOR:** TOMMY W. HARRIS
**EMBALMER'S NAME:** JODY YARBOROUGH
**ACTUAL OR PRESUMED DATE OF DEATH :** JULY 25, 2018
**ACTUAL OR PRESUMED TIME OF DEATH:** 1547
**CAUSE OF DEATH - PART I**
CARDIORESPIRATOY ARREST
ACUTE RESPIRATORY FAILURE
POSTOBSTRUCTIVE PNEUMONIA
MATASTATIC BREAST CANCER
**OTHER SIGNIFICANT CONDITIONS - PART II:**
THROMBOCYTOPENIA, HYPONATREMIA, TACHYCARDIA, FAILURE TO THRIVE
**CORONER CONTACTED?** NO
**DATE OF INJURY:** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA
**CERTIFIER NAME AND TITLE:** DR. JEFFREY D. JARIN
**CERTIFIER'S ADDRESS:** 1700 SKYLYN DR, SPARTANBURG, SC, 29307
**DATE FILED:** JULY 26, 2018
**DATE OF ISSUANCE:** JULY 26, 2018
**SPECIAL INSTRUCTIONS :**
NA

**SEX:** FEMALE
**SOCIAL SECURITY NUMBER:** [redacted]
**AGE:** 36 YEARS
**COUNTY OF DEATH:** SPARTANBURG
**MARITAL STATUS:** MARRIED
**RELATIONSHIP:** HUSBAND
**LICENSE NUMBER:** 2803
**LICENSE NUMBER:** 2398
**MANNER OF DEATH :** NATURAL
**AUTOPSY PERFORMED?** NO
**TIME OF INJURY:** NA
**AUTOPSY AVAILABLE?** NA
**INJURY AT WORK?** NA
**LICENSE NUMBER:** 34463

SC07001318

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE