UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## CONSENT MOTION TO WITHDRAW PLEADING

NOW INTO COURT, through undersigned counsel, comes Defendant sanofi-aventis U.S. LLC ("sanofi"), which hereby moves to withdraw its Motion for Review of Discovery Order Regarding Motion to Compel Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study (Rec. Doc. 7211), in its entirety, and without prejudice, in light of the Court's May 31, 2019 Order (Rec. Doc. 7281). Sanofi has conferred with counsel for Plaintiffs, who consents to the filing of the instant Motion. Sanofi further requests that this pleading be removed from the Court's June 19, 2019 submission calendar.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*