**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
**ALL CASES**

## ORDER

Considering the Consent Motion to Withdraw Pleading, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and, that the Motion for Review of Discovery Order Regarding Motion to Compel Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study (Rec. Doc. 7211) is hereby withdrawn from this Court's docket and the Court's submission calendar.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE

1