IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Catalina Garcia* | * * * | CIVIL ACTION NO. 2:17-cv-14673 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**
_____

COMES NOW Plaintiff Catalina Garcia, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 19th day of June, 2019.

BRENT COON & ASSOCIATES

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. I was able to obtain consent to file this motion from counsel the counsel of Sanofi and Hospira; but counsel for Sandoz would only gives it consent if Plaintiff's counsel amended the memorandum in support to delete the phrase *"and after diligent investigation by counsel,"* and *"as manufacturer of the chemotherapy drug which cause her permanent hair loss"*. Plaintiff's counsel does not want to amend the memorandum in support and delete those phrases that the counsel of Sandoz requested.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 19th day of June, 2019.

*/s/Eric W. Newell*
Eric W. Newell.