IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br> SECTION: "N" 5 <br> COMPLAINT & JURY DEMAND |
| This Document Relates To: *Catalina Garcia* | * * * | CIVIL ACTION NO. 2:17-cv-14673 |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

---

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on Wednesday, July 17, 2019 at 9:30 a.m.

Respectfully submitted this 19th day of June, 2019.

                                                            **BRENT COON & ASSOCIATES**

                                                            /s/ Eric W. Newell
                                                            Brent W. Coon
                                                            Federal Bar No. 9308
                                                            Texas Bar No. 04769750
                                                            Brent@bcoonlaw.com
                                                            Eric W. Newell
                                                            Texas Bar No. 24046521
                                                            Eric_newell@bcoonlaw.com
                                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 19th day of June, 2019.

                                                      _/s/Eric W. Newell_
                                                      Eric W. Newell