**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | * | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: "N" 5** |
| | * | |
| | * | **COMPLAINT & JURY DEMAND** |
| | * | |
| **This Document Relates To:** | * | |
| *Donna Riggins* | * | **CIVIL ACTION NO. 2:17-cv-14376** |
| | * | |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this

matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above

captioned matter.

SO ORDERED this_____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT