# EXHIBIT A

[Client Death Certificate]

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH 101 2017-35009

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Sevesta Grady |
| 2. DATE AND TIME OF DEATH | Sep 5, 2017 1740 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Lee |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Auburn, 36830 |
| 7. PLACE OF DEATH | Compassus – Auburn Bethany House |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Morgan |
| 10. ED. FORCES | No |
| 11. AGE | 57 |
| 12. DATE OF BIRTH | Mar 11, 1960 |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | Willie Grady |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Lee |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Opelika, 36801 |
| 20. STREET ADDRESS | 1902 Norman Street |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Willie Grady, Son, 620 Whitney Chase, Stone Mountain, GA 30088 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Chester Morgan |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Emma Williams |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Nazareth Baptist Church |
| 26. LOCATION | Opelika, Alabama |
| 27. DATE OF DISPOSITION | Sep 14, 2017 |
| 28. FUNERAL DIRECTOR | Jarvis Harris |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | Sep 18, 2017 |
| 31. FUNERAL HOME NAME AND ADDRESS | Harris Funeral Home, P O Box 2206, Opelika, AL 36801 |
| 33. MEDICAL CERTIFICATION | X CERTIFYING PHYSICIAN |
| 34. NAME | John Abrams MD |
| 35. LICENSE NUMBER | 21920 |
| 36. DATE SIGNED | Sep 12, 2017 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1548 Professional Pkwy, Auburn, Alabama 36830 |
| 38. REGISTRAR | Catherine Molchan Donald |
| 39. DATE FILED | Sep 18, 2017 |

## CAUSE OF DEATH

| | | INTERVAL |
|---|---|---|
| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | | |
| IMMEDIATE CAUSE A. | Breast Cancer | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): B. | | |
| DUE TO (OR AS A CONSEQUENCE OF): C. | | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | | |
| 41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | | |

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | | No | | No | No |

| 49. HOW INJURY OCCURRED | | |
|---|---|---|
| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
| 53. PLACE OF INJURY | 54. LOCATION OF INJURY | |

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2017-617-542-5

Catherine Molchan Donald
State Registrar of Vital Statistics

September 29, 2017