# EXHIBIT A

[Client Death Certificate]

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: 

STATE FILE NUMBER: 2018-007-00221

**5698371**

| DECEDENT | | | | |
|---|---|---|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | | TIME OF DEATH |
| PILCHER, DIANA CAROL | ███ | 03/06/2018 | | 08:07 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | | AGE |
| TULSA, OK UNITED STATES | FEMALE | ███ | | 69 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | | |

**PERSONAL**

| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|
| 40079 AZAELA DR. , PONCHATOULA, LA 70454 UNITED STATES | NO | TANGIPAHOA |

| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION |
|---|---|---|
| NO | TEACHER | EDUCATION |

| MARITAL STATUS | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|
| MARRIED | PILCHER JR , KENNETH GEORGE |

| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
|---|---|
| CHANCELLOR JR , JOHN N | PARKERSBURG, WV UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| HAM, HELEN WINNELL | TULSA, OK UNITED STATES |

| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS |
|---|---|---|
| PILCHER JR , KENNETH GEORGE | HUSBAND | 40079 AZAELA DR. , PONCHATOULA, LA 70454 UNITED STATES |

EDUCATION: MASTER'S DEGREE (E.G. MS, MA, MENG, MED, MSW, MBA)
OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO
RACE: WHITE

**DEATH INFO**

| PLACE OF DEATH | FACILITY NAME |
|---|---|
| HOSPICE FACILITY | RICHARD MURPHY HOSPICE HOUSE |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
| 1109 S. CHESTNUT ST. , HAMMOND, LA 70403 UNITED STATES | TANGIPAHOA |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION |
|---|---|
| CREMATION | EVERGREEN CREMATORY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | DATE OF DISPOSITION |
| DENHAM SPRINGS, LA UNITED STATES | 03/07/2018 |

**FUNERAL FACILITY**

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY |
|---|---|
| SEALE FUNERAL SERVICE, INC. - DENHAM SPRINGS | 1720 S. RANGE AVE. , DENHAM SPRINGS, LA 70726 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| JAMISON II, JOHN C | E2624 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| *e-sign* | | 3/8/2018 |

**MEDICAL INFO**

| MANNER OF DEATH | NATURAL |
|---|---|
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

**CAUSE OF DEATH**

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

| | | |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. COMPLICATIONS OF BREAST CANCER WITH METS TO BRAIN | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|
| NO | NOT APPLICABLE |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|
| | |

DESCRIBE HOW INJURY OCCURED

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| SIGNATURE OF CERTIFIER: | *e-sign* | DATE | 3/7/2018 |
|---|---|---|---|
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FOSTER, RICK W | | |
| CERTIFIER TITLE: CORONER | | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | |
| 15479 CLUB DELUXE RD. , HAMMOND, LA 70403 UNITED STATES | | | |

| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
|---|---|---|---|
| 257699 | ORLEANS | 03/06/2018 | 3/8/2018 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Needham, Tracy Lynn                    Issued On: 3/8/2018 2:15:13 PM




**005698371**

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



**DEVIN GEORGE**
**STATE REGISTRAR**

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

AmeriTech, Incorporated    ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE