UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  : MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION ""N" (5)
:
**THIS DOCUMENT RELATES TO:** : HON. JUDGE JANE TRICHE MILAZZO
*Shelia Pratt v. Sandoz Inc.* :
*C.A. No. 2:17-cv-10414* : MAG. JUDGE MICHAEL NORTH
:

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs the Court of the death of Plaintiff, Shelia Pratt, on December 21, 2017.

Dated:  June 19, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

    DATED: June 19, 2019

    **WILLIAMS HART BOUNDAS EASTERBY, LLP**

    By: */s/ Brian A. Abramson*
    Brian A. Abramson, Esq.
    Texas Bar No. 24050193
    8441 Gulf Freeway, Suite 600
    Houston, TX 77017
    Telephone: (713) 230-2200
    Facsimile: (713) 643-6226
    Email: babramson@whlaw.com
    *Attorney for Plaintiff*