# EXHIBIT A

[Client Death Certificate]

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JAN 04 2018

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-17-193960

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | SHELIA D. PRATT (Maiden: THOMAS) |
| 2. DATE OF DEATH | DECEMBER 21, 2017 |
| 3. SEX | FEMALE |
| 4. DATE OF BIRTH | [redacted] |
| 5. AGE | 59 |
| 6. BIRTHPLACE | DALLAS, TX |
| 7. SOCIAL SECURITY NUMBER | [redacted] |
| 8. MARITAL STATUS | Married |
| 9. SURVIVING SPOUSE'S NAME | FRANK PRATT |
| 10a. RESIDENCE STREET ADDRESS | 1725 VENUS DRIVE |
| 10c. CITY OR TOWN | LANCASTER |
| 10d. COUNTY | DALLAS |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 75134 |
| 10g. INSIDE CITY LIMITS? | No |
| 11. FATHER'S NAME PRIOR TO FIRST MARRIAGE | ELIJAH A. THOMAS SR |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | LOUISE BENNETT |
| 13. PLACE OF DEATH | Decedent's Home |
| 14. COUNTY OF DEATH | DALLAS |
| 15. CITY/TOWN, ZIP | LANCASTER, 75134 |
| 16. FACILITY NAME | 1725 VENUS DRIVE |
| 17. INFORMANT'S NAME & RELATIONSHIP | FRANK PRATT - SPOUSE |
| 18. MAILING ADDRESS OF INFORMANT | 1725 VENUS DRIVE, LANCASTER, TX 75134 |
| 19. METHOD OF DISPOSITION | Burial |
| 20. SIGNATURE OF FUNERAL DIRECTOR | CLIFTON MAXFIELD, BY ELECTRONIC SIGNATURE - 9385 |
| 21. | Unknown |
| 22. PLACE OF DISPOSITION | LAUREL LAND MEMORIAL PARK |
| 23. LOCATION | DALLAS, TX |
| 24. NAME OF FUNERAL FACILITY | EVERGREEN MEMORIAL FUNERAL HOME, INC. |
| 25. ADDRESS OF FUNERAL FACILITY | 6449 UNIVERSITY HILLS BLVD., DALLAS, TX 75241 |
| 26. CERTIFIER | Certifying physician |
| 27. SIGNATURE OF CERTIFIER | IRENE PRATHER, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | DECEMBER 25, 2017 |
| 29. LICENSE NUMBER | F4587 |
| 30. TIME OF DEATH | 02:39 AM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | IRENE PRATHER 8585 N. STEMMONS FWY., SUITE 700 S, DALLAS, TX 75247 |
| 32. TITLE OF CERTIFIER | MD |

33. PART 1. CHAIN OF EVENTS

| | Cause | Approximate interval |
|---|---|---|
| a. IMMEDIATE CAUSE | COMPLICATIONS OF METASTATIC BREAST CANCER | UNKNOWN |

PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: ANEMIA

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
38. IF FEMALE: Not pregnant within past year

42a. REGISTRAR FILE NO.: 01-6845
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 4, 2018
42c. REGISTRAR: REGISTRAR - DALLAS COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER 000002223497

VS-112 REV 1/2006

Barcode: QA11969790

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.



TARA DAS
STATE REGISTRAR

ISSUED JAN 11 2018

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND