## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Joan Szczepanski v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al* C.A. No. 2:17-cv-10376 | | MAG. JUDGE MICHAEL NORTH |

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs the Court of the death of Plaintiff, Joan Szczepanski, on September 24, 2018.

Dated: June 19, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

 DATED: June 19, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*