# EXHIBIT A

[Client Death Certificate]

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2018-043729

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | JOAN, FRANCES, SZCZEPANSKI |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | 09/24/2018 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | [redacted] |
| 6. DATE OF BIRTH | [redacted] |
| 7. AGE | 87 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | PHOENIX, MARICOPA, 85022 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | RESIDENCE - 1744 E PARADISE LANE |
| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | HARTFORD, CONNECTICUT |
| 11. MARITAL STATUS | WIDOWED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE | NOT LISTED |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS | 1744 E PARADISE LANE, PHOENIX, MARICOPA, AZ, 85022 |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | HOME MAKER |
| 18. FATHER'S NAME | ROBERT, FRANCIS, MCNULTY |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | JOSEPHINE, MARY, SIPALA |
| 20. INFORMANT'S NAME | KIM, , MARSH |
| 21. RELATIONSHIP | DAUGHTER |
| 22. INFORMANT'S MAILING ADDRESS | 1744 E PARADISE LANE, PHOENIX, AZ, 85022 |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | SHADOW MOUNTAIN MORTUARY, 2350 E GREENWAY ROAD, PHOENIX, AZ, 85022 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | MEGAN, , MILLAGE |
| 25. LICENSE NUMBER | F1392 |
| 26. METHOD(S) OF DISPOSITION | CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | GREENWOOD MEMORY LAWN CREMATORY, PHOENIX, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | |

## MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| # | Cause | Approximate Interval |
|---|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | CONGESTIVE HEART FAILURE DIASTOLIC DISFUNCTION AND CARCINOMATOSIS | 2017 |
| 31. B. DUE TO OR AS A CONSEQUENCE OF | HYPERTENSION AND BREAST CANCER | 2015 |
| 33. C. DUE TO OR AS A CONSEQUENCE OF | CORONARY ARTERY DISEASE | 2000 |
| 35. D. DUE TO OR AS A CONSEQUENCE OF | HYPERLIPIDEMIA | 2000 |

## CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | CHRONIC OBSTRUCTIVE LUNG DISEASE |
| 38. INJURY? | NO |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | NATURAL DEATH |
| 41. TIME OF DEATH | 05:05 PM |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## CAUSE AND MANNER CERTIFICATION

TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | ENRIQUE, , CIFUENTES, JR |
| 45. DATE CERTIFIED | 09/25/2018 |
| 46. CERTIFIER'S ADDRESS | 2727 W BASELINE ROAD #8, TEMPE, AZ, 85283 |

Date Registered: 09/26/2018  Date Issued: 09/28/2018

VS-49 Rev. 12/2017


J1103105


This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA. Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.


ARIZONA DEPARTMENT OF HEALTH SERVICES

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE