# EXHIBIT A

[Client Death Certificate]

## GEORGIA DEATH CERTIFICATE

State File Number: 2017GA000060831

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | GLENDA FAYE WALLACE |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | HANEY |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 10/01/2017 |
| 3. SOCIAL SECURITY NUMBER | [REDACTED] |
| 4a. AGE (Years) | 71 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | [REDACTED] |
| 6. BIRTHPLACE | TENNESSEE |
| 7a. RESIDENCE - STATE | TENNESSEE |
| 7b. COUNTY | HAMILTON |
| 7c. CITY, TOWN | CHATTANOOGA |
| 7d. STREET AND NUMBER | 7853 LAKE RESORT TERRACE |
| 7e. ZIP CODE | 37415 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | YES |
| 8a. USUAL OCCUPATION | REGISTERED NURSE |
| 8b. KIND OF INDUSTRY OR BUSINESS | HOSPITAL |
| 9. MARITAL STATUS | DIVORCED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME (First, Middle, Last) | RALPH L. HANEY |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | EMMA SUE MORRIS |
| 13a. INFORMANT'S NAME (First, Middle, Last) | NEAL WALLACE |
| 13b. RELATIONSHIP TO DECEDENT | SON |
| 13c. MAILING ADDRESS | P. O. BOX 5801 CLEVELAND TENNESSEE 37320 |
| 14. DECEDENT'S EDUCATION | ASSOCIATE DEGREE |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | NURSING HOME-LONG TERM CARE FACILITY |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | NATIONAL HEALTH CARE-ROSSVILLE |
| 19. CITY, TOWN or LOCATION OF DEATH | ROSSVILLE |
| 20. COUNTY OF DEATH | WALKER |
| 21. METHOD OF DISPOSITION | CREMATION |
| 22. PLACE OF DISPOSITION | EAST TENNESSEE CREMATION COMPANY 503 NATIONAL DRIVE MARYVILLE TENNESSEE 37804 |
| 23. DISPOSITION DATE | 10/03/2017 |
| 24a. EMBALMER'S NAME | NOT EMBALMED |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | BORDWINE FUNERAL HOME |
| 25a. FUNERAL HOME ADDRESS | 203 OHIO AVENUE ETOWAH TENNESSEE 37331 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | MICHAEL PEELS |
| 26b. FUN. DIR. LICENSE NO | 6455 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD | 10/01/2017 |
| 28. HOUR PRONOUNCED DEAD | 11:20 PM |
| 29a. PRONOUNCER'S NAME | Winifred Frances Schmidt |
| 29b. LICENSE NUMBER | RN081203 |
| 29c. DATE SIGNED | 10/01/2017 |
| 30. TIME OF DEATH | 11:20 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or venticular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. METASTATIC BREAST CANCER | UNKNOWN |
| Due to, or as a consequence of | B. | |
| Due to, or as a consequence of | C. | |
| Due to, or as a consequence of | D. | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.
ATRIAL FIBRILLATION, DIABETES

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | UNKNOWN |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. Medical Certifier | GREGORY LANGE PHELPS, MD, 034042 |
| 45a. DATE SIGNED | 10/05/2017 |
| 45b. HOUR OF DEATH | 11:20 PM |
| 46. Medical Examiner/Coroner | |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | GREGORY LANGE PHELPS 4411 OAKWOOD DRIVE CHATTANOOGA TENNESSEE 37416 |
| 48. REGISTRAR (Signature) | /S/ DONNA L. MOORE |
| 49. DATE FILED - REGISTRAR | 10/13/2017 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES          DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: Patricia Ruesing
Issued by: Patricia Ry
Date Issued: 10-13-2017

Any reproduction of this document is prohibited by statute: Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED