UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Antoinette Durden, Case No. 2:16-cv-16635.

## ORDER

Considering the foregoing Sanofi Defendants' Motion for Leave to File Reply in Support of their Motion For Summary Judgement On Causation Based On The Learned-Intermediary Doctrine.

**IT IS ORDERED** that said Motion is **GRANTED**, and the Defendants' proposed Reply in Support of their Motion For Summary Judgement On Causation Based On The Learned-Intermediary Doctrine is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE