# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTOINETTE DURDEN,

    Plaintiff,

VERSUS         CIVIL ACTION NO. 2:16-cv-16635

SANOFI S.A., SANOFI-AVENTIS U.S.
L.L.C., SANOFI US SERVICE, INC., and
AVENTIS-PHARMA S.A.,

    Defendants.

VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.

Taken at the Ochsner Medical Center, 2500 Belle Chasse Highway, Gretna, Louisiana, on Friday, January 12, 2018, beginning at 1:30 p.m.

JOB NO. 2782159

Page 131

1  MS. SCHULTZ:
2      Q.   And at the bottom of the page, it says,
3  "The patient wants to think further about possible
4  enrollment in the available clinical trial.  She
5  is uncertain at this time.  The patient was
6  provided with a handout on potential side effects
7  of chemotherapy."
8           Do you see that?
9      A.   Yes.
10     Q.   It looks like that was a handout about
11 chemotherapy, in general; not any specific drug?
12     A.   But, again, that may have been --
13     Q.   Is that correct?
14     A.   -- the research that was provided for
15 her, for the trials.
16     Q.   Well, did you generally provide your
17 patients with a handout --
18     A.   They're always provided, yes.
19     Q.   A handout on the side effects of
20 chemotherapy?
21     A.   On the specific drugs.
22               (Exhibit 7 was marked.)
23 MS. SCHULTZ:
24     Q.   I'm going to hand you what's been marked
25 as Deposition Exhibit 7.  Oh, no, not that.

1          I'm handing you what's been marked
2    Deposition Exhibit 7.  And this document is
3    titled, "Chemotherapy, What It Is, How It Helps."
4    And at the bottom, it says, American Cancer
5    Society.  And the Bates stamp says, Durden
6    Antoinette PPR 000963 to 983.
7          If you will see, at the bottom of the
8    page, where it says, Antoinette Durden PPR, that
9    shows that this was a document produced by Ms.
10   Durden, a document in her possession.  Okay?
11        A.   Okay.
12        Q.   Is this -- do you know if this is the
13   chemotherapy handout that was provided to Ms.
14   Durden?
15        A.   The nurses give additional chemo
16   handouts, but I can't -- this may have been one of
17   the things that they gave to her.  We try to give
18   as much information as possible.  So --
19        Q.   And do you know one way or the other?
20        A.   Whether she received this?
21        Q.   Well, whether this was a chemotherapy
22   handout that was provided to Ms. Durden by your
23   nurses.
24        A.   This may have been provided to her by the
25   research nurse at main campus.

1      Q.   By the research nurse or by your nurses?
2    MR. COFFIN:
3           Object to the form.
4      A.   I can't tell you.
5    MS. SCHULTZ:
6      Q.   If you will turn with me to Page 973 of
7    that handout.
8      A.   Okay.
9      Q.   And you see at the top, it says, What
10   About Chemo Side Effects?
11     A.   Yes.
12     Q.   Down below that bottom paragraph, on the
13   left-hand side, it says, "For most people, side
14   effects will go away in time, after their
15   treatment ends.  How long that will take is
16   different for each person.  Some side effects can
17   take longer to go away than others or they may not
18   go away at all."
19          Do you agree with that statement?
20   MR. COFFIN:
21          Object to the form.
22     A.   Yes.
23   MS. SCHULTZ:
24     Q.   And then, on the right-hand side, at the
25   top of the page, it says, Common Chemo Side

1  Effects, up here.
2      A.   Yes.
3      Q.   And if you go down, do you see where it
4  says, Hair Loss?
5      A.   Yes.
6      Q.   At the -- the last two sentences in that
7  paragraph say, "Your doctor can tell you what to
8  expect from the chemo drugs you are taking.  In
9  most cases, hair grows back after chemo, but the
10 texture and color of your hair may be different."
11          Is that a correct statement?
12 MR. COFFIN:
13          Object to the form.
14     A.   Is what a correct statement?  That the
15 texture and the color may be different?
16 MS. SCHULTZ:
17     Q.   Do you agree with the statement that
18 "Your doctor can tell you what to expect from the
19 chemo drugs you are taking.  In most cases, hair
20 grows back after chemo, but the texture and color
21 of your hair may be different."
22 MR. COFFIN:
23          Object to the form.
24     A.   The texture and color can be different,
25 and, in most cases, hair grows back.  Is that what

1  you are asking?
2  MS. SCHULTZ:
3       Q.   Yes.
4       A.   Well, I can -- I don't really know how to
5  answer that, but we did mention that the texture
6  of the hair can be different.  But as I mentioned
7  to her, that most of the cases -- I can't answer
8  that.
9       Q.   And why can't you answer that?
10      A.   You are trying -- you want me to say if
11 -- what exactly are you asking me?
12      Q.   Well, I'm asking whether or not, as of
13 the time that this handout was provided to Ms.
14 Durden, did you agree that, in most cases, hair
15 grows back after chemo, but the texture and color
16 of your hair may be different?
17 MR. COFFIN:
18           Object to the form.
19      A.   We did discuss that the texture of the
20 hair may be different.
21 MS. SCHULTZ:
22      Q.   Did you ever tell patients that, in most
23 cases, hair grows back after chemo?
24      A.   I may have said that, that most hair
25 grows back.

Page 167

1  chemotherapy, including vomiting, being
2  tired, hair loss; is that right?
3      A.  From my recollection, that's what I
4  recall.  And the Red Devil.
5      Q.  And do you recall if that was a
6  concern raised by her at this August 29,
7  2011, appointment, when you went through the
8  chemotherapy side effects?
9      A.  It was either --
10         MR. COFFIN:
11             Object to the form.
12         THE WITNESS:
13             -- this visit or the following
14  visit, when we were determining which
15  chemotherapy regimen.
16  EXAMINATION BY MS. SCHULTZ:
17      Q.  Do you recall what specific concerns
18  she had about vomiting, being tired, and hair
19  loss?
20      A.  Specific concerned about vomiting?
21      Q.  Do you recall, as you sit here today,
22  specifically what she said?
23         MR. COFFIN:
24             Object to the form.
25         THE WITNESS:

1           Again, she's mentioned about the
2    Red Devil.  She didn't want to get the Red
3    Devil.  That's all I can tell you.
4    EXAMINATION BY MS. SCHULTZ:
5       Q.  And then you also said she had
6    concerns about vomiting, being tired, and
7    hair loss.  That's just something you recall,
8    but you don't recall her exact concerns or
9    questions about those issues?
10           MR. COFFIN:
11               Object to the form.
12           THE WITNESS:
13               Am I going to be sick, and am I
14    going to lose my hair?  My recollection,
15    that's what I remember.
16    EXAMINATION BY MS. SCHULTZ:
17       Q.  Do you --
18       A.  But, again, this was in 2011.
19       Q.  Do you remember her ever asking you
20    any other questions about her hair or hair
21    loss?
22       A.  I remember her asking if she was
23    going to lose her hair.  I do recall that.
24       Q.  Do you recall anything else she asked
25    you at any appointment prior to taking the

1     Q.   And if you look at the bottom of that
2    paragraph, the last two lines of HPI, it
3    says:   Patient and daughter report they
4    prefer not to undergo therapy with
5    Adriamycin-containing regimen due to
6    potential side effects.
7         That's consistent with your
8    recollection, correct?
9         A.   Yes.
10    Q.   And if you'll look with me down at
11    the bottom of the page, under Plan, it says:
12    Long discussion with daughter and patient
13    regarding adjuvant chemotherapy combination
14    regimens.   Patient and daughter adamant that
15    they do not want to receive
16    Adriamycin-containing regimen.   Is that
17    consistent with your recollection?
18         A.   Yes.
19    Q.   And because they were adamant about
20    not wanting to receive an
21    Adriamycin-containing regimen, you write:
22    Therefore, will receive TC (Docetaxel, 75
23    milligrams/m2; and Cytoxan, 600 milligrams/
24    m2) every 21 days, times six cycles, correct?
25         A.   Yes.   Yes.

Page 240

1  permanent hair loss with Taxotere was in
2  2017, correct?
3      A.   I think so, yes.
4      Q.   If Ms. Durden presented to you today
5  with this same cancer and refused to include
6  an Adriamycin-containing drug in her regimen,
7  do you agree that you still would have
8  recommended TC?
9      A.   It would be one of my
10 recommendations.
11     Q.   Okay.  Well, in 2011, your
12 recommendations were the clinical trial, that
13 was AC, followed by paclitaxel, correct?
14     A.   Yes.
15     Q.   Or TC, docetaxel and
16 cyclophosphamide, right?
17     A.   Phosphamide, yes.
18     Q.   And today, if Ms. Durden told you
19 that she was adamant about not receiving
20 Adriamycin, you're saying that one of your
21 recommendations would be TC, docetaxel and
22 cyclophosphamide?
23     A.   We'd again discuss side effects, yes.
24     Q.   Well, is there another chemotherapy
25 regimen that you would recommend to her other

1   than docetaxel and cyclophosphamide?
2       A.   Phosphamide.
3       Q.   Phosphamide.
4       A.   That's okay.
5            MR. COFFIN:
6                Object to the form.
7            THE WITNESS:
8                Is there another regimen?  We --
9   I mean, I can't say for absolute certain
10  there's not another regimen.  I can't say
11  that.
12  EXAMINATION BY MS. SCHULTZ:
13      Q.   Well, in terms of the preferred
14  regimens to treat an HER2-negative disease
15  currently, if a patient refuses to have
16  Adriamycin --
17      A.   Uh-huh (affirmative).
18      Q.   -- the only other preferred regimen
19  is docetaxel and cyclophosphamide, correct?
20           MR. COFFIN:
21               Object to the form.
22           THE WITNESS:
23               No, not necessarily.
24  EXAMINATION BY MS. SCHULTZ:
25      Q.   Okay.

Page 257

1   choice, correct?
2       A.   Correct.
3            MS. SCHULTZ:
4                Object to form.
5   EXAMINATION BY MR. COFFIN:
6       Q.   And if in 2011, you gave her that
7   choice and she decided she did not want to be
8   administered Adriamycin or Taxotere, would
9   you have honored that choice?
10      A.   Yes.
11           MS. SCHULTZ:
12               Object to form.
13  EXAMINATION BY MR. COFFIN:
14      Q.   Would you please turn to Exhibit 12.
15      A.   It's starting to look like my office.
16  Okay.  Just a second.  What is that?  I'm
17  sorry.  Okay.  Yes.
18      Q.   And can you identify what Exhibit 12
19  is?
20      A.   It's the NCCN Guidelines for invasive
21  breast CA chemo regimens.
22      Q.   Are these the National Comprehensive
23  Cancer Network Guidelines that were in effect
24  at the time that you were deciding which
25  regimens to suggest for Ms. Durden?

1    A.   Yes.
2    Q.   If Ms. Durden did not want to receive
3  Adriamycin or docetaxel, were there other
4  regimens that you could have prescribed?
5    A.   At that time, that would have been my
6  choice, those two.
7    Q.   And are there other regimens that you
8  could have allowed Ms. Durden to take if she
9  decided she did not want a regimen including
10 Adriamycin or docetaxel?
11   A.   Those are the regimens that I would
12 have selected from.
13   Q.   All -- all the regimens that are
14 listed here, you mean.
15        MS. SCHULTZ:
16             Object to form.
17        THE WITNESS:
18             The first -- yes.
19 EXAMINATION BY MR. COFFIN:
20   Q.   Okay.
21   A.   The preferred regimens.
22   Q.   Okay.  And you didn't pick one of the
23 preferred regimens with Adriamycin because
24 she refused to take it, right?
25   A.   Correct.