# EXHIBIT B

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    ANTOINETTE DURDEN
                                    CASE NO.
 4    VERSUS                        2:16-CV-16635
 5    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
      SANOFI US SERVICE, INC., and
 6    AVENTIS-PHARMA S.A.
 7
            DEPOSITION OF ANTOINETTE DURDEN, 404
 8    FERN STREET, NEW ORLEANS, LOUISIANA,
      70118, TAKEN IN THE OFFICES OF PENDLEY,
 9    BAUDIN & COFFIN, 1515 POYDRAS STREET,
      SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10    ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
      2017.
11
      APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:   CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:   JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA   70112
16          ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:   LORI R. SCHULTZ, ESQUIRE
        BY:   JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI   64108-2613
20
            ATTORNEYS FOR SANOFI
21
      REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25     Job No. NJ2756266
```

Page 70

```
 1         A.    After.
 2         Q.    Do you know anyone else that
 3   has taken Taxotere?
 4         A.    One of my nieces.
 5         Q.    And what is your niece's name?
 6         A.    Trenell Brown, no.  Back up.
 7   Trenell, T-r-e-n-e-l-l, Christmas.  The
 8   last name Christmas.
 9         Q.    What was her maiden name?
10         A.    Brown.
11         Q.    And where does Trenell
12   Christmas live?
13         A.    I don't know her address.
14         Q.    Is she in New Orleans?
15         A.    She's in New Orleans, but I
16   don't know her address.
17         Q.    And is her mother your sister?
18         A.    Yes.
19         Q.    What's her mother's name?
20         A.    Francis Christmas.
21         Q.    Okay.  I thought Christmas was
22   her married name.
23         A.    I'm sorry.  Trenell Brown
24   Christmas I should say.  Her married name
25   is Brown.  Her maiden name is Christmas.
```

1        A.   I have nothing to do with my
2   niece case, baby.  My doctor is my doctor.
3   Her doctors is her doctor.  I guess she
4   discussed with her doctor whatever.
5            So why should I discuss with
6   my doctor about someone else?  It's a
7   HIPAA law.  You can't do that.
8        Q.   Well, when you were getting
9   ready to have chemotherapy, did it worry
10  you that your niece had had chemotherapy
11  and her hair had not grown back?
12       MR. COFFIN:
13            Object to the form.
14       THE WITNESS:
15            It never crossed my mind because
16  at that time when I was diagnosed with
17  breast cancer and doing chemo and all of
18  that, you don't have time to think about
19  somebody else or what I thought about
20  them.
21            I was trying to focus on me for
22  what I was told.  And I was told that your
23  hair is going to grow back, but they never
24  said it's going to be permanently hair
25  loss.

1  discussed adjuvant chemotherapy
2  combination regimens for this patient.
3  Research coordinator, Vanessa Truxillo,
4  present and we reviewed and discussed the
5  potential enrollment in phase III trial of
6  continuous scheduled AC q. 2 weeks
7  schedule, followed by paclitaxel every two
8  weeks."
9           Do you recall any discussion
10 about this phase III clinical trial?
11      MR. COFFIN:
12          Object to the form.
13      WITNESS:
14          I don't.
15 EXAMINATION BY MS. SCHULTZ:
16      Q.  All right.  Do you remember
17 another person being present at that first
18 appointment other than Dr. Jancich?
19      A.  I don't recall.
20      Q.  Okay.  All right.  It says
21 that your daughter is concerned about
22 potential side effects of chemotherapy.
23 Do you recall --
24      A.  Where that's at?  Oh, I see.
25      Q.  Do you recall your daughter

1  saying anything to Dr. Jancich about the
2  potential side effects of chemotherapy?
3          A.    Yes.
4          Q.    What did she say?
5          A.    Um, I don't remember.  I did
6  -- I can't recollect her exact words what
7  she was saying about the chemotherapy, but
8  I know that because she knows about chemo
9  and all that kind of stuff.
10              So I guess basically she was
11 saying that if -- if she's going to start
12 chemotherapy, you know, that I know one of
13 the concerns was about something called
14 red devil.  She did not want me to take
15 that drug.
16         Q.    And I think in the next, the
17 next document I think that I know what
18 you're talking about.
19         A.    Yes.
20         Q.    And I know this has been a
21 long time.
22         A.    Yes.
23         Q.    This is August 2011.
24         A.    Yes.
25         Q.    I'm not expecting you to

1      Q. Oh, that's okay. It says,
2 "She's accompanied by her daughter today.
3 Patient attended a chemo teaching class at
4 the main campus."
5      We've already talked about
6 that. And then it says, "Patient and
7 daughter report they prefer not to undergo
8 therapy with Adriamycin containing regimen
9 due to potential side effects."
10      Do you recall that the drug
11 that you were concerned about side effects
12 was Adriamycin?
13      A. Yes.
14      Q. Okay. I know it's not
15 referred to as the red devil here, but
16 they probably don't do that in medical
17 records.
18      Now, if you'll look at the
19 very bottom, if you can see it, at the
20 very bottom of the page it says plan.
21      A. Uh-huh (affirmative response).
22      Q. "Long discussion with daughter
23 and patient regarding adjuvant
24 chemotherapy combination regimen. Patient
25 and daughter adamant that they do not want

Page 268

1  to receive Adriamycin containing regimen.
2  Therefore, will receive TC, Docetaxel and
3  Cytoxan 21 days times six."
4          Do you recall that discussion
5  with Dr. Jancich?
6       A.   Yes.  I recall.
7       Q.   And so she told you that if
8  you don't want a regimen that includes
9  Adriamycin, then you would receive
10 Docetaxel and Cytoxan as your
11 chemotherapy?
12      MR. COFFIN:
13          Object to the form.
14      THE WITNESS:
15          Yeah.  I don't remember about
16 those names.  I don't, but I remember
17 talking to her about something.
18 EXAMINATION BY MS. SCHULTZ:
19      Q.   Well, the regimen that she
20 recommended you receive, did you accept
21 that recommendation?
22      MR. COFFIN:
23          Object to the form.
24      THE WITNESS:
25          I can't recall.