UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Antoinette Durden, Case No. 2:16-cv-16635.

# ORDER

Considering the foregoing Sanofi Defendants' Motion for Leave to File Reply in Support of their Motion For Summary Judgement On Causation Based On The Statute Of Limitations.

**IT IS ORDERED** that said Motion is **GRANTED**, and the Defendants' proposed Reply in Support of their Motion For Summary Judgement On Causation Based On The Statute Of Limitations is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE