# EXHIBIT A

Page 1

```
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    ANTOINETTE DURDEN,
5           Plaintiff,
6
7    VERSUS            CIVIL ACTION NO. 2:16-cv-16635
8
9    SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-PHARMA S.A.,
12          Defendants.
13
14
15
16
17
18      VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.
19
20        Taken at the Ochsner Medical Center, 2500
21        Belle Chasse Highway, Gretna, Louisiana, on
22        Friday, January 12, 2018, beginning at
23        1:30 p.m.
24   JOB NO. 2782159
25
```

Page 92

1  Q. Are you familiar with --
2  A. I don't even know what CCA is. Something
3  with alopecia?
4  Q. Centrifugal --
5  A. It's a pattern of alopecia.
6  Q. Something alopecia. And are you aware
7  that CCCA is seen more commonly in
8  African-American patients?
9  MR. COFFIN:
10     Object to the form.
11  A. No.
12  MS. SCHULTZ:
13  Q. Did you ever have any discussions with
14  Ms. Durden whether Taxotere had anything to do
15  with her hair loss?
16  A. We just talked about chemo.
17  Q. And she had received Taxotere and
18  Cytoxan, correct?
19  A. Correct.
20  Q. And then at the completion of her chemo,
21  she began taking --
22  A. I think she was on Letrozole.
23  Q. Letrozole.
24  A. Which is the same as Femara.
25  Q. So you -- when I asked you if you

1   recalled any discussions with Ms. Durden about
2   Taxotere and her hair loss, you said, we just
3   talked about chemo.  What did you mean by that?
4       A.   I mean, talked about it in terms of hair
5   loss in chemotherapy.  Did she ask me specifically
6   which of the two chemotherapy drugs caused the
7   hair loss?  No, we did not discuss that.
8       Q.   Well, did -- and just so we're clear on
9   timeframe, after her chemotherapy, did you have a
10  discussion with her about chemotherapy being the
11  reason her hair had not regrown?
12      A.   Yes.
13      Q.   Tell me about that discussion.
14      A.   Again, she did not have the hair
15  regrowth, as we had discussed.  And I think it
16  past two months -- it was past two months of the
17  postchemotherapy, and she mentioned her hair
18  wasn't coming back.
19           And then we had discussed that if it's
20  not coming back, it's likely not going to come
21  back.
22      Q.   And the --
23      A.   She asked if there was anything we could
24  do, and that's when, I'm sure, I checked some
25  blood work, but -- that's why I say, she may have

1    gone to a dermatologist, but I cannot say for
2    certain.
3        Q.   And when you had the discussion with her
4    about the fact that her hair likely was not going
5    to come back, in the context of that discussion,
6    was it clear that -- or was it clear that
7    chemotherapy was the reason she had both lost it
8    and the reason it wasn't coming back?
9    MR. COFFIN:
10            Object to the form.
11       A.   What do you mean, was it clear?
12   MS. SCHULTZ:
13       Q.   Well, in the context of your discussions
14   with Ms. Durden and her hair loss, it was your
15   opinion that the reason both for her hair loss
16   during chemotherapy and the reason it wasn't
17   coming back was because of chemotherapy, correct?
18   MS. SCHULTZ:
19            Object to the form.
20       A.   Yes.
21   MS. SCHULTZ:
22       Q.   And is that what you told Ms. Durden?
23       A.   Told her that her hair wasn't coming back
24   because of chemo?
25       Q.   That the reason she had both lost her

1  hair and the reason it wasn't coming back was
2  because of the chemotherapy?
3       A.   I'm pretty certain we had that
4  discussion, that it was discussed at one of her
5  visits.
6            (Exhibits 3 and 4 were marked.)
7  MS. SCHULTZ:
8       Q.   I'm handing you what is marked Deposition
9  Exhibit 3.  And it's a medical record dated August
10 29, 2011.
11      A.   Okay.
12      Q.   And is that a record that you prepared or
13 dictated?
14      A.   It looks like it, yes.
15      Q.   And I also want to hand you an exhibit
16 marked Deposition Exhibit 4, and it's also dated
17 8/29/2011.
18      A.   Okay.
19      Q.   And the Exhibit 4, it's the same day as
20 the appointment that is Exhibit 3.  And I'm not
21 sure which came first.  But let's start with
22 Exhibit 3.  Is this the first time that you had
23 seen Ms. Durden?
24      A.   It was in 2011, so it looks like it.
25      Q.   And what type of breast cancer had Ms.

1      I'm handing you what's been marked
2  Deposition Exhibit 7. And this document is
3  titled, "Chemotherapy, What It Is, How It Helps."
4  And at the bottom, it says, American Cancer
5  Society. And the Bates stamp says, Durden
6  Antoinette PPR 000963 to 983.
7      If you will see, at the bottom of the
8  page, where it says, Antoinette Durden PPR, that
9  shows that this was a document produced by Ms.
10 Durden, a document in her possession. Okay?
11     A.   Okay.
12     Q.   Is this -- do you know if this is the
13 chemotherapy handout that was provided to Ms.
14 Durden?
15     A.   The nurses give additional chemo
16 handouts, but I can't -- this may have been one of
17 the things that they gave to her. We try to give
18 as much information as possible. So --
19     Q.   And do you know one way or the other?
20     A.   Whether she received this?
21     Q.   Well, whether this was a chemotherapy
22 handout that was provided to Ms. Durden by your
23 nurses.
24     A.   This may have been provided to her by the
25 research nurse at main campus.

1    Q.   By the research nurse or by your nurses?
2  MR. COFFIN:
3         Object to the form.
4    A.   I can't tell you.
5  MS. SCHULTZ:
6    Q.   If you will turn with me to Page 973 of
7  that handout.
8    A.   Okay.
9    Q.   And you see at the top, it says, What
10 About Chemo Side Effects?
11   A.   Yes.
12   Q.   Down below that bottom paragraph, on the
13 left-hand side, it says, "For most people, side
14 effects will go away in time, after their
15 treatment ends.  How long that will take is
16 different for each person.  Some side effects can
17 take longer to go away than others or they may not
18 go away at all."
19        Do you agree with that statement?
20 MR. COFFIN:
21        Object to the form.
22   A.   Yes.
23 MS. SCHULTZ:
24   Q.   And then, on the right-hand side, at the
25 top of the page, it says, Common Chemo Side

1   Effects, up here.
2       A.   Yes.
3       Q.   And if you go down, do you see where it
4   says, Hair Loss?
5       A.   Yes.
6       Q.   At the -- the last two sentences in that
7   paragraph say, "Your doctor can tell you what to
8   expect from the chemo drugs you are taking.  In
9   most cases, hair grows back after chemo, but the
10  texture and color of your hair may be different."
11           Is that a correct statement?
12  MR. COFFIN:
13           Object to the form.
14      A.   Is what a correct statement?  That the
15  texture and the color may be different?
16  MS. SCHULTZ:
17      Q.   Do you agree with the statement that
18  "Your doctor can tell you what to expect from the
19  chemo drugs you are taking.  In most cases, hair
20  grows back after chemo, but the texture and color
21  of your hair may be different."
22  MR. COFFIN:
23           Object to the form.
24      A.   The texture and color can be different,
25  and, in most cases, hair grows back.  Is that what

1   you are asking?
2   MS. SCHULTZ:
3       Q.   Yes.
4       A.   Well, I can -- I don't really know how to
5   answer that, but we did mention that the texture
6   of the hair can be different.  But as I mentioned
7   to her, that most of the cases -- I can't answer
8   that.
9       Q.   And why can't you answer that?
10      A.   You are trying -- you want me to say if
11  -- what exactly are you asking me?
12      Q.   Well, I'm asking whether or not, as of
13  the time that this handout was provided to Ms.
14  Durden, did you agree that, in most cases, hair
15  grows back after chemo, but the texture and color
16  of your hair may be different?
17  MR. COFFIN:
18           Object to the form.
19      A.   We did discuss that the texture of the
20  hair may be different.
21  MS. SCHULTZ:
22      Q.   Did you ever tell patients that, in most
23  cases, hair grows back after chemo?
24      A.   I may have said that, that most hair
25  grows back.

Page 147

1    A.   If that's what it's dated.  I mean, I
2  remember it was 2011.  It's --
3    Q.   It's Exhibit --
4    A.   Yes.
5    Q.   Yes.
6    A.   That's correct.
7    Q.   It's August 29, 2011.  And then
8  Exhibit 10, if you could take a look at that?
9    A.   Yes.
10   Q.   That is dated October 22nd, 2015; is
11 that correct?
12   A.   As my last encounter?
13   Q.   Yes, correct.
14   A.   That is correct.
15   Q.   All right.  Have you had any contact
16 with Ms. Durden since the last appointment on
17 October 22, 2015?
18   A.   No, I have not.
19   Q.   And when I say any contact, have you
20 spoken to her?
21   A.   No.
22   Q.   Have you seen her?
23   A.   No.
24   Q.   Okay.  Have you talked to her current
25 oncologist about how she's doing?