# EXHIBIT B

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3   ANTOINETTE DURDEN
                             CASE NO.
 4   VERSUS                  2:16-CV-16635
 5   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
 6   AVENTIS-PHARMA S.A.
 7
          DEPOSITION OF ANTOINETTE DURDEN, 404
 8   FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
 9   BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA  70112
16         ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:  LORI R. SCHULTZ, ESQUIRE
        BY:  JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI  64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25    Job No. NJ2756266
```

Page 25

1    EXAMINATION BY MS. SCHULTZ:

2          Q.    So did the doctors tell you in

3    2016 that your hair loss was permanent?

4          A.    Yes.

5          Q.    Which doctors?

6          A.    Dr. Julie Mermilliod.  I can't

7    pronounce her last name.

8          Q.    Is that Mermilliod?

9          A.    Mermilliod or something like

10   that.

11         Q.    Well, prior to -- from the

12   date you had chemo until 2016, had your

13   hair continued to grow back in?

14         A.    When I had chemo?  What does

15   chemo have to do with it?

16         Q.    No.  After you had

17   chemotherapy, and did you lose your hair

18   during chemotherapy?

19         A.    I did, but they didn't say it

20   was going to be permanent.

21         Q.    After chemotherapy and after

22   you lost your hair, did your hair start to

23   regrow?

24         A.    Not for a long time.

25         Q.    When did it first start to

1   regrow?

2          A.    I don't know.  I really don't.

3          Q.    Was it within a couple months?

4          A.    No.

5          Q.    Was it within a year?

6          A.    No.

7          Q.    So one year after your

8   chemotherapy ended, you still had no hair

9   regrowth?

10         A.    Correct.

11         Q.    Did you have any regrowth

12  between a year and two years?

13         A.    No.

14         Q.    Well, did your hair begin to

15  regrow in the three years after chemo?

16         A.    Uh-uh (negative response).

17  Not until maybe like around the fourth

18  year it started coming back in.

19         Q.    So you finished your chemo in

20  February 2012; correct?

21         A.    Correct.

22         Q.    And did you lose all of your

23  hair during --

24         A.    Yes, I did.

25         Q.    So would you have considered

Page 27

1   yourself completely bald?

2           A.    Yes.

3           Q.    And then you were completely

4   bald for four years?

5           A.    Yes.

6           Q.    So from 2012 to 2016, you were

7   completely bald?

8           A.    Yes.

9           Q.    When in 2016 did your hair

10  start to regrow?

11          A.    That seem like the same

12  question you just asked.

13          Q.    No.  Well, was it in early

14  2016 or late in the year that you started

15  to have some regrowth?

16          A.    Early.

17          Q.    And since your hair started to

18  regrow in early 2016, has it continued to

19  regrow until the present time?

20          A.    It's growing, but it's not

21  growing to the affect where it's very,

22  very thin.  It's not growing for where I

23  would like it to be at.

24          Q.    Do you feel like it's

25  continuing to get better?

1          Object to the form.

2     EXAMINATION BY MS. SCHULTZ:

3          Q.   Is that right?

4          A.   Yes.

5        MR. COFFIN:

6             Same objection.

7     EXAMINATION BY MS. SCHULTZ:

8          Q.   And why do you think the other

9     drug is not to blame?

10        MR. COFFIN:

11             Object to the form.

12        THE WITNESS:

13             I just don't think the other drug

14    is not to blame for it.  I just want to

15    tell you my stories that I think the

16    Taxotere is the one because it wasn't

17    enough study.

18             They didn't tell the doctor or

19    they didn't tell myself about the side

20    effects that the drug had in the Taxotere.

21    And I think that's the one that actually

22    did this.

23    EXAMINATION BY MS. SCHULTZ:

24          Q.   How long have you thought that

25    it was the Taxotere that caused your hair

1  loss and not the other drug?

2       A.   I don't know.  I don't know

3  how long.  I really can't say because I

4  don't put a timeframe on stuff so I really

5  don't know.

6       Q.   Well, when your hair hadn't

7  grown back a year after chemotherapy, did

8  you think it might be because of the other

9  drug you took?

10      A.   No.

11      Q.   Did you think it was because

12 of the Taxotere?

13      A.   Yes.

14      Q.   Who else is aware that you

15 have brought this lawsuit?

16      A.   Just my lawyers and myself.

17      Q.   Have you told any family

18 members?

19      A.   I spoke with my daughter.

20      Q.   What is your daughter's name?

21      A.   Annisha Williams Prier.

22      Q.   Is that Prier?

23      A.   P-r-i-e-r.

24      Q.   Where does your daughter live?

25      A.   2837 Bristol Place.

Page 211

1   question.  You're throwing me off.

2          Q.   I was just asking you if you

3   had discussed that at the November

4   appointment.

5          A.   And then you turned around and

6   asked me again --

7          Q.   No.  So my question is:  Have

8   you ever talked with Dr. Martin about what

9   caused your hair loss?

10         A.   I -- I might have asked her do

11  she have any idea what could have caused

12  this.  I may have asked her that because I

13  want to know.  I'm back to square one.

14  Nobody ever explained to me what's

15  actually the hair loss problem.

16              They always say it's going to

17  be temporary.  Never said permanent.  So

18  that's what I'm trying to find out.  I'm

19  still trying to find out today.  I'm still

20  looking.  I'm still hopeful that I can

21  find something.

22         Q.   What do you mean when you say

23  you're still hopeful you're going to find

24  something?

25         A.   I'm hopeful that my hair can

Page 212

1   come back.

2          Q.    But are you -- and you've said

3   a couple times now, you still don't know

4   what caused your hair loss?

5          A.    What I mean is that no one

6   ever told me -- let me clarify what I'm

7   speaking of is like when you go to chemo,

8   they tell you at chemo it's a possibility

9   that your hair will come -- well, your

10  hair is going to -- I don't want to say a

11  possibility.

12          Your hair is going to come out

13  during chemo.  There's not doubt about it.

14  It's going to come back.  I mean, it's

15  going to come back, but they said it's

16  going to come back.

17          Q.    Well, but now you're --

18          A.    But they never said this is a

19  permanent -- no.  This is a permanent

20  thing.  My thing is with this

21  pharmaceutical company, my thing is that

22  I'm saying that it look like someone --

23          And you're going to place a

24  drug out there in the system, someone

25  should have been able to know something

1          And I did go to Ochsner for

2     when they had the appointment for the

3     clinical trial, and they talked about

4     different drugs that I don't remember

5     right offhand because these doctors use

6     big old terms.

7          Q.    Sure.

8          A.    So I don't remember.

9          Q.    Did you go to some kind of a

10    meeting or session that talked about the

11    clinical trial?

12         A.    It was a group of us that

13    went.  Not just me.  It was a group of us

14    around tables and stuff that was diagnosed

15    with breast cancer.

16            So they was just explaining

17    about the clinical trial and the different

18    drugs.  And I don't remember all the

19    different drugs that was called out.  I

20    don't remember.

21         Q.    Did anyone go with you to

22    that?

23         A.    No.  I went by myself.

24         Q.    I'm going to hand you what I'm

25    marking as Exhibit 18.  Is there a stamp

Page 250

1    on that?  Is it 25 --

2         A.   2590.

3         Q.   2590, okay.  Do you recall Dr.

4    Jancich talking to you about whether your

5    tumor was estrogen positive or

6    progesterone positive or anything like

7    that?

8         A.   I don't remember.  I don't

9    recall.

10        Q.   Did she tell you that your

11   chemotherapy treatment or the type of

12   treatment you would receive depended on

13   the type of breast cancer you had?

14      MR. COFFIN:

15           Object to the form.

16      THE WITNESS:

17           I don't remember.

18   EXAMINATION BY MS. SCHULTZ:

19        Q.   All right.  I don't remember.

20   And so this is the August 29, 2011

21   appointment with Dr. Jancich and --

22        A.   Wait.  I'm sorry.  You didn't

23   tell me what page you're on.

24        Q.   Oh, no.  I'm just saying this

25   is the August 29 appointment and it looks

Page 251

1    like your daughter was there.  So you went

2    -- you said your daughter went with you to

3    your first appointment with Dr. Jancich;

4    correct?

5              A.   Correct.

6              Q.   All right.  If you'll turn

7    with me to the third page.  It's at the

8    bottom it's Bate stamped 2592.

9              All right.  If you look at the

10   bottom paragraph on that page, and I want

11   you to look at where it says chemotherapy;

12   right?

13             A.   Right here?

14             Q.   Right there.  Uh-huh

15   (affirmative response).  It says,

16   "Chemotherapy will be initiated once donor

17   flap site is adequately healed".  And

18   that's what you just told me; correct?

19             A.   Correct.

20             Q.   Okay.  "The patient is being

21   followed by Dr. St. Hilaire on a weekly

22   basis and may require surgical

23   intervention for closure of the wound

24   site."

25             And then it says, "We