# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *All Cases Listed in "Exhibit A"* | |

## ORDER

Before the Court is a Motion to Withdraw Hunter Linville as Counsel (Doc. 7417);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Hunter Linville is hereby removed as counsel of record for the cases listed on *Exhibit A*. Attorney Russell Abney shall remain counsel of record for the cases listed on Exhibit A.

New Orleans, Louisiana, this 20th day of June, 2019.

_____
Hon. Jane Triche Milazzo
United States District Court Judge