# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* April Lancien v. Sanofi-Aventis U.S. LLC | : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-06707 | : | **MAG. JUDGE MICHAEL NORTH** |

## ORDER

Before the Court is Larry Fiechtner's Motion to Substitute Party Plaintiff (Doc. 7419);

**IT IS ORDERED** that the Motion is **GRANTED** and that Larry Fiechtner as surviving son and duly appointed Personal Representative of the Estate of April Lancien, deceased, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this 20th day of June, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge