UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Consent Motion to Withdraw Pleading, filed by Defendant, sanofi-aventis U.S. LLC (Doc. 7423);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the Motion for Review of Discovery Order Regarding Motion to Compel Production of Documents and Testimony of Dr. Curtis Thompson Related to Stem Cell Study (Rec. Doc. 7211) is hereby withdrawn from this Court's docket and the Court's submission calendar.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE