UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lindsey Rosso
Case No.: 2:18-cv-04802

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Lindsey Rosso whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency has not been cured and there is no defense to the request for a dismissal.

Dated: June 20, 2019            */s/ Robin Myers Primeau*
                                                    Robin Myers Primeau
                                                    Murray Law Firm
                                                    650 Poydras Street
                                                    Suite 2150
                                                    New Orleans, LA 70130
                                                    (504) 525-8100
                                                    rmyers@murray-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 20, 2019 */s/ Robin Myers Primeau*
Robin Myers Primeau