## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO: | |
| Kimberly Dixon v. Sanofi US Services Inc., et al. | Civil Action No.: 2:18-cv-08119 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6)

Dated this 21st day of June, 2019

By: _/s/ Randi Kassan_
Randi Kassan
NY Bar No. 4375754
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: rkassan@thesandersfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 21, 2019

                                      By:  */s/ Randi Kassan*
                                      Randi Kassan
                                      NY Bar No. 4375754
                                      SANDERS PHILLIPS GROSSMAN, LLC
                                      100 Garden City Plaza, Suite 500
                                      Garden City, NY 11530
                                      Telephone: (516) 741-5600
                                      Facsimile: (516) 741-0128
                                      Email:  rkassan@thesandersfirm.com