UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>This document relates to all cases )<br>) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

On May 29, 2019, the Court ordered certain plaintiffs to submit a Plaintiff Fact Sheet to MDL Centrality by June 5, 2019. The Court has been advised that the following plaintiffs have failed to do so.

- Sophia Richards, 18-cv-12638
- Deborah Short, 18-cv-12653
- Nomindari Sukhee, 18-cv-13533
- Carol Smith, 18-cv-13522
- Bridget Robinson, 18-cv-11888

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of June, 2019.

*[signature]*
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE