**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| SHARON THOMPSON, et al, | : | |
| | : | **MEMORANDUM IN SUPPORT** |
| | | **OF MOTION FOR LEAVE TO** |
| | | **FILED AMENDED COMPLAINT** |
| Plaintiff(s), | : | |
| | : | **Civil Action  No.: 2:18-cv-11555** |
| vs. | : | |
| | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : | |
| | : | |
| Defendant(s). | : | |
| ---------------------------------------------------------- | : | |

## <u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have been the manufacturer of the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. After receiving a completed National Drug Code form from the hospital which the Plaintiff took treatments, it was discovered that Plaintiff had taken docetaxel that was manufactured by Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Hospira, Inc., Sandoz, Inc., and Accord Healthcare, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short Form Complaint adding Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., Hospira, Inc., Sandoz, Inc., and Accord Healthcare, Inc. as Defendants.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. No party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated this 24th day of June, 2019

Respectfully submitted,

**BROWN & CROUPPEN, P.C.**

BY: */s/ Seth Sharrock Webb*

SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF COMPLIANCE**

I certify that I have obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants have agreed to the granting of the motion at this time.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 24th day of June, 2019.

By: */s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
Brown & Crouppen, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF