UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| ADRIENNE BUTLER, et al, Plaintiff(s), vs. SANOFI-AVENTIS U.S. LLC, et al, Defendant(s). | : : : : : : : : : : | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT Civil Action No.: 2:18-cv-11531 |

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, June 24, 2019.

SO ORDERED this_____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT