# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO

Antoinette Durden, Case No. 2:16-cv-16635.

## ORDER

Considering the foregoing Sanofi Defendants' Motion for Leave to File Reply in Support of their Motion For Summary Judgement On Causation Based On The Learned-Intermediary Doctrine;

**IT IS ORDERED** that said Motion is **GRANTED**, and the Defendants' proposed Reply in Support of their Motion For Summary Judgement On Causation Based On The Learned-Intermediary Doctrine is hereby entered into the Court's docket.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE