# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    ANTOINETTE DURDEN,

5            Plaintiff,

6

7    VERSUS            CIVIL ACTION NO. 2:16-cv-16635

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-PHARMA S.A.,

12            Defendants.

13

14

15

16

17

18      VIDEOTAPED DEPOSITION OF SOPHY JANCICH, M.D.

19

20        Taken at the Ochsner Medical Center, 2500

21        Belle Chasse Highway, Gretna, Louisiana, on

22        Friday, January 12, 2018, beginning at

23        1:30 p.m.

24   JOB NO. 2782159

25

Page 131

1    MS. SCHULTZ:

2        Q.    And at the bottom of the page, it says,

3    "The patient wants to think further about possible

4    enrollment in the available clinical trial.  She

5    is uncertain at this time.  The patient was

6    provided with a handout on potential side effects

7    of chemotherapy."

8              Do you see that?

9        A.    Yes.

10       Q.    It looks like that was a handout about

11   chemotherapy, in general; not any specific drug?

12       A.    But, again, that may have been --

13       Q.    Is that correct?

14       A.    -- the research that was provided for

15   her, for the trials.

16       Q.    Well, did you generally provide your

17   patients with a handout --

18       A.    They're always provided, yes.

19       Q.    A handout on the side effects of

20   chemotherapy?

21       A.    On the specific drugs.

22              (Exhibit 7 was marked.)

23   MS. SCHULTZ:

24       Q.    I'm going to hand you what's been marked

25   as Deposition Exhibit 7.  Oh, no, not that.

Page 132

1        I'm handing you what's been marked

2   Deposition Exhibit 7.  And this document is

3   titled, "Chemotherapy, What It Is, How It Helps."

4   And at the bottom, it says, American Cancer

5   Society.  And the Bates stamp says, Durden

6   Antoinette PPR 000963 to 983.

7        If you will see, at the bottom of the

8   page, where it says, Antoinette Durden PPR, that

9   shows that this was a document produced by Ms.

10  Durden, a document in her possession.  Okay?

11      A.   Okay.

12      Q.   Is this -- do you know if this is the

13  chemotherapy handout that was provided to Ms.

14  Durden?

15      A.   The nurses give additional chemo

16  handouts, but I can't -- this may have been one of

17  the things that they gave to her.  We try to give

18  as much information as possible.  So --

19      Q.   And do you know one way or the other?

20      A.   Whether she received this?

21      Q.   Well, whether this was a chemotherapy

22  handout that was provided to Ms. Durden by your

23  nurses.

24      A.   This may have been provided to her by the

25  research nurse at main campus.

1      Q.   By the research nurse or by your nurses?

2   MR. COFFIN:

3           Object to the form.

4      A.   I can't tell you.

5   MS. SCHULTZ:

6      Q.   If you will turn with me to Page 973 of

7   that handout.

8      A.   Okay.

9      Q.   And you see at the top, it says, What

10  About Chemo Side Effects?

11     A.   Yes.

12     Q.   Down below that bottom paragraph, on the

13  left-hand side, it says, "For most people, side

14  effects will go away in time, after their

15  treatment ends.  How long that will take is

16  different for each person.  Some side effects can

17  take longer to go away than others or they may not

18  go away at all."

19          Do you agree with that statement?

20  MR. COFFIN:

21          Object to the form.

22     A.   Yes.

23  MS. SCHULTZ:

24     Q.   And then, on the right-hand side, at the

25  top of the page, it says, Common Chemo Side

Page 134

1    Effects, up here.

2         A.    Yes.

3         Q.    And if you go down, do you see where it

4    says, Hair Loss?

5         A.    Yes.

6         Q.    At the -- the last two sentences in that

7    paragraph say, "Your doctor can tell you what to

8    expect from the chemo drugs you are taking.  In

9    most cases, hair grows back after chemo, but the

10   texture and color of your hair may be different."

11            Is that a correct statement?

12   MR. COFFIN:

13            Object to the form.

14        A.    Is what a correct statement?  That the

15   texture and the color may be different?

16   MS. SCHULTZ:

17        Q.    Do you agree with the statement that

18   "Your doctor can tell you what to expect from the

19   chemo drugs you are taking.  In most cases, hair

20   grows back after chemo, but the texture and color

21   of your hair may be different."

22   MR. COFFIN:

23            Object to the form.

24        A.    The texture and color can be different,

25   and, in most cases, hair grows back.  Is that what

Page 135

1   you are asking?

2   MS. SCHULTZ:

3       Q.   Yes.

4       A.   Well, I can -- I don't really know how to

5   answer that, but we did mention that the texture

6   of the hair can be different.  But as I mentioned

7   to her, that most of the cases -- I can't answer

8   that.

9       Q.   And why can't you answer that?

10      A.   You are trying -- you want me to say if

11  -- what exactly are you asking me?

12      Q.   Well, I'm asking whether or not, as of

13  the time that this handout was provided to Ms.

14  Durden, did you agree that, in most cases, hair

15  grows back after chemo, but the texture and color

16  of your hair may be different?

17  MR. COFFIN:

18          Object to the form.

19      A.   We did discuss that the texture of the

20  hair may be different.

21  MS. SCHULTZ:

22      Q.   Did you ever tell patients that, in most

23  cases, hair grows back after chemo?

24      A.   I may have said that, that most hair

25  grows back.

Page 167

1    chemotherapy, including vomiting, being

2    tired, hair loss; is that right?

3        A.  From my recollection, that's what I

4    recall.  And the Red Devil.

5        Q.  And do you recall if that was a

6    concern raised by her at this August 29,

7    2011, appointment, when you went through the

8    chemotherapy side effects?

9        A.  It was either --

10            MR. COFFIN:

11               Object to the form.

12            THE WITNESS:

13               -- this visit or the following

14    visit, when we were determining which

15    chemotherapy regimen.

16    EXAMINATION BY MS. SCHULTZ:

17        Q.  Do you recall what specific concerns

18    she had about vomiting, being tired, and hair

19    loss?

20        A.  Specific concerned about vomiting?

21        Q.  Do you recall, as you sit here today,

22    specifically what she said?

23            MR. COFFIN:

24               Object to the form.

25            THE WITNESS:

Page 168

1          Again, she's mentioned about the

2    Red Devil.  She didn't want to get the Red

3    Devil.  That's all I can tell you.

4    EXAMINATION BY MS. SCHULTZ:

5        Q.  And then you also said she had

6    concerns about vomiting, being tired, and

7    hair loss.  That's just something you recall,

8    but you don't recall her exact concerns or

9    questions about those issues?

10          MR. COFFIN:

11              Object to the form.

12          THE WITNESS:

13              Am I going to be sick, and am I

14    going to lose my hair?  My recollection,

15    that's what I remember.

16    EXAMINATION BY MS. SCHULTZ:

17        Q.  Do you --

18        A.  But, again, this was in 2011.

19        Q.  Do you remember her ever asking you

20    any other questions about her hair or hair

21    loss?

22        A.  I remember her asking if she was

23    going to lose her hair.  I do recall that.

24        Q.  Do you recall anything else she asked

25    you at any appointment prior to taking the

Page 202

1      Q.   And if you look at the bottom of that

2   paragraph, the last two lines of HPI, it

3   says:   Patient and daughter report they

4   prefer not to undergo therapy with

5   Adriamycin-containing regimen due to

6   potential side effects.

7           That's consistent with your

8   recollection, correct?

9      A.   Yes.

10      Q.   And if you'll look with me down at

11   the bottom of the page, under Plan, it says:

12   Long discussion with daughter and patient

13   regarding adjuvant chemotherapy combination

14   regimens.   Patient and daughter adamant that

15   they do not want to receive

16   Adriamycin-containing regimen.   Is that

17   consistent with your recollection?

18      A.   Yes.

19      Q.   And because they were adamant about

20   not wanting to receive an

21   Adriamycin-containing regimen, you write:

22   Therefore, will receive TC (Docetaxel, 75

23   milligrams/m2; and Cytoxan, 600 milligrams/

24   m2) every 21 days, times six cycles, correct?

25      A.   Yes.   Yes.

Page 240

1   permanent hair loss with Taxotere was in

2   2017, correct?

3        A.   I think so, yes.

4        Q.   If Ms. Durden presented to you today

5   with this same cancer and refused to include

6   an Adriamycin-containing drug in her regimen,

7   do you agree that you still would have

8   recommended TC?

9        A.   It would be one of my

10  recommendations.

11       Q.   Okay.  Well, in 2011, your

12  recommendations were the clinical trial, that

13  was AC, followed by paclitaxel, correct?

14       A.   Yes.

15       Q.   Or TC, docetaxel and

16  cyclophosphamide, right?

17       A.   Phosphamide, yes.

18       Q.   And today, if Ms. Durden told you

19  that she was adamant about not receiving

20  Adriamycin, you're saying that one of your

21  recommendations would be TC, docetaxel and

22  cyclophosphamide?

23       A.   We'd again discuss side effects, yes.

24       Q.   Well, is there another chemotherapy

25  regimen that you would recommend to her other

Page 241

```
 1   than docetaxel and cyclophosphamide?

 2        A.   Phosphamide.

 3        Q.   Phosphamide.

 4        A.   That's okay.

 5             MR. COFFIN:

 6                  Object to the form.

 7             THE WITNESS:

 8                  Is there another regimen?  We --

 9   I mean, I can't say for absolute certain

10   there's not another regimen.  I can't say

11   that.

12   EXAMINATION BY MS. SCHULTZ:

13        Q.   Well, in terms of the preferred

14   regimens to treat an HER2-negative disease

15   currently, if a patient refuses to have

16   Adriamycin --

17        A.   Uh-huh (affirmative).

18        Q.   -- the only other preferred regimen

19   is docetaxel and cyclophosphamide, correct?

20             MR. COFFIN:

21                  Object to the form.

22             THE WITNESS:

23                  No, not necessarily.

24   EXAMINATION BY MS. SCHULTZ:

25        Q.   Okay.
```

Page 257

1    choice, correct?

2        A.   Correct.

3            MS. SCHULTZ:

4                Object to form.

5    EXAMINATION BY MR. COFFIN:

6        Q.   And if in 2011, you gave her that

7    choice and she decided she did not want to be

8    administered Adriamycin or Taxotere, would

9    you have honored that choice?

10       A.   Yes.

11           MS. SCHULTZ:

12               Object to form.

13   EXAMINATION BY MR. COFFIN:

14       Q.   Would you please turn to Exhibit 12.

15       A.   It's starting to look like my office.

16   Okay.  Just a second.  What is that?  I'm

17   sorry.  Okay.  Yes.

18       Q.   And can you identify what Exhibit 12

19   is?

20       A.   It's the NCCN Guidelines for invasive

21   breast CA chemo regimens.

22       Q.   Are these the National Comprehensive

23   Cancer Network Guidelines that were in effect

24   at the time that you were deciding which

25   regimens to suggest for Ms. Durden?

Page 258

1      A.   Yes.

2      Q.   If Ms. Durden did not want to receive

3   Adriamycin or docetaxel, were there other

4   regimens that you could have prescribed?

5      A.   At that time, that would have been my

6   choice, those two.

7      Q.   And are there other regimens that you

8   could have allowed Ms. Durden to take if she

9   decided she did not want a regimen including

10   Adriamycin or docetaxel?

11      A.   Those are the regimens that I would

12   have selected from.

13      Q.   All -- all the regimens that are

14   listed here, you mean.

15         MS. SCHULTZ:

16             Object to form.

17         THE WITNESS:

18             The first -- yes.

19   EXAMINATION BY MR. COFFIN:

20      Q.   Okay.

21      A.   The preferred regimens.

22      Q.   Okay.  And you didn't pick one of the

23   preferred regimens with Adriamycin because

24   she refused to take it, right?

25      A.   Correct.