UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Antoinette Durden, Case No. 2:16-cv-16635.**

## ORDER

Considering the foregoing Sanofi Defendants' Motion for Leave to File Reply in Support of their Motion For Summary Judgement On Causation Based On The Statute Of Limitations.

**IT IS ORDERED** that said Motion is **GRANTED**, and the Defendants' proposed Reply in Support of their Motion For Summary Judgement On Causation Based On The Statute Of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE