# EXHIBIT B

Page 1

1         UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
2

3    ANTOINETTE DURDEN
                                   CASE NO.
4    VERSUS                        2:16-CV-16635

5    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
     SANOFI US SERVICE, INC., and
6    AVENTIS-PHARMA S.A.

7
          DEPOSITION OF ANTOINETTE DURDEN, 404
8    FERN STREET, NEW ORLEANS, LOUISIANA,
     70118, TAKEN IN THE OFFICES OF PENDLEY,
9    BAUDIN & COFFIN, 1515 POYDRAS STREET,
     SUITE 1400, NEW ORLEANS, LOUISIANA, 70112,
10   ON WEDNESDAY, THE 13TH DAY OF DECEMBER,
     2017.
11
     APPEARANCES:
12
        PENDLEY, BAUDIN & COFFIN
13      ATTORNEYS AT LAW
        BY:  CHRISTOPHER L. COFFIN, ESQUIRE
14      BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
        1515 POYDRAS STREET, SUITE 1400
15      NEW ORLEANS, LOUISIANA   70112
16         ATTORNEYS FOR PLAINTIFF
17      SHOOK, HARDY & BACON, LLP
        ATTORNEYS AT LAW
18      BY:  LORI R. SCHULTZ, ESQUIRE
        BY:  JORDAN BAEHR, ESQUIRE
19      2555 GRAND BOULEVARD
        KANSAS CITY, MISSOURI   64108-2613
20
           ATTORNEYS FOR SANOFI
21
     REPORTED BY:
22
        DAWN D. TUPPER, CCR, RPR
23      CERTIFIED COURT REPORTER
        REGISTERED PROFESSIONAL REPORTER
24
25    Job No. NJ2756266

Page 25

```
 1   EXAMINATION BY MS. SCHULTZ:
 2          Q.   So did the doctors tell you in
 3   2016 that your hair loss was permanent?
 4          A.   Yes.
 5          Q.   Which doctors?
 6          A.   Dr. Julie Mermilliod.  I can't
 7   pronounce her last name.
 8          Q.   Is that Mermilliod?
 9          A.   Mermilliod or something like
10   that.
11          Q.   Well, prior to -- from the
12   date you had chemo until 2016, had your
13   hair continued to grow back in?
14          A.   When I had chemo?  What does
15   chemo have to do with it?
16          Q.   No.  After you had
17   chemotherapy, and did you lose your hair
18   during chemotherapy?
19          A.   I did, but they didn't say it
20   was going to be permanent.
21          Q.   After chemotherapy and after
22   you lost your hair, did your hair start to
23   regrow?
24          A.   Not for a long time.
25          Q.   When did it first start to
```

Page 26

```
 1  regrow?
 2        A.   I don't know.  I really don't.
 3        Q.   Was it within a couple months?
 4        A.   No.
 5        Q.   Was it within a year?
 6        A.   No.
 7        Q.   So one year after your
 8  chemotherapy ended, you still had no hair
 9  regrowth?
10        A.   Correct.
11        Q.   Did you have any regrowth
12  between a year and two years?
13        A.   No.
14        Q.   Well, did your hair begin to
15  regrow in the three years after chemo?
16        A.   Uh-uh (negative response).
17  Not until maybe like around the fourth
18  year it started coming back in.
19        Q.   So you finished your chemo in
20  February 2012; correct?
21        A.   Correct.
22        Q.   And did you lose all of your
23  hair during --
24        A.   Yes, I did.
25        Q.   So would you have considered
```

1  yourself completely bald?
2          A.   Yes.
3          Q.   And then you were completely
4  bald for four years?
5          A.   Yes.
6          Q.   So from 2012 to 2016, you were
7  completely bald?
8          A.   Yes.
9          Q.   When in 2016 did your hair
10 start to regrow?
11         A.   That seem like the same
12 question you just asked.
13         Q.   No.  Well, was it in early
14 2016 or late in the year that you started
15 to have some regrowth?
16         A.   Early.
17         Q.   And since your hair started to
18 regrow in early 2016, has it continued to
19 regrow until the present time?
20         A.   It's growing, but it's not
21 growing to the affect where it's very,
22 very thin.  It's not growing for where I
23 would like it to be at.
24         Q.   Do you feel like it's
25 continuing to get better?

Page 31

1           Object to the form.
2     EXAMINATION BY MS. SCHULTZ:
3         Q.   Is that right?
4         A.   Yes.
5        MR. COFFIN:
6            Same objection.
7     EXAMINATION BY MS. SCHULTZ:
8         Q.   And why do you think the other
9     drug is not to blame?
10        MR. COFFIN:
11           Object to the form.
12        THE WITNESS:
13           I just don't think the other drug
14    is not to blame for it.  I just want to
15    tell you my stories that I think the
16    Taxotere is the one because it wasn't
17    enough study.
18           They didn't tell the doctor or
19    they didn't tell myself about the side
20    effects that the drug had in the Taxotere.
21    And I think that's the one that actually
22    did this.
23    EXAMINATION BY MS. SCHULTZ:
24        Q.   How long have you thought that
25    it was the Taxotere that caused your hair

Page 32

1   loss and not the other drug?
2         A.   I don't know.  I don't know
3   how long.  I really can't say because I
4   don't put a timeframe on stuff so I really
5   don't know.
6         Q.   Well, when your hair hadn't
7   grown back a year after chemotherapy, did
8   you think it might be because of the other
9   drug you took?
10        A.   No.
11        Q.   Did you think it was because
12  of the Taxotere?
13        A.   Yes.
14        Q.   Who else is aware that you
15  have brought this lawsuit?
16        A.   Just my lawyers and myself.
17        Q.   Have you told any family
18  members?
19        A.   I spoke with my daughter.
20        Q.   What is your daughter's name?
21        A.   Annisha Williams Prier.
22        Q.   Is that Prier?
23        A.   P-r-i-e-r.
24        Q.   Where does your daughter live?
25        A.   2837 Bristol Place.

1   question.  You're throwing me off.
2          Q.   I was just asking you if you
3   had discussed that at the November
4   appointment.
5          A.   And then you turned around and
6   asked me again --
7          Q.   No.  So my question is:  Have
8   you ever talked with Dr. Martin about what
9   caused your hair loss?
10         A.   I -- I might have asked her do
11  she have any idea what could have caused
12  this.  I may have asked her that because I
13  want to know.  I'm back to square one.
14  Nobody ever explained to me what's
15  actually the hair loss problem.
16              They always say it's going to
17  be temporary.  Never said permanent.  So
18  that's what I'm trying to find out.  I'm
19  still trying to find out today.  I'm still
20  looking.  I'm still hopeful that I can
21  find something.
22         Q.   What do you mean when you say
23  you're still hopeful you're going to find
24  something?
25         A.   I'm hopeful that my hair can

1   come back.
2           Q.   But are you -- and you've said
3   a couple times now, you still don't know
4   what caused your hair loss?
5           A.   What I mean is that no one
6   ever told me -- let me clarify what I'm
7   speaking of is like when you go to chemo,
8   they tell you at chemo it's a possibility
9   that your hair will come -- well, your
10  hair is going to -- I don't want to say a
11  possibility.
12              Your hair is going to come out
13  during chemo.  There's not doubt about it.
14  It's going to come back.  I mean, it's
15  going to come back, but they said it's
16  going to come back.
17          Q.   Well, but now you're --
18          A.   But they never said this is a
19  permanent -- no.  This is a permanent
20  thing.  My thing is with this
21  pharmaceutical company, my thing is that
22  I'm saying that it look like someone --
23              And you're going to place a
24  drug out there in the system, someone
25  should have been able to know something

Page 249

1           And I did go to Ochsner for
2    when they had the appointment for the
3    clinical trial, and they talked about
4    different drugs that I don't remember
5    right offhand because these doctors use
6    big old terms.
7           Q.    Sure.
8           A.    So I don't remember.
9           Q.    Did you go to some kind of a
10   meeting or session that talked about the
11   clinical trial?
12          A.    It was a group of us that
13   went.  Not just me.  It was a group of us
14   around tables and stuff that was diagnosed
15   with breast cancer.
16                So they was just explaining
17   about the clinical trial and the different
18   drugs.  And I don't remember all the
19   different drugs that was called out.  I
20   don't remember.
21          Q.    Did anyone go with you to
22   that?
23          A.    No.  I went by myself.
24          Q.    I'm going to hand you what I'm
25   marking as Exhibit 18.  Is there a stamp

Page 250

1  on that?  Is it 25 --
2       A.   2590.
3       Q.   2590, okay.  Do you recall Dr.
4  Jancich talking to you about whether your
5  tumor was estrogen positive or
6  progesterone positive or anything like
7  that?
8       A.   I don't remember.  I don't
9  recall.
10      Q.   Did she tell you that your
11 chemotherapy treatment or the type of
12 treatment you would receive depended on
13 the type of breast cancer you had?
14    MR. COFFIN:
15         Object to the form.
16    THE WITNESS:
17         I don't remember.
18 EXAMINATION BY MS. SCHULTZ:
19      Q.   All right.  I don't remember.
20 And so this is the August 29, 2011
21 appointment with Dr. Jancich and --
22      A.   Wait.  I'm sorry.  You didn't
23 tell me what page you're on.
24      Q.   Oh, no.  I'm just saying this
25 is the August 29 appointment and it looks

Page 251

1  like your daughter was there.  So you went
2  -- you said your daughter went with you to
3  your first appointment with Dr. Jancich;
4  correct?
5          A.   Correct.
6          Q.   All right.  If you'll turn
7  with me to the third page.  It's at the
8  bottom it's Bate stamped 2592.
9               All right.  If you look at the
10 bottom paragraph on that page, and I want
11 you to look at where it says chemotherapy;
12 right?
13         A.   Right here?
14         Q.   Right there.  Uh-huh
15 (affirmative response).  It says,
16 "Chemotherapy will be initiated once donor
17 flap site is adequately healed".  And
18 that's what you just told me; correct?
19         A.   Correct.
20         Q.   Okay.  "The patient is being
21 followed by Dr. St. Hilaire on a weekly
22 basis and may require surgical
23 intervention for closure of the wound
24 site."
25              And then it says, "We