UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH DISCOVERY ORDER REGARDING 30(b)(6) DEPOSITIONS

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), which, for the reasons set forth in the attached memorandum in support, respectfully moves the Court for an order compelling Sanofi to comply with the Court's February 6, 2019 Order (R. Doc. 6100) and produce a corporate representative pursuant to Rule 30(b)(6) who can testify on behalf of Sanofi about the relevant inquiries in Topic 2 of said Order.

WHEREFORE, the PSC requests that this Court issue an Order compelling Sanofi's compliance with the Court's February 6, 2019 Order.

Dated: June 25, 2019

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

1

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Jennifer Liakos (on the brief)
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. Palmer Lambert

3

## CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(1)

In compliance with Fed. R. Civ. P. 37(a)(1), the PSC certifies that it has in good faith conferred with counsel for Sanofi in effort to obtain discovery under Rule 30(b)(6) consistent with this Court's February 6, 2019 Order without Court intervention. Despite these efforts, which are summarized below, the parties were unable to resolve this dispute and, therefore, the instant motion is brought for the Court's consideration.

This Rule 30(b)(6) discovery was originally served on November 15, 2018. Sanofi was opposed to presenting a responsive witness. In December and January, the PSC conferred in good faith to obtain the discovery, but was unsuccessful. The parties submitted briefs, and, after the Court heard oral argument, Your Honor signed an Order of February 6, 2019 (R. Doc. 6100) allowing the deposition to go forward.

Sanofi chose June 7, 2019 in Manchester, New Hampshire for the deposition, during which the PSC learned that Sanofi prepared the witness to testify only on the limited scope imposed by Sanofi. At the deposition and throughout the day, the PSC discussed its position with defense counsel that Sanofi improperly limited the scope of the Court-Ordered deposition. Sanofi's counsel made it clear, and the PSC confirmed on the record both with defense counsel and the witness, that this witness had not been prepared to testify beyond the limited scope imposed by Sanofi. Accordingly, counsel for the PSC did not contact the Court during the June 7, 2019 deposition because, even if the Court agreed with the PSC, the witness could not provide the testimony without further preparation with employees from Sanofi and its counsel. The parties agreed that this dispute would be addressed by the Court. The parties were unable to complete the deposition on June 7th and agreed to reconvene at a later date.

On June 11, 2019, counsel for Sanofi advised the PSC that they planned to arrange for the deposition to be continued on Tuesday, June 18, 2019.  The PSC responded on June 13th, suggesting that the parties postpone the deposition until after the parties were able to get the scope dispute resolved by the Court, and offered to discuss this further.  Counsel for Sanofi did not respond.  The PSC again contacted counsel for Sanofi on June 13th to let them know the PSC would be contacting the Court the next day to alert Your Honor of the dispute.  Counsel for the PSC alerted the Court of the dispute by email at 4:35 p.m. CDT on June 14, 2019, and advised that the deposition was set to continue the following Tuesday.  The PSC offered to be available at the Court's convenience, if needed, and advised that we would appear at the deposition and raise the dispute for resolution thereafter.  Counsel for Sanofi sent an email to the Court with its response a few minutes later.

On June 18, 2019, the parties continued with the deposition.  At the end of the day, the PSC again noted the dispute regarding Sanofi's limitation of the scope both on and off the record.  Counsel for Sanofi confirmed on the record that the parties are in dispute and that we would raise this with the Court for hearing on July 12, 2019.

*/s/ M. Palmer Lambert*
M. Palmer Lambert
