

**sanofi aventis**
Because health matters

# STANDARD OPERATING PROCEDURE

| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: **JAN 1 4 2009**<br>Supersedes: US-MED-009 v02 |
|---|---|

Prepared By: _[signature]_  Date: 12/4/08
Julia Petses, Pharm. D.
Senior Manager, Medical Information Services, US Medical Affairs

Reviewed By: _[signature]_  Date: 12/4/08
Lesley Fierro, M.S., Pharm.D.
Associate Vice President, Medical Information Services, US Medical Affairs

Reviewed By: _[signature]_  Date: 12/5/08
Barbara Rullo, M.D.
Vice President, US Drug Safety, US Medical Affairs

Reviewed By: _[signature]_  Date: Dec 10, 2008
Katy Sotirov
Associate Vice President, GCP, US Quality and Compliance

Reviewed By: _[signature]_  Date: 12/12/2008
Michael J. Capaldi
Associate Vice President, Sales Training and Leadership Development

Approved By: _[signature]_  Date: 12/8/2008
Douglas A. Greene, M.D.
Senior Vice President and Chief Medical Officer, US Medical Affairs


EXHIBIT 8

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: JAN 1 4 2009<br>Supersedes: US-MED-009 v02 |
|---|---|

## Table Of Contents

I. Purpose ............................................................................................................. 3
II. Scope ................................................................................................................ 3
III. Definitions ......................................................................................................... 3
IV Acronyms .......................................................................................................... 3
V. Procedure .......................................................................................................... 3
   A. Responsibilities within MIS ........................................................................ 3
   B. Initial Management of Requests ................................................................ 4
   C. Responses to requests .............................................................................. 5
   D. Documentation of Information Requests ................................................... 5
   E. After hours and Overflow Calls .................................................................. 6
   F. Inquiries Received at Scientific Conventions and Meetings ...................... 6
   G. Quality Assurance ..................................................................................... 6
VI. Revision History Summary ............................................................................... 7

## Attachments

Attachment A: MIR process flow chart
Attachment B: Example of a case record in the MIS information system

Confidential                                                                    Sanofi_05434981

| | |
|---|---|
| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: JAN 1 4 2009<br>Supersedes: US-MED-009 v02 |

### I. Purpose

To define the process used by Medical Information Services (MIS) to manage unsolicited medical/product information inquiries, also referred to as a Medical Information Request (MIR). To acknowledge MIS employees' responsibility for following this procedure and applicable healthcare laws.

### II. Scope

This procedure is applicable to MIS employees and contracted groups that handle unsolicited medical/product information inquiries or MIRs. It is also applicable to Sales Professionals who facilitate unsolicited MIRs from healthcare professionals to MIS. This procedure is consistent with the US Corporate Policy on Non-Promotional Dissemination of Restricted Materials and Medical/Product Information, US-MED-005, US-MED-006, US-MED-007, and US-MED-008.

### III. Definitions

**Medical Information Center:** A contracted call center staffed with healthcare professionals who respond to unsolicited requests for medical/product information using product specific standard responses.

### IV Acronyms

- MIR    Medical Information Request
- MIS    Medical Information Services
- MIC    Medical Information Center
- TA     Therapeutic Area
- PQC    Product Quality Complaints
- USPV   US Pharmacovigilance

### V. Procedure

A. <u>Responsibilities within MIS</u>

1. The head of MIS has the responsibility for implementing this SOP. It is also the responsibility of the head of MIS to ensure that this SOP is compliant with the applicable FDA regulations, and with all applicable SOPs of sanofi-aventis. The head of MIS may designate MIS managers and employees to implement these procedures and ensure compliance. The head of MIS makes all final decisions with regard to management of inquiries.

2. Medical Information Center (MIC): MIS has a contracted group of qualified and trained health care professionals (pharmacists and nurses) staffing the Medical Information Center. US-MED-006 describes the training requirements for MIS and the contracted group. They are responsible for handling a majority of the unsolicited medical information inquiries received by MIS and are obligated to follow this SOP as well as US-MED-005, US-MED-006, US-MED-007, and US-MED-008 SOPs. The MIC responds to the inquiries based on product specific standard response documents. They are also responsible for recording the information regarding the source and nature of the inquiry in the information system used by MIS to manage medical information requests. The substance of the response to the unsolicited request for information is prepared under the direction of and approved by the head of MIS.

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

Page 3 of 7

Confidential                                                              Sanofi_05434982

| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: JAN 1 4 2009<br>Supersedes: US-MED-009 v02 |
|---|---|

3. Therapeutic Areas (TAs): The MIS department is organized into therapeutic areas; each therapeutic area is staffed by qualified and trained health care professionals. The TA holds the responsibility for the creation and maintenance of product specific standard responses, which address the common medical information inquiries regarding the product. The employees in each TA assist the head of the TA in executing this responsibility. Each TA within MIS is also responsible for addressing any inquiries, specific to their therapeutic area, which the MIC employees are unable to handle, as well as inquiries facilitated by sales professionals on behalf of healthcare professionals. TAs are responsible for training the employees in the MIC and other contracted groups regarding product information and disease state as applicable.

B. Initial Management of Requests

1. Sources of Inquires: MIS may receive medical information inquiries over the phone, written mail, electronic mail or by other means. All inquires, irrespective of the source, are handled similarly, in accordance with this SOP.

2. Telephone-Automated Call Management System: MIS maintains, with the cooperation of other departments at sanofi-aventis, an automated call management system enabling callers to direct their telephone calls to the appropriate department. In particular, callers whose concerns involve adverse events, product complaints, or customer service issues, are provided with the opportunity to connect directly with the departments responsible for those specific areas. Calls involving requests for medical information, or calls, which are not specifically directed elsewhere, are received in the MIC, and routed to the next available MIC employee.

3. Receipt of MIR (see Attachment A)
   a) MIRs received via telephone: MIC specialists immediately document the date and time, the request for information and identifying information regarding the request, comprising of name and contact information, caller status (health care professional or consumer), name of the product and nature of the inquiry in the MIS information system. MIRs are screened and evaluated by MIS to ensure the unsolicited nature of the request.
   b) MIRs received electronically/written: MIRs are screened and evaluated by MIS to ensure the unsolicited nature of the request.

4. MIR facilitated by Field Sales Personnel: MIS provides training to new Field Sales Personnel on the MIR process for unsolicited requests. Inquiries submitted on behalf of a healthcare professional by Field Sales Personnel are screened and evaluated by MIS to ensure the unsolicited nature of the request. A signature by the healthcare professional requesting medical information is required to validate that the request is unsolicited; the signature is maintained by the Sales Professional. MIS follows-up with healthcare professionals if a pattern of solicitation is suspected, in order to confirm the unsolicited nature of the inquiry. Upon recognition of a potentially solicited inquiry appropriate action to identify the sales professional is taken by MIS.

5. Identification of potential adverse events and product technical complaints: All inquiries received by MIS are reviewed for potential adverse events and product technical complaints within 24 hours of receipt during business days. Those received after the business day are reviewed by the end of the next business day. MIS employees are qualified by education, experience and ongoing training to recognize calls or written communications, which involve potential adverse events or product technical complaints. Upon such recognition, those inquiries are handled in accordance with appropriate SOPs - US-MED-007 and US-MED-008.

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

Page 4 of 7

Confidential                                                                 Sanofi_05434983

| | |
|---|---|
| *Management of Medical Information Inquiries* | SOP No: US-MED-009 v03<br>Effective Date: **JAN 1 4 2009**<br>Supersedes: US-MED-009 v02 |

6. Handling information requests unrelated to medical information: Inquiries that are more appropriately handled by other departments within sanofi-aventis, are transferred to the appropriate department for handling. Inquiries involving sample requests or detailing requests are directed to the Customer Service department. Inquiries involving potential or threatened litigation are referred to Risk Management/Legal department. Inquiries from the media are directed to the Communications department. Inquiries regarding potential violations of or issues related to the US Code of Business Conduct, sanofi-aventis policies, or applicable laws and regulations are referred to the US Corporate Compliance Department.

7. All calls indicative of an emergent situation are brought to the immediate attention of the head of the department or designee.

C. Responses to requests

1. MIC employees respond to unsolicited inquiries by providing accurate, balanced and complete information derived from sources approved by MIS management for the purpose. These sources include: (a) US Product Labeling Information, (b) MIS standard response documents, and (c) other approved internal sanofi-aventis documents.

2. As appropriate, the employee explains the source of any information given, and clearly indicates that the factual information, which is provided, does not constitute "medical advice" or a recommendation by sanofi-aventis for the handling of a specific situation. In particular, for inquiries from consumers (non-health care professionals), the employee encourages the caller to discuss specific concerns with their own physician, emergency facility, pharmacist or other professional health care provider.

3. Written responses, supplementing the telephone discussion, may be offered by the MIC employee as appropriate. Such written responses are limited to presentation of information derived from approved sources.

4. All inquiries documented in the MIS information system are handled in a timely manner and are usually responded to within 24-48 hours. If an inquiry cannot be processed and completed within this timeframe, the reason, such as awaiting information from another department or literature retrieval, should be documented in the MIS information system.

5. When a response to an inquiry requires information not available from the approved sources, the MIC specialist may: (a) transfer the call to a TA employee, (b) offer to have someone call back within a reasonable timeframe, or (c) offer to provide a written response within an appropriate timeframe. In such cases, the TA employees determine the optimal approach to providing a response, arrange for the conduct of any required research and obtain appropriate internal approvals, and ensure that clear, balanced and complete information is provided to the requester in a timely manner.

D. Documentation of Information Requests

1. A record, in electronic form, is maintained for each request received by the MIC in the MIS information system (see Attachment B). This record consists of the information elements specified in sections above in this SOP, and the nature of the response provided by the MIC specialist. If a call is transferred to another department, disposition of that call is also documented in the MIS information system. All such records are kept in accordance with sanofi-aventis records retention policies.

2. System Unavailability: In case of the MIS information system being unavailable for use for technical reasons or maintenance, all medical information requests will be documented on paper. All such records are promptly transferred to the MIS information system as soon as possible.

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

Page 5 of 7

Confidential                                                                 Sanofi_05434984

Case 2:16-md-02740-JTM-MBN   Document 7463-5   Filed 06/25/19   Page 6 of 10

| | |
|---|---|
| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: JAN 1 4 2009<br>Supersedes: US-MED-009 v02 |

E. After hours and Overflow Calls

1. The company may employ one or more options for providing medical information services during periods when the MIS employees are not available to respond to inquiries. Such options may include: (a) provision for callers to leave a message, enabling a return call (b) provision of mechanisms for receiving, screening and responding to calls involving potentially emergent situations, by on-call sanofi-aventis personnel, or (c) utilization of professional contract services to receive and handle medical information inquiries.

2. When an external service provider is contracted to perform functions on behalf of MIS, it is the responsibility of the management of MIS to ensure that:
   a) contracted services are provided by individuals with suitable professional education and experience.
   b) contract personnel are provided with appropriate training regarding sanofi-aventis' products.
   c) contract personnel are familiar with, and comply with, relevant and applicable sanofi-aventis SOPs.
   d) contract personnel are able to recognize reports of potential adverse events and/or product technical complaints, and manage such reports as specified in the relevant SOPs (US-MED-007, US-MED-008).
   e) documentation of calls received by contract personnel is appropriately accomplished and transmitted, to MIS.
   f) a high quality of professional service is provided by contractors and the quality of their services is monitored by MIS management.
   g) at least one employee from each TA would be available at all times, in case contract personnel need to contact MIS in order to respond to an inquiry.

F. Inquiries Received at Scientific Conventions and Meetings

1. Medical information inquiries received by MIS at medical/scientific meetings or conventions will be managed in accordance with the procedures outlined in this document.

G. Quality Assurance

1. MIS management will review all aspects of departmental operation. This will include review of overall system performance statistics and issuance of a quarterly report to company management. On a quarterly basis, each TA will examine a random sample of inquiries to verify the inquiries were handled and responded to appropriately.

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

Page 6 of 7

Confidential                                                                                          Sanofi_05434985

| | |
|---|---|
| Management of Medical Information Inquiries | SOP No: US-MED-009 v03<br>Effective Date: JAN 1 4 2009<br>Supersedes: US-MED-009 v02 |

## VI. Revision History Summary

| Version Number and Date | Description of Revision |
|---|---|
| Version 01<br>May 18, 2005 | New Document |
| Version 2<br>June 5, 2007 | Section II was revised and the statement of this SOP applying to professional services vendors was removed<br>Section IV.D.1 included reference to Attachment A<br>Section IV.A.3 addition of vendor<br>Made minor typographical error corrections throughout |
| Version 3<br>September 26, 2008 | Attachments: Inclusion of new Attachment A: MIR process flow chart. Prior version Attachment A is now Attachment B.<br>Section I changed product to unsolicited medical/product, added statement on MIR, and statement on MIS responsibility to follow procedure and applicable healthcare laws<br>Section II changed product to unsolicited medical/product, added cross reference to other MIS SOPs and US Corporate Policy<br>Section III added Definitions section and defined medical information center<br>Section IV changed title to Acronyms instead of Definitions, and added MIR<br>Section V.A.2 added contracted, references to other MIS SOPs and statement about the head of MIS<br>Section V. A.3 added TAs respond to all inquiries facilitated by Sales Professionals on behalf of healthcare professionals. Added TAs train contracted groups<br>Section V.B.2 addition of Telephone<br>Section V.B.3 changed title, added Attachment A, updated to distinguish between telephone or electronic/written MIR and screening and evaluation for unsolicited nature<br>Section V.B.4 new section on Field Sales Professionals, MIR process, and unsolicited requests<br>Section V.D.1 renamed Attachment A to Attachment B<br>Section V.G.1 updated quality assurance process |

Restricted For Internal Use Only
Printed Documents Must Be Checked Against Intranet Prior To Use To Ensure Version Control

Page 7 of 7

Confidential　　　　　　　　　　　　　　　　　　　　　　Sanofi_05434986

Attachment A: US-MED-009 v03

JAN 14 2009



AE: Adverse Event
MIR: Medical Information Request
MIS: Medical Information Services
PQC: Product Quality Complaints
PTC: Product Technical Complaint
TA: Therapeutic Area
USPV: U.S. Pharmacovigilance

Sanofi_05434987
Confidential

JAN 1 4 2009

Attachment B: US-MED-009 v03

# Case Summary

sanofi aventis

**Inquiry #:**

## Contact Information

**Name and Address**

**Contact Type**

**Title**

**Account**

**Phone**

**Fax**

**Email**

**Special Handling**

## Inquiry Information

**Question**

**Response**

Report Generated for

Page 1 of 2

Sanofi_05434988

Confidential

JAN 1 4 2009

Attachment 8: US-MED-009 v03

# Case Summary

**sanofi aventis**

Sanofi_05434989

## Inquiry #:

### Product Information

| Trade Name | Generic Name | Therapeutic Area | Formulation |
|---|---|---|---|
| | | | |

### Additional Information

| | | |
|---|---|---|
| Source | Facilitator Name | Potential PTC |
| Status | Facilitator Type | Potential AE |
| Date Opened | Package Date | GPE Case ID |
| Owner | Package ID | PQC Case ID |
| | | Related Inquiry # |

### Component Title

Report Generated for

Page 2 of 2

Confidential