**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO:**

**Tanya Francis, Case No. 2:16-cv-17410;**
**Barbara Earnest, Case No. 2:16-cv-17144**


### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' OPPOSITION TO SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. LAURA PLUNKETT UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 7465) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit C) to the Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE


1