# EXHIBIT J



EXHIBIT
Kooreski - 1
Date: 9-6-18
MLG, CSR, RPR, CRR

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| **This Document Relates To:** | **SECTION: N** |
| ALL CASES | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |

## DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF SANOFI U.S. PURSUANT TO FED. R. CIV. P. 30(b)(6)

Pursuant to the Federal Rules of Civil Procedure 30 and 34, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") hereby submit the following Objections and Responses to Plaintiffs' Amended Notice of Videotaped Deposition of Sanofi U.S. Pursuant to Fed. R. Civ. P. 30(b)(6).

### OBJECTION TO PLAINTIFFS' PROPOSED LOCATION

1. Sanofi objects to the noticed location of "Napoli Shkolnik, PLLC, 360 Lexington Avenue, 11th Floor, New York, NY 10017." Case Management Order No. 9 provides that depositions should be scheduled "at mutually convenient times and locations" and within a reasonable distance from the residence of the witness."[1] It is well established that the deposition of a corporation through its agents and officers should take place at the location of the corporation's principal place of business, "especially when the corporation is the defendant."[2]

---

[1] Case Management Order No. 9 at 5–6 (ECF 1110).

[2] *Salter v. Upjohn Co.*, 593 F.2d 649, 651 (5th Cir. 1979) (citing 8 C. Wright & A. Miller, Federal Practice & Procedure § 2112 at 410 (1970)); *see also Reich Album & Plunkett, LLC v. Wheat, Opperman & Meeks, P.C.*, No. 06-10850, 2007 U.S. Dist. LEXIS 40400, at *9 (E.D. La.

This default rule is based on the "presumption that it is the plaintiff who brings the lawsuit and who exercises the first choice as to forum, and thus they cannot complain if they are forced to take discovery elsewhere."[3] Further, "[i]n deciding where to depose a company representative when the company is a defendant, having chosen the forum, it is the plaintiff who is generally required to bear any reasonable burdens of inconvenience that the action represents. Moreover, the convenience of counsel is less compelling than any hardship to the witnesses."[4] The noticed location is approximately two hours away from Sanofi's principal place of business and two-and-a-half hours away from the witness. To date, every deposition of a Sanofi company witness who is a New Jersey resident has taken place at DLA Piper in Short Hills, New Jersey. This location is closer to Plaintiffs' counsel than the noticed location. Travel and lodging is less expensive for all parties if the deposition is conducted in Short Hills, New Jersey, instead of the noticed location. Moreover, the witness who will represent Sanofi in this deposition will undergo both a financial and logistical hardship if it proceeds in the noticed location. For these reasons, Sanofi objects to the noticed location.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.     Sanofi objects to the definition of the terms "relating to," "related to," relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or concern," which are defined as "evidencing, regarding, discussing, embodying, describing, summarizing, containing,

---

June 4, 2007); *Thomas v. WSFM, LLC*, No. 07-1336, 2008 WL 821948, at *1 (E.D. La. Mar. 26, 2008); *Clemons v. Hartford Ins. Co.*, No. 07-8917, 2009 U.S. Dist. LEXIS 52056, at *13 (E.D. La. June 5, 2009); *Petroplex Int'l, LLC v. St. James Par.*, No. 15-140, 2016 U.S. Dist. LEXIS 10882, at *10 (E.D. La. Jan. 28, 2016).

[3] *Reich Album & Plunkett, L.L.C.*, 2007 U.S. Dist. LEXIS 40400, at *9 (citing *Tailift USA, Inc. v. Tailift Co., Ltd.*, CIV.A.03-0196, 2004 U.S. Dist. LEXIS 28648, at *4 (E.D. Tex. March 26, 2004)).

[4] *Turner v. Kan. City S. Ry. Co.*, No. 03-2742, 2008 U.S. Dist. LEXIS 84865, at *5 (E.D. La. Sep. 24, 2008).

- 2 -

constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents." The use of these terms, as defined, fails to reasonably describe the matters for examination and seeks information tangentially implicating subjects without regard to relevance and proportionality.

2.      Sanofi objects to the definition of the term "Persisting Alopecia," which "means hair loss to any part of the body which is persistent, or persisting, or permanent, or ongoing, or nonreversible, or irreversible, or continuing, or prolonged, or delayed hair regrowth, or not growing, or baldness, or thinning, or thinned hair." This definition is vague and ambiguous, and seemingly involves alopecia attributable to other causes besides chemotherapy. It also includes hair loss generally with no reference to duration or timing since chemotherapy when it says "not growing," "baldness," "thinning," and "thinned hair" (hair loss is a common, well-known side effect of chemotherapy treatment) and labeled terms are not cognizable as a legal injury. Sanofi further objects because Plaintiffs have not specified the length of time necessary for Plaintiffs to consider hair loss to be "persistent," "persisting," "permanent," "ongoing," "nonreversible," "irreversible," continuing," "prolonged," or "delayed." Plaintiffs here also do not define what they mean by the terms they have used herein especially when, elsewhere, they seemingly take the position that one never knows the nature, extent, and transience of hair loss. Plaintiffs must define the reports at issue more concretely in order to describe with reasonable particularity the matters for examination. Magistrate Judge North noted the inadequacy of Plaintiffs' definition when he ruled that for purposes of the Rule 30(b)(6) deposition, "the term 'persistent alopecia' shall mean that which remains six months after chemotherapy ended and without resolution."

- 3 -

Order (Doc. 3473).   Sanofi will produce its witness subject to Magistrate Judge North's definition.

3.      Sanofi objects to Plaintiffs' instruction for each deponent "to produce at the beginning of the deposition:  Copies of any and all documents or tangible things related to or referring to the subjects listed in the notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V."  Sanofi objects to the extent this instruction is actually a request for production of documents, which is unclear because Plaintiffs have included this item within their "Definitions and Instructions" as opposed to specifying that it is a document request.   The instruction is overly broad, unduly burdensome, and lacks specificity because it seeks "any and all" documents "relating to or referring to" the subjects listed in the notice.   Likewise, because Plaintiffs used these expansive and undefined terms, Sanofi objects on the grounds that this instruction seeks documents beyond the scope of permissible discovery. Sanofi also objects because this instruction is unlimited in scope.   Sanofi further objects because the terms "any and all," "related to," "referring to," "subjects," "files," "papers," and "other materials" are vague and ambiguous and do not put Sanofi on notice of what Plaintiffs are requesting.   Sanofi also objects on the grounds that this instruction seeks information or material that is protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

## DEPOSITION SUBJECT MATTER

**1.      Reports of any kind between 01/01/1992 and 12/31/2004 regarding PERSISTING ALOPECIA being associated and/or related in any way with the use of TAXOTERE (alone or in combination) regardless of the source of such report(s) and including but not limited to the following potential sources:**

- 4 -

a. Solicited reports;

b. Unsolicited reports;

c. Global pharmacovigilance database;

d. ICSRs;

e. Scientific Literature;

f. Product Complaints Database;

g. Company Sponsored Websites;

h. Clinical Trials and Other Studies in Humans;

i. Non-Clinical Safety Information;

j. Pharmacoepidemiology Studies;

k. Media;

l. Competitive Intelligence;

m. Queries/Requests from Regulatory Authorities;

n. Safety Information Tracking Systems;

o. Adverse Events reported; and

p. Other means.

The deponent shall have knowledge of all such reports, including, but not limited to the reports existing in the following Reference Numbered/Bates Numbered documents:

## TABLE 1:

|    | Bates Beg Number | Estimated Date of Report | Reference No. |
|----|------------------|--------------------------|---------------|
| 1. | SANOFI_00695624  | Fri 08/07/1992           | Patient 252   |
| 2. | SANOFI_00630235  | Wed 08/07/1996           | Patient 05183 |
| 3. | SANOFI_02705693  | Tue 02/09/1999           | US90-05265    |
| 4. | SANOFI_02705693  | Tue 02/09/1999           | US90-05266    |
| 5. | SANOFI_02705693  | Tue 02/09/1999           | US90-05267    |
| 6. | SANOFI_02705693  | Tue 02/09/1999           | US90-05268    |

|  | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 7. | SANOFI_02705693 | Fri 02/19/1999 | US90-05288 |
| 8. | SANOFI_02705693 | Tue 05/18/1999 | US01-21837 |
| 9. | SANOFI_02705693 | Tue 07/20/1999 | US01-22336 |
| 10. | SANOFI_00364461 | Tue 10/05/1999 | Patient 26809 |
| 11. | SANOFI_02705693 | Tue 11/30/1999 | US01-23390 |
| 12. | SANOFI_02705693 | Mon 12/06/1999 | US01-23443 |
| 13. | SANOFI_02705693 | Mon 01/31/2000 | US01-23861 |
| 14. | SANOFI_02680953 | Tue 02/01/2000 | US01-23859 |
| 15. | REMOVED | | |
| 16. | REMOVED | | |
| 17. | SANOFI_02705693 | Mon 12/04/2000 | 200020984JP |
| 18. | SANOFI_02705693 | Wed 12/06/2000 | 200020984JP |
| 19. | REMOVED | | |
| 20. | SANOFI_02705693 | Tue 02/27/2001 | 200111952US |
| 21. | REMOVED | | |
| 22. | REMOVED | | |
| 23. | REMOVED | | |
| 24. | REMOVED | | |
| 25. | SANOFI_02705693 | Thu 04/26/2001 | 20013638US |
| 26. | SANOFI_02705693 | Wed 06/27/2001 | 200112281JP |
| 27. | REMOVED | | |
| 28. | SANOFI_02705871 | Fri 09/07/2001 | 200120360EU |
| 29. | REMOVED | | |
| 30. | REMOVED | | |
| 31. | REMOVED | | |
| 32. | REMOVED | | |
| 33. | REMOVED | | |
| 34. | SANOFI_02705871 | Mon 11/26/2001 | 200121748FR |
| 35. | SANOFI_02705693 | Mon 12/17/2001 | 200120826JP |
| 36. | REMOVED | | |
| 37. | SANOFI_02705693 | Tue 02/05/2002 | 200210242JP |
| 38. | SANOFI_02705693 | Fri 03/01/2002 | 200212410DE |
| 39. | SANOFI_02705871 | Wed 07/31/2002 | 200217798US |
| 40. | SANOFI_02705693 | Fri 09/27/2002 | 200215813DE |
| 41. | SANOFI_02705693 | Tue 10/15/2002 | 200215940DE |
| 42. | SANOFI_02705693 | Tue 10/15/2002 | 200215942DE |
| 43. | REMOVED | | |
| 44. | REMOVED | | |
| 45. | SANOFI_02705693 | Mon 11/18/2002 | 200214577FR |
| 46. | REMOVED | | |
| 47. | SANOFI_02705871 | Sat 05/31/2003 | 200315104US |
| 48. | SANOFI_02647849 | Wed 08/13/2003 | 200317903GDDC |
| 49. | SANOFI_02647849 | Thu 08/14/2003 | 200317924GDDC |

| | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| 50. | SANOFI_02705871 | Mon 08/18/2003 | 200318032GDDC |
| 51. | SANOFI_02705871 | Fri 09/05/2003 | 200318617GDDC |
| 52. | SANOFI_02705871 | Fri 09/05/2003 | 200318637GDDC |
| 53. | SANOFI_02647849 | Mon 10/13/2003 | 200319936GDDC |
| 54. | SANOFI_02705871 | Fri 10/24/2003 | 200320929GDDC |
| 55. | SANOFI_02705693 | Mon 10/27/2003 | 200319314US |
| 56. | SANOFI_02705693 | Tue 11/12/2003 | 200314232FR |
| 57. | SANOFI_02343937 | Thu 12/04/2003 | 200317927US |
| 58. | SANOFI_02343937 | Thu 12/04/2003 | 200318614GDDC |
| 59. | SANOFI_02343937 | Thu 12/04/2003 | 200319153US |
| 60. | SANOFI_02705693 | Tue 12/09/2003 | 200313681EU |
| 61. | SANOFI_02705693 | Wed 12/10/2003 | 200313710EU |
| 62. | SANOFI_02705871 | Mon 12/15/2003 | 200322626GDDC |
| 63. | SANOFI_02705871 | Mon 12/15/2003 | 200322629GDDC |
| 64. | SANOFI_02670563 | Wed 01/21/2004 | 200410497US |
| 65. | SANOFI_02705963 | Wed 01/21/2004 | 200410498US |
| 66. | SANOFI_02705963 | Wed 01/21/2004 | 200410499US |
| 67. | SANOFI_02705963 | Wed 01/21/2004 | 200410500US |
| 68. | SANOFI_02705963 | Wed 01/21/2004 | 200410501US |
| 69. | SANOFI_02705871 | Mon 01/26/2004 | 200410633US |
| 70. | SANOFI_02705693 | Tue 01/27/2004 | 200410408FR |
| 71. | SANOFI_02705909 | Mon 02/16/2004 | 200411167US |
| 72. | SANOFI_02705871 | Mon 03/01/2004 | 200412698GDDC |
| 73. | SANOFI_02705693 | Fri 03/12/2004 | 200412005US |
| 74. | SANOFI_02705693 | Tue 03/16/2004 | 200413195GDDC |
| 75. | SANOFI_02705693 | Wed 03/24/2004 | 200413453GDDC |
| 76. | SANOFI_02705693 | Wed 04/07/2004 | 200413926GDDC |
| 77. | SANOFI_02705693 | Wed 05/12/2004 | 200413785US |
| 78. | SANOFI_02705693 | Fri 06/18/2004 | 200416170GDDC |
| 79. | SANOFI_02705693 | Wed 07/07/2004 | 200416744GDDC |
| 80. | SANOFI_02705693 | Mon 08/02/2004 | 200417622GDDC |

**RESPONSE:** Sanofi objects to the phrases "of any kind" and "being associated and/or related in

any way" because they fail to describe with reasonable particularity the matters for examination.

*See, e.g., In re Katrina Canal Breaches Consolidated Litig.*, No. 05–cv-4182, 2008 WL

4833023, at *2 (E.D. La. July 2, 2008) (finding that topics listed in notice were too broad, vague,

and ambiguous to properly "describe with reasonable particularity the matters for examination"

as required by Rule 30(b)(6)).  By definition, adverse event reports can be associated with a drug

- 7 -

whether or not drug-related (21 C.F.R. § 314.80(a)) and therefore do not establish any causal relationship (21 C.F.R. § 314.80(k)) or constitute evidence of so-called legal "notice."

Sanofi also objects that this Topic seeks information not proportional to the needs of the case in that the burden and expense of trying to ascertain information from 26 to 14 years ago, which is no longer reasonably available, outweighs its likely benefit. *See, e.g.*, *Sahu v. Union Carbide Corp.*, No. 12–cv-2983, 528 Fed. Appx. 96, 103–04 (2d Cir. June 27, 2013) (unduly burdensome to require defendants to prepare witnesses to respond to questions regarding events that took place between 15 and 35 years ago); *Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prods., LLC*, No. 09–cv–0916, 2011 WL 3880787, at *2 (E.D. Wis. Sept. 1, 2011) (information dating back approximately 20 years was no longer reasonably available to 30(b)(6) witness); *In re JDS Uniphase Corp. Secs. Litig.*, No. 02-cv-12486, 2007 WL 219857, at *2 (N.D. Cal. Jan. 29, 2007) (no employee could testify as a 30(b)(6) witness to events that occurred over seven years earlier); *Barron v. Caterpillar, Inc.*, 168 F.R.D. 175, 177 (E.D. Pa. 1996) (information regarding a product designed and manufactured roughly 25 years ago was unavailable for purposes of a 30(b)(6) deposition).

Sanofi further objects to the "potential sources," subtopics (a) – (p), because they identify sources searched for Sanofi's Periodic Safety Update Reports (PSURs); hence, the reasonably available information responsive to this Topic is already covered by such PSURs. Sanofi objects to the extent those subtopics implicate information protected by the attorney-client privilege, work product doctrine, or other privilege or protection because Plaintiffs have not tailored the topics to exclude such privileged or protected information.

Sanofi states that the documents cited in Topic 1 speak for themselves. Beyond this, Plaintiffs have not set out any additional matters for examination with reasonable particularity

- 8 -

about which the witness is expected to be "knowledgeable." Finally, Sanofi's investigation of this matter is ongoing, but it has identified the following reports not listed in Table 1:

|   | Bates Beg Number | Estimated Date of Report | Reference No. |
|---|---|---|---|
| A | Sanofi_02705693 | 11/26/2001 | 200121752FR |
| B | Sanofi_02041264 | 12/07/1999 | Patient 00071 |

Close inspection of 200121752FR (A) suggests that it may be a duplicate report of #34 (200121748FR) in Table 1.  However, for completeness, Sanofi has chosen not to remove this from the list of reports not listed in Table 1.

In a prior response, Sanofi identified Patient 03105 as a report not listed in Table 1. Upon further review, this appears to be a report associated with Adriamycin treatment rather than Taxotere treatment and therefore it is not included here.

**2.      For each report (as described in Number 1 above) between 01/01/1992 and 12/31/2004 regarding PERSISTING ALOPECIA:**

**a.  The first date on which YOU received or became aware of the information or the report;**

**b.  To whom was the report sent;**

**c.  Who received the report;**

**d.  When the report was received;**

**e.  The source of the report;**

**f.  Whether there were Standard Operating Procedures ("SOP"s) in place regarding YOUR receipt and handling of the report;**

**g.  The Standard Operating Procedures ("SOP"s) regarding receipt of such reports;**

**h.  Whether YOU followed Standard Operating Procedures ("SOP"s) regarding the report;**

- 9 -

i. **How YOU categorized and recorded the report;**

j. **Every database in which the report was recorded;**

k. **Actions taken by anyone associated with YOU regarding the report;**

l. **All follow-up efforts by YOU regarding the report, both internally and externally;**

m. **Whether and how the report was handled in the regular course and scope of YOUR business;**

n. **Was the report submitted by YOU to any regulatory authority and if so for each by whom, to whom, when and in what manner and/or form (i.e., did you full provide the full case report, did you provide the CIOMS report, did you simply report it as a numerical incidence of alopecia, etc.); and**

o. **Whether the report alone or in combination with other report(s) constitutes a safety signal and why.**

**RESPONSE:** Subject to its objections, Sanofi attaches hereto as Exhibit A its responses to Topic 2 for the documents identified by Bates number in Topic 1, Table 1.

Beyond this, Sanofi objects that (b) "To whom was the report sent" is duplicative of (c) "Who received the report." After reasonable inquiry, the information sought by subtopics (b) and (c) are not known or not reasonably available to Sanofi. Sanofi also objects to (d) "When the report was received" as duplicative of (a) "The first date on which YOU received or became aware of the information or the report." Sanofi further objects to (k) "Actions taken by anyone associated with YOU regarding the report," (l) "All follow-up efforts by YOU regarding the report, both internally and externally," and (m) "Whether and how the report was handled in the regular course and scope of YOUR business" as duplicative and for failing to specify the matter about which Plaintiffs seek information with reasonable particularity. *See, e.g.*, *In re Katrina*

- 10 -

*Canal Breaches Consolidated Litig.*, 2008 WL 4833023, at *2.  With respect to (k – m), Sanofi states that its investigation of this matter is ongoing and reserves the right to supplement its response.  Due to the age of these reports, this information may not be known or reasonably available on an individual case-report level, but, within clinical studies, for example, follow-up would be according to the study protocol.

Sanofi objects to (f – h) regarding Standard Operating Procedures for each of the documents in "TABLE 1" from Topic 1 because answering them is nearly impossible for documents spanning 13 years from 26 to 14 years ago.  All of the subtopics seek information not proportional to the needs of the case in that the burden and expense of trying to ascertain information from 26 to 14 years ago, which is no longer reasonably available, outweighs its likely benefit.  *See, e.g.*, *Sahu*, 528 Fed. Appx. at 103–04; *Kimberly-Clark Worldwide, Inc.*, 2011 WL 3880787, at *2; *In re JDS Uniphase Corp. Secs. Litig.*, 2007 WL 219857, at *2; *Barron*, 168 F.R.D. at 177.  Sanofi also objects to the undefined terms "receipt", "handling", and "Standard Operating Procedures" on the grounds that they are vague and ambiguous because they fail to specify the matter about which Plaintiffs seek information with reasonable particularity.  *See, e.g.*, *In re Katrina Canal Breaches Consolidated Litig.*, 2008 WL 4833023, at *2.  Subject to and without waiving these objections, and after a reasonable investigation and inquiry, Sanofi refers Plaintiffs to previously produced Standard Operating Procedures, including:  Sanofi_00738973; Sanofi_00739017; Sanofi_00739024; Sanofi_00739033; Sanofi_00739165; Sanofi_00738945; Sanofi_00738955; Sanofi_00739074; Sanofi_00738982; and Sanofi_00739208. Additionally, subject to and without waiving these objections, and after a reasonable investigation and inquiry, Sanofi also refers Plaintiffs to the Standard Operating Procedures that have been recently produced at SA-VOL-210.

- 11 -

With respect to (i), it is unclear what Plaintiffs mean by "How YOU categorized and recorded the report." On (o), as indicated, none of the referenced reports individually constituted a safety signal, or taken together, for the time period here.

Sanofi also objects to the extent this Topic seeks examination on matters protected by the attorney-client privilege, work product doctrine, or other privilege or protection because Plaintiffs have not tailored these topics to exclude such privileged or protected information.

**3.     The identity of each patient, by reference number, who reportedly experienced PERSISTING ALOPECIA while enrolled as a participant in the TAX316 and /or TAX301/GEICAM and/or NABHOLTZ Phase II Study of Docetaxel, Doxorubicin, and Cyclorubicin as First-Line Chemotherapy for Metastatic Breast Cancer studies, so that it can be determined whether each such patient is included in Table 1.**

**RESPONSE:** Sanofi objects to the extent that this Topic calls for information not known or not reasonably available. It is unclear whether plaintiffs intend to limit this Topic to reports from the 1992 to 2004 timeframe. In addition, because plaintiffs have not defined "persistent alopecia" in their notice with any relationship to chemotherapy treatment timing, it is not clear that Sanofi's data from the interim or 10 year analysis lines up with what Plaintiffs would or would not include in Table 1. Sanofi does note that Plaintiffs list a number of TAX316 patients in Table 1, namely, entries 7, 10, 28, and 29. Sanofi states that the January 21, 2004, TAX316 study report for the second interim analysis at 55 months median follow-up identifies the following patients (by USUBJID number) from the TAC arm as having "ongoing" alopecia:

```
000316-124-007-10712
000316-124-017-11702
000316-124-017-11724
000316-124-017-11738
000316-124-022-12211
```

- 12 -

000316-124-023-12314
000316-124-027-12706
000316-300-036-13605
000316-300-036-13607
000316-300-036-13610
000316-300-036-13615
000316-724-056-15606
000316-840-074-17407
000316-840-076-17603
000316-840-099-19901
000316-124-023-22312
000316-124-027-22702
000316-348-039-23907
000316-826-068-26809
000316-840-077-27702
000316-840-081-28101
000316-840-107-30702

For TAX301/GEICAM9805, it is unclear whether plaintiffs intend to limit this Topic to reports from the 1992 to 2004 timeframe. Data previously cited in earlier versions of this notice came from 2013.

For NABHOLTZ, the following are the patient ID numbers for the four patients who experienced "long-lasting (longer than 2 years) partial alopecia" while enrolled as a study participant: 70206, 70207, 70213, and 70220.

**4.      The full plan to study and/or analyze the "Reversibility" of Alopecia (referenced in the Statistical Analysis Plan for the TAX316 study Bates No. SANOFI_01234420) including but not limited to the execution, methodology, all follow up actions, the recording of results and reporting of results related in any way to the plan, study, and/or analysis related to the Reversibility of Alopecia.**

**RESPONSE:** Sanofi states that there was no study-within-a-study or separate study on the "reversibility" of alopecia. The study protocol for TAX316 is robust and plaintiffs have it. The

- 13 -

February 28, 2002, Statistical Analysis Plan for the TAX316 study describes: "Reversibility of the following adverse events will be analyzed: alopecia, fluid retention, neurosensory, nail disorders, skin, as well as tamoxifen-related toxicities, and radio-therapy related toxicities. Incidence of patients who recovered will be presented by treatment group, as well as the time from last infusion to reversibility." Importantly, this Statistical Analysis Plan is part of the January 21, 2004, TAX316 study report, which presents the results of the second interim analysis at 55 months median follow-up at page 6:

> The second interim analysis of TAX 316 is statistically significant in favor of TAC for the primary efficacy endpoint of disease-free survival (DFS) as well as the secondary endpoint of overall survival in the intention to treat population. The greater benefit of TAC over FAC applies irrespective of nodal and hormone receptor status. The magnitude of the benefit is clinically significant and remains so even when differences in toxicity are considered.

There is no separate study or study plan evidenced by the document. TAX316 is the study.

Beyond this, Sanofi objects to the undefined phrase "all follow up actions" on the grounds that it is vague and ambiguous because it fails to specify the matter about which Plaintiffs seek information with reasonable particularity. *See, e.g.*, *In re Katrina Canal Breaches Consolidated Litig.*, 2008 WL 4833023, at *2. Study enrollees were followed up to 10 years and provided best-in-class treatment for potential fatal cancers. Sanofi also objects to the extent Plaintiffs seek information beyond what is contained within the document on the grounds that they have not set out any additional matters for examination with reasonable particularity.

5.   **The reversibility of alopecia as observed and documented in PSUR 4 dated September 30, 1997.**

**RESPONSE:** Sanofi states that the reversibility of alopecia observed and documented in the September 30, 1997, Taxotere® Periodic Safety Update Report No. 4 ("PSUR") is as stated in

- 14 -

that document itself. Namely, "Alopecia was observed in a total of 79% of patients but was considered severe in about 67% of the patients. Alopecia was reversible in 13% of the patients for whom data is available; the median recovery time was 22 weeks following the initial hair loss." Importantly, this PSUR concludes on page 79, "The data presented in this, the fourth Periodic Safety Update Report for Taxotere remain essentially in accordance with previous Periodic Safety Update Reports I, II, and III and the cumulative safety experience to date."

Beyond this, Plaintiffs have not set out any additional matters for examination with reasonable particularity.

**6.     The findings regarding alopecia as a TEAE persisting into the follow-up period in TAX316 at the median follow-up of 55 months.**

**RESPONSE:** Sanofi states that the findings regarding alopecia are contained within the document cited in Topic 6. The January 21, 2004, TAX316 study report for the second interim analysis at 55 months median follow-up states on page 5 that "alopecia was reported as on-going in 3.2% on TAC subjects and 1.4% on FAC" and on page 155 that 97.8% of "the 744 subjects in the TAC cohort" experienced "alopecia" during treatment and 97.1% of "the 736 subjects in the FAC cohort" experienced "alopecia" during treatment. Importantly, this TAX316 study report concludes on the following at page 6:

> The second interim analysis of TAX 316 is statistically significant in favor of TAC for the primary efficacy endpoint of disease-free survival (DFS) as well as the secondary endpoint of overall survival in the intention to treat population. The greater benefit of TAC over FAC applies irrespective of nodal and hormone receptor status. The magnitude of the benefit is clinically significant and remains so even when differences in toxicity are considered.

Additionally, Appendix IV.A, Table L14 contains a listing of adverse-event data for each patient at each cycle and follow-up, including when each adverse event resolved.

- 15 -

Beyond this, Sanofi objects because the topic does not set out any additional matters for examination with reasonable particularity, in particular, about what additional "findings" Plaintiffs expect the witness to testify.

Respectfully submitted,

/s/ *Harley V. Ratliff*
Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

Patrick L. Oot
**SHOOK, HARDY & BACON L.L.P.**
1155 F Street NW, Suite 200
Washington, D.C. 20004
Telephone: 202-783-8400
Facsimile:  202-783-4211
oot@shb.com

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &**
**MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

*Counsel for sanofi-aventis U.S. LLC*
*and Sanofi US Services Inc.*

- 16 -

8905093 v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, I served the foregoing on Plaintiffs' Counsel.


/s/ *Harley V. Ratliff*

- 17 -

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SANOFI_00695624 | Fri 08/07/1992 | 2/18/1994 | Unknown | Unknown | Study | TAX 267 | Data for patient #252 from TAX 267 (Taxotere monotherapy for the treatment of anthracycline-resistant metastatic breast cancer) | Patient 252 | Unknown | Patient followed per protocol for at least 1 year. | IND/NDA Clinical Trial Data | No | Insuffic inform determ cause c alopeci |
| 2 | SANOFI_00630235 | Wed 08/07/1996 | Investigating | Unknown | Unknown | Study | TAX 317 | Followup information for a patient in TAX 317 (Taxotere and cisplatin for the treatment of metastatic or advanced lung cancer). | Patient 05183 | Unknown | Patient followed per protocol beyond alopecia resolution on 10/16/96 | IND/NDA Clinical Trial Data | | By def not per chemor induceo alopeci |
| 3 | SANOFI_02705693 | Tue 02/09/1999 | 2/9/1999 | Unknown | Unknown | Study/Health professional | TAX 702 | CIOMS Suspect Adverse Reaction Report (p.5158). Patient 70207 from TAX 702 (TAC treatment for metastatic breast cancer). | US90-05265 | Clintrace | Investigating | Clinical trial submission for new indication (S-029) | No | Insuffic inform determ cause c alopeci |
| 4 | SANOFI_02705693 | Tue 02/09/1999 | 2/9/1999 | Unknown | Unknown | Study/Health professional | TAX 702 | CIOMS Suspect Adverse Reaction Report (p.5160-5161). Patient 70220 from TAX 702 (TAC treatment for metastatic breast cancer). | US90-05266 | Clintrace | Investigating | Clinical trial submission for new indication (S-029) | No | Insuffic inform determ cause c alopeci |
| 5 | SANOFI_02705693 | Tue 02/09/1999 | 2/9/1999 | Unknown | Unknown | Study/Health professional | TAX 702 | CIOMS Suspect Adverse Reaction Report (p.5162-5163). Patient 70213 from TAX 702 (TAC treatment for metastatic breast cancer). | US90-05267 | Clintrace | Investigating | Clinical trial submission for new indication (S-029) | No | Insuffic inform determ cause c alopeci |
| 6 | SANOFI_02705693 | Tue 02/09/1999 | 2/9/1999 | Unknown | Unknown | Study/Health professional | TAX 702 | CIOMS Suspect Adverse Reaction | US90-05268 | Clintrace | Investigating | Clinical trial submission | No | Insuffic inform |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Report (p.5164-5165). Patient 70206 from TAX 702 (TAC treatment for metastatic breast cancer). | | | | for new indication (S-029) | determ cause o alopeci |
| 7 | SANOFI_02705693 | Fri 02/19/1999 | 2/19/1999 | Unknown | Unknown | Study/Health professional | TAX 316 | CIOMS Suspect Adverse Reaction Report (p.5166-5167). Patient 11702 from TAX 316. | US90-05288 | Clintrace | Patient followed per protocol. Seen in followup for at least 5 years. Last followup 12/10/02, almost 4 years after this report was received. | Clinical trial submission for new indication (S-029) | Insuffi inform determ cause o alopeci |
| 8 | SANOFI_02705693 | Tue 05/18/1999 | 5/18/1999 | Unknown | Unknown | Health professional/sales representative | N/A | CIOMS Suspect Adverse Reaction Report. Spontaneous case (p.5139), reported by a physician and or sales representative. | US01-21837 | Clintrace | Follow up sought | PADER 6/30/00 | Insuffi inform determ cause o alopeci |
| 9 | SANOFI_02705693 | Tue 07/20/1999 | 7/20/1999 | Unknown | Unknown | Health professional/sales representative | N/A | CIOMS Suspect Adverse Reaction Report. Spontaneous case, reported by a nurse and or a sales representative. | US01-22336 | Clintrace | Investigating | PADER 6/30/00 | By def not per chemot induce alopeci |
| 10 | SANOFI_00364461 | Tue 10/05/1999 | 9/7/2001 | Unknown | Unknown | Study | TAX 316 | Confidential Patient Data for patient #26809 from TAX 316. | Patient 26809 | Clintrace | Patient followed per protocol. Seen in followup for at least 5 years. Last followup 2/27/03, 1.5 years after this report was received. | Clinical trial submission for new indication (S-029) | Insuffi inform determ cause o alopeci |
| 11 | SANOFI_02705693 | Tue 11/30/1999 | 11/30/1999 | Unknown | Unknown | Health Professional/consumer | N/A | CIOMS Suspect Adverse Reaction Report (p.5143). Report from child of patient. | US01-23390 | Clintrace | Follow up sought | PADER 6/30/00 | By def not per chemot induce alopeci |
| 12 | SANOFI_02705693 | Mon | 12/6/1999 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect | US01-23443 | Clintrace | Investigating | PADER | Insuffi |

- 19 -

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/06/1999 | | | | | | Adverse Reaction Report (p.5145). Report from physician of patient experiencing alopecia 7 months after receiving a cycle of docetaxel. | | | | 6/30/00 | inform determ cause c alopeci |
| 13 | SANOFI_02705693 | Mon 01/31/2000 | 1/31/2000 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report (p.5152). Report from patient - treatment for metastatic BC. | US01-23861 | Clintrace | Follow up sought | PADER 7/16/01 | No | By def not per chemo induce alopeci |
| 14 | SANOFI_02680953 | Tue 02/01/2000 | 2/1/2000 | Unknown | Unknown | Consumer/physician | N/A | 2011 Clinical Overview, p.387 (CIOMS report). TAC for metastatic breast cancer. | US01-23859 | Clintrace | Follow up sought | MedWatch PADER 6/30/00 | No | Insuffi inform determ cause c alopeci |
| 15 | REMOVED | | | | | | | | | | | | |
| 16 | REMOVED | | | | | | | | | | | | |
| 17 | SANOFI_02705693 | Mon 12/04/2000 | 12/4/2000 | Unknown | Unknown | Study/Health professional | RP56976/RP56976_JP02 | CIOMS Suspect Adverse Reaction Report. (p.115) NSCLC patient, treated with Taxotere and Cisplatin. | 200020984JP | Clintrace | Follow up sought | MedWatch | No | Insuffi inform determ duratio alopeci |
| 18 | SANOFI_02705693 | Wed 12/06/2000 | 12/6/2000 | Unknown | Unknown | Study/Health professional | RP56976/RP56976_JP02 | CIOMS Suspect Adverse Reaction Report. (p.125) NSCLC, treatment with Taxotere and Cisplatin. | 200021077JP | Clintrace | Investigating | MedWatch | No | By def not per chemo induce alopeci |
| 19 | REMOVED | | | | | | | | | | | | |
| 20 | SANOFI_02705693 | Tue 02/27/2001 | 2/27/2001 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction Report (p.184). Taxotere treatment for metastatic breast cancer. | 200111952US | Clintrace | Follow up sought | MedWatch PADER 7/16/01 | No | Insuffi inform determ duratio alopeci |
| 21 | REMOVED | | | | | | | | | | | | |
| 22 | REMOVED | | | | | | | | | | | | |
| 23 | REMOVED | | | | | | | | | | | | |
| 24 | REMOVED | | | | | | | | | | | | |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitute Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | SANOFI_02705693 | Thu 04/26/2001 | 5/22/2001 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction Report. (p.231). Treatment with Taxotere, Adriamycin and Cyclophosphamide. | 200113638US | Clintrace | Follow up sought | PADER 7/16/01 | No | By def not per chemo induce alopeci |
| 26 | SANOFI_02705693 | Wed 06/27/2001 | 6/27/2001 | Unknown | Unknown | Study/Health professional | RP56976/RP56976_JP03 | CIOMS Suspect Adverse Reaction Report. {p.194) | 200112281JP | Clintrace | Follow up sought | PSUR 10 | No | By def not per chemo induce alopeci |
| 27 | REMOVED | | | | | | | | | | | | | |
| 28 | SANOFI_02705871 | Fri 09/07/2001 | 9/7/2001 | Unknown | Unknown | Study/Health professional | TAX 316 | CIOMS Suspect Adverse Reaction Report. Patient #26809 from TAX 316. | 200120360EU | Clintrace | Patient followed per protocol. Seen in followup for at least 5 years. Last followup 2/27/03, 1.5 years after this report was received. | Clinical trial submission for new indication (S-029) PSUR 10 | No | Insuffi inform determ cause c alopeci |
| 29 | REMOVED | | | | | | | | | | | | | |
| 30 | REMOVED | | | | | | | | | | | | | |
| 31 | REMOVED | | | | | | | | | | | | | |
| 32 | REMOVED | | | | | | | | | | | | | |
| 33 | REMOVED | | | | | | | | | | | | | |
| 34 | SANOFI_02705871 | Mon 11/26/2001 | 11/26/2001 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.4) Taxotere monotherapy for recurrent breast cancer. | 200121748FR | Clintrace | Investigating | PSUR 10 | No | Insuffi inform determ cause c alopeci |
| 35 | SANOFI_02705693 | Mon 12/17/2001 | 12/17/2001 | Unknown | Unknown | Study/Health professional | RP56976/RP56976_JP03 | CIOMS Suspect Adverse Reaction Report. (p.497) Taxotere and Carboplatin treatment for ovarian cancer. | 200120826JP | Clintrace | Follow up sought | PSUR 11 | No | By def not per chemo induce alopeci |
| 36 | REMOVED | | | | | | | | | | | | | |
| 37 | SANOFI_02705693 | Tue 02/05/2002 | 2/5/2002 | Unknown | Unknown | Study/Health professional | RP56976/RP56976_JP04 | CIOMS Suspect Adverse Reaction Report. (p.1024) Male | 200210242JP | Clintrace | Follow up sought | Investigating | No | By def not per chemo |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | | Constitute Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | patient. Taxotere for metastatic head and neck cancer. | | | | | | induced alopeci |
| 38 | SANOFI_02705693 | Fri 03/01/2002 | 3/1/2002 | Unknown | Unknown | Study/Health professional | RP56976/TAX.DE1.503 | CIOMS Suspect Adverse Reaction Report. (p.1605) Taxotere monotherapy for a male NSCLC patient. | 200212410DE | Clintrace | Investigating | PSUR 11 | No | Insuffic inform determ duratio alopeci |
| 39 | SANOFI_02705871 | Wed 07/31/2002 | 7/31/2002 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction Report. (p.2138) 8 cycles of Taxotere for the treatment of breast cancer. | 200217798US | Clintrace | Investigating | PSUR 11 PADER 7/9/03 | No | Insuffic inform determ cause c alopeci |
| 40 | SANOFI_02705693 | Fri 09/27/2002 | 9/27/2002 | Unknown | Unknown | Study/Health professional | RP56976/TAX.DE1.503 | CIOMS Suspect Adverse Reaction Report. (p.2073). Male metastatic NSCLC patient. | 200215813DE | Clintrace | Investigating | PSUR 12 | No | Insuffic inform determ duratio alopeci |
| 41 | SANOFI_02705693 | Tue 10/15/2002 | 10/15/2002 | Unknown | Unknown | Study/Health professional | RP56976/TAX.DE1.502 | CIOMS Suspect Adverse Reaction Report. (p.2117) Adriamycin + Taxotere treatment for metastatic breast cancer. | 200215940DE | Clintrace | Investigating | PSUR 12 | No | Insuffic inform determ duratio alopeci |
| 42 | SANOFI_02705693 | Tue 10/15/2002 | 10/15/2002 | Unknown | Unknown | Study/Health professional | RP56976/TAX.DE1.502 | CIOMS Suspect Adverse Reaction Report. (p.2123) Adriamycin + Taxotere for the treatment of breast cancer. | 200215942DE | Clintrace | Investigating | PSUR 12 | No | Insuffic inform determ duratio alopeci |
| 43 | REMOVED | | | | | | | | | | | | | |
| 44 | REMOVED | | | | | | | | | | | | | |
| 45 | SANOFI_02705693 | Mon 11/18/2002 | 11/18/2002 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.1802) Treatment with Taxotere for metastatic breast cancer. | 200214577FR | Clintrace | Follow up sought | PSUR 12 | No | Insuffic inform determ cause c alopeci |
| 46 | REMOVED | | | | | | | | | | | | | |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | SANOFI_02705871 | Sat 05/31/2003 | 5/31/2003 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.2272) Report of several patients treated with adjuvant Taxotere, with ongoing alopecia 1 year later. | 200315104US | Clintrace | Investigating | PSUR 13 | No | Insuffic inform determ cause o alopeci |
| 48 | SANOFI_02647849 | Wed 08/13/2003 | 8/13/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.3) Patient #10517 from BCIRG 005. Adjuvant TAC for the treatment of breast cancer. | 200317903GDDC | Clintrace | Patient followed per protocol through 9/14/12, 9 years after this report was received. | PSUR 14 | No | Insuffic inform determ cause o alopeci |
| 49 | SANOFI_02647849 | Thu 08/14/2003 | 8/14/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.7) Patient #10511 from BCIRG 005. AC-T for breast cancer treatment. | 200317924GDDC | Clintrace | Follow up sought | PSUR 14 | No | Insuffic inform determ cause o alopeci |
| 50 | SANOFI_02705871 | Mon 08/18/2003 | 8/18/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.19) Patient #10040 from BCIRG 005. AC-T for the treatment of breast cancer. | 200318032GDDC | Clintrace | Follow up sought | PSUR 14 | No | By def not per chemot induce alopeci |
| 51 | SANOFI_02705871 | Fri 09/05/2003 | 9/5/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.22) Patient #11158 from BCIRG 005. Adjuvant TAC for the treatment of breast cancer. | 200318617GDDC | Clintrace | Follow up sought | PSUR 14 | No | Insuffic inform determ cause o alopeci |
| 52 | SANOFI_02705871 | Fri 09/05/2003 | 9/5/2003 | Unknown | Unknown | Study/Health professional | BCIRG 006 | CIOMS Suspect Adverse Reaction Report. (p.25) Patient #30443 from BCIRG 006. TCH for adjuvant treatment of breast cancer. | 200318637GDDC | Clintrace | Follow up sought | PSUR 14 | No | Insuffic inform determ cause o alopeci |
| 53 | SANOFI_02647849 | Mon 10/13/2003 | 10/13/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction | 200319936GDDC | Clintrace | Follow up sought | PSUR 14 | No | By def not per |

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Report. (p.20) Patient #11293 from BCIRG 005. AC-T for the treatment of breast cancer. | | | | | chemo induce alopeci |
| 54 | SANOFI_02705871 | Fri 10/24/2003 | 10/24/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.29) Patient #10300 from BCIRG 005. AC-T for the treatment of breast cancer. | 200320929GDDC | Clintrace | Follow up sought | PSUR 14 | No | Insuffi inform determ cause o alopeci |
| 55 | SANOFI_02705693 | Mon 10/27/2003 | 10/27/2003 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.2314) Taxotere for the treatment of breast cancer. | 200319314US | Clintrace | Follow up sought | PSUR 14a | No | Insuffi inform determ cause o alopeci |
| 56 | SANOFI_02705693 | Tue 11/12/2003 | 11/12/2003 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.2268) Taxotere (possibly TCH) for the treatment of breast cancer. | 200314232FR | Clintrace | Follow up sought | PSUR 14a | No | Insuffi inform determ cause o alopeci |
| 57 | SANOFI_02343937 | Thu 12/04/2003 | 9/4/2003 | Unknown | Unknown | Consumer | N/A | PSUR 1/29/04 (p.863). Case also found as CIOMS Suspect Adverse Reaction Report (Sanofi_02705693). Taxotere treatment for male patient with metastatic lung cancer. | 200317927US | Clintrace | Investigating | PSUR 14 | No | By def not per chemo induce alopeci |
| 58 | SANOFI_02343937 | Thu 12/04/2003 | 9/5/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | PSUR 1/29/04 (p.901). Case also found as CIOMS Suspect Adverse Reaction Report (Sanofi_02705693, p.2297). Patient #10059 from BCIRG 005. TAC for the treatment of breast cancer. | 200318614GDDC | Clintrace | Follow up sought | PSUR 14 | No | By def not per chemo induce alopeci |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | SANOFI_02343937 | Thu 12/04/2003 | 10/21/2003 | Unknown | Unknown | Health professional | N/A | PSUR 1/29/04 (p.394). Case also found in CIOMS (Sanofi_02705693, p.2309). From CIOMS report. Last Taxotere treatment 10/22/01. No information regarding alopecia resolution. | 200319153US | Clintrace | Follow up sought | PSUR 14 | No | Insuffi... inform... determ... duratio... alopeci... |
| 60 | SANOFI_02705693 | Tue 12/09/2003 | 12/9/2003 | Unknown | Unknown | Study/Health professional | XRP6976A/5007 | CIOMS Suspect Adverse Reaction Report. (p.2244) Taxotere and epirubicin for the treatment of breast cancer. | 200313681EU | Clintrace | Investigating | Investigating | No | By def... not per... chemo... induce... alopeci... |
| 61 | SANOFI_02705693 | Wed 12/10/2003 | 12/10/2003 | Unknown | Unknown | Study/Health professional | XRP6976B/5002 | CIOMS Suspect Adverse Reaction Report. (p.2246) Taxotere monotherapy for a male NSCLC patient. | 200313710EU | Clintrace | Investigating | Investigating | No | Insuffi... inform... determ... cause ... alopeci... |
| 62 | SANOFI_02705871 | Mon 12/15/2003 | 12/15/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.32) Patient #10854 from BCIRG 005. AC-T for the treatment of breast cancer. | 200322626GDDC | Clintrace | Follow up sought | PSUR 15 | No | Insuffi... inform... determ... cause ... alopeci... |
| 63 | SANOFI_02705871 | Mon 12/15/2003 | 12/15/2003 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.35) Patient #10230 from BCIRG 005. AC-T for the treatment of breast cancer. | 200322629GDDC | Clintrace | Patient followed per protocol through 12/4/09, 6 years after this report was received | PSUR 15 | No | Insuffi... inform... determ... cause ... alopeci... |
| 64 | SANOFI_02670563 | Wed 01/21/2004 | 1/21/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. (p.2346) AC-T for the treatment of breast cancer. | 200410497US | Clintrace | Investigating | PSUR 15 | No | Insuffi... inform... determ... cause ... alopeci... |
| 65 | SANOFI_02705963 | Wed 01/21/2004 | 1/21/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction | 200410498US | Clintrace | Investigating | PSUR 15 | No | Insuffi... inform... |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitute: Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Report. AC-T for the treatment of breast cancer. | | | | | determ cause o alopeci |
| 66 | SANOFI_02705963 | Wed 01/21/2004 | 1/21/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. AC-T for the treatment of breast cancer. | 200410499US | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ cause o alopeci |
| 67 | SANOFI_02705963 | Wed 01/21/2004 | 1/21/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. AC-T for the treatment of breast cancer. | 200410500US | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ duratio alopeci |
| 68 | SANOFI_02705963 | Wed 01/21/2004 | 1/21/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. AC-T for the treatment of breast cancer. | 200410501US | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ duratio alopeci |
| 69 | SANOFI_02705871 | Mon 01/26/2004 | 1/26/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report. Taxotere treatment. Cancer type unknown. | 200410633US | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ cause o alopeci |
| 70 | SANOFI_02705693 | Tue 01/27/2004 | 1/27/2004 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction Report. (p.2344) AT for the treatment of breast cancer. | 200410408FR | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ duratio alopeci |
| 71 | SANOFI_02705909 | Mon 02/16/2004 | 2/16/2004 | Unknown | Unknown | Health professional | N/A | CIOMS Suspect Adverse Reaction Report (p.2361 of Sanofi_027015693). Taxotere and capecitabine treatment. Cancer type unknown. | 200411167US | Clintrace | Investigating | PSUR 15 | No | Insuffic inform determ cause o alopeci |
| 72 | SANOFI_02705871 | Mon 03/01/2004 | 3/1/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.42) Patient #11940 from BCIRG 005. TAC foir the treatment of breast cancer. | 200412698GDDC | Clintrace | Follow up sought | PSUR 15 | No | By def not per chemo induced alopeci |
| 73 | SANOFI_02705693 | Fri 03/12/2004 | 3/12/2004 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction | 200412005US | Clintrace | Follow up sought | PSUR 15 | No | By def not per |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Report. (p.2510) Taxotere for the treatment of breast cancer. | | | | | chemo induce alopeci |
| 74 | SANOFI_02705693 | Tue 03/16/2004 | 3/16/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2534) Patient #11857 from BCIRG 005. TAC for the treatment of breast cancer. | 200413195GDDC | Clintrace | Follow up sought | PSUR 15 | No | By def not per chemo induce alopeci |
| 75 | SANOFI_02705693 | Wed 03/24/2004 | 3/24/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2539) Patient #11714 from BCIRG 005. TAC for the treatment of breast cancer. | 200413453GDDC | Clintrace | Follow up sought | PSUR 15 | No | Insuffi inform determ cause c alopeci |
| 76 | SANOFI_02705693 | Wed 04/07/2004 | 4/7/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2551) Patient #11584 from BCIRG 005. TAC for the treatment of breast cancer. | 200413926GDDC | Clintrace | Follow up sought | PSUR 15 | No | By def not per chemo induce alopeci |
| 77 | SANOFI_02705963 | Wed 05/12/2004 | 5/12/2004 | Unknown | Unknown | Consumer | N/A | CIOMS Suspect Adverse Reaction Report. (p.2548) Taxotere for the treatment of metastatic breast cancer. | 200413785US | Clintrace | Investigating | PSUR 15 | No | Insuffi inform determ cause c alopeci |
| 78 | SANOFI_02705963 | Fri 06/18/2004 | 6/18/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2559) Patient #12880 from BCIRG 005. AC-T for the treatment of breast cancer. | 200416170GDDC | Clintrace | Follow up sought | PSUR 16 | No | By def not per chemo induce alopeci |
| 79 | SANOFI_02705963 | Wed 07/07/2004 | 7/7/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2562) Patient #12994 from BCIRG 005. AC-T for the treatment of breast | 200416744GDDC | Clintrace | Follow up sought | PSUR 16 | No | Insuffi inform determ cause c alopeci |

8905093 v2

| Number | Bates Beg Number | Estimated Date of Report (a, d) | Date Sanofi Received (a, d) | To Whom Notice Sent (b) | Who Received Notice (c) | Source (e) | Clinical Trial (e) | Document Description (i) | Reference No. | Database (j) | Actions taken/follow-up efforts (k, l, m) | Reported to FDA via (n) | Constitutes Signal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | cancer. | | | | | |
| 80 | SANOFI_02705963 | Mon 08/02/2004 | 8/2/2004 | Unknown | Unknown | Study/Health professional | BCIRG 005 | CIOMS Suspect Adverse Reaction Report. (p.2566) Patient #12607 from BCIRG 005. AC-T for the treatment of breast cancer. | 200417622GDDC | Clintrace | Follow up sought | PSUR 16 | No | Insuffi... inform... determ... cause ... alopeci... |

[1]Subject to its objections, Sanofi states that its investigation into these matters is ongoing and reserves the right to supplement its responses.  Due to the age of these reports, some of this information may not be known or reasonably available on an individual case-report level.  More generally though, Sanofi may be able to respond; for example, within clinical studies, follow-up would be according to the study protocol.

8905093 v2