# EXHIBIT B

Page 380

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    IN RE:   TAXOTERE (DOCETAXEL)    MDL NO. 2740
 3  PRODUCTS LIABILITY LITIGATION   SECTION: H
 4  This document relates to:
    Antoinette Durden, Case No. 2:16-cv-16635
 5  Tanya Francis, Case No. 2:16-cv-17410
    Barbara Earnest, Case No. 2:16-cv-17144
 6  _____
    CONTINUING VIDEOTAPED EXPERT DEPOSITION
 7  CURTIS THOMPSON, M.D.
 8
    TAKEN IN BEHALF OF DEFENDANTS
 9  WEDNESDAY, APRIL 3, 2019
    at 8:35 A.M.
10
11
    5200 Meadows Drive
12  Lake Oswego, Oregon
13
14  BE IT REMEMBERED THAT, the continuing videotaped
    expert
15  deposition of CURTIS THOMPSON, M.D., was taken before
    K.M, Court Reporter and Notary Public for
16  the State of Oregon, on Wednesday, April 3, 2019,
    commencing at the hour of 8:35 a.m., the proceedings
17  being
    reported at 5200 Meadows Drive, Lake Oswego, Oregon.
18
19
20
21
22
23
24
25
```

1  it's not a stem cell anymore.
2      Q.  So you did the Cytokeratin 15 stain.  And
3  the Cytokeratin 15 stain is a stain to see if
4  there's stem cells in the bulge region of the hair
5  follicle?
6      A.  Not entirely, no.
7      Q.  How is that inaccurate?
8      A.  It's not a definitive stem cell marker.
9  It stains other cells.
10     Q.  The stem cells are present, the
11 Cytokeratin 15 stains are positive, right?
12     A.  Yes, that's fair to say.
13     Q.  And if the stem cells were destroyed in
14 the bulge region, there would be -- the Cytokeratin
15 15 stain would test negative?
16     A.  Probably, yes.  It could stain other cells
17 though.  I already said it stains other cells other
18 than stem cells.  So it stains all basal cells of
19 the follicle. So even if they're destroyed, it could
20 still have staining of other cells.  It's not a
21 specific marker.
22     Q.  Ki-67 stain is a stain to test to see if
23 cells are dividing, right?
24     A.  Growing not dividing.
25     Q.  What's the distinction between growing and

1  dividing?
2      A.  Growing is growing.  And dividing is when
3  a cell is going from one cell into two.  It's a
4  specific moment.
5      Q.  The thought is with the Ki-67 stain is if
6  the stem cells were not present they would not be
7  growing and so it would test negative, right?
8      A.  No.
9      Q.  Why did you do the Ki-67 stain?
10     A.  This was all part of -- you know, as I
11 said before, I'm a researcher in hair loss, and it
12 was an investigational project, just a pilot project
13 to look at permanent chemotherapy-induced alopecia
14 and what it showed with these stains.  If you look
15 at the published research that I do, it's centered
16 around using these non FDA-approved investigational
17 antibodies to look for characteristics of the
18 different diseases.
19     Q.  The hypothesis for why you did the Ki-67
20 staining was that if the chemotherapy had killed the
21 stem cell, the Ki-67 would test negative?
22     A.  No.  No, it's not that.  It's more
23 complicated.
24     Q.  Can you explain it?
25     A.  These -- these antibodies, as I said, are

1  nonspecific.  Like the Cytokeratin 15 is not a
2  definitive stem cell marker, and Ki-67 hits any cell
3  that's growing. And you use these and published with
4  the Cytokeratin 15 on other hair diseases, permanent
5  hair diseases.  So the interest was in seeing what
6  might be different in this disease than the other
7  diseases.
8           Unfortunately, we don't have, like, all
9  these investigational antibodies.  We -- like, 25
10 years ago we had two of them and we got more.  But
11 we don't have really good definitive antibodies.
12 And to date, even despite all the work I've done,
13 there's no antibody that has -- one of these non
14 FDA-approved antibodies that has utility in
15 diagnostics.
16      Q.   You would expect if a cell was dead, like
17 a stem cell, that the Ki-67 would test negative,
18 right?
19      A.   No.  Dead cells have antigens too, so they
20 can still stain.
21      Q.   They wouldn't be growing if they were
22 dead, would they?
23      A.   They could still have these antigens.
24 They could still have the molecule there so --
25      Q.   If a cell was not present, the Ki-67 would

1   test negative for that --
2        A.   If there's no cell there, it can't stain
3   with anything.  That is safe to say.
4        Q.   That would be true if there's no cell
5   there, the Ki-67 and the Cytokeratin 15 would test
6   negative for that cell?
7        A.   Yeah, because it's not there.
8        Q.   Okay.  So you did Cytokeratin 15 staining
9   and Ki-67 staining on Ms. Earnest, Ms. Francis, and
10  Ms. Durden's pathology, right?
11       A.   Yes.
12       Q.   So whose idea was it to do that staining?
13       A.   It was my idea.
14       Q.   So during your first deposition, we talked
15  about mechanisms of action.  Do you remember that?
16       A.   Vaguely, yes.
17       Q.   In your Rule 26 report, you attached a
18  list of literature that you reviewed.  Do you
19  remember that?
20       A.   Yes.
21       Q.   Some of the literature that you relied on
22  in forming your opinions has hypothesized that the
23  theoretical mechanism of action for why a
24  chemotherapy drug could potentially result in
25  persistent hair loss is that it kills the stem cell

Page 432

1  Durden, and Ms. Francis' pathology?
2      A.   Yes.  And the Ki-67 antibody also.
3      Q.   And you decided to use Cytokeratin 15 and
4  Ki-67?
5      A.   Yes.
6      Q.   Had you had discussions with Anne Andrews,
7  other plaintiffs' attorneys, any retained experts
8  before this April 5th email about why you decided to
9  use Cytokeratin 15?
10          MR. THORNTON:  Objection; form.
11          THE WITNESS:  I don't believe so.  No.
12 BY MR. SEARS:
13     Q.   Why did you decide to use Cytokeratin 15
14 as opposed to any other stem cell marker?
15          MR. THORNTON:  Objection; form.
16          THE WITNESS:  It's the only
17 investigational antibody that I have experience with
18 that works.  In my prior publications, we tried
19 another system cell marker that didn't work and so I
20 wasn't going to go back to that. This is very
21 expensive testing to get up running.
22 BY MR. SEARS:
23     Q.   Which stem cell marker had you used
24 previously that didn't work?
25     A.   Well, we just -- we just purchased and

Veritext Legal Solutions
800-227-8440                                        973-410-4040

1    tried -- this is years ago, one called Nestin, and
2    it didn't work on control tissue at all.  So we
3    didn't even -- it was never stained on a single
4    specimen in any organized bigger study.
5         Q.    And Cytokeratin 15 works better for
6    staining system cells than Nestin?
7              MR. THORNTON:  Objection; form.
8              THE WITNESS:  I don't know.  I don't know.
9    BY MR. SEARS:
10        Q.    I think in your last answer you said you
11   decided to use Cytokeratin 15 because it works.  Did
12   I hear that?
13        A.    If you'll look in one of the emails that
14   we're probably going to go through or somewhere I
15   said I had tried Nestin before and it didn't work.
16   But this is -- when you buy these antibodies from
17   companies, you never know if they're really -- this
18   is non FDA-approved testing.  There's many companies
19   that make these antibodies that aren't doing a good
20   job, and they're not really what they say they are.
21             So you have to prove in your own lab with
22   internal controls that it's as billed that it's
23   doing what it's saying.  And the Nestin never made
24   it over that first hump.  So I have no idea whether
25   an antibody to Nestin -- I have no idea whether

Page 434

1   there was even antibody in the specimen I bought.
2   But I did say in one email that we had only bought
3   it from one company, so I don't know.
4   BY MR. SEARS:
5       Q.   You decided to use the Cytokeratin 15
6   because it works?
7            MR. THORNTON:  Objection; form.
8            THE WITNESS:  Yes.
9   BY MR. SEARS:
10      Q.   So we talked about how Anne Andrews is on
11  these emails, so she knew that you were going to
12  test Ms. Francis, Ms. Earnest, and Ms. Durden's
13  pathology with the Cytokeratin 15, right?
14      A.   Yes.
15      Q.   Can you think of any other discussions
16  you've are had with anyone about the Cytokeratin 15
17  staining that we haven't talked about?
18      A.   No.
19           (Whereupon, Email dated 4-10-18 was marked
20  as Exhibit 9 for identification.)
21  BY MR. SEARS:
22      Q.   All right.  So I just handed you Exhibit
23  9, and it's an April 10, 2018 email that you sent to
24  Dr. Alexa Poole and Anne Andrews.  And the subject
25  is "The specimens have arrived..." -- and then it

Page 452

1    Q.   When did it become clear to you that the
2  Cytokeratin 15 and Ki-67 staining for Ms. Earnest,
3  Ms. Francis, and Ms. Durden did not have utility?
4    A.   As soon as I looked at them, and there's
5  an email on the day that I think I sent everybody.
6    Q.   But before that, before you looked at
7  them, you thought that there might be some utility
8  in running those tests?
9    A.   Well, it's all we have.  And if you look
10 back at the publication that we were looking at the
11 letter response to, it was chalking up yet another
12 entity into the lack of utility of Cytokeratin 15.
13 It's not very often that you get six biopsies from
14 three patients on permanent chemotherapy-induced
15 alopecia, because these patients by and large don't
16 receive biopsies.  It's the last thing they need is
17 more surgery after what they've been through.  So
18 seeing six biopsies roll in the door all at once is
19 a nice provisional investigation, you know, it's
20 good material to do that with.
21   Q.   So if I understand your answer, you
22 thought that, yes, there was some utility in running
23 the Cytokeratin 15 and Ki-67 staining for Ms.
24 Earnest, Ms. Francis and Ms. Durden?
25   A.   Yeah.  Well ---

1  So that ship had sailed.  So I just wasn't going
2  back.
3  BY MR. SEARS:
4      Q.  As a researcher were you curious to see if
5  there would be any difference in the Cytokeratin 15
6  and Ki-67 staining with Ms. Tuyes versus Ms.
7  Francis, Ms. Durden, and Ms. Earnest?
8          MR. THORNTON:  Objection; form.
9          THE WITNESS:  Yeah, it would be
10 interesting, for sure.  I didn't think it was
11 prudent to do it in the context of legal expertise
12 work, legal expert work and spend money on any more
13 pilot study, provisional study.
14 BY MR. SEARS:
15     Q.  Did plaintiffs' attorney pay you to do the
16 Cytokeratin 15 and Ki-67 staining on Ms. Earnest,
17 Ms. Durden, and Ms. Francis?
18     A.  Yes.
19     Q.  I think you mentioned earlier that that's
20 expensive staining?
21     A.  It's very expensive because it's an
22 investigational antibody.  It's non FDA approved, so
23 when you buy these, as we've talked about, you have
24 to take them and do assessment of them in your own
25 laboratory before you put it on any tissue, like on

1   these patients. So that's the biggest expense.
2        Q.   And obviously, I'm not a scientist or have
3   any ability to be a scientist and that's why I
4   became an attorney, but you as a scientist, when you
5   test something, don't you go into that test with
6   having a hypothesis?
7        A.   Yes.
8        Q.   And so here's what I'm trying to
9   understand, you've talked about how the Cytokeratin
10  15 and Ki-67 staining is expensive.  So what was
11  your hypothesis about what you were going to see
12  with that staining with Ms. Earnest, Ms. Francis,
13  and Ms. Durden?
14            MR. THORNTON:  Objection; form.
15            THE WITNESS:  The interest -- once again,
16  as I said before and is supported by the
17  publications that I have -- the research projects
18  that I've done and published on other diseases like
19  lichen planopilaris, and then the letter in 2017,
20  have a great interest in staining patterns of these
21  antibodies.  And I've done multiple projects where I
22  take a panel of antibodies and put them on tissue,
23  specifically trying to address diagnostic impasses.
24            So my interest isn't in basic, basic,
25  basic cell biology.  It's in identifying new

Page 486

1    Q.   When you write "videos," does that make
2  you think there was more than one?
3    A.   Yeah, it does make me think more.
4    Q.   And then it goes on to say "Here are a few
5  points.  One, validation and testing of stem cells
6  on the biopsy samples, redaction, approach is
7  correct with validation of a test and then testing
8  the samples."  Is the redaction the name of the
9  researcher that's referred to in Invoice 3?
10   A.   Presumably, yes.
11   Q.   So when you say validation of a test, what
12 does that mean?
13   A.   It's what I said about when you buy, say,
14 these immunohistochemical antibodies because it's a
15 non FDA-approved test, the onus is on the laboratory
16 to use the antibody on tissue that has -- to show
17 that it really works as purported to.
18   Q.   And is that --
19   A.   So it's positive negative controls on
20 them.
21   Q.   Is that what this researcher did, they
22 validated the antibody to make sure it worked?
23        MR. THORNTON:  Objection.  You're asking
24 what a researcher did.  That has been ruled to be a
25 work product protected consultant.  So what the

1  A.  Yes.
2  Q.  -- Ms. Francis, and Ms. Earnest?
3  A.  Yes.
4  Q.  So the Cytokeratin 15 tested positive in
5  Ms. Earnest, Ms. Durden, and Ms. Francis' tissue?
6  A.  In these structures, yeah.  We use --
7  Q.  You wrote because it tested positive you
8  did not pursue this further, right?
9  A.  Yes.
10  Q.  If it tested negative, would've you
11  pursued it further?
12  A.  Yes.
13  Q.  Because it tested positive in Ms. Earnest,
14  Ms. Francis, and Ms. Durden, is that an indication
15  to you that their stem cells were not damaged?
16      MR. THORNTON:  Objection; form.
17      THE WITNESS:  No.  Because we're talking
18  about these basaloid bodies here.  And we don't --
19  there's a whole glob of these cells also called
20  telogen bodies, and they're not stem cells.  Maybe
21  one of them is.
22  BY MR. SEARS:
23  Q.  You talked about how if it did test
24  negative, you would have pursued it further.
25  Would've you pursued it further, then, because it