# EXHIBIT D

Jerry Shapiro, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3                         - - -

 4   IN RE: TAXOTERE (DOCETAXEL)

 5   PRODUCTS LIABILITY              MDL No. 2740

 6   LITIGATION                      SECTION: "H"

 7                                   JUDGE MILAZZO MAG.

 8                                   JUDGE NORTH

 9   This document relates to:

10   All cases

11                         - - -

12                   May 19, 2019

13                         - - -

14             Videotaped deposition of

15   JERRY SHAPIRO, M.D., held at Dechert, 1095

16   Avenue of the Americas, New York, New

17   York, commencing at 9:30 a.m., on the

18   above date, before Marie Foley, a

19   Registered Merit Reporter, Certified

20   Realtime Reporter and Notary Public.

21                         - - -

22            GOLKOW LITIGATION SERVICES

23      877.370.3377 ph | 917.591.5672 fax

24              Deps@golkow.com
```

```
 1              If we can't, we do a biopsy, and
 2   then we can hopefully come up with an
 3   answer.  And sometimes even doing all
 4   those steps we don't have a great answer.
 5       Q.   So, a number of causes of hair
 6   loss, including androgenetic, the most
 7   common, we just haven't figured out all of
 8   the scientific information necessary to
 9   know the ultimate cause?
10              MR. SEARS:  Objection; form.
11   BY MR. THORNTON:
12       Q.   True statement?
13       A.   I would say that for
14   androgenetic, we feel DHT,
15   dihydrotestosterone is something that is
16   involved.
17              And we know that genetics have
18   to be involved because these people have
19   such strong genetics for it.
20              So -- so, we feel genetics and
21   hormones are involved, but the exact
22   mechanism of things we don't really have a
23   good feel for.
24       Q.   Okay.  And that's -- that's true
```

Jerry Shapiro, M.D.

1   could have -- but I think the biopsy would
2   help very much in determining what was
3   what.
4       Q.   I just -- anything's possible
5   doesn't help -- doesn't help us very much.
6            Is there anything about it that
7   you would, in your opinion that would
8   be -- that would make it improbable or
9   that would make it impossible?
10      A.   It is possible, very possible
11  that someone could have CCCA and then go
12  on chemotherapy and then get something on
13  top of that, okay.  So that is possible.
14      Q.   And in that case, there are
15  causes of the hair loss would be, as you
16  say, overlapping?
17      A.   Overlapping.
18           A biopsy would help.
19      Q.   How would a biopsy help?
20      A.   Well, a biopsy would determine
21  how much is -- how much CCCA they have,
22  whether indeed they have it, or whether
23  it's purely androgenetic.
24      Q.   Or whether in this case it's, in

1    most give a positive family history, My

2    grandfather was bald.  My mother wore a

3    wig, whatever.  My grandmother wore a wig,

4    or whatever.

5              So, I need to know that family

6    tree, and I shake it til I find somebody.

7         Q.   Turning to page 15 of your

8    report, paragraph 42.

9         A.   Yeah.

10        Q.   And I -- I think we covered

11   this, but I want to make certain we did.

12             I understand that in your

13   practice, it's become increasingly rare

14   for you to perform biopsies because you

15   can accomplish the same thing with your

16   clinical examination using a trichoscopy.

17        A.   It certainly has reduced the

18   amount of biopsies that I need to do.

19        Q.   So, 42:  Because there are many

20   forms of alopecia and a single scalp may

21   have multiple forms of alopecia at the

22   same time, scalp biopsies should be taken

23   from all portions of the scalp that look

24   different from other portions.

Jerry Shapiro, M.D.

1  Q.  It certainly was your practice,
2  though, to take biopsies from both the
3  normal and the abnormal scalp?
4  A.  Initially, but not so much
5  'cause I -- it was more for the abnormal
6  part.  When I started my practice, it was
7  different, okay.  As you get more
8  experience, you don't even have to do that
9  many biopsies.
10         So, it's not only the
11  trichoscopy that has reduced the amount of
12  biopsy, it's my level of experience.
13  Q.  Okay.  Certainly taking biopsies
14  from both the normal and the abnormal
15  portion of the scalp is within the
16  standard of -- of care?
17  A.  For some people.  But I don't --
18  I hardly ever do that anymore.
19  Q.  Okay.
20  A.  Okay.
21  Q.  When you say with some people,
22  standard of care is --
23  A.  Everybody's different.
24         No, I don't think it's standard

1   is considered a stain for stem cells.
2   That's all I can say.
3              I don't know how reliable it is.
4   I -- I can just tell you that it's -- when
5   we hear that this stain was done, people
6   are looking for stem cells.
7        Q.   However, if an unreliable stain
8   is used to test for stem cells, you
9   wouldn't base your opinion on an
10  unreliable test; would you?
11       A.   If it's an unreliable test.  But
12  all I know that amongst hair people, that
13  test is something that we associate with
14  stem cells.  But I am not an expert in
15  stem cells and say how reliable it is.
16       Q.   Do you -- did you make any
17  attempt to search the peer-reviewed
18  literature to see if cytokeratin-15 was or
19  was not a reliable test for stem cells in
20  the hair follicle bulge region before
21  authoring your supplemental report?
22       A.   As a doctor who has devoted
23  his -- his three years -- 30 decades --
24  sorry.  Three decades of work and when

1   stem cells were first discovered I
2   remember when that all came to be, and I
3   remember these stains were important
4   stains.  But I did not look up the latest
5   or anything like that.
6           All I know is that they help
7   identify stem cells.  They also help to
8   identify proliferation of stem cells.  But
9   I don't know the latest literature on it.
10  It may all be refuted.
11      Q.   Do you know any literature?
12      A.   Yeah.  From a long time ago.
13      Q.   I noticed in your supplemental
14  report you didn't reference any scientific
15  literature about cytokeratin-15.
16           Why was that?
17      A.   I thought it was a basic
18  assumption.  I really did.  That it was a
19  sign for stem cells.
20      Q.   Do you know whether the
21  scientific literature shows that
22  cytokeratin-15 staining is -- can test
23  positive for cells other than stem cells?
24           MR. SEARS:  Objection to form.