# EXHIBIT E

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4     ----------------------------x

5     IN RE: TAXOTERE (DOCETAXEL)     ) MDL No. 2740

6     PRODUCTS LIABILITY LITIGATION   ) Section: "H"

7     This Document Relates to:       ) JUDGE MILAZZO

8     ALL CASES                       ) MAG. JUDGE NORTH

9     ----------------------------x

10

11                   V O L U M E  I I

12

13          DEPOSITION OF CHANDRA N. SMART, M.D.

14               SANTA MONICA, CALIFORNIA

15               THURSDAY, MAY 23, 2019

16                    10:27 A.M.

17

18

19

20

21

22    Job No.: 217462

23    Pages: 144 - 188

24    Reported by: Leslie A. Todd

Chandra Smart, M.D.

```
 1      A    No.

 2      Q    Do you consider yourself to be an expert

 3   on cytokeratin 15 staining of the hair follicle?

 4      A    I'm not an expert on keratin staining in

 5   the hair follicle, but, I mean, as far as -- I'm

 6   an expert in reviewing immunohistochemical stains

 7   on tissue, and that includes keratin 15 in the

 8   hair follicle.

 9      Q    So you're not an expert on what it means

10   to find cytokeratin 15 staining, but you're an --

11   in terms of the clinical course of a patient, but

12   you know how to read to see whether cytokeratin 15

13   staining is positive or negative?

14      A    Yes.

15           MR. SEARS:  Objection.  Form.

16   BY MR. THORNTON:

17      Q    I want to make sure my -- my question

18   was clear, and sometimes it is and sometimes it's

19   not, so I'm going to reask it.

20      A    Mm-hmm.

21      Q    I'm not trying to harass you or repeat

22   the question multiple times.

23           Would it be a true statement then that

24   you are not expert on whether finding positive
```

Chandra Smart, M.D.

1    that -- I'm not asking you to either embrace or to

2    refute, but you're aware of that definition in the

3    medical literature, are you not?

4         A    Yes.

5         Q    Okay.  May we call that condition PCIA?

6         A    Yes.

7         Q    So we're talking about the same thing,

8    right?

9         A    Yes.

10        Q    Okay.  Do you consider yourself an

11   expert on whether the presence or absence of

12   cytokeratin 15 positive staining indicates whether

13   or not a patient has PCIA?

14        A    Well, there's no -- like I mentioned

15   before, there's no established evidence in the

16   literature to state whether or not -- you know,

17   what the mechanism of action, whether or not the

18   stem cells being present or absent have anything

19   to do with PCIA.  So saying that you're -- saying

20   that I'm an expert in that, I really can't say

21   because there's no established literature.

22             Where I'm an expert is, is -- in is

23   looking at the H&E stain slides and whether or

24   not --

Chandra Smart, M.D.

```
 1                THE REPORTER:  I need you to slow down.

 2                THE WITNESS:  I'm sorry.  Okay.

 3                THE REPORTER:  "Where I'm expert in is

 4     looking at the"?

 5                THE WITNESS:  The H&E stain slides and

 6     the immunohistochemical slides and determining

 7     what cells are positive and what cells are

 8     negative, and interpreting that in the whole

 9     clinical context of the patient sample.

10     BY MR. THORNTON:

11          Q    So, as I understand it, you are

12     acknowledging that -- well, strike that.

13                You did not cite any literature looking

14     at either CK15 or Ki67 staining in a patient with

15     PCIA; is that correct?

16          A    That's correct.

17          Q    There is no peer-reviewed literature, to

18     your knowledge, looking at cytokeratin 15 staining

19     or Ki67 staining in its connection with PCIA,

20     correct?

21          A    To my knowledge, that's correct, yes.

22          Q    Did you look?

23          A    I did look, yes.

24          Q    It doesn't exist, does it?
```

Chandra Smart, M.D.

```
 1          A     I haven't found it, no.

 2          Q     How did you look?

 3          A     I did a PubMed search.

 4          Q     And if you will look at Exhibit 2, which

 5   is your Exhibit A.  A little confusing.

 6          A     Mm-hmm.

 7          Q     But -- but what this is, is it's the

 8   material that you reviewed and relied upon in your

 9   supplemental report on the subject of these

10   stains, correct?

11          A     Yes.

12          Q     All right.  And I observed that, except

13   as there may be literature -- peer-reviewed

14   literature in the exhibits of Dr. Thompson's

15   deposition, you did not cite any other

16   peer-reviewed literature in support of any of your

17   opinions in your second Rule 26 report, did you?

18          A     That's correct, yes.

19          Q     Why did you not cite additional

20   literature in support of your opinions in your

21   supplemental Rule 26 report?

22          A     Well, my supplemental report just stated

23   my additional findings of whether or not, you

24   know, the cell that -- the keratin 15 cells were
```

Chandra Smart, M.D.

1    there or not, meaning the stain was positive or

2    negative, and whether or not they were

3    proliferating.

4             So that's all my supplemental report

5    was -- I mean, my addendum reports were talking

6    about.  So it was just a positive or negative, are

7    the stem cells present or absent.  So...

8        Q    And it's my understanding, at least from

9    your testimony today, that you do not have an

10   opinion about whether the positive staining that

11   you read, either on the CK15 or the Ki67, has any

12   implications in the diagnosis of whether or not

13   these patients have PCIA.

14            MR. SEARS:  Objection.  Form.

15   BY MR. THORNTON:

16       Q    Correct?

17       A    So that is correct because there isn't

18   any established mechanism in the literature.

19   So...

20       Q    Any -- there's no established mechanism

21   in the literature for what?

22       A    For saying, you know, the presence of

23   keratin 15 positive stem cells -- if you don't

24   have those stem cells in the follicular bulge,

Chandra Smart, M.D.

1  think they're pretty well established in the

2  literature to be, you know, sensitive and specific

3  for picking out people.  So...

4      Q    And once again, I understand that you

5  don't purport to be an expert on stem cells, and

6  I'm not trying to get you out of your field, but

7  do you have a general understanding that

8  there's -- there are progenitor cells as well as

9  stem cells, and that making the distinction

10  between the two can be tricky?

11      A    Making a distinction between the two

12  histologically or --

13      Q    Yes.

14      A    Yes.

15      Q    I understand that there's some

16  discussion about whether a conversion from

17  follicle stem cells to progenitor cells plays a

18  role in, for instance, the cause of androgenetic

19  alopecia.

20          Are you familiar with that

21  literature?

22      A    I'm not familiar with that literature,

23  no.

24      Q    Are some of these stains used in the

Chandra Smart, M.D.

1    context of cancer tumor detection, either the

2    keratin 15 or the Ki67, at UCLA?

3         A    Not keratin 15, but Ki67.

4         Q    And why is Ki67 used for tumor

5    detection?

6         A    We use it as a proliferative marker

7    for --

8              THE REPORTER:  I'm sorry, use it as a

9    what?

10             THE WITNESS:  A proliferative marker.

11             -- to see like, you know, if the cells

12   in the particular tumor are -- if we have a high

13   Ki67, that means it's proliferating quickly, and

14   that makes you think more of a malignant type

15   process, and if it's low, then you think you see

16   that more in benign tumors.

17   BY MR. THORNTON:

18        Q    And as I understand it, you don't do any

19   work in that area?

20        A    Using Ki67 or --

21        Q    Yes.

22        A    I use Ki67.

23        Q    For -- for cancer detection?

24        A    For cancer -- not to detect the cancer.

Chandra Smart, M.D.

1   We see the cancer on the slide, but to --

2       Q    Right.

3       A    -- to further make the diagnosis and

4   say -- like for melanomas, I would say I use the

5   Ki67 stain because we look for the proliferation

6   rate, and if it's high, then we think it's more of

7   a malignant tumor versus if it's low, it might not

8   necessarily be malignant.  So...

9       Q    Okay.

10          MR. THORNTON:  All right.  I have

11  nothing further.

12                   EXAMINATION

13  BY MR. SEARS:

14      Q    I just have a couple of questions.

15          You were asked some questions about your

16  expertise and what you're an expert in.

17          Are you an expert in reviewing slides

18  that have been stained with Ki67 and cytokeratin

19  15 and reading those slides?

20      A    Yes.

21      Q    Have you seen peer-reviewed literature

22  that discusses that cytokeratin 15 is a reliable

23  stain to determine if stem cells are present in

24  the bulge region of the hair follicle?

Chandra Smart, M.D.

1          A    Yes.

2               MR. SEARS:  That's all I have.  Thank

3     you.

4                    FURTHER EXAMINATION

5     BY MR. THORNTON:

6          Q    Just one more.  Why did you cite no

7     literature in your -- in your paper to that

8     effect?

9          A    To me, being able to interpret -- I'm

10    sorry.  To what effect?

11         Q    Yes, that -- you didn't cite any

12    authority for the fact that Ki67 may or may not be

13    a reliable marker for stem cells in the bulge

14    region, did you?

15         A    Well, Ki67 is not a reliable marker for

16    stem cells.  It just tells you whether or not the

17    cells that are present, whatever cells they are,

18    are proliferating.

19         Q    Okay.  You didn't cite even any

20    literature for that, right?

21         A    In -- do you mean in my -- in this

22    supplemental report?

23         Q    Or in either of your reports.

24         A    No, just -- I didn't cite any literature

Chandra Smart, M.D.

1   because that's something that I do daily.  So it's

2   not -- like interpreting those slides is not

3   anything I needed to supplement -- I'm not --

4   maybe I'm not understanding your question.

5        Q    Okay.  Well, let -- let's talk about the

6   cytokeratin 15.  Cytokeratin 15, you've already

7   testified you don't -- that's not something that

8   you work with, and you haven't cited any authority

9   for the proposition that it is a reliable marker

10  for stem cells in the bulge region.

11            Why is that?

12       A    That was -- I mean, there is -- there's

13  not actually a good reason for that.  I mean, I

14  did like a quick literature search, and, I mean, I

15  looked up articles, but when I was -- there's no

16  good reason for me not citing in the report.  I

17  did a PubMed search, and, you know, that's where I

18  got my information from, but there's no good

19  reason for me not citing it in the report.

20       Q    And are you generally aware that there

21  are some open questions about whether or not

22  cytokeratin 15 is or is not a reliable and

23  accurate test for stem cells in the bulge?

24       A    I'm aware that there's some questions --