# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.: 2740

SECTION: H

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 1
Pages 1 through 300

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

```
                                              Page 125
 1   Ms. Durden, and Ms. Francis all had biopsies taken,
 2   right?
 3        A.   Absolutely, yes.
 4        Q.   And you know that Dr. Thompson looked at
 5   those biopsies?
 6        A.   I know that.
 7        Q.   And I believe you reviewed the dermpath
 8   report that he put together for all three women,
 9   right?
10        A.   Absolutely, yes.
11        Q.   And that's part of the materials that
12   you're relying on for your opinions, right?
13        A.   Yes.
14        Q.   So in your practice, do you personally
15   biopsy the patients?
16        A.   Usually, no, I have a -- in -- here, I have
17   the resident taking the biopsy.  In Italy, I have
18   a -- doctors working for me taking the biopsy.
19        Q.   And you agree that the -- that using
20   trichoscopy is helpful in selecting the biopsy site,
21   right?
22        A.   It's very important to select biopsy site
23   in scarring alopecia, keep this in mind, not in all
24   types of alopecia.
25        Q.   So one reason that trichoscopy is useful
```