# EXHIBIT J

**CHANDRA N. SMART, MD**
ANATOMIC PATHOLOGY, DERMATOPATHOLOGY
RONALD REAGAN UCLA MEDICAL CENTER,
SANTA MONICA, CALIFORNIA

**SUPPLEMENTAL EXPERT REPORT OF DR. CHANDRA N. SMART**
*IN RE: TAXOTERE (DOCETAXEL) PRODS. LIAB. LITIG.*, MDL NO. 2740

I have been asked to prepare this supplemental report after reviewing newly-produced materials. In particular, in preparing this report, I have reviewed the following:
- The Cytokeratin 15 and Ki-67 stained slides for Ms. Earnest, Ms. Durden, and Ms. Francis;
- Dr. Thompson's two update depositions with exhibits;
- Dr. Tosti's update deposition with exhibits;
- Dr. Thompson's invoices; and
- Dr. Thompson's emails.

The opinions and analysis set forth herein are made to a reasonable degree of medical and scientific probability. This means I believe them to be true, based on all available data and reasonable scientific and medical principles. I have used the same type of scientific rigor in the analysis and reasoning here, that I use every day in my professional work.

### I.    Disclosures

I am being compensated in connection with this matter at my customary rate of $1,100 per hour for consultation, records review, deposition, and trial testimony.

During the preceding four years, I have not testified as an expert at trial or by deposition other than in this MDL.

I am attaching a list of supplemental materials reviewed as **Exhibit A**.

At the time of trial, I may use pathology slides, microphotographs, photographs, or other records or graphics to assist with the illustration of my opinions. I may also amend and further supplement my opinions based on additional materials provided to me after the date of this report.

### II.    Hair Follicle Anatomy

The hair follicle consists of many structures. At the base of the hair follicle, is the papilla. The hair matrix is found around the papilla. The hair follicle also has an internal and external root sheath. The bulge region is located in the outer root sheath at the insertion point of the arrector pili muscle. Importantly, for the

1

discussion below, the bulge region contains follicular stem cells, which supply the hair follicle with new cells for hair growth.

### III. Plaintiffs' Experts' Hypothetical Mechanism of Action

Taxotere has not been proven to cause ongoing alopecia after the completion of chemotherapy. Further, there is no proven mechanism of action for why Taxotere would cause ongoing alopecia after the completion of chemotherapy.

Plaintiffs' retained dermatopathologist, Dr. Thompson, agrees that there is no established mechanism of action for why Taxotere would cause ongoing alopecia after the completion of chemotherapy.[1] Likewise, Plaintiffs' retained dermatologist, Dr. Tosti, agrees that there is no established mechanism of action for why Taxotere would cause ongoing alopecia after the completion of chemotherapy.[2]

Nevertheless, during her initial deposition, Dr. Tosti proposed a hypothetical mechanism of action for why Taxotere would cause ongoing alopecia after the completion of chemotherapy.[3] More specifically, Dr. Tosti speculated that chemotherapy may damage the stem cells in the bulge or the dermal papilla of the hair follicle.[4]

Likewise, Dr. Thompson relied on literature in forming his opinions in which he hypothesized that the theoretical mechanism of action for why a chemotherapy drug could potentially result in persistent hair loss is that it kills the stem cells in the bulge region of the hair follicle.[5] Furthermore, during his supplemental deposition, Dr. Thompson noted that his speculative mechanism of action for why chemotherapy would cause ongoing alopecia is that it somehow kills or exhausts the stem cells in the bulge region.[6] Moreover, Dr. Thompson has published medical literature that asserts the aforementioned as the hypothetical mechanism of action.[7]

### IV. Cytokeratin 15 and Ki-67 Stains

Cytokeratin 15 is an immunohistochemical stain. Cytokeratin 15 can be used to determine if stem cells in the bulge region of the hair follicle are present. If stem cells are present in the bulge region of the hair follicle, the Cytokeratin 15 stain will be positive.[8] If the stem cells are not present, the Cytokeratin 15 stain will be negative.

---

[1] Dr. Thompson November 30, 2018 Deposition, 51:4-53:25.
[2] Dr. Tosti December 4, 2018 Deposition, 26:20-28:3, 29:4-17.
[3] Dr. Tosti December 4, 2018 Deposition, 27:6-17.
[4] Dr. Tosti December 4, 2018 Deposition, 27:6-17.
[5] Dr. Thompson April 3, 2019 Deposition, 401:21-402:2.
[6] Dr. Thompson April 3, 2019 Deposition, 415:4-11.
[7] Dr. Thompson April 3, 2019 Deposition, 402:3-404:10.
[8] Dr. Tosti April 8, 2019 Deposition, 515:18-23.

2

Dr. Thompson and Dr. Tosti both noted during their depositions that Cytokeratin 15 is not approved by the FDA for diagnostic testing. Even so, Cytokeratin 15 is a reliable stain to determine if stem cells are present in the bulge region of the hair follicle. Indeed, Dr. Thompson stated that he decided to use Cytokeratin 15 because it works.[9]

Further, the results obtained by the testing here are reliable, especially considering that Dr. Thompson validated the antibody before using it on Ms. Earnest's, Ms. Francis', and Ms. Durden's scalp biopsy specimens.

More specifically, Dr. Thompson charged plaintiffs' counsel $3,700 for reintroduction of Cytokeratin 15 in his lab.[10] In other words, as he noted during his deposition, before using the Cytokeratin 15 on Ms. Earnest's, Ms. Francis', and Ms. Durden's scalp biopsy specimens, he validated the antibody to make sure it worked.[11]

Ki-67 is a stain used to test cell proliferation. If the cells are proliferating, the stain will be positive. Stem cells have a high proliferation rate. If stem cells in the bulge region of the hair follicle are proliferating, the Ki-67 stain will be positive.

### V.    Plaintiffs' Purpose for Cytokeratin 15 and Ki-67 Staining

Based on my review of these materials, both Dr. Tosti and Dr. Thompson desired to conduct testing for stem cell markers on Ms. Francis', Ms. Durden's, and Ms. Earnest's scalp biopsy specimens. It is likely that their goal for conducting this testing was a desire to confirm or bolster their opinions that Ms. Francis', Ms. Durden's, and Ms. Earnest's alopecia was caused by chemotherapy. More specifically, they were likely seeking evidence to support their hypothetical mechanism of action theory that chemotherapy kills stem cells in the bulge region of the hair follicle.

Dr. Tosti and Dr. Thompson sent emails discussing the purpose of conducting the Cytokeratin 15 and Ki-67 staining. In a March 27, 2018 email exchange, Dr. Tosti told Dr. Thompson that the plaintiffs intended to have scalp biopsies performed and test them for stem cell markers.[12] Dr. Tosti suggested that the pathology be tested for stem cell markers to determine on a cellular level whether chemotherapy harms stem cells in the hair follicle.[13]

As discussed, Cytokeratin 15 is a stain used to test if stem cells are present in the bulge region of the hair follicle. Dr. Thompson has published literature that states,

---

[9] Dr. Thompson April 3, 2019 Deposition, 434:5-8.
[10] Dr. Thompson's Invoice #1, dated April 27, 2017.
[11] Dr. Thompson April 3, 2019 Deposition, 486:21-487:7.
[12] March 27, 2018 email from Dr. Tosti to Dr. Thompson.
[13] Dr. Tosti April 8, 2019 Deposition, 533:2-8.

3

"CK-15 loss would also be seen after direct toxicity on the follicular stem cells as seen in permanent alopecia after chemotherapy."[14]

In an April 10, 2018 email, Dr. Thompson noted that he received pathology for Ms. Earnest, Ms. Francis, and Ms. Durden.[15] About a week later, on April 16, 2018, Dr. Thompson emailed plaintiffs' attorneys and Dr. Tosti stating that, "We are testing the cytokeratin 15 immunohistochemistry test today and hope to stain these cases later tomorrow or Wednesday morning. In the event that the cytokeratin 15 findings do not add to the information, I will issue my reports without that information."[16]

During his deposition, Dr. Thompson noted that he was looking for unique staining patterns with the Cytokeratin 15 and Ki-67 stains that would differentiate ongoing hair loss caused by chemotherapy from other forms of alopecia.[17] He testified that if he saw a difference in staining pattern, he would think that would warrant further investigation.[18]

But Dr. Thompson did not see a difference in staining pattern with Ms. Francis', Ms. Earnest's, and Ms. Durden's pathology.[19] Indeed, Dr. Thompson testified that he did not see any unique staining patterns with Ms. Francis', Ms. Earnest's, and Ms. Durden's pathology.[20]

During Dr. Thompson's deposition, he testified that the Cytokeratin 15 tested positive in Ms. Earnest's, Ms. Durden's, and Ms. Francis' tissue.[21] In an August 6, 2018 email, Dr. Thompson acknowledged that because "the cytokeratin 15 was still positive in the 'basaloid bodies' in the pCIA cases, I did not pursue this further."[22]

In contrast, Dr. Thompson testified that if the Cytokeratin 15 tested negative, he would have pursued it further.[23] But because it tested positive, he did not pursue it further.[24]

The testing Dr. Thompson conducted did not support plaintiffs' experts' theories.

---

[14] Dr. Thompson April 3, 2019 Deposition, 405:2-6.
[15] April 10, 2018 email from Dr. Thompson to Alexa Poole and Anne Andrews.
[16] April 16, 2018 email from Dr. Thompson to Lauren Davis, Anne Andrews, Alexa Poole, Bradley East, and Dr. Tosti.
[17] Dr. Thompson April 3, 2019 Deposition, 419:25-420:4, 459:14-24.
[18] Dr. Thompson April 3, 2019 Deposition, 476:17-477:2.
[19] Dr. Thompson April 3, 2019 Deposition, 476:17-477:2.
[20] Dr. Thompson April 3, 2019 Deposition, 420:5-8.
[21] Dr. Thompson April 3, 2019 Deposition, 492:4-6.
[22] August 6, 2018 email from Dr. Thompson to Anne Andrews and John Thornton.
[23] Dr. Thompson April 3, 2019 Deposition, 492:10-12.
[24] Dr. Thompson April 3, 2019 Deposition, 492:7-9.

Dr. Thompson issued both his dermatopathology reports as well as his Rule 26 report without reference to Cytokeratin 15 or Ki-67 staining.[25] Further, in his initial deposition, despite relying on literature and publishing literature himself that suggested that the hypothetical mechanism of action is due to loss of stem cells in the bulge region, Dr. Thompson did not mention that Cytokeratin 15 or Ki-67 staining had been done.[26] Likewise, Dr. Tosti failed to mention that Cytokeratin 15 and Ki-67 staining had been done on Ms. Earnest's, Ms. Francis', and Ms. Durden's pathology in her report or initial deposition.

### VI. Aivita Biomedical/Videos Reviewed by Dr. Thompson

Even before the pathology materials were sent to Dr. Thompson, they were being stored at a facility that specializes in stem cell research. More specifically, both Dr. Tosti and Dr. Thompson were included on a March 28, 2018 email, which notes that Ms. Earnest's, Ms. Francis', and Ms. Durden's pathology was being stored in Newport Beach California in Dr. Alexa Poole's possession.[27]

Dr. Alexa Poole's email address is for Aivita Biomedical. I reviewed Aivita Biomedical's website. Aivita Biomedical is a company that specializes in stem cell research.

After Dr. Thompson stained Ms. Earnest's, Ms. Francis', and Ms. Durden's pathology with Cytokeratin 15 and Ki-67 and reviewed the results of those stains, he reviewed a video sent to him by plaintiffs' counsel.[28] The video he reviewed involved a researcher retained by plaintiffs' counsel to do work.[29] The researcher is a follicular stem cell researcher.[30]

During his deposition, Dr. Thompson stated that the video he reviewed involved stem cell research.[31] Dr. Thompson noted that the video he watched about stem cells was proposing a project and saying how the project would be done.[32]

Dr. Thompson's role in that project was going to be to provide the researcher with tissue for various hair loss diseases from his lab.[33]

After watching the video, Dr. Thompson sent an email to plaintiffs' counsel about the video.[34] In that email, Dr. Thompson noted that the approach used by the

---

[25] Dr. Thompson April 3, 2019 Deposition, 439:14-16, 444:7-11.
[26] Dr. Thompson April 3, 2019 Deposition, 498:10-18.
[27] March 28, 2018 email from Anne Andrews to Dr. Tosti, Dr. Thompson, and Dr. Poole.
[28] Dr. Thompson's Invoice #3, dated September 7, 2018.
[29] Dr. Thompson April 3, 2019 Deposition, 505:7-12.
[30] Dr. Thompson April 3, 2019 Deposition, 508:10-13.
[31] Dr. Thompson April 3, 2019 Deposition, 457:20-24.
[32] Dr. Thompson April 3, 2019 Deposition, 490:1-13.
[33] Dr. Thompson April 3, 2019 Deposition, 481:15-483:7, 491:13-21.
[34] August 6, 2018 email from Dr. Thompson to Anne Andrews and John Thornton.

researcher is correct with validation of a test and then testing of samples. Dr. Thompson also wrote that he did not know if the researcher had access to his data but that he had already done Cytokeratin 15 testing and that because the Cytokeratin 15 stains tested positive, he did not pursue this further.[35]

The tissue for the proposed project was never requested from Dr. Thompson.[36]

### VII. Opinions

I have reviewed the Cytokeratin 15 and Ki-67 stained slides for Ms. Earnest, Ms. Durden, and Ms. Francis and drafted supplemental pathology reports, which are attached as **Exhibit B**. The Cytokeratin 15 and Ki-67 slides for all three women tested positive. In other words, for all three women, stem cells in the bulge region are present and proliferating.

If plaintiffs' experts' proposed mechanism of action theory is correct, one would expect the Cytokeratin 15 and Ki-67 stains to test negative and show the absence of stem cells in the bulge region of Ms. Earnest's, Ms. Durden's, or Ms. Francis' hair follicles.

Additionally, because the stem cells are present, they do not have permanent hair loss.

### VIII. Conclusion

The Cytokeratin 15 and Ki-67 slides for Ms. Earnest, Ms. Durden, and Ms. Francis test positive for the presence of stem cells in the bulge region that are proliferating. Further, because the stem cells in the bulge region are still present, any alopecia Ms. Durden, Ms. Earnest, and Ms. Francis may have is not permanent.

Signed:

_Chandra Smart, MD_

Chandra N. Smart, M.D.
Los Angeles, California
May 10, 2019

---

[35] Dr. Thompson April 3, 2019 Deposition, 484:24-485:6.
[36] Dr. Thompson April 3, 2019 Deposition, 483:22-484:2.