# EXHIBIT K

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4      IN RE TAXOTERE (DOCETAXEL)     )

        PRODUCTS LIABILITY LITIGATION )  MDL NO. 2740

 5                                     )

        THIS DOCUMENT RELATES TO:      )  SECTION: H

 6                                     )

        ANTOINETTE DURDEN,             )

 7      CASE NO. 2:16-cv-16635         )

        TANYA FRANCIS,                 )

 8      CASE NO. 2:16-cv-17410;        )

        BARBARA EARNEST,               )

 9      CASE NO. 2:16-cv-17144         )

                                       )

10      _____)

11

12          VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.

13                 FRIDAY, DECEMBER 7, 2018

14

15

16

17

18      JOB NO. 3151489

19

20      REPORTED BY STEPHANIE J. COHEN,

21      CSR NO. 7920

22

23

24

25      Job No. NJ3151489
```

 1      Q     Do you have an opinion as to how Taxotere

 2   causes permanent alopecia?

 3      A     Well, I think it's well-known that Taxotere

 4   is a cytotoxic chemotherapy agent that can attack

 5   the hair in two different ways.  It's a systemic

 6   drug, so it circulates all throughout the body.

 7           Because you have blood vessels in the

 8   scalp, the scalp gets exposed.  The hair follicles

 9   get exposed to the drug.  It is known there's two

10   ways that this chemotherapy can lead to hair loss.

11           It can attack during the growth phase of

12   the hair, but it can also cause thinning of the hair

13   shaft during the telogen phase and so it breaks off

14   and you only get these little baby hairs.  That is

15   what's thought in terms of permanent alopecia.

16           And I have experience with stem cells in

17   another part of the type of work I do, is that cells

18   in your body have what's called stem cells that can

19   renew and replicate.  The thought is that it may be

20   poisoning the stem cells so that once that hair is

21   lost, it's lost.  You don't have a renewal

22   capability.

23           So that's -- would be one of the proposed

24   mechanisms of how it could lead to permanent hair

25   loss.  The mechanism of reversible alopecia is very

                                                    Page 149

1    well-known.

2       Q    Okay.  The mechanism of what you call

3    irreversible alopecia would you agree is not

4    well-known?

5       A    I could say it's -- I'm probably not the

6    right expert to comment on the causation of

7    alopecia, I think.  You asked me what I think in

8    terms of the mechanism of action and I proposed what

9    people are evaluating it.

10      Q    But do you have an opinion as to the

11   mechanism of action as to how Taxotere causes

12   permanent hair loss?

13           MR. THORNTON:  Objection; form.

14           THE WITNESS:  I have an opinion based on my

15   knowledge of how stem cells work and based on my

16   knowledge of how stem cells work in the human body

17   and I have an opinion based on the fact that this is

18   a systemic chemotherapy that is circulating to the

19   scalp.

20           So my opinion is that it's probably somehow

21   attacking the stem cell and irreversibly either

22   damaging it, destroying it or perhaps interfering

23   with its signaling pathway so that it can't do what

24   it needs to do.

25

1   BY MR. KAUFMAN:

2       Q    Has that mechanism of action been

3   scientifically proven?

4       A    Not to my knowledge.

5       Q    So you would agree that the mechanism of

6   action that supports your opinion is theoretical?

7       A    I think there's very strong biologic

8   plausibility based on Taxotere's ability to kill

9   hair follicles that it wouldn't take -- it does not

10  take a stretch to think that there might be an

11  ability to attack the stem cell and somehow

12  interfere with signaling or kill it.

13          Is it proven?  No.

14      Q    You don't know that for sure, do you?

15      A    No.

16      Q    How does permanent alopecia present in a

17  woman who took Taxotere?

18      A    It would present, first of all, she has

19  hair loss during the course of her chemotherapy and

20  in general, you know, that can happen a couple of

21  weeks in or maybe after Cycle 2.

22          And then instead of hair growing back at

23  the end of chemotherapy, she continues to have no

24  recovery of her hair, so there may be -- it depends

25  on the type of alopecia she has whether or not

1          THE WITNESS:  I think that I already go

2     through the biologic plausibility with mechanism of

3     action of this drug causing alopecia, so that does

4     address that issue.  I showed you data on dose

5     response.

6          I showed you data on these being treatment

7     emergent with the Taxotere regimen.  I have showed

8     you data that this is increased compared to the

9     control.  So all these factors tie in beautifully

10    with causation issues.

11    BY MR. KAUFMAN:

12    Q    Did you in your expert report present an

13    analysis of those factors to reach your conclusion

14    that Taxotere causes permanent hair loss?

15    A    I believe my text adequately and

16    sufficiently addresses that.

17    Q    Show me where in your report you think that

18    text adequately and sufficiently addresses that.

19    A    It's all throughout my report.

20    Q    Okay.  Give me some examples.

21    A    Well, I have showed you the examples in

22    some papers with the dose response.  I have shown

23    you the data or surely you've seen it with the

24    increased risk in the randomized controlled clinical

25    trial.

1        I have text in there about the biologic

2   plausibility given the mechanism of action of

3   Taxotere in causing hair loss.  We have talked and I

4   hypothetized in the report about permanency perhaps

5   being caused or could be caused if they actually

6   destroyed the stem cells, so I think they do address

7   them.  That's my opinion.

8        Q    Okay.  In forming your opinion that

9   Taxotere causes permanent hair loss, did you look

10  for alternate explanations for the association, and

11  if so, what did you look for?

12       A    Well, I mean the randomized controlled

13  trial is a very good way to look at it because those

14  are a variety of variables.  So whatever was done in

15  terms of endocrine therapy, radiation therapy is

16  done in both arms.

17          So seeing an increased risk in a controlled

18  clinical trial is an excellent way to look at

19  increased risk of an adverse event.

20       Q    Were you referring to Tax 316 in that

21  instance?

22       A    I was referring to both trials, Geica

23  9805 -- there's only two randomized clinical trials

24  for which we even have data on permanent alopecia,

25  at least that's all I'm aware of from Sanofi.  If