## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| SHARON THOMPSON, et al, | : | |
| | : | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| Plaintiff(s), | : | Civil Action   No.: 2:18-cv-11555 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : | |
| | : | |
| Defendant(s). | : | |
| -------------------------------------------------------- | : | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7449);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of June, 2019.

_____

JUDGE, UNITED STATES DISTRICT COURT