**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  **TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
            **PRODUCTS LIABILITY LITIGATION**

                                                                          **SECTION "H" (5)**

                                                                          **JUDGE MILAZZO**
                                                                          **MAG. JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**
**DEBRA BOUCHER vs. SANDOZ, INC., ET AL**            **Civil Action No. 2:18-cv-10494**

_____

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO**
**ALL EXCEPT ACCORD HEALTH CARE, INC.**

Pursuant to CMO 12A. Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated at Sturgeon Bay, Wisconsin this 26th day of June, 2019

                                        **PINKERT LAW FIRM LLP**

                                        *Electronically signed by Jon R. Pinkert*

                                        Jon R. Pinkert
                                        Attorneys for Plaintiff
                                        State Bar No. 1034209

ADDRESS:

454 Kentucky Street
P.O. Box 89
Sturgeon Bay, WI 54235-0089
Telephone:     (920) 743-6505
Facsimile:     (920) 743-2041

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated at Sturgeon Bay, Wisconsin, this 26th day of June, 2019.

/s/  Amy S. Benesh