UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7481-1] Exhibit A to Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini;

2. [Rec. Doc. 7481-2] Exhibit B to Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini; and

3. [Rec. Doc. 7481-3] Exhibit C to Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini.

On Thursday, June 27, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: June 26, 2019                          Respectfully submitted,

| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
|---|---|
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

1

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews Thornton Higgins Razmara, LLP | Atkins & Markoff Law Firm |
| 2 Corporate Park, Suite 110 | 9211 Lake Hefner Parkway, Suite 104 |
| Irvine, CA 92606 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III | Karen Barth Menzies |
| Martzell, Bickford & Centola | Gibbs Law Group LLP |
| 338 Lafayette Street | 6701 Center Drive West, Suite 1400 |
| New Orleans, LA 70130 | Los Angeles, California 90045 |
| Phone: (504) 581-9065 | Phone: 510-350-9700 |
| Fax: (504) 581-7635 | Fax: 510-350-9701 |
| lcentola@mbfirm.com | kbm@classlawgroup.com |
| Christopher L. Coffin | David F. Miceli |
| Pendley, Baudin & Coffin, L.L.P. | David F. Miceli, LLC |
| 1100 Poydras Street, Suite 2505 | P.O. Box 2519 |
| New Orleans, Louisiana 70163 | Carrollton, GA 30112 |
| Phone: (504) 355-0086 | Phone: (404) 915-8886 |
| Fax: (504) 355-0089 | dmiceli@miceli-law.com |
| ccoffin@pbclawfirm.com | |

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                           */s/ Dawn M. Barrios*
                                                           Dawn M. Barrios