UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini (Rec. Doc. 7481) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-C) to the Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1