# EXHIBIT A

**CURRICULUM VITAE**
**JOHN W. THOMPSON, JR, M.D.**

May 2014

**Address:**          Tulane University School of Medicine
                      Department of Psychiatry and Behavioral Science TB 53
                      1440 Canal Street, 10th Floor
                      New Orleans, Louisiana 70112

**Telephone:**        (504) 988-0847

**Birthplace & Date:** June 3, 1956   New Orleans, Louisiana

**EDUCATION:**

University of Texas at San Antonio, San Antonio, Texas.  August 1979 – May 1982, B.S. in Biology.

University of Texas Medical Branch, Galveston, Texas.  June 1982 – May 1986, M.D.

University of Florida, College of Medicine, Gainesville, Florida, July 1986 – June 1990, Psychiatric Residency Training.

University of Florida, College of Medicine, Gainesville, Florida, July 1989 – June 1990, Forensic Fellow in Psychiatry.

**BOARD CERTIFICATION:**

ABPN - Diplomate of the American Board of Psychiatry and Neurology, in Psychiatry, April 1992. #35664

ABPN - Added qualifications in Forensic Psychiatry, December 1994.  #244

ABPN - Added qualifications in Addiction Psychiatry, June 1998, #1518.

ABPN - Board Examiner Part II, 1995 to present.

**LICENSURE:**

Louisiana Medical License 09107R, March 1992.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 2**

**ACTIVITIES IN MEDICAL, PROFESSIONAL OR MENTAL HEALTH ORGANIZATIONS:**

American Psychiatric Association, 1985-present.

Louisiana Psychiatric Medical Association, 1992-present.

American Academy of Psychiatry and the Law, 1990-present.

American Academy of Addiction Psychiatry, 1992-present.

American Academy of Forensic Sciences - 1996 to present.

Forensic Director, State of Louisiana.  National Association of State Mental Health Directors, September 1993 to present.

Co-Chairman, Law & Psychiatry Think Tank, joint venture between Tulane and LSU, February 2003 to August 2005.

Tulane University School of Medicine – Department of Psychiatry & Neurology's Executive Finance Committee – 1995 to present.

Tulane University School of Medicine – FPP Executive Committee – July 1, 2003 to present.

Tulane University School of Medicine – Billing and Collection Subcommittee – July 1, 2003 to August 2005.

**COMMUNITY SERVICE, CIVIC & SOCIAL ACTIVITIES:**

Active Participant in Triathlons and long distance cycling events since 1986.

**MILITARY SERVICE:**

United States Air Force, July 29, 1976 - July 28, 1982, Radiologic technician, Rank E-5.  Supervised weekend shift radiology department at Wilford Hall Medical Center, 1977-1982.

United States Air Force, 9/30/88 to 6/30/92, Rank O-3.  Served as Inpatient Staff Psychiatrist and periodic appointments as Inpatient Chief at Wilford Hall Medical Center, San Antonio, Texas, 1990-1992.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 3**

**CLINICAL APPOINTMENTS:**

Wilford Hall Medical Center, San Antonio, Texas.  Inpatient Attending
Psychiatrist. July 1, 1990.

Wilford Hall Medical Center, San Antonio, Texas.  Acting Inpatient Chief,
periodic appointments, January 1991 – September 1992.

Medical Director, Addictive Behavior Unit, The Ochsner Clinic, New Orleans,
Louisiana, June 15, 1992 to August 31, 1993.

Clinical Director for Feliciana Forensic Facility and Eastern Louisiana Mental
Health System in Jackson, Louisiana, September 1, 1993 to present.

Chief of Staff, Eastern Louisiana Mental Health System, March 2002 – present.

**ADMINISTRATIVE APPOINTMENTS:**

Undergraduate Education Committee, Graduate Education Committee, Resident
Selection Committee, Department of Psychiatry, University of Florida, 1986-
1990.

Quality Assurance/Risk Management Coordinator for the Division of Mental
Health.  Entailed supervising the QA/RM for Depts. of Psychiatry, Psychology,
Social Work and Occupational Therapy, Wilford Hall Medical Center, June 5,
1991 to January 31, 1992.

Coordinator in Dept. of Psychiatry WHMC for implementation and operating
instructions of Clozaril Treatment System, January-August 1991.

Quality Assurance/Risk Management Coordinator for the Addictive Behavior
Unit, Ochsner Clinic, New Orleans, Louisiana, June 1992 to August 31, 1993.

Physician Advisor, The Ochsner Health Plan, September 1992 to August 31,
1993.

**ACADEMIC APPOINTMENTS:**

Associate Clinical Professor, University of Florida, Department of Psychiatry,
1990 to present.

Associate Clinical Professor, University of Texas Health Science Center at San
Antonio, May 1991 to June 1992.

Associate Professor of Clinical Psychiatry, Tulane University School of
Medicine, September 1, 1993 to June 30, 2004.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 4**

**ACADEMIC APPOINTMENTS (continued):**

Promoted to Professor of Clinical Psychiatry, Tulane University School of Medicine, July 1, 2004 to present.

Director of the Division of Forensic Neuropsychiatry, Tulane University School of Medicine, September 1, 1993 - present.

Founding Director of Fellowship in Forensic Psychiatry, Tulane University School of Medicine, July 1, 1994 - present.

Vice-Chairman of Adult Psychiatry, Department of Psychiatry & Neurology, Tulane University School of Medicine, January 1, 2000 - present.

**TEACHING ACTIVITIES:**

Forensic Seminar Series, Civil, Criminal, Malpractice with Landmark Case review in specific areas.  Wilford Hall Medical Center to PGY-2 Residents, March 1991 and February 1992.

Forensic Seminar Series, University of Texas Health Science Center, 10 lecture series on various aspects of Forensic Psychiatry and Risk Management, July-October 1991.

"Malingered Post-Traumatic Stress Disorders." presented to National Association of Disability Examiners conference, Austin, Texas, October 10, 1991.

"Informed Consent and Right to Refuse Treatment in Psychotropic Prescribing." CME conference PRACTICAL RISK MANAGEMENT FOR THE MENTAL HEALTH PROFESSIONAL, University of Florida College of Medicine, Division of CME, November 23, 1991.

Preceptor for UTHSC Medical Students on Interviewing and "AMSIT" Mental Status Examination training, September-December 1991.

Forensic Seminar Series, Co-chaired with Dr. Gene Usdin for PGY-3 and PGY-4 Residents at Ochsner Clinic, Louisiana State University and Tulane University. October to December 1992.

Substance Abuse Seminar Series, for PGY-2 residents at the Ochsner Clinic, New Orleans, September to December 1992.

"The History of the Insanity Defense."  Grand Rounds Presentation, Department of Psychiatry, The Ochsner Clinic, January 12, 1993.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 5**

**TEACHING ACTIVITIES (continued):**

"Adolescence and Addiction."  CME Conference - 5th Annual Outpatient
Management in Family Practice, Ochsner Clinic, New Orleans, April 17, 1993.

"The History of the Insanity Defense."  Grand Rounds Presentation, Department
of Psychiatry, Tulane University School of Medicine, October 1, 1993.

Presentation on Gambling Addiction, Biloxi Regional Medical Center, Biloxi,
MS, Fall 1993.

"PRIME-MD:  A New Instrument for Diagnosing Mental Disorders in Primary
Care."  Program Director for this CME presentation, December 11, 1993 and
October 29, 1994**.**  Featuring Dr. Sheldon Preskorn.

"Gambling: Fun to Addiction."  Guest speaker at annual Byron Griffith Memorial
Presentation, Tulane University School of Medicine, May 19, 1994.

"Informed Consent, Medication Refusal."  Coordinator of state forensic CME
presentation, Southeastern Louisiana State Hospital, June 3, 1994.

Grand Rounds Presentations, Feliciana Forensic Facility, "Competency to Stand
Trial," June 30, 1994; "History of Insanity Defense," July 22, 1994; "Right to
Refuse Treatment," September 1, 1994; "Involuntary Commitment," October 6,
1994.

Presented lectures in Forensic Fellowship Seminar Series:  "Historical Figures in
Forensic Psychiatry,"  "History of Insanity Defense,"  "Criminal Responsibility in
Insanity Defense,"  "Involuntary Hospitalization,"  "Competency to be Executed,"
"Informed Consent,"  "Right to Treatment/Right to Refuse Treatment," July 1994
- present.

"Competency to be Executed." Psychiatry Journal Club, Tulane University School
of Medicine, November 9, 1994.

"Jail Psychiatry." Public Psychiatry Course lecture, Tulane University School of
Medicine, November 10, 1994.

"Confidentiality/Right to Treatment." Forensic Seminar at Ochsner Clinic, New
Orleans, LA, November 15, 1994.

"Substance Abuse in the Elderly." at Neuropsychiatric Aspects of Primary Care
CME Symposium, Le Pavillon Hotel, New Orleans, LA, February 19, 1995.

"Manson Family Values." Grand Rounds Presentation, Department of Psychiatry,
Tulane University School of Medicine, March 3, 1995.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 6**

**TEACHING ACTIVITIES (continued):**

"Gambling." Addictions Jazzfest Conference, Le Monteleone Hotel, New Orleans, LA, May 6, 1995

"Compulsive Gambling: A Professional Prospective." Minnesota Council on Compulsive Gambling Presentation, Tulane University School of Medicine, July 25, 1995.

"Forensic Issues in Correctional Psychiatry." Janssen CNS Roundtable Discussion, San Antonio, Texas, September 1, 1995.

"Medical Ethics and Forensic Psychiatry." Yale/Ochsner Board Review Course, New Orleans, LA, September 1995 - 1997.

Director, Tulane's Homecoming CME Program, Clinical & Forensic Aspects of Psychoses.  Presented "Novel Antipsychotics & Competency Restoration." October 14, 1995.

"Right to Treatment/Right to Refuse Treatment." New Dimensions in Mental Health Administration Course, Le Monteleone Hotel, New Orleans, LA, October 30, 1995.

"Assessment of Dangerousness for Release of Insanity Acquittees." Grand Rounds Presentation, Central Louisiana State Hospital, December 14, 1995.

"Gambling Addiction." Presentation to the Phoenix Society, Tulane University School of Medicine, March 6, 1996.

"Psychiatric Testimony in the Jeffrey Dahmer Trial." Psychiatry Journal Club, Tulane University School of Medicine, April 17, 1996.

"Psychosis '96." Visiting Faculty Training Program, Atlanta, GA, April 19-21, 1996.

Faculty member for Interactive Medical Network's psychLINK's live, interactive video symposium, "Aggression in the Treatment of Schizophrenic Inpatients." Dallas, Texas, May 1, 1996.

"Domestic Violence." Women's Mental Health '96 Conference, Westin Canal Place Hotel, New Orleans, LA, May 2, 1996.

"Adult Forensic Psychiatry:  Transitioning to the Community."  Intercontinental Hotel, New Orleans, LA, September 3, 1996.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 7**

**TEACHING ACTIVITIES (continued):**

"The Right to Treatment/Right to Refuse Treatment." New Dimensions in Mental Health Administration Course, Royal Sonesta Hotel, New Orleans, LA, October 1996.

"Compulsive Gambling: From Fun to Addiction." DePaul Hospital, New Orleans, LA, March 28, 1997.

"Medical Ethics and Forensic Psychiatry." Patton State Hospital, Patton, CA, April 9, 1997.

"Risperdal in Competency Restoration." Terrell State Hospital, Terrell, TX, May 15, 1997.

"The Insanity Defense, History and Practical Applications." and "Informed Consent and Psychotropic Medications." East Louisiana State Hospital, June 3, 1997.

"Use of Risperidone and Competency to Stand Trial." Medical Center for Federal Prisoners, Springfield, MO, September 3, 1997.

"Informed Consent - Malpractice and Antipsychotic Medication." Symposium, Springfield, MO, September 3, 1997.

"Overview of Pathological Gambling." Minnesota Council on Compulsive Gambling Conference. Tulane University School of Medicine, September 11, 1997.

"Bad Boys, Bad Boys, What you gonna do?" Presentation on sexual predators at East Louisiana State Hospital, September 23, 1997.

"The Insanity Defense from Hale to Hinckley." Presentation to Orleans Parish District Attorney's Office, December 13, 1997

"Aggression in Psychiatric Patients." Presentation to Big Spring Texas State Hospital, December 18, 1997.

"Aggression and Violence in Psychiatric Patients: A Correctional Perspective." Miami, Orlando, Tallahassee, FL, March 3-5, 1998.

"Competency Restoration." Vernon State Hospital. "Aggression and Violence in Psychiatric Patients." Trinity Springs Hospital. March 25-26, 1998.

"Mental Illness Behind Bars." Public Psychiatry Class, Tulane University School of Medicine, April 16, 1998.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 8**

**TEACHING ACTIVITIES (continued):**

"Aggression and Violence in Psychiatric Patients."  Presentation to state medical directors, Baton Rouge, LA, April 17, 1998.

Training in evaluation and treatment of sexual predators.  East Louisiana State Hospital, April 20, 1998.

"Aggression and Violence in Psychiatric Patients."  Fulton State Hospital, Fulton, MO, April 30, 1998.

"Aggression and Violence in Psychiatric Patients."  Mid-Missouri Mental Health Center, Columbia, MO, April 30, 1998.

"Gambling: From Fun to Addiction."  Symposium, St. Louis, MO, April 30, 1998.

"Aggression and Violence in Psychiatric Patients."  St. Louis State Hospital, St. Louis, MO, May 1, 1998.

"Aggression and Violence in Psychiatric Patients."  St. Louis County Jail, St. Louis, MO, May 1, 1998.

Chairperson for APA Scientific and Clinical Report Session "Psychosocial Factors in Violence and Risk for Self-Harm."  Toronto, Canada, June 4, 1998.

"Aggression and Violence in Psychiatric Patients."  Symposium, New York, NY, July 15, 1998.

"Informed Consent, Malpractice and Psychotropic Medications."  Staten Island Clinic, New York, NY, July 16, 1998.

"Use of Atypical Antipsychotics to Control Aggression."  Cherokee Mental Health Institute, Cherokee, IA, August 11, 1998.

"Aggression and Violence in Psychiatric Patients." Symposium, Des Moines, IA, August 14, 1998.

"Use of Atypical Antipsychotics to Control Aggression."  Independence Mental Health Institute, Independence, IA, August 19, 1998.

"Aggression and Violence in Psychiatric Patients."   Program, Cedar Rapids, IA, August 19, 1998.

"Malpractice, Informed Consent, and Antipsychotic Medication."  Symposium for community health professionals, Lafayette, LA, September 21, 1998.

"Malpractice, Informed Consent and Antipsychotic Medication."  Grand Rounds, Tulane University School of Medicine, September 25, 1998.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 9**

**TEACHING ACTIVITIES (continued):**

Moderator and Program Chair for Criminal Justice Advisory Board.  Windsor Court Hotel, New Orleans, LA, October 14, 1998

"Paraphilias."  Tulane Psychiatry Department Homecoming Presentation, Westin Hotel, New Orleans, LA, October 17, 1998.

"Ethics in Forensic Psychiatry." South Beach Psychiatric Hospital, Staten Island, New York, October 30, 1998.

"Informed Consent." Grand Rounds, St. Vincent's Medical Center, Staten Island, New York, October 30, 1998.

"Insanity Defense."  Presentation to Tulane's Medical/Legal Society, Tulane University School of Medicine, New Orleans, LA, November 11, 1998.

"Aggression & Violence in Psychiatric Patients." Presentation to NW Montana Psychiatric Rehabilitation Center, St. Joseph, MO, November 12, 1998.

"Malpractice, Informed Consent and Antipsychotic Medication." Symposium, Kansas City, KS, November 12, 1998.

"Aggression & Violence in Psychiatric Patients." Colmery O'Neil VA Medical Center, Topeka, KS, November 13, 1998.

"Aggression and Violence in the Seriously Mentally Ill."  Presentation to Georgia Best Practices Conference, Atlanta, GA, November 17, 1998

"Restraints in Outpatient Clinics." Presentation to Louisiana State Medical Director's Council Meeting, March 22, 1999.

Chairperson, Criminal Justice National Advisory Board, Laguna Niguel, CA, April 29-May 1, 1999.

"Informed Consent and Malpractice." Psychiatry Journal Club, University of Texas at Houston, Houston, TX, June 8, 1999

"Review Panels: Assessment Strategies - A Systematic Approach to Assessing Patients before Conditional Release."  Presentation for Southeast Louisiana State Hospital staff, June 24, 1999.

"Correctional Psychiatry in Louisiana."  Presentation to the National Alliance for the Mentally Ill, Lake Charles, LA, August 6, 1999.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 10**

**TEACHING ACTIVITIES (continued):**

"Violence and Aggression in Psychiatric Patients." Lincoln Regional Center, Lincoln, NE, August 19, 1999.

"Violence and Aggression in Psychiatric Patients."  Symposium, Omaha, NE, August 19, 1999.

"Violence and Aggression in Psychiatric Patients."  Symposium, Des Moines, IA, August 24, 1999.

"Malpractice, Informed Consent and Antipsychotic Medication." Cherokee Mental Health Institute, Cherokee, IA, August 25, 1999.

"Forensic Report Writing and Psychiatric Testimony."  Presented to medical staff of ELMHS, Jackson, LA, September 14, 1999.

"Aggression and Violence in Psychiatric Patients."  Clifton T. Perkins Hospital Center, Jessup, MD, September 21, 1999.

"Aggression and Violence in Psychiatric Patients."  Kings Contrivance, Columbia, MD, September 21, 1999.

"Cycle of Urban Unemployment, Crime and Drugs."  Moderator of this multimedia session at APA's 51st Institute on Psychiatric Services, New Orleans, LA, November 1, 1999.

"Violence and Psychosis in Correctional Settings."  Presentation at APA's 51st Institute on Psychiatric Services, New Orleans, LA, November 2, 1999.

"Malpractice, Informed Consent." NW MO Psychiatric Rehab Center, St. Joseph, MO, November 18, 1999.

"Violence and Aggression in Psychiatric Patients."  Symposium, Kansas City, MO, November 19, 1999.

"Testamentary Capacity." Roundtable discussion with residents of University of Kansas, Wichita, KS, December 13, 1999.

"Insanity Defense." Presentation to community based psychiatrists, Wichita, Kansas, December 13, 1999.

"Malpractice, Informed Consent."  Grand Rounds Presentation at University of Kansas, Wichita, Kansas, December 14, 1999.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 11**

**TEACHING ACTIVITIES (continued):**

"Violence and Aggression in Psychiatric Patients." Symposium.  Kingwood, Texas, February 9, 2000.

"Violence and Aggression in Psychiatric Patients."  Life Resource MHMR, Beaumont, Texas, February 10, 2000.

"Ethics and Forensic Psychiatry." Symposium. The Palm, Houston, Texas, February 10, 2000.

"Violence and Aggression in Psychiatric Patients." San Quentin Prison, California, March 16, 2000.

"Violence and Aggression in Psychiatric Patients."   Symposium, Sacramento, CA, March 16, 2000.

"Violence and Psychosis: Patterns and Themes of Aggression."  Grand Rounds at Napa State Mental Hospital, Napa, CA, March 17, 2000.

Director of *Cycle of Violence: Assessment and Management of Aggression,* Tulane University School of Medicine's Mardi Gras Symposium, New Orleans, LA, February 25-27, 2000.

"Violence and Psychosis: Patterns and Themes of Aggression."  Presentation at Tulane University School of Medicine's Mardi Gras Symposium, New Orleans, LA, February 25, 2000.

"Informed Consent."  Presented to Tulane University Medical School's Medical/Legal Society, March 22, 2000.

"Patterns and Themes of Aggression in the Mentally Ill." Grand Rounds at Mercy Hospital and Clinics, Des Moines, Iowa, July 25, 2000.

"Patterns and Themes of Aggression in the Mentally Ill." Grand Rounds at Minnesota Security Hospital, St. Peter, Minnesota, July 27, 2000.

"Patterns and Themes of Aggression in the Mentally Ill." Grand Rounds at Anoka Treatment Center, Anoka, Minnesota, July 28, 2000.

"Patterns and Themes of Aggression in Correctional Psychiatry." Presentation to Annual CME Conference for Central NY Psychiatric Association, September 27, 2000.

"Patterns and Themes of Aggression in Correctional Psychiatry." Presentation to Riker's Island Psychiatric and Pharmacy Staff, September 28, 2000.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 12**

**TEACHING ACTIVITIES (continued):**

Director of *Sex, Spies, & Videotape: Forensic Issues on the Fringe*, Tulane University School of Medicine's Mardi Gras Symposium, February 16-18, 2001.

"Doctors Who Kill: Privileging and Credentialing Gone Mad."  Presentation at Tulane University School of Medicine's Mardi Gras Symposium, *Sex, Spies, & Videotape: Forensic Issues on the Fringe*.  New Orleans, LA, February 18, 2001.

"Doctors Who Kill: Privileging and Credentialing Gone Mad."  Grand Rounds, Baylor University School of Medicine, Houston, Texas, March 7, 2001.

"Doctors Who Kill: Privileging and Credentialing Gone Mad." Presentation at the Workshop "Current and Future Trends in Psychiatry and Criminal Law." APA Meeting, New Orleans, May 9, 2001.

"Aggression in Psychiatric Patients." Grand Rounds. Our Lady of the Lake Hospital, Baton Rouge, May 17, 2001.

"Doctors Who Kill: Privileging and Credentialing Gone Mad." Grand Rounds at East Tennessee State University, July 6, 2001.

"Aggression and Violence in Psychiatric Patients."  Grand Rounds, Tulane University School of Medicine, July 27, 2001.

"Workplace Violence."  Workshop on Violence Risk Assessment.  Delta Community Mental Health Services, Region V., Jackson, MS, August 17, 2001.

"Leadership Role in Root Cause Analysis." Sentinel Event: Conducting Root Cause Analysis Conference, LSU Faculty Club, Baton Rouge, LA, September 6, 2001.

"Jails as the New Mental Hospitals."  Public Psychiatry Course lecture, Tulane University School of Medicine, March 15, 2002.

"Managing Schizophrenia: Raising the Standard of Care." Covington, LA, April 10, 2002.

Director of *Current Controversies in Forensic Psychiatry,* Tulane University School of Medicine's French Quarter Festival Symposium, April 12-14, 2002.

"Treatment of Schizophrenia with Atypicals and Medico-Legal Considerations in Institutional Settings and Consent to Treatment." Orlando, FL, April 23, 2002.

JOHN W. THOMPSON, JR., M.D.
PAGE 13

**TEACHING ACTIVITIES (continued):**

"Malpractice, Informed Consent and Antipsychotic Medication." Alexandria Mental Health Center, May 2, 2002.

"Maternal Filicide." Women's Mental Health Conference, Tulane University School of Medicine, New Orleans, LA, June 22, 2002.

"Filicide." Child Psychiatry Grand Rounds, Tulane University School of Medicine, New Orleans, LA, August 30, 2002.

"The Management of Aggression in Forensic Settings." 10th Annual Forensic Rights and Treatment Conference, Drexel University College of Medicine, December 5, 2002.

"Psychopharmacology of Aggression." Breakout group at Brain & Behavior: Clinical Neuroscience Comes of Age, Tulane University School of Medicine, Le Meridien Hotel, December 14, 2002.

"Malingering: Guidelines for Forensic Assessment." Grand Rounds, University of Texas at Houston, Houston, TX, February 12, 2003.

"Assessment and Management of Aggression in Psychiatric Inpatients." Kansas City, MO, March 19, 2003.

"Correctional Psychiatry: Treating Aggression with Atypical Antipsychotics." Presentation to Missouri Correctional Psychiatrists, Independence, MO, March 20, 2003.

Director of *Crime, Psychiatry and New Orleans History,* Tulane University School of Medicine's French Quarter Festival Symposium, April 11-13, 2003.

"Bernard Marigny: Creole Aristocrat Invents Craps, Loses Fortune." "Update on Compulsive Gambling – Assessment and Treatment." Presentation at Tulane University School of Medicine's French Quarter Festival Symposium, *Crime, Psychiatry & New Orleans History*, New Orleans, LA, April 11, 2003.

Roundtable Discussion, Cardiac Side Effects of Atypical Antipsychotics. Morton's Steak House, New Orleans, LA, April 23, 2003.

Overview of Forensic Psychiatry, presented to Tulane Medical Students' Psychiatry Journal Club, April 30, 2003.

Moderator, Louisiana Mental Health Conference, Baton Rouge, LA, May 21, 2003.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 14**

**TEACHING ACTIVITIES (continued):**

"Informed Consent, Malpractice, and Antipsychotic Medication." Louisiana Mental Health Conference, Baton Rouge, LA, May 21, 2003.

"Schizophrenia: The Cancer Equivalent of the Mentally Ill." Presentation at the Royal Sonesta Hotel, New Orleans, LA, June 4, 2003.

"Informed Consent, Malpractice and Antipsychotic Medications." CME presentation at Our Lady of the Lake's Tau Center, Baton Rouge, June 19, 2003.

"Informed Consent and Atypical Antipsychotics." Region 1 Staff meeting, New Orleans, LA, September 23, 2003.

Forensic Psychiatry Consultation to Professional Boards. Given to Physical Therapy Board, Lafayette, LA, September 25, 2003.

"Gambling." "Filicide." "Informed Consent in Antipsychotic Treatment." "Assessment and Treatment of Aggression in Schizophrenia." CME Programs to Texas Academy of Family Physicians, Beaumont, TX, October 11, 2003.

"Pediatric Death Investigation Including Subtle Forms of Fatal Abuse: From the Scene to the Courtroom." Workshop, American Academy of Forensic Sciences Annual Meeting, February 17, 2004.

"Antipsychotic Drugs and the Criminal Justice System." Neuroethics Symposium, Co-sponsored by the Tulane Chapter of Sigma Xi, the Tulane Neuroscience Program, and the Murphy Center for Ethics and Public Affairs of Tulane University, March 11, 2004.

"Informed Consent and the Treatment of Clients with OCDD." LA Academy of Family Physician Foundation – Advances in Clinical Practice for People with Developmental Disabilities, March 18, 2004.

"Informed Consent." "Aggression in Schizophrenic Patients." CME Program through Texas Academy of Family Physicians to Nurses and Physicians at Alexandria Country Club, Alexandria, LA., April 1, 2004.

"Community Outpatient Treatment Readiness" and "Manson Family Values." CME Program through Texas Academy of Family Physicians to Nurses and Physicians at Central State Hospital, Pineville, LA, April 2, 2004.

Director of *Forensic Psychiatry Looks at Sex, Drugs and Rock 'n Roll,* Tulane University School of Medicine's French Quarter Festival Symposium, April 16-18, 2004.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 15**

**TEACHING ACTIVITIES (continued):**

"Neuropsychiatric Approaches to the Assessment and Treatment of Agitation, Aggression and Dangerousness." Presentation at Cook County Jail, Chicago, IL, May 27, 2004.

"Violence in the Workplace."  Presentation at Phelps Dunbar law firm, November 4, 2004.

Co-Chair, Primer for Forensic Mental Health Evaluations and Mental Health Lawyers: Training in Ethical Principles, Competency Evaluation, and Competency Restoration, New Orleans, LA, November 15, 2004.

"Expert Testimony for Mental Health Professionals, and Forensic Evaluations for Community Placement." Presentation at Primer for Forensic Mental Health Evaluations and Mental Health Lawyers: Training in Ethical Principles, Competency Evaluation, and Competency Restoration, New Orleans, LA, November 15, 2004.

Grand Rounds. "Filicide." Tulane University Health Sciences Center, February 11, 2005.

Filicide Classification and Psychological Evaluation of Perpetrators. Workshop at American Academy of Forensic Sciences, New Orleans, LA. February 21, 2005.

Director of *Forensic Psychiatry Goes to Hollywood, Tulane* University School of Medicine's French Quarter Festival Symposium, April 8-10, 2005.

"Internet Sexual Addiction: Obsessive Compulsive Disorder or Paraphilia NOS?" Social Work and the Law: Expanding Parameters/Diversity in Practice Conference, New Orleans, La. April 19, 2005.

Director of *Forensic Psychiatry and Athletics,* Tulane University School of Medicine's French Quarter Festival Symposium, April 21-23, 2006.

"Gambling and Athletics."  Tulane University School of Medicine's French Quarter Festival Symposium, April 21-23, 2006.

Director of *Forensic Psychiatry Post-Katrina: Lessons Learned Post-Disaster.* Tulane University School of Medicine's French Quarter Festival Symposium, April 13-15, 2007.

Grand Rounds. "Management of Aggressive Behavior in Schizophrenia." Tulane University School of Medicine, September 7, 2007.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 16**

**TEACHING ACTIVITIES (continued):**

Director of *Forensic Psychiatry: Great Men, Sick Minds?* Tulane University School of Medicine's French Quarter Festival Symposium, April 11-13, 2008.

"Medical/Legal Issues in Psychiatry and Working with the Court System, Our Lady of the Lake Regional Medical Center; The 5th Annual Francisco Silva Distinguished Lecture Series, November 14, 2008.

*Forensic Psychiatry: Something Short of Insanity-Criminal Law in Louisiana.* Presentation to Louisiana Association of Criminal Defense Lawyers, December 5, 2008.

Director of *Forensic Psychiatry: The Many Faces of Antisocial Personality Disorder.* Tulane University School of Medicine's French Quarter Festival Symposium, April 17-19, 2009.

Director of *Forensic Psychiatry: Back to the Basics: A Primer in Forensic Psychiatry/Psychology.* Tulane University School of Medicine's French Quarter Festival Symposium, April 9-11, 2010.

"Overview of State Forensic System."  Presentation at Tulane University School of Medicine's French Quarter Festival Symposium, April 9, 2010.

"Malingering in Forensic Evaluations."  Presentation at Tulane University School of Medicine's French Quarter Festival Symposium, April 10, 2010.

*Psychiatric Aspects of Fitness to Dive: From Initial Evaluation to the Courtroom.* Medical Assessment of Fitness for Diving, sponsored by the Undersea and Hyperbaric Medical Society, Sheraton Hotel, New Orleans, LA., October 15, 2010.

Director of *Forensic Psychiatry: Hot Topics in Forensic Psychiatry.* Tulane University School of Medicine's French Quarter Festival Symposium, *April* 15-17, 2011.

*Medical Marijuana:* "From Joints to Jurisprudence."  Presentation at Tulane University School of Medicine's Brain & Behavior 2011, 16th Robert G. Heath MD Lecture, December 2, 2011.

Director of *Forensic Psychiatry: Update on Criminal Forensic Behavioral Health: From Eye Witness Testimony to the Death Penalty,* Tulane University School of Medicine's French Quarter Festival Symposium, April 13-15, 2012.

JOHN W. THOMPSON, JR., M.D.
PAGE 17

**TEACHING ACTIVITIES (continued):**

*Psychiatric Aspects of Fitness to Dive: From Initial Evaluation to the Courtroom.*
Medical Assessment for Fitness to Diving, sponsored by the Diving and
Hyperbaric Medical Educators, Sheraton Hotel, New Orleans, LA., January 20,
2013.

Director of *Forensic Psychiatry: "Notorious: Lessons from the Darker Side of
Forensic Psychiatry"*.  Tulane University School of Medicine's French Quarter
Festival Symposium, April 12-14, 2013.

Director of *Forensic Psychiatry: "From Sexual Sadism to Maternal/Fetal
Rights"*.  Tulane University School of Medicine's French Quarter Festival
Symposium, April 11-13, 2014.

**PEER-REVIEWED PUBLICATIONS:**

Beighley PS, Brown GR, Thompson JW: "DSM-III-R Reactive Psychosis among
Air Force Recruits." Journal of Clinical Psychiatry, September 1992.

Newman AW, Thompson JW.  "Constitutional Rights and Hypnotically Elicited
Testimony." Journal of the American Academy of Psychiatry and the Law,
Vol. 27, No. 1, 1999.

Newman AW, Thompson JW: "The Rise and Fall of Forensic Hypnosis in
Criminal Investigation."  Journal of the American Academy of Psychiatry and the
Law, Vol. 29, No. 1, 2001.

LeBourgeois HW III, Foreman TA, Thompson JW:  "Drug Seeking in Veterinary
Clinics: Prescription for Disaster." Veterinary Technician, Vol. 22, No. 9,
September 2001.

LeBourgeois HW, Foreman TA, Thompson JW:  "Novel Cases: Malingering by
'Animal Proxy.'" J Am Acad Psychiatry Law 30:520-4, 2002.

Bertman LJ, Thompson JW, Waters WF, Estupinan-Kane L, Martin J, Russell L:
"Effect of an Individualized Treatment Protocol on Restoration of Competency in
Pretrial Forensic Inpatients." J Am Acad Psychiatry Law 31:27-35, 2003.

Pena JM, Franklin R, Thompson JW, Minyard F, Carbin C: "The Influence of
French, Spanish, and English Legal Traditions on Early Mental Health Proceeding
in Louisiana." Journal of the American Academy of Psychiatry and the Law
31:345-53, 2003.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 18**

**PEER-REVIEWED PUBLICATIONS (continued):**

Bertman-Pate LJ, Burnett D, Thompson JW, Calhoun CJ, DeLand S, Fryou RM: "The New Orleans Forensic Aftercare Clinic: A Seven Year Review Hospital Discharged and Jail Diverted Clients." Behav. Sci. Law 22: 159-169, 2004.

McDermott B, Thompson, JW: "Review Panel Process: An Algorithm for the Conditional Release of Insanity Acquittees." International Journal of Law & Psychiatry, 2005.

Manguno-Mire G, Thompson J, Bertman-Pate L, Burnett D, Thompson H. "Are Release Recommendations for NGRI Acquittees Informed by Relevant Data?" Behavioral Sciences and the Law 25: 43-55 (2007).

Manguno-Mire GM, Thompson JW, Shore, JH, Croy CD, Artecona JF, Pickering JW, "The Use of Telemedicine to Evaluate Legal Competence: A Preliminary Randomized Controlled Study." J Am Acad Psychiatry Law 34:481-9, 2007.

Tohtz D, Thompson JW, "Deliberate Indifference Revisited on the Question of Denial of Psychiatric Medication." J Am Acad Psychiatry Law 34:531-2, 2007.

Koenen M, Thompson JW. "Filicide: Historical Review and Prevention of Child Death by Parent." Infant Mental Health Journal, Vol 29(1), 61-75 (2008).

Advokat, C.D., Burnett, D.M., Guidry, D., Manguno-Mire, G., & Thompson, Jr., J.W. (in Press). Competency restoration treatment: Differences between defendants competent declared competent or incompetent to stand trial. *Journal of the American Academy of Psychiatry and the Law.*

**NON-PEER REVIEWED PUBLICATIONS:**

Thompson JW, Calhoun C.: "Judicial Inferences of Insidious Proclivities Ruled Not Enough, Louisiana v. Perez." Newsletter American Acad Psych & the Law, Vol 20, #2, September 1995.

Thompson JW, Vazzana A: Curbside Consultation submitted to American Family Physician on scenario "A pregnant woman who is the victim of physical abuse." July 2002.

AAPL Task Force. "Practice Guideline: Forensic Psychiatric Evaluation of Defendants Raising the Insanity Defense." Journal of the American Academy of Psychiatry and the Law, Vol 30, Number 2, 2002.

"Michael L. Perlin JD: 'On Desolation Row.' Review of Mr. Perlin's presentation at 2002 AAPL Annual Meeting. AAPL Newsletter, April 2003.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 19**

**BOOK CHAPTERS:**

Thompson JW, Winstead DK:  "Impulse Control Disorders," chapter of publication  CURRENT DIAGNOSIS & TREATMENT IN PSYCHIATRY, Appleton & Lange Publications, 2000.

Thompson JT, LeBourgeois HW, Black FW:  "Malingering," chapter of American Psychiatric Publishing *Textbook of Forensic Psychiatry*, 2004.

Thompson JW, Artecona J, Bora B. "Medical Malpractice, Psychiatry." International Encyclopedia of Forensic and Legal Medicine. Edited by Payne-James J, Byard R, Cory T, Henderson C. Published in June 2005.

Thompson JW, Newman AW: "Forensic Hypnosis," chapter of publication APPLIED CRIMINAL PSYCHOLOGY, a guide to forensic behavioral sciences. Edited by Richard N. Kocsis, PhD. Published in 2009.

**ABSTRACTS:**

Thompson JW, Giorgi-Guarnieri DL, Zonana HV, Ciccone JR:  "Legislative and Judicial Approaches to Treatment Refusal."  AAPL Meeting, October 1994.

Thompson JW, Calhoun CC, Janofsky JS, Vosburg C:  "Judicial Decision Making after Foucha: State v. Perez."  AAPL Meeting, October 1995.

Soong CS, Thompson JW:  "Pathological Gambling in a Forensic Setting." AAPL Meeting, October 1995.

Norko MA, Weinstein, HC, Berger BR, Thompson JW, Hanson AL:  "Psychiatry Between a Rock and a Barred Place."  AAPL Meeting, October 1997.

Carrington D, Thompson J, Pena J:  "Requests for Protective Custody of the Mentally Ill: the family's role in rapid intervention and the prevention of harm." APA, Toronto, Canada, June 1998.

Scott CS, Thompson, J, Utter, D, Cullen J, McDermott BE: "Death Penalty Evaluator - Examiner or Executioner?"  Presentation at AAPL Meeting, Fairmont Hotel.  New Orleans, LA, October 25, 1998.

Carrington D, McDermott BE, Thompson J:  "Danger by Age: Analysis of Forensic Sex Offenders."  Presentation at AAPL Meeting, Baltimore, MD, October 14, 1999.

McDermott BE, Thompson J:  "Mad or Bad?  The Release of Insanity Aquittees." Presentation at AAPL Meeting, Baltimore, MD, October 15, 1999.

JOHN W. THOMPSON, JR., M.D.
PAGE 20

**ABSTRACTS (continued):**

Draft AAPL Practice Guideline for NGRI Evaluations.  Presentation of the Task Force, Vancouver, Canada, AAPL Meeting, October, 2000.

"Review Panel Process in Louisiana, Conditional Release Decision-Making." Presentation to National Association of State Mental Health Program Directors, Chandler, Arizona, December 5, 2000.

"A Procedure for the Restoration to Competency: A Critical Pathways Approach." Presentation to National Association of State Mental Health Program Directors, Chandler, Arizona, December 6, 2000.

"Behavioral Addictions: Impulse Disorders and the Law."  AAPL Meeting, Boston, MA, October 25, 2001.

"Novel Cases: Malingering 'By Proxy in Animal.'" AAPL Meeting, Boston, MA, October 27, 2001.

"Psychiatric Evaluation of Filicide Perpetrators."  *Pediatric Death Investigation Including Subtle Forms of Fatal Abuse: From the Scene to the Courtroom.* American Academy of Forensic Sciences, Atlanta, GA, February 11, 2002.

Moderator of Mock Trial, Capital Punishment in Texas: Law and Order or an Abuse of Authority, American Academy of Psychiatry and Law Meeting, San Antonio, TX, October 16, 2003.

"Treatment Algorithms in the Correctional Setting."  Workshop at American Academy of Psychiatry & the Law Meeting, Scottsdale, AZ, October 21, 2004.

"Expert Consensus Guidelines for the Treatment of Bipolar Disorder in the Correctional Setting."  Workshop at American Academy of Psychiatry & the Law Meeting, Montreal, Canada, October 27, 2005.

"Telemedicine in Forensic Psychiatry – Applications and Acceptance."  American Academy of Psychiatry and the Law Meeting, Montreal Canada, October 29, 2005.

**PROFESSIONAL PUBLICATIONS REVIEWED:**

Guest reviewer, Journal of Clinical Psychopharmacology, April, 1992 to present.

Guest reviewer, Psychiatric Times, January, 1993.

Guest reviewer, Journal of Clinical Psychiatry, August, 1992 to present.

**JOHN W. THOMPSON, JR., M.D.**
**PAGE 21**

**PROFESSIONAL PUBLICATIONS REVIEWED (continued):**

Associate Editor, AAPL Newsletters, 1998 to April 2010.

Guest Reviewer for Journal of American Academy of Psychiatry and the Law, 1998 to present.

**FORENSIC COURT EXPERIENCE:**

Qualified as expert witness in Florida State Courts and in Federal Court in Florida.

Appointed as an expert consultant by USAF at WHMC in 1990-1992.

Appointed by courts in Florida to render opinion on Competency to Stand Trial or Mental State at the Time of Offense in 75 to 100 legal cases.

Appointed by military courts to render opinion on Competency to Stand Trial and Mental State at Offense.

Over 300 Medical Evaluation Board Exams performed in Military to render psychiatric diagnosis, impairment and prognosis for Military members presented to Medical Evaluation boards.

Qualified as an expert in field of Forensic Psychiatry in civil and criminal court throughout Louisiana.

**HONORS:**

Chief Resident, Department of Psychiatry, University of Florida, 1989-1990.

Listed in *The Best Doctors in America (1996-1997; 1997-1998; 2001-2002; 2007-2008 and 2011-2012)*

Distinguished Visiting Professor, Wilford Hall Medical Center, San Antonio, TX, June 19-23, 1995.

Elected Fellow of the American Psychiatric Association, December, 2000.

Named Distinguished Fellow of the American Psychiatric Association, February, 2003.

Associate Editor, Journal of the American Academy of Psychiatry and the Law, Newsletter, 3-year term through October, 2014.