UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Barbara Earnest, Case No. 2:16-cv-17144*

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7483-2] Exhibit B to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr.; and

2. [Rec. Doc. 7483-3] Exhibit C to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr.

On Thursday, June 27, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: June 26, 2019　　　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505　　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　　Los Angeles, California 90045
Phone: (504) 355-0086　　　　　　　　　　Telephone: 510-350-9700
Fax: (504) 355-0089　　　　　　　　　　　Facsimile: 510-350-9701
ccoffin@pbclawfirm.com　　　　　　　　　kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*　　　　　　　*Plaintiffs' Co-Lead Counsel*

1

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews Thornton Higgins Razmara, LLP | Atkins & Markoff Law Firm |
| 2 Corporate Park, Suite 110 | 9211 Lake Hefner Parkway, Suite 104 |
| Irvine, CA 92606 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III | Karen Barth Menzies |
| Martzell, Bickford & Centola | Gibbs Law Group LLP |
| 338 Lafayette Street | 6701 Center Drive West, Suite 1400 |
| New Orleans, LA 70130 | Los Angeles, California 90045 |
| Phone: (504) 581-9065 | Phone: 510-350-9700 |
| Fax: (504) 581-7635 | Fax: 510-350-9701 |
| lcentola@mbfirm.com | kbm@classlawgroup.com |
| Christopher L. Coffin | David F. Miceli |
| Pendley, Baudin & Coffin, L.L.P. | David F. Miceli, LLC |
| 1100 Poydras Street, Suite 2505 | P.O. Box 2519 |
| New Orleans, Louisiana 70163 | Carrollton, GA 30112 |
| Phone: (504) 355-0086 | Phone: (404) 915-8886 |
| Fax: (504) 355-0089 | dmiceli@miceli-law.com |
| ccoffin@pbclawfirm.com | |

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Dawn M. Barrios*
                                              Dawn M. Barrios