UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Barbara Earnest, Case No. 2:16-cv-17144*

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. (Rec. Doc. 7483) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits B and C) to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1