# EXHIBIT C

Dr. Antonella Tosti is a Fredric Brandt Endowed Professor of Dermatology and Cutaneous Surgery at the University of Miami.

She is internationally recognized as an expert on hair and nail disorders and contact dermatitis. She is regularly invited worldwide as a speaker in these fields and she has been directing sessions and symposia at the AAD, EADV and World Congress of Dermatology for 15 years. She organized several meetings on diagnosis and treatment of hair and nail disorders in Italy including a very successful annual Course on hair, nail and cosmetics in Capri. She is the past president of the European Nail Society and of the Italian Society of Contact Dermatitis. She was president and founding member of the European Hair Research Society and the European Women Dermatological Society. She was also president of the Council of Nail Disorders.

She is now secretary and treasurer of the American Hair Research Society and secretary of the International Society of Trichoscopy. She is honorary member of the American Dermatological Association, Canadian Dermatological Association, Pacific Dermatologic Association, Colombian

Society of Dermatology and Sociedade Brasiliera de Dermatologia.
She is author of more than 600 peer reviewed papers (h index 55 on Scopus) and editor/co-editor of 30 books.

**DATE: October 2018**

## I. PERSONAL

**Antonella Tosti**  Home Phone: 3054980598   Office Phone: 3055730308   Home Address:   881 Belle Meade Island Dr 33138 Miami Fl

Current Academic Rank  Fredric Brandt Endowed Professor of Dermatology and Cutaneous Surgery

Primary Department:   Dermatology &Cutaneous Surgery University of Miami

Citizenship:   USA

## II. HIGHER EDUCATION

Medical Doctor  University Of Bologna Medical School July 1978

Residency in Dermatology University of Bologna November 1978 to July 1981

Medical Licence Issued by Florida Board of Medicine on 10/14/2014 ME121894

1

## III. EXPERIENCE

September 1981 - December 1983 Research Fellow University of Bologna

January 1984 – March 1988:   University technical executive, Department of Dermatology University of Bologna

March 1988 – November 2001:  Associate Professor of Dermatology, University of Bologna

November1999 – November 2005: Director Residency School of Dermatology of the University of Bologna

November 2001 – November 2010: Full Professor of Dermatology, University of Bologna

2007 – March 2010 Voluntary Instructor of Dermatology at the Leonard Miller School of Medicine University di Miami, Fl

March 2010- present Professor Clinical Dermatology, Department of Dermatology, Leonard Miller School of Medicine University di Miami, Fl

January 2017-present Fredric Brandt endowed Professor of Dermatology &Cutaneous Surgery

## IV. PUBLICATIONS

1) Cevenini R, Varotti C, Rumpianesi F, Donati M, **Tosti A**, Negosanti M.
"Non-gonococcal urethritis: epidemiological and etiological study in Italy".
Boll Ist Sieroter Milan. 1980;59(6):599-603

2) Donati M, Montagnani A, Negosanti M, Rumpianesi F, **Tosti A**, Varotti C.
"Importance of Chlamydia trachomatis in the etiology of nongonococcal urethritis".
Clin Ter. 1980 Nov 30;95(4):369-75.

3) Negosanti M, Fanti PA, Gasponi A, Orlandi G, Liverani L, **Tosti A**.
"IgE serum levels in psoriasis".
Dermatologica. 1981;163(6):474-5.

4) Passarini B, **Tosti A**, Fanti PA, Varotti C.
"Effect of hyaluronic acid on the reparative process of non-healing ulcers. Comparative study".
G Ital Dermatol Venereol. 1982 May-Jun;117(3):XXVII-XXX.

5) **Tosti A**, Ricci GP, Negosanti M, Patrizi A.

"Erythema elevatum diutinum and juvenile diabetes".

G Ital Dermatol Venereol. 1982 May-Jun;117(3):155-6.

6) Varotti C, **Tosti A**, Gobbi M, Martinelli G, Patrizi A.

2

"Eosinophilic cellulitis: a new case (with 1 color plate)".
Dermatologica. 1982 Jun;164(6):404-6.

7)   Veronesi S, Palmerio B, Negosanti M, **Tosti A**.
 "Urticaria and giardiasis".
Dermatologica. 1983;166(1):42-3.

8)   **Tosti A**, Varotti C, Ballardini G, Faccani A, Veronesi S.
"Scleroderma therapy with penicillin G. Preliminary note".
G Ital Dermatol Venereol. 1983 May-Jun;118(3):183-6.

9)   **Tosti A**, Zauli D, Negosanti M, Veronesi S.

"Hepatitis in secondary syphilis. Review of the literature".

G Ital Dermatol Venereol. 1983 Jul-Aug;118(4):231-4.

10)   Cevenini R, Donati M, Rumpianesi F, Moroni A, **Tosti A**, Patrizi A, Varotti C, Negosanti M.
"Virological course of herpes zoster in otherwise normal hosts".
J Med Microbiol. 1983 Aug;16(3):303-8.

11)   **Tosti A**, Veronesi S.

"Role of collagen in the wound healing process. Clinical experimentation of a dressing of non-homologous sterile collagen".

G Ital Dermatol Venereol. 1983 Sep-Oct;118(5):289-92.

12)   Veronesi S, Reggiani M, Ricci GP, **Tosti A**.
"Epidermodysplasia verruciformis in 2 Syrian brothers".
G Ital Dermatol Venereol. 1983 Sep-Oct;118(5):297-300.

13)   Patrone P, Negosanti M, Ghetti P, Amato S, Cevenini R, Donati M, **Tosti A.**

"A combined treatment in prevention of postgonococcal urethritis".

Dermatologica. 1984;168(6):300-2.

14)   **Tosti A.**

"Skin changes in diabetes".

G Ital Dermatol Venereol. 1984 Jan-Feb;119(1):69-71.

15)   **Tosti A**, Patrizi A, Veronesi S.
"Audiologic involvement in systemic sclerosis".

3

Dermatologica. 1984;168(4):206.

16)   **Tosti A**, Veronesi S, Caponeri G.
"Dinitrochlorobenzene in the therapy of alopecia areata. Our clinical experience".
G Ital Dermatol Venereol. 1984 Mar-Apr;119(2):131-4.

17)   Negosanti M, Cevenini R, Ghetti P, Fanti PA, Gasponi A, **Tosti A**.
"Severe herpetic gingivostomatitis associated with pemphigus vulgaris".
Arch Dermatol. 1984 Apr;120(4):540-2.

18)   Varotti C, Aureli E, Cutillo P, **Tosti A**.
"Proposal of 3 questionnaires".
G Ital Dermatol Venereol. 1984 May-Jun;119(3):211-24.

19)   **Tosti A**, Compagno G, Messina C.
"Introduction of a digital clinical record in porphyria cutanea tarda".
G Ital Dermatol Venereol. 1984 May-Jun;119(3):175-87.

20)   Zauli D, Veronesi S, Fusconi M, Lama L, Melino M, **Tosti A**, Bianchi FB.
"Autoantibodies in alopecia areata".
Br J Dermatol. 1984 Aug;111(2):247.

21)   **Tosti A**, Gasparri F, Piana L, Bianchini M, Caponeri G, Andrisano V, Veronesi S.
"Propolis: incidence of hypersensitization in an at risk population".
G Ital Dermatol Venereol. 1984 Sep-Oct;119(5):353-6.

22)   **Tosti A**, Salardi S, Caponeri G, Partesotti S, Patrizi A.
"Necrobiosis lipoidica diabeticorum in type 1 diabetes in children".
G Ital Dermatol Venereol. 1984 Nov-Dec;119(6):391-4.

23)   Zauli D, Veronesi S, Lama L, Miserocchi F, Bianchi FB, De Padova MP, **Tosti A**.
"Alopecia areata: a heterogeneous disease".
Lancet. 1984 Nov 17;2(8412):1154.

24)   Zauli D, Veronesi S, Fusconi M, Lama L, Melino M, **Tosti A**, Bianchi FB.
"Non-organ-specific autoimmunity in alopecia".
Dermatologica. 1985;171(1):12-5

25)   Montagnani A, **Tosti A**, Patrizi A, Salardi S, Cacciari E.
"Diabetes mellitus and skin diseases in childhood".
Dermatologica. 1985;170(2):65-8.

26)   **Tosti A**, Colombati S, Caponeri GM, Ciliberti C, Tosti G, Bosi M, Veronesi S.
"Ocular abnormalities occurring with alopecia areata".
Dermatologica. 1985;170(2):69-73.

27)   Lazzaroni F, **Tosti A**, Colombati S, Tosti G, Alagna G.
"Papillitis in secondary syphilis".

4

G Ital Dermatol Venereol. 1985 Jan-Feb;120(1):71-3.

28)   Zauli D, Fusconi M, **Tosti A**, Lama L, Veronesi S, Melino M.
"Alopecia areata".
Arch Dermatol. 1985 Feb;121(2):169.

29)   **Tosti A**, Palmerio B, Veronesi S.
 "20 nail dystrophy, alopecia areata, lichen planus".
G Ital Dermatol Venereol. 1985 Mar-Apr;120(2):131-2.

30)   Volta U, Villecco AS, Bianchi FB, Varotti C, Cassani F, Lenzi M, Veronesi S, **Tosti A**, Pisi E.
"Antibodies to cardiac conducting tissue in progressive systemic sclerosis".
Clin Exp Rheumatol. 1985 Apr-Jun;3(2):131-5.

31)   **Tosti A**, Caponeri GM, Bardazzi F, Melino M, Veronesi S.
"Propolis contact dermatitis".
Contact Dermatitis. 1985 Apr;12(4):227-8.

32)   **Tosti A**, De Padova MP, Caponeri GM, Liverani L, Gargano N, Veronesi S.
"Nail changes and alopecia areata".
G Ital Dermatol Venereol. 1985 May-Jun;120(3):169-71.

33)   Varotti C, **Tosti A**, Colombati S, Tosti G, Veronesi S.
"Pigmentation caused by Cordarone".
G Ital Dermatol Venereol. 1985 May-Jun;120(3):183-6.

34)   **Tosti A**, Querzola M, Caponeri GM, Minghetti G, De Padova MP, Veronesi S.
"Minoxidil for local application in the treatment of alopecia".
G Ital Dermatol Venereol. 1985 May-Jun;120(3):223-5.

35)   **Tosti A**, De Padova MP, Patrizi A, Minghetti G, Veronesi S.
"Unusual reaction to subcutaneous heparin".
Contact Dermatitis. 1985 Sep;13(3):190.

36)   **Tosti A**, Patrizi A, Colombati S, Varotti C.
"Congenital triangular alopecia. Presentation of 5 cases".
G Ital Dermatol Venereol. 1985 Sep-Oct;120(5):343-5.

37)   **Tosti A**, Caponeri GM, Primativo R, Melino M, Veronesi S.
"Squaric acid dibutyl ester and diphencyprone in the therapy of alopecia areata".
G Ital Dermatol Venereol. 1985 Sep-Oct;120(5):371-3.

38)   **Tosti A**, Bardazzi F, De Padova MP, Caponeri GM, Melino M, Veronesi S.
"Contact dermatitis to minoxidil".
Contact Dermatitis. 1985 Oct;13(4):275-6.

39)   **Tosti A**, Melino M, Veronesi S, Labanca M.
"Contact dermatitis to tromantadine".

Contact Dermatitis. 1985 Nov;13(5):339.

40)   Colombati S, Borri P, Tosti G, **Tosti A**.
 "Two cases of papillitis in patients with early syphilis".
Bull Soc Belge Ophtalmol. 1986;220:69-73.

41)   **Tosti A**, Varotti C, Minghetti G, Bardazzi F, Pileri S, Rivano MT, Veronesi S
"Immunologic characterization of infiltrating cells in flare-up reactions".
Contact Dermatitis. 1986 Jan;14(1):62.

42)   Gibson JR, Klaber MR, Harvey SG, **Tosti A**, Jones D, Yeo JM.
"Prophylaxis against herpes labialis with acyclovir cream--a placebo-controlled study".
Dermatologica. 1986;172(2):104-7.

43)   **Tosti A**, Bardazzi F, De Padova MP, Veronesi S, Bergonzoni C.
"Deafness and vitiligo in an Italian family".
Dermatologica. 1986;172(3):178-9.

44)   Sapuppo A, **Tosti A**.
"Nevus flammeus of the face and correlated syndromes".
G Ital Dermatol Venereol. 1986 Jan-Feb;121(1):1-13.

45)   Zauli D, **Tosti A**, Biasco G, Miserocchi F, Patrizi A, Azzaroni D, Andriani G, Di Febo G,
      Callegari C.
 " Prevalence of autoimmune atrophic gastritis in vitiligo".
Digestion. 1986;34(3):169-72

46)   **Tosti A**.
 "Topical minoxidil useful in 18% of patients with androgenetic alopecia: a study of 430 cases".
Dermatologica. 1986;173(3):136-8.

47)   Zauli D, Crespi C, Barzagli M, Bianchi FB, **Tosti A**, Lama L, Veronesi S.
"Vitiligo and biliary cirrhosis".
Am J Gastroenterol. 1986 Jan;81(1):91.

48)   **Tosti A**, Manuzzi P, de Padova MP.
 "Contact dermatitis to Kathon CG".
Contact Dermatitis. 1986 May;14(5):326-7.

49)   Patrizi A, Barone M, Antonelli C, Bianchini S, **Tosti A**.
 "Yellow nails syndrome".
G Ital Dermatol Venereol. 1986 May-Jun;121(3):195-7.

50)   **Tosti A**, Colombati S, De Padova MP, Guidi SG, Tosti G, Maccolini E.
 "Retinal pigment epithelium function in alopecia areata".
J Invest Dermatol. 1986 May;86(5):553-5.

51)   Ghetti P, Patrone P, **Tosti A**.

"Ketoconazole in the treatment of acne in women".
Arch Dermatol. 1986 Jun;122(6):629.

52)   Zauli D, Crespi C, Miserocchi F, Bianchi FB, **Tosti A**, Lama L, Veronesi S.
"Primary biliary cirrhosis and vitiligo".
J Am Acad Dermatol. 1986 Jul;15(1):105-7.

53)   **Tosti A**, Bardazzi F, Salardi S, Zauli D.
" Alopecia areata. A clinical, immunologic and therapeutic study in a childhood population".
G Ital Dermatol Venereol. 1986 Jul-Aug;121(4):261-2.

54)   **Tosti A**, Melino M, Ricci GP, Benfenati L, Masi M.
" Zinc determination in alopecia areata".
G Ital Dermatol Venereol. 1986 Jul-Aug;121(4):263-4.

55)   **Tosti A**, De Padova MP, Minghetti G, Veronesi S.
" Therapies versus placebo in the treatment of patchy alopecia areata".
J Am Acad Dermatol. 1986 Aug;15(2 Pt 1):209-10.

56)   **Tosti A**, Melino M, Labanca M, Ragazzi R.
"Immediate hypersensitivity to nickel".
Contact Dermatitis. 1986 Aug;15(2):95.

57)   **Tosti A**, Melino M, Bardazzi F.
"Systemic reactions due to thiomersal".
Contact Dermatitis. 1986 Sep;15(3):187-8.

58)   Zauli D, Crespi C, **Tosti A**, Melino M, Veronesi S, Biasco G, Azzaroni D.
"Alopecia areata".
Arch Dermatol. 1986 Sep;122(9):975-6.

59)   Bettoli V, **Tosti A**.
"Leukonychia totalis and partialis: a single family presenting a peculiar course of the disease".
J Am Acad Dermatol. 1986 Sep;15(3):535.

60)   Minghetti G, **Tosti A**, Veronesi S, Rizzoli D, Ferri S.
"Dermatitis caused by gold salts".
G Ital Dermatol Venereol. 1986 Nov-Dec;121(6):425-6.

61)   Cassani F, **Tosti A**, Bianchi FB, Fusconi M, Selleri L, Baffoni L, Veronesi S, Volta U, Lenzi
        M, Pisi E.
"Clinical subsets of scleroderma: relevance of fluorescent and precipitating antinuclear antibodies".
Clin Exp Rheumatol. 1987 Jan-Mar;5(1):23-8.

62)   **Tosti A**, Albisinni U, Bettoli V, Merlini L, Lama L.
"Ossification of the posterior longitudinal ligament associated with etretinate therapy".
Dermatologica. 1987;175(5):257-8.

63) **Tosti A**, Lama L, Patrizi A, Annicchiarico FL, Ciavarella A, Galuppi V, Salardi S.
"Dermatoses associated with type I diabetes mellitus".
G Ital Dermatol Venereol. 1987 Jan-Feb;122(1-2):15-7.

64) Bettoli V, **Tosti A**, Varotti C.
" Nummular eczema during isotretinoin treatment".
J Am Acad Dermatol. 1987 Mar;16(3 Pt 1):617.

65) Manuzzi P, Reggiani M, **Tosti A**.
"Dermatitis of the face induced by etretinate".
G Ital Dermatol Venereol. 1987 Mar;122(3):129-30.

66) **Tosti A**, De Padova MP, Fanti PA, Ricci GP, Veronesi S.
"Ichthyosis linearis circumflexa. Description of 2 clinical cases".
G Ital Dermatol Venereol. 1987 Mar;122(3):115-7.

67) **Tosti A**, Tosti G, Bardazzi F, Cassani F, Bianchi FB, Monti L, Colombati S.
 "Scleroderma and ocular changes".
G Ital Dermatol Venereol. 1987 Mar;122(3):97-9.

68) **Tosti A**, Melino M, Veronesi S.

"Contact urticaria to tobacco".

Contact Dermatitis. 1987 Apr;16(4):225-6.

69) **Tosti A**.
"Congenital triangular alopecia. Report of fourteen cases".
J Am Acad Dermatol. 1987 May;16(5 Pt 1):991-3.

70) Minghetti G, Varotti C, Ferrara Ruiz M, **Tosti A**.
"Lichen aureus. Presentation of a case in zonal arrangement".
G Ital Dermatol Venereol. 1987 May;122(5):243-5.

71) **Tosti A**, Tosti G, Giovannini A.
 "Discoid lupus erythematosus solely involving the eyelids: report of three cases".
J Am Acad Dermatol. 1987 Jun;16(6):1259-60.

72) **Tosti A**, De Padova MP, Taffurelli M, Passarini B, Varotti C.
 "Lichen planus limited to the nails".
Cutis. 1987 Jul;40(1):25-6.

73) **Tosti A**, Melino M, Stomeo MA, Tosti G.
"Hidrotic ectodermal dysplasia associated with endothelial changes in the cornea".
G Ital Dermatol Venereol. 1987 Jul-Aug;122(7-8):367-70.

74) **Tosti A**, Bardazzi F, Tosti G, Colombati S.
"Contact dermatitis to phenylephrine".

Contact Dermatitis. 1987 Aug;17(2):110-1.

75)  **Tosti A**, Bardazzi F, Tosti G, Monti L.
"Audiologic abnormalities in cases of vitiligo".
J Am Acad Dermatol. 1987 Aug;17(2 Pt 1):230-3.

76)  **Tosti A**, Melino M, Veronesi S.
"Hand dermatitis and contact sensitivity in twins."
Contact Dermatitis. 1987 Aug;17(2):113-4.

77)  **Tosti A**, De Padova MP, Fanti P, Bonelli U, Taffurelli M.
"Unusual severe nail involvement in dermatomyositis".
Cutis. 1987 Sep;40(3):261-2.

78)  **Tosti A**, Guerra L, Manuzzi P, Lama L.
"Contact dermatitis from clobetasol propionate".
Contact Dermatitis. 1987 Oct;17(4):256-7.

79)  **Tosti A**, Bardazzi F, Valeri F, Russo R.
"Contact dermatitis from butylated hydroxyanisole".
Contact Dermatitis. 1987 Oct;17(4):257-8.

80)  **Tosti A**, Melino M, Bardazzi F, Bonelli U.
**"**Thiomersal: a frequent cause of sensitization".
G Ital Dermatol Venereol. 1987 Oct;122(10):543-5.

81)  "Solid facial edema as a complication of acne vulgaris in twins".
**Tosti A**, Guerra L, Bettoli V, Bonelli U.
J Am Acad Dermatol. 1987 Nov;17(5 Pt 1):843-4.

82)  **Tosti A**, Bardazzi F, Valeri F, Toni F.
"Erythema multiforme with contact dermatitis to hair dyes".
Contact Dermatitis. 1987 Nov;17(5):321-2.

83)  Pauluzzi P, Manneschi V, **Tosti A**.
"Dimensions of the lunula and dominant hemisphere"
G Ital Dermatol Venereol. 1987 Dec;122(12):619-20.

84)  **Tosti A**, Manuzzi P, Bardazzi F, Costa A.
"Is etretinate dangerous in Papillon-Lefèvre syndrome?".
Dermatologica. 1988;176(3):148-50.

85)  **Tosti A**, Manuzzi P, Gasponi A.
 "Thymopentin in the treatment of severe alopecia areata".
Dermatologica. 1988;177(3):170-4.

86)  **Tosti A**, Manuzzi P, Bardazzi F.
"Isomorphic phenomenon in morphea".

Dermatologica. 1988;177(3):192.

87)   Lama L, Barone M, Bonelli U, **Tosti A**.
"Pili annulati: a familial case".
G Ital Dermatol Venereol. 1988 Jan-Feb;123(1-2):27-8.

88)   **Tosti A**, Varotti C, Tosti G, Giovannini A.
"Bilateral extensive xanthelasma palpebrarum".
Cutis. 1988 Feb;41(2):113-4.

89)   Gasponi A, Negosanti M, **Tosti A**, Abate L.
"Evaluation of a new immunoenzyme method for demonstrating Treponema-specific IgM in human syphilis".
G Ital Dermatol Venereol. 1988 Mar;123(3):113-6.

90)   **Tosti A**.
"Prevalence and sources of Kathon CG sensitization in Italy".
Contact Dermatitis. 1988 Mar;18(3):173-4.

91)   Maroli M, Pampiglione S, **Tosti A**.
"Cutaneous leishmaniasis in western Sicily (Italy) and preliminary survey of phlebotomine sandflies (Diptera: Psychodidae)".
Parassitologia. 1988 May-Dec;30(2-3):211-7.

92)   **Tosti A**, Tosti G.
"Thimerosal: a hidden allergen in ophthalmology".
Contact Dermatitis. 1988 May;18(5):268-73.

93)   **Tosti A**, Bardazzi F, Ghetti P.
"Unusual complication of sensitizing therapy for alopecia areata".
Contact Dermatitis. 1988 May;18(5):322.

94)   **Tosti A**, Melino M, Bardazzi F.
"Contact dermatitis due to glyceryl monothioglycolate".
Contact Dermatitis. 1988 Jul;19(1):71-2.

95)   Fanti PA, Varotti C, **Tosti A**.
" 'Shadow' cells as clues to follicular differentiation".
Am J Dermatopathol. 1988 Aug;10(4):372-5.

96)   **Tosti A**, Guerra L.
"Protein contact dermatitis in food handlers".
Contact Dermatitis. 1988 Aug;19(2):149-50.

97)   **Tosti A**, Guerra L, Toni F.
"Occupational airborne contact dermatitis due to epoxy resin".
Contact Dermatitis. 1988 Sep;19(3):220-2.

98)   **Tosti A**, De Padova MP, Fanti P.
"Nail involvement in lichen planopilaris".
Cutis. 1988 Sep;42(3):213-4.

99)   **Tosti A**, Peluso AM, Spedicato S.
"Urticaria--angioedema syndrome caused by an Argas reflexus sting".
Contact Dermatitis. 1988 Oct;19(4):315-6.

100) **Tosti A**, Fanti PA.
"Lichen planus of an exclusive ungual localization".
G Ital Dermatol Venereol. 1988 Nov;123(11):529-31.

101) Fanti PA, **Tosti A**.
"Histologic aspects of dystrophy of the 20 nails associated with alopecia areata"
G Ital Dermatol Venereol. 1988 Nov;123(11):533-4.

102) Guerra L, De Padova ML, **Tosti A**, Negosanti M.
"Median ungual dystrophy caused by trauma".
G Ital Dermatol Venereol. 1988 Nov;123(11):555-6.

103) **Tosti A**, Guerra L, Capobianco C, Brasile GP.
"Sensitization therapy in severe alopecia areata".
G Ital Dermatol Venereol. 1988 Nov;123(11):571-3.

104) Bardazzi F, Guerra L, Fanti PA, **Tosti A**.
"A combination of vitamins A and E in the therapy of moniletrix".
G Ital Dermatol Venereol. 1988 Nov;123(11):591-2.

105) **Tosti A**.
"Alopecia areata: more on pathogenesis and therapy".
Dermatologica. 1989;178(2):61-3.

106) Fanti PA, **Tosti A**.
"Subungual epidermoid inclusions: report of 8 cases".
Dermatologica. 1989;178(4):209-12.

107) **Tosti A**, Guerra L, Bardazzi F.
"Hyposensitizing therapy with standard antigenic extracts: an important source of thimerosal sensitization".
Contact Dermatitis. 1989 Mar;20(3):173-6.

108) **Tosti A**, Fanti PA, Pileri S.
"Dermal contact dermatitis from benzylparaben".
Contact Dermatitis. 1989 Jul;21(1):49-51.

109) **Tosti A**, Peluso AM, Varotti C.
"Skin burns due to transit-mixed Portland cement".
Contact Dermatitis. 1989 Jul;21(1):58.

110) **Tosti A**, Melino M, Bardazzi F.
"Hemorrhagic bullous lesions in morphea".
Cutis. 1989 Aug;44(2):118-9.

111) Gaddoni G, Zauli T, Gaiardi S, **Tosti A**.
"SADBE sensitization in the evaluation of cell-mediated immunity in patients with HIV infection".
Contact Dermatitis. 1989 Aug;21(2):119-20.

112) Bardazzi F, Montagnani A, **Tosti A**.
"Minoxidil. Objectivity and criticism".
G Ital Dermatol Venereol. 1989 Sep;124(9):407-9.

113) **Tosti A**, Guerra L, Bardazzi F.
"Contact urticaria during topical immunotherapy".
Contact Dermatitis. 1989 Sep;21(3):196-7.

114) Fanti PA, **Tosti A**, Peluso AM, Bonelli U.
"Multiple keratoacanthoma in discoid lupus erythematosus".
J Am Acad Dermatol. 1989 Oct;21(4 Pt 1):809-10.

115) Mancuso G, **Tosti A**, Fanti PA, Berdondini RM, Mongiorgi R, Morandi A.
"Cutaneous necrosis and calcinosis following electroencephalography".
Dermatologica. 1990;181(4):324-6.

116) **Tosti A**, Bardazzi F, Piancastelli E.
"Contact dermatitis due to chlorpheniramine maleate in eyedrops".
Contact Dermatitis. 1990 Jan;22(1):55.

117) **Tosti A**, Fanti PA, Varotti C.
"Massive lymphomatous nail involvement in Sézary syndrome".
Dermatologica. 1990;181(2):162-4.

118) Bettoli V, **Tosti A**, Capobianco C, Varotti C.
"Creatine kinase values during isotretinoin treatment".
Dermatologica. 1990;180(1):54-5.

119) **Tosti A**, Guerra L, Bardazzi F, Lanzarini M.
"Topical ciclosporin in nail psoriasis".
Dermatologica. 1990;180(2):110.

120) **Tosti A**, Gaddoni G, Fanti PA, D'Antuono A, Albertini F.
"Longitudinal melanonychia induced by 3'-azidodeoxythymidine. Report of 9 cases".
Dermatologica. 1990;180(4):217-20.

121) **Tosti A**, Piraccini B, Brasile GP.
"Occupational contact dermatitis due to sodium pyrithione".
Contact Dermatitis. 1990 Feb;22(2):118-9.

122) **Tosti A**, Fanti PA, Guerra L, Piancastelli E, Poggi S, Pileri S.
"Morphological and immunohistochemical study of immediate contact dermatitis of the hands due to foods".
Contact Dermatitis. 1990 Feb;22(2):81-5.

123) **Tosti A**, Bardazzi F, Piancastelli E, Brasile GP.
"Contact stomatitis due to N,N-dimethyl-para-toluidine".
Contact Dermatitis. 1990 Feb;22(2):113.

124) **Tosti A**, Peluso AM, Morelli R.
"Allergic contact dermatitis from fluocortin butylester".
Contact Dermatitis. 1990 Feb;22(2):123-4.

125) **Tosti A**, Restani S, Lanzarini M.
Contact sensitization to diazolidinyl urea: report of 3 cases".
Contact Dermatitis. 1990 Feb;22(2):127-8.

126) Caputo R, Monti M, Motta S, Barbareschi M, **Tosti A**, Serri R, Rigoni C.
"The treatment of visible signs of senescence: the Italian experience".
Br J Dermatol. 1990 Apr;122 Suppl 35:97-103.

127) Morelli R, **Tosti A**, Patrizi A, Bardazzi F, Albisinni U.
"Iso and Kikuchi syndrome. Description of a case".
G Ital Dermatol Venereol. 1990 May;125(5):195-6.

128) **Tosti A**, Bassi R, Peluso AM.
"Contact dermatitis due to a natural plasticine".
Contact Dermatitis. 1990 May;22(5):301-2.

129) **Tosti A**, Piraccini BM, Bardazzi F.
"Occupational contact dermatitis due to quaternium 15".
Contact Dermatitis. 1990 Jul;23(1):41-2.

130) **Tosti A**, Vincenzi C, Peluso AM.
"Accidental diagnosis of aluminium sensitivity with Finn Chambers".
Contact Dermatitis. 1990 Jul;23(1):48-9.

131) Patrizi A, Lanzarini M, **Tosti A**.
"Persistent patch test reactions to textile dyes".
Contact Dermatitis. 1990 Jul;23(1):60-1.

132) **Tosti A**, Gaddoni G, Valeri F, Bardazzi F.
"Contact allergy to ketoprofen: report of 7 cases".
Contact Dermatitis. 1990 Aug;23(2):112-3.

133) **Tosti A**, Guerra L, Morelli R, Bardazzi F.
"Prevalence and sources of sensitization to emulsifiers: a clinical study".

Contact Dermatitis. 1990 Aug;23(2):68-72.

134) **Tosti A**, Vincenzi C, Bardazzi F, Mariani R.
"Allergic contact dermatitis due to povidone-iodine".
Contact Dermatitis. 1990 Sep;23(3):197-8.

135) Cameli N, Bardazzi F, Morelli R, **Tosti A**.
"Contact dermatitis from rubidium iodide in eyedrops".
Contact Dermatitis. 1990 Nov;23(5):377-8.

136) Fanti PA, **Tosti A**, Morelli R, Galbiati G.
"Nail changes as the first sign of systemic amyloidosis".
Dermatologica. 1991;183(1):44-6.

137) Vincenzi C, Cameli N, Vassilopoulou A, **Tosti A**.
"Allergic contact dermatitis due to benzoyl peroxide in an arm prosthesis".
Contact Dermatitis. 1991 Jan;24(1):66-7.

138) **Tosti A**, Mattioli D, Misciali C.
"Green hair caused by copper present in cosmetic plant extracts".
Dermatologica. 1991;182(3):204-5.

139) **Tosti A**, Misciali C, Borrello P, Fanti PA, Bardazzi F, Patrizi A.
"Loose anagen hair in a child with Noonan's syndrome".
Dermatologica. 1991;182(4):247-9.

140) Piraccini BM, Bardazzi F, Morelli R, **Tosti A**.
"Contact dermatitis due to budesonide".
Contact Dermatitis. 1991 Jan;24(1):54-5.

141) **Tosti A**, Rapacchiale S, Piraccini BM, Peluso AM.
"Occupational airborne contact dermatitis due to ethylene glycol dimethacrylate".
Contact Dermatitis. 1991 Feb;24(2):152-3.

142) Piraccini BM, Peluso A, De Maria P, **Tosti A**.
"Occupational contact dermatitis due to the disinfectant Tego Diocto S".
Contact Dermatitis. 1991 Mar;24(3):228-9.

143) **Tosti A**.
"The nail apparatus in collagen disorders".
Semin Dermatol. 1991 Mar;10(1):71-6.

144) **Tosti A**, Bardazzi F, Guerra L.
"Alopecia totalis: is treating nonresponder patients useful?".
J Am Acad Dermatol. 1991 Mar;24(3):455-6.

145) **Tosti A**, Fanti PA, Morelli R, Bardazzi F.
"Spongiotic trachyonychia".

Arch Dermatol. 1991 Apr;127(4):584-5.

146) Bortolotti M, Turba E, **Tosti A**, Sarti P, Brunelli F, Del Campo L, Barbara L.
"Gastric emptying and interdigestive antroduodenal motility in patients with esophageal scleroderma".
Am J Gastroenterol. 1991 Jun;86(6):743-7.

147) Peluso AM, Bardazzi F, **Tosti A**.
"Photocontact dermatitis due to Eusolex 4360".
Contact Dermatitis. 1991 Jul;25(1):65-6.

148) **Tosti A**, Gaddoni G, Piraccini BM, de Maria P.
"Occupational leukoderma due to phenolic compounds in the ceramics industry?".
Contact Dermatitis. 1991 Jul;25(1):67-8.

149) Fanti PA, **Tosti A**, Morelli R, Bardazzi F.
 "Lichen planus of the nails with giant cells: lichen nitidus?".
Br J Dermatol. 1991 Aug;125(2):194-5.

150) **Tosti A**, Fanti PA, Morelli R, Bardazzi F.
"Trachyonychia associated with alopecia areata: a clinical and pathologic study".
J Am Acad Dermatol. 1991 Aug;25(2 Pt 1):266-70.

151) Cameli N, Vicenzi C, **Tosti A**.
"Allergic contact conjunctivitis due to timolol in eyedrops".
Contact Dermatitis. 1991 Aug;25(2):129-30.

152) **Tosti A**, Guerra L, Bardazzi F, Gasparri F.
"Euxyl K 400: a new sensitizer in cosmetics".
Contact Dermatitis. 1991 Aug;25(2):89-93.

153) **Tosti A**, Peluso AM, Rapacchiale S, Urbini D, Bignami A, Giovanelli P, Cassani F, Bianchi
        FB.
"Thyroid function in systemic sclerosis".
J Endocrinol Invest. 1991 Oct;14(9):783-4.

154) Cameli N, Tosti G, Venturo N, **Tosti A**.
"Eyelid dermatitis due to cocamidopropyl betaine in a hard contact lens solution".
Contact Dermatitis. 1991 Oct;25(4):261-2.

155) Fanti PA, **Tosti A**, Pileri S.
"Changes in Kaposi's sarcoma induced by dapsone".
Clin Exp Dermatol. 1991 Nov;16(6):441-3.

156) Guerra L, Venturo N, Tardio M, **Tosti A**.
"Airborne contact dermatitis from animal feed antibiotics".
Contact Dermatitis. 1991 Nov;25(5):333-4.

157) **Tosti A**, Fanti PA, Peserico A, Varotti C.

"Linear alopecia mucinosa along Blaschko lines".
Acta Derm Venereol. 1992;72(2):155-6.

158) **Tosti A**, Fanti PA, Morelli R, Bardazzi F.
"Psoriasiform acral dermatitis. Report of three cases".
Acta Derm Venereol. 1992;72(3):206-7.

159) **Tosti A**, Paoluzzi P, Baran R.
"Doubled nail of the thumb. A rare form of polydactyly".
Dermatology. 1992;184(3):216-8.

160) Misciali C, **Tosti A**, Fanti PA, Borrello P, Piraccini BM.
"Atrichia and papular lesions: report of a case".
Dermatology. 1992;185(4):284-8.

161) **Tosti A**, Misciali C, Bardazzi F, Fanti PA, Varotti C.
"Telogen effluvium due to recombinant interferon alpha-2b".
Dermatology. 1992;184(2):124-5.

162) Peluso AM, Fanti PA, Monti M, Bardazzi F, **Tosti A**.
"Cutaneous complications of artificial hair implantation: a pathological study".
Dermatology. 1992;184(2):129-32.

163) Guerra L, **Tosti A**, Bardazzi F, Pigatto P, Lisi P, Santucci B, Valsecchi R, Schena D, Angelini
      G, Sertoli A, et al.
"Contact dermatitis in hairdressers: the Italian experience. Gruppo Italiano Ricerca Dermatiti da
Contatto e Ambientali".
Contact Dermatitis. 1992 Feb;26(2):101-7.

164) Guerra L, Bardazzi F, **Tosti A**.
"Contact dermatitis in hairdressers' clients".
Contact Dermatitis. 1992 Feb;26(2):108-11.

165) **Tosti A**, Guerra L, Bardazzi F.
"Occupational contact dermatitis from exposure to epoxy resins and acrylates".
Clin Dermatol. 1992 Apr-Jun;10(2):133-40.

166) **Tosti A**, Guerra L, Morelli R, Piraccini BM.
"Contact dermatitis due to topical retinoic acid".
Contact Dermatitis. 1992 Apr;26(4):276-7.

167) Vincenzi C, Bardazzi F, **Tosti A**, Varotti C, Morganti L.
"Fish tank granuloma: report of a case".
Cutis. 1992 Apr;49(4):275-6.

168) Ayala F, Balato N, Lembo G, Patruno C, **Tosti A**, Schena D, Pigatto P, Angelini G, Lisi P,
      Rafanelli A.

"A multicentre study of contact sensitization in children. Gruppo Italiano Ricerca Dermatiti da Contatto e Ambientali (GIRDCA)".
Contact Dermatitis. 1992 May;26(5):307-10.

169) Guerra L, Vincenzi C, Bardazzi F, **Tosti A**.
"Contact sensitization due to isophoronediamine".
Contact Dermatitis. 1992 Jul;27(1):52-3.

170) Brunelli D, Vincenzi C, Morelli R, **Tosti A**.
"Contact dermatitis from tioconazole".
Contact Dermatitis. 1992 Aug;27(2):120.

171) Golfieri R, Giampalma E, **Tosti A**, Calculli L, Berardi R, Gavelli G.
"Psoriasis arthropathica. A review of the literature, general considerations and the authors' personal experience".
Radiol Med. 1992 Sep;84(3):228-35.

172) **Tosti A**, Guerra L, Morelli R, Bardazzi F, Fanti PA.
"Role of foods in the pathogenesis of chronic paronychia".
J Am Acad Dermatol. 1992 Nov;27(5 Pt 1):706-10.

173) Fanti PA, **Tosti A**, Morelli R, Cameli N, Sabattini E, Pileri S.
"Follicular mucinosis in alopecia areata".
Am J Dermatopathol. 1992 Dec;14(6):542-5.

174) **Tosti A**, Morelli R, Fanti PA, Morselli PG, Catrani S, Landi G.
"Carcinoma cuniculatum of the nail apparatus: report of three cases".
Dermatology. 1993;186(3):217-21.

175) Baran R, **Tosti A**.
"Occupational acroosteolysis in a guitar player".
Acta Derm Venereol. 1993 Feb;73(1):64-5.

176) **Tosti A**, Morelli R, Fanti PA, Cameli N.
"Nail changes of punctate keratoderma: a clinical and pathological study of two patients".
Acta Derm Venereol. 1993 Feb;73(1):66-8.

177) Guerra L, Vincenzi C, Peluso AM, **Tosti A**.
"Prevalence and sources of occupational contact sensitization to acrylates in Italy".
Contact Dermatitis. 1993 Feb;28(2):101-3.

178) **Tosti A**, Gaddoni G, Peluso AM, Misciali C, Piraccini BM, Menni B.
"Acquired hairy pinnae in a patient infected with the human immunodeficiency virus".
J Am Acad Dermatol. 1993 Mar;28(3):513.

179) Peluso AM, **Tosti A**, Piraccini BM, Cameli N.
"Lichen planus limited to the nails in childhood: case report and literature review".
Pediatr Dermatol. 1993 Mar;10(1):36-9.

180) **Tosti A**, Peluso AM, Fanti PA, Piraccini BM.
"Nail lichen planus: clinical and pathologic study of twenty-four patients".
J Am Acad Dermatol. 1993 May;28(5 Pt 1):724-30.

181) **Tosti A**, Guerra L, Vincenzi C, Peluso AM.
"Occupational skin hazards from synthetic plastics".
Toxicol Ind Health. 1993 May-Jun;9(3):493-502.

182) Pigatto PD, Mozzanica N, Bigardi AS, Legori A, Valsecchi R, Cusano F, **Tosti A**, Guarrera M,
      Balato N, Sertoli A.
"Topical NSAID allergic contact dermatitis. Italian experience".
Contact Dermatitis. 1993 Jul;29(1):39-41.

183) **Tosti A**, Morelli R, D'Alessandro R, Bassi F.
"Carpal tunnel syndrome presenting with ischemic skin lesions, acroosteolysis, and nail changes".
J Am Acad Dermatol. 1993 Aug;29(2 Pt 2):287-90.

184) Vincenzi C, **Tosti A**, Cirone M, Guarrera M, Cusano F.
"Allergic contact dermatitis from transdermal nicotine systems".
Contact Dermatitis. 1993 Aug;29(2):104-5.

185) Morselli P, **Tosti A**, Guerra L, Fanti PA, Fedeli F, Pistorale T, Cavina C, Varotti C.
"Recurrent basal cell carcinoma of the back infiltrating the spine. Recurrent basal cell carcinoma".
J Dermatol Surg Oncol. 1993 Oct;19(10):917-22.

186) Vincenzi C, Trevisi P, Farina P, Stinchi C, **Tosti A**.
"Facial contact dermatitis due to spironolactone in an anti-acne cream".
Contact Dermatitis. 1993 Nov;29(5):277-8.

187) **Tosti A**, Baran R, Peluso AM, Fanti PA, Liguori R.
"Reflex sympathetic dystrophy with prominent involvement of the nail apparatus".
J Am Acad Dermatol. 1993 Nov;29(5 Pt 2):865-8.

188) Betts CM, Bardazzi F, Fanti PA, **Tosti A**, Varotti C.
"Progressive hyperpigmentation: case report with a clinical, histological, and ultrastructural
investigation".
Dermatology. 1994;189(4):384-91.

189) Piraccini BM, Fanti PA, Morelli R, **Tosti A**.

"Hallopeau's acrodermatitis continua of the nail apparatus: a clinical and pathological study of 20
patients".

Acta Derm Venereol. 1994 Jan;74(1):65-7.

190) Trevisi P, Vincenzi C, Chieregato C, Guerra L, **Tosti A**.
"Sunscreen sensitization: a three-year study".

18

Dermatology. 1994;189(1):55-7.

191) **Tosti A**, Peluso AM, Fanti PA, Torresan F, Solmi L, Bassi F.
"Histiocytoid hemangioma with prominent fingernail involvement".
Dermatology. 1994;189(1):87-9.

192) Peluso AM, Bardazzi F, **Tosti A**, Varotti C.
"Intermittent cyclosporin A treatment of severe plaque psoriasis. Long-term follow-up of 26 patients".
Acta Derm Venereol Suppl (Stockh). 1994;186:90-1.

193) **Tosti A**, Peluso AM, Morelli R, D'Alessandro R, Favaro L.
"Cutaneous amputation of the terminal phalanges in syringomyelia".
Dermatology. 1994;189(2):185-7.

194) Picardo M, **Tosti A**, Marchese C, Zompetta C, Torrisi MR, Faggioni A, Cameli N.
"Characterization of cultured nail matrix cells".
J Am Acad Dermatol. 1994 Mar;30(3):434-40.

195) Fanti PA, **Tosti A**, Bardazzi F, Guerra L, Morelli R, Cameli N.
"Alopecia areata. A pathological study of nonresponder patients".
Am J Dermatopathol. 1994 Apr;16(2):167-70.

196) **Tosti A**, Misciali C, Piraccini BA, Fanti PA, Barbareschi M, Ferretti RM.
"Woolly hair, palmoplantar keratoderma, and cardiac abnormalities: report of a family".
Arch Dermatol. 1994 Apr;130(4):522-4.

197) Cameli N, Picardo M, **Tosti A**, Perrin C, Pisani A, Ortonne JP.
"Expression of integrins in human nail matrix".
Br J Dermatol. 1994 May;130(5):583-8.

198) **Tosti A**, Peluso AM, Bardazzi F, Morelli R, Bassi F.
"Phalangeal osteomyelitis due to nail biting".
Acta Derm Venereol. 1994 May;74(3):206-7.

199) **Tosti A**, Morelli R, Bardazzi F, Peluso AM.
"Prevalence of nail abnormalities in children with alopecia areata".
Pediatr Dermatol. 1994 Jun;11(2):112-5.

200) Guidetti MS, Vincenzi C, Papi M, **Tosti A**.
"Sclerodermatous skin reaction after vitamin K1 injections".
Contact Dermatitis. 1994 Jul;31(1):45-6.

201) **Tosti A**, Cameli N, Piraccini BM, Fanti PA, Ortonne JP.
"Characterization of nail matrix melanocytes with anti-PEP1, anti-PEP8, TMH-1, and HMB-45 antibodies".
J Am Acad Dermatol. 1994 Aug;31(2 Pt 1):193-6.

202) Baran R, **Tosti A**.

"Metastatic carcinoma to the terminal phalanx of the big toe: report of two cases and review of the literature".
J Am Acad Dermatol. 1994 Aug;31(2 Pt 1):259-63.

203) **Tosti A**, Baran R, Morelli R, Fanti PA, Peserico A.
"Progressive fading of longitudinal melanonychia due to a nail matrix melanocytic nevus in a child".
Arch Dermatol. 1994 Aug;130(8):1076-7.

204) Guidetti MS, Vincenzi C, Guerra L, **Tosti A**.
"Contact dermatitis due to oleyl alcohol".
Contact Dermatitis. 1994 Oct;31(4):260-1.

205) **Tosti A**, La Placa M, Fanti PA, Gentilomi G, Venturoli S, Zerbini M, Musiani M.
"Human papillomavirus type 16-associated periungual squamous cell carcinoma in a patient with acquired immunodeficiency syndrome".
Acta Derm Venereol. 1994 Nov;74(6):478-9.

206) Fanti PA, **Tosti A**, Cameli N, Varotti C.
"Nail matrix hypergranulosis".
Am J Dermatopathol. 1994 Dec;16(6):607-10.

207) **Tosti A**, Bardazzi F, Piraccini BM, Fanti PA.
"Idiopathic trachyonychia (twenty-nail dystrophy): a pathological study of 23 patients".
Br J Dermatol. 1994 Dec;131(6):866-72.

208) **Tosti A**, Piraccini BM, Fanti PA, Bardazzi F, Di Landro A.
"Idiopathic atrophy of the nails: clinical and pathological study of 2 cases".
Dermatology. 1995;190(2):116-8.

209) Vincenzi C, Stinchi C, Ricci C, **Tosti A**.
"Contact dermatitis due to an emulsifying agent in a baker".
Contact Dermatitis. 1995 Jan;32(1):57.

210) Caputo R, Veraldi S, Grimalt R, Gianotti R, **Tosti A**, Varotti C, de Kaminsky AR.
"The various clinical patterns of xanthoma disseminatum. Considerations on seven cases and review of the literature".
Dermatology. 1995;190(1):19-24.

211) Guidetti MS, Fanti PA, Piraccini BM, Barbareschi M, **Tosti A**.
"Diffuse partial woolly hair".
Acta Derm Venereol. 1995 Mar;75(2):141-2.

212) **Tosti A**, Bardazzi F, Piraccini BM, Fanti PA, Cameli N, Pileri S.
"Is trachyonychia, a variety of alopecia areata, limited to the nails?".
J Invest Dermatol. 1995 May;104(5 Suppl):27S-28S.

213) Andreone P, Cursaro C, Gramenzi A, Guidetti MS, Bardazzi F, **Tosti A**, Miniero R.

"Detection of hepatitis C virus by polymerase chain reaction and recombinant immunoblot assay 3.0 in porphyria cutanea tarda".
Hepatology. 1995 Jun;21(6):1754-5.

214) Zucchelli V, Silvani S, Vezzani C, Lorenzi S, **Tosti A**.
"Contact dermatitis from levobunolol and befunolol".
Contact Dermatitis. 1995 Jul;33(1):66-7.

215) **Tosti A**, Vincenzi C, Trevisi P, Guerra L.
"Euxyl K 400: incidence of sensitization, patch test concentration and vehicle".
Contact Dermatitis. 1995 Sep;33(3):193-5.

216) Pazzaglia M, Vincenzi C, Spiller M, **Tosti A**.
"Contact sensitivity to Atlas G-1441".
Contact Dermatitis. 1995 Sep;33(3):208.

217) **Tosti A**, Fanti PA, Piraccini BM, Bardazzi F, Misciali C.
"Epidermolytic hyperkeratosis of the nails in keratosis palmoplantaris nummularis".
Acta Derm Venereol. 1995 Sep;75(5):405-6.

218) Corazza GR, Andreani ML, Venturo N, Bernardi M, **Tosti A**, Gasbarrini G.
"Celiac disease and alopecia areata: report of a new association".
Gastroenterology. 1995 Oct;109(4):1333-7.

219) Pazzaglia M, Venturo N, Borda G, **Tosti A**.
"Contact dermatitis due to a massage liniment containing Inula helenium extract".
Contact Dermatitis. 1995 Oct;33(4):267.

220) Guidetti MS, Vincenzi C, Guerra L, **Tosti A**.
"Contact dermatitis due to imidazole antimycotics".
Contact Dermatitis. 1995 Oct;33(4):282.

221) Lorenzi S, Placucci F, Vincenzi C, Bardazzi F, **Tosti A**.
"Allergic contact dermatitis due to thymol".
Contact Dermatitis. 1995 Dec;33(6):439-40.

222) Piraccini BM, Morelli R, Stinchi C, **Tosti A**.
"Proximal subungual onychomycosis due to Microsporum canis".
Br J Dermatol. 1996 Jan;134(1):175-7.

223) Cameli N, Picardo M, Pisani A, Ortonne JP, **Tosti A**.
"Characterization of the nail matrix basement membrane zone: an immunohistochemical study of normal nails and of the nails in Herlitz junctional epidemolysis bullosa".
Br J Dermatol. 1996 Jan;134(1):182-4.

224) Placucci F, Vincenzi C, Ghedini G, Piana G, **Tosti A**.
"Coexistence of type I and type IV allergy to rubber latex".
Contact Dermatitis. 1996 Jan;34(1):76.

225) Haneke E, **Tosti A**, Piraccini BM.
"Sea urchin granuloma of the nail apparatus: report of 2 cases".
Dermatology. 1996;192(2):140-2.

226) La Placa M Jr, Venturoli S, Gentilomi G, Zerbini M, Musiani M, **Tosti A**.
"Absence of human papillomavirus DNA in verrucous carcinoma".
Dermatology. 1996;193(3):271-2.

227) Guidetti MS, Stinchi C, Vezzani C, **Tosti A**.
Subungual exostosis of a finger resembling pterygium inversum unguis".
Dermatology. 1996;193(4):354-5.

228) **Tosti A**, Piraccini BM, Pazzaglia M, Ghedini G, Papadia F.
"Severe facial edema following root canal treatment".
Arch Dermatol. 1996 Feb;132(2):231-3.

229) Zaias N, **Tosti A**, Rebell G, Morelli R, Bardazzi F, Bieley H, Zaiac M, Glick B, Paley B,
      Allevato M, Baran R.
"Autosomal dominant pattern of distal subungual onychomycosis caused by Trichophyton rubrum".
J Am Acad Dermatol. 1996 Feb;34(2 Pt 1):302-4.

230) Pazzaglia M, Vincenzi C, Gasparri F, **Tosti A**.
"Occupational hypersensitivity to isothiazolinone derivatives in a radiology technician".
Contact Dermatitis. 1996 Feb;34(2):143-4.

231) Lorenzi S, Placucci F, Vincenzi C, **Tosti A**.
"Contact sensitization to cocamidopropyl PG-dimonium chloride phosphate in a cosmetic cream".
Contact Dermatitis. 1996 Feb;34(2):149-50.

232) **Tosti A**, Piraccini BM, Stinchi C, Venturo N, Bardazzi F, Colombo MD.
"Treatment of dermatophyte nail infections: an open open randomized study comparing intermittent
terbinafine therapy with continuous terbinafine treatment and intermittent itraconazole therapy".
J Am Acad Dermatol. 1996 Apr;34(4):595-600.

233) **Tosti A**, Baran R, Piraccini BM, Cameli N, Fanti PA.
"Nail matrix nevi: a clinical and histopathologic study of twenty-two patients".
J Am Acad Dermatol. 1996 May;34(5 Pt 1):765-71.

234) Ayala F, Balato N, Lembo G, Patruno C, Fabbrocini G, Nofroni I, Magliocchetti N, Schena D,
      Rafanelli A, Seidenari S, Motolese A, Angelini G, **Tosti A**, Saccabusi S, Pigatto P, Lisi P.
"Statistical evaluation of the persistence of acquired hypersensitivity by standardized patch tests".
Contact Dermatitis. 1996 May;34(5):354-8.

235) Misciali C, Peluso AM, Cameli N, **Tosti A**.
"Occurrence of alopecia areata in a patient receiving systemic cyclosporine A".
Arch Dermatol. 1996 Jul;132(7):843-4.

236) **Tosti A**, Guidetti MS, Bardazzi F, Misciali C.
"Long-term results of topical immunotherapy in children with alopecia totalis or alopecia universalis".
J Am Acad Dermatol. 1996 Aug;35(2 Pt 1):199-201.

237) **Tosti A**, La Placa M, Placucci F, Gentilomi G, Venturoli S, Zerbini M, Musiani M.
"No correlation between cytomegalovirus and alopecia areata".
J Invest Dermatol. 1996 Sep;107(3):443.

238) Pigatto PD, Legori A, Bigardi AS, Guarrera M, **Tosti A**, Santucci B, Monfrecola G, Schena D.
"Gruppo Italiano Ricerca Dermatiti da Contatto ed Ambientali Italian Multicenter Study of Allergic Contact Photodermatitis: epidemiological aspects".
Am J Contact Dermat. 1996 Sep;7(3):158-63.

239) **Tosti A**, Piraccini BM, Stinchi C, Lorenzi S.
"Onychomycosis due to Scopulariopsis brevicaulis: clinical features and response to systemic antifungals".
Br J Dermatol. 1996 Nov;135(5):799-802.

240) **Tosti A**, Vincenzi C, Guerra L, Andrisano E.
"Contact dermatitis from fatty alcohols".
Contact Dermatitis. 1996 Nov;35(5):287-9.

241) Placucci F, Benini A, Guerra L, **Tosti A**.
"Occupational allergic contact dermatitis from disinfectant wipes used in dentistry".
Contact Dermatitis. 1996 Nov;35(5):306.

242) Peluso AM, Misciali C, Vincenzi C, **Tosti A**.
Diffuse hypertrichosis during treatment with 5% topical minoxidil".
Br J Dermatol. 1997 Jan;136(1):118-20.

243) **Tosti A**, Peluso AM, Piraccini BM.
"Nail diseases in children".
Adv Dermatol. 1997;13:353-73.

244) Vincenzi C, Lucente P, Ricci C, **Tosti A**.
"Facial contact dermatitis due to metronidazole".
Contact Dermatitis. 1997 Feb;36(2):116-7.

245) Baran R, **Tosti A**, Piraccini BM.
"Uncommon clinical patterns of Fusarium nail infection: report of three cases".
Br J Dermatol. 1997 Mar;136(3):424-7.

246) **Tosti A**, Piraccini BM, Vincenzi C, Cameli N.
"Itraconazole in the treatment of two young brothers with chronic mucocutaneous candidiasis".
Pediatr Dermatol. 1997 Mar-Apr;14(2):146-8.

247) Volta U, Bardazzi F, Zauli D, DeFranceschi L, **Tosti A**, Molinaro N, Ghetti S, Tetta C, Grassi A, Bianchi FB.

"Serological screening for coeliac disease in vitiligo and alopecia areata".
Br J Dermatol. 1997 May;136(5):801-2.

248) **Tosti A**, Peluso AM, Misciali C, Cameli N.
"Nail lichen striatus: clinical features and long-term follow-up of five patients".
J Am Acad Dermatol. 1997 Jun;36(6 Pt 1):908-13.

249) Stinchi C, Guerrini V, Ghetti E, **Tosti A**.
"Contact dermatitis from lichens".
Contact Dermatitis. 1997 Jun;36(6):309-10.

250) Silvani S, Spettoli E, Stacul F, **Tosti A**.
"Contact dermatitis in psoriasis due to propolis".
Contact Dermatitis. 1997 Jul;37(1):48-9.

251) **Tosti A**, Peluso AM, Misciali C, Venturo N, Patrizi A, Fanti PA.
"Loose anagen hair".
Arch Dermatol. 1997 Sep;133(9):1089-93.

252) **Tosti A**, Piraccini BM, Peluso AM.
"Contact and irritant stomatitis"
Semin Cutan Med Surg. 1997 Dec;16(4):314-9.

253) Renga M, Brandi G, Paganelli GM, Calabrese C, Papa S, **Tosti A**, Tomassetti P, Miglioli M, Biasco G.
"Rectal cell proliferation and colon cancer risk in patients with hypergastrinaemia".
Gut. 1997 Sep;41(3):330-2.

254) Baran R, Guillot P, **Tosti A**.
"Metastasis from carcinoma of the bronchus to the distal aspect of two digits".
Br J Dermatol. 1998 Apr;138(4):708.

255) **Tosti A**, Piraccini BM, Mariani R, Stinchi C, Buttasi C.
"Are local and systemic conditions important for the development of onychomycosis?"
Eur J Dermatol. 1998 Jan-Feb;8(1):41-4.

256) **Tosti A**, Piraccini BM, Lorenzi S, D'Antuono A.
"Candida onychomycosis in HIV infection".
Eur J Dermatol. 1998 Apr-May;8(3):173-4.

257) Stinchi C, Piraccini BM, Pileri S, Lorenzi S, Casavecchia P, Fanti PA, **Tosti A**.
"Multiple nodular lesions of the chin and oral mucosa in a patient with Sjögren's syndrome".
Eur J Dermatol. 1998 Jul-Aug;8(5):350-2.

258) Ricci C, Pazzaglia M, **Tosti A**.
"Photocontact dermatitis from UV filters".
Contact Dermatitis. 1998 Jun;38(6):343-4.

259) Pazzaglia M, Vincenzi C, Montanari A, **Tosti A**.
"Sensitization to nickel from an umbilical ring".
Contact Dermatitis. 1998 Jun;38(6):345.

260) **Tosti A**, Peluso AM, Zucchelli V.
"Clinical features and long-term follow-up of 20 cases of parakeratosis pustulosa".
Pediatr Dermatol. 1998 Jul-Aug;15(4):259-63.

261) **Tosti A**, Piraccini BM, Stinchi C, Colombo MD.
"Relapses of onychomycosis after successful treatment with systemic antifungals: a three-year follow-up".
Dermatology. 1998;197(2):162-6.

262) **Tosti A**, Piraccini BM.
"Proximal subungual onychomycosis due to Aspergillus niger: report of two cases".
Br J Dermatol. 1998 Jul;139(1):156-7.

263) Cameli N, Ortonne JP, Picardo M, Peluso AM, **Tosti A**.
"Distribution of Merkel cells in adult human nail matrix".
Br J Dermatol. 1998 Sep;139(3):541.

264) **Tosti A**, Ghetti E, Piraccini BM, Fanti PA.
"Lichen planus of the nails and fingertips".
Eur J Dermatol. 1998 Sep;8(6):447-8.

265) Baran R, Hay RJ, **Tosti A**, Haneke E.
"A new classification of onychomycosis".
Br J Dermatol. 1998 Oct;139(4):567-71.

266) **Tosti A**, Piraccini BM, Cameli N, Kokely F, Plozzer C, Cannata GE, Benelli C.
"Calcipotriol ointment in nail psoriasis: a controlled double-blind comparison with betamethasone dipropionate and salicylic acid".
Br J Dermatol. 1998 Oct;139(4):655-9.

267) Paulsen E, Andersen KE, Brandão FM, Bruynzeel DP, Ducombs G, Frosch PJ, Goossens A,
    Lahti A, Menné T, Shaw S, **Tosti A**, Wahlberg JE, Wilkinson JD, Wrangsjö K.
"Routine patch testing with the sesquiterpene lactone mix in Europe: a 2-year experience. A multicentre study of the EECDRG".
Contact Dermatitis. 1999 Feb; 40(2):72-6.

268) Patrizi A, Rizzoli L, Vincenzi C, Trevisi P, **Tosti A**.
"Sensitization to thimerosal in atopic children".
Contact Dermatitis. 1999 Feb;40(2):94-7.

269) **Tosti A**, Baran R, Piraccini BM, Fanti PA.
"'Endonyx' onychomycosis: a new modality of nail invasion by dermatophytes".
Acta Derm Venereol. 1999 Jan;79(1):52-3.

270) **Tosti A**, Piraccini BM, D'Antuono A, Marzaduri S, Bettoli V.
"Paronychia associated with antiretroviral therapy".
Br J Dermatol. 1999 Jun;140(6):1165-8.

271) **Tosti A**, Piraccini BM.
"Androgenetic alopecia".
Int J Dermatol. 1999 May;38 Suppl 1:1-7.

272) Parente G, Pazzaglia M, Vincenzi C, **Tosti A**.
"Contact dermatitis from pheniramine maleate in eyedrops".
Contact Dermatitis. 1999 Jun;40(6):338.

273) Drake LA, Patrick DL, Fleckman P, Andr J, Baran R, Haneke E, Sapède C, **Tosti A**.
"The impact of onychomycosis on quality of life: development of an international onychomycosis-specific questionnaire to measure patient quality of life".
J Am Acad Dermatol. 1999 Aug;41(2 Pt 1):189-96.

274) **Tosti A**, Camacho-Martinez F, Dawber R.
"Management of androgenetic alopecia".
J Eur Acad Dermatol Venereol. 1999 May;12(3):205-14.

275) Piraccini BM, **Tosti A**.
"Drug-induced nail disorders: incidence, management and prognosis".
Drug Saf. 1999 Sep;21(3):187-201.

276) **Tosti A**, Cameli N, Peluso AM, Fanti PA, Peserico A.
"Storiform collagenoma of the nail".
Cutis. 1999 Sep;64(3):203-4.

277) **Tosti A**, Piraccini BM, Pazzaglia M, Misciali C.
"Acquired progressive kinking of the hair: clinical features, pathological study, and follow-up of 7 patients".
Arch Dermatol. 1999 Oct;135(10):1223-6.

278) Pazzaglia M, **Tosti A**.
"Allergic contact dermatitis from 3-iodo-2-propynyl-butylcarbamate in a cosmetic cream".
Contact Dermatitis. 1999 Nov;41(5):290.

279) **Tosti A**, Piraccini BM, Alagna G.
"Temporary hair loss simulating alopecia areata after endovascular surgery of cerebral arteriovenous malformations: a report of 3 cases".
Arch Dermatol. 1999 Dec;135(12):1555-6.

280) Moghetti P, Tosi F, **Tosti A**, Negri C, Misciali C, Perrone F, Caputo M, Muggeo M, Castello R.
"Comparison of spironolactone, flutamide, and finasteride efficacy in the treatment of hirsutism: a randomized, double blind, placebo-controlled trial".
J Clin Endocrinol Metab. 2000 Jan;85(1):89-94.

281) Isaksson M, Andersen KE, Brandão FM, Bruynzeel DP, Bruze M, Camarasa JG, Diepgen T, Ducombs G, Frosch PJ, Goossens A, Lahti A, Menné T, Rycroft RJ, Seidenari S, Shaw S, **Tosti A**, Wahlberg J, White IR, Wilkinson JD.
"Patch testing with corticosteroid mixes in Europe. A multicentre study of the EECDRG".
Contact Dermatitis. 2000 Jan;42(1):27-35.

282) **Tosti A**, Piraccini BM, Lorenzi S.
"Onychomycosis caused by nondermatophytic molds: clinical features and response to treatment of 59 cases".
J Am Acad Dermatol. 2000 Feb;42(2 Pt 1):217-24.

283) **Tosti A**, Vincenzi C, Smith KA.
"Provocative use testing of methyldibromo glutaronitrile in a cosmetic shampoo".
Contact Dermatitis. 2000 Feb;42(2):64-7.

284) **Tosti A**, Piraccini BM.
"Finasteride and the hair cycle".
J Am Acad Dermatol. 2000 May;42(5 Pt 1):848-9.

285) **Tosti A**, Piraccini BM.
"Treatment of common nail disorders".
Dermatol Clin. 2000 Apr;18(2):339-48.

286) **Tosti A**, Piraccini BM, Cameli N.
"Nail changes in lichen planus may resemble those of yellow nail syndrome".
Br J Dermatol. 2000 Apr;142(4):848-9.

287) Isaksson M, Andersen KE, Brandão FM, Bruynzeel DP, Bruze M, Diepgen T, Ducomb G, Frosch PJ, Goossens A, Lahti A, Menné T, Seidenari S, **Tosti A**, Wahlberg J, Wilkinson JD.
"Patch testing with budesonide in serial dilutions. A multicentre study of the EECDRG".
Contact Dermatitis. 2000 Jun;42(6):352-4.

288) **Tosti A**, Pazzaglia M, Corazza M, Virgili A.
"Allergic contact dermatitis caused by mehindi".
Contact Dermatitis. 2000 Jun;42(6):356.

289) Pazzaglia M, Lucente P, Vincenzi C, **Tosti A**.
"Contact dermatitis from nickel in mobile phones".
Contact Dermatitis. 2000 Jun;42(6):362-3.

290) Pazzaglia M, Jorizzo M, Parente G, **Tosti A**.
"Allergic contact dermatitis due to avena extract".
Contact Dermatitis. 2000 Jun;42(6):364.

291) Camacho FM, Happle R, **Tosti A**, Whiting D.
"The different faces of pili bifurcati. A review".
Eur J Dermatol. 2000 Jul-Aug;10(5):337-40.

292) **Tosti A**, Pazzaglia M, Bertazzoni M.
"Contact allergy from temporary tattoos".
Arch Dermatol. 2000 Aug;136(8):1061-2.

293) Van Neste D, Fuh V, Sanchez-Pedreno P, Lopez-Bran E, Wolff H, Whiting D, Roberts J,
    Kopera D, Stene JJ, Calvieri S, **Tosti A**, Prens E, Guarrera M, Kanojia P, He W, Kaufman KD.
"Finasteride increases anagen hair in men with androgenetic alopecia".
Br J Dermatol. 2000 Oct;143(4):804-10.

294) Piraccini BM, Parente GL, Varotti E, **Tosti A**.
"Congenital hypertrophy of the lateral nail folds of the hallux: clinical features and follow-up of seven cases".
Pediatr Dermatol. 2000 Sep-Oct;17(5):348-51.

295) **Tosti A**, Piraccini BM, Calderoni O, Fanti PA, Cameli N, Varotti E.
"Onychomatricoma: report of three cases, including the first recognized in a colored man".
Eur J Dermatol. 2000 Dec;10(8):604-6.

296) La Placa M, Pazzaglia M, **Tosti A**.
"Lycopenaemia".
J Eur Acad Dermatol Venereol. 2000 Jul;14(4):311-2.

297) **Tosti A**, Piraccini BM, Camacho-Martinez F.
"Onychomadesis and pyogenic granuloma following cast immobilization".
Arch Dermatol. 2001 Feb;137(2):231-2.

298) **Tosti A**, Piraccini BM, van Neste DJ.
"Telogen effluvium after allergic contact dermatitis of the scalp".
Arch Dermatol. 2001 Feb;137(2):187-90.

299) Andrisano V, Ballardini R, Hrelia P, Cameli N, **Tosti A**, Gotti R, Cavrini V.
"Studies on the photostability and in vitro phototoxicity of Labetalol".
Eur J Pharm Sci. 2001 Feb;12(4):495-504.

300) **Tosti A**, Piraccini BM.
"Warts of the nail unit: surgical and nonsurgical approaches".
Dermatol Surg. 2001 Mar;27(3):235-9.

301) de Lacharrière O, Deloche C, Misciali C, Piraccini BM, Vincenzi C, Bastien P, Tardy I,
    Bernard BA, **Tosti A**.
"Hair diameter diversity: a clinical sign reflecting the follicle miniaturization".
Arch Dermatol. 2001 May;137(5):641-6.

302) Piraccini BM, **Tosti A**, Iorizzo M, Misciali C.
"Pustular psoriasis of the nails: treatment and long-term follow-up of 46 patients".
Br J Dermatol. 2001 May;144(5):1000-5.

303) Baran R, Mikhail G, Costini B, **Tosti A**, Goettmann-Bonvallot S.
"Distal digital keratoacanthoma: two cases with a review of the literature".

Dermatol Surg. 2001 Jun;27(6):575-9.

304) Ciaccio EJ, **Tosti A**C, Scheinman MM.
"Relationship between sinus rhythm activation and the reentrant ventricular tachycardia isthmus".
Circulation. 2001 Jul 31;104(5):613-9.

305) **Tosti A**, Piraccini BM, Cambiaghi S, Jorizzo M.
"Nail lichen planus in children: clinical features, response to treatment, and long-term follow-up".
Arch Dermatol. 2001 Aug;137(8):1027-32.

306) **Tosti A**, Misciali C, Cameli N, Vincenzi C.
"Guess what! Psoriasis of the lips".
Eur J Dermatol. 2001 Nov-Dec;11(6):589-90.

307) **Tosti A**, Piraccini BM, Soli M.
"Evaluation of sexual function in subjects taking finasteride for the treatment of androgenetic alopecia".
J Eur Acad Dermatol Venereol. 2001 Sep;15(5):418-21.

308) Iorizzo M, Parente G, Vincenzi C, Pazzaglia M, **Tosti A**.
"Allergic contact dermatitis in hairdressers: frequency and source of sensitization".
Eur J Dermatol. 2002 Mar-Apr;12(2):179-82.

309) **Tosti A**, Piraccini BM.
"Loose anagen hair syndrome and loose anagen hair".
Arch Dermatol. 2002 Apr;138(4):521-2.

310) **Tosti A**, Piraccini BM, Iorizzo M.
"Systemic itraconazole in the yellow nail syndrome".
Br J Dermatol. 2002 Jun;146(6):1064-7.

311) **Tosti A**, Piraccini BM, Ghetti E, Colombo MD.
"Topical steroids versus systemic antifungals in the treatment of chronic paronychia: an open, randomized double-blind and double dummy study".
J Am Acad Dermatol. 2002 Jul;47(1):73-6.

312) Wilkinson JD, Shaw S, Andersen KE, Brandao FM, Bruynzeel DP, Bruze M, Camarasa JM, Diepgen TL, Ducombs G, Frosch PJ, Goossens A, Lachappelle JM, Lahti A, Menné T, Seidenari S, **Tosti A**, Wahlberg JE.
"Monitoring levels of preservative sensitivity in Europe. A 10-year overview (1991-2000)".
Contact Dermatitis. 2002 Apr;46(4):207-10.

313) **Tosti A**, Piraccini BM, Bergfeld WF, Camacho F, Dawber RP, Happle R, Olsen EA, Price VH, Rebora A, Shapiro J, Sinclair R, Vanneste D, Whiting DA.
"Occupational alopecia or alopecia areata?".
J Am Acad Dermatol. 2002 Oct;47(4):636-7.

314) **Tosti A**, Argenziano G.

"Dermoscopy allows better management of nail pigmentation".
Arch Dermatol. 2002 Oct;138(10):1369-70.

315) Ruggeri L, Capanni M, **Tosti A**, Urbani E, Posati S, Aversa F, Martelli MF, Velardi A.
 "Innate immunity against hematological malignancies".
Cytotherapy. 2002;4(4):343-6.

316) Piraccini BM, Lorenzi S, **Tosti A**.
 "'Deep' white superficial onychomycosis due to molds".
J Eur Acad Dermatol Venereol. 2002 Sep;16(5):532-3.

317) Baran R, **Tosti A**.
"Chemical avulsion with urea nail lacquer".
J Dermatolog Treat. 2002 Dec;13(4):161-4.

318) Piraccini BM, Iorizzo M, **Tosti A**.
"Drug-induced nail abnormalities".
Am J Clin Dermatol. 2003;4(1):31-7.

319) Minisini AM, **Tosti A**, Sobrero AF, Mansutti M, Piraccini BM, Sacco C, Puglisi F.
"Taxane-induced nail changes: incidence, clinical presentation and outcome".
Ann Oncol. 2003 Feb;14(2):333-7.

320) **Tosti A**, Piraccini BM, Misciali C, Vincenzi C.
"Lentiginous eruption due to topical immunotherapy".
Arch Dermatol. 2003 Apr;139(4):544-5.

321) Ducombs G, Lepoittevin JP, Berl V, Andersen KE, Brandão FM, Bruynzeel DP, Bruze M,
        Camarasa JG, Frosch PJ, Goossens A, Lachapelle JM, Lahti A, Le Coz CJ, Maibach HI, Menné
        T, Seidenari S, Shaw S, **Tosti A**, Wilkinson JD; European Environmental and Contact
        Dermatitis Research Group multicentre Study.
"Routine patch testing with frullanolide mix: an European Environmental and Contact Dermatitis
Research Group multicentre study".
Contact Dermatitis. 2003 Mar;48(3):158-61.

322) Pazzaglia M, Tullo S, **Tosti A**.
"Occupational protein contact dermatitis due to Calliphora vomitoria larvae (maggots) bred as fishing
bait"
Contact Dermatitis. 2003 Mar;48(3):176.

323) Baran R, **Tosti A**, De Berker D.
"Periungual keratoacanthoma preceded by a wart and followed by a verrucous carcinoma at the same
site".
Acta Derm Venereol. 2003;83(3):232-3.

324) **Tosti A**, Piraccini BM, Pazzaglia M, Vincenzi C.
"Clobetasol propionate 0.05% under occlusion in the treatment of alopecia totalis/universalis".
J Am Acad Dermatol. 2003 Jul;49(1):96-8.

325) Ghetti E, Piraccini BM, **Tosti A**.
"Onycholysis and subungual haemorrhages secondary to systemic chemotherapy (paclitaxel)".
J Eur Acad Dermatol Venereol. 2003 Jul;17(4):459-60.

326) Piraccini BM, Fanti PA, Iorizzo M, **Tosti A**.
"Juvenile xanthogranuloma of the proximal nail fold".
Pediatr Dermatol. 2003 Jul-Aug;20(4):307-8.

327) Sinclair R, Jolley D, Mallari R, Magee J, **Tosti A**, Piracinni BM, Vincenzi C, Happle R,
        Ferrando J, Grimalt R, Thérèse L, Van Neste D, Zlotogorski A, Christiano AM, Whiting D.
"Morphological approach to hair disorders".
J Investig Dermatol Symp Proc. 2003 Jun;8(1):56-64.

328) **Tosti A**, Piraccini BM, Lorenzi S, Iorizzo M.
"Treatment of nondermatophyte mold and Candida onychomycosis".
 Dermatol Clin. 2003 Jul;21(3):491-7, vii.

329) **Tosti A**, Piraccini BM, Iorizzo M.
"Management of onychomycosis in children".
Dermatol Clin. 2003 Jul;21(3):507-9, vii.

330) **Tosti A**, Iorizzo M, Vincenzi C.
"Finasteride treatment may not prevent telogen effluvium after minoxidil withdrawal".
Arch Dermatol. 2003 Sep;139(9):1221-2.

331) **Tosti A**, Piraccini BM, Scher RK.
"Isolated nail dystrophy suggestive of dominant dystrophic epidermolysis bullosa".
Pediatr Dermatol. 2003 Sep-Oct;20(5):456-7.

332) Lorenzi S, D'Antuono A, Iorizzo M, **Tosti A**.
"Skin rash and splinter hemorrhages from ganciclovir".
J Dermatolog Treat. 2003 Sep;14(3):177-8.

333) **Tosti A**, Voudouris S, Pazzaglia M.
"Contact sensitization to 5-chloro-2-methyl-4-isothiazolin-3-one and 2-methyl-4-isothiazolin-3-one in children".
Contact Dermatitis. 2003 Oct;49(4):215-6.

334) Pazzaglia M, Tullo S, Voudouris S, **Tosti A**.
"Contact dermatitis due to cyclohexanone: a further case".
Contact Dermatitis. 2003 Dec;49(6):313.

335) Piraccini BM, Iorizzo M, Antonucci A, **Tosti A**.
"Drug-induced nail abnormalities".
Expert Opin Drug Saf. 2004 Jan;3(1):57-65.

336) Daniel CR 3rd, Piraccini BM, **Tosti A**.

"The nail and hair in forensic science".
J Am Acad Dermatol. 2004 Feb;50(2):258-61.

337) Deloche C, de Lacharrière O, Misciali C, Piraccini BM, Vincenzi C, Bastien P, Tardy I, Bernard BA, **Tosti A**.
"Histological features of peripilar signs associated with androgenetic alopecia".
Arch Dermatol Res. 2004 Mar;295(10):422-8.

338) Giehl KA, Ferguson DJ, Dean D, Chuang YH, Allen J, Berker DA, **Tosti A**, Dawber RP, Wojnarowska F.
"Alterations in the basement membrane zone in pili annulati hair follicles as demonstrated by electron microscopy and immunohistochemistry".
Br J Dermatol. 2004 Apr;150(4):722-7.

339) Piraccini BM, **Tosti A**.
"White superficial onychomycosis: epidemiological, clinical, and pathological study of 79 patients".
Arch Dermatol. 2004 Jun;140(6):696-701.

340) La Placa M, Vitone F, Bianchi T, Vincenzi C, Gibellini D, Re MC, **Tosti A**.
"Serum antibodies against human intracisternal A-type particle (HIAP) endogenous retrovirus in Alopecia areata patients: a hallmark of autoimmune disease?".
J Invest Dermatol. 2004 Aug;123(2):407-9.

341) **Tosti A**, Pazzaglia M, Soli M, Rossi A, Rebora A, Atzori L, Barbareschi M, Benci M, Voudouris S, Vena GA.
"Evaluation of sexual function with an international index of erectile function in subjects taking finasteride for androgenetic alopecia".
Arch Dermatol. 2004 Jul;140(7):857-8.

342) **Tosti A**, Pazzaglia M, Silvani S, Delorenzi F.
"The spectrum of allergic contact dermatitis in the elderly".
Contact Dermatitis. 2004 Jun;50(6):379-81.

343) Piraccini BM, Antonucci A, Iorizzo M, Pazzaglia M, **Tosti A**.
"Occupational nail fragility in a professional violist".
Contact Dermatitis. 2004 Jul;51(1):35-6.

344) **Tosti A**, Pazzaglia M, Voudouris S, Tosti G.
"Hypertrichosis of the eyelashes caused by bimatoprost".
J Am Acad Dermatol. 2004 Nov;51(5 Suppl):S149-50. Erratum in: J Am Acad Dermatol. 2004 Dec;51(6):1040.

345) Giehl KA, Eckstein GN, Benet-Pagès A, **Tosti A**, de Berker DA, Meitinger T, Müller-Myhsok B, Strom TM.
"A gene locus responsible for the familial hair shaft abnormality pili annulati maps to chromosome 12q24.32-24.33".
J Invest Dermatol. 2004 Dec;123(6):1073-7.

346) Iorizzo M, Pazzaglia M, M Piraccini B, Tullo S, **Tosti A**.
"Brittle nails".
J Cosmet Dermatol. 2004 Jul;3(3):138-44.

347) **Tosti A**, Piraccini BM, Iorizzo M, Misciali C.
"Frontal fibrosing alopecia in postmenopausal women".
J Am Acad Dermatol. 2005 Jan;52(1):55-60.

348) Veneziano L, Silvani S, Voudouris S, **Tosti A**.
"Contact dermatitis due to topical cosmetic use of vitamin K".
Contact Dermatitis. 2005 Feb;52(2):113-4.

349) **Tosti A**, Iorizzo M, Piraccini BM.
**"**Androgenetic alopecia in children: report of 20 cases".
Br J Dermatol. 2005 Mar;152(3):556-9.

350) Piraccini BM, Rech G, Pazzaglia M, Tullo S, Iorizzo M, **Tosti A**.
"Peri- and subungual burns caused by hydrofluoric acid".
Contact Dermatitis. 2005 Apr;52(4):230-2.

351) **Tosti A**, Piraccini BM, Vincenzi C, Misciali C.
"Permanent alopecia after busulfan chemotherapy".
Br J Dermatol. 2005 May;152(5):1056-8.

352) Misciali C, Iorizzo M, Fanti PA, Piraccini BM, Ceccarelli C, Santini D, **Tosti A**.
"Onychoblastoma (hamartoma of the nail unit): a new entity?".
Br J Dermatol. 2005 May;152(5):1077-8.

353) **Tosti A**, Bellavista S, Longo S, Pazzaglia M.
"Tendency to underestimate the severity of androgenetic alopecia".
Br J Dermatol. 2005 Jun;152(6):1362-3;

354) Piraccini BM, Antonucci A, Rech G, Iorizzo M, Neri I, Patrizi A, **Tosti A**.
"Congenital pseudoclubbing of a fingernail caused by subungual hemangioma".
J Am Acad Dermatol. 2005 Aug;53(2 Suppl 1):S123-6.

355) **Tosti A**, Hay R, Arenas-Guzmán R.
"Patients at risk of onychomycosis--risk factor identification and active prevention".
J Eur Acad Dermatol Venereol. 2005 Sep;19 Suppl 1:13-6.

356) Arenas-Guzman R, **Tosti A**, Hay R, Haneke E; National Institue for Clinical Excellence.
"Pharmacoeconomics--an aid to better decision-making".
J Eur Acad Dermatol Venereol. 2005 Sep;19 Suppl 1:34-9.

357) Iorizzo M, Piraccini BM, Rech G, **Tosti A**.
"Treatment of onychomycosis with oral antifungal agents".
Expert Opin Drug Deliv. 2005 May;2(3):435-40.

358) Alfonso M, Richter-Appelt H, **Tosti A**, Viera MS, García M.
"The psychosocial impact of hair loss among men: a multinational European study".
Curr Med Res Opin. 2005 Nov;21(11):1829-36.

359) Daniel CR 3rd, **Tosti A**, Iorizzo M, Piraccini BM.
"The disappearing nail bed: a possible outcome of onycholysis".
Cutis. 2005 Nov;76(5):325-7.

360) **Tosti A**, Piraccini BM, Iorizzo M, Voudouris S.
"The natural history of androgenetic alopecia".
J Cosmet Dermatol. 2005 Jan;4(1):41-3.

361) **Tosti A**, Bellavista S, Iorizzo M, Vincenzi C.
"Occupational trachyonychia due to psoriasis: report of a case successfully treated with oral acitretin".
Contact Dermatitis. 2006 Feb;54(2):123-4.

362) Iorizzo M, Vincenzi C, Voudouris S, Piraccini BM, **Tosti A**.
"Finasteride treatment of female pattern hair loss".
Arch Dermatol. 2006 Mar;142(3):298-302.

363) Piraccini BM, Voudouris S, Pazzaglia M, Rech G, Vicenzi C, **Tosti A**.
"Lipedematous alopecia of the scalp".
Dermatol Online J. 2006 Feb 28;12(2):6.

364) Zoli V, Silvani S, Vincenzi C, **Tosti A**.
"Allergic contact cheilitis".
Contact Dermatitis. 2006 May;54(5):296-7.

365) Piraccini BM, Rech G, Pazeaglia M, **Tosti A**.
"Mechanical onycholysis of 2 fingernails in a 7-year-old girl".
Contact Dermatitis. 2006 May;54(5):301-2.

366) **Tosti A**, Iorizzo M, Piraccini BM, Starace M.
"The nail in systemic diseases".
Dermatol Clin. 2006 Jul;24(3):341-7.

367) Piraccini BM, Iorizzo M, Starace M, **Tosti A**.
"Drug-induced nail diseases".
Dermatol Clin. 2006 Jul;24(3):387-91.

368) Sakata S, Howard A, **Tosti A**, Sinclair R.
"Follow up of 12 patients with trachyonychia".
Australas J Dermatol. 2006 Aug;47(3):166-8.

369) **Tosti A**, Bellavista S, Iorizzo M.
"Alopecia areata: a long term follow-up study of 191 patients".
J Am Acad Dermatol. 2006 Sep;55(3):438-41.

370) Zoli V, **Tosti A**, Silvani S, Vincenzi C.
"Moist toilet papers as possible sensitizers: review of the literature and evaluation of commercial products in Italy".
Contact Dermatitis. 2006 Oct;55(4):252-4.

371) Dika E, **Tosti A**, Goldovsky M, Wester R, Maibach HI.
"Percutaneous absorption of crotamiton in man following single and multiple dosing".
Cutan Ocul Toxicol. 2006;25(3):211-6.

372) Ross EK, Vincenzi C, **Tosti A**.
"Videodermoscopy in the evaluation of hair and scalp disorders".
J Am Acad Dermatol. 2006 Nov;55(5):799-806.

373) **Tosti A**, Iorizzo M, Botta GL, Milani M.
"Efficacy and safety of a new clobetasol propionate 0.05% foam in alopecia areata: a randomized, double-blind placebo-controlled trial".
J Eur Acad Dermatol Venereol. 2006 Nov;20(10):1243-7.

374) Daniel CR 3rd, **Tosti A**, Iorizzo M, Piraccini BM.
"The nail and Koebner-like phenomenon".
Int J Dermatol. 2006 Nov;45(11):1372-3.

375) **Tosti A**, Pazzaglia M, Starace M, Bellavista S, Vincenzi C, Tonelli G.
"Alopecia areata during treatment with biologic agents".
Arch Dermatol. 2006 Dec;142(12):1653-4.

376) Daniel CR 3rd, Iorizzo M, Piraccini BM, **Tosti A**.
"Grading simple chronic paronychia and onycholysis".
Int J Dermatol. 2006 Dec;45(12):1447-8.

377) Daniel CR 3rd, Iorizzo M, **Tosti A**, Piraccini BM.
"Ingrown toenails".
 Cutis. 2006 Dec;78(6):407-8.

378) Piraccini BM, Iorizzo M, Rech G, **Tosti A**.
"Drug-induced hair disorders".
Curr Drug Saf. 2006 Aug;1(3):301-5.

379) Piraccini BM, Antonucci A, Rech G, Starace M, Miscali C, **Tosti A**.
"Onychomatricoma: first description in a child".
Pediatr Dermatol. 2007 Jan-Feb;24(1):46-8.

380) Iorizzo M, Piraccini BM, **Tosti A**.
"Heterochromia of the scalp hair following Blaschko lines".
Pediatr Dermatol. 2007 Jan-Feb;24(1):69-70.

381) Scher RK, Tavakkol A, Sigurgeirsson B, Hay RJ, Joseph WS, **Tosti A**, Fleckman P, Ghannoum M, Armstrong DG, Markinson BC, Elewski BE.
"Onychomycosis: diagnosis and definition of cure".
J Am Acad Dermatol. 2007 Jun;56(6):939-44.

382) Feletti F, Vincenzi C, Pazzaglia M, **Tosti A**.
"Periocular pigmentation associated with use of travoprost for the treatment of alopecia areata of the eyelashes"
J Eur Acad Dermatol Venereol. 2007 Mar;21(3):421-3.

383) Iorizzo M, Piraccini BM, **Tosti A**.
"Nail cosmetics in nail disorders".
J Cosmet Dermatol. 2007 Mar;6(1):53-8.

384) Richert B, Iorizzo M, **Tosti A**, André J.
"Nail bed lichen planus associated with onychopapilloma".
Br J Dermatol. 2007 May;156(5):1071-2.

385) **Tosti A**, Pazzaglia M.
"Drug reactions affecting hair: diagnosis".
Dermatol Clin. 2007 Apr;25(2):223-31, vii.

386) Starace M, Militello G, Pazzaglia M, Vincenzi C, **Tosti A**.
"Allergic contact dermatitis to nickel in a hair clasp".
Contact Dermatitis. 2007 May;56(5):290.

387) Iorizzo M, Piraccini BM, **Tosti A**.
"New fungal nail infections".
Curr Opin Infect Dis. 2007 Apr;20(2):142-5.

388) **Tosti A**, Gray J.
"Assessment of hair and scalp disorders".
J Investig Dermatol Symp Proc. 2007 Dec;12(2):23-7.

389) Betto P, Gennari E, Germi L, Bonoldi E, Scalco G, **Tosti A**.
"Tamoxifen and purpuric vasculitis: a case report".
J Eur Acad Dermatol Venereol. 2008 Jun;22(6):762-3. Epub 2007 Nov 19.

390) Iorizzo M, Oranje AP, **Tosti A**.
"Periungual hyperpigmentation in newborns".
Pediatr Dermatol. 2008 Jan-Feb;25(1):25-7.

391) Iorizzo M, Dahdah M, Vincenzi C, **Tosti A**.
"Videodermoscopy of the hyponychium in nail bed psoriasis".
J Am Acad Dermatol. 2008 Apr;58(4):714-5.

392) Iorizzo M, **Tosti A**, Di Chiacchio N, Hirata SH, Misciali C, Michalany N, Domiguez J, Toussaint S.

36

"Nail melanoma in children: differential diagnosis and management".
Dermatol Surg. 2008 Jul;34(7):974-8.

393) **Tosti A**, Whiting D, Iorizzo M, Pazzaglia M, Misciali C, Vincenzi C, Micali G.
"The role of scalp dermoscopy in the diagnosis of alopecia areata incognita".
J Am Acad Dermatol. 2008 Jul;59(1):64-7.

394) Iorizzo M, De Padova MP, **Tosti A**.
"Biorejuvenation: theory and practice".
Clin Dermatol. 2008 Mar-Apr;26(2):177-81.

395) Dominguez-Cherit J, Toussaint-Caire S, Kamino H, Iorizzo M, **Tosti A**.
"Subungual spitz nevus in a Hispanic infant".
Dermatol Surg. 2008 Nov;34(11):1571-3.

396) Iorizzo M, Pazzaglia M, Starace M, Militello G, **Tosti A**.
"Videodermoscopy: a useful tool for diagnosing congenital triangular alopecia".
Pediatr Dermatol. 2008 Nov-Dec;25(6):652-4.

397) La Placa M, Vincenzi C, Misciali C, **Tosti A**.
"Scalp sarcoidosis with systemic involvement".
J Am Acad Dermatol. 2008 Nov;59(5 Suppl):S126-7.

398) Piraccini BM, Rech G, **Tosti A**.
"Photodynamic therapy of onychomycosis caused by Trichophyton rubrum".
J Am Acad Dermatol. 2008 Nov;59(5 Suppl):S75-6.

399) Donati A, Vincenzi C, **Tosti A**.
"Acute hair loss in phenylketonuria".
J Eur Acad Dermatol Venereol. 2009 May;23(5):613-5

400) Yang A, Iorizzo M, Vincenzi C, **Tosti A**.
"Hair extensions: a concerning cause of hair disorders".
Br J Dermatol. 2009 Jan;160(1):207-9.

401) Giehl KA, Rogers MA, Radivojkov M, **Tosti A**, de Berker DA, Weinlich G, Schmuth M,
      Ruzicka T, Eckstein GN.
"Pili annulati: refinement of the locus on chromosome 12q24.33 to a 2.9-Mb interval and candidate
gene analysis".
Br J Dermatol. 2009 Mar;160(3):527-33.

402) Torres F, das Graças M, Melo M, **Tosti A**.
"Management of contact dermatitis due to nickel allergy: an update".
Clin Cosmet Investig Dermatol. 2009 Apr 17;2:39-48.

403) Harries MJ, Trueb RM, **Tosti A**, Messenger AG, Chaudhry I, Whiting DA, Sinclair R, Griffiths
      CE, Paus R.

"How not to get scar(r)ed: pointers to the correct diagnosis in patients with suspected primary cicatricial alopecia".
Br J Dermatol. 2009 Mar;160(3):482-501.

404) **Tosti A**, Ricotti C, Romanelli P, Cameli N, Piraccini BM.
"Evaluation of the efficacy of acitretin therapy for nail psoriasis".
Arch Dermatol. 2009 Mar;145(3):269-71.

405) **Tosti A**.
"Hair and nail disorders. Introduction".
Semin Cutan Med Surg. 2009 Mar;28(1):1-2.

406) **Tosti A**, Piraccini BM, de Farias DC.
"Dealing with melanonychia".
Semin Cutan Med Surg. 2009 Mar;28(1):49-54.

407) **Tosti A**, Duque-Estrada B.
"Treatment strategies for alopecia".
Expert Opin Pharmacother. 2009 Apr;10(6):1017-26.

408) **Tosti A**, Torres F, Misciali C, Vincenzi C, Duque-Estrada B.
 "The role of dermoscopy in the diagnosis of cicatricial marginal alopecia".
Br J Dermatol. 2009 Jul;161(1):213-5.

409) Fu JM, Starace M, **Tosti A**.
"A new dermoscopic finding in healthy children".
Arch Dermatol. 2009 May;145(5):596-7.

410) Baran R, **Tosti A**, Hartmane I, Altmeyer P, Hercogova J, Koudelkova V, Ruzicka T,
       Combemale P, Mikazans I.
"An innovative water-soluble biopolymer improves efficacy of ciclopirox nail lacquer in the management of onychomycosis".
J Eur Acad Dermatol Venereol. 2009 Jul;23(7):773-81.

411) **Tosti A**, Donati A, Vincenzi C, Fabbrocini G.
"Videodermoscopy does not enhance diagnosis of scalp contact dermatitis due to topical minoxidil".
Int J Trichology. 2009 Jul;1(2):134-7.

412) Duque-Estrada B, Vincenzi C, Misciali C, **Tosti A**.
"Alopecia secondary to mesotherapy".
J Am Acad Dermatol. 2009 Oct;61(4):707-9.

413) Iorizzo M, Vincenzi C, Smith FJ, Wilson NJ, **Tosti A**.
"Pachyonychia congenita type I presenting with subtle nail changes".
Pediatr Dermatol. 2009 Jul-Aug;26(4):492-3.

414) **Tosti A**, Piraccini BM, Sisti A, Duque-Estrada B.

"Hair loss in women".
Minerva Ginecol. 2009 Oct;61(5):445-52.

415) Horev L, **Tosti A**, Rosen I, Hershko K, Vincenzi C, Nanova K, Mali A, Potikha T, Zlotogorski A.
"Mutations in lipase H cause autosomal recessive hypotrichosis simplex with woolly hair".
J Am Acad Dermatol. 2009 Nov;61(5):813-8.

416) Fabbrocini G, De Padova MP, **Tosti A**.
"Chemical peels: what's new and what isn't new but still works well".
Facial Plast Surg. 2009 Dec;25(5):329-36.

417) **Tosti A**, Torres F, Misciali C, Vincenzi C, Starace M, Miteva M, Romanelli P.
"Follicular red dots: a novel dermoscopic pattern observed in scalp discoid lupus erythematosus".
Arch Dermatol. 2009 Dec;145(12):1406-9.

418) Magnano M, Silvani S, Vincenzi C, Nino M, **Tosti A**.
"Contact allergens and irritants in household washing and cleaning products".
Contact Dermatitis. 2009 Dec;61(6):337-41.

419) **Tosti A**, Torres F.
"Dermoscopy in the diagnosis of hair and scalp disorders".
Actas Dermosifiliogr. 2009 Nov;100 Suppl 1:114-9.

420) El Shabrawi-Caelen L, La Placa M, Vincenzi C, Haidn T, Muellegger R, **Tosti A**.
"Adalimumab-induced psoriasis of the scalp with diffuse alopecia: a severe potentially irreversible cutaneous side effect of TNF-alpha blockers".
Inflamm Bowel Dis. 2010 Feb;16(2):182-3.

421) **Tosti A**, de Farias DC, Murrell DF.
"Nail involvement in epidermolysis bullosa".
Dermatol Clin. 2010 Jan;28(1):153-7.

422) **Tosti A**, Duque-Estrada B, Murrell DF.
"Alopecia in epidermolysis bullosa".
Dermatol Clin. 2010 Jan;28(1):165-9.

423) Torres F, Fabbrocini G, Hirata SH, Yamada S, De Vita V, Annunziata MC, **Tosti A**.
"Dermoscopy of scalp melanoma: report of three cases".
Cancers (Basel). 2010 Aug 18;2(3):1597-601.

424) Junqueira Ribeiro Pereira AF, Vincenzi C, **Tosti A**.
"Frontal fibrosing alopecia in two sisters".
Br J Dermatol. 2010 May;162(5):1154-5.

425) Piraccini BM, Sisti A, **Tosti A**.
"Long-term follow-up of toenail onychomycosis caused by dermatophytes after successful treatment with systemic antifungal agents".

J Am Acad Dermatol. 2010 Mar;62(3):411-4.

426) Ayala F, Nino M, Fabbrocini G, Panariello L, Balato N, Foti C, **Tosti A**, Corazza M, Valsecchi RH, Gola M, Gallo R, Guarneri F, Pigatto PD, Cristaudo A, Schena D, Musumeci ML, Stingeni L, Lisi P.
"Quality of life and contact dermatitis: a disease-specific questionnaire".
Dermatitis. 2010 Mar-Apr;21(2):84-90.

427) Miteva M, Camacho I, Romanelli P, **Tosti A**.
"Acute hair loss on the limbs in frontal fibrosing alopecia: a clinicopathological study of two cases".
Br J Dermatol. 2010 Aug;163(2):426-8.

428) Piraccini BM, Saccani E, Starace M, Balestri R, **Tosti A**.
"Nail lichen planus: response to treatment and long term follow-up".
Eur J Dermatol. 2010 Jul-Aug;20(4):489-96.

429) Di Chiacchio N, Hirata SH, Enokihara MY, Michalany NS, Fabbrocini G, **Tosti A**.
"Dermatologists' accuracy in early diagnosis of melanoma of the nail matrix".
Arch Dermatol. 2010 Apr;146(4):382-7.

430) Farias DC, **Tosti A**, Chiacchio ND, Hirata SH.
"Dermoscopy in nail psoriasis".
An Bras Dermatol. 2010 Jan-Feb;85(1):101-3.

431) Piraccini BM, Bellavista S, Misciali C, **Tosti A**, de Berker D, Richert B.
"Periungual and subungual pyogenic granuloma".
Br J Dermatol. 2010 Nov;163(5):941-53.

432) Avashia N, Woolery-Lloyd H, **Tosti A**, Romanelli P.
"Short anagen syndrome in an African American woman".
J Am Acad Dermatol. 2010 Dec;63(6):1092-3.

433) Iorizzo M, El Shabrawi Caelen L, Vincenzi C, Misciali C, **Tosti A**.
"Folliculotropic mycosis fungoides masquerading as alopecia areata".
J Am Acad Dermatol. 2010 Aug;63(2):e50-2.

434) **Tosti A**, Miteva M, Torres F, Vincenzi C, Romanelli P.
"Hair casts are a dermoscopic clue for the diagnosis of traction alopecia".
Br J Dermatol. 2010 Dec;163(6):1353-5.

435) Iorizzo M, Piraccini BM, **Tosti A**.
"Today's treatments options for onychomycosis".
J Dtsch Dermatol Ges. 2010 Nov;8(11):875-9.

436) Tangjaturonrusamee C, Piraccini BM, Vincenzi C, Starace M, **Tosti A**.
"Tinea capitis mimicking folliculitis decalvans".
Mycoses. 2011 Jan;54(1):87-8

437) Giacomini F, Starace M, **Tosti A**.
"Short anagen syndrome".
Pediatr Dermatol. 2011 Mar-Apr;28(2):133-4.

438) Blume-Peytavi U, Blumeyer A, **Tosti A**, Finner A, Marmol V, Trakatelli M, Reygagne P,
      Messenger A; European Consensus Group.
"S1 guideline for diagnostic evaluation in androgenetic alopecia in men, women and adolescents".
Br J Dermatol. 2011 Jan;164(1):5-15.

439) Ardigò M, **Tosti A**, Cameli N, Vincenzi C, Misciali C, Berardesca E.
"Reflectance confocal microscopy of the yellow dot pattern in alopecia areata".
Arch Dermatol. 2011 Jan;147(1):61-4.

440) Ardigò M, Torres F, Abraham LS, Piñeiro-Maceira J, Cameli N, Berardesca E, **Tosti A**.
"Reflectance confocal microscopy can differentiate dermoscopic white dots of the scalp between sweat
gland ducts or follicular infundibulum".
Br J Dermatol. 2011 May;164(5):1122-4.

441) Palamaras I, Misciali C, Vincenzi C, Robles WS, **Tosti A**.
"Permanent chemotherapy-induced alopecia: a review".
J Am Acad Dermatol. 2011 Mar;64(3):604-6.

442) Torres F, **Tosti A**, Misciali C, Lorenzi S.
"Trichoscopy as a clue to the diagnosis of scalp sarcoidosis".
Int J Dermatol. 2011 Mar;50(3):358-61.

443) **Tosti A**.
"Practice gaps--trichoscopy in clinical care: comment on 'corkscrew hair'".
Arch Dermatol. 2011 Mar;147(3):356.

444) Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P, **Tosti A**.
"Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases".
Am J Dermatopathol. 2011 Jun;33(4):345-50.

445) Miteva M, Aber C, Torres F, **Tosti A**.
"Frontal fibrosing alopecia occurring on scalp vitiligo: report of four cases".
Br J Dermatol. 2011 Aug;165(2):445-7.

446) Hirata SH, Yamada S, Enokihara MY, Di Chiacchio N, de Almeida FA, Enokihara MMSS,
      Michalany NS, Zaiac M, **Tosti A**.
"Patterns of nail matrix and bed of longitudinal melanonychia by intraoperative dermatoscopy".
J Am Acad Dermatol. 2011 Aug;65(2):297-303.

447) Giehl KA, Schmuth M, **Tosti A**, De Berker DA, Crispin A, Wolff H, Frank J.
"Concomitant manifestation of pili annulati and alopecia areata: coincidental rather than true
association".
Acta Derm Venereol. 2011 Jun;91(4):459-62.

448) Agozzino M, **Tosti A**, Barbieri L, Moscarella E, Cota C, Berardesca E, Ardigò M.
"Confocal microscopic features of scarring alopecia: preliminary report".
Br J Dermatol. 2011 Sep;165(3):534-40.

449) Miteva M, Murrell DF, **Tosti A**.
"Hair loss in autoimmune cutaneous bullous disorders".
Dermatol Clin. 2011 Jul;29(3):503-9, xi.

450) **Tosti A**, André M, Murrell DF.
"Nail involvement in autoimmune bullous disorders".
Dermatol Clin. 2011 Jul;29(3):511-3, xi.

451) Daniel CR 3rd, Iorizzo M, Piraccini BM, **Tosti A**.
"Simple onycholysis".
Cutis. 2011 May;87(5):226-8.

452) Gordon KA, **Tosti A**.
"Alopecia: evaluation and treatment".
Clin Cosmet Investig Dermatol. 2011;4:101-6.

453) Miteva M, de Farias DC, Zaiac M, Romanelli P, **Tosti A**.
"Nail clipping diagnosis of onychomatricoma".
Arch Dermatol. 2011 Sep;147(9):1117-8.

454) **Tosti A**, Miteva M, Torres F.
"Lonely hair: a clue to the diagnosis of frontal fibrosing alopecia".
Arch Dermatol. 2011 Oct;147(10):1240.

455) Gordon KA, Vega JM, **Tosti A**.
"Trachyonychia: a comprehensive review".
Indian J Dermatol Venereol Leprol. 2011 Nov-Dec;77(6):640-5.

456) Iorizzo M, Daniel CR, **Tosti A**.
"Half and half nails: a past and present snapshot".
Cutis. 2011 Sep;88(3):138-9.

457) Lattouf C, **Tosti A**, Schachner L.
"Picture of the month--quiz case. Juvenile dermatomyositis".
Arch Pediatr Adolesc Med. 2011 Nov;165(11):1041-2.

458) Blumeyer A, **Tosti A**, Messenger A, Reygagne P, Del Marmol V, Spuls PI, Trakatelli M,
    Finner A, Kiesewetter F, Trüeb R, Rzany B, Blume-Peytavi U; European Dermatology Forum
    (EDF).
"Evidence-based (S3) guideline for the treatment of androgenetic alopecia in women and in men".
J Dtsch Dermatol Ges. 2011 Oct;9 Suppl 6:S1-57.

459) Carney C, **Tosti A**, Daniel R, Scher R, Rich P, DeCoster J, Elewski B.

"A new classification system for grading the severity of onychomycosis: Onychomycosis Severity Index".
Arch Dermatol. 2011 Nov;147(11):1277-82.

460) Lattouf C, Miteva M, **Tosti A**.
"Connubial androgenetic alopecia".
Arch Dermatol. 2011 Nov;147(11):1329-30.

461) Suárez A, Chimento S, **Tosti A**.
"Unusual localization of cell phone dermatitis".
Dermatitis. 2011 Sep-Oct;22(5):277-8.

462) **Tosti A**, Piraccini BM, Cagalli A, Haneke E.
"In situ melanoma of the nail unit in children: report of two cases in fair-skinned Caucasian children".
Pediatr Dermatol. 2012 Jan-Feb;29(1):79-83.

463) Miteva M, **Tosti A**.
"The follicular triad: a pathological clue to the diagnosis of early frontal fibrosing alopecia".
Br J Dermatol. 2012 Feb;166(2):440-2.

464) Fabbrocini G, De Vita V, Pastore F, Annunziata MC, Cacciapuoti S, Monfrecola A, Cameli N, **Tosti A**.
"Collagen induction therapy for the treatment of upper lip wrinkles".
J Dermatolog Treat. 2012 Apr;23(2):144-52.

465) Gupta AK, Drummond-Main C, Cooper EA, Brintnell W, Piraccini BM, **Tosti A**.
"Systematic review of nondermatophyte mold onychomycosis: diagnosis, clinical types, epidemiology, and treatment".
J Am Acad Dermatol. 2012 Mar;66(3):494-502.

466) Miteva M, Torres F, **Tosti A**.
"The 'eyes' or 'goggles' as a clue to the histopathological diagnosis of primary lymphocytic cicatricial alopecia".
Br J Dermatol. 2012 Feb;166(2):454-5.

467) Zabielinski M, Aber C, Miteva M, **Tosti A**.
"Frontal fibrosing alopecia in a patient with common variable immunodeficiency".
Br J Dermatol. 2012 Mar;166(3):689-90.

468) Chiang YZ, **Tosti A**, Chaudhry IH, Lyne L, Farjo B, Farjo N, Cadore de Farias D, Griffiths CE, Paus R, Harries MJ.
"Lichen planopilaris following hair transplantation and face-lift surgery".
Br J Dermatol. 2012 Mar;166(3):666-370.

469) Miteva M, Whiting D, Harries M, Bernardes A, **Tosti A**.
"Frontal fibrosing alopecia in black patients".
Br J Dermatol. 2012 Jul;167(1):208-10.

470) Miteva M, **Tosti A**.
"Polarized microscopy as a helpful tool to distinguish chronic nonscarring alopecia from scarring alopecia".
Arch Dermatol. 2012 Jan;148(1):91-4.

471) Miteva M, **Tosti A**.
"'A detective look' at hair biopsies from African-American patients".
Br J Dermatol. 2012 Jun;166(6):1289-94.

472) Chen AF, Chimento SM, Hu S, Sanchez M, Zaiac M, **Tosti A**.
"Nail damage from gel polish manicure".
J Cosmet Dermatol. 2012 Mar;11(1):27-9.

473) Miteva M, **Tosti A**.
"Hair and scalp dermatoscopy".
J Am Acad Dermatol. 2012 Nov;67(5):1040-8.

474) Dosal J, Handler MZ, Ricotti CA, Vega J, **Tosti A**, Kerdel FA.
"Ulceration of abdominal striae distensae (stretch marks) in a cancer patient".
Arch Dermatol. 2012 Mar;148(3):385-90.

475) Miteva M, **Tosti A**.
"Dermoscopy guided scalp biopsy in cicatricial alopecia".
J Eur Acad Dermatol Venereol. 2013 Oct;27(10):1299-303.

476) **Tosti A**, Zaiac M.
"Commentary: New concept in reconstruction after nail unit excision for melanoma in situ".
Dermatol Surg. 2012 Apr;38(4):695-6.

477) Miteva M, Fanti PA, Romanelli P, Zaiac M, **Tosti A**.
"Onychopapilloma presenting as longitudinal melanonychia".
J Am Acad Dermatol. 2012 Jun;66(6):e242-3.

478) Miteva M, **Tosti A**.
"Treatment options for alopecia: an update, looking to the future".
Expert Opin Pharmacother. 2012 Jun;13(9):1271-81.

479) Miteva M, Misciali C, Fanti PA, **Tosti A**.
"Histopathologic features of alopecia areata incognito: a review of 46 cases".
J Cutan Pathol. 2012 Jun;39(6):596-602.

480) Lanuti E, Miteva M, Romanelli P, **Tosti A**.
"Trichoscopy and histopathology of follicular keratotic plugs in scalp discoid lupus erythematosus".
Int J Trichology. 2012 Jan;4(1):36-8.

481) de Lencastre A, **Tosti A**.
"Monilethrix".
J Pediatr. 2012 Dec;161(6):1176.

482) Osório F, **Tosti A**.
"Pili annulati--what about racial distribution?".
Dermatol Online J. 2012 Aug 15;18(8):10.

483) Svedman C, Andersen KE, Brandão FM, Bruynzeel DP, Diepgen TL, Frosch PJ, Rustemeyer T,
        Giménez-Arnau A, Gonçalo M, Goossens A, Johansen JD, Lahti A, Menné T, Seidenari S,
        **Tosti A**, Wahlberg JE, White IR, Wilkinson JD, Mowitz M, Bruze M.
"Follow-up of the monitored levels of preservative sensitivity in Europe: overview of the years 2001-2008".
Contact Dermatitis. 2012 Nov;67(5):312-4.

484) Rodrigues-Barata AR, **Tosti A**, Rodríguez-Pichardo A, Camacho-Martínez F.
"N-acetylcysteine in the Treatment of Trichotillomania".
Int J Trichology. 2012 Jul;4(3):176-8.

485) Dehesa L, **Tosti A**.
"Treatment of inflammatory nail disorders".
Dermatol Ther. 2012 Nov-Dec;25(6):525-34.

486) **Tosti A**.
"Lonely hair sign: not specific for frontal fibrosing alopecia-reply".
Arch Dermatol. 2012 Oct 1;148(10):1208-9.

487) Dlova N, Goh CL, **Tosti A**.
"Familial frontal fibrosing alopecia".
Br J Dermatol. 2013 Jan;168(1):220-2.

488) Fabbrocini G, Panariello L, De Vita V, Vincenzi C, Lauro C, Nappo D, Ayala F, **Tosti A**.
"Quality of life in alopecia areata: a disease-specific questionnaire".
J Eur Acad Dermatol Venereol. 2013 Mar;27(3):e276-81.

489) **Tosti A**, Torres F, Miteva M.
"Dermoscopy of early dissecting cellulitis of the scalp simulates alopecia areata".
Actas Dermosifiliogr. 2013 Jan;104(1):92-3.

490) Schwartz JR, Messenger AG, **Tosti A**, Todd G, Hordinsky M, Hay RJ, Wang X, Zachariae C,
        Kerr KM, Henry JP, Rust RC, Robinson MK.
"A comprehensive pathophysiology of dandruff and seborrheic dermatitis - towards a more precise
definition of scalp health".
Acta Derm Venereol. 2013 Mar 27;93(2):131-7.

491) Miteva M, **Tosti A**.
"Dermatoscopy of hair shaft disorders".
J Am Acad Dermatol. 2013 Mar;68(3):473-81.

492) Vitiello M, **Tosti A**, Abuchar A, Zaiac M, Kerdel FA.
"Ustekinumab for the treatment of nail psoriasis in heavily treated psoriatic patients".

Int J Dermatol. 2013 Mar;52(3):358-62.

493) Lahfa M, Bulai-Livideanu C, Baran R, Ortonne JP, Richert B, **Tosti A**, Piraccini BM,
     Szepietowski JC, Sibaud V, Coubetergues H, Voisard JJ, Paul C.
"Efficacy, safety and tolerability of an optimized avulsion technique with onyster® (40% urea ointment
with plastic dressing) ointment compared to bifonazole-urea ointment for removal of the clinically
infected nail in toenail onychomycosis: a randomized evaluator-blinded controlled study".
Dermatology. 2013;226(1):5-12.

494) Lacarrubba F, Micali G, **Tosti A**.
"Absence of vellus hair in the hairline: a videodermatoscopic feature of frontal fibrosing alopecia".
Br J Dermatol. 2013 Aug;169(2):473-4.

495) Valente Duarte de Sousa IC, **Tosti A**.
"New investigational drugs for androgenetic alopecia".
Expert Opin Investig Drugs. 2013 May;22(5):573-89.

496) **Tosti A**, Palamaras I, Miteva M, Misciali C.
"Docetaxel and permanent alopecia".
J Am Acad Dermatol. 2013 May;68(5):e151.

497) Schwartz JR, Bacon RA, Shah R, Mizoguchi H, **Tosti A**.
"Therapeutic efficacy of anti-dandruff shampoos: a randomized clinical trial comparing products based
on potentiated zinc pyrithione and zinc pyrithione/climbazole".
Int J Cosmet Sci. 2013 Aug;35(4):381-7.

498) Dlova NC, Jordaan HF, Skenjane A, Khoza N, **Tosti A**.
"Frontal fibrosing alopecia: a clinical review of 20 black patients from South Africa".
Br J Dermatol. 2013 Oct;169(4):939-41.

499) **Tosti A**.
"Practice gaps. Alopecia areata and comorbid conditions".
JAMA Dermatol. 2013 Jul;149(7):794.

500) Di Chiacchio ND, Farias DC, Piraccini BM, Hirata SH, Richert B, Zaiac M, Daniel R, Fanti
     PA, Andre J, Ruben BS, Fleckman P, Rich P, Haneke E, Chang P, Cherit JD, Scher R, **Tosti A**.
"Consensus on melanonychia nail plate dermoscopy".
An Bras Dermatol. 2013 Mar-Apr;88(2):309-13.

501) Lencastre A, **Tosti A**.
"Images in clinical medicine. A receding hairline".
N Engl J Med. 2013 Jul 11;369(2):e2.

502) Elewski BE, Rich P, **Tosti A**, Pariser DM, Scher R, Daniel RC, Gupta AK.
"Onchomycosis: an overview".
J Drugs Dermatol. 2013 Jul 1;12(7):s96-103.

503) Lencastre A, **Tosti A**.

"Role of trichoscopy in children's scalp and hair disorders".
Pediatr Dermatol. 2013 Nov-Dec;30(6):674-82.

504) McElwee KJ, Gilhar A, Tobin DJ, Ramot Y, Sundberg JP, Nakamura M, Bertolini M, Inui S,
Tokura Y, King LE Jr, Duque-Estrada B, **Tosti A**, Keren A, Itami S, Shoenfeld Y, Zlotogorski
A, Paus R.
"What causes alopecia areata?".
Exp Dermatol. 2013 Sep;22(9):609-26.

505) Herskovitz I, de Sousa IC, Simon J, **Tosti A**.
"Short anagen hair syndrome".
Int J Trichology. 2013 Jan;5(1):45-6.

506) Gupta AK, **Tosti A**.
"Nails and the clinician".
Clin Dermatol. 2013 Sep-Oct;31(5):507-8.

507) Wulkan AJ, **Tosti A**.
"Pediatric nail conditions".
Clin Dermatol. 2013 Sep-Oct;31(5):564-72.

508) Lencastre A, Lamas A, Sá D, **Tosti A**.
"Onychoscopy".
Clin Dermatol. 2013 Sep-Oct;31(5):587-93.

509) **Tosti A**.
"Efinaconazole solution 10%: topical antifungal therapy for toenail onychomycosis".
Cutis. 2013 Oct;92(4):203-8.

510) **Tosti A**, Pazzaglia M, Venturi M, Chiacchio NC Jr.
"Severe onycholysis in a card illusionist with alopecia areata universalis".
Int J Trichology. 2013 Apr;5(2):81-2.

511) Herskovitz I, Freedman J, **Tosti A**.
"Minoxidil induced hypertrichosis in a 2 year-old child".
F1000Res. 2013 Oct 28;2:226.

512) Herskovitz I, de Sousa IC, **Tosti A**.
"Vellus hairs in the frontal scalp in early female pattern hair loss".
Int J Trichology. 2013 Jul;5(3):118-20.

513) Herskovitz I, **Tosti A**.
"Female pattern hair loss".
Int J Endocrinol Metab. 2013 Oct 21;11(4):e9860.

514) Miteva M, Romanelli P, **Tosti A**.
"Pigmented casts".

Am J Dermatopathol. 2014 Jan;36(1):58-63.

515) Pazzaglia M, Venturi M, **Tosti A**.
"Photo-onycholysis caused by an unusual beach game activity: a pediatric case of a side effect caused by doxycycline".
Pediatr Dermatol. 2014 Jan-Feb;31(1):e26-7.

516) Miteva M, Lanuti E, **Tosti A**.
"Ex vivo dermatoscopy of scalp specimens and slides".
J Eur Acad Dermatol Venereol. 2014 Sep;28(9):1214-8.

517) Sanchez M, Hu S, Miteva M, **Tosti A**.
"Onychomatricoma has channel-like structures on in vivo reflectance confocal microscopy".
J Eur Acad Dermatol Venereol. 2014 Nov;28(11):1560-2.

518) Dlova NC, **Tosti A**.
"Idiopathic acquired true total and subtotal leukonychia: report of two cases".
Int J Dermatol. 2014 Apr;53(4):e261-3.

519) Pirmez R, Donati A, Valente NS, Sodré CT, **Tosti A**.
"Glabellar red dots in frontal fibrosing alopecia: a further clinical sign of vellus follicle involvement".
Br J Dermatol. 2014 Mar;170(3):745-6.

520) Piraccini BM, Urciuoli B, Starace M, **Tosti A**, Balestri R.
"Yellow nail syndrome: clinical experience in a series of 21 patients".
J Dtsch Dermatol Ges. 2014 Feb;12(2):131-7.

521) Abramovici G, Keoprasom N, Winslow CY, **Tosti A**.
"Onycholysis and subungual haemorrhages in a patient with hand, foot and mouth disease".
Br J Dermatol. 2014 Mar;170(3):748-9.

522) de Sá DC, Lamas AP, **Tosti A**.
"Oral therapy for onychomycosis: an evidence-based review".
Am J Clin Dermatol. 2014 Feb;15(1):17-36.

523) Herskovitz I, Nolan BV, **Tosti A**.
"Orange chromonychia due to dihydroxyacetone".
Dermatitis. 2014 Jan-Feb;25(1):43-4.

524) Torres F, **Tosti A**.
"Trichoscopy: an update".
G Ital Dermatol Venereol. 2014 Feb;149(1):83-91.

525) Yin NC, **Tosti A**.
"A systematic approach to Afro-textured hair disorders: dermatoscopy and when to biopsy".
Dermatol Clin. 2014 Apr;32(2):145-51.

526) Ardigò M, El Shabrawi-Caelen L, **Tosti A**.

"In vivo reflectance confocal microscopy assessment of the therapeutic follow-up of cutaneous T-cell lymphomas causing scalp alopecia".
Dermatol Ther. 2014 Jul-Aug;27(4):248-51.

527) Miteva M, El Shabrawi-Caelen L, Fink-Puches R, Beham-Schmid C, Romanelli P, Kerdel F, **Tosti A**.
"Alopecia universalis associated with cutaneous T cell lymphoma".
Dermatology. 2014;229(2):65-9.

528) Zaiac MN, Norton ES, **Tosti A**.
"The "submarine hatch" nail bed biopsy".
J Am Acad Dermatol. 2014 Jun;70(6):e127-8.

529) Elewski BE, **Tosti A**.
"Tavaborole for the treatment of onychomycosis".
Expert Opin Pharmacother. 2014 Jul;15(10):1439-48.

530) Miteva M, **Tosti A**.
"Dermatoscopic features of central centrifugal cicatricial alopecia".
J Am Acad Dermatol. 2014 Sep;71(3):443-9.

531)  Yim E, Baquerizo Nole KL, **Tosti A**.
"Contact dermatitis caused by preservatives".
Dermatitis. 2014 Sep-Oct;25(5):215-31.

532) Miteva M, **Tosti A**.
"Pathologic diagnosis of central centrifugal cicatricial alopecia on horizontal sections".
Am J Dermatopathol. 2014 Nov;36(11):859-64; quiz 865-7.

533) Yim E, Nole KL, **Tosti A**.
"5α-Reductase inhibitors in androgenetic alopecia".
Curr Opin Endocrinol Diabetes Obes. 2014 Dec;21(6):493-8.

534) Falto-Aizpurua L, Choudhary S, **Tosti A**.
"Emerging treatments in alopecia".
Expert Opin Emerg Drugs. 2014 Dec;19(4):545-56.

535) Zaiac MN, Bloom R, Morrison BW, **Tosti A**.
"The figure 8: a new hair biopsy technique".
J Am Acad Dermatol. 2014 Nov;71(5):e201.

536) **Tosti A**, Elewski BE.
"Treatment of onychomycosis with efinaconazole 10% topical solution and quality of life".
J Clin Aesthet Dermatol. 2014 Nov;7(11):25-30.

537) Quaresma MV, Martinez Velasco MA, **Tosti A**.
"Dermoscopic diagnosis of hair breakage caused by styling procedures in patients of African descent".
J Am Acad Dermatol. 2015 Jan;72(1 Suppl):S39-40.

538) Le Floc'h C, Cheniti A, Connétable S, Piccardi N, Vincenzi C, **Tosti A**.
"Effect of a nutritional supplement on hair loss in women".
J Cosmet Dermatol. 2015 Mar;14(1):76-82.


539) Lattouf C, Jimenez JJ, **Tosti A**, Miteva M, Wikramanayake TC, Kittles C, Herskovitz I,
      Handler MZ, Fabbrocini G, Schachner LA.
"Treatment of alopecia areata with simvastatin/ezetimibe".
J Am Acad Dermatol. 2015 Feb;72(2):359-61.


540) Wu TP, Morrison BW, **Tosti A**.
"Worn down nails after acrylic nail removal".
Dermatol Online J. 2015 Jan 15;21(1).


541) Herskovitz I, Kowalczyk JP, **Tosti A**.
"Severe contact dermatitis due to a metal scratcher".
Int J Dermatol. 2015 Feb;54(2):e65-6.


542) Anzai A, Vázquez Herrera NE, **Tosti A**.
"Airborne allergic contact dermatitis caused by chamomile tea".
Contact Dermatitis. 2015 Apr;72(4):254-5.


543) Kallis P, Miteva M, Patel T, Zaiac M, **Tosti A**.
"Onychomatricoma with Concomitant Subungual Glomus Tumor".
Skin Appendage Disord. 2015 Mar;1(1):14-7.


544) Rigopoulos D, **Tosti A**.
"Another Medical Journal or Filling a Gap?".
Skin Appendage Disord. 2015 Mar;1(1):1


545) Canavan T, **Tosti A**, Mallory H, McKay K, Cantrell W, Elewski B.
"An Idiopathic Leukonychia Totalis and Leukonychia Partialis Case Report and Review of the
Literature".
Skin Appendage Disord. 2015 Mar;1(1):38-42.


546) Miteva M, **Tosti A**.
"Central Centrifugal Cicatricial Alopecia Presenting with Irregular Patchy Alopecia on the Lateral and
Posterior Scalp".
Skin Appendage Disord. 2015 Mar;1(1):1-5.


547) Panchaprateep R, Tanus A, **Tosti A**.
"Clinical, dermoscopic, and histopathologic features of body hair disorders".
J Am Acad Dermatol. 2015 May;72(5):890-900.


548) Angra K, LaSenna CE, Nichols AJ, **Tosti A**.
"Hair dye: a trichoscopy pitfall".
J Am Acad Dermatol. 2015 Apr;72(4):e101-2.

549) Schneider SL, **Tosti A**.
"Tips to diagnose uncommon nail disorders".
Dermatol Clin. 2015 Apr;33(2):197-205.

550) Stephen S, **Tosti A**, Rubin AI
"Diagnostic applications of nail clippings".
Dermatol Clin. 2015 Apr;33(2):289-301.

551) **Tosti A**.
"Nail disorders: practical tips for diagnosis and treatment. Preface".
Dermatol Clin. 2015 Apr;33(2):ix.

552) Di Chiacchio N, Tavares GT, **Tosti A**, Di Chiacchio NG, Di Santis E, Alvarenga L, Stuhr P,
De Farias D.
"Onychomatricoma: epidemiological and clinical findings in a large series of 30 cases".
Br J Dermatol. 2015 Nov;173(5):1305-7.

553) Scarampella F, Zanna G, Peano A, Fabbri E, **Tosti A**.
"Dermoscopic features in 12 cats with dermatophytosis and in 12 cats with self-induced alopecia due to
other causes: an observational descriptive study".
Vet Dermatol. 2015 Aug;26(4):282-e63.

554) LaSenna CE, **Tosti A**.
"Patient considerations in the management of toe onychomycosis - role of efinaconazole".
Patient Prefer Adherence. 2015 Jun 30;9:887-91.

555) Torres F, **Tosti A**.
"Female pattern alopecia and telogen effluvium: figuring out diffuse alopecia".
Semin Cutan Med Surg. 2015 Jun;34(2):67-71.

556) AlGaadi S, Miteva M, **Tosti A**.
"Frontal Fibrosing Alopecia in a Male Presenting with Sideburn Loss".
Int J Trichology. 2015 Apr-Jun;7(2):72-3.

557) Iorizzo M, **Tosti A**.
"Treatments options for alopecia"
Expert Opin Pharmacother. 2015;16(15):2343-54.

558) Scher RK, **Tosti A**, Joseph WS, Vlahovic TC, Plasencia J, Markinson BC, Pariser DM.
"Onychomycosis Diagnosis and Management: Perspectives from a Joint Dermatology-Podiatry
Roundtable".
J Drugs Dermatol. 2015 Sep;14(9):1016-21.

559) Lacarrubba F, Micali G, **Tosti A**.
"Scalp dermoscopy or trichoscopy".
Curr Probl Dermatol. 2015;47:21-32.

560) Lindsey SF, **Tosti A**.

"Ethnic hair disorders".
Curr Probl Dermatol. 2015;47:139-49.

561) Markinson BC, Vlahovic TC, Joseph WS, Scher RK, **Tosti A**, Plasencia J, Pariser DM.
"Diagnosis and Management of Onychomycosis: Perspectives from a Joint Podiatry-Dermatology Roundtable".
J Am Podiatr Med Assoc. 2015 Sep 25.

562) Elewski BE, **Tosti A**.
"Risk Factors and Comorbidities for Onychomycosis: Implications for Treatment with Topical Therapy".
J Clin Aesthet Dermatol. 2015 Nov;8(11):38-42.

563) Miteva M, Wei E, Milikowski C, **Tosti A**.
"Alopecia in Systemic Amyloidosis: Trichoscopic-Pathologic Correlation".
Int J Trichology. 2015 Oct-Dec;7(4):176-8.

564) Bishop BE, Wulkan A, Kerdel F, El-Shabrawi-Caelen L, **Tosti A**.
"Nail Alterations in Cutaneous T-Cell Lymphoma: A Case Series and Review of Nail Manifestations".
Skin Appendage Disord. 2015 Sep;1(2):82-6.

565) Mattos Simoes Mendonca M, LaSenna C, **Tosti A**.
"Severe Onychodystrophy due to Allergic Contact Dermatitis from Acrylic Nails".
Skin Appendage Disord. 2015 Sep;1(2):91-4.

566) Quaresma MV, Martinez Velasco MA, **Tosti A**.
"Hair Breakage in Patients of African Descent: Role of Dermoscopy".
Skin Appendage Disord. 2015 Sep;1(2):99-104.

567) Miteva M, **Tosti A**.
"Flame Hair".
Skin Appendage Disord. 2015 Sep;1(2):105-9.

568) del Rei M, Pirmez R, Sodré CT, **Tosti A**.
"Coexistence of frontal fibrosing alopecia and discoid lupus erythematosus of the scalp in 7 patients: just a coincidence?".
J Eur Acad Dermatol Venereol. 2016 Jan;30(1):151-3.

569) LaSenna CE, Miteva M, **Tosti A**.
"Pitfalls in the diagnosis of kerion".
J Eur Acad Dermatol Venereol. 2016 Mar;30(3): 515-7.

570) Massa AF, Chiang YZ, **Tosti A**, Harries M.
"Primary cicatricial alopecia and inflammatory bowel disease - is there a link?".
J Eur Acad Dermatol Venereol. 2016 Jul;30(7):1198-9.

571) **Tosti A**, Schneider SL, Ramirez-Quizon MN, Zaiac M, Miteva M.
"Clinical, dermoscopic, and pathologic features of onychopapilloma: A review of 47 cases".

J Am Acad Dermatol. 2016 Mar;74(3):521-6.

572) Dlova NC, Fabbrocini G, Lauro C, Spano M, **Tosti A**, Hift RH.
"Quality of life in South African Black women with alopecia: a pilot study".
Int J Dermatol. 2016 Aug;55(8):875-81.

573) Harries M, **Tosti A**, Bergfeld W, Blume-Peytavi U, Shapiro J, Lutz G, Messenger A, Sinclair
   R, Paus R.
"Towards a consensus on how to diagnose and quantify female pattern hair loss - The 'Female Pattern
Hair Loss Severity Index (FPHL-SI)'".
J Eur Acad Dermatol Venereol. 2016 Apr;30(4):667-76.

574) Miteva M, Lima M, **Tosti A**.
"Dirty Dots as a Normal Trichoscopic Finding in the Elderly Scalp".
JAMA Dermatol. 2016 Apr;152(4):474-6.

575) Gupta AK, Elewski BE, Rosen T, Caldwell B, Pariser DM, Kircik LH, Bhatia N, **Tosti A**.
"Onychomycosis: Strategies to Minimize Recurrence".
J Drugs Dermatol. 2016 Mar;15(3):279-82.

576) Nusbaum AG, **Tosti A**.
"Commentary on a Randomized Placebo-Controlled, Double-Blind, Half-Head Study to Assess the
Efficacy of Platelet-Rich Plasma on the Treatment of Androgenetic Alopecia".
Dermatol Surg. 2016 Apr;42(4):498-9.

577) Vlahovic TC, Joseph WS, Scher RK, **Tosti A**, Plasencia J, Pariser DM, Markinson BC.
"Diagnosis and Management of Onychomycosis Perspectives from a Joint Podiatric Medicine-
Dermatology Roundtable".
J Am Podiatr Med Assoc. 2016 Mar;106(2):155-62.

578) Lattouf C, Schachner LA, Wikramanayake TC, Kittles C, **Tosti A**, Miteva M, Jimenez JJ,
   Herskovitz I, Handler MZ, Fabbrocini G.
"Reply: Alopecia areata treatment with simvastatin/ezetimibe".
J Am Acad Dermatol. 2016 May;74(5):e101.

579) **Tosti A**, Zaiac MN, Canazza A, Sanchis-Gomar F, Pareja-Galeano H, Alis R, Lucia A,
   Emanuele E.
"Topical application of the Wnt/β-catenin activator methyl vanillate increases hair count and hair mass
index in women with androgenetic alopecia".
J Cosmet Dermatol. 2016 Dec;15(4):469-474.

580) Simmons BJ, Baker JA, Zaiac M, Cho-Vega JH, **Tosti A**.
"Subungual Keratoacanthoma in a Patient With Yellow Nail Syndrome".
Dermatol Surg. 2016 Jul;42(7):900-2.

581) Elewski BE, Gupta AK, Rosen T, Caldwell BD, Pariser DM, Kircik LH, Bhatia N, **Tosti A**.
Onychomycosis: Does Cure Equate to Treatment Success?".
J Drugs Dermatol. 2016 May 1;15(5):626-32.

582) Fox JD, Baker JA, **Tosti A**.
"Chromonychia in an Asymptomatic Vitamin Consumer".
Skin Appendage Disord. 2016 Feb;1(3):131-3.

583) Gavazzoni-Dias MF, Rochael M, Vilar E, Tanus A, **Tosti A**.
"Eczema-Like Psoriasiform Skin Reaction due to Brazilian Keratin Treatment".
Skin Appendage Disord. 2016 Feb;1(3):156-62.

584) Kallis P, **Tosti A**.
"Onychomycosis and Onychomatricoma".
Skin Appendage Disord. 2016 May;1(4):209-12.

585) Rieder EA, **Tosti A**.
"Cosmetically Induced Disorders of the Nail with Update on Contemporary Nail Manicures".
J Clin Aesthet Dermatol. 2016 Apr;9(4):39-44.

586) Rieder EA, **Tosti A**.
"Onychotillomania: An underrecognized disorder".
J Am Acad Dermatol. 2016 Dec;75(6):1245-1250.

587) Kelly Y, Blanco A, **Tosti A**.
"Androgenetic Alopecia: An Update of Treatment Options".
Drugs. 2016 Sep;76(14):1349-64.

588) Doche I, Vincenzi C, **Tosti A**.
"Casts and pseudocasts".
J Am Acad Dermatol. 2016 Oct;75(4):e147-e148.

589) Goldenberg A, Mousdicas N, Silverberg N, Powell D, Pelletier JL, Silverberg JI, Zippin J,
Fonacier L, **Tosti A**, Lawley L, Wu Chang M, Scheman A, Kleiner G, Williams J, Watsky K,
Dunnick CA, Frederickson R, Matiz C, Chaney K, Estes TS, Botto N, Draper M, Kircik L,
Lugo-Somolinos A, Machler B, Jacob SE.
"Pediatric Contact Dermatitis Registry Inaugural Case Data".
Dermatitis. 2016 Sep-Oct;27(5):293-302.

590) Oberlin KE, Wei EX, Cho-Vega JH, **Tosti A**.
"Nail Changes of Systemic Amyloidosis After Bone-Marrow Transplantation in a Patient With
Multiple Myeloma".
JAMA Dermatol. 2016 Dec 1;152(12):1395-1396.

591) Pirmez R, Duque-Estrada B, Donati A, Campos-do-Carmo G, Valente NS, Romiti R, Sodré
CT, **Tosti A**.
"Clinical and dermoscopic features of lichen planus pigmentosus in 37 patients with frontal fibrosing
alopecia"
Br J Dermatol. 2016 Dec;175(6):1387-1390.

592) Anzai A, Donati A, Valente NY, Romiti R, **Tosti A**.

"Isolated eyebrow loss in frontal fibrosing alopecia: relevance of early diagnosis and treatment".
Br J Dermatol. 2016 Nov;175(5):1099-1101.

593) Jacobsen AA, **Tosti A**.
"Trachyonychia and Twenty-Nail Dystrophy: A Comprehensive Review and Discussion of Diagnostic Accuracy".
Skin Appendage Disord. 2016 Sep;2(1-2):7-13.

594) **Tosti A**, Elewski BE.
"Onychomycosis: Practical Approaches to Minimize Relapse and Recurrence".
Skin Appendage Disord. 2016 Sep;2(1-2):83-87.

595) Oranges T, Aleid N, Faleri S, **Tosti A**.
"Patch test nails".
Contact Dermatitis. 2016 Dec;75(6):394-395.

596) Fertig R, **Tosti A**.
"Frontal fibrosing alopecia treatment options".
Intractable Rare Dis Res. 2016 Nov;5(4):314-315.

597) Rosen A, Ngshanyi S, **Tosti A**, Schachner L.
"Allergic contact cheilitis in children and improvement with patch testing".
JAAD Case Rep. 2016 Dec 26;3(1):25-28.

598) Fertig R, Farias D, **Tosti A**.
"Postcast hypertrichosis in a patient with frontal fibrosing alopecia".
J Eur Acad Dermatol Venereol. 2017 Jan;31(1):e53-e54.

599) Zanna G, Roccabianca P, Zini E, Legnani S, Scarampella F, Arrighi S, **Tosti A**.
"The usefulness of dermoscopy in canine pattern alopecia: a descriptive study".
Vet Dermatol. 2017 Feb;28(1):161-e34.

600) Martins SS, Abraham LS, Doche I, Piraccini BM, Vincenzi C, **Tosti A**.
"Acute hair matting: case report and trichoscopy findings".
J Eur Acad Dermatol Venereol. 2017 Mar;31(3):e163-e164.

601) Maddy AJ, **Tosti A**.
"Predatory journals in dermatology".
Br J Dermatol. 2017 Jul;177(1):307-309.

602) Asz-Sigall D, **Tosti A**, Arenas R.
"Tinea Unguium: Diagnosis and Treatment in Practice".
Mycopathologia. 2017 Feb;182(1-2):95-100.

603) Oberlin KE, Rieder E, **Tosti A**.
"Nailing the shared etiology in the formation of curved hair and nail growth".
J Eur Acad Dermatol Venereol. 2017 Aug;31(8):e353-e354.

604) Martínez-Velasco MA, Vázquez-Herrera NE, Maddy AJ, Asz-Sigall D, **Tosti A**.
"The Hair Shedding Visual Scale: A Quick Tool to Assess Hair Loss in Women".
Dermatol Ther (Heidelb). 2017 Mar;7(1):155-165.

605) Aldahan AS, Chen LL, Fertig RM, Holmes J, Shah VV, Mlacker S, Hsu VM, Nouri K, **Tosti A**.
"Vascular Features of Nail Psoriasis Using Dynamic Optical Coherence Tomography".
Skin Appendage Disord. 2017 Jan;2(3-4):102-108.

606) Fertig R, Shapiro J, Bergfeld W, **Tosti A**.
"Investigation of the Plausibility of 5-Alpha-Reductase Inhibitor Syndrome".
Skin Appendage Disord. 2017 Jan;2(3-4):120-129.

607) Barrón-Hernández YL, **Tosti A**.
"Bimatoprost for the treatment of eyelash, eyebrow and scalp alopecia".
Expert Opin Investig Drugs. 2017 Apr;26(4):515-522.

608) Cervantes J, Fertig RM, Maddy A, **Tosti A**.
"Alopecia Areata of the Beard: A Review of the Literature".
Am J Clin Dermatol. 2017 Dec;18(6):789-796.

609) **Tosti A**, Maddy AJ.
"Ranking predatory journals in dermatology: distinguishing the bad from the ugly".
Int J Dermatol. 2017 Jul;56(7):718-720.

610) Rigopoulos D, **Tosti A**.
"Comment on Robert Baran's Zakon Lecture, 2016".
Skin Appendage Disord. 2017 Mar;3(1):1.

611) Aleid NM, Fertig R, Maddy A, **Tosti A**.
"Common Allergens Identified Based on Patch Test Results in Patients with Suspected Contact Dermatitis of the Scalp".
Skin Appendage Disord. 2017 Mar;3(1):7-14.

612) Perper M, Cervantes J, Eber AE, **Tosti A**.
"Airborne contact dermatitis caused by fragrance diffusers in Uber cars".
Contact Dermatitis. 2017 Aug;77(2):116-117.

613) Bergfeld WF, Christiano AM, Hordinsky MK; Faculty of the Ninth World Congress of Hair Research.
"Proceedings of the Ninth World Congress for Hair Research (2015)".
J Investig Dermatol Symp Proc. 2017;18(1):S1-S28.

614) Maddy AJ, **Tosti A**.
"Spontaneous Regression of a Nail Matrix Melanocytic Nevus in a Child".
Pediatr Dermatol. 2017 Sep;34(5):e254-e256.

615) Eber AE, Sanchez M, Lee N, Perper M, Cervantes J, **Tosti A**.

"Confocal microscopy in the diagnosis of fibreglass dermatitis".
Contact Dermatitis. 2017 Oct;77(4):266-267.

616) Jasso-Olivares JC, **Tosti A**, Miteva M, Domínguez-Cherit J, Díaz-González JM.
"Clinical and Dermoscopic Features of the Scalp in 31 Patients with Dermatomyositis".
Skin Appendage Disord. 2017 Aug;3(3):119-124.

617) Hughes OB, Maderal AD, **Tosti A**.
"An Unusual Case of Contact Dermatitis".
Skin Appendage Disord. 2017 Aug;3(3):163-165.

618) Fertig R, Maddy A, Cadore de Farias D, Simão Corrêa Filho S, Rigatti M, **Tosti A**.
"Erosive pustular dermatosis of the scalp after aplasia cutis congenita in a 9-year-old patient: A 5-year follow-up".
Pediatr Dermatol. 2017 Nov;34(6):695-696.

619) Ocampo-Garza J, Jacomini Sobral P, Mendes Bretas J, Matana D, **Tosti A**.
"Dermoscopic technique for the evaluation of the nail unit".
J Am Acad Dermatol. 2017 Oct 20. pii: S0190-9622(17)32575-6.

620) Ledon JA, **Tosti A**.
"CrossFit-Associated Allergic Contact Dermatitis".
Dermatitis. 2017 Nov/Dec;28(6):368.

621) Doche I, Hordinsky MK, Valente NYS, Romiti R, **Tosti A**.
"Syphilitic Alopecia: Case Reports and Trichoscopic Finding".
Skin Appendage Disord. 2017 Oct;3(4):222-224.

622) Vazquez-Herrera NE, Eber AE, Martinez-Velasco MA, Perper M, Cervantes J, Verne SH, Magno RJ, Nouri K, **Tosti A**.
"Optical coherence tomography for the investigation of frontal fibrosing alopecia".
J Eur Acad Dermatol Venereol. 2018 Feb;32(2):318-322.

623) Cervantes J, Sanchez M, Eber AE, Perper M, **Tosti A**.
"Pterygium inversum unguis secondary to gel polish".
J Eur Acad Dermatol Venereol. 2018 Jan;32(1):160-163.

624) Olsen EA, Roberts J, Sperling L, **Tosti A**, Shapiro J, McMichael A, Bergfeld W, Callender V, Mirmirani P, Washenik K, Whiting D, Cotsarelis G, Hordinsky M.
"Objective outcome measures: Collecting meaningful data on alopecia areata".
J Am Acad Dermatol. 2018 Sep;79(3):470-478.e3.

625) Martinez-Velasco MA, Perper M, Maddy AJ, Cervantes J, Eber AE, Verne SH, Vazquez-Herrera NE, Nouri K, **Tosti A**.
"In vitro determination of Mexican Mestizo hair shaft diameter using optical coherence tomography".
Skin Res Technol. 2018 May;24(2):274-277.

57

626) Kanti V, Messenger A, Dobos G, Reygagne P, Finner A, Blumeyer A, Trakatelli M, **Tosti A**, Del Marmol V, Piraccini BM, Nast A, Blume-Peytavi U.
"Evidence-based (S3) guideline for the treatment of androgenetic alopecia in women and in men - short version".
J Eur Acad Dermatol Venereol. 2018 Jan;32(1):11-22.

627) Fertig RM, Gamret AC, Cervantes J, **Tosti A**.
"Microneedling for the treatment of hair loss?".
J Eur Acad Dermatol Venereol. 2018 Apr;32(4):564-569.

628) Verne SH, Chen L, Shah V, Nouri K, **Tosti A**.
"Optical Coherence Tomography Features of Dermatophytoma".
JAMA Dermatol. 2018 Feb 1;154(2):225-227.

629) Cervantes J, Jimenez JJ, DelCanto GM, **Tosti A**.
"Treatment of Alopecia Areata with Simvastatin/Ezetimibe".
J Investig Dermatol Symp Proc. 2018 Jan;19(1):S25-S31.

630) Lacarrubba F, **Tosti A**.
"Polarized transilluminating dermoscopy"
Pediatr Dermatol. 2018 Jan;35(1):150-151.

631) Fabbrocini G, Annunziata MC, Donnarumma M, Cacciapuoti S, Marasca C, **Tosti A**.
"Photodynamic therapy for periungual pyogenic granuloma-like during chemotherapy: our preliminary results".
Support Care Cancer. 2018 May;26(5):1353-1355.

632) Saceda-Corralo D, **Tosti A**.
"Trichoscopic Features of Linear Morphea on the Scalp".
Skin Appendage Disord. 2018 Jan;4(1):31-33.

633) **Tosti A**, Rigopoulos D.
"Platelet-Rich Plasma in the Treatment of Hair Disorders".
Skin Appendage Disord. 2018 Jan;4(1):I.

634) Iorizzo M, **Tosti A**.
"Emerging drugs for alopecia areata: JAK inhibitors".
Expert Opin Emerg Drugs. 2018 Mar;23(1):77-81.

635) Maddy AJ, **Tosti A**.
"Hair and nail diseases in the mature patient".
Clin Dermatol. 2018 Mar - Apr;36(2):159-166.

636) Maddy AJ, Lee EE, Maderal AD, Wang RC, **Tosti A**, Cho-Vega JH.
"A case of disseminated follicular spicules in HIV-associated follicular syndrome in the absence of the seven known human polyomaviruses, suggesting that this disorder is distinct from trichodysplasia spinulosa".
Br J Dermatol. 2018 Sep;179(3):774-775.

637) Ancer-Arellano J, **Tosti A**, Villarreal-Villarreal CD, Chavez-Alvarez S, Ocampo-Candiani J.
"Positive Jacquet's sign in traction alopecia".
J Eur Acad Dermatol Venereol. 2018 Mar 25.

638) Oberlin KE, Maddy AJ, Martínez-Velasco MA, Vázquez-Herrera NE, Schachner LA, **Tosti A**.
"Short anagen syndrome: Case series and literature review".
Pediatr Dermatol. 2018 May;35(3):388-391.

639) Maddy AJ, **Tosti A**.
"Dermoscopic features of onychotillomania: A study of 36 cases".
J Am Acad Dermatol. 2018 Oct;79(4):702-705.

640) Fertig RM, Hu S, Maddy AJ, Balaban A, Aleid N, Aldahan A, **Tosti A**.
"Medical comorbidities in patients with lichen planopilaris, a retrospective case-control study".
Int J Dermatol. 2018 Jul;57(7):804-809.

641) Ocampo-Garza J, Bretas JM, Matana D, Sobral PJ, Thompson CT, Zaiac M, **Tosti A**.
"Longitudinal Melanonychia Biopsy: What Not to Do".
J Drugs Dermatol. 2018 May 1;17(5):587-588.

642) Elewski BE, **Tosti A**, Lin T.
"Efinaconazole 10% Topical Solution: Case Review of Onychomycosis Patients Who Were
Completely Cured at Week 24".
Skin Appendage Disord. 2018 Apr;4(2):67-70.

643) Cervantes J, Johr RJ, **Tosti A**.
"Dermoscopy of Yellow Concretions on Axillary Hair".
Skin Appendage Disord. 2018 Apr;4(2):86-89.

644) Gupta AK, Mays RR, Versteeg SG, Piraccini BM, Shear NH, Piguet V, **Tosti A**, Friedlander
    SF.
"Tinea capitis in children: a systematic review of management".
J Eur Acad Dermatol Venereol. 2018 May 24.

645) Tsatalis JP, Rajabi-Estarabadi A, **Tosti A**.
"Speaking With Your Hands-The History of the Manicure".
JAMA Dermatol. 2018 May 1;154(5):595.

646) Kamath P, Wu T, Villada G, Zaiac M, Elgart G, **Tosti A**.
"Onychomatricoma: A Rare Nail Tumor with an Unusual Clinical Presentation"
Skin Appendage Disord. 2018 Aug;4(3):171-173.

647) Vázquez-Herrera NE, Sharma D, Aleid NM, **Tosti A**.
"Scalp Itch: A Systematic Review".
Skin Appendage Disord. 2018 Aug;4(3):187-199.

648) Pirmez R, **Tosti A**.

"Trichoscopy Tips".
Dermatol Clin. 2018 Oct;36(4):413-420.

**Book Chapters**

A.Tosti, B.M.Piraccini "Biology of Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 18, Vol I: 239-244.

R.Baran, A.Tosti "Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 72, Vol I: 752-768.

Tosti A., Piraccini B.M. Eye medicaments. In Topical drugs, 3rd Edition of Textbook of Contact Dermatitis, 2001, pag. 189-196.

F.M.Brandao, A.Goossens, A.Tosti "Topical drugs" in Textbook of Contact Dermatitis. R.J.G. Rycroft, T.Menné, P.J.Frosch, J-P.Lepoittevin (Eds) Third Edition, Springer-Verlag (Berlin) 2001; pag. 687-723

Tosti A, Cerroni L, Piraccini BM, Iorizzo M, Misciali C. Follicular mycosis fungoides mimiking alopecia areata. In: Van Neste D. Hair Science and technology. Skinterface 2003: 471-474.

Tosti A, Piraccini BM. Nail disorders. In: Dermatology. Bolognia Jl, Rapini RP, Jorizzo JL (eds), Mosby 2003. Section 11, cap. 71: 1061-1078

A.Tosti, B.M.Piraccini "Cicatricial alopecia" in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 111-116

A.Tosti, B.M.Piraccini "Dermatophyte infections" in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 144-148

V.Bettoli, A.Tosti "Antifungals"in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 748-755.

A.Tosti, B.M.Piraccini "Nail disorders" in Textbook of Pediatric Dermatology. J.Harper, A.Oranje, N.Prose (Eds). Blackwell Science Ltd (Oxford) 2000, pag.1491-99

Tosti A., Baran R., Dawber R.P.R. The nail in systemic diseases and drug-induced changes In: R. Baran, RPR Dawber, de Berker DAR, Haneke E, A Tosti "Diseases of the nails and their management" 3rd edition , Oxford 2001, Blackwell Sciente

A.Tosti, B.M.Piraccini "Biology of Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Sixth edition 2004, The Mc Graw-Hill, New York.

R.Baran, A.Tosti "Nails" in Fitzpatrick's "Dermatology in general medicine" M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Sixth edition 2004, The Mc Graw-Hill.

Tosti A., Pazzaglia M. Diseases of the nails. In: Rackel RE (ed): Chon's Current Therapy. WB Saunders Company, Philadelphia 2004.

Tosti A, Piraccini BM, Iorizzo M, Tosti G. Ocular and audiological disorders in vitiligo. In: Lotti TM, Hercogova J. Vitiligo - Problems and solutions. Marcel Dekker, New York, 2004

Tosti A., Piraccini B.M. Dermatological Diseases. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Richert B. Pazzaglia M. Tumors of the nail apparatus. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Pazzaglia M. Occupational nail disorders. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Piraccini B.M. Pediatric diseases. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A, Piraccini BM  Biology of Nails and Nail Disorders in Fitzpatrick's Dermatology in General Medicine, 7ed Lowell A. Goldsmith, Stephen I. Katz, Barbara A. Gilchrest, Amy S. Paller, David J. Leffell, Klaus Wolff 2007 cap 89 Mc Graw Hill

Tosti A, Piraccini BM. "Nail disorders" In: Dermatology. Bolognia Jl, Jorizzo JL, Schaffer JV , (eds), Mosby Elsevier 2012. cap. 70: 1019-1036.

Tosti A, Piraccini BM  Biology of Nails and Nail Disorders in Fitzpatrick's Dermatology in General Medicine, 8ed Lowell A. Goldsmith, Stephen I. Katz, Barbara A. Gilchrest, Amy S. Paller, David J. Leffell, Klaus Wolff 2012 cap 89 Mc Graw Hill

**BOOKS**

1) R.Baran, R.Dawber, E.Haneke, A.Tosti

"A text Atlas of Nail Disorders, diagnosis and treatment"

Martin Dunitz, London, 1996

2) Baran R. Hay R. Haneke H. Tosti A

"Onychomycosis, the current approach to diagnosis and therapy"

Martin Dunitz Ltd Publishers, London UK, 1999

3) R. Baran, RPR Dawber, de Berker DAR, Haneke E, A Tosti

"Diseases of the nails and their management" 3rd edition

Blackwell Science, Oxford, 2001

4) R.Baran, R.Dawber, E.Haneke, A.Tosti

"A text Atlas of Nail Disorders, diagnosis and treatment" 2nd edition

Martin Dunitz, London, 2003

5) R.Baran, R. PR Dawber, E.Haneke, A.Tosti, I. Bristow

"A text Atlas of Nail Disorders, Techniques in investigation and diagnosis" 3rd edition

Martin Dunitz, Taylor and Francis Group, London and New York, 2005

6) R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich

"Nails, Diagnosis, Therapy, Surgery" 3rd Edition,

Elsevier Saunders, 2005

7) A.Tosti, P.E.Grimes, M.P. De Padova

"Color Atlas of Chemical Peels"

Springer-Verlag, Berlin Heidelberg, 2006

8) A.Tosti, B.M.Piraccini

"Diagnosis and treatment of Hair Disorders"

Taylor & Francis, 2006

9) R.Baran, R.Hay, E.Haneke, A.Tosti

"Onychomycosis: the current approach to diagnosis and therapy" Second Edition

Taylor & Francis, 2006

10) A. Tosti

"Dermoscopy of Hair and Scalp Disorders, with clinical and pathological correlation"

Informa Healthcare UK Ltd, 2007

11) A. Tosti, M.P. De Padova

"Atlas of Mesotherapy"

 Informa Healthcare UK Ltd, 2007

12) U. Blume-Peytavi, A. Tosti, D.A. Whiting, R. Trueb

"Hair growth and disorders"

Springer-Verlag Berlin Heidelberg, 2008

13) A. Tosti, M.P. De Padova, K. Beer

"Acne scars"

Informa Healthcare UK Ltd, 2009

14) A. Tosti, C.R. Daniel III, B.M. Piraccini, M. Iorizzo

"Color atlas of nails"

Springer-Verlag Berlin Heidelberg, 2009

15) G. Micali, D. Innocenzi, G. Fabbrocini, G. Monfrecola, A. Tosti, S. Veraldi

"Le basi della dermatologia"

Springer-Verlag Berlin Heidelberg, 2011

16) A. Tosti, K. Beer, M.P. De Padova

"Management of Complications of Cosmetic Procedure: Handling Common and More

 Uncommon Problems"

Springer-Verlag Berlin Heidelberg, 2012

17) A.Tosti, P.E. Grimes, M.P. De Padova

"Color Atlas of Chemical Peels" 2nd edition

Springer-Verlag Berlin Heidelberg, 2012

18) A. Tosti, D. Hexsel

"Update in Cosmetic Dermatology"

Springer-Verlag Berlin Heidelberg, 2013

19) A. Tosti, B.M. Piraccini

"Tricologia Ambulatoriale"

 Springer-Verlag Berlin Heidelberg, 2013

20) F.M. Camacho, A. Tosti

"Montagna, Tricologìa, Enfermedades del folìculo pilosebàceous" 3rd edition

Aula Médica, 2013

21) D. Rigoupolous , A. Tosti

"Nail Psoriasis from A to Z"

Springer-Verlag Berlin Heidelberg, 2014

22) G. Micali, M.C. Potenza, G. Fabbrocini, G. Monfrecola, A. Tosti, S. Veraldi

"Le basi della dermatologia" 2nd edition

Springer-Verlag Berlin Heidelberg, 2014

23) A. Tosti

 "Dermoscopy of the Hair and Nails" 2nd edition

 Taylor & Francis, 2015

24) D. Ioannides, Tosti A.

"Alopecias- Practical Evaluation and Management"

Karger, Basel (Switzerland), 2015

25) J. Marsh, J. Gray, A. Tosti,

"Healthy Hair"

Springer-Verlag Berlin Heidelberg, 2016

26) G. Fabbrocini, M.P. De Padova, A. Tosti

"Nonsurgical Lip and Eye Rejuvenation Techniques"

Springer-Verlag Berlin Heidelberg, 2016

27) A. Tosti, T. C. Vlahovic, R. Arenas

"Onychomycosis"

 Springer-Verlag Berlin Heidelberg, 2017

28) N. Di Chiacchio, A. Tosti

"Melanonychias"

Springer-Verlag Berlin Heidelberg, 2017

29) F.M. Camacho, A. Tosti

"Montagna, Trichology, diseases of the pilosebaceous follicle" 2nd edition in English language

Aula Médica, 2017

30) A. Tosti

"Nail Disorders" 1st edition

 Elsevier, 2018


**V. PROFESSIONAL**

**Editorial Board and Committee Membership:**

Skin Appendage Disorders (editor in chief)

European Journal of Dermatology

Journal of Dermatological Treatment

JAMA Dermatology

International Journal of Dermatology

International Journal of Women 's Dermatology

Orphanet Reviews

Faculty of 1000 Medicine (Editor of Pigmentary Disorders Section)

British Medical Journal (Specialty Advisory Panel)

Brazilian Journal of Dermatologic and Cosmetic Surgery

Journal "Przeglàd Dermatologiczny"

Dermatología Cosmética, Médica y Quirúrgica

International Society of Dermatology (Board of Directors)

North American Hair Reasearch Society  (Secretary Treasurer)

NAAF's Clinical Research Advisory Council

International Society of Trichoscopy ( Founder/General Secretary)


**AWARDS**

- 2007 "Maria Duran Medal" from the International Society of Dermatology. Medal to women leaders in dermatology and to dermatologists who have made significant contributions to dermatologic conditions affecting women and children

Best Doctor of America 2013

Best Doctor of America 2014

Best Doctor of America 2015

Best Doctor of America 2016/2017

Best Doctor of America 2017/2018

Best Clinical Teacher award 2016

Best Clinical Teacher award 2017

Certificate of appreciation ILDS 2015

FSDDS Excellence in Hair and Nail Disease, 2017

John Ebling Lecture Award 2018

Publons Peer Review Awards 2018


**VI. TEACHING**

November1999 – November 2005: Director Residency School of Dermatology of the University of Bologna, Italy

March 1988 – November 2010 Professor of Dermatology, University of Bologna, Italy

2007 – March 2010 Voluntary Instructor of Dermatology at the Leonard Miller School of Medicine University di Miami, Fl

March 2010- present Professor Clinical Dermatology, Department of Dermatology, Leonard Miller School of Medicine University di Miami, Fl