# EXHIBIT N



NCCN
National Comprehensive Cancer Network®

# NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines)®

# Breast Cancer

Version 3.2012

**NCCN.org**

NCCN Guidelines for Patients™ available at www.nccn.com

**Continue**

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012 Panel Members
## Breast Cancer

*Robert W. Carlson, MD/Chair †
Stanford Cancer Institute

D. Craig Allred, MD≠
Siteman Cancer Center at Barnes-Jewish Hospital and Washington University School of Medicine

Benjamin O. Anderson, MD ¶
Fred Hutchinson Cancer Research Center/Seattle Cancer Care Alliance

Harold J. Burstein, MD, PhD †
Dana-Farber/Brigham and Women's Cancer Center

Stephen B. Edge, MD ¶
Roswell Park Cancer Institute

William B. Farrar, MD ¶
The Ohio State University Comprehensive Cancer Center - James Cancer Hospital and Solove Research Institute

Andres Forero, MD ‡
University of Alabama at Birmingham Comprehensive Cancer Center

Sharon Hermes Giordano, MD MPH †
The University of Texas MD Anderson Cancer Center

Lori J. Goldstein, MD †
Fox Chase Cancer Center

William J. Gradishar, MD ‡
Robert H. Lurie Comprehensive Cancer Center of Northwestern University

Daniel F. Hayes, MD †
University of Michigan Comprehensive Cancer Center

Clifford A. Hudis, MD †
Memorial Sloan-Kettering Cancer Center

Steven Jay Isakoff, MD, PhD †
Massachusetts General Cancer Hospital

Britt-Marie Ljung, MD ≠
UCSF Helen Diller Family Comprehensive Cancer Center

P. Kelly Marcom, MD †
Duke Cancer Institute

Ingrid A. Mayer, MD †
Vanderbilt-Ingram Cancer Center

Beryl McCormick, MD §
Memorial Sloan-Kettering Cancer Center

Lori J. Pierce, MD §
University of Michigan Comprehensive Cancer Center

Elizabeth C. Reed, MD † ξ
UNMC Eppley Cancer Center at The Nebraska Medical Center

Lee Schwartzberg, MD
University of Tennessee Cancer Institute

Mary Lou Smith, JD, MBA ¥
Research Advocacy Network

Hatem Soliman, MD
H. Lee Moffitt Cancer Center & Research Institute

George Somlo, MD ‡ ξ
City of Hope Comprehensive Cancer Center

Richard I. Theriault, DO
The University of Texas MD Anderson Cancer Center

John H. Ward, MD ‡
Huntsman Cancer Institute at the University of Utah

Antonio C. Wolff, MD †
The Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins University

Richard Zellars, MD §
The Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins University

| Symbol | Specialty |
|---|---|
| † | Medical Oncology |
| ‡ | Hematology/Oncology |
| ¶ | Surgical Oncology |
| ≠ | Pathology |
| Ÿ | Reconstructive Surgery |
| § | Radiation Oncology |
| ϕ | Nuclear medicine |
| ξ | Bone Marrow Transplantation |
| ¥ | Patient Advocacy |
| * | Writing Committee Member |

**Continue**

NCCN Staff
Rashmi Kumar, PhD
Dorothy A. Shead, MS

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

National Comprehensive Cancer Network®

# NCCN Guidelines Version 3.2012 Table of Contents
## Breast Cancer

**Clinical Trials:** The NCCN believes that the best management for any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

To find clinical trials online at NCCN member institutions, click here: nccn.org/clinical_trials/physician.html.

**NCCN Categories of Evidence and Consensus:** All recommendations are Category 2A unless otherwise specified.

See NCCN Categories of Evidence and Consensus.

**NCCN Guidelines for Patients™ available at www.nccn.com**

NCCN Breast Cancer Panel Members
Summary of Guidelines Updates

**Noninvasive Breast Cancer**
- Lobular Carcinoma In Situ (LCIS-1)
- Ductal Carcinoma In Situ (DCIS-1)

**Invasive Breast Cancer**
- Clinical Stage, Workup (BINV-1)
- Locoregional Treatment of Clinical Stage I, IIA, or IIB Disease or T3,N1,M0 (BINV-2)
- Systemic Adjuvant Treatment (BINV-4)
- Preoperative Chemotherapy Guideline
- Clinical Stage IIA, IIB, and IIIA T3,N1,M0 Workup (BINV-10)
- Axillary Evaluation (BINV-11)
- Clinical Stage IIIA, IIIB, IIIA and Stage IV, Workup (BINV-14)
- Preoperative Chemotherapy, Locoregional Treatment, Adjuvant Treatment (BINV-15)
- Surveillance/Follow-Up, Recurrence Workup or Initial Workup for Stage IV Disease (BINV-16)
- Treatment of Recurrence/Stage IV Disease (BINV-17)
- Principles of HER2 Testing (BINV-A)
- Principles of Dedicated Breast MRI Testing (BINV-B)

**Invasive Breast Cancer (continued)**
- Fertility and Birth Control After Adjuvant Breast Cancer (BINV-C)
- Surgical Axillary Staging - Stage I, IIA, and IIB (BINV-D)
- Axillary Lymph Node Staging (BINV-E)
- Margin Status in Infiltrating Carcinoma (BINV-F)
- Special Considerations to Breast-Conserving Therapy Requiring Radiation Therapy (BINV-G)
- Principles of Breast Reconstruction Following Mastectomy (BINV-H)
- Principles of Radiation Therapy (BINV-I)
- Adjuvant Endocrine Therapy (BINV-J)
- Adjuvant Chemotherapy (BINV-K)
- Definition of Menopause (BINV-L)
- Principles of Monitoring Metastatic Disease (BINV-M)
- Subsequent Endocrine Therapy (BINV-N)
- Chemotherapy Regimens for Recurrent or Metastatic Breast Cancer (BINV-O)

**Special Considerations**
- Phyllodes Tumor (PHYLL-1)
- Paget's Disease (PAGET-1)
- Breast Cancer During Pregnancy (PREG-1)
- Inflammatory Breast Cancer (IBC-1)

The NCCN Guidelines® are a statement of evidence and consensus of the authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult the NCCN Guidelines is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. The National Comprehensive Cancer Network® (NCCN®) makes no representations or warranties of any kind regarding their content, use or application and disclaims any responsibility for their application or use in any way. The NCCN Guidelines are copyrighted by National Comprehensive Cancer Network®. All rights reserved. The NCCN Guidelines and the illustrations herein may not be reproduced in any form without the express written permission of NCCN®. ©2012.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

Case 2:16-md-02740-JTM-MBN   Document 7486-14   Filed 06/26/19   Page 5 of 14

# NCCN Guidelines Version 3.2012 Updates
## Breast Cancer

National Comprehensive Cancer Network®

**Summary of the changes in the 3.2012 version of the Breast Cancer guidelines from the 2.2012 version include:**

### BINV-20
- Added a new footnote to Continue HER2 targeted therapy, typically in combination with other chemotherapy.<sup>uu</sup>
- The new footnote states: "Patients previously treated with chemotherapy plus trastuzumab in the absence of pertuzumab may be considered for one line of therapy including both trastuzumab plus pertuzumab in combination with or without cytotoxic therapy (such as vinorelbine or taxane). Further research is needed to determine the ideal sequencing strategy for anti-HER2 therapy."

### DISCUSSION
- The discussion section has been updated to reflect the recent changes in the algorithm.

**Summary of the changes in the 2.2012 version of the Breast Cancer guidelines from the 1.2012 version include:**

### DISCUSSION
- The discussion section has been updated to reflect the recent changes in the algorithm.

### BINV-20
- Added Pertuzumab + trastuzumab + taxane (preferred) as a systemic therapy option for HER2-positive disease.

### BINV-O
- Removed "Preferred" from the title of the page.
- BINV-O (1 of 7) - Added pertuzumab + trastuzumab + docetaxel (category 1) as an option under preferred first-line agents for HER2-positive disease.
- BINV-O (1 of 7) - Added pertuzumab + trastuzumab + paclitaxel as an option under preferred first-line agents for HER2-postive disease.
- BINV-O (1 of 7) - List trastuzumab combinations under "Other" first-line agents for HER2-positive disease.
- BINV-O (3 of 7) - Added the superscript 25 to Eribulin 1.4 mg/m$^2$ IV days 1 and 8, cycled every 21 days.[25]
- BINV-O (4 of 7) - Added the following regimens:
  ▶ Pertuzumab + Trastuzumab + Docetaxel
    ◊ Pertuzumab 840 mg IV day 1 followed by 420 mg IV
    ◊ Trastuzumab 8 mg/kg IV day 1 followed by 6 mg/kg IV
    ◊ Docetaxel 75-100 mg/m$^2$ IV day 1
      Cycled every 21 days.
  ▶ Pertuzumab + Trastuzumab + Weekly Paclitaxel
    ◊ Pertuzumab 840 mg IV day 1 followed by 420 mg IV cycled every 21 days
    ◊ Trastuzumab
      4 mg/kg IV day 1 followed by 2 mg/kg IV weekly
      or
      8 mg/kg IV day 1 followed by 6 mg/kg IV cycled every 21 days
    ◊ Paclitaxel 80 mg/m$^2$ IV day 1 weekly.

**UPDATES**

Continued on the next page

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012 Updates
## Breast Cancer

National Comprehensive Cancer Network®

**UPDATES**

Summary of the changes in the 3.2012 version of the Breast Cancer guidelines from the 2.2011 version include:

**DISCUSSION**
- The discussion section has been updated to reflect the recent changes in the algorithm.

**LCIS-1**
- Removed footnote: The panel endorses the College of American Pathology Protocol for pathology reporting for all invasive and non-invasive carcinomas of the breast.

**DCIS-1**
- Added the following statement to footnote f: "Therefore, the performance of a sentinel lymph node procedure should be strongly considered if the patient with apparent pure DCIS is to be treated with mastectomy or with excision in an anatomic location compromising the performance of a future sentinel lymph node procedure."

**DCIS-2**
- Modified footnote m: "Some SSRIs like fluoxetine and paroxetine decrease the formation of endoxifen and 4-OH tamoxifen, active metabolites of tamoxifen, and may impact its efficacy. Caution is advised about co-administration of these drugs with tamoxifen. However citalopram and venlafaxine appear to have minimal impact on tamoxifen metabolism. At this time, based on current data the panel recommends against CYP2D6 testing for women being considered for tamoxifen therapy. Co-administration of strong inhibitors of CYP2D6 should be used with caution." (also applies to BINV-J, footnote 2)

Summary of the changes in the 2.2012 version of the Breast Cancer guidelines from the 1.2012 version include:

- **BINV-O (7 of 7)** - Added the following references
  ▸ Cortes J, O'Shaughnessy J, Loesch D, et al. Eribulin monotherapy versus treatment of physician's choice in patients with metastatic breast cancer (EMBRACE): a phase 3 open-label randomised study. Lancet 2011;377:914-923.
  ▸ Baselga J, Cortes J, Kim SB, et al. Pertuzumab plus trastuzumab plus docetaxel for metastatic breast cancer. N Engl J Med 2012;366:109-119.
  ▸ Source available at: http://clinicaltrials.gov/show/NCT01276041.

Continued on the next page

Note:  All recommendations are category 2A unless otherwise indicated.
Clinical Trials:  NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.

# NCCN Guidelines Version 3.2012 Updates
## Breast Cancer

**UPDATES**

**BINV-1**
- Modified the workup section:
  - For clinical stage I and IIB, consider additional studies only if directed by signs or symptoms:
    ◊ Added footnote: "Routine systemic staging is not indicated for early breast cancer in the absence of symptoms."
    ◊ Changed pelvic CT to pelvic "diagnostic" CT
    ◊ Removed "ultrasound"
    ◊ Changed chest CT to chest "diagnostic" CT
  - If clinical stage IIIA (T3, N1, M0) consider:
    ◊ Changed chest CT to chest "diagnostic" CT
    ◊ Bone scan or fluoride PET/CT (category 2B)
    ◊ Added footnote: "If FDG PET/ CT are performed and both clearly indicate bone metastases, bone scan or fluoride PET/CT may not be needed."
    ◊ Added FDG PET/CT (optional, category 2B)
    ◊ Modified footnote h: added "FDG PET/CT can be performed at the same time as diagnostic CT."

**BINV-2**
- ≥ 4 positive axillary nodes and 1-3 positive axillary nodes:
  - Changed "Consider radiation therapy…" to "Strongly consider radiation therapy…" changed from (category 3 to 2B). (Also applies to BINV-3)
- Modified footnote n: "Consider imaging for systemic staging including, diagnostic CT or MRI, bone scan and optional FDG PET/CT (category 2B)

**BINV-3**
- Negative axillary nodes and tumor > 5 cm or margins positive:
  - Changed "Consider radiation therapy…" to "Strongly consider radiation therapy…" changed from (category 3 to 2B).
- Negative axillary nodes and tumor ≤ 5 cm and close margins:
  - Added "Consider" to postchemotherapy radiation therapy to chest wall.

**BINV-5**
- Changed "+ trastuzumab" to "with trastuzumab" throughout the page.

**BINV-6**
- Added "± adjuvant chemotherapy (category 2B)" following pN1mi.

**BINV-9**
- Changed "colloid" to "mucinous." (also applies to BINV-4)

**BINV-10**
- Modified the workup section to be consistent with the changes on BINV-1.

**BINV-12**
- Added a header for "Response" with footnote dd.
- Added footnote dd: "The accurate assessment of in-breast tumor or regional lymph node response to preoperative chemotherapy is difficult, and should include physical examination and performance of imaging studies that were abnormal at the time of initial tumor staging."

**BINV-14**
- Modified the workup section to be consistent with the changes on BINV-1.

**BINV-15**
- Following response, added "strongly" consider internal mammary nodes if not clinically involved and changed (category 3) to (category 2B)

**BINV-16**
- Removed "Consider" from "Determination of ER/PR/HER2 status in the workup of metastatic disease."

**BINV-18**
- No prior endocrine therapy within 1 y:
  ▶ Removed "or antiestrogen."
  ▶ Premenopausal, added "or selective estrogen receptor modulators."
  ▶ Postmenopausal, added " or selective estrogen receptor modulators or selective estrogen receptor down-regulator

Continued on the next page

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012 Updates
## Breast Cancer

**UPDATES**

- Modified footnote oo: "It is unclear that women presenting at time of initial diagnosis with metastatic disease will benefit from the performance of palliative local breast surgery and/or radiation therapy. Generally this palliative local therapy should be considered only after response to initial systemic therapy."
- Added a new footnote: "A single study (S0226) in women with hormone receptor positive breast cancer and no prior chemotherapy, biological therapy, or endocrine therapy for metastatic disease demonstrated that the addition of fulvestrant to anastrozole resulted in prolongation of time to progression (Hazard rate for recurrence 0.80; 95% CI 0.68 - 0.94; stratified log-rank p=0.007) and improvement in overall survival (hazard rate 0.81; 95% CI 0.65- 1.00; stratified log-rank p = 0.049). Subset analysis suggested that patients without prior adjuvant tamoxifen and more than 10 years since diagnosis experienced the greatest benefit. A study of similar design (FACT) demonstrated no advantage in time to progression with the addition of fulvestrant to anastrozole (Hazard rate 0.99; 95% CI 0.81-1.20; p=0.91).

**BINV-19, -20, -21**
- Added a link to Principles of Monitoring of Metastatic Disease (BINV-M).

**BINV-A**
- Replaced fluorescence in situ hybridization (FISH) with in situ hybridization (ISH) throughout the page.

**BINV-C**
- Modified bullet: "All premenopausal patients should be informed about the potential impact of chemotherapy on fertility and asked about their desire for potential future pregnancies. Patients who may desire future pregnancies should be referred to fertility specialists before chemotherapy."

**BINV-D**
- This page has been reformatted.
- Added a branch for "FNA or core biopsy positive - axillary dissection level I/II."

**BINV-D**
- The following information was removed from a footnote and placed in the algorithm:
  ▶ Meets ALL of the following criteria:
    ◊ T1 or T2 tumor
    ◊ 1 or 2 positive SLNs
    ◊ Breast conserving therapy
    ◊ Whole breast RT planned
    ◊ No neoadjuvant chemotherapy
- Following "sentinel node negative" inserted "consider" no further surgery (category 1).

**BINV-G**
- Modified last bullet: Women with a known "or suspected genetic predisposition to breast cancer."

**BINV-J**
- Adjuvant endocrine therapy:
  ▶ Premenopausal:
    ◊ Changed tamoxifen for 2-3 y to "5y" (category 1) followed by aromatase inhibitor for 5y or no further endocrine therapy.
  ▶ Postmenopausal:
    ◊ Added "aromatase inhibitor for 2-3 y (category 1) followed by tamoxifen to complete 5 y (category 1)."
    ◊ Tamoxifen for 2-3 y followed by aromatase inhibitor to complete 5y (category 1) changed "or longer" to "or up to 5 y of an aromatase inhibitor" (category 2B).
- Deleted the following footnote: "This specific patient subset was not included in the trials of aromatase inhibitors given sequentially with adjuvant tamoxifen. Some women who appear to become postmenopausal on tamoxifen therapy have resumption of ovarian function after discontinuation of tamoxifen and initiation of an aromatase inhibitor. Therefore, serial monitoring of plasma estradiol and FSH levels is encouraged in this clinical setting. Should ovarian function resume, the aromatase inhibitor should be discontinued and tamoxifen resumed. See Definition of Menopause (BINV-L)."

Continued on the next page

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012 Updates
## Breast Cancer

**BINV-K**
- Moved AC (doxorubicin/cyclophosphamide) to "Other Adjuvant Regimens."
- Changed "Neoadjuvant" to "Neoadjuvant only."

**BINV-M**
- Principles of Monitoring Metastatic Disease - this page is new to the guideline.

**BINV-N**
- A single study (BOLERO-2) in women with hormone receptor positive, her-2 negative metastatic breast cancer and prior therapy with a non-steroidal aromatase inhibitor demonstrated improvement in time to progression with the addition of everolimus (an mTOR inhibitor) to exemestane (Hazard rate 0.44; 95% CI 0.36-0.53; log-rank P = <1 x 10-16) and with increase in toxicity. No survival analysis is available. A randomized study using the mTOR inhibitor temsirolimus in combination with endocrine therapy did not demonstrate any improvement in outcome. Consider the addition everolimus to exemestane in women who fulfill the eligibility criteria of BOLERO-2.

**IBC-1**
- Modified the workup section.
  ▸ Changed chest CT to chest "diagnostic" CT
  ▸ Bone scan or fluoride PET/CT (category 2B)
  ▸ Added FDG PET/CT (category 2B)
  ▸ Modified footnote f: "FDG PET/CT can be performed at the same time as diagnostic CT. The use of PET or PET/CT scanning is not indicated in the staging of clinical stage I, II, or operable III breast cancer. FDG PET/CT is most helpful in situations where standard staging studies are equivocal or suspicious, especially in the setting of locally advanced or metastatic disease. FDG PET/CT may also be helpful in identifying unsuspected regional nodal disease and/or distant metastases in LABC when used in addition to standard staging studies."
- Added footnote: The panel endorses the College of American Pathologists Protocol for pathology reporting for all invasive and non-invasive carcinomas of the breast.
- Added footnote: See Principles of HER2 Testing (BINV-A).
- Added footnote: See Neoadjuvant/Adjuvant Chemotherapy (BINV-K).

**PAGET'S-2**
- Modified last node, appropriate systemic adjuvant therapy "per DCIS or Invasive Breast Cancer Guidelines."

**PREG-1**
- Modified footnote c: There are insufficient safety data to recommend general use of taxanes during pregnancy. "Use of paclitaxel weekly administration after the first trimester acceptable if clinically indicated by disease status." The use of trastuzumab is contraindicated during pregnancy.

**UPDATES**

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012
## Invasive Breast Cancer

**ADJUVANT CHEMOTHERAPY**[1,2,3,4,5]

### Non-trastuzumab Containing Regimens (all Category 1)

**Preferred Adjuvant Regimens:**
- TAC (docetaxel/doxorubicin/cyclophosphamide)
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)

**Other Adjuvant Regimens:**
- AC (doxorubicin/cyclophosphamide)
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- A followed by T followed by C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel) or (fluorouracil/epirubicin/cyclophosphamide followed by weekly paclitaxel)

### Trastuzumab Containing Regimens (all Category 1)

**Preferred Adjuvant Regimens:**
- AC followed by T + concurrent trastuzumab (doxorubicin/cyclophosphamide) followed by paclitaxel plus trastuzumab, various schedules)
- TCH (docetaxel, carboplatin, trastuzumab)

**Other Adjuvant Regimens:**
- Docetaxel + trastuzumab followed by FEC (fluorouracil/epirubicin/cyclophosphamide)
- Chemotherapy followed by trastuzumab sequentially
- AC followed by docetaxel + trastuzumab

**Neoadjuvant only:**
- T + trastuzumab followed by CEF + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

---

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

---

[1] Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2 positive tumors.

[2] In patients with HER2-positive and axillary lymph node-positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2 positive lymph node-negative tumors greater than or equal to 1 cm. (category 1) Trastuzumab may be given beginning either concurrent with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrent with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year, (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every-three-week schedule.

[3] CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.

[4] Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.

[5] Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

---

**Note:** All recommendations are category 2A unless otherwise indicated.
**Clinical Trials:** NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

NCCN Guidelines Index
Breast Cancer Table of Contents
Discussion

Case 2:16-md-02740-JTM-MBN   Document 7486-14   Filed 06/26/19   Page 11 of 14

BINV-K
2 of 5

National Comprehensive Cancer Network®

# NCCN Guidelines Version 3.2012
# Invasive Breast Cancer

## NON-TRASTUZUMAB CONTAINING COMBINATIONS

### Preferred Adjuvant Regimens

**TAC chemotherapy[1]**
- Docetaxel 75 mg/m$^2$ IV day 1
- Doxorubicin 50 mg/m$^2$ IV day 1
- Cyclophosphamide 500 mg/m$^2$ IV day 1
- Cycled every 21 days for 6 cycles.
(All cycles are with filgrastim support).

**Dose-dense AC followed by paclitaxel chemotherapy[15]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV infusion day 1
- Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

**AC followed by paclitaxel chemotherapy[3,4,5]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 80 mg/m$^2$ by 1 h IV infusion weekly for 12 wks.

**TC chemotherapy[6]**
- Docetaxel 75 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 21 days for 4 cycles

### Other Adjuvant Regimens

**AC chemotherapy[7]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 21 days for 4 cycles.

### Other Adjuvant Regimens Continued

**FAC chemotherapy[8,9]**
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8 or days 1 & 4
- Doxorubicin 50 mg/m$^2$ IV day 1 (or by 72 h continuous infusion)
- Cyclophosphamide 500 mg/m$^2$ IV day 1
- Cycled every 21 days for 6 cycles.

**CAF chemotherapy[10]**
- Cyclophosphamide 100 mg/m$^2$ PO days 1-14
- Doxorubicin 30 mg/m$^2$ IV day 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
- Cycled every 28 days for 6 cycles.

**CEF chemotherapy[11]**
- Cyclophosphamide 75 mg/m$^2$ PO days 1-14
- Epirubicin 60 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 500 mg/m$^2$ IV days 1 & 8
With cotrimoxazole support.
- Cycled every 28 days for 6 cycles.

**CMF chemotherapy[12]**
- Cyclophosphamide 100 mg/m$^2$ PO days 1-14
- Methotrexate 40 mg/m$^2$ IV days 1 & 8
- 5-Fluorouracil 600 mg/m$^2$ IV days 1 & 8
- Cycled every 28 days for 6 cycles.

**AC followed by docetaxel chemotherapy[5]**
- Doxorubicin 60 mg/m$^2$ on day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 21 days for 4 cycles.
Followed by
- Docetaxel 100 mg/m$^2$ IV on day 1
- Cycled every 21 days for 4 cycles

**EC chemotherapy[13]**
- Epirubicin 100 mg/m$^2$ IV day 1
- Cyclophosphamide 830 mg/m$^2$ IV day 1
- Cycled every 21 days for 8 cycles.

**Dose-dense A-T-C chemotherapy[14]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
- Cycled every 14 days for 4 cycles.
Followed by
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).

**FEC followed by docetaxel chemotherapy[14]**
- 5-Fluorouracil 500 mg/m$^2$ IV day 1
- Epirubicin 100 mg/m$^2$ IV day 1
- Cyclophosphamide 500 mg/m$^2$ day 1
- Cycled every 21 days for 3 cycles.
Followed by
- Docetaxel 100 mg/m$^2$ day 1
- Cycled every 21 days for 3 cycles.

**FEC followed by weekly paclitaxel[16]**
- 5-fluorouracil 600 mg/m$^2$ IV day 1
- Epirubicin 90 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
- Cycled every 21 days for 4 cycles
Followed by:
- 3 weeks of no treatment
Followed by:
- Paclitaxel 100 mg/m$^2$ IV
- Cycled every week for 8 cycles

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

# NCCN Guidelines Version 3.2012
# Invasive Breast Cancer

## TRASTUZUMAB CONTAINING COMBINATIONS

### Preferred Adjuvant Regimens

AC followed by T chemotherapy with Trastuzumab[17]
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 80 mg/m$^2$ by 1 h IV weekly for 12 wks
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1 y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

Dose-dense AC followed by paclitaxel chemotherapy[2]
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 14 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV infusion day 1
Cycled every 14 days for 4 cycles.
(All cycles are with filgrastim support).
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

AC followed by T chemotherapy with Trastuzumab[17]
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ IV day 1
Cycled every 21 days for 4 cycles.
Followed by
- Paclitaxel 175 mg/m$^2$ by 3 h IV day 1
Cycled every 21 days for 4 cycles
With
- Trastuzumab 4 mg/kg IV with first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 1 y of treatment. As an alternative, trastuzumab 6 mg/kg IV every 3 wk may be used following the completion of paclitaxel, and given to complete 1y of trastuzumab treatment.
Cardiac monitoring at baseline, 3, 6, and 9 mo.

TCH chemotherapy[18]
- Docetaxel 75 mg/m$^2$ IV day 1
- Carboplatin AUC 6 IV day 1
Cycled every 21 days for 6 cycles
With
- Trastuzumab 4 mg/kg wk 1
Followed by
- Trastuzumab 2 mg/kg for 17 wks
Followed by
- Trastuzumab 6 mg/kg IV every 3 wks to complete 1 year of trastuzumab therapy
Cardiac monitoring at baseline, 3, 6, and 9 mo.

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 3.2012, 09/10/12 © National Comprehensive Cancer Network, Inc. 2012, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

# NCCN Guidelines Version 3.2012
## Invasive Breast Cancer

BINV-K
4 of 5

## Other Adjuvant Regimens

**Docetaxel + trastuzumab followed by FEC chemotherapy[19]**
- Docetaxel 100 mg/m$^2$ by 1 h IV day 1
Cycled every 21 days for 3 cycles
With
- Trastuzumab 4 mg/kg IV with first dose of docetaxel day 1
Followed by
- Trastuzumab 2 mg/kg IV weekly to complete 9 wks of trastuzumab.
Followed by
- 5-Fluorouracil 600 mg/m$^2$ IV day 1
- Epirubicin 60 mg/m$^2$ day 1
- Cyclophosphamide 600 mg/m$^2$ day 1
Cycled every 21 days for 3 cycles
Cardiac monitoring at baseline, after last FEC cycle, at 12 and 36 mo after chemotherapy.

**Chemotherapy followed by trastuzumab[20]**
- Approved adjuvant chemotherapy regimen for at least 4 cycles
Followed by
- Trastuzumab 8 mg/kg IV times 1 dose
Followed by
- Trastuzumab 6 mg/kg IV every 21 days for 1 y
Cardiac monitoring at baseline, 3, 6, and 9 mo.

**AC followed by docetaxel chemotherapy with trastuzumab[19]**
- Doxorubicin 60 mg/m$^2$ IV day 1
- Cyclophosphamide 600 mg/m$^2$ day 1
Cycled every 21 days for 4 cycles
Followed by
- Docetaxel 100 mg/m$^2$
Cycled every 21 days for 4 cycles
With
- Trastuzumab 4 mg/kg IV wk one
Followed by
- Trastuzumab 2 mg/kg IV weekly for 11 wks
Followed by
- Trastuzumab 6 mg/kg every 21 days to complete 1 y of trastuzumab therapy
Cardiac monitoring at baseline, 3, 6, and 9 mo.

## Trastuzumab Containing Combinations

### Neoadjuvant Regimens

**Neoadjuvant T followed by FEC chemotherapy with trastuzumab[21]**
- Trastuzumab 4 mg/kg IV for one dose beginning just prior to first dose of paclitaxel
Followed by
- Trastuzumab 2 mg/kg IV weekly for 23 wks
- Paclitaxel 225 mg/m$^2$ by 24 h IV infusion every 21 days for 4 cycles (alternatively paclitaxel may be administered as paclitaxel 80 mg/m$^2$ by 1 h IV infusion weekly for 12 wks)
Followed by
- 5-Fluorouracil 500 mg/m$^2$ on days 1 and 4
- Epirubicin 75 mg/m$^2$ IV on day 1
- Cyclophosphamide 500 mg/m$^2$ on day 1
Cycled every 21 days for 4 cycles.

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and because of individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

# NCCN Guidelines Version 3.2012
## Invasive Breast Cancer

1. Martin, Pienkowski T, Mackey J, et al: Adjuvant Docetaxel for Node-Positive Breast Cancer. N Engl J. Med 352: 22, 2005.
2. Dang C, Fornier M, Sugarman S, et al. The safety of dose-dense doxorubicin and cyclophosphamide followed by paclitaxel with trastuzumab in HER2/neu overexpressed/amplified breast cancer. J Clin Oncol. 2008; 26:1216-1222.
3. Henderson IC, Berry DA, Demetri GD, et al: Improved outcomes from adding sequential paclitaxel but not from escalating doxorubicin dose in an adjuvant chemotherapy Regimen for Patients With Node-Positive Primary Breast Cancer. J Clin Oncol 21:976-983, 2003.
4. Mamounas EP, Bryant J, Lembersky BC, et al: Paclitaxel after doxorubicin plus cyclophosphamide as adjuvant chemotherapy for node-positive breast cancer: results from NSABP 13-28. J. Clin Oncol.:23:3686-96, 2005.
5. Sparano JA, Wang M, Martino S, et al. Weekly paclitaxel in adjuvant treatment of breast cancer. N Engl J Med. 258:1663-1671, 2008.
6. Jones S, Holmes F, O'Shaughnessey J, et al. Extended follow-up and analysis by age of the US Oncology Adjuvant Trial 9735: DOcetaxwl/cyclophosphamide is associated with an overall survival benefit compared to doxorubicin/cyclophosphamide and is well tolerated in women 65 or older. San Antonio Breast Cancer Symposium. Abstract 12, 2007.
7. Fisher B, Brown AM, Dimitrov NV, et al: Two months of doxorubicin-cyclophosphamide with and without interval reinduction therapy compared with six months of cyclophosphamide, methotrexate, and fluorouracil in positive-node breast cancer patients with tamoxifen-nonresponsive tumors: Results from NSABP B-15. Journal of Clin Oncol 8:1483-1496, 1990.
8. Buzdar AU, Kau SW, Smith TL, Hortobagyi GN. Ten-year results of FAC adjuvant chemotherapy trial in breast cancer. Am J Clin Oncol 12; 123-128,1989
9. Assikis V, Buzdar A, Yang Y, et al: A phase III trial of sequential adjuvant chemotherapy for operable breast carcinoma: final analysis with 10-year follow-up. Cancer 97:2716-23, 2003.
10. Bull JM, Tormey DC, Li SH, et al: A randomized comparative trial of adriamycin versus methotrexate in combination drug therapy. Cancer 41:1649-57, 1978
11. Levine MN, Bramwell VH, Pritchard KI, et al: Randomized trial of intensive cyclophosphamide, epirubicin, and fluorouracil chemotherapy compared with cyclophosphamide, methotrexate, and fluorouracil in premenopausal women with node-positive breast cancer. National Cancer Institute of Canada Clinical Trials Group. J Clin Oncol 16:2651-8, 1998.
12. Goldhirsch A, Colleoni M, Coates AS, et al: Adding adjuvant CMF chemotherapy to either radiotherapy or tamoxifen: are all CMFs alike? The International Breast Cancer Study Group (IBCSG). Ann Oncol 9:489-93, 1998.
13. Piccart MJ, Di Leo A, Beauduin M, et al: Phase III Trial Comparing Two Dose Levels of Epirubicin Combined With Cyclophosphamide With Cyclophosphamide, Methotrexate, and Fluorouracil in Node-Positive Breast Cancer. J Clin Oncol 19:3103-3110, 2001.
14. Roche H, fumoleau P, Spielmann M, et al. Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: The FNCLCC PACS 001 trial. J Clin Oncol. 24:5664-5671, 2006.
15. Citron ML, Berry DA, Cirrincione C, et al: Randomized Trial of Dose-Dense Versus Conventionally Scheduled and Sequential Versus Concurrent Combination Chemotherapy as Postoperative Adjuvant Treatment of Node-Positive Primary Breast Cancer: First Report of Intergroup Trial C9741/Cancer and Leukemia Group B Trial 9741. J Clin Oncol 21:1431-1439, 2003.
16. Martin M, Rodriguez-Lescure A, Ruiz A, et al: Randomized phase 3 trial of fluorouracil, epirubicin, and cyclophosphamide alone or followed by paclitaxel for early breast cancer. J Natl Cancer Inst 2008; 100:805-814.
17. Romond EH, Perez EZ, Bryant J, et al. Trastuzumab plus adjuvant chemotherapy for operable HER2 positive breast cancer. N Engl J Med 353:1673-1684, 2005
18. Robert NJ, Eiermann W, Pienkowski T, et al. BCIRG 006: Docetaxel and trastuzumab-based regimens improve DFS and OS over AC followed by T in node positive and high risk node negative HER2 positive early breast cancer patients: Quality of life at 36 mo. J Clin Oncol. 25:18S (June 20 suppl). Abstract 19647, 2007.
19. Joensuu H, Kellokumpu-Lehtinen P-L, Bono P, et al: Adjuvant docetaxel or vinorelbine with or without trastuzumab for breast cancer. N Engl J Med 354:809-20, 2006.
20. Piccart-Gebhart MJ, Procter M, Leyland-Jones B, et al. Trastuzumab after adjuvant chemotherapy in HER-2 positive breast cancer. N Engl J Med 353:1659-72, 2005.
21. Buzdar A, Ibrahim N, Francis D, et al. Significantly higher pathologic complete remission rate after neoadjuvant therapy with trastuzumab, paclitaxel, and epirubicin chemotherapy: Results of a randomized trial in human epidermal growth factor receptor 2-positive operable breast cancer. J. Clin Oncol 23: 3676-3685, 2005.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.**