# EXHIBIT O



# 2.5 CLINICAL OVERVIEW: DOCETAXEL AND PERMANENT ALOPECIA

Author(s): Nanae Hangai, MD, PhD

| | | | |
|---|---|---|---|
| Date: | 11-Nov-2015 | Total number of pages: | 37 |

Property of the Sanofi group - strictly confidential         Page 1 of 37
QSD-011657
Version: 1.0

Confidential                                         Sanofi_00829529

Case 2:16-md-02740-JTM-MBN   Document 7486-15   Filed 06/26/19   Page 3 of 4

2.5 Clinical Overview: Docetaxel and Permanent Alopecia  11-Nov-2015
XRP6976 - Docetaxel - GPE-BW-2015-00954  Version:  Final

# TABLE OF CONTENTS

2.5 CLINICAL OVERVIEW: DOCETAXEL AND PERMANENT ALOPECIA ............................................. 1

TABLE OF CONTENTS ............................................................................................................................ 2

LIST OF TABLES ...................................................................................................................................... 3

ABBREVIATIONS ..................................................................................................................................... 4

1   PRODUCT DEVELOPMENT RATIONALE ................................................................. 5

2   OVERVIEW OF BIOPHARMACEUTICS ...................................................................... 5

3   OVERVIEW OF CLINICAL PHARMACOLOGY ........................................................ 5

4   OVERVIEW OF EFFICACY ............................................................................................ 5

5   OVERVIEW OF SAFETY ................................................................................................. 5

5.1   INTRODUCTION .................................................................................................................. 5

5.2   BACKGROUND .................................................................................................................... 8

5.3   REVIEW OF SANOFI GLOBAL PHARMACOVIGILANCE DATABASE ..................... 11

5.3.1   Methodology ....................................................................................................................... 11
5.3.2   Results ................................................................................................................................. 11
5.3.2.1   Permanent alopecia ............................................................................................................. 12
5.3.3   Summary ............................................................................................................................. 34

5.4   REVIEW OF CLINICAL STUDIES .................................................................................. 34

5.5   LITERATURE REVIEW .................................................................................................... 34

5.6   REVIEW OF PHARMACOVIGILANCE TEXTBOOKS ................................................. 35

5.7   BIOLOGICAL PLAUSIBILITY ......................................................................................... 35

5.8   DISCUSSION AND CONCLUSION .................................................................................. 35

6   BENEFITS AND RISKS CONCLUSIONS ................................................................... 36

7   REFERENCES .................................................................................................................. 37

Confidential  Sanofi_00829530

Case 2:16-md-02740-JTM-MBN   Document 7486-15   Filed 06/26/19   Page 4 of 4

2.5 Clinical Overview: Docetaxel and Permanent Alopecia                           11-Nov-2015
XRP6976 - Docetaxel - GPE-BW-2015-00954                                      Version: Final

received an FEC 100–docetaxel regimen with permanent alopecia as a consequence. These cases were included in the list above.

**Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases** (M Miteva, et al.) (4) – Six patients received docetaxel for breast cancer, 3 received busulfan, and 1 received cisplatin and etoposide. They were evaluated between 12 and 24 months after the end of chemotherapy. Pathology from all patients displayed significantly increased number of telogen follicles. The anagen to telogen ratio was 3.6: 1 (normal – 9:1). There was a significantly increased number of miniaturized or vellus-like hairs. Mild lymphatic infiltrate was present in 2 patients. A hypothetical mechanism includes reduction of stem cells' population in the bulge or papilla.  Six cases reported for docetaxel were included in the list above.

### 5.6   REVIEW OF PHARMACOVIGILANCE TEXTBOOKS

Meyler's Side Effects of Drugs: The International Encyclopedia of Adverse Drug Reactions and Interactions (Fifteenth Edition) was accessed on 26 October 2015. No information was found on alopecia and docetaxel.

### 5.7   BIOLOGICAL PLAUSIBILITY

Cytotoxic chemotherapy agents target rapidly dividing cells and as a result the highly proliferative hair matrix cells are an unintended target.

The pathophysiology of permanent alopecia remains unknown, with hypotheses involving toxic damage to stem cells/hair matrix cells of the hair bulb or disturbance of the signaling pathway to the secondary hair germ.

### 5.8   DISCUSSION AND CONCLUSION

Alopecia is a very common adverse reaction of docetaxel.  Permanent alopecia was not defined in the medical textbooks. Upon review of safety database, 117 cases (5.3% of total cases of alopecia) were considered permanent alopecia (criteria: "permanent" or "irreversible" in verbatim event or longstanding (more than 2 years)) and have been reported in association with docetaxel treatment. The known duration of alopecia was up to 8 years in the literature and our database.  The majority of patients received combination chemotherapy and/or hormonal therapy that are also known to cause alopecia. The mechanism in which docetaxel is effective as cancer therapy also provides biological plausibility to causing alopecia. The frequency of permanent/irreversible alopecia is unknown as the majority of cases were from post-marketing where the total number of patients exposed to docetaxel is unknown.

Based on review of the Sanofi global pharmacovigilance database, worldwide scientific literature, clinical studies, and biological plausibility, the cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients who received docetaxel.