# TABLE OF EXHIBITS

| Exhibit A | Tosti Report, Nov. 7, 2018 |
| Exhibit B | Tosti Dep. Vol. I, Dec. 4, 2018 |
| Exhibit C | Tosti CV |
| Exhibit D | Thompson Dep. Vol. I, Nov. 30, 2018 |
| Exhibit E | Claiborne Dep., Nov. 2, 2018 |
| Exhibit F | Thompson Report |
| Exhibit G | Thompson Dep. Vol. II |
| Exhibit H | Shaprio Dep., May 19, 2019 |
| Exhibit I | Tosti Dep. Vol. II |
| Exhibit J | Love Dep. Vol. II, Feb. 23, 2019 |
| Exhibit K | Love Dep. Vol. I |
| Exhibit L | Smart Dep., Feb. 5, 2019 |
| Exhibit M | Smart Report, Jan. 11, 2019 |
| Exhibit N | NCCN Guidelines |
| Exhibit O | Clinical Overview Docetaxel and Permanent Alopecia |
| Exhibit P | Feigal Dep. Vol. III |
| Exhibit Q | Love Report |