UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' OPPOSITION TO SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY ON SPECIFIC CAUSATION UNDER SEAL

NOW INTO COURT come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave of Court to file their attachments (Exhibits A, B, D – M, P, Q) to the Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on Specific Causation (Rec. Doc. 7486) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachments to Plaintiffs' Motion should be filed under seal.

WHEREFORE, Plaintiffs pray that this Motion be granted, and the aforementioned attachments to their Opposition to Sanofi's Motion to Exclude Expert Testimony on Specific Causation be filed UNDER SEAL.

Dated: June 27, 2019                             Respectfully submitted,

/s/ Christopher L. Coffin                        /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                   Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                 GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                  6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                     Los Angeles, California 90045
Phone: (504) 355-0086                            Telephone: 510-350-9700
Fax: (504) 355-0089                              Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                           kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                    *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                             /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                       Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                        BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                         701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street          New Orleans, LA 70139
New Orleans, LA 70163-2800                       Phone: 504-524-3300
Phone: 504-522-2304                              Fax: 504-524-3313
Fax: 504-528-9973                                barrios@bkc-law.com
plambert@gainsben.com

                                                 *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                     Daniel P. Markoff
Andrews & Thornton                               Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                  9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                          Oklahoma City, OK 73120
Phone: (800) 664-1734                            Phone: (405) 607-8757
aa@andrewsthornton.com                           Fax: (405) 607-8749
                                                 dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                   Abby E. McClellan
Bachus & Schanker, LLC                           Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                   460 Nichols Road, Suite 200
Denver, CO 80202                                 Kansas City, MO 64112
Phone: (303) 893-9800                            Phone: (816) 714-7100
Fax: (303) 893-9900                              Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                      mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                               */s/ M. Palmer Lambert*
                                                               M. PALMER LAMBERT