UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' OPPOSITION TO SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY ON SPECIFIC CAUSATION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on Specific Causation (Rec. Doc. 7486) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A, B, D – M, P, Q) to the Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on Specific Causation UNDER SEAL.

New Orleans, Louisiana, this ___ of June, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE