# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Gloria Allen vs. Sanofi S.A., et al.* *C.A. No. 2:17-cv-10464* | | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting Gloria Allen on behalf of her deceased mother, Gloria Allen, in the above-captioned cause for the following reasons:

1. Plaintiff, Gloria Allen filed a products liability lawsuit in the above-referenced matter on October 10, 2017.

2. Plaintiff Gloria Allen passed away on January 26, 2018.

3. Plaintiff filed a Suggestion of Death on June 18, 2019. *See* Doc. No. 7421

4. Gloria Allen's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Gloria Allen, a surviving daughter of decedent, is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her mother, Gloria Allen, in this case.

WHEREFORE, counsel for Plaintiff requests that the Court grant this request for substitution of Plaintiff in this action.

Dated: June 27, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 27, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By:  */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*