UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Rhonda Bailey vs. Sandoz Inc., et al.* *C.A. No. 2:17-cv-11984* | | |

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that JOSEPH BRANDON BAILEY, on behalf of his deceased spouse, Rhonda Bailey, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge