# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) <br><br> HON. JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Sevesta Grady v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* C.A. No. 2:17-cv-15303 | | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting ERICA MORGAN on behalf of her deceased mother, Sevesta Grady, in the above-captioned cause for the following reasons:

1. Plaintiff Sevesta Grady filed a products liability lawsuit in the above-referenced matter on December 7, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified in January 2018 that Plaintiff Sevesta Grady passed away on September 8, 2017.

3. Plaintiff filed a Suggestion of Death on June 19, 2019. *See* Doc. No. 7428.

4. Sevesta Grady's product liability action against defendant survived Plaintiff decedent's death and is not extinguished.

5. Erica Morgan, surviving daughter and designated Executrix for Plaintiff Sevesta Grady's Will, is a proper party to substitute for plaintiff-decedent Sevesta Grady and wishes to be substituted on behalf of Sevesta Grady in this case.

WHEREFORE, counsel for Plaintiff requests that the Court grant this request for substitution of Plaintiff in this action.

Dated: June 27, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 27, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*