UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Diana C. Pilcher v. Sanofi S.A., et al* C.A. No. 2:17-cv-10400 | | MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel for Plaintiff, moves this Court for an order substituting Kenneth Pilcher, Jr. on behalf of his deceased wife, Diana C. Pilcher, in the above-captioned cause for the following reasons:

1. Plaintiff Diana C. Pilcher filed a products liability lawsuit in the above-referenced matter on October 10, 2017.

2. Plaintiff Diana C. Pilcher passed away on March 6, 2018.

3. Plaintiff filed a Suggestion of Death on June 19, 2019. *See* Doc. No. 7430.

4. Diana C. Pilcher's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Kenneth Pilcher, Jr., the surviving spouse, is the sole legatee by way of the Amended Judgment of Possession and the proper party to substitute for plaintiff-decedent Diana C. Pilcher (See Exhibit A) and wishes to be substituted on behalf of Diana C. Pilcher in this case.

WHEREFORE, counsel for Plaintiff requests that the Court grant this request for substitution of Plaintiff in this action.

Dated: June 27, 2019

WILLIAMS HART BOUNDAS EASTERBY, LLP

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 27, 2019

WILLIAMS HART BOUNDAS EASTERBY, LLP

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*