# EXHIBIT A

[Amended Judgment of Possession]

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NUMBER: 2018- 0030143                    DIVISION: "C"

SUCCESSION OF

DIANA C. PILCHER

FILED: August 27, 2018    DY. CLERK: _____

## AMENDED JUDGMENT OF POSSESSION

On considering the Motion and Order To Amend the original Judgment of Possession of DIANA C. PILCHER, KENNETH PILCHER, JR., the surviving spouse and sole legatee, of the decedent under the terms of the last will and testament of the decedent:

**IT IS ORDERED, ADJUDGED AND DECREED** that the original Judgment of Possession, signed on May 3, 2018 by the Honorable Judge of the 21st Judicial District Court be amended to read as follows:

Remove SEPARATE PROPERTY Item 2. Edward Jones Account ending in 92-1-9

IT IS ORDERED, ADJUDGED AND DECREED that petitioner, KENNETH PILCHER, JR., surviving spouse of the decedent, whose address is 40079 Azalea Drive, Ponchatoula, Louisiana 70454, be and he is hereby recognized as the surviving spouse in community with the said decedent, DIANA C. PILCHER and that said petitioner be and he is hereby further recognized as sole legatee under the terms of the above described last will and testament of said decedent, and be placed into possession of the property as follows:

**JUDGEMENT READ, RENDERED AND SIGNED** at Amite, Parish of Tangipahoa, Louisiana, this __23__ day of August, 2018.

_____
JUDGE, 21st ST JUDICIAL DISTRICT COURT

Respectfully submitted:

_____
CLAYTON A. WATERMAN #34812
ATTORNEY FOR PETITIONERS
POST OFFICE BOX 245
PONCHATOULA, LOUISIANA 70454
(985) 386-3653

STATE OF LOUISIANA  AMITE, LOUISIANA
PARISH OF TANGIPAHOA    DATE: 10/19/2018

I, Mary Ann Smiley, do hereby certify that this document is a true and correct copy of the original thereof, consisting of ___ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 8733.

_____
DEPUTY CLERK

SCANNED
MW