UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Diana C. Pilcher v. Sanofi S.A., et al* *C.A. No. 2:17-cv-10400* | | MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that KENNETH PILCHER, JR., on behalf of his deceased spouse, Diana C. Pilcher, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge