UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Joan Szczepanksi v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al C.A. No. 2:17-cv-10376* | : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that KIM MARSH, as surviving daughter and designated Executrix of Joan Szczepanski, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2019.

HON. JANE T. MILAZZO
United States District Judge