**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION ""N" (5) |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Glenda F. Wallace v. Hospira Worldwide,* | : | |
| *LLC f/k/a Hospira Worldwide, Inc. et al* | : | MAG. JUDGE MICHAEL NORTH |
| *C.A. No. 2:17-cv-10350* | : | |
| | : | |

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that RONALD NEAL WALLACE as surviving son on behalf of his deceased mother, Glenda F. Wallace, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge