## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) : MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION "H"(5)
:
: JUDGE MILAZZO
THIS DOCUMENT RELATES TO: : MAG. JUDGE NORTH
:
Lue Marshall v. Sanofi US Services Inc., et al. :
Civil Action No.: 2:17-cv-17289 :

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 27th day of June, 2019

Respectfully submitted,

*/s/ Kristie L. Fischer*
KRISTIE L. FISCHER, NV #11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 27th day of June, 2019

                                                 */s/ Kristie L. Fischer*
                                                 KRISTIE L. FISCHER, NV #11693
                                                 CANEPA RIEDY ABELE
                                                 851 S. Rampart Boulevard, Suite 160
                                                 Las Vegas, Nevada 89145
                                                 Tel: (702) 304-2335
                                                 Fax: (702) 304-2336
                                                 kfischer@canepariedy.com