UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

Plaintiffs' Motion to Compel Compliance With Discovery Order Regarding 30(b)(6) Depositions (rec. doc. 7463) will be taken up during the status conference scheduled in this matter on July 12, 2019 at 10:00 a.m.[1] Memorandum in opposition may be filed before the close of business on July 8, 2019, with Plaintiffs' reply thereto to be filed before the close of business on July 11, 2019.

New Orleans, Louisiana, this 27th day of June, 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Defendants is reminded of the Court's standing order of June 12, 2018 (rec. doc. 2861) relative to providing a hard copy of the motion to chambers in advance of the hearing.