UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740 |
| | SECTION: "H"(5) |
| | THIS DOCUMENT RELATES TO ALL CASES |

## ORDER

The next discovery/status conference will take place on July 12, 2019 at 10:00 a.m.

New Orleans, Louisiana, this 27th day of June, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE