# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 1 | Abbott | Elizabeth | 2:19-cv-00694 | 1/30/2019 | No Signed/Verified PFS Submitted | 505 |
| 2 | Allen | Dalphine | 2:18-cv-01431 | 2/12/2018 | PFS Not Substantially Complete | sanofi |
| 3 | Anderson | Cynthia | 2:19-cv-00699 | 1/30/2019 | No Signed/Verified PFS Submitted | sanofi |
| 4 | Archer | Jamie L | 2:18-cv-07022 | 7/26/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 5 | Ballard | Nedra | 2:18-cv-11824 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12 | sanofi |
| 6 | Bell | Dana | 2:18-cv-09250 | 10/4/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 7 | Bobby | Rachel | 2:18-cv-12123 | 12/1/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 8 | Bowling | Stacey | 2:19-cv-00318 | 1/16/2019 | No Signed/Verified PFS Submitted | sanofi |
| 9 | Boyd | Carolynn | 2:18-cv-10296 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 |
| 10 | Brown | Ruth | 2:19-cv-00700 | 01/30/2019 | No Signed/Verified PFS Submitted | 505 |
| 11 | Bryant | Kathy | 2:18-cv-11854 | 11/29/2018 | PFS Not Substantially Complete; Authorizations (failed to provide signed and dated authorizations) | Both sanofi and 505 |
| 12 | Buckley | Lisa C | 2:18-cv-10721 | 11/9/2018 | PFS Not Substantially Complete; No CMO 12; Authorizations (failed to provide properly signed and dated authorizations) | Both sanofi and 505 |
| 13 | Burse | Joyce A | 2:18-cv-00905 | 1/30/2018 | PFS Not Substantially Complete | sanofi |
| 14 | Butler | Tammie | 2:18-cv-07957 | 8/21/2018 | No PTO 71 | sanofi |
| 15 | Byrd | Retha | 2:18-cv-12937 | 12/9/2018 | No Signed/Verified PFS Submitted | sanofi |
| 16 | Caldwell | Annie | 2:19-cv-00056 | 1/4/2019 | No Signed/Verified PFS Submitted | sanofi |
| 17 | Carouthers | Stephanie | 2:18-cv-11554 | 11/26/2018 | No Signed/Verified PFS Submitted | sanofi |
| 18 | Carpenter | Shonna | 2:18-cv-05650 | 6/5/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 19 | Castro | Regina | 2:18-cv-13438 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | 505 |
| 20 | Coleman | Geri | 2:19-cv-00117 | 01/08/2019 | No Signed/Verified PFS Submitted | 505 |
| 21 | Collins | Joan | 2:19-cv-00706 | 1/30/2019 | No Signed/Verified PFS Submitted | sanofi |
| 22 | Cooper | Joyce | 2:17-cv-08231 | 8/25/2017 | PFS Not Substantially Complete | sanofi |
| 23 | Cottman | Roslyn | 2:18-cv-02174 | 3/1/2018 | PFS Not Substantially Complete | sanofi |
| 24 | Couch | Dyna | 2:19-cv-00726 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 25 | Creal | Ruby Ellen | 2:18-cv-05845 | 6/12/2018 | PFS Not Substantially Complete | sanofi |
| 26 | Crozier | Kathy K | 2:18-cv-12428 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 27 | Cruz | Eneida | 2:18-cv-10476 | 11/5/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 |
| 28 | Davis | Beverly | 2:17-cv-15831 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 29 | Davis | Conswello | 2:18-cv-12825 | 12/07/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | 505 |
| 30 | Delgrosso | Mary | 2:18-cv-10255 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 31 | Dennis | Patricia K. | 2:18-cv-11715 | 11/28/2018 | PFS Not Substantially Complete; Authorizations (authorizations not dated); No PTO 71 | 505 |
| 32 | Devine | Barbara A | 2:17-cv-15846 | 12/8/2017 | PFS Not Substantially Complete; Authorizations (authorizations not dated or witnessed) | sanofi |
| 33 | Doyle | Betty | 2:19-cv-00728 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 34 | Driggers | Debra | 2:18-cv-11306 | 11/20/2018 | PFS Not Substantially Complete | sanofi |
| 35 | Dudley | Elizabeth | 2:18-cv-11230 | 11/20/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | Both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 36 | Dukes | Patricia A. | 2:18-cv-12678 | 12/06/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 37 | Duncan | Gale M. | 2:18-cv-12337 | 12/04/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 38 | Dye | Debora | 2:18-cv-11862 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 39 | Dyer | Janele | 2:19-cv-00730 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 40 | Edwards | Elizabeth | 2:19-cv-00732 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 41 | Enriquez | Gloria | 2:18-cv-11867 | 11/29/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 42 | Evans | Elizabeth | 2:19-cv-00115 | 1/8/2019 | No Signed/Verified PFS Submitted | sanofi |
| 43 | Evans | Maxine | 2:18-cv-08505 | 9/10/2018 | PFS Not Substantially Complete | sanofi |
| 44 | Ferguson | Pamela L | 2:18-cv-06889 | 7/20/2018 | PFS Not Substantially Complete; No Authorizations;  No PTO 71 | Both sanofi and 505 |
| 45 | Foxworth | Denise | 2:17-cv-08333 | 8/27/2017 | PFS Not Substantially Complete | sanofi |
| 46 | Frazier | Deena Jeanette | 2:18-cv-08833 | 09/21/2018 | PFS Not Substantially Complete; No PTO 71 | 505 |
| 47 | Gabreilyan | Tamara | 2:18-cv-08001 | 8/21/2018 | PFS Not Substantially Complete | sanofi |
| 48 | Gaiten | Joan | 2:18-cv-07728 | 8/15/2018 | PFS Not Substantially Complete; No Authorizations (failed to provide signed/dated HIPPA authorization); No CMO 12; No PTO 71 | Both sanofi and 505 |
| 49 | Gamer | Jennifer | 2:19-cv-00735 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 50 | George | Catherine | 2:18-cv-08232 | 8/30/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 51 | Gertrude | Vinson | 2:18-cv-11935 | 11/30/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 52 | Gibb | Victoria | 2:18-cv-11914 | 11/30/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 |
| 53 | Gilpin | Sherryann | 2:17-cv-17049 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 54 | Golden | Mitzi-Nicole | 2:19-cv-00805 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 55 | Graves | Valeria | 2:19-cv-00108 | 1/7/2019 | No Signed/Verified PFS Submitted | sanofi |
| 56 | Griffen | Dottie | 2:17-cv-17665 | 12/21/2017 | PFS Not Substantially Complete | sanofi |
| 57 | Guidry | Ida | 2:18-cv-08976 | 09/27/2018 | PFS Not Substantially Complete; No Authorizations (No Health Ins, Disability, Workers' Comp or Employment authorization provided) | 505 |
| 58 | Gutirrez-Bundy | Allyson | 2:19-cv-00702 | 1/30/2019 | No Signed/Verified PFS Submitted | sanofi |
| 59 | Hallum | Helen | 2:17-cv-09915 | 9/29/2017 | PFS Not Substantially Complete | sanofi |
| 60 | Harding | Jennifer | 2:18-cv-13043 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 61 | Harris | Jacqueline | 2:18-cv-08803 | 09/20/2018 | PFS Not Substantially Complete | 505 |
| 62 | Hart | Donna | 2:17-cv-11432 | 10/28/2017 | PFS Not Substantially Complete | 505 |
| 63 | Hartseil | April | 2:19-cv-00769 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 64 | Heinicke | Linda | 2:18-cv-04112 | 4/20/2018 | PFS Not Substantially Complete | sanofi |
| 65 | Helm | Patsy | 2:18-cv-11220 | 11/19/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 66 | Hensley | Roberta | 2:19-cv-00771 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 67 | Hernandez | Angelina | 2:17-cv-15870 | 12/8/2017 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 68 | Hill | Sharon | 2:18-cv-06306 | 6/27/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 69 | Holmes | Carolyn | 2:18-cv-11434 | 11/23/2018 | PFS Not Substantially Complete | sanofi |
| 70 | Howard | Millie | 2:19-cv-00349 | 01/17/2019 | No Signed/Verified PFS Submitted | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 71 | Hughes | Alice | 2:18-cv-06273 | 06/26/2018 | PFS Not Substantially Complete | 505 |
| 72 | Hughes | Sharon | 2:19-cv-00525 | 1/25/2019 | No Signed/Verified PFS Submitted | sanofi |
| 73 | Hutcheson | Angela | 2:18-cv-12440 | 12/5/2018 | PFS Not Substantially Complete; No Authorizations | Both sanofi and 505 |
| 74 | Ivery | Stephanie | 2:19-cv-00080 | 1/7/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 75 | Jamaleddine | April | 2:19-cv-00782 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 76 | Johnson | Angela | 2:18-cv-12132 | 12/2/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 77 | Johnson | Carolyn Ann | 2:17-cv-15960 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 78 | Johnson | Cathy | 2:17-cv-15888 | 12/8/2017 | PFS Not Substantially Complete; Authorizations (authorizations are not dated) | sanofi |
| 79 | Johnson | Cindy | 2:19-cv-00696 | 1/30/2019 | No Signed/Verified PFS Submitted | sanofi |
| 80 | Johnson | Susan | 2:18-cv-06947 | 7/24/2018 | PFS Not Substantially Complete | sanofi |
| 81 | Keever | Sharon | 2:18-cv-11323 | 11/21/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 82 | Kemp | Linda G | 2:18-cv-08466 | 9/7/2018 | PFS Not Substantially Complete | sanofi |
| 83 | Kennedy | Diane | 2:18-cv-06307 | 6/28/2018 | No PTO 71 | sanofi |
| 84 | Kinsella | Cynthia | 2:19-cv-00368 | 01/17/2019 | No Signed/Verified PFS Submitted | 505 |
| 85 | Kirby | Marsha | 2:18-cv-10313 | 11/1/2018 | PFS Not Substantially Complete | sanofi |
| 86 | Knight-Crank | Misty | 2:19-cv-00093 | 1/7/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 87 | Knobel Besa | Penny | 2:18-cv-08922 | 9/26/2018 | PFS Not Substantially Complete | sanofi |
| 88 | Lamb | Fredericka | 2:19-cv-00765 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 89 | Landry | Rena | 2:18-cv-06130 | 6/21/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 90 | Lawrence | Judy | 2:19-cv-00269 | 1/14/2019 | No Signed/Verified PFS Submitted | sanofi |
| 91 | Lencrerot | Pam | 2:19-cv-00365 | 1/17/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 92 | Lewis | Bonnie | 2:18-cv-08499 | 9/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 93 | Lott | Kimberly | 2:19-cv-00053 | 1/4/2019 | No Signed/Verified PFS Submitted | sanofi |
| 94 | Lungrin | Cynthia | 2:19-cv-00744 | 1/31/2019 | No Signed/Verified PFS Submitted | 505 |
| 95 | Lynch | LaChrista | 2:19-cv-00369 | 1/17/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 96 | Mack | Brenda | 2:19-cv-00370 | 1/17/2019 | No Signed/Verified PFS Submitted | sanofi |
| 97 | MacWatters | Renee | 2:18-cv-13092 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 98 | Marchbanks | Wendy | 2:18-cv-13097 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 99 | Martin | Stephanie | 2:18-cv-13104 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 100 | Matz | Shari | 2:18-cv-09553 | 10/15/2018 | No CMO 12; No PTO 71 | sanofi |
| 101 | Mayo | Phyllis J | 2:18-cv-11256 | 11/20/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 102 | Mcafee | Neva F | 2:18-cv-10734 | 11/9/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 103 | McGuire | Sherrie | 2:19-cv-00763 | 1/31/2019 | No Signed/Verified PFS Submitted | 505 |
| 104 | Meadows | Hattie G | 2:18-cv-05148 | 5/22/2018 | PFS Not Substantially Complete | sanofi |
| 105 | Meza | San Juanita | 2:19-cv-00770 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 106 | Miller | Gloria | 2:18-cv-12019 | 11/30/2018 | No Signed/Verified PFS Submitted | sanofi |
| 107 | Miller | Nazera | 2:18-cv-10253 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 108 | Minium | Holly | 2:18-cv-13046 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 109 | Mitchell | Bekcy | 2:18-cv-05728 | 6/7/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 110 | Moore | Barbara | 2:18-cv-06941 | 7/24/2018 | PFS Not Substantially Complete | sanofi |
| 111 | Moore | Lois | 2:18-cv-11915 | 11/30/2018 | PFS Not Substantially Complete | sanofi |

| #   | Last Name  | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|-----|------------|------------|----------------|----------------------|----------------------------|------------------|
| 112 | Newton     | Lorraine   | 2:17-cv-06288  | 6/29/2017            | PFS Not Substantially Complete; No Authorizations;  No PTO 71 | sanofi |
| 113 | Nichols    | Janice     | 2:18-cv-05420  | 5/29/2018            | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 114 | Nine       | Brenda S   | 2:18-cv-11918  | 11/30/2018           | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 115 | Odom       | Emma       | 2:18-cv-08923  | 9/26/2018            | PFS Not Substantially Complete | sanofi |
| 116 | Office     | Victoria   | 2:18-cv-06702  | 7/16/2018            | No PTO 71 | sanofi |
| 117 | Oppelt     | Christy    | 2:18-cv-10627  | 11/7/2018            | PFS Not Substantially Complete | sanofi |
| 118 | Pahois     | Penelope   | 2:19-cv-00406  | 01/18/2019           | No Signed/Verified PFS Submitted | 505 |
| 119 | Parker     | Linda      | 2:19-cv-00697  | 1/30/2019            | No Signed/Verified PFS Submitted | sanofi |
| 120 | Patrick    | Phyllis    | 2:18-cv-10800  | 11/10/2018           | PFS Not Substantially Complete | sanofi |
| 121 | Payne      | Jennifer   | 2:18-cv-11636  | 11/27/2018           | PFS Not Substantially Complete; No Authorizations | 505 |
| 122 | Pierce     | Ann        | 2:17-cv-02729  | 3/30/2017            | No Signed/Verified PFS Submitted | sanofi |
| 123 | Pierce     | Debbie     | 2:19-cv-00357  | 1/17/2019            | No Signed/Verified PFS Submitted | sanofi |
| 124 | Pollard    | Carol      | 2:18-cv-05421  | 5/29/2018            | PFS Not Substantially Complete | sanofi |
| 125 | Pollard    | Thereasa   | 2:19-cv-00103  | 1/7/2019             | No Signed/Verified PFS Submitted | sanofi |
| 126 | Pratt      | Ruby E     | 2:17-cv-09790  | 9/28/2017            | PFS Not Substantially Complete; No Authorizations;  No PTO 71 | sanofi |
| 127 | Provencher | Elizabeth  | 2:18-cv-10992  | 11/14/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 128 | Pulliam    | Lisa       | 2:19-cv-00090  | 1/7/2019             | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 129 | Quarles    | Lisa       | 2:19-cv-00787  | 2/1/2019             | No Signed/Verified PFS Submitted | sanofi |
| 130 | Rhodes     | Felicia    | 2:18-cv-10498  | 11/5/2018            | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 |
| 131 | Rice       | Brenda     | 2:18-cv-12156  | 12/03/2018           | PFS Not Substantially Complete; Authorizations (unsigned and no witness signatures where required) | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 132 | Richmond | Linda | 2:19-cv-00797 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 133 | Rivera | Marilyn | 2:19-cv-00809 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 134 | Robson | Charlene | 2:18-cv-06695 | 7/13/2018 | PFS Not Substantially Complete | sanofi |
| 135 | Rocha | Annette | 2:18-cv-11723 | 11/28/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 136 | Rodalico | Jospehine | 2:18-cv-11053 | 11/15/2018 | PFS Not Substantially Complete | sanofi |
| 137 | Rodrigue | Jeanette | 2:19-cv-00810 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 138 | Rosso | Lindsey | 2:18-cv-04802 | 5/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 139 | Russell | Thelma | 2:18-cv-12828 | 12/07/2018 | PFS Not Substantially Complete; No PTO 71 | 505 |
| 140 | Ruth (Brooks) | Brooks (Ruth) | 2:18-cv-11836 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 141 | Salinetro | Anna | 2:19-cv-00529 | 1/25/2019 | No Signed/Verified PFS Submitted | sanofi |
| 142 | Schaefer | Nora | 2:18-cv-13210 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 143 | Schultz | Michelle | 2:18-cv-12142 | 12/02/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | 505 |
| 144 | Sherratt | Syma | 2:17-cv-13463 | 11/27/2017 | PFS Not Substantially Complete | sanofi |
| 145 | Sigea | Debra | 2:19-cv-00695 | 1/30/2019 | No Signed/Verified PFS Submitted | sanofi |
| 146 | Smith | Dianna | 2:19-cv-00098 | 1/7/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 147 | Smith | Mary Jean | 2:17-cv-08648 | 9/4/2017 | PFS Not Substantially Complete | sanofi |
| 148 | Spears | Robin A | 2:18-cv-11252 | 11/20/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 149 | Stanke | Bonnie | 2:19-cv-00814 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 150 | Straub Hill | Emmagene | 2:18-cv-10921 | 11/13/2018 | PFS Not Substantially Complete | sanofi |
| 151 | Suber | Dolivia M | 2:18-cv-12451 | 12/5/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 152 | Sylvester | Geraldine | 2:18-cv-06727 | 7/17/2018 | PFS Not Substantially Complete | sanofi |
| 153 | Tangney | Joann | 2:18-cv-13237 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 154 | Taylor | Beverly A. | 2:18-cv-12207 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 155 | Theresa | Artis | 2:18-cv-11813 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 156 | Torres-Haydu | Eneida | 2:18-cv-12144 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 157 | Turner | Eveline | 2:19-cv-00762 | 1/31/2019 | No Signed/Verified PFS Submitted | 505 |
| 158 | Vincent | Victoria | 2:18-cv-12216 | 12/3/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 159 | Vinson | Patricia | 2:18-cv-00716 | 1/23/2018 | PFS Not Substantially Complete; No Authorizations;  No PTO 71 | sanofi |
| 160 | Wall | Debra | 2:18-cv-13255 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 161 | Walling | Alisia | 2:19-cv-00816 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 162 | Webster | Kathy | 2:18-cv-13258 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 163 | Weeks | Helen | 2:18-cv-07228 | 7/31/2018 | PFS Not Substantially Complete | sanofi |
| 164 | Wells Croom | Keesha | 2:18-cv-02317 | 3/2/2018 | PFS Not Substantially Complete | sanofi |
| 165 | Whitehead | Della L | 2:18-cv-11949 | 11/30/2018 | PFS Not Substantially Complete | sanofi |
| 166 | Whittle | Pamela | 2:18-cv-06187 | 6/22/2018 | No PTO 71 | sanofi |
| 167 | Williams | Constance | 2:19-cv-00818 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 168 | Williams | Gwendolyn | 2:18-cv-12452 | 12/05/2018 | PFS Not Substantially Complete | 505 |
| 169 | Williams | Scarlett | 2:18-cv-13272 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 170 | Williams | Shelley | 2:18-cv-11615 | 11/27/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 171 | Winters | Deirdre | 2:18-cv-10856 | 11/12/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 172 | Woods | Sandy | 2:18-cv-10862 | 11/12/2018 | No PTO 71 | sanofi |
| 173 | Yarbrough | Christine | 2:18-cv-07916 | 8/19/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 174 | Young | Angela | 2:18-cv-12146 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | 505 |