UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Response in Opposition to Sanofi's Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Rec. Doc. 7474) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A, B and C) to the Plaintiffs' Response in Opposition to Sanofi's Motion to Exclude Expert Testimony of Ellen Feigal, M.D. **UNDER SEAL**.

New Orleans, Louisiana, this 27th day of June, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE