UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*ALL CASES*

# ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini (Rec. Doc. 7481) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A-C) to the Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. Kevin Bianchini **UNDER SEAL**.

New Orleans, Louisiana, this 1st of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE