UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Barbara Earnest, Case No. 2:16-cv-17144* | |

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. (Rec. Doc. 7483) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits B and C) to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. **UNDER SEAL**.

New Orleans, Louisiana, this 1st of July, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE