## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| DOREEN DOYE<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| Sanofi-Aventis U.S. LLC, et al. | |
| Defendants. | |
| Civil Case No: 2:18-cv-07869 | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana in November of 2017 (*Doreen Doye v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:18-cv-07869), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned complaint, additional medical records clarified that Plaintiff received her Taxotere from 3/20/2014 through 6/2014, not in 2012. As such, Plaintiff is requesting to make this change to her Short Form Complaint. Plaintiff's counsel has uploaded medical records to MDL Centrality showing the aforementioned dates of treatment.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

**Dated this 1st day of July, 2019.**

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion

Respectfully Submitted,

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 1, 2019

/s/ Robert J. Binstock
Robert J. Binstock