UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7513-1] Exhibit A to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

2. [Rec. Doc. 7513-2] Exhibit B to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

3. [Rec. Doc. 7513-3] Exhibit C to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

4. [Rec. Doc. 7513-4] Exhibit D to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

5. [Rec. Doc. 7513-5] Exhibit E to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

6. [Rec. Doc. 7513-6] Exhibit F to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

7. [Rec. Doc. 7513-7] Exhibit G to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

8. [Rec. Doc. 7513-8] Exhibit H to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

9. [Rec. Doc. 7513-9] Exhibit I to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

10. [Rec. Doc. 7513-10] Exhibit J to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

11. [Rec. Doc. 7513-11] Exhibit K to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation;

12. [Rec. Doc. 7513-13] Exhibit M to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation; and

13. [Rec. Doc. 7513-14] Exhibit N to Plaintiffs' Opposition to Sanofi's Motion to Exclude Expert Testimony on General Causation.

On Tuesday, July 2, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: July 1, 2019                                        Respectfully submitted,

*/s/ Christopher L. Coffin*                                */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                             Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                           GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                            6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                               Los Angeles, California 90045
Phone: (504) 355-0086                                      Telephone: 510-350-9700
Fax: (504) 355-0089                                        Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                     kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                              *Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/M. Palmer Lambert* <br> M. Palmer Lambert (#33228) <br> GAINSBURGH BENJAMIN DAVID <br> MEUNIER & WARSHAUER, LLC <br> 2800 Energy Centre, 1100 Poydras Street <br> New Orleans, LA 70163-2800 <br> Phone: 504-522-2304 <br> Fax: 504-528-9973 <br> plambert@gainsben.com <br><br> *Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios* <br> Dawn M. Barrios (#2821) <br> BARRIOS, KINGSDORF & CASTEIX, LLP <br> 701 Poydras Street, Suite 3650 <br> New Orleans, LA 70139 <br> Phone: 504-524-3300 <br> Fax: 504-524-3313 <br> barrios@bkc-law.com <br><br> *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews <br> Andrews Thornton Higgins Razmara, LLP <br> 2 Corporate Park, Suite 110 <br> Irvine, CA 92606 <br> Phone: (800) 664-1734 <br> aa@andrewsthornton.com | Daniel P. Markoff <br> Atkins & Markoff Law Firm <br> 9211 Lake Hefner Parkway, Suite 104 <br> Oklahoma City, OK 73120 <br> Phone: (405) 607-8757 <br> Fax: (405) 607-8749 <br> dmarkoff@atkinsandmarkoff.com |
| J. Kyle Bachus <br> Bachus & Schanker, LLC <br> 1899 Wynkoop Street, Suite 700 <br> Denver, CO 80202 <br> Phone: (303) 893-9800 <br> Fax: (303) 893-9900 <br> kyle.bachus@coloradolaw.net | Abby E. McClellan <br> Stueve Siegel Hanson LLP <br> 460 Nichols Road, Suite 200 <br> Kansas City, MO 64112 <br> Phone: (816) 714-7100 <br> Fax: (816) 714-7101 <br> mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III <br> Martzell, Bickford & Centola <br> 338 Lafayette Street <br> New Orleans, LA 70130 <br> Phone: (504) 581-9065 <br> Fax: (504) 581-7635 <br> lcentola@mbfirm.com | Karen Barth Menzies <br> Gibbs Law Group LLP <br> 6701 Center Drive West, Suite 1400 <br> Los Angeles, California 90045 <br> Phone: 510-350-9700 <br> Fax: 510-350-9701 <br> kbm@classlawgroup.com |
| Christopher L. Coffin <br> Pendley, Baudin & Coffin, L.L.P. <br> 1100 Poydras Street, Suite 2505 <br> New Orleans, Louisiana 70163 <br> Phone: (504) 355-0086 <br> Fax: (504) 355-0089 <br> ccoffin@pbclawfirm.com | David F. Miceli <br> David F. Miceli, LLC <br> P.O. Box 2519 <br> Carrollton, GA 30112 <br> Phone: (404) 915-8886 <br> dmiceli@miceli-law.com |

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
Dawn M. Barrios