UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption and Exhibits (Rec. Doc. 7512) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption, Plaintiffs' Statement of Material Facts in Dispute and Exhibits 1 through 80 to Plaintiffs' Statement of Material Facts in Dispute UNDER SEAL.

New Orleans, Louisiana, this ___ of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE