IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY** | : | |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Barbara Shannon v. Accord Healthcare, Inc., et al. | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-17926 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Albert Shannon on behalf of his deceased mother, Barbara Shannon.

1. Barbara Shannon filed a products liability lawsuit against Defendants on December 29, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Barbara Shannon died on June 24, 2017.

3. Barbara Shannon's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 2, 2019.

5. Albert Shannon, surviving son of Barbara Shannon, and is the Administrator of her estate, is a proper party to substitute for plaintiff-decedent Barbara Shannon and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Albert Shannon requests that this Court grant his request for substitution as plaintiff in this action.

Dated this 2nd day of July, 2019.

        Respectfully submitted by,

        /s/ *Michael P. McGartland*
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone:  (817) 332-9300
        Facsimile:  (817) 332-9301
        mike@mcgartland.com

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

    By:    /s/ *Michael P. McGartland*
           Michael P. McGartland