**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Barbara Shannon v. Accord Healthcare, Inc., et al. | : : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-17926 | : : | **MAG. JUDGE MICHAEL NORTH** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before The Honorable Jane Triche Milazzo, on July 31, 2019, at 9:30 a.m.

Dated this 2nd day of July, 2019.

        Respectfully submitted by,

        /s/ *Michael P. McGartland*
        MS Bar No. 100487
        McGartland Law Firm, PLLC
        University Centre I, Suite 500
        1300 South University Drive
        Fort Worth, Texas 76107
        Telephone:   (817) 332-9300
        Facsimile:    (817) 332-9301
        mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

        By:   /s/ *Michael P. McGartland*
                  Michael P. McGartland