UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)          MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw Plaintiffs' Steering Committee's Motion for Review of Discovery Order Regarding Additional Documents Related to Shirley Ledlie (Rec. Doc. 7403),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Document 7403, the response memorandum filed by Sanofi at Record Document 7462, and all attachments thereto, from the docket.

New Orleans, Louisiana this____day of_____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE