IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS
LIABILITY LITIGATION

Case No.: 2:19-cv-00700-JTM-MBN

_____

MDL No. 2740

This document Relates to Plaintiff(s)

RUTH BROWN
Case Number: 2:19-cv-00700

_____

**PLAINTIFF RUTH BROWN'S
SUGGESTION OF DEATH OF PLAINTIFF RUTH BROWN**

The undersigned hereby gives notice that Plaintiff Ruth Brown is deceased.  The

undersigned has not yet been able to contact Ms. Brown's next of kin, but when contact is made

the undersigned will be seeking authority from the decedent's family to continue to pursue these

claims.

 Dated: July 2, 2019

**MCDONALD WORLEY, P.C.**

**By**:    /s/  *William H. Barfield*_____
          William H. Barfield
          bill@mcdonaldworley.com
          State Bar No. 24031725
          Jeffrey C. Bogart
          jbogert@mcdonaldworley.com
          State Bar No. 132778
          McDonald S. Worley
          don@mcdonaldworley.com
          State Bar No. 24003208
          1770 St. James Place, Suite 100
          Houston, TX 77056
          Phone: (713) 523-5500
          Fax (713) 523-5501

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 2, 2019                                         Respectfully submitted,

/s/ William Barfield
_____

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*