IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

Case No.: 2:19-cv-00730-JTM-MBN

MDL No. 2740

This document Relates to Plaintiff(s)

Janele Dyer
Case Number: 2:19-cv-00730

## PLAINTIFF JANELE DYER'S
## SUGGESTION OF DEATH OF PLAINTIFF JANELE DYER

The undersigned hereby gives notice that Plaintiff Janele Dyer is deceased. The undersigned has not yet been able to contact Ms. Dyer's next of kin, but when contact is made the undersigned will be seeking authority from the decedent's family to continue to pursue these claims.

Dated: July 3, 2019

**MCDONALD WORLEY, P.C.**

**By**:   /s/ *William H. Barfield*
William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 3, 2019                                    Respectfully submitted,

/s/ William Barfield

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*