# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) <br><br> HON. JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Sevesta Grady v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* C.A. No. 2:17-cv-15303 | | |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 7490);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that Erica Morgan, as designated Executrix on behalf of her deceased mother, Sevesta Grady, may be substituted as the Party Plaintiff in this action.

New Orleans, Louisiana, this 1st day of July, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge