UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION ""N" (5) |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Diana C. Pilcher v. Sanofi S.A., et al* *C.A. No. 2:17-cv-10400* | : : | MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 7491);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that Kenneth Pilcher, Jr., on behalf of his deceased spouse, Diana C. Pilcher, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 1st day of July, 2019.

HON. JANE T. MILAZZO
United States District Judge