## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELICIA LINNETTE WARREN<br>　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC, et al.<br>　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| | **CIVIL ACTION NO. 2:18-cv-11205** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Felicia Linnette Warren respectfully requests leave of Court to file an Amended Short Form Complaint adding Sandoz Inc. as the defendant. This Motion also dismisses with prejudice previously named Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Since filing her Complaint, Plaintiff alleges that she received invoices from the Infusion Facility indicating the manufacturers of the chemotherapy drug administered to the Plaintiff. Plaintiff sent notice to Defense Counsel pursuant to CMO 12.

Plaintiff alleges that Sandoz Inc. sold Docetaxel from November 6, 2012 until February 19, 2013.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Dated: July 3, 2019

                                  Respectfully submitted,

                                  RAY HODGE & ASSOCIATES, L.L.C.

                                    s/ Ryan E. Hodge
                                  Ryan E. Hodge, #16180
                                  135 North Main
                                  Wichita, KS 67202
                                  (316) 269-1414
                                  (316) 263-6019 (fax)
                                  Attorney for Plaintiff