UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELICIA LINNETTE WARREN<br>                    Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANDOZ INC.<br>                    Defendants. | JUDGE:  JANE TRICHE MILAZZO |
| | **CIVIL ACTION NO. 2:18-cv-11205** |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

Felicia Linnette Warren

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):  None

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Kentucky

5. State in which Plaintiff(s) allege(s) injury: Kentucky

6. Defendants (check all Defendants against whom a Complaint is made):

1

    a.   Taxotere Brand Name Defendants

        _____ A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        _____ B.   Sanofi-Aventis U.S. LLC

    b.   Other Brand Name Drug Sponsors, Manufacturers, Distributors

        __x__ A.   Sandoz Inc.

        _____ B.   Accord Healthcare, Inc.

        _____ C.   McKesson Corporation d/b/a McKesson Packaging

        _____ D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        _____ E.   Hospira, Inc.

        _____ F.   Sun Pharma Global FZE

        _____ G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        _____ H   Pfizer Inc.

        _____ I.   Actavis LLC f/k/a Actavis Inc.

        _____ J.   Actavis Pharma, Inc.

        _____ K.   Other: _____

7. Basis for Jurisdiction:

    __x__   Diversity of Citizenship

    _____   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

    District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: __Hardin County Circuit Court__

9. Brand Product(s) used by Plaintiff (check applicable):

      _____ A.    Taxotere

      _____ B.    Docefrez

      __x__    C.    Docetaxel Injection

      __x__    D.    Docetaxel Injection Concentrate

      _____ E.    Unknown

      _____ F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9: <u>November 6, 2012 to February 19, 2013</u>

11. State in which Product(s) identified in question 9 was/were administered: <u>Kentucky</u>

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):  hair loss from 2012 to present

13. Counts in Master Complaint brought by Plaintiff(s):

    <u>x</u>   Count I – Strict Products Liability -Failure to Warn

    <u>x</u>   Count III – Negligence

    <u>x</u>   Count IV – Negligent Misrepresentation

    <u>x</u>   Count V – Fraudulent Misrepresentation

    <u>x</u>   Count VI – Fraudulent Concealment

    <u>x</u>   Count VII – Fraud and Deceit

    <u>x</u>   Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

  s/ Ryan E. Hodge
Ryan E. Hodge, #16180
135 North Main
Wichita, KS 67202
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff