**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| FELICIA LINNETTE WARREN<br>                              Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS  U.S. LLC, et al.<br>                              Defendants. | JUDGE:  JANE TRICHE MILAZZO |
| This Document Relates To:<br>*Felicia Linnette Warren* | <u>**CIVIL ACTION NO. 2:18-cv-11205**</u> |

<u>**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**</u>

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

1