# EXHIBIT D

```
13:14:19   1                    UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA
           2    ****************************************************************

           3    IN RE:   TAXOTERE (DOCETAXEL)
                PRODUCTS LIABILITY LITIGATION
           4                                         Docket No. 16-MD-2740
                                                     Section "H"
           5                                         New Orleans, Louisiana
                                                     Thursday, April 11, 2019
           6
                [THIS DOCUMENT RELATES TO:
           7    ALL CASES]
                ****************************************************************
           8
                                  TRANSCRIPT OF STATUS CONFERENCE
           9              HEARD BEFORE THE HONORABLE MICHAEL B. NORTH
                                UNITED STATES MAGISTRATE JUDGE
          10


          11    APPEARANCES:

          12
                FOR THE PLAINTIFFS:            SIMMONS HANLY CONROY
          13                                   BY:  DAVID F. MICELI, ESQ.
                                               One Court St.
          14                                   Alton, IL 62002

          15                                   MARTZELL, BICKFORD & CENTOLA
                                               BY:  LAWRENCE J. CENTOLA, III, ESQ.
          16                                   338 Lafayette St.
                                               New Orleans, LA 70130
          17
                                               GAINSBURG BENJAMIN DAVID
          18                                   MEUNIER & WARSHAUER
                                               BY:  M. PALMER LAMBERT, ESQ.
          19                                   1100 Poydras St., Suite 2800
                                               New Orleans, LA 70163
          20
                                               BARRIOS KINGSDORF & CASTEIX
          21                                   BY:  DAWN M. BARRIOS, ESQ.
                                               701 Poydras St., Suite 3650
          22                                   New Orleans, LA 70139

          23
                FOR SANOFI S.A.:               SHOOK, HARDY & BACON
          24                                   BY:  ADRIENNE BYARD, ESQ.
                                               2555 Grand Blvd.
          25                                   Kansas, City MO 64108
```

```
13:18:10   1   biopsies were taken of the plaintiffs' scalp back in March, the
13:18:13   2   very first staining that the pathologist did was to test for the
13:18:17   3   presence of stem cells and whether or not those stem cells were
13:18:21   4   proliferating.  One of the theories, amongst many that's advanced
13:18:24   5   in the literature about this medicine supposedly causing this
13:18:27   6   unique harm, is perhaps it's causing damage to the stem cell in the
13:18:32   7   hair follicle.
13:18:33   8             But what the testing on plaintiffs' biopsies actually
13:18:37   9   revealed was that those stem cells remained present and that they
13:18:41  10   were proliferating, that they were growing, and they are in
13:18:45  11   specimens.  And so for the plaintiffs' efforts to minimize this
13:18:49  12   evidence, it's certainly valuable defense evidence for several
13:18:53  13   reasons.
13:18:55  14             What's significant then, too, your Honor, is that there
13:18:58  15   was a plan to conduct an additional study that was stopped.  And
13:19:03  16   irrespective of how far those discussions got, including
13:19:07  17   discussions with the testifying expert, that decision to not study
13:19:11  18   anymore, in part because it would be discoverable under your
13:19:14  19   Honor's rulings, but also because the initial returns were negative
13:19:18  20   is valuable defense evidence as well.
13:19:21  21             THE COURT:  Valuable to what end?
13:19:23  22             MS. BYARD:  Sure.  So the allegation in this litigation,
13:19:26  23   your Honor, is that my client sanofi knew that there was something
13:19:29  24   specially wrong with Taxotere that was harming women, that we hid
13:19:33  25   that evidence, and that we then lied to doctors and patients about
```