# EXHIBIT G

| DATE | START TIME | END TIME | MATERIAL |
|---|---|---|---|
| 4/15/2019 | 5:30PM | 5:45PM | Phone conversation with Connor Sears regarding new cytokeratin 15 material |
| 4/20/2019 | 7:00AM | 10:00AM | Review of Smart's pathology report; Tosti and Thompson depositions; Relevant literatu |
| 5/3/2019 | 4:05PM | 4:20PM | Phone conversation with Jordan Baehr discussing depositions, pathology |
| 5/4/2019 | 7:00AM | 8:00AM | Expert report preparation |
| 5/7/2019 | 6:00PM | 7:00PM | Expert report revision |
| 6/18/2019 | 6:00PM | 6:50PM | Meeting with Chris McRae and Jordan Baehr |
| 6/18/2019 | 9:00PM | 10:30PM | Deposition preparation |
| 6/19/2019 | 3:00PM | 4:30PM | Deposition |

re from Pubmed