# EXHIBIT H

# David Miceli

| | |
|---|---|
| **From:** | Byard, Adrienne (SHB) <ABYARD@shb.com> |
| **Sent:** | Tuesday, June 4, 2019 1:18 PM |
| **To:** | David Miceli; Palmer Lambert |
| **Cc:** | Douglas J. Moore (dmoore@Irwinllc.com); Ratliff, Harley (SHB); Baehr, Jordan (SHB) |
| **Subject:** | RE: Taxotere, Continue Expert Discovery |

File away, friend.

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |
| Cell: 816.805.6205 | abyard@shb.com

---

**From:** David Miceli <dmiceli@miceli-law.com>
**Sent:** Tuesday, June 4, 2019 12:15 PM
**To:** Byard, Adrienne (SHB) <ABYARD@shb.com>; Palmer Lambert <plambert@gainsben.com>
**Cc:** Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Baehr, Jordan (SHB) <JBAEHR@shb.com>; David Miceli <dmiceli@miceli-law.com>
**Subject:** RE: Taxotere, Continue Expert Discovery

Adrienne-

We have prepared our Daubert motions and briefs on the purported supplemental expert opinions of Drs. Smart and Shapiro. Following their depositions, it became abundantly clear that the supplemental opinions offered lack any support in terms of either witnesses' experience or their reliance materials. Indeed, neither expert provides any peer reviewed reliance material as support for their supplemental opinions. Accordingly, we believe it is appropriate for Sanofi to withdraw all three experts' supplemental reports – Dr. Love likewise provides no peer reviewed reliance material to support her opinions either. If the reports/opinions are not withdrawn, and if we are required to go forward with Dr. Love's deposition on 6/19, followed by further supplemental briefing, we will seek reimbursement of our fees and expenses for deposing Dr. Love and the motion practice to seek exclusion of these opinions.

Please let us know before 3pm today, as we will be filing our Daubert pleadings this evening.

David

---

**From:** Byard, Adrienne (SHB) <ABYARD@shb.com>
**Sent:** Monday, June 3, 2019 4:32 PM
**To:** Palmer Lambert <plambert@gainsben.com>
**Cc:** David Miceli <dmiceli@miceli-law.com>; Douglas J. Moore (dmoore@Irwinllc.com) <dmoore@Irwinllc.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Baehr, Jordan (SHB) <JBAEHR@shb.com>
**Subject:** RE: Taxotere, Continue Expert Discovery

Palmer,

June 19 is the date she has and we understand it will be short. It does not really matter if it is by phone or not to us—doesn't get us up on her calendar any. Are you accepting that date? Are there other things to discuss? Do the staggered dates we suggest for any challenge on her supplemental report work? We'd do a July 8 reply?

**Adrienne L. Byard** | Partner | Shook, Hardy & Bacon LLP | Direct: 816.559.2574 |