UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION ""N" (5) HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Joan Szczepanksi v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al C.A. No. 2:17-cv-10376* | | |

### ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 7493);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that Kim Marsh, as surviving daughter and designated Executrix of Joan Szczepanski, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 1st day of July, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge