UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Motion to Exclude Dr. Love's Stem Cell Opinions. (Rec. Doc. 7528) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-C and E-F) to Plaintiffs' Motion to Exclude Dr. Love's Stem Cell Opinions UNDER SEAL.

New Orleans, Louisiana, this ___ of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE