# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Glenda F. Wallace v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al*<br>C.A. No. 2:17-cv-10350 | | |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 7494);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that Ronald Neal Wallace as surviving son on behalf of his deceased mother, Glenda F. Wallace, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 1st day of July, 2019.

HON. JANE T. MILAZZO
United States District Judge