UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| Patsy Abbott v. Sandoz Inc. : | |
| Civil Action No.: 2:17-CV-11709 : | PLAINTIFF'S EXPARTE/CONSENT |
| : | MOTION FOR RELIEF FROM |
| : | DISMISSAL |

**PLAINTIFF'S EXPARTE/CONSENT MOTION FOR RELIEF FROM DISMISSAL**

COMES NOW Plaintiff Patsy Abbott, by and through counsel and pursuant to Federal Rule of Civil Procedure 60(b)(6), and hereby moves for relief from the Notice of Partial Dismissal with Prejudice as to All Except Sandoz Inc., Dkt. No. 4904, entered on November 6, 2018 and attached hereto as Exhibit A, in so far as it dismissed Hospira, Inc., and Hospira Worldwide, LLC. Plaintiff asks that Hospira, Inc., and Hospira Worldwide, LLC be reinstated as defendants to this action and Sandoz Inc. be dismissed with prejudice. For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff requests that the Court grant such relief.

Respectfully submitted this 3rd day of July 2019.

/s/ Karen Barth Menzies
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Phone: (510) 350-9240
Fax: (510) 350-9701
Email: kbm@classlawgroup.com

*Attorney for Plaintiff Patsy Abbott*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

/s/ *Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA  90045
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. |
| THIS DOCUMENT RELATES TO:<br>Patsy D. Abbott v. Sanofi S.A., et al. | Civil Action No.: 2:17-cv-11709 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6)

Dated this 6th day of November, 2018

By:  /s/ Karen Barth Menzies
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

CERTIFICATE OF SERVICE

     I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 6, 2018

                                                  By:  /s/ *Karen Barth Menzies*
                                                Karen Barth Menzies (*pro hac vice*)
                                                Cal. Bar No. 180234
                                                **GIBBS LAW GROUP LLP**
                                                6701 Center Drive West, 14th Floor
                                                Los Angeles, CA 90045
                                                Telephone: (510) 350-9240
                                                Facsimile: (510) 350-9701
                                                Email:  kbm@classlawgroup.com