**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| THIS DOCUMENT RELATES TO: | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Patsy Abbott v. Sandoz Inc. | : | |
| Civil Action No.: 2:17-CV-11709 | : | **PLAINTIFF'S MEMORANDUM IN** |
| | : | **SUPPORT OF EXPARTE/CONSENT** |
| | : | **MOTION FOR RELIEF FROM** |
| | : | **DISMISSAL** |
| | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF EXPARTE/CONSENT**
**MOTION FOR RELIEF FROM DISMISSAL**

Plaintiff Patsy Abbott, by and through counsel and pursuant to Federal Rule of Civil Procedure 60(b)(6) submits this Memorandum in Support of her motion for relief from dismissal in so far as it dismissed Hospira, Inc., and Hospira Worldwide, LLC. (*See* Dkt No. 4904.) Plaintiff asks that Hospira, Inc., and Hospira Worldwide, LLC be reinstated as defendants to this action and Sandoz Inc. be dismissed with prejudice.

Pursuant to Case Management Order No. 12A, Plaintiff filed a Notice of Partial Dismissal with Prejudice as to All Except Sandoz Inc. on November 6, 2018, based on her receipt of a Statement Regarding Chemotherapy Drug Administered signed by Ms. Abbott's chemotherapy provider and identifying Sandoz Inc. as the manufacturer of Ms. Abbott's docetaxel. (*See* MDL Centrality, Document No. 81837.) After the requested dismissals were entered, Ms. Abbott obtained information that Hospira, Inc., may have manufactured her docetaxel. (*See* MDL Centrality, Document No. 325206.) On March 15, 2019, Ms. Abbott obtained insurance records that confirmed she had been administered Hospira-manufactured docetaxel for each of her infusions. (*See* MDL Centrality, Document No. 325855.)

Defendants will not be prejudiced by Plaintiff's proposed relief from dismissal to reinstate Hospira, Inc., and Hospira Worldwide, LLC as defendants to this action and to dismiss Sandoz Inc. with prejudice.  Plaintiff does not seek to raise additional legal theories.  Plaintiff seeks only to include the proper defendants as parties to her suit.  In addition, in light of the recent adjustment of the first trial schedule, the parties anticipate that the phase 1 deadlines for bellwether trial picks under Case Management Order 14 will be extended significantly, further eliminating prejudice to the Defendants.

Counsel for Sandoz Inc., Hospira, Inc., and Hospira Worldwide, LLC consented to Plaintiff filing this ex parte/consent motion.

For the foregoing reasons, Plaintiff respectfully requests the Court grant her motion for relief from dismissal in so far as it dismissed Hospira, Inc., and Hospira Worldwide, LLC, and that asks that Hospira, Inc., and Hospira Worldwide, LLC be reinstated as defendants to this action and Sandoz Inc. be dismissed with prejudice.

Respectfully submitted this 3rd day of July 2019.

/s/ Karen Barth Menzies
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA  90045
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com

*Attorney for Plaintiff Patsy Abbott*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notifications of such filing to

the CM/ECF participants to receive service in this MDL.

/s/ *Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA  90045
Phone:  (510) 350-9240
Fax:  (510) 350-9701
Email:  kbm@classlawgroup.com