**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Patsy Abbott v. Sandoz Inc. | : | |
| Civil Action No.: 2:17-CV-11709 | : | [PROPOSED] ORDER GRANTING |
| | : | PLAINTIFF'S EXPARTE/CONSENT |
| | : | MOTION FOR RELIEF FROM |
| | : | DISMISSAL |
| | : | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EXPARTE/CONSENT MOTION FOR RLIEF FROM DISMISSAL

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiff's Motion for Relief from Dismissal.  Hospira,

Inc. and Hospira Worldwide, LLC are hereby reinstated as defendants to this action, and Sandoz

Inc. is dismissed with prejudice.

SO ORDERED this _____ day of _____ 2019.

_____
Jane T. Milazzo
United States District Court Judge