## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| ELIZABETH C. DUDLEY,<br>*Plaintiff,* | JUDGE MILAZZO |
| | **Stipulation of Dismissal With Prejudice** |
| v. | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC; SANDOZ, INC., ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; HOSPIRA INC.; SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD.; PFIZER INC.; ACTAVIS LLC f/k/a  ACTAVIS INC.; and ACTAVIS PHARMA, INC., : and SAGENT PHARMACEUTICALS, INC.<br>*Defendants.* | Civil Action No. 2:18:cv-11230 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Elizabeth C. Dudley, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-11230, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Elizabeth C. Dudley, which is

currently pending in MDL No. 2740 in the United States District Court for the Eastern District

of Louisiana, bearing Case No. 2:18-cv-12127.  All parties shall bear their own costs.

**MARC J. BERN & PARTNERS LLP**

/s/ Debra J. Humphrey
Debra J. Humphrey
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON LLP**

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com; hratliff@shb.com
*Attorneys for sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc.*

**ULMER & BERNE LLP**

/s/ Michael J. Suffern
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
*Attorneys for Actavis Pharma, Inc., Actavis
LLC and Sagent Pharmaceuticals, Inc.*

**TUCKER ELLIS LLP**

/s/ Brandon D. Cox
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113
*Attorneys for Defendant Accord*

**MORRISON & FOERSTER LLP**

/s/ Julie Y. Park
Julie Y. Park
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
*Attorneys for Defendant McKesson Corp.*

**DECHERT LLP**

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker-Gonzalez
Dechert LLP
Three Bryant Park
1095 Avenues of Americas, 31st Floor
New York, New York 10036
Telephone: (212) 689-3814
Facsimile: (212) 698-3599
*Attorney for Defendant Hospira Worldwide,
LLC f/k/a Hospira Worldwide, Inc., Hospira,
Inc. and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

/s/ Kathleen E. Kelly
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
*Attorneys for Sun Pharmaceutical Industries,
Inc. f/k/a Caraco Pharmaceutical
Laboratories, Ltd.*