UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

All Cases.

# ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A, B, C, D, E, F, I, K, L, and M to its Opposition to Plaintiffs' Motion to Exclude Expert Testimony that Relies Upon Defendant's Employee Dr. Michael Kopreski Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A, B, C, D, E, F, I, K, L, and M (Rec. Doc. 7471-1, 7471-2, 7471-3, 7471-4, 7471-5, 7471-6, 7471-9, 7471-11, 7471-12, and 7471-13) **UNDER SEAL**.

New Orleans, Louisiana, this 27th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE