UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Dina Hawkins**
**Case No.: 2:19-cv-1722**

## DECLARATION

I, Justin C. Roberts, have attempted to reach my client, Dina Hawkins on the following dates: April 3, 2019, April 26, 2019, May 8, 2019, May 9, 2019, May 13, 2019, June 11, 2019, and June 27, 2019 by (check all that apply)  X  telephone,  X  e-mail,  X  text message,  X  social media,  X  U.S. Mail,  X  Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

ROBERTS & ROBERTS

BY:  */s/ Justin C. Roberts*
      JUSTIN C. ROBERTS
      Bar No. 24079221
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600
      Email: justin@robertslawfirm.com

**Attorney for Plaintiff**