**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *Beverly Davis v. Sanofi-Aventis U.S. LLC, et al.* Civil Action No.: 2:17-cv-15831 | |

**NOTICE OF APPEARANCE**

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte,

PLLC as counsel for the above-referenced Plaintiff in the above-captioned matter.

Dated this 5th day of July, 2019.

**ALLEN & NOLTE, PLLC**

By: /s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel:  (214) 521-2300
Fax: (214) 452-5637

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III