## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Cathy Johnson v. Sanofi-Aventis U.S. LLC, et al.* Civil Action No.: 2:17-cv-15888 | |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte, PLLC as counsel for the above-referenced Plaintiff in the above-captioned matter.

Dated this 5th day of July, 2019.

                                          **ALLEN & NOLTE, PLLC**

                                          By: /s/ John H. "Trey" Allen, III
                                          John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
                                          trey@allennolte.com
                                          5445 La Sierra Drive, Suite 350
                                          Dallas, Texas 75231
                                          Tel: (214) 521-2300
                                          Fax: (214) 452-5637

                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  /s/ John H. "Trey" Allen, III
                                                  John H. "Trey" Allen, III