UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Trudy Autin v. Sandoz Inc.* Case No. 2:17-cv-07331 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas A. Insogna, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                              Respectfully submitted,

                              */s/ Nicholas A. Insogna*
                              Nicholas A. Insogna
                              **GREENBERG TRAURIG, LLP**
                              One International Place
                              Suite 2000
                              Boston, MA 02110
                              Telephone: (617) 310-6231
                              Facsimile: (617) 310-6001
                              E-mail: insognan@gtlaw.com

                              ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Nicholas A. Insogna*
Nicholas A. Insogna
