## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Trudy Autin v. Sandoz Inc.* Case No. 2:17-cv-07331 | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE NORTH** |

### NOTICE OF APPEARANCE

Please enter the appearance of Taryn W. Harper, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                  Respectfully submitted,

                  */s/ Taryn W. Harper*
                  Taryn W. Harper
                  **GREENBERG TRAURIG, LLP**
                  Terminus 200
                  3333 Piedmont Road NE, Suite 2500
                  Atlanta, GA 30305
                  Telephone: (678) 553-1111
                  Facsimile: (678) 553-2212
                  E-mail: harpert@gtlaw.com

                  ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in these matters.

*/s/ Taryn W. Harper*
Taryn W. Harper