# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Defendants Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. |
| THIS DOCUMENT RELATES TO: <br><br> Civil Action No.: 2:18-cv-12440 <br> Plaintiff Angela Hutcheson | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of July, 2019

Counsel for Angela Hutcheson

/s/ *D. Todd Mathews*

Gori Julian & Associates, P.C.

156 N. Main St.

Edwardsville, IL 62025

618-659-9833

masstort@gorijulianlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 8, 2019

                                                              /s/ *D. Todd Mathews*