UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption and Exhibits (Rec. Doc. 7512) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption, Plaintiffs' Statement of Material Facts in Dispute and Exhibits 1 through 80 to Plaintiffs' Statement of Material Facts in Dispute **UNDER SEAL**.

New Orleans, Louisiana, this 8th day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE