UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Angelina Hernandez v. Sanofi-Aventis U.S. LLC, et al.* <br> Civil Action No.: 2:17-cv-15870 | |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte, PLLC as counsel for the above-referenced Plaintiff in the above-captioned matter.

Dated this 8th day of July, 2019.

                                    **ALLEN & NOLTE, PLLC**

                                    By: /s/ John H. "Trey" Allen, III
                                    John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
                                    trey@allennolte.com
                                    5445 La Sierra Drive, Suite 350
                                    Dallas, Texas 75231
                                    Tel: (214) 521-2300
                                    Fax: (214) 452-5637

                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      /s/ John H. "Trey" Allen, III
                                      John H. "Trey" Allen, III