UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Christine Yarbrough
Case No.:  2:18-cv-7916

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Christine Yarbrough whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2019.  I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client by phone that unless the deficiency is cured, the case could be dismissed with prejudice.  After my initial phone call with my client, I followed up with letters, sent via Federal Express, on May 15, 2019, June 21, 2019 and July 1, 2019.  Each of these letters also advised my client that unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 8, 2019                                _/s/ David L. Friend_____
                                                        David L. Friend, Esq.
                                                        Attorney ID No. 7-5942
                                                        HISSEY, MULDERIG & FRIEND PLLC
                                                        One Arboretum Plaza
                                                        9442 Capital of Texas Highway N.
                                                        Suite 400
                                                        Austin, TX 78759
                                                        (512) 320-9100
                                                        (512) 320-9101 (fax)
                                                        dfriend@hmf-law.com

                                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS