UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Jennifer Harding**
**Case No.: 2:18-cv-13043**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Jennifer Harding, on the following dates: June 11, 2018, November 29, 2018, November 30, 2018, January 10, 2019, February 5, 2019, March 18, 2019, May 22, 2918, May 24, 2019, July 1, 2019, July 2, 2019, July 3, 2019, and July 8, 2019 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia* (signature)

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com