UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Theresa Artis__
Case No.: __2:18-cv-11813__

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent _Theresa Artis_ whose case is on a Notice of Non-Compliance to be heard by the Court on ___July 11, 2019___. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: __July 8__, 2019

           _/s/ D. Todd Mathews_
           D. Todd Mathews
           Gori Julian & Associates, P.C.
           156 North Main Street
           Edwardsville, IL 62025
           618-659-9833 (phone)
           618-659-9834 (fax)
           todd@gorijulianlaw.com