UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Gertrude Vinson__
Case No.: __2:18-cv-11935__

## DECLARATION

I, __D.Todd Mathews__ (Attorney's Name), have attempted to reach my client, __Gertrude Vinson__ on the following dates: __6/25/19, 5/30/19, 3/12/19, 3/25/19, 2/8/19, 1/24/19, 1/4/19__

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ D. Todd Mathews*
D. Todd Mathews
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorijulianlaw.com