UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Geri Coleman_____
**Case No.:** ___2:19-cv-00117_____

## DECLARATION

I, _____Steven Davis_____ , have attempted to reach my client, _Geri Coleman_ on the following dates: 11/7/18, 11/15/18, 11/29/18, 12/6/18, 12/13/18, 12/27/18, 1/7/19, 1/17/19, 1/31/19, 2/15/19, 2/27/19, 3/19/19, 3/20/19, 6/17/19, & 6/27/19_____ by (check all that apply) _X___ telephone, __X__ e-mail, _X___ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/  Steven D. Davis_
Steven Davis
210 S. Main Street
Edwardsville, IL 62025
Telephone:  (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com