# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2740 |
| | : : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | : : : | HON. JANE TRICHE MILAZZO |

**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF SANOFI U.S. PURSUANT TO FED. R. CIV. P. 30(b)(6) AND COURT ORDER DATED FEBRUARY 6, 2019**

**TO:** DEFENDANTS SANOFI U.S. SERVICES, INC.
F/K/A SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC
Harley Ratliff
SHOOK HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108

**PLEASE TAKE notice**, that pursuant to Fed. R. Civ. P. 30(b)(6), 30(b)(2), 34, and the Minute Order dated February 6, 2019 (Rec.Doc. 1600), the video-recorded, stenographic deposition of Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC (hereinafter "SANOFI") will be taken before a qualified Notary Public at Sheehan, Phinney, Bass & Green, 1000 Elm Street, 17th Floor, Manchester, New Hampshire 03101, on June 7, 2019 beginning at 8:00 a.m., and thereafter by adjournment until the same shall be completed.

Pursuant to Fed. R. Civ. P. 30(b)(3), Plaintiffs intend to utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.

Pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition testimony will be recorded by stenographic and audiovisual means. The deposition will be videotaped and be available to view

live during the deposition to interested party attorneys.  Plaintiffs reserve the right to use at the trial of this action the video recording of the deposition.

## DEFINITIONS AND INSTRUCTIONS

The following definitions apply to this Notice of Deposition and are deemed to be incorporated into each subject listed below:

1. "YOU", "YOUR", and "DEFENDANT", means party-Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., and their responses shall be consistent with the Stipulation of Terms Related to Defendants, Sanofi and Aventis Pharma S.A. (Doc. 1072). Defendants will include Foreign sources and locations in responding to each area of inquiry.  Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. will respond in accordance with information known or reasonably available to them and the Foreign sources and locations will not exclude sources or information based on the dismissal of the Sanofi S.A. and Aventis Pharma S.A.

2. "DOCUMENT" means every original, draft, and duplicate of any designated documents or electronically stored information—including writings, transcriptions of verbal communications, website entries, online chats, blog posts, social media posts, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium (including desktop or laptop computers, tablets, mobile devices, mobile phones) from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form as those terms are defined and used in Rule 34 of the Federal Rules of Civil Procedure.

3. "COMMUNICATION", "COMMUNICATING" means any oral, written, spoken, or electronic transmission of information including meetings, discussions, conversations,

telephone calls, memoranda, letters, emails, text messages, postings, instructions, presentations or any other exchange of information within YOUR organization, or between YOU and any other person, corporation, governmental administration or representative, or entity.

4. "UNSOLICITED INQUIRIES" refers to COMMUNICATIONS to YOU that are initiated by persons or entities that are completely independent of YOU. (This includes health care professionals, health care organizations, members of the academic community, and formulary committees, as well as consumers such as patients and caregivers).

5. "RESPONSES" refers to YOUR private responses to UNSOLICITED INQUIRIES.

6. "TAXOTERE" is used to refer to docetaxel (TAXOTERE®), a chemotherapy agent used in the treatment of cancer. Also included in the definition of Taxotere are any chemical equivalents marketed in the United States or any foreign countries.

7. "HAIR LOSS" refers to alopecia, any and all types of loss of hair, whether temporary or permanent, prolonged, ongoing, persistent, nonreversible, irreversible, on any part of the body, and any terms used to identify, describe or quantify the diminution, impairment or loss of hair.

8. "RETENTION POLICIES" is used to refer to Sanofi's operative document retention policies, throughout the relevant time period, pertaining to known data within the scope of discovery (Pretrial Order No. 49) and Sanofi's Supplemental and Amended Summary of Retention Policies dated August 17, 2018.

9. "CUSTODIAN" is used to refer to following custodians as identified during the meet and confer process, court proceedings and the August 7, 2018.

10. "DEFAULT REPOSITORIES" is used to refer to the electronic repositories described by Sanofi's Supplemental and Amended Summary of Retention Policies dated August 17, 2018, and the Summary of Sanofi systems and databases disclosed on September 22, 2017, including DOMASYS, eRC, Documentum, AWARE, SIEBEL and SITS.*

11. Individual Case Safety Reports (ICSRs) also includes adverse drug reaction reports, adverse event reports.

12. "FDA CONTACT REPORTS" is used to refer to DOCUMENTS reflecting COMMUNICATIONS between YOU and the FDA, specifically including but not limited to meetings (e.g. teleconferences, face to face meetings) requested by YOU or by the FDA, verbal contacts (e.g. telephone calls), and written correspondence (e.g. letters, emails).

13. "Relating to," "related to", "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean evidencing, regarding, , discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph, including documents attached to or used in the preparations of or concerning the preparation of the documents.

14. "Or" and "and" will be used interchangeably.

15. Per Magistrate Judge North's Order, each deponent is instructed to produce at the beginning of the deposition: a list of any and all documents reviewed or read upon in preparation for the deposition;

16. Each deponent is instructed to produce at the beginning of the deposition: Copies of any and all documents or tangible things related to or referring to the subjects listed in this

notice contained in the deponent's files, papers, or other materials; and a copy of his/her resume or C.V.

## DEPOSITION SUBJECT MATTER

Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6) and the February 6, 2019 Order of this Court (Rec. Doc. 1600), the deponent is required to designate and fully prepare one or more officers, directors, employees, or managing agents, or other persons who consent to testify on its behalf, and whom it has fully prepared to testify regarding all information that is known or reasonably available regarding the following designated areas:

1. COMMUNICATIONS between YOU and TAXOTERE patients relating to the "possibility of legal action" for ongoing alopecia similar to those identified in Sanofi_05442744, and any reviews, investigations, reports of cases or incidents related to ongoing alopecia by "Risk Management" as noted in Sanofi_05442744.

2. The following 10 Legacy File documents:
    a. BegDoc Sanofi_00739377 - EndDoc Sanofi_00739436
    b. BegDoc Sanofi_00739772 - EndDoc Sanofi_00739853
    c. BegDoc Sanofi_00740523 - EndDoc Sanofi_00740689
    d. BegDoc Sanofi_00742162 - EndDoc Sanofi_00742172
    e. BegDoc Sanofi_00744433 - EndDoc Sanofi_00744438
    f. BegDoc Sanofi_00748267 - EndDoc Sanofi_00748284
    g. BegDoc Sanofi_00762616 - EndDoc Sanofi_00763206
    h. BegDoc Sanofi_00772367 - EndDoc Sanofi_00772803
    i. BegDoc Sanofi_00776159 - EndDoc Sanofi_00776252
    j. BegDoc Sanofi_00858563 - EndDoc Sanofi_00858568

Dated: May 28, 2019                     Respectfully submitted:

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

Page | 5

<div style="display: flex;">
<div>

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

</div>
<div>

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

</div>
</div>

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of May 2019, the foregoing copy of Plaintiff's Amended Notice of Deposition of Sanofi U.S. pursuant to Fed. R. Civ. P. 30(b)(6) and Court Order dated February 6, 2019, was served upon Defendants through Defendants' Liaison Counsel.

/s/ M. Palmer Lambert
M. PALMER LAMBERT
*Plaintiffs' Co-Liaison Counsel*