UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Gale M. Duncan
Case No.: 2:18-cv-12337

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Gale M. Duncan whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 9, 2019          */s/* Panagiotis "Pete" V. Albanis_____
                                       Panagiotis "Pete" V. Albanis
                                       FBN: 0077354
                                       Morgan & Morgan
                                       Complex Litigation Group
                                       12800 University Drive Suite 600
                                       Fort Myers, FL 33907
                                       (239) 432-6605 (Phone)
                                       (239) 433-6836 (Fax)
                                       palbanis@forthepeople.com