# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | Section "H" (5) |
| *Janis Fowler v. Sanofi S.A. et. al* | JUDGE MILAZZO |
| Case No. 2:16-cv-17938 | MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE COUNSEL

Plaintiff Janis Fowler respectfully asks this Court to substitute attorney Karen Barth Menzies in place of attorney Jennifer A. Peterson. In support of this Motion, she states as follows: Jennifer A. Peterson will no longer be representing Plaintiff in this case. Ms. Peterson does not need notice of filings in case no. 2:16-cv-17938 and requests to be removed from all service listings as counsel for Plaintiff Fowler. Attorney Karen Barth Menzies will be substituted in as counsel of record. Karen Barth Menzies is familiar with the litigation and this case. Therefore, Plaintiff will not be prejudiced by this substitution.

WHEREFORE, Plaintiff hereby respectfully asks that this Court permit attorney Jennifer A. Peterson to be removed as counsel of record for Plaintiff Fowler, to remove said counsel from all service lists as counsel for Plaintiff Fowler and to enter the appearance of attorney Karen Barth Menzies on behalf of Plaintiff Fowler.

Dated: July 9, 2019

|  |  |
|---|---|
| | - and – |
| */s/ Jennifer A. Peterson* | */s/ Karen Barth Menzies* |
| Jennifer A. Peterson | Karen Barth Menzies |
| **Travis Herbert & Stempien, PLLC** | **GIBBS LAW GROUP LLP** |
| Jefferson Marders Building | 6701 Center Drive West, 14th Floor |
| 11507 Main Street | Los Angeles, CA 90045 |
| Louisville, KY 40243 | Telephone: (510) 350-9240 |
| Telephone: (502) 245-7474 | Fax: (510) 350-9701 |
| jpeterson@thattorneys.com | kbm@classlawgroup.com |
| | **Attorneys for Plaintiff** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Karen Barth Menzies