# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | Section "H" (5) |
| *Janis Fowler v. Sanofi S.A. et. al* | JUDGE MILAZZO |
| Case No. 2:16-cv-17938 | MAG. JUDGE NORTH |

## ORDER

Plaintiff's Motion to Substitute Counsel was submitted to the Court on July 9, 2019. Based on the Motion and the facts in the record, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel of record is hereby GRANTED. Attorney Jennifer A. Peterson is hereby removed as counsel of record from case no. 2:16-cv-17938. Attorney Karen Barth Menzies shall be substituted in as counsel of record for Plaintiff Janis Fowler.

Dated: _____     _____
                                                The Hon. Jane Triche Milazzo