# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Barbara Shannon v. Accord Healthcare, Inc., et al. | : : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-17926 | : : | **MAG. JUDGE MICHAEL NORTH** |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 7517);

**IT IS ORDERED** that the Motion is **GRANTED** and that Albert Shannon, as surviving son and duly appointed Administrator of the Estate of Barbara Shannon, deceased, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this 9th day of July, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge