UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: LACHRISTA LYNCH
Case No.: 2:19-cv-00369

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, LaChrista Lynch, on the following dates: 6/14/19, 6/17/19, 6/27/19, 7/1/19, 7/2/19, 7/3/19, 7/8/19, 7/9/19 by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ___ social media, _X_ U.S. Mail, ___ Certified Mail, _X_ other (sent someone to her last known address and skip traced); and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net