UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: PATRICIA VINSON
Case No.: 2:18-cv-00716

## DECLARATION

　　I, J. Christopher Elliott, have attempted to reach my client, Patricia Vinson on the following dates: 5/21/18, 7/2/18, 8/24/18, 8/31/18, 1/3/19, 6/26/19, 6/27/19, 7/1/19, 7/2/19, 7/8/19 by (check all that apply) X telephone, X e-mail, ___ text message, ___ social media, X U.S. Mail, ___ Certified Mail, X other (sent someone to her last known address and skip traced); and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net