UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Holly Minium and Kevin Minium**
**Case No.: 18-13046**

## DECLARATION

I, Thomas V. Ayala, have attempted to reach my clients, Holly Minium and Kevin Minium on the following dates:  8/1/18; 9/11/18; 12/10/18; 12/11/18; 12/21/18;1/7/19; 2/12/19; 2/21/19; 3/8/19; 5/9/19; 7/1/19 by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


  _/s/ Thomas V. Ayala_____
Thomas V. Ayala
Grant & Eisenhofer P.A.
123 S. Justison Street, 7th Floor
Wilmington, DE  19801
Phone:  302-622-7000
Email: tayala@gelaw.com