UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

Due to the impending weather, all matters scheduled for **July 11, 2019** in the above matter are **CANCELLED**.

New Orleans, Louisiana, this 10th day of July, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE