UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Mary Delgrosso_____
**Case No.:** __2:18-cv-10255_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Mary Delgrosso whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 11, 2019　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gordon Kessler
　　　　　　　　　　　　　　　　　　　　MARC J. BERN & PARTNERS LLP
　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 950
　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　gkessler@bernllp.com