UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Robin A. Spears_____
**Case No.:** __2:18-cv-11252_____

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Robin A. Spears whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 11, 2019                      _____
                                                      Gordon Kessler
                                                      MARC J. BERN & PARTNERS LLP
                                                      60 East 42nd Street, Suite 950
                                                      New York, NY 10165
                                                      gkessler@bernllp.com