UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Carolyn Boyd
**Case No.:** 2:18-cv-10296

## DECLARATION

I, __Gordon Kessler_____, have attempted to reach my client, Carolyn Boyd_____ on the following dates: January 7, 2019, June 28, 2019, July 10, 2019_____ by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, __x__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Gordon Kessler
MARC J. BERN & PARTNERS LLP
60 East 42nd Street, Suite 950
New York, NY 10165
gkessler@bernllp.com