UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　Daisy Daniel v. Hospira Worldwide LLC., et al.;
　　Civil Action No. 2:18-cv-01407

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

　　COMES NOW, Plaintiff and files this motion to substitute her surviving heir, Kara T. Moss, as plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

　　1. Plaintiff Daisy Daniel filed the present action in the United States District Court for the Eastern District of Louisiana on February 12, 2018.

　　2. Plaintiff Daisy Daniel died on March 20, 2018.

　　3. On July 11th, 2019, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

　　4. Kara T. Moss, surviving heir of Daisy Daniel, and administrator of the Estate of Daisy Daniel, is a proper party to substitute for plaintiff-decedent Daisy Daniel and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."). Letters of Administration have been issued by the Chesapeake Circuit Court, establishing Ms. Moss' authority to pursue this case on behalf of the Estate of Daisy Daniel. *See Exhibit A*.

5. The Defendants currently named in this case do not object to the substitution of Kara T. Moss as a plaintiff pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of Kara Moss as plaintiff in this action.

Dated this 11th day of July, 2019.

**Davis & Crump, P.C.**

By: /s/ Trevor B. Rockstad
Trevor B. Rockstad, Esq.
trevor.b.rockstad.com
2601 14th Street
Gulfport, MS 39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad