UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
    *Daisy Daniel v. Hospira Worldwide LLC., et al.;*
    *Civil Action No. 2:18-cv-01407*

## ORDER SUBSTITUTING PARTY PLAINTIFF

Considering Plaintiff Daisy Daniel's Motion to Substitute Party Plaintiff.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff in GRANTED, and Kara T. Moss, on behalf of the Estate of Daisy Daniel, is substituted for Plaintiff Daisy Daniel in the above-referenced action.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE