## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Heather Fox, | |
| v. | Case No. 2:18-cv-03171 |
| Sanofi-Aventis U.S. LLC, et al. | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

X  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

__ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

__ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil procedure 60(b).

Dated July 11, 2019

*By: /s/ Alyssa White*
Alyssa White
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: awhite@johnsonlawgroup.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated July 11, 2019							Respectfully submitted,

/s/ *Alyssa White*
Alyssa White (Bar No. 24073014)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
awhite@johnsonlawgroup.com