UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | |
| ) | SECTION "H" (5) | |
| ) | JUDGE MILAZZO | |
| ) | MAG. JUDGE NORTH | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | |
| Plaintiff Name: Mary Carroll ) | | |
| Case No.: 2:17-cv-17324 ) | | |
| ) | | |

## MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Mary Carroll, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated this 11th day of July, 2019.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

/s/ David L. Friend
David L. Friend. Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS