UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2740** |
| | | **SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | | |
| **Plaintiff Name: Mary Carroll** **Case No.: 2:17-cv-17324** | | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. _____ );

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT