## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELICIA LINNETTE WARREN<br>　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: H (5) |
| SANOFI-AVENTIS U.S. LLC, et al.<br>　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| This Document Relates To:<br>*Felicia Linnette Warren* | <u>CIVIL ACTION NO. 2:18-cv-11205</u> |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 7527);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 11th day of July, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT