**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |
| | ) | |

## ORDER

At the show cause hearings on May 21, 2019, and May 29, 2019, the Court granted extensions of time to certain plaintiffs to cure outstanding deficiencies. The Court has been advised that the following plaintiffs have failed to cure the identified deficiencies within the time frames set by the Court:

- Tavawyaha Batts, 18-cv-13108

- Rajoan Cole, 18-cv-09344

- Jo Ann Dannenfelser, 18-cv-11826

- Twanda Dunbar, 18-cv-13820

- Pamela Green, 18-cv-12906

- Dorothy Kuykendall, 18-cv-11852

- Stephanie Mullery, 18-cv-07909

- Paula Quill, 18-cv-12626

- Teresa Whitlock, 18-cv-02319

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of July, 2019.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE