UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                               SECTION: "H"(5)

                                               THIS DOCUMENT RELATES TO
                                               ALL CASES

## ORDER

Due to the imminent weather threat, the hearing on Plaintiffs' Motion to Compel Compliance With Discovery Order Regarding 30(b)(6) Depositions (rec. doc. 7463) and the discovery status conference scheduled for July 12, 2019 are hereby cancelled, same to be rescheduled on a date to be determined.

New Orleans, Louisiana, this  11th  day of _____ July _____, 2019.

_____
                MICHAEL B. NORTH
        UNITED STATES MAGISTRATE JUDGE