# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**_____DISTRICT OF _____**

| | |
|---|---|
| IN RE: <br><br> SUBPOENA UPON _____ | CIVIL ACTION NO. <br><br> Related cases pending in the Eastern District of Louisiana: In Re: Taxotere (Docetaxel) Products Liability Litigation, MDL 2740 Case No. ____ and individual Case No. _____ |

**MOTION AND INCORPORATED MEMORANDUM TO TRANSFER MOTION TO ENFORCE SUBPOENA AND TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS TO THE EASTERN DISTRICT OF LOUISIANA IN MDL 2740**

Plaintiff, _____, appearing herein through undersigned counsel, respectfully submits this Motion to Transfer to the United States District Court for the Eastern District of Louisiana its Motion to Enforce the deposition subpoena and document request issued out of the United States District Court for the Eastern District of Louisiana in MDL 2740 captioned *In re: Taxotere (Docetaxel) Products Liability Litigation*, Case No. 16-2740, and related Case. No. _____.

On _____, Plaintiff issued a deposition subpoena out of the Eastern District of Louisiana commanding _____ to appear on _____ at _____ and to produce documents relating to Plaintiff's infusion of chemotherapy drugs.  Despite proper service of the subpoena, _____ failed to appear at the designated time and place and as _____ is domiciled in this District, Plaintiff was required to file its Motion to Enforce with this Court, and it did so.  *See* Fed. R. Civ. P. 37(a)(2) (requiring that a "motion for an order to a nonparty must be made in the court where the discovery is or will be taken.").  However, under

certain circumstances, a motion to enforce may be transferred to the issuing court as Rule 45(f) provides:

> When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds *exceptional circumstances*. (emphasis added).

Although _____ has refused to consent to a transfer to the Eastern District of Louisiana, the existence of "exceptional circumstances" of the existence of the pending MDL 2740 warrants the transfer of this motion to the Eastern District of Louisiana.

As explained in its Order to facilitate transfer to the Eastern District of Louisiana, issued on _____ in *In re: Taxotere (Docetaxel) Products Liability Litigation,* MDL No. 2740, pursuant to 28 U.S.C. §1407, the Judicial Panel on Multidistrict Litigation tasked the MDL court with handling of coordinated or consolidated pretrial proceedings in the more than 11,000 cases centralized before the court., 28 U.S.C. §1407(b) authorizes an MDL Court to "exercise the powers of a district judge in any district for the purpose of conducting pretrial depositions" in the MDL proceedings. The Honorable Jane Triche Milazzo, the Judge overseeing the MDL, and Magistrate Judge Michael B. North are willing to adjudicate subpoena-related enforcement motions to insure uniformity of discovery rulings on subpoena-related issues, and will seek to minimize any burdens on respondent and its counsel by holding hearings by telephone and is in the best position to adjudicate any subpoena-related issues.  *See* Exhibit A attached hereto, Judge Jane Triche Milazzo's letter confirming same.

**WHEREFORE**, Plaintiff respectfully requests that after due consideration this Honorable Court grant this Motion to Transfer pursuant to Rule 45(f) of the Federal Rules of Civil Procedure and that Plaintiff's Motion to Enforce the subpoena served upon _____ be transferred to MDL 2740 in the United States District Court for the Eastern District of Louisiana

for hearing and adjudication.  A proposed order granting the instant Motion is attached hereto as Exhibit B for the Court's convenience.

Dated: _____, 2019			Respectfully submitted,

UNITED STATES DISTRICT COURT

_____DISTRICT OF_____

| IN RE: | CIVIL ACTION NO. |
|---|---|
| SUBPOENA UPON _____ | Related cases pending in the Eastern District of Louisiana: In Re: Taxotere (Docetaxel) Products Liability Litigation, MDL 2740 Case No. ____ and individual Case No. _____ |

### [PROPOSED] ORDER

Considering the foregoing Motion to Transfer Motion to Enforce Subpoena and to Compel Deposition and Production of Document to the Eastern District of Louisiana, and upon this Court's determination that exceptional circumstances exist to warrant the transfer of this action to the Eastern District of Louisiana in MDL 2740,

IT IS ORDERED that the above captioned matter is hereby transferred to the Eastern District of Louisiana, Section "H(5)" for adjudication of the plaintiff's motion for enforcement of the subpoena pursuant to Federal Rule of Civil Procedure 45(f).

_____, _____ this __ day of _____, ____.


_____
UNITED STATES MAGISTRATE JUDGE