# EXHIBIT C



**United States District Court**
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Chambers of
Jane Triche Milazzo

Your Honor,

The Judicial Panel on Multidistrict Litigation ("JPML") centralized all cases involving product liability claims concerning the drug Taxotere (Docetaxel) as Multidistrict Litigation No. 2740, *In Re: Taxotere (Docetaxel) Products Liability Litigation* in the Eastern District of Louisiana. The JPML assigned this MDL to me as transferee Judge. Currently, the MDL 2740 docket has over 11,000 cases. Magistrate Judge Michael North presides over discovery matters.

Case Management Order No. 12A establishes a procedure for the parties to obtain documentation from Plaintiffs' medical facilities to identify the particular Defendant or Defendants whose products were administered to the Plaintiff during the chemotherapy treatment. CMO 12A authorizes each individual Plaintiff to issue a subpoena pursuant to FRCP 45 to the facility or other entity which may possess the information. CMO 12A also provides that the Court may take appropriate action including issuing a Show Cause Order and/or setting a hearing on a Motion to Compel should the facility fail to provide the information requested.

Rule 45 provides that the place of compliance for a subpoena for a deposition is within 100 miles of where the person or entity resides. The party seeking to enforce the subpoena must file a Miscellaneous Action in the appropriate District Court i.e., in Your Honor's District. Since one of the primary goals of an MDL is the efficient coordination of pretrial proceedings to reduce the possibility of inconsistent rulings, I write this letter to advise that the MDL is willing to handle the enforcement of any such subpoena associated with a Notice of Deposition, should any District Judge or Magistrate Judge be inclined to transfer the matter to the MDL. Magistrate Judge North recently handled enforcement issues related to a non-party subpoena issued in Washington, including allowing the person subpoenaed to conduct the hearing via telephonic conference.

Magistrate Judge North and I welcome the opportunity to accept transfer of any enforcement action related to any subpoena originating from the MDL. If you have any questions or concerns, please contact my chambers (efile-milazzo@laed.uscourts.gov) and/or Magistrate Judge North's chambers (efile-north@laed.uscourts.gov).

Sincerely,

Jane Triche Milazzo