# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:19-cv-10002 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter **except** Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 12th day of July, 2019.

                                            Respectfully submitted,

                                            ROBERTS & ROBERTS

                                            BY:   */s/ Justin C. Roberts*
                                                       JUSTIN C. ROBERTS
                                                       Texas Bar No. 24079221
                                                       Email: justin@robertslawfirm.com
                                                       ROBERTS & ROBERTS
                                                       118 West Fourth Street
                                                       Tyler, Texas 75701-4000
                                                       Ph: (903) 597-6655
                                                       Fax: (903) 597-1600
                                                       ***Attorney for Plaintiff***

CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 12, 2019

                                              */s/ Justin C. Roberts*
                                              ROBERTS & ROBERTS