# EXHIBIT B

Page 1

1           UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF LOUISIANA
3
4   BARBARA EARNEST,
5           Plaintiffs,
6
7   VERSUS              CIVIL ACTION NO. 2:16-cv-17731
8
9   SANOFI S.A., SANOFI-AVENTIS U.S.
10  L.L.C., SANOFI US SERVICE, INC., and
11  AVENTIS-HARMA S.A.,
12          Defendants.
13
14
15
16
17
18          DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25  JOB NO. 2757174

Page 240

1    A.   No.
2    Q.   But you are claiming the reduction of
3  hair on your scalp as damage in this litigation?
4    A.   Yes.
5    Q.   Okay.  I understand.  Any damages for
6  loss of ear hair?
7    A.   No.
8    Q.   If you -- I don't even know if you had
9  loss of ear hair during -- did you have loss of
10 ear hair during chemotherapy?
11   A.   I don't think I've even had ear hair.
12   Q.   Okay.  Did you have loss of nasal hair
13 during chemotherapy?
14   A.   No.
15   Q.   You are not claiming that in this
16 litigation?
17   A.   No.
18   Q.   Have you ever thought that your hair loss
19 is due to anything other than chemotherapy?
20   A.   No, I haven't.
21   Q.   Other than Dr. Carinder in February or
22 March of 2012, have you ever discussed hair loss
23 with any other healthcare provider?
24   A.   No.
25   Q.   Have you ever sought any diagnosis for

Page 291

1  Q. Have you ever thought it possible that
2  Arimidex is contributing to the condition, the
3  current condition of your hair?
4  A. No.
5  Q. But you've never done any research on it
6  either, correct?
7  A. No.
8  Q. You've always thought the condition of
9  your hair was related to chemotherapy, correct?
10  A. Correct.
11  Q. Mrs. Earnest, when you are in front of a
12  Jury, I want to know what you are going to ask the
13  Jury for.
14  MR. SCHANKER:
15      Objection, form.
16  A. I'm not going to ask the Jury for
17  anything that I know of.
18  MS. BIERI:
19  Q. Are you going to ask the Jury to award
20  you damages in the form of money in this case?
21  A. I would -- I wouldn't ask them that. I
22  would leave that up to the Judge to decide
23  something like that, if he thinks I should be
24  awarded some kind of -- I don't think I want to
25  put -- you can't put a value on your hair.