# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   IN RE:  TAXOTERE (DOCETAXEL)          MDL No. 2740
     PRODUCTS LIABILITY LITIGATION
 6                                         SECTION: H
 7   This Document Relates To:
 8   Barbara Earnest, Case No. 2:16-cv-17144
 9   * * * * * * * * * * * * * * * * * * * * * * * * *
10
11
12
13           Videotaped Deposition of KEVIN J. BIANCHINI,
14   PhD, ABPN, taken at Jefferson Neurobehavioral Group,
15   2901 N. I-10 Service Road E., Suite 300, Metairie,
16   Louisiana 70002, on Tuesday, May 14th, 2019, at 1:43
17   p.m.
18
19
20
21
22   By:  Ashlee B. Ancalade
23   Registered Professional Reporter
24
25
```

1  is anxiety.  You know, the -- the Scales 1 and 3
2  measure physical symptoms and are thought to reflect,
3  you know, at certain elevations psychological
4  complication or somatization of physical symptoms.
5       Q    So let me ask you about the D scale,
6  Depression Clinical scale.  She scored a 55.
7       A    Right.
8       Q    Correct?
9       A    Yes.
10      Q    And that was in the normal range; correct?
11      A    Yes.
12      Q    And then on the scale of -- you said PT was
13  anxiety?
14      A    Yes.
15      Q    Pt, she scored a 59; correct?
16      A    Yes.
17      Q    And that was in the normal range?
18      A    Normal average -- yeah.
19      Q    Right.
20      A    Or not elevated, right.
21      Q    Right.
22      A    Av- -- within normal limits, right.
23      Q    And what is scale "Si"?
24      A    Social Isolation.
25      Q    Is it social introversion?

Page 70

1  A   Could be social introversion.
2  Q   Okay. And her score on social introversion
3  was a 54?
4  A   Right.
5  Q   And what is social introversion?
6  A   I think that -- that reflects feelings of
7  isolation.
8  Q   And so with her depression, anxiety, and
9  social introversion scores all being within the normal
10 range, what -- what did that tell you?
11 A   Just that she doesn't have higher scores on
12 those scales than other people her -- you know, her
13 age.
14 Q   How did that impact your assessment of her?
15 A   Well, that's already kind of in -- as -- as
16 some people like to say, "cooked in the cake." That's
17 already in my report. You know, I included that in
18 my -- in my, you know, assessment, in my diagnosis. In
19 fact, it's described in and even integrated in my -- in
20 my summary.
21 Q   Well, does the fact that she has normal
22 scores on these clinical scales impact whether or not,
23 in your opinion, she's suffering from an adjustment
24 disorder?
25 A   Well, so I don't think she's suffering from

Page 74

1  A    I mean, some of it is covered by the clinical
2  scales, but they're -- it's kind of supplemental
3  information, I think you could say.
4      Q    Does it give you more precise information
5  about symptoms?
6      A    I wouldn't say that.
7      Q    Well, let's look at some of the scales, then.
8           The first one, "ANX," is that anxiety?
9      A    I think so.
10     Q    And her score was a 59, within the normal
11 range; correct?
12     A    Yes.
13     Q    Great.  And then what about LSE?  Is that
14 "low self-esteem"?
15     A    I think so.
16     Q    A high score on that would mean someone might
17 have a low opinion of themselves or lack
18 self-confidence?
19     A    Yes.
20     Q    And her score on that was a 52?
21     A    Yes.
22     Q    In the normal range; correct?
23     A    Right.  Not elevated, right.
24     Q    And "SOD," is that social discomfort?
25     A    I think so.

Page 75

1  Q   Would those -- that reflect individuals that
2  prefer to be by themselves, or dislike parties or group
3  events?
4  A   Yeah.  I -- I think that's the case.
5  Q   And her score on that was a 49?
6  A   Yes.
7  Q   And is that a normal range?
8  A   Yes.
9  Q   And then there are additional scales, the
10 Harris-Lingoes Scales; right?
11 A   Yes.
12 Q   And then you'll see down here the "Social
13 Introversion Subscales"?
14 A   Yes.
15 Q   And those are subscales that reflect
16 shyness/self-consciousness; correct?
17 A   There's -- there's one that does, yeah.
18 Q   And that, she was normal; correct?
19 A   Yes.
20 Q   She wasn't reporting any symptoms that were
21 heightened; correct?
22 A   Correct.
23 Q   And "Social Avoidance" --
24 A   Right.
25 Q   -- her score was a 47.  That's normal;

Page 76

1    correct?
2        A    Yes.
3        Q    And so she was not reporting symptoms of
4    social avoidance; correct?
5        A    Correct.
6        Q    And then, "Alienation of Self and Others,"
7    normal range; correct?
8        A    Yes.
9        Q    And then if you look under the "Content
10   Component Subscales," looked at much -- there's
11   depression subscales, and she's in the normal range of
12   all of these; correct?
13       A    Yes.
14            I mean, just to be clear -- and typically
15   with a normal profile, with a -- with no elevations on
16   the clinical scales, you really wouldn't even look at
17   most of these.
18       Q    Okay.
19       A    Because the -- the profile itself is within
20   normal limits.
21       Q    Well, if -- let's look further on the
22   "Content Component Scales."
23       A    I mean, yeah, I'm --
24       Q    There's a -- there's a scale for "Antisocial
25   Practices"; correct?

Page 77

1  A    Yes.
2  Q    And it's for "Antisocial Attitudes" or
3  "Antisocial Behavior"?
4  A    Correct.
5  Q    And her reporting of -- of symptoms was
6  normal in that respect; correct?
7  A    Yeah.  That may not be what you think it is,
8  though.  I mean, that's not just, like, avoiding social
9  contact.  That means antisocial like in the sense of
10 antisocial personality, like a criminal.
11 Q    Okay.
12 A    So -- so it -- that -- she doesn't have
13 those -- those antisocial --
14 Q    What about --
15 A    -- attitudes and behavior.
16 Q    -- if you look down three of -- there's the
17 "Social Discomfort Subscales."
18 A    Yes.
19 Q    "Introversion"?
20 A    Yes.
21 Q    Correct?
22      And her -- the symptoms she's reporting there
23 are all within the normal range; correct?
24 A    Yes.
25 Q    Now, in your report, you stated that the --

1     A    Are we back to the report now?  Can I set
2  this aside?
3     Q    Yeah.  Set that aside.
4          On the last page of the report, you state
5  that patient "does not show elevations on measures of
6  psychological distress on psychological testing";
7  correct?
8     A    Where am I -- where are you?
9     Q    I'm on page 10 of your report, the last page.
10    A    Okay.
11    Q    Second paragraph.
12         "The patient" --
13    A    Yes.
14    Q    -- "generally denies severe emotional" --
15    A    Right.
16    Q    -- "sequelae and does not show elevations on
17  measures of psychological distress on psychological
18  testing"; correct?
19    A    Correct, yes.
20    Q    And so do you agree that the objective test,
21  the MMPI, showed no elevated anxiety?
22    A    Yes.
23    Q    And no mental health issues?
24    A    I don't know about mental health issues, but
25  it doesn't show any -- doesn't show any symptoms of --

1  the -- the -- the testing doesn't show any elevated
2  levels of emotional, psychological symptoms.
3      Q   And so with respect to her scores on scales
4  such as the social discomfort scale or the introversion
5  scale, the anxiety scales, how -- how do you -- how do
6  you use that information in analyzing Ms. Earnest?
7      A   Well, I did use it to analyze her.  I mean,
8  I -- you know, I -- as you noted there in my summary, I
9  said, "She doesn't show elevations of measures of
10 psychological distress."
11          You're asking now specifically about social
12 introversion, which I understand seems different
13 than -- than her reports, and it is somewhat different.
14 Now, it's two different -- very different ways of
15 measuring that.
16          And the interview is much more specific, and
17 that's why you use multiple different, you know,
18 sources of information or data because you try to look
19 at it from multiple different stand- -- you know,
20 perspectives and multiple -- we're using multiple
21 different methods.
22          And, you know, the -- the -- using this
23 method, she doesn't show elevations.
24      Q   So when you said, you know, this is different
25 than her report --

Page 82

1     Q   Well, are symptom validity measures from the
2 testing?
3     A   Well, both performance validity measures and
4 symptom validity measures are from testing.  Symptom
5 validity measures have to do with symptom reports;
6 whereas, performance validity measures have to do with
7 measure of some ability, like memory or concentration.
8     Q   But so when you say, "Altogether, malingering
9 was not diagnosed," you're making that statement based
10 on her testing?
11     A   Well, it's not just her testing.  I mean, we
12 consider other things as well.  We considered -- you
13 know, we would look at inconsistencies, you know, in
14 her report, and -- and records, and so on.
15     But, again, the methods that we used, the --
16 to make a diagnosis of malingering, the testing is
17 weighted a little heavier.
18     Q   Well, and -- and her testing showed that she
19 was reporting no symptoms of heightened anxiety or
20 social introversion; correct?
21     MR. EXNICIOS:
22     Objection to the form of the question.
23     A   It -- it did show that, yes.
24 BY MS. SCHULTZ:
25     Q   And so that the -- when you -- the testing

1    also showed that her responses to the testing were
2    valid; correct?
3         A    Yeah.  That she didn't show any evidence of
4    exaggeration or -- or -- or -- or even, I don't think,
5    minimization of symptom complaints.
6         Q    Now, you said that in addition to looking at
7    the testing in terms of malingering, that you also look
8    for inconsistencies in the records?
9         A    I mean, we -- we look at things other than
10   testing.  And -- and, yeah, I mean, some
11   inconsistencies would be -- are considered.  And, yeah,
12   I did consider other inconsistencies, but --
13        Q    Were there --
14        A    But -- but, again, with these methods, both
15   the Slick method and the one that we published, the
16   testing weighs heavier.
17             And the testing -- I mean, for court
18   purposes, the testing has -- has, you know, error rates
19   and so on, so it meets evidentiary standards more
20   than -- more than, you know, just, you know,
21   inconsistencies do.
22        Q    Did you note inconsistencies in the records?
23        A    I -- you know, there -- there was -- there
24   were not much in the way of inconsistencies in the
25   records.  There were some of the family members -- I