# EXHIBIT E

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
       BARBARA EARNEST,
 3                                   CASE NO.
       VERSUS                        2:16-CV-15678
 4
       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 5     SANOFI US SERVICE, INC., and
       AVENTIS-PHARMA S.A.,
 6
            VIDEOTAPE DEPOSITION OF BARBARA MARY
 7     LEBLANC EARNEST, TAKEN IN THE OFFICES OF
       GAINSBURG, BENJAMIN, DAVID, MEUNIER &
 8     WASHAUER, LLC, 1100 POYDRAS STREET, SUITE
       2800, NEW ORLEANS, LOUISIANA, 70130, ON
 9     MONDAY, THE 5TH DAY OF NOVEMBER, 2018.
10     APPEARANCES:
11       BACHUS & SCHANKER, LLC
         ATTORNEYS AT LAW
12       BY:  DARIN L. SCHANKER, ESQUIRE
         1899 WYNKOOP STREET, SUITE 700
13       DENVER, COLORADO  80202
14          ATTORNEYS FOR PLAINTIFF
15       SHOOK, HARDY & BACON, LLP
         ATTORNEYS AT LAW
16       BY:  KELLY BIERI, ESQUIRE
         2555 GRAND BOULEVARD
17       KANSAS CITY, MISSOURI  64108-2613
18          ATTORNEYS FOR SANOFI
19     VIDEOGRAPHER
20         MARK ANCALADE
21     REPORTED BY:
22       DAWN D. TUPPER, CCR, RPR
         CERTIFIED COURT REPORTER
23       REGISTERED PROFESSIONAL REPORTER
24
25      Job No. NJ3109557
```

1      Q.   How long have you all been
2  doing that?
3      A.   Um, let's see.  About maybe
4  seven years, seven, eight years.
5      Q.   Fun tradition?
6      A.   Yes.  We have it every year.
7      Q.   I'm going to hand you two
8  photographs that are being labeled as
9  Exhibit N and Exhibit O.  Exhibit N has a
10 Bates number of 5.  Exhibit O has a Bates
11 number of 6.  Were Exhibit N and O taken
12 on the same day?
13     A.   Yes.
14     Q.   And were these taken at an
15 80th birthday party?
16     A.   Yes.
17     Q.   And were they taken in
18 November of 2014?
19     A.   Yes.
20     Q.   Do you know the date in
21 November of 2014 they were taken?
22     A.   Um, no, I don't.
23     Q.   Whose birthday was it?
24     A.   My sister Beverly.
25     Q.   Looking at both Exhibit N and

Page 172

1  Q. Where -- was this photograph
2  taken in December of 2014?
3  A. Yes.
4  Q. Do you know who took this
5  photograph?
6  A. Um, no. It had to be one of
7  -- it had to be my son I would think
8  because we were with them, Ralph.
9  Q. Where was this photograph
10 taken?
11 A. I want to say the park.
12 Q. Which park is it?
13 A. City Park.
14 Q. And what were you all doing in
15 City Park?
16 A. Looking at the lights.
17 Q. They put up Christmas lights?
18 A. Uh-huh (affirmative response).
19 Q. And you take your grandson out
20 to do that, or just you, your husband and
21 your son Ralph?
22 A. Oh, no. He was taking out his
23 grandson -- his kids. Matthew, myself, my
24 husband, Maxie.
25 Q. Maxie?

```
 1    was a birthday party.
 2           Q.   I'm going to hand you Exhibit
 3    R.  This exhibit depicts it looks like two
 4    Christmas ornament frames.
 5           A.   Yes.
 6           Q.   With photographs in them.  Is
 7    that fair?
 8           A.   Yes.
 9           Q.   And it looks like one of the
10    photographs is in a 2016 frame; correct?
11           A.   Correct.
12           Q.   Was that photograph taken in
13    2016?
14           A.   Yes.  December.
15           Q.   Do you know where it was
16    taken?
17           A.   Let me look at the picture
18    real quick.
19           Q.   Can you --
20           A.   I think this had to be by
21    Debbie Randazzo's house.
22           Q.   And then where was the
23    photograph that's in the 2017 frame taken?
24           A.   Debbie Burg's house.
25           Q.   Were each of those taken at
```

1     your annual holiday party that y'all go
2     to?
3            A.    Yes.
4            Q.    And are you wearing a wig in
5     both of the photos depicted in Exhibit --
6            A.    Yes.
7            Q.    -- R?  I'm handing you Exhibit
8     S.  Does this depict a photograph of you
9     with one of your grandchildren?
10           A.    Yes.
11           Q.    Is this a photograph of you
12    with Gabriel?
13           A.    Yes.
14           Q.    And was this photograph taken
15    in May of 2017?
16           A.    Yes.
17           Q.    Where was this photograph
18    taken?
19           A.    I'm trying to think where.  It
20    may have been in a doctor's office.
21           Q.    Do you have anymore specific
22    of a recollection?
23           A.    The only doctor's office I can
24    think that's like this is when my husband
25    had that bariatric surgery and he was

Page 181

1  Disney World.  I haven't worn it since.
2     Q.  When --
3     A.  We went to Disney World in
4  February of 2018.
5     Q.  Who all went?
6     A.  Oh, gee.  It was me, Ralph,
7  Little Ralph, Maxie, Gabriel, Matthew and
8  a friend of his and her mom, Maxie's mom.
9     Q.  So you think that Exhibit V
10 was taken in February of 2018?
11    A.  Yes.
12    Q.  Is it your -- was Exhibit W
13 also taken somewhere at Disney World?
14    A.  Yes.
15    Q.  In February of 2018?
16    A.  Yes.
17    Q.  At a restaurant presumably?
18    A.  Yes.
19    Q.  I'm going to hand you what's
20 being marked as Exhibit X.  Again, this
21 was produced without a date.  Do you know
22 the date on which Exhibit X was taken?
23    A.  It was in Disney World.
24    Q.  So taken in February of 2018?
25    A.  Yes.  Did you want to mark

Page 198

1  running through these.
2       A.  Okay.
3       Q.  Who is depicted in the
4  photograph that's labeled XX?
5       A.  Myself and my niece.
6       Q.  What's your niece's name?
7       A.  Emily Leblanc.
8       Q.  And whose daughter is she?
9       A.  Robert, my brother Robert's.
10 No.  I take that back.  She is a -- she is
11 my niece, but she is my nephew's daughter.
12 So do you understand?  Robert my son, my
13 brother, it's his son's daughter.
14      Q.  Okay.  I do understand.  Thank
15 you.
16      A.  Okay.  I -- I'm trying to make
17 myself clear.
18      Q.  And was this photograph taken
19 at Silver Dollar City?
20      A.  Yes.
21      Q.  And did you all go on a family
22 trip to Silver Dollar City?
23      A.  Family as to myself only with
24 my brother.  Well, and my son, and my son.
25      Q.  Let me take that.  Let me ask

```
 1    you a different question.  Did you go with
 2    your family to Silver Dollar City in
 3    Missouri in October of 2018?
 4         A.    Yes.
 5         Q.    Who went on that trip?
 6         A.    Ronald, myself and Michael and
 7    we met them there.
 8         Q.    Who did you meet there?
 9         A.    My nephew and his wife and his
10    two kids.
11         Q.    Who is depicted in Exhibit YY?
12         A.    My brother Ronald.
13         Q.    With you?
14         A.    Yes.
15         Q.    And who is depicted in Exhibit
16    ZZ?
17         A.    Michael, my son.
18         Q.    With you?
19         A.    Yes.
20         Q.    In a very large chair?
21         A.    Yes.
22         Q.    And in Exhibit AAA you're
23    depicted with who?
24         A.    My nephew, his son.
25         Q.    And what's his name?
```