# EXHIBIT A

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE              )
 3   (DOCETAXEL) PRODUCTS         )
     LIABILITY LITIGATION         )
 4                                )   MDL No. 2740
     This Document Relates To:    )
 5                                )   SECTION: H
     Antoinette Durden, Case      )
 6   No. 2:16-cv-16635            )
                                  )
 7   Tanya Francis, Case          )
     No. 2:16-cv-17410;           )
 8                                )
     Barbara Earnest, Case        )
 9   No. 2:16-cv-17144            )
10
11   *******************************************************
12            ORAL VIDEOTAPED DEPOSITION OF
13               LAURA PLUNKETT, PH.D.
14                 DECEMBER 10, 2018
15   *******************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

1    greater risk to the patients of permanent alopecia
2    in breast cancer treatment.
3         Q.   And that's based upon studies that looked
4    at permanent alopecia in the combination drug
5    setting, correct?
6         A.   That combined with what we know about the
7    overall toxicology of the drugs.  I mean, there's
8    more to it than that.  It's looking across -- I
9    hope I've done that for you.
10                   In my report, I talk about I use
11   the weight of the evidence, and I've laid out for
12   you all of the different pieces of information that
13   I have reviewed and relied upon.  And it's more
14   than just head-to-head clinical studies.
15        Q.   The head-to-head clinical studies that
16   you had which were available to you which looked at
17   permanent alopecia were all in the combination drug
18   setting, true?
19        A.   Well, no.  I had -- I had a -- I had --
20   well, that looked -- that monitored or measured it,
21   that is true.  They were combination.  We had a
22   head-to-head, but they didn't monitor it.  That is
23   true.
24        Q.   So the answer to my question is yes?
25        A.   I said that.  Yes if the answer is -- if

1      Q.   With regard to -- strike that.
2           Did you perform a human health
3  risk assessment for permanent alopecia for any
4  other chemotherapy medications besides Taxotere?
5      A.   I did perform a similar assessment with
6  what was available.  Unfortunately I didn't have
7  access to the same level of data for some of the
8  other compounds.  So as a result, my risk
9  assessment there is more restricted in terms of the
10 information that I relied upon.
11          But I certainly did look at the
12 issue of comparative -- comparative risk within the
13 other -- with some of the other agents, relying
14 mainly on discussions in the medical literature or
15 the labeling for the drug versus actually having
16 access to a company's specific data.
17     Q.   Okay.  So for what -- what drugs besides
18 Taxotere did you perform a human health risk
19 assessment for as it relates to the adverse health
20 effect of permanent alopecia?
21     A.   So I did that for Taxol, as I described
22 for you earlier.  I told you that I looked at
23 the -- the issue of -- looked for the issue of what
24 was available on Taxol.  And I certainly talked to
25 you about that.

1           The paragraph that I read for you
2    where I -- I may have read it into the record.  The
3    ones that I talk about as far as permanent
4    alopecia, that would be the Paragraph 40 -- if I
5    remember this right -- I don't know --
6    Paragraph 49.
7        Q.   Uh-huh.
8        A.   I talk about that, that issue, as far as
9    comparing the risk --
10       Q.   Okay.
11       A.   -- and what's available.  And
12   unfortunately -- like I said, unfortunately, yes,
13   that's true.  I don't have the same level of data.
14       Q.   Right.
15           But my question -- I -- I know
16   you keep referring me to your report.  And I don't
17   have any issue with you doing that.  But I -- I do
18   need an answer to my question as opposed to just
19   saying, It's in my report.
20           So my question is:  By name,
21   please identify every medication, other than
22   Taxotere, where you performed a human health risk
23   assessment related to the adverse health effect of
24   permanent alopecia.
25               MR. MICELI:  Object to the form.