# EXHIBIT A

Page 1

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4  IN RE:   TAXOTERE (DOCETAXEL)        MDL No. 2740
5  PRODUCTS LIABILITY LITIGATION
6
7  This Document Relates to:             SECTION: H
8
9  Antoinette Durden, Case No. 2:16-cv-16635;
10 Tanya Francis, Case No. 2:16-cv-17410;
11 Barbara Earnest, Case No. 2:16-cv-17144
12
13
14
15
16
17    VIDEOTAPED DEPOSITION OF COLE CLAIBORNE, M.D.
18
19       Taken at the Offices of MD Claiborne
20       Dermatology, 1477 Louisiana Avenue, New
21       Orleans, Louisiana, on Friday, November 2,
22       2018, beginning at 1:00 p.m.
23
24 JOB NO. 3069333
25

Page 20

```
 1   MR. SEARS:
 2            And as Exhibit 5, the materials you
 3   produced for Ms. Earnest.
 4                 (Exhibit 5 was marked.)
 5   MR. SEARS:
 6       Q.   Let's go back and talk about the two
 7   other conversations that you mentioned.  What can
 8   you tell me about your conversation with Larry?
 9       A.   Larry asked me what my role was with
10   regard to these patients.  And, you know, I simply
11   discussed that I view myself in this instance as a
12   -- I really was not the treating physician.  I've
13   never assessed these patients' hair loss.  I've
14   never prescribed them a single medicine.  And I
15   view myself as a -- utilized as a proceduralist in
16   this instance.
17       Q.   So, in that sense, is what you did with
18   these three women different than what you would do
19   in your normal day-to-day practice?
20       A.   Correct.
21       Q.   And how all does it differ from what you
22   do in your normal, day-to-day practice?
23       A.   We would assess the nature of their hair
24   loss, get a history, you know, of when it began,
25   have they -- what sort -- basically, there could
```

Page 21

1  be many causes for hair loss, and you've got to
2  get a lot more information.
3     Q.   And that history was not done with these
4  three women?
5     A.   Correct.
6     Q.   It's important to get that history
7  because there's multiple forms of hair loss and
8  there's multiple forms of hair loss all of
9  multiple causes.
10    A.   Correct.  It's very, very complex.
11 Generally, it's one of the most dreaded things
12 someone comes in with because it takes so long.
13    Q.   And so in your everyday clinical
14 practice, do you agree that it's important to see
15 women over time to see how they would respond to
16 various treatments?
17    A.   Typically, yes.  It's not something you
18 can assess in a snapshot in time.
19    Q.   So if a woman comes in one time and
20 doesn't provide you with any sort of medical
21 history, hair history, and you just do a punch
22 biopsy, that wouldn't be particularly helpful for
23 you in assessing their hair loss, would it?
24    A.   It's hard to argue against pathology.  I
25 will say that.  It depends what the pathology

1   shows.  But, certainly, that's a woefully
2   incomplete picture, to not have more information.
3       Q.   We'll talk more about, I guess, the way
4   that clinicians and pathologists interact with one
5   another and the information they share.  But with
6   pathology, there's something called differential
7   diagnoses.
8       A.   Uh-huh.
9       Q.   Can you just explain what a differential
10  diagnosis is?
11      A.   Sure.  So many, many different skin
12  diagnoses can look the exact same under the
13  microscope, yet have very, very different clinical
14  appearances, you know.  So, oftentimes, the
15  pathologists -- we, as a dermatologist, might kind
16  of try to lead them into what we're seeing
17  clinically, and then they can put that kind of
18  into what might fit diagnostically.
19           Some pathologists will simply read
20  exactly what they see under the microscope, and
21  there can be ten different things that have that
22  pattern.  Other pathologists might kind of just
23  give you a differential of what it could be and
24  then leave it up to you to kind of guess what the
25  most likely diagnosis is.

1    Q.   So the size of the punch biopsy is about
2    the end of an eraser?
3    A.   Yep.
4    Q.   So the pathologist is only looking at the
5    portion of the scalp where that punch biopsy was
6    taken from?
7    A.   Correct.
8    Q.   So another four millimeters over on the
9    scalp, that pathologist would not know what was
10   going on there, right?
11   A.   Correct.
12   Q.   Or, really, any other part of the scalp?
13   A.   Correct.
14   Q.   Let's talk a little bit about your daily
15   practice.  Let's say a patient comes in who is
16   complaining about hair loss.  What would you do?
17   A.   So, you have to take an adequate history,
18   number one.  When did it begin?  How long has it
19   been going on?  Do you have any symptoms?  Do you
20   have a family history of hair loss?  Do you --
21   what are your other medical problems?  What
22   medicines are you on?  Have you seen any other
23   dermatologists before?  Have you had any biopsies
24   before?  Have you had any other prescription
25   treatments?  What else?  Any major stressors in

1   your life?  Have you had any recent illnesses,
2   deaths, anything like that?  What kind of
3   treatments have you performed on your hair, any
4   perms, relaxers?  Do you wear your hair in tight
5   braids or even hair dyes?  That's kind of some of
6   the basics.
7       Q.   So for these three women, Ms. Francis,
8   Ms. Durden and Ms. Earnest, that type of
9   information was not information that you received
10  from them?
11      A.   Correct.
12      Q.   And you want all that information
13  because, as a clinician, it helps you assess what
14  the cause of their hair loss might be?
15  MR. CENTOLA:
16           Objection, form.
17      A.   Correct.
18  MR. SEARS:
19      Q.   And it also helps you assess what the
20  type of alopecia might be?
21      A.   Correct.  It's a lowly procedure when
22  it's without any other information.
23      Q.   So then after you get all that
24  information from the patient, then what do you do?
25      A.   Well, I mean, typically, you kind of

Page 43

1  create a differential diagnosis in your head of
2  what you think what are going to be the most
3  likely causes.  What can you do to improve their
4  symptoms, if any?  What can you do to improve
5  their physical appearance?  And then what
6  objective criteria do you have to establish, one
7  way or the other, the cause of their hair loss?
8     Q.   And, again, with these three women,
9  that's something that was not done?
10    A.   Correct.
11    Q.   So is it helpful, when you have a new
12 patient who comes in complaining of hair loss, is
13 it helpful for you to treat them over a period of
14 time?
15    A.   I think you need to have a Point A and
16 Point B as a comparison to see what changes might
17 occur.
18    Q.   And when a patient comes in that you are
19 treating over time, do you take photographs of
20 their hair over time?
21    A.   Generally, that's a very good practice.
22    Q.   Does that help you see whether they are
23 responding to any type of treatment?
24    A.   Yes, sir.
25    Q.   And, clinically, there's some forms of

Page 44

1  alopecia that will respond to some forms of
2  treatment, but not others?
3       A.   Correct.
4       Q.   And is it useful for you, as a clinician,
5  to treat the patient over time to see if that
6  patient's hair loss is responding to a specific
7  type of treatment?
8       A.   Yep.
9       Q.   And that's because it can help you rule
10 out what the type of alopecia is?
11      A.   Yes.  And you need to gauge the
12 effectiveness of your chosen treatment method.
13      Q.   And with these three women, Ms. Francis,
14 Ms. Durden and Ms. Earnest, that was something
15 that was not done?
16      A.   Correct.  I saw them once, did a biopsy,
17 took the stitches out two weeks later.  No
18 treatment was ever prescribed.
19      Q.   Do you conduct a physical examination of
20 patients when they come in complaining of hair
21 loss?
22      A.   Yep.
23      Q.   What can you tell me about that?
24      A.   So, typically, I assess their pattern
25 areas, where they're complaining of some issues.

Page 45

1  Say, they have symptoms, I'll look specifically,
2  with a device called a dermatoscope, which gives
3  you very, very good identification of hair
4  follicles, where you can see inflammation.  You
5  can see scaling around follicles.  You can see
6  follicular density and diameter, which might lead
7  you down certain diagnostic considerations.
8      Q.   And you did not conduct a clinical
9  examination of these three women, did you?
10     A.   I was instructed not to.
11     Q.   Who instructed you not to?
12     A.   Mr. Lambert.
13     Q.   Did he give you any rationale for why he
14 didn't want you to?
15     A.   I didn't ask that question.  I presumed
16 it was because of this -- why we're here.
17     Q.   Let's talk about tests that you run when
18 a patient comes in complaining of hair loss.
19     A.   Sure.
20     Q.   What sort of testing do you do?
21     A.   Typically speaking, I mean, it depends
22 what I'm thinking is the cause.  You know, if I
23 suspect -- sometimes, it can happen from hormonal
24 issues.  Sometimes, it can happen from underlying
25 problems inside, anemias, thyroid problems, et

Page 46

1    cetera.  So sometimes, it's most often blood
2    tests.  Sometimes, it's also involving biopsies.
3        Q.   So let's talk a little bit more about
4    those blood tests.  You mentioned hormonal
5    imbalances.
6        A.   Uh-huh.
7        Q.   When you do the blood test, do you run a
8    panel on the hormonal imbalances?
9        A.   Sometimes, I do, if I suspect it.
10       Q.   For the blood tests, do you run tests to
11   determine whether they might be iron deficient or
12   vitamin deficient?
13       A.   Correct.
14       Q.   And you do that because those are causes
15   of alopecia?
16       A.   They could be contributing causes.  It
17   could be isolated causes.
18       Q.   As part of the blood test, do you focus
19   on thyroid issues?
20       A.   I will, oftentimes, order a TSH with a
21   free T4, which is a thyroid assessment.
22       Q.   And you do that because thyroid
23   imbalances can be another cause of hair loss?
24       A.   Yep.  You want to rule it out.
25       Q.   Again, with these three women,

Page 47

1  Ms. Francis, Ms. Durden and Ms. Earnest, you did
2  not do any sort of blood work on them?
3       A.   I had no other information.
4       Q.   So then if you do decide -- well, let me
5  ask you this.  How do you determine when to do a
6  punch biopsy on a patient?
7       A.   So that's a good question.  Typically
8  speaking, ones that either (A) don't respond to
9  kind of an initial round of therapy; (B) if they
10 have a severe burden disease or if they're just
11 very, very worried about their hair loss.  And
12 some people, I'll try to -- will only insist on it
13 and I try to talk them out of it.  Some people
14 will want a definitive tissue diagnosis, and it
15 does happen on occasion.  So it's a case-by-case
16 basis.
17      Q.   And then once the decision is made to do
18 a punch biopsy, how do you decide how many punch
19 biopsies to do on the scalp?
20      A.   Typically, it depends on what it looks
21 like.  You may have some people who might have
22 more than one alopecia process going on that looks
23 different in certain areas, and you might do two
24 biopsies.  I've even heard national experts talk
25 about as many as four biopsies.

Page 48

1    Q.   And so, again, with these three women,
2    Ms. Francis, Ms. Durden and Ms. Earnest,
3    Mr. Lambert instructed you how many biopsies
4    should be taken?
5    A.   Two.
6    Q.   And he told you one should be taken from
7    the portion of the scalp that looked the most
8    normal, right?
9    A.   Correct.
10   Q.   And one should be taken from the portion
11   of the scalp that looks, I guess, most abnormal?
12   A.   Most representative of an abnormal
13   process.
14   Q.   And so what you did not do with these
15   three women is you did not look at their scalp to
16   determine whether there could be other forms of
17   alopecia processes going on?
18   A.   Correct.
19   Q.   And you did not take biopsies from those
20   other potential portions of their scalp to
21   determine what the alopecia process might be on
22   that portion of the scalp?
23   A.   Yep.  I had no other information to know
24   anything else.
25   Q.   Was Mr. Palmer present when the punch

1  biopsies were taken from these three women?
2      A.   Correct, yes, sir.
3      Q.   When Mr. Palmer was in the room, did he
4  point to the portion of the scalp where he
5  actually wanted the punch biopsy taken from?
6      A.   I don't recall that.  I ultimately call
7  the shots.
8      Q.   Did he guide you in any way on
9  determining where on the scalp he wanted the punch
10 biopsy taken?
11     A.   I do not believe so.
12     Q.   Do you recall any conversations you had
13 with Mr. Palmer when he was in the room with these
14 three women about where the punch biopsy should be
15 taken?
16     A.   I mean, as I said earlier, he told me I
17 was just going to pick some areas that looked
18 normal, pick some areas that looked most abnormal.
19     Q.   And in your everyday practice, if a woman
20 came in and the decision was made to do a punch
21 biopsy, you would want to take punch biopsies from
22 as many places on the scalp that might look like
23 they had different alopecia processes going on?
24     A.   I would -- I probably would.
25     Q.   And that was not done with these three

1   women?
2       A.   Correct.
3       Q.   Okay.  So you get a punch biopsy, you
4   fill out your requisition form, and then it's sent
5   to the pathologist?
6       A.   Uh-huh.
7       Q.   What do you get back from a pathologist?
8       A.   A biopsy report.
9       Q.   What all is generally included in that
10  biopsy report?
11      A.   It's going to tell you a gross
12  description, so what they see actually when they
13  gross it; the size of the tissue, measurement, et
14  cetera; as well as a microscopic description of
15  what the pathologist actually sees under the
16  microscope.  And then, oftentimes, either a
17  leading diagnosis or a differential diagnosis
18  based on a reaction pattern.
19      Q.   Would you also see a clinical history
20  section in the report?
21      A.   If that was provided to them, yes.
22      Q.   And under the actual diagnoses section,
23  would you say, more likely than not, you would see
24  a differential diagnosis in there?
25      A.   Yes.