# EXHIBIT B

Page 500

1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
2
                     MDL No. 2740
3                    SECTION:  H
4   IN RE: TAXOTERE (DOCETAXEL)
    PRODUCTS LIABILITY LITIGATION
5
6   This Document Relates To:
7   Antoinette Durden, Case No. 2:16-cv-16635;
    Tanya Francis, Case No. 2:16-cv-17410;
8   Barbara Earnest, Case No. 2:16-cv-17144.
    _____/
9
                                  1633 North Bayshore Drive
10                                Miami, Florida
                                  April 8, 2019
11                                3:32 p.m. - 5:10 p.m.
12
13          VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
14                         Volume 3
15                       Page 500 - 587
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25

1            MR. MICELI:  I don't think there's a
2       question.  That's just a statement.
3  BY MR. SEARS:
4       Q.   So we've talked about the hypothesis is
5  that chemotherapy damages the stem cell in the hair
6  follicle.
7            If all three of these cytokeratin 15
8  slides for Ms. Francis, Ms. Durden and Ms. Earnest
9  came back negative, do you think that would somehow
10 add to the information that chemotherapy does
11 negatively impact the stem cell in the hair
12 follicle?
13           MR. MICELI:  Object to the form.
14           THE WITNESS:  Not from three cases.  You
15      know, it's very small evidence.
16 BY MR. SEARS:
17      Q.   Could you think of any other reason why
18 the cytokeratin 15 would test negative and showed
19 the absence of stem cells?
20      A.   I didn't understand --
21           MR. MICELI:  Object to the form.
22           THE WITNESS:  Can you repeat the question?
23 BY MR. SEARS:
24      Q.   Sure.
25           Can you think of any other reason why, if

```
 1   the cytokeratin 15 came back negative and showed the
 2   absence of stem cells, can you think of anything,
 3   beyond chemotherapy, that would explain the absence
 4   of the stem cells?
 5            MR. MICELI:  Object to the form.
 6            THE WITNESS:  You know, this stain, it's
 7       not a stain that is used for diagnosis, and I
 8       think may have a false negative and false
 9       positive, and three cases are a very small
10       number, and that's something you have to ask
11       Dr. Thompson, okay?
12   BY MR. SEARS:
13       Q.   If the cytokeratin 15 findings added to
14   the information, would you have included that in
15   your reports?
16            MR. MICELI:  Object to the form.
17            THE WITNESS:  I don't think so.  If
18       Dr. Thompson had included it in his report, I
19       would maybe write that down, but it wouldn't
20       change my diagnosis.
21   BY MR. SEARS:
22       Q.   In your report, you did not mention that
23   the cytokeratin 15 and Ki-67 staining had been done
24   on Ms. Francis, Ms. Durden or Ms. Earnest, right?
25       A.   I didn't mention because I think it was
```

1  not relevant.  It was not adding any information.
2       Q.   Do you know whether the cytokeratin 15
3  staining is an expensive process?
4       A.   No.  You have to ask -- I don't know the
5  price at all.
6       Q.   Would you suggest that an expensive test
7  be done on a plaintiff's pathology if you did not
8  think that the information would be relevant?
9            MR. MICELI:  Object to the form.
10            THE WITNESS:  Probably not.
11  BY MR. SEARS:
12       Q.   So you mentioned that you knew that the
13  cytokeratin 15 staining had been done and you knew
14  the results of that staining before your report.
15            How did you learn about the results of the
16  cytokeratin 15 staining that was done on Ms.
17  Earnest, Ms. Francis and Ms. Durden?
18       A.   I had a phone call with Dr. Thompson when
19  he reported the results of the pathology, and he
20  mentioned that, I think.
21            (Thereupon, the referred-to document was
22  marked by the court reporter for Identification as
23  Defendant's Exhibit 5.)
24  BY MR. SEARS:
25       Q.   I've handed you what's been marked as

1  indicate that there was damage to the stem cells?
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  I think the test is not
4     diagnostic.  So maybe the stem cells can be
5     stain even if they are damaged.
6  BY MR. SEARS:
7     Q.   Did you think, though, that the tests
8  would indicate that there was some sort of damage to
9  the stem cells?
10         MR. MICELI:  Object to the form.
11         THE WITNESS:  The test is -- I think was
12    not informative.
13 BY MR. SEARS:
14    Q.   Before knowing about the results of the
15 tests, did you think that the stem cell marker
16 testing that was going to be done would show that
17 there would be damage to stem cells in the hair
18 follicle?
19         MR. MICELI:  Object to the form.
20         We're circling back to the questions you
21    asked in the first hour of the deposition.
22    And, again, I'm going to let her answer this
23    one, but I'm going to instruct her not to
24    answer further.  It's the seventh or eighth
25    time the same question has been asked.

Page 557

1             THE WITNESS:  No, it's speculation.  And
2        three cases is, really, a small number.
3   BY MR. SEARS:
4        Q.   What's speculation?
5        A.   To speculate what would be different if it
6   was positive, if it was negative, is not something
7   real.
8        Q.   When you were previously deposed and we
9   were discussing your theory for mechanism of action,
10  you did not mention that Dr. Thompson had done the
11  cytokeratin 15 staining on Ms. Francis, Ms. Earnest
12  or Ms. Durden, right?
13       A.   I didn't mention because I don't think it
14  is relevant.
15       Q.   So knowing that your theory is that
16  chemotherapy damages stem cells and there was stem
17  cell testing that was done, you don't think the
18  results of that testing is relevant?
19            MR. MICELI:  Object to the form of the
20       question.
21            THE WITNESS:  I don't think the result of
22       this test rule out stem cell damage at all.
23  BY MR. SEARS:
24       Q.   I'm sorry.  Can you say that again?
25       A.   I don't think that the results of this