# EXHIBIT C

Page 301

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Wednesday, 9:15 a.m. - 4:40 p.m.
December 5, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 2
Pages 301 through 498

Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

1      A.   I look at -- at their medical records,

2  so -- and I know that Ms. Durden and Ms. -- and

3  Barbara, I call her Barbara because it's so difficult

4  for me to pronounce her surname, they receive the

5  dosage of the docetaxel that is -- that has been

6  associated with permanent alopecia in my previous

7  report.

8           And I don't know the dose that Ms. Francis

9  received because the medical records do not report

10  the dose.

11  BY MR. SEARS:

12      Q.   Do you think that Ms. Durden and

13  Ms. Earnest received the same dose of chemotherapy?

14           MR. SCHANKER:  Objection, form.

15      A.   Regarding docetaxel, they did, but they had

16  a different chemotherapy regimen, because Ms. Durden

17  didn't have the other -- other MIC.

18  BY MR. SEARS:

19      Q.   In your Rule 26 report, you wrote that

20  Ms. Francis, Ms. Earnest, and Ms. Durden had sudden

21  onset of alopecia.

22           MR. SCHANKER:  Objection, form.

23      A.   All of them had chemotherapy alopecia.

24  Chemotherapy alopecia is a typically acute alopecia

25  that develops a few weeks after the beginning of

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    fd1bb285-ebb8-4c72-95f3-c593e1bbca84

1    examination of her?

2         A.   I absolutely conducted a physical

3    examination.  She was -- as the dermoscopy.

4              MR. SCHANKER:  Can we go off the record for

5         one minute.

6              MR. SEARS:  Sure.

7              THE VIDEOGRAPHER:  Off the record.  The

8         time is 10:15 a.m.

9              (Recess was held from 10:15 a.m. until

10        10:30 a.m.)

11             THE VIDEOGRAPHER:  We're back on the

12        record.  The time is 10:30 a.m.

13   BY MR. SEARS:

14        Q.   Are you ready to keep on going?

15        A.   Sure.

16        Q.   So one thing that you mentioned earlier

17   today is that there's a dose of docetaxel that you

18   believe is associated with persistent

19   chemotherapy-induced alopecia.  What is that dose?

20             MR. SCHANKER:  Objection, form.

21        A.   I think the literature indicates there is a

22   dose.  I don't remember exactly, because it's a dose

23   per square meter of body weight.  And I'm not an

24   oncologist, but I'm sure there is a dose.  And I

25   checked, and both Barbara and Durden had that dose.

1    permanent alopecia after chemotherapy, also known as

2    persistent alopecia after chemotherapy, due to

3    docetaxel.

4    BY MR. SCHANKER:

5         Q.   And are you aware of the chemotherapy

6    regimen that Ms. Francis was given in this case?

7              MR. SEARS:  Objection, form.

8         A.   I know the drugs but not the dosages.  I

9    know she had cyclophosphamide, Adriamycin, and

10   docetaxel.

11   BY MR. SCHANKER:

12        Q.   And, Doctor, did you reach a conclusion as

13   to which, if any, of those three chemotherapy drugs

14   caused Ms. Francis' condition of her scalp and, if

15   so, what?

16             MR. SEARS:  Objection, form.

17        A.   As I said, I believe the responsible drug

18   is docetaxel, and this is based on literature on

19   evidence in -- in -- in the medical field, and my

20   personal experience of similar cases that I've seen

21   in my practice, as well as a publication that I did

22   several years ago.

23   BY MR. SCHANKER:

24        Q.   And, Doctor, did you reach a conclusion in

25   this case with regard to the cause of Barbara

1   Earnest's condition of her scalp?

2          MR. SEARS:  Objection, form.

3      A.   I think Barbara Earnest is affected by

4   permanent alopecia after chemotherapy, also known as

5   persistent alopecia after chemotherapy, due to

6   docetaxel.

7   BY MR. SCHANKER:

8      Q.   And with regard to Barbara Earnest, are you

9   aware of the chemotherapy regimen that she took, was

10  administered?

11         MR. SEARS:  Objection, form.

12     A.   I know the drugs, but I -- and the

13  sequence, but I don't know the dosages.  I know she

14  had cyclophosphamide and the Adriamycin first

15  followed by docetaxel.

16     Q.   And, Doctor, did you reach a conclusion as

17  to which, if any, of those chemotherapy drugs were

18  the cause of Barbara Earnest's condition of her

19  scalp?

20         MR. SEARS:  Objection, form.

21     A.   I think her condition is caused by

22  docetaxel because of literature evidence, because of

23  my personal experience with patients that I've seen

24  in my practice, and because of some publications I

25  did on this topic in the past.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    fd1bb285-ebb8-4c72-95f3-c593e1bbca84

1   which is a different problem, you know.  And if you

2   read the conclusion of my report, I -- I -- I --

3   I -- I say that.

4   BY MR. SEARS:

5        Q.   We also talked yesterday about how you can

6   see persistent chemotherapy-induced alopecia with

7   Adriamycin and with cyclophosphamide, right?

8             MR. SCHANKER:  Objection, form.

9        A.   Rarely -- rarely, you can see with other

10  drugs.

11  BY MR. SEARS:

12       Q.   So what steps could you take here, and have

13  you taken here, to rule out the persistent

14  chemotherapy-induced alopecia being caused by either

15  Adriamycin or cyclophosphamide?

16            MR. SCHANKER:  Objection, form.

17       A.   You know, the -- the data in the

18  literature, everything together is what the evidence

19  is for docetaxel.

20            And as I wrote in my report, there is --

21  there are no cases in the literature it caused by

22  cyclophosphamide itself.  Okay?  They were all in

23  combination with other drugs.

24            And there are a few cases here, 23, maybe

25  can be a little bit more.  But the -- the data are

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    fd1bb285-ebb8-4c72-95f3-c593e1bbca84

Page 488

1          A.   Case reports is different from evidence.

2     BY MR. SEARS:

3          Q.   Even in Exhibit 2, you cite to 18 cases

4     reported by Kim, et al. for a nontaxane regimen of

5     anthracycline and cyclophosphamide causing persistent

6     chemotherapy-induced alopecia, right?

7               MR. SCHANKER:   Objection, form.

8          A.   The same author in the same exhibit report

9     match more cases from docetaxel.

10    BY MR. SEARS:

11         Q.   That's not what I asked you.  I asked you

12    in this -- in your Exhibit 2 that you prepared, you

13    list 18 cases reported by Kim, et al. for persistent

14    chemotherapy-induced alopecia that they thought was

15    caused by anthracycline plus cyclophosphamide

16    regimen, right?

17              MR. SCHANKER:   Objection, form.

18         A.   Eighteen cases, it's a very small number.

19    BY MR. SEARS:

20         Q.   Yesterday we also went through many other

21    abstracts and many other papers that you did not

22    include in Exhibit 2, right?

23              MR. SCHANKER:   Objection, form.

24         A.   No, we went through four papers.  Okay?

25    One -- two abstracts, and abstracts it's -- I -- I --

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                              fd1bb285-ebb8-4c72-95f3-c593e1bbca84