# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018


VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.


VOLUME 1
Pages 1 through 300


Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

1   something else, right?

2       A.   Yes.  But to be honest, we don't know the

3   mechanism of action of most -- the cause of most

4   diseases, so this mechanism of action is the ideal

5   thing we would like to have.

6       Q.   And there's no mechanism of action that has

7   been established for a chemotherapy drug causing

8   persistent alopecia, right?

9            MR. SCHANKER:  Objection, form.

10      A.   No, I think you're wrong.  It's not been

11  established, but we've -- there is a way we think it

12  happens, okay?  And what we think is that the stem

13  cells that are, you know, the cell that we regenerate

14  the follicle, either in the -- in the bulge or in the

15  dermal papilla may be damaged by the chemotherapy.

16  That's what, for instance, the researcher in the

17  field of hair suggests.

18  BY MR. SEARS:

19      Q.   Right, that's a hypothesis, correct?

20           MR. SCHANKER:  Objection, form.

21      A.   It's a very likely.  It's a very likely

22  hypothesis.

23  BY MR. SEARS:

24      Q.   It's a hypothesis that has not been proven,

25  right?

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

1  United States.  And I believe, you know, they're

2  improving, okay?  But most don't -- don't -- don't do

3  that.

4  BY MR. SEARS:

5      Q.   So you biopsy when you're uncertain about a

6  type of alopecia, right?

7           MR. SCHANKER:  Objection, form.

8      A.   I -- I biopsy when -- even when I'm

9  certain, to confirm diagnosis when I need to do to

10  give a treatment, okay, because certain scattered

11  alopecia, like in planopilaris and scar lupus, I may

12  need to give strong medication, so I like to have a

13  pathology to confirm.

14           And, of course, in permanent chemotherapy

15  alopecia, even if I think that's the diagnosis and

16  I'm sure, I want the pathology to confirm.

17           But I don't biopsy alopecia areata, for

18  instance.

19  BY MR. SEARS:

20      Q.   And you want the biopsy to confirm because

21  there's times when the clinical assessment could

22  potentially be incorrect, right?

23           MR. SCHANKER:  Objection, form.

24      A.   Not really, because it's the gold standard.

25  Sometimes, especially in the United States, you need

1    sensitive area, I cannot -- we cannot do a 4

2    millimeter over there, it's going to leave a scar.

3    So we are working on 2-millimeter biopsy for

4    diagnosing this disease.

5           This is a scarring alopecia.  You can make

6    the diagnosis with dermoscopy, but, as I said

7    before, I think a biopsy confirmation is gold

8    standard.  So that's what I'll do with this patient.

9           Then you may have a patient that has

10   patchy hair loss, you know.  And you want to really

11   see here if it's scarring or nonscarring, because

12   patchy hair loss may be no scarring, which is the

13   most common, alopecia areata; and that may be

14   scarring.  And the most common like planopilaris,

15   also long-term traction, it's patchy.

16          So again, I -- here, I want first to

17   understand what it is before asking the questions,

18   because the questions I need from a patient with

19   alopecia areata are different.  So I usually first

20   ask the question when this happened, then what's the

21   complaint, then I look at the lesion, and then I ask

22   the specific questions.

23          So for alopecia areata, again, the

24   question I ask everybody is when it started.  But

25   for alopecia areata, you have to -- since this is a

Electronically signed by Gina Rodriguez (201-182-126-9514)
Electronically signed by Gina Rodriguez (201-182-126-9514)                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

 1  based on theory.  It's not based -- they're not

 2  discussing the existence of the disease, the clinical

 3  features of the disease.  They are discussing why

 4  this happens.  We don't know.  Disagreement is what

 5  makes people working and then finding something.

 6  BY MR. SEARS:

 7      Q.   You wrote a letter to the editor in 2011

 8  called "Permanent chemotherapy-induced alopecia:  A

 9  review," right?

10      A.   Yes.

11      Q.   And in that you wrote:  "In

12  tamoxifen-CIPAL, hair loss started three months after

13  initiation of the treatment and was expressed as

14  complete or androgenetic-type alopecia," right?

15      A.   Probably I wrote because it's more evident

16  on the androgen-dependent scalp.

17      Q.   So I have read your report that you

18  prepared in this case, and I know it's your opinion

19  that Ms. Francis and Ms. Durden have traction

20  alopecia, but you think that all three women also

21  have persistent chemotherapy-induced alopecia.

22  Right?

23      A.   Yes.

24      Q.   And in your report, you do not attribute

25  the hair loss to any specific chemotherapy drug,

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 298

1   right?

2           MR. SCHANKER:  Objection, form.

3       A.   I cannot say which drug is causing the --

4   the hair loss, of course.  You can never make these

5   diagnosis for any type of drug-induced hair loss,

6   even for telogen effluvium.

7           MR. SEARS:  You know, I think I'm -- with a

8           couple of areas I might clean up tomorrow, I

9           think I'm about ready to switch over to

10          case-specific.  So you guys just want to break

11          for the day or . . .

12          MR. SCHANKER:  Why don't we take a break

13          for a moment and talk about it.

14          MR. SEARS:  Okay.

15          THE VIDEOGRAPHER:  Off the record.  The

16          time is 5:25 p.m.

17          (The proceedings concluded for the day at

18          5:25 p.m., and will continue in Volume 2.)

19

20

21

22

23

24

25

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                72ecbdd8-9ed6-4d44-ae56-8b8592170e9b