# EXHIBIT E

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    IN RE:  TAXOTERE (DOCETAXEL)    MDL NO. 2740
 3  PRODUCTS LIABILITY LITIGATION   SECTION: H
 4  This document relates to:
    Antoinette Durden, Case No. 2:16-cv-16635
 5  Tanya Francis, Case No. 2:16-cv-17410
    Barbara Earnest, Case No. 2:16-cv-17144
 6  _____
    VIDEOTAPED EXPERT DEPOSITION
 7  CURTIS THOMPSON, M.D.
 8
    TAKEN IN BEHALF OF DEFENDANTS
 9  FRIDAY, NOVEMBER 30, 2018
    at 8:16 A.M.
10
11
    319 Southwest Washington Street, Suite 607
12  Portland, Oregon
13
14  BE IT REMEMBERED THAT, the videotaped expert
    deposition of CURTIS THOMPSON, M.D., was taken before
15  K.M., Court Reporter and Notary Public for the State
    of Oregon, on Friday, November 30, 2018, commencing
16  at the hour of 8:16 a.m., the proceedings being
    reported at 319 Southwest Washington Street, Suite
17  607, Portland, Oregon.
18
19
20
21
22
23     Job No. NJ3132952
24
25
```

Page 45

1       MS. ANDREWS: Objection.
2       THE WITNESS: Yes, they could. Yeah.
3  Sure.
4  BY MR. SEARS:
5       Q.  And you did not review any of the medical
6  records before preparing your dermopath report,
7  correct?
8       A.  No.
9       Q.  And you did not review any of the Dr.
10 Tosti's examinations before your dermopath report,
11 correct?
12      A.  Did not.
13      Q.  And you did not review any photographs of
14 any of the women before preparing your dermopath
15 report, correct?
16      A.  Correct.
17      Q.  Also, you included some testimony from Dr.
18 Jancich and Dr. Carinder, which we talked about
19 earlier, right?
20      A.  You have to refresh my memory.
21      Q.  On pages 10 through 12 --
22      A.  Oh, yeah, yeah.
23      Q.  -- you list some very limited testimonies
24 from Dr. Jancich and Dr. Carinder, right?
25      A.  I don't know their names.

Page 48

1   know.
2           And then very important in these cases is
3   a history of chemotherapy or not.  The type of
4   chemotherapy to me doesn't matter.  I'm not an
5   expert of oncologic medications, the mechanisms of
6   these medications.  I am not an expert in those.
7   But knowing that there's been prior chemo is quite
8   important in these cases.
9           So the information needed to make the
10  diagnosis was all there.  And in any kind of case
11  that I do like this, if any of that information is
12  missing, we request it.  Get it.  But we don't get
13  the whole medical record and their life -- you know,
14  their life medical record.
15       Q.   Let me unpack some of the stuff that you
16  just said there to make sure that I understand
17  everything.  So at the time that you read the
18  biopsies for these three women, Ms. Earnest, Ms.
19  Durden, and Ms. Francis, did you know their -- you
20  knew their gender?
21       A.   Yes.
22       Q.   You knew their age?
23       A.   Yes.
24       Q.   You said you knew the site of the biopsy,
25  right?

1     A.     Yes.
2     Q.     Did you know whether their hair presented
3  in a diffuse or patchy pattern?
4     A.     I wasn't given that.  I knew there were
5  areas that were more dense and less dense.  I did
6  understand that it was overall a diffuse process.
7     Q.     I feel like you said a couple things
8  there. At the time you read the biopsies, did you
9  know whether their hair loss presented in a diffuse
10 or patchy pattern?
11    A.     I certainly wasn't given a history of it
12 being patchy.
13    Q.     So the answer is no, you did not know?
14    A.     I can't remember.
15    Q.     Okay.
16    A.     And then all of these other age, site,
17 gender, the report in a CLIA-certified laboratory,
18 like my lab, the case isn't even accessioned and
19 passed through the system until all of this
20 identifying information is provided.  It's part --
21 it's really important for tracking the cases and
22 making sure we have the right patient with the right
23 biopsy.  So all that is taken care of in the
24 laboratory by the processes that we have in place.
25    Q.     I appreciate that.  And really that's what

Page 50

1  I'm trying to find out right now is what information
2  you had at the time that you read the biopsy.
3       A.   Yeah.
4       Q.   Okay.  At the time you read the biopsy,
5  did you know whether these women had a history of
6  chemotherapy?
7       A.   Yes.
8       Q.   Did you know what chemotherapy agents they
9  took?
10      A.   No.
11      Q.   Did you know anything else about these
12 women other than their gender, their age, the site
13 of the biopsy, and that they had a history of
14 chemotherapy at the time you read their biopsy?
15      A.   I knew that the -- they had a history of
16 breast cancer and that the chemotherapy was
17 treatment for breast cancer.
18      Q.   Did you know anything else besides what
19 we've just talked about?
20      A.   No, I don't believe so.
21      Q.   A few answers ago you mentioned that the
22 type of chemotherapy doesn't matter to you.
23      A.   No.
24      Q.   And so it's fair to say that you are not
25 going to say that any specific chemotherapy drug

1   caused this hair loss seen this these women?
2        A.   I'm not in a position to make that
3   distinction or claim.
4        Q.   And you also said something about the
5   mechanism.  Did I hear that correctly?
6        A.   Of the drugs.
7        Q.   Is it fair to say that you're not in a
8   position to talk about the mechanism for how the
9   chemotherapy drugs might result in ongoing alopecia?
10            MS. ANDREWS:  Objection.
11            THE WITNESS:  Can you restate that?
12   BY MR. SEARS:
13       Q.   Sure.  Really, it's a cause thing.  What
14   I'm trying to understand is there's no scientific
15   literature that establishes the mechanism for
16   whether chemotherapy drugs and how chemotherapy
17   drugs may cause ongoing alopecia?
18            MS. ANDREWS:  Objection.
19            THE WITNESS:  I still don't understand
20   what your -- this a big, big issue.
21            MS. ANDREWS:  Just wait until he has a
22   question pending that you can answer.
23   BY MR. SEARS:
24       Q.   So there's mechanisms of action.
25       A.   Right.

1    inhibitors?
2        A.  Oh, gosh.  You know, I reviewed them all
3    and they're all -- I don't -- I'd have to look at
4    them again.
5        Q.  Have you seen literature that says there
6    is hair loss associated with tamoxifen and aromatase
7    inhibitors?
8            MS. ANDREWS:  Objection.
9            THE WITNESS:  I'd have to look at it
10   again, I'm sorry.
11   BY MR. SEARS:
12       Q.  Do you know as you sit here today if
13   tamoxifen and aromatase inhibitors can cause hair
14   loss?
15           MS. ANDREWS:  Objection.
16           THE WITNESS:  I don't.  You know, I'm not
17   the clinician on this.
18   BY MR. SEARS:
19       Q.  Do you know whether Ms. Durden, Ms.
20   Earnest, or Ms. Francis took tamoxifen aromatase
21   inhibitors?
22       A.  I didn't look at what they took.  I mean
23   is taxotere -- I'm sorry, can I ask a question?
24           MS. ANDREWS:  You can't -- no, you can't
25   ask him a question.  He gets to only ask you.  The

Page 252

1  marched toward complete follicular death is more
2  likely to show these.  And it's much less a feature
3  of female pattern and that's because the follicles
4  are still there.
5       Q.   So I know we've talked a little bit about
6  tamoxifen and aromatase inhibitors, and I think you
7  said that you don't know if they can cause alopecia,
8  right?
9       A.   Well, there's the publication of the six
10 cases or ten cases in the reports that -- this is
11 peer-reviewed literature.
12      Q.   Have there been any studies that assess
13 what hair loss caused by tamoxifen or aromatase
14 inhibitors would look like pathologically?
15      A.   The one -- let me pull that -- the one
16 paper, I don't know if it's Miteva or someone else
17 that reports that in specifically those patients,
18 right.  Yes.  So, yes.
19      Q.   And what does the pathology look like for
20 hair loss caused by tamoxifen or aromatase
21 inhibitors?
22      A.   Well, it's the presence of these basaloid
23 bodies, which we can also call a catagen/telogen, a
24 catagen or telogen shift and the miniaturization
25 that we're -- which is because of the loss of the

1  large hairs more than because it's a miniaturization
2  process, so they're probably just residual vellus
3  hairs.
4          And then once again, the missing piece
5  that I believe is a big feature and was reported in
6  those cases is that there's a low follicular count
7  or density?
8      Q.  So basically the features that you're
9  reporting on in your dermopath reports?
10     A.  Oh, yes.
11     Q.  So in your Rule 26 report, you note that
12 there is diffuse or global involvement.  And I think
13 we've talked about how that occurs both with
14 androgenetic alopecia or chronic telogen effluvium,
15 right?
16     A.  And other diseases, yes.
17     Q.  And like with Ms. Francis, you did not do
18 the staining for the subacute alopecia areata?
19     A.  No.
20         MR. SEARS:  I think I'm going move on to
21 Ms. Durden, anyone need a break?
22         MS. ANDREWS:  No.
23 BY MR. SEARS:
24     Q.  So at the risk of annoying plaintiffs'
25 counsel, can I assume --