# EXHIBIT G

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    BARBARA EARNEST,
 5              Plaintiff,
 6    VERSUS               CASE NO. 2:16-cv-17731
 7    SANOFI S.A., SANOFI-AVENTIS
      U.S. L.L.C., SANOFI US SERVICE,
 8    INC., AND AVENTIS-PHARMA,
 9              Defendants.
10
11
12
13            Videotaped deposition of JAMES E.
14    CARINDER, M.D., taken at the offices of NORTHSHORE
15    ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16    Suite 390, Slidell, Louisiana 70458, on Thursday,
17    January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25    Job No. NJ2757175
```

1   that.
2            What -- you said alopecia, in your
3   opinion, is a -- an expected side effect of
4   certain chemotherapy drugs?
5        A.   Certain chemotherapy drugs.
6        Q.   Sure.
7            Would you mind telling me which
8   ones?
9        A.   Which chemotherapy drugs cause
10  alopecia?
11       Q.   (Affirmative response.)
12       A.   A lot of them do.  Anthracyclines do.
13  Cisplatin does.  Etoposide does.  Paclitaxel does,
14  docetaxel does, vincristine does.  There are many.
15       Q.   And are you sa- -- and by saying that
16  you have fam- -- you said you consider yourself to
17  have expertise in those areas?
18       A.   Ar- -- familiarity.
19       Q.   Familiarity?
20       A.   Familiarity.
21       Q.   Okay.
22       A.   Like I said, not every chemotherapy
23  drug causes the hair to fall out.
24       Q.   Can you --
25       A.   Her hair was gone by the time she got

Page 58

1   docetaxel.
2       Q.   And you're speaking about Miss Earnest?
3       A.   Yes.
4       Q.   Let me ask you a few questions about --
5   I'm trying, I'm so sorry.  I do it --
6       A.   I know.  Your vo- -- it's because I'm
7   stopped up, and it's -- it makes it a little bit
8   harder to hear, but --
9       Q.   But my --
10      A.   But your voice is very soft.
11      Q.   My apologies.  I -- I get loud, and
12  then I think I'm being offensive, and so I try to
13  back it down.
14      A.   No, speak up.  I'd rather have you
15  speak up.
16      Q.   Okay.  And I'll sit a little closer
17  too.
18      A.   Okay.
19      Q.   Can you tell me what hospitals you're
20  affiliated with?
21      A.   St. Tammany Hospital, Lakeview Regional
22  Medical Center, Slidell Memorial Hospital.
23      Q.   And you have privileges at those
24  hospitals?
25      A.   Yes.