# EXHIBIT J

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5          Plaintiffs,
 6
 7   VERSUS            CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12          Defendants.
13
14
15
16
17
18            DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

Page 222

1  MR. SCHANKER:
2          Objection, form.  Go ahead.
3  MS. BIERI:
4      Q.   Do you have any reason to think that your
5  hair loss --
6      A.   Was later?
7      Q.   -- started later?
8      A.   No.  I just don't remember the exact
9  date, you know.
10     Q.   Did you make a notation in writing
11 anywhere of when --
12     A.   No.  I didn't do that.
13 MR. SCHANKER:
14         Let her finish the question.
15 MS. BIERI:
16     Q.   Did you make a notation in writing
17 anywhere of when your hair began to fall out?
18     A.   No.
19     Q.   Do you have any reason to think that the
20 notation that "there is alopecia secondary to
21 cytotoxic chemotherapy" in Exhibit 8 is wrong?
22     A.   No.
23     Q.   So your hair began to fall out when you
24 were taking Adriamycin and Cytoxan, correct?
25     A.   Uh-huh.  Yes.