# EXHIBIT L

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4                                      MDL NO.: 2740
                                       SECTION: H
5
6    IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
7
8    This Document Relates To:
     Antoinette Durden, Case No. 2:16-cv-16635;
9    Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144.
10   _____/
11
12                     December 7, 2018
                       8:13 a.m.
13
14
15      VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16   held at the offices of Napoli Shkolnik PLLC, located
17   at 360 Lexington Avenue, New York, New York 10017,
18   before Anthony Giarro, a Registered Professional
19   Reporter, a Certified Realtime Reporter and a Notary
20   Public of the State of New York.
21
22
23
24
25   Job No. NJ3151484

1    you agree with the conclusion.  I'm not
2    asking if you agree with somebody else's
3    conclusion on the issue.
4              What I want to know is, have
5    you independently done the work necessary
6    to form an independent opinion that
7    taxotere causes irreversible alopecia?
8              MR. MICELI:  Object to the
9       form.
10      A      Sure.  I believe it does.  I
11   believe there is a causal effect
12   established here.
13      Q      And the work that you did to
14   establish that taxotere causes
15   irreversible alopecia includes what
16   elements?
17      A      So the analysis from the
18   randomized trials.  So the meta-analysis
19   of the randomized trials and the analysis
20   of the individual trials, the analysis of
21   the FAERS database and my analysis of the
22   internal database.
23      Q      You've done no review of the
24   published medical literature on this
25   issue; right?

Page 273

1    A        It's my understanding there
2    are only case reports in the literature.
3    Q        Have you reviewed any of
4    those?
5    A        I may have seen them.
6    Individual case reports are not that
7    terribly useful.  When you have
8    randomized clinical trials, case reports
9    are sort of distant, you know, whatever,
10   contributor to any causal assessment.
11   Q        Did you conduct any analysis
12   using the Bradford Hill criteria?
13   A        No.
14   Q        Why not?
15   A        I've never been terribly
16   persuaded by it.  It's not wrong, it's
17   not right.  It's just some set of
18   criteria.  Here, I looked at the
19   available quantitative strands of
20   evidence that I had at my disposal and
21   analyzed all of those that I had in my
22   disposal.
23   Q        Other than telling us you've
24   looked at the FAERS data and whatever
25   else you listed a moment ago, can you