# EXHIBIT N

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## FOURTH AMENDED PLAINTIFF FACT SHEET

        This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of
Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your
knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and
correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much
information as you can. You must supplement your responses if you learn that they are incomplete or incorrect
in any material respect.

        In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any
hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility
that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss
center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation
specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or
other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or
plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession,
including but not limited to written documents, documents in electronic format, cassettes, videotapes,
photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical
copies, and other data compilations from which information can be obtained and translated, if necessary, by the
respondent through electronic devices into reasonably usable form.

        **Information provided by plaintiff will only be used for purposes related to this litigation and may
be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed
pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the
governing rules of civil of the state in which the case is pending).**

## I.    CORE CASE INFORMATION

Attorney Information

        Please provide the following information for the civil action that you filed:
        1.   Caption:  Barbara Earnest v. Sanofi S.A. el at
        2.   Court and Docket No.:  USDC E.D.La 16-17144
        3.   MDL Docket No. (if different):  16-2740

4. Date Lawsuit Filed: <u>December 12, 2016</u>
5. Plaintiff's Attorney: <u>Bachus, Kyle J.</u>
6. Plaintiff's Law Firm: <u>Bachus & Schanker, LLC</u>
7. Attorney's Address: <u>1899 Wynkoop St., Suite 700</u>
   <u>Denver, CO 80202</u>
8. Attorney's Phone Number: <u>(303) 893-9800</u>
9. Attorney's Email Address: <u>kyle.bachus@coloradolaw.net</u>

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: <u>EARNEST, BARBARA</u>
11. Street Address: ▮▮▮▮▮▮▮▮▮▮
12. City: ▮▮▮▮
13. State: ▮▮
14. Zip code: ▮▮▮▮
15. Date of Birth: ▮▮▮▮▮▮
16. Place of Birth: <u>New Orleans</u>
17. Social Security Number: ▮▮▮▮▮▮
18. Maiden or other names you have used or by which you have been known:
    <u>Barbara LeBlanc Earnest, Barbara M. Earnest</u>
19. Sex: Male: ☐ Female: ☒
20. Race:

| Race | Yes |
|---|---|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☐ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☒ |

21. Ethnicity:

| Ethnicity | Yes |
|---|---|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22. Primary Language: <u>English</u>

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased  person), please state the following:

23.  Name: <u>N/A</u>

24.  Address:

25.  Capacity in which you are representing the individual:

26.  If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a)  State:

    b)  Court:

    c)  Case Number:

27.  Relationship to the Represented Person:

28.  State the date of death of the decedent: <u>--/--/----</u>

29.  State the place of death of the decedent:

30.  Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐ No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.  **PERSONAL INFORMATION**

Relationship Information

Please provide the following information for the civil action that you filed:

1.  Are you currently:  Married: ☒  Single: ☐  Engaged: ☐

    Significant other: ☐  Divorced: ☐  Widowed: ☐  Same sex partner: ☐

2.  Have you ever been married?  Yes ☒  No ☐

3.  If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Earnest Sr., Ralph  L | 09/1/1972 | --/--/2017 | Still Married |

Education

4.  For each level of education you completed, please check below:

    High School: ☒  Vocational School: ☐

    College:  AA: ☐  BA/BS: ☐  Masters:  ☐  PhD: ☐  M.D.: ☐

    Other:

Employment

5.  Are you currently employed? Yes ☐  No ☒

6.  If yes, state the following:

   a) Current employer name:

   b) Address:

   c) Telephone number:

   d) Your position there:

7.  Are you making a claim for lost wages or lost earning capacity?

   Yes ☐  No ☒

8.  Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | Your Position |
|---|---|---|---|---|
| | | --/--/---- to --/--/---- ☐ Present | | |

9.  Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes ☐  No ☒

10. If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
| | --/--/---- to --/--/---- ☐ Present | |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORIZATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST WAGES OR LOST EARNING CAPACITY DAMAGES.

Worker's Compensation and Disability Claims

11. Within the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

   Yes ☐  No ☒

12. If yes, then as to EACH application, please state the following:

| Year Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
| | | | | |

Military Service

13. Have you ever served in any branch of the military?  Yes ☐ No ☒

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
| | --/--/---- to --/--/----<br>☐ Present |

15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes ☐ No ☐

16. If yes, state the condition:

Other Lawsuits

17. Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes ☐ No ☒

Computer Use

18. Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes ☒  No ☐

19. If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
| | | --/--/---- | |

20. Are you now or have you ever been a member of an alopecia support group?
Yes ☐ No ☒

   a) If yes, identify the group by name:

   b) When did you join the group?

## III.   PRODUCT IDENTIFICATION

### I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL: Yes ☒  No ☐

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

    1.   Were you treated with brand name Taxotere ®?  Yes ☐  No ☒ Unknown ☐

Other Docetaxel

    2.   Were you treated with another Docetaxel or generic Taxotere®?  Yes ☒  No ☐

    3.   If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☒ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☐ |

    4.  **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

      **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records:** ☐

## IV.   MEDICAL INFORMATION

Vital Statistics

    1.   How old are you:  <u>66 years of age.</u>

2. Age at the time of your alleged injury: <u>60 years of age.</u>

3. Current weight: <u>205 lbs.</u>

4. Current height:

    Feet: <u>5</u>  Inches: <u>2</u>

5. Weight at time of alleged injury: <u>239 lbs.</u>

Gynecologic and Obstetric History

6. Have you ever been pregnant?  Yes ☒  No ☐

    a) Number of pregnancies: <u>02</u>

    b) Number of live births: <u>02</u>

7. If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Earnest, Jr. Ralph L | ███████████ | ██████ |
| Earnest, Michael  P. | ██████████ | ██████ |

8. Date of first period (menses): <u>--/--/1963</u> Age: <u>13</u>

9. Date of last period (menses):  <u>--/--/1985</u> Age: <u>45</u>

10. Are you menopausal, perimenopausal or postmenopausal?  Yes ☒  No ☐

11. For EACH year for the last seven (7) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped ormissed.

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Narcisse, Dr. Adela  M. | Ochsner Health Systems Obstetrics & Gynecology 105 Medical Center Dr. #303 Slidell, LA 70461. Plaintiff Barbara Earnest had her gynecological exam for the year 2016. Plaintiff Barbara Earnest was told by Dr. Nacisse that she did not need to have anymore gynecological exams in the future. | 2016 | ☐ |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2015. | 2015 | ☒ |

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2014. | 2014 | ☒ |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2013. | 2013 | ☒ |
| Baez, Dr. Raymond | Ochsner Medical Center-North Shore 2750 Gause Blvd. E. Slidell, LA 70461. Family Medicine Plaintiff Barbara Earnest saw Dr. Baez for primary care, but does not recall having a gynecological exam for the year 2012. | 2012 | ☒ |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and Women 110 Lakeview Dr. #100 Covington, LA 70433. Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her gynecological exam for the year 2011. | 2011 | ☒ |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and Women 110 Lakeview Dr. #100 Covington, LA 70433. Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her gynecological exam for the year 2010. | 2010 | ☒ |
| Does not recall | Does not recall | 2009 | ☐ |
| Does not recall | Does not recall | 2008 | ☐ |
| Does not recall | Does not recall | 2007 | ☐ |
| Does not recall | Does not recall | 2006 | ☐ |
| n/a | n/a | 2005 | ☒ |
| n/a | n/a | 2004 | ☒ |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Hightower, Dr. Steven I. | SMH Imaging Center 1495 Gause Blvd. Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2017. | 2017 | ☐ |

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Hightower, Dr. Steven I. | SMH Imaging Center<br>1495 Gause Blvd.<br>Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2016. | 2016 | ☐ |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>1495 Gause Blvd.<br>Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2015. | 2015 | ☐ |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>1495 Gause Blvd.<br>Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2014 | 2014 | ☐ |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>1495 Gause Blvd.<br>Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2013. | 2013 | ☐ |
| Hightower, Dr. Steven I. | SMH Imaging Center<br>1495 Gause Blvd.<br>Slidell, LA 70458. Plaintiff Barbara Earnest has her yearly mammogram in July and did not skip or miss her mammogram in 2012. | 2012 | ☐ |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and Women<br>110 Lakeview Dr. #100<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest saw Dr. Schultis when she discovered a lump in her breast. Dr. Schultis sent Plaintiff Barbara Earnest to Dr. Bryan Miller at Miller Family Medicine , 140 1-10 Service Road East, Slidell, LA 70458 for a mammogram and discovered the lump was breast cancer. | 2011 | ☐ |
| Schultis, Dr. Stephanie A. | OBGYN, Advanced Laser Solutions for Men and Women<br>110 Lakeview Dr. #100<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest saw Dr. Schultis for primary care, but does not recall if she skipped or missed her mammogram or breast exam for the year 2010. Plaintiff Barbara Earnest does recall doing self-breast exams a few times a year. | 2010 | ☐ |
| Larcena, Dr. Allan | Ochsner Medical Center<br>105 Medical Center Dr. #301<br>Slidell, LA 70461.<br>Plaintiff Barbara Earnest did not have a mammogram in 2009 but does recall having a physical in which she had a breast exam. | 2009 | ☒ |
| Hedgpeth, Dr. Glenn D. | St. Tammany Park Plaza<br>Gastroenterology & Internal Medicine<br>207 Highland Park Plaza<br>Covington, LA 70433.<br>Plaintiff Barbara Earnest does not recall whether she skipped or missed her mammogram in the year 2008, but does recall doing a self-check breast exam throughout the year of 2008. | 2008 | ☒ |

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Duffour, Dr. Rory  J. | Rowland Duffour Clinic Inc.<br>1400 W. Highway 190<br>Slidell, LA 70460. Plaintiff Barbara Earnest did not have a mammogram in 2007, but does recall having a breast exam by Dr. Duffour. | 2007 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2006, but does recall doing a self-check breast exam. | 2006 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2005 but does recall doing a self-check breast exam. | 2005 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2004 but does recall doing a self-check breast exam. | 2004 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2003 but does recall doing a self-check breast exam. | 2003 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2002 but does recall doing a self-check breast exam. | 2002 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2001 but does recall doing a self-check breast exam. | 2001 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 2000 but does recall doing a self-check breast exam. | 2000 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 1999, but does recall doing a self-check breast exam. | 1999 | ☒ |
| No Doctor for this year, No Doctor for this year | Plaintiff Barbara Earnest did not have a mammogram in the year 1998, but does recall doing a self-check breast exam. | 1998 | ☒ |
| No Doctor for thsi year, No Doctor for thsi year | Plaintiff Barbara Earnest did not have a mammogram in the year 1997, but does recall doing a self-check breast exam. | 1997 | ☒ |
| No Doctor for thsi year, No Doctor for thsi year | Plaintiff Barbara Earnest did not have a mammogram in the year 1996, but does recall doing a self-check breast exam. | 1996 | ☒ |
|  |  | 1995 | ☒ |
|  |  | 1994 | ☒ |
|  |  | 1993 | ☒ |
|  |  | 1992 | ☒ |
|  |  | 1991 | ☒ |
|  |  | 1990 | ☒ |

Other Risk Factors

13.  Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
|  | ☐ |  |

14. Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes ☐  No ☒

    a) If yes, which?

15. Did you receive radiation treatments or exposure to radiation before the age of 30? Yes ☐  No ☒

    a) If yes, describe the particulars of your treatment or exposure:

Tobacco Use History

For the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16. I currently use tobacco:  Yes ☐  No ☒

17. I have never used tobacco:  Yes ☒  No ☐

18. I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment: Yes ☐  No ☒

19. Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use (Years) |
|---|---|---|---|
| Cigarettes | ☐ |  |  |
| Cigars | ☐ |  |  |
| Pipes | ☐ |  |  |
| Chewing tobacco/snuff | ☐ |  |  |

Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times inthe seven (7) year period before you first took Taxotere®?  Yes ☐  No ☒

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
|  |  | --/--/---- to --/--/----<br>☐ Present |

## V.   CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes ☒  No ☐

2. Were you diagnosed with cancer more than once?  Yes ☐  No ☒

3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☒ |
| Chemotherapy | ☒ |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other: | ☐ |

5. Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Left Breast Carcinoma (High Grade) |
| **Date of Diagnosis** | 02/7/2011 |
| **Primary Oncologist** | 02/4/2011 to 08/13/2013 ☐   Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>Carinder, Dr. James<br>1120 Robert Blvd., Suite 330<br>Slidell, LA 70458 |
| **Primary Oncologist** | 02/4/2011 to 08/2/2011 ☐   Present<br>Surgery and removal of port<br>Karlin, Dr. Richard<br>433 Plaza Street, Suite #A<br>Bogalusa, LA 70427 |

| | |
|---|---|
| **Primary Oncologist** | 09/29/2011 to 07/31/2017 ☐  Present<br>Radiology and ordering mammograms<br>Hightower, Dr. Steven<br>1001 Gause Blvd.<br>Slidell, LA 70458 |
| **Treatment Facility** | 02/4/2011 to 08/13/2013 ☐  Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>NorthShore Oncology Associates LLC<br>1120 Robert Blvd, Stuite #330<br>Slidell, LA 70458 |
| **Treatment Facility** | 02/4/2011 to 07/31/2017 ☐  Present<br>Chemotherapy, follow-ups exams, and cancer treatments<br>Slidell Memorial Hospital<br>1001 Gause Blvd.<br>Slidell, LA 70458 |
| **Treatment Facility** | 09/29/2011 to 07/31/2017 ☐  Present<br>Yearly mammograms<br>SMH Imaging Center<br>1494 Gause Blvd.<br>Slidell , LA 70458 |
| **Treatment Facility** | 02/1/2010 to 12/1/2011 ☐  Present<br>Breast exam, sent Barbara Earnest to get initial mammogram for breast cancer evaluation<br>Dr. Stephanie A. Schultis-OBGYN, Advanced Laser Solutions for Men and Women<br>110 Lakeview Dr. #100<br>Covington , LA 70433 |

| | |
|---|---|
| **Type of Cancer** | Stage IIA Infiltrating Ductal Breast Carcinoma |
| **Date of Diagnosis** | 02/7/2011 |
| **Primary Oncologist** | 02/4/2011 to 08/2/2011 ☐  Present<br>Breast cancer, labs, office visit<br>Karlin, Dr. Richard<br>1120 Robert Boulevard, Suite 330<br>Covington, LA 70458 |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐  Present |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐  Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐  Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐  Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐  Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐  Present |

Particulars of Chemotherapy

6.  When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel? <u>02/7/2011</u>

7.  What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | ☒ |

| Diagnosis | Diagnosed |
|---|---|
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |
| Other: | ☐ |

8. For breast cancer, specify:

    a) Tumor size:

| Tumor Size | Yes |
|---|---|
| TX | ☐ |
| T0 | ☐ |
| Tis | ☐ |
| T1 | ☒ |
| T2 | ☐ |
| T3 | ☐ |
| T4 (T4a, T4b, T4c, T4d) | ☐ |
| Unknown | ☐ |

    b) Metastasis: <u>M0</u>

    c) Node involvement:

| Node | Yes |
|---|---|
| Node + NX | ☐ |
| Node + N0 | ☐ |
| Node + N1 | ☒ |
| Node + N2 | ☐ |
| Node + N3 | ☐ |
| Node – (negative) | ☐ |
| Unknown | ☐ |

    d) HER2 + (positive): ☐ HER2- (negative): ☒ Unknown: ☐

    e) Estrogen receptor: Positive (ER+): ☒ Negative (ER-): ☐ Unknown: ☐

    f) Progesterone receptor: Positive (PR+): ☒ Negative (PR-): ☐ Unknown: ☐

9. Was Taxotere® or Docetaxel the only chemotherapy treatment that you ever received? Yes ☐ No ☒ Unknown ☐

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination with or sequentially with Taxotere® or Docetaxel?   Yes ☒   No ☐ Unknown ☐

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | Yes |
|---|---|
| 5-Fluorouracil (Eludex) | ☐ |
| Actinomycin | ☐ |
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Myleran) | ☐ |
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☐ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☒ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |
| Doxorubicin (Adriamycin, Doxil) | ☒ |
| Epirubicin (Ellence) | ☐ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |

| Drug | Yes |
|------|-----|
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12.  Please provide the following information regarding Taxotere® or Docetaxel:

    a)  Number of cycles:  <u>04</u>

    b)  Frequency: Every week ☐ Every three weeks ☐

        Other:  <u>Every 21 days</u>

    c)  First treatment date:  <u>06/22/2011</u>

    d)  Last treatment date:  <u>08/24/2011</u>

    e)  Dosage:  <u>75mg/m*2</u>

        (1) Combined with another chemotherapy drug:  ☐

        (2) Sequential with another chemotherapy drug:  ☒

        (3) If so, describe the combination or sequence:  <u>Adriamycin (60mg/m2) combined with Cytoxan (600mg/m2) starting 6/12/2014 to 7/24/2014. Following Taxotere and Carboplatin (50mg) for four (4) cycles. NS over 30 minutes, following Taxotere for foour (4) cycles.</u>

13.  Prescribing Physician(s):

| Prescribing Physician | Address |
|------------------------|---------|
| Carinder, Dr. James | 1001 Gause Blvd.<br>Slidell, LA 70458 |

14.  Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Cancer Care of Louisiana | 1045 Florida Avenue<br>Slidell, LA 70458 |
| Slidell Memorial Hospital | 1001 Gause Blvd.<br>Slidell, LA 70458 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| LA | 04/18/2011 | 08/24/2011 ☐ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐ No ☒ Unknown ☐

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

## VI. CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒

2. Are you currently cancer-free?  Yes ☒  No ☐

3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist:  07/17/2018

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☒ | ☐ | 02/1/2012 | --/--/---- ☒ Present |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 02/1/2012 | --/--/---- ☒ Present |
| Diffuse thinning of hair: partial scalp<br>☐ Top<br>☐ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Diffuse thinning of hair: total scalp<br>☒ Top<br>☒ Sides<br>☒ Back<br>☒ Temples<br>☐ Other: | ☒ | ☐ | 05/1/2011 | --/--/---- ☒ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 02/1/2012 | --/--/---- ☒ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Small bald area in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Large bald area in the hair on your head | ☒ | ☐ | 05/1/2011 | --/--/---- ☒ Present |
| Multiple bald spots in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | ☒ | ☐ | 05/1/2011 | --/--/---- ☒ Present |
| Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Permanent/Persistent Loss of Eyebrows | ☒ | ☐ | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Body Hair | ☒ | ☐ | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Genital Hair | ☒ | ☐ | 05/1/2011 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Nasal Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Ear Hair | ☒ | ☐ | 05/1/2011 | 07/12/2017 ☐ Present |
| Permanent/Persistent Loss of Hair in Other Areas<br>Describe:  legs, under arms | ☒ | ☐ | 05/1/2011 | --/--/---- ☑ Present |

6.   Have you ever received treatment for the injury you allege in this lawsuit?

Yes ☐ No ☒

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |  |

7.   Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

Yes ☐ No ☒

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |  |

8.   Have you discussed with any healthcare provider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

Yes ☐ No ☒

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |  |

Statement Information

9.   Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes ☐ No ☒

10.  If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
|  | ☐ | ☒ |
|  | ☐ | ☒ |

11. Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes ☒  No ☐

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| Carinder, Dr. James |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes ☐  No ☒

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
|  | --/--/---- |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes ☐  No ☒

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- |  |  |  |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes ☐  No ☒

**YOU MUST UPLOAD NOW ANY MEDICAL RECORDS IN YOUR POSSESSION DEMONSTRATING ALLEGED INJURY OR PHOTOGRAPHS SHOWING YOUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or Emotional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes ☒  No ☐

19. If yes, did you seek treatment for the psychiatric or psychological condition?
Yes ☐ No ☒

| Provider | Date | Condition |
|---|---|---|
| Bianchini, PhD, Kevin J | 04/18/2018 | Adjustment disorder with mixed anxiety & depressed mood |
| Thompson, Jr. MD, John W | 03/29/2018 | Adjustment disorder with depressed mood and anxious features |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes ☐ No ☒

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| | --/--/---- | |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel?
Yes ☐ No ☒

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
| | |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|---|---|
| | |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses?
Yes ☐ No ☒

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---|---|
| | |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you ever see a healthcare provider for hair loss BEFORE taking Taxotere® or Docetaxel? Yes ☐  No ☒

2. Did your hair loss begin during chemotherapy treatment?  Yes ☒  No ☐

3. If yes, did you FIRST experience hair loss:

    a) After treatment with another chemotherapy agent:  ☐

    b) After treatment with Taxotere® or Docetaxel:  ☒

4. At any time before or during the hair loss were you:

| Condition | Yes | Description |
|---|---|---|
| Pregnant | ☐ | |
| Seriously ill | ☒ | Sick from chemotherapy, not hair loss |
| Hospitalized | ☐ | |
| Under severe stress | ☐ | |
| Undergoing treatment for any other medical condition | ☐ | |

5. When did you FIRST discuss with or see a healthcare provider about your hair loss? 05/--/2011

6. Have you started any special diets at any time before or during the hair loss? Yes ☐  No ☒ Describe:

Hair Loss History

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | ☐ | ☒ | Clairborne, MD |
| Have you had blood tests done to evaluate your hair loss problem? | ☒ | ☐ | |
| Have your hormones ever been checked to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you ever been told by a doctor that you have a thyroid condition? | ☒ | ☐ | |
| Have you ever been treated with thyroid hormone? | ☒ | ☐ | |

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you ever been told by a doctor that you have a low iron level? | ☐ | ☒ | Baez, Raymond |

7. Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes ☒  No ☐

8. If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Carinder, Dr. James | 11/29/2011 to --/--/---- ☑ Present | Arimidex (1mg) daily |

9. Do you have any autoimmune diseases? Yes ☐  No ☒

10. If yes, check the following which describes you:

| Autoimmune Disease | Yes |
|---|---|
| Lupus | ☐ |
| Rheumatoid arthritis | ☐ |
| Celiac disease | ☐ |
| Type 1 diabetes | ☐ |
| Sjogrens disease | ☐ |
| Vitiligo | ☐ |
| Hashimoto's | ☐ |
| Other: | ☐ |

11. Were you taking any medications when your hair loss began? Yes ☒  No ☐

| Medication |
|---|
| Taxotere as indicated in Section V (11) |
| Cyclophosphamide as indicated in Section V (11) |
| Doxorubin as indicated in Section V (11) |

Hair Care

12. How often do you wash/shampoo your hair? Every <u>2</u> days

13. Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | Yes | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | ☒ | 07/1/1960 to 03/--/2011 <br> ☐ Present | 2-3 times a week |
| Hair dyed | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Hair highlighted | ☒ | 07/1/1975 to 02/1/2006 <br> ☐ Present | A few times a year |
| Braids | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Weaves | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Tight hairstyles (ponytails) | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Extensions | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |
| Other: | ☐ | --/--/---- to --/--/---- <br> ☐ Present | Never |

14. Have you ever used the following?

| Hair Treatment | Yes |
|---|---|
| WEN Cleansing Conditioners | ☐ |
| Unilever Suave Professionals Keratin Infusion | ☐ |
| L'Oréal Chemical Relaxer | ☐ |

15. Has your hair care regimen been different in the past? Yes ☐  No ☒

    a) If yes, describe:

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | Yes |
|---|---|
| Folic Acid supplementation | ☐ |
| Minoxidil | ☐ |
| Other: | ☐ |

17. Did you wear a cool cap during chemotherapy treatment?  Yes ☐  No ☒

18. If yes, which cooling cap did you wear:

19. Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss?  Yes ☐  No ☒

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
|  | --/--/---- |  |  |

21. Has anything helped your hair loss? Yes ☐  No ☒

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |  |  |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  <u>Around five (5) years</u>

24. Has any hair regrowth occurred? Yes ☒  No ☐

25. Have you ever worn a wig to conceal your hair loss? Yes ☒  No ☐

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 02/--/2011 to --/--/----<br>☑ Present | Does not recall dates used;<br>Period of use: one to six hours everyday. | Wig World | $130.00 |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1. Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight (8) years and the reason for consulting the healthcare provider or mental healthcare provider.

**YOU MUST INCLUDE YOUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, GYNECOLOGIST, OBSTETRICIAN, AND PRIMARY CARE PHYSICIAN, ALONG WITH ANY OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|------|------|------|------|------|
| Carinder, Dr. James | Oncologist | 1120 Robert Blvd. Suite 330, Slidell, LA 70458 | 02/4/2011 to 08/13/2013 ☐ Present | Breast cancer treatment, follow-ups, and check-ups. |
| Dufrechou, Dr. Nicole | Dermatologist | 350 Gateway, Suite A Slidell, LA 70461 | 12/12/2011 to 12/30/2011 ☐ Present | Checked mole on head, removed mole and stitches. |
| Hightower, Dr. Steven | Radiologist | 1495 Gause Blvd. Slidell, LA 70458 | 09/29/2011 to --/--/---- ☒ Present | Radiation treatments and tests, and ordering mammograms |
| Miller, Dr. Bryan | Primary Care | 140 E I-10 Service Rd. Slidell, LA 70461 | 01/9/2011 to 12/1/2011 ☐ Present | Reason for consultation, blood work, regular check-up. |
| Shafor, Dr. Robert | Surgeon | 1051 Gause Blvd. Slidell, LA 70458 | 02/9/2011 to 02/9/2011 ☐ Present | Gallbladder Surgery |
| Lagarde, Dr. Marie C. | Surgeon | 110 Lakeview Lane Suite 200 Covington, LA 70433 | 02/4/2011 to 02/7/2011 ☐ Present | Ultrasound and biopsies. |
| Schulties, Dr. Stefanie | Primary Care | 95 Judge Tanner Blvd. Covington , LA 70433 | 02/1/2010 to 12/31/2011 ☐ Present | Bilateral breast ultrasound and physical. |
| Karlin, Dr. Richard | Surgeon | 433 Plaza St. Boglausa , LA 70427 | 02/4/2011 to 08/2/2011 ☐ Present | Surgery for breast cancer. |
| Collins- Burow, Dr. Bridgett | Oncologist | 150 South Liberty St. New Orleans, LA 70112 | 01/1/2016 to --/--/---- ☒ Present | Check-ups. |
| Hernandez, Dr. Steven | Liver Coordinator | 1415 Tulane Ave. New Orleans, LA 70001 | 09/29/2014 to 09/15/2015 ☐ Present | Blood work and testing. |
| Baez, Raymond | Family Medicine | 2750 Gause Blvd E Slidell, LA 70461 | 06/1/2012 to --/--/---- ☒ Present | wellness checks, physicals |
| Narcisse, Adela  M. | OB/GYN | 105 Medical Center Drive, #303 Slidell, LA 70461 | 10/1/2016 to 10/1/2016 ☐ Present | Gynecological exam |
| Larcena, Allan | Internal Medicine | 105 Medical Center Drive, #301 Slidell, LA 70461 | 05/6/2011 to 05/6/2011 ☐ Present | wellness check |
| Hedgepeth, Glenn | Gastro/Internist | 207 Highland Park Plaza Covington, LA 70433 | 06/1/2008 to 04/9/2012 ☐ Present | gastro |
| Duffour, Rory | Family Medicine | 1400 W. Highway 190 Slidell, LA 70460 | 06/1/2007 to 06/1/2007 ☐ Present | Wellness check |

Hospitals, Clinics, and Other Facilities:

2. Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(8)years:

**YOU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOGY, IMAGING, BIOPSIES, CHEMOTHERAPY, CHILD BIRTHS, GYNECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH ANY OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|------|---------|-------|----------------------|
| Northshore Oncology Associates LLC | 1120 Robert Blvd,Suite 330 Slidell , LA 70458 | 02/4/2011 to 01/1/2014 ☐ Present | Breast cancer check-ups and exams |
| Lakeview RMC's Women's Center | 95 Judge Tanner Blvd. Covington, LA 70433 | 02/4/2011 to 02/4/2011 ☐ Present | Breast cancer exams and treatments. |
| Drs. Schultis, Landry, and Guillory Ultrasound | 1001 Gause Blvd. Slidell, LA 70458 | 02/7/2011 to 02/9/2011 ☐ Present | Radiology |
| SMH Imaging Center | 1495 Gause Blvd. Slidell, LA 70458 | 02/18/2011 to 02/25/2011 ☐ Present | Whole body CT scan |
| Slidell Memorial Hospital | 1001 Gause Blvd. Slidell, LA 70458 | 02/25/2011 to 02/25/2011 ☐ Present | Final Diagnoses |
| Bogalusa Medical Center | 433 Plaza Street Bogalusa, LA 70427 | 03/10/2011 to 03/11/2011 ☐ Present | Operative Procedure |
| SMH Imaging Center | 1495 Gause Boulevard Slidell, LA 70458 | 09/24/2014 to --/--/---- ☑ Present | Bone Density Study, yearly mammograms. |
| Ochsner Medical Center | 105 Medical Center Dr. #301 Slidell, LA 70461. | 01/1/2009 to 12/1/2009 ☐ Present | Physician wellness check. |
| Slidell Memorial Hospital- Dr. Bryan Miller | 140 E I-10 Service Rd. Slidell, LA 70458 | 01/1/2011 to 12/1/2011 ☐ Present | Primary Care, reason for consultation. |
| St. Tammany Park Plaza Gastroenterology & Internal Medicine (Dr. Glenn D. Hedgpeth) | 207 Highland Park Plaza Covington, LA 70433 | 06/1/2008 to 06/1/2008 ☐ Present | Wellness check, physical exam, labs. |
| Cancer Care of Louisiana (no longer in business; Dr. Carinder is now Northshore Oncology Associates) | clinic closed - see Northshore Oncology Associates | 02/??/2011 to 02/??/2011 ☐ Present | Cancer treatment |
| Advanced Laser Care | 110 Lakeview Dr Covington, LA 70433 | 02/1/2010 to 12/31/2011 ☐ Present | This is one of Dr. Stefanie Shultis' office |

Laboratories:

3.  Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|------|---------|-------|------|------------------|
| St. Tammany Parish Hospital | 1202 South Tyler St. Covington, LA 70433 | 02/4/2011 to 02/9/2011 ☐ Present | Biopsies | Check for cancer |
| Clarient Diagnostic Services | 31 Columbia Allso Viejo, CA 92656 | 02/7/2011 to 02/7/2011 ☐ Present | HER-2, ER/PR | Left biopsy |
| Slidell Memorial Hospital | 1001 gause Blvd. Slidell, LA 70458 | 10/19/2012 to 10/19/2012 ☐ Present | Specimen Grn Collected | General chemistry, blood work |
| Tulane Medical Center | 1415 Tulane Ave. New Orleans, LA 70112 | 03/11/2014 to 09/15/2015 ☐ Present | Blood tests | Blood work |

| Name | Address | Dates | Test | Reason for Tests |
|------|---------|-------|------|------------------|
| St. Tammany Park Plaza Gastroenterology & Internal Medicine (Dr. Glenn D. Hedgpeth) | 207 Highland Park Plaza Covington, LA 70433 | 06/1/2008 to 06/1/2008 ☐ Present | Physical exam, labs (unknown). | Physical and/or wellness check. |
| Ochsner Medical Center | 105 Medical Center Dr. #301 Slidell, LA 70461 | 01/1/2009 to 12/1/2009 ☐ Present | Physical exam, labs, paps. | Physical, labs, and wellness check. |
| Rowland Duffour Clinic Inc. | 1400 W. Highway 190 Slidell, LA 70460 | 06/1/2007 to 06/31/2007 ☐ Present | Physical exam, labs, paps. | Physical, labs, and wellness check. |
| Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1996-2006), therefore this information is "UNKNOWN." | Unknown. Unknown., LA Unknown. | 01/1/1996 to 12/12/2006 ☐ Present | Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1996-2006), therefore this information is "UNKNOWN." | Plaintiff Barbara Earnest does not recall seeing any medical doctors, radiologists, OB/GYN doctors or primary care physicians between the years (1996-2006), therefore this information is "UNKNOWN." |

Pharmacies:

4. To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|------|---------|-------|-------------|
| Walgreens Pharmacy | 1504 Gause Blvd Slidell, LA 70458 | 01/1/2008 to 03/17/2015 ☐ Present | Gabapentin 600mg tablets, Anastrozole 1mg tablet; VIT D 50,000 IU D2 (ERGO) Caps |
| WalMart | 167 Northshore Blvd Slidell, LA 70460 | 01/1/2006 to 06/1/2015 ☐ Present | Cold medicine, Ibuprofen, and pain pills. |
| CVS Mail-Order | 1305 Gause Blvd. Slidell, LA 70458 | 01/1/2015 to --/--/---- ☑ Present | Medications (Not specified) |

Retailers:

5. Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|------|---------|-------|-----------|
| Walgreens Pharmacy | 1504 Gause Blvd. Slidell, LA 70460 | 01/1/2008 to 06/1/2015 ☐ Present | Gabapentin 600mg tablets, Anastrozole 1mg tablet, cold medicine. |
| CVS Mail-Order | 1305 Gause Blvd. Slidell, LA 70458 | 01/1/2015 to --/--/---- ☑ Present | Medications (Not Specified). |
| Walmart | 167 Northshore Blvd Slidell, LA 70460 | 01/1/2006 to 06/1/2015 ☐ Present | Cold medicine, Ibuprofen, pain medication. |
| Wig World | 3515 18th Street Metairie, LA 70002 | 02/1/2011 to --/--/---- ☑ Present | Wigs and hair products. |

Insurance Carriers:

6. Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured & SSN | Policy Number | Dates of Coverage |
|---------|---------|----------------------|---------------|-------------------|
| Peoples Health Secure Health (HMO SNP) | P.O. Box 7890 Metairie, LA 70010 | Earnest, Barbara M 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 | G0015458801 | 01/1/2011 to --/--/---- ☑ Present |
| Medicaid of LA | PO Box 91020 Baton Rouge, LA 70821 | Earnest, Barbara M 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 | 7770002334102 301 | 01/1/2011 to --/--/---- ☑ Present |
| Pan American Life | P.O. Box 99007 Lubbock, TX 79490 | Earnest, Ralph L 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 | US00021146 | 01/1/2010 to 12/31/2010 ☐ Present |
| Amerigroup | 3850 Causeway Blvd. Metairie, LA 70002 | Earnest, Barbara M 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 | 3183174482836 | 01/1/2009 to 06/1/2009 ☐ Present |
| BlueCross/ BlueShield | P.O. Box 98024 Baton Rouge, LA 70894 | Earnest, Ralph L 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 | Do not recall | 01/1/2007 to 12/31/2009 ☐ Present |
| LaCare | P.O. Box 83580 Baton Rouge, LA 70884 | Earnest, Barbara M 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 | 90585567 | 03/1/2012 to 12/31/2012 ☐ Present |

## IX.   DOCUMENT REQUESTS AND AUTHORIZATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|:---:|:---:|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet.<br>*Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | ☒ | ☐ | |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twelve (12) years. | ☒ | ☐ | |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | ☒ | ☐ | |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | ☐ | ☒ | Never did blood tests for hair loss. |
| Pathology reports and results of biopsies performed on you related to your hair loss.<br>*Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | ☐ | ☒ | No pathology reports and results of biopsies performed for hair loss. |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years. | ☐ | ☒ | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 70458.<br><br>Walgreens Pharmacy 1504 Gause Blvd Slidell, LA 70458.<br><br>CVS Mail-Order 1305 Gause Boulevard, LA 70458. |
| Documents identifying all chemotherapy agents that you have taken. | ☒ | ☐ | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | ☐ | ☒ | N/A |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | ☐ | ☒ | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 70458. |
| Advertisements or promotions for Taxotere®. | ☐ | ☒ | FDA websites. |
| Articles discussing Taxotere®. | ☐ | ☒ | FDA websites. |
| Any packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®.<br>*Plaintiffs or their counsel must maintain the originals of these items.* | ☐ | ☒ | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 70458. |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®. *Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | ☐ | ☒ | Slidell Memorial Hospital 1001 Gause Blvd. Slidell, LA 70458. |
| Documents obtained directly or indirectly from any of the Defendants. | ☐ | ☒ | N/A |
| Communications or correspondence between you and any representative of the Defendants. | ☐ | ☒ | N/A |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | ☒ | ☐ | |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | ☐ | ☒ | Bachus & Schanker. |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | ☐ | ☒ | Plaintiff Barbara Earnest does not recall posting on social media or internet posts or through any site relating to Taxotere or Docetaxel or any of her claims in this lawsuit. |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter. | ☐ | ☒ | Plaintiff Barbara Earnest is not making a claim for loss of earnings or earning capacity. |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | ☐ | ☒ | Supplemental Answer |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | ☐ | ☒ | N/A |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | ☐ | ☒ | N/A |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | ☐ | ☒ | N/A |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|:---:|:---:|---|
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | ☐ | ☒ | Plaintiff Barbara Earnest does not recall taking any photographs that were representative of her hair composition during treatment with Taxotere or Docetaxel. |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |
| Photographs of you that are representative of your hair composition in present day. | ☒ | ☐ | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☒ | ☐ | |

## X.  DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|

EARNEST, BARBARA                                    32                                    Plaintiff ID 1175