UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits H and I to its Reply Motion to Exclude Expert Testimony on Specific Causation Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits H and I (Rec. Doc. 7612-8 and 7612-9) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE