UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5)  JUDGE MILAZZO MAG. JUDGE NORTH  NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SAGENT PHARMACEUTICALS, INC.      Civil Action No.: 2:18-CV-13425 |
| THIS DOCUMENT RELATES TO:  NODIA MCCLARRIN v. SANOFI-AVENTIS U.S. LLC, et al. |  |  |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sagent Pharmaceuticals, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 12th day of July, 2019.

          Respectfully submitted,

          */s/ Sarah Shoemake Doles*
          Jeffrey J. Lowe, #35114MO
          Sarah Shoemake Doles, #45747MO
          Alyson M. Petrick, #68323MO
          **CAREY DANIS & LOWE**
          8235 Forsyth Blvd, Suite 1100
          Saint Louis, MO 63105
          Telephone: (314) 725-7700
          Fax: (314) 721-0905
          jlowe@careydanis.com
          sdoles@careydanis.com
          apetrick@careydanis.com

          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: July 12, 2019          */s/ Sarah Shoemake Doles*