**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

                            **ORDER**

        Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits

A, C, D, E, and F to their Reply in Support of Motion To Exclude Expert Testimony of Dr. David

A. Kessler, M.D., J.D. Under Seal;

        IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file

Exhibit A, C, D, E, and F (Rec. Doc. 7616-1, 7616-3, 7616-4, 7616-5, and 7616-6) UNDER SEAL.

        New Orleans, Louisiana, this ___ day of _____, 2019.


                              _____
                              UNITED STATES DISTRICT JUDGE