# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4    ------------------------------x

 5    IN RE: TAXOTERE (DOCETAXEL)    ) MDL No. 2740

 6    PRODUCTS LIABILITY LITIGATION  ) Section: "H"

 7    This Document Relates to:      ) JUDGE MILAZZO

 8    ALL CASES                      ) MAG. JUDGE NORTH

 9    ------------------------------x

10

11                    V O L U M E   I I

12

13        DEPOSITION OF CHANDRA N. SMART, M.D.

14             SANTA MONICA, CALIFORNIA

15              THURSDAY, MAY 23, 2019

16                   10:27 A.M.

17

18

19

20

21

22    Job No.: 217462

23    Pages: 144 - 188

24    Reported by: Leslie A. Todd
```

```
 1   published articles also refer to probable stem
 2   cell origin of PCIA, do they not?
 3        A    I'm not familiar with exactly what
 4   Dr. Shapiro -- you know, what he said in his
 5   deposition.  So...
 6        Q    Have you read his -- his articles?
 7        A    Do you have them?  I don't recall.
 8        Q    Have you read the CME article that --
 9   that he published?
10        A    I read a bunch of articles.  I don't
11   have -- I can't remember all of the specific ones.
12        Q    All right.  I may pull that out in a
13   moment.
14             As I understand it, and I understand
15   that you -- if I'm correct, you've testified that
16   you're not an expert on -- on these stains, Ki15
17   or Ki -- or excuse me, withdrawn.
18             As I understand it, you've acknowledged
19   that you're an expert -- strike that one more
20   time.
21             I don't want to take you out of your
22   field, and I understand that you've acknowledged
23   that you're not an expert in these -- these
24   stains, either the cytokeratin 15 or the Ki67, and
```