# EXHIBIT B

**SURGICAL PATHOLOGY REPORT:**

PATIENT NAME: D
DOB:

CASE# CT18-8611

**CLINICAL HISTORY:**
Patient is a 66-year-old female with a history of breast cancer, status-post mastectomy followed by a multi-drug chemotherapy regimen and treatment with an Aromatase inhibitor. Also has a history of obesity, hypertension, a heart murmur, Vitamin D deficiency, and anemia.

**ADDENDUM TO REPORT RESULTS OF IMMUNOHISTOCHEMICAL STAINS**
**FINAL DIAGNOSIS:**

- A. SCALP, RIGHT ANTERIOR (PUNCH BIOPSY):
  - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
  - Ki-67 immunohistochemical stain is positive

- B. SCALP, RIGHT PARIETAL (PUNCH BIOPSY):
  - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
  - Ki-67 immunohistochemical stain is positive

   COMMENT:
   The positive staining of cells in the follicular epithelium indicates that there are proliferating stem cells present.

**MICROSCOPIC DESCRIPTION:**
Performed.

SIGNATURE: *[signature]*

DATE: 4/30/19

**SURGICAL PATHOLOGY REPORT:**

PATIENT NAME: E.
DOB:

CASE# CT18-8612

**CLINICAL HISTORY:**
Patient is a 68-year-old female with a history of breast cancer, status-post lumpectomy followed by chemotherapy. Also has a history of pre-diabetes, obesity, hypertension, high cholesterol, as well as vitamin and iron deficiencies.

**ADDENDUM TO REPORT RESULTS OF IMMUNOHISTOCHEMICAL STAINS**
**FINAL DIAGNOSIS:**

A. SCALP, LEFT VERTEX (PUNCH BIOPSY):
   - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
   - Ki-67 immunohistochemical stain is positive

B. SCALP, RIGHT OCCIPITAL (PUNCH BIOPSY):
   - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
   - Ki-67 immunohistochemical stain is positive

COMMENT:
The positive staining of cells in the follicular epithelium indicates that there are proliferating stem cells present.

**MICROSCOPIC DESCRIPTION:**
Performed.

SIGNATURE: *[signature]*

DATE: 4/30/19

**SURGICAL PATHOLOGY REPORT:**

PATIENT NAME: F
DOB:

CASE# CT18-8610

**CLINICAL HISTORY:**
Patient is a 47-year-old female with a history of breast cancer, status-post mastectomy followed by multi-drug chemotherapy, as well as treatment with an Aromatase inhibitor and Tamoxifen. Also has a history of metabolic syndrome, hypertension, high cholesterol, obesity, pre-diabetes, and Vitamin D deficiency. She is also in a state of surgically induced menopause.

**ADDENDUM TO REPORT RESULTS OF IMMUNOHISTOCHEMICAL STAINS**
**FINAL DIAGNOSIS:**

A. SCALP, LEFT PARIETAL (PUNCH BIOPSY):
   - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
   - Ki-67 immunohistochemical stain is positive

B. SCALP, LEFT VERTEX (PUNCH BIOPSY):
   - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
   - Ki-67 immunohistochemical stain is positive

COMMENT:
The positive staining of cells in the follicular epithelium indicates that there are proliferating stem cells present.

**MICROSCOPIC DESCRIPTION:**
Performed.

SIGNATURE: _____
DATE: 4/30/19