# EXHIBIT C

Page 380

1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
2
     IN RE:  TAXOTERE (DOCETAXEL)  MDL NO. 2740
3    PRODUCTS LIABILITY LITIGATION  SECTION: H
4    This document relates to:
     Antoinette Durden, Case No. 2:16-cv-16635
5    Tanya Francis, Case No. 2:16-cv-17410
     Barbara Earnest, Case No. 2:16-cv-17144
6    _____
     CONTINUING VIDEOTAPED EXPERT DEPOSITION
7    CURTIS THOMPSON, M.D.
8
     TAKEN IN BEHALF OF DEFENDANTS
9    WEDNESDAY, APRIL 3, 2019
     at 8:35 A.M.
10
11
     5200 Meadows Drive
12   Lake Oswego, Oregon
13
14   BE IT REMEMBERED THAT, the continuing videotaped
     expert
15   deposition of CURTIS THOMPSON, M.D., was taken before
     K.M, Court Reporter and Notary Public for
16   the State of Oregon, on Wednesday, April 3, 2019,
     commencing at the hour of 8:35 a.m., the proceedings
17   being
     reported at 5200 Meadows Drive, Lake Oswego, Oregon.
18
19
20
21
22
23
24
25

1   it's not a stem cell anymore.

2        Q.    So you did the Cytokeratin 15 stain.  And

3   the Cytokeratin 15 stain is a stain to see if

4   there's stem cells in the bulge region of the hair

5   follicle?

6        A.    Not entirely, no.

7        Q.    How is that inaccurate?

8        A.    It's not a definitive stem cell marker.

9   It stains other cells.

10        Q.    The stem cells are present, the

11   Cytokeratin 15 stains are positive, right?

12        A.    Yes, that's fair to say.

13        Q.    And if the stem cells were destroyed in

14   the bulge region, there would be -- the Cytokeratin

15   15 stain would test negative?

16        A.    Probably, yes.  It could stain other cells

17   though.  I already said it stains other cells other

18   than stem cells.  So it stains all basal cells of

19   the follicle. So even if they're destroyed, it could

20   still have staining of other cells.  It's not a

21   specific marker.

22        Q.    Ki-67 stain is a stain to test to see if

23   cells are dividing, right?

24        A.    Growing not dividing.

25        Q.    What's the distinction between growing and

1   dividing?

2        A.   Growing is growing.  And dividing is when

3   a cell is going from one cell into two.  It's a

4   specific moment.

5        Q.   The thought is with the Ki-67 stain is if

6   the stem cells were not present they would not be

7   growing and so it would test negative, right?

8        A.   No.

9        Q.   Why did you do the Ki-67 stain?

10        A.   This was all part of -- you know, as I

11   said before, I'm a researcher in hair loss, and it

12   was an investigational project, just a pilot project

13   to look at permanent chemotherapy-induced alopecia

14   and what it showed with these stains.  If you look

15   at the published research that I do, it's centered

16   around using these non FDA-approved investigational

17   antibodies to look for characteristics of the

18   different diseases.

19        Q.   The hypothesis for why you did the Ki-67

20   staining was that if the chemotherapy had killed the

21   stem cell, the Ki-67 would test negative?

22        A.   No.  No, it's not that.  It's more

23   complicated.

24        Q.   Can you explain it?

25        A.   These -- these antibodies, as I said, are

1   nonspecific.  Like the Cytokeratin 15 is not a

2   definitive stem cell marker, and Ki-67 hits any cell

3   that's growing. And you use these and published with

4   the Cytokeratin 15 on other hair diseases, permanent

5   hair diseases.  So the interest was in seeing what

6   might be different in this disease than the other

7   diseases.

8           Unfortunately, we don't have, like, all

9   these investigational antibodies.  We -- like, 25

10  years ago we had two of them and we got more.  But

11  we don't have really good definitive antibodies.

12  And to date, even despite all the work I've done,

13  there's no antibody that has -- one of these non

14  FDA-approved antibodies that has utility in

15  diagnostics.

16      Q.   You would expect if a cell was dead, like

17  a stem cell, that the Ki-67 would test negative,

18  right?

19      A.   No.  Dead cells have antigens too, so they

20  can still stain.

21      Q.   They wouldn't be growing if they were

22  dead, would they?

23      A.   They could still have these antigens.

24  They could still have the molecule there so --

25      Q.   If a cell was not present, the Ki-67 would

1   I've used this -- this publication and the prior

2   lichen planopilaris publication, we've tried

3   Cytokeratin 15 on basically all of the hair loss

4   diseases.  And this publication, specifically this

5   letter to the publication, specifically address the

6   lack of utility.  So I wouldn't say -- as once again

7   I said, this isn't a red light, green light.  It's a

8   staining pattern, and I was just looking to see what

9   the staining pattern showed.  I didn't have any -- I

10  did not enter into it with any idea that it would be

11  a diagnostic utility.

12  BY MR. SEARS:

13      Q.   Your thought for why you wanted to do

14  that, though, is that if chemotherapy is killing the

15  stem cell in the bulge region, and Cytokeratin 15

16  stains stem cells, it could potentially -- the

17  Cytokeratin 15 could potentially stain negative,

18  right?

19          MR. THORNTON:   Objection, form.

20          THE WITNESS:  We're going around the block

21  here a little bit, but as I said before, first of

22  all loss of Cytokeratin 15 expression using this

23  immunohistochemical staining, which is not FDA

24  approved, only tells you that that antigen is not

25  there anymore.  It doesn't tell you whether the

1    cell's alive or dead or can divide again or is -- so

2    this not the magic hammer.  It's just one of the

3    limited tools we have in investigation and hair

4    follicle biology and hair loss diseases.

5              So as I said before, it's not a red light,

6    green light.  It's not dead or alive, there or not

7    there. It's looking for patterns of staining,

8    because as I said before, almost all these diseases

9    have positive cells and negative cells.  So it's

10   not, like, you know, it's just a wasteland of

11   absence.  So we're just looking for patterns of it.

12             And it's a little bit of -- these are --

13   we only have a couple hammers, so we when we get a

14   nail, we can only use -- we have to use these

15   limited tools on it. But it's a staining pattern not

16   a -- not trying to prove whether a stem cell is

17   there or not or dead or alive. There's really

18   nothing that can be done for that at this time.

19   BY MR. SEARS:

20        Q.   What staining pattern would've you seen

21   that would have made you think that it was caused by

22   chemotherapy if it -- for instance, Cytokeratin 15

23   --

24        A.   I don't know.  I was just throwing it at

25   it and -- to see if there was anything there, just

1   like we've done with every other published disease.

2       Q.   I guess the flip side, if it wasn't caused

3   by chemotherapy -- if the alopecia wasn't cause by

4   chemotherapy, what staining pattern would you expect

5   to see with Cytokeratin 15?

6           MR. THORNTON:  Objection, form.

7           THE WITNESS:  Well, they're all different

8   patterns so -- one of the big points in these, as

9   you have said, once the follicle is gone or the cell

10  is gone, there's no staining anymore because there's

11  nothing to stain.  It's not there anymore.  So if

12  it's not there anymore, you can't stain it and

13  that's about the best we do.

14  BY MR. SEARS:

15      Q.   So if the stem cell was gone, it wasn't

16  present, the Cytokeratin 15 would not stain it

17  positively, right?

18          MR. THORNTON:  Objection, form.

19          THE WITNESS:  If the stem cell's gone,

20  there's nothing to stain.

21  BY MR. SEARS:

22      Q.   And so if a chemotherapy drug killed the

23  stem cell in the bulge region and the stem cell is

24  gone, the Cytokeratin 15 would stain negative?

25      A.   But it could still stain --

Page 452

1      Q.   When did it become clear to you that the

2   Cytokeratin 15 and Ki-67 staining for Ms. Earnest,

3   Ms. Francis, and Ms. Durden did not have utility?

4      A.   As soon as I looked at them, and there's

5   an email on the day that I think I sent everybody.

6      Q.   But before that, before you looked at

7   them, you thought that there might be some utility

8   in running those tests?

9      A.   Well, it's all we have.  And if you look

10  back at the publication that we were looking at the

11  letter response to, it was chalking up yet another

12  entity into the lack of utility of Cytokeratin 15.

13  It's not very often that you get six biopsies from

14  three patients on permanent chemotherapy-induced

15  alopecia, because these patients by and large don't

16  receive biopsies.  It's the last thing they need is

17  more surgery after what they've been through.  So

18  seeing six biopsies roll in the door all at once is

19  a nice provisional investigation, you know, it's

20  good material to do that with.

21      Q.   So if I understand your answer, you

22  thought that, yes, there was some utility in running

23  the Cytokeratin 15 and Ki-67 staining for Ms.

24  Earnest, Ms. Francis and Ms. Durden?

25      A.   Yeah.  Well ---

1          MR. THORNTON:  Objection; form.

2          THE WITNESS:  -- my own research is to

3    learn more about these diseases and that was the --

4    that was the direction.

5    BY MR. SEARS:

6          Q.   I know eventually you concluded that there

7    was not utility in the test.

8          A.   Yes.

9          Q.   And you concluded -- well, I guess there

10   was the determination even though at one point you

11   thought the test had utility, not to include it in

12   your Rule 26 report?

13         MR. THORNTON:  Objection; form.

14         THE WITNESS:  Well, the utility was going

15   to be whether it had any utility to blow it up into

16   a larger study.  I don't think -- I don't think I

17   had ideations that it was going to have utility in

18   the diagnostics for these particular cases.

19   BY MR. SEARS:

20         Q.   If it did have utility, you would have

21   included it in your report, right?

22         A.   Not before doing larger studies that had

23   controls.

24         Q.   We looked earlier at an email that said if

25   it added to the information, you would have included

```
 1        A.    Yes.

 2        Q.    -- Ms. Francis, and Ms. Earnest?

 3        A.    Yes.

 4        Q.    So the Cytokeratin 15 tested positive in

 5   Ms. Earnest, Ms. Durden, and Ms. Francis' tissue?

 6        A.    In these structures, yeah.  We use --

 7        Q.    You wrote because it tested positive you

 8   did not pursue this further, right?

 9        A.    Yes.

10        Q.    If it tested negative, would've you

11   pursued it further?

12        A.    Yes.

13        Q.    Because it tested positive in Ms. Earnest,

14   Ms. Francis, and Ms. Durden, is that an indication

15   to you that their stem cells were not damaged?

16             MR. THORNTON:  Objection; form.

17             THE WITNESS:  No.  Because we're talking

18   about these basaloid bodies here.  And we don't --

19   there's a whole glob of these cells also called

20   telogen bodies, and they're not stem cells.  Maybe

21   one of them is.

22   BY MR. SEARS:

23        Q.    You talked about how if it did test

24   negative, you would have pursued it further.

25   Would've you pursued it further, then, because it
```

Page 493

1    would have fit with your theoretical mechanism of

2    action for why chemotherapy can result in ongoing

3    alopecia?

4              MR. THORNTON:  Objection to the form.

5              THE WITNESS:  No.  Like you said before,

6    my interest in this level, this using patient

7    tissue, is in looking for staining patterns that are

8    different and specific for diseases.  So these

9    telogen bodies or basaloid bodies, we see them in

10   normal -- we see them in androgenetic.  We see them

11   in permanent chemotherapy-induced alopecia.  We see

12   them in the subacute phase of alopecia areata, hair

13   loss with psoriasis when you have it on your scalp.

14   And they all have to be taken in the context of the

15   other histopathology.  But we do know when you do

16   immunohistochemical staining with the Cytokeratin 15

17   antibody that I purchase and have, it stains these

18   bodies. And they're one of the features of

19   chemotherapy-induced alopecia, the permanent.

20   BY MR. SEARS:

21       Q.   So if the Cytokeratin 15 tested negative

22   in the pathology samples for Ms. Earnest, Ms.

23   Durden, and Ms. Francis, why would've you pursued it

24   further?

25              MR. THORNTON:  Objection.

1            THE WITNESS:  Because it needs to be

2    investigated in a controlled study with positive and

3    negative controls.  You can't publish something off

4    of six biopsies from three patients.  It's quite a

5    bit more complicated than that.

6    BY MR. SEARS:

7        Q.    And in doing that additional research,

8    would've you been seeking to confirm your hypothesis

9    for why chemotherapy may cause ongoing alopecia

10   after the completion of chemotherapy?

11           MR. THORNTON:  Objection; form.

12           THE WITNESS:  It could eventually lead to

13   that, but my initial investigation, which would

14   probably take years, would be to turn it into a

15   diagnostic tool.

16   BY MR. SEARS:

17       Q.    The next paragraph down in your email says

18   "Perhaps redacted has access or knowledge of other

19   antibodies to the follicular stem cells which I

20   don't know about.  When I first work with

21   Cytokeratin 15, I also tested an antibody toward

22   Nestin, but the staining was nonspecific.  I did

23   only test one source of the Nestin." Did I read that

24   correctly?

25       A.    Yes.