# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
     _____
 4
     IN RE:  TAXOTERE (Docetaxel)    *   MDL No. 2740
 5   PRODUCTS LIABILITY LITIGATION   *   Section: H(5)
 6   _____
 7   This Document Relates to:
 8   All cases.
     _____
 9
10
11
                            Volume 3
12
13       The video deposition of PORCIA BRADFORD LOVE, M.D.,
14    taken at Bradley, Arant, Boult, Cummings, LLP,
15    445 Dexter Avenue, Montgomery, Alabama,
16    on the 19th day of June, 2019, commencing
17    at approximately 3:03 p.m.
18
19
20
21
22
23
24
25
```

```
 1   it's not --

 2   MR. MICELI:

 3   Q         You came to that conclusion --

 4             Oh, I'm sorry.

 5   A         If it's not there -- if it's not

 6   positive -- if it's not present, then -- or if it

 7   is present, then the stem cells are there.

 8   Q         Okay.

 9   A         If the marker's present, then the cells

10   are proliferating.

11   Q         Okay.  But we've already agreed that

12   Ki-67 will react to any cells proliferating, and,

13   so, that doesn't have to be follicular stem

14   cells; right?

15   A         Correct.

16   Q         Okay.  So if Ki-67 tests positive, that

17   doesn't mean that stem cells are proliferating.

18   It could mean derma cells are proliferating;

19   correct?

20   MR. McRAE:

21             Object to the form.

22   A         Correct.

23   MR. MICELI:

24   Q         So -- so Ki-67, we can agree, then,

25   tells us nothing simply by the fact that it shows
```

```
 1   cells proliferating; right?

 2   MR. McRAE:

 3            Object to the form.

 4   A        Correct.

 5   MR. MICELI:

 6   Q        Okay.  So now we're left with Ki- --

 7   or -- excuse me -- cytokeratin 15.  And you've

 8   already told us during the beginning of this

 9   deposition that -- that you don't have experience

10   with cytokeratin 15; right?

11   MR. McRAE:

12            Object to the form.

13   A        Correct.

14   MR. MICELI:

15   Q        Okay.  So you come into this exercise

16   in trying to figure out what these slides testing

17   positive or negative may mean without the

18   knowledge, training, or experience with

19   cytokeratin 15; right?

20   MR. McRAE:

21            Object to the form.

22   A        Not that particular cytokeratin, but we

23   do -- I mean, those stains are used in

24   dermatology to differentiate different tumors and

25   things like that.
```

```
 1   Q         Okay.  So that's why we know that a
 2   Ki-67 stained slide really doesn't give us any
 3   useful information about proliferation of
 4   follicular stem cells because it reacts to all
 5   cells; right?
 6   MR. McRAE:
 7             Object to the form.
 8   A         Correct.
 9   MR. MICELI:
10   Q         Okay.  Are you aware of any literature
11   that suggests that cytokeratin 15 staining is not
12   a reliable test for stem cells?
13   MR. McRAE:
14             Object to the form.
15   A         No.
16   MR. MICELI:
17   Q         Okay.  Do you know of any literature or
18   test that --
19             Let me strike that.
20             Cytokeratin 15 may react to stem cells;
21   correct?
22   A         Correct.
23   Q         But if it reacts to stem cells, it
24   doesn't -- on the scalp, it does not mean that it
25   is only reacting to follicular stem cells;
```

```
 1   correct?

 2   A         Correct.

 3   Q         So, again, a staining of positive with

 4   cytokeratin 15 does not mean that it is reacting

 5   to follicular stem cells; right?

 6   MR. McRAE:

 7             Object to the form.

 8   A         Correct.

 9   MR. MICELI:

10             Okay.  Palmer, unless you want to talk

11   some more, I think we're done.

12   MR. McRAE:

13             Well, this is Chris.  I certainly don't

14   have any -- any questions.  So I think since

15   you're asking the questions, I think we're done.

16   MR. MICELI:

17             I don't know if you're going to have

18   any questions.  Let me see if Palmer's on hold to

19   react to me.

20             You know what?  Not hearing Palmer, I

21   have nothing further.

22   MR. DARLEY:

23             Dave, one more thing before we go.  I

24   thought Palmer was gonna do this, but since he's

25   not on, I believe we wanted to introduce the
```