# EXHIBIT A

[Client Death Certificate]

# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 1052018034112

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | MICHELLE LYN HOLKUM |
| DATE OF DEATH | NOVEMBER 17, 2018 |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE-Last Birthday (Years) | 51 |
| DATE OF BIRTH | [redacted] |
| BIRTHPLACE | MISSOURI |
| IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | DECEDENT'S HOME |
| Facility Name | 8160 PIUTE ROAD LOT 109 |
| CITY, TOWN OR LOCATION OF DEATH | COLORADO SPRINGS |
| COUNTY OF DEATH | EL PASO |
| RESIDENCE - STREET AND NUMBER | 8160 PIUTE ROAD |
| APT. NO. | LOT 109 |
| ZIP CODE | 80926 |
| INSIDE CITY LIMITS | YES |
| RESIDENCE STATE | COLORADO |
| COUNTY | EL PASO |
| CITY OR TOWN | COLORADO SPRINGS |
| DECEDENT'S USUAL OCCUPATION | HOMEMAKER |
| KIND OF BUSINESS/INDUSTRY | OWN HOME |
| DECEDENT'S EDUCATION | ASSOCIATE DEGREE |
| DECEDENT OF HISPANIC ORIGIN | NO |
| DECEDENT'S RACE | White |
| EVER IN US ARMED FORCES | NO |
| MARITAL STATUS AT TIME OF DEATH | MARRIED |
| SPOUSE/PARTNER NAME | DONALD GENE HOLKUM II |
| FATHER'S NAME | HOWARD DEEL |
| MOTHER'S NAME PRIOR TO FIRST MARRIAGE | SARAJANE LOUISE WILT |
| INFORMANT'S NAME | DONALD HOLKUM |
| INFORMANT'S RELATIONSHIP TO DECEASED | SPOUSE |
| NAME OF FUNERAL HOME | ALTERNATIVE CREMATION |
| CITY AND STATE OF FUNERAL HOME | COLORADO SPRINGS COLORADO |
| WAS CORONER NOTIFIED | YES |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | AFFORDABLE CREMATORY |
| LOCATION - CITY, COUNTY, STATE | COLORADO SPRINGS EL PASO COLORADO |
| WAS DECEDENT UNDER HOSPICE CARE | YES |
| ACTUAL OR PRESUMED TIME OF DEATH | APPROX 11:45 AM |
| DATE PRONOUNCED DEAD | NOVEMBER 17, 2018 |
| TIME PRONOUNCED DEAD | 11:45 AM |
| MANNER OF DEATH | NATURAL |
| WAS AN AUTOPSY PERFORMED | NO |

### CAUSE OF DEATH

**PART I**

a. IMMEDIATE CAUSE: METASTATIC BREAST CANCER — Approximate interval Onset to death: 7 YEARS
b.
c.
d.

**PART II** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN: JONATHAN P WESTON MD 1980 DOMINIAN WAY COLORADO SPRINGS CO 80918
DATE SIGNED: NOVEMBER 19, 2018

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER: SANDRA WAY DEPUTY CORONER 2741 E LAS VEGAS STREET COLORADO SPRINGS COLORADO 80906 EL PASO
DATE SIGNED: NOVEMBER 20, 2018

DATE FILED BY REGISTRAR: NOVEMBER 21, 2018

**DATE ISSUED: DECEMBER 14, 2018**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with high resolution border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.





A. ALEX QUINTANA
STATE REGISTRAR



* 009202659 *

REV 04/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE