# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CYNTHIA CHAPMAN,<br><br>    Plaintiff<br><br>vs.<br><br>SANOFI U.S. SERVICES INC., ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br>**JUDGE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH**<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.**<br><br>**Civil Action No.: 2:19-cv-10842** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated: July 15, 2019

Respectfully submitted,

By: /s/ Hunter Shkolnik
Hunter J. Shkolnik, Esq.
**NAPOLI SHKOLNIK, PLLC**
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Hunter@NapoliLaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this July 15, 2019.

/s/ Hunter Shkolnik_____
Hunter J. Shkolnik, Esq.