# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SCHARNETTE R. PACE,<br><br>  Plaintiff<br><br>vs.<br><br>SANOFI U.S. SERVICES INC., ET AL.,<br><br>  Defendant(s) | **MDL NO. 2740**<br>**SECTION "N" (5)**<br>**JUDGE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH**<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, ACTAVIS PHARMA, INC., and ACTAVIS LLC F/K/A ACTAVIS INC.**<br><br>**Civil Action No.: 2:18-cv-13930** |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, ACTAVIS PHARMA, INC., and ACTAVIS LLC F/K/A ACTAVIS INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated: <u>July 15, 2019</u>  Respectfully submitted**,**

                                          By: <u>   /s/ Hunter Shkolnik          </u>
                                                  Hunter J. Shkolnik, Esq.
                                                  **NAPOLI SHKOLNIK, PLLC**
                                                  400 Broadhollow Road, Suite 305
                                                  Melville, NY 11747
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 843-7603
                                                  Hunter@NapoliLaw.com
                                                  ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this July 15, 2019.

                                                       /s/ Hunter Shkolnik
                                                     Hunter J. Shkolnik, Esq.