# EXHIBIT E

# Karen Barth Menzies

**From:** Karen Barth Menzies
**Sent:** Sunday, May 5, 2019 7:15 AM
**To:** Ratliff, Harley (SHB)
**Cc:** Dawn Barrios; dmoore@irwinllc.com; Oot, Patrick L. (SHB); Kyle Bachus; Dan Markoff; David Miceli; Palmer Lambert; Chris Coffin; Byard, Adrienne (SHB); Sam Griffin
**Subject:** RE: email to Harley re 30b6

Thanks for the email Harley,

We'll accept your offered date of June 7th for Topics 2 and 3, starting early and an extra hour on the 7th, with 2 questioners. Assuming the witness is able to answer the questions on behalf of the company, we will do our best and should be able to get these topics done and, if not, we'll meet and confer per CMO 9, D. 1. We appreciate that you'll work with us the designation deadlines, if needed.

As for Topic 1, you've been working with Kyle on that, so he'll need to address timing with you separately. He is not able to determine how much time he'll need until he received the documents from you all. And he'll respond to the last part of your email below.

Thanks for working to resolve this and have good rest of your weekend,
Karen

**Karen Barth Menzies | Partner**
**GIBBS LAW GROUP LLP**

**Los Angeles Office:**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045

**Main Office:**
505 14th Street, Suite 1110
Oakland, California 94612
Phone: (510) 350-9700 (Main)
Fax: (510) 350-9701
kbm@classlawgroup.com
www.classlawgroup.com

1