UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Defendants' Reply Memorandum in Support of their Motion for Summary Judgment Based on Preemption and related Exhibits A-E Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Sanofi Defendants' Reply Memorandum in Support of their Motion for Summary Judgment Based on Preemption and related Exhibits A-E UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE