UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

CASE MANAGEMENT ORDER NO. 19A
(Amendment to CMO 19 regarding selection of trial pool plaintiffs for fourth and fifth bellwether trials)

IT IS ORDERED that the date by which the Court will select a pool of plaintiffs is CONTINUED from July 19, 2019, to July 29, 2019. After the Court makes these initial selections, the parties will then have 10 days to raise objections to these selections.

New Orleans, Louisiana, this 15th day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE