UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Patsy Abbott v. Sandoz Inc. | : | |
| Civil Action No.: 2:17-CV-11709 | : | [PROPOSED] ORDER GRANTING |
| | : | PLAINTIFF'S EXPARTE/CONSENT |
| | : | MOTION FOR RELIEF FROM |
| | : | DISMISSAL |
| | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Relief from Dismissal (Doc. 7532);

**IT IS ORDERED** that the Motion is **GRANTED** and that Hospira, Inc. and Hospira Worldwide, LLC are hereby **REINSTATED** as defendants to this action, and Sandoz Inc. is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of July, 2019.

Jane T. Milazzo
United States District Court Judge