IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Janis Fowler v. Sanofi S.A. et. al* Case No. 2:16-cv-17938 | Section "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

**ORDER**

Before the Court is Plaintiff's Motion to Substitute Counsel (Doc. 7570);

**IT IS ORDERED** that the Motion is **GRANTED** and that Attorney Jennifer A. Peterson is hereby removed as counsel of record from Case No. 2:16-cv-17938. Attorney Karen Barth Menzies shall be substituted in as counsel of record for Plaintiff Janis Fowler.

New Orleans, Louisiana, this 15th day of July, 2019.

_____
The Hon. Jane Triche Milazzo