IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* | : | |
| Margaret Jeszenka v. Sanofi-Aventis U.S. LLC, et al. | : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-11766 | : : | MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Margret Jeszenka on March 29, 2019.

Dated this 16th day of July, 2019.

Respectfully submitted by,

/s/ *Peter E. Goss*
The Goss Law Firm, PC
1501 Westport Road
Kansas City, MO 64111
Telephone: (816) 336-1300
Facsimile:  (816) 336-1310
pgoss@goss-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Peter E. Goss*
          Peter E. Goss