UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**[PROPOSED] ORDER**

*EX PARTE* **MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH DISCOVERY ORDER REGARDING 30(b)(6) DEPOSITIONS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Compliance with Discovery Order Regarding 30(b)(6) Depositions (Rec. Doc. 7633) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit D) to the Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Compliance with Discovery Order Regarding 30(b)(6) Depositions UNDER SEAL.

New Orleans, Louisiana, this ___ of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1