UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY AND ARGUMENT THAT PLAINTIFF'S EXPERTS HAVE NOT PUBLICIZED / PUBLISHED OR SUBMITTED THEIR OPINIONS TO THE FDA OR ANY OTHER ORGANIZATION**
(Motion *in Limine* No. 3)

## I. INTRODUCTION

Plaintiff respectfully requests that this Court preclude counsel for Sanofi and all of its witnesses from commenting on, referring to, attempting to introduce testimony or evidence, or arguing that any of Plaintiff's expert witnesses have failed to publicize or publish any of their opinions, or have failed to submit them to the FDA or any organization.

## II. ARGUMENT

Rule 401 states that evidence is relevant if "it has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. It is axiomatic that all relevant evidence is generally admissible, while evidence that is not relevant is inadmissible. Fed. R. Evid. 402. Here, such evidence is clearly irrelevant as it is wholly unrelated and has no bearing on any fact of consequence in determining this case. Therefore, under Rules 401 and 402, such evidence should be deemed irrelevant and inadmissible at trial.

In addition, and even if the Court determines such evidence to be relevant, the trial court in its discretion may exclude such evidence if the prejudicial impact outweighs it probative value.

Rule 403 provides a familiar balancing test: "The court may exclude relevant evidence if its probative value is outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. "Unfair prejudice" within its context means an undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one. *Id*.

Plaintiff anticipates that Sanofi may attempt to suggest to the jury that the fact that Plaintiff's experts have not published, publicized, or submitted their opinions to the FDA or any other organization would mislead the jury that the lack of publication indicates that their opinions are unreliable and not trustworthy. Indeed, the introduction of such testimony and argument has no probative value because it is based on a false premise – that an expert could do what Sanofi suggests when, in fact, they are prohibited by the Protective Order in this case. Thus, creating the false impression with the jury that an expert failed to publicize their opinions is substantially and unfairly prejudicial, and is the sort of evidence that should be barred under Rule 403. In fact, this very evidence has been precluded by another sitting judge in this district on this very basis. *See, e.g., In re Xarelto (Rivaroxaban) Prods. Liab. Litig.*, MDL 2592, 2017 WL 2780760, at *4 (E.D. La. May 26, 2017) ("This Court finds that experts were retained to comment on this case and to give opinions in this case to this court in this trial. It would not, therefore, be fair to ask whether they have written any articles or books when, for the most part, they are neither obligated nor allowed to publish any opinions or tell the Government they are incorrect before the trial or ever.")

## CONCLUSION

For the foregoing reasons, and in the interests of justice and a fair trial, Plaintiff respectfully requests that Sanofi and all of its witnesses be precluded from arguing that any of Plaintiff's expert witnesses have failed to publicize or publish any of their opinions or failed to submit them to the FDA or any organization.

Dated: July 16, 2019                                              Respectfully submitted,

*/s/ Darin L. Schanker*                                           */s/ Rand P. Nolen*
Darin L. Schanker                                                 Rand P. Nolen
Bachus & Schanker, LLC                                            Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                                    2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                                  Houston, TX 77056
Phone: (303) 893-9800                                             Phone: (713) 621-7944
Fax: (303) 893-9900                                               Fax: (713) 621-9638
dschanker@coloradolaw.net                                         rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*                          *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                                       */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                                  GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                                   6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                      Los Angeles, California 90045
Phone: (504) 355-0086                                             Telephone: 510-350-9700
Fax: (504) 355-0089                                               Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                                     *Plaintiffs' Co-Lead Counsel*

<table>
<tr><td>

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

</td><td>

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

</td></tr>
</table>

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

4

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT