UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

**MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY AND EVIDENCE REGARDING "STEM CELL" STAINING**
**(Motion *in Limine* No. 5)**

Plaintiffs have filed Rule 702 motions to exclude opinions from Sanofi's experts—Dr. Love, Shapiro, and Smart—that cytokeratin 15 or Ki-67 staining performed on Ms. Earnest's tissue has import for the diagnosis of PCIA. There, Plaintiffs showed not only that each of these proffered witnesses is unqualified to opine on the subject of stem cell staining techniques but also that their opinions were wholly unreliable because no one in this litigation—except Sanofi's attorneys in the briefings and expert reports they have authored—has said: (1) that cytokeratin 15 or Ki-67 staining is capable of indicating the presence or growth of follicular stem cells; or even (2) that the presence of stem cells in the scalp has anything to do with PCIA.

In the event the Court denies Plaintiffs' Rule 702 motions, the same unreliability arguments offered therein provide independent grounds under FRE 401 for the irrelevance and exclusion of evidence and argument on this subject. Put simply, a "positive" (meaning reactive) cytokeratin 15 or Ki-67 stain means nothing—it is an inconclusive result. This has been established through the testimony of dermatopathologist Dr. Curtis Thompson, the only person involved in this litigation with any experience with stem cells in the context of hair loss. (Dep. of Curtis Thompson, M.D., 328:11-16, Feb. 26, 2019, attached hereto as Ex. A.) Dr. Thompson has explained that while a

1

"negative" (unreactive) result to a cytokeratin 15 or Ki-67 stain would suggest that no follicular stem cell is present, a "positive" (reactive) tells us very little because these stains react to a broader set of cells than just follicular stem cells.  Specifically, cytokeratin 15 stains other cells besides follicular stem cells, and Ki-67 will react to any cell (including non-stem cells) that is growing, or even antigens in a dead cell.  (Dep. of Curtis Thompson, M.D., 398:2 – 401:3, Apr. 3, 2019, attached hereto as Ex. B.)  To this, all of Sanofi's experts have agreed (or professed ignorance). (See Dep. of Chandra N. Smart, M.D. 172:2-7, May 23, 2019 ("Smart. Dep. Tr."), attached hereto as Ex. C (unreliability of cytokeratin 15); id. at 182:15-18 ("Ki 67 is not a reliable marker for stem cells.  It just tells you whether or not cells that are present, whatever cells they are, are proliferating."); Dep. of Porcia Bradford Love, M.D. 434:11 – 435:4, June 19, 2019, attached hereto as Ex. D; id. at 452:7 – 453:8, 453:20 – 454:8; Dep. of Jerry Shapiro, M.D. 211:17 - 218:20, May 19, 2019, attached hereto as Ex. E ("I would have to defer to a dermatopathologist, really.").)

Further, even if a positive cytokeratin 15 or Ki-67 stain did mean follicular stem cells were present (which it does not), "there's no established evidence in the literature to state whether or not [. . .] the stem cells being present or absent have anything to do with PCIA." (Ex. C, Smart Dep. Tr. 159:14-19; see also id. at 160:17 – 161:3 (Dr. Smart searched for and found no literature on a connection between these stains and PCIA.).)  This is why Dr. Smart did not conduct or suggest any staining of Ms. Earnest's scalp tissue—"if it's not proven in the literature, doing the stains wouldn't really add or, you know, subtract from my initial H&E diagnosis."  (Id. at 155:12 – 156:4.)  Indeed, no Sanofi expert is willing to testify that the presence or absence of stem cells has anything to do with PCIA. What's more, no plaintiff expert relies upon stem cell pathology in offering their opinions.

Accordingly, and by the admission of Sanofi's own experts, the fact that Ms. Earnest's scalp tissue was reactive with cytokeratin 15 or Ki-67 has no "tendency to make it more or less probable" that she has PCIA and is irrelevant and excludable under FRE 401.  In the alternative, if relevant at all, this evidence is so minimally probative on the issue of specific causation that the risk of misleading the jury far outweighs any reason for allowing it.  This risk is apparent from Sanofi's repeated submissions to the Court, in memoranda and in Rule 26 reports, with completely baseless—indeed, contradicted by its own experts/evidence—arguments that positive tissue stains indicate the presence and/or growth of follicular stem cells.

For these reasons, Plaintiff Barbara Earnest respectfully requests that this Court preclude counsel for Defendants and all witnesses from introducing any evidence, testimony, or argument relating to stem cell staining of Barbara Earnest's tissue by Dr. Thompson, including any suggestion that such evidence has any connection to causation of her permanent hair loss. Such evidence has no relevance to any of the facts at issue in this case. It would serve no purpose but to unfairly prejudice Plaintiff, while confusing the issues, misleading the jury, wasting time, and causing undue delay.

| | |
|---|---|
| Dated: July 16, 2019 | Respectfully submitted, |
| */s/ Darin L. Schanker* | */s/ Rand P. Nolen* |
| Darin L. Schanker | Rand P. Nolen |
| Bachus & Schanker, LLC | Fleming, Nolen & Jez, L.L.P. |
| 1899 Wynkoop Street, Suite 700 | 2800 Post Oak Blvd., Suite 4000 |
| Denver, CO 80202 | Houston, TX 77056 |
| Phone: (303) 893-9800 | Phone: (713) 621-7944 |
| Fax: (303) 893-9900 | Fax: (713) 621-9638 |
| dschanker@coloradolaw.net | rand_nolen@fleming-law.com |
| | |
| *Counsel for Plaintiff, Barbara Earnest* | *Trial Counsel for the PSC* |
| *Trial Counsel for the PSC* | |

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Dawn M. Barrios*
                                                DAWN M. BARRIOS