# EXHIBIT A

Page 322

1             UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  TAXOTERE (DOCETAXEL)

5    PRODUCTS LIABILITY LITIGATION     MDL. No. 2740

6    This Document Relates To:        Section H

7    Antoinette Durden, Case No.

8    2:16-cv-16635;

9    Tanya Francis, Case No.

10   2:16-cv-17410;

11   Barbara Earnest, Case No.

12   2:16-cv-17144

13

14

15                    VOLUME II

16

17      VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.

18              Taken in behalf of Defendants

19                  February 26, 2019

20

21

22

23

24

25      Job No. 3226563

1    A.    Yes.

2    Q.    And then you were hired to work on this

3          litigation?

4    A.    Yes.

5    Q.    Under that there's some staining that was done

6          on the 19th and the 20th.  Were those stains

7          done on the punch biopsies that were taken by

8          Dr. Claiborne?

9    A.    Yes.

10   Q.    Why did you do a Ki-67 stain?

11   A.    The initial discussion with Anne Andrews was

12         about hair loss and chemotherapy and I have done

13         research with, limited research with stem cells

14         and hair loss and other diseases, not

15         chemotherapy, and I suggested that we do some

16         research evaluation with this tissue.  It wasn't

17         clear at that time exactly what was needed from

18         me as an expert.  So I suggested that and we did

19         this, did this work.

20   Q.    Was the cytokeratin 15 staining in the Ki-67

21         staining was that contained on the slides that

22         were produced to the defendants?

23   A.    No.  We still have those slides though and they

24         can be made available.  We have them in good

25         shape.