# EXHIBIT B

Page 380

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  TAXOTERE (DOCETAXEL)   MDL NO. 2740
 3   PRODUCTS LIABILITY LITIGATION  SECTION: H
 4   This document relates to:
     Antoinette Durden, Case No. 2:16-cv-16635
 5   Tanya Francis, Case No. 2:16-cv-17410
     Barbara Earnest, Case No. 2:16-cv-17144
 6   _____
     CONTINUING VIDEOTAPED EXPERT DEPOSITION
 7   CURTIS THOMPSON, M.D.
 8
     TAKEN IN BEHALF OF DEFENDANTS
 9   WEDNESDAY, APRIL 3, 2019
     at 8:35 A.M.
10
11
     5200 Meadows Drive
12   Lake Oswego, Oregon
13
14   BE IT REMEMBERED THAT, the continuing videotaped
     expert
15   deposition of CURTIS THOMPSON, M.D., was taken before
     K.M, Court Reporter and Notary Public for
16   the State of Oregon, on Wednesday, April 3, 2019,
     commencing at the hour of 8:35 a.m., the proceedings
17   being
     reported at 5200 Meadows Drive, Lake Oswego, Oregon.
18
19
20
21
22
23
24
25
```

Page 398

1  it's not a stem cell anymore.
2      Q.   So you did the Cytokeratin 15 stain.  And
3  the Cytokeratin 15 stain is a stain to see if
4  there's stem cells in the bulge region of the hair
5  follicle?
6      A.   Not entirely, no.
7      Q.   How is that inaccurate?
8      A.   It's not a definitive stem cell marker.
9  It stains other cells.
10     Q.   The stem cells are present, the
11 Cytokeratin 15 stains are positive, right?
12     A.   Yes, that's fair to say.
13     Q.   And if the stem cells were destroyed in
14 the bulge region, there would be -- the Cytokeratin
15 15 stain would test negative?
16     A.   Probably, yes.  It could stain other cells
17 though.  I already said it stains other cells other
18 than stem cells.  So it stains all basal cells of
19 the follicle. So even if they're destroyed, it could
20 still have staining of other cells.  It's not a
21 specific marker.
22     Q.   Ki-67 stain is a stain to test to see if
23 cells are dividing, right?
24     A.   Growing not dividing.
25     Q.   What's the distinction between growing and

1  dividing?
2     A.   Growing is growing.  And dividing is when
3  a cell is going from one cell into two.  It's a
4  specific moment.
5     Q.   The thought is with the Ki-67 stain is if
6  the stem cells were not present they would not be
7  growing and so it would test negative, right?
8     A.   No.
9     Q.   Why did you do the Ki-67 stain?
10    A.   This was all part of -- you know, as I
11  said before, I'm a researcher in hair loss, and it
12  was an investigational project, just a pilot project
13  to look at permanent chemotherapy-induced alopecia
14  and what it showed with these stains.  If you look
15  at the published research that I do, it's centered
16  around using these non FDA-approved investigational
17  antibodies to look for characteristics of the
18  different diseases.
19    Q.   The hypothesis for why you did the Ki-67
20  staining was that if the chemotherapy had killed the
21  stem cell, the Ki-67 would test negative?
22    A.   No.  No, it's not that.  It's more
23  complicated.
24    Q.   Can you explain it?
25    A.   These -- these antibodies, as I said, are

Page 400

1  nonspecific.  Like the Cytokeratin 15 is not a
2  definitive stem cell marker, and Ki-67 hits any cell
3  that's growing. And you use these and published with
4  the Cytokeratin 15 on other hair diseases, permanent
5  hair diseases.  So the interest was in seeing what
6  might be different in this disease than the other
7  diseases.
8           Unfortunately, we don't have, like, all
9  these investigational antibodies.  We -- like, 25
10 years ago we had two of them and we got more.  But
11 we don't have really good definitive antibodies.
12 And to date, even despite all the work I've done,
13 there's no antibody that has -- one of these non
14 FDA-approved antibodies that has utility in
15 diagnostics.
16      Q.   You would expect if a cell was dead, like
17 a stem cell, that the Ki-67 would test negative,
18 right?
19      A.   No.  Dead cells have antigens too, so they
20 can still stain.
21      Q.   They wouldn't be growing if they were
22 dead, would they?
23      A.   They could still have these antigens.
24 They could still have the molecule there so --
25      Q.   If a cell was not present, the Ki-67 would

Veritext Legal Solutions
800-227-8440                                              973-410-4040

Page 401

1    test negative for that --
2         A.   If there's no cell there, it can't stain
3    with anything.  That is safe to say.
4         Q.   That would be true if there's no cell
5    there, the Ki-67 and the Cytokeratin 15 would test
6    negative for that cell?
7         A.   Yeah, because it's not there.
8         Q.   Okay.  So you did Cytokeratin 15 staining
9    and Ki-67 staining on Ms. Earnest, Ms. Francis, and
10   Ms. Durden's pathology, right?
11        A.   Yes.
12        Q.   So whose idea was it to do that staining?
13        A.   It was my idea.
14        Q.   So during your first deposition, we talked
15   about mechanisms of action.  Do you remember that?
16        A.   Vaguely, yes.
17        Q.   In your Rule 26 report, you attached a
18   list of literature that you reviewed.  Do you
19   remember that?
20        A.   Yes.
21        Q.   Some of the literature that you relied on
22   in forming your opinions has hypothesized that the
23   theoretical mechanism of action for why a
24   chemotherapy drug could potentially result in
25   persistent hair loss is that it kills the stem cell