# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------x

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 2740

PRODUCTS LIABILITY LITIGATION ) Section: "H"

This Document Relates to: ) JUDGE MILAZZO

ALL CASES ) MAG. JUDGE NORTH

------------------------------x

V O L U M E I I

DEPOSITION OF CHANDRA N. SMART, M.D.

SANTA MONICA, CALIFORNIA

THURSDAY, MAY 23, 2019

10:27 A.M.

Job No.: 217462

Pages: 144 - 188

Reported by: Leslie A. Todd

answer would be no. But I can't say for sure that none of these articles listed didn't have any reference to keratin 15 staining themselves without actually going back and looking at the actual papers.

Q Okay. Your initial report, Rule 26 report, did not in any way address the question of whether or not bulge stem cells in permanent chemotherapy-induced alopecia were or were not present, did it?

A It did not.

Q You were given access to the pathology material, including slides, of the various plaintiffs, the three plaintiffs involved in this particular case.

Did you at any time request or suggest that cytokeratin 15 or Ki67 staining might in some way add important information to your analysis of this case?

A No, I did not.

Q Why did you not?

A Because there's no proven mechanism or literature that states, okay, this is the exact cause of this permanent chemotherapy-induced

alopecia. So if it's not proven in the literature, doing the stains wouldn't really add or, you know, subtract from my initial H&E diagnosis.

Q And so since there's no proven mechanism in the literature that states the exact cause of the permanent chemotherapy-induced alopecia, you thought those stains would not add or subtract from your initial diagnosis; is that right?

MR. SEARS: Objection. Form.

THE WITNESS: I can answer?

MR. SEARS: Yes.

THE WITNESS: So, I'm sorry, can you repeat the question one more time?

MR. THORNTON: Sure.

If you could reread it.

(Whereupon, the requested record was read.)

THE WITNESS: That's correct, yes.

BY MR. THORNTON:

Q And that's still true today, isn't it?

A Yes, that's correct.

Q Now, do you consider yourself to be an expert in stem cells in the hair follicle?

that -- I'm not asking you to either embrace or to refute, but you're aware of that definition in the medical literature, are you not?

A Yes.

Q Okay. May we call that condition PCIA?

A Yes.

Q So we're talking about the same thing, right?

A Yes.

Q Okay. Do you consider yourself an expert on whether the presence or absence of cytokeratin 15 positive staining indicates whether or not a patient has PCIA?

A Well, there's no -- like I mentioned before, there's no established evidence in the literature to state whether or not -- you know, what the mechanism of action, whether or not the stem cells being present or absent have anything to do with PCIA. So saying that you're -- saying that I'm an expert in that, I really can't say because there's no established literature.

Where I'm an expert is, is -- in is looking at the H&E stain slides and whether or not --

THE REPORTER: I need you to slow down.

THE WITNESS: I'm sorry. Okay.

THE REPORTER: "Where I'm expert in is looking at the"?

THE WITNESS: The H&E stain slides and the immunohistochemical slides and determining what cells are positive and what cells are negative, and interpreting that in the whole clinical context of the patient sample.

BY MR. THORNTON:

Q So, as I understand it, you are acknowledging that -- well, strike that.

You did not cite any literature looking at either CK15 or Ki67 staining in a patient with PCIA; is that correct?

A That's correct.

Q There is no peer-reviewed literature, to your knowledge, looking at cytokeratin 15 staining or Ki67 staining in its connection with PCIA, correct?

A To my knowledge, that's correct, yes.

Q Did you look?

A I did look, yes.

Q It doesn't exist, does it?

A I haven't found it, no.

Q How did you look?

A I did a PubMed search.

Q And if you will look at Exhibit 2, which is your Exhibit A. A little confusing.

A Mm-hmm.

Q But -- but what this is, is it's the material that you reviewed and relied upon in your supplemental report on the subject of these stains, correct?

A Yes.

Q All right. And I observed that, except as there may be literature -- peer-reviewed literature in the exhibits of Dr. Thompson's deposition, you did not cite any other peer-reviewed literature in support of any of your opinions in your second Rule 26 report, did you?

A That's correct, yes.

Q Why did you not cite additional literature in support of your opinions in your supplemental Rule 26 report?

A Well, my supplemental report just stated my additional findings of whether or not, you know, the cell that -- the keratin 15 cells were

their relationship to hair follicle stem cells.

However, you do understand, do you not, that there are other cells than the follicular stem cells that are -- can be stained positive with these stains?

MR. SEARS: Objection. Form.

THE WITNESS: Yes, there are.

BY MR. THORNTON:

Q And do you generally understand that there's a robust and quite deep literature on controversies about whether either of these stains are accurate in their assessment of stem cells, do you not?

MR. SEARS: Objection. Form.

THE WITNESS: There's controversy. I'm not sure -- I mean, I read -- I've read literature where you have to interpret where you're seeing the staining, because you can have Ki67 staining in other cell types around the hair follicle, that you just have to know what you're looking at. So it's not as simple as saying, Okay, well -- you have to interpret the stains in the context of the case and the area of the slide you're interested in.

A Yes.

MR. SEARS: That's all I have. Thank you.

FURTHER EXAMINATION

BY MR. THORNTON:

Q Just one more. Why did you cite no literature in your -- in your paper to that effect?

A To me, being able to interpret -- I'm sorry. To what effect?

Q Yes, that -- you didn't cite any authority for the fact that Ki67 may or may not be a reliable marker for stem cells in the bulge region, did you?

A Well, Ki67 is not a reliable marker for stem cells. It just tells you whether or not the cells that are present, whatever cells they are, are proliferating.

Q Okay. You didn't cite even any literature for that, right?

A In -- do you mean in my -- in this supplemental report?

Q Or in either of your reports.

A No, just -- I didn't cite any literature