# EXHIBIT E

Jerry Shapiro, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3                       - - -

 4    IN RE: TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY           MDL No. 2740

 6    LITIGATION                   SECTION: "H"

 7                                 JUDGE MILAZZO MAG.

 8                                 JUDGE NORTH

 9    This document relates to:

10    All cases

11                       - - -

12                  May 19, 2019

13                       - - -

14           Videotaped deposition of

15    JERRY SHAPIRO, M.D., held at Dechert, 1095

16    Avenue of the Americas, New York, New

17    York, commencing at 9:30 a.m., on the

18    above date, before Marie Foley, a

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public.

21                       - - -

22           GOLKOW LITIGATION SERVICES

23       877.370.3377 ph | 917.591.5672 fax

24               Deps@golkow.com
```

1        Q.    Okay.

2        A.    I'd need to see it again.

3        Q.    Would you hold yourself out to
4    be an expert in either cytokeratin-15
5    staining or Ki-67 staining?

6        A.    I am not an expert in that at
7    all, but I know it defines the presence of
8    stem cells and the proliferation of stem
9    cells.  That's all I know.

10       Q.    Okay.  And --

11       A.    And to order --

12       Q.    I'm sorry.  I didn't mean to
13   interrupt you.

14       A.    Okay.  Sorry.

15             I'm just saying it's unusual to
16   order that test.

17       Q.    Have you reviewed the literature
18   on whether or not CK-15 is or is not a
19   reliable test for stem cells in the -- in
20   the hair follicle?

21       A.    No.

22             I've simply know that it is a
23   sign of stem cell existence, okay.  That's
24   all I can say.  I don't know.  I'm not a

1  stem cell expert.

2  Q. Are you aware of the literature

3  that suggests that Ki -- that

4  cytokeratin-15 is not a reliable test of

5  stem cells in --

6  A. I don't know enough about that.

7  Q. Have you read articles, for

8  instance, by Dr. Sperling in which he

9  questions and suggests that use -- that

10 relying on Ki-67 -- that cytokeratin --

11      MR. THORNTON: Strike that.

12 Withdrawn.

13 Q. Are you aware that Dr. Sperling

14 has opined that use and reliance on

15 cytokeratin-15 staining as a -- the sole

16 criteria in defining epidural stem cells

17 is naive?

18      MR. SEARS: Objection to form.

19 A. I'm not aware of this article.

20 Q. Okay. Do you have -- can you

21 cite me to literature that demonstrates

22 that cytokeratin-15 is a reliable test for

23 stem cells in the bulge?

24 A. I know amongst hair people, it

1    is considered a stain for stem cells.
2    That's all I can say.
3              I don't know how reliable it is.
4    I -- I can just tell you that it's -- when
5    we hear that this stain was done, people
6    are looking for stem cells.
7         Q.   However, if an unreliable stain
8    is used to test for stem cells, you
9    wouldn't base your opinion on an
10   unreliable test; would you?
11        A.   If it's an unreliable test.  But
12   all I know that amongst hair people, that
13   test is something that we associate with
14   stem cells.  But I am not an expert in
15   stem cells and say how reliable it is.
16        Q.   Do you -- did you make any
17   attempt to search the peer-reviewed
18   literature to see if cytokeratin-15 was or
19   was not a reliable test for stem cells in
20   the hair follicle bulge region before
21   authoring your supplemental report?
22        A.   As a doctor who has devoted
23   his -- his three years -- 30 decades --
24   sorry.  Three decades of work and when

1    stem cells were first discovered I
2    remember when that all came to be, and I
3    remember these stains were important
4    stains.  But I did not look up the latest
5    or anything like that.
6              All I know is that they help
7    identify stem cells.  They also help to
8    identify proliferation of stem cells.  But
9    I don't know the latest literature on it.
10   It may all be refuted.
11        Q.   Do you know any literature?
12        A.   Yeah.  From a long time ago.
13        Q.   I noticed in your supplemental
14   report you didn't reference any scientific
15   literature about cytokeratin-15.
16             Why was that?
17        A.   I thought it was a basic
18   assumption.  I really did.  That it was a
19   sign for stem cells.
20        Q.   Do you know whether the
21   scientific literature shows that
22   cytokeratin-15 staining is -- can test
23   positive for cells other than stem cells?
24             MR. SEARS:  Objection to form.

1    A.   I don't know enough about
2    cytokeratin-15 to say what else it does.
3    All I know it is a sign for stem cells.
4    At least it was when I learned about it a
5    while ago.  Things may have changed, but
6    as far as I know, as a hair person,
7    that -- the only reason a person would
8    order it would be to detect if there were
9    stem cells.
10        Q.   Well, if a person was to make
11   a -- a -- stain a slide because of the
12   possibility that it might show the
13   presence or absence of stem cells, that
14   would not -- that motive of the researcher
15   wouldn't really affect the reliability of
16   the test; would it?
17             MR. SEARS:  Objection to form.
18        A.   No, but the only purpose of
19   doing it would be to prove whether there's
20   stem cells or not in a specimen.  That's
21   all I can say.
22             Whether the test is reliable is
23   another story.
24        Q.   If -- if you were to -- if you

1  were to be presented with a slide with
2  cytokeratin-15 staining one way or
3  another, do you consider yourself
4  sufficiently expert to say what that
5  cytokeratin staining, positive or
6  negative, means?
7       A.    I would have to defer to a
8  dermatopathologist, really.
9            I'm a dermatologist.  Not a stem
10 cell expert.  I'm not a stain expert.
11 This is not what I do.  I have never
12 ordered that test in over three decades.
13           I can only see somebody ordering
14 it if they're looking for stem cells.
15           One would have to ask a
16 dermatopathologist what they thought.  I
17 am not an expert.
18      Q.    So, would it be fair to say that
19 you don't really have an expert opinion
20 one way or another about what the presence
21 or absence of cytokeratin staining would
22 mean for any of the -- for any application
23 related to this case?
24           MR. SEARS:  Objection to form.

1  A.  I -- I think it's
2  well-understood that they are associated
3  with stem cells.  That's all I can say.
4  Q.  Association isn't causation,
5  right?
6  A.  I cannot comment on that.
7      All I can say there is an
8  association between those two stains and
9  stem cells.
10     Other people, like Len Sperling
11 has just refuted that.  And he's a smart
12 guy too.  So I -- I can't really -- you
13 know, I'm not an expert at this.  I'm
14 not -- Len Sperling is a
15 dermatopathologist.
16 Q.  All right.
17     So, in terms of your rendering
18 your professional opinion, you certainly
19 have a professional opinion about a number
20 of the things that are properly within
21 your expertise?
22 A.  Yes.
23 Q.  Would you agree with me that
24 stem cells is not one of those subjects?

Jerry Shapiro, M.D.

1           MR. SEARS:  Objection to form.
2      A.    Stem cells is not one of those
3   subjects that I'm an expert in, correct.
4      Q.    And that stem cell staining is
5   not a subject that you are expert in?
6           MR. SEARS:  Objection to form.
7      A.    I vaguely know what stem cell
8   stain -- the stains that are used to
9   identify stem cells.  Every -- everyone
10  who does hair knows that and knows the
11  person who discovered it, okay.
12          So, we know from way back in
13  1990-something-or-other that these stem
14  cells were stained with this kind of
15  stuff, but things may have changed.  I'm
16  not sure.
17          But from what I understand, they
18  are signs for stem cells, and if anyone
19  orders them, they want to look for stem
20  cells.  This is my understanding.
21     Q.    Right.
22          And -- and, so, the fact that
23  you vaguely know, you certainly wouldn't
24  hold yourself out to be an expert about