## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:
 Barbara Earnest, Case No. 2:16-cv-17144

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO
### EXCLUDE EVIDENCE OF UNRELATED MEDICAL CONDITIONS,
### FAMILIAL MEDICAL HISTORY OF CANCER,
### AND UNRELATED MEDICATION USAGE
### (Motion *in Limine* No. 9)

**I.      INTRODUCTION**

       Plaintiff Barbara Earnest respectfully moves this Court to enter an *in limine* order excluding

any evidence of Plaintiff's unrelated medical conditions, familial medical history of cancer, and

medication use.

**II.     ARGUMENT**

       "Irrelevant evidence is not admissible." Fed. R. Evid. 402. Courts in this District thus

uniformly hold that in a personal injury case, a plaintiff's medical records are only admissible if

the medical condition has relevance to the alleged injury. *See Reyes v. Wal-Mart Stores, Inc.*, 1999

WL 562721 (E.D. La. Jul. 29, 1999) ("Defendants must exclude those pieces of evidence that do

not relate to the kinds of injury alleged by the plaintiff in this case."); *Scordill v. Louisville Ladder

Group, LLC*, 2004 WL 307475 (E.D. La. Feb. 17, 2004) (holding that plaintiff's medical records

were to be excluded from the record since the defendant had not demonstrated how the records

related to the type of injuries at issue); *but see Keith v. United States*, 2001 U.S. Dist. LEXIS 8155

(E.D. La. June 11, 2001) (denying a motion in limine to exclude medical records pertaining to

plaintiffs pre-existing back injuries because the records were clearly relevant to the issue of the litigation).

During discovery in this case, Sanofi sought to create a record of Plaintiff Earnest's lifetime medical history. Plaintiff thus anticipates that Sanofi may attempt to use medical records which contain symptoms, diagnoses, and prescription medication wholly unrelated to the injury at issue in this litigation. In addition, Plaintiff anticipates that Sanofi may seek to introduce evidence related to Plaintiff's family medical history of cancer. This information is irrelevant to the injury at issue in this litigation—permanent hair loss caused by Taxotere—and should be excluded.

For example, throughout Plaintiff's depositions, Sanofi inquired about Plaintiff's arthritis in her hips and knees; Sanofi also asked about medications used to treat these unrelated ailments. *See* Ex. A, Earnest Dep., 12/21/17, 7:7-8:11 (taking glucosamine chondroitin), 11:12-12:19 (taking Vitamin D and folic acid for an iron deficiency), 145:23-146:15, and Ex. B, Earnest Dep., 11/05/18, 16:8-17:4 (taking meloxicam). These conditions, nor the corresponding medication used to treat these symptoms, have no relevancy to the cause of Plaintiff's hair loss.

Even if Plaintiff's medical conditions and medication usage are minimally relevant, exclusion is nonetheless warranted because this information is confusing, misleading, and unfairly prejudicial. Relevant evidence may be excluded "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. Here, Sanofi's potential entry of unrelated medical conditions, familial medical history of cancer, and unrelated medications into evidence would highly prejudice Plaintiff and confuse the jury. These conditions, such as arthritis, and iron deficiency, do not cause hair loss and have no negative affect on an individual's scalp. Their presentation at trial could easily mislead a jury into believing

2

a different cause directly contributed to Plaintiff's hair loss. Therefore, any reference to Plaintiff's

unrelated medical history must be excluded.

<u>**CONCLUSION**</u>

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court grant her

Motion *in limine* to exclude any evidence of Plaintiff's unrelated medical conditions, familial

medical history of cancer, and unrelated medication use.

Dated: July 16, 2019                    Respectfully submitted,

*/s/ Darin L. Schanker*                  */s/ Rand P. Nolen*
Darin L. Schanker                        Rand P. Nolen
Bachus & Schanker, LLC                   Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700           2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                         Houston, TX 77056
Phone: (303) 893-9800                    Phone: (713) 621-7944
Fax: (303) 893-9900                      Fax: (713) 621-9638
dschanker@coloradolaw.net                rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*  *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*              */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.         GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163             Los Angeles, California 90045
Phone: (504) 355-0086                    Telephone: 510-350-9700
Fax: (504) 355-0089                      Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*            *Plaintiffs' Co-Lead Counsel*

3

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER,
LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT