# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4     BARBARA EARNEST,

5              Plaintiffs,

6

7     VERSUS              CIVIL ACTION NO. 2:16-cv-17731

8

9     SANOFI S.A., SANOFI-AVENTIS U.S.

10    L.L.C., SANOFI US SERVICE, INC., and

11    AVENTIS-HARMA S.A.,

12             Defendants.

13

14

15

16

17

18            DEPOSITION OF BARBARA EARNEST

19

20        Taken at the Offices of Barrios, Kingsdorf &

21        Casteix, LLP, 701 Poydras Street, Suite 3650,

22        New Orleans, Louisiana, on Thursday, December

23        21, 2017, beginning at 8:42 a.m.

24

25    JOB NO. 2757174

1    question so it makes sense.  Does that sound good?

2        A.   Yes.

3        Q.   And to the extent that you answer my

4    question, I'm going to assume that you understood

5    it.  Is that fair?

6        A.   Yes.

7        Q.   Okay.  Let's talk about any medications

8    that you are currently on today.  Mrs. Earnest,

9    are you taking any medications today?

10       A.   Yes.

11       Q.   Please tell me which ones.

12       A.   Gabapentin, anastrazole -- I'm not sure

13   if I'm pronouncing the name right, but

14   anastrazole.  Arimidex, you might know it as that.

15   That's the same thing.

16            I take folic acid.  I'm giving you the

17   prescription drugs, because I take a lot of

18   vitamins, but these are all prescriptions.

19   Vitamin D, it's a prescription.  And let's see.

20   That's it.  The rest are vitamins.

21            I take -- do you need to know the names

22   of those?

23       Q.   Sure.  Please do tell me.

24       A.   Vitamin C, for calcium; B-12; fish oil;

25   and chlonium glutamine (spelled phonetically) --

Page 8

```
 1    whatever.

 2         Q.    Is it glucosamine?

 3         A.    Yeah, something like that.  Glucosamine

 4    chlonium, something like that.

 5         Q.    Chondroitin?  Glucosamine chondroitin?

 6         A.    Yeah, yeah.

 7         Q.    Does that sound right, or no?

 8         A.    Yes, that sounds right.

 9               And I think that's -- I'm trying to think

10    what else, if I'm leaving any out.  I think that's

11    it.  I can't remember them all.

12         Q.    Okay.  Let's go through those.  Why do

13    you take gabapentin?

14         A.    For the neuropathy.

15         Q.    And how long have you been taking

16    gabapentin?

17         A.    I'd say since -- guessing, I'm not

18    positive -- about 2012.

19         Q.    And who prescribed that to you?

20         A.    My primary care physician, Dr. Baez.  It

21    started a low dosage, and now I'm up to 800

22    milligrams.  That's it.

23         Q.    Do you remember the dose you started at?

24         A.    I want to say six.

25         Q.    600?
```

1  taken one time a week.

2       Q.   Orally?

3       A.   Yes.  It's a pill.

4       Q.   Is Dr. Baez still your primary care

5  physician?

6       A.   Yes.

7       Q.   And do you know why you take Vitamin D?

8       A.   Because -- well, it was -- because to

9  build up the -- what is Vitamin D for?  It's --

10 honestly, something to do with -- I don't know if

11 it -- not iron.

12      Q.   Do you know if you were diagnosed with a

13 Vitamin D deficiency?

14      A.   Yes.  That's it then.  But -- it's better

15 now, but he still hasn't taken me off of it.  I

16 don't know why he still has me on it, but it's

17 higher, the number.

18      Q.   You also said that you take prescription

19 Vitamin C?

20      A.   No.  It's -- that's just a vitamin.

21      Q.   Forgive me.

22      A.   Over-the-counter vitamin.  It's folic

23 acid.

24      Q.   Thank you.  You take a prescription folic

25 acid?

1      A.   Yes.

2      Q.   And who prescribes that to you?

3      A.   It has to be Dr. Baez.

4      Q.   Do you remember when you were first

5  prescribed folic acid?

6      A.   No.

7      Q.   Is it your understanding that you have an

8  iron deficiency?

9      A.   I didn't know I did.  No, not --

10      Q.   Do you know why you take the folic acid?

11      A.   No.

12      Q.   In terms of the over-the-counter

13  medications that you take, you said you take a

14  Vitamin C?

15      A.   Yes.

16      Q.   Do you take that daily?

17      A.   Yes.

18      Q.   Did someone recommend that you take that?

19      A.   It had to be Dr. Baez.

20      Q.   When did you first start seeing Dr. Baez?

21      A.   I'm not quite sure.  I'm guessing maybe

22  2015 or -- no.  Yeah, it might be 2015, 2014.  I'm

23  not sure when I started with him.

24      Q.   Let's do this then.  Can you tell me who

25  your primary care doctor was prior to Dr. Baez?

1      Q.   Do you know what --

2      A.   I don't know what --

3      Q.   Osteoporosis?

4      A.   No.   I was never diagnosed with that, I

5   don't think.

6      Q.   Ever diagnosed with carpal tunnel

7   syndrome?

8   MR. SCHANKER:

9            Objection, form.

10     A.   No.

11   MS. BIERI:

12     Q.   No doctor has ever told you, you have

13   carpal tunnel?

14     A.   No doctor has ever told me I have carpal

15   tunnel.

16     Q.   Has any doctor ever told you that you

17   have any degenerative conditions in your back?

18   MR. SCHANKER:

19            Objection, form.

20     A.   No.

21   MS. BIERI:

22     Q.   Any --

23     A.   I mean, I'm sure they've told me I have

24   arthritis, because I'll tell them a hip may hurt

25   or something.  So I know I'm sure I have

1  arthritis.  I'm 67 years old.  It's got to be

2  there somewhere.

3       Q.   So you experience hip pain?

4       A.   Yes.  Knee pain.

5       Q.   How long have you had those pains in your

6  hip or your knee?

7       A.   Several years.  I don't really know.

8       Q.   Do you remember talking to a doctor about

9  that being arthritis?

10      A.   Yes, Dr. Baez.

11      Q.   And I noticed -- and we talked about when

12  you were getting up from the chair -- were you

13  having hip pain or knee pain when you were getting

14  up?

15      A.   Knee.  My knees.

16      Q.   Do you know anyone who has been diagnosed

17  with breast cancer besides yourself?

18      A.   No -- well, I take that back.  Yes, I do.

19      Q.   Who?

20      A.   I don't know her.  I know of her.  My

21  sister-in-law's sister-in-law.  My brother,

22  Ronald, his daughter.  Well, that would be my

23  niece.  I meant to say my niece's sister-in-law.

24      Q.   Ronald's daughter's sister?

25      A.   Sister-in-law.  Ronald, his daughter --