# EXHIBIT B

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
        BARBARA EARNEST,
 3                                    CASE NO.
        VERSUS                        2:16-CV-15678
 4
        SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 5      SANOFI US SERVICE, INC., and
        AVENTIS-PHARMA S.A.,
 6
             VIDEOTAPE DEPOSITION OF BARBARA MARY
 7      LEBLANC EARNEST, TAKEN IN THE OFFICES OF
        GAINSBURG, BENJAMIN, DAVID, MEUNIER &
 8      WASHAUER, LLC, 1100 POYDRAS STREET, SUITE
        2800, NEW ORLEANS, LOUISIANA, 70130, ON
 9      MONDAY, THE 5TH DAY OF NOVEMBER, 2018.
10      APPEARANCES:
11        BACHUS & SCHANKER, LLC
          ATTORNEYS AT LAW
12        BY:  DARIN L. SCHANKER, ESQUIRE
          1899 WYNKOOP STREET, SUITE 700
13        DENVER, COLORADO  80202
14           ATTORNEYS FOR PLAINTIFF
15        SHOOK, HARDY & BACON, LLP
          ATTORNEYS AT LAW
16        BY:  KELLY BIERI, ESQUIRE
          2555 GRAND BOULEVARD
17        KANSAS CITY, MISSOURI  64108-2613
18           ATTORNEYS FOR SANOFI
19      VIDEOGRAPHER
20          MARK ANCALADE
21      REPORTED BY:
22        DAWN D. TUPPER, CCR, RPR
          CERTIFIED COURT REPORTER
23        REGISTERED PROFESSIONAL REPORTER
24
25       Job No. NJ3109557
```

```
 1    21st of 2017, have you had any changes to
 2    the medication that you're taking?
 3         A.   No.
 4         Q.   Any changes to the
 5    over-the-counter vitamins, supplements, et
 6    cetera?
 7         A.   No.
 8         Q.   I'm not sure that you
 9    mentioned this in December of 2017, but do
10    you take Meloxicam?
11         A.   Yes, I do.
12         Q.   And who prescribes that to
13    you?
14         A.   Dr. Baez.
15         Q.   And how long have you taken
16    that?
17        MR. SCHANKER:
18            Objection, form.
19        THE WITNESS:
20            I honestly can't give an answer.
21    I really don't know.
22    EXAMINATION BY MS. BIERI:
23         Q.   Many years?
24        MR. SCHANKER:
25            Objection, form.
```

1      THE WITNESS:
2          I can't say many years.  I don't
3   know if it's -- I know it's more than one
4   years, but I don't know how many years.
5   EXAMINATION BY MS. BIERI:
6      Q.   You would defer to your
7   pharmacy records?
8      MR. SCHANKER:
9          Objection, form.
10     THE WITNESS:
11         I don't have any at home.  I
12  don't have pharmacy records.  What do you
13  mean by that?
14  EXAMINATION BY MS. BIERI:
15     Q.   To the extent that there were
16  records from your pharmacy that showed a
17  history of your prescriptions with
18  Meloxicam, would you defer to those in
19  terms of your history of use?
20     A.   Right.  Yes.
21     Q.   What pharmacy are you
22  currently using?
23     A.   Uh, for that one it would be
24  Walgreens.
25     Q.   On what street?