UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY COMMENT OR ARGUMENT THAT TAXOL WOULD HAVE ENHANCED THE SEVERITY OF PLAINTIFF'S NEUROPATHY**
(Motion *in Limine* No. 12)

## I. INTRODUCTION

Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to introduce testimony or evidence that the use of a Taxol-containing cancer treatment regimen would have caused her to suffer neuropathy (nerve malfunction).

## II. ARGUMENT

Plaintiff is concerned that Sanofi may attempt to introduce evidence at trial suggesting that, had she been prescribed an alternative chemotherapy treatment regime containing Taxol, she would have suffered from neuropathy *and* her neuropathy would have been worse than any caused by Taxotere. Nothing in the record supports such speculation. In fact, Sanofi's own experts admit that it is impossible to know either whether Plaintiff would have suffered from neuropathy at all had she taken a Taxol-containing regimen, or whether the severity of her neuropathy would have been worse than with Taxotere.

1

In fact, Dr. Gerald Miletello, Sanofi's *only* expert to offer a case-specific opinion concerning Plaintiff's chemotherapy options testified that he could *not* opine that Taxol would have caused neuropathy:

> Q. So it's reasonable to say that we don't know whether or not Barbara Earnest would have suffered from any neuropathy or more severe neuropathy if she had taken a Taxol-based regimen. Is that a fair assessment of your opinion in this case?
>
> A. Yes.
>
> Q. But we can't offer either opinion within a reasonable degree of medical certainty because we just don't know?
>
> A. Correct.[1]

What's more, Dr. Miletello *admitted* that he was unable to locate any scientific support for the theory that Taxol generally causes neuropathy more often or more severely than Taxotere.[2]

Thus, any suggestion or argument that the use of a Taxol-containing regimen would have caused Plaintiff Earnest neuropathy (or more severe neuropathy) should be excluded from evidence because there is no reliable evidence to support such a conclusion. *See Pipitone v. Biomatrix, Inc.*, 288 F.3d 239, 245 (5th Cir. 2002) (holding that even "[a] perfectly equivocal opinion does not make any fact more or less probable and is irrelevant under the Federal Rules of Evidence."). Even if this evidence were marginally relevant, its admission would be unduly prejudicial and would waste the jury's time. *See* Fed. R. Evid. 403.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to

---

[1] Ex. A, February 7, 2019 Deposition Transcript of Dr. Gerald Miletello, at pp. 241:18 to 242:4.
[2] *Id* at 239:12 to 244:19. Likewise, Sanofi's general causation expert, Dr. John Glaspy, does not cite any scientific support for the theory that Taxol generally causes neuropathy more often or more severely than Taxotere.

introduce testimony that the use of a Taxol containing cancer treatment regime would have caused neuropathy or more severe neuropathy than caused by Taxotere.

Dated: July 16, 2019                                  Respectfully submitted,

*/s/ Darin L. Schanker*                               */s/ Rand P. Nolen*
Darin L. Schanker                                     Rand P. Nolen
Bachus & Schanker, LLC                                Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                        2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                      Houston, TX 77056
Phone: (303) 893-9800                                 Phone: (713) 621-7944
Fax: (303) 893-9900                                   Fax: (713) 621-9638
dschanker@coloradolaw.net                             rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*              *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                           */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                        Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                      GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                       6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                          Los Angeles, California 90045
Phone: (504) 355-0086                                 Telephone: 510-350-9700
Fax: (504) 355-0089                                   Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                         *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                            Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                   BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER,                            701 Poydras Street, Suite 3650
LLC                                                   New Orleans, LA 70139
2800 Energy Centre, 1100 Poydras Street               Phone: 504-524-3300
New Orleans, LA 70163-2800                            Fax: 504-524-3313
Phone: 504-522-2304                                   barrios@bkc-law.com
Fax: 504-528-9973
plambert@gainsben.com                                 *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ Dawn M. Barrios*
                                          DAWN M. BARRIOS