UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

**MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF HEALTHCARE COSTS AND INSURANCE AS A COLLATERAL SOURCE**
**(Motion *in Limine* No. 2)**

　　　　NOW INTO COURT, comes Plaintiff, Barbara Earnest, through undersigned counsel, who respectfully moves the Court to exclude evidence of healthcare costs and insurance as a collateral source, as outlined more specifically in the attached memorandum of law.

Dated: July 16, 2019　　　　　　　　　　　　Respectfully submitted,

*/s/ Darin L. Schanker*　　　　　　　　　　　*/s/ Rand P. Nolen*
Darin L. Schanker　　　　　　　　　　　　　Rand P. Nolen
Bachus & Schanker, LLC　　　　　　　　　Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700　　　　　2800 Post Oak Blvd., Suite 4000
Denver, CO 80202　　　　　　　　　　　　Houston, TX 77056
Phone: (303) 893-9800　　　　　　　　　Phone: (713) 621-7944
Fax: (303) 893-9900　　　　　　　　　　Fax: (713) 621-9638
dschanker@coloradolaw.net　　　　　　rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*　　*Trial Counsel for the PSC*
*Trial Counsel for the PSC*
*/s/ Christopher L. Coffin*　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　Los Angeles, California 90045
Phone: (504) 355-0086　　　　　　　　Telephone: 510-350-9700
Fax: (504) 355-0089　　　　　　　　　Facsimile: 510-350-9701
ccoffin@pbclawfirm.com　　　　　　　kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*　　　　　　*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN | BARRIOS, KINGSDORF & CASTEIX, LLP |
| DAVID MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews & Thornton | Atkins & Markoff Law Firm |
| 4701 Von Karman Ave., Suite 300 | 9211 Lake Hefner Parkway, Suite 104 |
| Newport Beach, CA 92660 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| | |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |
| | |
| Lawrence J. Centola, III | Karen Barth Menzies |
| Martzell, Bickford & Centola | Gibbs Law Group LLP |
| 338 Lafayette Street | 6701 Center Drive West, Suite 1400 |
| New Orleans, LA 70130 | Los Angeles, California 90045 |
| Phone: (504) 581-9065 | Phone: 510-350-9700 |
| Fax: (504) 581-7635 | Fax: 510-350-9701 |
| lcentola@mbfirm.com | kbm@classlawgroup.com |

| | |
|---|---|
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ M. Palmer Lambert*
                                                M. PALMER LAMBERT