# EXHIBIT B

**Expert Report of Dr. Porcia Bradford Love**
**Board Certified Dermatologist**
**Montgomery, Alabama**

**December 10, 2018**

*In re Taxotere (docetaxel) Prods. Liab. Litig.*, **MDL No. 2740 (E.D. La.)**

I.     **Qualifications/Publications**

I, Dr. Porcia Bradford Love, am a board certified Dermatologist and a licensed physician in Alabama. I received my medical degree from Duke University School of Medicine in Durham, North Carolina in 2005. I began my Internship and Residency in General Surgery at Vanderbilt Medical Center in Nashville, Tennessee from 2005-2007. I then completed a Skin Cancer Research Fellowship at the National Institutes of Health in Bethesda, Maryland from 2007-2010. Immediately thereafter, I completed a residency in Dermatology at Duke University Medical Center, where I held the honor of serving as Chief Resident. I am a member of the American Academy of Dermatology, American Society of Dermatologic Surgery, Skin of Color Society, Women's Dermatology Society, Alabama Dermatology Society, and I serve as President of the Capital City Medical Society in Montgomery, Alabama.

My current practice includes medical, cosmetic, and surgical dermatology. One of my specialties includes the diagnosis and treatment of disorders of the hair and scalp, particularly in women of color.

In addition to my clinical practice, I also serve as a Clinical Assistant Professor at University of Alabama School of Medicine. I have published a number of articles in the field of skin of color, and I am the coauthor of a textbook entitled *Clinical Cases in Skin of Color,* a physician's guide to diagnosing and treating skin and hair disorders seen

1

regrows after chemotherapy it may not do so completely, but in an androgenetic pattern of hair loss.

Other medications that can cause alopecia include, among others: [27]

- beta blockers,
- psychotropic agents,
- enzyme inhibitors,
- retinoids,
- antibiotics,
- exogenous androgens,
- acetretin,
- heparin,
- interferon alfa,
- isotretinoin,
- lithium,
- ramipril,
- terbinafine,
- timolol,
- valproic acid,
- warfarin,
- acyclovir,
- allopurinol,
- buspirone,
- captopril,
- carbamazeprine,
- cetirizine,
- cyclosporine,
- gold,
- lamotrigine,
- leuprolide,
- lovastatin,
- nifedipine,
- amiodarone,
- amitriptyline,
- azathioprine,
- dopamine,
- naproxen,
- omeprazole,
- paroxetine,
- prazosin,
- sertraline,
- venlafaxine,
- coumadin, and
- verapamil.

Stopping some medications, such as oral contraception, can also result in alopecia.[28] Anagen effluvium with many chemotherapy drugs, including Taxotere, is well-known. A majority of patients who undergo chemotherapy experience hair changes, including a change in density, texture, thickness, or color.[29]

Cases of persistent alopecia have been reported with many chemotherapy drugs

---

[27] Jerry Shapiro, Hair Loss in Women, 357(16) N. Engl. J. Med. 1623 (2007); Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[28] Lynne J. Goldberg, Postmenopausal Alopecia (Hair Loss), in Essentials of Menopause Management, Lubna Pal and Raja A. Sayegh, Eds. (2017), 197-207.

[29] D. Batchelor, Hair and Cancer Chemotherapy: Consequences and Nursing Care—A Literature Study, 10 Euro. J. Cancer Care 147-163 (2001), at 151; Analee E. Beisecker, Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, 6(2) Psycho-Oncology, 85-93 (1997) at 88.

13

including Busulfan,[30] Carboplatin,[31] Cisplatin,[32] Cyclophosphamide,[33] Docetaxel, Doxorubicin,[34] Epirubicin, Etoposide, 5-Fluorouracil,[35] Gemcitabine, Idarubicin, Ifosfamide, Melphalan,[36] Paclitaxel,[37] and Thiotepa.[38] While Taxotere does cause alopecia during chemotherapy, it cannot be reliably singled out as the cause of prolonged alopecia

---

[30] Antonella Tosti, Permanent Alopecia after Busulfan Chemotherapy, 152(5) Brit. J. Derm. 1056-58 (2005).

[31] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002).

[32] Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011).

[33] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002); Pat Masidonski, Letter to Editor: Permanent Alopecia in Women Being Treated for Breast Cancer, 13(1) Clin. J. of Oncology Nursing 13-14 (2009); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011); Gunilla Berglund et al., Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, 27(9) Eur. J. Cancer 1075-81 (1991) at 1078; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[34] Pat Masidonski, Letter to Editor: Permanent Alopecia in Women Being Treated for Breast Cancer, 13(1) Clin. J. of Oncology Nursing 13-14 (2009); John P. Crown et al., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer, 35(15) J. Clin. Oncology Supp. Abstract e21576 (2017); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011) at 428; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[35] Analee E. Beisecker, Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, 6(2) Psycho-Oncology, 85-93 (1997) at 88; Gunilla Berglund et al., Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, 27(9) Eur. J. Cancer 1075-81 (1991) at 1078; Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[36] Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016).

[37] Chris Prevezas, Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer, 160(4) Brit. J. Derm. 883-885 (2009); Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011) at 345; Ioulios Palamaras et al., Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review, 2011 J. Am. Acad. Derm. 604-606 (2011); John P. Crown et al., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer, 35(15) J. Clin. Oncology Supp. Abstract e21576 (2017); Caroline E. Yeager and Elise A. Olsen, Treatment of Chemotherapy-Induced Alopecia, 24(4) Dermatologic Therapy 432-442 (2011) at 438; Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016); Danbee Kang et al., Incidence of Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A Three-Year Prospective Cohort Study, 23 The Oncologist 1-7 (2018); Mi Yung Jung and Dong Youn Lee, A Clinical Study of Chemotherapy-Induced Permanent Alopecia, 51(12) Korean J. Derm. 933-938 (2013).

[38] M.E. de Jonge et al., Relationship b/w Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy; Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa, and Carboplatin in High-Dose Chemotherapy, 30(9) Bone Marrow Transplantation 593-597 (2002).

in individual breast cancer patients at the exclusion of other known causes of hair loss in these patients. This is especially true because of the use of Taxotere in multi-drug regimens with Carboplatin, Adriamycin, and Cyclophosphamide, among others. Even if it could be proven that chemotherapy alone resulted in a patient experiencing prolonged alopecia, that patient's alopecia could have been caused by any of the medications in that patient's regimen that cause anagen effluvium.

The medical literature that has considered persistent alopecia after chemotherapy describes it as non-scarring.[39] Thus, a scalp biopsy showing scarring alopecia would not be chemotherapy-induced alopecia. The medical literature also describes a diffuse androgenetic pattern of hair loss. Thus, hair loss not presenting in this pattern is not consistent with chemotherapy-induced alopecia. Hair loss presenting in a diffuse androgenetic pattern may also be consistent with endocrine therapy, like Tamoxifen and aromatase inhibitors, which are known to present in an androgenetic pattern. The literature does not describe any hallmark pathology findings for a diagnosis of prolonged alopecia following chemotherapy either. There is not a reliable pathological diagnosis or clinical presentation for alopecia from chemotherapy versus other known causes,[40] nor is there a unique presentation for diagnosing alopecia from Taxotere versus other chemotherapies.

**Alopecia: A General Overview of Treating Alopecia after Chemotherapy**

Particularly in the absence of treatment, it cannot be said with reasonable medical probability that any alopecia caused by chemotherapy is permanent. In my review of the

---

[39] Mariya Miteva et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) Am. J. Dermopathol. 345-350 (2011).

[40] *See* Xinyi Yang and Keng-Ee Thai, Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, 57(4) Australasian J. Derm. E130-e132 (2016) (notes the histopathologic criteria for PCIA are yet to be confirmed).