UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
*IN LIMINE* TO PRECLUDE TESTIMONY AND EVIDENCE
REGARDING INSTANCES OF PERMANENT ALOPECIA AMONG
THOSE PRESCRIBED TAXOTERE BY SANOFI'S EXPERTS**
(Motion *in Limine* No. 10)

## I. INTRODUCTION

Plaintiff respectfully requests that this Court preclude counsel for Sanofi introducing any evidence, testimony, or argument with respect to the incidence of permanent alopecia among patients prescribed Taxotere/docetaxel by Sanofi's experts.

## II. ARGUMENT

Plaintiff anticipates that Sanofi may attempt to offer testimony from its experts regarding instances of permanent alopecia among patients they have personally treated with Taxotere in order to suggest to the jury that Taxotere does not cause permanent alopecia. But this type of information—i.e., self-reported anecdotal accounts of permanent alopecia (or lack thereof)—is not relevant to the causation analysis and only serves to potentially invite the jury to attach improper weight to these anecdotal accounts over Sanofi's controlled clinical trial data and other properly analyzed epidemiological data regarding permanent alopecia. *See Ref. Manual on Scientific Evidence* at 91 ("[W]hile anecdotal evidence can be suggestive, it can also be quite misleading.") Additionally, such testimony cannot be effectively cross examined. Sanofi's experts cannot

disclose the protected medical information of their patients, and thus any statement of prevalence or lack thereof cannot be examined. This is categorically different than published case reports or documented adverse events reported to Sanofi from outside sources.  Sanofi's experts therefore should be barred from offering testimony about instances of permanent alopecia in their patients, as it would otherwise provide Sanofi an unfair advantage in allowing un-verifiable testimony.

This is precisely the sort of evidence that should be barred under Rule 403. However, should the Court allow such evidence, Plaintiff should be permitted to introduce evidence challenging the claims of Sanofi's experts regarding the incidence of permanent alopecia among their patients treated with Taxotere.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that Sanofi be precluded from introducing any evidence, testimony, or argument with respect to the incidence of permanent alopecia among patients prescribed Taxotere by Sanofi's experts.

Dated: July 16, 2019                                Respectfully submitted,

*/s/ Darin L. Schanker*                             */s/ Rand P. Nolen*
Darin L. Schanker                                   Rand P. Nolen
Bachus & Schanker, LLC                              Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                      2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                    Houston, TX 77056
Phone: (303) 893-9800                               Phone: (713) 621-7944
Fax: (303) 893-9900                                 Fax: (713) 621-9638
dschanker@coloradolaw.net                           rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*            *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS