UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Barbara Earnest, Case No. 2:16-cv-17144 | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY COMMENT OR ARGUMENT THAT DR. CARINDER IS RESPONSIBLE FOR PLAINTIFF'S CONDITION**
**(Motion *in Limine* No. 7)**

**I.   INTRODUCTION**

Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to introduce testimony or evidence that Dr. Carinder, Ms. Earnest's oncologist, is responsible for Plaintiff's permanent alopecia.

**II.   ARGUMENT**

Plaintiff is concerned that Sanofi may attempt to introduce evidence at trial which directly or indirectly suggests Plaintiff's injuries were caused, in whole or in part, by the actions of Dr. Carinder in prescribing a Taxotere regimen to Plaintiff. For several reasons, this type of testimony should be excluded. First, Sanofi has not asserted a comparative negligence defense; this is a case of failure to warn and there is no issue or evidence as to any particular third party's fault. Second, any probative value of such evidence is substantially outweighed by the danger of unfair prejudice. Fed. R. Evid. 403. Third, Sanofi has no expert testimony supporting that Dr. Carinder breached the standard of care owed to Plaintiff. Indeed, Sanofi's experts admit that Dr. Carinder's treatment

1

course was appropriate.  Ex. A, Miletello Deposition 147:18-148-15.  Fourth, Plaintiff has not brought a medical malpractice claim against Dr. Carinder and has never asserted that Dr. Carinder violated the standard of care owed to her.  And finally, there is absolutely no evidence that Dr. Carinder did anything other than what he should have done in his treatment of Plaintiff given Sanofi's lack of disclosure of the risk of permanent hair loss.  Accordingly, any testimony reflecting an error by Dr. Carinder, such as prescribing an alleged "off-label" treatment, or prescribing a non-preferred treatment under NCCN guidelines should be excluded from evidence.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court preclude Sanofi and all of its witnesses from mentioning, discussing, commenting on, referring to, or attempting to introduce testimony or evidence that Dr. Carinder is responsible for Plaintiff's permanent alopecia.

| | |
|---|---|
| Dated: July 16, 2019 | Respectfully submitted, |
| */s/ Darin L. Schanker* | */s/ Rand P. Nolen* |
| Darin L. Schanker | Rand P. Nolen |
| Bachus & Schanker, LLC | Fleming, Nolen & Jez, L.L.P. |
| 1899 Wynkoop Street, Suite 700 | 2800 Post Oak Blvd., Suite 4000 |
| Denver, CO 80202 | Houston, TX 77056 |
| Phone: (303) 893-9800 | Phone: (713) 621-7944 |
| Fax: (303) 893-9900 | Fax: (713) 621-9638 |
| dschanker@coloradolaw.net | rand_nolen@fleming-law.com |
| | |
| *Counsel for Plaintiff, Barbara Earnest* | *Trial Counsel for the PSC* |
| *Trial Counsel for the PSC* | |

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com


Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      */s/ M. Palmer Lambert*
      M. PALMER LAMBERT