UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF DEFENDANTS' FIRST OMNIBUS MOTIONS IN LIMINE

NOW INTO COURT, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") who respectfully request leave of court to file the Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1-14) in excess of the 25-page limit set forth in Local Rule 7.7.

Here, in an effort to promote judicial efficiency by reducing the number of individual motions, Sanofi bundled various similar Motions in Limine into an Omnibus; thus, this single Memorandum briefs a total of 14 Motions. As a result, the standard limit of 25 pages for the Memorandum in Support, as set forth in Local Rule 7.7, is insufficient to appropriately address the issues raised in 14 Motions under these circumstances. Sanofi notes that the briefing for each of the 14 individual Motions is well below the 25-page limit. Therefore, Defendants request an additional seventeen (17) pages to brief the Motions, for a total of forty-two (42) pages.

WHEREFORE, Defendants pray that this Court will grant leave to file the Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1-14) in excess of the 25-page limit set forth in Local Rule 7.7.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

Hildy Sastre
**SHOOK, HARDY& BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile:  305-358-7470
hsastre@shb.com

**Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.**

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore