UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER

Considering the Motion for Leave to Exceed Page Limit, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants may file their Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1-14) in excess of the 25-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO

00617636