**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

_____

**DEFENDANTS' OMNIBUS MOTIONS IN LIMINE**
_____

Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Defendants") hereby

submit the following Omnibus Motions in Limine pursuant to Case Management Order 14B:[1]

1.  Motion to Preclude Evidence or Argument Concerning the Purported Moral Or Ethical Duties of Pharmaceutical Drug Manufacturers.

2.  Motion to Preclude Evidence or Argument Concerning Purported Legal Duties and Conclusions.

3.  Motion to Preclude Evidence or Argument Concerning Other Lawsuits, Claims, or Investigations Against Defendants and/or Other Sanofi Entities.

4.  Motion to Preclude Evidence or Argument Concerning Complaints and Lawsuits Against Other Manufacturers of Docetaxel.

5.  Motion to Preclude Evidence or Argument Concerning Adverse Event Reports or Other Complaints Involving Patients Other Than Plaintiff.

6.  Motion to Preclude Evidence or Argument Concerning the Presence, Absence, or Identity of Defendants' Corporate Representative at Trial.

7.  Motion to Preclude Evidence or Argument Concerning Defendants' Executive and/or Employee Compensation.

8.  Motion to Preclude Evidence or Argument Concerning the Cost of Taxotere or Prescription Drug Pricing Generally.

_____

[1]  Defendants will be separately filing 27 additional motions in limine currently herewith.

9.     Motion to Preclude Evidence or Argument Concerning Defendants' Corporate Finances or Employment Decisions.

10.    Motion to Preclude Evidence or Argument Concerning Expert Opinions That Exceed the Scope of Plaintiff's Experts' Rule 26 Expert Disclosures.

11.    Motion to Preclude Evidence or Argument Concerning Defendants' Corporate Intent, Motives, or State of Mind.

12.    Motion to Preclude Evidence or Argument Concerning Defendants' Corporate Integrity Agreements, Government Investigations or Settlements, or Any Other Alleged "Bad Acts" Unrelated to Taxotere.

13.    Motion to Preclude Evidence or Argument Concerning Specific Litigation Conduct.

14.    Motion to Preclude Evidence or Argument Concerning Alleged Fraud on the FDA.

Defendants specifically reserve the right to file additional motions *in limine* in the event further issues arise prior to trial or if additional evidence or testimony is adduced during pretrial proceedings or trial.

Date:  July 16, 2019

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY& BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile:  305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and*
*Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore