# EXHIBIT J

Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4                                    MDL NO.: 2740
                                     SECTION: H
5
6     IN RE: TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
7
8     This Document Relates To:
      Antoinette Durden, Case No. 2:16-cv-16635;
9     Tanya Francis, Case No. 2:16-cv-17410;
      Barbara Earnest, Case No. 2:16-cv-17144.
10    _____/
11
12                       December 7, 2018
                         8:13 a.m.
13
14
15        VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16    held at the offices of Napoli Shkolnik PLLC, located
17    at 360 Lexington Avenue, New York, New York 10017,
18    before Anthony Giarro, a Registered Professional
19    Reporter, a Certified Realtime Reporter and a Notary
20    Public of the State of New York.
21
22
23
24
25     Job No. NJ3151484

Page 62

1      Q      You were gracious enough in
2    your report to identify on page 2, four
3    specific research questions; right?
4      A      Yes.
5      Q      And these are the four
6    things you were asked to investigate or
7    research in this case; correct?
8      A      Correct.
9      Q      We're going to go through
10   each of them pretty much in order.
11     A      Okay.
12     Q      Am I correct these are the
13   only four issues you were asked to
14   investigate or evaluate in this case?
15     A      Yes.
16     Q      You were not asked, for
17   example, to investigate whether docetaxel
18   causes irreversible alopecia?
19     A      Not specifically.  I was
20   asked to address these questions.  Then I
21   have a concluding paragraph at the end,
22   summary at the end of the report.
23     Q      I want to make sure we're
24   clear on that.
25            You did not actually

Page 63

1  investigate whether docetaxel causes
2  irreversible alopecia?  I know you
3  referenced a conclusion from the 2015
4  clinical overview; right?
5      A       Sure.  And I offered an
6  opinion that I agree with that.
7      Q       We'll come back to that in
8  just a minute.
9              You said I was asked to
10 investigate.  Who asked you to
11 investigate these four issues on page 2
12 of your report?
13     A       Mr. Miceli.
14     Q       Let's talk about the first
15 issue.
16     A       Okay.
17     Q       The question of whether a
18 safety signal existed.
19             MR. MICHELMAN:  Off the
20    record.
21             (A short recess was taken.)
22             THE VIDEOGRAPHER:  We went
23    off the record at 9:32 due to a
24    faulty plug in the conference room.
25    The time now is 9:44.  We are back on