# EXHIBIT L

```
                                                          Page 1
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


                                      MDL NO.:  2740

                                      SECTION:  H

     IN RE:  TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION


     This Document Relates To:

     Antoinette Durden, Case No. 2:16-cv-16635;
     Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144.
     _____/


                              255 Alhambra Circle, Penthouse
                              Coral Gables, Florida 33134
                              Tuesday, 9:18 a.m. - 5:25 p.m.
                              December 4, 2018


                    VIDEOTAPED DEPOSITION OF

                       ANTONELLA TOSTI, M.D.



                           VOLUME 1
                      Pages 1 through 300


           Taken on behalf of the Defendant before

     Gina Rodriguez, RPR, CRR, Notary Public in and for

     the State of Florida at Large, pursuant to Second

     Amended Notice of Taking Videotaped Deposition filed

     in the above cause.
```

Page 297

1  based on theory. It's not based -- they're not
2  discussing the existence of the disease, the clinical
3  features of the disease. They are discussing why
4  this happens. We don't know. Disagreement is what
5  makes people working and then finding something.
6  BY MR. SEARS:
7      Q.   You wrote a letter to the editor in 2011
8  called "Permanent chemotherapy-induced alopecia:  A
9  review," right?
10     A.   Yes.
11     Q.   And in that you wrote:  "In
12 tamoxifen-CIPAL, hair loss started three months after
13 initiation of the treatment and was expressed as
14 complete or androgenetic-type alopecia," right?
15     A.   Probably I wrote because it's more evident
16 on the androgen-dependent scalp.
17     Q.   So I have read your report that you
18 prepared in this case, and I know it's your opinion
19 that Ms. Francis and Ms. Durden have traction
20 alopecia, but you think that all three women also
21 have persistent chemotherapy-induced alopecia.
22 Right?
23     A.   Yes.
24     Q.   And in your report, you do not attribute
25 the hair loss to any specific chemotherapy drug,

Page 298

1  right?

2      MR. SCHANKER: Objection, form.

3    A. I cannot say which drug is causing the --

4  the hair loss, of course. You can never make these

5  diagnosis for any type of drug-induced hair loss,

6  even for telogen effluvium.

7      MR. SEARS: You know, I think I'm -- with a

8      couple of areas I might clean up tomorrow, I

9      think I'm about ready to switch over to

10     case-specific. So you guys just want to break

11     for the day or . . .

12     MR. SCHANKER: Why don't we take a break

13     for a moment and talk about it.

14     MR. SEARS: Okay.

15     THE VIDEOGRAPHER: Off the record. The

16     time is 5:25 p.m.

17     (The proceedings concluded for the day at

18     5:25 p.m., and will continue in Volume 2.)

19

20

21

22

23

24

25

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)

72ecbdd8-9ed6-4d44-ae56-8b8592170e9b