# EXHIBIT M

Page 301

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Wednesday, 9:15 a.m. - 4:40 p.m.
December 5, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 2
Pages 301 through 498

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

Page 453

1  personal experience and the literature and the
2  examination of the patients.
3  BY MR. SCHANKER:
4      Q.   And could you go ahead and share those
5  conclusions with us here today?
6           MR. SEARS:  Objection, form.
7      A.   You want me to read the conclusions?
8  BY MR. SCHANKER:
9      Q.   Whatever you're comfortable with.  You
10 could summarize those conclusions for us.  I just
11 want to make sure we understand what those are, and
12 I'll have some follow-up.
13          MR. SEARS:  Objection, form.
14     A.   So my conclusions are -- are based on
15 clinical history, clinical examination, dermoscopy,
16 and pathology results.
17          And these conclusions are that
18 Mrs. Durden, Mrs. Francis, and Mrs. Earnest are
19 affected by permanent alopecia after chemotherapy,
20 also known as persistent alopecia after
21 chemotherapy, due to docetaxel.
22 BY MR. SCHANKER:
23     Q.   Okay.  And docetaxel is the -- is the same
24 as -- is the same drug we sometimes refer to as
25 Taxotere?