UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

---

### DEFENDANTS' SECOND OMNIBUS MOTIONS IN LIMINE
---

Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. ("Defendants") hereby submit the following Second Omnibus Motions in Limine pursuant to Case Management Order 14B:[1]

15. Motion to Preclude Evidence or Argument Concerning What Treatment Dr. Carinder Would Prescribe to Plaintiff Today.

16. Motion to Preclude Evidence or Argument Concerning What Plaintiff Would Have Done Differently if She had been Given Different Risk Information by Her Prescribing Oncologist.

17. Motion to Preclude Evidence or Argument Concerning Sanofi Promotional and/or Marketing Materials Not Possessed or Relied On by Plaintiff or Her Prescribing Physician.

18. Motion to Preclude Evidence or Argument Concerning Non-Expert Causation Testimony.

19. Motion to Preclude Evidence or Argument Concerning Plaintiff's Motive and/or Mental State.

20. Motion to Preclude Evidence or Argument Regarding Sanofi Sales Representatives.

---

[1] Defendants will be separately filing 27 additional motions in limine currently herewith.

Defendants specifically reserve the right to file additional motions *in limine* in the event further issues arise prior to trial or if additional evidence or testimony is adduced during pretrial proceedings or trial.

Date: July 16, 2019

                        Respectfully submitted,

                        */s/ Douglas J. Moore*
                        Douglas J. Moore (Bar No. 27706)
                        **IRWIN FRITCHIE URQUHART & MOORE LLC**
                        400 Poydras Street, Suite 2700
                        New Orleans, LA 70130
                        Telephone: 504-310-2100
                        Facsimile: 504-310-2120
                        dmoore@irwinllc.com

                        Jon Strongman
                        Harley Ratliff
                        **SHOOK, HARDY & BACON L.L.P.**
                        2555 Grand Boulevard
                        Kansas City, Missouri 64108
                        Telephone: 816-474-6550
                        Facsimile: 816-421-5547
                        jstrongman@shb.com
                        hratliff@shb.com

                        Hildy Sastre
                        **SHOOK, HARDY & BACON L.L.P.**
                        201 S. Biscayne Blvd., Suite 3200
                        Miami, Florida 33131
                        Telephone: 305-358-5171
                        Facsimile: 305-358-7470
                        hsastre@shb.com

                        ***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore