# EXHIBIT A

Page 1

1           UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    BARBARA EARNEST,
5            Plaintiff,
6    VERSUS              CASE NO. 2:16-cv-17731
7    SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US SERVICE,
8    INC., AND AVENTIS-PHARMA,
9            Defendants.
10
11
12
13           Videotaped deposition of JAMES E.
14   CARINDER, M.D., taken at the offices of NORTHSHORE
15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16   Suite 390, Slidell, Louisiana 70458, on Thursday,
17   January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25      Job No. NJ2757175

Page 120

1   came out that patients were having persistent
2   alopecia.
3       Q.  Are you talking about related to
4   litigation?
5       A.  That was -- yes.  Yes.
6       Q.  Was it based on your review of any
7   written materials?
8       A.  They -- I had gotten an e-mail from,
9   I -- I think, one of the ASCO -- one of those --
10  one of those FDA things that had been sent out
11  with kind of a warning that now they were seeing
12  cases of permanent hair loss.  Patients are quite
13  aware of that too now.  Even before we're gonna
14  offer up treatment, they're already -- they're --
15  they're already, a lot of them, very aware of
16  this.
17      Q.  So when you -- so you said for the last
18  three years, you've been warning about a potential
19  for --
20      A.  -- permanent hair not growing back.
21      Q.  So what do you say?
22      A.  I tell them, I said, "There is a remote
23  possibility that your hair may not grow back."
24      Q.  So your change to your counseling
25  practices as it relates to hair loss has to do

1    Q.   -- than an average haircut?
2    A.   Yes.  Yes.
3    Q.   So like six months after they stop
4    chemo?
5    A.   I -- if -- if they don't have hair back
6    six months after chemotherapy, then, yes, I would
7    be starting to get concerned.  Absolutely.  I
8    mean, on average -- and I'm just saying on
9    average -- within -- within eight to ten weeks,
10   their hair should be -- their hair should be
11   coming back in as evenly -- as evenly as it's
12   gonna get.  On average, about eight to ten weeks.
13   Q.   Did you first learn -- when did you
14   first learn about Taxotere or docetaxel?
15            When did you first learn about
16   docetaxel?
17   A.   When it came on the market about 1998
18   or '99.
19   Q.   When did you first prescribe docetaxel?
20   A.   About the same time.
21   Q.   And were you using it just to treat
22   breast cancer or other types of cancer?
23   A.   Breast cancer mainly.  Then it got
24   other indications.
25   Q.   And you still prescribe docetaxel

1  today, correct?
2      A.  Yes.
3      Q.  Why?
4      A.  Because it works.
5      Q.  It's effective?
6      A.  Yes.  It's a good drug.
7      Q.  Do you prescribe it today just for
8  breast cancer patients or for other types of
9  patients?
10     A.  Other types of cancers as well.
11     Q.  Lung cancer?
12     A.  Yes.
13     Q.  Prostate cancer?
14     A.  Yes.
15     Q.  Gastric cancer?
16     A.  Yes.
17     Q.  Any others?
18     A.  That's pretty much -- that's pretty
19  much that group.
20     Q.  How many patients a month?
21     A.  I was gonna say be careful what you ask
22  here.
23          A month that I prescribe docetaxel
24  to?
25     Q.  Yeah.

Page 129

1      A.   A lot.  A lot, because I -- you know,
2   I've got patients with lung cancer getting it.  No
3   one with prostate cancer getting it.  The patients
4   I have getting docetaxel right now either have
5   lung cancer, or they have breast cancer.
6      Q.   Is --
7      A.   The patients that I have getting --
8   with breast cancer getting docetaxel are
9   predominantly for the most part HER2 positive,
10  because the regimens that we ha- -- established
11  regimens that work very well in HER2-positive
12  disease have docetaxel.  Okay?
13                 In -- in a setting like
14  Miss Earnest where you've got estrogen hormone
15  receptor-positive disease, HER2-negative disease,
16  where you're not using a trastuzumab-based
17  regimen, I typically will give them the dose-dense
18  AC; but now I use paclitaxel.  And part of the
19  reason I use paclitaxel is because of the risk for
20  the permanent alopecia.  But we now -- instead of
21  using paclitaxel at a high dose every two weeks or
22  three weeks, we do the 12 weeks of a smaller dose,
23  and the neuropathy tends to be less severe.
24                 At the time Miss Earnest was being
25  treated, paclitaxel was given on an every-two-week

1  schedule at a high dose, and the neuropathy was --
2  was daunting in a lot of those patients, and plus
3  the infusion reactions because it was a pretty
4  sizeable dose of drug. Now 12 weeks at a small
5  dose, you don't have the -- the infusion
6  complications really, and you don't -- the
7  neuropathy is not as severe.
8      Q.  You said, I think, that part of the
9  reason that you are now using paclitaxel has to do
10 with the -- the possibility of permanent hair
11 loss.
12               What else?
13     A.  That's -- that's the main reason.
14 That's the main reason. We didn't have paclitaxel
15 approved for using it weekly back in the day when
16 Miss Earnest was treated. And like I said, it was
17 approved for using a dose every fift- -- 14 days,
18 but it was a high dose. And the -- the neuropathy
19 the patients got from that was long-lasting in a
20 lot of cases, and that's -- that's bothersome for
21 people, and plus the infusion reactions were
22 severe.
23     Q.  What -- I -- can you explain to me what
24 that means, the infusion reactions?
25     A.  Do you know why people react to

Page 138

1  THE WITNESS:
2         Do you mean if she recurred?  If
3  she developed recurrent disease?  No, because
4  she's seen that drug.
5  EXAMINATION BY MS. BIERI:
6      Q.   If she presented to you today having --
7      A.   -- a new case of breast cancer just
8  like her?
9      Q.   Today.
10     A.   No, I would give her paclitaxel.
11     Q.   If --
12     A.   If she had HER2-positive disease, yes,
13 I would give her docetaxel.
14     Q.   Can you say with certainty that
15 Miss Earnest, if she had received paclitaxel,
16 would be alive today?
17         MR. SCHANKER:
18              Objection, form.
19         THE WITNESS:
20              No one can say that with
21 certainty.
22 EXAMINATION BY MS. BIERI:
23     Q.   Can you say with certainty that
24 Miss Earnest's hair wouldn't be in the same level
25 of fullness that it is today?

1    A.   The only drug I can remember that
2    Sanofi had was -- was docetaxel before it went
3    generic, and this -- they came around more before
4    all of this permanent alopecia news came out.  You
5    know, when I -- they're -- they were really coming
6    around like in 2005, 2006, 2007, before the
7    drug -- before the drug became generic.
8    Q.   Generic?
9    A.   Yeah.  When it was still -- when it was
10   still brand.  Of course when -- when the -- once a
11   drug goes generic, you never see the people again.
12   But when the drug is brand, yeah, they come around
13   all the time.
14   Q.   Do you remember anything specific about
15   your encounters with Sanofi sales representatives
16   prior to 2012?
17   A.   Nothing unfavorable.
18   Q.   You don't have any criticism of any of
19   the sales representatives --
20   A.   No.
21   Q.   -- from Sanofi --
22   A.   No.
23   Q.   -- that you dealt with?
24   A.   No.  The Taxotere rep at the time
25   actually was -- was very good.

Page 145

1  Q. You un- -- and also understood that the
2  sales rep was not a doctor like you, correct?
3  A. I know that.
4  Q. And you would not have ever substituted
5  your judgment for that of a nonmedically-trained
6  sales representative, correct?
7  A. Actually, that rep was a nurse
8  practitioner in oncology. But not every
9  pharmaceutical rep has that background. But, no,
10 their -- their job is to show me the data, and
11 then I rely on my own decision.
12 Q. So whether the sales rep is a nurse
13 practitioner or not, you're not substituting the
14 judgment or --
15 A. All my --
16 Q. -- of the sales --
17 A. All my practice ju- --
18 Q. -- representative for your own?
19 A. All my practice decisions are evidence
20 based; based on published guidelines, published
21 literature, peer-reviewed trials. Okay? What a
22 drug rep comes in and says might fit that.
23 Sometimes what they bring in winds up in the
24 trash. So, you know, I still rely on published
25 data.