# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5           Plaintiffs,
 6
 7   VERSUS            CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12           Defendants.
13
14
15
16
17
18            DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

1  pictures, what did you use to take pictures of
2  anything prior to that?
3      A.   Before your phone?
4      Q.   Uh-huh.
5      A.   A camera.
6  MR. SCHANKER:
7           All right.  I'm going to have to go ahead
8  and take a break.
9  MS. BIERI:
10          I am not finished with this line of
11 questioning.
12 MR. SCHANKER:
13          Well, yeah, but I need to take a break.
14 Okay?  So go off the record.
15 MS. BIERI:
16          I hear you.
17               (Off the record at 9:57 a.m.)
18               (Back on record at 10:09 a.m.)
19 MS. BIERI:
20    Q.   Mrs. Earnest, I want to switch gears and
21 ask you a question about your health.  Are you
22 cancer-free today?
23 MR. SCHANKER:
24          Objection to form.
25    A.   I'm told I am.

1   have seen lawyer advertisements related to
2   Docetaxel or Taxotere, correct?
3       A.   No.  You asked me if I seen anything
4   before I contacted him?
5       Q.   I was asking you after.  Have you ever
6   seen a lawyer advertisement related to Docetaxel
7   or Taxotere after --
8       A.   Yes.
9       Q.   -- you contacted a lawyer?
10      A.   Yes.
11      Q.   Okay.  Prior to contacting a lawyer, had
12  you ever seen a lawyer advertisement for Taxotere
13  or Docetaxel?
14      A.   No, never did.
15      Q.   And beyond the lawyer advertisements that
16  you saw after reaching out to counsel, you had
17  never seen any visual or print materials on
18  television or advertisements related to Docetaxel
19  or Taxotere, correct?
20      A.   Correct.
21      Q.   So when -- did you tell me your son
22  talked to you about an advertisement he saw?
23      A.   My brother.
24      Q.   What's your brother's name?
25      A.   Jules, J-U-L-E-S, LeBlanc.

1    like that.
2         Q.   You never had a conversation with anyone
3    outside of the attorney/client relationship to
4    that effect, correct?
5         A.   Correct.
6         Q.   Have you ever read anything to that
7    effect?
8         A.   No.  I haven't read anything.
9         Q.   So are you saying you wish you would have
10   been told that persistent hair loss was a
11   potential side effect of Docetaxel?
12        A.   Yes.  Sure.
13        Q.   You wish that information would have been
14   provided to you?
15        A.   Right.
16        Q.   How should you have been told that
17   information?
18   MR. SCHANKER:
19             Objection, form.
20        A.   Through my doctor, that if he would have
21   knew that, he could have -- and then we could have
22   discussed, maybe I could have had the opportunity
23   to say, well, is there another drug to take?  I
24   didn't have that option.  I didn't have that
25   option.