# EXHIBIT D

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2         FOR THE EASTERN DISTRICT OF LOUISIANA
3     _____
                                     )
4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
      PRODUCTS LIABILITY LITIGATION)
5                                    )Section:  H
      This Document Relates to:      )
6                                    )
      Antoinette Durden,             )
7     Case No. 2:16-cv-16635;        )
      Tanya Francis,                 )
8     Case No. 2:16-cv-17410;        )
      Barbara Earnest,               )
9     Case No. 2:16-cv-17144         )
      _____)
10
11
12
13
14     VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                 Costa Mesa, California
16               Monday, December 3, 2018
17                       Volume I
18
19
20
21    Reported by:
      DENISE BARDSLEY
22    CSR No. 11241
23    Job No. 3134931
24
25    PAGES 1 - 314

1    going to be permanent, a lot of patients forewent it
2    because of the cost.
3         Q    But you would certainly agree it is
4    speculative to know what really would have happened,
5    correct?
6              MR. THORNTON:  Objection.
7    BY MR. STRONGMAN:
8         Q    It's speculative to know what risks
9    Ms. Earnest or Mrs. Durden or Mrs. Francis really
10   would have accepted back in 2009 and 2011, correct?
11             MR. THORNTON:  Objection.
12             THE WITNESS:  I don't know what they would
13   have decided, but they clearly were willing to weigh
14   information provided in making their final decision
15   with their oncologist.
16   BY MR. STRONGMAN:
17        Q    But that's simply an exercise we can't do
18   in retrospect, correct?
19             MR. THORNTON:  Objection.
20             THE WITNESS:  I don't think you're correct,
21   because if you look at the information they were
22   provided, they thought about it significantly.
23             And when they were advised, as Ms. Durden,
24   that there was a risk of cardiac problems,
25   particularly with Adriamycin, and didn't have