# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE TAXOTERE (DOCETAXEL)         )
 5   PRODUCTS LIABILITLY LITIGATION     ) MDL NO. 2740
 6                                      )
 7   THIS DOCUMENT RELATES TO:          ) SECTION:  H
 8                                      )
 9   ANTOINETTE DURDEN,                 )
10   CASE NO. 2:16-cv-16635             )
11   TANYA FRANCIS,                     )
12   CASE NO. 2:16-cv-17410;            )
13   BARBARA EARNEST,                   )
14   CASE NO. 2:16-cv-17144             )
15                                      )
16   _____)
17
18      VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D., VOL. 2
19                 FRIDAY, DECEMBER 7, 2018
20
21   JOB NO. 3151489
22
23   REPORTED BY ISRAEL REYES
24
25   Job No. NJ3151489
```

Page 29

1  information may have changed the treatment options
2  discussed in the patient's choice, correct?
3       A   I -- yes.  That's based on my professional
4  knowledge.
5       Q   You can't guarantee that a different
6  treatment choice would have been made, right?
7           MR. THORNTON:  Objection; form.
8  BY MR. KAUFMAN:
9       A   As I said, I don't ever use the word
10 "guarantee" when I'm talking about medicine.  So it's
11 not a term I ever use.
12      Q   So it's possible that the patient -- even if
13 the doctor and the patient knew of the risk of
14 permanent alopecia associated with Taxotere, it's
15 possible that the patient would have been presented
16 with the same treatment options?
17          MR. THORNTON:  Objection; form.
18 BY MR. KAUFMAN:
19      A   If a physician knew about the risk of
20 permanent alopecia with a Taxotere-containing regimen
21 and -- I don't know what -- you know, they probably
22 would have non-Taxotere-containing regimens listed
23 among their options.
24      Q   But there could also be Taxotere-containing.
25      A   Oh, yes, yes.  I'm not pre-concluding what

Page 30

1  the decision will be.  I'm only focused on
2  communicating it so that there's transparency and
3  they're aware of it so that they can have an informed
4  discussion.  If they don't know the risk exists, then
5  they really aren't having an informed consent -- they
6  aren't having an informed discussion and decision if
7  there is adverse event information that they're not
8  aware of.
9      Q   Why --
10     A   But it could be possible.  Once they discuss
11 it in a shared decision-making mode, the patient
12 certainly could elect -- at the end of the day, a
13 woman wants to take that potential risk, that is her
14 decision.
15     Q   So it's possible that a patient would still
16 have chosen Taxotere treatment.
17         MR. THORNTON:  Objection; form.
18 BY MR. KAUFMAN:
19     A   Yeah, if she had an informed discussion she -
20 - and knows of the risk.  Perhaps she would choose
21 that; perhaps she would choose to try and mitigate the
22 risk with a cooling cap, you know.  Those are all
23 things that -- so her treatment -- she may still
24 choose the regimen, but perhaps she chooses a way to
25 mitigate the risk with a cooling cap.

1           So in that context, her treatment approach is
2    different.  But it's possible that she could still
3    choose a Taxotere-containing regimen.  I'm not
4    precluding that.
5        Q   And it's possible she might choose a
6    Taxotere-containing regimen without a cold cap.
7           MR. THORNTON:  Objection; form.
8    BY MR. KAUFMAN:
9        A   It's -- yes, that is possible.
10       Q   All of the options are still on the table,
11   correct?
12       A   Yes.  I think --
13          MR. THORNTON:  Objection; form.
14   BY MR. KAUFMAN:
15       A   -- the main issue is communication and
16   transparency so that the patient and the physician are
17   having an informed discussion.  I'm not precluding
18   that the decision may or may not be different.  I'm
19   just saying the first point is to have that
20   transparency in communication of risk and benefits.
21          I'm also, as you know, not specifically
22   talking about these plaintiffs.  I can't -- you know,
23   that's a discussion you'll be having with different
24   experts.
25       Q   Do you agree that Taxotere is a life-saving