# EXHIBIT F

Page 1

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
       BARBARA EARNEST,
 3                                      CASE NO.
       VERSUS                           2:16-CV-15678
 4
       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 5     SANOFI US SERVICE, INC., and
       AVENTIS-PHARMA S.A.,
 6
             VIDEOTAPE DEPOSITION OF BARBARA MARY
 7     LEBLANC EARNEST, TAKEN IN THE OFFICES OF
       GAINSBURG, BENJAMIN, DAVID, MEUNIER &
 8     WASHAUER, LLC, 1100 POYDRAS STREET, SUITE
       2800, NEW ORLEANS, LOUISIANA, 70130, ON
 9     MONDAY, THE 5TH DAY OF NOVEMBER, 2018.
10     APPEARANCES:
11       BACHUS & SCHANKER, LLC
         ATTORNEYS AT LAW
12       BY:  DARIN L. SCHANKER, ESQUIRE
         1899 WYNKOOP STREET, SUITE 700
13       DENVER, COLORADO  80202
14          ATTORNEYS FOR PLAINTIFF
15       SHOOK, HARDY & BACON, LLP
         ATTORNEYS AT LAW
16       BY:  KELLY BIERI, ESQUIRE
         2555 GRAND BOULEVARD
17       KANSAS CITY, MISSOURI  64108-2613
18          ATTORNEYS FOR SANOFI
19     VIDEOGRAPHER
20          MARK ANCALADE
21     REPORTED BY:
22       DAWN D. TUPPER, CCR, RPR
         CERTIFIED COURT REPORTER
23       REGISTERED PROFESSIONAL REPORTER
24
25      Job No. NJ3109557
```

1   cure your cancer that did not cause
2   permanent baldness?
3         A.   Yes.  If I knew that it caused
4   -- this drug that I was taking caused
5   permanent baldness, anybody would.
6         Q.   And that's something you told
7   Dr. Bianchini?
8         A.   Yes.
9         Q.   And so it's your opinion in
10  2018 that that's something that you would
11  have said to Dr. Carinder in 2011?
12        A.   Yes.
13     MR. SCHANKER:
14          Objection, form.
15  EXAMINATION BY MS. BIERI:
16        Q.   Are you claiming that you
17  would have refused to take Taxotere if you
18  were told that there was a risk of
19  permanent hair loss?
20     MR. SCHANKER:
21          Objection, form.
22     THE WITNESS:
23          To a certain saying -- it's hard
24  to answer.  I can't go back I mean, you
25  know, to answer that.  I mean, is this the

1    only drug in history that's going to save
2    my life?  I don't know that.  Nobody knows
3    that.
4         But I would have rathered take a
5    drug that wouldn't have given me permanent
6    hair loss.  And because Dr. Carinder
7    didn't know that, I was prescribed this
8    drug in my opinion.
9    EXAMINATION BY MS. BIERI:
10        Q.   I think just to clarify what
11   you just said, do you remember when we
12   talked at your last deposition and I had
13   asked you if you had had any conversations
14   with Dr. Carinder about what he did or
15   didn't know at the time he prescribed
16   Docetaxel to you?
17        A.   Yes.
18        Q.   Do you remember telling me
19   that you had never had that discussion
20   with Dr. Carinder?
21        A.   I don't -- I don't understand
22   your question now.  The deal that I had
23   with Dr. Carinder is that he always told
24   me my hair was going to grow back.
25        Q.   I think we're ships passing in

```
 1              Objection, form.
 2        THE WITNESS:
 3              Yes.
 4   EXAMINATION BY MS. BIERI:
 5        Q.    Would it influence your
 6   decision if the other drug had an
 7   increased risk of neuropathy?
 8        MR. SCHANKER:
 9              Objection, form.
10   EXAMINATION BY MS. BIERI:
11        Q.    You suffer from neuropathy;
12   correct?
13        A.    Yes.
14        MR. SCHANKER:
15              Objection, form.
16   EXAMINATION BY MS. BIERI:
17        Q.    And you're currently on
18   medication for that; correct?
19        A.    Yes.
20        Q.    Did you tell Dr. Bianchini or
21   Dr. Thompson that you have trouble
22   sleeping because of your neuropathy?
23        A.    I probably did.
24        Q.    Do you have trouble sleeping
25   --
```

```
 1            A.   Yes.
 2            Q.   -- because of your neuropathy?
 3            A.   Yes.
 4            Q.   And if this other drug, this
 5     hypothetical other drug, came with an
 6     increased risk of neuropathy, is that
 7     something that you would have taken into
 8     consideration?
 9          MR. SCHANKER:
10              Objection, form.
11          THE WITNESS:
12              Um, I don't know.  I really don't
13     know.
14     EXAMINATION BY MS. BIERI:
15            Q.   Or it caused increased
16     severity of neuropathy, is that something
17     you would have wanted to take into
18     consideration?
19          MR. SCHANKER:
20              Objection, form.
21          THE WITNESS:
22              I can't answer that.
23     EXAMINATION BY MS. BIERI:
24            Q.   That's not something that you
25     would care about either way?
```

```
1          MR. SCHANKER:
2              Objection, form.
3          THE WITNESS:
4              No.  I do care about it because
5      it's very painful.
6      EXAMINATION BY MS. BIERI:
7          Q.   So that could -- that would
8      potentially influence your decision?
9          A.   Yes.
10         Q.   About if you wanted to take
11     that other drug; is that correct?
12         MR. SCHANKER:
13             Objection, form.
14         THE WITNESS:
15             Yes.
16     EXAMINATION BY MS. BIERI:
17         Q.   But sitting here, is it fair
18     to say since you don't know of another
19     drug, you're just saying hypothetically
20     another drug; right?
21         A.   Yes.
22         MR. SCHANKER:
23             Objection, form.
24     EXAMINATION BY MS. BIERI:
25         Q.   You can't know what side
```

1    no doctor has ever told you you have
2    permanent baldness; correct?
3         A.   Well, to me it's permanent
4    because my hair is not growing back.
5         Q.   And did you also mention that
6    you haven't undertaken any treatment in an
7    attempt for your hair to regrow?
8         A.   Correct.
9         Q.   Have you ever considered
10   undertaking any treatment methods to see
11   if it could help your hair?
12        A.   No, I haven't.
13      MR. SCHANKER:
14          Objection, form.
15   EXAMINATION BY MS. BIERI:
16        Q.   Do you remember if Dr.
17   Thompson provided any recommendation to
18   you in terms of something that you should
19   do at the conclusion of your meeting or
20   later?
21        A.   No, he didn't.
22        Q.   He didn't provide any
23   diagnosis or treatment recommendation to
24   you?
25        A.   No.

1    no doctor has ever told you you have
2    permanent baldness; correct?
3         A.   Well, to me it's permanent
4    because my hair is not growing back.
5         Q.   And did you also mention that
6    you haven't undertaken any treatment in an
7    attempt for your hair to regrow?
8         A.   Correct.
9         Q.   Have you ever considered
10   undertaking any treatment methods to see
11   if it could help your hair?
12        A.   No, I haven't.
13      MR. SCHANKER:
14           Objection, form.
15   EXAMINATION BY MS. BIERI:
16        Q.   Do you remember if Dr.
17   Thompson provided any recommendation to
18   you in terms of something that you should
19   do at the conclusion of your meeting or
20   later?
21        A.   No, he didn't.
22        Q.   He didn't provide any
23   diagnosis or treatment recommendation to
24   you?
25        A.   No.