# EXHIBIT H

Page 1

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4              NO. 2:16-cv-17731
5
6          BARBARA EARNEST, Plaintiff
7
8                    VERSUS
9
10   SANOFI S.A., SANOFI-AVENTIS US. L.L.C.,
11          SANOFI US SERVICE, INC., and
12         AVENTIS-PHARMA S.A., Defendants,
13
14
15     Deposition of RALPH L. EARNEST, SR.,
16   2313 Pelican Street, Slidell, Louisiana 70460,
17   taken in the offices of Gainsburgh, Benjamin,
18   David, Meunier & Warshauer, 1100 Poydras
19   Street, Suite 2800, New Orleans, Louisiana
20   70163-2800 on Monday, April 16, 2018.
21
22
23
24
25   Job No. NJ2863167

1       involvement with friends.  Not a whole lot.
2            I mean the substances and so forth that
3       you are talking about -- Are you talking about
4       the drugs and so forth, things like that?
5   Q.  Anything really.
6   A.  We talked about -- just about everything in
7       general in the deposition we could think of,
8       because even though it was in black and white,
9       a lot of times, you know, as the saying goes,
10      you snooze you lose.  That's what was
11      happening with me.  I had to remind myself and
12      ask her questions.
13  Q.  So what were you trying to remind yourself of
14      when you read the transcript of your wife's
15      deposition?
16  A.  Well, we are looking at what are we -- what
17      are we are here for.  That's the part I was
18      just trying to remind myself, what we are here
19      for today.
20  Q.  And what is your understanding of what we are
21      here for today?
22  A.  We are seeking damages I guess because of the
23      use of Taxotere on the scalp.
24  Q.  When you say the use of Taxotere on the scalp,
25      what is your understanding of what Taxotere

1  is?
2  A. I don't have a full understanding of it other
3     than -- all I know is it created a hair loss
4     for her. That's all I really know about
5     Taxotere.
6  Q. Do you understand that your wife took Taxotere
7     as part of her chemotherapy treatment?
8  A. Yes.
9  Q. And do you understand that she has not taken
10    Taxotere since 2011?
11 A. Yes.
12 Q. I want to go back to things that you talked
13    about with your wife about the substance of
14    what she talked about at her deposition.
15 A. Certainly.
16 Q. You said that involving friends or family.
17       Could you clarify what you mean, what you
18    talked about?
19 A. There was instances like in the deposition
20    they talked about her friend Amy cutting her
21    hair. I mean I knew that it had taken place,
22    but I to be reminded, so to speak, because
23    these are friends that I have known since
24    1972.
25       There was an instance where my son tried

Page 21

1              Go ahead.
2         THE WITNESS:
3              The fact that she had to go out in
4         public without hair.  It's a constant
5         reminder to her that she feels as though
6         she stands out amongst -- stands out,
7         because she is out there with a turban
8         on her head, and a lot of people know
9         what that is.  I mean when they look at
10        her they say she is wearing a turban
11        because of cancer.
12   EXAMINATION BY MR. HARMON:
13   Q. Is there anything else that after reading the
14      transcript of your wife's deposition that you
15      didn't remember but that it helped refresh
16      your recollection?
17        MR. SCHANKER:
18             Objection to form.
19        THE WITNESS:
20             Not really.  There wasn't a whole
21        lot, because I tell you what, the
22        deposition transcript covered a great
23        deal.
24   EXAMINATION BY MR. HARMON:
25   Q. Was there anything that you read in the

```
 1      children's lives.  Is that right?
 2   A. Are you talking about Ralph and Michael, or
 3      are you talking about all the children?
 4   Q. Any of the children that you say she's been
 5      more --
 6   A. She stays active.  She tries to be active in
 7      all their lives.
 8   Q. But all of this is -- Is it your testimony
 9      that all of this has improved since losing the
10      weight and since your lifestyle changes?
11   A. Yes.
12   Q. Aside from being more active in the lives of
13      your grandchildren and children and the
14      improvement in your sexual relationship, is
15      there anything else that has changed since you
16      made the lifestyle changes associated with
17      your bariatric surgery?
18   A. Not that I know of, guy.
19   Q. Okay.  Do you know what claims your wife is
20      bringing against Sanofi?
21   A. The only claim I know is hair loss of the
22      scalp.
23   Q. What is your understanding about what your
24      wife is claiming that Sanofi did wrong?
25   A. The fact that she was not informed or the
```

Page 49

```
 1        doctor or whoever was not informed that the
 2        hair loss would be due to the Taxotere.
 3   Q.   So is it your understanding that your wife is
 4        claiming that she did not know that the
 5        Taxotere would cause her to lose her hair?
 6   A.   That's correct.  The doctor told her she would
 7        get her hair back, but it didn't never come
 8        back.
 9   Q.   Okay.  There's a little bit -- I'm asking a
10        little bit different question.
11   A.   Sure.
12   Q.   Let me ask it this way for --
13   A.   Sure.
14   Q.   Is it your understanding that your wife knew
15        that her hair would fall out --
16   A.   That's what the doctor told her.
17   Q.   -- because of chemotherapy?
18   A.   That's what the doctor told her.
19   Q.   But it's your understanding that your wife
20        claims that she didn't know it would not come
21        back.
22            Is that what you're saying?
23   A.   No.
24            The doctor told her that the hair would
25        come back.  He also told her it could come
```