# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO. 2:16-cv-17731

BARBARA EARNEST,
    Plaintiff,
        v.
SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
US SERVICE, INC., and AVENTIS-PHARMA S.A.,
    Defendants.

Deposition of JULES JOHN LEBLANC, 924 HIGHWAY 55, MONTEGUT, LOUISIANA  70377, taken in the offices of GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, on Thursday, May 3, 2018.

APPEARANCES:

    BACHUS & SCHANKER, LLC
    Attorneys at Law
    BY:  DARIN SCHANKER, Esquire
    1899 Wynkoop Street, Suite 700
    Denver, Colorado  80202

        ATTORNEYS FOR PLAINTIFF

    SHOOK, HARDY & BACON, L.L.P.
    Attorneys at Law
    BY:  JASON A. HARMON, Esquire
    2555 Grand Boulevard
    Kansas City, Missouri  64108-2613
        ATTORNEYS FOR DEFENDANTS

REPORTED BY:

    VERNE B. MULLINS
    Certified Court Reporter
    Registered Diplomate Reporter
    Certified Shorthand Reporter (TX)

Job No. NJ2879783

1       with, and I can't blame her.
2              And how I got involved in this is -- I
3       don't know whether you want me to say that
4       now, but I was looking at Channel Eight News,
5       on TV, and they came on.  I don't remember
6       the -- what the -- the -- how you would say
7       that.  I didn't know what chemical they were
8       using -- or she used or anything.
9              So I just got on the phone and called her,
10      and said, "Barbara," I said, "I just seen on
11      the news where they have -- do you know what
12      chemical you used?"
13             She says, "Yeah."
14             And I said, "Well, I don't know what
15      chemical you using, you know, were using."  I
16      said, "But the only thing is, I can tell you
17      that the news says that the company that made
18      this medicine, that you put -- you know,
19      causing people to lose their hair, and it's
20      been proven that the company that made the
21      chemical knew that it was going to cause you
22      to lose your hair.  Did they tell you that?"
23             She says, "No."
24             I said, "Well, I tell you what, why don't
25      you just look at the next news broadcast on

1  couple of times about some of the
2  medicines that she was taking, and when
3  I seen it on the TV, I turned around and
4  just called her and I said, "Barbara,
5  did you take any kind of a medicine?"
6      She says, "Yes."
7      I said, "There's some kind of
8  treatment that they have on TV right
9  now, if you call the station or at least
10 look at the station, you can get all the
11 information I got off of it, and then do
12 what you want to do.  I think you should
13 do something, but, you know, especially
14 if you were never told by the doctors
15 that it would cause you to lose your
16 hair," you know.  No one's ever told her
17 anything.
18     And then, according to the news
19 broadcast, the company that made this
20 doggone stuff knew that it was going to
21 cause you to lose hair.  Of course, I
22 don't know whether -- I'd rather lose my
23 hair than lose my life, too, you know,
24 is the way I would look at it.
25 EXAMINATION BY MR. HARMON:

Page 64

1        MR. SCHANKER:
2             Objection, form.
3        THE WITNESS:
4             I really don't know.  I would imagine
5        she does, you know.
6   EXAMINATION BY MR. HARMON:
7   Q. Do you know of any other medical issues, over
8      the past ten years, that have significantly
9      affected Barbara?
10       MR. SCHANKER:
11            Objection, form.
12       THE WITNESS:
13            No, I don't.
14  EXAMINATION BY MR. HARMON:
15  Q. Has Barbara ever talked to you about how her
16     hair affects her life?
17  A. Well, she don't like to be seen without her
18     hairpiece on, that's for sure.
19  Q. Has she told you that?
20  A. Yes, she's told me that.
21  Q. When does she tell you that?
22  A. She tells me that all the time.  Just I get
23     that general feeling from her.
24  Q. So you get the feeling from her or she says
25     that to you?

1    A.  Well, no.  If you go to her house and the -- I
2        go to her house and she might be -- I just
3        pass by the house, because I'm out that way,
4        like I say, we do -- or we used to go to the
5        Gulf Coast all the time, go from one casino to
6        the other, go to one today, then the next
7        week, or whatever.  We were going once a month
8        by bus out there, and I got to the point, the
9        bus driver quit, only because they had an
10       accident one time before, and everybody was
11       trying to get away from the buses.  Because I
12       think -- I don't know how many people that was
13       killed that day, so we decided to go by car
14       and sometimes we be passing through Slidell,
15       I'll say, "I'm going to go see my sister and
16       pull in."
17           And said -- Barbara said -- "Want to go
18       have some lunch with us, with me and Lou?"
19           She says, "Yeah, okay."  But when I get
20       there, she wasn't prepared, and as soon as she
21       opened the door, "Hold on for a minute."  I'll
22       go back, wait outside for a little while, then
23       she'll come in there and say she's putting her
24       turban on.
25           I said, "You wear that turban all the

Veritext Legal Solutions
800-227-8440                                              973-410-4040

1     time?"
2          "When I know somebody's coming, I don't
3     want them to see me like this."
4  Q. Have you ever seen Barbara without her turban
5     on?
6  A. Only when she took it off, to show me.
7  Q. Do you know how long she's been wearing a
8     turban, though?
9  A. Oh, it's been a few years now.
10 Q. But how many times have you seen her without
11    the turban on?
12 A. All -- with the turban on, all her hair
13    pieces, especially she's dressing up and she's
14    going to put her hairpiece on.  As far as her
15    walking around the house, she don't want to
16    really -- I happened to go there really early
17    one morning and she was just getting out of
18    the bed, you know.
19 Q. So how many times have you seen her without
20    the turban on, or a hairpiece?
21 A. Just that one time when she showed me.  She
22    don't look too bad with the damn turban on.
23 Q. You think she looks good with the turban on?
24 A. Better than bald-headed.
25 Q. Do you have an opinion on how she looks?

```
                                                    Page 67
 1          MR. SCHANKER:
 2               Objection, form.
 3          THE WITNESS:
 4               Yeah, I have an opinion how she
 5          looks.  She was a nice looking woman at
 6          one time.  She's getting old, like the
 7          rest of us, and with no hair, and I know
 8          that's -- she doesn't want people to see
 9          her that way, that's why, if her
10          husband's not home, she might go, you
11          know, around without it.  But not for
12          long.  She wears that damn turban most
13          of the time.
14     EXAMINATION BY MR. HARMON:
15     Q. Do you think she's not a nice looking woman
16        now?
17     A. No, I think she still is.
18     Q. You still think she's a beautiful woman?
19     A. Yeah, yeah, she's still a nice-looking woman.
20        A little on the heavy side, but -- in fact,
21        right now, I understand she's trying to lose
22        weight.
23          MR. HARMON:
24               Going to take a quick break.  That
25          work?
```

Veritext Legal Solutions
800-227-8440                                      973-410-4040

1             mean, such and such chemical, that's
2             being used for treating cancer, caused
3             hair loss.  And then I had, the next
4             day, turned around and called my sister
5             up and I told her, I said, "It's on TV
6             again today.  Well, why don't you look
7             at it and see what you think."
8      EXAMINATION BY MR. HARMON:
9      Q. Was -- in his investigative report, were there
10        any interviews with anyone?
11     A. No, none at all.  It was the statement that he
12        made that he reported that the chemical
13        company knew it was causing permanent hair
14        loss.
15     Q. In the report that you saw, were there any
16        pictures of people?
17     A. No.
18     Q. Was -- in the report that you saw, were there
19        any names of companies?
20     A. I think he did mention a name of a company
21        that did it.  And he says they wrong for not
22        advertising, letting people know before they
23        take it, that they're going to get permanent
24        hair loss.
25     Q. Do you remember the name of the companies?

Page 71

1     A. No, I sure don't.
2     Q. You said that the report also discussed
3        lawyers?
4            MR. SCHANKER:
5                 Objection, form.
6            THE WITNESS:
7                 No, not really.  He just said -- he
8             just -- the reporter turned around and
9             was reporting this to let people know
10            the chemical company was trying to hide
11            this.  That's the way I got out -- you
12            know, that's what I got out of it.  I
13            said, "It's kind of hard for someone to
14            make a chemical out there and then know
15            that something's wrong with it and still
16            selling it, you know."
17    EXAMINATION BY MR. HARMON:
18    Q. Did the report say why they thought the
19       company was hiding something?
20            MR. SCHANKER:
21                Objection, form.
22            THE WITNESS:
23                Because they weren't telling people
24             that it would cause hair loss, that's
25             all.