# EXHIBIT J

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                   CASE NO. 2:16-cv-17731
 3
                        BARBARA EARNEST,
 4                         Plaintiff,
 5                             v.
 6       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
            US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                        Defendants.
 8          Deposition of MICHAEL PAUL EARNEST, 2313
         PELICAN STREET, SLIDELL, LOUISIANA  70460,
 9       taken in the offices of GAINSBURGH, BENJAMIN,
         DAVID, MEUNIER & WARSHAUER, on Tuesday, April
10       17, 2018.
11       APPEARANCES:
12           BACHUS & SCHANKER, LLC
             Attorneys at Law
13           BY:  DARIN SCHANKER, Esquire
             1899 Wynkoop Street, Suite 700
14           Denver, Colorado  80202
15              ATTORNEYS FOR PLAINTIFF
16
             SHOOK, HARDY & BACON, L.L.P.
17           Attorneys at Law
             BY:  JASON A. HARMON, Esquire
18           2555 Grand Boulevard
             Kansas City, Missouri  64108-2613
19
                ATTORNEYS FOR DEFENDANTS
20
21    REPORTED BY:
22        VERNE B. MULLINS
          Certified Court Reporter
23        Registered Diplomate Reporter
          Certified Shorthand Reporter (TX)
24
25    Job No. NJ2863177
```

1  Q. Do you know anyone else who has sued Sanofi?
2  A. No.
3  Q. Do you know anyone else who has taken
4     Taxotere®?
5  A. No.
6  Q. Has your mom ever told you that she regretted
7     her choice of cancer treatment?
8  A. Nope.
9  Q. At any time before, has your mom ever
10    discussed suing anyone else with regard to her
11    cancer treatment?
12 A. My mom never even knew that it was a lawsuit,
13    so, no.
14 Q. What is your understanding of the injury your
15    mom is alleging, in this lawsuit?
16 A. Can you re -- can you maybe re -- so I
17    understand the question that you're asking me?
18 Q. Sure.  Do you understand that your mother is
19    claiming that she was injured in some way in
20    this lawsuit?
21 A. Yes.
22 Q. What is your understanding of what that injury
23    is?
24 A. Her hair's not growing back.  Her self esteem.
25    The way she looks.  My mother was a very

Page 23

1    beautiful woman.  The hair, overall, makes a
2    woman.  My mother don't feel like a woman
3    anymore.  That's her injury.  Her hair's lost.
4  Q. How do you know that she has those feelings?
5    Have you -- has she said those things to you?
6  A. My mother doesn't have to express feelings to
7    me.  I can see it.  My -- I'm my mother.  I'm
8    just a man.  There's a difference.  I know how
9    my mother feels.  She doesn't have to express
10   it and I can see sometimes how my dad looks at
11   my mother.  There's no change with my mother
12   and father.  They love each other.  It's just
13   my mother doesn't feel like a woman anymore
14   without her hair.
15 Q. Is there anything that she would -- that she
16   does that shows you that she doesn't feel like
17   a woman?
18 A. When she puts that turban on everyday to go
19   outside and to go into the public, when her
20   grandkids come over and look at her without
21   the turban on, and see that she has a bald
22   head, "Where's my grandma?  That's not my
23   grandma."  Especially my oldest nephew.
24 Q. Has your oldest nephew said that that's not
25   his grandma?

1    because we have obligations that we have to
2    take care of at home.
3  Q. She's never told you that she didn't want to
4    go out because of her hair?
5  A. Mom's never said that. But in that regard, if
6    you were to look at your mother, after having
7    certain things that were done to her, and
8    saying, Hey, mom, let's go out, let's go get
9    something to eat, and look at the devastation
10   of her face when she puts the turban on, or if
11   we're going somewhere really nice, putting a
12   wig on, looking at her face saying that you
13   can just tell that she's not wanting to go out
14   looking like that, that she doesn't feel like
15   herself.
16 Q. But she's never said that to you?
17 A. No.
18 Q. How often do you talk to your mom?
19 A. Everyday.
20 Q. How often do you see her?
21 A. Everyday.
22 Q. Was that true in 2011, as well?
23 A. Yes.
24 Q. What kinds of things do you talk to your mom
25   about?