# EXHIBIT K

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
                   CASE NO. 2:16-cv-17731
 3
                        BARBARA EARNEST,
 4                         Plaintiff,
 5                             v.
 6     SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
          US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                        Defendants.
 8         Deposition of RONALD JOSEPH LEBLANC, 60464
       CYPRESS DRIVE, LACOMBE, LOUISIANA  70445,
 9     taken in the offices of GAINSBURGH, BENJAMIN,
       DAVID, MEUNIER & WARSHAUER, on Thursday, May
10     3, 2018.
11     APPEARANCES:
12         BACHUS & SCHANKER, LLC
           Attorneys at Law
13         BY:  DARIN SCHANKER, Esquire
           1899 Wynkoop Street, Suite 700
14         Denver, Colorado  80202
15             ATTORNEYS FOR PLAINTIFF
16
           SHOOK, HARDY & BACON, L.L.P.
17         Attorneys at Law
           BY:  JASON A. HARMON, Esquire
18         2555 Grand Boulevard
           Kansas City, Missouri  64108-2613
19
               ATTORNEYS FOR DEFENDANTS
20
21   REPORTED BY:
22       VERNE B. MULLINS
         Certified Court Reporter
23       Registered Diplomate Reporter
         Certified Shorthand Reporter (TX)
24
25   Job No. NJ2879783
```

```
                                                       Page 67
 1         change in your relationship with her?
 2      A. No.
 3      Q. But you don't have any opinion about if
 4         it's -- if hair loss has changed her quality
 5         of life?
 6      A. I don't know.
 7      Q. You don't know if you have an opinion?
 8      A. I mean, what she feels and what I feel would
 9         be different.
10      Q. Again, I'm not asking whether it actually has
11         changed her quality of life.  I'm asking
12         whether you have an opinion about whether it
13         has changed her quality of life, the hair
14         loss?
15      A. Yes.  Yeah.
16      Q. What is your opinion about how it has changed
17         her quality -- her hair loss has changed her
18         quality of life?
19      A. Well, she don't have no hair.  She's wearing
20         that -- wearing that hair deal, turban,
21         whatever you want to call it, she's wearing
22         that all the time.  I don't think she wants to
23         walk around with that, all the time, but she
24         don't have a choice.
25      Q. Aside from wearing a turban or a hairpiece,
```