UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

### DEFENDANTS' MOTION IN LIMINE NO. 21: MOTION TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING CORRESPONDENCE BETWEEN DDMAC AND SANOFI

NOW INTO COURT, through undersigned counsel, come Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude the introduction of evidence and argument at trial concerning correspondence between the U.S. Food and Drug Administration's ("FDA") Division of Drug Marketing, Advertising and Communication[1] ("DDMAC") and Sanofi.[2] For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 21: Motion to Exclude Evidence or Argument Concerning Correspondence between DDMAC and Sanofi, the evidence should be precluded as irrelevant, unfairly prejudicial, and improper character evidence, pursuant to Fed. R. Evid. 401, 403, 404(a).

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the introduction of evidence and argument at trial concerning correspondence between the U.S. Food and Drug Administration's ("FDA") Division of Drug

---

[1] DDMAC is now the Office of Prescription Drug Promotion.

[2] Defendants will be separately filing 27 additional motions in limine currently herewith.

1

Marketing, Advertising and Communication ("DDMAC") and Sanofi is precluded under Fed. R. Evid. 401, 403, 404(a) and grant the instant Motion.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Jon Strongman
        Harley Ratliff
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        jstrongman@shb.com
        hratliff@shb.com

        Hildy Sastre
        **SHOOK, HARDY & BACON L.L.P.**
        201 S. Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Telephone: 305-358-5171
        Facsimile: 305-358-7470
        hsastre@shb.com

        ***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                 /s/ *Douglas J. Moore*
                                                 Douglas J. Moore