# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   ******************************

 4   IN RE:   TAXOTERE (DOCETAXEL)

 5   PRODUCTS LIABILITY              MDL No. 2740

 6   LITIGATION                      Section: "H"

 7                                   Judge MILAZZO

 8   This Document Relates to:    Mag. Judge North

 9   All Cases

10   ******************************

11

12    VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL

13

14

15            Thursday, October 11th, 2018

16                 8:58 a.m.

17

18

19      Held At:

20          DLA Piper UK LLP

21          160 Aldersgate Street

22          London, United Kingdom

23

24   REPORTED BY:

25   Maureen O'Connor Pollard, RMR, CLR, CSR
```

Jean-Philippe Aussel

```
 1      Q.    Then when using the term "hair

 2   generally grows back," is Sanofi warning about

 3   permanent hair loss in 1996?

 4            MR. RATLIFF:  Object to form.

 5      A.    I don't think so, not with this

 6   language.

 7   BY MR. WOOL:

 8      Q.    Okay.

 9      A.    Although you can understand that if it

10   generally grows back, it means that in some

11   cases it does not, then -- that's all.

12      Q.    But there's no data to that effect in

13   1996?

14            MR. RATLIFF:  Object to form.

15      A.    Again, there are some data showing

16   that some patients terminated the study or

17   unfortunately died with their alopecia still

18   ongoing.  That's what the data show.

19   BY MR. WOOL:

20      Q.    Did the data show permanent hair loss?

21            MR. RATLIFF:  Object to form.

22      A.    No, again, the data showed that,

23   again, of the study the patient still hair loss.

24   Considering the duration of the study, it's

25   difficult to qualify that as permanent or
```