UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

### DEFENDANTS' MOTION IN LIMINE NO. 22:
### MOTION TO PRECLUDE EVIDENCE OR ARGUMENT
### REFERRING TO SANOFI AS A "FRENCH" OR "FOREIGN" COMPANY

NOW INTO COURT, through undersigned counsel, come Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude the introduction of evidence and argument at trial that refers to Sanofi as a "French" or "foreign" company.[1] For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 22: Motion to Preclude Evidence or Argument Referring to Sanofi as a "French" or "Foreign" company, the evidence should be precluded because such references are irrelevant and intended solely to prejudice the jury against Sanofi, pursuant to Fed. R. Evid. 401-403.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the introduction of evidence and argument at trial that refers to Sanofi as a "French" or "foreign" company is precluded under Fed. R. Evid. 401-403 and grant the instant Motion.

---

[1] Defendants will be separately filing 27 additional motions in limine currently herewith.

1

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore