UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

### DEFENDANTS' MOTION IN LIMINE NO. 23: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT THAT THE ALLEGED "HIGH TOXICITY" OF TAXOTERE CAUSES OR IS ASSOCIATED WITH ALOPECIA

NOW INTO COURT, through undersigned counsel, comes Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude the introduction of evidence and argument at trial that that the alleged "high toxicity" of Taxotere causes, or is in any way associated with, the risk of alopecia.[1] For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 23: Motion to Preclude Evidence or Argument that the Alleged "High Toxicity" Of Taxotere Causes or is Associated With Alopecia, such evidence should be excluded because it is unreliable, lacks foundation, and is therefore irrelevant. Moreover, the probative value of such evidence, if any, is substantially outweighed by the unfair prejudice to Sanofi and the potential to mislead and confuse the jury. For these reasons, such evidence should be excluded, pursuant to Fed. R. Evid. 403.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the introduction of evidence and argument at trial that that the alleged "high toxicity" of Taxotere causes, or is in any way associated with, the risk of alopecia is

---

[1] Defendants will be separately filing 27 additional motions in limine currently herewith.

1

precluded under Fed. R. Evid. 403 and GRANT Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. Motion in Limine.

        Respectfully submitted,

        /s/ Douglas J. Moore
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Jon Strongman
        Harley Ratliff
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        jstrongman@shb.com
        hratliff@shb.com

        Hildy Sastre
        **SHOOK, HARDY & BACON L.L.P.**
        201 S. Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Telephone: 305-358-5171
        Facsimile: 305-358-7470
        hsastre@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        /s/ Douglas J. Moore
        Douglas J. Moore