UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

### DEFENDANTS' MOTION IN LIMINE NO. 23:
### MOTION TO PRECLUDE EVIDENCE OR ARGUMENT
### THAT THE ALLEGED "HIGH TOXICITY" OF TAXOTERE
### CAUSES OR IS ASSOCIATED WITH ALOPECIA

Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") hereby file this Motion in Limine seeking to preclude the introduction of evidence and argument at trial that that the alleged "high toxicity" of Taxotere causes, or is in any way associated with, the risk of alopecia.[1]

Sanofi anticipates that Plaintiff may introduce evidence or argument that Taxotere is "more toxic" than other chemotherapy options and represent to the jury, expressly or impliedly, that such "higher" or "greater" toxicity is associated with an increased risk of permanent or persistent hair loss. *See*, *e.g.*, Dr. Plunkett Rpt. at 23 ¶ 51 (attached **Ex. A**). Such evidence should be excluded because it is unreliable, lacks foundation, and is therefore irrelevant. Moreover, the probative value of such evidence, if any, is substantially outweighed by the unfair prejudice to Sanofi and the potential to mislead and confuse the jury. For these reasons, such evidence should be excluded.

---

[1] Defendants will be separately filing 27 additional motions in limine currently herewith.

1

### A. Evidence or Argument Suggesting That Taxotere's "High Toxicity" Causes or Relates to Alopecia is Unreliable, Lacks Foundation, and is Irrelevant.

Notwithstanding the fact that the only alleged injury in this case is permanent hair loss, Plaintiff's expert toxicologist, Dr. Laura Plunkett, offers the general opinion that Taxotere is "more toxic" than Taxol.[2]  *See* Dr. Plunkett Rpt. at 23, ¶ 51 (**Ex. A**).  But the studies Dr. Plunkett cites do not report on permanent alopecia; and neither she, nor any of Plaintiff's other experts, attempt to draw a causal connection between the alleged "high toxicity" of Taxotere and the injury at issue, as opposed to any of the other known potential adverse effects associated with its use.  *See id.* at 21-22, ¶¶ 47-48; Def. Mem. in Supp. of Mot. to Exclude Dr. Plunkett (Rec. Doc. 6155).  Absent some scientifically reliable evidence that the purported "high toxicity" of Taxotere causes or is in any way associated with the risk of alopecia (much less the risk permanent alopecia), such evidence or argument should be excluded as irrelevant and unreliable.

### B. The Probative Value of Such "High Toxicity" Evidence Is Outweighed By The Risk of Unfair Prejudice and Potential to Confuse and Mislead the Jury.

Evidence or argument representing that Taxotere is "more toxic" than other chemotherapy medications – and that such toxicity causes or is associated with permanent alopecia – should also be excluded as unduly prejudicial to Sanofi.  *See* Fed. R. Evid. 403.  For example, Dr. Plunkett's opinions will serve only to mislead the jury into drawing the factually unsupported inference that because Taxotere is "more toxic" (as Dr. Plunkett suggests), then it must have caused Plaintiff's alleged permanent hair loss.  The only purpose for this unreliable evidence would be to unfairly prejudice Sanofi and, for that reason, it should be excluded pursuant to Rule 403.  *See Ostrowiecki v. Aggressor Fleet, Ltd.*, 2008 WL 11353674, at *2 (E.D. La. Aug. 5, 2008) (quoting *Viterbo v.*

---

[2]  Although Dr. Plunkett states that Taxotere is "more toxic" than Taxol in her report, she testified that the two taxanes (Taxotere and Taxol) "have generally the same basic toxicity profile."  *See* Dr. Plunkett Rpt. at 23 ¶ 51 (**Ex. A**); Plunkett Dep. 221:2-3 (**Ex. B**).

*Dow Chem. Corp.*, 826 F.2d 420, 422 (5th Cir. 1987)) ("When expert testimony is 'fundamentally unsupported . . . it offers no expert assistance to the jury'" and "[i]n such cases, the 'lack of reliable support may render [the testimony] more prejudicial than probative, making it inadmissible under Rule 403.'"); *Brown v. Regions Ins., Inc.*, 2016 WL 4703978, at *3 (E.D. La. Sept. 8, 2016) (finding medical expert's causation testimony unreliable because it was based on insufficient facts and data). Accordingly, any evidence or argument suggesting that the alleged "high toxicity" of Taxotere is associated with a greater or increased risk of permanent alopecia should be excluded.

Date: July 16, 2019

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

**Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore