# EXHIBIT B


Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
      IN RE: TAXOTERE               )
 3    (DOCETAXEL) PRODUCTS          )
      LIABILITY LITIGATION          )
 4                                  )  MDL No. 2740
      This Document Relates To:     )
 5                                  )  SECTION: H
      Antoinette Durden, Case       )
 6    No. 2:16-cv-16635             )
                                    )
 7    Tanya Francis, Case           )
      No. 2:16-cv-17410;            )
 8                                  )
      Barbara Earnest, Case         )
 9    No. 2:16-cv-17144             )
10
11   ******************************************************
12             ORAL VIDEOTAPED DEPOSITION OF
13                LAURA PLUNKETT, PH.D.
14                  DECEMBER 10, 2018
15   ******************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

Page 221

1 differences in terms of toxicities?
2     A.   Well, they -- they have generally the
3 same basic toxicity profile.  But they -- what they
4 may differ in is some of the rates of -- of --
5 of -- that are reported in the clinical studies
6 that are shown in the labeling.
7               I'm trying to think if there's a
8 very specific one I would pull out that is very
9 different.  And I'd have to look at the label again
10 to answer that for you.
11     Q.   Do you know whether they have different
12 solubility agents?
13     A.   Formulation -- there are different
14 formulations, yes.
15     Q.   Okay.  Do you -- do you know what the
16 difference is in the solubility agents?
17     A.   Oh, I'd have to look at the labeling.
18 But certainly I have seen that before.
19     Q.   Are there certain toxicities which are
20 dose-dependent for Taxotere?
21     A.   Well, all of these drugs.  Both of them,
22 yes.  That's a general -- general principle for
23 these drugs.  There is dose-dependent toxicities,
24 yes.
25     Q.   And that's true for Taxol as well?