### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Barbara Earnest, Case No. 2:16-cv-17144.**

### SANOFI DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS TO ITS MOTION IN LIMINE NO. 23 TO PRECLUDE EVIDENCE OR ARGUMENT THAT THE ALLEGED "HIGH TOXICITY" OF TAXOTERE CAUSES OR IS ASSOCIATED WITH ALOPECIA UNDER SEAL

Defendants respectfully request leave of Court to file under seal the following exhibit to their Motion in Limine No. 23 to Preclude Evidence or Argument That the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Rec. Doc. 7664):

- ▪ Exhibit A

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including; medical records;

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
[u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

medical and protected health information; and personal identifying information. For these reasons, this exhibit must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibit be filed UNDER SEAL.

Respectfully submitted,

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and
Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore