UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

**Barbara Earnest, Case No. 2:16-cv-17144.**

**ORDER**

    Considering the foregoing Sanofi Defendants' Ex Parte Motion For Leave To File Exhibit A to their Motion In Limine No. 23 to Preclude Evidence or Argument That the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia Under Seal;

    IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 7664) UNDER SEAL.

    New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE