UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

### DEFENDANTS' MOTION IN LIMINE NO. 24: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING FOREIGN LABELING AND REGULATORY ACTIONS

NOW INTO COURT, through undersigned counsel, comes Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude the introduction of evidence of (1) foreign regulatory actions related to Taxotere, specifically actions by the European Medicines Agency, Health Canada, and the French Agency for the Safety of Health Products, and (2) the Taxotere labeling adopted by these and/or other foreign agencies to support her failure to warn claims.[1] For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 24: Motion to Preclude Evidence or Argument regarding Foreign Labeling and Regulatory Actions, the evidence should be precluded because it is irrelevant to the claims at issue in the case, will lead to mini-trials on collateral issues, will serve to mislead and confuse the jury, and will unfairly prejudice Sanofi, pursuant to Fed. R. Evid. 401, 403.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the introduction of evidence of (1) foreign regulatory actions related to Taxotere, specifically actions by the European Medicines Agency, Health Canada, and the French Agency

---

[1] For example, Plaintiff identified at least 98 documents on her exhibit list concerning foreign labeling and foreign regulatory actions. *See also* Sanofi's forthcoming objections to Plaintiff's deposition designations.

1

for the Safety of Health Products, and (2) the Taxotere labeling adopted by these and/or other foreign agencies to support her failure to warn claims is precluded under Fed. R. Evid. 401, 403, and grant the instant Motion.

                Respectfully submitted,

                */s/ Douglas J. Moore*
                Douglas J. Moore (Bar No. 27706)
                **IRWIN FRITCHIE URQUHART & MOORE LLC**
                400 Poydras Street, Suite 2700
                New Orleans, LA  70130
                Telephone: 504-310-2100
                Facsimile:  504-310-2120
                dmoore@irwinllc.com

                Jon Strongman
                Harley Ratliff
                **SHOOK, HARDY & BACON L.L.P.**
                2555 Grand Boulevard
                Kansas City, Missouri 64108
                Telephone: 816-474-6550
                Facsimile:  816-421-5547
                jstrongman@shb.com
                hratliff@shb.com

                Hildy Sastre
                **SHOOK, HARDY & BACON L.L.P.**
                201 S. Biscayne Blvd., Suite 3200
                Miami, Florida 33131
                Telephone: 305-358-5171
                Facsimile:  305-358-7470
                hsastre@shb.com

                *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore