UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

### ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit A to their Motion in Limine No. 24 to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 7666-2) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE