UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

**DEFENDANTS' MOTION IN LIMINE NO. 25:
MOTION TO PRECLUDE EVIDENCE AND ARGUMENT THAT
"ONGOING ALOPECIA" DATA OBSERVED IN THE TAX316 AND
GEICAM 9805 CLINICAL TRIALS REPRESENTS EVIDENCE
OF "PERSISTENT," "PERMANENT," OR "IRREVERSIBLE" ALOPECIA**

NOW INTO COURT, through undersigned counsel, comes Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude evidence and argument at trial that "ongoing alopecia" data collected during the TAX316 and GEICAM 9805 clinical trials represents data on the rate of "persistent," "permanent," or "irreversible" alopecia associated with Taxotere. For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 25: Motion to Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the Tax316 and Geicam 9805 Clinical Trials Represents Evidence Of "Persistent," "Permanent," or "Irreversible" Alopecia, the evidence should be excluded because (1) it misrepresents and mischaracterizes the data that was actually collected during those studies; and (2) its admission at trial would serve only to mislead and confuse the jury, waste time, and unfairly prejudice Sanofi, pursuant to Fed. R. Evid. 403.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that evidence and argument at trial that "ongoing alopecia" data collected during the TAX316 and GEICAM 9805 clinical trials represents data on the rate of "persistent,"

1

"permanent," or "irreversible" alopecia associated with Taxotere precluded under Fed. R. Evid. 403 and grant the instant Motion.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Jon Strongman
        Harley Ratliff
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        jstrongman@shb.com
        hratliff@shb.com

        Hildy Sastre
        **SHOOK, HARDY & BACON L.L.P.**
        201 S. Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Telephone: 305-358-5171
        Facsimile: 305-358-7470
        hsastre@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore
