# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4                                    MDL NO.: 2740
                                      SECTION: H
 5
 6      IN RE: TAXOTERE (DOCETAXEL)
        PRODUCTS LIABILITY LITIGATION
 7
 8      This Document Relates To:
        Antoinette Durden, Case No. 2:16-cv-16635;
 9      Tanya Francis, Case No. 2:16-cv-17410;
        Barbara Earnest, Case No. 2:16-cv-17144.
10      _____/
11
12                       December 7, 2018
                         8:13 a.m.
13
14
15         VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16      held at the offices of Napoli Shkolnik PLLC, located
17      at 360 Lexington Avenue, New York, New York 10017,
18      before Anthony Giarro, a Registered Professional
19      Reporter, a Certified Realtime Reporter and a Notary
20      Public of the State of New York.
21
22
23
24
25      Job No. NJ3151484
```

1      form.
2         A       Probably.  The primary
3   support for my opinion are the randomized
4   trials.  So my opinion is strengthened by
5   the FAERS analysis.  So it wouldn't be as
6   strong an opinion.  Randomized trials are
7   the highest form of evidence that exists.
8         Q       Does your analysis of the
9   clinical trials alone demonstrate that
10  docetaxel causes irreversible alopecia?
11        A       Yeah.  I believe it does.
12  It's a question of degree or strength of
13  evidence.  The evidence is strengthened
14  by the other strands.
15        Q       Let me make sure I
16  understand your answer.  Let me ask the
17  question again.
18                Does your analysis of the
19  clinical trials alone without any other
20  information demonstrate to your
21  satisfaction that docetaxel causes
22  irreversible alopecia?
23        A       Yes.
24        Q       Does your analysis of the
25  FAERS database alone demonstrate that