## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

**Barbara Earnest, Case No. 2:16-cv-17144.**

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion For Leave To File Exhibits A, B, D, E, F, G, H, I, J, K, and L to their Motion In Limine No. 25 to Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the Tax316 and Geicam 9805 Clinical Trials Represents Evidence of "Persistent," "Permanent," or "Irreversible" Alopecia Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A, B, D, E, F, G, H, I, J, K, and L (Rec. Docs. 7668-2, 7668-3, 7668-5, 7668-6, 7668-7, 7668-8, 7668-9, 7668-10, 7668-11, 7668-12, and 7688-13) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE