UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

Barbara Earnest, Case No. 2:16-cv-17144.

### DEFENDANTS' MOTION IN LIMINE NO. 26:
### MOTION TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING SHIRLEY LEDLIE AND ANY "TAXOTEARS" OR OTHER THIRD PARTY ADVOCACY OR COMMUNICATIONS GROUP OR GROUP MEMBERS

NOW INTO COURT, through undersigned counsel, comes Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude all evidence and argument concerning Shirley Ledlie (a foreign breast cancer patient) and any "Taxotears" or other third party advocacy or communications group or group members[.][1]  For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 26: Motion to Preclude Evidence and Argument regarding Shirley Ledlie and any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members, the evidence should be precluded because (1) Plaintiffs have conceded it is irrelevant, (2) its admission

---

[1] Shirley Ledlie is a resident of France who has alleged that she experienced permanent hair loss following chemotherapy treatment with a Taxotere-containing regimen in France. Proceedings in France led to the dismissal her claim for indemnification from a French administrative agency to which Sanofi was not a litigant.  Ms. Ledlie participated in the formation of several advocacy and communications groups relating to hair loss and Taxotere, including a "Taxotears" Google group, a "Taxotears" Facebook group, and an online blog titled "A Head of Our Time."  Plaintiff Barbara Earnest has affirmatively testified that she has never been a member of any such group and there is no evidence that she has ever communicated with any member of any such group.

1

would mislead the jury, waste time, and unfairly prejudice Sanofi, and (3) it constitutes classic hearsay.[2]  *See* Fed. R. Evid. 401-403, 802.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that all evidence and argument concerning Shirley Ledlie (a foreign breast cancer patient) and any "Taxotears" or other third party advocacy or communications group or group members is precluded under Fed. R. Evid. 401-403, 802 and grant the instant Motion.

Respectfully submitted,

---

[2]  Plaintiff identified at least 36 documents on her exhibit list concerning Shirley Ledlie and/or "Taxotears" communications groups.  Plaintiffs also affirmatively designated deposition testimony from Sanofi company witnesses on topics subject to this motion.

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore