# EXHIBIT D

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5          Plaintiffs,
 6
 7   VERSUS              CIVIL ACTION NO. 2:16-cv-17731
 8
 9   SANOFI S.A., SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC., and
11   AVENTIS-HARMA S.A.,
12          Defendants.
13
14
15
16
17
18            DEPOSITION OF BARBARA EARNEST
19
20      Taken at the Offices of Barrios, Kingsdorf &
21      Casteix, LLP, 701 Poydras Street, Suite 3650,
22      New Orleans, Louisiana, on Thursday, December
23      21, 2017, beginning at 8:42 a.m.
24
25   JOB NO. 2757174
```

Page 94

1      Q.   Have you ever posted on your Facebook
2   account?  Do you know what that means?
3      A.   Yes.
4      Q.   Yes, you know what it means?
5   MR. SCHANKER:
6           Objection.  Objection to form.
7   MS. BIERI:
8      Q.   Let me clean it up.  Have you ever posted
9   on your Facebook account?
10     A.   Do I send things to other people; is that
11  what you mean?
12     Q.   Well, what -- actually, it's not.  I'm
13  glad you asked because I want to make sure we're
14  understanding each other exactly.
15     A.   That I understand, right.
16     Q.   Have you ever uploaded content to your
17  Facebook page?
18  MR. SCHANKER:
19          Objection, form.
20     A.   Uploaded what?
21  MS. BIERI:
22     Q.   Anything.
23  MR. SCHANKER:
24          Same objection.
25     A.   Well, I found recipes.  Other than that,

1   that's about all I ever get off of Facebook is
2   other people's recipes.
3   MS. BIERI:
4        Q.   So you will look at Facebook --
5        A.   Right.
6        Q.   -- at other people's information on
7   Facebook?
8        A.   Right.
9        Q.   Do you ever put content on your Facebook
10  page?
11       A.   No.
12       Q.   I don't want you to guess, but do you
13  have any estimate of when that Facebook page was
14  created?
15       A.   Not really.
16       Q.   Could you say if it was in the last year?
17  I guess, can you --
18       A.   It would have to be the last two or three
19  years.
20       Q.   Okay.  Other than a Facebook account --
21  do you only have one Facebook account?
22       A.   Yes, that I know of.
23       Q.   Other than your Facebook account, do you
24  use any other social media?
25  MR. SCHANKER:

1            Objection to form.
2       A.   No.
3   MS. BIERI:
4       Q.   Other than your Facebook account, do you
5   have any other social media accounts?
6   MR. SCHANKER:
7            Objection to form.
8       A.   No.
9   MS. BIERI:
10      Q.   Have you ever used Instagram?
11  MR. SCHANKER:
12           Objection, form.
13      A.   No.
14  MS. BIERI:
15      Q.   Have you ever used Twitter?
16  MR. SCHANKER:
17           Objection, form.
18      A.   No.
19  MS. BIERI:
20      Q.   Pinterest?
21  MR. SCHANKER:
22           Objection, form.
23      A.   No.
24  MS. BIERI:
25      Q.   Do you know what a blog is?  I'll

Page 97

1  describe it.
2      A.   I don't have it, if it's something.
3      Q.   Fair enough.  Let me give you what my
4  description is.  You don't have anything you
5  consider a blog; is that correct?
6      A.   I don't even know what that is, so, no, I
7  don't have it.
8      Q.   Fair enough.
9      A.   I'm in the Stone Age still.
10              (Exhibit 6 was marked.)
11 MS. BIERI:
12     Q.   I'm going to hand you what is being
13 marked as Deposition Exhibit 6.  Do you know what
14 this is?
15     A.   Yes.
16     Q.   What is it?
17     A.   The book that I just recently gave to my
18 lawyers.
19     Q.   And this is the book that was in what you
20 were calling your locker?
21     A.   Yes.
22     Q.   That you found when you were looking to
23 do your property taxes, correct?
24     A.   Yes.  Yes.
25 MR. SCHANKER: