UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)


THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. will bring for hearing the accompanying Motion in Limine to preclude all evidence and argument concerning Shirley Ledlie (a foreign breast cancer patient) and any "Taxotears" or other third party advocacy or communications group or group members on the 30th day of August, 2019, at 9:00 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,


*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com


***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***


## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


*/s/ Douglas J. Moore*
Douglas J. Moore

2