UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

**DEFENDANTS' MOTION IN LIMINE NO. 27:**
**MOTION TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING COMPANY**
**CONDUCT THAT POST-DATES PLAINTIFF'S CHEMOTHERAPY TREATMENT**

　　　NOW INTO COURT, through undersigned counsel, come Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude evidence of Sanofi's conduct that post-dates Barbara Earnest's chemotherapy treatment, including but not limited to changes to the Taxotere label and warnings, correspondence with FDA regarding such labeling changes, pharmacovigilance monitoring of adverse events, and company analyses of clinical and adverse event data. For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No.27: Motion to Preclude Evidence and Argument regarding Company Conduct that Post-dates Plaintiff's Chemotherapy Treatment, the evidence should be precluded because it will serve only to confuse the jury, unfairly prejudice Sanofi, and waste time. *See* Fed. R. Evid. 401, 403, 407.

　　　WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the evidence of Sanofi's conduct that post-dates Barbara Earnest's chemotherapy treatment, including but not limited to changes to the Taxotere label and warnings, correspondence with FDA regarding such labeling changes, pharmacovigilance monitoring of

1

adverse events, and company analyses of clinical and adverse event data should be precluded under Fed. R. Evid. 401, 403, 407 and grant the instant Motion.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA  70130
        Telephone: 504-310-2100
        Facsimile:  504-310-2120
        dmoore@irwinllc.com

        Jon Strongman
        Harley Ratliff
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile:  816-421-5547
        jstrongman@shb.com
        hratliff@shb.com

        Hildy Sastre
        **SHOOK, HARDY & BACON L.L.P.**
        201 S. Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Telephone: 305-358-5171
        Facsimile:  305-358-7470
        hsastre@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Douglas J. Moore*
        Douglas J. Moore