UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

### SANOFI DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS TO ITS MOTION IN LIMINE NO. 27 TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING COMPANY CONDUCT THAT POST-DATES PLAINTIFF'S CHEMOTHERAPY TREATMENT UNDER SEAL

Defendants respectfully request leave of Court to file under seal the following exhibit to their Motion in Limine No. 27 to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment (Rec. Doc. 7671):

- Exhibit A

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including; medical records;

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
[u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax

1

medical and protected health information; and personal identifying information. For these reasons, this exhibit must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibit be filed UNDER SEAL.

    Respectfully submitted,

    */s/ Douglas J. Moore*
    Douglas J. Moore (Bar No. 27706)
    **IRWIN FRITCHIE URQUHART & MOORE LLC**
    400 Poydras Street, Suite 2700
    New Orleans, LA  70130
    Telephone: 504-310-2100
    Facsimile:  504-310-2120
    dmoore@irwinllc.com

    Jon Strongman
    Harley Ratliff
    **SHOOK, HARDY & BACON L.L.P.**
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    Telephone: 816-474-6550
    Facsimile:  816-421-5547
    jstrongman@shb.com
    hratliff@shb.com

    Hildy Sastre
    **SHOOK, HARDY & BACON L.L.P.**
    201 S. Biscayne Blvd., Suite 3200
    Miami, Florida 33131
    Telephone: 305-358-5171
    Facsimile:  305-358-7470
    hsastre@shb.com

    *Counsel for Sanofi-Aventis U.S. LLC and*
    *Sanofi U.S. Services Inc.*

---

returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore