UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit A to their Motion in Limine No. 27 to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 7671-2) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE