UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

DEFENDANTS' MOTION IN LIMINE NO. 28:
MOTION TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING FDA'S
JANUARY 2011 WARNING LETTER AND CORRESPONDING 483 INSPECTION

NOW INTO COURT, through undersigned counsel, comes Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi") who hereby move this Court to preclude evidence regarding a January 2011 FDA Warning Letter issued to Sanofi regarding its pharmacovigilance processes[.][1] For reasons more fully set forth in Defendants' Memorandum in Support of Motion in Limine No. 28: Motion to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection, the evidence should be precluded because (1) it is not relevant to any element of Plaintiff's claim, and (2) any probative value from these opinions is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, and wasting time, pursuant to Fed. R. Evid. 401–403.

WHEREFORE, Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. pray that this Court hold that the evidence regarding a January 2011 FDA Warning Letter issued to

---

[1]  *See, e.g.*, Pltf. Ex. List Excerpts (exhibits 339, 344, 349, 382, 441); Pltf. Dep. Designations for Paul Chew at 56:24-57:3, 57:12-57:24, 58:2-58:22, 60:12-61:4, 61:23-63:5, 65:21-67:1, 69:12-70:3, 99:23-100:9, 103:18-105:23, 111:11-112:2, 115:20-116:2, 116:4-116:9, 117:22-120:2, 132:1-132:19, 140:16-140:19, 142:7-143:23, 146:21-148:6, 149:23-150:9, 153:7-154:11, 155:15-163:21, 174:5-182:2, 185:12-187:10, 229:7-232:12; Pltf. Dep. Designations for Arlette Duvelleroy at 251:23-256:1, 257:2-258:13, 258:20-260:2, 261:25-265:22, 269:3-269:7, 270:2-270:19, 271:13-274:16, 275:11-275:20; Pltf. Dep. Designations for Michael Kopreski (Apr. 3, 2019) at 343:14-344:9, 344:19-345:6, 345:17-346:6, 346:15-348:22.

Sanofi regarding its pharmacovigilance processes is precluded under Fed. R. Evid. 401–403 and grant the instant Motion.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Jon Strongman
        Harley Ratliff
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        jstrongman@shb.com
        hratliff@shb.com

        Hildy Sastre
        **SHOOK, HARDY & BACON L.L.P.**
        201 S. Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Telephone: 305-358-5171
        Facsimile: 305-358-7470
        hsastre@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Douglas J. Moore*
        Douglas J. Moore