UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND ARGUMENT THAT TAXOTERE HAS SAVED LIVES UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Testimony and Argument that Taxotere has Saved Lives (Rec. Doc. 7660) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit A) to the Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Testimony and Argument that Taxotere has Saved Lives UNDER SEAL.

New Orleans, Louisiana, this ____ of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE