UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　*Daisy Daniel v. Hospira Worldwide LLC., et al.;*
　　*Civil Action No. 2:18-cv-01407*

## ORDER

Considering Plaintiff Daisy Daniel's Motion to Substitute Party Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Kara T. Moss, on behalf of the Estate of Daisy Daniel, is substituted for Plaintiff Daisy Daniel in the above-referenced action.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE