UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Reply Memorandum in Support of its Motion to Exclude Defendant's Expert Testimony in Reliance on Defendant's Employee Kopreski (Rec. Doc. 7623) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A-D) to Plaintiffs' Reply Memorandum in Support of its Motion to Exclude Defendant's Expert Testimony in Reliance on Defendant's Employee Kopreski **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of July, 2019.

*[signature]*

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE