UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>CYNTHIA LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES, INC. ET AL.,<br><br>    Defendants. | MDL NO. 2740<br>SECTION "N" (5)<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, MCKESSON CORPORATION d/b/a MCKESSON PACKAGING SERVICE and ACCORD HEALTHCARE, INC.<br><br>Civil Action No.: 2:17-cv-15250 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S., LLC, MCKESSON CORPORATION d/b/a MCKESSON PACKINGS SERVICE and ACCORD HEALTHCARE, INC. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated: July 17, 2019                    Respectfully Submitted,

**SIMON GREENSTONE PANATIER, P.C.**

*/s/ Jay E. Stuemke*

Jay E. Stuemke
TX State Bar No. 24004580
1201 Elm Street, Suite 3400
Dallas, TX 75270
Tel: 214-276-7680
Fax: 214-276-7699
jstuemke@sgptrial.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 17th day of July 2019.

_____
Jay E. Stuemke