# EXHIBIT A

Page 384

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)    )
     PRODUCTS LIABILITY LITIGATION   )
 5                                   )  MDL No. 2740
     This Document Relates To:       )
 6                                   )  Section H
     Antoinette Durden,              )
 7   Case No. 2:16-cv-17735;         )
     Tanya Francis,                  )
 8   Case No. 2:16-cv-17410;         )
     Barbara Earnest,                )
 9   Case No. 2:16-cv-17144          )
     _____ )
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17              San Francisco, California
18              Friday, January 11, 2019
19                     Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626
```

1   prospectively designed cohort studies, I looked at
2   retrospective studies, some of which did have some
3   predetermined protocols even though they were
4   looking at retrospective data, so -- and I also
5   looked at case studies.
6            So there's a hierarchy of evidence.  But
7   what I looked for was consistency in what was found.
8            And then I also looked at whether or not
9   there was evidence of a dose response.  So those are
10  some of the major criteria that I looked at.
11       Q   I guess I'm more specifically interested
12  in how you weighted those.
13           So would it be true that exposure received
14  the most weight because it was the strongest
15  evidence in your mind?
16       A   Well, I didn't do a mathematical
17  calculation.  What I did is look at the
18  triangulation of issues across the controlled
19  clinical studies, the published papers and the
20  pharmacovigilance data.
21       Q   Of all the data you looked at, what was
22  the strongest evidence, standing alone and by
23  itself, of causation between docetaxel and permanent
24  or persistent alopecia?
25       A   Well, to tell you the truth, I was struck