# EXHIBIT B

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4      IN RE TAXOTERE (DOCETAXEL)      )
        PRODUCTS LIABILITY LITIGATION ) MDL NO. 2740
 5                                      )
        THIS DOCUMENT RELATES TO:       )  SECTION: H
 6                                      )
        ANTOINETTE DURDEN,              )
 7      CASE NO. 2:16-cv-16635          )
        TANYA FRANCIS,                  )
 8      CASE NO. 2:16-cv-17410;         )
        BARBARA EARNEST,                )
 9      CASE NO. 2:16-cv-17144          )
                                        )
10      _____)
11
12          VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.
13                 FRIDAY, DECEMBER 7, 2018
14
15
16
17
18      JOB NO. 3151489
19
20      REPORTED BY STEPHANIE J. COHEN,
21      CSR NO. 7920
22
23
24
25      Job No. NJ3151489
```

Page 67

1    Dr. Kevin Bianchini?
2         A    No.
3         Q    Did you review an expert report from
4    Dr. Alan Bauman?
5         A    No.
6         Q    Did you review an expert report from
7    Dr. Linda Bosserman?
8         A    Only after she had finished it, correct.
9         Q    Who provided that to you?
10        A    Counsel.
11        Q    Do you know why?
12        A    I think just for context.
13        Q    What context did you draw from that?
14        A    That she communicated well.  Her focus was
15   on patient specific cases so it was a different --
16   you know, she had a different scope of what she was
17   working on.
18        Q    Did you disagree with anything in her
19   report?
20        A    I have no opinion on her conclusions.
21        Q    Did you review an expert report from
22   Dr. Javed Moslehi?
23        A    No.
24        Q    Did you review an expert report Dr. David
25   Madigan?

Page 68

1    A    No.
2    Q    Did you review an expert report from
3    Dr. David Kessler?
4    A    No.
5    Q    Did you review an expert report from
6    Dr. Laura Plunkett?
7    A    No.
8    Q    In forming your opinions, you did not
9    consider the deposition of any current or former
10   Sanofi employees?
11   A    Correct.
12   Q    In forming your opinions, you did not
13   review any communications between Sanofi and the
14   FDA?
15   A    Correct.
16   Q    In forming your opinions, you did not
17   review any submissions from Sanofi to the FDA
18   regarding Taxotere?
19   A    Not to my knowledge.
20   Q    In forming your opinions, you did not
21   review any Taxotere labeling?
22   A    I looked at the Taxotere label.
23   Q    Is that cited in your report?
24   A    Well, I cited the website with the Taxotere
25   approval, so, of course, that has the label.  So