MINUTE ENTRY
MILAZZO, J.
July 17, 2019

JS-10:00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On July 17, 2019, the Court held a status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a status conference with lead and liaison counsel is **SET** for **August 16, 2019, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that a show cause hearing is **SET** for **August 16, 2019, at 2:30 p.m.** The Court will disseminate call-in information for the show cause hearing at a later time.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**