UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | |
| ) | SECTION "H" (5) | |
| ) | JUDGE MILAZZO | |
| ) | MAG. JUDGE NORTH | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | |
| Plaintiff Name:  Mary Carroll ) | | |
| Case No.:  2:17-cv-17324 ) | | |
| ) | | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Mary Carroll, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated this 18th day of July, 2019.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

/s/_David L. Friend
David L. Friend. Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

**STATEMENT REGARDING OBJECTION OR**
**NO OBJECTION BY OPPOSING PARTY**

I hereby certify that on July 17, 2019 I communicated with counsel for Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and was informed that they consent to Plaintiff's request for leave to amend the Complaint to add the Hospira Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS