UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | |
| ) | | SECTION "H" (5) |
| ) | | JUDGE MILAZZO |
| ) | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | |
| Plaintiff Name: Mary Carroll ) | | |
| Case No.: 2:17-cv-17324 ) | | |
| ) | | |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Mary Carroll, by and through her attorneys, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Mary Carroll, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi-Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on December 15, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, seeks to amend her Complaint to name Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as defendants and dismiss all Sanofi defendants previously named.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

*/s/ David L. Friend*
David L. Friend. Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS