# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | |
| ) | **SECTION "H" (5)** |
| ) | **JUDGE MILAZZO** |
| ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **ORDER GRANTING** |
| **Plaintiff Name: Mary Carroll** ) | **LEAVE TO FILE** |
| **Case No.: 2:17-cv-17324** ) | **AMENDED COMPLAINT** |
| ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. _____);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT