UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing Sanofi Defendants' *Ex Parte* Motion For Leave to File Exhibit F to its Reply in Support of Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit F (Rec. Doc. 7605-6) **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE