UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits H and I to its Reply Motion to Exclude Expert Testimony on Specific Causation Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits H and I (Rec. Doc. 7612-8 and 7612-9) **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE