UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

**Barbara Earnest, Case No. 2:16-cv-17144.**

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A, C, D, E, and F to their Reply in Support of Motion To Exclude Expert Testimony of Dr. David A. Kessler, M.D., J.D. Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit A, C, D, E, and F (Rec. Doc. 7616-1, 7616-3, 7616-4, 7616-5, and 7616-6) **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE