UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

### ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Defendants' Reply Memorandum in Support of their Motion for Summary Judgment Based on Preemption and related Exhibits A-E Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Sanofi Defendants' Reply Memorandum in Support of their Motion for Summary Judgment Based on Preemption and related Exhibits A-E **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE