UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

LESLIE S. BUTTERMORE &
CHRISTOPHER L. BUTTERMORE
CASE NO.: 2:17-CV-08378

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**
_____

**NOW COMES,** Plaintiffs Leslie S. Buttermore & Christopher L. Buttermore, by and through their undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. When Plaintiffs originally filed suit, the identity of the manufacturer was unknown. Subsequently, Plaintiffs received signed certification along with a Chemotherapy Preparation Log demonstrating that she was administered a Sanofi and Sagent/Actavis manufactured Docetaxel products. The signed certification along with the Chemotherapy Preparation Log is attached hereto as Exhibit "A".

Plaintiffs hereby move for leave to file their First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

July 19, 2019    /s/ Christopher L. Coffin

Christopher L. Coffin, LA Bar# 27902
Nicholas R. Rockforte, LA Bar# 31305
Jessica A. Perez, LA Bar# 34024

>Pendley, Baudin & Coffin, L.L.P.
>2505 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163
>Tel: (504) 355-0086
>Fax: (504) 355-0089
>ccoffin@pbclawfirm.com
>nrockforte@pbclawfirm.com
>jperez@pbclawfirm.com
>
>**Attorneys for Plaintiff**

### CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

### CERTIFICATE OF SERVICE

I certify that July 19, 2019, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

>/s/ Christopher L. Coffin
>Christopher L. Coffin