## EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Leslie Buttermore

DATE OF BIRTH: 6/13/1946       SSN: ___/___/___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☑ 0075-8003-01
- ☑ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☑ 25021-222-01
- ☑ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS / ☐ WAS NOT
**ADMINISTERED TAXOL/PACLITAXEL**


EXHIBIT A

11 / 11 / 2013
DATE OF FIRST TREATMENT

2 / 28 / 2014
DATE OF LAST TREATMENT

6
# OF DOSES

_____
SIGNATURE OF REPRESENTATIVE OF
PRACTICE/INFUSION CENTER

Melissa Quinio, Manager, Pharmacy
PRINTED NAME & TITLE OF REPRESENTATIVE

4-17-19
DATE

University of Miami
NAME OF PRACTICE/INFUSION CENTER

1192 E Newport Center Dr
ADDRESS

Deerfield Beach, FL 33442
CITY, STATE, ZIP

## CHEMOTHERAPY PREPARATION LOG

Name: Buttamore, Leslie    DOB: 6/13/1946    MR#: 20574819

Investigational Protocol: _____    Allergies: NKA

**UMSylvester**
Comprehensive Cancer Center

| | | | | | | |
|---|---|---|---|---|---|---|
| | Date | 2/7/2014 | 2/28/2014 | 4/11/2014 | 5/9/2014 | 5/30/2014 |
| | Ht. inch - cm | 152 cm | 152 cm | 152 cm | 152 cm | 152 cm |
| | Wt. Kg - Lbs | 58 Kg | 57 kg | 58 kg | 56 kg | 54 kg |
| | BSA m² | 1.56 m² | 1.55 m² | 1.56 m² | 1.54 m² | 1.52 m² |
| Drug: trastuzumab<br>Sol'n: (NS) – D5W – LR<br>Other: _____<br>Total Vol: 250 mL<br>Rate: 60 min mL/hr<br>Frequency: _____<br>Route: IV – IT – SC IVPB | Dose | 346 mg | 343 mg | 348 mg | 336 mg | 326 mg |
| | Label Verified by | | | | | |
| | Manufacturer | Genentech | Genentech | Genentech | Genentech | Genentech |
| | Lot # | 525320 | 585988 11-K | 590459 | 615010 | 592105 |
| | Expiration | 6/17 | N | 12-15 | 7/15 | 10-15 |
| | Checked by | | | | | |
| | Time dispensed | 1275 | 1424 | 1156 | 1180 | 1037 |
| Drug: pertuzumab<br>Sol'n: (NS) – D5W – LR<br>Other: _____<br>Total Vol: 250 mL<br>Rate: 30-60 min mL/hr<br>Frequency: _____<br>Route: IV – IT – SC IVPB | Dose | 420 mg | 420 mg | | | |
| | Label Verified by | | | | | |
| | Manufacturer | Genentech | | | | |
| | Lot # | H0022401 | | | | |
| | Expiration | 8/K/ | | D | | |
| | Checked by | M | b | | | |
| | Time dispensed | 1417 | 1522 | | | |
| Drug: Docetaxel<br>Sol'n: (NS) – D5W – LR<br>Other: _____<br>Total Vol: 250 mL<br>Rate: 60 min mL/hr<br>Frequency: _____<br>Route: IV – IT – SC IVPB | Dose | 117 mg | 116 mg | | | |
| | Label Verified by | | | | | |
| | Manufacturer | Sagent | sagent | D | | |
| | Lot # | DD15003A | DE1300346-15 | | | |
| | Expiration | 6/15 | DD13003A 6-15 | | | |
| | Checked by | DE1300317 6/11 | M | | | |
| | Time dispensed | M 1256 | 1126 | | | |
| Drug: Carboplatin<br>Sol'n: (NS) – D5W – LR<br>Other: _____<br>Total Vol: 250 mL<br>Rate: 1 mL/hr<br>Frequency: _____<br>Route: IV – IT – SC IVPB | Dose | 340 mg | 408 mg | | | |
| | Label Verified by | | | D | | |
| | Manufacturer | APP | APP | | | |
| | Lot # | 6101545 | 6103525 | | | |
| | Expiration | 1/15 | 2/15 | | | |
| | Checked by | | | | | |
| | Time dispensed | 1310 | 1145 | | | |

(Version 3, effective 1/14) GF

# CHEMOTHERAPY PREPARATION LOG

Name: Buttermore, Leslie    DOB: 6/13/1946    MR#: 20514819

Investigational Protocol: _____    Allergies: NKA

**UMSylvester**
Comprehensive Cancer Center

| | | | | | | |
|---|---|---|---|---|---|---|
| | Date | 11/11/2013 | 12/3/2013 | 12/27/2013 | 1/17/2014 | 2/7/2014 |
| | Ht. | 152cm | 152cm | 152cm | 152cm | 152cm |
| | Wt. | 53 kg | 53 kg | 54 kg | 56 kg | 58 kg |
| | BSA | 1.5 m² | 1.5 | 1.51 m² | 1.54 m² | 1.56 m² |

**Drug:** Pertuzumab
Sol'n: (NS) – D5W – LR
Other: ___
Total Vol: 250 ml
Rate: 60 min ml/hr
Frequency: ___
Route: IV – IT – SC  IVPB

| Dose | 840 mg | / | / | / | / |
|---|---|---|---|---|---|
| Time Prep. | | 4 | / | / | / |
| Manufacturer | Genentech | / | / | / | / |
| Lot # | H00PBB1 | / | / | / | / |
| Expiration | 8/14 | / | / | / | / |
| Label Verified | | / | / | / | / |
| Checked by / Time dispensed | R 16:00 | / | / | / | / |

**Drug:** Trastuzumab
Sol'n: (NS) – D5W – LR
Other: ___
Total Vol: 250 ml
Rate: 90 min ml/hr
Frequency: ___
Route: IV – IT – SC  IVPB

| Dose | 424 mg (8mg/kg) | 318 mg | 324 mg | 336 mg | |
|---|---|---|---|---|---|
| Time Prep. | | M | | | |
| Manufacturer | Genentech | Genentech | Genentech | Genentech | |
| Lot # | 554762 4/16 | 573254 | 577957 | 569320 | |
| Expiration | | 7/15 | 10/15 | | |
| Label Verified | | | | | |
| Checked by / Time dispensed | 10 1148 | MD 1220 | | PD 1205 | |

**Drug:** Docetaxel
Sol'n: (NS) – D5W – LR
Other: ___
Total Vol: 250 ml
Rate: 60 min ml/hr
Frequency: ___
Route: IV – IT – SC  IVPB

| Dose | 112 mg | 118 mg | 113 mg | 111 mg | |
|---|---|---|---|---|---|
| Time Prep. | | | | | |
| Manufacturer | Sanofi | Sanofi | Sagent | Sagent | |
| Lot # | D2C500 2/15 D2C922 2/15 | D2C972 2/15 | DE13003A DD13003A 6/15 | DD93003A DE13003A 6/15 | |
| Expiration | | | | | |
| Label Verified | | | | | |
| Checked by / Time dispensed | 44 1120 | 201 PK | 1230 1125 | RV 1158 | |

**Drug:** Pertuzumab
Sol'n: NS – D5W – LR
Other: ___
Total Vol: 250 ml
Rate: over 30 min ml/hr
Frequency: ___
Route: (IV) – IT – SC ___

| Dose | / | 420 mg | 420 | 420 mg | |
|---|---|---|---|---|---|
| Time Prep. | / | Genentech | Genentech | Genentech | |
| Manufacturer | / | | | | |
| Lot # | / | H0019B03 | H0019B03 | H0019B03 | |
| Expiration | / | 8/14 | 8/14 | 8/14 | |
| Label Verified | / | | | | 1.54 |
| Checked by / Time dispensed | / | MD 1434 | 20 1245 | PD 1458 | |

**Short Stability Medications (3 hours or less):**
Azacitidine (IV), Bendamustine, Decitabine, Infliximab, Mechlorethamine, Melphalan and Palifermin.

(Version 2, effective 2/11) ew