BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.;** |
| THIS DOCUMENT RELATES TO:<br>Joanne Hamm et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action No.: 2:17-cv-13773 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANDOZ INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of July, 2019

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 */s/Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1

## CERTIFICATE OF SERVICE

   I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                 */s/ Lindsay R. Stevens*
                 Lindsay R. Stevens (CA Bar # 256811)
                 GOMEZ TRIAL ATTORNEYS
                 655 West Broadway, Suite 1700
                 San Diego, California 92101
                 Telephone: (619) 237-3490
                 Facsimile: (619) 237-3496
                 lstevens@thegomezfirm.com