UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

# ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH DISCOVERY ORDER REGARDING 30(b)(6) DEPOSITIONS UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Compliance with Discovery Order Regarding 30(b)(6) Depositions (Rec. Doc. 7633) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit D) to the Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Compliance with Discovery Order Regarding 30(b)(6) Depositions UNDER SEAL.

New Orleans, Louisiana, this 18th of July, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE