UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION <br> ) <br> THIS DOCUMENT RELATES TO:     ) | MDL No. 2740 <br><br> SECTION: "H" (5) |

**Tanya Francis – 2:16-cv-17410**

## JUDGMENT

For reasons issued July 9, 2019 and filed herein (Doc 7571);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Tanya Francis' claims are DISMISSED WITH PREJUDICE.

Signed in New Orleans, Louisiana, this 19th day of July, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE