UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: CINDY VYSKA
Case No.: 2:18-cv-10114

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Plaintiff Cindy Vyska whose case is on a Notice of Non-Compliance to be heard by the Court in July 2019 or shortly thereafter. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  July 22, 2019                          /s/ Alyssa J. White
                                                       Alyssa J. White
                                                       Johnson Law Group
                                                       2925 Richmond Avenue, Ste 1700
                                                       Houston, TX 77098
                                                       (713) 626-9336
                                                       awhite@johnsonlawgroup.com