UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: SONJA PATTERSON
Case No.: 2:18-cv-11356

## DECLARATION

I, Alyssa White, have attempted to reach my client, Ms. Sonja Patterson, on the following dates: December 2018, on the 10th, 18th, 26th; on the 3rd, 10th, 17th, 24th, and 31st of January 2019; on the 7th, 14th, 21st, and 28th of February 2019; on the 7th, 11th, 14th, 18th, and 26th of March 2019; on the 2nd, 9th, 16th, 23rd, and 30th of April 2019; on the 7th, 14th, 21st, and 28th of May 2019; on the 3rd, 4th, 10th, 11th, and 17th of June 2019.

by (check all that apply) telephone, e-mail, text message, social media, U.S. Mail, reaching out to emergency contacts, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Alyssa White
Alyssa White
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
(713) 626-9336
awhite@johnsonlawgroup.com