UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Sylvia Butts v. Sanofi U.S. Services, Inc., et al*; Case No. 2:18-cv-13512 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Sylvia Butts hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-13512, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff Sylvia Butts, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-11811. All parties shall bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| **REYES \| BROWNE \| REILLEY** | **SHOOK HARDY & BACON** |
| By: */s/ Ryan J. Browne*<br>Ryan J. Browne<br>Texas State Bar No. 00796262<br>Spencer P. Browne<br>Texas State Bar No. 24040589<br>8222 Douglas Ave., Suite 400<br>Dallas, TX 75225<br>(214) 526-7900<br>(214) 526-7910 (FAX)<br>ryan@reyeslaw.com<br>spencer@reyeslaw.com | By:  /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Telephone: (816) 474-6550 Facsimile: (816) 421-5547<br>kbieri@shb.com<br>hratliff@shb.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc*. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 22, 2019                                         */s/ Ryan J. Browne*_____
                                                                                             Ryan J. Browne