## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF PARTIAL DISMISSAL
WITH PREJUDICE AS TO
ALL EXCEPT HOSPIRA
WORLDWIDE, LLC f/k/a HOSPIRA
WORLDWIDE, INC., AND HOSPIRA,
INC.**
Civil Action No.: 2:17-cv-13520

THIS DOCUMENT RELATES TO:

Myra D. Graff & Maurice K. Graff v. Sanofi-
US Services Inc. f/k/a Sanofi-Aventis U.S.
Inc., et al.

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named Defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc, and Hospira, Inc, each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22nd day of July 2019.

 /s/ Carasusana B. Wall
 Carasusana B. Wall (OH 0090234)
 Michelle L. Kranz (OH 0062479)
 ZOLL & KRANZ, LLC
 6620 W. Central Avenue, Suite 100
 Toledo, OH 43617
 Tel. (419) 841-9623
 Fax: (419) 841-9719
 Email: cara@toledolaw.com
 michelle@toledolaw.com

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 DATED: July 22, 2019         <u>/s/Carasusana B. Wall _____</u>