UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Lucinda Perry,<br><br>　　Plaintiff(s),<br><br>vs.<br><br>Sanofi-Avetis U.S. LLC and Sanofi US Services, Inc.<br><br>　　Defendant(s). | : : : : : : : : : : : : | Civil Action No.:   2:17-cv-12676 |

## MOTION to Substitute Party Plaintiff

COMES NOW, Plaintiff Lucinda Perry and files this motion to substitute her surviving next of kin, Stephanie Hemphill, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Lucinda Perry filed the present action in the United States District Court of the Eastern District of Louisiana on November 17, 2017.

2. Plaintiff Lucinda Perry died on September 11, 2018.

3. On July 22, 2019, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 7705.  Plaintiff's counsel recently learned the death of Ms. Perry after filing the lawsuit and after submitting a Plaintiff Fact Sheet in connection with this case.

4. Stephanie Hemphill, daughter of Lucinda Perry, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Lucinda Perry and has proper capacity

1

to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Stephanie Hemphill as the proper party plaintiff in this action.

Respectfully submitted this 22nd day of June, 2019.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 22, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney