UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Lucinda Perry ,  Plaintiff(s), vs. Sanofi-Aventis U.S. LLC, et al. ,  Defendant(s). | : : : : : : : : : : | Civil Action No.: 2:17-cv-12676 |

**ORDER**

IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and Lucinda Perry, on behalf of the Estate of Lucinda Perry, is substituted as Plaintiff in the above referenced action.

This the 22nd day of July , 2019.

_____
Judge Jane Milazzo, U.S. District Judge