# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Sandra Coleman v. Sanofi Aventis, et al | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC., F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC |
| | Civil Action No. 17-cv-09118 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter**, except for SANOFI US SERVICES INC., F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22ND day of JULY, 2019.

>
> Respectfully submitted,
>
> S/Andrew Geiger
> ANDREW J. GEIGER (BAR NO. 32467)
> ALLAN BERGER (BAR NO. 2977)
> Allan Berger and Associates
> 4173 Canal Street
> New Orleans, Louisiana 70119
> Phone:         (504)486-9481
> Email:  aberger@allan-berger.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

DATED:  <u>July 22, 2019</u>

                                               <u>S/Andrew Geiger</u>