UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION (R. DOC. 6186)

MAY IT PLEASE THE COURT:

Plaintiff Barbara Earnest, through the Plaintiffs' Steering Committee ("PSC"), respectfully requests leave of Court to file the attached brief sur-reply memorandum (Rec. Doc. 6186). A sur-reply memorandum is necessary to address both (1) new authority raised by Sanofi in its reply memorandum (Rec. Doc. 7689) and (2) arguments advanced by Sanofi purporting to augment their motion's applicability beyond its relationship to Ms. Earnest's case.

In its reply memorandum (Rec. Doc. 7689), Sanofi raises arguments related to the Supreme Court' recent decision in the *Albrecht* case (i.e., *Merck Sharp & Dohme Corp. v. Albrecht*, 139 S. Ct. 1669 (2019)). The *Albrecht* case was decided on May 20, 2019, which was two weeks prior to Sanofi's deadline to file supplemental motions in support of its previously filed MSJs and *Daubert* motions.[1] Frankly, the PSC finds it interesting that Sanofi chose not to supplement its original motion on the supplemental briefing deadline on June 4, 2019 set in CMO No. 14B (Rec. Doc. 6768); rather, Sanofi chose to address it in its reply memorandum possibly in an effort to avoid allowing the PSC an opportunity to address Sanofi's interpretation

---

[1] Sanofi's Motion for Summary Judgment Based on Preemption (Rec. Doc. 6186) was one of the motions "deferred" by this Court on the schedule of motions "impacted" by the additional stem cell discovery. It was deferred for briefing on the supplemental briefing schedule in part because of the Supreme Court's anticipated decision in the *Albrecht* matter.

of that decision. Considerations of fairness and an opportunity to address all Sanofi arguments in support of its preemption motion certainly justify the limited proposed sur-reply memorandum prepared and attached to the instant motion.

Additionally, Sanofi's reply memorandum advances new arguments that communications and labeling discussions after Ms. Earnest's treatments somehow *ex post facto* preempt her claim, seemingly in an attempt to ask for an advisory opinion from this Court on application of its preemption motion beyond the material facts related to whether Ms. Earnest's product liability claims under Louisiana law are preempted. The PSC believes good cause exists for submission of a short sur-reply to address these arguments.

As the Court will see from the attached proposed pleading, the PSC does not seek to "get the last word in" on each and every argument Sanofi makes in its reply memorandum; rather, we propose limited supplemental briefing on two specific new arguments presented through Sanofi's reply.

Accordingly, the PSC respectfully asks that the Court grant its instant motion allowing leave to file the attached sur-reply in opposition to Sanofi's preemption motion.

Dated: July 22, 2019                                Respectfully submitted,

*/s/ Darin L. Schanker*                             */s/ Rand P. Nolen*
Darin L. Schanker                                   Rand P. Nolen
Bachus & Schanker, LLC                              Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                      2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                    Houston, TX 77056
Phone: (303) 893-9800                               Phone: (713) 621-7944
Fax: (303) 893-9900                                 Fax: (713) 621-9638
dschanker@coloradolaw.net                           rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*            *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Plaintiffs' Co-Lead Counsel

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

Plaintiffs' Co-Liaison Counsel

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

Plaintiffs' Co-Lead Counsel

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

Plaintiffs' Co-Liaison Counsel

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ M. Palmer Lambert*
                                        M. PALMER LAMBERT