UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

**[PROPOSED] ORDER**

Considering the foregoing Motion for Leave to File Sur-Reply in Opposition to Sanofi's Motion for Summary Judgment Based on Preemption (R. Doc. 6186),

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit A to Plaintiff's Motion for Leave to File Sur-Reply into the record in this matter.

New Orleans, Louisiana, this ___ of July, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE