UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

[PROPOSED] ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's *Ex Parte* Motion for Expedited Consideration of its Motion for Leave to File Sur-Reply in Opposition to Sanofi's Motion for Summary Judgment Based on Preemption is hereby GRANTED. Plaintiff's Motion (Rec. Doc. 7711) will be heard on the _____ day of July, 2019. Sanofi Defendants may file an opposition to the motion for leave no later than the _____ day of July, 2019.

New Orleans, Louisiana, this _____ day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE