## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | | SECTION "H" (5) |
| | | JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit A | | MAG. JUDGE NORTH |

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Charles G. Orr and attorney John H. "Trey" Allen, III, of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of John H. "Trey" Allen, III of Allen & Nolte, PLLC in place thereof.

Dated this 23rd day of July, 2019.

_____
Charles G. Orr

ALLEN & NOLTE, PLLC

_____
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23rd, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Madelaine Hebranko | 2:18-cv-12844 |
| Barbara Geiger | 2:18-cv-12788 |
| Cecile Houston | 2:17-cv-16328 |
| Emma Simmons | 2:18-cv-12886 |
| Cathryn Gibb | 2:17-cv-16299 |
| Dorothy Shappell | 2:17-cv-16412 |
| Mary Bailey | 2:17-cv-15706 |
| Cecilia Macasero | 2:17-cv-15899 |
| Joyce Riolo | 2:17-cv-16435 |
| Lisa Taylor | 2:18-cv-12917 |
| Ina Eastman | 2:17-cv-15852 |
| Keshawn Cox | 2:18-cv-12902 |
| Melissa Watwood | 2:17-cv-16169 |
| Patricia White | 2:17-cv-16170 |
| Carol O'Dell | 2:18-cv-12865 |
| Cathy Johnson | 2:17-cv-15888 |
| Maxine Kirkland | 2:18-cv-12898 |
| Kristen Percell | 2:17-cv-16385 |
| Gloria Lockett | 2:18-cv-12911 |
| Tessie Adams | 2:17-cv-16210 |
| Jessie Bell | 2:18-cv-12894 |
| Beverly Davis | 2:17-cv-15831 |
| Jennifer Watton | 2:18-cv-12888 |
| Lucinda Boddie | 2:18-cv-12758 |
| Annie Givens | 2:18-cv-12808 |
| Robin Adams | 2:17-cv-15684 |
| Sydney Beifeld | 2:17-cv-15723 |
| Kirsten Peterson | 2:17-cv-15928 |
| Tandy Wheatley | 2:17-cv-16430 |
| Dorothy King | 2:18-cv-12856 |
| Sylvia Caruso | 2:18-cv-12896 |
| Susan Parise | 2:17-cv-15919 |
| Trunellia Little | 2:18-cv-12858 |
| Debra McDaniel | 2:18-cv-12862 |
| Ginger Przekurat | 2:18-vc-12913 |
| Deborah Hartman | 2:17-cv-16308 |

| Theresa Scullion | 2:17-cv-16438 |
| --- | --- |
| Diana Fessenden | 2:17-cv-16290 |
| Pearl Cherry | 2:18-cv-12770 |
| Gloria Davis | 2:17-cv-16280 |
| Marguerite Malcheski | 2:17-cv-16346 |
| Melett Fox | 2:18-cv-12786 |
| Kathleen Randall | 2:18-cv-12883 |
| Patti Smith | 2:17-cv-16030 |
| Debra Boris | 2:18-cv-12925 |
| Janet Medlin | 2:17-cv-15911 |
| Annette Boyd | 2:17-cv-16255 |
| Wanda Giambelluca | 2:18-cv-12795 |
| Linda Hagan | 2:18-cv-12908 |
| Sarah Richardson | 2:17-cv-16395 |
| Peggie Tilford | 2:17-cv-16419 |
| Kimberly Bailey | 2:17-cv-15697 |
| Kathy Bruno | 2:17-cv-16440 |
| Angelina Hernandez | 2:17-cv-15870 |
| Marilyn Jones | 2:18-cv-12850 |
| Terry Layfield | 2:17-cv-15893 |
| Janet Martin | 2:17-cv-16355 |
| Linda Schaar | 2:18-cv-12915 |
| Barbara Tillman | 2:18-cv-12887 |