UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) |
| The Cases Listed on the attached Exhibit A | § § § § | JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Madelaine Hebranko | 2:18-cv-12844 |
| Barbara Geiger | 2:18-cv-12788 |
| Cecile Houston | 2:17-cv-16328 |
| Emma Simmons | 2:18-cv-12886 |
| Cathryn Gibb | 2:17-cv-16299 |
| Dorothy Shappell | 2:17-cv-16412 |
| Mary Bailey | 2:17-cv-15706 |
| Cecilia Macasero | 2:17-cv-15899 |
| Joyce Riolo | 2:17-cv-16435 |
| Lisa Taylor | 2:18-cv-12917 |
| Ina Eastman | 2:17-cv-15852 |
| Keshawn Cox | 2:18-cv-12902 |
| Melissa Watwood | 2:17-cv-16169 |
| Patricia White | 2:17-cv-16170 |
| Carol O'Dell | 2:18-cv-12865 |
| Cathy Johnson | 2:17-cv-15888 |
| Maxine Kirkland | 2:18-cv-12898 |
| Kristen Percell | 2:17-cv-16385 |
| Gloria Lockett | 2:18-cv-12911 |
| Tessie Adams | 2:17-cv-16210 |
| Jessie Bell | 2:18-cv-12894 |
| Beverly Davis | 2:17-cv-15831 |
| Jennifer Watton | 2:18-cv-12888 |
| Lucinda Boddie | 2:18-cv-12758 |
| Annie Givens | 2:18-cv-12808 |
| Robin Adams | 2:17-cv-15684 |
| Sydney Beifeld | 2:17-cv-15723 |
| Kirsten Peterson | 2:17-cv-15928 |
| Tandy Wheatley | 2:17-cv-16430 |
| Dorothy King | 2:18-cv-12856 |
| Sylvia Caruso | 2:18-cv-12896 |
| Susan Parise | 2:17-cv-15919 |
| Trunellia Little | 2:18-cv-12858 |
| Debra McDaniel | 2:18-cv-12862 |
| Ginger Przekurat | 2:18-vc-12913 |
| Deborah Hartman | 2:17-cv-16308 |

| | |
|---|---|
| Theresa Scullion | 2:17-cv-16438 |
| Diana Fessenden | 2:17-cv-16290 |
| Pearl Cherry | 2:18-cv-12770 |
| Gloria Davis | 2:17-cv-16280 |
| Marguerite Malcheski | 2:17-cv-16346 |
| Melett Fox | 2:18-cv-12786 |
| Kathleen Randall | 2:18-cv-12883 |
| Patti Smith | 2:17-cv-16030 |
| Debra Boris | 2:18-cv-12925 |
| Janet Medlin | 2:17-cv-15911 |
| Annette Boyd | 2:17-cv-16255 |
| Wanda Giambelluca | 2:18-cv-12795 |
| Linda Hagan | 2:18-cv-12908 |
| Sarah Richardson | 2:17-cv-16395 |
| Peggie Tilford | 2:17-cv-16419 |
| Kimberly Bailey | 2:17-cv-15697 |
| Kathy Bruno | 2:17-cv-16440 |
| Angelina Hernandez | 2:17-cv-15870 |
| Marilyn Jones | 2:18-cv-12850 |
| Terry Layfield | 2:17-cv-15893 |
| Janet Martin | 2:17-cv-16355 |
| Linda Schaar | 2:18-cv-12915 |
| Barbara Tillman | 2:18-cv-12887 |