UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE ATTACHMENT TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SANOFI'S MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Attachment to Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Sanofi's Motion for Summary Judgment Based on Preemption (Rec. Doc. 7711) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Plaintiff Earnest's Sur-Reply in Opposition to Defendants' Motion for Summary Judgment Based on Federal Preemption) to the Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Sanofi's Motion for Summary Judgment Based on Preemption UNDER SEAL.

New Orleans, Louisiana, this ___ of July, 2019.

                                               _____
                                               HON. JANE TRICHE MILAZZO
                                               UNITED STATES DISTRICT JUDGE