UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Plaintiff Name: Mary Carroll ) Case No.: 2:17-cv-17324 ) ) | | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 7683);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this 22nd day of July, 2019.

JUDGE, UNITED STATES DISTRICT COURT