# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Barbara Earnest, Case No. 2:16-cv-17144. | MDL No. 2740<br><br>SECTION "H" (5) |

## *EX PARTE* MOTION BY SANOFI DEFENDANTS FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION (REC DOC 6131)

Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), respectfully requests leave of Court to file the attached Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131).  Sanofi submits that since the filing of the initial Motion for Summary Judgment, additional authority persuasive of its position has been decided.

WHEREFORE, Sanofi prays that this Motion is granted, and that their Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131) is filed into the docket on this matter.

 Date:  July 23, 2019

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on **July 23, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore