**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>**Barbara Earnest, Case No. 2:16-cv-17144.** | **MDL No. 2740**<br><br>**SECTION "H" (5)** |

**ORDER**

Considering the foregoing *Ex Parte* Motion filed by Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. for leave to file the attached Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131);

IT IS ORDERED that said Motion is GRANTED, and that the attached Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131) shall be filed into the docket of this matter.

New Orleans, Louisiana, this __ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE