# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**IN RE: ZOFRAN (ONDANSETRON)**   )
**PRODUCTS LIABILITY LITIGATION** )      MDL No. 1:15-md-2657-FDS
                                              )
**This Document Relates To:**          )
                                              )
    **All Actions**                        )
_____)

**MDL Order No. 35**
**July 16, 2019**

**ORDER CONCERNING FURTHER PROCEEDINGS ON**
**FEDERAL PREEMPTION DEFENSE**

**SAYLOR, J.**

This Order addresses how the Court anticipates further proceedings will be conducted in light of the United States Supreme Court's recently issued decision in *Merck Sharp & Dohme Corp. v. Albrecht*, 139 S. Ct. 1668 (2019).

### 1.     Vacating the Court's February 5, 2019 Memorandum and Order

On February 5, 2019, the Court issued a Memorandum and Order denying GSK's motion for summary judgment based on federal preemption. In that memorandum and order, the Court concluded, among other things, that the issue of FDA federal preemption was a question of fact to be decided by the jury, not a question of law to be decided by the Court. On May 20, 2019, in *Merck*, the Supreme Court ruled that the issue of FDA federal preemption is a question of law, not fact. In light of that decision, the relevant portions of the Court's February 5, 2019 Memorandum and Order on GSK's motion for summary judgment based on federal preemption (including, in particular, the discussion at pages 31-34 and the related conclusions) (Docket No.

1325) are hereby VACATED.

### 2. **GSK's Renewed Summary Judgment Motion**

GSK may file a renewed motion for summary judgment asserting federal preemption by July 18, 2019. Plaintiffs' responses in opposition, and any related motions to strike, shall be filed by August 30, 2019. GSK's reply memoranda, and any oppositions to motions to strike, shall be filed by September 13, 2019. The matter is set for argument on Wednesday, September 18, 2019, at 10:00 a.m.

### 3. **Invitation to FDA to File Amicus Brief**

By July 24, 2019, the parties may file proposed language for the Court to invite the FDA to file an amicus brief in connection with the forthcoming motion.

### 4. **Trial Scheduling**

In order to permit an orderly resolution of the preemption issue, the trial of *Rodriguez v. GSK*, Case No. 1:15-cv-13762, presently scheduled for September 16, 2019, will be postponed. Trial counsel are directed to file statements of their availability in late 2019 and early 2020 with the Court by July 17, 2019, so that the trial can be rescheduled.

**So Ordered.**

Dated: July 16, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge