# Exhibit D

**To:**     taxotears@googlegroups.com[taxotears@googlegroups.com]
**From:**   taxotears@googlegroups.com
**Sent:**   Tue 4/14/2015 1:59:26 PM
**Subject:** [Taxotears] Conference call information

Hi All,
To answer some questions if you have not yet reported it to the FDA formally you should put it in med watch but the most important thing for right now is Dr. Miller (Deborah.Miller@fda.hhs.gov) gets the cases because she will give them the directly to the people leading the investigation.

So collectively some ideas on questions for tomorrow

1. Is a manufacture required to report an adverse event to the FDA once they learn of its existence?

2. Woud FDA consider permanent alopecia an adverse event that a manufacture would be required to report?  If so what percentage of patients have to be affected for the manufacture to be required to disclose?  At what incidence does an adverse event become a common event?

3. Does the FDA require that if a company reports and warns of an adverse event in a foreign country they also do so in the USA?  Does the FDA require companies to provide them with labeling that it utilizes for the same product in another country?

4. What recourse does a patient have if they suffer an adverse event from a generic drug because it was not disclosed by the manufacturer of the brad name drug?

5. Given the FDA's recent action requiring Sanofi to revise the label for taxotere after 3 patients felt temporary alcohol intoxication would the FDA require them to revise their label after hundreds of women suffered permanent disfiguration? At what point does an adverse event warrant a black box warning?

6. What is the FDA's position as to a manufacturer who intentionally conceals adverse information from the FDA?

7.  Does the FDA's reporting system for adverse events permit someone to identify the length of time they have suffered alopecia so that the FDA can distinguish typical chemotherapy induced alopecia from permanent alopecia?  If not, how would the FDA ever acquire knowledge of such problem?

8.  Is the FDA aware of any other product that causes permanent alopecia?  If so would the FDA require a disclosure of that information?

9.  Is the FDA aware of pending litigation against Sanofi for off label marketing of taxotere for early stage breast cancer and the allegations of illegal kick backs to physicians?

10.  How can we expect this investigation to proceed?

I will try to figure out how to record the call and will send out a summary for anyone who can't attend.


--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at http://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.