# Exhibit F

**To:** Taxotears[taxotears@googlegroups.com]
**From:** taxotears@googlegroups.com
**Sent:** Mon 12/14/2015 11:06:12 PM
**Subject:** FW: [Taxotears] FW: Taxotere FDA response

About a Facebook posting…great idea, Sherri Jo. The lawyers asked us to avoid posting anything about the lawsuit. This is different, of course, but I wonder if we should ask before posting?

---

**From:** Sherri Jo McLemore <sjmclemore@arkansasctf.org>
**Date:** Monday, December 14, 2015 5:35 PM
**To:** Erica Lieberman <ericasil@bellsouth.net>
**Subject:** RE: [Taxotears] FW: Taxotere FDA response

Could you post this on our Facebook page? It might reach some folks that don't read emails as often. Or I can post it if you want me to.
Thanks,
Sherri Jo

---

**From:** taxotears@googlegroups.com [mailto:taxotears@googlegroups.com] **On Behalf Of** Erica Lieberman
**Sent:** Monday, December 14, 2015 3:11 PM
**To:** Taxotears
**Subject:** [Taxotears] FW: Taxotere FDA response

For everyone who wasn't around for the FDA conference call and didn't get Deborah Miller's email, enjoy!

---

**From:** "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>
**Date:** Monday, December 14, 2015 2:42 PM
**Subject:** Taxotere

Hi everyone,
I know it's been a while since I've been in touch but there was nothing I could say to anyone during the investigation (this is in the Code of Federal Regulations). But now I have some news for you.

First, new information on permanent or irreversible alopecia is now required in Section 6.2 (Postmarketing Experience) and to Section 17 (Patient Counseling Information) of the Patient Package Insert (PPI) for Taxotere. (I tried to include a copy of the new label, but it's not on FDA's Web site yet. This change was just approved on December 11, 2015.)

Second, FDA cleared for marketing in the United States the first cooling cap to reduce hair loss in breast cancer patients undergoing chemotherapy on December 8, 2015. See: http://www.fda.gov/newsevents/newsroom/pressannouncements/ucm476216.htm

And finally, the editors of the Oncology Nursing Society (ONS) are planning to write an article about the importance of nurses explaining to patients the possible side effects of different chemotherapy agents, including permanent alopecia from Taxotere. Additionally, ONS staff suggested that you speak to some of the breast cancer patient advocacy groups (such as the Komen Foundation, National Breast Cancer Coalition, Breast Cancer Choices, etc.) These advocacy groups communicate with hundreds of patients and can help get the word out to newly diagnosed patients.

All of these actions are because of you! Thank you for making FDA aware of this important matter!

Regards,
Deb
**Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.**
*Health Programs Coordinator*

**Cancer Patient Liaison Program**
**Office of Health & Constituent Affairs**
**Office of External Affairs**
**U.S. Food and Drug Administration**
Tel: 301-796-8472 / Main Off: 301-796-8460
Deborah.Miller@fda.hhs.gov

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at https://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.