# Exhibit G

**To:** snorren@vodafone.de[snorren@vodafone.de]; brennan.wright@hs-sc.gc.ca[brennan.wright@hs-sc.gc.ca]; cmac@videotron.ca[cmac@videotron.ca]; julianavalesco.ga@gmail.com[julianavalesco.ga@gmail.com]; cd_psych@yahoo.com.au[cd_psych@yahoo.com.au]; snorren@vodafone.de[snorren@vodafone.de]; bostonian3@yahoo.com[bostonian3@yahoo.com]; djricketts53@hotmail.com[djricketts53@hotmail.com]; bozokimarta@gmail.com[bozokimarta@gmail.com]; jayashreeguru@gmail.com[jayashreeguru@gmail.com]; ker6563@gmail.com[ker6563@gmail.com]; kirbypk@yahoo.com[kirbypk@yahoo.com]; jennifer1380@gmail.com[jennifer1380@gmail.com]; isobelchild@hotmail.com[isobelchild@hotmail.com]; j.hann5@hotmail.com[j.hann5@hotmail.com]; miraclesarereal@yahoo.com[miraclesarereal@yahoo.com]; ea_burrows@iprimus.com.au[ea_burrows@iprimus.com.au]; milicabookman@yahoo.com[milicabookman@yahoo.com]; jen.clinkscales@yahoo.com[jen.clinkscales@yahoo.com]
**Cc:** bluemedic@gmail.com[bluemedic@gmail.com]; Sarah Miles[sarah@coloradolaw.net]; Robert Weinberger[robert.weinberger@coloradolaw.net]
**From:** Robert Weinberger
**Sent:** Thur 12/17/2015 8:29:42 PM
**Subject:** Taxotere Litigation

Dear All:

As you may be aware I am Kelly Gahan's attorney. Dr. Gahan contacted my former law firm (Weinberger Law Offices) well over a year ago to explore the possibility of bringing litigation regarding the use of Taxatere and the resulting alopecia. I was also involved in the call with the FDA, in which each of you were participants. I am in receipt of Deborah Miller of the FDA's email of December 14 advising that they have required Sanofi to warn of the risk of permanent/persistent alopecia. Each of you were recipients of her email. Congratulations on this fabulous development.

As you may also be aware, I am now with Bachus and Schanker, LLC. (B&S). Both my former firm and B&S has conducted a thorough investigation of the viability to bring an action related to the misrepresented product warning by Sanofi and are pursuing claims on behalf of Dr. Gahan and several members of the Taxotears group. We are very optimistic that there is substantial evidence supporting the conclusion that Sanofi knowingly and deceitfully failed to warn of the risk of alopecia in the US despite it warning about the risk in Europe and elsewhere.

I am directing this email to all of you who have not been previously contacted by me regarding your participation in this action. B&S is committed to fund the cost and expenses of the litigation without risk to each of you.

I would ask that each of you respond to this email and advise if you are interested in conferring about this exciting opportunity. If so, kindly let me know that you are interested and provide some dates and times over the next few weeks when you have time to participate in a telephone conference to discuss your potential participation in this action. If you elect to not pursue exploring being involved, please respond and let me know and I will cease efforts to contact you on this matter.

I look forward to hearing from each of you and wish you a fantastic holiday season.

Sincerely, Bob Weinberger