# Exhibit H

**To:** Scot Kreider[scot.kreider@coloradolaw.net]
**From:** bluermedic@gmail.com
**Sent:** Sat 11/10/2018 1:49:23 AM
**Subject:** Re: Black box warning

Oh I would say it was more me ranting and raving at the fda. By the time she wrote me back I had cooled off and did not look at anything else.

On Nov 9, 2018, at 3:23 PM, Scot Kreider <scot.kreider@coloradolaw.net> wrote:

> It's not awesome. But did you delve into the nuances of black box labeling, or did you accept her explanation for what it was (even if you may not have agreed)?
>
> Get Outlook for iOS
>
> ---
>
> **From:** bluermedic@gmail.com
> **Sent:** Friday, November 9, 2018 6:13 PM
> **To:** Scot Kreider
> **Subject:** Fwd: Black box warning
>
> Just wanted to make sure you are aware of this email given them asking for all the fda stuff and labeling
>
> Begin forwarded message:
>
>> **From:** bluermedic@gmail.com
>> **Date:** January 29, 2018 at 1:58:06 PM HST
>> **To:** "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>
>> **Subject: Re: Black box warning**
>>
>> Thanks Deb **
>> We are starting to get into the nuts and bolts of the lawsuit and going back over everything is just so frustrating. I will look over the guidelines you sent. I wish people could understand this really is life threatening. Perhaps some women could become massively permanently disfigured without becoming suicidal but I have not met any yet. I also get the risk benefit equation but myself and many of the other women did not have any evidence of cancer when we were given the drug. I was given the drug as "a precaution". To have to live this way is truly horrible and I think rises to the level of serious consideration.
>> I do feel like most women know about it now. If you google taxotere the first 3 pages are all lawsuits related to the hair loss. It is just that doctors take black boxes more seriously. Thanks for your continued understanding.
>> Kelly
>>
>>> On Jan 29, 2018, at 1:01 PM, Miller, Deborah <Deborah.Miller@fda.hhs.gov> wrote:
>>>
>>> Hi Kelly,
>>>
>>> Thank you for your email. In 2011, FDA issued final guidelines for the content and formatting of boxed warnings, as well as other types of labeling. Please see:

https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM075096.pdf .

See page 11 for the situations where a boxed warning is deemed appropriate for a drug label. Boxed warnings are most likely used to provide warnings to the prescribing physician when there are observed serious adverse reactions, and in instances, when a boxed warning based on an anticipated adverse reaction would be appropriate. The boxed warning is used in situations where a serious adverse event (e.g., life-threatening adverse reaction) outweighs the potential benefit of the drug.

FDA officials determined that the appropriate place for the possible permanent alopecia is in Section 6.2 Postmarketing Experience, and in Section 17 Patient Counseling Information of the Taxotere label.

At this point, you may want to think about reaching out to breast cancer advocacy groups to help get the message to the community about Taxotere. New patients often call these groups to get information and advice about treatment, and the advocates can help to get the message to them. Also, you can encourage these groups to include this information in their pamphlets and handouts they provide to new patients.

You may also want to reach out to the gynecological oncologist societies about the need to encourage their members to discuss the long-term impact of this potential side effect from treatment with Taxotere before prescribing it. As you and other patients have stated in the past, patients should have this information to enable them to make an informed decision about treatment choices.

I hope this information is helpful. Contact me if you have additional questions or concerns.

I wish you the best.

Take care,

Deb


Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.

Cancer Patient Liaison

Office of Health & Constituent Affairs

Tel: 301-796-8472 / Main Off: 301-796-8460

Deborah.Miller@fda.hhs.gov

-----Original Message-----

From: bluermedic@gmail.com [mailto:bluermedic@gmail.com]

Sent: Sunday, January 28, 2018 8:23 PM

To: Miller, Deborah <Deborah.Miller@fda.hhs.gov>

Cc: Pazdur, Richard <Richard.Pazdur@fda.hhs.gov>

Subject: Black box warning

Hi Deb,

I hope you are well. I don't know if you can help me with this but I am still upset there is not a black box warning for taxotere and permanent hair loss. As a physician myself I know that I try hard to go over any black box warnings with my patients. Massive permanent disfigurement would seem to qualify. Cancer is becoming much more of a chronic condition than a death sentence. As such if a drug may leave you looking like a freak for the rest of your life you would think that possibility would be highlighted. I have never spoken with a woman who this has happened to who hasn't had persistent and prolonged suicidal ideation because of it. Several members of our group have been hospitalized for suicide attempts. If there are black boxes for suicidal thoughts why isn't there a black box for something that makes you suicidal. I also feel frustrated with the FDA. Despite the FDAs role as a watchdog the FDA missed that this was happening for almost 2 decades. Then it took 8 months to get a label change during which time numerous women were permanently disfigured. I feel the FDA is in cahoots with Sanofi. The label change seemed coordinated with the FDAs approval for cold caps. The cold cap study was funded by Sanofi and was many years in the making. They knew they had a big problem and their multi billion dollar dug was in danger of being rejected by consumers. It seems rather convenient for them that the FDA didn't make them change the label until the cold caps were ready to go.  We now have 7,000 cases filed in the multi district litigation and will probably get many thousands more. This is a major life altering complication with a high incidence. It deserves prominence on the warning label. Thank you for your time and all your help with this issue.

Kelly