UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION      SECTION "H" (5)

THIS DOCUMENT RELATES TO:

LESLIE S. BUTTERMORE &
CHRISTOPHER L. BUTTERMORE
CASE NO.: 2:17-CV-08378

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7694);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to filed the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
The Honorable Jane T. Milazzo