UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　ALL CASES

**ORDER**

The hearing on Plaintiffs' Motion to Compel Compliance With Discovery Order Regarding 30(b)(6) Depositions (rec. doc. 7463) and the discovery status conference in the above matter are hereby RESCHEDULED for August 8, 2019 at 10:00 a.m.

New Orleans, Louisiana, this  23rd  day of            July            , 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE