UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

# ORDER

Considering the Motion for Leave to Exceed Page Limit, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants may file their Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1-14) in excess of the 25-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this 22nd day of July, 2019.

_____
JUDGE JANE TRICHE MILAZZO