# EXHIBIT M

Page 301

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Wednesday, 9:15 a.m. - 4:40 p.m.
December 5, 2018


VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.



VOLUME 2
Pages 301 through 498


Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    fd1bb285-ebb8-4c72-95f3-c593e1bbca84

Page 453

1    personal experience and the literature and the

2    examination of the patients.

3    BY MR. SCHANKER:

4         Q.   And could you go ahead and share those

5    conclusions with us here today?

6              MR. SEARS:  Objection, form.

7         A.   You want me to read the conclusions?

8    BY MR. SCHANKER:

9         Q.   Whatever you're comfortable with.  You

10   could summarize those conclusions for us.  I just

11   want to make sure we understand what those are, and

12   I'll have some follow-up.

13             MR. SEARS:  Objection, form.

14        A.   So my conclusions are -- are based on

15   clinical history, clinical examination, dermoscopy,

16   and pathology results.

17             And these conclusions are that

18   Mrs. Durden, Mrs. Francis, and Mrs. Earnest are

19   affected by permanent alopecia after chemotherapy,

20   also known as persistent alopecia after

21   chemotherapy, due to docetaxel.

22   BY MR. SCHANKER:

23        Q.   Okay.  And docetaxel is the -- is the same

24   as -- is the same drug we sometimes refer to as

25   Taxotere?

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    fd1bb285-ebb8-4c72-95f3-c593e1bbca84