UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Barbara Earnest, Case No. 2:16-cv-17144.**

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibits A, K, and N to their First Omnibus Motions in Limine (Nos. 1-14) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A, K, and N (Rec. Docs. 7655-4, 7655-14, and 7655-17) **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE