UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibit A to Plaintiff's Motion *in Limine* to Preclude Any Comment or Argument That Taxol Would Have Enhanced the Severity of Plaintiff's Neuropathy (Rec. Doc. 7649) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit A to Plaintiff's Motion *in Limine* to Preclude Any Comment or Argument That Taxol Would Have Enhanced the Severity of Plaintiff's Neuropathy **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE