UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BARBARA SAMUELS,<br>Plaintiff<br><br>vs.<br><br>SANDOZ, INC.<br>Defendants<br><br>Civil Case No.: 2:18-cv-12208 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. AND DISMISSING WITH PREJUDICE DEFENDANT SANDOZ INC.** |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Barbara Samuels, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Amended Short Form Complaint filed in this action, dismissing Defendant Sandoz, Inc. and adding Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Plaintiff's original Amended Short Form Complaint was filed in the Eastern District of Louisiana on December 3, 2018 (*Barbara Samuels v. Sandoz Inc.,* Case No. 2:18-cv-12208), and Plaintiff served Defendant Sandoz, Inc. pursuant to PTO 30.

Since the time of filing the aforementioned Complaint, Plaintiff has received the National Drug Code documents and learned that Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. should be named as the only defendants in this case.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this Motion.

**Dated this 23rd day of July 2019**

**Respectfully Submitted,**

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt MO #*53933*
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: 816-531-4415
sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using to CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*