# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>BARBARA SAMUELS,<br>Plaintiff<br><br>vs.<br><br>SANDOZ, INC.<br>Defendant<br><br>Civil Case No.: 2:18-cv-12208 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. AND DISMISSING WITH PREJUDICE DEFENDANT SANDOZ INC.** |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and dismissing Defendant Sandoz Inc. with prejudice is GRANTED.

Signed, this ____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge