UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| ELLA COLEMAN<br>Plaintiff, | MAG. JUDGE NORTH |
| vs. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. ALONG WITH DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| Defendants. | |
| Civil Case No: 2:18-cv-13040 | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Amended Short Form Complaint filed in this action. Plaintiff's original Amended Short Form Complaint was filed in the Eastern District of Louisiana on December 10, 2018 (*Ella Coleman v. Sanofi-Aventis U.S. LLC & Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.,* Case No. 2:18-cv-13040), and Plaintiff served Sanofi Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Complaint, Plaintiff has discovered evidence that she believes justifies adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as additional defendants. Thus, Plaintiff needs to amend her Complaint to reflect this newly obtained information.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Dated this 23rd day of July, 2019

Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt MO #53933
Wendt Law Firm, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: 816-531-4415
sam@wendtlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 23, 2019

*/s/ Samuel M. Wendt*
Samuel M. Wendt