## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE  MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ELLA COLEMAN,<br>Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.<br><br>Defendants<br><br>Civil Case No.: 2:18-cv-13040 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. ALONG WITH DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as named defendants along with the Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC Defendants is GRANTED.

Signed, this_____ day of _____, 2019.

                                                                   _____

                                                                   Honorable Jane T. Milazzo<br>
                                                                   U.S. District Court Judge