UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION
                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibit A to Plaintiff's Motion *in Limine* Excluding Improper Arguments or Suggestions regarding FDA Approval (Motion *in Limine* No. 13) (Rec. Doc. 7659) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit A to Plaintiff's Motion *in Limine* Excluding Improper Arguments or Suggestions regarding FDA Approval (Motion *in Limine* No. 13) **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE