UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Barbara Earnest, Case No. 2:16-cv-17144 | |

### ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Testimony and Argument that Taxotere has Saved Lives (Rec. Doc. 7660) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachment (Exhibit A) to the Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Testimony and Argument that Taxotere has Saved Lives **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE