MINUTE ENTRY
MILAZZO, J.
July 23, 2019

JS-10:00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases ) | | |

# MINUTE ENTRY

On July 23, 2019, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the oral arguments on the Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Doc. 6149) and on the Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 6155) currently set for July 25, 2019, are **CANCELLED**.

**IT IS FURTHER ORDERED** that the oral argument on the Motion for Summary Judgment on Preemption (Doc. 6186) is **CONTINUED** and **RESET** for **August 8, 2019, at 1:00 p.m.** The other arguments set for July 25, 2019, will proceed as scheduled.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE