UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion For Leave To File Exhibit A to their Motion In Limine No. 23 to Preclude Evidence or Argument That the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 7664) **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE