UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi Defendants' Ex Parte Motion for Leave to File Exhibit A to their Motion in Limine No. 24 to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit A (Rec. Doc. 7666-2) **UNDER SEAL**.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE