BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *LaTanya Lomax vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13983 | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff LaTanya Lomax on May 18th, 2019.

Dated: July 25, 2019                    Respectfully submitted,

                                        GOMEZ TRIAL ATTORNEYS

                                        /s/Lindsay R. Stevens
                                        John H. Gomez (CA Bar # 171485) T.A.
                                        Ahmed S. Diab (CA Bar # 262319)
                                        Lindsay R. Stevens (CA Bar # 256811)
                                        655 West Broadway, Suite 1700
                                        San Diego, California 92101
                                        Telephone: (619) 237-3490
                                        Facsimile: (619) 237-3496
                                        *john@thegomezfirm.com*
                                        *adiab@thegomezfirm.com*
                                        *lstevens@thegomezfirm.com*

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com