UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO:<br>*Amy L. Black v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-5790 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated this 25th day of July, 2019**

                                          **LOWE LAW GROUP**
                                          By: */s/ T. Aaron Stringer*
                                          T. Aaron Stringer
                                          6028 S. Ridgeline Dr., Ste. 200
                                          Ogden, UT 84405
                                          Telephone: (385) 298-0175
                                          Facsimile: (801) 656-0997
                                          Email: aaron@lowelawgroup.com
                                          *Attorney for Plaintiff(s)*