UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
*************************************************************************

### EXPARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff Carol Woodson, moves the Court for an Order substituting Val P. Exnicios, Esq., and Francis Lacy Radcliff, Esq., of the law firm Liska, Exnicios & Nungesser, as her counsel of record and trial attorneys for this action in lieu and in place of Alexandra W. Robertson, Esq. and Timothy J. Becker, Esq. and the law firm of Johnson Becker, PLLC, who do hereby withdraw as counsel of record herein.

**Dated: July 25, 2019**　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　/s/ Val Patrick Exnicios
　　　　　　　　　　　　　　　　　　　　**VAL PATRICK EXNICIOS, T.A.  (LA Bar #19563)**
　　　　　　　　　　　　　　　　　　　　**FRANCES LACY RADCLIFF (LA Bar #38061)**
　　　　　　　　　　　　　　　　　　　　*Liska, Exnicios & Nungesser*
　　　　　　　　　　　　　　　　　　　　Attorneys & Counselors-at-Law
　　　　　　　　　　　　　　　　　　　　1515 Poydras Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70112
　　　　　　　　　　　　　　　　　　　　(504) 410-9611
　　　　　　　　　　　　　　　　　　　　Fax: (504) 410-9937

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　/s/ Alexandra Robertson
　　　　　　　　　　　　　　　　　　　　**Alexandra Robertson**
　　　　　　　　　　　　　　　　　　　　**Timothy Becker**
　　　　　　　　　　　　　　　　　　　　*JOHNSON BECKER, PLLC*
　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　　　(612) 436-1800

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Val P. Exnicios
Val P. Exnicios #19563