UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
******************************************************************************

# ORDER

**IT IS ORDERED** by the Court that Alexandra W. Robertson, Esq. and Timothy J. Becker, Esq. and the law firm of Johnson Becker, PLLC, are hereby permitted to withdraw as counsel of record and trial attorney for Carol Woodson in the above-entitled and numbered action and that their names, as such be stricken from the record and the docket thereof; and

**IT IS FURTHER ORDERED** by the Court that Val P. Exnicios, Esq., and Frances Lacy Radcliff, Esq. of the law firm Liska, Exnicios & Nungesser, be and are hereby substituted as counsel of record and trial attorneys for Carol Woodson in said action and that their names be entered in the record and docket thereof.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
JUDGE