UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. |
| THIS DOCUMENT RELATES TO:<br><br>SALLIE LANDRUM v. SANOFI-AVENTIS U.S. LLC, et al. | | Civil Action No.: 2:18-CV-13228 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 25th day of July, 2019.

                                             Respectfully submitted,

                                             */s/ Sarah Shoemake Doles*
                                             Jeffrey J. Lowe, #35114MO
                                             Sarah Shoemake Doles, #45747MO
                                             Alyson M. Petrick, #68323MO
                                             **CAREY DANIS & LOWE**
                                             8235 Forsyth Blvd, Suite 1100
                                             Saint Louis, MO 63105
                                             Telephone: (314) 725-7700
                                             Fax: (314) 721-0905
                                             jlowe@careydanis.com
                                             sdoles@careydanis.com
                                             apetrick@careydanis.com

                                             Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: July 25, 2019                */s/ Sarah Shoemake Doles*