# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Genelle Williams, 16-cv-15500*
*Brenda Monroe, 16-cv-16146*

## ORDER

Before the Court are Plaintiffs' Motions to Amend (Docs. 5227 and 5233). The Court has been advised that Defendants do not oppose the Motions. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 23rd day of July, 2019.

JUDGE JANE TRICHE MILAZZO