UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )  <br>PRODUCTS LIABILITY LITIGATION  )  <br>)  <br>)  <br>**This document relates to:**  )  <br>Barbara Weeks, 17-15119  )  <br>Susan Pitts, 18-4448  )  <br>Catalina Garcia, 17-14673  ) | MDL No. 16-2740  <br><br>SECTION: "H" (5) |

# ORDER

Before the Court are three Motions to Amend (Docs. 6761, 7324, and 7426). No oppositions to these Motions were filed in the record. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana this 23rd day of July, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE