# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Tonia Gathings v. Sanofi US Services, Inc., et. al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC and HOSPIRA, INC.**<br><br>Civil Action No.: 2:18-cv-10233 |

Pursuant to Case Management Order 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., Hospira Worldwide, LLC, and Hospira Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may see relief from this dismissal pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully Submitted
By Plaintiff's Attorney:

*/s/ Jonathan Tucker Merrigan*

Jonathan Tucker Merrigan, MA #681627
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Tel.: (617) 391-9001
Fax: (617) 357-9001
Email: tucker@sweeneymerrigan.com

Dated: 7/26/19

CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By Plaintiff's Attorney:

*/s/ Jonathan Tucker Merrigan*

Jonathan Tucker Merrigan, MA #681627
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Tel.: (617) 391-9001
Fax: (617) 357-9001
Email: tucker@sweeneymerrigan.com

Dated: 7/26/19