MINUTE ENTRY
MILAZZO, J.
JULY 25, 2019

JS-10: 02:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **Applies to: 16-17144 - Barbara Earnest** | | |

### MOTION HEARING
Judge Jane Triche Milazzo presiding

LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: TONI TUSA
CASE MANAGER: ERIN MOULEDOUS
COUNSEL: See attached sign-in sheet

Court begins at 10:05 a.m.

The following motions are argued by counsel and taken under submission by the Court:

Motion to Exclude Expert Testimony That Relies Upon Defendant's Employee Dr. Michael Kopreski **(Doc. 6160)**
Motion to Exclude Dr. Shapiro's and Dr. Smart's Stem Cell Opinions **(Doc. 7322)**
Motion to Exclude Expert Testimony of David Madigan, PhD **(Doc. 6144)**
Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. **(Doc. 6146)**
Motion to Exclude Expert Testimony on General Causation **(Doc. 6163)**

**IT IS ORDERED** that oral argument on defendant's Motion to Exclude Expert Testimony on Specific Causation **(Doc. 6162)** is CONTINUED to **August 8, 2019 at 1:00 p.m.**

Court adjourned at 12:35 p.m.

_____