UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL 2740

SEC. "H"(5)

JULY 25, 2019

10:00 am Motion Hearing Sign in Sheet
PLEASE PRINT

| Name | Party representing |
|------|--------------------|
| PALMER LAMBERT | Plaintiffs Co-Liaison |
| Andre Mura | Plaintiffs |
| DAVID Miceli | Plaintiff |
| DOUGLAS MOORE | ALC |
| HARLEY R. | SANOFI |
| Karen Barth Menzies | TI |
| Chris McRae | Sanofi |
| Connor Sears | Sanofi |
| Maureen Moeder | Sanofi |
| Hildy Sastre | Sanofi |
| Jordan Baehr | Sanofi |
| Emily Jeffcott | PSC |
| BRIAN ABRAMSON | Plaintiff |
| Dan Markoff | " " |
| Jessica Perez Reynolds | Plaintiffs |
| MAT DePaz | SANOFI |

| | |
|---|---|
| Adrienne Byard | Sanofi |
| Jon Strongman | Sanofi |
| Ilana Eisenstein | Sanofi |
| Rachel Horton | Sanofi |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |