UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: SHIRLEY FOOR
Case No.: 2:18-cv-13927

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff Shirley Foor whose case is on a Notice of Non-Compliance to be heard by the Court in August 2019 or shortly thereafter. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 26th of 2019.     /s/ Hunter J. Shkolnik
    Hunter J. Shkolnik, Esq.
    **Napoli Shkolnik, PLLC**
    400 Broadhollow Road
    Suite 305
    Melville, NY 11747
    (856)988-5574/(212)397-1000
    Hunter@NapoliLaw.com