UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Jamie Archer, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  2:18-cv-7022 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., et al., | : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------- | : | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6) .

Dated this 26th day of July 2019.

/s/Steven D. Davis
Steven D. Davis
IL Bar Number:  6281263
TORHOERMAN LAW LLC
210 S. Main Street
Edwardsville, IL 62025
Telephone:  (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: _July_ , _26_ , 2019                    /s/___Steven D. Davis_____