UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| VALERIE RICHARDSON *Plaintiff* vs. SANOFI US SERVICES INC., ET AL *Defendant* | : : : : : : : | Civil Action No: 2:18-cv-11714 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Valerie Richardson, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-11714, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Valerie Richardson, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-10226.  All parties shall bear their own costs.

Dated: July 29, 2019

| | |
|---|---|
| **SHOOK, HARDY& BACON L.L.P.** | **SHAW COWART L.L.P.** |
| */s/ Kelly Bieri* | */s/ Ethan L. Shaw* |
| KELLY BIERI | ETHAN L. SHAW |
| HARLEY V. RATLIFF | Texas Bar No. 18140480 |
| 2555 Grand Boulevard | elshaw@shawcowart.com |
| Kansas City, MO 64108 | JOHN P. COWART |
| T: 816.474.6550 / F: 816.421.5547 | Texas Bar No. 04919500 |
| noproductid@shb.com | jcowart@shawcowart.com |
| ***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*** | 1609 Shoal Creek Blvd., Suite 100 |
| | Austin, Texas 78701 |
| | T: 512.499.8900 / F: 512.320.8906 |
| | ***Attorneys for Plaintiff,*** |
| | ***Valerie Richardson*** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 26, 2019, counsel for named and served Defendant was contacted, in writing, for consent or opposition to Plaintiff's proposed Stipulation of Voluntary Dismissal with Prejudice. Sanofi consents to the filing of this Stipulation.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed with the Clerk of the Court and served via the CM/ECF System.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW