UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Mildred Teale
Case No.: 19-cv-1921

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff <u>Mildred Teale</u> whose case is on a Notice of Non-Compliance to be heard by the Court in August 2019 or shortly thereafter. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: <u>July 29, 2019</u>

By:  <i>/s/ Randi Kassan</i>

Randi Kassan
NY Bar No. 4375754
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: rkassan@thesandersfirm.com