UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )

## CASE MANAGEMENT ORDER NO. 20

**IT IS ORDERED** that the following plaintiffs are the Court's initial selections for the trial pool for the fourth and fifth bellwether trials. The parties must raise any objections by **August 9, 2019**. The Court will then narrow the pool to 20 plaintiffs.

1. Tanga Dyson, 17-cv-1001
2. Sybil Carter, 18-cv-538
3. Georgiann Crosby, 17-cv-8934
4. Tinella Thomas, 17-cv-12048
5. Nancy Alvarez, 17-cv-9402
6. Kelly Mosher, 17-cv-10833
7. Barbara Dixon Young, 18-cv-836
8. Jolivette Marcella, 17-cv-2297
9. Pamela White, 17-cv-5007
10. Samantha Berry, 18-cv-6173
11. Geraldine Broussard, 16-cv-1576
12. Daphne Jones, 16-cv-16936
13. Gloria Elmore, 16-cv-17375
14. Hazel Reed, 17-cv-17994
15. Antoinette Thomas, 17-cv-10916

16. Katherine Collins, 16-cv-16035
17. Alice Hughes, 17-cv-11769
18. Pearlstine Watson, 18-cv-9053
19. Debbie Hubbard, 18-cv-10283
20. Lula Gavin, 18-cv-11232
21. Betty Haralson, 17-cv-13975
22. Mary Jones, 17-cv-16759
23. Connie Johnson, 17-cv-10128
24. Audrey Plaisance, 18-cv-08086
25. Denise Lee, 17-cv-5927
26. Mary Vallier, 18-cv-2751
27. Clare Guilbault, 16-cv-17061
28. Lachanda Boyd, 17-cv-12962
29. Jody Fulcher, 16-cv-15855
30. Catherine Samuels, 16-cv-17216
31. Trudy Autin, 17-cv-7331
32. Tangnika Snow, 16-cv-16797

New Orleans, Louisiana, this 29th day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**

2