UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Lucinda Perry, | |
| Plaintiff(s), | |
| vs. | Civil Action No.: 2:17-cv-12676 |
| Sanofi-Aventis U.S. LLC, et al., | |
| Defendant(s). | |

## ORDER

Before the Court is a Motion to Substitute Plaintiff (Doc. 7706);

**IT IS ORDERED** that the Motion is **GRANTED**, and Stephanie Hemphill, on behalf of the Estate of Lucinda Perry, is substituted as Plaintiff in the above referenced action.

Judge Jane Milazzo, U.S. District Judge