UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

# PRETRIAL ORDER NO. 98

**IT IS ORDERED** that a show cause hearing is **SET** for **August 15, 2019, at 2:00 p.m.** in Judge Milazzo's courtroom. The dial-in number is (800) 260-0719 and the access code is 470482.

New Orleans, Louisiana, this 29th day of July, 2019.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**