UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2740 |
| **This Document Relates to:** ) ) | SECTION "H" (5) |
| *Ami Cisco v. Sanofi-Aventis U.S. LLC., et al.;* ) *Case No. 2:17-cv-16594* ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| ) | MAG. JUDGE MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Todd Henshaw on behalf of his deceased wife, Ami Cisco, for the following reasons:

1. On December 11, 2017, Ami Cisco filed a Complaint in the above referenced matter.

2. On November 12, 2018, Ami Cisco passed away.

3. Plaintiff's husband, Todd Henshaw, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. Todd Henshaw is in the process of being appointed as Representative of the Estate of Amy Cisco.

5. Notice of Ami Cisco's death was submitted to this Honorable Court on May 1, 2019 (See Exhibit A).

6. The decedent's husband, Todd Henshaw, is the Proper Party Plaintiff and wishes to be substituted on behalf of Ami Cisco in this case.

Wherefore, movant prays for said substitution.

Dated: July 30, 2019

                                                                                                            Respectfully submitted,

                                                                                                            */s/ Leslie LaMacchia*
                                                                                                             Leslie LaMacchia, Esq.

                         Adam Pulaski, Esq.
                         PULASKI LAW FIRM, PLLC
                         2925 Richmond Avenue, Suite 1725
                         Houston, TX 77098
                         (713) 664-4555 Phone
                         (713) 664-7543 Fax
                         llamacchia@pulaskilawfirm.com
                         adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                         */s/ Leslie LaMacchia*
                         Leslie LaMacchia, Esq.