**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION "H" (5) |
| | ) | |
| *Ami Cisco v. Sanofi-Aventis U.S. LLC., et al.;* | ) | HON. JUDGE JANE TRICHE MILAZZO |
| *Case No. 2:17-cv-16594* | ) | |
| | ) | |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

<u>**NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.


Dated:       July 30, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.