# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H"(5) |
| | HON. JANE TRICHE MILAZZO |
| LINDA MURPHEY, Plaintiff(s), | |
| vs. | |
| SANOFI-AVENTIS U.S. LLC, et al., Defendant(s). | |
| Civil Case No.: 2:18-CV-1943 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7710);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of July, 2019.

_____
U.S. District Court Judge