# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| BARBARA SAMUELS,<br>Plaintiff | |
| vs. | |
| SANDOZ, INC.<br>Defendant | |
| Civil Case No.: 2:18-cv-12208 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint (Doc. 7723);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 29th day of July, 2019.

Honorable Jane T. Milazzo
U.S. District Court Judge