## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE  MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| ELLA COLEMAN,<br>Plaintiff | |
| vs. | |
| SANOFI-AVENTIS U.S. LLC, ET AL. | |
| Defendants | |
| Civil Case No.: 2:18-cv-13040 | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 7724);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's  Motion in the member case.

New Orleans, Louisiana, this 29th day of July, 2019.


Honorable Jane T. Milazzo
U.S. District Court Judge