UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
*************************************************************************

## ORDER

Before the Court is a Motion to Substitute Attorney (Doc. 7743);

**IT IS ORDERED** that the Motion is **GRANTED**. Alexandra W. Robertson, Esq. and Timothy J. Becker, Esq. and the law firm of Johnson Becker, PLLC, are withdrawn as counsel of record and trial attorney for Carol Woodson in the above-referenced action. Val P. Exnicios, Esq., and Frances Lacy Radcliff, Esq. of the law firm Liska, Exnicios & Nungesser, are hereby substituted as counsel of record and trial attorneys for Carol Woodson in said action.

New Orleans, Louisiana, this 29th day of July, 2019.

_____
JUDGE