**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Madelaine Hebranko | 2:18-cv-12844 |
| Barbara Geiger | 2:18-cv-12788 |
| Cecile Houston | 2:17-cv-16328 |
| Emma Simmons | 2:18-cv-12886 |
| Cathryn Gibb | 2:17-cv-16299 |
| Dorothy Shappell | 2:17-cv-16412 |
| Mary Bailey | 2:17-cv-15706 |
| Cecilia Macasero | 2:17-cv-15899 |
| Joyce Riolo | 2:17-cv-16435 |
| Lisa Taylor | 2:18-cv-12917 |
| Ina Eastman | 2:17-cv-15852 |
| Keshawn Cox | 2:18-cv-12902 |
| Melissa Watwood | 2:17-cv-16169 |
| Patricia White | 2:17-cv-16170 |
| Carol O'Dell | 2:18-cv-12865 |
| Cathy Johnson | 2:17-cv-15888 |
| Maxine Kirkland | 2:18-cv-12898 |
| Kristen Percell | 2:17-cv-16385 |
| Gloria Lockett | 2:18-cv-12911 |
| Tessie Adams | 2:17-cv-16210 |
| Jessie Bell | 2:18-cv-12894 |
| Beverly Davis | 2:17-cv-15831 |
| Jennifer Watton | 2:18-cv-12888 |
| Lucinda Boddie | 2:18-cv-12758 |
| Annie Givens | 2:18-cv-12808 |
| Robin Adams | 2:17-cv-15684 |
| Sydney Beifeld | 2:17-cv-15723 |
| Kirsten Peterson | 2:17-cv-15928 |
| Tandy Wheatley | 2:17-cv-16430 |
| Dorothy King | 2:18-cv-12856 |
| Sylvia Caruso | 2:18-cv-12896 |
| Susan Parise | 2:17-cv-15919 |
| Trunellia Little | 2:18-cv-12858 |
| Debra McDaniel | 2:18-cv-12862 |
| Ginger Przekurat | 2:18-vc-12913 |
| Deborah Hartman | 2:17-cv-16308 |

| | |
|---|---|
| Theresa Scullion | 2:17-cv-16438 |
| Diana Fessenden | 2:17-cv-16290 |
| Pearl Cherry | 2:18-cv-12770 |
| Gloria Davis | 2:17-cv-16280 |
| Marguerite Malcheski | 2:17-cv-16346 |
| Melett Fox | 2:18-cv-12786 |
| Kathleen Randall | 2:18-cv-12883 |
| Patti Smith | 2:17-cv-16030 |
| Debra Boris | 2:18-cv-12925 |
| Janet Medlin | 2:17-cv-15911 |
| Annette Boyd | 2:17-cv-16255 |
| Wanda Giambelluca | 2:18-cv-12795 |
| Linda Hagan | 2:18-cv-12908 |
| Sarah Richardson | 2:17-cv-16395 |
| Peggie Tilford | 2:17-cv-16419 |
| Kimberly Bailey | 2:17-cv-15697 |
| Kathy Bruno | 2:17-cv-16440 |
| Angelina Hernandez | 2:17-cv-15870 |
| Marilyn Jones | 2:18-cv-12850 |
| Terry Layfield | 2:17-cv-15893 |
| Janet Martin | 2:17-cv-16355 |
| Linda Schaar | 2:18-cv-12915 |
| Barbara Tillman | 2:18-cv-12887 |