# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. and HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO: <br><br> RONA CIRELLO v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al. | Civil Action No.: 2:18-cv-01188 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Rona Cirello respectfully requests leave to file her Amended Complaint adding Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as named defendants in this case.

Plaintiff's Complaint was originally filed against only Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. Since filing her Complaint, Plaintiff has received additional product identification information and learned that Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. should also be named defendants in the Complaint.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 30th day of July 2019

                        **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                        By: */s/ Brian A. Abramson*
                        Brian A. Abramson, Esq.
                        Texas Bar No. 24050193
                        8441 Gulf Freeway, Suite 600
                        Houston, TX 77017
                        Telephone: (713)230-2200
                        Facsimile: (713) 643-6226
                        Email: babramson@whlaw.com

                        *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for Sanofi and Hospira regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

                        **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                        By: */s/ Brian A. Abramson*
                        Brian A. Abramson, Esq.
                        Texas Bar No. 24050193
                        8441 Gulf Freeway, Suite 600
                        Houston, TX 77017
                        Telephone: (713)230-2200
                        Facsimile: (713) 643-6226
                        Email: babramson@whlaw.com

                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*