## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. and HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>RONA CIRELLO v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al | Civil Action No.: 2:18-cv-01188 |

## ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint Adding SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S. and HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. as named Defendants is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge