UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:     SECTION "H" (5)

Barbara Earnest, Case No. 16-cv-17144
Jacqueline Mills, Case No. 17-cv-2689

---

**DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S JULY 9, 2019 SUMMARY JUDGMENT ORDER FOR INTERLOCUTORY APPEAL AND ADJOURN THE *EARNEST* TRIAL PENDING THE APPEAL**

---

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") hereby move pursuant to 28 U.S.C. § 1292(b) to certify for interlocutory appeal the Court's July 9, 2019 summary judgment order, and briefly adjourn the *Earnest* trial until the Fifth Circuit determines whether to allow an interlocutory appeal and, if accepted, until resolution of that appeal.

For the reasons fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion because the summary judgment order involves a controlling question of law about which a substantial ground for difference of opinion exists and an immediate appeal will materially advance this litigation.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. pray that this Court will GRANT the Motion, certify its July 9, 2019 summary judgment order for immediate appeal, and adjourn the *Earnest* trial pending appeal.

Date: July 30, 2019

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

        ***Counsel for Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        */s/ Douglas J. Moore*