UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Barbara Earnest, Case No. 16-cv-17144 Jacqueline Mills, Case No. 17-cv-2689 | |

## ORDER

Considering the Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the *Earnest* Trial Pending the Appeal filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., and any response thereto;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court's July 9, 2019 summary judgment order (Rec. Doc. 7571) is **HEREBY AMENDED** to certify that it involves a controlling question of law, that substantial ground for difference of opinion exists as to that question, and that an immediate appeal will materially advance this litigation.

**IT IS FURTHER ORDERED** that the *Earnest* trial is adjourned until the Fifth Circuit determines whether to allow an interlocutory appeal and, if accepted, until resolution of that appeal.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE