**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
**Barbara Earnest, Case No. 16-cv-17144**
**Jacqueline Mills, Case No. 17-cv-2689**

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S. LLC and Sanofi US

Services Inc. ("Sanofi"). will bring for hearing the accompanying Motion Pursuant to 28 U.S.C. §

1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal

and Adjourn the *Earnest* Trial Pending the Appeal on the 14th day of August, 2019, at 9:30 a.m.,

before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern

District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*