**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Sandra Lauriano* | * | CIVIL ACTION NO. 2:17-cv-14136 |
| | * | |

## PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Sandra Lauriano, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Sandra Lauriano, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on December 2, 2017. Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Accord Healthcare, Inc. should be added as a Defendant in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss. Sanofi defendants were already named in the original Complaint.

Plaintiff, therefore, desires to amend the Complaint to name Accord Health Care, Inc. as a defendant and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**


*/s/  Eric W. Newell*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com



<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of

record for all parties via CM/ECF system this 31th day of July, 2019.



  */s/Eric W. Newell*
Eric W. Newell