UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 <br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Michelle Holkum v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.. et al.* C.A. No. 2:17-cv-12005 | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting DONALD HOLKUM, II on behalf of his deceased wife, Michelle Holkum, in the above-captioned cause for the following reasons:

1. Plaintiff Michelle Holkum filed a products liability lawsuit in the above-referenced matter on November 7, 2017.

2. Plaintiff Michelle Holkum passed away on November 17, 2018.

3. Plaintiff filed a Suggestion of Death on July 15, 2019. *See* Doc. No. 7626.

4. Michelle Holkum's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Donald Holkum, II, the surviving spouse, is the proper party to substitute for plaintiff-decedent Michelle Holkum and wishes to be substituted on behalf of Michelle Holkum in this case.

WHEREFORE, counsel for Plaintiff requests that the Court grant this request for substitution of Plaintiff in this action.

Dated: July 31, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: July 31, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*