UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Michelle Holkum v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al. C.A. No. 2:17-cv-12005* | : : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that DONALD HOLKUM, II, on behalf of his deceased spouse, MICHELLE HOLKUM, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge