# EXHIBIT A

[Client Death Certificate]

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
### PUBLIC HEALTH DEPARTMENT

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

STATE FILE NUMBER: 3052018195698
LOCAL REGISTRATION NUMBER: 3201801006953

### Decedent's Personal Data
- 1. Name of Decedent — First (Given): DAPHINE
- 2. Middle: MONIQUE SHARTA
- 3. Last (Family): KENNEDY
- 4. AKA: ---
- 5. Date of Birth: [redacted]
- 6. Age (Years): 32
- 7. Date of Death: 09/22/2018
- 8. Hour (24 Hours): 0500
- 9. Sex: F
- 9. Birth State/Foreign Country: CA
- 10. Social Security Number: [blank]
- 11. Ever in U.S. Armed Forces: NO
- 12. Marital Status at Time of Death: DIVORCED
- 13. Education — Highest Level/Degree: BACHELOR
- 14/15. Was Decedent Hispanic/Latino/a/Spanish: NO
- 16. Decedent's Race: AFRICAN AMERICAN
- 17. Usual Occupation: TEACHER
- 18. Kind of Business or Industry: EDUCATION
- 19. Years in Occupation: 3

### Usual Residence
- 20. Decedent's Residence: 3556 DIMOND AVE # 202
- 21. City: OAKLAND
- 22. County/Province: ALAMEDA
- 23. Zip Code: 94602
- 24. Years in County: 32
- 25. State/Foreign Country: CA

### Informant
- 26. Informant's Name, Relationship: JOYCE CATO, MOTHER
- 27. Informant's Mailing Address: 3710 35TH AVE, OAKLAND, CA 94619

### Spouse/SRDP and Parent Information
- 28. Name of Surviving Spouse/SRDP — First: [blank]
- 29. Middle: [blank]
- 30. Last (Birth Name): [blank]
- 31. Name of Father/Parent — First: UNKNOWN
- 32. Middle: -
- 33. Last: UNKNOWN
- 34. Birth State: UNKNOWN
- 35. Name of Mother/Parent — First: JOYCE
- 36. Middle: REA
- 37. Last (Birth Name): CATO
- 38. Birth State: CA

### Funeral Director / Local Registrar
- 39. Disposition Date: 10/03/2018
- 40. Place of Final Disposition: RESIDENCE OF MOTHER JOYCE CATO, 3710 35TH ST, OAKLAND, CA 94619
- 41. Type of Disposition(s): CR/RES
- 42. Signature of Embalmer: DEBORAH STEVENSON
- 43. License Number: EMB8175
- 44. Name of Funeral Establishment: ALBERT BROWN MORTUARY
- 45. License Number: FD242
- 46. Signature of Local Registrar: ERICA PAN, MD
- 47. Date: 09/27/2018

### Place of Death
- 101. Place of Death: OWN RESIDENCE
- 103. If Other Than Hospital, Specify One: Decedent's Home
- 104. County: ALAMEDA
- 105. Facility Address or Location Where Found: 3556 DIMOND AVE # 202
- 106. City: OAKLAND

### Cause of Death
- 107. Cause of Death — Immediate Cause (A): BREAST CANCER WITH WIDESPREAD METASTASES
- Time Interval Between Onset and Death: YEARS
- 108. Death Reported to Coroner: NO
- 109. Biopsy Performed: YES
- 110. Autopsy Performed: NO
- 111. Used in Determining Cause: NO
- 112. Other Significant Conditions Contributing to Death: NO
- 113. Was Operation Performed for Any Condition in Item 107 or 112: LEFT MASTECTOMY WITH AXILLARY-NODE DISSECTION 05/08/2018, HYSTERECTOMY WITH SALPINGO-OOPHORECTOMY 10/19/2016
- 113A. If Female, Pregnant in Last Year: NO

### Physician's Certification
- 114. I certify that to the best of my knowledge death occurred at the hour, date, and place stated from the causes stated.
- 115. Signature and Title of Certifier: JANICE M. AZEBU, D.O.
- 116. License Number: 20A8357
- 117. Date: 09/26/2018
- Decedent Last Attended: 08/31/2018
- Decedent Last Seen Alive: 09/21/2018
- 118. Type Attending Physician's Name, Mailing Address, Zip Code: JANICE M. AZEBU, D.O., 275 WEST MACARTHUR BLVD., OAKLAND, CA 94611

### Coroner's Use Only
- 119. [blank]
- 120. Manner of Death: [blank]
- 121. Injury Date: [blank]
- 122. Hour: [blank]
- 123. Place of Injury: [blank]
- 124. Describe How Injury Occurred: [blank]
- 125. Location of Injury: [blank]
- 126. Signature of Coroner / Deputy Coroner: [blank]
- 127. Date: [blank]
- 128. Type Name, Title of Coroner / Deputy Coroner: [blank]

State Registrar barcode: *010001003995763*

1 of 2

CAALAMED01



## CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: OCT 23 2018

Erica Pan, MD — Interim Health Officer and Local Registrar, Alameda County, California

Health Officer and Local Registrar, Alameda County, California

001212923

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT
CERTIFICATION OF VITAL RECORD

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052018195698
1.1
LOCAL REGISTRATION NUMBER: 3201801006953

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| DAPHINE | MONIQUE SHARTA | KENNEDY |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| F | 09/22/2018 | OAKLAND | ALAMEDA |

6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD: UNKNOWN - UNKNOWN
7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD: JOYCE REA CATO

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 12 | DIVORCED | MARRIED |
| 28 | - | NATALIE |
| 29 | - | M |
| 30 | - | KENNEDY |

11. REASON FOR CORRECTION: CHANGE MARITAL STATUS AND ADD WIFE'S NAME

### AFFIDAVITS AND SIGNATURES
TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► THERESA ZWICKER | THERESA ZWICKER | SECRETARY |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3476 PIEDMONT AVE, OAKLAND, CA 94611 | 10/22/2018 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► JANE LE | JANE LE | FUNERAL COUNSELOR |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3476 PIEDMONT AVE, OAKLAND, CA 94611 | 10/22/2018 |

### STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ► STATE REGISTRAR - OFFICE OF VITAL RECORDS | 10/22/2018 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
*020101004018377*
FORM VS 24e (REV. 1/08)
1.1

2 of 2



**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: **OCT 23 2018**



001212924

INTERIM HEALTH OFFICER AND LOCAL REGISTRAR, ALAMEDA COUNTY, CALIFORNIA
HEALTH OFFICER AND LOCAL REGISTRAR, ALAMEDA COUNTY, CALIFORNIA



This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**