UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Before the Court is a Motion for Leave to File Sur-Reply (Doc. 7711) and a Motion to Expedite Motion for Leave to File Sur-Reply (Doc. 7712);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk of Court shall file Exhibit A to Plaintiff's Motion for Leave to File Sur-Reply into the record in this matter.

New Orleans, Louisiana, this 30th day of July, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1