UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Barbara Earnest, Case No. 2:16-cv-17144. | MDL No. 2740<br><br>SECTION "H" (5) |

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. for leave to file the attached Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the attached Supplemental Notice of Authority In Support of Its Motion for Summary Judgment Based on Preemption (Rec. Doc. 6131) shall be filed into the docket of this matter.

New Orleans, Louisiana, this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE