# Exhibit C



----- Forwarded Message -----
**From:** kelly gahan <bluermedic@gmail.com>
**To:** "taxotears@googlegroups.com" <taxotears@googlegroups.com>
**Sent:** Tuesday, March 10, 2015 03:25:11 PM EDT
**Subject:** [Taxotears] Fwd: FDA - Taxotere

Great news!!! The FDA is launching a formal investigation into our plight. Our case reports of permanent alopecia appear to have been lost in the sea of temporary alopecia reports and they don't seem to have realized this was going on. I spoke with the below Dr. Miller today and she was incredibly empathetic and concerned and would love to hear from as many of us as possible. She said even if you do not live in the U.S. she would still like to have a report on you and they can consider international cases when making advisements. If everyone could send her at least a simple email saying what happened to you that would be great! If you want to send her a longer email with how this has affected your life it would be even more helpful. I know everyone is tired of fighting this but I think we finally have a chance to make some forward progress.  Her contact information is below and her email is Deborah.Miller@fda.hhs.gov.

Kelly


---------- Forwarded message ----------
**From:** <bluermedic@gmail.com>
**Date:** Tue, Mar 10, 2015 at 12:22 PM
**Subject:** Re: FDA - Taxotere
**To:** "Miller, Deborah" <Deborah.Miller@fda.hhs.gov>


Dr. Miller,
Thank you so much for getting back to me. My phone number is  I am available all day today and any time Monday or Tuesday next week.
Thanks,
Kelly

Sent from my iPhone

On Mar 10, 2015, at 12:05 PM, Miller, Deborah <Deborah.Miller@fda.hhs.gov> wrote:


Dear Dr. Gahan,

Your email to Dr. Richard Pazdur was forwarded to me and I was asked to call you to learn more about your experience with Taxotere.  First, I am so sorry to hear about your hair loss and the shock of learning that it may not grow back.  I cannot even imagine how you must feel.


Can you send me your telephone number and a date and time when I can call you?

Regards,

Deborah

Deborah J. Miller, Ph.D., M.P.H., M.S.N., R.N.

CLINKSCALES000001

*Health Programs Coordinator*

**Cancer Patient Liaison Program**
**Office of Health & Constituent Affairs**
**Office of External Affairs**
**U.S. Food and Drug Administration**
Tel: 301-796-8472 / Main Off: 301-796-8460
Deborah.Miller@fda.hhs.gov

<image001.png>   <image002.jpg>   <image003.jpg>   <image004.jpg>   <image005.jpg>   <image006.jpg>

--
You received this message because you are subscribed to the Google Groups "Taxotears" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
taxotears+unsubscribe@googlegroups.com.
To post to this group, send email to taxotears@googlegroups.com.
Visit this group at http://groups.google.com/group/taxotears.
For more options, visit https://groups.google.com/d/optout.

CLINKSCALES000002