UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name:   MARIE LACKEY
Case No.: 2:19-cv-02434

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff Marie Lackey whose case is on a Notice of Non-Compliance to be heard by the Court in August 2019 or shortly thereafter. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 1st of 2019.              /s/ Hunter J. Shkolnik
                                        Hunter J. Shkolnik, Esq.
                                        **Napoli Shkolnik, PLLC**
                                        400 Broadhollow Road
                                        Suite 305
                                        Melville, NY 11747
                                        (856)988-5574/(212)397-1000
                                        Hunter@NapoliLaw.com