**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES ON ATTACHED EXHIBITS A-C

_____

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES
SUBJECT TO AUGUST 15, 2019 DISMISSAL CALL DOCKET**

_____

Pursuant to Pretrial Order 22A, Paragraph 4 (Rec. Doc. 3493), Defendants sanofi-aventis

U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare,

Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun

Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a listing of cases for the

August 15, 2019 dismissal call docket.  The case lists are attached hereto as **Exhibit A**, **Exhibit**

**B**, and **Exhibit C**.

- **Exhibit A** lists cases previously identified on Defendants' Notice of Non-
  Compliance Cases Subject to July 11, 2019 Dismissal Call Docket (Rec. Doc. 7498),
  but that were not heard because the show cause hearing scheduled for July 11, 2019,
  was cancelled due to severe weather.

- **Exhibit B** lists cases that Defendants identified to Plaintiffs' Liaison Counsel via
  Notices of Non-Compliance served on June 25, 2019.

- **Exhibit C** lists cases that were addressed at prior show cause hearings, and that Sanofi
  believes are subject to dismissal with prejudice at this time.

Defendants respectfully request that this Court dismiss such cases with prejudice for (1)

failure to comply with Amended PTO 22 (Rec. Doc. 325), which required Plaintiffs to produce

a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and

responsive documents requested in the PFS; (2) failure to comply with CMO 12A (Amended Product Identification Order) (Rec. Doc. 3492); and/or (3) failure to comply with PTO 71A (Plaintiffs' Responsibilities Relevant to ESI) (Rec. Doc. 1531).

Pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notices of Non-Compliance on April 30, 2019 for the cases identified on Exhibit A and provided to Plaintiffs' Liaison Counsel Notices of Non-Compliance on June 25, 2019 for the cases identified on Exhibit B.  Defendants' Notices of Non-Compliance identified plaintiffs who: (1) failed to submit a PFS; (2) failed to respond to a PFS notice of deficiency; (3) following receipt of a notice of deficiency, failed to submit a substantially complete PFS with required declaration and authorizations; (4) failed to upload to MDL Centrality evidence of product identification or notify Defendants of the inability to obtain product identification as required by CMO 12A; or (5) failed to submit the ESI disclosure required by PTO 71A ¶6.  Within thirty (30) days of being identified on these Notices of Non-Compliance, Plaintiffs were required to (1) serve Defendants with the complete and verified PFS, along with the requisite responsive documents by uploading them to MDL Centrality; (2) upload a PTO 71A disclosure to MDL Centrality and/or (3) submit product identification to MDL Centrality or notify Defendants of their inability to obtain same pursuant to CMO 12A, and confirm compliance by email to the counsel specified in PTO 22A.

Defendants' April 30, 2019 Notices of Non-Compliance identified 334 deficient cases. As of June 27, 2019 – the date Defendants' Notice of Non-Compliance Cases Subject to July 11, 2019 Dismissal Call Docket (Rec. Doc. 7498) was filed – 12 had filed stipulations of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency(ies). Of the remaining 322 cases, 174 failed to cure the deficiency(ies).  Since June 27, 2019, an additional 5 cases have filed stipulations of dismissal with prejudice.  Of the remaining 169 cases,

88 have still failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit A.

Of the 490[1] cases identified on Defendants' June 25, 2019 Notices of Non-Compliance, 20 filed stipulations of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency(ies).  Of the remaining 470 cases, 269 failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit B.

Exhibit C identifies 6 cases that were addressed during prior show cause hearings, and that Sanofi believes are also subject to dismissal with prejudice at this time.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc.*

---

[1] Some cases appeared on both the notice of non-compliance submitted by sanofi and the notice of non-compliance submitted by the 505(b)(2) defendants.  Those cases are counted only once.

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

*/s/ Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500 New
Orleans, Louisiana 70139 Telephone:
(504) 581-3234 Facsimile: (504) 566-
0210 debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz, Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

4

DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
51 Madison Avenue, 22nd
Floor New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com

CHAFFE McCALL, L.L.P.

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc.
and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*