# EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 1 | Archer | Jamie L | 2:18-cv-07022 | 7/26/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 2 | Ballard | Nedra | 2:18-cv-11824 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A | sanofi |
| 3 | Bell | Dana | 2:18-cv-09250 | 10/4/2018 | No CMO 12A | sanofi |
| 4 | Bowling | Stacey | 2:19-cv-00318 | 1/16/2019 | No Signed/Verified PFS Submitted | sanofi |
| 5 | Boyd | Carolynn | 2:18-cv-10296 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 6 | Brown | Ruth | 2:19-cv-00700 | 01/30/2019 | No Signed/Verified PFS Submitted | 505 |
| 7 | Buckley | Lisa C | 2:18-cv-10721 | 11/9/2018 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 8 | Byrd | Retha | 2:18-cv-12937 | 12/9/2018 | No Signed/Verified PFS Submitted | sanofi |
| 9 | Carouthers | Stephanie | 2:18-cv-11554 | 11/26/2018 | No Signed/Verified PFS Submitted | sanofi |
| 10 | Coleman | Geri | 2:19-cv-00117 | 01/08/2019 | No Signed/Verified PFS Submitted | 505 |
| 11 | Cooper | Joyce | 2:17-cv-08231 | 8/25/2017 | PFS Not Substantially Complete | sanofi |
| 12 | Cruz | Eneida | 2:18-cv-10476 | 11/5/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 13 | Davis | Beverly | 2:17-cv-15831 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 14 | Davis | Conswello | 2:18-cv-12825 | 12/07/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 15 | Delgrosso | Mary | 2:18-cv-10255 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 16 | Dennis | Patricia K. | 2:18-cv-11715 | 11/28/2018 | PFS Not Substantially Complete; Authorizations (authorizations not dated); No PTO 71A | 505 |
| 17 | Devine | Barbara A | 2:17-cv-15846 | 12/8/2017 | PFS Not Substantially Complete; Authorizations (authorizations not dated or witnessed) | sanofi |
| 18 | Dukes | Patricia A. | 2:18-cv-12678 | 12/06/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 19 | Duncan | Gale M. | 2:18-cv-12337 | 12/04/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 20 | Dye | Debora | 2:18-cv-11862 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 21 | Dyer | Janele | 2:19-cv-00730 | 1/31/2019 | No Signed/Verified PFS Submitted | sanofi |
| 22 | Enriquez | Gloria | 2:18-cv-11867 | 11/29/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 23 | Evans | Elizabeth | 2:19-cv-00115 | 1/8/2019 | No Signed/Verified PFS Submitted | sanofi |
| 24 | Ferguson | Pamela | 2:18-cv-06889 | 7/20/2018 | PFS Not Substantially Complete: No Authorizations; No PTO-71 statement | 505 |
| 25 | Frazier | Deena Jeanette | 2:18-cv-08833 | 09/21/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 26 | Gabreilyan | Tamara | 2:18-cv-08001 | 8/21/2018 | PFS Not Substantially Complete | sanofi |
| 27 | Gaiten | Joan | 2:18-cv-07728 | 8/15/2018 | PFS Not Substantially Complete: No Authorizations; No PTO-71 statement | 505 |
| 28 | George | Catherine | 2:18-cv-08232 | 8/30/2018 | PFS Not Substantially Complete | sanofi |
| 29 | Gibb | Victoria | 2:18-cv-11914 | 11/30/2018 | No CMO 12A | Both sanofi and 505 |
| 30 | Golden | Mitzi-Nicole | 2:19-cv-00805 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 31 | Graves | Valeria | 2:19-cv-00108 | 1/7/2019 | No Signed/Verified PFS Submitted | sanofi |
| 32 | Guidry | Ida | 2:18-cv-08976 | 09/27/2018 | PFS Not Substantially Complete; No Authorizations (No Health Ins, Disability, Workers' Comp or Employment authorization provided) | 505 |
| 33 | Hallum | Helen | 2:17-cv-09915 | 9/29/2017 | PFS Not Substantially Complete | sanofi |
| 34 | Harding | Jennifer | 2:18-cv-13043 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 35 | Harris | Jacqueline | 2:18-cv-08803 | 09/20/2018 | PFS Not Substantially Complete | 505 |
| 36 | Heinicke | Linda | 2:18-cv-04112 | 4/20/2018 | PFS Not Substantially Complete | sanofi |
| 37 | Hill | Sharon | 2:18-cv-06306 | 6/27/2018 | PFS Not Substantially Complete | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 38 | Holmes | Carolyn | 2:18-cv-11434 | 11/23/2018 | PFS Not Substantially Complete | sanofi |
| 39 | Hughes | Alice | 2:18-cv-06273 | 06/26/2018 | PFS Not Substantially Complete | 505 |
| 40 | Hutcheson | Angela | 2:18-cv-12440 | 12/5/2018 | PFS Not Substantially Complete | 505 |
| 41 | Ivery | Stephanie | 2:19-cv-00080 | 1/7/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 42 | Johnson | Angela | 2:18-cv-12132 | 12/2/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 43 | Johnson | Carolyn Ann | 2:17-cv-15960 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 44 | Keever | Sharon | 2:18-cv-11323 | 11/21/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 45 | Kirby | Marsha | 2:18-cv-10313 | 11/1/2018 | PFS Not Substantially Complete | sanofi |
| 46 | Knobel Besa | Penny | 2:18-cv-08922 | 9/26/2018 | PFS Not Substantially Complete | sanofi |
| 47 | Lamb | Fredericka | 2:19-cv-00765 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 48 | Landry | Rena | 2:18-cv-06130 | 6/21/2018 | PFS Not Substantially Complete | sanofi |
| 49 | Lawrence | Judy | 2:19-cv-00269 | 1/14/2019 | No Signed/Verified PFS Submitted | sanofi |
| 50 | Lewis | Bonnie | 2:18-cv-08499 | 9/10/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 51 | Lynch | LaChrista | 2:19-cv-00369 | 1/17/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 52 | MacWatters | Renee | 2:18-cv-13092 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 53 | Marchbanks | Wendy | 2:18-cv-13097 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 54 | Mayo | Phyllis J | 2:18-cv-11256 | 11/20/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 55 | Meadows | Hattie G | 2:18-cv-05148 | 5/22/2018 | PFS Not Substantially Complete | sanofi |
| 56 | Miller | Gloria | 2:18-cv-12019 | 11/30/2018 | No Signed/Verified PFS Submitted | sanofi |
| 57 | Miller | Nazera | 2:18-cv-10253 | 11/1/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 58 | Minium | Holly | 2:18-cv-13046 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 59 | Moore | Lois | 2:18-cv-11915 | 11/30/2018 | PFS Not Substantially Complete | sanofi |
| 60 | Nine | Brenda S | 2:18-cv-11918 | 11/30/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 61 | Oppelt | Christy | 2:18-cv-10627 | 11/7/2018 | PFS Not Substantially Complete | sanofi |
| 62 | Pierce | Debbie | 2:19-cv-00357 | 1/17/2019 | No Signed/Verified PFS Submitted | sanofi |
| 63 | Pratt | Ruby E | 2:17-cv-09790 | 9/28/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 64 | Provencher | Elizabeth | 2:18-cv-10992 | 11/14/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 65 | Rhodes | Felicia | 2:18-cv-10498 | 11/5/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 66 | Robson | Charlene | 2:18-cv-06695 | 7/13/2018 | PFS Not Substantially Complete | sanofi |
| 67 | Rocha | Annette | 2:18-cv-11723 | 11/28/2018 | No CMO 12A | sanofi |
| 68 | Rosso | Lindsey | 2:18-cv-04802 | 5/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 69 | Russell | Thelma | 2:18-cv-12828 | 12/07/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 70 | Schaefer | Nora | 2:18-cv-13210 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 71 | Schultz | Michelle | 2:18-cv-12142 | 12/02/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 72 | Spears | Robin A | 2:18-cv-11252 | 11/20/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 73 | Straub Hill | Emmagene | 2:18-cv-10921 | 11/13/2018 | PFS Not Substantially Complete | sanofi |
| 74 | Sylvester | Geraldine | 2:18-cv-06727 | 7/17/2018 | PFS Not Substantially Complete | sanofi |
| 75 | Tangney | Joann | 2:18-cv-13237 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 76 | Taylor | Beverly A. | 2:18-cv-12207 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List |
|---|---|---|---|---|---|---|
| 77 | Theresa | Artis | 2:18-cv-11813 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 78 | Torres-Haydu | Eneida | 2:18-cv-12144 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 79 | Vincent | Victoria | 2:18-cv-12216 | 12/3/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 80 | Vinson | Gertrude | 2:18-cv-11935 | 11/30/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 81 | Vinson | Patricia | 2:18-cv-00716 | 1/23/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 82 | Wall | Debra | 2:18-cv-13255 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 83 | Whitehead | Della L | 2:18-cv-11949 | 11/30/2018 | PFS Not Substantially Complete | sanofi |
| 84 | Williams | Scarlett | 2:18-cv-13272 | 12/10/2018 | No Signed/Verified PFS Submitted | sanofi |
| 85 | Williams | Shelley | 2:18-cv-11615 | 11/27/2018 | No Authorizations | Both sanofi and 505 |
| 86 | Yarbrough | Christine | 2:18-cv-07916 | 8/19/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 87 | Young | Angela | 2:18-cv-12146 | 12/03/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 88 | Zamora Meza | San Juanita | 2:19-cv-00770 | 2/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |