# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 1 | Allen | Angela | 2:18-cv-13339 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 2 | Amy | Karen | 2:18-cv-012310 | 12/04/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 3 | Anderson | Maria | 2:18-cv-11815 | 11/29/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 4 | Arthur | Teresa | 2:18-cv-12765 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 5 | Arvizu | Irasena | 2:19-cv-02249 | 3/11/2019 | No Signed/Verified PFS Submitted | sanofi |
| 6 | Atkins | Sharon | 2:18-cv-12855 | 12/7/2018 | No CMO 12A | sanofi |
| 7 | Bachop | Margaret | 2:19-cv-00281 | 1/15/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 8 | Bailey | Rosie | 2:18-cv-13664 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 9 | Ballard | Nedra | 2:18-cv-11824 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A | 505 |
| 10 | Banton | Cynthia | 2:18-cv-13730 | 12/13/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 11 | Barbalato | Catina | 2:18-cv-12744 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 12 | Baskett | Jessica | 2:18-cv-11024 | 11/15/2018 | No CMO 12A; No PTO 71A | sanofi |
| 13 | Bayes | Anna | 2:19-cv-02389 | 3/15/2019 | No Signed/Verified PFS Submitted | sanofi |
| 14 | Bell | Jessie | 2:18-cv-12894 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 15 | Bennett | Patty | 2:18-cv-10260 | 11/1/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 16 | Betties | Geneva | 2:18-cv-13774 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 17 | Bissonnette | Aida | 2:18-cv-13741 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 18 | Bizier | Kristina | 2:18-cv-13603 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 19 | Black | Kimberly | 2:18-cv-12848 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 20 | Blair | Pamela | 2:18-cv-12866 | 12/07/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 21 | Blodgett | Susan | 2:19-cv-01412 | 2/14/2019 | No Signed/Verified PFS Submitted | sanofi |
| 22 | Boddie | Lucinda | 2:18-cv-12758 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 23 | Boldenwoodruff | Nancy | 2:18-cv-13995 | 12/19/2018 | PFS Not Substantially Complete | sanofi |
| 24 | Bonds | Vera | 2:19-cv-02690 | 3/21/2019 | No Signed/Verified PFS Submitted | sanofi |
| 25 | Boris | Debra | 2:18-cv-12925 | 1/3/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 26 | Bottini | Maria | 2:18-cv-08224 | 8/29/2018 | No Signed/Verified PFS Submitted | 505 |
| 27 | Boudreau-Schnell | Norma | 2:18-cv-13654 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 28 | Bowen | Sylvia | 2:19-cv-03413 | 3/26/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 29 | Boyd | Carolynn | 2:18-cv-10296 | 11/01/2018 | PFS Not Substantially Complete | 505 |
| 30 | Brennan | Ernestine | 2:18-cv-10600 | 11/7/2018 | PFS Not Substantially Complete | sanofi |
| 31 | Briggs | Barbara | 2:18-cv-11217 | 11/19/2018 | PFS Not Substantially Complete | sanofi |
| 32 | Brodrick | Rose | 2:18-cv-12901 | 12/08/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 33 | Bronson | Loretha | 2:18-cv-11819 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 34 | Brooks | Lawshawn | 2:19-cv-05168 | 3/29/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 35 | Brown | Bonnie | 2:18-cv-12929 | 12/9/2018 | PFS Not Substantially Complete | sanofi |
| 36 | Brown | Margarette | 2:18-cv-09621 | 10/16/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 37 | Brown | Ruth | 2:19-cv-00700 | 01/30/2019 | No Signed/Verified PFS Submitted | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 38 | Burkhardt | Carol | 2:19-cv-06277 | 4/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 39 | Bustamante | Hortencia | 2:18-cv-00984 | 2/1/2018 | No Signed/Verified PFS Submitted | 505 |
| 40 | Byrd | Catherine | 2:18-cv-13154 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 41 | Cable | Diane D | 2:18-cv-12764 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 42 | Cairrao | Nancy | 2:18-cv-12538 | 12/06/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 43 | Calp | Valerie | 2:18-cv-12643 | 12/06/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 44 | Cardwell | Valerie | 2:19-cv-02222 | 3/8/2019 | No Signed/Verified PFS Submitted | sanofi |
| 45 | Carroll | Sherry | 2:18-cv-13736 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 46 | Carter | Antoinette | 2:18-cv-13709 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 47 | Caruso | Sylvia H | 2:18-cv-12896 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 48 | Cephus | Wanda | 2:19-cv-04078 | 3/27/2019 | No Signed/Verified PFS Submitted | sanofi |
| 49 | Chalmers | Linda | 2:18-cv-13861 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 50 | Chance | Judie | 2:18-cv-11087 | 11/16/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 51 | Chatman | Mary Ann | 2:19-cv-07683 | 04/03/2019 | No Signed/Verified PFS Submitted | 505 |
| 52 | Chen | Eileen | 2:19-cv-01585 | 2/20/2019 | No Signed/Verified PFS Submitted | sanofi |
| 53 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 54 | Clamon | Rhonda | 2:19-cv-03422 | 03/26/2019 | No Signed/Verified PFS Submitted | 505 |
| 55 | Clark | Bonnie | 2:18-cv-12942 | 12/9/2018 | PFS Not Substantially Complete | sanofi |
| 56 | Coleman | Geri | 2:19-cv-00117 | 01/08/2019 | No Signed/Verified PFS Submitted | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 57 | Crawford | Latechia | 2:18-cv-10001 | 10/25/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 58 | Crosland-Daniels | Georgia | 2:19-cv-00778 | 2/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 59 | Cruz | Enedia | 2:18-cv-10476 | 11/05/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 60 | Cunningham | Jerline | 2:18-cv-13036 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 61 | Davie | Joanne | 2:19-cv-04486 | 03/28/2019 | No Signed/Verified PFS Submitted | 505 |
| 62 | Davis | Conswello | 2:18-cv-12825 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 63 | Davis | Edith | 2:18-cv-13857 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 64 | Dellos | Carol Sue | 2:18-cv-12681 | 12/06/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 65 | Devos | Jessica | 2:18-cv-13595 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 66 | Donaldson | Helen | 2:18-cv-12922 | 12/08/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 67 | DuBach | Wendi | 2:19-cv-02511 | 03/19/2019 | No Signed/Verified PFS Submitted | 505 |
| 68 | Duckett | Cynthia | 2:19-cv-02483 | 3/19/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 69 | Dudley | Elizabeth | 2:18-cv-12127 | 12/01/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 70 | Dukes | Patricia A | 2:18-cv-12678 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 71 | Duncan | Gale M | 2:18-cv-12337 | 12/4/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 72 | Dunlap | Sarah V | 2:18-cv-11893 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 73 | Dupuis | Michelle | 2:18-cv-09595 | 10/16/2018 | No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 74 | Edwards | Mary | 2:18-cv-13325 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations | 505 |
| 75 | Ezell | Elaine | 2:18-cv-11669 | 11/28/2018 | PFS Not Substantially Complete | 505 |
| 76 | Fernandez | Rita | 2:18-cv-09560 | 10/15/2018 | No CMO 12A; No PTO 71A | sanofi |
| 77 | Foor | Shirley | 2:18-cv-13927 | 12/17/2018 | PFS Not Substantially Complete | sanofi |
| 78 | Forsman | Jennifer | 2:18-cv-12997 | 12/10/2018 | No CMO 12A | Both sanofi and 505 |
| 79 | Fox | Mary | 2:19-cv-01919 | 3/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 80 | Foxx | Geraldine | 2:19-cv-02446 | 3/18/2019 | No Signed/Verified PFS Submitted | sanofi |
| 81 | Francis | Barbara | 2:18-cv-14127 | 12/21/2018 | PFS Not Substantially Complete | 505 |
| 82 | Francis | Linda | 2:18-cv-13343 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 83 | Gadow | Janet | 2:18-cv-11325 | 11/21/2018 | No Authorizations; No PTO 71A | sanofi |
| 84 | Garcia | Marcela | 2:18-cv-12904 | 12/08/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 85 | Gayle | Linnette | 2:18-cv-13837 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 86 | Geiger | Barbara | 2:18-cv-12788 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 87 | Gilbert | Jeannie | 2:18-cv-12802 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 88 | Givens | Annie | 2:18-cv-12808 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 89 | Glenn | Jacqueline | 2:18-cv-13020 | 12/10/2018 | No CMO 12A | Both sanofi and 505 |
| 90 | Glynn | Sharon | 2:18-cv-12830 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 91 | Golden | Mitzi-Nicole | 2:19-cv-00805 | 02/01/2019 | No Signed/Verified PFS Submitted | 505 |
| 92 | Gomez | Rosa | 2:18-cv-13670 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 93 | Gonzalez | Janet | 2:18-cv-12720 | 12/7/2018 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 94 | Graves | Christine Ann | 2:18-cv-13724 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 95 | Graves | Diana L | 2:18-cv-11901 | 11/29/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 96 | Greszczuk | Christine | 2:18-cv-13635 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 97 | Griffith | Judy | 2:18-cv-14118 | 12/21/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 98 | Guillot | Mary | 2:18-cv-13024 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 99 | Hagan | Linda | 2:18-cv-12908 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 100 | Harris | Jacqueline | 2:18-cv-08803 | 09/20/2018 | PFS Not Substantially Complete | 505 |
| 101 | Harris | Robbin | 2:18-cv-13830 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 102 | Hawkins | Dina | 2:19-cv-01722 | 2/25/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 103 | Hayes | Theresa | 2:18-cv-13050 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 104 | Henry | Anita | 2:18-cv-10976 | 11/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 105 | Higgins | Diane L | 2:18-cv-12783 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 106 | Hill | Carol Jean | 2:18-cv-11967 | 11/30/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and 505 |
| 107 | Hill | Gail | 2:18-cv-14293 | 12/28/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 108 | Hinton | Beverly | 2:18-cv-10275 | 11/1/2018 | No CMO 12A; No PTO 71A | sanofi |
| 109 | Horne | Yvonne | 2:18-cv-13856 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 110 | Horton | Linda | 2:18-cv-13707 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 111 | Huff | Vicki | 2:19-cv-07577 | 4/2/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 112 | Hustler | Laraine | 2:18-cv-10492 | 11/5/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 113 | Hutcheson | Angela | 2:18-cv-12440 | 12/05/2018 | PFS Not Substantially Complete | 505 |
| 114 | Jackson | Ova | 2:19-cv-00054 | 1/4/2019 | PFS Not Substantially Complete | sanofi |
| 115 | Johnson | Angela | 2:18-cv-12132 | 12/02/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 116 | Johnson Brinker | Tandra | 2:18-cv-13078 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 117 | Jones | Marilyn E | 2:18-cv-12850 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 118 | Karabas | Mildred | 2:19-cv-00183 | 1/11/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 119 | Kennedy | Elizabeth | 2:18-cv-09628 | 10/16/2018 | No PTO 71A | sanofi |
| 120 | Kerr | Loretta | 2:18-cv-11835 | 11/29/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 121 | King | Dorothy | 2:18-cv-12856 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 122 | King | Gennell | 2:18-cv-09090 | 10/01/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 123 | Kingery | Lori | 2:18-cv-08921 | 9/26/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 124 | Lackey | Marie | 2:19-cv-02434 | 03/18/2019 | No Signed/Verified PFS Submitted | 505 |
| 125 | Lamb | Fredericka | 2:19-cv-00765 | 02/01/2019 | No Signed/Verified PFS Submitted | 505 |
| 126 | Lardner | Laurie | 2:18-cv-11916 | 11/30/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 127 | Leffel (Skaggas) | Candi (David) | 2:19-cv-05052 | 3/29/2019 | No Signed/Verified PFS Submitted | sanofi |
| 128 | Licht | Johna | 2:18-cv-10825 | 11/12/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 129 | Little | Trunellia | 2:18-cv-12858 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 130 | Louie | Mary | 2:18-cv-13089 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 131 | Lynch | LaChrista | 2:19-cv-00369 | 01/17/2019 | No Signed/Verified PFS Submitted | 505 |
| 132 | Madden | Sarah | 2:19-cv-02283 | 3/12/2019 | No Signed/Verified PFS Submitted | sanofi |
| 133 | Madison | Janice | 2:19-cv-02758 | 3/22/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 134 | Malone | Flora | 2:18-cv-10922 | 11/13/2018 | PFS Not Substantially Complete | sanofi |
| 135 | Manderson | Hope | 2:18-cv-13739 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 136 | Manuel | Lillie | 2:19-cv-02237 | 3/11/2019 | No Signed/Verified PFS Submitted | sanofi |
| 137 | Markos | Cheria | 2:18-cv-11829 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 138 | Martin | Paulette | 2:18-cv-10545 | 11/6/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 139 | Massey | Renee | 2:17-cv-10161 | 10/17/2017 | No Signed/Verified PFS Submitted | 505 |
| 140 | Matlack | Sally | 2:18-cv-10726 | 11/9/2018 | PFS Not Substantially Complete | sanofi |
| 141 | Matthews | Gwendolyn | 2:18-cv-12214 | 12/3/2018 | PFS Not Substantially Complete | sanofi |
| 142 | McAfee | Neva F. | 2:18-cv-10734 | 11/09/2018 | PFS Not Substantially Complete | 505 |
| 143 | McAlister | Angela | 2:18-cv-13656 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 144 | McCain | Gwendolyn | 2:18-cv-13657 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 145 | Mcdaniel | Debra | 2:18-cv-12862 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 146 | Mcdowell | Jerri | 2:18-cv-11851 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 147 | McGee | Charity J. | 2:18-cv-13627 | 12/12/2018 | PFS Not Substantially Complete | 505 |
| 148 | Mckines | Leona | 2:18-cv-10594 | 11/6/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 149 | Mcknight | Sarah | 2:18-cv-11029 | 11/15/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 150 | Mcmillan | Melanie | 2:18-cv-10481 | 11/5/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 151 | McShea | Judith | 2:18-cv-13836 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 152 | Melengoes | Leola | 2:18-cv-12912 | 12/08/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 153 | Meyer | Katherine | 2:18-cv-11027 | 11/15/2018 | No CMO 12A | Both sanofi and 505 |
| 154 | Miles | Marilyn | 2:19-cv-03429 | 03/26/2019 | No Signed/Verified PFS Submitted | 505 |
| 155 | Miller | Denise | 2:18-cv-10591 | 11/6/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 156 | Miller | Judith | 2:19-cv-02496 | 3/19/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 157 | Miller | Nazera | 2:18-cv-10253 | 11/01/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 158 | Mims | Dorothy | 2:18-cv-01791 | 2/20/2018 | PFS Not Substantially Complete | sanofi |
| 159 | Minium | Holly | 2:18-cv-13046 | 12/10/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 160 | Minter | Cynthia | 2:19-cv-02475 | 3/19/2019 | No Signed/Verified PFS Submitted | sanofi |
| 161 | Mitchell | Teresa | 2:18-cv-09726 | 10/18/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 162 | Moneta | Eileen C | 2:18-cv-13374 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 163 | Moody | Mimi | 2:18-cv-13143 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 164 | Myers | Tammy | 2:18-cv-13651 | 12/13/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 165 | Nasenbeny | Kathleen | 2:18-cv-10477 | 11/5/2018 | PFS Not Substantially Complete | sanofi |
| 166 | Nayshlos | Irina | 2:18-cv-13161 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 167 | Newman Parker | Katherine | 2:18-cv-10882 | 11/13/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 168 | Newton | Lisa | 2:18-cv-10238 | 10/31/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 169 | Nichols | Linda | 2:19-cv-07672 | 04/03/2019 | No Signed/Verified PFS Submitted | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 170 | Oakeson | Judy | 2:19-cv-02503 | 3/19/2019 | No Signed/Verified PFS Submitted | sanofi |
| 171 | Obdziejewski | Dawn | 2:18-cv-13858 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 172 | Olin | Valerie | 2:18-cv-14300 | 12/28/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 173 | Owens | Jennifer | 2:18-cv-13084 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 174 | Owten | Yolanda | 2:19-cv-02763 | 3/22/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 175 | Paquette | Michele | 2:18-cv-12879 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 176 | Patterson | Gava | 2:19-cv-01943 | 3/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 177 | Patterson | Sonja | 2:18-cv-11356 | 11/21/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 178 | Payne | Jennifer | 2:18-cv-09727 | 10/18/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 179 | Payne | Kesher | 2:18-cv-13184 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 180 | Pederson | Rhonda | 2:18-cv-08925 | 9/26/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 181 | Pendelton | Tammy | 2:19-cv-06368 | 4/1/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 182 | Perry | Brenda | 2:19-cv-02000 | 3/4/2019 | No Signed/Verified PFS Submitted | sanofi |
| 183 | Perry | Lyn | 2:19-cv-07542 | 4/2/2019 | No Signed/Verified PFS Submitted | sanofi |
| 184 | Pierce | Rachel | 2:18-cv-10479 | 11/5/2018 | No CMO 12A | Both sanofi and 505 |
| 185 | Prado | Solange | 2:19-cv-01889 | 03/01/2019 | No Signed/Verified PFS Submitted | 505 |
| 186 | Przekurat | Ginger | 2:18-cv-12913 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 187 | Puno | Erlinda | 2:19-cv-02397 | 3/15/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|------|-------|----------------|---------------------|---------------------------|-----------------|
| 188 | Radwan | Mona | 2:17-cv-08638 | 9/4/2017 | PFS Not Substantially Complete | sanofi |
| 189 | Randall | Kathleen | 2:18-cv-12883 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 190 | Ray | Alvera | 2:18-cv-13219 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 191 | Reece | Lennie | 2:19-cv-02714 | 3/21/2019 | No Signed/Verified PFS Submitted | sanofi |
| 192 | Rhodes | Felecia | 2:18-cv-10498 | 11/05/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 193 | Rich | Kimberly | 2:19-cv-07534 | 04/02/2019 | No Signed/Verified PFS Submitted | 505 |
| 194 | Richards | Carol | 2:18-cv-10686 | 11/8/2018 | No CMO 12A | sanofi |
| 195 | Richardson | Wanda | 2:18-cv-10953 | 11/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 196 | Riegel | Sandra | 2:18-cv-10887 | 11/13/2018 | No CMO 12A | Both sanofi and 505 |
| 197 | Roach | Meghan | 2:18-cv-10593 | 11/6/2018 | No CMO 12A; No PTO 71A | sanofi |
| 198 | Roberts | Nettie | 2:18-cv-13826 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 199 | Rolle | Phillipa | 2:18-cv-09538 | 10/15/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 200 | Roller | Peggy | 2:18-cv-13105 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations | 505 |
| 201 | Roman | Dora | 2:19-cv-02761 | 3/22/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 202 | Rose | Sandra | 2:19-cv-02395 | 3/15/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 203 | Rosser | Michelle | 2:19-cv-01496 | 2/18/2019 | No Signed/Verified PFS Submitted | sanofi |
| 204 | Rottier | Laura | 2:19-cv-02238 | 3/11/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 205 | Saldana | Michell | 2:19-cv-00158 | 1/9/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 206 | Saunders | Linda | 2:18-cv-14335 | 12/31/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 207 | Schaar | Linda | 2:18-cv-12915 | 12/08/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 208 | Schaffer | Linda | 2:19-cv-02711 | 3/21/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 209 | Schroeder | Lo Jean | 2:18-cv-11833 | 11/29/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 210 | Schuyler | Angela | 2:18-cv-11942 | 11/30/2018 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 211 | Scott | Jacqueline | 2:18-cv-11718 | 11/28/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 212 | Scott | Jennie | 2:19-cv-01553 | 2/19/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 213 | Scott | Tiana | 2:19-cv-01555 | 2/19/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 214 | Sharpley | Glenda | 2:19-cv-01225 | 2/8/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 215 | Sheard | Lisa | 2:17-cv-10657 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 216 | Shinn | Susan | 2:19-cv-02846 | 3/22/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 217 | Shively | Consuelo M. | 2:18-cv-13636 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 218 | Siggers | Robin | 2:18-cv-08986 | 9/27/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 219 | Simcox | Christine | 2:18-cv-11783 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 220 | Simmons | Emma | 2:18-cv-12886 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 221 | Smalls | Helen | 2:19-cv-02543 | 3/20/2019 | No Signed/Verified PFS Submitted | sanofi |
| 222 | Smith | Christine | 2:18-cv-12916 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 223 | South | Katherine | 2:18-cv-13660 | 12/13/2018 | PFS Not Substantially Complete | 505 |
| 224 | Spann | Lisa | 2:19-cv-02553 | 3/20/2019 | No Signed/Verified PFS Submitted | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 225 | Stomps Baringer | Grace | 2:19-cv-01972 | 3/4/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 226 | Strasser | Dawn | 2:18-cv-13845 | 12/14/2018 | PFS Not Substantially Complete | 505 |
| 227 | Strebe | Susan | 2:18-cv-13780 | 12/14/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 228 | Stuckey Henry | Ruth | 2:18-cv-09332 | 10/8/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 229 | Sweener | Denise | 2:18-cv-13828 | 12/14/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 230 | Taylor | Beverly | 2:18-cv-12207 | 12/3/2018 | PFS Not Substantially Complete | sanofi |
| 231 | Taylor | Lisa | 2:18-cv-12917 | 12/08/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 232 | Taylor | Sandra | 2:19-cv-01229 | 2/8/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 233 | Teale | Mildred | 2:19-cv-01921 | 03/01/2019 | No Signed/Verified PFS Submitted | 505 |
| 234 | Terry | Linda | 2:18-cv-10467 | 11/5/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 235 | Thomas | Narvella | 2:18-cv-13245 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 236 | Thomas | Regina | 2:19-cv-02240 | 3/11/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 237 | Thomas | Victoria | 2:18-cv-13250 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 238 | Thomas | Joyce | 2:18-cv-12572 | 12/6/2018 | PFS Not Substantially Complete | 505 |
| 239 | Thompson | Alice A. | 2:18-cv-10256 | 11/01/2018 | PFS Not Substantially Complete | 505 |
| 240 | Thompson | Shirley | 2:18-cv-12564 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 241 | Tonis | Angela | 2:19-cv-01480 | 2/15/2019 | No Signed/Verified PFS Submitted | sanofi |
| 242 | Torres | Eneida | 2:18-cv-12144 | 12/3/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 243 | Torres | Margie | 2:18-cv-12924 | 12/9/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 244 | Tumblin | Mytrice | 2:19-cv-03291 | 3/25/2019 | No Signed/Verified PFS Submitted | sanofi |
| 245 | Ulmer | Misty | 2:17-cv-12941 | 11/21/2017 | PFS Not Substantially Complete | 505 |
| 246 | Vann | Caroline | 2:18-cv-13801 | 12/14/2018 | PFS Not Substantially Complete | 505 |
| 247 | Vaughn | Ora | 2:18-cv-10655 | 11/7/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 248 | Villarreal | Cynthia | 2:19-cv-01626 | 2/21/2019 | No Signed/Verified PFS Submitted | sanofi |
| 249 | Vinson | Barbara B. | 2:18-cv-13824 | 12/14/2018 | PFS Not Substantially Complete | 505 |
| 250 | Vyska | Cindy | 2:18-cv-10114 | 10/30/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 251 | Washington | Patsy | 2:18-cv-09556 | 10/15/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 252 | Watts | Felicia | 2:19-cv-01471 | 2/15/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 253 | Way Garrett | Rosemarie | 2:19-cv-01862 | 2/28/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 254 | Wearingwilliamson | Carol | 2:18-cv-09002 | 9/27/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 255 | Weaver-Morrow | Tysheena | 2:18-cv-12871 | 12/07/2018 | PFS Not Substantially Complete | 505 |
| 256 | Weber | Vivian | 2:18-cv-05636 | 2/14/2018 | No Signed/Verified PFS Submitted | 505 |
| 257 | Wheeler | Mary | 2:19-cv-02221 | 3/8/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 258 | Whitfield | Sandra | 2:19-cv-02642 | 3/20/2019 | No Signed/Verified PFS Submitted | sanofi |
| 259 | Wilcox | Geraldine | 2:18-cv-12119 | 12/1/2018 | No Signed/Verified PFS Submitted | sanofi |
| 260 | Williams | Bridget | 2:18-cv-13843 | 12/14/2018 | PFS Not Substantially Complete | 505 |
| 261 | Williams | Darlinda | 2:18-cv-09550 | 10/15/2018 | PFS Not Substantially Complete | 505 |
| 262 | Williams | Gwendolyn | 2:18-cv-12452 | 12/5/2018 | No CMO 12A | Both sanofi and 505 |
| 263 | Williams | Sandra | 2:19-cv-02759 | 3/22/2019 | No Signed/Verified PFS Submitted | sanofi |
| 264 | Wingate | Cheryl | 2:18-cv-10321 | 11/1/2018 | No Signed/Verified PFS Submitted | sanofi |
| 265 | Wise | Patricia | 2:19-cv-02396 | 3/15/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendants List |
|---|---|---|---|---|---|---|
| 266 | Witters | Patricia | 2:18-cv-12921 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 267 | Woehr | Rose | 2:18-cv-13309 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 268 | Young | Angela | 2:18-cv-12146 | 12/3/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 269 | Zamora Meza | San Juanita | 2:19-cv-00770 | 02/01/2019 | No Signed/Verified PFS Submitted | 505 |