# EXHIBIT C

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant's List | Hearing |
|---|---|---|---|---|---|---|---|
| 1 | Edwards | Deborah | 2:18-cv-00882 | 1/29/2018 | PFS Not Substantially Complete | sanofi | 4/4/2019 |
| 2 | Falk | Barbara | 2:18-cv-07864 | 8/17/2018 | PFS Not Substantially Complete | sanofi | 5/21/2019 |
| 3 | Hutchinson | Deborah | 2:18-cv-07288 | 8/1/2018 | PFS Not Substantially Complete | sanofi | 5/21/2019 |
| 4 | Peterson | Guyann | 2:17-cv-15930 | 12/8/2017 | PFS Not Substantially Complete | sanofi | 5/21/2019 11/15/2018 9/27/2018 |
| 5 | Rodgers | Polly | 2:18-cv-06473 | 7/3/2018 | PFS Not Substantially Complete | sanofi | 5/21/2019 |
| 6 | Williams | Mary M | 2:18-cv-02321 | 3/3/2018 | No PTO 71A | sanofi | 4/4/2019 |