MINUTE ENTRY
MILAZZO, J.
July 31, 2019

JS-10:00:12

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740　SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On July 31, 2019, the Court held a telephone status conference with Darin Schanker, Rand Nolan, Val Exnicios, Dawn Barrios, Palmer Lambert, Douglas Moore, Jon Strongman, John Olinde, and Hildy Sastre. The parties updated the Court on the status of the case.

