# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Barbara Earnest, Case No. 16-cv-17144* *Jacqueline Mills, Case No. 17-cv-2689* | : : : | |

### *EX PARTE* MOTION BY 505(b)(2) DEFENDANTS FOR LEAVE TO FILE JOINDER IN SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S JULY 9, 2019 SUMMARY JUDGMENT ORDER FOR INTERLOCUTORY APPEAL

Defendants Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Sandoz Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., Accord Healthcare, Inc., Sagent Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and McKesson Corporation (together, "the 505(b)(2) Defendants"), respectfully request leave of Court to file the attached Joinder of the 505(b)(2) Defendants in sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal. The 505(b)(2) Defendants submit that the question of law at issue on Sanofi's motion—the governing standard for applying the learned intermediary doctrine to the proximate causation requirement in these failure-to-warn cases—is one that is critical to all Defendants in this litigation as they proceed to prepare cases for trial and seek judicial resolution, including through dispositive motions.

WHEREFORE, the 505(b)(2) Defendants pray that this Motion is granted, and that their Joinder of the 505(b)(2) Defendants in sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s

1

Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal is filed into the docket on this matter.

Date:   August 2, 2019

                         Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenues of Americas, 31st Floor
New York, New York 10036
Telephone: (212) 689-3814
Facsimile: (212) 698-3599
Mark.Cheffo@dechert.com
Maracusker.Gonzalez@dechert.com

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100

2

cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz, Inc.*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc.*

/s/ *Julie A. Callsen*
Julie A. Callsen, TA
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 696-2286
Facsimile: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

*Counsel for Defendant Accord Healthcare Inc.*

/s/ *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
LEAKE & ANDERSSON LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
sshuler@leakeandersson.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun*
*Pharmaceutical Industries, Inc. f/k/a*
*Caraco Pharmaceutical Laboratories, Ltd.*

/s/ *Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo..com

*Counsel for Defendant McKesson*
*Corporation d/b/a McKesson Packaging*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which send notifications of such filing to all counsel of record.

/s/ *Mark S. Cheffo*