# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Barbara Earnest, Case No. 16-cv-17144* *Jacqueline Mills, Case No. 17-cv-2689* | : : : | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Sandoz Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., Accord Healthcare, Inc., Sagent Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and McKesson Corporation (together, "the 505(b)(2) Defendants") for leave to file the attached Joinder of the 505(b)(2) Defendants in sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal;

IT IS ORDERED that said Motion for leave is GRANTED, and that the attached Joinder of the 505(b)(2) Defendants in sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal shall be filed into the docket of this matter.

New Orleans, Louisiana, this ___ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE