UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Sharlene Burris v. Sanofi US Services, Inc., et al.* | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES, INC. and SANOFI-AVENTIS U.S., LLC. <br><br> Civil Action No.: 2:19-cv-02169 |

   Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter, except Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 2, 2019

                     Respectfully submitted,

                     *s/ David B. Franco*
                     David B. Franco (Texas Bar No. 24072097)
                     **FRANCOLAW, PLLC**
                     500 W. 2nd Street, Floor 19, Suite 138
                     Austin, TX 78701
                     Telephone: (512) 714-2223
                     Facsimile: (504) 229-6730
                     Email: dfranco@dfrancolaw.com
                     *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 2, 2019

                                              */s/ David B. Franco*
                                              David B. Franco