# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *All cases where sanofi-aventis U.S. LLC is named as a defendant* | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ilana H. Eisenstein of the law firm DLA Piper LLP (US) as counsel for Defendant sanofi-aventis U.S. LLC in the above-captioned matters.

Dated: August 2, 2019

Respectfully Submitted,

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein (Pa. Bar 94907)
Rachel A.H. Horton (Pa. Bar 316482)
DLA Piper LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3351; (215) 656-3307
Fax: (215) 606-3351; (215) 606-2077
Email: Ilana.Eisenstein@dlapiper.com
       Rachel.Horton@dlapiper.com

*Attorneys for Defendant sanofi-aventis U.S. LLC*