**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | |
| *All cases where sanofi-aventis U.S. LLC is* | : | |
| *named as a defendant* | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Rachel A.H. Horton of the law firm DLA Piper LLP (US)

as counsel for Defendant sanofi-aventis U.S. LLC in the above-captioned matters.


Dated: August 2, 2019                                  Respectfully Submitted,


                                                       */s/ Rachel A.H. Horton*
                                                       Ilana H. Eisenstein (Pa. Bar 94907)
                                                       Rachel A.H. Horton (Pa. Bar 316482)
                                                       DLA Piper LLP (US)
                                                       1650 Market St., Suite 5000
                                                       Philadelphia, PA 19103
                                                       Tel: (215) 656-3351; (215) 656-3307
                                                       Fax: (215) 606-3351; (215) 606-2077
                                                       Email: Ilana.Eisenstein@dlapiper.com
                                                                Rachel.Horton@dlapiper.com

                                                       *Attorneys for Defendant sanofi-aventis*
                                                       *U.S. LLC*