**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144


**[PROPOSED] ORDER**

Considering the foregoing Motion for Leave to File Response to Sanofi's Notice of Supplemental Authority (Doc. 7719),

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit A to Plaintiff's Motion for Leave to File Response to Sanofi's Notice of Supplemental Authority (Doc. 7719) into the record in this matter.

New Orleans, Louisiana, this ___ of August, 2019.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE