UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) HON. JANE TRICHE MILAZZO |
| WONZA D. SINGLETON<br><br>    Plaintiff<br><br> Vs.<br><br>SANDOZ, INC., ET AL | Case No. 2:17-CV-04891 |

**ORDER**

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7781);

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 5th day of August, 2019.

_____
JUDGE