# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br>Beatrice Rowe v. Sanofi S.A., et al. | Civil Action No.: 2:17-cv-05557 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc and Sanofi-Aventis U.S. LLC each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 6, 2019

*/s/ Carasusana B. Wall*
Carasusana B. Wall (OH 0090234)
Michelle L. Kranz (OH 0062479)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719

Email: cara@toledolaw.com
 michelle@toledolaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 6, 2019                                    /s/ *Carasusana B. Wall*