UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: <br><br> BAALS v. SANOFI US SERVICES INC. ET AL. | Civil Action No: 2:19-cv-02085-JTM-MBN |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, AMBER BAALS, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-02085, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by AMBER BAALS, which is currently pending in New Jersey state court, bearing case number MID-L-007670-18.  All parties shall bear their own costs.

Dated August 6, 2019

**KAGAN LEGAL GROUP, LLC**

By:  */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791

Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/Andrew T. Kagan*
Andrew T. Kagan
