UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Nedra Ballard__
Case No.: __2:18-cv-11824__

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent __NEDRA BALLARD__ whose case is on a Notice of Non-Compliance to be heard by the Court on __August 15, 2019__. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 6, 2019

/s/ D. Todd Mathews
D. Todd Mathews
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorijulianlaw.com