UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7813-1] Exhibit A to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 28: Motion to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection;

2. [Rec. Doc. 7813-2] Exhibit B to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 28: Motion to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection;

3. [Rec. Doc. 7813-3] Exhibit C to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 28: Motion to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection; and

4. [Rec. Doc. 7813-4] Exhibit D to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 28: Motion to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection;

On Wednesday, August 7, 2019, undersigned counsel will hand deliver the above-referenced pleading to the Court.

Dated: August 6, 2019  Respectfully submitted,

*/s/ Darin L. Schanker*  */s/ Rand P. Nolen*
Darin L. Schanker  Rand P. Nolen
Bachus & Schanker, LLC  Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700  2800 Post Oak Blvd., Suite 4000
Denver, CO 80202  Houston, TX 77056
Phone: (303) 893-9800  Phone: (713) 621-7944
Fax: (303) 893-9900  Fax: (713) 621-9638
dschanker@coloradolaw.net  rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*  *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*  */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)  Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.  GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505  6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163  Los Angeles, California 90045
Phone: (504) 355-0086  Telephone: 510-350-9700
Fax: (504) 355-0089  Facsimile: 510-350-9701
ccoffin@pbclawfirm.com  kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*  *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*  */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)  Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC  BARRIOS, KINGSDORF & CASTEIX, LLP
2800 Energy Centre, 1100 Poydras Street  701 Poydras Street, Suite 3650
New Orleans, LA 70163-2800  New Orleans, LA 70139
Phone: 504-522-2304  Phone: 504-524-3300
Fax: 504-528-9973  Fax: 504-524-3313
plambert@gainsben.com  barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*  *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ Dawn M. Barrios*
>  DAWN M. BARRIOS