# EXHIBIT A

```
                                                           Page 1

 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4    BARBARA EARNEST,

 5           Plaintiffs,

 6

 7    VERSUS           CIVIL ACTION NO. 2:16-cv-17731

 8

 9    SANOFI S.A., SANOFI-AVENTIS U.S.

10    L.L.C., SANOFI US SERVICE, INC., and

11    AVENTIS-HARMA S.A.,

12           Defendants.

13

14

15

16

17

18           DEPOSITION OF BARBARA EARNEST

19

20       Taken at the Offices of Barrios, Kingsdorf &

21       Casteix, LLP, 701 Poydras Street, Suite 3650,

22       New Orleans, Louisiana, on Thursday, December

23       21, 2017, beginning at 8:42 a.m.

24

25    JOB NO. 2757174
```

Page 71

1  Q. Where does Jules live?
2  A. In Montague. Like out of Houma, if you
3  recognize Houma.
4  Q. What is Jules' date of birth,
5  Mr. LeBlanc's date of birth?
6  MR. SCHANKER:
7       Objection to form.
8  A. Oh, let's see. 1936.
9  MS. BIERI:
10 Q. Tell me about that conversation that you
11 had with Jules.
12 A. Well, he called me one day --
13 Q. Do you mind if I say Jules? I can say
14 Mr. LeBlanc.
15 A. Sure. He called me one day and asked me
16 if I seen the advertisement about a drug that's
17 causing baldness. And I said, no. What are you
18 talking about?
19     And he says, well, I don't know if you
20 took it, but -- because he knows my hair is not --
21 didn't grow back yet. And so when he told me the
22 drug, I recognized the name. So I looked in my
23 records, and I did have that name in there.
24 Q. And when you -- and were the records that
25 you looked at Exhibit 2?

Page 72

1     A.    Yes.
2     Q.    And that's where you saw what?
3     A.    That I took Taxotere.  So that's -- he
4  gave me the phone number to call because he got it
5  off the TV.
6     Q.    So quickly -- can you take a look at
7  Exhibit 2 for me?
8     A.    Yes.
9     Q.    I'm looking at what is numbered in the
10 bottom, right-hand corner of the page as 48.
11    A.    Yes.
12    Q.    And is this where you looked to see the
13 word "Taxotere" after you spoke with your brother?
14    A.    Yes.
15    Q.    And that's your handwriting?
16    A.    Yes.
17    Q.    And when I look two pages later in
18 Exhibit 2, which has a mark of PPR 50 in the
19 bottom, right-hand corner --
20    A.    Okay.  Okay.
21    Q.    -- I see, on the left-hand side of the
22 page, the word "the blood test."
23    A.    Yes.
24    Q.    And what appears to be some dates under
25 it, correct?

Page 93

1    Q.   Did you ever talk to Dr. Carinder again
2  about hair loss after that early 2012
3  conversation?
4    A.   No.
5    Q.   Did you ever talk to Dr. Collins-Burow
6  about hair loss?
7    A.   No.
8    Q.   Any other doctor about hair loss?  Can
9  you verbally respond?
10   A.   Oh, I'm sorry.  I'm sorry.  No, I didn't.
11   Q.   I'm sorry.  I just have to -- I'm helping
12  our court reporter, I think.
13        Do you have a Facebook account, Mrs.
14  Earnest?
15   A.   Yes, I do.
16   Q.   When did you create that?
17 MR. SCHANKER:
18        Objection, form.
19   A.   My son created it.
20 MS. BIERI:
21   Q.   Do you know approximately when that
22  Facebook account was created for you?
23   A.   No, I don't.
24   Q.   Was it before your cancer diagnosis?
25   A.   Oh, no.  It was since -- after.

```
                                               Page 240
 1      A.   No.
 2      Q.   But you are claiming the reduction of
 3  hair on your scalp as damage in this litigation?
 4      A.   Yes.
 5      Q.   Okay.  I understand.  Any damages for
 6  loss of ear hair?
 7      A.   No.
 8      Q.   If you -- I don't even know if you had
 9  loss of ear hair during -- did you have loss of
10  ear hair during chemotherapy?
11      A.   I don't think I've even had ear hair.
12      Q.   Okay.  Did you have loss of nasal hair
13  during chemotherapy?
14      A.   No.
15      Q.   You are not claiming that in this
16  litigation?
17      A.   No.
18      Q.   Have you ever thought that your hair loss
19  is due to anything other than chemotherapy?
20      A.   No, I haven't.
21      Q.   Other than Dr. Carinder in February or
22  March of 2012, have you ever discussed hair loss
23  with any other healthcare provider?
24      A.   No.
25      Q.   Have you ever sought any diagnosis for
```

1   what is causing your hair loss?
2       A.   No.
3       Q.   Have you ever tried anything to see if
4   you can get your hair to regrow?
5       A.   No.
6       Q.   No prescription medications?
7       A.   No.
8       Q.   No over-the-counter medications?
9       A.   No.
10      Q.   I want to talk to you a little bit about
11  how you styled your hair over the years.
12      A.   Uh-huh.
13      Q.   Earlier in the deposition, you told me
14  that right before -- I believe you told me that
15  right before chemotherapy, your hair was at your
16  ears; is that correct?
17      A.   Correct.
18      Q.   Tell me how you would style your hair
19  right before chemotherapy.  You know, what did a
20  day look like when you were -- in terms of hair
21  care?
22      A.   It was short, and it went -- I could
23  either wear it in front of my -- like a pixie
24  style cut or something.  I could either wear it
25  coming forward or wear it behind my ears to show