UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi's *Ex Parte* Motion For Leave To File Exhibit B to its Opposition to Plaintiff's Motion *In Limine* No. 4 to Preclude Testimony and Argument Regarding Plaintiff Counsel Advertisements Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit B (Rec. Doc. 7819-2) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE