# EXHIBIT B

**EXPERT REPORT OF**

**Antonella Tosti, M.D.**

**November 7, 2018**

I am a Fredric Brandt Endowed Professor of Dermatology at the University of Miami. I have been involved in the diagnosis and treatment of hair disorders for more than 30 years and see hair patients on a daily basis in Miami and in Europe.

I was born and trained in Italy, and I was full Professor of Dermatology at the University of Bologna until 2010. I have been full Professor at University of Miami since then.

I am among the developers of a new non-invasive method for the diagnosis of hair and scalp disorders named dermoscopy or trichoscopy, and I published the first comprehensive paper on this topic in 2006.[1] I have published many peer reviewed articles on trichoscopy, including a recent article on trichoscopy of the black scalp[2] and the first book/atlas on hair and scalp dermoscopy with pathological correlations in 2007.[3] The book was translated in other languages and the 2nd edition of this book was published in 2015.[4] I have been invited to teach hair disorders and trichoscopy worldwide, and have trained hundreds of dermatologists to utilize this technique to properly examine their patients.[5]

I was president and founding member of the European Hair Research Society (1989) and am now secretary and treasurer of the American Hair Research Society and secretary of the International Society of Trichoscopy.  I am editor of 30 Textbooks, including 4 on diagnosis and treatment of Hair Disorders.

I am the author of more than 600 peer reviewed papers, with an h-index of 55 on Scopus.[6]

My Curriculum Vitae, fee schedule, and prior deposition testimony are attached as **Exhibits A,**

---

[1] Elisabeth K. Ross, Colombina Vicenzi & Antonella Tosti, *Videodermoscopy in the Evaluation of Hair and Scalp Disorders*, 55(5) J. AM. ACAD. DERMATOL. 799 (2006).

[2] Jorge Ocampo-Garza & Antonella Tosti, *Trichoscopy of Dark Scalp*, SKIN APPENDAGE DISORD. (2018).

[3] Antonella Tosti, *Dermoscopy of Hair and Scalp Disorders: With Clinical and Pathological Correlations* (1st ed. 2007).

[4] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).

[5] *Antonella Tosti*, WIKIPEDIA, https://en.wikipedia.org/wiki/Antonella_Tosti (Nov. 5, 2018).

[6] In 2005, the h-index was proposed by Jorge Hirsch, PhD and published in the *Proceedings of the National Academy of Sciences of the United States of America*. Jorge E. Hirsch, *An Index to Quantify an Individual's Scientific Research Output*, 102(46) PROC. NATL. ACAD. SCI. U.S.A. 16569 (2005).
An h-index of 55 means that I have authored at least 55 publications that have each been cited at least 55 times. Professor Hirsch reckons that after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 is truly exceptional. The advantage of the h-index is that it combines productivity (i.e., number of papers produced) and impact (number of citations) in a single number.

**B**, and **C**, respectively.

## Hair Anatomy and Physiology

**Normal Hair**
What we refer to as "hair" is in reality the "hair shaft", which is a resilient structure produced by the hair follicle, a sophisticated organ residing in the skin. The hair shaft emerges from the scalp as a dead structure which is made up of cells that have lost their vital functions. These cells contain high concentrations of a fibrous protein called keratin. Keratin is also present in the skin, however, hair keratin, similar to nail keratin, is much stronger due to its elevated levels of cystine, a sulfur-rich amino acid.

**The Hair Follicle**
The hair follicle consists of two segments: the upper, or permanent segment, and the lower, or dynamic segment. The permanent segment is located in the upper dermis and is stationary during the various phases of the hair growth cycle. Whereas the dynamic segment, moves up and down in the skin throughout the various phases of the hair growth cycle.

The permanent segment of the hair follicle extends from the scalp opening to an area called "the hair bulge", which appears as a swelling in the area where the hair erector muscle inserts the follicle. The permanent follicle is divided in two regions: the isthmus and the infundibulum. The infundibulum contains sebum, as it is connected to the sebaceous gland, and has an abundant commensal microbial flora. The isthmus contains the hair bulge that is the home of the follicle stem cells that regenerate the hair matrix at the beginning of each cycle.

The dynamic segment of the follicle includes the bulb containing the hair matrix, which is formed by the cells that actually produce the hair shaft. The hair matrix also contains melanocytes, which produce a pigment called melanin that is incorporated in the hair shaft and causes hair pigmentation. The bulb is located deep in the skin and encircles the dermal papilla, which is a specialized structure with a key role in the induction and regulation of the hair growth cycle. During the Catagen and Telogen phase (phases to be discussed in detail in the Hair Cycles section), the lower portion of the follicle involutes and moves to the upper dermis.

**Types of Hair**
Our body is covered with 2 types of hair: vellus hair and terminal hair.  Vellus hairs are thin, short [generally < 1cm] and non-pigmented. They cover all the apparent hairless parts of our body except for the palms of the hands and soles of the feet.

Terminal hairs are long, thick, pigmented and have an internal layer called medulla. Terminal hairs are present from birth on the scalp, eyebrows and eyelashes.  After puberty, they appear in the beard area, trunk and limbs of men, and in the pubic and axillary areas of both men and women. The hair follicles that produce terminal hairs are larger and located deeper within the dermis than the follicles that produce vellus hairs.

Terminal and vellus follicles are not entirely distinct entities, as the same follicle can transform from a vellus into a terminal follicle, and vice versa.  This transformation is caused by androgens

2

and takes place in both physiological and pathological situations.  However, androgens are not the only cause and for example: transformation from vellus to terminal can be caused by trauma and drugs, transformation from terminal to vellus can be caused by drugs, radiation, toxins or other noxae that damage the stem cell reservoirs.

Hair follicles in different parts of the body respond to androgens in different ways: some body areas are androgen dependent, while others are not.

Terminal hair length varies by the hair's location on the body. For example, eyelashes and eyebrows reach a maximum length of 2-3 cm, while scalp hair can grow as long as one meter.

The length and distribution of terminal hair, especially scalp hair, is determined by genetic, ethnic and gender factors. Hair shape, color, thickness, and length varies greatly due to biological diversity.

The density of the hair follicles is specific to the part of the body where they are located. Nearly ⅕ (1,000,000) of all follicles are located on the head and on the scalp which by itself contains anywhere from 100,000 to 120,000 follicles.

- Scalp of Caucasians has about 35 hairs for a 4 mm circular area.
- Scalp of individuals of African descent has about 21.1 hairs for a 4mm circular area.[7]
- Scalp of Asians has about 16.8 hairs for a 4mm circular area.
- Average terminal to vellus ratio in normal scalp is 7:1.[8]

| Average diameter of the shaft | |
|---|---|
| Terminal hairs of the scalp | 70 μm (60 to 84) |
| Vellus hairs | < 30 μm |

[7] Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).
[8] David A. Whiting, MD, FRCP, *Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsy Specimens in Male Pattern Androgenetic Alopecia*, 28(5) JOURNAL OF THE AMERICAN ACADEMY OF DERMATOLOGY 755 (1993).

**Hair Cycles**



Anagen     Catagen       Telogen             Anagen

All hair follicles have a cyclic activity characterized by alternating periods of activity, during which they produce the hair with periods of rest.

The cycle of hair growth consists of 4 phases.

> 1) Anagen or growth phase;
> 2) Catagen or involution phase;
> 3) Telogen or resting phase;
> 4) Exogen or the shedding phase

**Anagen Phase**
The growth period, or Anagen Phase, is the longest of the follicular cycle.  During Anagen the hair follicle actively produces the hair shaft. The cells of the hair matrix have intense mitotic and metabolic activity and rapidly divide to form the shaft. The duration of Anagen can vary considerably in different areas of the skin as well as in different individuals.  For this reason, the duration of the entire cycle strictly depends on the duration of this phase of growth.  Depending on which part of the body, Anagen can last anywhere from 1 month to over 7 years. The length of the hair also depends on the duration of Anagen.

In the scalp, where hair grows about 1 cm per month, the duration of Anagen usually ranges between 3 to 7 years. This is why each scalp follicle produces about 20 hairs in an individual's life. Anagen duration is shorter in males and in certain areas of the scalp, while longer in the frontal and vertex areas of the scalp. With aging the duration of the Anagen phase shortens and the hair becomes shorter and thinner.

The rate of hair growth also varies, to a small degree, in different individuals and in different body areas. (African scalp hair grows a little slower than Caucasian and Asian hair.)

| Duration of Anagen in the different body areas | |
|---|---|
| Scalp Hair | 2-8 years |
| Eyelashes | 1-6 months |
| Eyebrows | 2-3 months |

**Catagen Phase**
The Catagen phase or involution phase is a brief, transitory phase of the follicular cycle.  During this phase, which lasts from 7 to 21 days, the follicle interrupts its mitotic activity and begins the process of involution that precedes the subsequent resting phase or Telogen.

On a normal scalp, the ratio between follicles in Anagen and follicles in Telogen is about 9 to-1 and the amount of daily hair loss ranges from 30 to 80 hairs.

**Telogen Phase**
Telogen corresponds to the resting or dormant phase of the cycle.  The hair shaft is not lost during this phase but instead remains anchored to the scalp for the entire duration of Telogen. On the scalp, Telogen lasts about 3 months.

**Exogen Phase**
During Exogen, the hair shaft detaches from the follicle and sheds. Usually at this time the follicle has re-entered Anagen and a new hair is already produced. Sometimes Anagen re-entry is delayed and the follicle remains empty for a period of time. This is seen with ageing and in androgenetic alopecia. The Exogen Phase is an active phase, and the detachment of the shaft involves specific proteolytic enzymes.

**Hair's Response to Damage**
The follicle, as all of the body's tissues, is more susceptible to damage when its mitotic activity is high, meaning when its cells are in the process of division.  Therefore, Anagen is the most delicate phase of the follicular cycle and almost all pathological conditions that cause hair loss disrupt   this phase.

The follicle reacts to insults in direct proportion to the severity of the insult itself.  Severe disruptions (or shocks), such as those caused by drugs utilized in cancer chemotherapy, result in mitotic arrest, when the cells of the hair matrix abruptly halt their activity and the hair is lost in a few weeks, during the Anagen Phase.  As discussed in the "Telogen Effluvium" section below, a mild insult, such as a high fever, anemia or certain drugs, causes the follicle to interrupt its active growth phase and prematurely enter its resting phase.  In this case, the hair will not be lost

immediately, but instead hair loss will become evident about 3 months later, as 3 months is the average duration of the Telogen Phase.

## Hair Loss and Alopecias

Alopecia, derived from the Greek word *alopex*, meaning fox, is a general term used to describe thinning or hair loss—a seemingly appropriate correlation as foxes lose a great amount of fur during molting.

Alopecias are classified according to shape and topographic distribution: patchy alopecias, patterned alopecias, marginal alopecias and diffuse alopecias. Also, based on the reversibility of the process, alopecias are distinguished in cicatricial or scarring alopecias and non-cicatricial or non-scarring alopecias. Patients must consult a dermatologist for proper identification of the specific disease and its cause.

Classification according to shape and topographic distribution:

- **Patchy alopecias** (present with single or multiple patches devoid of hair): alopecia areata, lichen planopilaris, discoid lupus, folliculitis decalvans, central centrifugal cicatricial alopecia, dissecting cellulitis, trichotillomania
- **Patterned alopecias** (involve temporal scalp, top of the scalp and vertex): androgenetic alopecia
- **Marginal alopecias** (involve hairline): frontal fibrosing alopecia, traction alopecia, ophiasis type of alopecia areata, androgenetic alopecia in men
- **Diffuse alopecias** (involve the whole scalp): telogen effluvium, anagen effluvium, permanent alopecia after chemotherapy, diffuse alopecia areata

| Cicatricial: | - Lichen planopilaris |
| --- | --- |
| | - Frontal fibrosing alopecia |
| | - Discoid lupus erythematosus |
| | - Folliculitis decalvans |
| | - Traction alopecia (late) |
| | - Central centrifugal cicatricial alopecia |
| | - Dissecting cellulitis |
| Non-cicatricial: | - Baldness (Androgenetic alopecia) |
| | - Anagen effluvium (alopecia areata, chemotherapy alopecia) |
| | - Telogen effluvium |
| | - Trichotillomania |
| | - Traction alopecia (early) |

**Cicatricial Alopecias (Scarring Alopecias)**
Cicatricial Alopecias are a group of alopecias that are irreversible as they are caused by diseases that destroy the hair follicles permanently.

Cicatricial Alopecias are classified as primary or secondary depending on the mechanism of destruction of the hair follicle. In Primary Cicatricial Alopecia, the hair follicle is the main target of destruction mediated by inflammatory cells. In Secondary Cicatricial Alopecia, the hair follicle is destroyed incidentally by non-follicle-specific processes such as burns, radiation, or infections.

The most frequent Primary Cicatricial Alopecia is Lichen Planopilaris. Its variant frontal fibrosing alopecia is becoming more and more common worldwide.

### Lichen Planopilaris
Lichen Planopilaris is a relatively rare disease that often has an insidious onset characterized by persistent itching and increased hair loss. With time, the disease causes multiple scarring alopecic areas of irregular size and shape. The causes of this illness are unknown; however, researchers believe this is an autoimmune condition. An accurate diagnosis of Lichen Planopilaris requires a biopsy of the scalp, as other inflammatory diseases of the scalp, especially lupus erythematosus or folliculitis decalvans, can cause similar clinical symptoms.

### Frontal Fibrosing Alopecia (FFA)
Frontal Fibrosing Alopecia typically affects postmenopausal women. In the last 10 years, frequency of this disease has been increasing worldwide. Patients complain of a slow progressive recession of the frontotemporal hairline and partial or total alopecia of the eyebrows. The hair on the arms and legs are also frequently lost.

Clinical examination reveals a band of cicatricial alopecia in the frontotemporal region. The cicatricial area is easily distinguished from the normal skin on the forehead because the hair follicles in this area have been replaced by scarred skin.  Also, this skin, once covered by hair, is lighter and has less wrinkles as it has not been exposed to sunlight.

### Discoid Lupus Erythematosus
Discoid Lupus of the scalp is more common in patients of African descent and may be associated with other cutaneous localization of the disease.

Clinical examination reveals single or multiple patches of alopecia that are often associated with hypopigmentation. The patches are red in color and show various degrees of scaling.

### Folliculitis Decalvans
Folliculitis Decalvans is a severe inflammatory scalp disorder that results in cicatricial alopecia with centrifugal progression. The scalp shows multiple recurrent pustular lesions and exudative crusted areas. The inflammation subsides once the hair follicles are destroyed. It is also quite common to see multiple hairs emerging together from the scalp.

### Dissecting Cellulitis
Dissecting Cellulitis is a painful inflammatory disorder that mainly affects young men of African or Hispanic descent. Frequently associated with severe acne, the affected scalp presents patches of alopecia overlying painful, fluctuant scalp nodules that often discharge pus. Its cause is

unknown, dissecting cellulitis tends to run a chronic course with remissions and exacerbations, progressively leading to scarring alopecia.

### Traction Alopecia

Traction Alopecia is a form of alopecia caused by prolonged tension on the hair follicle. Although reversible if corrected early, long-standing Traction Alopecia can lead to permanent hair loss in the area of the scalp subject to traction. Traction Alopecia is most prevalent in women of African descent with a prevalence of about 30%. This is mainly attributed to the hair care practices (tight braids, hair weaves, and cornrows) used in this population. Clinically, patients present with symmetrical patches of alopecia most frequently localized in the temporal regions, as these areas bear the most tension. The presence of retained hairs along the margins of the patch, termed the "fringe sign," is commonly seen.[9]

### Central Centrifugal Cicatricial (Scarring) Alopecia (CCCA)

Central Centrifugal Cicatricial Alopecia (CCCA) is a form of chronic, progressive scarring alopecia that occurs predominantly in women of African descent.  CCCA causes hair loss of the vertex of the scalp with slow centrifugal expansion. There is loss of follicles in the area, and the vertex often appears shiny from the extensive destruction of follicles. Mild pruritus is common. A scalp biopsy is necessary for diagnosis showing follicular degeneration and fibrosis.[10]

## Non-cicatricial Alopecias (Non-scarring Alopecias)

### Androgenetic Alopecia

Androgenetic Alopecia (also called "Androgenic Alopecia") can affect both males and females and depends on two main factors: androgen hormones and genetic predisposition.

In men, Androgen hormones, which regulate the development and maintenance of male characteristics, are the main cause of this condition.  Androgens act on the genetically predisposed follicles of certain areas of the scalp (androgen dependent scalp) causing a progressive miniaturization of the hair follicle, which is a consequence of a gradual reduction of the duration of Anagen. The hair follicle produces hairs that are progressively shorter, thinner and less pigmented and do not adequately cover the scalp.  The miniaturized hair follicles of Androgenetic Alopecia look very similar to the vellus follicles that are normally present on our forehead.

#### Female Pattern Hair Loss

Androgenetic Alopecia in women is better known as Female Pattern Hair Loss (FPHL).  Similar to Male Pattern Hair Loss, FPHL is characterized by a progressive miniaturization of the hair follicle, which affects mainly the frontal scalp and the top of the scalp. In severe cases the parietal and more rarely the occipital scalp may be affected.

FPHL may be caused by hormonal therapies with androgenic effects. Hormone receptor positive breast cancer has estrogen and/or progesterone receptors. These cancers are commonly treated with endocrine therapy to lower estrogen levels, such as aromatase

---

[9] Scott F. Lindsey & Antonella Tosti, *Ethnic Hair Disorders*, 47 CURR. PROBL. DERMATOL. 139 (2015).
[10] *Id.*

inhibitors, or to block estrogen's effects, such as Tamoxifen. Endocrine therapy can cause alopecia with a pattern similar to FPHL due to the miniaturization of the hair follicle.[11] Endocrine therapy is not associated with follicular loss.

Severity of FPHL can be assessed using the Ludwig and the Savin scale. Differently than in men FPHL involves more the top of the scalp than the vertex, which never becomes completely bald.

## Ludwig Scale of Female Hair Loss



[12]

## Savin Scale of Female Hair Loss



[13]

[11] See Azael Freites-Martinez, MD et al., *Endocrine Therapy-Induced Alopecia in Patients with Breast Cancer*, 154(6) JAMA DERMATOL. 670 (2018).
[12] *See* Quan Q. Dinh & Rodney Sinclair, *Female Pattern Hair Loss: Current Treatment Concepts*, 2(2) CLINICAL INTERVENTIONS IN AGING 189, 190 (2007), *citing* Eric Ludwig, *Classification of the Types of Androgenetic Alopecia (Common Baldness) Occurring in the Female Sex*, 97 BRIT. J. DERMATOL. 247, 251 (1977).
[13] *See* Dinh & Sinclair at 192, *citing* Savin RC, *Evaluating Androgenetic Alopecia in Male and Female Patients*, Kalamazoo, MI: The Upjohn Company (1994).

*Telogen Effluvium*

Telogen Effluvium is the loss of hairs during the Telogen Phase, the hair's resting phase. Subjects complain of excessive loss when washing and brushing their hair.  In the most serious cases, the subject notices hair on their clothes, pillows, food or on study books. Telogen hairs are easy to recognize because they have a proximal white tip (the root end), which is visible to the naked eye.

Telogen Effluvium is diagnosed by a variety of tests including the pull test and the hair shedding scale.

In Telogen Effluvium, hair loss occurs when the follicle ends its resting phase and starts to produce a new hair, which pushes out the old Telogen hair.  This usually happens 3 months after the triggering event. For this reason, it is sometimes difficult for the patient to correlate the hair loss to the actual cause, which is never something that just happened. Generally, Telogen Effluvium is a "benign" disease and in most cases it does not cause evident hair thinning. Overall hair volume is commonly reduced, but there are not bald patches. A diagnosis of Telogen Effluvium requires evidence of increased hair shedding—hair density looks normal in most cases, and these patients typically bring bags of hair to the doctor to prove they have a problem. Telogen Effluvium does not cause permanent alopecia.

There are two main types of Telogen Effluvium: Acute Telogen Effluvium and Chronic Telogen Effluvium.

*Acute Telogen Effluvium*

Acute Telogen Effluvium is usually the result of an acute event that the subject is able to remember precisely and that, as mentioned before, has occurred approximately 3 months before the start of the hair loss. Possible causes are countless and should be researched with a detailed medical history and blood tests.

The most frequent causes of Acute Telogen Effluvium are listed below.

| | |
|---|---|
| - general illnesses<br>- anemia<br>- high fever<br>- viral infections<br>- surgery<br>- general anesthesia<br>- acute stress<br>- post childbirth<br>- interruption of oral contraception<br>- thyroid disorders<br>- diabetes mellitus<br>- dental treatments<br>- weight loss<br>- anorexia and bulimia<br>- Vitamin D deficiency | - drugs:<br>  - antidepressants<br>  -  beta blockers<br>  - cholesterol-lowering drugs<br>  - antivirals<br>  - vitamin A<br>  - anabolic agents<br>  - anticoagulants<br>  - antithyroid drugs |

### Drug-induced Acute Telogen Effluvium

Many drugs may interfere with the normal hair growth cycle and induce hair loss. It is important to understand that the same drug does not cause hair loss in all individuals, but as for other drug side effects only some persons have the problem.

Drug-induced Acute Telogen Effluvium occurs 2 to 4 months after initiating treatment with the hair loss ranging from 150 to more than 300 strands shed daily.

### Chronic Telogen Effluvium

Chronic Telogen Effluvium is a hair condition that occurs primarily in females. The subject experiences excessive hair loss, loss of volume and thinning at of the temples. Common complaints among subjects is a much thinner ponytail, or reduced volume at the tips of the hair. These women tend to cut their hair frequently in order to create the illusion of fuller hair, or resort to wearing hair extensions for a similar effect. The number of hair follicles is not reduced.[14]

## Anagen Effluvium

Anagen Effluvium is the loss of hairs during the Anagen phase, the hair's growth phase.

### Drug-induced Anagen Effluvium

Drug-induced Anagen Effluvium is caused by cancer chemotherapy and begins within a few weeks of drug administration,[15] becoming more apparent with time. Hair loss is very severe, with patients potentially losing up to 1,000 strands daily. Chemotherapy-induced alopecia is usually reversible, and hair regrows normally after the of treatment with complete regrowth after approximately 6 months. The color, shape (e.g., curly, straight) and texture (e.g., fine, course) of hair can change when it regrows. Certain drugs, however, can cause a permanent/persistent alopecia.

## Permanent Alopecia After Chemotherapy (Permanent Chemotherapy-Induced Alopecia – PCIA)

Permanent Alopecia After Chemotherapy (also known as Persistent alopecia after chemotherapy, Permanent Chemotherapy-Induced Alopecia or PCIA) is defined as incomplete hair regrowth after chemotherapy. The precise anatomical process is not known; however, it is likely due to the destruction of the hair follicle or dermal papilla stem cells. This is a severe long-term side effect of chemotherapy that has been associated with high doses of chemotherapy in the context of bone marrow transplantation[16] and, in recent years, has been identified in the context of adjuvant

---

[14] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).

[15] Ioulios Palamaras, MD et al., *Permanent Chemotherapy-Induced Alopecia: A Review*, 64(3) J. AM. ACAD. DERMATOL. 604, 604 (2011).

[16] Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

chemotherapy regimens containing Taxotere/docetaxel for breast cancer.[17]

In the treatment of breast cancer, Taxotere/docetaxel are the only chemotherapy regimens consistently shown to cause Permanent Chemotherapy-Induced Alopecia.[18]

The initial clinical course is identical to temporary drug-induced Anagen Effluvium from chemotherapy. Unlike with temporary drug-induced Anagen Effluvium, patients with Permanent Chemotherapy-Induced Alopecia suffer a permanent loss of follicles. Patients have moderate to very severe hair thinning, with short miniaturized hairs. Hair thinning is diffuse but can be more prominent on androgen-dependent scalp regions, and the condition can be misdiagnosed as Androgenetic Alopecia. Unlike with Androgenetic Alopecia where the number of hair follicles is maintained, there is marked reduction in the hair follicle density. With PCIA, thinning of eyelashes and eyebrows and other body hairs can be a long-term complication of chemotherapy.[19]  Severity of PCIA is graded as 1 and 2 depending on severity and psychological impact according to the Common Terminology Criteria for AEs (CTCAE) Version 4.0.

### *Alopecia Areata*
Alopecia Areata is an autoimmune non-cicatricial alopecia. It is estimated that 2 out of 100 people will have an episode of Alopecia Areata during their lifetime. Alopecia Areata causes acute hair loss with the sudden development of round shaped bald patches.  Typically, the patches are completely devoid of hair. While the patches can affect any area of the body, they are most frequently found on the scalp and beard.

Alopecia Areata in rare instances causes 100% loss of scalp hair (Alopecia Totalis) or of all scalp and body hair (Alopecia Universalis). Albeit rarely, this disease can affect only the eyelashes or eyebrows. There is also an inherited predisposition to the disease that often affects people in the same family.

### **Diagnostic Ladder**

I have attempted to review all of the medical records of each patient. The records reviewed are listed in **Exhibit D** — Materials Considered.

---

[17] Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010).

[18] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314 (2001); Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010); Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).
Reports of PCIA from Taxol/paclitaxel are rare in the medical literature. Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRITISH JOURNAL OF DERMATOLOGY 881, (2009). *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[19] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).

I was able to perform an in-person evaluation of each patient, and the examination progress notes and photographs are attached as follows:

> **Exhibit F**, Examination of Antoinette Durden (June 2, 2018);
> **Exhibit G**, Examination of Barbara Earnest (June 5, 2018);
> **Exhibit H**, Examination of Tanya Francis (May 29, 2018).

In advance of my clinical examinations of Ms. Durden, Ms. Earnest, and Ms. Francis, I evaluated the dermatopathology reports of Curtis Thompson, MD, which are attached as follows:

> **Exhibit I**, Dermatopathology Report for Antoinette Durden (April 24, 2018);
> **Exhibit J**, Dermatopathology Report for Barbara Earnest (April 24, 2018);
> **Exhibit K**, Dermatopathology Report for Tanya Francis (April 19, 2018).

**1) History**

Clinical history is very important for the correct assessment of hair disorders.

**In the case of Ms. Durden, Ms. Earnest and Ms. Francis, history shows that they lost their hair during chemotherapy and that they had incomplete hair regrowth after that with moderate to severe permanent alopecia involving not only the scalp hair but also eyebrows, eyelashes, pubic and axillary hair.**

**2) Clinical exam**

    *A) Hair density*

Hair density can be normal or reduced. It is important to evaluate hair density after central parting and compare the density of the androgen dependent scalp with the density of the occipital scalp. In androgenetic alopecia hair density is almost always preserved in the occipital area.

**Ms. Durden, Ms. Earnest and Ms. Francis had reduced hair density in the whole scalp, including the occipital area.  The length of their hair was also considerably reduced: Ms. Durden's maximum length was 7 cm in the frontal and 3 cm in the occipital scalp, Ms. Earnest's maximum length was 3 cm in the frontal and 10 cm in the occipital scalp and Ms. Francis's maximum length was 5 cm in the frontotemporal scalp to 9.5 cm in the vertex. Regrowth of hairs that are not only sparse but also abnormally short is a very typical feature of permanent alopecia after chemotherapy.**

    *B) Examine the face and other hair-bearing body areas*

Temporary loss of eyebrows and eyelashes is common from chemotherapy.  With PCIA, thinning of eyelashes and eyebrows as well as axillary, pubic and body hair can be a long-term complication of chemotherapy.[20]

**Ms. Durden, Ms. Earnest and Ms. Francis had thinning, but not patchy alopecia, of eyebrows and eyelashes. Ms. Durden had also severe thinning of axillary and pubic hair; Ms. Earnest had complete alopecia of axillae, very sparse pubic hair and loss of hairs in the limbs; Ms. Francis had almost complete loss of axillary hair.**

### C)  Look at distribution of hair loss

The most common patterns of hair loss include diffuse alopecia, patchy alopecia, patterned alopecia and marginal alopecia.

### Diffuse alopecia
Diffuse scalp involvement is seen in telogen effluvium, diffuse alopecia areata, anagen effluvium due to chemotherapy and permanent alopecia after chemotherapy. Severe cases of female pattern hair loss are often diffuse to the parietal but very rarely involve the occipital scalp.

### Patterned alopecia
Involvement of the top of the scalp with sparing of parietal and occipital areas is typical for androgenetic alopecia. This is usually associated with involvement of the frontal hairline and the vertex in men but not in women. Temporal thinning in women is instead a typical feature of chronic telogen effluvium.

The vertex is a common site of localization of several scarring alopecias including central centrifugal scarring alopecia and folliculitis decalvans.

### Marginal alopecias
The marginal scalp is selectively affected in several hair disorders including traction alopecia, androgenetic alopecia, frontal fibrosing alopecia and alopecia areata.

**Two patients, Ms. Earnest and Ms. Francis, have diffuse alopecia, and one patient, Ms. Durden, has diffuse and patterned alopecia. Two patients, Ms. Durden and Ms. Francis, have associated marginal alopecia.**

**3)  Assess hair shedding**

### Pull test

---

[20] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).



A tuft of about 50-60 hairs is gently pulled from the scalp with the thumb and index fingers. In diffuse hair loss the test is usually performed in 4 scalp areas (including androgen dependent and non-androgen dependent scalp) and is considered positive when it produces more than 5 hairs.

**All patients – Ms. Durden, Ms. Earnest, and Ms. Francis – did not complain of excessive shedding and had negative pull tests.**

   *4) Trichoscopy*



Scalp dermoscopy, also known as trichoscopy is a non-invasive technique that is very useful in the evaluation of patients with hair loss. It can be performed using a manual dermoscope (x10/

15

x20 magnification) or a videodermoscope. Basically, it allows the physician to view and examine the scalp very closely and evaluate hair density, thickness and breakage, the presence of follicular openings and other features that are very important for diagnosing hair disorders.

Main applications of trichoscopy include distinguishing scarring from non-scarring alopecias, distinguishing androgenetic alopecia from other causes of diffuse hair loss, distinguishing frontal fibrosing alopecia from other marginal alopecias, selecting optimal biopsy site, recognizing scalp infections and infestations and recognizing hair shaft disorders.[21]

**Trichoscopy showed non-scarring alopecia, reduced follicular density and variability in the hair shaft diameter in all cases – Ms. Durden, Ms. Earnest, and Ms. Francis.[22]**

5) *Take a biopsy*

Definitive diagnosis of hair disorders, particularly of scarring alopecias, often requires a scalp biopsy. The size of biopsy should be 4mm. Horizontal sections are necessary to count the hairs and establish terminal to vellus and anagen to telogen ratios, which are important for diagnosis.

**Differential Diagnosis**

**Antoinette Durden**

*Scarring/Traction/CCCA*



**Scarring Alopecia**

---

[21] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).
[22] As discussed in the "Differential" section, traction alopecia was apparent on examination of the marginal parietal scalp bilaterally in the cases of Ms. Durden and Ms. Francis.



**Dermatoscope image of Antoinette Durden's scalp**

As noted in my clinical examination report, Ms. Durden had traction alopecia on examination of the marginal parietal scalp bilaterally. The pattern of traction alopecia was sufficiently apparent that I did not think further examination was required for confirmation.

Dermoscopy of  Ms. Durden's scalp does not show characteristic findings of scarring alopecia. Dermoscopy of scarring alopecias in the pigmented scalp shows an increased number of irregularly distributed pinpoint white dots and white patches that correspond to the areas of scarring. In CCCA the remaining hairs are surrounded by a peripilar white/gray halo (94% of cases ).[23]

Dermatoscopic examination of Ms. Durden showed reduced hair density but no signs of scarring—in particular there were not white patches or peripilar white gray halos seen in CCCA. This is consistent with the pathological findings that showed absence of fibrosis, which rules out scarring in the areas of biopsy.[24]

Thinning of eyebrows and eyelashes is not consistent with CCCA. (Eyebrows are lost in FFA, which is a scarring alopecia that involves the hairline and has a very different presentation from Ms. Durden.)[25]

### *Telogen Effluvium*

Patients with acute telogen effluvium complain of increased shedding. In acute telogen effluvium, hair does not typically become noticeably thin though it may in more severe cases. Both acute and chronic telogen effluvium results in a positive pull test. Ms. Durden did not complain of excessive hair shedding, and her pull test was negative.

Dermoscopy of telogen effluvium shows numerous short regrowing hairs of normal thickness as the hairs that are shed are immediately replaced by new regrowing hair.

---

[23] Mariya Miteva, MD & Antonella Tosti, MD, *Dermatoscopic Features of Central Centrifugal Cicatricial Alopecia*, 71(3) J. AM. ACAD. DERMATOL. 443 (2014).

[24] Julie Martin, MD, who evaluated Ms. Durden for hair loss, testified that a punch biopsy is the gold standard in diagnosing CCCA (scarring alopecia). Dr. Martin did not perform or evaluate a biopsy of Ms. Durden's scalp. *See* Deposition of Julie Martin, MD, at pages 21, 65-66 (Jan. 23, 2018).

[25] Dr. Martin acknowledged in her testimony that, unlike chemotherapy-induced alopecia, CCCA would not involve thinning of the eyebrows and eyelashes. *See* Deposition of Julie Martin, MD, at pages 60-61 (Jan. 23, 2018).



**Telogen Effluvium**

This is very different from the dermoscopy of Ms. Durden, who had very few and very thin regrowing hairs.



**Dermatoscope image of Antoinette Durden's scalp**

Although Ms. Durden is taking some drugs that can be associated with telogen effluvium, this diagnosis is excluded by history (she is not shedding more than normal) and pull test.[26]

Ms. Durden's history shows that the hair was lost during chemotherapy and never returned.

Ms. Durden has a reduced number of hair follicles, which is not seen in telogen effluvium where the number of follicles is normal.  Dermoscopy of telogen effluvium shows numerous short regrowing hair of normal thickness that were not present in her photos.

### *Androgenetic Alopecia/Female Pattern Hair Loss (FPHL)*

---

[26] *See* **Exhibit O** - Chronological Medication Summary of Antoinette Durden.



**Female Pattern Hair Loss/Androgenetic Alopecia**



**Dermatoscope image of Ms. Durden's scalp**

In female androgenetic alopecia (FPHL), hair thinning is not so severe.  Almost complete hair loss of the vertex and frontal scalp can be seen in men but not in women. On page 9 hereinabove are illustrations of 2 scales that are utilized to grade severity of FPHL (Ludwig and Savin) and neither of them include the vertex. Involvement of the vertex is exclusive of men, and this is why the Hamilton/Norwood scale of MPHL includes drawings of the vertex.

## Norwood Hamilton Scale[27]

---

[27] *See* O.T. Norwood, *Male Pattern Baldness: Classification and Incidence*, 68 SOUTH MED J. 1359 (1975).



**The following categories are defined as follows: Type I: no hair loss, Type II: minor recession of the frontal hairline, Type III: further frontal hair loss, Type III vertex: significant frontal recession and hair loss from the vertex, Type IV-VI: further frontal and vertex loss, Type VII: only the occipital scalp region maintained.**

Loss of follicles, as seen on her scalp biopsy, is not consistent with androgenetic alopecia. Androgenetic alopecia involves the miniaturization of hairs, which is distinct from follicular loss. In FPHL, total follicular number is almost normal.[28] A reduction of follicle number (about 18 %, meaning 27.9 follicles x 4mm scalp biopsy) can be seen in 5.7% of women with FPHL after the age of 70.[29]

Ms. Durden's hair loss was sudden, whereas androgenetic alopecia takes place over the course of years.

Thinning of eyebrows and eyelashes is not a feature of androgenetic alopecia. Loss of pubic and axillary hair is not a feature of androgenetic alopecia.

Endocrine therapy can cause androgenetic alopecia. Ms. Durden has been on letrozole since 2/23/2012. However androgenetic alopecia from endocrine therapy is mild to moderate, rarely very severe, and Ms. Durden's clinical course is distinct from androgenetic alopecia.

### *Alopecia Areata*

---

[28] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).
[29] David A. Whiting, *How Real Is Senescent Alopecia? A Histopathologic Approach*, 29(1) CLIN. DERMATOL. 49 (2011).



**Alopecia Areata – characteristic broken and exclamation mark hairs [30]**



**Dermatoscope image of Antoinette Durden's scalp**

The main diagnostic feature of alopecia areata is the presence of bald patches on the scalp that are completely devoid of hair.  Presence of broken hairs, including "exclamation mark" hairs is typical at dermoscopy. The exclamation mark hairs have a thick dark tip. Trichoscopy of Ms. Durden did not reveal broken hairs of any type.

Alopecia areata causes sudden hair loss in round areas, leaving behind smooth patches completely devoid of hair.[31] It might rarely cause diffuse alopecia, but in this case the pull test is positive and dermoscopy shows broken and exclamation mark hairs. Ms. Durden has diffuse hair loss without round-shaped bald patches. She has severe diffuse alopecia but no broken hairs at dermoscopy.

Ms. Durden's pull test was negative.

### Anagen Effluvium
Temporary anagen effluvium is caused by a number of chemotherapy agents and scalp radiation.

It occurs during drug intake. Temporary anagen effluvium does not manifest in loss of hair follicles and is thereby distinguishable from permanent chemotherapy-induced alopecia.

---

[30] Antonella Tosti & John Gray, *Assessment of Hair and Scalp Disorders*, 12 J. INVESTIGATIVE DERMATOL. SYMPOSIUM PROCEEDINGS 23, 25 (Figure 5) (2007).
[31] Tosti & Gray at 24.

A pull test would be positive in a case of temporary anagen effluvium. Ms. Durden's pull test was negative.

History is not consistent with this diagnosis as patient had chemotherapy several years ago.

**Tanya Francis**

*Scarring/Traction/CCCA*



**Scarring Alopecia**



**Dermatoscope image of Tanya Francis's scalp**

As noted in my clinical examination report, Ms. Francis had traction alopecia on examination of the marginal parietal scalp bilaterally. The pattern of traction alopecia was sufficiently apparent that I did not think further examination was required for confirmation.

Ms. Francis had a diffuse alopecia without any patch of hair loss in the top of the scalp, so her clinical presentation is not consistent with CCCA. CCCA starts with a patch in the center or in

the anterior part of the scalp and spreads centrifugally, which is very different from the diffuse hair thinning observed in Ms. Francis.

Dermoscopy of Ms. Francis's scalp does not show characteristic findings of scarring alopecia. Dermoscopy of scarring alopecias in the pigmented scalp shows an increased number of irregularly distributed pinpoint white dots and white patches that correspond to the areas of scarring. In CCCA the remaining hairs are surrounded by a peripilar white/gray halo (94% of cases).[32]

Dermatoscopic examination of Ms. Francis's showed reduced hair density but no signs of scarring—in particular there were not white patches or peripilar white gray halos seen in CCCA. This is consistent with the pathological findings.

Thinning of eyebrows and eyelashes is not consistent with scarring alopecia.

### Telogen Effluvium
Acute telogen effluvium results in a positive pull test. Ms. Francis's pull test was negative, and she did not complain of excessive hair shedding.

Although she is taking some drugs that can be associated with telogen effluvium, this diagnosis is excluded by history (she is not shedding more than normal) and pull test.[33]

History of Ms. Francis shows that the hair was lost during chemotherapy and never returned.

Ms. Francis has a reduced number of hair follicles at biopsy, which is not seen in telogen effluvium where the number of follicles is normal. Dermoscopy of telogen effluvium shows numerous short regrowing hair of normal thickness that were not present in her photos.

### Female Pattern Hair Loss/Androgenetic Alopecia



**Female Pattern Hair Loss/Androgenetic Alopecia**

---

[32] Mariya Miteva, MD & Antonella Tosti, MD, *Dermatoscopic Features of Central Centrifugal Cicatricial Alopecia*, 71(3) J. AM. ACAD. DERMATOL. 443 (2014).
[33] *See* **Exhibit P** - Chronological Medication Summary of Tanya Francis.



**Dermatoscope image of Tanya Francis's scalp**

Androgenetic alopecia causes patterned hair loss, meaning hair loss on the top of the scalp and not diffuse hair loss as in case of Ms. Francis.

Loss of follicles, as seen on her scalp biopsy is not consistent with androgenetic alopecia.[34] Androgenetic alopecia involves the miniaturization of hairs, which is distinct from follicular loss.

Hair loss was sudden, whereas androgenetic alopecia takes place over the course of years.

Thinning of eyebrows and eyelashes is not consistent with androgenetic alopecia. Loss of pubic and axillary hair is not a feature of androgenetic alopecia.

Endocrine therapy can cause androgenetic alopecia. Ms. Francis was on Tamoxifen from 12/2009 – 7/2012 and has been on Arimidex from 7/2012 through the present. Ms. Francis's clinical presentation and course is distinct from androgenetic alopecia.

### *Alopecia Areata*



**Alopecia Areata – characteristic broken and exclamation mark hairs[35]**



**Dermatoscope image of Tanya Francis's scalp**

The main diagnostic feature of alopecia areata is the presence of bald patches on the scalp that

---

[34] Over the course of multiple years, sometimes loss of follicles is associated with androgenetic alopecia. However, this clinical presentation is distinct. David A. Whiting, *How Real Is Senescent Alopecia? A Histopathologic Approach*, 29(1) CLIN. DERMATOL. 49 (2011).

[35] Antonella Tosti & John Gray, *Assessment of Hair and Scalp Disorders*, 12 J. INVESTIGATIVE DERMATOL. SYMPOSIUM PROCEEDINGS 23, 25 (Figure 5) (2007).

are completely devoid of hair. Presence of broken hairs, including "exclamation mark" hairs is typical at dermoscopy. The exclamation mark hairs have a thick dark tip. Trichoscopy of Ms. Francis did not reveal broken hairs.

Alopecia areata causes sudden hair loss in round areas, leaving behind smooth patches completely devoid of hair.[36] It might rarely cause diffuse alopecia, but in this case the pull test is positive and dermoscopy shows broken and exclamation mark hairs. Ms. Francis has diffuse hair loss without round-shaped bald patches. She has diffuse alopecia but no broken hairs at dermoscopy. Ms. Francis's pull test was negative.

### Anagen Effluvium

Temporary anagen effluvium is caused by a number of chemotherapy agents.  Hair loss occurs during chemotherapy administration. Temporary anagen effluvium does not cause loss of hair follicles and is thereby distinguishable from permanent chemotherapy-induced alopecia.

A pull test would be positive in a case of temporary anagen effluvium. Ms. Francis's pull test was negative.

History is not consistent with this diagnosis as patient had chemotherapy several years ago.

## Barbara Earnest

### Scarring/Traction/CCCA



**Scarring Alopecia**



**Dermatoscope image of Barbara Earnest's scalp**

Dermoscopy of scarring alopecia in the non-pigmented scalp shows loss of follicular openings: this is very different from the dermoscopy of Ms. Earnest's scalp that shows reduced follicular density, with very thin hairs.

A diagnosis requires a finding of fibrosis in a pathologic examination. There was no finding of fibrosis, which rules out scarring in the areas of biopsy. Examination did not reveal scarring alopecia.

Thinning of eyebrows and eyelashes is not consistent with scarring alopecia. Loss of axillary, pubic and body hair is not consistent with this diagnosis.

---

[36] Tosti & Gray at 24.

### *Telogen Effluvium*

Acute telogen effluvium results in a positive pull test. Ms. Earnest's pull test was negative, and she did not complain of excessive shedding.

Although she is taking some drugs that can be associated with telogen effluvium, this diagnosis is excluded by history (she is not shedding more than normal), pull test and clinical presentation.[37]

Ms. Earnest has a reduced number of hair follicles at biopsy, which is not seen in telogen effluvium where the number of follicles is normal. Dermoscopy of telogen effluvium shows numerous short regrowing hair of normal thickness that were not present in her photos.



**Telogen Effluvium**



**Dermatoscope image of Barbara Earnest's scalp**

Ms. Earnest's clinical course is inconsistent with telogen effluvium in that the hair was lost during chemotherapy and never returned.

Ms. Earnest has a reduced number of hair follicles, which is not a characteristic of telogen effluvium. Telogen effluvium does not cause severe permanent alopecia.

---

[37] *See* **Exhibit Q** - Chronological Medication Summary of Barbara Earnest.

*Androgenetic Alopecia*





**Female Pattern Hair Loss/**
**Androgenetic Alopecia**

**Dermatoscope image of Ms. Earnest's scalp**

Loss of follicles is not consistent with androgenetic alopecia.[38] Androgenetic alopecia involves the miniaturization of hairs, which is distinct from follicular loss.

Hair loss was sudden, whereas androgenetic alopecia takes place over the course of years.

Thinning of eyebrows and eyelashes is not consistent with androgenetic alopecia. Loss of axillary, pubic and body hair is not consistent with androgenetic alopecia.

Endocrine therapy can cause androgenetic alopecia. Ms. Earnest has been on Arimidex since 11/29/2011, but her hair never grew back completely after chemotherapy as documented by her medical records. Her oncologist thought she was regrowing, but her new hair never grew long and never became thicker. Ms. Earnest's clinical course is distinct from androgenetic alopecia. Androgenetic alopecia does not cause such a diffuse and severe alopecia.

*Alopecia Areata*





**Alopecia Areata – characteristic**
**exclamation mark hairs[39]**

**Dermatoscope image of Barbara Earnest's scalp**

---

[38] Over the course of multiple years, sometimes loss of follicles is associated with androgenetic alopecia. However, this clinical presentation is distinct. David A. Whiting, *How Real Is Senescent Alopecia? A Histopathologic Approach*, 29(1) CLIN. DERMATOL. 49 (2011).

[39] Antonella Tosti & John Gray, *Assessment of Hair and Scalp Disorders*, 12 J. INVESTIGATIVE DERMATOL. SYMPOSIUM PROCEEDINGS 23, 25 (Figure 5) (2007).

The main diagnostic feature of alopecia areata is the presence of discrete bald patches on the scalp surrounded by small "exclamation mark" hairs. Presence of broken hairs, including "exclamation mark" hairs is typical at dermoscopy. The exclamation mark hairs have a thick dark tip.

Alopecia areata causes sudden hair loss in round areas, leaving behind smooth patches completely devoid of hair.[40] I might rarely cause diffuse alopecia but in this case the pull test is positive and dermoscopy shows broken and exclamation mark hairs. Ms. Earnest has diffuse hair loss without round-shaped bald patches. She has diffuse alopecia but no broken hairs at dermoscopy. Ms. Earnest's pull test was negative.

### *Anagen Effluvium*
Temporary anagen effluvium is caused by a number of chemotherapy agents. It occurs during drug administration.  Temporary anagen effluvium does not have loss of hair follicles and is thereby distinguishable from permanent chemotherapy-induced alopecia.

A pull test would be positive in a case of temporary anagen effluvium. Ms. Earnest's pull test was negative.

History is not consistent with this diagnosis as patient had chemotherapy several years ago.

### Conclusions

History, clinical examination, dermoscopy and pathology show that Ms. Durden, Ms. Francis and Ms. Earnest are affected by permanent alopecia after systemic chemotherapy. All patients received Taxotere/docetaxel in their chemotherapy regimen, and this medication has been shown to consistently cause this side effect by numerous studies. I have also personally seen patients with this condition.  The other chemotherapies included in their regimen, cyclophosphamide (Ms. Durden), doxorubicin and cyclophosphamide (Ms. Earnest and Francis) have only sporadically been reported to cause permanent alopecia. In particular there are not reported cases of permanent alopecia caused by cyclophosphamide alone, all 33 reported cases involved cyclophosphamide in combination with other chemotherapy drugs. There are only 23 cases of permanent alopecia reported with the combination doxorubicin and cyclophosphamide, in comparison with 257 reported cases with docetaxel.

---

[40] Tosti & Gray at 24.

Respectfully Submitted,

_____
Antonella Tosti, M.D.


November, 7, 2018
Date

29