# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 1
Pages 1 through 300

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)

72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 27

1  something else, right?

2      A.   Yes.  But to be honest, we don't know the

3  mechanism of action of most -- the cause of most

4  diseases, so this mechanism of action is the ideal

5  thing we would like to have.

6      Q.   And there's no mechanism of action that has

7  been established for a chemotherapy drug causing

8  persistent alopecia, right?

9           MR. SCHANKER:  Objection, form.

10     A.   No, I think you're wrong.  It's not been

11 established, but we've -- there is a way we think it

12 happens, okay?  And what we think is that the stem

13 cells that are, you know, the cell that we regenerate

14 the follicle, either in the -- in the bulge or in the

15 dermal papilla may be damaged by the chemotherapy.

16 That's what, for instance, the researcher in the

17 field of hair suggests.

18 BY MR. SEARS:

19     Q.   Right, that's a hypothesis, correct?

20          MR. SCHANKER:  Objection, form.

21     A.   It's a very likely.  It's a very likely

22 hypothesis.

23 BY MR. SEARS:

24     Q.   It's a hypothesis that has not been proven,

25 right?