# EXHIBIT D

```
                                                          Page 500

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
                         MDL No. 2740
 3                       SECTION:  H
 4   IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
 5
 6   This Document Relates To:
 7   Antoinette Durden, Case No. 2:16-cv-16635;
     Tanya Francis, Case No. 2:16-cv-17410;
 8   Barbara Earnest, Case No. 2:16-cv-17144.
     _____/
 9
                              1633 North Bayshore Drive
10                            Miami, Florida
                              April 8, 2019
11                            3:32 p.m. - 5:10 p.m.
12
13         VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
14                        Volume 3
15                     Page 500 - 587
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
```

1           outside the door for one second, take ten
2        seconds?
3              THE VIDEOGRAPHER:  Going off the record at
4        4:05 p.m.
5              (Short recess taken.)
6              THE VIDEOGRAPHER:  Going back on the
7        record at 4:06 p.m.
8    BY MR. SEARS:
9        Q.   Let me ask you this.
10             Do you know whether anyone has done any
11   testing on the pathology for Ms. Durden, Ms. Francis
12   and Ms. Earnest beyond Dr. Thompson?
13       A.   No, I don't know of anything done.
14       Q.   Did you know that Dr. Thompson -- let me
15   start the question over.
16             Before your last deposition and before you
17   issued your expert report, did you know that
18   Dr. Thompson had done the cytokeratin 15 and Ki-67
19   staining on Ms. Durden and Ms. Francis' and Ms.
20   Earnest's pathology?
21       A.   I knew the keratin 15.  I didn't know the
22   other one.
23       Q.   Did you know the results of that staining
24   before you issued your expert report?
25       A.   Yes, I did.

1  the cytokeratin 15 came back negative and showed the
2  absence of stem cells, can you think of anything,
3  beyond chemotherapy, that would explain the absence
4  of the stem cells?
5           MR. MICELI:  Object to the form.
6           THE WITNESS:  You know, this stain, it's
7      not a stain that is used for diagnosis, and I
8      think may have a false negative and false
9      positive, and three cases are a very small
10     number, and that's something you have to ask
11     Dr. Thompson, okay?
12 BY MR. SEARS:
13     Q.  If the cytokeratin 15 findings added to
14 the information, would you have included that in
15 your reports?
16          MR. MICELI:  Object to the form.
17          THE WITNESS:  I don't think so.  If
18     Dr. Thompson had included it in his report, I
19     would maybe write that down, but it wouldn't
20     change my diagnosis.
21 BY MR. SEARS:
22     Q.  In your report, you did not mention that
23 the cytokeratin 15 and Ki-67 staining had been done
24 on Ms. Francis, Ms. Durden or Ms. Earnest, right?
25     A.  I didn't mention because I think it was

1  not relevant.  It was not adding any information.
2       Q.   Do you know whether the cytokeratin 15
3  staining is an expensive process?
4       A.   No.  You have to ask -- I don't know the
5  price at all.
6       Q.   Would you suggest that an expensive test
7  be done on a plaintiff's pathology if you did not
8  think that the information would be relevant?
9            MR. MICELI:  Object to the form.
10           THE WITNESS:  Probably not.
11 BY MR. SEARS:
12      Q.   So you mentioned that you knew that the
13 cytokeratin 15 staining had been done and you knew
14 the results of that staining before your report.
15           How did you learn about the results of the
16 cytokeratin 15 staining that was done on Ms.
17 Earnest, Ms. Francis and Ms. Durden?
18      A.   I had a phone call with Dr. Thompson when
19 he reported the results of the pathology, and he
20 mentioned that, I think.
21           (Thereupon, the referred-to document was
22 marked by the court reporter for Identification as
23 Defendant's Exhibit 5.)
24 BY MR. SEARS:
25      Q.   I've handed you what's been marked as

1  cell markers be tested on the pathology for some
2  reason, didn't you?
3             MR. MICELI:  Object to the form.
4             THE WITNESS:  I didn't suggest him to test
5       on the pathology of this, and I didn't mention
6       which markers.  You know, I'm not the person to
7       answer this question.  It's him.
8  BY MR. SEARS:
9       Q.   I intentionally made that question vague
10 and did not mention Durden, Francis and Earnest
11 because of your prior testimony.
12            Let me ask you this again.  You mentioned
13 to Dr. Thompson that stem cell marker testing should
14 be done on pathology for some reason, didn't you?
15            MR. MICELI:  Object to the form.
16            THE WITNESS:  I told him that doing stem
17      cell markers could be an interesting part of
18      this because I still believe that stem cells
19      are part of this problem.
20 BY MR. SEARS:
21      Q.   And knowing that that is your belief, did
22 you find it interesting at all that the cytokeratin
23 15 testing that was done for Ms. Durden, Ms. Earnest
24 and Ms. Francis all came back positive?
25            MR. MICELI:  Object to the form.