# EXHIBIT E

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4      IN RE TAXOTERE (DOCETAXEL)     )
        PRODUCTS LIABILITY LITIGATION  )  MDL NO. 2740
 5                                     )
        THIS DOCUMENT RELATES TO:      )  SECTION: H
 6                                     )
        ANTOINETTE DURDEN,             )
 7      CASE NO. 2:16-cv-16635         )
        TANYA FRANCIS,                 )
 8      CASE NO. 2:16-cv-17410;        )
        BARBARA EARNEST,               )
 9      CASE NO. 2:16-cv-17144         )
                                       )
10      _____)
11
12         VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.
13                 FRIDAY, DECEMBER 7, 2018
14
15
16
17
18      JOB NO. 3151489
19
20      REPORTED BY STEPHANIE J. COHEN,
21      CSR NO. 7920
22
23
24
25      Job No. NJ3151489
```

1    Q    Do you have an opinion as to how Taxotere
2    causes permanent alopecia?
3    A    Well, I think it's well-known that Taxotere
4    is a cytotoxic chemotherapy agent that can attack
5    the hair in two different ways.  It's a systemic
6    drug, so it circulates all throughout the body.
7         Because you have blood vessels in the
8    scalp, the scalp gets exposed.  The hair follicles
9    get exposed to the drug.  It is known there's two
10   ways that this chemotherapy can lead to hair loss.
11        It can attack during the growth phase of
12   the hair, but it can also cause thinning of the hair
13   shaft during the telogen phase and so it breaks off
14   and you only get these little baby hairs.  That is
15   what's thought in terms of permanent alopecia.
16        And I have experience with stem cells in
17   another part of the type of work I do, is that cells
18   in your body have what's called stem cells that can
19   renew and replicate.  The thought is that it may be
20   poisoning the stem cells so that once that hair is
21   lost, it's lost.  You don't have a renewal
22   capability.
23        So that's -- would be one of the proposed
24   mechanisms of how it could lead to permanent hair
25   loss.  The mechanism of reversible alopecia is very

1  well-known.
2     Q    Okay.  The mechanism of what you call
3  irreversible alopecia would you agree is not
4  well-known?
5     A    I could say it's -- I'm probably not the
6  right expert to comment on the causation of
7  alopecia, I think.  You asked me what I think in
8  terms of the mechanism of action and I proposed what
9  people are evaluating it.
10    Q    But do you have an opinion as to the
11 mechanism of action as to how Taxotere causes
12 permanent hair loss?
13         MR. THORNTON:  Objection; form.
14         THE WITNESS:  I have an opinion based on my
15 knowledge of how stem cells work and based on my
16 knowledge of how stem cells work in the human body
17 and I have an opinion based on the fact that this is
18 a systemic chemotherapy that is circulating to the
19 scalp.
20         So my opinion is that it's probably somehow
21 attacking the stem cell and irreversibly either
22 damaging it, destroying it or perhaps interfering
23 with its signaling pathway so that it can't do what
24 it needs to do.
25

1  BY MR. KAUFMAN:
2      Q    Has that mechanism of action been
3  scientifically proven?
4      A    Not to my knowledge.
5      Q    So you would agree that the mechanism of
6  action that supports your opinion is theoretical?
7      A    I think there's very strong biologic
8  plausibility based on Taxotere's ability to kill
9  hair follicles that it wouldn't take -- it does not
10 take a stretch to think that there might be an
11 ability to attack the stem cell and somehow
12 interfere with signaling or kill it.
13          Is it proven?  No.
14     Q    You don't know that for sure, do you?
15     A    No.
16     Q    How does permanent alopecia present in a
17 woman who took Taxotere?
18     A    It would present, first of all, she has
19 hair loss during the course of her chemotherapy and
20 in general, you know, that can happen a couple of
21 weeks in or maybe after Cycle 2.
22          And then instead of hair growing back at
23 the end of chemotherapy, she continues to have no
24 recovery of her hair, so there may be -- it depends
25 on the type of alopecia she has whether or not

1  THE WITNESS: I think that I already go
2  through the biologic plausibility with mechanism of
3  action of this drug causing alopecia, so that does
4  address that issue. I showed you data on dose
5  response.
6  I showed you data on these being treatment
7  emergent with the Taxotere regimen. I have showed
8  you data that this is increased compared to the
9  control. So all these factors tie in beautifully
10 with causation issues.
11 BY MR. KAUFMAN:
12    Q   Did you in your expert report present an
13 analysis of those factors to reach your conclusion
14 that Taxotere causes permanent hair loss?
15    A   I believe my text adequately and
16 sufficiently addresses that.
17    Q   Show me where in your report you think that
18 text adequately and sufficiently addresses that.
19    A   It's all throughout my report.
20    Q   Okay. Give me some examples.
21    A   Well, I have showed you the examples in
22 some papers with the dose response. I have shown
23 you the data or surely you've seen it with the
24 increased risk in the randomized controlled clinical
25 trial.

1           I have text in there about the biologic
2   plausibility given the mechanism of action of
3   Taxotere in causing hair loss.  We have talked and I
4   hypothetized in the report about permanency perhaps
5   being caused or could be caused if they actually
6   destroyed the stem cells, so I think they do address
7   them.  That's my opinion.
8        Q    Okay.  In forming your opinion that
9   Taxotere causes permanent hair loss, did you look
10  for alternate explanations for the association, and
11  if so, what did you look for?
12       A    Well, I mean the randomized controlled
13  trial is a very good way to look at it because those
14  are a variety of variables.  So whatever was done in
15  terms of endocrine therapy, radiation therapy is
16  done in both arms.
17           So seeing an increased risk in a controlled
18  clinical trial is an excellent way to look at
19  increased risk of an adverse event.
20       Q    Were you referring to Tax 316 in that
21  instance?
22       A    I was referring to both trials, Geica
23  9805 -- there's only two randomized clinical trials
24  for which we even have data on permanent alopecia,
25  at least that's all I'm aware of from Sanofi.  If