# EXHIBIT F

# EXHIBIT F

**Expert Report: Cytokeratin 15 and Ki-67 Stains**
**Jerry Shapiro, M.D.**
**May 8, 2019**

## I. QUALIFICATIONS/PUBLICATIONS

1. Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

## II. LIST OF TESTIMONY FOR LAST FOUR YEARS

2. Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

## III. MATERIALS REVIEWED

3. Please see my reports "Expert Report: Alopecia in Women" (December 9, 2018) and "Expert Report: Barbara Earnest" (January 11, 2019). For this report, a list of the materials reviewed in forming the opinions stated below is attached as Exhibit A.

## IV. SCOPE OF OPINIONS OFFERED

4. The opinions in this report are stated to a reasonable degree of medical probability.

### A. Previous Opinions

5. The opinions in this report incorporate those in my reports "Expert Report: Alopecia in Women" (December 9, 2018) and "Expert Report: Barbara Earnest" (January 11, 2019).

### B. Supplemental Opinions

6. It is my opinion to a reasonable degree of medical probability that the biopsy slides stained by Cytokeratin 15 and Ki-67, as described in the Surgical Pathology Report below, showed present and proliferating stem cells in the hair follicle bulge and do not support a finding of permanent alopecia after systemic chemotherapy, as described by Dr. Tosti.

## V. SUPPLEMENTAL OPINIONS

7. Dr. Cole Claiborne took two scalp punch biopsies from Barbara Earnest on March 26, 2018. Biopsy "A" was taken from the right occipital region of Ms. Earnest's scalp. Biopsy "B" was taken from the left crown region of Ms. Earnest's scalp.[1]

8. Dr. Claiborne's biopsies of Ms. Earnest were sent to Dr. Curtis Thompson in Portland, Oregon. Dr. Thompson cut, stained, and reviewed slides from the gross pathological specimens and generated a pathology report. Dr. Thompson's pathology report concluded that Ms. Earnest has permanent alopecia after chemotherapy:[2]

---

[1] Dr. Jerry Shapiro, 1/11/2019 Expert Report 14.
[2] Dr. Curtis Thompson, Dermatopathology Report (Earnest) 1-2.

> DIAGNOSIS:
> A. SKIN, LEFT VERTEX SCALP, BIOPSY:
>     PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA)).
> B. SKIN, RIGHT OCCIPITAL SCALP, BIOPSY:
>     PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA)).

9. Dr. Thompson's expert report restated this conclusion: "The group of findings in both biopsies is consistent with PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA)."[3]

10. Relying on Dr. Thompson's pathology report for Ms. Earnest, Dr. Antonella Tosti diagnosed Ms. Earnest with permanent alopecia after systemic chemotherapy in the right occipital and left crown regions of her scalp: "History, clinical examination, dermoscopy and pathology show that […] Ms. Earnest [is] affected by permanent alopecia after systemic chemotherapy."[4]

11. In her expert report, Dr. Tosti stated that the anatomical process by which chemotherapy might cause permanent alopecia "is not known; however, it is likely due to the destruction of the hair follicle or dermal papilla stem cells."[5] Dr. Tosti testified at her deposition that damage to stem cells was "very likely" the mechanism of action by which a chemotherapy drug might cause permanent alopecia. I have included that testimony below.

> Q. And there's no mechanism of action that has been established for a chemotherapy drug causing persistent alopecia, right?
>
> MR. SCHANKER: Objection, form.
>
> A. No, I think you're wrong. It's not been established, but we've -- there is a way we think it happens, okay? And what we think is that the stem cells that are, you know, the cell that we regenerate the follicle, either in the -- in the bulge or in the dermal papilla may be damaged by the chemotherapy. That's what, for instance, the researcher in the field of hair suggests.
>
> Q. Right, that's a hypothesis, correct?
>
> MR. SCHANKER: Objection, form.
>
> A. It's a very likely. It's a very likely hypothesis.[6]

---

[3] Dr. Curtis Thompson, Expert Report 5-7.
[4] Dr. Antonella Tosti, Expert Report 24.
[5] Dr. Antonella Tosti, Expert Report 11.
[6] Dr. Antonella Tosti, 12/4/2019 Depo. Tr. at 27:6-22.

12. Stem cell damage is the mechanism of action or anatomical process Dr. Tosti offered to explain how chemotherapy might cause permanent alopecia. This theory does not explain how docetaxel would affect hair follicle stem cells differently than other cytotoxic chemotherapies (such as Taxol or Cyclophosphamide, for example).

13. At his deposition on February 26, 2019, Dr. Thompson testified that he had cut, stained, and reviewed slides from Ms. Earnest's gross pathological specimens that he had not referenced in his pathology report or expert report, and that I was not aware of when I submitted my previous expert reports.[7] For both Earnest biopsy specimens A and B, Dr. Thompson had cut and stained slides with Cytokeratin 15, an immunohistochemical stain used to determine if stem cells are present in the hair follicle bulge. In addition, for both Earnest biopsy specimens A and B, Dr. Thompson had cut and stained slides with Ki-67, a stain used to determine if stem cells are proliferating.

14. Based on my review of Dr. Smart's Surgical Pathology Report, all four stained slides are positive, which means stem cells are present and proliferating in the bulge region of hair follicles of both of Ms. Earnest's biopsy specimens. Those results are below[8]

---

[7] Dr. Curtis Thompson, 2/26/2019 Depo. Tr. at 328:10-329:15.
[8] Dr. Chandra Smart, 4/30/2019 Pathology Report (Earnest).

3

> **SURGICAL PATHOLOGY REPORT:**
>
> PATIENT NAME: EARNEST, BARBARA
> DOB:
>
> CASE# CT18-8612
>
> **CLINICAL HISTORY:**
> Patient is a 68-year-old female with a history of breast cancer, status-post lumpectomy followed by chemotherapy. Also has a history of pre-diabetes, obesity, hypertension, high cholesterol, as well as vitamin and iron deficiencies.
>
> **ADDENDUM TO REPORT RESULTS OF IMMUNOHISTOCHEMICAL STAINS**
> **FINAL DIAGNOSIS:**
>
> A. SCALP, LEFT VERTEX (PUNCH BIOPSY):
>    - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
>    - Ki-67 immunohistochemical stain is positive
>
> B. SCALP, RIGHT OCCIPITAL (PUNCH BIOPSY):
>    - Cytokeratin 15 immunohistochemical stain is positive (See Comment)
>    - Ki-67 immunohistochemical stain is positive
>
> COMMENT:
> The positive staining of cells in the follicular epithelium indicates that there are proliferating stem cells present.

15. Dr. Thompson reviewed these slides and determined that they were positive, but did not reference or disclose them in his pathology report or expert report for Ms. Earnest.

16. Pathology of the slides stained with Cytokeratin 15 and Ki-67 indicates that there are follicle stem cells present and proliferating in the biopsied areas of Ms. Earnest's scalp.[9] The stain results are also inconsistent with the hypothetical biological mechanism of action referenced by Dr. Tosti. This evidence also does not support a finding and description of permanent alopecia after chemotherapy for Ms. Earnest.

---

[9] Dr. Chandra Smart, 4/30/2019 Pathology Report (Francis).

4

_____  Date: May 8/2019
Jerry Shapiro, M.D.

5