# EXHIBIT H

# EXHIBIT D

**<u>Materials Consulted</u>**

All references listed in footnotes

Patient medical records for:

- Antoinette Durden
  - Centers for Medicare & Medicaid Services
  - CVS Pharmacy
  - Humana
  - Humana Pharmacy
  - INFUSION PHARMACY Ochsner Baptist Medical Center
  - Julie Martin
  - Julie Mermilliod
  - LSU Healthcare Network
  - Ochsner Baptist Health System
  - Ochsner Clinic Dermatology
  - Ochsner Health System
  - Ochsner Medical Center
  - Rebekah Lemann
  - Richard Sherman
  - Rite Aid Pharmacy Corporation
  - Social Security Administration
  - St. Charles Vision
  - Therapy & Wellness-Elmwood
  - Touro Imaging Center Radiology Cover
  - Touro Infirmary Hospital
  - University Medical Center New Orleans
  - University Medical Center New Orleans rad cover
  - Walgreens
  - 
- Barbara Earnest
  - A. W. Dermatopathology Service
  - Adela Marie Narcisse
  - Andrew Fuller
  - Bruce S Samuels
  - Celeste Lagarde
  - CVS Caremark

- o CVS Pharmacy
- o Doctors Urgent Care
- o Dr. Robert Shafor Medical Records
- o Glenn Hedgpeth
- o Lakeview Regional Medical Center
- o LSU Bogalusa Medical Center
- o Marie Celeste Lagarde
- o Medicaid LA
- o Michael Feldman
- o Nicole Dufrechou
- o Northshore Oncology Associates
- o NorthShore Oncology Associates
- o Ochsner Health Center
- o Ochsner Health Center NorthShore
- o Ochsner Medical Center Northshore
- o Ochsner Medical Center
- o Pan American Life Insurance Group
- o Peoples Health
- o Robert Shafor
- o Rowland Duffour Clinic, Inc.
- o Slidell Internal Medicine
- o Slidell Memorial Hospital
- o Slidell Memorial Hospital Imaging Center
- o Slidell Radiation Center
- o Stefanie Schultis
- o STPN - NOA - Northshore Oncology Associates
- o Tulane Cancer Center
- o Tulane GI and Surgery Clinic
- o Tulane Medical Center
- o Walgreens - Corporate
- o Walmart Stores, Inc.
- Tanya Francis
  - o Antonella Tosti
  - o Bertrand Tillery
  - o Clinical Pathology Laboratories
  - o CVS Pharmacy
  - o Divine Purpose Homecare
  - o Francis Medical Center of Louisiana at New Orleans Clinics
  - o Janice Birkhoff
  - o Louisiana Department of Health - Medicaid

- o Ochsner Baptist Health System
- o Ochsner Medical Center West Bank
- o Tulane Breast and Surgery Clinic
- o Tulane Cancer Center Clinic
- o Tulane Center for Womens Health
- o Tulane Lakeside Hospital for Women and Children
- o Tulane Orthopedics
- o Tulane University Hospital and Clinic
- o University Medical Center New Orleans
- o Walgreens - Corporate
- o Walmart Stores, Inc.
- o West Jefferson Rehab Connection

Deposition testimony from:

- Antoinette Durden
- Barbara Earnest
- Tanya Francis

- Sophy Jancich, MD
- James Carinder, MD
- Cherian Verghese, MD
- Julie Martin, MD
- Janice Birkhoff, NP
- Anesha Prier

3