# EXHIBIT I



**DERMATOPATHOLOGY REPORT**
www.cta-lab.com

12254 SW Garden Place
Portland, OR 97224
P. 503.906.7300 ● F. 503.245.8219

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Ernest, Barbara | | F | CURTIS THOMPSON, MD |

| Path/Report Number | Report Date | Recvd Date | Collect Date | 12254 SW Garden Place<br>TIGARD, OR 972238246 |
|---|---|---|---|---|
| CT18-8612 | 04/24/2018 | 04/11/2018 | 03/26/2018 | |

**SPECIMEN:**

A.  LEFT VERTEX SCALP, BIOPSY
B.  RIGHT OCCIPITAL SCALP, BIOPSY

**GROSS:**

A.  3.5x3.5x2.5mm skin punch. Inked, bisected transversely and submitted entirely in one cassette. Epidermal surface bisected and embedded vertically, deeper segment embedded transversely. Nine sections performed, with three sections placed on each of three slides. Seven unstained slides, each with three sections, are retained for future H&E stains or other studies.
B.  3.5x3.5x2mm skin punch. Inked, bisected transversely and submitted entirely in one cassette. Epidermal surface bisected and embedded vertically, deeper segment embedded transversely. Nine sections performed, with three sections placed on each of three slides. Seven unstained slides, each with three sections, are retained for future H&E stains or other studies.

**MICROSCOPIC:**

A.  Horizontal and vertical sections (HoVert) show a low follicular density with empty follicular stelae and loss of terminal anagen follicles. There are two catagen/telogen phase follicles identified. There is a sparse perifollicular infiltrate of lymphocytes. No perifollicular fibrosis is identified.



HORIZONTAL AND VERTICAL ("HoVert") SECTIONS

| | |
|---|---|
| Terminal anagen | 1 |
| Catagen/telogen | 2 |
| Vellus/Miniaturized hairs | 12 |
| TOTAL | 15 |
| Compound follicles | 0 |
| Perifollicular fibrosis | 0 |
| Lymphohistiocytic infiltrate | Trace |
| Follicular structures/mm2 | 1.19 |
| Terminal:indeterminate/vellus | 1:>4 |
| Anagen: catagen/telogen | 83:17% |



**DERMATOPATHOLOGY REPORT**
www.cta-lab.com

12254 SW Garden Place
Portland, OR 97224
P. 503.906.7300 ● F. 503.245.8219

| Patient Name | | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|---|
| Ernest, Barbara | | | F | **CURTIS THOMPSON, MD**<br>12254 SW Garden Place<br>TIGARD, OR 972238246 |
| Path/Report Number | Report Date | Recvd Date | Collect Date | |
| CT18-8612 | 04/24/2018 | 04/11/2018 | 03/26/2018 | |

B. Horizontal and vertical sections (HoVert) show a low follicular density with empty follicular stelae and loss of terminal anagen follicles. There is a marked catagen/telogen shift. There is a sparse perifollicular infiltrate of lymphocytes. No perifollicular fibrosis is identified.(See photomicrograph).

HORIZONTAL AND VERTICAL ("HoVert") SECTIONS
```
Terminal anagen              3
Catagen/telogen              6
Vellus/Miniaturized hairs    9
TOTAL                        18
Compound follicles           0
Perifollicular fibrosis      0
Lymphohistiocytic infiltrate    Trace
Follicular structures/mm2    1.43
Terminal:indeterminate/vellus 1:2
Anagen: catagen/telogen      77:33%
```

**DIAGNOSIS:**

A. **SKIN, LEFT VERTEX SCALP, BIOPSY:**
   **PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA)).**

B. **SKIN, RIGHT OCCIPITAL SCALP, BIOPSY:**
   **PERMANENT ALOPECIA AFTER CHEMOTHERAPY (PERSISTENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA)).**

Curtis T Thompson, M.D.
Board Certified in Dermatopathology