# EXHIBIT G
# (UNDER SEAL)

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
                        - - -
 3
     IN RE: TAXOTERE           :
 4   (DOCETAXEL)               : MDL No. 2740
     PRODUCTS LIABILITY        :
 5   LITIGATION                : SECTION: "H"
                               :
 6   This Document             :
     Relates To                : JUDGE MILAZZO
 7   ALL CASES                 : MAG. JUDGE NORTH
 8
                        - - -
 9
                  OCTOBER 26, 2018
10
                        - - -
11
12            Videotape deposition of AMY
13   FREEDMAN, taken pursuant to notice, was
14   held at the law offices of Gibbons PC,
15   50 West State Street, Suite 1104
16   Trenton, New Jersey 08608, beginning at
17   8:59 a.m., on the above date, before
18   Amanda Dee Maslynsky-Miller, a Certified
19   Court Reporter for the State of New
20   Jersey.
21
22                     - - -
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
24             deps@golkow.com
```

```
1    that Taxotere could cause irreversible
2    alopecia in 2006, right?
3              MR. MCCULLY:  Object to the
4         form.
5    BY MR. BACHUS:
6         Q.   By these documents.
7              MR. MCCULLY:  Object to
8         form.
9              THE WITNESS:  It's in the
10        label.
11   BY MR. BACHUS:
12        Q.   And when you refer to "the
13   label," which label are you referring to?
14        A.   Any.  Pick one.
15        Q.   USPI?
16        A.   SMPC, the patient leaflet or
17   the USPI, if I remember correctly, has it
18   in it.  The IB.  The core safety data
19   sheet.
20        Q.   Just going back, my question
21   was, to make sure I have the question
22   actually answered on the record, based
23   upon your knowledge at Sanofi in 2006,
24   Sanofi knew that Taxotere could cause
```

```
1    irreversible alopecia in 2006, correct?
2         A.    Yes.
3               MR. MCCULLY:  Object to
4         form.
5               THE WITNESS:  Well, they
6         were listed events.  They were
7         certainly considered listed
8         events.
9    BY MR. BACHUS:
10        Q.    Well, aside from being
11   listed or unlisted, I just would like you
12   to answer the question.
13        A.    Sanofi had to be aware.
14        Q.    That -- by 2006 that their
15   product could cause irreversible alopecia
16   in patients, right?
17              MR. MCCULLY:  Object to
18        form.
19              THE WITNESS:  Sanofi was
20        aware and appropriately labeled
21        it.
22   BY MR. BACHUS:
23        Q.    I'll hand you what has been
24   marked as Exhibit Number 12.
```