UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 27: Motion to Preclude Evidence and Argument regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment (Rec. Doc. 7822) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-G) to the Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 27: Motion to Preclude Evidence and Argument regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment UNDER SEAL.

New Orleans, Louisiana, this ___ of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE