UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT THAT THE ALLEGED "HIGH TOXICITY" OF TAXOTERE CAUSES OR IS ASSOCIATED WITH ALOPECIA (MOTION *IN LIMINE* NO. 23)**

Sanofi seeks a second bite at the apple, trying to exclude expert opinions that have been previously briefed for the Court under *Daubert*. For the reasons stated in Plaintiffs' opposition to Sanofi's Motion to Exclude Testimony from Dr. Plunkett (Rec. Doc. 7465 at 13-14), evidence of Taxotere's higher toxicity is based Sanofi's own clinical trial data and the medical literature – as explained by Dr. Plunkett in her report and at her deposition. In fact, in the only head-to-head study comparing Taxotere to Taxol, the peer-reviewed published account of the Defendant's TAX311 study notes that "toxicities were more frequent with docetaxel."[1] This evidence is relevant to counter Sanofi's factually inconsistent claim that Taxotere is safer and more effective than Taxol—a claim that also runs afoul of FDA regulations governing the drug promotion.

What's more, and notably absent from Sanofi's Motion, is that former FDA Commissioner, Dr. Kessler, also discusses the toxic effects of increasing doses of Taxotere. In his report, Dr. Kessler dedicated an entire section to address whether there is a dose-response between Taxotere and permanent hair-loss—in other words, does Taxotere produce more toxic side effects, i.e.

---

[1] Ex. A, Jones, et al., Randomized Phase III Study of Docetaxel Compared with Paclitaxel in Metastatic Breast Cancer, J. Clin. Oncol. 23:5542-5551 (August 20, 2005). *See also* Ex. B, TAX311 Clinical Study Report, Table 46, Safety Summary, and Table 48, Serious Adverse Events Related to Study Treatment, Affecting More than One Patient in Any Treatment Group.

greater instances of permanent alopecia, as the dose of Taxotere is increased. (Ex. C, Kessler Rep. ¶¶ 134-139.) The existence of a dose-response relationship is relevant as it is a factor considered by FDA in evaluating causal association. Based on his review of the medical literature, Dr. Kessler found there to be sufficient evidence demonstrating that higher the dose of Taxotere, the higher the toxicity in terms of permanent alopecia. Sanofi does not quibble with Dr. Kessler's methodology or conclusion—yet, it claims that Dr. Plunkett's similar methodology and conclusion are unreliable and unhelpful to the jury. This inconsistency further highlights the flaws in Sanofi's argument.

In sum, Sanofi's argument has little to do with reliability and relevance and more to do with excluding evidence that Sanofi believes is unhelpful. That is not a legitimate basis for a motion *in limine*. For these reasons, Sanofi's Motion should be denied because evidence relating to Taxotere's higher toxicity is relevant and reliable and not otherwise excludable.

Dated: August 6, 2019

Respectfully submitted,

*/s/ Darin L. Schanker*
Darin L. Schanker
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
dschanker@coloradolaw.net

*Counsel for Plaintiff, Barbara Earnest*
*Trial Counsel for the PSC*

*/s/ Rand P. Nolen*
Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com


Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ M. Palmer Lambert*
>M. PALMER LAMBERT