## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2740**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** ___Gertrude Vinson_____

**Case No.:** _____2:18-cv-11935_____

### DECLARATION

I, ___D.Todd Mathews_____ (Attorney's Name), have attempted to reach my

client, ___Gertrude Vinson_____ on the following dates: _____6/25/19,   5/30/19, 3/12/19,

3/25/19, 2/8/19,   1/24/19,   1/4/19_____

_____

by (check all that apply) ___X_ telephone, _X__ e-mail, ____ text message, ____ social media,

__X__ U.S. Mail, _X___ Certified Mail, ____ other, and my client has not been responsive to

my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


_/s/ D. Todd Mathews_____
D. Todd Mathews
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
todd@gorijulianlaw.com