# EXHIBIT B

Page 1793

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS          *
LIABILITY LITIGATION           *    MDL DOCKET NO. 1657
                               *
                               *
THIS DOCUMENT RELATES TO       *    NEW ORLEANS, LOUISIANA
CASE NO. 05-4046:              *
                               *
EVELYN IRVIN PLUNKETT, ET AL   *    FEBRUARY 15, 2006
                               *
VERSUS                         *
                               *    8:30 A.M.
MERCK & CO., INC.              *
* * * * * * * * * * * * * * * *
```

VOLUME VIII - DAILY COPY
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                                PORTIS & MILES
                             BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                  LEIGH O'DELL, ESQ.
                             234 COMMERCE STREET
                             POST OFFICE BOX 4160
                             MONTGOMERY, ALABAMA 36103

FOR THE PLAINTIFF:           LEVIN, PAPANTONIO, THOMAS,
                                MITCHELL, ECHSNER & PROCTOR
                             BY:  TROY RAFFERTY, ESQ.
                             316 SOUTH BAYLEN STREET, SUITE 600
                             PENSACOLA, FLORIDA 32502

Draft Copy

DAILY COPY

## Page 2050

1  Q  AND WHAT STUDY IS IT THAT MERCK DECIDED TO DO INSTEAD OF
2  DR TOPOL'S IDEA?
3  A  THAT WOULD HAVE BEEN PROTOCOL 203, WHICH WAS GOING TO BE A
4  PRESPECIFIED POOLED ANALYSIS OF DATA FROM THREE LARGE
5  CANCER-PREVENTION STUDIES WHERE VIOXX WAS BEING TESTED COMPARED
6  WITH PLACEBO
7  Q  AND WAS ONE OF THOSE CANCER-PREVENTION STUDIES KNOWN AS
8  APPROVE?
9  A  YES, THAT IS CORRECT
10 Q  AND WHAT WAS THE CANCER TREATMENT UNDER CONSIDERATION
11 THERE?
12 A  IT WAS VIOXX 25 MILLIGRAMS
13 Q  COMPARED TO PLACEBO?
14 A  THAT'S CORRECT
15 Q  DID THERE COME A TIME IN SEPTEMBER 2004 WHEN MERCK LEARNED
16 OF CERTAIN CARDIOVASCULAR RESULTS FROM THE APPROVE STUDY?
17 A  YES, THAT IS CORRECT
18 Q  WAS THAT IN SEPTEMBER 2004?
19 A  SEPTEMBER OF 2004
20 Q  I'LL PUT UP THAT HERE  AND THE JURY IS SEEING THE
21 PUBLICATION OF THE APPROVE STUDY, EXHIBIT 686, AND THIS IS A
22 PUBLICATION THAT WAS DONE AFTER SEPTEMBER 2004; IS THAT
23 CORRECT?
24 A  YES, THIS PUBLICATION WAS AFTER WE GOT THE PRELIMINARY
25 DATA

## Page 2051

1  Q  AND YOU RECOGNIZE THIS GRAPHIC DEPICTION OF THE
2  CARDIOVASCULAR RESULTS IN THE APPROVAL TRIAL?
3  A  YES, I DO
4  Q  PRIOR TO SEPTEMBER 2004, HAD MERCK EVER HAD ANY
5  PLACEBO-CONTROLLED DATA WHICH SHOWED A STATISTICALLY
6  SIGNIFICANT INCREASED RISK FOR VIOXX FOR CARDIOVASCULAR EVENTS?
7  A  NO, WE DID NOT  I THINK WE SPOKE ABOUT THE ALZHEIMER'S
8  DATA, WHICH ACTUALLY THE RATE OF EVENTS WAS SIMILAR ON VIOXX
9  AND PLACEBO
10 Q  WHAT DID MERCK DO IN RESPONSE TO THE -- WHEN IT RECEIVED
11 NOTICE OF THIS APPROVE DATA SHOWING SEPARATION OF THE CURVES
12 AFTER 18 MONTHS?
13 A  WE MET WITH A GROUP OF OUTSIDE CONSULTANTS AND WE SHOWED
14 THEM THE DATA, ASKED THEIR -- ASKED THEM THEIR OPINION ON WHAT
15 WE SHOULD DO
16 Q  BY THE WAY, WHAT WAS THE -- DID VIOXX PROVE EFFECTIVE IN
17 ITS CANCER-PREVENTION ENDPOINT IN THE APPROVE TRIAL?
18 A  YES, IT DID  WE DID NOT HAVE THAT DATA -- AT LEAST, MY
19 RECOLLECTION IS THAT WE DID NOT HAVE THAT DATA AT THAT POINT IN
20 TIME, HOWEVER
21 Q  NOW, YOU SAID THAT YOU DISCUSSED THE CARDIOVASCULAR DATA
22 WITH OUTSIDE EXPERTS AFTER SEPTEMBER 24, 2004; IS THAT CORRECT?
23 A  THAT'S CORRECT
24 Q  WHAT WERE THE OUTSIDE EXPERTS ADVISING MERCK WITH REGARD
25 TO WHAT MERCK SHOULD DO IN RESPONSE TO THE APPROVE DATA?

## Page 2052

1  A  THE MAJORITY OF THEM THOUGHT THAT WE SHOULD LEAVE VIOXX ON
2  THE MARKET BUT THAT WE SHOULD CHANGE THE LABEL AND PUT THE
3  APPROVE DATA IN THE LABEL ALONG WITH THE WARNING  THEY FELT
4  THAT MANY PATIENTS GOT PAIN RELIEF FROM VIOXX, MANY OF WHOM DID
5  NOT GET PAIN RELIEF FROM OTHER MEDICATIONS, AND THEY FELT IT
6  WAS AN IMPORTANT ALTERNATIVE FOR PATIENTS BUT THAT PATIENTS
7  SHOULD KNOW WHAT THE BENEFITS AND THE RISKS WERE
8  Q  AND WHAT DID MERCK DO INSTEAD?
9  A  WE DECIDED TO TAKE THE CONSERVATIVE APPROACH AND WE
10 TOOK -- WE VOLUNTARILY TOOK VIOXX OFF THE MARKET
11 Q  DO YOU RECALL THAT THAT DECISION TO VOLUNTARILY WITHDRAW
12 THE DRUG TOOK PLACE A WEEK LATER, SEPTEMBER 2004?
13 A  THAT'S CORRECT
14 Q  DOCTOR, DID YOU ATTEND ANOTHER ADVISORY COMMITTEE MEETING
15 OF THE FDA IN FEBRUARY OF 2005?
16 A  YES, I DID
17 Q  AND WHAT WAS YOUR ROLE AT THAT MEETING?
18 A  I WAS NOT ONE OF THE PRIMARY SPEAKERS AT THIS MEETING, BUT
19 I WAS THERE TO LISTEN AND TO HELP ANSWER QUESTIONS
20 Q  AND DID YOU EVER REVIEW THE MEMORANDUM OF THE FDA THAT
21 CAME OUT AFTER THAT ADVISORY COMMITTEE?
22 A  YES, I HAVE REVIEWED THAT
23 Q  AND DO YOU RECALL WHAT IT WAS THAT THE FDA CONCLUDED WITH
24 REGARD TO SHORT-TERM RISKS OF VIOXX?
25 A  WELL, BASED ON -- AFTER THE VIOXX RESULTS FOR APPROVE CAME

## Page 2053

1  OUT, THERE WERE ACTUALLY -- THERE WERE ACTUALLY STUDIES WITH
2  OTHER COX-2 INHIBITORS THAT SHOWED SIMILAR CARDIOVASCULAR
3  RESULTS COMPARED WITH PLACEBO
4      AND THE FDA CONCLUDED THAT YOU COULDN'T DIFFERENTIATE
5  THE CARDIOVASCULAR SAFETY OF VIOXX FROM THE OTHER COX-2
6  INHIBITORS OR FROM TRADITIONAL NSAIDS EXCEPT POTENTIALLY
7  NAPROXEN, WHICH THEY SAID APPEARED TO HAVE A LOWER RATE OF
8  CARDIOVASCULAR EVENTS IN SOME OF THE STUDIES
9      MR ISMAIL:  YOUR HONOR, MAY MR BIRCHFIELD AND I
10 APPROACH?
11     THE COURT:  SURE
12     MR Ismail:  YOUR HONOR, I HAD ASKED MR BIRCHFIELD
13 IF HE HAD AN OBJECTION IF WE ASK ABOUT PERSONAL USE, AND GIVEN
14 WHAT WE DISCUSSED IN CHAMBERS, I JUST ASKED ANDY IF HE HAD A
15 PROBLEM WITH THAT
16     MR BIRCHFIELD:  AND I JUST WANTED TO PUT MY
17 OBJECTION ON THE RECORD UNDER 403
18     THE COURT:  THE WAY I SEE IT IS THAT SHE HAS NOW BEEN
19 ATTACKED RATHER FORCEFULLY, OR WILL BE ATTACKED RATHER
20 FORCEFULLY, AND THIS GOES TO CREDIBILITY, SO I'LL OVERRULE THE
21 OBJECTION
22 BY MR ISMAIL:
23 Q  DOCTOR, JUST A COUPLE MORE QUESTIONS  DOCTOR, DID YOU
24 EVER TAKE VIOXX YOURSELF?
25 A  YES, I DID

Page 2054

```
1    Q   FOR WHAT CONDITION?  I THINK WE ALL CAN GUESS AT THIS
2    POINT
3    A   YES, CHRONIC LOW-BACK PAIN
4    Q   WHEN DID YOU FIRST BEGIN TO TAKE VIOXX TO THE BEST OF YOUR
5    RECOLLECTION?
6    A   TO THE BEST OF MY RECOLLECTION, IT WAS SOMETIME IN THE
7    SUMMER OF 2001
8    Q   AFTER THE VIGOR TRIAL?
9    A   THAT IS CORRECT
10   Q   AND WHAT DOSE OF THE DRUG DID YOU TAKE?
11   A   I USUALLY TOOK 25 MILLIGRAMS   OCCASIONALLY, I WOULD TAKE
12   50 MILLIGRAMS AS WELL FOR SHORT PERIODS OF TIME
13   Q   AND HOW FREQUENTLY DID YOU TAKE THE MEDICINE?
14   A   IT -- SOMETIMES IT WAS INTERMITTENT   THERE WERE PERIODS
15   OF TIMES, HOWEVER, THAT I WAS TAKING IT EVERY DAY FOR SEVERAL
16   MONTHS
17   Q   AND, DOCTOR, DURING THE TIME THAT YOU WERE TAKING VIOXX
18   PERSONALLY, DID YOU EVER BELIEVE THAT VIOXX INCREASED RISKS OF
19   CARDIOVASCULAR EVENTS?
20   A   NO, I DID NOT
21         MR  ISMAIL:  YOUR HONOR, I MOVE THE ADMISSION OF THE
22   APPROVAL LETTERS WITH RESPECT TO THE THREE SUBSEQUENT APPROVALS
23   IN APRIL '02 AND THE TWO APPROVALS IN '04   AND I'LL PROVIDE
24   THEM
25         THE DEPUTY:  WHAT NUMBER?
```

Page 2055

```
1          MR  ISMAIL:  I HAD THEM HERE A MINUTE AGO   IF ANDY
2    DOESN'T OBJECT, I'LL GO AHEAD AND PUT THEM ON THE RECORD
3    TOMORROW MORNING, IF THAT'S ALL RIGHT
4          MR  BIRCHFIELD:  THAT'S FINE
5          MR  ISMAIL:  JUST GIVE ME ONE SECOND, YOUR HONOR, TO
6    CHECK MY NOTES   THANK YOU, DOCTOR, I HAVE NOTHING FURTHER
7          THE COURT:  WE'LL STOP HERE, MEMBERS OF THE JURY, AND
8    WE'LL RESUME AT 8:30 TOMORROW WITH CROSS-EXAMINATION OF
9    DR  REICIN   TOMORROW, MEMBERS OF THE JURY, THE ATTORNEYS ARE
10   GOING TO DO THEIR VERY BEST TO FINISH THE EVIDENCE, SO WE'LL
11   TRY TO GET ALL OF THE EVIDENCE IN BY TOMORROW   WE MAY HAVE TO
12   GO A LITTLE LATE AGAIN, SO PLEASE BRING YOUR KEYS WITH YOU TO
13   YOUR CARS   COURT WILL STAND IN RECESS UNTIL 8:30, AND I'LL SEE
14   COUNSEL ABOUT 8:15
15         THE MARSHAL:  ALL RISE
16         (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING )
17              * * *
```

Draft Copy