UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

### NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 7825-2] Exhibit B to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument that the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Motion *in Limine* No. 23);

2. [Rec. Doc. 7825-3] Exhibit C to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument that the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Motion *in Limine* No. 23).

On Wednesday, August 7, 2019, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

| | |
|---|---|
| Dated: August 6, 2019 | Respectfully submitted, |
| */s/ Darin L. Schanker* <br> Darin L. Schanker <br> Bachus & Schanker, LLC <br> 1899 Wynkoop Street, Suite 700 <br> Denver, CO 80202 <br> Phone: (303) 893-9800 <br> Fax: (303) 893-9900 <br> dschanker@coloradolaw.net <br><br> *Counsel for Plaintiff, Barbara Earnest* <br> *Trial Counsel for the PSC* | */s/ Rand P. Nolen* <br> Rand P. Nolen <br> Fleming, Nolen & Jez, L.L.P. <br> 2800 Post Oak Blvd., Suite 4000 <br> Houston, TX 77056 <br> Phone: (713) 621-7944 <br> Fax: (713) 621-9638 <br> rand_nolen@fleming-law.com <br><br> *Trial Counsel for the PSC* |
| */s/ Christopher L. Coffin* <br> Christopher L. Coffin (#27902) <br> PENDLEY, BAUDIN & COFFIN, L.L.P. <br> 1100 Poydras Street, Suite 2505 <br> New Orleans, Louisiana 70163 <br> Phone: (504) 355-0086 <br> Fax: (504) 355-0089 <br> ccoffin@pbclawfirm.com <br><br> *Plaintiffs' Co-Lead Counsel* | */s/ Karen B. Menzies* <br> Karen Barth Menzies (CA Bar #180234) <br> GIBBS LAW GROUP LLP <br> 6701 Center Drive West, Suite 1400 <br> Los Angeles, California 90045 <br> Telephone: 510-350-9700 <br> Facsimile: 510-350-9701 <br> kbm@classlawgroup.com <br><br> *Plaintiffs' Co-Lead Counsel* |
| */s/M. Palmer Lambert* <br> M. Palmer Lambert (#33228) <br> GAINSBURGH BENJAMIN <br> DAVID MEUNIER & WARSHAUER, LLC <br> 2800 Energy Centre, 1100 Poydras Street <br> New Orleans, LA 70163-2800 <br> Phone: 504-522-2304 <br> Fax: 504-528-9973 <br> plambert@gainsben.com <br><br> *Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios* <br> Dawn M. Barrios (#2821) <br> BARRIOS, KINGSDORF & CASTEIX, LLP <br> 701 Poydras Street, Suite 3650 <br> New Orleans, LA 70139 <br> Phone: 504-524-3300 <br> Fax: 504-524-3313 <br> barrios@bkc-law.com <br><br> *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ M. Palmer Lambert*
>  M. Palmer Lambert