UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument that the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Motion *in Limine* No. 23) (Rec. Doc. 7825) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits B and C to the Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument that the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Motion *in Limine* No. 23) UNDER SEAL.

New Orleans, Louisiana, this ___ of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1