UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Ami Cisco v. Sanofi-Aventis U.S. LLC., et al.;* *Case No. 2:17-cv-16594* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute (Doc. 7775);

**IT IS ORDERED** that the Motion is **GRANTED** and that Todd Henshaw, on behalf, Ami Cisco, deceased, and the Estate of Ami Cisco, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 5th day of August, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge