# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>RONA CIRELLO v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al | Civil Action No.: 2:18-cv-01188 |

## ORDER

    Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc. 7782);

    **IT IS ORDERED** that the Motion is **GRANTED** and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

    New Orleans, Louisiana, this 5th day of August, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge