# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Michelle Holkum v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al. C.A. No. 2:17-cv-12005* | | HON. JUDGE JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff (Doc. 7785);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Donald Holkum, II, on behalf of his deceased spouse, Michelle Holkum, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 5th day of August, 2019.

HON. JANE T. MILAZZO
United States District Judge