UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS A-G TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING SHIRLEY LEDLIE AND ANY "TAXOTEARS" OR OTHER THIRD PARTY ADVOCACY OR COMMUNICATIONS GROUP OR GROUP MEMBERS (MOTION *IN LIMINE* NO. 26) UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), respectfully requests leave of Court to file Exhibits A-G to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument Regarding Shirley Ledlie and any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members (Motion *in Limine* No. 26) under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachments to Plaintiff's Opposition should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2

1

>forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

Exhibits A-G to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument Regarding Shirley Ledlie and any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members (Motion *in Limine* No. 26) have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these exhibits be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC the respectfully requests that Exhibits A-G to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument Regarding Shirley Ledlie and any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members (Motion *in Limine* No. 26), which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that Exhibits A-G to Plaintiff's Opposition to Defendants' Motion *in Limine* to Preclude Evidence and Argument Regarding Shirley Ledlie and any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members (Motion *in Limine* No. 26) be filed UNDER SEAL.

Dated: August 6, 2019                                    Respectfully submitted,

*/s/ Darin L. Schanker*                                  */s/ Rand P. Nolen*
Darin L. Schanker                                        Rand P. Nolen
Bachus & Schanker, LLC                                   Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                           2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                         Houston, TX 77056
Phone: (303) 893-9800                                    Phone: (713) 621-7944
Fax: (303) 893-9900                                      Fax: (713) 621-9638
dschanker@coloradolaw.net                                rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*                 *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                              */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                           Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                         GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                          6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                             Los Angeles, California 90045
Phone: (504) 355-0086                                    Telephone: 510-350-9700
Fax: (504) 355-0089                                      Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                   */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                               Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                      BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER,                               701 Poydras Street, Suite 3650
LLC                                                      New Orleans, LA 70139
2800 Energy Centre, 1100 Poydras Street                  Phone: 504-524-3300
New Orleans, LA 70163-2800                               Fax: 504-524-3313
Phone: 504-522-2304                                      barrios@bkc-law.com
Fax: 504-528-9973
plambert@gainsben.com                                    *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

3

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS