# EXHIBIT A

Page 1

1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF LOUISIANA
3
4  IN RE:  TAXOTERE (DOCETAXEL)        MDL No. 2740
5  PRODUCTS LIABILITY LITIGATION
6
7  This Document Relates to:           SECTION: H
8
9  Antoinette Durden, Case No. 2:16-cv-16635;
10 Tanya Francis, Case No. 2:16-cv-17410;
11 Barbara Earnest, Case No. 2:16-cv-17144
12
13
14
15
16
17    VIDEOTAPED DEPOSITION OF COLE CLAIBORNE, M.D.
18
19       Taken at the Offices of MD Claiborne
20       Dermatology, 1477 Louisiana Avenue, New
21       Orleans, Louisiana, on Friday, November 2,
22       2018, beginning at 1:00 p.m.
23
24 JOB NO. 3069333
25

Page 36

1  Q. Do you regularly subscribe to any medical
2  journals?
3  A. The Journal of the American Academy of
4  Dermatology, Cutis. What are some of the other
5  ones? Journal of Drugs and Dermatology. Those
6  are the big ones.
7  Q. Do you consider those authoritative
8  publications?
9  A. Yes. Oh, and JAMA Dermatology, yep.
10 Q. Do you keep any medical textbooks in your
11 office for alopecia-related issues?
12 A. Uh-huh.
13 Q. What do you refer to?
14 A. Bolognia, Jean Bolognia is the Bible.
15 Q. Do you consider that to be an
16 authoritative publication?
17 A. Yes. That is the standard issue textbook
18 for any dermatology resident, and it weighs about
19 40 pounds.
20 Q. It sounds like a workout.
21 A. It's heavy.
22 Q. Have you ever acted as a consultant for
23 any pharmaceutical company?
24 A. I have been -- I have done -- I think
25 I've been like a scientific, maybe, liaison for a

Page 38

1    A.    Sure.
2    Q.    Would you agree that you are not an
3    expert in oncology when it comes to breast cancer
4    treatments?
5    A.    Yep.
6    Q.    So let's shift gears a little bit and
7    talk about hair loss. So can you put a percentage
8    on the percentage of women that will have hair
9    loss issues during their lifetime?
10   MR. CENTOLA:
11         Objection, form.
12   A.    God, I swear, about ninety-something
13   percent.
14   MR. SEARS:
15   Q.    We briefly touched upon this, but there's
16   multiple different forms of alopecia?
17   A.    Uh-huh.
18   Q.    Is that a yes?
19   A.    Yes.
20   Q.    And there's many different causes of
21   alopecia?
22   A.    Correct.
23   Q.    And the cause of any type of alopecia
24   could also be multifactorial?
25   A.    You would be very hard-pressed to find

Page 52

```
 1      Q.   Would you agree that age is a risk factor
 2   for alopecia?
 3      A.   Of course.
 4      Q.   Would you agree that being postmenopausal
 5   is a risk factor for alopecia?
 6      A.   Yep.
 7      Q.   Would you agree that iron deficiency is a
 8   risk factor for alopecia?
 9      A.   Yep.
10      Q.   Would you agree that vitamin deficiencies
11   are a risk factor for alopecia?
12      A.   Yes, sir.
13      Q.   Would you agree that medical problems,
14   such as liver disease or kidney disease are risk
15   factors for alopecia?
16      A.   Sure.
17      Q.   There's hair care practices that are risk
18   factors for alopecia?
19      A.   Yes.
20      Q.   And, in particular, there's hair care
21   practices that result in traction alopecia?
22      A.   Uh-huh.
23      Q.   Is that yes?
24      A.   Yes.
25      Q.   And that can be caused by having braids,
```

Page 53

1  or ponytails, beads, dreadlocks, chemical
2  processing, heat treatment, dyeing, all those
3  things can cause traction alopecia?
4      A.   Correct.
5      Q.   And there's multiple drugs, medication
6  that can cause alopecia?
7      A.   Yes, sir.
8      Q.   I think you mentioned this earlier, but
9  there's environmental causes of alopecia, like
10 stress.
11     A.   Yep.
12     Q.   Or surgery can cause alopecia?
13     A.   Yep.  That's a stressor.
14     Q.   Are you familiar with something called
15 metabolic syndrome?
16     A.   Yep.
17     Q.   Metabolic syndrome is a risk factor for
18 alopecia?
19     A.   Being fat is a risk factor for
20 everything.
21     Q.   And so all these things that we just went
22 through, all these multiple causes of alopecia,
23 you don't know whether these three women had those
24 risk factors?
25     A.   Nope.  I have -- as I said earlier, I do