# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


                              MDL NO.:  2740

                              SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION


This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/


                         255 Alhambra Circle, Penthouse
                         Coral Gables, Florida 33134
                         Tuesday, 9:18 a.m. - 5:25 p.m.
                         December 4, 2018


               VIDEOTAPED DEPOSITION OF

                ANTONELLA TOSTI, M.D.



                     VOLUME 1
                Pages 1 through 300


        Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                    72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 173

 1   increase.

 2           But we have a lot of old people that have

 3   a full head of hair, so I don't think age is a risk

 4   factor.

 5       Q.   So the percentage of women with

 6   androgenetic alopecia increases with age?

 7           MR. SCHANKER:  Objection, form.

 8       A.   There are two, you know, there are two main

 9   peak for androgenetic alopecia.  One main peak is

10   after first pregnancy, so these women are not old.

11   And the other one is after menopause, okay?

12           But I -- I -- I see a lot of young women

13   right now.  I don't think age is a risk factor,

14   honestly.

15   BY MR. SEARS:

16       Q.   So as women age, they have a greater chance

17   of having androgenetic alopecia, right?

18           MR. SCHANKER:  Objection, form.

19       A.   Not really with the new data, okay?  I

20   think that young women also have a lot of

21   androgenetic alopecia.  And, of course, when you age,

22   the thickness of the hair shaft decrease a little

23   bit.  So maybe the overall density may be slightly

24   reduced, but really slightly.

25

Page 229

 1                MR. SCHANKER:  Objection, form.

 2        A.   I don't know, it's possible.

 3   BY MR. SEARS:

 4        Q.   We talked about this a little bit earlier

 5   today, but there's things that can occur that can

 6   cause androgenetic alopecia to progress more quickly,

 7   right?

 8                MR. SCHANKER:  Objection, form.

 9        A.   Yes.  Telogen effluvium.

10   BY MR. SEARS:

11        Q.   All right.  So telogen effluvium can

12   accelerate the progression of androgenetic alopecia,

13   true?

14        A.   Absolutely, yes.

15        Q.   Andro- -- androgenetic alopecia is also

16   worsened by drugs with androgenetic effects, right?

17                MR. SCHANKER:  Objection, form.

18        A.   Yes.  Absolutely, yes.

19   BY MR. SEARS:

20        Q.   And drugs that have androgenetic effects

21   include tamoxifen and aromatase inhibitors, right?

22                MR. SCHANKER:  Objection, form.

23        A.   Definitely aromatase inhibitor.  Tamoxifen

24   is a little bit different.  But, okay, it's -- can

25   worsen androgenetic alopecia.

Page 234

1               MR. SCHANKER:  Objection, form.

2        A.    We discussed iron deficiency.  I agree iron

3    deficiency cause telogen effluvium.  Vitamin

4    deficiency, as I said before, the -- the new data

5    don't show that really, you know.  The role of

6    vitamin D is discussed.  There are no certain data

7    that vitamin D cause telogen effluvium.

8    BY MR. SEARS:

9        Q.    So you would at least agree that iron

10   deficiencies can aggravate and accelerate

11   androgenetic alopecia?

12       A.    Absolutely, yes.

13       Q.    Do you know whether it's common for women

14   who are being treated for breast cancer to be iron

15   deficient?

16       A.    I have no idea.

17       Q.    So I wanted to do a hypothetical, okay?

18   And here -- here's kind of the premise.

19             So we talked earlier about how a woman

20   could lose up to 50 percent of their hair before

21   noticing it.

22             So let's assume there's a woman who's lost

23   50 percent of her hair, then has chemotherapy;

24   during the chemotherapy, they take drugs that are

25   known to cause telogen effluvium, they could also

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)                              72ecbdd8-9ed6-4d44-ae56-8b8592170e9b