# EXHIBIT C

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
2
   IN RE:   TAXOTERE (DOCETAXEL)    MDL NO. 2740
3  PRODUCTS LIABILITY LITIGATION   SECTION: H
4  This document relates to:
   Antoinette Durden, Case No. 2:16-cv-16635
5  Tanya Francis, Case No. 2:16-cv-17410
   Barbara Earnest, Case No. 2:16-cv-17144
6  _____
   VIDEOTAPED EXPERT DEPOSITION
7  CURTIS THOMPSON, M.D.
8
   TAKEN IN BEHALF OF DEFENDANTS
9  FRIDAY, NOVEMBER 30, 2018
   at 8:16 A.M.
10
11
   319 Southwest Washington Street, Suite 607
12 Portland, Oregon
13
14 BE IT REMEMBERED THAT, the videotaped expert
   deposition of CURTIS THOMPSON, M.D., was taken before
15 K.M., Court Reporter and Notary Public for the State
   of Oregon, on Friday, November 30, 2018, commencing
16 at the hour of 8:16 a.m., the proceedings being
   reported at 319 Southwest Washington Street, Suite
17 607, Portland, Oregon.
18
19
20
21
22
23    Job No. NJ3132952
24
25

1   the clinician, it can affect the diagnosis.  So
2   we're trying to have a line drawn.
3           And the reason the clinician is doing the
4   biopsy is because they're trying to establish a
5   definitive diagnosis.  And so you don't want to get
6   too cozy with the clinician.  We would like this
7   objective -- objectivity.
8   BY MR. SEARS:
9       Q.   Let's just talk generally about hair loss,
10  okay?  Hair loss is a very common clinical complaint
11  for women, isn't it?
12      A.   Yes.
13      Q.   Would you agree that approximately 60
14  percent of women have clinically significant hair
15  loss during their lifetime?
16      A.   I don't know.  Depends on how long they
17  live is a good bit of it.
18      Q.   Right.  Because age is a significant risk
19  factor for hair loss?
20      A.   And people are living longer, and longer,
21  and longer.  Yes.
22      Q.   So the older a person becomes, the more
23  susceptible they are for hair loss, right?
24      A.   Well, it's a -- I mean, it should probably
25  be considered a normal variant of aging, but in

1       THE WITNESS:  I don't know.  I don't know
2  that number.
3  BY MR. SEARS:
4       Q.   You can't offer anything?
5       A.   No, I'm hesitant to -- it depends on the -
6  - I won't overtalk, but it depends on the population
7  you're looking at also, you know.  Different ethnic
8  groups, different ages, average age, it just
9  depends.
10      Q.   So there's many different forms of
11 alopecia, correct?
12      A.   Yes.
13      Q.   And there's many different causes of
14 alopecia?
15      A.   Yes.
16      Q.   And the cause of alopecia can be
17 multifactorial, right?
18      A.   Yes.
19      Q.   In other words, multifactorial means
20 there's more than one cause?
21      A.   Yes.
22      Q.   And even on one scalp there can be
23 multiple forms of alopecia occurring at the same
24 time?
25      A.   Yes.

1  can we just agree that I'm calling it a
2  dermatologist for our purposes?
3     A.   Sure.
4     Q.   So you would expect that before the
5  dermatologist takes a punch biopsy and sends it to
6  you, they get the clinical history from the patient,
7  right?
8     A.   Hopefully, yes.
9     Q.   And you agree that a careful clinical
10 history is essential in evaluating alopecia?
11        MS. ANDREWS:  Objection.
12        THE WITNESS:  Yeah.  Sure.
13 BY MR. SEARS:
14    Q.   And that careful clinical history should
15 be taken before a punch biopsy is ordered, right?
16        MS. ANDREWS:  Objection.
17        THE WITNESS:  Yes.
18 BY MR. SEARS:
19    Q.   And would you agree that the clinical
20 history should also be provided to the pathologist?
21        MS. ANDREWS:  Objection.
22        THE WITNESS:  Elements of it, yes.
23 BY MR. SEARS:
24    Q.   And so when a dermatologist takes a
25 clinical history, they want to ask about risk

Page 65

1  factors for alopecia, right?
2      A.   Yes.
3      Q.   And those can include the patient's
4  medical history, right?
5      A.   Yes.
6      Q.   Can include family history of hair loss?
7      A.   Yes.
8      Q.   And it can include talking about
9  illnesses?
10     A.   Sure.
11     Q.   It can include eating habits?
12     A.   Yes.
13     Q.   It can include medications?
14     A.   Yes.
15     Q.   They would also want to talk about any
16 endocrine abnormalities?
17     A.   Yes.
18     Q.   Part of the examination would be the
19 patient's weight because obesity is a risk factor
20 for alopecia, right?
21          MS. ANDREWS:  Objection.
22          THE WITNESS:  Unless you tie it back to
23 what I'm talking about hyper -- you know, andro --
24 androgen states like polycystic ovary, that can be
25 associated.  But I -- to my knowledge just obesity