# EXHIBIT F

Jerry Shapiro, M.D.

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | EASTERN DISTRICT OF LOUISIANA |
| 3 | - - - |
| 4 | IN RE: TAXOTERE (DOCETAXEL) |
| 5 | PRODUCTS LIABILITY           MDL No. 2740 |
| 6 | LITIGATION                   SECTION: "H" |
| 7 |                              JUDGE MILAZZO MAG. |
| 8 |                              JUDGE NORTH |
| 9 | This document relates to: |
| 10 | All cases |
| 11 | - - - |
| 12 | May 19, 2019 |
| 13 | - - - |
| 14 | Videotaped deposition of |
| 15 | JERRY SHAPIRO, M.D., held at Dechert, 1095 |
| 16 | Avenue of the Americas, New York, New |
| 17 | York, commencing at 9:30 a.m., on the |
| 18 | above date, before Marie Foley, a |
| 19 | Registered Merit Reporter, Certified |
| 20 | Realtime Reporter and Notary Public. |
| 21 | - - - |
| 22 | GOLKOW LITIGATION SERVICES |
| 23 | 877.370.3377 ph | 917.591.5672 fax |
| 24 | Deps@golkow.com |

1   Like I mentioned lithium before.

2       Q.    Yes.  Yes.

3       A.    Okay.

4       Q.    But focusing again on the
5   etiology and pathogenesis, the underlying
6   biological cause, it's my understanding
7   that that is not known to science about
8   telogen effluvium?

9       A.    Well, it is known that the hairs
10  quit anagen prematurely and then go into
11  telogen and they fall out three months
12  after.  So that's known.

13          Now, what makes them go from
14  anagen to telogen, there are certain
15  things that can do this.  If there's some
16  kind of metabolic disturbance or a
17  medication or some deficiency in anything,
18  malnutrition, whatever.  These things can
19  make the hair come out.

20      Q.    What is the biological
21  mechanism, the etiology and pathogenesis
22  of that process?

23      A.    We don't know.  We don't know
24  why a drug does it in some people and