# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   BARBARA EARNEST,
 5              Plaintiff,
 6   VERSUS              CASE NO. 2:16-cv-17731
 7   SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US SERVICE,
 8   INC., AND AVENTIS-PHARMA,
 9              Defendants.
10
11
12
13          Videotaped deposition of JAMES E.
14   CARINDER, M.D., taken at the offices of NORTHSHORE
15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16   Suite 390, Slidell, Louisiana 70458, on Thursday,
17   January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25      Job No. NJ2757175
```

1  the percentage increase that they've given or why
2  you think that they've increased survival rates?
3              MR. SCHANKER:
4                   Objection, form.
5              THE WITNESS:
6                   Because it was a different class
7  of drugs that hadn't been seen before.  And
8  they -- they have incredible efficacy in breast
9  cancer and many other malignancies.  You know,
10 when I started out doing this, the -- the taxanes
11 were -- when I was a fellow, paclitaxel was the
12 only thing that was really coming around.  You
13 know, everybody was using that.  And the docetaxel
14 came along and had equal efficacy.
15                   But the reason -- and the reason I
16 gravitated more towards using docetaxel is because
17 you didn't lose efficacy, but you reduced the
18 infusion-related complications and the daunting
19 neuropathy that a lot of patients get.
20 EXAMINATION BY MS. BIERI:
21     Q.   Are you aware of whether the docetaxel
22 compound has a greater affinity for tubulin and
23 more potent antimito- -- mitotic activity than
24 other taxane compounds?
25              MR. SCHANKER:

1             Objection, form.
2        THE WITNESS:
3             That's a Board question, and I
4   don't really recall what the affini- -- you know,
5   I think it does, but without going back and
6   looking at that again.  That sounds like a Board
7   question, though.
8   EXAMINATION BY MS. BIERI:
9        Q.   Are you aware of any studies that have
10  found the docetaxel molecule twice as potent in
11  inhibiting mitosis?
12       MR. SCHANKER:
13            Objection, form.
14       THE WITNESS:
15            No, I don't remember reading that.
16  EXAMINATION BY MS. BIERI:
17       Q.   What would you say is the primary goal
18  when you're identifying a treatment plan for a
19  breast cancer patient?
20       A.   That question is -- has to be
21  clarified.  Okay?
22            Are you referring to a -- an
23  adjuvant setting?  Are you referring to a patient
24  with metastatic disease?  What stage of breast
25  cancer are you referring to?  Because your

1  treatment approach is different.  You have to be
2  clear with your question.
3      Q.   Okay.  Let me ask you this.
4      A.   Okay.
5      Q.   Say patients who are maybe going into
6  palliative care, is an overarching goal of breast
7  cancer treatment survival?
8      A.   If you're talking about Stage 4 disease
9  or metastatic disease, okay, the goal there is
10 palliation.  Okay?  I think a common sense and a
11 reasonable approach with treating those patients
12 is the goals of treating pa- -- patients
13 palliatively -- palliatively versus with curative
14 intent, okay, the goal there is to alleviate their
15 symptoms, improve their quality of life, hopefully
16 help them live longer; but at the same time done
17 in the context that you're not making them sicker
18 than what they were.
19     Q.   Sure.
20     A.   Okay?  So you have to know when to get
21 your umbrella out.  If somebody can't tolerate the
22 treatment, it's -- it's -- you're really not doing
23 them a service if you're treating them with
24 something that's -- that's beating them down worse
25 than what they were before you started.

1     Q.   Okay.  Now, taken outside of that
2  context --
3     A.   Okay.
4     Q.   -- for other patients, would you say
5  that disease-free survival is the primary goal?
6     A.   Yes.  I mean, if you're treating with
7  curative intent?
8     Q.   Yes.
9     A.   Say adjuvant treatment for, say, a
10 Stage 2 breast cancer where the patient's had
11 surgery, and you're -- and you're -- and
12 they're -- they're at -- they're at risk of
13 developing recurrent disease, so you're going to
14 treat them to hopefully keep their disease away
15 for good?
16    Q.   (Affirmative response.)
17    A.   Yes.  I mean, that's the goal there.
18    Q.   Yeah.
19              So for a patient like
20 Miss Earnest, was the goal --
21    A.   Treatment?  She was treated with
22 curative intent.
23    Q.   So she could survive, correct?
24    A.   Yes.  She was treated with curative
25 intent.

Page 73

1      Q.   Let's talk about the specifics of
2   Miss Earnest's breast cancer.  And it sounds like
3   you have refreshed yourself on your care of her,
4   but if you want to refer to that Exhibit #3, feel
5   free to.  It's not a memory contest.
6              Do you know what type of breast
7   cancer Miss Earnest had?
8      A.   Ductal carcinoma.
9      Q.   And is there a difference -- i- -- is
10  all ductal carcinoma infiltrating?
11     A.   Seventy percent of breast cancers are
12  infiltrating ductal breast cancer.  About ten
13  percent are lobular.  Okay?  There's a smattering
14  of other very rare and uncommon subtypes.  Lobular
15  breast carcinomas, we see.  They're -- but like I
16  said, not nearly as common.  Seventy, 75 percent
17  of breast cancers that are seen are ductal
18  carcinomas.
19     Q.   Okay.  And did -- whe- -- when you saw
20  Miss Earnest for the first time, she had already
21  had surgery, correct?
22     A.   Yes.
23     Q.   So you were considering her in an
24  adjuvant setting?
25     A.   Yes.

Page 74

1    Q.   And did she have any nodes positive?
2    A.   Yes.
3    Q.   In one of your notes, I saw a reference
4    to "intermediate or high grade infiltrating ductal
5    carcinoma"?
6    A.   Yes.
7    Q.   What does that mean, the intermediate
8    or high grade component?
9    A.   Well, they look at angiolymphatic
10   invasion.  They look at the Ki-67, which is a
11   proliferative index.  And, I mean, it's how poorly
12   or how well differentiated the tumor is.  Okay?  I
13   mean, hers was in the middle to approaching a
14   higher grade tumor.
15   Q.   And she was HER2 negative, correct?
16   A.   Yes.
17   Q.   And do you recall her ER and PR status?
18   A.   Positive.
19   Q.   What chemotherapy drugs have you used
20   over the course of your career that you are now no
21   longer using?
22   A.   That we don't use anymore?
23   Q.   (Affirmative response.)
24   A.   Nitrogen mustard, thiotepa.  I mean,
25   meclorethamine.  I mean, there are some that are

```
 1  just not even available anymore, and they -- and
 2  we don't use them.  Okay?
 3       Q.   And I mean in your personal practice.
 4  And I'll -- I'll even narrow it down to --
 5       A.   Those.
 6       Q.   -- breast cancer patients.  Okay.
 7       A.   Well, we used to use thiotepa in breast
 8  cancer a long time ago, way back.
 9       Q.   Would you say that the choice of the
10  chemotherapy agent is a patient-specific
11  determination?
12            MR. SCHANKER:
13                 Objection, form.
14            THE WITNESS:
15                 Be a little clearer, please.
16  EXAMINATION BY MS. BIERI:
17       Q.   Certainly.
18                 Is there one chemotherapy drug
19  that you prescribe across the board for all your
20  patients?
21       A.   Not necessarily.  You have to tailor
22  your treatment for who you're treating.
23       Q.   So what factors do you consider when
24  you're coming up with your treatment plan and what
25  chemotherapy drugs you're gonna use?
```

1      A.   Well, if they have a bad heart, okay,
2  you can't use doxorubicin because that's
3  cardiotoxic.  Okay?  That's -- that's a -- you
4  know, if they have a cardiomyopathy with an
5  injection fraction that's too low, obviously
6  you're not gonna give them doxorubicin.  You're
7  putting the patient at big risk.  Okay?
8           If it were someone that had
9  horrible diabetes with neuropathy, okay, a lot of
10 our chemo drugs that we use, not just for breast
11 cancer, but for colon cancer and myeloma, cause
12 neuropathy and aggravate neuropathy.  And if they
13 already have existing neuropathy, you're gonna
14 make things worse.
15          You have to -- you have to -- you
16 have to look at who's in front of you.
17     Q.   Does the cancer type itself or the
18 stage of cancer inform your decisionmaking?
19     A.   Yes.  Absolutely.
20     Q.   The personal risk factors that the
21 patient has beyond the heart -- the hear- -- the
22 heart conditions or diabetes or neuropathy, can
23 you think of any?
24     A.   What do you mean by --
25          MR. SCHANKER: