# EXHIBIT K

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   BARBARA EARNEST,

5           Plaintiffs,

6

7   VERSUS            CIVIL ACTION NO. 2:16-cv-17731

8

9   SANOFI S.A., SANOFI-AVENTIS U.S.

10  L.L.C., SANOFI US SERVICE, INC., and

11  AVENTIS-HARMA S.A.,

12          Defendants.

13

14

15

16

17

18          DEPOSITION OF BARBARA EARNEST

19

20      Taken at the Offices of Barrios, Kingsdorf &

21      Casteix, LLP, 701 Poydras Street, Suite 3650,

22      New Orleans, Louisiana, on Thursday, December

23      21, 2017, beginning at 8:42 a.m.

24

25  JOB NO. 2757174

Page 109

1    A.   Oh, high blood pressure, yes.

2    Q.   Heart attack?

3    A.   No.

4    Q.   Stroke?

5    A.   Not that I know of, no.

6    Q.   And do you know the date of her death?

7    A.   August -- no.  I take that back.  It's in

8  --

9    Q.   And if you want to refer to Exhibit 2, if

10  that helps you in any way, you may.

11    A.   I know the year was '83.

12    Q.   That's okay.

13    A.   I know she died in the year '83.

14    Q.   And then I'm going to ask the same

15  questions about your father.  He's passed,

16  correct?

17    A.   Yes.

18    Q.   And do you know the year he passed?

19    A.   Oh, I want to say '88.

20    Q.   And do you know the cause of his death?

21    A.   Diabetes.

22    Q.   Had your mom ever been diagnosed with

23  cancer?

24    A.   Yes.

25    Q.   What kind of cancer?

```
                                        Page 110
 1      A.   Well, we have conflicting -- my oldest
 2   sister, she says ovarian.  My second -- my other
 3   sister says uterine cancer.  So now I have no idea
 4   of knowing which one she had.
 5      Q.   But you think it was ovarian or uterine,
 6   correct?
 7      A.   Yes.  Yes.  We do know that.
 8      Q.   Do you know the year she was diagnosed
 9   with either ovarian or uterine cancer?
10      A.   The year she died.
11      Q.   In 1983?
12      A.   Uh-huh.
13      Q.   Did she receive any treatment of any
14   kind?
15   MR. SCHANKER:
16          Objection, form.
17   MS. BIERI:
18      Q.   To your knowledge?
19      A.   None that I know of, no.
20      Q.   To your knowledge, she didn't undergo any
21   chemotherapy?
22      A.   No, she didn't, that I know of.
23      Q.   Any other cancer diagnosis of which you
24   are aware for your mother?
25      A.   No, none.
```