# EXHIBIT L

Page 315

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:  H
       This Document Relates to:      )
 6                                    )
       Antoinette Durden,             )
 7     Case No. 2:16-cv-16635;        )
       Tanya Francis,                 )
 8     Case No. 2:16-cv-17410;        )
       Barbara Earnest,               )
 9     Case No. 2:16-cv-17144         )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                    Costa Mesa, California
16                 Monday, December 10, 2018
17                        Volume II
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3154285
24
25     PAGES 315 - 557
```

1      Q   -- in choosing to have both breasts
2   removed?
3           MR. THORNTON:  Excuse me.  I didn't mean to
4   interrupt.
5           Objection to form.
6           THE WITNESS:  Do I believe that?  No, I
7   wasn't there to counsel her on it.  I certainly have
8   seen patients like this at age 60 with a family
9   history that choose this, that feel very strongly
10  about their worry about getting a second breast
11  cancer and the need for follow-up mammogram.  An MRI
12  on the nodes makes it worth removing the other
13  healthy breast.
14  BY MR. STRONGMAN:
15     Q   If you were Ms. Durden's medical
16  oncologist -- strike that.
17          If you were counseling Ms. Durden about
18  these various surgical options, would you counsel
19  her to go a different direction?
20     A   I always talk about these options in
21  patients with family history.  I also work with,
22  probably, the best genetics department in the
23  country, so we actually can put some numbers to the
24  secondary risk and do genetic testing.  Not all
25  patients have access to that and didn't have it --

1    A    To look at that exactly, I'll look at my
2    report because I think I describe it in my report
3    specifically.
4    Q    Feel free.
5    A    Yes, both her estrogen receptor and
6    progesterone receptor were positive.
7    Q    And the HER2 was negative, correct?
8    A    Yes, meaning nonamplified.
9    Q    And what is the purpose in -- strike that.
10        When you see a patient who comes to you for
11   advice, do you take a family history?
12   A    Yes.
13   Q    Why?
14   A    In breast cancer and several other cancers,
15   it is important to know whether the patient may have
16   had this sporadically -- you know, 90, 95 percent of
17   all breast cancer is sporadic, bad luck for women, 1
18   in 8 of us get breast cancer.
19        For somewhere between 5 and 7 percent of
20   women, there may be a family history.  The patient
21   may have inherited a gene mutation that may have
22   made it more likely for them to get this breast
23   cancer, and, therefore, there may be a risk of a
24   second breast cancer or ovary cancer or other
25   cancers.