# EXHIBIT E

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                       )
 4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION) 
 5                                     )Section:  H
       This Document Relates to:       )
 6                                     )
       Antoinette Durden,              )
 7     Case No. 2:16-cv-16635;         )
       Tanya Francis,                  )
 8     Case No. 2:16-cv-17410;         )
       Barbara Earnest,                )
 9     Case No. 2:16-cv-17144          )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                   Costa Mesa, California
16                 Monday, December 3, 2018
17                        Volume I
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3134931
24
25     PAGES 1 - 314
```

1      Q   And the title of the article is "Scalp
2   Metastases and Scalp Cooling For Chemotherapy-
3   Induced Alopecia Prevention," correct?
4      A   Yes, uh-huh.
5      Q   This is an article from 2006; is that
6   correct?
7      A   Yes.
8      Q   And in the article it says study of 227
9   breast cancer patients, correct?
10     A   Yes.
11     Q   And in that study 2 developed scalp
12  metastasis, correct?
13     A   Yes.
14     Q   So that's 2 out of 227, correct?
15     A   Yes.
16     Q   And in your practice using Taxotere, you
17  have treated hundreds of patients, correct?
18     A   Yes.
19     Q   And in your practice, you have had two that
20  you believe may have had permanent hair loss,
21  correct?
22     A   Yes.
23     Q   Well less than 1 percent of patients that
24  you have treated, correct?
25     A   That's why individual --