UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144.

### SANOFI'S *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT TO ITS OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 10 TO PRECLUDE TESTIMONY AND EVIDENCE REGARDING INSTANCES OF PERMANENT ALOPECIA AMONG THOSE PRESCRIBED TAXOTERE BY SANOFI'S EXPERTS UNDER SEAL

Defendant respectfully requests leave of Court to file under seal the following exhibit to its Opposition to Plaintiff's Motion *In Limine* No. 10 to Preclude Testimony and Evidence Regarding Instances of Permanent Alopecia Among Those Prescribed Taxotere by Sanofi's Experts (Rec. Doc. 7845):

- Exhibit B

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including; medical records;

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
[u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

medical and protected health information; and personal identifying information.  For these reasons, the exhibit must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibit be filed UNDER SEAL.

                Respectfully submitted,

                /s/ *Douglas J. Moore*
                Douglas J. Moore (Bar No. 27706)
                **IRWIN FRITCHIE URQUHART & MOORE LLC**
                400 Poydras Street, Suite 2700
                New Orleans, LA 70130
                Telephone: 504-310-2100
                Facsimile: 504-310-2120
                dmoore@irwinllc.com

                Harley V. Ratliff
                Adrienne L. Byard
                Kelly Bieri
                **SHOOK, HARDY& BACON L.L.P.**
                2555 Grand Boulevard
                Kansas City, Missouri 64108
                Telephone: 816-474-6550
                Facsimile: 816-421-5547
                hratliff@shb.com
                abyard@shb.com
                kbieri@shb.com

                *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 6, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                /s/ *Douglas J. Moore*
                Douglas J. Moore