UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
Barbara Earnest, Case No. 2:16-cv-17144

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' FIRST OMNIBUS MOTIONS *IN LIMINE*
(MOTIONS *IN LIMINE* NOS. 1-14)**

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of court to file her Opposition to Defendants' First Omnibus Motions *in Limine* (Motions *in Limine* Nos. 1-14), in excess of the 25-page limit set forth in Local Rule 7.7.

Here, in an effort to promote judicial efficiency by reducing the number of individual oppositions and to be consistent with the form of Defendants' First Omnibus Motions in Limine (Motions in Limine Nos. 1-14), Plaintiff responds to Sanofi's bundled Omnibus Motions *in Limine* in a single opposition brief. The 25-page limit for opposing briefs under Local Rule 7.7 is insufficient. For this reason, Plaintiff requests an additional 10 pages to respond to Sanofi's Omnibus Motions *in Limine* (Motions *in Limine* Nos. 1-14)

WHEREFORE, Plaintiff prays that this court will grant leave to file her Opposition to Defendants' First Omnibus Motions *in Limine* (Motions *in Limine* Nos. 1-14) in excess of the 25-page limit set forth in Local Rule 7.7.

Dated: August 6, 2019                                        Respectfully submitted,

/s/ Darin L. Schanker                                        /s/ Rand P. Nolen
Darin L. Schanker                                            Rand P. Nolen
Bachus & Schanker, LLC                                       Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                               2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                             Houston, TX 77056
Phone: (303) 893-9800                                        Phone: (713) 621-7944
Fax: (303) 893-9900                                          Fax: (713) 621-9638
dschanker@coloradolaw.net                                    rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*                     *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

/s/ Christopher L. Coffin                                    /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                               Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                             GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                              6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                 Los Angeles, California 90045
Phone: (504) 355-0086                                        Telephone: 510-350-9700
Fax: (504) 355-0089                                          Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                       kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                                *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                         /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                                   Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                          BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                      New Orleans, LA 70139
New Orleans, LA 70163-2800                                   Phone: 504-524-3300
Phone: 504-522-2304                                          Fax: 504-524-3313
Fax: 504-528-9973                                            barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                             *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                                       */s/ M. Palmer Lambert*
                                                                                       M. Palmer Lambert