# EXHIBIT C

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
IN THE COURT OF COMMON PLEAS OF PHILADLEPHIA COUNTY
CIVIL TRIAL DIVISION

IN RE: XARELTO® LITIGATION

| | | |
|---|---|---|
| KEVIN F. COONEY | : | JUNE TERM, 2016 |
| Plaintiff, | : | No. 2012 |
| v. | : | |
| JANSSEN PHARMACEUTICALS, INC., et al., | : | |
| Defendants. | : | |

DOCKETED
COMPLEX LIT CENTER
AUG 1 2018
J. STEWART

## ORDER

AND NOW, this ___1st___ day of ___August___, 2018, upon consideration of Plaintiff's *Motion In Limine* to Preclude Defendants' counsel from "Improper Vouching Including Referring to Themselves as Part of Janssen or Bayer", and the response of Defendants, it is hereby **ORDERED** that the motion is **GRANTED**, and Defendants' attorneys are barred from directly stating that they are part of Janssen or Bayer or by implying same by using the terms "we" or "us" when referring to their clients.

BY THE COURT:

M. TERESA SARMINA,    J.

Cooney Vs Janssen Resea-ORDER

16060201200310

Case No.: 160602012
Control No.: 18071126