# EXHIBIT B

Page 1

1          UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4   BARBARA EARNEST,
5            Plaintiff,
6   VERSUS              CASE NO. 2:16-cv-17731
7   SANOFI S.A., SANOFI-AVENTIS
    U.S. L.L.C., SANOFI US SERVICE,
8   INC., AND AVENTIS-PHARMA,
9            Defendants.
10
11
12
13          Videotaped deposition of JAMES E.
14   CARINDER, M.D., taken at the offices of NORTHSHORE
15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16   Suite 390, Slidell, Louisiana 70458, on Thursday,
17   January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25      Job No. NJ2757175

```
 1   that.
 2              What -- you said alopecia, in your
 3   opinion, is a -- an expected side effect of
 4   certain chemotherapy drugs?
 5        A.   Certain chemotherapy drugs.
 6        Q.   Sure.
 7              Would you mind telling me which
 8   ones?
 9        A.   Which chemotherapy drugs cause
10   alopecia?
11        Q.   (Affirmative response.)
12        A.   A lot of them do.  Anthracyclines do.
13   Cisplatin does.  Etoposide does.  Paclitaxel does,
14   docetaxel does, vincristine does.  There are many.
15        Q.   And are you sa- -- and by saying that
16   you have fam- -- you said you consider yourself to
17   have expertise in those areas?
18        A.   Ar- -- familiarity.
19        Q.   Familiarity?
20        A.   Familiarity.
21        Q.   Okay.
22        A.   Like I said, not every chemotherapy
23   drug causes the hair to fall out.
24        Q.   Can you --
25        A.   Her hair was gone by the time she got
```

Page 58

1    docetaxel.
2        Q.    And you're speaking about Miss Earnest?
3        A.    Yes.
4        Q.    Let me ask you a few questions about --
5    I'm trying, I'm so sorry.  I do it --
6        A.    I know.  Your vo- -- it's because I'm
7    stopped up, and it's -- it makes it a little bit
8    harder to hear, but --
9        Q.    But my --
10       A.    But your voice is very soft.
11       Q.    My apologies.  I -- I get loud, and
12   then I think I'm being offensive, and so I try to
13   back it down.
14       A.    No, speak up.  I'd rather have you
15   speak up.
16       Q.    Okay.  And I'll sit a little closer
17   too.
18       A.    Okay.
19       Q.    Can you tell me what hospitals you're
20   affiliated with?
21       A.    St. Tammany Hospital, Lakeview Regional
22   Medical Center, Slidell Memorial Hospital.
23       Q.    And you have privileges at those
24   hospitals?
25       A.    Yes.