# EXHIBIT C

**Expert Report: Barbara Earnest**
**Jerry Shapiro, M.D.**
**January 11, 2018**

## I.   QUALIFICATIONS/PUBLICATIONS

1.   Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

## II.   LIST OF TESTIMONY FOR LAST FOUR YEARS

2.   Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

## III.   MATERIALS REVIEWED

3.   I base my opinions on: my education, training, and experience as a dermatologist; my knowledge of medical and scientific information reasonably relied on by members of my medical specialty; my review of pertinent medical and scientific literature; and my review of materials related to Barbara Earnest.  A list of materials reviewed in forming my opinions as to Barbara Earnest is attached as Exhibit A.  I am being compensated, without regard of the outcome of this litigation, $1000 per hour.

## IV.   OPINIONS OFFERED

### A.  General Opinions

4.   The opinions in this report incorporate those in my report "Expert Report: Alopecia in Women" (December 9, 2018).

### B.  Case-Specific Opinions Regarding Barbara Earnest

5.   It is my opinion to a reasonable degree of medical probability that Ms. Earnest is experiencing androgenetic alopecia or "AGA".  My opinion is that Ms. Earnest is likely to have had the initial stages of androgenetic alopecia before her chemotherapy.  It is also my opinion that Ms. Earnest's long-term use of Arimidex has caused or contributed to her hair loss.

6.   If chemotherapy was a factor associated with some part of Ms. Earnest's hair loss, it cannot be determined what portion if any of her present hair loss is associated with a particular chemotherapy.  Ms. Earnest received several chemotherapies and lost her hair after receiving Adriamycin and Cytoxan, and before receiving Taxotere.  No hair loss can be specifically attributed to Taxotere.

### C.  Opinions On Barbara Earnest's Hair Loss

7.   Ms. Earnest is a 68 year-old, Caucasian woman. She has many factors associated with alopecia, including: medications; hormonal therapy; vitamin B12; vitamin D and iron deficiencies; morbid obesity (BMI of 42); Metabolic Syndrome; age; and being post-menopausal.

8. Ms. Earnest was diagnosed with breast cancer in 2011 when she was 60 years old. She was treated in 2011 for her breast cancer with surgery, radiation, and chemotherapy. For surgery, she had a lumpectomy. Ms. Earnest's chemotherapy included four cycles of Adriamycin and Cytoxan followed by four cycles of Taxotere.

9. Ms. Earnest testified that before her chemotherapy treatment she had always had "baby fine" hair.[1] Ms. Earnest kept her hair short, about at the ears.[2] She kept it that way because she thought her hair was too thin or fine to be long.[3] Ms. Earnest highlighted her hair from 1975 to 2005.[4] She would get her hair highlighted when she began to see roots, and she only needed her hair highlighted twice a year.[5] Ms. Earnest testified that her hair "didn't grow really long quickly" and that between 2005 and 2011 she needed about 3 or 4 haircuts to keep her hair at ear length.[6]

10. The density of Ms. Earnest's scalp and body hair before chemotherapy is not known. Women can lose up to 50% of scalp hair before hair loss is noticed. This is true in cases of androgenetic alopecia, which can progress slowly.

11. I have seen photographs of Ms. Earnest from before her chemotherapy. These photographs do not show her hair composition clearly. This makes it difficult to accurately evaluate her baseline hair before breast cancer.

12. Ms. Earnest lost her hair fully after her second treatment with Adriamycin and Cytoxan.[7] Ms. Earnest's hair loss occurred before she received Taxotere.[8] Ms. Earnest did not have any hair when she started taking Taxotere.[9]

13. After chemotherapy, Ms. Earnest was prescribed Arimidex, which I understand she continues

---

[1] Barbara Earnest Dep. 192:2–4; 192:23–25; 193:1.

[2] Barbara Earnest Dep. 193:8–25.

[3] Barbara Earnest Dep. 194:3–6.

[4] Barbara Earnest Dep. 244:6–8.

[5] Barbara Earnest Dep. 244:7–24.

[6] Barbara Earnest Dep. 247:4–17.

[7] Barbara Earnest Dep. 222:23–25 ("So your hair began to fall out when you were taking Adriamycin and Cytoxan, correct? A: Uh-huh. Yes."); Northshore Oncology Associates (May 10, 2011) 260 ("There is alopecia secondary to cytotoxic chemotherapy."); Northshore Oncology Associates (May 31, 2011) 259 ("There is alopecia secondary to cytotoxic chemotherapy."); Northshore Oncology Associates 258 ("There is alopecia secondary to cytotoxic chemotherapy.").

[8] Slidell Memorial Hospital 293–304 (5/3/2011 second A/C Infusion); Slidell Memorial Hospital 426–33 (6/22/2011 first Taxotere Infusion).

[9] Dr. Antonella Tosti, Depo. Tr. at 394:15–22.

to take.[10]   Arimidex is associated with alopecia and cannot be ruled out as a factor in Ms. Earnest's hair loss.   In my clinical practice, I have treated many women who are taking Arimidex (or tamoxifen) and who have androgenetic alopecia.   In my opinion, their alopecia has been caused or aggravated by the use of these types of drugs.

14. Ms. Earnest also has symptoms common in Vitamin B12 deficiency (as well as in neuropathy, with which she is diagnosed), including pins and needle sensations in the hands and feet,[11] fatigue,[12] dysgeusia,[13] and weakness.   Vitamin B12 deficiency or associated pernicious anemia may be associated with alopecia.[14]

15. Previous laboratory testing has shown that Ms. Earnest had low Vitamin D and Vitamin B12 binding capacity[15] and high folate.[16]   Ms. Earnest received Vitamin B-12 injectable therapy in 2012, and coincided with the period in time in which she reported that her hair started to grow back.[17]   If Ms. Earnest has not been monitored for her Vitamin D and B12 deficiencies, the role of such deficiencies may contribute to her hair loss and cannot be ruled out as a contributing factor.

16. My understanding is that, outside of this litigation, Ms. Earnest has not seen a dermatologist for alopecia, but had two punch biopsies taken by Dr. Cole Claiborne on March 26, 2018.   Dr. Curtis Thompson produced a pathology report for these biopsies.   Dr. Antonella Tosti examined Ms. Earnest after and took trichoscopic photographs of her scalp.

---

[10] Northshore Oncology Associates 251–52; Bridgette Collins-Burow 6-9.

[11] Northshore Oncology Associates 253 (Sept. 20, 2011) ("She is starting to get her taste buds back but still has some neuropathy and pins and needle sensation in the feet and fingers. . . ."); Northshore Oncology Associates 230, 251-252 (Nov. 29, 2011).

[12] Slidell Radiation Center 17 (Nov. 9, 2011) ("fatigue, still has some abnormal sense of taste since chemotherapy, and mild peripheral neuropathy").

[13] Slidell Radiation Center 19 (Oct. 19, 2011) ("complains of metallic taste in mouth"); Bruce S. Samuels 10-21 (Dec. 8, 2011) ("dysgeusia").

[14] Ramsey, ID, Rushton, DH, "Reduced serum vitamin B12 levels during oral cyproterone-acetate and ethinyl-oestradiol therapy in women with diffuse androgen-dependent alopecia", Clin. Exp. Dermatol. 1990 Jul; Rushton, DH, "Management of hair loss in women", Dermatol. Clin. 1993 Jan.; Cheung, Sink, English, "Vitamin and Mineral Deficiencies in Patients with Telogen Effluvium: A Retrospective Cross-Sectional Study", J Drugs Dermatol. 2016.

[15] Ochsner Health Center 37-43; Ochsner Health Center 115-118.

[16] (3/11/2014) Slidell Memorial Hospital 1073-1075 (Folate = >24.8 [H], [2.2-11.2 ng/ml].

[17] Barbara Earnest Dep. 232:21–24 (testifying hair grew back in 2012).  Ms. Earnest's primary care physician prescribed Cyanocobalamin (Vitamin B-12) injections, 1,000 mcg/ml. 1 ml every 30 days with 12 refills; and Ergocalciferol (Vitamin D2), 50,000 unit capsules, once weekly, dispense 4 tablets, with 12 refills. Ochsner Health Center 46-47, 64.

17. It is my opinion that Ms. Earnest's clinical and pathological evidence are consistent with a diagnosis of androgenetic alopecia. Dr. Tosti found yellow dots with regrowing hairs from 3-10 cms, twenty percent variability in hair shaft diameters, and a shift toward vellus or terminal hairs. Trichoscopy did not show follicular loss. Clinical photographs showed an androgenetic pattern, with the most dense hair at the occipital and temporal areas and least dense hair at androgen dependent areas, including the vertex and midline. This is consistent with a diagnosis of severe androgenetic alopecia.

18. Based on my review, the pathological findings for Biopsy A and B are both consistent with androgenetic alopecia. I have reviewed the pathology report prepared by Dr. Chandra Smart, who is a dermatopathologist at UCLA. As Dr. Smart notes, the pathology findings are consistent with those of androgenetic alopecia (AGA). The findings that the alopecia is non-scarring with a marked shift to vellus hairs with sebaceous gland preservation is most consistent with androgenetic alopecia. The terminal to vellus ratio shows marked miniaturization fitting AGA. The anagen to telogen ratios also fit this diagnosis. Androgenetic alopecia is common in women over 60, and Ms. Earnest's age is consistent with this diagnosis.

19. Ms. Earnest's use of Arimidex likely has caused or contributed to her hair loss. Aromatase Inhibitors are known to cause hair loss in an androgenetic pattern, and can cause severe hair loss.[18] Arimidex may have contributed to prevent Ms. Earnest from fully regrowing hair after experiencing anagen effluvium during chemotherapy and may still be contributing to prevent Ms. Earnest's hair growth. Many years of reduced follicular inactivity from the use of Arimidex may have accelerated Ms. Earnest's androgenetic process or reduced her ability to regrow hair.

20. Blood tests are useful in assessing potential causes of alopecia. My understanding is that Ms. Earnest did not have blood tests performed in her evaluations by Drs. Claiborne and Tosti, so the deficiencies and conditions detectable by laboratory testing cannot be ruled out as contributory to her present hair loss.

21. Ms. Earnest's family history also appears consistent with a diagnosis of AGA. Ms. Earnest testified that her brother Jules LeBlanc has "some" hair loss, and his hair is "thin."[19] A photo of Jules LeBlanc indicates he has severe androgenetic alopecia, resembling that experienced

---

[18] Freites-Martinez, Shapiro, Chan, et al., "Endocrine Therapy-Induced Alopecia in Patients with Breast Cancer", JAMA Dermatol. 2018.

[19] Earnest Dep. 151:14-152:4.

by Ms. Earnest. (Figure 3). Ms. Earnest testified that her brother Ronald LeBlanc also had "some hair loss" and "thin" hair.[20] Androgenetic alopecia among siblings supports a diagnosis of androgenetic alopecia. The same can be said for the photographic documentation of Ms. Earnest's sons. (Figure 3).

22. While trichoscopy (also sometimes called dermatoscopy) is not definitive, my opinion that Ms. Earnest has AGA is corroborated on trichoscopic findings by Dr. Tosti of yellow dots (Figures 5 and 6). As described by Lima et. al. (2016) "Yellow dots are follicular ostium filled with keratin and/or sebum. Initially, they were exclusively associated with alopecia areata." These yellow dots have been described in androgenetic alopecia, making it important to the differential diagnosis among multiple causes of alopecia. As further described by Lima, et. al: ". . . their occurrence is so important in female pattern alopecia that the existence of four or more yellow dots on four trichoscopic fields in the frontal region is one of the major trichoscopic criteria for the diagnosis of the disease. The presence of yellow dots contributes to the correct detection of this dermatosis, and also sometimes reduces the need for more invasive diagnostic methods."[21] The presence of these findings on trichoscopy further points to the fact that Ms. Earnest has AGA.

23. To summarize, her pathology and clinical presentation are consistent with androgenetic alopecia, as are her age, genetics and post-menopausal status. Even if some portion of Ms. Earnest's hair loss were associated with her chemotherapy, Cytoxan and Adriamycin have both been reported with cases of ongoing alopecia. Ms. Earnest's hair fell out after she took these chemotherapies and before she took Taxotere. If some portion of Ms. Earnest's alopecia was caused or aggravated by chemotherapy, it would be impossible to rule out Cytoxan and/or Adriamycin. The same could be said about Arimidex, which may also have caused or exacerbated her present hair loss.

**D. Opinions on Analysis of Dr. Cole Claiborne, Dr. Curtis Thompson, and Dr. Antonella Tosti**

24. In my 32-year career, I have treated thousands of women with androgenetic alopecia, as well as other forms of hair loss. I have also performed hundreds of scalp biopsies and submitted differential diagnoses to dermatopathologists for every biopsy.

---

[20] Earnest Dep. 152:5-152:17.

[21] Caren dos Santos Lima et al., Yellow dots in trichoscopy: relevance, clinical significance and peculiarities, Images in Dermatology (2016).

25. Differential diagnoses, scalp biopsies, and pathology are critical to the accurate diagnosis and treatment of hair loss.

26. There are other important medical tools dermatologists use to assess a patient's hair loss and conduct a differential diagnosis. A dermatologist should not seek only information that confirms his or her initial impressions or the suggestions of the patient or others. Many types of hair loss present similarly. A woman who had never received chemotherapy could present with hair loss as seen with Ms. Earnest. An accurate clinical history is essential to any hair assessment or treatment. Blood tests[22] and trichoscopy are likewise important.

27. Non-scarring alopecia features visible follicular openings (ostia). Scarring alopecias do not feature ostia.[23] These observations can be refined using trichoscopy.

28. Trichoscopy looks at the scalp under magnification. It may allow a dermatologist to examine the scalp, hair density, hair breakage, and hair follicles. It can be useful in establishing clinical diagnoses. Trichoscopy is useful to deciding which portions of the scalp to biopsy. There are certain features observable with trichoscopy that can be correlated with certain types of alopecia. It is not definitive, but trichoscopy can be useful to seeing if alopecia is scarring or non-scarring.

29. Barbara Earnest had a single trichoscopic evaluation that took place seven years after her chemotherapy. There was no trichoscopy close in time to Ms. Earnest's chemotherapy treatment. There is no available baseline and no comparison points for this evaluation. The exam that was performed cannot establish that chemotherapy treatment received seven years ago is responsible for her present hair loss.

30. Scalp biopsies are another important tool for diagnosing alopecia. Scalp biopsies generally can be used to determine whether the alopecia is scarring or non-scarring. There are standards of dermatological care that must be adhered to when taking punch biopsies. If those standards are not followed, it inserts error into the diagnostic process and the clinical and pathological findings may be inaccurate.

31. In my practice, I may decide to do scalp biopsy if a patient's diagnosis is not clear. It is standard methodology for dermatologists to take a detailed clinical history and exam before performing a biopsy of the scalp.

---

[22] Jerry Shapiro, Hair Loss in Women (2007) at 1625.
[23] Jerry Shapiro, Hair Loss in Women (2007) at 1623.

32. When taking a biopsy, the dermatologist should decide where on the head to take the biopsies and how many biopsies should be taken based on clinical impressions, including likely types of alopecia, whether hair loss appears to be scarring or non-scarring, and how many distinct types of alopecia the patient appears to have. If a biopsy is not taken from the proper location, it may not be useful in assessing the type of alopecia. The biopsy should be 4 mm in breadth with enough depth to capture the entire structure of the hair anatomy.

33. The biopsies are then sent to a pathologist with a requisition form to be sectioned, slides created, and the pathology read. The requisition form should note where on the head the biopsies were taken and provide the patient demographics, the clinical history, and clinical diagnoses. The pathologist needs information from the dermatologist to make an accurate pathological diagnosis, otherwise the pathologist's findings may have a much greater rate of error.

34. Pathologists' reports will include their differential diagnoses. Pathologists also generally include detailed findings from their microscopic observation of slides. Those findings typically include the number of hairs and follicles observed, the number and ratio of vellus vs. terminal hairs, and the number and ratio of hairs in telogen vs. anagen phase.

35. The dermatologist who conducts the scalp biopsy generally reviews the dermatopathology report. The essential function of the biopsy is to confirm or rule out the dermatologist's clinical diagnosis. It is unusual for the first clinical examination of a patient's scalp to take place after a scalp biopsy was performed. A dermatologist would typically only review a pathology report before examining the patient if he or she was offering a second or additional opinion. A dermatologist who examines the patient after reviewing a pathology report, without any other clinical information, might fail to consider potential diagnoses that were not analyzed in the pathology report. This potential for error is increased where the pathology report itself is at risk of error.

36. In my opinion, deviations from standard practices in Dr. Claiborne's scalp biopsies, Dr. Thompson's pathology, and Dr. Tosti's differential diagnosis make their findings less credible.

    **i.   Biopsies: Dr. Cole Claiborne**

37. Dr. Claiborne performed two punch biopsies on Ms. Earnest.[24] Dr. Claiborne described that the process for the biopsies he performed was different than what he would do in his normal

---

[24] Dr. Cole Claiborne, Depo. Tr. at 11:15-24.

day-to-day practice.[25]  Dr. Claiborne stated he would never use the process that he did here in his practice:

> Q.   So for these three women, you saw them one time and did a punch biopsy?
> A.   One time, punch biopsy, came back two weeks later, stitches removal, never saw them again.
> Q.   And that's all the information you have about them?
> A.   Correct.
> Q.   And that's not something you would do in your normal daily practice?
> A.   No, never.[26]

38. Dr. Claiborne never treated Ms. Earnest beyond taking punch biopsies, and my understanding is that Ms. Earnest's lawyer was involved in the process.  My understanding is that the lawyer instructed Dr. Claiborne to take two punch biopsies from Ms. Earnest.[27]  The lawyer also told Dr. Claiborne where on the scalp the punch biopsies should be taken,[28] and instructed Dr. Claiborne not to conduct any clinical examination of Ms. Earnest.[29]

39. In his normal practice, Dr. Claiborne would want to assess the nature of the patient's hair loss, possible causes, clinical history and other information before performing a biopsy.[30]  Dr. Claiborne said that if a patient came in to his practice complaining of hair loss he would have taken an extensive history.[31]

40. Dr. Claiborne did not receive any clinical history from Ms. Earnest[32] and had very little knowledge of her prior medical history.[33]  Dr. Claiborne did not know any of Ms. Earnest's risk factors for alopecia[34] or symptoms.[35]  He did not assess the cause or potential cause of her hair loss.[36]

41. Dr. Claiborne normally physically examines patients when they come in complaining of hair

[25] Dr. Cole Claiborne, Depo. Tr. at 20:17-20.

[26] Dr. Cole Claiborne, Depo. Tr. at 57:11-21.

[27] Dr. Cole Claiborne, Depo. Tr. at 13:14-16; 48:1-5.

[28] Dr. Cole Claiborne, Depo. Tr. at 48:6-13.

[29] Dr. Cole Claiborne, Depo. Tr. at 45:8-16.

[30] Dr. Cole Claiborne, Depo. Tr. at 20:21-21:2.

[31] Dr. Cole Claiborne, Depo. Tr. at 41:14-42:6.

[32] Dr. Cole Claiborne, Depo. Tr. at 42:7-11.

[33] Dr. Cole Claiborne, Depo. Tr. at 18:25-19:1.

[34] Dr. Cole Claiborne, Depo. Tr. at 53:21-54:2.

[35] Dr. Cole Claiborne, Depo. Tr. at 56:20-57:8.

[36] Dr. Cole Claiborne, Depo. Tr. at 13:4-6.

loss.[37]  He uses a dermatoscope to assess the patient's pattern areas, and follicular density and diameter, which might lead to certain diagnostic considerations.[38]  Dr. Claiborne did not perform any physical exam or dermatoscopy of Ms. Earnest to determine a clinical diagnosis before performing the biopsy.[39]

42. Dr. Claiborne will also typically run blood tests to detect hormonal imbalances, iron and vitamin deficiencies and thyroid abnormalities.[40]  Dr. Claiborne stated these conditions could be contributing causes to alopecia.[41]  Dr. Claiborne did not run any blood tests on Ms. Earnest.[42]

43. Depending on the patient, Dr. Claiborne may also conduct a punch biopsy, and would want to take punch biopsies from as many places that might look like they had different alopecia processes existing.[43]  After the punch biopsy is obtained, Dr. Claiborne sends a requisition form to the pathologist, which would include the patient's clinical history.[44]  Dr. Claiborne provided no clinical information to the pathologist[45] and has no idea to which pathologist the biopsies were sent.[46]

44. Dr. Claiborne described a situation like with Ms. Earnest, where a woman comes in one time and he performs a punch biopsy without any sort of medical history or hair history as giving a "woefully incomplete picture."[47]

  ii.    **Pathology: Dr. Curtis Thompson**

45. Dr. Claiborne's biopsies were sent to Dr. Curtis Thompson in Portland, Oregon.  Dr. Thompson cut slides from the gross pathological specimens and generated pathology reports. Dr. Curtis Thompson's pathology reports do not contain any demographic or clinical information and includes no differential diagnosis.

---

[37] Dr. Cole Claiborne, Depo. Tr. at 44:19-22.
[38] Dr. Cole Claiborne, Depo. Tr. at 44:23-45:7.
[39] Dr. Cole Claiborne, Depo. Tr. at 45:8-16; 48:14-18; 48:23:43:10.
[40] Dr. Cole Claiborne, Depo. Tr. at 45:17-46.24.
[41] Dr. Cole Claiborne, Depo. Tr. at 46:14-17; 46:22-24.
[42] Dr. Cole Claiborne, Depo. Tr. at 46:26-47:3.
[43] Dr. Cole Claiborne, Depo. Tr. at 49:19-50:2.
[44] Dr. Cole Claiborne, Depo. Tr. at 50:3-21.
[45] Dr. Cole Claiborne, Depo. Tr. at 26:7-11.
[46] Dr. Cole Claiborne, Depo. Tr. at 26:3-6.
[47] Dr. Cole Claiborne, Depo. Tr. at 21:19-22:2.

46. The requisition form for the biopsies sent to Dr. Thompson includes space for clinical information.  Dr. Thompson said the dermatologist sending the biopsies usually provides that information,[48] but no clinical information was provided for Ms. Earnest's form.[49]  I understand that all clinical information was provided to Dr. Thompson separately by Ms. Earnest's lawyer.[50]

47. In my opinion, the process used is inconsistent with standard practices and has great potential for error, as well as biasing the results.

48. Some objective findings described in Dr. Thompson's report are also incorrect.  For Ms. Earnest's punch Biopsy A, Dr. Thompson reported a catagen/telogen shift of 17 percent, noting that a shift less than 15 percent would be normal.[51]  Catagen/telogen shift is calculated by dividing the number of catagen/telogen hairs counted on the sample by the total number of hairs.  Dr. Thompson's dermatopathology report noted 2 catagen/telogen hairs out of 15 on the sample.  2 divided by 15 is 13.33, indicating a shift of 13.33 percent.  This is within the normal range described by Dr. Thompson.[52]  Dr. Thompson testified that his report was in error.[53]

49. Dr. Thompson's report does not address androgenetic alopecia as a potential diagnosis for Ms. Earnest.  Dr. Thompson's findings of a reduced follicular count with preservation of sebaceous glands, an increase in vellus hairs, reduced hair density and hair length shortening are consistent with a diagnosis of androgenetic alopecia.[54]

### iii.    Diagnosis: Dr. Antonella Tosti

50. Dr. Tosti's assessment and conclusions are questionable, including her reliance on the work of Dr. Claiborne and Dr. Thompson, which were based on nonstandard methodology.

51. Dr. Tosti did not account for all possible medical factors that may have contributed to Ms. Earnest's hair loss, including the likely role of her long-standing use of Arimidex.

---

[48] Dr. Curtis Thompson, Depo. Tr. at 314:11-314:17.

[49] Dr. Curtis Thompson, Depo. Tr. at 314:3-314:10.

[50] Dr. Curtis Thompson, Depo. Tr. at 314:18-314:25.

[51] Dr. Curtis Thompson, Expert Report 6; Dr. Curtis Thompson, Depo. Tr. at 247:18-247:24; Dr. Antonella Tosti, Expert Report, Exhibit J 1.

[52] Dr. Curtis Thompson, Depo. Tr. at 247:25-248:18; Dr. Curtis Thompson, Expert Report 6; Dr. Antonella Tosti, Expert Report, Exhibit J 1.

[53] Dr. Curtis Thompson, Depo. Tr. at 247:25-248:18.

[54] Dr. Curtis Thompson, Depo. Tr. at 246:1-12.

52. Dr. Tosti also did not account for the likely role of age in Ms. Earnest's hair loss.  Dr. Tosti testified that age is not a risk factor in hair loss.[55]  Age is a significant risk factor in hair loss.

53. Dr. Tosti did not obtain blood work in reaching her conclusions regarding Ms. Earnest's hair loss. As a result, Dr. Tosti did not account for Ms. Earnest's thyroid-stimulating hormone (TSH), vitamin D, zinc, or ferritin levels as possible factors in her hair loss.  These cannot be ruled out as possible contributory factors.

54. In her report, Dr. Tosti did not consider the possibility that Ms. Earnest is experiencing androgenetic alopecia.  Dr. Tosti suggests that androgenetic alopecia cannot be diffuse, when it can.  Dr. Tosti's clinical observations and trichoscopy are consistent with a diagnosis of androgenetic alopecia.  Dr. Tosti also testified that it is possible for a woman to have androgenetic alopecia in addition to alopecia associated with chemotherapy,[56] and that it is possible Ms. Earnest has some component of androgenetic alopecia.[57]

55. Dr. Tosti's analysis does not account for an important discrepancy in trichoscopic and pathological findings for Ms. Earnest.  Ms. Earnest's trichoscopy does not show loss of follicles.  Ms. Earnest's trichoscopic photographs show normal numbers and density of follicular ostia. This is consistent with a non-scarring alopecia.  In her report, Dr. Tosti states that Ms. Earnest's trichoscopy is "very different" from trichoscopy of scarring alopecia, which would show "loss of follicular openings."  Consistent with this, Dr. Tosti concludes that Ms. Earnest has non-scarring alopecia.[58]

56. Dr. Tosti's analysis also does not explain why a pathological finding of follicular loss supports a diagnosis of alopecia associated with chemotherapy.  For Ms. Earnest, there is no trichoscopy or pathology close in time to her chemotherapy treatment indicating that follicular loss began with chemotherapy.  Any follicular loss could have occurred before her chemotherapy or years after her treatment.

57. Dr. Tosti does not account for all reports of permanent or persisting hair loss associated with Adriamycin and Cytoxan.  Hundreds of such cases have been reported.[59]

58. In her report, Dr. Tosti does not offer an opinion on whether Adriamycin, Cytoxan, or

---

[55] Dr. Antonella Tosti, Depo. Tr. at 172:10-173:4.

[56] Dr. Antonella Tosti, Depo. Tr. at 228:22-229:2.

[57] Dr. Antonella Tosti, Depo. Tr. at 419:1-419:10.

[58] Dr. Antonella Tosti, Expert Report, Exhibit G 41.

[59] Please see my report "Expert Report: Alopecia in Women" (December 9, 2018)

Taxotere caused Ms. Earnest's hair loss.  In her deposition, Dr. Tosti testified that she "cannot say which drug is causing the -- the hair loss, of course.  You can never make these diagnosis for any type of drug-induced hair loss, even for telogen effluvium."[60]

59. I agree with this statement.

60. The deviations from standard practice make the findings less reliable and subject to bias.

## V.   CONCLUSION

61. To conclude that chemotherapy caused a patient's alopecia, one must rule out other known causes of alopecia.  Based on the clinical, trichoscopic and pathologic findings, one cannot reliably rule in a single cause for Ms. Earnest's hair loss while reliably ruling out all other factors.

62. It is my opinion that Ms. Earnest likely had the initial stages of androgenetic alopecia before even undergoing chemotherapy and her androgenetic alopecia is likely exacerbated by her use of Arimidex.

63. I hold the opinions in this report to a reasonable degree of medical probability.

64. I reserve the right to supplement my report as new or different information becomes available.

---

[60] Dr. Antonella Tosti, Depo. Tr. at 298:3-6.

FIGURE 1 – Earnest Photographs Emailed by Plaintiffs' Counsel to Dr. Claiborne on October 26, 2018 [Claiborne Dep. Exh. 8]



FIGURE 2 – Diagram of Ms. Earnest's Punch Biopsy Locations Created by Dr. Claiborne

| Punch Biopsy A | Punch Biopsy B |
| --- | --- |
|  |  |
| Right Occipital[61] | Left Crown[62] |

---

[61] Please note, described by Dr. Claiborne incorrectly as "Left Vertex." Depiction is Dr. Cole Claiborne, Depo. Exh. 5 at 5.

[62] Please note, described by Dr. Claiborne incorrectly as "Right Occipital." Depiction is Dr. Cole Claiborne, Depo. Exh. 3 at 4.

FIGURE 3 – FAMILIAL SEVERE HAIR LOSS





JULES LEBLANC          RALPH L. EARNEST JR          MICHAEL P. EARNEST

FIGURE 4 – BARBARA EARNEST: HAIR STYLED SHORT PRE-CHEMO




(ESTIMATED DATE: 6/1/2008)   (ESTIMATED DATE: 6/1/2009)

FIGURE 5 – YELLOW DOTS IN TRICHOSCOPY DESCRIBED IN ANDROGENETIC ALOPECIA



FIGURE 2: Trichoscopy in androgenetic alopecia. A: Frontal region revealing the presence of yellow dots of different sizes and color, ranging from pale yellow (yellow arrow) to brownish-yellow (blue arrows). Note the irregular distribution of these structures along the affected area. B: Vertex showing multiple yellow dots of varying sizes and colors, some associated with miniaturized hairs. Dermoscopy performed with 3Gen DermLite® II Hybrid M; X10 magnification

FIGURE 6 – YELLOW DOTS IN BARBARA EARNEST TRICHOSCOPY





FIGURE 7 – LUDWIG SCALE



FIGURE 8 — SAVIN SCALE



FIGURE 9 – NORWOOD-HAMILTON SCALE



Jerry Shapiro, M.D.

January 11, 2019