# EXHIBIT D

Page 301

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.: 2740

SECTION: H

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

                              255 Alhambra Circle, Penthouse
                              Coral Gables, Florida 33134
                              Wednesday, 9:15 a.m. - 4:40 p.m.
                              December 5, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 2
Pages 301 through 498

     Taken on behalf of the Defendant before

Gina Rodriguez, RPR, CRR, Notary Public in and for

the State of Florida at Large, pursuant to Second

Amended Notice of Taking Videotaped Deposition filed

in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)

fd1bb285-ebb8-4c72-95f3-c593e1bbca84

```
                                                     Page 487
 1   alopecia, that it is impossible to attribute
 2   causation to any specific drug?
 3        A.   No --
 4             MR. SCHANKER:  Objection -- objection,
 5        form.
 6        A.   I disagree.  I agree that with a
 7   combination chemotherapy regimen, all the drug -- all
 8   the drugs may cause telogen effluvium.
 9   BY MR. SEARS:
10        Q.   We've already talked about how Adriamycin
11   and cyclophosphamide have both been attributed to
12   causing persistent chemotherapy-induced alopecia.
13             It's possible that Adriamycin and
14   cyclophos- -- cyclophosphamide could have caused
15   persistent chemotherapy-induced alopecia in these
16   three women, right?
17             MR. SCHANKER:  Objection, form.
18        A.   I don't think so.  And the literature on
19   these drugs is very scant.  Instead, the literature
20   on docetaxel is -- it shows evidence of that.
21   BY MR. SEARS:
22        Q.   There are case reports that Adriamycin and
23   cyclophosphamide cause persistent
24   chemotherapy-induced alopecia, right?
25             MR. SCHANKER:  Objection, form.
```

Page 488

1      A.   Case reports is different from evidence.
2  BY MR. SEARS:
3      Q.   Even in Exhibit 2, you cite to 18 cases
4  reported by Kim, et al. for a nontaxane regimen of
5  anthracycline and cyclophosphamide causing persistent
6  chemotherapy-induced alopecia, right?
7           MR. SCHANKER:  Objection, form.
8      A.   The same author in the same exhibit report
9  match more cases from docetaxel.
10 BY MR. SEARS:
11     Q.   That's not what I asked you.  I asked you
12 in this -- in your Exhibit 2 that you prepared, you
13 list 18 cases reported by Kim, et al. for persistent
14 chemotherapy-induced alopecia that they thought was
15 caused by anthracycline plus cyclophosphamide
16 regimen, right?
17          MR. SCHANKER:  Objection, form.
18     A.   Eighteen cases, it's a very small number.
19 BY MR. SEARS:
20     Q.   Yesterday we also went through many other
21 abstracts and many other papers that you did not
22 include in Exhibit 2, right?
23          MR. SCHANKER:  Objection, form.
24     A.   No, we went through four papers.  Okay?
25 One -- two abstracts, and abstracts it's -- I -- I --