# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)    )
     PRODUCTS LIABILITY LITIGATION   )
 5                                   )  MDL No. 2740
     This Document Relates To:       )
 6                                   )  Section H
     Antoinette Durden,              )
 7   Case No. 2:16-cv-17735;         )
     Tanya Francis,                  )
 8   Case No. 2:16-cv-17410;         )
     Barbara Earnest,                )
 9   Case No. 2:16-cv-17144          )
     _____ )
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17                San Francisco, California
18                Friday, January 11, 2019
19                       Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626
```

1    that's per meter squared -- had a higher incidence
2    and also a higher degree of severity of their
3    permanent alopecia as compared to a lower dose of
4    the docetaxel-containing regimen.
5              I do agree that there are anecdotal
6    patients.  I believe it's one patient on one of the
7    regimens, and up to three patients on the other,
8    just very small numbers.  But basically I believe
9    there's about 39 patients when I did the math on the
10   265 patients.
11             So --
12        Q    39 -- so why don't you go over the
13   numbers -- the actual numbers of patients who are
14   reported in the Crown study as having permanent
15   chemotherapy-induced alopecia.
16        A    So in the Crown study, there's 265
17   patients who were on a docetaxel regimen, either
18   with or without an anthracycline.  There are 12
19   patients on an anthracycline non-taxane, and there
20   are 23 patients on an anthracycline and a
21   paclitaxel.
22             And there's approximately 15 percent
23   overall incidence of permanent alopecia for patients
24   receiving docetaxel, and I believe 15 percent of
25   265 -- I have to do the math, but I believe it was

Page 601

1    around 39 patients.
2            There was --
3        Q   That would be 39 patients who have
4    permanent chemotherapy-induced alopecia on a
5    docetaxel regimen?
6        A   Yeah.
7        Q   Do you want to go ahead and do the math?
8        A   Yeah.  I don't want to say something
9    that's inaccurate.
10           Oh, I was right.  Okay.  39.75.  So you
11   can't take a quarter of a patient, though.  So I
12   said about 39 patients.
13           And then for the anthracycline plus
14   paclitaxel, it's about 13 percent.  So 13 percent of
15   23 is approximately three patients.
16           And then for the anthracyclines, I believe
17   it was about 8 percent.
18           And so my understanding of the data here
19   is about -- 8 percent of 12 patients is about one
20   person.
21           But I think the other part that I think is
22   helpful in terms of --
23       Q   Let me ask, is there any other way that
24   this Crown -- this is really an abstract.  It's not
25   a study.  I'm calling it a study.  It's an abstract,