# EXHIBIT F


```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:   TAXOTERE (DOCETAXEL)  )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:  H
       This Document Relates to:      )
 6                                    )
       Antoinette Durden,             )
 7     Case No. 2:16-cv-16635;        )
       Tanya Francis,                 )
 8     Case No. 2:16-cv-17410;        )
       Barbara Earnest,               )
 9     Case No. 2:16-cv-17144         )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                    Costa Mesa, California
16                 Monday, December 10, 2018
17                         Volume II
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3154285
24
25     PAGES 315 - 557
```

1   looking at here specifically looks at the incidence
2   of permanent alopecia in the patient population and
3   breaks it down with docetaxel, anthracyclines and
4   paclitaxel.
5          Do you see that?
6      A   Let me take a look, because I'm having
7   trouble reading it.
8          Yes.
9      Q   And based on the Crown results, it says:
10          "The overall incidence of
11          permanent alopecia for patients
12          receiving docetaxel was 15 percent."
13          Is that correct?
14     A   Yes.
15     Q   And we talked about grade 1 and 2 earlier.
16         Do you remember that?
17     A   Yes, I remember that.
18     Q   And so the overall incidence of permanent
19  alopecia with docetaxel grade 2 was 3 percent; is
20  that correct?
21     A   Yes.
22     Q   And then it finds that:
23          "The overall incidence for
24          permanent alopecia for patients
25          receiving anthracyclines was

1           19 percent."
2           Is that correct?
3       A   Yes.
4       Q   And the grade 2 level for anthracyclines
5   was 6 percent; is that correct?
6       A   Yes.
7       Q   And then it indicates that:
8               "The overall incidence of
9           permanent alopecia for patients
10          receiving paclitaxel was 13 percent."
11          Correct?
12      A   Correct.
13      Q   And the grade 2 percentile for paclitaxel
14  was 9 percent, correct?
15      A   Yes.
16      Q   And so based on the data presented by
17  Crown, the highest percentage of grade 2 alopecia
18  was actually with paclitaxel, correct?
19      A   In this report, yes.
20      Q   Doctor, what is the Journal of Clinical
21  Oncology?
22      A   That is the highest-rated journal in the
23  country for oncology reports.
24      Q   And their abstracts get published in the
25  Journal of Clinical Oncology, correct?