# EXHIBIT H

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
    IN RE: TAXOTERE              )
 3  (DOCETAXEL) PRODUCTS          )
    LIABILITY LITIGATION          )
 4                                )    MDL No. 2740
    This Document Relates To:     )
 5                                )    SECTION: H
    Antoinette Durden, Case       )
 6  No. 2:16-cv-16635             )
                                  )
 7  Tanya Francis, Case           )
    No. 2:16-cv-17410;            )
 8                                )
    Barbara Earnest, Case         )
 9  No. 2:16-cv-17144             )
10
11  ********************************************************
12           ORAL VIDEOTAPED DEPOSITION OF
13              LAURA PLUNKETT, PH.D.
14                DECEMBER 10, 2018
15  ********************************************************
16
17
          ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18  PH.D., produced as a witness at the instance of the
    Defendants and duly sworn, was taken in the
19  above-styled and numbered cause on the 10th day of
    December, 2018, from 9:21 a.m. to 5:22 p.m., before
20  Stephanie Barringer, Certified Realtime Reporter
    (CRR), Registered Professional Reporter (RPR), and
21  Certified Shorthand Reporter (CSR) in and for the
    State of Texas, reported by stenographic means at the
22  offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
    Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23  the Federal Rules of Civil Procedure and the
    provisions stated on the record or attached hereto.
24
25  Job No. NJ3152742
```

1      Q.   (BY MS. SASTRE)  And you agree that there
2   are cases of permanent alopecia that are associated
3   with chemotherapy agents besides Taxotere, true?
4              MR. MICELI:  Object to the form.
5      A.   Yes.  I have seen that.
6      Q.   (BY MS. SASTRE)  For what medications?
7      A.   I mentioned in my report there are some
8   reports for cyclophosphamide.  I don't think I
9   mentioned it, but there are some reports for a drug
10  used outside cancer, busulfan.
11             And there are some reports --
12  there is some discussion in the clinical studies
13  that were performed by Sanofi of -- some reports of
14  permanent alopecia in patients that were receiving
15  the combination called FAC, which is the
16  combination of 5-fluorouracil with the other
17  agents.
18     Q.   So it's 5-FU, the combination.  And what
19  are the other agents?
20     A.   I said -- in my report, I tell you about
21  the ones identified for -- for cyclophosphamide.
22  And I am also aware also of reports that -- or
23  these may be ones in my reference list I -- that I
24  didn't list.  There are reports with busulfan as
25  well.  But it's not used as a breast cancer

```
 1   treatment, that I'm aware of.
 2        Q.   But the combination therapy FAC, what are
 3   the agents, please?
 4        A.   5-fluorouracil, cyclophosphamide and
 5   Adriamycin.
 6        Q.   Okay.  All right.  So I'm going to read
 7   the list back because I want to make sure I have a
 8   complete answer to this question.  And then you
 9   tell me if there's any other medications that go on
10   Dr. Plunkett's list of chemotherapy drugs that have
11   been associated with permanent alopecia.  Okay?
12                  MR. MICELI:  Object to the form.
13                  Go ahead.
14        Q.   (BY MS. SASTRE)  Okay.
15        A.   Go ahead and ask your question.  I may
16   not be able to answer it, but go ahead.
17        Q.   I think you will.  But okay, Doctor, let
18   me ask.
19                  So you told us about
20   cyclophosphamide, busulfan, the combination therapy
21   FAC, which is 5-FU, Adriamycin and cyclophosphamide
22   as all being chemotherapy that have all cases of
23   permanent alopecia associated with them, correct?
24        A.   Those are ones that I've identified, but
25   it's not my list.  It's -- it's the list that is
```