# EXHIBIT J

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4  IN RE:   TAXOTERE (DOCETAXEL)          MDL No. 2740
5  PRODUCTS LIABILITY LITIGATION
6
7  This Document Relates to:              SECTION: H
8
9  Antoinette Durden, Case No. 2:16-cv-16635;
10 Tanya Francis, Case No. 2:16-cv-17410;
11 Barbara Earnest, Case No. 2:16-cv-17144
12
13
14
15
16
17    VIDEOTAPED DEPOSITION OF COLE CLAIBORNE, M.D.
18
19       Taken at the Offices of MD Claiborne
20       Dermatology, 1477 Louisiana Avenue, New
21       Orleans, Louisiana, on Friday, November 2,
22       2018, beginning at 1:00 p.m.
23
24 JOB NO. 3069333
25

Veritext Legal Solutions
800-227-8440                                       973-410-4040

Page 52

1    Q.   Would you agree that age is a risk factor
2  for alopecia?
3    A.   Of course.
4    Q.   Would you agree that being postmenopausal
5  is a risk factor for alopecia?
6    A.   Yep.
7    Q.   Would you agree that iron deficiency is a
8  risk factor for alopecia?
9    A.   Yep.
10   Q.   Would you agree that vitamin deficiencies
11 are a risk factor for alopecia?
12   A.   Yes, sir.
13   Q.   Would you agree that medical problems,
14 such as liver disease or kidney disease are risk
15 factors for alopecia?
16   A.   Sure.
17   Q.   There's hair care practices that are risk
18 factors for alopecia?
19   A.   Yes.
20   Q.   And, in particular, there's hair care
21 practices that result in traction alopecia?
22   A.   Uh-huh.
23   Q.   Is that yes?
24   A.   Yes.
25   Q.   And that can be caused by having braids,

Page 53

1  or ponytails, beads, dreadlocks, chemical
2  processing, heat treatment, dyeing, all those
3  things can cause traction alopecia?
4       A.   Correct.
5       Q.   And there's multiple drugs, medication
6  that can cause alopecia?
7       A.   Yes, sir.
8       Q.   I think you mentioned this earlier, but
9  there's environmental causes of alopecia, like
10 stress.
11      A.   Yep.
12      Q.   Or surgery can cause alopecia?
13      A.   Yep.  That's a stressor.
14      Q.   Are you familiar with something called
15 metabolic syndrome?
16      A.   Yep.
17      Q.   Metabolic syndrome is a risk factor for
18 alopecia?
19      A.   Being fat is a risk factor for
20 everything.
21      Q.   And so all these things that we just went
22 through, all these multiple causes of alopecia,
23 you don't know whether these three women had those
24 risk factors?
25      A.   Nope.  I have -- as I said earlier, I do