# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BARBARA EARNEST,

    Plaintiff,

VERSUS            CASE NO. 2:16-cv-17731

SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US SERVICE, INC., AND AVENTIS-PHARMA,

    Defendants.

    Videotaped deposition of JAMES E. CARINDER, M.D., taken at the offices of NORTHSHORE ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard, Suite 390, Slidell, Louisiana 70458, on Thursday, January 11, 2018, commencing at 1:08 p.m.

Job No. NJ2757175

1      Q.   (Affirmative response.)
2      A.   At that time, I used docetaxel more
3  because you had less risk of infusion reactions,
4  and you had less neuropathy.  And the efficacy was
5  very similar.  And so in order to avoid infusion
6  reactions and -- and persistent neuropathy, which
7  is daunting for many people we take care of, at
8  that time, I used more docetaxel.
9      Q.   And did they -- so you told them a
10 little bit about your use of paclitaxel and
11 docetaxel?
12     A.   Yes.
13     Q.   Did they tell you anything about
14 Taxotere or docetaxel?
15     A.   With regard to?
16     Q.   To anything.
17          Did they make --
18     A.   No, not really.  I mean, I -- they --
19 they -- the questions I got were basically why
20 were I -- why did -- why was I using that.  Okay?
21 And at the time, like I said, both drugs were
22 proven to have pretty much equivocal evica- --
23 efficacy.  And if I can avoid the neuropathy and
24 the infusion reactions, of course I'm gonna use
25 that.

1  the percentage increase that they've given or why
2  you think that they've increased survival rates?
3              MR. SCHANKER:
4                   Objection, form.
5              THE WITNESS:
6                   Because it was a different class
7  of drugs that hadn't been seen before.  And
8  they -- they have incredible efficacy in breast
9  cancer and many other malignancies.  You know,
10 when I started out doing this, the -- the taxanes
11 were -- when I was a fellow, paclitaxel was the
12 only thing that was really coming around.  You
13 know, everybody was using that.  And the docetaxel
14 came along and had equal efficacy.
15                  But the reason -- and the reason I
16 gravitated more towards using docetaxel is because
17 you didn't lose efficacy, but you reduced the
18 infusion-related complications and the daunting
19 neuropathy that a lot of patients get.
20 EXAMINATION BY MS. BIERI:
21     Q.   Are you aware of whether the docetaxel
22 compound has a greater affinity for tubulin and
23 more potent antimito- -- mitotic activity than
24 other taxane compounds?
25              MR. SCHANKER:

1  just not even available anymore, and they -- and
2  we don't use them.  Okay?
3       Q.   And I mean in your personal practice.
4  And I'll -- I'll even narrow it down to --
5       A.   Those.
6       Q.   -- breast cancer patients.  Okay.
7       A.   Well, we used to use thiotepa in breast
8  cancer a long time ago, way back.
9       Q.   Would you say that the choice of the
10 chemotherapy agent is a patient-specific
11 determination?
12           MR. SCHANKER:
13                Objection, form.
14           THE WITNESS:
15                Be a little clearer, please.
16 EXAMINATION BY MS. BIERI:
17      Q.   Certainly.
18                Is there one chemotherapy drug
19 that you prescribe across the board for all your
20 patients?
21      A.   Not necessarily.  You have to tailor
22 your treatment for who you're treating.
23      Q.   So what factors do you consider when
24 you're coming up with your treatment plan and what
25 chemotherapy drugs you're gonna use?

1    A.   Well, if they have a bad heart, okay,
2    you can't use doxorubicin because that's
3    cardiotoxic.  Okay?  That's -- that's a -- you
4    know, if they have a cardiomyopathy with an
5    injection fraction that's too low, obviously
6    you're not gonna give them doxorubicin.  You're
7    putting the patient at big risk.  Okay?
8              If it were someone that had
9    horrible diabetes with neuropathy, okay, a lot of
10   our chemo drugs that we use, not just for breast
11   cancer, but for colon cancer and myeloma, cause
12   neuropathy and aggravate neuropathy.  And if they
13   already have existing neuropathy, you're gonna
14   make things worse.
15             You have to -- you have to -- you
16   have to look at who's in front of you.
17   Q.   Does the cancer type itself or the
18   stage of cancer inform your decisionmaking?
19   A.   Yes.  Absolutely.
20   Q.   The personal risk factors that the
21   patient has beyond the heart -- the hear- -- the
22   heart conditions or diabetes or neuropathy, can
23   you think of any?
24   A.   What do you mean by --
25             MR. SCHANKER:

1  schedule at a high dose, and the neuropathy was --
2  was daunting in a lot of those patients, and plus
3  the infusion reactions because it was a pretty
4  sizeable dose of drug.  Now 12 weeks at a small
5  dose, you don't have the -- the infusion
6  complications really, and you don't -- the
7  neuropathy is not as severe.
8      Q.  You said, I think, that part of the
9  reason that you are now using paclitaxel has to do
10 with the -- the possibility of permanent hair
11 loss.
12              What else?
13     A.  That's -- that's the main reason.
14 That's the main reason.  We didn't have paclitaxel
15 approved for using it weekly back in the day when
16 Miss Earnest was treated.  And like I said, it was
17 approved for using a dose every fift- -- 14 days,
18 but it was a high dose.  And the -- the neuropathy
19 the patients got from that was long-lasting in a
20 lot of cases, and that's -- that's bothersome for
21 people, and plus the infusion reactions were
22 severe.
23     Q.  What -- I -- can you explain to me what
24 that means, the infusion reactions?
25     A.  Do you know why people react to

1   paclitaxel?
2        Q.   Tell me, please.
3        A.   Okay.  It's not the drug itself.  It's
4   the medium that it's suspended in, the Cremophor.
5   Cremophor is the base that tax- -- paclitaxel is
6   suspended in, and the patients react to the
7   Cremophor.  Okay?  And it's an allergic reaction.
8   I mean it's -- it's a -- it's an anaphylactoid-
9   type reaction, which can be severe in some cases.
10                 Docetaxel, occasionally patients
11  will have a reaction, but not nearly to the degree
12  that they do with paclitaxel.
13       Q.   Are you aware of reported cases of
14  permanent hair loss with paclitaxel?
15       A.   No.
16       Q.   Never seen any literature on that?
17       A.   Nope.
18       Q.   Is it your understanding that
19  paclitaxel carries a risk of hair loss?
20       A.   Yes.
21       Q.   Are you aware that it carries a risk of
22  permanent hair loss?
23       A.   No.
24       Q.   Are you aware of whether adriamycin
25  carries a risk of hair loss?

Page 132

1    A.    No, I've never seen that.
2    Q.    Never read anything about that either?
3    A.    No.
4    Q.    Have you ever read any -- strike that.
5          Can docetaxel be given in
6  combination with doxorubicin and cyclophosphamide?
7    A.    Yes.
8    Q.    Is it syner- -- is docetaxel
9  synergistic with any other cher- --
10 chemotherapeutic agents?
11   A.    What do you mean by "synergistic"?
12 What is your definition of synergistic?
13         Synergism means that the drugs by
14 themselves don't work as effectively as if you put
15 the two of them together.  Okay?  By themselves,
16 they're effective.  Together, they're really
17 effective.  Okay?
18   Q.    More effective?  Enhances efficacy?
19   A.    Okay.  The regimen you're referring to,
20 okay, the TAC regimen, I -- I still use that
21 regimen on occasion with very high-risk breast
22 cancers.  It is an effective regimen, but you have
23 to be very selective in who you give that to.
24 Okay?  Because it's -- it's -- it's a tough
25 regimen, and it's very myelosuppressive.  But in

1  very high-risk cases, I do use that, but in --
2  they're in typically younger patients with very
3  porous disease.
4        Q.   Do you know about -- do you have any
5  information about how docetaxel reacts with
6  Herceptin?
7             MR. SCHANKER:
8                  Objection, form.
9             THE WITNESS:
10                  What do you mean, "reacts" with
11  it?  We give it in combination sometimes with it,
12  but, there again, I've never seen any literature
13  that said that -- says that there's synergism
14  between the two drugs.
15  EXAMINATION BY MS. BIERI:
16        Q.   Okay.  Let's look at Exhibit #3,
17  please.
18        A.   Okay.  What page?
19        Q.   The first office visit, the third page,
20  which has a number in the bottom right-hand corner
21  of 224.
22        A.   Okay.
23        Q.   Can you read that last paragraph for
24  me, please?
25        A.   "The potential side effects of

```
 1   cytoreductive chemotherapy, including
 2   myelosuppression, nausea, vomiting, diarrhea,
 3   stomatitis, as well as potential cardiac toxicity
 4   from doxorubicin, were explained to the patient in
 5   detail.  Other potential effects of docetaxel
 6   include fluid rete-" -- "fluid retention,
 7   hyperlacrimation.  Skin and nail changes were also
 8   explained.  She's agree" -- "anxious to proceed
 9   ahead.
10       Q.   Wh- -- okay.  Let's break that down.
11                 Which of the drugs that you were
12   prescribing to Miss Earnest are considered
13   cytoreductive chemotherapy?
14       A.   All three of them.
15       Q.   Okay.  And you -- according to this,
16   you specifically warned about the cardiac risks
17   for doxorubicin, correct?
18       A.   Yes.
19       Q.   And then you described a few risks
20   s- -- specifically in connection with docetaxel,
21   correct?
22       A.   (Nods head affirmatively.)
23            THE COURT REPORTER:
24                 Out loud, please.
25   EXAMINATION BY MS. BIERI:
```

Page 135

```
 1        Q.    Would you have --
 2        A.    Yes.  You -- I'm sorry.  I didn't -- I
 3   nodded, and she's sitting there going ...
 4        Q.    And also, I think you may be talking a
 5   bit fast for the court reporter, maybe.
 6             THE COURT REPORTER:
 7                  (Shakes head negatively.)
 8             MS. BIERI:
 9                  No?  Oh.
10             THE WITNESS:
11                  They can keep up with anyone.
12             MS. BIERI:
13                  I should not have doubted you,
14   Madam Court Reporter.
15   EXAMINATION BY MS. BIERI:
16        Q.    Back to the question.
17        A.    Okay.
18        Q.    So you identified -- or you went over
19   fluid retention, hyperlacrimation, skin and nail
20   changes, related to docetaxel, correct?
21        A.    Yes.
22        Q.    Did you talk about any other risks of
23   docetaxel with Miss Earnest?
24        A.    You mean as far as -- well, I mean,
25   skin and nail changes, I mean, that's including
```

1   the hair.  Okay?  One -- one feature that patients
2   will get sometimes with docetaxel and, on
3   occasion, paclitaxel, is they will get darkening,
4   darkening of the nails; and the nails sometimes
5   will actually fall off.  That doesn't occur
6   frequently, but it can.
7                  You'll see a rare case where
8   people will get what's called "palmar-plantar
9   erythrodysesthesia," which is s- -- sluffing of
10  the skin on the hands and the feet, s- -- pain,
11  severe pain.  Very uncommon, but can occur, you
12  know.
13                 And so, yes, we go over -- I -- I
14  tell them, I said, "There's a potential you could
15  get hand-and-foot syndrome," you know, this --
16       Q.   (Affirmative response.)
17       A.   -- red hands, red feet.  "Nails could
18  turn dark and fall off.  Hair is gonna fall out,"
19  this type of thing.
20                 Hyperlacrimation is a common side
21  effect.  Okay?  It's almost like an allergic --
22  almost like hayfever kind of thing.  They get
23  runny nose with coryza, they get the watery eyes,
24  this type of thing.  It doesn't occur immediately;
25  it doesn't -- it typically occurs toward the end

1   of their treatment.
2       Q.   So why -- today, why do you think that
3   there is a risk of permanent alopecia with
4   docetaxel?
5           MR. SCHANKER:
6               Objection, form.
7           THE WITNESS:
8               Because there have been cases that
9   have come forth, and it's been in the news, and --
10  and so you're -- you're pretty -- if you're aware
11  of that, you have to, I think, inform patients of
12  that.  We weren't aware of that at the time we
13  were -- this lady was treated.  We were aware that
14  there was po- -- hair loss was a definite.  Okay?
15              But there was nothing that had
16  been made known to me that she potentially would
17  not get her hair back, you know.
18  EXAMINATION BY MS. BIERI:
19      Q.   Your experience with your one patient,
20  though, correct?
21      A.   Right.
22      Q.   Would you prescribe docetaxel to
23  Miss Earnest again?
24          MR. SCHANKER:
25              Objection, form.

1            THE WITNESS:
2                 Do you mean if she recurred?  If
3    she developed recurrent disease?  No, because
4    she's seen that drug.
5    EXAMINATION BY MS. BIERI:
6         Q.   If she presented to you today having --
7         A.   -- a new case of breast cancer just
8    like her?
9         Q.   Today.
10        A.   No, I would give her paclitaxel.
11        Q.   If --
12        A.   If she had HER2-positive disease, yes,
13   I would give her docetaxel.
14        Q.   Can you say with certainty that
15   Miss Earnest, if she had received paclitaxel,
16   would be alive today?
17            MR. SCHANKER:
18                 Objection, form.
19            THE WITNESS:
20                 No one can say that with
21   certainty.
22   EXAMINATION BY MS. BIERI:
23        Q.   Can you say with certainty that
24   Miss Earnest's hair wouldn't be in the same level
25   of fullness that it is today?

Page 139

1    A.   You can't say that --
2         MR. SCHANKER:
3              Objection, form.
4         THE WITNESS:
5              -- with certainty either.
6  EXAMINATION BY MS. BIERI:
7    Q.   Do you agree with me that while
8  docetaxel and paclitaxel are structurally similar,
9  they are not the same drug?
10   A.   They're not the same drug.
11   Q.   They carry different risks and
12 benefits.
13            Do you agree with that?
14   A.   Yes.  Their side effect profiles are
15 slightly different.
16   Q.   One has been associated with
17 cardiotoxicity more, correct?
18   A.   Yes.
19   Q.   Which one?
20   A.   Paclitaxel.
21   Q.   Has one been associated with cardiac
22 problems more?
23   A.   Paclitaxel.
24   Q.   Has one been associated with neuropathy
25 more?

1       A.   Paclitaxel.
2       Q.   Have you ever served as a consultant
3  for a pharmaceutical company?
4       A.   I've sat on advisory boards before.
5       Q.   For how many different pharmaceutical
6  companies?
7       A.   I don't recall.
8       Q.   More --
9       A.   Three or four.
10      Q.   What does it mean to sit on an advisory
11 board?
12      A.   You attend the advisory meetings when
13 they're going over the marketing and -- and -- and
14 the drug development.  And then once the drug has
15 been released, you know, what's -- what's --
16 what's going to make that drug stand out better
17 than other drugs that have been used in a
18 particular area, that type of thing.
19      Q.   And you would provide -- what was your
20 role to do?
21      A.   Provide input based on clinical
22 experience and the fact -- because I'm a
23 practitioner.
24      Q.   Say, how the drug had performed for
25 you?