# EXHIBIT C

```
                                                              1
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
   DELLA MARTIN,
 3                               CASE NO.
   VERSUS                        2:16-CV-15678
 4
   SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 5 SANOFI US SERVICE, INC., and
   AVENTIS-PHARMA S.A.,
 6
        VIDEOTAPE DEPOSITION OF BARBARA MARY
 7 LEBLANC EARNEST, TAKEN IN THE OFFICES OF
   GAINSBURG, BENJAMIN, DAVID, MEUNIER &
 8 WASHAUER, LLC, 1100 POYDRAS STREET, SUITE
   2800, NEW ORLEANS, LOUISIANA, 70130, ON
 9 MONDAY, THE 5TH DAY OF NOVEMBER, 2018.

10 APPEARANCES:

11   BACHUS & SCHANKER, LLC
     ATTORNEYS AT LAW
12   BY:  DARIN L. SCHANKER, ESQUIRE
     1899 WYNKOOP STREET, SUITE 700
13   DENVER, COLORADO  80202

14       ATTORNEYS FOR PLAINTIFF

15   SHOOK, HARDY & BACON, LLP
     ATTORNEYS AT LAW
16   BY:  KELLY BIERI, ESQUIRE
     2555 GRAND BOULEVARD
17   KANSAS CITY, MISSOURI  64108-2613

18       ATTORNEYS FOR SANOFI

19 VIDEOGRAPHER

20       MARK ANCALADE

21 REPORTED BY:

22   DAWN D. TUPPER, CCR, RPR
     CERTIFIED COURT REPORTER
23   REGISTERED PROFESSIONAL REPORTER

24

25   Job No. NJ3109557
```

110

1        Objection, form.
2     THE WITNESS:
3        Yes.
4  EXAMINATION BY MS. BIERI:
5     Q.   Would it influence your
6  decision if the other drug had an
7  increased risk of neuropathy?
8     MR. SCHANKER:
9        Objection, form.
10 EXAMINATION BY MS. BIERI:
11    Q.   You suffer from neuropathy;
12 correct?
13    A.   Yes.
14    MR. SCHANKER:
15       Objection, form.
16 EXAMINATION BY MS. BIERI:
17    Q.   And you're currently on
18 medication for that; correct?
19    A.   Yes.
20    Q.   Did you tell Dr. Bianchini or
21 Dr. Thompson that you have trouble
22 sleeping because of your neuropathy?
23    A.   I probably did.
24    Q.   Do you have trouble sleeping
25 --

111

```
 1        A.   Yes.
 2        Q.   -- because of your neuropathy?
 3        A.   Yes.
 4        Q.   And if this other drug, this
 5   hypothetical other drug, came with an
 6   increased risk of neuropathy, is that
 7   something that you would have taken into
 8   consideration?
 9      MR. SCHANKER:
10           Objection, form.
11      THE WITNESS:
12           Um, I don't know.  I really don't
13   know.
14   EXAMINATION BY MS. BIERI:
15        Q.   Or it caused increased
16   severity of neuropathy, is that something
17   you would have wanted to take into
18   consideration?
19      MR. SCHANKER:
20           Objection, form.
21      THE WITNESS:
22           I can't answer that.
23   EXAMINATION BY MS. BIERI:
24        Q.   That's not something that you
25   would care about either way?
```

112

```
 1      MR. SCHANKER:
 2           Objection, form.
 3      THE WITNESS:
 4           No.  I do care about it because
 5 it's very painful.
 6 EXAMINATION BY MS. BIERI:
 7      Q.   So that could -- that would
 8 potentially influence your decision?
 9      A.   Yes.
10      Q.   About if you wanted to take
11 that other drug; is that correct?
12      MR. SCHANKER:
13           Objection, form.
14      THE WITNESS:
15           Yes.
16 EXAMINATION BY MS. BIERI:
17      Q.   But sitting here, is it fair
18 to say since you don't know of another
19 drug, you're just saying hypothetically
20 another drug; right?
21      A.   Yes.
22      MR. SCHANKER:
23           Objection, form.
24 EXAMINATION BY MS. BIERI:
25      Q.   You can't know what side
```