# EXHIBIT D

Gerald Miletello M.D.

```
 0    01




 2                  UNITED STATES DISTRICT COURT

 3                  EASTERN DISTRICT OF LOUISIANA

 4

 5

 6                                         MDL No. 2740

 7       IN RE:   TAXOTERE              Section:  "H"
         (DOCETAXEL) PRODUCTS
 8       LIABILITY LITIGATION           Judge Milazzo

 9                                       Mag. Judge North

10       * * * * * * * * * * * * * * * * * * * * * * * * *

11                The videotaped deposition of GERALD

12       MILETELLO, M.D., taken in connection with the captioned

13       cause, pursuant to the following stipulations before

14       RITA A. DEROUEN, Certified Court Reporter, at Irwin

15       Fritchie Urquhart & Moore, LLC, 400 Convention Street,

16       Suite 1001, Baton Rouge, Louisiana 70802, on the 7th of

17       February, 2019, beginning at 9:06 a.m.

18

19

20

21

22

23

24

25
```

1    research involvement that you have listed in your CV on
2    pages 3 and 4 that you've indicated is the totality of
3    your professional research involvement, is there
4    anything that I should be aware of from this list that
5    helped form your opinions or conclusions that you offer
6    in this case?
7         A.   No.
8         Q.   And, Doctor, obviously, I've had a chance to
9    review your CV.  How would you characterize your
10   expertise in the field of oncology?
11        A.   I've been treating cancer patients now for
12   33 years.  I'm board certified in medical oncology, and
13   I have treated over a thousand ladies with breast
14   cancer, and some guys, over the past 33 years.
15        Q.   And I'm going to want to talk and really get a
16   good grasp and understanding of your practice as you
17   paint the picture for it for me, but just to kind of
18   understand your area of expertise in those areas that
19   you do not consider yourself an expert in.
20             You would agree you're not an expert in the
21   field of dermatology?
22        A.   Right.
23        Q.   And you're not attempting to offer any opinions
24   in that field as an expert in this case, correct?
25        A.   Absolutely.

| | |
|---|---|
| 1 | regimen that Barbara Earnest received was superior to |
| 2 | the Taxol-based regimen that she could have received? |
| 3 | MR. KAUFMAN:  Same objection. |
| 4 | A.   I discussed -- and I'm looking to see if it was |
| 5 | specific to Barbara Earnest -- the difference between |
| 6 | Taxol and Taxotere.  And I'm looking to see if I |
| 7 | specifically talked about Barbara Earnest, but -- I did |
| 8 | talk -- page 7. |
| 9 | BY MR. SCHANKER: |
| 10 | Q.   Okay.  Hold on one second. |
| 11 | A.   Actually, there is a discussion there. |
| 12 | Q.   Okay.  Thank you.  Okay. |
| 13 | A.   Page 7, second-to-last paragraph, "For Barbara |
| 14 | Earnest, Dr. Carinder made the right decision." |
| 15 | Q.   Thank you for directing me. |
| 16 | With regard to that, what I want to do is kind |
| 17 | of discuss this, make sure I'm clear. |
| 18 | A.   Uh-huh, absolutely. |
| 19 | Q.   So you offer the opinion that due to the |
| 20 | neuropathy issue, Taxotere-based regimen was appropriate |
| 21 | for Barbara Earnest versus a Taxol-based regimen.  Is |
| 22 | that a fair assessment? |
| 23 | A.   Yes.  That's exactly right. |
| 24 | Q.   So let's discuss that.  So the basis for your |
| 25 | opinion is that there is increased -- let me ask you. |

1    What is the basis for your opinion?
2         A.   The neuropathy from the Taxol.  And she also
3    had a history of shingles and was having some problems
4    with neuropathy from the shingles, and Taxol would have
5    definitely exacerbated that.
6              And Barbara Earnest also had morbid obesity,
7    and adding weekly -- adding big doses of steroids to
8    counteract the side effects of the Taxol would not
9    have -- would have either pushed her blood sugar up
10   and -- that was the toxicity she didn't need.
11             So I think Taxotere, by far, had a much -- was
12   much easier and safer for her than Taxol would have
13   been.
14        Q.   So first of all, number one, you just laid out
15   neuropathy.
16        A.   Uh-huh.
17        Q.   You're aware that Barbara Earnest, today,
18   suffers from neuropathy?  Are you?
19        A.   Yes.
20        Q.   Is it your opinion that the neuropathy she
21   suffers from today is caused by the Taxotere?
22                  MR. KAUFMAN:  Object to the form.
23        A.   I have not seen her, examined her, so I don't
24   really know.
25   BY MR. SCHANKER:

Gerald Miletello M.D.

```
 1         Q.   Okay.  Fair enough.  So you don't have an
 2    opinion?
 3         A.   No.
 4         Q.   You can't offer an opinion on whether the
 5    neuropathy that Barbara Earnest may suffer from today is
 6    caused by Taxotere or not?
 7         A.   No, I can't.  And if it is from the Taxotere,
 8    had she gotten Taxol, it would be twice as bad.  That's
 9    the difference that I can say.
10         Q.   So let's break that apart.  You said if
11    it's caused -- if her neuropathy is caused by the
12    Taxotere, if she took Taxol, Barbara Earnest, her
13    neuropathy would be twice as bad?
14         A.   It would be a lot worse.  Because the
15    neuropathy with Taxol, compared to Taxotere, you see
16    minimal neuropathy with Taxotere, and you see lots of
17    neuropathy with Taxol.
18         Q.   And what is the basis for your opinion that if
19    an individual suffers from neuropathy with Taxotere that
20    it will be worse with Taxol?
21         A.   Because Taxol causes the worst neuropathy than
22    Taxotere.  Taxotere has minimal neuropathy as a side
23    effect.  So if you get a neuropathy with Taxotere, you
24    would definitely get a neuropathy with Taxol, and I
25    would expect it would be worse.
```