UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing Sanofi's *Ex Parte* Motion For Leave To File Exhibits B and C to its Opposition to Plaintiff's Motion *In Limine* No. 13 to Exclude Improper Arguments or Suggestions Regarding FDA Approval Under Seal;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits B and C (Rec. Doc. 7851-2, 7851-3) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE