# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    BARBARA EARNEST,
5              Plaintiff,
6    VERSUS              CASE NO. 2:16-cv-17731
7    SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US SERVICE,
8    INC., AND AVENTIS-PHARMA,
9              Defendants.
10
11
12
13          Videotaped deposition of JAMES E.
14   CARINDER, M.D., taken at the offices of NORTHSHORE
15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16   Suite 390, Slidell, Louisiana 70458, on Thursday,
17   January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25     Job No. NJ2757175

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 68

1           Objection, form.
2  EXAMINATION BY MS. BIERI:
3      Q.   Do you want me to ask it again?
4           How have survival rates changed
5  for breast cancer patients, if at all, over the
6  course of your career?
7      A.   We've come up with -- over the course
8  of my time doing oncology, they've gotten -- well,
9  I mean, we have -- we have a lot better drugs than
10 we had when I started out doing this.  Okay?  But
11 still -- you know, we still have a ways to go.
12     Q.   Have -- generally speaking, have breast
13 cancer survival rates increased since the time you
14 started practicing?
15     A.   Yes.  Yes.
16     Q.   Would you say that the advent of
17 taxanes, including Taxotere, docetaxel and
18 paclitaxel, would you say that those have in- --
19 helped increase survival rates?
20     A.   Yes.
21     Q.   Tell me a little bit more about that if
22 you can.
23     A.   Well, what would you like to know?
24     Q.   Why -- fair.
25           I'm interested in -- if you know

1  the percentage increase that they've given or why
2  you think that they've increased survival rates?
3           MR. SCHANKER:
4                Objection, form.
5           THE WITNESS:
6                Because it was a different class
7  of drugs that hadn't been seen before.  And
8  they -- they have incredible efficacy in breast
9  cancer and many other malignancies.  You know,
10 when I started out doing this, the -- the taxanes
11 were -- when I was a fellow, paclitaxel was the
12 only thing that was really coming around.  You
13 know, everybody was using that.  And the docetaxel
14 came along and had equal efficacy.
15               But the reason -- and the reason I
16 gravitated more towards using docetaxel is because
17 you didn't lose efficacy, but you reduced the
18 infusion-related complications and the daunting
19 neuropathy that a lot of patients get.
20 EXAMINATION BY MS. BIERI:
21     Q.   Are you aware of whether the docetaxel
22 compound has a greater affinity for tubulin and
23 more potent antimito- -- mitotic activity than
24 other taxane compounds?
25          MR. SCHANKER:

1     Q. -- than an average haircut?
2     A. Yes. Yes.
3     Q. So like six months after they stop
4 chemo?
5     A. I -- if -- if they don't have hair back
6 six months after chemotherapy, then, yes, I would
7 be starting to get concerned. Absolutely. I
8 mean, on average -- and I'm just saying on
9 average -- within -- within eight to ten weeks,
10 their hair should be -- their hair should be
11 coming back in as evenly -- as evenly as it's
12 gonna get. On average, about eight to ten weeks.
13     Q. Did you first learn -- when did you
14 first learn about Taxotere or docetaxel?
15     When did you first learn about
16 docetaxel?
17     A. When it came on the market about 1998
18 or '99.
19     Q. When did you first prescribe docetaxel?
20     A. About the same time.
21     Q. And were you using it just to treat
22 breast cancer or other types of cancer?
23     A. Breast cancer mainly. Then it got
24 other indications.
25     Q. And you still prescribe docetaxel

```
 1   today, correct?
 2        A.   Yes.
 3        Q.   Why?
 4        A.   Because it works.
 5        Q.   It's effective?
 6        A.   Yes.  It's a good drug.
 7        Q.   Do you prescribe it today just for
 8   breast cancer patients or for other types of
 9   patients?
10        A.   Other types of cancers as well.
11        Q.   Lung cancer?
12        A.   Yes.
13        Q.   Prostate cancer?
14        A.   Yes.
15        Q.   Gastric cancer?
16        A.   Yes.
17        Q.   Any others?
18        A.   That's pretty much -- that's pretty
19   much that group.
20        Q.   How many patients a month?
21        A.   I was gonna say be careful what you ask
22   here.
23             A month that I prescribe docetaxel
24   to?
25        Q.   Yeah.
```