# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3    _____
                                     )
 4    IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
      PRODUCTS LIABILITY LITIGATION  )
 5                                   )Section:  H
      This Document Relates to:      )
 6                                   )
      Antoinette Durden,             )
 7    Case No. 2:16-cv-16635;        )
      Tanya Francis,                 )
 8    Case No. 2:16-cv-17410;        )
      Barbara Earnest,               )
 9    Case No. 2:16-cv-17144         )
      _____)
10
11
12
13
14     VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                 Costa Mesa, California
16               Monday, December 10, 2018
17                      Volume II
18
19
20
21    Reported by:
      DENISE BARDSLEY
22    CSR No. 11241
23    Job No. 3154285
24
25    PAGES 315 - 557
```

Page 536

1    Q   You certainly would agree that it's
2  possible that these three women are here and alive
3  today because they received systemic treatment for
4  their cancer that included Taxotere?
5           MR. THORNTON:  Objection to form.
6           THE WITNESS:  Yes, I would agree to that
7  statement.
8  BY MR. STRONGMAN:
9    Q   And, Doctor, you know what speculation is,
10 correct?
11   A   Yes.
12   Q   Okay.  And we've talked about, looking
13 backwards, what we know and don't know.  We've had
14 this conversation a couple of times.
15          Do you know what I'm talking about?
16          MR. THORNTON:  Objection; form.
17          THE WITNESS:  I don't really know
18 specifically what you are talking about.  We've had
19 a lot of conversations.  So which -- how can I help?
20 BY MR. STRONGMAN:
21   Q   In your report you specifically offer
22 opinions about offering these patients other
23 alternatives back in the time frames when they were
24 prescribed their chemotherapy treatment, correct?
25   A   Yes.