# EXHIBIT C

```
                                                        Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    BARBARA EARNEST,
 5           Plaintiffs,
 6
 7    VERSUS            CIVIL ACTION NO. 2:16-cv-17731
 8
 9    SANOFI S.A., SANOFI-AVENTIS U.S.
10    L.L.C., SANOFI US SERVICE, INC., and
11    AVENTIS-HARMA S.A.,
12           Defendants.
13
14
15
16
17
18             DEPOSITION OF BARBARA EARNEST
19
20       Taken at the Offices of Barrios, Kingsdorf &
21       Casteix, LLP, 701 Poydras Street, Suite 3650,
22       New Orleans, Louisiana, on Thursday, December
23       21, 2017, beginning at 8:42 a.m.
24
25    JOB NO. 2757174
```

Page 176

1  MS. BIERI:
2      Q.   Was your goal survival?
3      A.   Yes.
4      Q.   Okay.  Do you remember how many times you
5  met with Dr. Shafor?
6      A.   Before the surgery -- before we had the
7  time for surgery?  Let's see.  Maybe two or three.
8  It wasn't much.  It wasn't that long.  He
9  immediately was going to do the surgery right
10 away.
11     Q.   And you were comfortable with the idea of
12 doing a lumpectomy?
13     A.   Yes, I was.  Very much so.
14     Q.   Do you remember if Dr. Shafor ever gave
15 you any materials to review?
16     A.   No, he didn't.  I can honestly say, I
17 know he didn't.
18     Q.   And you were scheduled to have a
19 lumpectomy with Dr. Shafor, right?
20     A.   Yes, I was.
21     Q.   But you didn't have a lumpectomy with
22 Dr. Shafor?
23     A.   Right, correct.
24     Q.   Can you tell me why the change to
25 Dr. Karlin as a surgeon?