# EXHIBIT D

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                    CASE NO. 2:16-cv-17731
 3
                        BARBARA EARNEST,
 4                         Plaintiff,
 5                             v.
 6       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
           US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                         Defendants.
 8         Deposition of MICHAEL PAUL EARNEST, 2313
         PELICAN STREET, SLIDELL, LOUISIANA  70460,
 9       taken in the offices of GAINSBURGH, BENJAMIN,
         DAVID, MEUNIER & WARSHAUER, on Tuesday, April
10       17, 2018.
11       APPEARANCES:
12           BACHUS & SCHANKER, LLC
             Attorneys at Law
13           BY:  DARIN SCHANKER, Esquire
             1899 Wynkoop Street, Suite 700
14           Denver, Colorado  80202
15               ATTORNEYS FOR PLAINTIFF
16
             SHOOK, HARDY & BACON, L.L.P.
17           Attorneys at Law
             BY:  JASON A. HARMON, Esquire
18           2555 Grand Boulevard
             Kansas City, Missouri  64108-2613
19
                 ATTORNEYS FOR DEFENDANTS
20
21    REPORTED BY:
22        VERNE B. MULLINS
          Certified Court Reporter
23        Registered Diplomate Reporter
          Certified Shorthand Reporter (TX)
24
25    Job No. NJ2863177
```

1    Q. What were you worried about?
2    A. Losing my mom.  I'm -- I was 31 years old,
3       my -- losing my mom at a young age, I know
4       people go through it everyday, but I wasn't
5       ready to lose my mom.  Seeing my father, if
6       that would have happened, how he would have
7       handled it, my brothers -- say my brothers --
8       my brother.  Sorry, I only have one.  My
9       nephew, my son.  Losing their grandparent, you
10      know.  Just the overall of losing a loved one,
11      that's very close.
12   Q. Why do you think that she's alive today?
13          MR. SCHANKER:
14              Objection, form.
15          THE WITNESS:
16              Because my mother had a strong heart
17           to live.  She was doing what she needed
18           to do to make sure that whatever she
19           needed to do, as cancer treatments,
20           whatever, she was going to do it to stay
21           alive.
22   EXAMINATION BY MR. HARMON:
23   Q. Did you support her in doing whatever she
24      needed to do to stay alive?
25   A. Yes.