# EXHIBIT E

Page 1

1   UNITED STATES DISTRICT COURT
2   EASTERN DISTRICT OF LOUISIANA
3
4        NO. 2:16-cv-17731
5
6      BARBARA EARNEST, Plaintiff
7
8            VERSUS
9
10  SANOFI S.A., SANOFI-AVENTIS US. L.L.C.,
11       SANOFI US SERVICE, INC., and
12       AVENTIS-PHARMA S.A., Defendants,
13
14
15     Deposition of RALPH L. EARNEST, SR.,
16  2313 Pelican Street, Slidell, Louisiana 70460,
17  taken in the offices of Gainsburgh, Benjamin,
18  David, Meunier & Warshauer, 1100 Poydras
19  Street, Suite 2800, New Orleans, Louisiana
20  70163-2800 on Monday, April 16, 2018.
21
22
23
24
25  Job No. NJ2863167

Page 67

1    found out that she had breast cancer?
2    A. You know, I don't remember if she was or not.
3        Now that you mention it, I just don't
4    remember where she was at.
5    Q. But you are sure and you do remember that
6    Barbara found out first, and then she came and
7    told you she had breast cancer?
8    A. Yes. Yes.
9    Q. Tell me how you felt.
10       MR. SCHANKER:
11           Objection. Form.
12       THE WITNESS:
13           Angry, for one thing. How could
14       someone as sweet as Barbara have
15       something like that occur to her. At
16       that particular point I think anger
17       describes it basically, you know.
18           Other than that, it would be hard to
19       place a label on it.
20   EXAMINATION BY MR. HARMON:
21   Q. Were you worried?
22   A. Most definitely.
23   Q. What were you worried about?
24   A. Losing her. This was the love of my life. I
25   didn't want something to happen her. I wanted

Page 68

1  her to be with me until we grow older and
2  grayer.
3  Q. Any other worries that you had aside from the
4  possibility of death?
5     Did you worry about the treatment?
6  A. At that particular point I was not concerned
7  about the treatment.  I was concerned about
8  her getting healthy.
9  Q. Were you concerned about the side effects she
10  might have during treatment?
11  A. At that point I wasn't worried about side
12  effects.  It didn't matter to me.
13     I wanted her to get healthy and get back
14  to a stage or point in her life where she
15  wasn't concerned about the possibility of
16  death.
17  Q. So when you found out that your wife had been
18  diagnosed with breast cancer, you weren't
19  worried necessarily about the side effects she
20  might experience during treatment.  Is that
21  fair?
22     MR. SCHANKER:
23         Objection.  Form.
24     THE WITNESS:
25         I would think so, because at that