UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Opposition to Defendants' First Omnibus Motion *in Limine* (Nos. 1-14) (Rec. Doc. 7847) Under Seal,

　　　IT IS ORDERED that said Motion is GRANTED;

　　　IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A and F) to the Plaintiff's Opposition to Defendants' First Omnibus Motion *in Limine* (Nos. 1-14) UNDER SEAL.

　　　New Orleans, Louisiana, this ____ of August, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1