# EXHIBIT D

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
         BARBARA EARNEST,
 3                                  CASE NO.
         VERSUS                     2:16-CV-15678
 4
         SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 5       SANOFI US SERVICE, INC., and
         AVENTIS-PHARMA S.A.,
 6
              VIDEOTAPE DEPOSITION OF BARBARA MARY
 7       LEBLANC EARNEST, TAKEN IN THE OFFICES OF
         GAINSBURG, BENJAMIN, DAVID, MEUNIER &
 8       WASHAUER, LLC, 1100 POYDRAS STREET, SUITE
         2800, NEW ORLEANS, LOUISIANA, 70130, ON
 9       MONDAY, THE 5TH DAY OF NOVEMBER, 2018.
10       APPEARANCES:
11         BACHUS & SCHANKER, LLC
           ATTORNEYS AT LAW
12         BY:  DARIN L. SCHANKER, ESQUIRE
           1899 WYNKOOP STREET, SUITE 700
13         DENVER, COLORADO  80202
14            ATTORNEYS FOR PLAINTIFF
15         SHOOK, HARDY & BACON, LLP
           ATTORNEYS AT LAW
16         BY:  KELLY BIERI, ESQUIRE
           2555 GRAND BOULEVARD
17         KANSAS CITY, MISSOURI  64108-2613
18            ATTORNEYS FOR SANOFI
19       VIDEOGRAPHER
20          MARK ANCALADE
21       REPORTED BY:
22         DAWN D. TUPPER, CCR, RPR
           CERTIFIED COURT REPORTER
23         REGISTERED PROFESSIONAL REPORTER
24
25        Job No. NJ3109557
```

```
 1     were diagnosed with cancer?
 2           A.   I don't think I did.
 3           Q.   That's not something you
 4     discussed with him?
 5           A.   No.
 6           Q.   Okay.  I'm going to hand you
 7     what is being marked as Exhibit F.  Have
 8     you ever seen this document before?
 9           A.   No.
10           Q.   I'll represent to you, and you
11     can see it on page 3 of his report in the
12     fifth line down, did you tell Dr.
13     Bianchini that if you had known this
14     treatment caused permanent baldness, you
15     would have asked --
16           A.   Wait.  I'm lost to where
17     you're telling me to look.
18           Q.   Well, I'll just ask you the
19     question generally.  That will make it
20     easier.
21           A.   All right.
22           Q.   Did you tell Dr. Bianchini
23     that if you had known this treatment
24     caused permanent baldness, you would have
25     asked if there was another drug that could
```

1  cure your cancer that did not cause
2  permanent baldness?
3       A.  Yes.  If I knew that it caused
4  -- this drug that I was taking caused
5  permanent baldness, anybody would.
6       Q.  And that's something you told
7  Dr. Bianchini?
8       A.  Yes.
9       Q.  And so it's your opinion in
10 2018 that that's something that you would
11 have said to Dr. Carinder in 2011?
12      A.  Yes.
13     MR. SCHANKER:
14         Objection, form.
15 EXAMINATION BY MS. BIERI:
16      Q.  Are you claiming that you
17 would have refused to take Taxotere if you
18 were told that there was a risk of
19 permanent hair loss?
20     MR. SCHANKER:
21         Objection, form.
22     THE WITNESS:
23         To a certain saying -- it's hard
24 to answer.  I can't go back I mean, you
25 know, to answer that.  I mean, is this the

1       Q.   And you haven't read his
2    deposition testimony; correct?
3       A.   No.  So in my opinion, had I
4    been given that opportunity, I would have
5    took another drug is what I'm trying to
6    get people to understand that.
7       Q.   So are you saying that if
8    another drug existed that would do the
9    same thing as Docetaxel, then you would
10   have taken that drug?
11      MR. SCHANKER:
12          Objection, form.
13   EXAMINATION BY MS. BIERI:
14      Q.   Is that what you're saying?
15      A.   Sure.
16      Q.   Are you aware of any such
17   drug?
18      A.   No, I'm not -- no, I wouldn't
19   know.  I think he would -- if he had known
20   he would have gave me another drug maybe.
21      Q.   Do you -- I'll represent --
22   what is the basis for you saying that?
23      A.   Well, do you think that he
24   would want to have all his patients bald?
25   That's my basis of saying that.

1      THE WITNESS:
2          No.
3  EXAMINATION BY MS. BIERI:
4      Q.   So how would you know if that
5  drug was appropriate for your particular
6  type of cancer?
7      MR. SCHANKER:
8          Objection, form.
9      THE WITNESS:
10         I don't know.  You would have to
11 just listen to your doctors.
12 EXAMINATION BY MS. BIERI:
13     Q.   Would you want -- would you
14 agree that you would want to make sure
15 that whatever this drug is that you don't
16 know of would be as effective as
17 Docetaxel?
18     MR. SCHANKER:
19         Objection, form.
20     THE WITNESS:
21         Yes.
22 EXAMINATION BY MS. BIERI:
23     Q.   In treating your cancer?
24     A.   Yes.
25     Q.   And would you have relied on

```
 1    Dr. Carinder to make that decision?
 2         MR. SCHANKER:
 3              Objection, form.
 4         THE WITNESS:
 5              Yes.
 6    EXAMINATION BY MS. BIERI:
 7         Q.   Would you have wanted to know
 8    the side effects of the other drug that
 9    you say you would have taken?
10         MR. SCHANKER:
11              Objection, form.
12         THE WITNESS:
13              Yes.
14    EXAMINATION BY MS. BIERI:
15         Q.   Including the severity,
16    likelihood and permanence of those side
17    effects?
18         A.   Yes.
19         MR. SCHANKER:
20              Objection, form.
21    EXAMINATION BY MS. BIERI:
22         Q.   Would it influence your
23    decision if the other drug came with an
24    increased risk of a secondary cancer?
25         MR. SCHANKER:
```