# EXHIBIT G

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   *******************************

 5   IN RE:  TAXOTERE (DOCETAXEL)

 6   PRODUCTS LIABILITY                MDL No. 2740

 7   LITIGATION                        Section: "N"(5)

 8                                     Judge Engelhardt

 9   This Document Relates to:    Mag. Judge North

10   All Cases

11   *******************************

12

13    VIDEOTAPED DEPOSITION OF NANAE HANGAI, MD, PhD

14

15

16             Thursday, February 1st, 2018

17                    9:10 a.m.

18

19        Held At:

20             Ropes & Gray LLP

21             800 Boylston Street

22             Boston, Massachusetts

23

24   REPORTED BY:

25   Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   2013, did you work on docetaxel or Taxotere?
 2        A.    Yes.
 3        Q.    Okay.  In a different position?
 4        A.    In a different position, yes.
 5   Correct.
 6        Q.    And we'll talk more about that in a
 7   moment.  So let me go back to my question.
 8              You stated that one of your
 9   responsibilities is to monitor potential side
10   effects for docetaxel, correct?
11        A.    Yes.
12        Q.    And one of the side effects that
13   you've monitored is hair loss, correct?
14        A.    Yes.  To monitor, yes.
15        Q.    And that includes temporary hair loss,
16   correct?
17        A.    Yes.
18        Q.    And also one of the side effects you
19   monitor related to Taxotere is permanent hair
20   loss, correct?
21        A.    Yes.
22        Q.    And you believe that Taxotere is
23   causally associated with permanent hair loss,
24   correct?
25              MR. RATLIFF:  Object to form.
```

1    A.    Docetaxel/Taxotere may cause permanent
2  hair loss, but it's case-by-case.
3  BY MS. MENZIES:
4    Q.    Okay.  Do you believe that there's a
5  causal association between taking Taxotere and
6  permanent hair loss in some patients?
7    A.    It's not only due to docetaxel.  The
8  patient may have -- Taxotere may cause a patient
9  who receive docetaxel to have (unintelligible)
10 therapy.
11   Q.    And it's your understanding and belief
12 that Taxotere may cause permanent hair loss in
13 some patients who take Taxotere, correct?
14         MR. RATLIFF:  Object to form.
15   A.    Yes.  Many patients receiving not only
16 Taxotere mostly in the course of treatment.
17 BY MS. MENZIES:
18   Q.    Okay.
19   A.    So maybe other -- may have other
20 cause.  I was say, like saying that we cannot
21 rule out the role of docetaxel in the cause of
22 permanent alopecia, however there are many other
23 risk factor need to be also ruled out.
24   Q.    So is it your belief and understanding
25 that some patients who take docetaxel may have