UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits A, E, F, H, and I to Plaintiff's Opposition to Defendants' Second Omnibus Motion *in Limine* (Nos. 15-20) (Rec. Doc. 7855) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits A, E, F, H, and I to Plaintiff's Opposition to Defendants' Second Omnibus Motion *in Limine* (Nos. 15-20) UNDER SEAL.

New Orleans, Louisiana, this _____ of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE