# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *      16-MD-2740
PRODUCTS LIABILITY LITIGATION     *
                                  *      Section H
                                  *
Relates to:  16-CV-17144          *      July 25, 2019
                                  *
                                  *      10:00 a.m.
* * * * * * * * * * * * * * * * *
```

ORAL ARGUMENT BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


Appearances:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1515 Poydras Street, Suite 1400<br>New Orleans, Louisiana 70112 |
| For the Plaintiffs: | Morgan & Morgan, P.A.<br>BY:  EMILY C. JEFFCOTT, ESQ.<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32502 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street, Suite 2800<br>New Orleans, Louisiana 70163 |

10:42

1    **THE COURT:**  So are those cases that were dismissed
2 because of statute of limitations -- I'm just trying to figure
3 out when we figure out when is it permanent.  If they can
4 regrow, what -- go ahead.
5              To me it's a bit of a difficult place that we
6 find ourselves because what I'm hearing is six months post we
7 consider that persistent, not permanent.  If there are stem
8 cells present, then it's not permanent.  How long is this claim
9 open for and when do we decide it's permanent?  Do we have to
10 test for stem cells and as long as there's any stem cells --
11    **MR. SEARS:**  Hair loss is very multifactorial, so it's
12 difficult to say when hair loss is permanent.  Generally
13 speaking, there's two types of hair loss.  There's nonscarring
14 and scarring hair loss.
15    **THE COURT:**  Right.
16    **MR. SEARS:**  Scarring hair loss is when the follicle
17 is no longer present, and that's permanent.  Nonscarring hair
18 loss, in theory, is reversible.
19              That's kind of interesting in this case because
20 Ms. Earnest never took any sort of drugs or tried anything to
21 regrow her hair.  There's something called minoxidil, and you
22 can either take it by pill or you can apply it to your head.
23 If she did that, because the stem cells are present, the hair
24 could regrow.  We just don't know because she never did that.
25              So ultimately it's relevant because this goes to