# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |
| Marytina Hill | Case No. 2:18-cv-10757 |
| Plaintiff | |
| Vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her First Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion. Previously named Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. are hereby dismissed with prejudice.

SIGNED THIS _____DAY OF _____, 2019.

_____
JUDGE PRESIDING