UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |
| Marytina Hill | Case No. 2:18-cv-10757 |
|     Plaintiff | |
| Vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2) respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's Short Form Complaint was filed in the Eastern District of Louisiana on November 9, 2018 and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff filed her original complaint based on her understanding that she had received the chemotherapy drug Taxotere from 2013 to 2014 and that it caused her to suffer permanent alopecia. Accordingly, baed on information she received from her healthcare provider (WRCC Willmar Regional Cancer Center) ("Willmar"), Plaintiff named and served Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. Upon further investigation (namely the Statement Regarding Chemotherapy Drug Administered completed by Willmar), the parties have learned that Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. manufactured the chemotherapy which was administered to Ms. Hill during her treatments in 2013 and 2014.

Based on this newly discovered information, Plaintiff seeks to amend her complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as Defendants herein. This Motion also dismisses with prejudice previously named Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.

Defendants will not be prejudiced by Plaintiff's proposed amended complaint. Plaintiff seeks to include only the proper defendants as parties to her suit. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel has conferred with Defense counsel and they do not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file Plaintiff's First Amended Short Form Complaint.

DATED this 30th day of July, 2019.

    Respectfully submitted,

    **REYES | BROWNE | REILLEY**

    */s/ Ryan J Browne*_____
    Ryan J. Browne
    Texas State Bar No. 00796262
    Spencer P. Browne
    Texas State Bar No. 24040589
    8222 Douglas Ave., Suite 400
    Dallas, TX 75225
    (214) 526-7900
    (214) 526-7910 (FAX)
    ryan@reyeslaw.com
    spencer@reyeslaw.com

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal and Local Rules of Civil Procedure in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.  As such, the foregoing was served on all counsel who have consented to electronic service on this 30th day of July, 2019.

Dated this 30th day of July, 2019                */s/ Ryan J Browne*
                                                              Ryan J Browne