UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARISSA RIVERA<br>　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC, et al.<br>　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| | **CIVIL ACTION NO. 2:19-cv-10815** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Clarissa Rivera respectfully requests leave of Court to file an Amended Short Form Complaint updating Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Accord Healthcare, Inc., as defendants.

Plaintiff requests that if this motion is granted, the attached Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Since filing her Complaint, Plaintiff alleges that she received notice containing product identification information confirming the manufacturer of the drug administered to the Plaintiff. Plaintiff sent notice to Defense Counsel pursuant to CMO 12.

Plaintiff alleges that Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Accord Healthcare, Inc., sold Taxotere/Docetaxel from January 29, 2016 until May 20, 2016.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be

freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Dated: July 26, 2019

                    Respectfully submitted,

                    RAY HODGE & ASSOCIATES, L.L.C.

                    s/ Ryan E. Hodge
                    Ryan E. Hodge, #16180
                    135 North Main
                    Wichita, KS 67202
                    (316) 269-1414
                    (316) 263-6019 (fax)
                    Attorney for Plaintiff