## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARISSA RIVERA<br>　　　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.<br>　　　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| This Document Relates To:<br>*Clarissa Rivera* | **CIVIL ACTION NO. 2:19-cv-10815** |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

1