**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO:         HON. JANE T. MILAZZO
*LaTanya Lomax vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13983

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting Helen Myrick on behalf of her deceased daughter, LaTanya Lomax, in the above-captioned cause for the following reasons:

1. Plaintiff, LaTanya Lomax filed a products liability lawsuit in the above-referenced matter on December 1, 2017.

2. Plaintiff LaTanya Lomax passed away on May 18, 2019, See Exhibit A – Death Certificate.

3. Plaintiff filed a Suggestion of Death on July 25, 2019. See Doc. No. 7738

4. LaTanya Lomax's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Helen Myrick, a surviving mother of decedent, is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her daughter, LaTanya Lomax, in this case.

WHEREFORE, counsel for Plaintiff requests that the Court grant this request for substitution of Plaintiff in this action.

Dated: August 7, 2019                              Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

<u>*/s/ Lindsay R. Stevens*</u>
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

1