BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:      HON. JANE T. MILAZZO
*LaTanya Lomax vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13983

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that HELEN MYRICK, on behalf of her deceased daughter, LATANYA LOMAX, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this day _____ of _____, 2019.

_____
HON. JANE T. MILAZZO