UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
Barbara Earnest, Case No. 2:16-cv-17144

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE UNTIMELY SUPPLEMENTAL REPORT OF DR. DAVID SPIEGEL

Plaintiff, Barbara Earnest, through the Plaintiffs' Steering Committee ("PSC") respectfully moves to strike the untimely Supplemental Report for Barbara Earnest of Sanofi's expert, Dr. David Spiegel, served on the PSC on July 11, 2019, and to preclude Dr. Spiegel from offering at the trial of this matter any testimony regarding his newly disclosed opinions.

**I.     Introduction**

The deadline for Sanofi's supplemental expert reports has long since expired. Under CMO 14 (Rec. Doc. 3064), Sanofi's general and specific expert reports were originally due on December 10, 2018. On November 7, 2018, the Court extended the expert report deadline for Plaintiff-specific issues for Sanofi's dermatopathology and dermatology experts to January 11, 2019 and Sanofi's psychology and neuropsychology experts to January 21, 2019 (Rec. Doc. 5009).

Consistent with the Court's orders, Sanofi served Dr. David Spiegel's general expert report on December 10, 2018 and case-specific report on January 21, 2019. Plaintiffs moved to exclude Dr. Spiegel on February 8, 2019. (Rec. Doc. 6140). Sanofi's opposition was filed on March 29, 2019 and Plaintiffs' reply on April 16, 2019. (Rec. Docs. 6594 & 6759). Briefing was complete as of that date.

Because Plaintiffs' psychiatry experts disclosed additional reliance materials subsequent to their initial depositions, they were subject to continuation depositions in April and May 2019.

Accordingly, with the Court's guidance, the motions to exclude Dr. Bianchini and Dr. Thompson were deferred and Sanofi was allowed to supplement their briefing for exclusion of these experts. The Court entered CMO No. 14(B) (Rec. Doc. 6768), which provided that Sanofi's supplemental expert reports were due by May 10, 2019. Sanofi ignored the extended deadlines; instead, Sanofi submitted a 15-page supplemental report of Dr. Spiegel more than two months late on July 11, 2019.

## II.     The Untimely Supplement Report of Dr. Spiegel Should be Stricken.

"If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1).

> In evaluating whether a party's failure to disclose is harmless, a court looks to four factors: (1) the explanation for the party's failure to disclose; (2) the potential prejudice to the opposing party if the evidence is allowed; (3) the availability of a continuance to cure such prejudice; and (4) the importance of the evidence.

*Red Dot Bldgs. v. Jacobs Technology, Inc.*, 2012 WL 2061904, at *4 (E.D. La. June 7, 2012) (citing *CQ, Inc. v. TXU Mining Co., L.P.,* 565 F. 3d 268, 280 (5th Cir. 2009)).

### A.     Sanofi Can Offer No Justifiable Excuse for Failing to Comply with the Court's Deadlines

The controlling scheduling order mandated that, at the latest, Sanofi must submit all supplemental expert reports by May 10, 2019. Sanofi deposed Dr. J. Thompson for the second and third time on April 17, 2019 and April 18, 2019. Sanofi deposed Dr. Bianchini for the second time on May 14, 2019. Yet, in clear violation of the Court's order, and after the pleadings closed on Plaintiff's motion to exclude Dr. Spiegel, Sanofi served the July 11, 2019 Supplemental Report for Barbara Earnest of Dr. Spiegel. This report was not written to address any developments that

2

were unavailable to him at the end of May 2019. Rather, all of the opinions offered by Dr. Spiegel in his July 11, 2019 supplemental report are based on materials that were available to him before the deadline, including materials available to him before the January 2019 deadline for his original case specific report, such as Ms. Earnest's medical records, Ms. Earnest's psychological testing results, transcripts from the depositions of Ms. Earnest, transcripts from the deposition of Ms. Earnest's family and friends, transcripts from the depositions of Ms. Earnest's treating physicians, and transcripts from the interviews conducted by Drs. J. Thompson and Bianchini. *See* Ex. A, Dr. Spiegel's July 11, 2019 Supplemental Expert Report for Barbara Earnest, p. 2.[1] Dr. Spiegel's supplemental report is merely an attempt to re-do his original expert report to resolve its clear inadequacies as outlined in Plaintiffs' Motion to Exclude (Rec. Doc. 6140).

To justify serving his supplemental report more than two months after the extended deadline, Sanofi claims the Dr. Spiegel has been out of the country since the depositions of Drs. Bianchini and Thompson took place in April and May of 2019, and that he only recently returned as of June 24, 2019. This excuse does not hold water—presumably, Dr. Spiegel was reachable by phone or email during his months long trip out of the country. More importantly, simply because an expert is not physically present in the United States does not give Sanofi carte blanche to ignore the Court's deadlines. Indeed, a number of Plaintiffs' experts frequently travel out of the country, and yet, Plaintiffs have been able to comply with the Court's deadline. Here, Sanofi did not seek, nor obtain, leave of the Court to submit Dr. Spiegel's case-specific supplemental report after the Court-ordered deadline. More disturbingly, Sanofi did not provide prior notice to the PSC of its

---

[1] Exhibits A and B to Dr. Spiegel's Supplemental Report were previously filed in the record as Record Document Numbers 6140-6 (Under Seal) and 6140-11. Exhibit C to his supplemental report (Sources Relied On) is not attached but will be provided to the Court upon request.

intent to supplement Dr. Spiegel's opinions or acknowledge or even attempt to justify the blatant untimeliness of its Rule 26 disclosure to the PSC.

      **B.**      **Plaintiffs are Prejudiced by Sanofi's Failure to Comply with the Court's Deadlines for Supplementing Expert Reports**

What remains true is that Dr. Spiegel still has no personal knowledge on which to base his opinions because he has never performed any psychological or medical testing on Ms. Earnest. Dr. Spiegel could have offered these opinions within the supplemental expert report deadline set by the Court in this matter. In failing to comply with the Court's deadlines, Sanofi has significantly prejudiced Plaintiffs by adding additional work to an already compressed schedule leading up to the first bellwether trial. Plaintiffs would need to depose Dr. Spiegel, which entails significant resources and time that are currently occupied in preparing for trial, and to devote additional resources to supplementing the Daubert briefing. Frankly, there is little time to accomplish all of this given other trial-related deadlines that are requiring around-the-clock work by Plaintiffs. Indeed, to reconfigure resources to address this late supplementation would negatively impact Plaintiffs' ability to prepare for trial. The trial should likewise not be delayed to accommodate Sanofi blatant disregard the Court's deadlines.

**III.**    **Conclusion**

Accordingly, Plaintiff respectfully asks that the Court (1) strike Dr. Spiegel's July 11, 2019 Supplemental Report for Barbara Earnest as untimely, (2) preclude Sanofi's expert from offering testimony regarding the opinions contained in the untimely supplemental report at the Earnest trial, and (3) order that Sanofi be taxed with the undersigned's fees in connection with bringing the instant motion.

Dated: August 7, 2019                                Respectfully submitted,

*/s/ Darin L. Schanker*                              */s/ Rand P. Nolen*
Darin L. Schanker                                    Rand P. Nolen
Bachus & Schanker, LLC                               Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                       2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                     Houston, TX 77056
Phone: (303) 893-9800                                Phone: (713) 621-7944
Fax: (303) 893-9900                                  Fax: (713) 621-9638
dschanker@coloradolaw.net                            rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*             *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                          */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                       Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                     GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                      6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                         Los Angeles, California 90045
Phone: (504) 355-0086                                Telephone: 510-350-9700
Fax: (504) 355-0089                                  Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                               kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                        *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                               */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                           Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                  BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                       701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street              New Orleans, LA 70139
New Orleans, LA 70163-2800                           Phone: 504-524-3300
Phone: 504-522-2304                                  Fax: 504-524-3313
Fax: 504-528-9973                                    barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                     *Plaintiffs' Co-Liaison Counsel*

5

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT