UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

### ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION TO STRIKE THE UNTIMELY SUPPLEMENTAL REPORT OF DR. SPIEGEL

Considering the Motion for Expedited Hearing filed by Plaintiff;

IT IS ORDERED by the Court that the motion is GRANTED and a hearing on Plaintiff's Motion to Strike the Untimely Supplemental Report of Dr. Spiegel is set on an expedited basis for the ____ day of _____, 2019 at _____ a.m./p.m.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE