UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## PRETRIAL ORDER NO. 99

**IT IS ORDERED** that a status conference with lead and liaison counsel is **SET** for **August 16, 2019, at 9:00 a.m.** in Judge Milazzo's chambers.

New Orleans, Louisiana, this 7th day of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE