# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | Master Docket No. 2:16-md-02740 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 2:18-cv-07024 |
| JULIE CLARK, | Judge Jane T. Milazzo |
| Plaintiff, | |
| v. | |
| SANOFI US SERVICES, INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Julie Clark, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7635: ORDER denying Plaintiff's Rule 59 Motion, which was entered in this action on July 16, 2019.

Respectfully submitted this 8th day of August 2019.

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.  Colo. No. 41063
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
(303)893-9800
(303)893-9900 [Fax]
Email:  celliott@coloradolaw.net
            kyle,bachus@coloradolaw.net
            dschanker@coloradolaw.net


*Attorneys for Plaintiff Clark*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2019, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on counsel of record via the CM/ECF System.

        */s/ J. Christopher Elliott*
        J. Christopher Elliott, Esq.