# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2740** |
| | Master Docket No. 2:16-md-02740 |
| **THIS DOCUMENT RELATES TO:** | |
| | Civil Action No 2: 18-cv-11852 |
| **DOROTHY KUYKENDALL,** | |
| | Judge Jane T. Milazzo |
| Plaintiff, | |
| v. | |
| **ACCORD HEALTHCARE, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SANDOZ, INC., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,** | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Dorothy Kuykendall, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from

Document # 7600: ORDER dismissing Plaintiff's case with prejudice, which was entered in this action on July 11, 2019, and also appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7701: Order supplementing the July 11, 2019 Order dismissing Plaintiff's case with prejudice, which was entered in this action on July 22, 2019.

Respectfully submitted this 8th day of August 2019.

/s/ J. Christopher Elliott
J. Christopher Elliott, Esq.  Colo. No. 41063
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
(303)893-9800
(303)893-9900 [Fax]
Email:  celliott@coloradolaw.net
         kyle,bachus@coloradolaw.net
         dschanker@coloradolaw.net

*Attorneys for Plaintiff Kuykendall*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2019, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on counsel of record via the CM/ECF System.

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.