# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2740** |
| | **Master Docket No. 2:16-md-02740** |
| **THIS DOCUMENT RELATES TO:** | |
| | **Civil Action No. 2:18-cv-01589** |
| **CARRIENE NEVIN,** | |
| Plaintiff, | **Judge Jane T. Milazzo** |
| v. | |
| **ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA, INC., McKESSON CORPORATION, PFIZER, INC., SANDOZ, INC., SANOFI US SERVICES, INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,** | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Carriene Nevin, Plaintiff in the above-named case,

hereby appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7635: ORDER denying Plaintiff's Rule 59 Motion, which was entered in this action on July 16, 2019.

Respectfully submitted this 8th day of August 2019.

>/s/ J. Christopher Elliott
>J. Christopher Elliott, Esq.  Colo. No. 41063
>J. Kyle Bachus, Esq.
>Darin L. Schanker, Esq.
>BACHUS & SCHANKER, LLC
>1899 Wynkoop Street, Suite 700
>Denver, Colorado 80202
>(303)893-9800
>(303)893-9900 [Fax]
>Email:  celliott@coloradolaw.net
>         kyle,bachus@coloradolaw.net
>         dschanker@coloradolaw.net

>*Attorneys for Plaintiff Nevin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2019, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on counsel of record via the CM/ECF System.

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
