# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2740** |
| | **Master Docket No. 2:16-md-02740** |
| **THIS DOCUMENT RELATES TO:** | |
| | **Civil Action No.  2:18-cv-01395** |
| **DEBORAH PURNELL,** | |
| | **Judge Jane T. Milazzo** |
| Plaintiff, | |
| v. | |
| **SANDOZ, INC.,** | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Deborah Purnell, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7635:  ORDER denying Plaintiff's Rule 60(b) Motion, which was entered in this action on July 16, 2019.

Respectfully submitted this 8th day of August 2019.

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq. Colo. No. 41063
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
(303)893-9800
(303)893-9900 [Fax]
Email: celliott@coloradolaw.net
kyle,bachus@coloradolaw.net
dschanker@coloradolaw.net

*Attorneys for Plaintiff Purnell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August 2019, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on counsel of record via the CM/ECF System.

<div style="text-align:right">

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.

</div>