# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:18-cv-06259-JTM-MBN |
| THIS DOCUMENT RELATES TO: <br><br> BAUMGARTNER v. ACCORD HEALTHCARE, INC. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7800);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the Clerk's office should file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 8th day of August, 2019.

_____
U.S. District Judge