# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Barbara Earnest, Case No. 16-cv-17144* *Jacqueline Mills, Case No. 17-cv-2689* | : : : | |

### JOINDER OF THE 505(b)(2) DEFENDANTS IN SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S JULY 9, 2019 SUMMARY JUDGMENT ORDER FOR INTERLOCUTORY APPEAL

Defendants Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Sandoz Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., Accord Healthcare, Inc., Sagent Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and McKesson Corporation (together, "the 505(b)(2) Defendants"), by and through their undersigned counsel of record, hereby join in the motion by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") pursuant to 28 U.S.C. § 1292(b) to certify for interlocutory appeal this Court's July 9, 2019 Order and Reasons (Doc. No. 7783). The 505(b)(2) Defendants join and support Sanofi's arguments and further state:

1. The 505(b)(2) Defendants are defending against thousands of cases in this MDL, including hundreds of cases involving Plaintiffs in Louisiana and Georgia.

2. The question of law at issue on Sanofi's motion – the governing standard for applying the learned intermediary doctrine to the proximate causation requirement in these failure-to-warn cases – is one that is critical to all Defendants in this litigation as they proceed to prepare cases for trial and seek judicial resolution, including through dispositive motions. For example,

505(b)(2) Defendants are currently working up seven trial pool cases involving Plaintiffs from Louisiana, and they expect to begin working up a number of additional Louisiana cases as potential trial cases based on this Court's recent case selection Order (Doc. No. 7772). Like Sanofi, the 505(b)(2) Defendants in these cases will benefit greatly from appellate guidance on the application of the learned intermediary doctrine and proximate cause standard. That guidance will be particularly helpful at this stage, before the first trial and as the parties prepare to proceed at significant expense with discovery, motion practice, and potentially trial in a number of cases.

3.   Until this Court's decision, courts applying Louisiana and Georgia law have not recognized an exception to the learned intermediary doctrine for chemotherapy medicines. Indeed, courts have guarded against the erosion of the learned intermediary doctrine, which applies to claims over prescription medicines. An exception for prescription chemotherapy would be a fundamental change in the law. Given the significance of such an exception and its impact on this large MDL, in which each case involves a doctor's decision to prescribe chemotherapy for the plaintiff, as well as its impact on future failure-to-warn cases involving pharmaceuticals, review now is appropriate.

4.   The 505(b)(2) Defendants further submit that certification of an interlocutory appeal and a brief adjournment of the *Earnest* trial will not unduly delay or impede progress in this MDL. The parties will continue to be able to engage in numerous activities that have allowed the Court and parties to advance and shape this litigation and identify representative cases for trial, including fact sheet and product identification efforts and discovery in trial pool cases.

Dated: August 2, 2019

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo

Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenues of Americas, 31st Floor
New York, New York 10036
Telephone: (212) 689-3814
Facsimile: (212) 698-3599
Mark.Cheffo@dechert.com
Maracusker.Gonzalez@dechert.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500

3

New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz, Inc.*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc.*

/s/ *Julie A. Callsen*
Julie A. Callsen, TA
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 696-2286
Facsimile: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

*Counsel for Defendant Accord Healthcare Inc.*

/s/ *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
LEAKE & ANDERSSON LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
sshuler@leakeandersson.com

/s/ *Geoffrey M. Coan*

4

        Geoffrey M. Coan
        Kathleen E. Kelly
        HINSHAW & CULBERTSON LLP
        28 State Street
        Boston, MA 02109
        Telephone: (617) 213-7000
        Facsimile: (617) 213-7001
        gcoan@hinshawlaw.com
        kekelly@hinshawlaw.com

        *Counsel for Defendant Sun*
        *Pharmaceutical Industries, Inc. f/k/a*
        *Caraco Pharmaceutical Laboratories, Ltd.*

        /s/ *Erin M. Bosman*
        Erin M. Bosman
        Julie Y. Park
        MORRISON & FOERSTER LLP
        12531 High Bluff Dr.
        San Diego, CA 92130-2040
        Phone: 858-720-5100
        Fax: 858-720-5125
        ebosman@mofo.com
        juliepark@mofo..com

        *Counsel for Defendant McKesson*
        *Corporation d/b/a McKesson Packaging*

## **CERTIFICATE OF SERVICE**

   I hereby that on August 2, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which send notifications of such filing to all counsel of record.

                /s/ *Mark S. Cheffo*