UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Motion for Leave to File Response (Doc. 7808);

**IT IS ORDERED** that said Motion is **GRANTED** and that the Clerk of Court shall file Plaintiff's Response to Sanofi's Notice of Supplemental Authority (Doc. 7791) into the record in this matter.

New Orleans, Louisiana, this 8th day of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE