MINUTE ENTRY
MILAZZO, J.
AUGUST 8, 2019

JS-10: 03:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | |

**Applies to: 16-17144 - Barbara Earnest**

## MOTION HEARING
Judge Jane Triche Milazzo presiding

LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: JODI SIMCOX
CASE MANAGER: ERIN MOULEDOUS
COUNSEL: See attached sign-in sheet

Court begins at 1:00 p.m.

Motion to Exclude Expert Testimony on General Causation **(Doc. 6163)** is re-argued by counsel and taken under submission.

Motion to Exclude Expert Testimony on Specific Causation **(Doc. 6162)** argued by counsel and taken under submission.

Motion for Summary Judgment on Preemption **(Doc. 6186)** argued by counsel and taken under submission.

Court adjourned at 4:40 p.m.