UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

AUGUST 8, 2019

1:00 pm Motion Hearing Sign in Sheet
PLEASE PRINT

| Name | Party representing |
|---|---|
| Torrey Peterson | Sanofi |
| Maureen Moeder | Sanofi |
| Dawn Barrios | Co-Liaison Counsel |
| Emily Jeffcott | PSC |
| Karen Barth Menzies | PSC |
| PALMER LAMBERT | π Co-Liaison |
| Brian Abrams | Plaintiff |
| Jon Strongman | Sanofi |
| Ilana Eisenstein | Sanofi |
| DARIN SCHANKER | π /PSC |
| Jessica Perez Reynolds | π PSC |
| Dan Markoff | π PSC |
| DAVID MICELI | π PSC |
| DOUGLAS MOORE | DLC Sanofi |
| Adrienne Byard | Sanofi |
| Andre Mura | Plaintiff |

| | |
|---|---|
| BEN GORDON   TI (Settlement) | |
| STAN GAUDIN   TI | |
| Rand Nolen   TI | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |