IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2740 |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Trina Jackson* | * | CIVIL ACTION NO. 2:18-cv-04438 |
| | * | |

**PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

_____

COMES NOW Plaintiff Trina Jackson, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 9th day of August, 2019.

                                                     **BRENT COON & ASSOCIATES**

                                                     /s/ *Eric W. Newell*
                                                     Brent W. Coon
                                                     Federal Bar No. 9308
                                                     Texas Bar No. 04769750
                                                     Brent@bcoonlaw.com
                                                     Eric W. Newell
                                                     Texas Bar No. 24046521
                                                     Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Counsel for Sanofi defendants gave consent, and counsel for Hospira defendants, also gave their consent for this motion for leave to file an Amended Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 9th day of August, 2019.

*/s/Eric W. Newell*
Eric W. Newell