# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Barbara Earnest, Case No. 16-cv-17144 Jacqueline Mills, Case No. 17-cv-2689 | |

### SANOFI'S REQUEST FOR ORAL ARGUMENT ON MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S JULY 9, 2019 SUMMARY JUDGMENT ORDER FOR INTERLOCUTORY APPEAL AND ADJOURN THE *EARNEST* TRIAL PENDING THE APPEAL

Pursuant to Local Rule 78.1, Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") request oral argument on Defendants' Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the *Earnest* Trial Pending the Appeal (Rec. Doc. 7783). The Motion has been noticed for submission on the 14th day of August, 2019, at 9:30 a.m. Oral argument will assist the Court in addressing the issues raised in Defendants' Motion and Plaintiff's Opposition to the Motion (Rec. Doc. 7850).

WHEREFORE, Sanofi respectfully prays that the Court grant its Request and set Oral Argument on Sanofi's Motion (Rec. Doc. 7783).

Date: August 9, 2019

    Respectfully submitted,

    */s/ Douglas J. Moore*
    Douglas J. Moore (Bar No. 27706)
    **IRWIN FRITCHIE URQUHART & MOORE LLC**
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone: 504-310-2100
    Facsimile: 504-310-2120
    dmoore@irwinllc.com

    Harley Ratliff
    Adrienne L. Byard
    **SHOOK, HARDY & BACON L.L.P.**
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    hratliff@shb.com
    abyard@shb.com

    Ilana H. Eisenstein
    Rachel A.H. Horton
    **DLA PIPER LLP (US)**
    1650 Market St., Suite 5000
    Philadelphia, PA 19103
    Telephone: (215) 656-3351
    Facsimile: (215) 606-3351
    Ilana.Eisenstein@dlapiper.com
    Rachel.Horton@dlapiper.com

    *Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    */s/ Douglas J. Moore*