# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Horton v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* | |
| Plaintiff Name: Linda Horton Civil Action No.: 2:18-cv-13707 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 9th day of August 2019

                        Respectfully submitted,

                        /s/ Charlotte Long

                        Charlotte Long
                        Texas Bar No: 24094692
                        charlotte@fnlawfirm.com

                        FEARS NACHAWATI, PLLC
                        5473 Blair Road
                        Dallas, Texas 75231
                        Tel. (214) 890-0711
                        Fax (214) 890-0712

                        Counsel for Plaintiff

                        /s/ Matthew R. McCarley

                        Matthew R. McCarley
                        Texas Bar No: 24041426
                        mccarley@fnlawfirm.com

                        FEARS NACHAWATI, PLLC
                        5473 Blair Road
                        Dallas, Texas 75231
                        Tel. (214) 890-0711
                        Fax (214) 890-0712

                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                        /s/ Charlotte Long