UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

      The Clerk is directed to file the attached record of the ancillary discovery proceeding that went forward in France under seal.

      New Orleans, Louisiana, this  8th  day of  August , 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE