UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Barbara Earnest, Case No. 16-cv-17144 | |

**MOTION TO CONTINUE TRIAL**

NOW INTO COURT, COME Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), who hereby move this honorable Court for a brief continuance of the trial date in the *Earnest* matter, No. 16-cv-17144. As set forth more fully in the accompanying Memorandum of Law in Support, good cause exists for a brief continuance of the trial date in this matter. There are currently 48 pretrial motions pending in the *Earnest* matter. The Court deserves the opportunity to carefully consider and make reasoned, thorough rulings on these complex legal and evidentiary issues. All litigants in MDL 2740 are entitled to a robust and comprehensive evaluation of the pending pretrial issues. The parties also need to have the ability to review and understand the rulings prior to preparing their cases to be presented to the jury, should those respective cases not be dismissed.

Despite the best efforts of the parties and the Court, there is simply insufficient time for that to happen in light of the volume and complexity of the remaining issues, as well as the other demands of the Court's docket. Therefore, Sanofi respectfully requests a brief continuance of the trial in the *Earnest* matter to permit the Court sufficient time to adequately and appropriately issue written rulings to resolve the complex legal, evidentiary, and post-judgment issues pending before the Court. A brief continuance will not prejudice the parties.

00625647

The undersigned counsel has conferred with Plaintiffs' Liaison counsel, who has advised that Plaintiff opposes the Motion.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com


*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*