# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Barbara Earnest, Case No. 16-cv-17144 | |

## SANOFI'S REQUEST FOR ORAL ARGUMENT ON MOTION TO CONTINUE TRIAL

Pursuant to Local Rule 78.1, Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") request oral argument on Defendants' Motion to Continue Trial. The Motion has been noticed for submission on the 28th day of August, 2019, at 9:30 a.m. and Sanofi has requested expedited hearing to occur on the 16th day of August, 2019 at 9:30 a.m.. Oral argument will assist the Court in addressing the issues raised in Defendants' Motion and any Opposition thereto and will allow the parties to address any questions or concerns that the Court regarding the relief sought threin.

WHEREFORE, Sanofi respectfully prays that the Court grant its Request and set Oral Argument on Sanofi's Motion to Continue Trial.

00625788

1

Date: August 9, 2019

                          Respectfully submitted,

                          */s/ Douglas J. Moore*

                          Douglas J. Moore (Bar No. 27706)
                          **IRWIN FRITCHIE URQUHART & MOORE LLC**
                          400 Poydras Street, Suite 2700
                          New Orleans, LA 70130
                          Telephone: 504-310-2100
                          Facsimile: 504-310-2120
                          dmoore@irwinllc.com

                          Harley V. Ratliff
                          Adrienne L. Byard
                          Kelly Bieri
                          **SHOOK, HARDY & BACON L.L.P.**
                          2555 Grand Boulevard
                          Kansas City, Missouri 64108
                          Telephone: 816-474-6550
                          Facsimile: 816-421-5547
                          hratliff@shb.com
                          abyard@shb.com
                          kbieri@shb.com

                          *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                    */s/ Douglas J. Moore*