**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Barbara Earnest, Case No. 16-cv-17144

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") who hereby request expedited hearing on their Motion to Continue Trial, filed contemporaneously herewith. The Motion is currently noticed for submission on the 28th day of August, 2019, at 9:30 a.m. The Court has previously informed the parties that it is scheduled to commence a significant criminal trial in another matter on August 19, 2019. The parties are currently scheduled to appear for a lead and liaison counsel meeting on the morning of August 16, 2019, and Sanofi requests that its Motion to Continue be heard at 9:30 a.m. on that date, or immediately following the lead and liaison counsel meeting.

Sanofi believes that expedited hearing is warranted, as the Court's docket will prevent meaningful consideration of Sanofi's Motion prior to the pre-trial conference. The purpose of sanofi's Motion is to permit the Court the time to meaningfully analyze and issues rulings upon the numerous legal and evidentiary issues pending before this Court. Expedited hearing is warranted so that the parties can make their arguments and the Court can make a decision on whether to proceed on the current schedule at a time that will conserve judicial resources and prevent unnecessary trial preparation. Sanofi has no objection to the filing of Plaintiff's opposition

on August 15, 2019.

WHEREFORE, for the reasons set forth herein, Sanofi requests that the Court grant expedited hearing on its Motion to Continue Trial and conduct oral argument on August 16, 2019, at 9:30 a.m., or immediately following the lead and liaison counsel meeting currently scheduled on that date.

Respectfully submitted,

Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.