UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 16-cv-17144

## ORDER

Considering the foregoing Motion for Expedited Hearing on Sanofi's Motion to Continue Trial;

**IT IS HEREBY ORDERED** that Sanofi's Motion for Expedited Hearing on its Motion to Continue Trial be and is **GRANTED**; that the hearing on Sanofi's Motion to Continue Trial be heard at 9:30 a.m. on August 16, 2019, or immediately following the lead and liaison counsel meeting; and that the deadline for the filing of Plaintiff's opposition to Sanofi's Motion to Continue Trial is August 15, 2019.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO