UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Joyce Thomas**
**Case No.: 18-cv-12572**

## DECLARATION

I, Peter E Goss, have attempted to reach my client, Joyce Thomas on the following dates: November 7, 2018, January 30, 2019, January 31, 2019, May, 6, 2019, June 19, 2019, June 27, 2019, July 9, 2019, July 11, 2019, July 15, 2019, July 18, 2019, July 23, 2019, August 5, 2019, August 6, 2019, August 7, 2019, and August 8, 2019 by (check all that apply) __X__ telephone, _X__ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, _X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Peter E. Goss_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
816-336-1300
pgoss@goss-lawfirm.com