UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mary Guillot**
**Case No.: 2:18-cv-13024**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Mary Guillot, on the following dates: April 16, 2019, April 29, 2019, May 3, 2019, May 10, 2019, May 14, 2019, May 24, 2019, June 14, 2019, June 28, 2019, July 9, 2019, July 15, 2019, July 19, 2019, July 30, 2019, August 6, 2019, and August 9, 2019 by:

☒telephone, ☐e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*[Signature: Leslie LaMacchia]*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com