IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Lucille Smith v. Sanofi-Aventis U.S. LLC, et al. | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-08984 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jerry Smith on behalf of his deceased wife, Lucille Smith.

1.   Lucille Smith filed a products liability lawsuit against Defendants on September 13, 2017.

2.   Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Lucille Smith died on May 9, 2019.

3.   Lucille Smith's product liability action against Defendants survived her death and was not extinguished.

4.   Plaintiff filed a Notice and Suggestion of Death on August 12, 2019.

5.   Jerry Smith, surviving spouse of Lucille Smith, and is the Executor of her estate, is a proper party to substitute for plaintiff-decedent Lucille Smith and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Jerry Smith requests that this Court grant his request for substitution as plaintiff in this action.

Dated this 12th day of August, 2019.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
     Michael P. McGartland