IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : : : : : : : : : | **MDL NO. 2740** |
| | | **SECTION "H" (5)** |
| *This Documents Relates to:* Lucille Smith v. Sanofi-Aventis U.S. LLC, et al. | | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-08984 | | **MAG. JUDGE MICHAEL NORTH** |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Jerry Smith's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Jerry Smith, as surviving spouse and duly appointed Executor of the Estate of Lucille Smith, deceased, is substituted as Plaintiff in this action.

Dated this ____ day of _____, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge