UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Gloria Miller
Case No.: 2:18-cv-12019

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Gloria Miller whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 12, 2019                  */s/Rhett A. McSweeney*
                                                     Rhett A. McSweeney (#269542)
                                                     McSweeney Langevin LLC
                                                     2116 Second Avenue South
                                                     Minneapolis, MN 55404
                                                     Phone: (612) 542-4646
                                                     Fax: (612) 454-2678
                                                     ram@westrikeback.com