UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

Considering Defendants' Requests for Oral Arguments (Docs. 7883 and 7890);

**IT IS ORDERED** that oral argument on Defendants' Motion to Continue Trial (Doc. 7889) and Defendants' Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the Earnest Trial Pending the Appeal (Doc. 7783) is **SET** for **August 16, 2019, at 9:30 a.m.**

**IT IS FURTHER ORDERED** that each party is limited to 7 minutes of argument per Motion.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**