UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>MARY E. JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.<br><br>        Defendants. | MDL No. 2740<br><br>SECTION: "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-cv-15512 |

      Plaintiff Mary E. Jackson, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismisses with prejudice all claims in this matter against all Defendants in this action, Civil Action No. 2:17-cv-15512.  This Notice of Voluntary Dismissal with Prejudice dismisses Plaintiff's claims in 2:17-cv-15512 ONLY.  It is not intended to affect the lawsuit filed by Mary E. Jackson, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-10121.

      Respectfully submitted,

**PULASKI LAW FIRM, PLLC**
/s/ Leslie LaMacchia
Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records who are CM/ECF participants.

Dated: August 12, 2019                                                          /s/ *Leslie LaMacchia*