UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  DAVID SKAGGS, AS ANTICIPATED
　　　　　　　　　　PERSONAL REPRESENTATIVE OF THE
　　　　　　　　　　ESTATE OF CANDI LEFFEL
Case No.:　　2:19-cv-5052

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent David Skaggs, As Anticipated Personal Representative Of The Estate Of Candi Leffel, whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  August 12, 2019　　　　　　By:　　*/s/ Aaron C. Johnson*
　　　　　　　　　　　　　　　　　　　　　　Aaron C. Johnson, MO # 38756
　　　　　　　　　　　　　　　　　　　　　　David G. Summers, MO # 42290
　　　　　　　　　　　　　　　　　　　　　　Summers & Johnson, P.C.
　　　　　　　　　　　　　　　　　　　　　　717 Thomas Street
　　　　　　　　　　　　　　　　　　　　　　Weston, MO 64098
　　　　　　　　　　　　　　　　　　　　　　(816) 640-9940
　　　　　　　　　　　　　　　　　　　　　　Fax (816) 386-9927
　　　　　　　　　　　　　　　　　　　　　　aaron@summersandjohnson.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1