UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Nancy Cairrao</u>
**Case No.:** <u>2:18-cv-12538</u>

## DECLARATION

I, Daniel Markoff, have attempted to reach my client, <u>Nancy Cairrao</u> on the following dates: <u>9/11/18, 10/16/18, 12/18/18, 1/7/19, 3/27/19, 4/16/19, 4/17/19, 5/7/19, 5/14/19, 5/29/19, 6/5/19, 6/11/19, 6/28/19, 7/15/19, 7/22/19, 8/5/19, 8/6/19, 8/7/19, 8/8/19, 8/9/19, and 8/12/19</u> by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, X social media, <u>X</u> U.S. Mail, <u>X</u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel P, Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
OKC, OK 73129
405-607-8757
dmarkoff@atkinsandmarkoff.com