# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Emmagene Straub Hill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br>Civil Action No.: 2:18-cv-10921 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☑ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 12th day of August, 2019

                                                    Respectfully submitted,

                                                    **REYES | BROWNE | REILLEY**

                                              By: */s/ Ryan J. Browne*
                                                    Ryan J. Browne
                                                    Texas State Bar No. 00796262
                                                  Spencer P. Browne
                                                  Texas State Bar No. 24040589
                                                  8222 Douglas Ave., Suite 400
                                                  Dallas, TX 75225
                                                  (214) 526-7900
                                                  (214) 526-7910 (FAX)
                                                  ryan@reyeslaw.com
                                                  spencer@reyeslaw.com

                                                  **ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  */s/Ryan J. Browne*
                                                  Ryan J. Browne