UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Jennifer Owens**
**Case No.: 2:18-cv-13084**

# DECLARATION

I, Jason R. Fraxedas, have attempted to reach my client, Jennifer Owens on the following dates:

1/29/2019; 2/19/2019; 2/21/2019; 2/22/2019; 2/25/2019; 4/19/2019; 6/12/2019; 6/13/2019; 6/14/2019; 6/17/2019; 6/18/2019; 6/21/2019; 6/26/2019; 7/1/2019; 8/7/2019, 8/12/2019

by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, ____ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Jason R. Fraxedas
The Maher Law Firm
271 West Canton Avenue, Suite 1
Winter Park, FL 32789
407-839-8066
bmorris@maherlawfirm.com