UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: 2:19-cv-04486<br>Davie v. Sanofi Aventis US LLC et al. | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this  12th   day of  August  , 2019

/s/ Clint Casperson
Clint Casperson
State Bar No. 24075561

**CERTIFICATE OF SERVICE**

I hereby certify that on  August,  12 , 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  August  ,  12, 2019         /s/ Clint Casperson_____

Clint Casperson
State Bar No. 24075561
Sean Patrick Tracey
State Bar No. 20176500
Shawn Fox
State Bar No.  24040926
Tracey & Fox Law Firm
440 Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333 Telephone
713-495-2331 Facsimile
ccasperson@traceylawfirm.com
stracey@traceylawfirm.com
sfox@traceylawfirm.com