UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Gava Patterson</u>
**Case No.:** <u>19-01943</u>

# DECLARATION

I, Thomas V. Ayala, have attempted to reach my client, Gava Patterson on the following dates: <u>3/1/19; 5/9/19; 5/14/19; 5/23/19; 5/28/19; 6/26/19; 8/5/19</u> by (check all that apply) __x__ telephone, ____ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Thomas V. Ayala_____
Thomas V. Ayala
Grant & Eisenhofer P.A.
123 S. Justison Street, 7th Floor
Wilmington, DE  19801
Phone:  302-622-7000
Email: tayala@gelaw.com