UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** **Kimberly Black**
**Case No.:** **18-12848**

## DECLARATION

　　I, Thomas V. Ayala, have attempted to reach my client, Kimberly Black on the following dates: 12/10/18; 2/15/19; 4/5/19; 4/11/19; 4/15/19; 4/24/19; 5/9/19; 5/17/19; 5/28/19; 6/26/19; 8/5/2019 by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other, and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

__/s/ Thomas V. Ayala_____
Thomas V. Ayala
Grant & Eisenhofer P.A.
123 S. Justison Street, 7th Floor
Wilmington, DE  19801
Phone:  302-622-7000
Email: tayala@gelaw.com