IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS　　　　Case No.: 2:19-cv-00730-JTM-MBN
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　MDL No. 2740

This document Relates to Plaintiff(s)

Janele Dyer
Case Number: 2:19-cv-00730

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND SHORT FORM COMPLAINT

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Sean Rains, the surviving spouse of Janele Dyer, as the Plaintiff in this action, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and to file an Amended Short Form Complaint, attached as Exhibit A, pursuant to Federal Rule of Civil Procedure 15(a)(2). Janele Dyer passed away intestate on June 21, 2019. Her Death Certificate is attached as Exhibit B.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested, that "Sean Rains, Surviving Spouse of Janele Dyer, Deceased" be substituted in place of "Janele Dyer" as Plaintiff in this action so that Decedent's claims survive, and the action on her behalf may proceed.

Dated: August 12, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ William Barfield*
　　　　　　　　　　　　　　　　　　　　　William H. Barfield
　　　　　　　　　　　　　　　　　　　　　bill@mcdonaldworley.com
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24031725
　　　　　　　　　　　　　　　　　　　　　Jeffrey C. Bogart
　　　　　　　　　　　　　　　　　　　　　jbogert@mcdonaldworley.com
　　　　　　　　　　　　　　　　　　　　　State Bar No. 132778
　　　　　　　　　　　　　　　　　　　　　McDonald S. Worley

don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 12, 2019                                         Respectfully submitted,

*/s/ William Barfield*

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*