# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of KERN
## PUBLIC HEALTH SERVICES DEPARTMENT
1800 MT. VERNON AVE., BAKERSFIELD, CALIFORNIA 93306-3302

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER: 3052019129870
LOCAL REGISTRATION NUMBER: 3201915002868

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT—FIRST (Given): JANELE
- 2. MIDDLE: RENE
- 3. LAST (Family): DYER
- AKA, ALSO KNOWN AS: JANELE RENE RAINS
- 4. DATE OF BIRTH: 08/04/1979
- 5. AGE Yrs.: 39
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: CALIFORNIA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: [X] NO
- 12. MARITAL STATUS/SRDP (at Time of Death): MARRIED
- 7. DATE OF DEATH: 06/21/2019
- 8. HOUR (24 Hours): 1125
- 13. EDUCATION—Highest Level/Degree: GED
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: HOMEMAKER
- 18. KIND OF BUSINESS OR INDUSTRY: OWN HOME
- 19. YEARS IN OCCUPATION: 22

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: 623 WASHINGTON AVE
- 21. CITY: BAKERSFIELD
- 22. COUNTY/PROVINCE: KERN
- 23. ZIP CODE: 93308
- 24. YEARS IN COUNTY: 39
- 25. STATE/FOREIGN COUNTRY: CALIFORNIA

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: SEAN RAINS, HUSBAND
- 27. INFORMANT'S MAILING ADDRESS: 623 WASHINGTON AVE, BAKERSFIELD, CA 93308

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: SEAN
- 29. MIDDLE: MICHAEL
- 30. LAST (BIRTH NAME): RAINS
- 31. NAME OF FATHER/PARENT—FIRST: JIM
- 32. MIDDLE: -
- 33. LAST: DYER
- 34. BIRTH STATE: CALIFORNIA
- 35. NAME OF MOTHER/PARENT—FIRST: JOYCE
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): ATKINS
- 38. BIRTH STATE: ARIZONA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- 39. DISPOSITION DATE: 06/27/2019
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF HUSBAND SEAN RAINS, 623 WASHINGTON AVE, BAKERSFIELD, CA 93308
- 41. TYPE OF DISPOSITION(S): CR/RES
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: -
- 44. NAME OF FUNERAL ESTABLISHMENT: UNION CEMETERY FUNERAL HOME
- 45. LICENSE NUMBER: FD2325
- 46. SIGNATURE OF LOCAL REGISTRAR: KRIS LYON, MD
- 47. DATE: 06/26/2019

### PLACE OF DEATH
- 101. PLACE OF DEATH: HOFFMAN HOSPICE HOME
- 103. IF OTHER THAN HOSPITAL: [X] Hospice
- 104. COUNTY: KERN
- 105. FACILITY ADDRESS: 4401 BUENA VISTA RD
- 106. CITY: BAKERSFIELD

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — MINS
  - (B) BREAST CANCER — YRS
- 108. DEATH REPORTED TO CORONER?: [X] NO
- 109. BIOPSY PERFORMED?: [X] NO
- 110. AUTOPSY PERFORMED?: [X] NO
- 111. USED IN DETERMINING CAUSE?: —
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: NONE
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: [X] NO

### PHYSICIAN'S CERTIFICATION
- 114. Decedent Attended Since: 06/20/2019; Decedent Last Seen Alive: 06/21/2019
- 115. SIGNATURE AND TITLE OF CERTIFIER: TODD ALLEN FARRER M.D.
- 116. LICENSE NUMBER: A60156
- 117. DATE: 06/26/2019
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: TODD ALLEN FARRER M.D., 7702 MEANY AVE STE 105, BAKERSFIELD, CA 93308

### CORONER'S USE ONLY
(blank)

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } ss
COUNTY OF KERN

DATE ISSUED: JUL 05 2019

000689232

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION OF THE DEPARTMENT OF PUBLIC HEALTH SERVICES.

KRIS LYON, M.D.
PUBLIC HEALTH OFFICER AND LOCAL REGISTRAR OF BIRTHS AND DEATHS