UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Kimberly Barber | : | JUDGE MILAZZO |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal of Defendant** |
| | : | **Actavis LLC f/k/a Actavis Inc. by** |
| vs. | : | **McDonald Worley PC** |
| | : | |
| Sanofi S.A., et al, | : | Civil Action No. 2:17-cv-17058-KDE- |
| | : | MBN |
| Defendant(s). | : | |
| ------------------------------------------------------- | : | |
| | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

that Plaintiff, Kimberly Barber, hereby dismisses all claims in this matter without prejudice

against Defendant Actavis LLC f/k/a Actavis Inc., only, in Civil Action No. 2:17-cv-17058-KDE-

MBN. Defendant Actavis LLC f/k/a Actavis Inc. is dismissed, without prejudice, from all claims pending in

the Taxotere Litigation pending in MDL No. 22740 in which Plaintiff is represented by the law firm of MC

DONALD WORLEY PC. This stipulation shall not affect the lawsuit filed by Kimberly Barber,

which is currently pending in MDL No. 2740 in the United States District Court for the Eastern

District of Louisiana, bearing case number 2:17-cv-17058-KDE-MBN. All parties shall bear

their own costs.

Dated this __12th_____ day of ___August_____, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on _12th_____ of August_____, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: __12th of August____, 2019.

*/s/ Jeffrey C. Bogert*_____
Jeffrey C. Bogert
jbogert@mcdonaldworley.com
State Bar Np. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 4003208
William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax: (713) 523-5501