UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Jessica Devos**
**Case No.:  2:18-cv-13595**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Jessica Devos whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 12th day of August 2019.

                                            Respectfully submitted,

                                            */s/ Charlotte Long*
                                            Charlotte Long
                                            Texas Bar No: 24094692
                                            charlotte@fnlawfirm.com

                                            Matthew R. McCarley
                                            Texas Bar No: 24041426
                                            mccarley@fnlawfirm.com

                                            **FEARS NACHAWATI, PLLC**
                                            5473 Blair Road
                                            Dallas, Texas 75231
                                            Tel. (214) 890-0711
                                            Fax (214) 890-0712

                                            Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Charlotte Long</u>
Charlotte Long