UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Latechia Crawford</u>
Case No.: <u>2:18-cv-10001</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Latechia Crawford whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 12, 2018　　　　　　　　　　　/s/ Charlotte A. Long
　　　　　　　　　　　　　　　　　　　　　　Charlotte A. Long
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24094692
　　　　　　　　　　　　　　　　　　　　　　charlotte@fnlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　FEARS NACHAWATI, PLLC
　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Charlotte A. Gulewicz