UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Linda Chalmers</u>
Case No.: <u>2:18-cv-13861</u>

## DECLARATION

I, Charlotte Long, have attempted to reach my client, Linda Chalmers on the following dates: <u>June 5, 2019, June 18, 2019, June 25,2019, July 15, 2019, July 16, 2019, July 22, 2019, July 23, 2019, July 25, 2019, August 1, 2019, August 2 ,2019, August 9, 2019, August 12, 2019</u> by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 12, 2018                                /s/ Charlotte A. Long
                                                           Charlotte A. Long
                                                           Texas Bar No. 24094692
                                                           charlotte@fnlawfirm.com

                                                           FEARS NACHAWATI, PLLC
                                                           5473 Blair Road
                                                           Dallas, Texas 75231
                                                           Tel. (214) 890-0711
                                                           Fax (214) 890-0712

                                                           Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Charlotte A. Gulewicz