UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Bridget Williams**
Case No.: 2:18-cv-13843

## DECLARATION

I, Charlotte Long, have attempted to reach my client, Linda Chalmers on the following dates:

April 8, 2019, June 6, 2019, June 13, 2019, June 29, 2019, July 17, 2019, July 19, 2019, August 8, 2019, August 12, 2019

by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 12, 2018     /s/ Charlotte A. Long
    Charlotte A. Long
    Texas Bar No. 24094692
    charlotte@fnlawfirm.com

    FEARS NACHAWATI, PLLC
    5473 Blair Road
    Dallas, Texas 75231
    Tel. (214) 890-0711
    Fax (214) 890-0712

    Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Charlotte A. Long