UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: AMY KAREN
Case No.: 18-cv-12310

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Amy Karen whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 12, 2019

                                                                        **BACHUS & SCHANKER, LLC**

                                                                        By: _/s/ J.Christopher Elliott_
                                                                        Christopher Elliott, Esq.
                                                                        Bachus & Schanker, LLC
                                                                        1899 Wynkoop Street Suite 700
                                                                        Denver, CO 80238
                                                                        Telephone: (303)893-8900
                                                                        Facsimile: (303) 893-9900
                                                                        Email: celliott@coloradolaw.net

                                                                        _Attorney for Plaintiffs_