UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |

Barbara Earnest, Case No. 16-cv-17144
Jacqueline Mills, Case No. 17-cv-2689

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO 28 U.S.C. § 1292(b) TO CERTIFY THE COURT'S JULY 9, 2019 SUMMARY JUDGMENT ORDER FOR INTERLOCUTORY APPEAL AND ADJOURN THE *EARNEST* TRIAL PENDING THE APPEAL**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file their Reply Memorandum in Support of the Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the *Earnest* Trial Pending the Appeal. (Rec. Doc. 7783).

WHEREFORE, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Memorandum in Support of the Motion Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the *Earnest* Trial Pending the Appeal.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

Ilana H. Eisenstein
Rachel A.H. Horton
**DLA PIPER LLP (US)**
1650 Market St., Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3351
Facsimile: (215) 606-3351
Ilana.Eisenstein@dlapiper.com
Rachel.Horton@dlapiper.com

*Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*