UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: ANNA BAYES
Case No.: 2:19-cv-02389

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Anna Bayes, on the following dates: 6/14/19, 7/2/19, 7/10/19, 7/11/19, 7/15/19, 7/19/19, 7/20/19, 7/23/19, 7/24/19, 7/25/19, 7/31/19, 8/5/19

by (check all that apply) X telephone, X e-mail, X text message, __ social media, X U.S. Mail, ____ Certified Mail, X other (sent a law firm affiliate to her last known address); and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net