**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                              **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: MARY M. WILLIAMS**
**Case No.: 2:18-cv-02321**

<u>**DECLARATION**</u>

I, J. Christopher Elliott, have attempted to reach my client, Mary M. Williams, on the

following dates: 6/21/18,3/30/19, 4/1/19, 4/3/19, 4/11/19, 7/2/19, 7/3/19, 7/8/19, 7/9/19

by (check all that apply) <u>X</u> telephone, __e-mail, <u>X</u> text message, __social media, <u>X</u> U.S. Mail,

____ Certified Mail, <u>X</u> other (sent a law firm affiliate to her last known address);  and my client

has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net