UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: PATRICIA WISE
Case No.: 2:19-cv-02396

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Patricia Wise, on the following dates: 7/9/19, 7/11/19, 7/16/19, 7/19/19, 7/20/19, 7/23/19, 7/25/19, 8/6/19 by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ___ social media, _X_ U.S. Mail, ____ Certified Mail, _X_ other (sent a law firm affiliate to her last known address);  and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80202
Phone: (303)893-9800
Fax: (303)893-9900
CElliott@ColoradoLaw.net