UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Rosa Gomez</u>
Case No.: <u>2:18-cv-13670</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent <u>Rosa Gomez</u> whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 12, 2018          /s/ Charlotte A. Long
                                                     Charlotte A. Long
                                                     Texas Bar No. 24094692
                                                     charlotte@fnlawfirm.com

                                                     FEARS NACHAWATI, PLLC
                                                     5473 Blair Road
                                                     Dallas, Texas 75231
                                                     Tel. (214) 890-0711
                                                     Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Charlotte A. Gulewicz