UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Janet Gadow**
**Case No.: 2:18-cv-11325**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Janet Gadow whose case is on a Notice of Non-Compliance to be heard by the Court on August 15, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: August 12, 2019

/s/ Alyssa J. White
Alyssa J. White
Johnson Law Group
2925 Richmond Avenue, Ste 1700
Houston, TX 77098
(713) 626-9336
awhite@johnsonlawgroup.com