UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hersea Brown, as Proposed Administrator of the Estate of Vanetta Brown, Et Al., v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc., et al*, No. 2:19-cv-12139 | : MDL 2740<br>:<br>: **SECTION "H" (5)**<br>: **JUDGE MILAZZO**<br>: **MAG. JUDGE NORTH**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Hersea Brown on behalf of the Estate of Vanetta Brown as Plaintiff in the above-captioned case, for the following reasons:

1. Vanetta Brown filed a product liability lawsuit against defendants on December 12, 2017.

2. Vanetta Brown died on March 27, 2018

3. Plaintiff's product liability action against Defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff's counsel filed a Notice of Suggestion of Death on May 16, 2019, attached hereto as Exhibit "A."

5. Hersea Brown, surviving son of Vanetta Brown, is a proper party to substitute for Plaintiff-decedent Vanetta Brown and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[i]f a party dies and the claim is not extinguished, the court

2

may order substitution of the property party. A motion for substation may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substation as plaintiff in this action.

Dated: August 13, 2019                     Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**
By:  */s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
360 Lexington Avenue, Suite 1101
New York, NY 10017
Telephone: (347) 379-1688
Email: Hunter@Napolilaw.com

*Attorney for Plaintiff(s)*

**SHORT FORM COMPLAINT (Effective as of January 4, 2019)**[1]