UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hersea Brown, as Proposed Administrator of the Estate of Vanetta Brown, Et Al., v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc., et al.*, No. 2:19-cv-12139 | : MDL 2740<br>:<br>:<br>: SECTION "H" (5)<br>: JUDGE MILAZZO<br>: MAG. JUDGE NORTH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

The Court, after considering the Plaintiff's Ex Parte Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore ORDERED that Plaintiff Hersea Brown, on behalf of Vanetta Brown, is substituted for Plaintiff Vanetta Brown in the above-captioned case.

NEW ORLEANS, LOUISIANA

Dated: _____      _____
                                                            Hon. Jane Triche Milazzo
                                                            United States District Court Judge