# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Renisha Brown, et al., v. Sanofi U.S. Services, Inc., et al.,* as **to Plaintiff VANETTA BROWN ONLY**; Case No. 2:18-cv-2599 | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff Only, Vanetta Brown, during the pendency of this action, which occurred on March 27, 2018.

Dated: May 16, 2019                                    Respectfully submitted,

                                                                **NAPOLI SHKOLNIK PLLC**
                                                                By: */s/ Hunter J. Shkolnik*
                                                                Hunter J. Shkolnik
                                                                360 Lexington Avenue, Suite 1101
                                                                New York, NY 10017
                                                                Telephone: (347) 379-1688
                                                                Email: Hunter@Napolilaw.com

                                                                *Attorney for Plaintiff(s)*

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 16, 2019          /s/ Hunter J Shkolnik
                             HUNTER J. SHKOLNIK

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018 0028169  
**DATE ISSUED:** 5/23/2018

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | VANETTA BROWN |
| SEX | FEMALE |
| DATE OF DEATH | MARCH 27, 2018 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 65 YEARS |
| DATE OF BIRTH | MARCH 24, 1953 |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | 2857 W WILCOX |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME |  |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 2857 W WILCOX |
| APT. NO. |  |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60612 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JIMMIE MURRAY |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ETHEL LEE BROWN |
| INFORMANT'S NAME | AVONNA BROWN |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 2857 W WILCOX, CHICAGO, IL, 60612 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | OAK RIDGE CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | HILLSIDE, IL |
| DATE OF DISPOSITION | APRIL 07, 2018 |
| FUNERAL HOME | JOHNSON FUNERAL SERVICE, 418 S CICERO AVE, CHICAGO, IL, 60644 |
| FUNERAL DIRECTOR'S NAME | DUSHAWN SMITH |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034016056 |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | APRIL 3, 2018 |

**CAUSE OF DEATH**

PART I.  
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): METASTATIC BREAST CANCER — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: MONTHS MONTHS  
b. Due to (or as a consequence of):  
c. Due to (or as a consequence of):  
Due to (or as a consequence of):

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I:  
SEVERE PROTEIN CALORIE MALNUTRITION CHRONIC KIDNEY DISEASE MALIGNANT ASCITES

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | UNKNOWN |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY |  |
| TIME OF INJURY |  |
| PLACE OF INJURY |  |
| INJURY AT WORK? |  |
| LOCATION OF INJURY |  |
| DESCRIBE HOW INJURY OCCURRED |  |
| IF TRANSPORTATION INJURY, SPECIFY |  |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | UNKNOWN |
| DATE PRONOUNCED |  |
| TIME OF DEATH | 07:20 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | APRIL 02, 2018 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | CHARLES DRUECK, 600 W CERMAK RD STE 3D, CHICAGO, ILLINOIS, 60616 |
| PHYSICIAN'S LICENSE NUMBER | 036045746 |

0330313



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*David Orr*  
David Orr  
Cook County Clerk



**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**