# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Joanna Pollard v. Sanofi S.A., et al*<br><br>**Plaintiff Name: Joanna Pollard**<br>**Civil Action No.: 2:18-cv-05637** | **JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

Charlotte A. Long of the law firm of Fears Nachawati PLLC hereby enters her appearance as additional counsel of record on behalf of all plaintiffs in the above-captioned matter.

Respectfully submitted,

*/s/ Charlotte A. Long*
FEARS NACHAWATI PLLC
Charlotte A. Long    Bar No. 24094692
5473 Blair Road
Dallas, TX 75231
Telephone: 214-890-0711
Facsimile: 214-890-0712
charlotte@fnlawfirm.com

**CERTIFICATE OF SERVICE**

On August 13, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Charlotte A. Long*
Charlotte A. Long