UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Vivian Weber v. Sanofi S.A., et al*<br><br>**Plaintiff Name: Vivian Weber**<br>**Civil Action No.: 2:18-cv-05636** | **JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

Tarek C. Abbassi of the law firm of Fears Nachawati PLLC hereby enters his appearance as additional counsel of record on behalf of all plaintiffs in the above-captioned matter.

Respectfully submitted,

*/s/ Tarek C. Abbassi*
FEARS NACHAWATI PLLC
Tarek C. Abbassi    Bar No. 24096225
5473 Blair Road
Dallas, TX 75231
Telephone: 214-890-0711
Facsimile: 214-890-0712
tabbassi@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

On August 13, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Tarek C. Abbassi*
Tarek C. Abbassi