UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Michell Saldana
**Case No.:** 2:19-CV-00158

## DECLARATION

I, Danae Benton, have attempted to reach my client, Michell Saldana on the following dates: 5/22/2019, 7/1/2019, 7/3/2019, 7/12/2019, 7/15/2019, 7/18/2019, 7/19/2019, 7/22/2019, 7/24/2019, 7/25/2019, and 8/2/2019 by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 12, 2019          /s/Danae N. Benton
                                             Danae N. Benton
                                             TX Bar No. 24080422
                                             Baron & Budd, P.C.
                                             3102 Oak Lawn Ave, Ste 1100
                                             Dallas, TX 75219
                                             214-521-3605
                                             dbenton@baronbudd.com