UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607

## MOTION TO TAX COSTS

Pursuant to Local Rule 54.3 and Federal Rule of Civil Procedure 54(d)(1), Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") respectfully move this Honorable Court to tax costs against Plaintiff Deborah Johnson. This application is supported by the attached Bill of Costs, Affidavit of Harley Ratliff, and Memorandum in Support of Bill of Costs.

WHEREFORE, Sanofi prays that costs be taxed against Plaintiff in accordance with the attached Bill of Costs, Affidavit, and Memorandum in Support of Bill of Costs.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
Kelly G. Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*