# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") will bring for hearing the accompanying Motion to Tax Costs against Plaintiff Deborah Johnson on the 28th day of August, 2019, at 9:30 a.m., before the Honorable William W. Blevins, Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

           Respectfully submitted,

           /s/ *Douglas J. Moore*
           Douglas J. Moore (Bar No. 27706)
           **IRWIN FRITCHIE URQUHART & MOORE LLC**
           400 Poydras Street, Suite 2700
           New Orleans, LA 70130
           Telephone: 504-310-2100
           Facsimile: 504-310-2120
           dmoore@irwinllc.com

>Harley Ratliff
>Adrienne L. Byard
>Kelly G. Bieri
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile:  816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*