UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Tanya Francis, Case No. 2:16-cv-17410

## MOTION TO TAX COSTS

Pursuant to Local Rule 54.3 and Federal Rule of Civil Procedure 54(d)(1), Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") respectfully move this Honorable Court to tax costs against Plaintiff Tanya Francis. This application is supported by the attached Bill of Costs, Affidavit of Harley Ratliff, and Memorandum in Support of Bill of Costs.

WHEREFORE, Sanofi prays that costs be taxed against Plaintiff in accordance with the attached Bill of Costs, Affidavit, and Memorandum in Support of Bill of Costs.

                            Respectfully submitted,

                            /s/ *Douglas J. Moore*
                            Douglas J. Moore (Bar No. 27706)
                            **IRWIN FRITCHIE URQUHART & MOORE LLC**
                            400 Poydras Street, Suite 2700
                            New Orleans, LA 70130
                            Telephone: 504-310-2100
                            Facsimile: 504-310-2120
                            dmoore@irwinllc.com

1

        Harley Ratliff
        Adrienne L. Byard
        Kelly G. Bieri
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile:  816-421-5547
        hratliff@shb.com
        abyard@shb.com
        kbieri@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and*
        *Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                        /s/ *Douglas J. Moore*