UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Tanya Francis, Case No. 2:16-cv-17410

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### HARLEY RATLIFF

of the law firm Shook, Hardy & Bacon L.L.P., counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, who, after being sworn, did affirm that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of FORTY THREE THOUSAND THREE HUNDRED NINETY THREE AND 35/100 ($43,393.35) as more fully detailed below:

**COURT COSTS**

| | | |
|---|---|---|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | | $20.00 |
| | Subtotal: | $20.00 |

**DEPOSITION TRANSCRIPT FEES**

| | |
|---|---|
| Transcript fee of Tanya Francis | $ 7,267.11 |
| Transcript fee of Cherian Verghese | $ 2,850.08 |
| Transcript fee of Janice Birkoff | $ 1,085.52 |
| Transcript fee of Celeste Keller | $ 1,367.06 |
| Transcript fee of John Hamm | $ 1,448.48 |
| Transcript fee of Bridgette Collins-Burow | $ 1,812.80 |
| Transcript fee of William Robinson | $ 1,342.64 |
| Transcript fee of Darius Adams | $ 984.13 |
| Transcript fee of Samaj Mathis | $ 861.34 |
| Transcript fee of Wilmeka Mathis | $ 435.03 |
| Transcript fee of Zachary Massey | $ 180.00 |
| Transcript fee of Tyran Jenkins | $ 180.00 |
| Transcript fee of Troy Jenkins | $ 1,531.40 |
| Transcript fee of Bertrand Tillery | $ 1,216.34 |

| | | |
|---|---|---|
| Transcript fee of Prejon Adams | | $ 624.14 |
| Transcript fee of Preston Francis, III | | $ 1,001.74 |
| Transcript fee of Cole Claiborne | | $ 241.35 |
| | Subtotal: | $24,223.35 |

**EXPERT COSTS (DR. PORTIA LOVE)**

| | | |
|---|---|---|
| Review of medical records, literature and reports (18 hours) | | $ 9,000.00 |
| Deposition preparation (16.8 hours) | | $ 8,400.00 |
| First deposition (2 hours) | | $ 1,000.00 |
| Second deposition (1.5 hours) | | $ 750.00 |
| | Subtotal: | $19,150.00 |

**TOTAL COSTS EXPENDED:** **$43,393.35**

_____
HARLEY RATLIFF

SWORN TO ME AND SUBSCRIBED
BEFORE ME ON THIS 13 DAY
OF AUGUST, 2019.

_____
NOTARY PUBLIC
Name: Heather Lamb (# 18905171 )

HEATHER ANNA LAMB
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 18905171
My Commission Expires 05-31-2022

4850-3483-4080 v1