UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Diane Higgins
Case No.: 2:18-cv-12765

## DECLARATION

I, Mark Niemeyer, have attempted to reach my client, Diane Higgins, on the following dates:

2/19/19, 2/20/19, 3/14/19, 3/19/19, 3/25/19, 4/2/19, 4/8/19, 4/12/19, 4/23/19, 5/20/19, 5/22/19, 6/27/19, 6/28/19, 8/13/19

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ___ social media, _X_ U.S. Mail, _X_ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
10 S. Broadway, Ste. 1125
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com