UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Geraldine Foxx_____
**Case No.:** 2:19-cv-02446_____

## DECLARATION

I, _Debra J. Humphrey_____ (Attorney's Name), have attempted to reach my client, Gerladine Foxx on the following dates: _March 15, 2019; March 18, 2019; March 20, 2019; June 11, 2019, August 8, 2019; August 9, 2019, August 14, 2019_____ by (check all that apply) _x___ telephone, _x___ e-mail, ____ text message, ____ social media, _x__ U.S. Mail, _x__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Debra J. Humphrey_____
Debra J. Humphrey, Esq.
**MARC J. BERN & PARTNERS LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
(212) 702-5000
dhumphrey@bernllp.com