UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___San Juanita Zamora-Meza
**Case No.:** 2:19-cv-00770_____

# DECLARATION

I, _Debra J. Humphrey_____ (Attorney's Name), have attempted to reach my client, San Juanita Zamora-Meza on the following dates: _June 17, 2019; Juy 9, 2019, August 9, 2019, August 14, 2019_____

by (check all that apply) _x___ telephone, _x___ e-mail, ____ text message, ____ social media, _x__ U.S. Mail, _x__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Debra J. Humphrey_____
Debra J. Humphrey, Esq.
**MARC J. BERN & PARTNERS LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
(212) 702-5000
dhumphrey@bernllp.com