UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

         **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** ___Valerie Cardwell
**Case No.:** 2:19-cv-2222_____

# DECLARATION

I, _Debra J. Humphrey_____ (Attorney's Name), have attempted to reach my client, Valerie Cardwell on the following dates: _June 12, 2019, August 6, 2019; August 7, 2019; August 14, 2019

by (check all that apply) _x___ telephone, ____ e-mail, ____ text message, ____ social media, _x__ U.S. Mail, _x__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Debra J. Humphrey_____
Debra J. Humphrey, Esq.
**MARC J. BERN & PARTNERS LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
(212) 702-5000
dhumphrey@bernllp.com