UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Mary Fox
**Case No.:** 2:19-cv-1919

# DECLARATION

　　　I, _Debra J. Humphrey_____ (Attorney's Name), have attempted to reach my client, Mary Fox on the following dates: _March 1, 2019, June 21, 2019, August 6, 2019; August 7, 2019; August 14, 2019_ by (check all that apply) _x_ telephone, ___ e-mail, ___ text message, ___ social media, _x_ U.S. Mail, _x_ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Debra J. Humphrey_____
Debra J. Humphrey, Esq.
**MARC J. BERN & PARTNERS LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
(212) 702-5000
dhumphrey@bernllp.com