UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Geraldine Foxx_____
**Case No.:** 2:19-cv-02446_____

## NOTICE OF WITHDRAWAL OF ELECTRONIC FILING [Dkt. 7959]

On August 14, 2019 Plaintiff's Counsel inadvertently uploaded a Declaration of No Contact [Dkt. 7959] to the Master Docket for *In re Taxotere (Docetaxel) Product Liability Litigation* (Case No. 2:16-md-02740) Plaintiff's counsel now withdraws the declaration [Dkt. 7959] as it was submitted in error.

         Sincerely,

         /s/ Debra J. Humphrey_____
         Debra J. Humphrey, Esq.
         **MARC J. BERN & PARTNERS LLP**
         60 East 42nd Street, Suite 950
         New York, NY 10165
         (212) 702-5000
         dhumphrey@bernllp.com