# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE TRICHE MILAZZO |
| Marytina Hill | Case No. 2:18-cv-10757 |
|     Plaintiff | |
| Vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | |

## ORDER

    Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 7860);

    **IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

    New Orleans, Louisiana, this 13th day of August, 2019.

_____
JUDGE