## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARISSA RIVERA<br>       Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.<br>       Defendants. | JUDGE: JANE TRICHE MILAZZO |
| This Document Relates To:<br>*Clarissa Rivera* | **CIVIL ACTION NO. 2:19-cv-10815** |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 7861);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

1