BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *LaTanya Lomax vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13983 | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff (Doc. 7862);

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and that Helen Myrick, on behalf of her deceased daughter, Latanya Lomax, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 13th day of August, 2019.

HON. JANE T. MILAZZO