UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 2:16-cv-17144 | |

# ORDER

Before the Court are several Motions for Leave to File Under Seal (Docs. 7818, 7820, 7823, 7828, 7833, 7837, 7839, 7841, 7846, 7852, 7854, 7856, and 7864). In these Motions, the parties cite the Stipulated Protective Order entered in this MDL (Pretrial Order No. 50). Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk of Court shall file the documents attached to these Motions under seal.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE