UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)
         JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
    *Pauline Johnson v. Sanofi U.S. Services, Inc., et al.;*
    *Civil Action No. 2:17-cv-13551*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff and files this motion to substitute the County Administrator of Douglas County, Georgia, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Pauline Johnson filed the present action in the United States District Court for the Eastern District of Louisiana on December 7, 2017.

2. Plaintiff Pauline Johnson died on July 8, 2018.

3. On August 14, 2019, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

4. James W. Davis, III, administrator of the Estate of Pauline Johnson, is a proper party to substitute for plaintiff-decedent Pauline Johnson and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."). Letters of Administration have been issued by the Douglas County Probate Court, establishing Mr. Davis' authority to pursue this case on behalf of the Estate of Pauline Johnson. *See Exhibit A.*

5. The Defendants in this case do not object to the substitution of James W. Davis III as proper-party plaintiff.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substation as plaintiff in this action.

Dated this August 14, 2019.

                                         **Davis & Crump, P.C.**

                                         By: /s/ Trevor B. Rockstad
Trevor B. Rockstad, Esq.
trevor.b.rockstad.com
2601 14th Street
Gulfport, MS 39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad