UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
*Pauline Johnson v. Sanofi U.S. Services, Inc., et al.;*
*Civil Action No. 2:17-cv-13551*

## ORDER SUBSTITUTING PARTY

Considering Plaintiff Pauline Johnson's Motion to Substitute Party.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party in GRANTED, and James W. Davis, III, on behalf of the Estate of Pauline Johnson, is substituted as Plaintiff in the above-referenced action.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE