In the Matter of  MDL 02740

For the attention of the Honourable Court Judge North

<u>Presiding Medical records for Shirley Ledlie illegally obtained</u>

May it please your Honour I seek to bring to the attention of this court the unlawfully obtained evidence which has been brought before you in the above proceedings.

Having read public court records, it would appear lawyers acting on behalf of Sanofi are in receipt of medical records pertaining to my medical history which have not been obtained with my consent, and which are in breach of the strict laws existing in France.

I am extremely distressed that my personal information has been unlawfully obtained and paraded before your court. I believe these records are wholly unrelated to the present case but that even if they were, could only be obtained from within the French jurisdiction and contrary to the State protection afforded to me under rigid French protective legislation.

I have written to-the lawyers acting on behalf of Sanofi (Conner Sears at Shook, Hardy & Bacon on 07/15/2019 and 07/19/2019, both emails delivered) but they have failed to respond. I have also commenced a public complaint and caused an investigation into how these documents have appeared in your court.

I have had the weight of this Pharmaceutical company and their highly paid lawyers on my shoulders for some considerable time. I am not-in any way legally qualified, but they continue to bully me, have refused to pay my reasonable expenses for having been dragged before the court for questioning and generally behaved disgracefully. Sanofi ruined my life by taking away my hair. I have never received a penny from them for their actions but because I sought to help others going through what I did they have continued to make my life a misery for the past 13 years.

I would simply ask that you press the Respondents to provide an answer to the question of how these documents were obtain contrary to French law in order to be used in your proceedings. I am most grateful to you for dealing with this matter. I intend to bring it to the attention of the court here in Toulouse France in the first instance whilst I pursue the formal complaint with the authorities but will inform them that I have brought it to your attention.

With kind thanks.


Mrs Shirley Ledlie   6th August 2019