UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SANOFI DEFENDANTS' MOTION TO CONTINUE TRIAL FOR AN UNSPECIFIED TIME UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Memorandum in Opposition to Sanofi Defendants' Motion to Continue Trial for an Unspecified Time (Rec. Doc. 7978) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit A) to the Plaintiff's Memorandum in Opposition to Sanofi Defendants' Motion to Continue Trial for an Unspecified Time UNDER SEAL.

New Orleans, Louisiana, this ___ of August, 2019.

                                                                           _____
                                                                           HON. JANE TRICHE MILAZZO
                                                                           UNITED STATES DISTRICT JUDGE