MINUTE ENTRY
NORTH, M.J.
AUGUST 8, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference and PTO 85 call docket conference was held on this date in the presence of a Court Reporter (Karen Ibos).

| PRESENT: | Andrew Lemmon | Harley Ratliff |
| --- | --- | --- |
| | David Miceli | Torrey Peterson |
| | Rand Nolen | Patrick Oot |
| | Dawn Barrios | Douglas Moore |
| | Palmer Lambert | Jeremiah Wikler |
| | Jessica Perez | Julie Callsen |
| | Karen Barth Menzies | Jennifer Heis |
| | | Peter Rotolo |
| | | John Olinde |
| | | Kelly Brilleaux |
| PARTICIPATING BY PHONE: | Cara Wall | Jeff Coan |
| | Jennifer Nolte | Mike Suffern |
| | Debra Humphrey | Beth Toberman |
| | | Karina Pundiff |

Sanofi's request for production or, in the alternative for, *in camera* review of the "Taxotere Photo Guide" is denied. The document is clearly subject to the attorney-client privilege (and Sanofi has not argued otherwise) and no exception applies to merit its production. Similarly, Sanofi has not established grounds for the Court to review the document *in camera*.

MJSTAR (01:00)

Sanofi's request that the PSC be required to give advance notice prior to any mental or physical examinations of individual Plaintiffs is denied. The Court does not believe it appropriate to allow for the attendance or participation of Sanofi, its lawyers, and/or its consultants in the actual examinations of Plaintiffs and there is no cause to require advance notice of such examinations.

The Court provided an additional 30 days to Plaintiffs Hart, Hadi, Jones, and Reynolds to complete production of their ESI.

The Court heard oral argument on the PSC's Motion to Compel Compliance with Discovery Order Regarding 30(b)(6) Depositions (rec. doc. 7463) and took that matter under advisement.

The Court questioned counsel for both parties as to the recent letter sent by Shirley Ledlie to the Court, suggesting that Sanofi was in possession of certain of her medical records. After review of the record and questioning of counsel for PSC and Sanofi, the Court is satisfied that Sanofi has not obtained and is not in possession of medical records of Ms. Ledlie. Finally, counsel for Sanofi represented that payment of Ms. Ledlie's expended for participating in her deposition in France was authorized and, to the extent it has not yet been made, he will endeavor to have that payment remitted to her as expeditiously as possible.

The Court asks that the PSC provide a copy of this minute entry to Ms. Ledlie.

The next call docket conference pursuant to PTO 85 will take place on October 22, 2019 at 10:00 a.m.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE