UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re:  TAXOTERE (DOCETAXEL) § 
PRODUCTS LIABILITY LITIGATION § MDL No. 2740
 §
THIS DOCUMENT RELATES TO: § SECTION "H" (5)
 §
 § JUDGE MILAZZO
The Cases Listed on the attached Exhibit A §
 § MAG. JUDGE NORTH

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, Jennifer Nolte, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane Triche Milazzo
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Patricia Witters | 2:18-cv-12921 |
| Catina Barbalato | 2:18-cv-12744 |
| Dianne Cable | 2:18-cv-12764 |
| Marcela Garcia | 2:18-cv-12904 |
| Jeannie Gilbert | 2:18-cv-12802 |