UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide; and Pfizer Inc. |
| THIS DOCUMENT RELATES TO: Lori Hess, v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:17-cv-12373 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide; and Pfizer Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of August, 2019.

By:  /s/ *Alyssa White*
Alyssa White
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: awhite@johnsonlawgroup.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 15, 2019                                    /s/  *Alyssa White*_____
                                                                                         Alyssa White (Bar No. 24073014)
                                                                                         Johnson Law Group
                                                                                         2925 Richmond Ave, Suite 1700
                                                                                         Houston, TX 77098
                                                                                         Tel: 713-626-9336
                                                                                         Fax: 713-583-9460
                                                                                         awhite@johnsonlawgroup.com