**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2740 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION L |
| | § | JUDGE JANE MILAZZO |
| The Cases Listed on the attached Exhibit A | § | |
| | § | |

---

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Jesse J. Campbell and Tony Seaton, of The Law Offices of Seaton & Bates, PLLC. (Attorneys), notify the Court that Jesse J. Campbell, the Attorney of Record of The Law Offices of Seaton & Bates, recently separated from the firm. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Jesse J. Campbell and substitution of Tony Seaton of The Law Offices of Seaton & Bates, PLLC in place thereof.

Dated this 15th day of August, 2019.

/s/ Jesse J. Campbell
Jesse J. Campbell

**Law Offices of Seaton & Bates, PLLC**

By: /s/Tony Seaton
Tony Seaton (BPR #7279)
LAW OFFICES OF SEATON & BATES, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Attorney for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 15th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<u>/s/ Tony Seaton</u>
Tony Seaton

**EXHIBIT A**

| **Plaintiff Name** | **Civil Action No.** |
|---|---|
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |