UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION L JUDGE JANE T. MILAZZO |
| The Cases Listed on the attached Exhibit A | § § | |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Jesse J. Campbell, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, Tony Seaton, of The Law Offices of Seaton & Bates, PLLC is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this_____day of_____, 2019.

_____
Honorable Jane T. Milazzo
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |