**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

<u>ORDER</u>

Considering the foregoing Sanofi's *Ex Parte* Motion For Leave To File Exhibits 1, 2, and 3 to its Reply to Plaintiff's Opposition to Defendants' Motion *In Limine* No. 28 to Preclude Evidence Or Argument Concerning FDA's January 2011 Warning Letter And Corresponding 483 Inspection (Rec. Doc. 8007);

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit 1, 2, and 3 (Rec. Doc. 8007-1, 8007-2, and 8007-3) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.


_____
UNITED STATES DISTRICT JUDGE