UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

### REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 23: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT THAT THE ALLEGED "HIGH TOXICITY" OF TAXOTERE CAUSES OR IS ASSOCIATED WITH ALOPECIA

The alleged "high toxicity" of Taxotere is not relevant to any element of Plaintiff's claim, and any probative value from these opinions is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, and wasting time. *See* Fed. R. Evid. 401–403.

Plaintiff cites to the *Jones* article and TAX311 study, which involved patients receiving chemotherapy for metastatic breast cancer (as opposed to adjuvant chemotherapy for early-stage breast cancer), to say that Taxotere is "more toxic" than Taxol generally. *See* Plf's Opp. at 1 n.1, Rec. Doc. 7825. This citation is misplaced for two reasons. First, the only injury alleged in this case is permanent hair loss. Plaintiff fails to identify any expert who has associated the alleged general "high toxicity" of Taxotere with permanent hair loss.[1] Second, while there were more toxicities associated with Taxotere reported in the *Jones* article discussing the TAX311 study, Plaintiff failed to explain that *Jones* ultimately concluded that Taxotere "was superior to [Taxol] in terms of [overall survival] and [time to progression]," "[overall response rate] was higher for

---

[1] Plaintiff explained that Dr. Kessler might also be offering toxicity evidence at trial. *See* Plf's Opp. at 1–2. Plaintiff's citation to Dr. Kessler's report does not discuss general toxicity or that Taxotere is overall more toxic than Taxol. **Ex. C** to Plf's Opp., at ¶¶ 134–139, Rec. Doc. 7825-3. Should Dr. Kessler provide such an opinion at trial, it also ought to be excluded for the reasons stated in Sanofi's *Motion in Limine* No. 23.

[Taxotere]", and "quality-of-life scores were similar for both agents over time." **Ex. A** to Plf's Opp., at p. 1, Conclusion, Rec. Doc. 7825-1. This confusion goes to the crux of this *Motion in Limine*—statements about the alleged general "high toxicity" of Taxotere will only serve to mislead the jury and confuse the issues. Only one "toxicity" is relevant to this case. <u>Neither the *Jones* article nor any of Plaintiff's experts have suggested that the alleged general "high toxicity" of Taxotere is linked to permanent alopecia</u>.

Accordingly, any evidence or argument suggesting that the alleged general "high toxicity" of Taxotere equates to a greater or increased risk of permanent alopecia should be excluded.

Date: August 16, 2019

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and*
*Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore