UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Barbara Earnest, Case No. 2:16-cv-17144.**

REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 22: MOTION TO PRECLUDE EVIDENCE OR ARGUMENT REFERRING TO SANOFI AS A "FRENCH" OR "FOREIGN" COMPANY

      The issue here is whether the Court permits misleading and prejudicial statements conflating foreign, non-party corporate entities with sanofi-aventis U.S. LLC and Sanofi US Services Inc. Here, Sanofi is not arguing that the Court should exclude all documents from foreign sources, or exclude all references to French entities' specific role in the development of Taxotere. Sanofi is not seeking to "hide" from the jury that Sanofi S.A. and Aventis Pharma S.A. are separate corporate entities located in France. Instead, as clearly stated in its original Motion, Sanofi is simply requesting that Plaintiffs be precluded from referring to sanofi-aventis U.S. LLC and Sanofi US Services Inc. as "French" or "foreign" companies. As conceded by Plaintiff in her Opposition, sanofi-aventis U.S. LLC and Sanofi US Services Inc. are "Delaware corporations with principal places of business in New Jersey." *See* Plf's Opp. at 2. Therefore, referring to either company as "French" or "foreign" at trial would be irrelevant and intended solely to prejudice the jury against Sanofi. *See* Fed. R. Evid. 401–403.

      Plaintiff need not avoid the fact of Sanofi's headquarter location "in the natural course of discussing the facts of the case." *In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & PMF Prod. Liab. Litig*, No. 3:09-cv-10012-DRH, 2011 WL 6740391, at *3 (S.D. Ill. Dec. 22, 2011). Thus, Plaintiff need not avoid the fact that both sanofi-aventis U.S. LLC and Sanofi US

1

Services Inc. are Delaware corporations with principal places of business in New Jersey. However, Plaintiff should be precluded from referring to Sanofi as "French" or "foreign," "as a means of trying to persuade the jury that the location" of Sanofi's counterparts "is a reason to find against" Sanofi, or "emphasize it in such a way that it is clear that the plaintiff is playing to a pro-American sentiment and an anti-foreign mentality." *Id.* Courts routinely recognize the danger in such conduct, and prohibit such evidence. *See* Defs' Mot. *in Limine* No. 22, Rec. Doc. 7662, at 2–3. Here, the danger of confusing or misleading the jury to Sanofi's prejudice substantially outweighs any nominal probative value, and references to Sanofi as "foreign" should be precluded. *See* Fed. R. Evid. 401–403; *see, e.g.*, Def's Joint Mot. for Post-Trial Relief, *In re: Xarelto Prods. Litig.*, Case No. 160503416 (Control No. 17121724), 2017 WL 6883539 (Pa. Com. Pl. Dec. 15, 2017) (arguing for judgment notwithstanding the verdict, in part, because plaintiff's counsel associated Bayer with Nazis in the minds of jurors through the use of multiple inflammatory and xenophobic references to Bayer's German roots during closing arguments), *verdict rev'd on other grounds*, 2018 WL 467827 (Jan. 10, 2018).

 Date:  August 16, 2019

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com


Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.