UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Barbara Earnest, Case No. 2:16-cv-17144.**

**SANOFI'S *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS TO ITS REPLY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 24: MOTION TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING FOREIGN LABELING AND REGULATORY ACTIONS**

Defendant respectfully requests leave of Court to file under seal the following exhibits to its Reply in Support of Defendants' Motion *in Limine* No. 24: Motion to Preclude Evidence and Argument Regarding Foreign Labeling and Regulatory Actions (Rec. Doc. 8014);

- Exhibit 1
- Exhibit 2

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including; medical records;

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
   [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including

1

medical and protected health information; and personal identifying information.  For these reasons, the exhibit must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibit be filed UNDER SEAL.

> Respectfully submitted,
>
> */s/ Douglas J. Moore*
> Douglas J. Moore (Bar No. 27706)
> **IRWIN FRITCHIE URQUHART & MOORE LLC**
> 400 Poydras Street, Suite 2700
> New Orleans, LA  70130
> Telephone: 504-310-2100
> Facsimile:  504-310-2120
> dmoore@irwinllc.com
>
> Jon Strongman
> Harley Ratliff
> **SHOOK, HARDY & BACON L.L.P.**
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: 816-474-6550
> Facsimile:  816-421-5547
> jstrongman@shb.com
> hratliff@shb.com
>
> Hildy Sastre
> **SHOOK, HARDY & BACON L.L.P.**
> 201 S. Biscayne Blvd., Suite 3200
> Miami, Florida 33131
> Telephone: 305-358-5171
> Facsimile:  305-358-7470
> hsastre@shb.com
>
> ***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

---

attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **August 6, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              /s/ *Douglas J. Moore*
                                              Douglas J. Moore