MINUTE ENTRY
MILAZZO, J.
August 15, 2019

JS-10:01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

### MINUTE ENTRY

On August 15, 2019, the Court held a status conference with members of the Settlement Committee as listed on the attached sign-in sheet. The next conference with the Settlement Committee is **SET** for **October 10, 2019, at 5:30 p.m.** The meeting will be held in chambers.



CASE TITLE: _Taxotere_

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE _____
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: 8/15                TIME: _____

PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Mark Niemeyer | 314/241-1919 | TT |
| Russell Gaudin | 917 664 6559 | Sandoz |
| Jon Strongman | 913 669 5123 | Sanofi |
| Julie Callsen | 216 696 2286 | Def. Amoril |
| Ashlea Schwarz | 913.980.9050 | TT |
| Irving Warshauer | 504-522-2304 | TT |
| Dennis Reich | 713-622-7271 | TT |
| Brian Rudick | 847-274-3406 | Sanofi |
| Ben Gordon | | |
| Harvey Kaplan | 913/706-5034 | Harvey L. Kaplan |