MINUTE ENTRY
MILAZZO, J.
August 15, 2019

JS-10:02:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to all cases** ) | | |

## MINUTE ENTRY

On August 15, 2019, the Court held a show cause hearing. Participants appeared in person and by telephone.

Court Reporter:   Cathy Pepper

Law Clerk:   Samantha Schott

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-cv-281     Margaret Bachop
- 19-cv-318     Stacey Bowling
- 18-cv-10476   Eneida Cruz
- 19-cv-115     Elizabeth Evans

- 18-cv-9090    Gennell King
- 18-cv-10253   Nazera Miller
- 19-cv-357     Debbie Pierce
- 19-cv-2238    Laura Rottier
- 18-cv-11833   Lo Jean Schroeder
- 18-cv-12144   Eneida Torres
- 19-cv-1471    Felicia Watts
- 18-cv-12825   Conswello Davis
- 19-cv-108     Valeria Graves
- 18-cv-8803    Jacqueline Harris
- 18-cv-6727    Geraldine Sylvester
- 18-cv-7022    Jamie L. Archer
- 19-cv-2690    Vera Bonds (duplicate case 19-1479 remains pending)
- 18-cv-11862   Debora Dye
- 18-cv-13837   Linnette Gayle
- 18-cv-13627   Charity J. McGee
- 18-cv-11967   Carol Jean Hill
- 18-cv-882     Deborah Edwards

**IT IS FURTHER ORDERED** that the case of Angela Young, 18-cv-12146 is **DISMISSED WITHOUT PREJUDICE**.

                                                      _____
                                                      **HON. JANE TRICHE MILAZZO**
                                                      **UNITED STATES DISTRICT JUDGE**