August 15, 2019
Non Compliance Dismissal List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Boudreau-Schnell | Norma | 2:18-cv-13654 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears | Nachawati | 8/8/2019 | 7879 |
| 2 | Cunningham | Jerline | 2:18-cv-13036 | PFS Not Substantially Complete; No CMO 12A | sanofi | Carey Danis & Lowe | 8/12/2019 | 7907 |
| 3 | Davie | Joanne | 2:19-cv-04486 | No Signed/Verified PFS Submitted | 505 | Tracy Law Firm | 8/12/2019 | 7918 |
| 4 | DuBach | Wendi | 2:19-cv-02511 | No Signed/Verified PFS Submitted | 505 | TorHoerman Law LLC | 8/12/2019 | 7909 |
| 5 | Gonzalez | Janet | 2:18-cv-12720 | PFS Not Substantially Complete | sanofi | The Simon Law Firm | 8/12/2019 | 7920 |
| 6 | Harris | Robbin | 2:18-cv-13830 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears | Nachawati | 8/9/2019 | 7892 |
| 7 | Horton | Linda | 2:18-cv-13707 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears | Nachawati | 8/9/2019 | 7886 |
| 8 | Johnson | Angela | 2:18-cv-12132 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Reyes Browne Reilley | 8/12/2019 | 7912 |
| 9 | Louie | Mary | 2:18-cv-13089 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 | Pulaski Law Firm, PLLC | 8/8/2019 | 7867 |
| 10 | Nayshlos | Irina | 2:18-cv-13161 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 | Pulaski Law Firm, PLLC | 8/12/2019 | 7901 |
| 11 | Obdziejewski | Dawn | 2:18-cv-13858 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears | Nachawati | 8/9/2019 | 7885 |
| 12 | Oppelt | Christy | 2:18-cv-10627 | PFS Not Substantially Complete | sanofi | Reyes Browne Reilley | 8/12/2019 | 7913 |
| 13 | Richardson | Wanda | 2:18-cv-10953 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Fears | Nachawati | 8/12/2019 | 7919 |
| 14 | Straub Hill | Emmagene | 2:18-cv-10921 | PFS Not Substantially Complete | sanofi | Reyes Browne Reilley | 8/12/2019 | 7915 |
| 15 | Sweener | Denise | 2:18-cv-13828 | PFS Not Substantially Complete; No PTO 71A | 505 | Fears | Nachawati | 8/12/2019 | 7903 |
| 16 | Taylor | Sandra | 2:19-cv-01229 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 8/1/2019 | 7795 |
| 17 | Vinson | Barbara B. | 2:18-cv-13824 | PFS Not Substantially Complete | 505 | Fears | Nachawati | 8/8/2019 | 7878 |