| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bayes | Anna | 2:19-cv-02389 | No Signed/Verified PFS Submitted | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7933 |
| 2 | Black | Kimberly | 2:18-cv-12848 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Grant & Eisenhofer P.A. | 8/12/2019 | 7923 |
| 3 | Bowen | Sylvia | 2:19-cv-03413 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 8/14/2019 | 7962 |
| 4 | Boyd | Carolynn | 2:18-cv-10296 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Marc J. Bern & Partners LLP | 7/10/2019 | 7586 |
| 5 | Brooks | Lawshawn | 2:19-cv-05168 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 8/14/2019 | 7957 |
| 6 | Byrd | Retha | 2:18-cv-12937 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7245 |
| 7 | Cairrao | Nancy | 2:18-cv-12538 | PFS Not Substantially Complete; No CMO 12A | 505 | Atkins & Markoff | 8/12/2019 | 7914 |
| 8 | Cardwell | Valerie | 2:19-cv-02222 | No Signed/Verified PFS Submitted | sanofi | Marc J. Bern & Partners LLP | 8/14/2019 | 7963 |
| 9 | Chalmers | Linda | 2:18-cv-13861 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears Nachawati PLLC | 8/12/2019 | 7929 |
| 10 | Coleman | Geri | 2:19-cv-00117 | No Signed/Verified PFS Submitted | 505 | TorHoerman Law LLC | 7/8/2019 and 8/12/2019 | 7564 and 7908 |
| 11 | Fox | Mary | 2:19-cv-01919 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 8/14/2019 | 7964 |
| 12 | Golden | Mitzi-Nicole | 2:19-cv-00805 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 7/10/2019 | 7584 |
| 13 | Griffith | Judy | 2:18-cv-14118 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Marc J. Bern & Partners LLP | 8/14/2019 | 7960 |
| 14 | Guillot | Mary | 2:18-cv-13024 | PFS Not Substantially Complete | sanofi | Pulaski Law Firm, PLLC | 8/12/2019 | 7898 |
| 15 | Harding | Jennifer | 2:18-cv-13043 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 7/8/2019 | 7560 |
| 16 | Hawkins | Dina | 2:19-cv-01722 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Roberts & Roberts | 7/5/2019 | 7537 |
| 17 | Karabas | Mildred | 2:19-cv-00183 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 8/14/2019 | 7965 |
| 18 | Lamb | Fredericka | 2:19-cv-00765 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 7/10/2019 | 7587 |

August 15, 2019

Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 19 | Lawrence | Judy | 2:19-cv-00269 | No Signed/Verified PFS Submitted | sanofi | Marc J. Bern & Partners LLP | 7/10/2019 | 7585 |
| 20 | Lynch | LaChrista | 2:19-cv-00369 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 7/9/2019 | 7577 |
| 21 | MacWatters | Renee | 2:18-cv-13092 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7247 |
| 22 | Marchbanks | Wendy | 2:18-cv-13097 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7246 |
| 23 | Minium | Holly | 2:18-cv-13046 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Grant & Eisenhofer P.A. | 7/9/2019 | 7579 |
| 24 | Owens | Jennifer | 2:18-cv-13084 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Maher Law Firm | 8/12/2019 | 7917 |
| 25 | Patterson | Gava | 2:19-cv-01943 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Grant & Eisenhofer P.A. | 8/12/2019 | 7922 |
| 26 | Patterson | Sonja | 2:18-cv-11356 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Johnson Law Group | 7/22/2019 | 7700 |
| 27 | Perry | Brenda | 2:19-cv-02000 | No Signed/Verified PFS Submitted | sanofi | Marc J. Bern & Partners LLP | 8/14/2019 | 7966 |
| 28 | Radwan | Mona | 2:17-cv-08638 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7940 |
| 29 | Saldana | Michell | 2:19-cv-00158 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Baron & Budd | 8/13/2019 | 7951 |
| 30 | Schaefer | Nora | 2:18-cv-13210 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7248 |
| 31 | Strebe | Susan | 2:18-cv-13780 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 8/14/2019 | 7958 |
| 32 | Tangney | Joann | 2:18-cv-13237 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7249 |
| 33 | Thomas | Joyce | 2:18-cv-12572 | PFS Not Substantially Complete | 505 | The Gross Law Firm | 8/12/2019 | 7895 |
| 34 | Ulmer | Misty | 2:17-cv-12941 | PFS Not Substantially Complete | 505 | Gomez Firm | 11/27/2019 | 5360 |
| 35 | Vinson | Gertrude | 2:18-cv-11935 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Gori Julian & Associates, PC | 7/9/2019 and 8/6/2019 | 7562 and 7826 |

August 15, 2019

Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 36 | Vinson | Patricia | 2:18-cv-00716 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Bachus & Schanker, LLC | 7/9/2019 | 7578 |
| 37 | Wall | Debra | 2:18-cv-13255 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7250 |
| 38 | Whitfield | Sandra | 2:19-cv-02642 | No Signed/Verified PFS Submitted | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7941 |
| 39 | Williams | Bridget | 2:18-cv-13843 | PFS Not Substantially Complete | 505 | Fears Nachawati PLLC | 8/12/2019 | 7930 |
| 40 | Williams | Mary M | 2:18-cv-02321 | No PTO 71A | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7939 |
| 41 | Williams | Scarlett | 2:18-cv-13272 | No Signed/Verified PFS Submitted | sanofi | Pulaski Law Firm, PLLC | 5/28/2019 | 7251 |
| 42 | Wise | Patricia | 2:19-cv-02396 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 8/12/2019 | 7942 |
| 43 | Zamora Meza | San Juanita | 2:19-cv-00770 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Marc J. Bern & Partners LLP | 8/14/2019 | 7961 |