August 15, 2019
Non Compliance Statement List

EXHIBIT C

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Amy | Karen | 2:18-cv-12310 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Bachus & Schanker, LLC | 8/12/2019 | 7931 |
| 2 | Artis | Theresa | 2:18-cv-11813 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Gori Julian & Associates, PC | 7/8/2019 and 8/6/2019 | 7561 and 7824 |
| 3 | Ballard | Nedra | 2:18-cv-11824 | PFS Not Substantially Complete; No Authorizations; No CMO 12A | Both sanofi and 505 | Gori Julian & Associates, PC | 7/8/2019 and 8/6/2019 | 7558 and 7815 |
| 4 | Carouthers | Stephanie | 2:18-cv-11554 | No Signed/Verified PFS Submitted | sanofi | Brown and Crouppen, PC | 7/8/2019 | 7565 |
| 5 | Cephus | Wanda | 2:19-cv-04078 | No Signed/Verified PFS Submitted | sanofi | Summers & Johnson, PC | 8/12/2019 | 7910 |
| 6 | Chatman | Mary Ann | 2:19-cv-07683 | No Signed/Verified PFS Submitted | 505 | Bachus & Schanker, LLC | 8/12/2019 | 7938 |
| 7 | Cooper | Joyce | 2:17-cv-08231 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 7/9/2019 | 7576 |
| 8 | Crawford | Latechia | 2:18-cv-10001 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Fears | Nachawati | 8/12/2019 | 7928 |
| 9 | Delgrosso | Mary | 2:18-cv-10255 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 7/10/2019 | 7581 |
| 10 | Devos | Jessica | 2:18-cv-13595 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears Nachawati PLLC | 8/12/2019 | 7927 |
| 11 | Duncan | Gale M | 2:18-cv-12337 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Morgan & Morgan, PA | 7/9/2019 | 7569 |
| 12 | Foor | Shirley | 2:18-cv-13927 | PFS Not Substantially Complete | sanofi | Napoli Shkolnik PLLC | 7/26/2019 | 7756 |
| 13 | Gadow | Janet | 2:18-cv-11325 | No Authorizations; No PTO 71A | sanofi | Johnson Law Group | 8/13/2019 | 7945 |
| 14 | Gomez | Rosa | 2:18-cv-13670 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Fears Nachawati PLLC | 8/12/2019 | 7943 |
| 15 | Heinicke | Linda | 2:18-cv-04112 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7936 |
| 16 | Johnson | Carolyn Ann | 2:17-cv-15960 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 7/9/2019 | 7575 |
| 17 | Jones | Benita | 2:17-cv-1325 | PFS Not Substantially Complete | sanofi | Shaw Cowart | 12/20/2018 | 5612 |
| 18 | Keever | Sharon | 2:18-cv-11323 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Johnson Law Group | 5/31/2019 | 7286 |
| 19 | Lackey | Marie | 2:19-cv-02434 | No Signed/Verified PFS Submitted | 505 | Napoli Shkolnik PLLC | 8/1/2019 | 7794 |
| 20 | Leffel (Skaggas) | Candi (David) | 2:19-cv-05052 | No Signed/Verified PFS Submitted | sanofi | Summers & Johnson, PC | 8/12/2019 | 7911 |
| 21 | Lewis | Bonnie | 2:18-cv-08499 | PFS Not Substantially Complete; No PTO 71A | sanofi | Bachus & Schanker, LLC | 7/9/2019 | 7574 |
| 22 | Miller | Gloria | 2:18-cv-12019 | No Signed/Verified PFS Submitted | sanofi | McSweeney/Langevin LLC | 8/12/2019 | 7900 |
| 23 | Rosso | Lindsey | 2:18-cv-04802 | No Signed/Verified PFS Submitted | sanofi | The Murray Law Firm | 6/20/2019 | 7443 |
| 24 | Sharpley | Glenda | 2:19-cv-01225 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 8/12/2019 | 7935 |
| 25 | Spann | Lisa | 2:19-cv-02553 | No Signed/Verified PFS Submitted | sanofi | Bachus & Schanker, LLC | 8/12/2019 | 7937 |
| 26 | Spears | Robin A | 2:18-cv-11252 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 7/10/2019 | 7582 |

August 15, 2019
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 27 | Strasser | Dawn | 2:18-cv-13845 | PFS Not Substantially Complete | 505 | Fears | Nachawati | 8/12/2019 | 7934 |
| 28 | Teale | Mildred | 2:19-cv-01921 | No Signed/Verified PFS Submitted | 505 | Sanders Phillips Grossman | 7/29/2019 | 7770 |
| 29 | Vyska | Cindy | 2:18-cv-10114 | PFS Not Substantially Complete | Both sanofi and 505 | Johnson Law Group | 7/22/2019 | 7699 |
| 30 | Yarbrough | Christine | 2:18-cv-07916 | PFS Not Substantially Complete; No PTO 71A | sanofi | Friend Law Group, LLC | 7/8/2019 | 7559 |