MINUTE ENTRY
MILAZZO, J.
August 16, 2019

JS-10:00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On August 16, 2019, the Court held a status conference with liaison counsel and lead counsel as listed on the attached sign-in sheet. The parties updated the Court on the status of the case.



CASE TITLE: Taxotere

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE _____
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: _____    TIME: _____

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Douglas Moore | 504 296 8787 | NLC Sanofi |
| John Olinde | 504 585 7241 | 505b2 liaison |
| Julie Callsen | 216 696 2286 | (illegible) |
| Evan Holden | 617-785-8215 | Δ Sandoz |
| Jon Strongman | 913 669 5123 | Δ Sanofi |
| Mara Cusker Gonzalez | 212-641-5665 | Hospira and Pfizer |
| Geoffrey Coan | 617-213-7045 | Sun Pharmaceutical |
| Jennifer Snyder Hers | 513-698-5058 | Actavis and Sagent |
| Adrienne Byard | 816-805-6205 | Sanofi |
| Hildy Sastre | 305-527-7590 | Sanofi |
| Dawn Barrios | 504-524-3300 | Π |
| M. Palmer Lambert | 504-522-2304 | Π |
| Christopher Coffin | 504-355-0086 | Π |