MINUTE ENTRY
MILAZZO, J.
AUGUST 16, 2019

JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |

**Applies to: 16-17144 - Barbara Earnest**

### MOTION HEARING
Judge Jane Triche Milazzo presiding

LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: TONI TUSA
CASE MANAGER: ERIN MOULEDOUS
COUNSEL: See attached sign-in sheet

Court begins at 9:25 a.m.

The following motions are argued by counsel:

- Motion pursuant to 28 U.S.C. § 1292(b) to Certify the Court's July 9, 2019 Summary Judgment Order for Interlocutory Appeal and Adjourn the Earnest Trial Pending the Appeal **(Doc. 7783)**

- Motion to Continue Trial **(Doc. 7889)**

Motions are **DENIED** by the Court.

**Order and Reasons to follow.**

Court adjourned at 9:55 a.m.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　MDL 2740
PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　SEC. "H"(5)

AUGUST 16, 2019

### 9:30 am Motion Hearing Sign in Sheet
PLEASE PRINT

| Name | Party representing |
|---|---|
| * ILANA EISENSTEIN | Sanofi |
| RACHEL HORTON | Sanofi |
| * Andre Mura | Plaintiff |
| PALMER LAMBERT | TH co-liaison |
| DAWN BARRIOS | TT co-liaison |
| CHRISTOPHER COFFIN | TT co-lead |
| * DOUGLAS MOORE | DLC Sanofi |
| * Chris Coffin | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |