UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion to Continue Submission Date regarding Plaintiffs' Motion for Reconsideration,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the submission date on Plaintiff Deborah Johnson's and Plaintiff Tanya Francis' Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) Based on Order and Reasons (Doc. 7571) (Rec. Doc. 7857) are hereby continued to October 23, 2019.

New Orleans, Louisiana, this ___ of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE