UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Barbara Earnest, Case No. 2:16-cv-17144

# ORDER

Considering the foregoing Motion for Leave to Exceed Page Limit (Doc. 7847);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Plaintiff may file her Opposition to Defendants' First Omnibus Motions *in Limine* (Motions *in Limine* Nos. 1-14), in excess of the 25-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE