UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing Sanofi's *Ex Parte* Motion For Leave To File Exhibit 1 to its Reply in Support of Defendants' Motion *in Limine* No. 25: Motion to Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the TAX316 and GEICAM 9805 Clinical Trials Represents Evidence on "Persistent," "Permanent," or "Irreversible" Alopecia;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit 1 (Rec. Doc. 8022-1) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE