# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL NO. 2740 <br><br> SECTION: "N" 5 <br><br> COMPLAINT & JURY DEMAND <br><br> CIVIL ACTION NO. 2:18-cv-04432 |
| This Document Relates To: *Silver Gaddy* | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 7894);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT