# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Lucille Smith v. Sanofi-Aventis U.S. LLC, et al. | : | **JUDGE MILAZZO** |
| Civil Action No. 2:17-cv-08984 | : | **MAG. JUDGE MICHAEL NORTH** |

## ORDER

Before the Court is Plaintiff's Motion to Substitute Party Plaintiff (Doc. 7899);

**IT IS ORDERED** that the Motion is **GRANTED** and that Jerry Smith, as surviving spouse and duly appointed Executor of the Estate of Lucille Smith, deceased, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge