UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hersea Brown, as Proposed Administrator of the Estate of Vanetta Brown, Et Al., v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc., et al.*, No. 2:19-cv-12139 | : MDL 2740<br>:<br>: SECTION "H" (5)<br>: JUDGE MILAZZO<br>: MAG. JUDGE NORTH<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Before the Court is Plaintiff's Ex Parte Motion for Substitution of Proper Party (Doc. 7947);

**IT IS ORDERED** that the Motion is **GRANTED** and that Hersea Brown, on behalf of Vanetta Brown, is substituted as the plaintiff in this action.

New Orleans, Louisiana, this 16th day of August, 2019.

Hon. Jane Triche Milazzo
United States District Court Judge