UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
*Pauline Johnson v. Sanofi U.S. Services, Inc., et al.;*
*Civil Action No. 2:17-cv-13551*

## ORDER

Considering Plaintiff Pauline Johnson's Motion to Substitute Party (Doc. 7975);

**IT IS ORDERED** that the Motion is **GRANTED**, and James W. Davis, III, on behalf of the Estate of Pauline Johnson, is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE