# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) |
| The Cases Listed on the attached Exhibit A | § § § § | JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel (Doc. 7986);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto. Attorney, Jennifer Nolte, and the law firm of Allen & Nolte, PLLC are substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 16th day of August, 2019.

Honorable Jane Triche Milazzo
United States District Court Judge

## EXHIBIT A

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Patricia Witters | 2:18-cv-12921 |
| Catina Barbalato | 2:18-cv-12744 |
| Dianne Cable | 2:18-cv-12764 |
| Marcela Garcia | 2:18-cv-12904 |
| Jeannie Gilbert | 2:18-cv-12802 |