UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' FIRST OMNIBUS MOTIONS IN LIMINE**

NOW INTO COURT, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") who respectfully request leave of court to file the Reply Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1–14) in excess of the 10-page limit set forth in Local Rule 7.7.

Here, in an effort to promote judicial efficiency by reducing the number of individual motions, Sanofi bundled various similar Motions in Limine into an Omnibus; thus, this single Reply Memorandum supports a total of 14 Motions. As a result, the standard limit of 10 pages for the Reply Memorandum, as set forth in Local Rule 7.7, is insufficient to appropriately address the issues raised in 14 Motions and Oppositions under these circumstances. Sanofi notes that the reply briefing for each of the 14 individual Motions is well below the 10-page limit. Therefore, Defendants request an additional fifteen (15) pages to brief the Motions, for a total of twenty-five (25) pages.

1

WHEREFORE, Defendants pray that this Court will grant leave to file the Reply Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1-14) in excess of the 10-page limit set forth in Local Rule 7.7.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 16, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore