UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144.

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to file the Reply Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1–14) in excess of the 10-page limit set forth in Local Rule 7.7 filed by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi").;

IT IS ORDERED that said Motion is GRANTED, and that the Reply Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1–14) may exceed the 10-page limit.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE