# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE TAXOTERE (DOCETAXEL)       )
 5   PRODUCTS LIABILITLY LITIGATION   ) MDL NO. 2740
 6                                    )
 7   THIS DOCUMENT RELATES TO:        ) SECTION:  H
 8                                    )
 9   ANTOINETTE DURDEN,               )
10   CASE NO. 2:16-cv-16635           )
11   TANYA FRANCIS,                   )
12   CASE NO. 2:16-cv-17410;          )
13   BARBARA EARNEST,                 )
14   CASE NO. 2:16-cv-17144           )
15                                    )
16   _____)
17
18     VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D., VOL. 2
19                 FRIDAY, DECEMBER 7, 2018
20
21   JOB NO. 3151489
22
23   REPORTED BY ISRAEL REYES
24
25   Job No. NJ3151489
```

Page 34

1  have to be a generic to be interchangeable.  So I'm
2  just objecting to your use of the term
3  "interchangeable."
4      Q   Okay.  Do you intend to offer an opinion as
5  to the relative side effect profile or toxicity of
6  Taxol versus Taxotere?
7      A   I certainly could offer an opinion.  My main
8  focus has certainly been on the alopecia related to
9  Taxotere-containing regimens.  I certainly have
10 enormous amount of knowledge.  I provided the papers
11 on the comparisons of Taxol and Taxotere, and it does
12 have a very nice table of comparisons of the
13 toxicities.  I certainly am knowledgeable and can
14 speak to that.  And I do reference that paper.
15     Q   In your report, you define alopecia as
16 partial or complete absence of hair from any area of
17 the body where it normally grows.
18     A   Mm-hmm.  Yes.
19     Q   What's the source or the basis for that
20 definition?
21     A   Well, alopecia is just loss -- is loss of
22 hair.  So it -- of course, for cytotoxic chemotherapy,
23 we're talking about the visual loss of hair on the
24 head.
25     Q   Well, you define -- you didn't define it as

1  hair loss.  You define --
2      A   I didn't make up the definition.  That is the
3  definition.
4      Q   I'm just wondering where you got it.  So
5  where did you get the definition from?
6      A   Dictionary.
7      Q   What -- do you know which dictionary?
8      A   I -- any dictionary would have that.
9      Q   So if I --
10     A   It's loss of hair.  It's not restricted to a
11 particular anatomic site.  It's where hair would
12 normally grow.
13     Q   If I looked up the definition of alopecia,
14 are you telling me that I will find the definition as
15 partial or incomplete absence of hair from any area of
16 the body where it normally grows?
17     A   You should be --
18         MR. THORNTON:  Objection; form.
19 BY MR. KAUFMAN:
20     A   -- to find -- you should be able to find that
21 definition.  But for relevance to this case, we're
22 talking about the visible loss of hair, you know, the
23 scalp, the eyebrows.  We're not talking about
24 nonvisible loss of hair.  We're not talking about hair
25 loss in areas where there's clothing.  We're talking

Page 36

1  about the stigma of having hair loss that's visible.
2       Q   Using the definition of alopecia in your
3  report, you agree that the term does not expressly or
4  impliedly indicate if someone's hair will grow back.
5           MR. THORNTON:  Objection; form.
6  BY MR. KAUFMAN:
7       A   Alopecia is just about loss of hair.
8       Q   And so the term "alopecia" does not expressly
9  or impliedly indicate if someone's hair will grow
10 back; you agree?
11          MR. THORNTON:  Objection; form.
12 BY MR. KAUFMAN:
13      A   Alopecia in and of itself is a very ambiguous
14 term.  What's known in cytotoxic chemotherapy is
15 reversible, irreversible alopecia.  And it's well
16 known in the oncology field and anybody you talk to in
17 professionals that it's the reversible, temporary,
18 transient alopecia that physicians who treat patients
19 with cancer know about.  They would immediately think
20 of temporary, reversible alopecia if you just say
21 chemotherapy-induced alopecia.
22      Q   Okay.  What if we just say alopecia?  And you
23 define that -- you said every dictionary will say it's
24 hair loss.  And I'm asking you if you would agree that
25 the term does not expressly or impliedly indicate if

Page 37

1  someone's hair will grow back.
2              MR. THORNTON:  Objection; form.
3  BY MR. KAUFMAN:
4      A   I'm saying the interpretation by physicians
5  in the field is that it's temporary and it's
6  reversible.  That is how it's perceived.  Yeah, I'm
7  just telling you that.
8      Q   But I'm asking you, by definition, does it
9  expressly or impliedly state that -- if someone's hair
10  will grow back.
11             MR. THORNTON:  Objection; form.
12  BY MR. KAUFMAN:
13     A   Alopecia doesn't even refer to chemotherapy.
14  It just refers --
15     Q   I agree.
16     A   -- to hair loss.  It could be alopecia from
17  anything.
18     Q   I agree.  So does the term indicate if
19  someone's hair will grow back?
20             MR. THORNTON:  Objection; form.
21  BY MR. KAUFMAN:
22     A   Just alopecia?
23     Q   Yes.
24     A   It doesn't say anything to me other than hair
25  loss.