# EXHIBIT 3

# Expert Report: Alopecia in Women
**Jerry Shapiro, M.D.**
**December 10, 2018**

**I.     Qualifications/Publications**

1. I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University School of Medicine. I am board certified in dermatology and licensed in New York. I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985.

2. I have specialized in hair disorders as both a practitioner and researcher for more than 30 years. In that time, I have authored over 150 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters. I have given over 500 invited lectures on six continents, and have spoken at the annual American Academy of Dermatology meeting for 30 consecutive years. As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers.

3. In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic. I consult with and treat patients in New York City from around the world with the latest medical treatment options. My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4. In addition to my clinical practice, I serve as Professor of Dermatology at NYU School of Medicine, where I have taught since 2007. I have trained and educated more than 30 international hair fellows from four continents. I also regularly speak about hair loss at national and international events and in media outlets. I frequently study, write and publish on hair and scalp disorders and related issues, including some 14 articles, abstracts and reviews published in the last year alone.

5. I am a member of the American Academy of Dermatology, the American Dermatological Association, the European Academy of Dermatology and Venereology, the North American Hair Research Society, the European Hair Research Society, and numerous other professional societies.

       Etoposide,[30] 5-Fluorouracil,[31] Busulfan,[32] Gemcitabine,[33] Idarubicin, Ifosfamide,[34] Melphalan,[35] Taxanes,[36] and Thiotepa.[37]

34. The term "alopecia" in medical use, includes all durations and degrees of hair loss. In the literature, the terms "permanent," "irreversible," "ongoing," or "persistent" alopecia have been used to describe alopecia after chemotherapy. These terms, however, have not been used with consistency and it is my opinion that there is no consensus definition for any of these terms. For purposes here, I will use the term "persistent alopecia," generally referring to reports of incomplete hair regrowth either during or after the use of certain medications, including chemotherapy. In using this

---

[30] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013).

[31] Beisecker, Analee E., et al. "Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients." Psycho-Oncology: Journal of the Psychological, Social and Behavioral Dimensions of Cancer 6.2 (1997): 85-93 at 88-89; Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081 at 1078; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[32] Bresters, D., et al. "Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood." *Bone marrow transplantation* 52.7 (2017): 984.

[33] Lacouture, Mario E., and Viswanath Reddy Belum. "Dermatologic Adverse Events Associated With Systemic Anticancer Agents." *Cancer network* (2014).

[34] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013); Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63.

[35] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

[36] Prevezas, C., et al. "Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer." British Journal of Dermatology 160.4 (2009): 883-885; Palamaras, Ioulios, et al. "Permanent chemotherapy-induced alopecia: a review." Journal of the American Academy of Dermatology 64.3 (2011): 604-606; Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350; Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of clinical oncology (2017): e21576; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442 at 438; Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[37] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597.