IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 SECTION: "N" 5 COMPLAINT & JURY DEMAND |
| This Document Relates To: *Aquaquenetta Daniels* | * * * | CIVIL ACTION NO. 2:17-cv-11152 |

**PLAINTTIF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

___

COMES NOW Plaintiff Aquaquenetta Daniels, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 19th day of August 2019.

                                      **BRENT COON & ASSOCIATES**

                                      /s/ Eric W. Newell
                                      Brent W. Coon
                                      Federal Bar No. 9308
                                      Texas Bar No. 04769750
                                      Brent@bcoonlaw.com
                                      Eric W. Newell
                                      Texas Bar No. 24046521
                                      Eric_newell@bcoonlaw.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Defendants who at first opposed to the filing of the amended complaint, after changes were made, it was resent to counsel of Defendants for their consent or opposition. After the changes, the counsel of Sanofi did not take a position on the filing of the amended complaint; and the counsels of Hospira and Sandoz Inc. consented to the filing in the interest of judicial economy, and not to oppose the motion for leave to amend, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 19th day of August, 2019.

*/s/Eric W. Newell*
Eric W. Newell