IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "N" 5<br><br>COMPLAINT & JURY DEMAND |
| This Document Relates To:<br>*Aquaquenetta Daniels* | * * * | CIVIL ACTION NO. 2:17-cv-11152 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**
_____

Plaintiff, Aquaquenetta Daniels, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Aquaquenetta Daniels, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on October 24, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff received from Duke University Health System a document which says, "This letter is in response to your request for the information pertaining to NDC codes for (Insert Drug name) which may have been administered to your client between (insert date(s). During the time frame, (insert dates(s), we have identified the following NDC codes for (insert drug name). Please not that the NDC codes listed represent the purchase history only and may not be representative of the actual medications administered." (see Exhibit B). Based upon the NDC codes listed, plaintiff now seeks leave to amend to assert claims against the following Defendants: Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Hospira, Inc.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Sandoz Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. and add that she only recently became aware of these allegations. Sanofi defendants were already named in the original Complaint.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 19th day of August, 2019.

*/s/Eric W. Newell*
Eric W. Newell