# EXHIBIT

# "B"



BRENT,COON & ASSOCIATES

215 Orleans
Beaumont,TX 77701


Request #: 67190382
Re : Daniels,Aquaquenetta G


This letter is in response to your request for information pertaining to NDC codes for (Insert Drug name) which may have been administered to your client between (insert date(s).   During the time frame (insert date(s), we have identified the following NDC codes for (insert drug name).  Please note that the NDC codes listed represent the purchase history only and may not be representative of the actual medications administered.

| Medication ID | Medication | NDC | 11 Digit NDC Code | Date |
|---|---|---|---|---|
| 106443 | DOCETAXEL 20 MG/ML (1 ML) IV | 0955-1020-01 | 00955102001 | Sep-13 |
| 106443 | DOCETAXEL 20 MG/ML (1 ML) IV | 0075-8003-01 | 00075800301 | Sep-13 |
| 108122 | DOCETAXEL 80 MG/4 ML (20 MG/ML) IV | 0955-1021-04 | 00955102104 | Sep-13 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) IV | 0409-0201-10 | 00409020110 | Sep-13 |
| 108907 | DOCETAXEL 80 MG/8 ML (10 MG/ML) IV | 66758-050-02 | 66758005002 | Sep-13 |
| 108908 | DOCETAXEL 160 MG/16 ML (10 MG/ML) IV | 66758-050-03 | 66758005003 | Sep-13 |
| 108910 | DOCETAXEL 20 MG/2 ML (10 MG/ML) IV | 66758-050-01 | 66758005001 | Sep-13 |

()

Sincerely,

Duke University Health System
Health Information Management
PO Box 3016
Durham, NC  27710
(919-684-1700)