**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Nancy Kaylor, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | **Civil Action No.:** 2:17-cv-15845 |
| vs. | : | |
| | : | |
| Sanofi-Aventis U.S. LLC and | : | |
| Sanofi US Services, Inc. | : | |
| | : | |
| Defendant(s). | : | |
| ----------------------------------------------------------- | : | |

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

COMES NOW, Plaintiff Nancy Kaylor and files this motion to substitute Jesse William

Farley III, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support

therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Nancy Kaylor filed the present action in the United States District Court of the

   Eastern District of Louisiana on December 8, 2017.

2. Plaintiff Nancy Kaylor died on April 03, 2019.

3. On August 19, 2019, Plaintiff filed a suggestion of death pursuant to Federal Rule of

   Civil Procedure 25(a). *See* Doc. No. 8034.   Plaintiff's counsel recently learned the

   death of Ms. Kaylor after filing the lawsuit and after submitting a Plaintiff Fact Sheet in

   connection with this case.

4. Jesse William Farley III, is the Executor of the Estate of Nancy Kaylor, and the proper

party plaintiff to substitute for Plaintiff-decedent Nancy Kaylor and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Jesse William Farley III as the proper party plaintiff in this action.

Respectfully submitted this 19th day of August, 2019.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 19, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney