UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-15845 |
| Nancy Kaylor, | | |
| Plaintiff(s), | | |
| vs. | | |
| Sanofi-Aventis U.S. LLC, et al., | | |
| Defendant(s). | | |

## ORDER

IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and Jesse William Farley III, on behalf of the Estate of Nancy Kaylor, is substituted as Plaintiff in the above referenced action.

This the _____ day of _____ , 2019.

_____
Judge Jane Milazzo, U.S. District Judge