**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

<u>CONSENT MOTION TO CONTINUE SUBMISSION DATES REGARDING
DEFENDANTS' MOTIONS TO TAX COSTS AGAINST PLAINTIFFS DEBORAH
JOHNSON AND TANYA FRANCIS</u>

NOW INTO COURT, come Plaintiffs, Deborah Johnson and Tanya Francis, through the

Plaintiffs' Steering Committee ("PSC"), who respectfully move to continue the submission dates

regarding Defendants' Motion to Tax Costs Against Plaintiff Deborah Johnson (Rec. Doc. 7953)

and Defendants' Motion to Tax Costs Against Plaintiff Tanya Francis (Rec. Doc. 7952).

Defendants' Motions to Tax Costs Against Plaintiffs Deborah Johnson and Tanya Francis are

currently set for submission on August 28, 2019.

Undersigned have conferred with counsel for Defendants, who consents to a two-week

extension of the submission date on these motions.

WHEREFORE, Plaintiffs respectfully request that this Court enter the attached Order

continuing the submission dates regarding Defendants' Motions to Tax Costs Against Plaintiffs

Deborah Johnson and Tanya Francis (Rec. Docs. 7953 and 7952) from August 28, 2019 to

September 11, 2019.

Dated: August 19, 2019                            Respectfully submitted,

*/s/ Christopher L. Coffin*                        */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                     Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                   GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                    6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                       Los Angeles, California 90045
Phone: (504) 355-0086                              Telephone: 510-350-9700
Fax: (504) 355-0089                                Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                             kbm@classlawgroup.com


*Plaintiffs' Co-Lead Counsel*                      *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                             */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                         Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                          BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                           701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street            New Orleans, LA 70139
New Orleans, LA 70163-2800                         Phone: 504-524-3300
Phone: 504-522-2304                                Fax: 504-524-3313
Fax: 504-528-9973                                  barrios@bkc-law.com
plambert@gainsben.com


                                                   *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                       Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP              Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                        9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                   Oklahoma City, OK 73120
Phone: (800) 664-1734                              Phone: (405) 607-8757
aa@andrewsthornton.com                             Fax: (405) 607-8749
                                                   dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                     Abby E. McClellan
Bachus & Schanker, LLC                             Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                     460 Nichols Road, Suite 200
Denver, CO 80202                                   Kansas City, MO 64112
Phone: (303) 893-9800                              Phone: (816) 714-7100
Fax: (303) 893-9900                                Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                        mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert

M. PALMER LAMBERT