UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

**[PROPOSED] ORDER**

Considering the foregoing Consent Motion to Continue Submission Dates regarding Defendants' Motions to Tax Costs against Plaintiffs, Deborah Johnson and Tanya Francis,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the submission dates on Defendants' Motion to Tax Costs against Deborah Johnson (Rec. Doc. 7952) and Motion to Tax Costs against Tanya Francis (Rec. Doc. 7953) are hereby continued for two weeks to September 11, 2019 at 9:30 a.m.

New Orleans, Louisiana, this ___ of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE