UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOERE (DOCETAXEL)     PRODUCTS LIABILITY     LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

**[PROPOSED] ORDER**

Considering the foregoing Consent Motion to Withdraw Pleading (Rec. Doc. 8020),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Document 8020, and the proposed order attached thereto, from the docket.

New Orleans, Louisiana this____day of_____, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1