UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*DONNA LINCOLN*
Case No.: 17-18005

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

COMES NOW, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully requests this Court to enter an Order substituting as plaintiff, Jermaine Lincoln, Administrator of the Estate of Donna Lincoln, in place of Plaintiff, Donna Lincoln. As grounds for the same, the Plaintiff states as follows:

1. The Complaint in the above styled manner was filed December 30, 2017.

2. The Plaintiff, Donna Lincoln, died on March 15, 2019. (See Death Certificate- Exhibit A).

3. Jermaine Lincoln was appointed as Administrator of the Estate of Donna Lincoln on July 25, 2019. (See Letters of Administration- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Jermaine Lincoln, Administrator of the Estate for Donna Lincoln, for the Plaintiff, Donna Lincoln.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on August 19, 2019 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*