UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*DONNA LINCOLN*
Case No.: 17-18005

### [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Donna Lincoln Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Jermaine Lincoln, on Behalf of the Estate of Donna Lincoln, is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　District Judge