# NEW YORK STATE DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

**Form:** DOH-1961 (8/2011)
**Recorded District:** 5151
**Register Number:** 0668
**State File Number:** 131-2019-00018730

## Decedent

- **1. Name:** Donna G. Lincoln
- **2. Sex:** Female
- **3A. Date of Death:** 03/08/2019
- **3B. Hour:** 03:35 PM
- **4A. Place of Death:** Hospital Inpatient
- **4B. If Facility, Date Admitted:** 01/27/2019
- **4C. Name of Facility:** Stony Brook University Hospital
- **4D. Locality:** Brookhaven Town
- **4E. County of Death:** Suffolk
- **4F. Medical Record No.:** 30798559
- **4G. Was Decedent Transferred From Another Institution?:** No
- **5. Date of Birth:** 04/20/1951
- **6A. Age in Years:** 67
- **7A. City and State of Birth:** Bluefield, West Virginia
- **8. Served in U.S. Armed Forces?:** No
- **9. Decedent of Hispanic Origin?:** No, not Spanish/Hispanic/Latino
- **10. Decedent's Race:** Black or African American
- **11. Decedent's Education:** High school graduate or GED
- **12. Social Security Number:** 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
- **13. Marital Status:** Widowed
- **15A. Usual Occupation:** Nurses Assistant
- **15B. Kind of Business or Industry:** Health Care
- **15C. Name and Locality of Company or Firm:** SEIU#1199, Ross Health Care, Brentwood NY
- **16A. Residence:** NY
- **16B. County:** Suffolk
- **16C. Locality:** Town - Brentwood
- **16D. Street and Number of Residence:** 6 Wyndham Road
- **16E. Zip Code:** 11717
- **17. Birth Name of Father/Parent:** James Beauford Jr.
- **18. Birth Name of Mother/Parent:** Ramona Mae Withers
- **19A. Name of Informant:** Abraham Lincoln Jr.
- **19B. Mailing Address:** 6 Wyndham Road, Brentwood, NY 11717

## Disposition

- **20A. Disposition:** Burial
- **Date:** 03/15/2019
- **20B. Place of Burial:** Oakwood Cemetery
- **20C. Location:** Bay Shore, New York
- **21A. Name and Address of Funeral Home:** Michael J Grant Funeral Homes Inc - Brentwood, 571 Suffolk Avenue, Brentwood Hamlet, NY 11717
- **21B. Registration Number:** 01182
- **22A. Name of Funeral Director:** Brian T Casey
- **22B. Signature of Funeral Director:** Brian T Casey Electronically Signed
- **22C. Registration Number:** 10576
- **23A. Signature of Registrar:** Donna Lent Electronically Signed
- **23B. Date Filed:** 03/13/2019
- **24A. Burial or Removal Permit Issued By:** Donna Lent
- **24B. Date Issued:** 03/13/2019

## Certifier

- **25A. Certifier's Name:** Nicole Andrews
- **Signature:** Nicole Andrews Electronically Signed
- **Date:** 03/08/2019
- **Certifier's Title:** Physician acting on behalf of Attending Physician
- **Address:** 101 Nicholls Road, Brookhaven Town, NY 11794
- **25C. Attending Physician's Name & Title:** Minsig Choi, Medicine
- **License No.:** 276109
- **Address:** Stony Brook Internistufpc Sbumc, Stony Brook, NY 117948
- **26A. Attending physician attended deceased from:** 02/25/2019 to 03/08/2019
- **26B. Deceased last seen alive by attending physician:** 03/08/2019
- **26C. Pronounced Dead on:** 03/08/2019 at 03:35 PM
- **27. Manner of Death:** Natural Cause
- **28. Was case referred to Coroner or Medical Examiner?:** No
- **29A. Autopsy?:** No

## Cause of Death

- **30. Death was caused by:**
  - **(A) Immediate Cause:** Acute Renal Failure — Days
  - **(B) Due to or as a consequence of:** Metastatic Breast Cancer — Years
- **Did tobacco use contribute to death?:** No
- **32. Was decedent hospitalized in last 2 months?:** No
- **33A. If Female:** Not pregnant within last year