**Exhibit B**

# Surrogate's Court of the County of Suffolk

On the Date Written Below LETTERS OF ADMINISTRATION were granted by the Surrogate's Court of Suffolk County, New York as follows:

**File #: 2019-1400/A**

| | | |
|---|---|---|
| Name of Decedent: | **Donna G Lincoln** | Date of Death: 03-08-2019 |
| Domicile: | **County of Suffolk** | |

Type of Letters Issued:   **LETTERS OF ADMINISTRATION**

Fiduciary Appointed:   **Jermaine T Lincoln**

**Limitations: None**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: July 25, 2019

FILED
SURROGATES COURT
SUFFOLK COUNTY

**JUL 2 5 2019**

MICHAEL CIPOLLINO
CHIEF CLERK

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Hon Theresa Whelan, Judge of the Suffolk County Surrogate's Court

*Michael Cipollino*
_____
Michael Cipollino, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*