# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** SANOFI US SERVICES INC, f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC |
| THIS DOCUMENT RELATES TO: BETTY J. MCCONNELL | Civil Action No.: 2:17-cv-02338 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __20__ day of __August__, 2019

SIMMONS HANLY CONROY

/s/ John J. Foley
John J. Foley
One Court Street
Alton, IL 62002
Telephone: 618-259-2222
Facsimile: 618-259-2251
Email: jfoley@simmonsfirm.com

CERTIFICATE OF SERVICE

  I hereby certify that on  August 20 , 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: August     20    , 2019

                      /s/   John J. Foley