UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Desiree Little**
**Case No.: 2:18-cv-11504**

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Desiree Little, on the following dates: February 22, 2019, March 8, 2019, March 21, 2019, April 30, 2019, May 9, 2019, May 13, 2019, July 23, 2019, and August 19, 2019, by (check all that apply) _X_ telephone, ____ e-mail, _X_ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com