# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO:<br>SANDRA TAYLOR | Civil Action No.: 2:18-CV-12627 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. for whom plaintiffs have obtained product identification, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of August, 2019

**ATKINS & MARKOFF LAW FIRM**

/s/ Daniel P. Markoff
DANIEL P. MARKOFF, OBA#14886
BRIA A. HANLON, OBA #32412
9211 Lake Hefner Pkwy Ste. 104
Oklahoma City OK 73120

16

(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 20 2019          /s/Daniel P. Markoff