UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion to File Exhibits Under Seal (Doc. 7982);

**IT IS ORDERED** that said Motion is **GRANTED** and the Clerk of Court shall file the attachment (Exhibit A) to the Plaintiff's Memorandum in Opposition to Sanofi Defendants' Motion to Continue Trial for an Unspecified Time **UNDER SEAL**.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE