UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Patricia Zarcone and Andrew Zarcone, v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al*, | |
| Cause No. 2:18-cv-06923 | |

## EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Andrew Zarcone on behalf of the Estate of Patricia Zarcone as Plaintiff in the above-captioned case, for the following reasons:

1. Patricia Zarcone and Andrew Zarcone filed a product liability lawsuit against defendants on July 23, 2018.

2. Patricia Zarcone died on December 7, 2018.

3. Plaintiff's product liability action against Defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff's counsel filed a Notice of Suggestion of Death on May 22, 2019, attached hereto as Exhibit "A."

5. Andrew Zarcone, surviving spouse of Patricia Zarcone, is a proper party to substitute for Plaintiff Patricia Zarcone and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff spouse's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[i]f a party dies and the claim is not extinguished, the court may order substitution of the property party. A motion for substitution may be made by any party or by the decedent's successor or representative."

1

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substitution as plaintiff in this action.

Dated: August 20, 2019

Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By: */s/ Matthew McCarley*
Matthew R. McCarley
TX Bar No. 24041426
Charlotte Long
TX Bar No. 24094692
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
Fax (214) 890-0712
mccarley@fnlawfirm.com
charlotte@fnlawfirm.com

*Attorney for Plaintiff*

2