# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

-1961 (8/2011)
RECORDED DISTRICT: 5151
REGISTER NUMBER: 2807
STATE FILE NUMBER: [blank]

**1. NAME:** Patricia Ann Zarcone
**2. SEX:** Female
**3A. DATE OF DEATH:** 12 / 7 / 2018
**3B. HOUR:** 3:37 p.m.
**4A. PLACE OF DEATH:** Hospital Inpatient
**4B. IF FACILITY, DATE ADMITTED:** 11 / 27 / 2018
**4C. NAME OF FACILITY:** Community Hospital
**4D. LOCALITY:** Town — Brookhaven
**4E. COUNTY OF DEATH:** Suffolk
**4F. MEDICAL RECORD NO.:** 4118066
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?:** No

**5. DATE OF BIRTH:** 6 / 9 / 1946
**6A. AGE:** 72 yrs
**7A. CITY AND STATE OF BIRTH:** Queens, N.Y.
**8. SERVED IN U.S. ARMED FORCES?:** No
**9. DECEDENT OF HISPANIC ORIGIN?:** A — No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** A — White/Caucasian
**11. DECEDENT'S EDUCATION:** 3 — High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** 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
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** Andrew Zarcone
**15A. USUAL OCCUPATION:** Clerk
**15B. KIND OF BUSINESS OR INDUSTRY:** Law Enforcement
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Suffolk County Police Dept.

**16A. RESIDENCE:** New York
**16B. County:** Suffolk
**16C. LOCALITY:** Town — Holtsville
**16D. STREET AND NUMBER OF RESIDENCE:** 24 Brian Ave
**16E. ZIP CODE:** 11742
**16F.** Brookhaven

**17. BIRTH NAME OF FATHER/PARENT:** Leonard Cusa
**18. BIRTH NAME OF MOTHER/PARENT:** Anna Pizzo
**19A. NAME OF INFORMANT:** Andrew Zarcone
**19B. MAILING ADDRESS:** 24 Brian Ave, Holtsville NY 11742

**20A.** 1 — Burial, 12/12/2018
**20B. PLACE OF BURIAL:** Calverton National Cemetery
**20C. LOCATION:** Calverton, NY 11779

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Forrester Maher Funeral Home, 998 Portion Rd, Lake Ronkonkoma NY
**21B. REGISTRATION NUMBER:** 0971
**22A. NAME OF FUNERAL DIRECTOR:** Melissa Forrester-Maher
**22C. REGISTRATION NUMBER:** 14351

**23A. SIGNATURE OF REGISTRAR:** Donna Lent
**23B. DATE FILED:** 12 / 10 / 2018
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Donna Lent
**24B. DATE ISSUED:** 12 / 10 / 2018

### ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN

**25A. CERTIFICATION:**
Certifier's Name: Cherese M. LaPorta
License No.: 184780
Signature: Cherese [signature]
Date: 12 / 8 / 18
Certifier's Title: Attending Physician
Address: 107 N. Ocean Ave #6, Patchogue, NY 11772

**26A. Attending physician attended deceased:** From 2/10/16 to 12/7/18
**26B. Deceased last seen alive by attending physician:** 12/7/18
**26C. Pronounced Dead on:** 12/7/18 at 1637 PM
**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?:** No
**29A. AUTOPSY?:** No

**30. DEATH WAS CAUSED BY:**
(A) IMMEDIATE CAUSE: Metastatic Lung Cancer
(B) DUE TO OR AS A CONSEQUENCE OF: Neuroendocrine cancer
(C): [blank]

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):** Breast Cancer, Pleural Effusion

**DID TOBACCO USE CONTRIBUTE TO DEATH?:** Yes

**31E. INJURY AT WORK?:** No