# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| THIS DOCUMENT RELATES TO: | **SECTION "H" (5)** |
| *Patricia Zarcone and Andrew Zarcone, v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al*, | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |
| Cause No. 2:18-cv-06923 | |

## [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Patricia Zarcone Motion for Substitution of Plaintiff.

Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Andrew Zarcone, on Behalf of the Estate of Patricia Zarcone, is substituted as Plaintiff in the above referenced action.

So ordered this ____ day of _____, 2019.

_____
District Judge