UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| *Kim Hatchew v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc., et al*, | |
| Cause No. 2:18-cv-13842 | |

### EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Daniel Hatchew on behalf of the Estate of Kim Hatchew as Plaintiff in the above-captioned case, for the following reasons:

1. Kim Hatchew filed a product liability lawsuit against defendants on December 14, 2018.

2. Kim Hatchew died on March 27, 2018

3. Plaintiff's product liability action against Defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff's counsel filed a Notice of Suggestion of Death on May 22, 2019, attached hereto as Exhibit "A."

5. Daniel Hatchew, surviving spouse of Kim Hatchew, is a proper party to substitute for Plaintiff Kim Hatchew and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff spouse's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[i]f a party dies and the claim is not extinguished, the court

may order substitution of the property party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substitution as plaintiff in this action.

Dated: August 20, 2019　　　　　　　　　　　Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By: */s/ Matthew McCarley*
　　Matthew R. McCarley
　　TX Bar No. 24041426
　　Charlotte Long
　　TX Bar No. 24094692
　　5473 Blair Road
　　Dallas, TX 75231
　　(214) 890-0711
　　Fax (214) 890-0712
　　mccarley@fnlawfirm.com
　　charlotte@fnlawfirm.com

***Attorneys for Plaintiff***