LF _____
CF 33-87 _____



### STATE OF MICHIGAN
### DEPARTMENT OF COMMUNITY HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER
**220520**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH | 3. SEX | 4. DATE OF DEATH |
|---|---|---|---|
| Kim Marie Hatchew | September 22, 1954 | Female | March 21, 2019 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | 6a. AGE - Last Birthday (Years) | 6b. UNDER 1 YEAR | | 6c. UNDER 1 DAY | |
|---|---|---|---|---|---|
| Kim Marie Morlock, Kim Marie Dennis | 64 | MONTHS | DAYS | HOURS | MINUTES |

| 7a. LOCATION OF DEATH | 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| Altercare of Big Rapids, 805 West Avenue 49307 | Big Rapids Twp | Mecosta |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY | 8d. STREET AND NUMBER |
|---|---|---|---|
| Michigan | Mecosta | Colfax Twp | 14665 157th Avenue |

| 8e. ZIP CODE | 9. BIRTH PLACE | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| 49307 | Reed City, Michigan | 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 | Some college credit but no degree |

| 12. RACE | 12a. ANCESTRY | 12b. HISPANIC ORIGIN | 13. EVER IN THE U.S. ARMED FORCES |
|---|---|---|---|
| White | German, British | No | No |

| 14. USUAL OCCUPATION | 15. KIND OF BUSINESS OR INDUSTRY | 16. MARITAL STATUS | 17. NAME OF SURVIVING SPOUSE |
|---|---|---|---|
| Self Employed | Assesor | Married | Daniel R. Hatchew |

| 18. FATHER'S NAME (First, Middle, Last) | 19. MOTHER'S NAME BEFORE FIRST MARRIED (First, middle, Last) |
|---|---|
| Louis Richard Morlock | Pearl Marie Shepard |

| 21a. INFORMANT'S NAME | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| Dan R. Hatchew | Husband | 14665 157th Avenue, Big Rapids, Michigan 49307 |

| 22. METHOD OF DISPOSITION | 23a. PLACE OF DISPOSITION | 23b. LOCATION (City or Village, State) |
|---|---|---|
| Cremation | Lake Michigan Crematory Inc. | Holland, Michigan |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| Sara Mitchell | 4501007134 | Daggett-Gilbert Funeral Home Inc., 13985 Northland Drive, Big Rapids, Michigan 49307 |

| 27a. CERTIFIER | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 29. PRONOUNCED DEAD ON | 29a. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☒ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated. <br> ☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. <br> Signature Line: Patrick Beaumier, MD | 03:35 PM | March 21, 2019 | 03:35 PM |
| | 28. MEDICAL EXAMINER CONTACTED: No | 30. PLACE OF DEATH: Nursing Home | 31. IF HOSPITAL |

| 27b. DATE SIGNED | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| March 22, 2019 | 4301068275 | | Gursharn Dosanjh, MD |

| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN |
|---|
| Patrick Beaumier, MD, 989 Spaulding SE, Ada Twp, Michigan 49301 |

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED |
|---|---|
| *Marcia Parnell* | March 25, 2019 |

| 36. PART I. ENTER the chain of events--diseases, injuries or complications --that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on each line. | Approximate interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Breast Cancer | Years |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. b. Metastatic Cancer to Lungs, Bones DUE TO (OR AS A CONSEQUENCE OF) | Months |
| c. DUE TO (OR AS A CONSEQUENCE OF) | |
| d. DUE TO (OR AS A CONSEQUENCE OF) | |

| PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I. | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|---|
| Type II Diabetes, Coronary Artery Disease | ☐ Yes ☐ Probably <br> ☐ No ☐ Unknown | ☒ Not pregnant within past year <br> ☐ Pregnant at time of death <br> ☐ Not pregnant, but pregnant within 42 days of death <br> ☐ Not pregnant, but pregnant 43 days to 1 year before death <br> ☐ Unknown if pregnant within the past year |

| 39. MANNER OF DEATH | 41a. WAS AN AUTOPSY PERFORMED? | 41b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| Natural | No | Not Applicable |

| 41d. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | | |

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|
| | | | |

I hereby certify this to be a true and correct copy of the record on file with the MECOSTA COUNTY CLERK. This certified copy is only valid when the Seal and Signature are affixed.

*Marcia M Parnell*
MECOSTA COUNTY CLERK
May 14, 2019 KB

SL01703625

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.