UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Kim Hatchew v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al*, | |
| Cause No. 2:18-cv-13842 | |

**[PROPOSED] ORDER GRANTING SUBSITUTION**

This came before the Court on Plaintiff Kim Hatchew Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Daniel Hatchew on Behalf of the Estate of Kim Hatchew, is substituted as Plaintiff in the above referenced action.

So ordered this ____ day of _____, 2019.

_____
District Judge