UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| This document relates to: ) | |
| Barbara Earnest, 16-cv-17144 ) | |

# ORDER

The Court has been advised that Plaintiffs will not be calling Dr. John Thompson or Dr. Kevin Bianchini as experts at trial and Defendants will not be calling Dr. David Spiegel as an expert at trial. Accordingly;

**IT IS ORDERED** that the following Motions are **DISMISSED AS MOOT**:

- Motion to Exclude Defendant's Expert David Spiegel, M.D. (Doc. 6140);

- Motion to Exclude Expert Testimony of Dr. John W. Thompson, Jr. (Doc. 6141);

- Motion to Exclude Expert Testimony of Dr. Kevin Bianchini (Doc. 6151);

- Motion to Strike the Untimely Supplemental Report of Dr. David Spiegel (Doc. 7863); and

- Motion to Expedite Hearing on Plaintiff's Motion to Strike the Untimely Supplemental Report of Dr. Spiegel (Doc. 7865).

New Orleans, Louisiana this 20th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE