## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.


### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DR. DAVID SPIEGEL'S SUPPLEMENTAL EXPERT REPORT

Based on guidance from the Court on Friday, August 16, 2019, and after meeting and conferring, Plaintiff advises she will not call her experts Dr. John Thompson and Dr. Kevin Bianchini.  Therefore, Defendants' will not call their expert Dr. David Spiegel.  This moots the Motion to Strike and Defendants further understand that both sides will soon withdraw their respective challenges to these experts.  If Plaintiff's position changes, Defendants reserve the right to oppose Plaintiff's Motion to Strike Dr. Spiegel's Supplemental Expert Report.

Date:  August 20, 2019

       Respectfully submitted,

       */s/ Douglas J. Moore*
       Douglas J. Moore (Bar No. 27706)
       IRWIN FRITCHIE  URQUHART & MOORE LLC
       400 Poydras Street, Suite 2700
       New Orleans, LA  70130
       Telephone: 504-310-2100
       Facsimile:  504-310-2120
       dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile:  305-358-7470
hsastre@shb.com

**Counsel for Sanofi-Aventis U.S. LLC and
Sanofi U.S. Services Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore