## Page 1

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    CASE NO. 2:16-cv-15283
 3  _____
 4  VIDEO DEPOSITION OF KELLY GAHAN
                May 16, 2018
 5  _____
 6  KELLY GAHAN,
 7  Plaintiff,
 8  vs.
 9  SANOFI, S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US
    SERVICES INC. f/l/a SANOFI-AVENTIS U.S. INC. and
10  AVENTIS-PHARMA S.A.,
11  Defendants.
    _____
12
    APPEARANCES:
13
        BACHUS & SCHANKER, LLC
14          By Darin Schanker, Esq.
            1899 Wynkoop Street
15          Suite 700
            Denver, Colorado  80202
16          Appearing on behalf of Plaintiff.
17      SHOOK, HARDY & BACON LLP
            By Connor Sears, Esq.
18          By Hillary Nicholas, Esq.
            2555 Grand Boulevard
19          Kansas City, Missouri  64108
            Appearing on behalf of Defendants.
20
21      Also present: Jay R. Wren, videographer
22
23
24
25  Job No. NJ2904009
    Page 1
```

## Page 2

```
 1         Pursuant to Notice and the Federal Rules of
 2  Civil Procedure, the video deposition of KELLY GAHAN,
 3  called by Defendants, was taken on Wednesday, May 16,
 4  2018, commencing at 9:19 a.m., at 1899 Wynkoop
 5  Street, Suite 700, Denver, Colorado, before Dianna L.
 6  Buckstein, Registered Professional Reporter and
 7  Notary Public within and for the State of Colorado.
 8
 9             I N D E X
10
11  VIDEO DEPOSITION OF KELLY GAHAN
12  EXAMINATION BY:                    PAGE
13    Mr. Sears                          5
14    Ms. Nicholas                      --
15    Mr. Schanker                     346
16
17  EXHIBITS                INITIAL REFERENCE
18  Exhibit 1  E-mail chain, Subject:
             Taxotears conference call
19
    Exhibit 2  Document entitled:        37
20       Gahan, Kelly - Documents
             Reviewed for deposition
21
    Exhibit 3  Second Amended Notice of  39
22       Videotaped Deposition of
             Plaintiff Kelly Gahan
23
    Exhibit 4  E-mail chain, Subject:    40
24       SMS with Eric Morrison
25  Exhibit 5  Color photographs         45  Page 2
```

## Page 3

```
 1  Exhibit 6  1/15/13 Nursing Note        89
 2  Exhibit 7  E-mail chain,              101
             Subject: Hi
 3
    Exhibit 8  Spreadsheet                125
 4
    Exhibit 9  2/4/13 Progress Note       139
 5
    Exhibit 10 Appendix B, Understanding  159
 6       Chemotherapy Drugs
 7  Exhibit 11 Document entitled          163
             Doxorubicin Hydrochloride
 8           for Injection, JSP
 9  Exhibit 13 1/24/13 letter to Denise   189
             Norton from Sarah Conlon
10
    Exhibit 14 E-mail chain, Subject:     193
11       Taxotears Blood pressure
             medications
12
    Exhibit 15 Document entitled:         202
13       Chemotherapy-induced
             alopecia
14
    Exhibit 16 E-mail chain, Subject:     206
15       Article
16  Exhibit 17 E-mail chain, Subject:     220
             Taxotears Introducing
17           Ann from the U.K.
18  Exhibit 18 E-mail chain, Subject:     224
             Taxotere posts
19
    Exhibit 19 Journal of Clinical        233
20       Oncology article
21  Exhibit 20 E-mail chain, Subject:     241
             Taxotears Potential
22           new members
23  Exhibit 21 3/28/13 uchealth medical   250
             record
24
    Exhibit 22 4/18/13 uchealth medical   256
25       record
    Page 3
```

## Page 4

```
 1  Exhibit 23 9/24/13 uchealth medical   257
             record
 2
    Exhibit 24 10/10/13 uchealth medical  262
 3       record
    Exhibit 25 1/2/14 uchealth medical    269
 4       record
 5
    Exhibit 28 2/6/14 uchealth medical    273
 6       record
 7  Exhibit 29 2/24/14 uchealth medical   275
             record
 8
    Exhibit 30 4/24/14 uchealth medical   279
 9       record
10  Exhibit 31 Document entitled          310
             RiverTown Therapeutics
11
    Exhibit 32 E-mail chain, Subject:     313
12       Hi
13  Exhibit 33 E-mail chain, Subject:     321
             Pictures
14
    Exhibit 34 E-mail chain, Subject:     323
15       Checking in
    16  Exhibit 35 Document entitled:     326
             RiverTown Therapeutics
    17       Inc. Results: Exclusive
    18  Exhibit 36 5/3/18 e-mail to David 331
             Weinstein with attachment
19
20  INFORMATION REQUESTED TO BE SUPPLIED  PAGE
21  Every photo from deponent's            42
    computer/phone for prior 10 years
22
    Dates previously-provided videos       54
23  were filmed
24  Photographs of deponent               273
25
    Page 4
```

Page 25

1  "Taxotere hair loss" or "Taxotere alopecia," it's a
2  common temporary side effect and you get thousands
3  and thousands. So that would be my best guess, is
4  that that's probably how I narrowed it down.
5     Q    (By Mr. Sears) So if that search term that
6  you mentioned -- were there articles that popped up?
7     A    There were two.
8     Q    What were those?
9     A    The two articles -- and I don't remember
10 the titles, but you guys have them -- there was one
11 where they reported permanent hair loss in women with
12 a different regimen. It was a regimen called FEC-T
13 that had Taxotere in it. And then there was one
14 where they had 10 dermatology cases, and some of
15 those were Taxotere, but some of them were other
16 chemotherapy agents as well.
17    Q    Do you remember the names of the authors
18 for those two papers?
19    A    No. They are in the MDL stuff, though.
20    Q    I know there's a local oncologist,
21 Dr. Sedlacek.
22    A    Uh-huh.
23    Q    Are you familiar with him?
24    A    I am.
25    Q    Did you come across any case reports or
   Page 25

Page 26

1  literature that he had written when you were doing
2  that search?
3     A    I did, and I specifically brought it to my
4  oncologist who said that she knew Scott and she
5  thought it wasn't randomized, controlled trial and it
6  was basically bunk and that I could not believe
7  something -- you know, that I was a doctor and I
8  should know better than to believe something like
9  that.
10    Q    So let's talk about that for a minute.
11        Is there a difference between clinical
12 trials and case reports?
13        MR. SCHANKER: Objection, form.
14    A    There is.
15    Q    (By Mr. Sears) And I guess to establish a
16 degree of scientific certainty about cause and
17 effect, as a scientist, do you want to see a case
18 report or do you want to see a large, clinical study?
19    A    My preference would be a large, randomized,
20 clinical study.
21    Q    And at the time you underwent chemotherapy,
22 are you aware of any large, randomized, clinical
23 studies that researched whether there's a link
24 between taxanes and persistent or permanent alopecia?
25        MR. SCHANKER: Objection, form.
   Page 26

Page 27

1     A    No.
2     Q    (By Mr. Sears) Even today are there any
3  large, randomized, clinical studies that look at
4  whether there's persistent or permanent hair loss
5  caused by taxanes?
6        MR. SCHANKER: Objection, form.
7     A    I try to stay out of the weeds on this now
8  because I find it terribly upsetting, but I have
9  heard -- and this may be attorney-client privileged
10 information -- I have heard from the law office that
11 there are additional studies, specifically studies
12 that Sanofi did, that showed permanent hair loss that
13 they never disclosed.
14    Q    (By Mr. Sears) Have you reviewed those
15 studies?
16    A    I have not.
17    Q    Are you aware of what the names of those
18 studies are?
19    A    No. I know they have some acronyms in
20 them, but . . .
21    Q    Are you aware of what the dates of those
22 studies are?
23    A    No.
24    Q    After learning about that, did you get
25 online or get on PubMed to try to find those studies?
   Page 27

Page 28

1     A    No. Since the law office has taken over
2  this case, for my own mental health I've tried to
3  back away from doing a bunch more research.
4     Q    We'll talk about your oncologist more
5  later. Was the discussion you were referring to
6  earlier, was that with Dr. Borges?
7     A    Which discussion? Oh, about Sedlacek?
8     Q    Yes.
9     A    Yes, it was.
10    Q    Did you reach out to Dr. Sedlacek to talk
11 to him about this?
12    A    No.
13    Q    Did you bring --
14    A    Can I -- can I correct the record on that
15 one?
16    Q    Sure.
17    A    I reached out to him afterwards as part of
18 our efforts to gather data from the FDA, and I never
19 got a response from him.
20    Q    So have you ever talked to Dr. Sedlacek?
21    A    No.
22    Q    You mentioned that you found two other
23 studies through PubMed about --
24    A    Uh-huh.
25    Q    -- persistent alopecia.
   Page 28

Page 53

1  A   I do not believe I have.
2  Q   Have you reviewed the Taxotere label at any
3  time?
4  A   I did review the Taxotere label.
5  Q   Have you reviewed any other labels for
6  chemotherapy drugs?
7  A   No.
8  Q   When did you review the Taxotere label?
9  A   Before chemotherapy.
10 Q   Why were you reviewing it?
11 A   Because I was specifically worried about
12 the risk of permanent alopecia.
13 Q   Did you review the chemotherapy label for
14 Herceptin?
15 A   No.
16 Q   Did you review the chemotherapy label for
17 Carboplatin?
18 A   No. I had read on UpToDate about both of
19 those, and I felt like I was fairly well informed and
20 didn't need to go back to the original data.
21 Q   After reviewing the studies that discussed
22 how there may be a link between tamoxifen and hair
23 loss, did you want to go back and look at the label
24 to see if the label warned about hair loss caused by
25 tamoxifen?
        Page 53

Page 54

1      MR. SCHANKER:  Objection, form.
2  A   I didn't believe it really did, and
3  Dr. Borges didn't believe it really did, either. I
4  am aware that hormone blockers can cause some
5  thinning hair loss. I had no reason to believe that
6  it would cause permanent hair loss.
7  Q   (By Mr. Sears) Are you still taking
8  tamoxifen now?
9  A   Yes. Can I state, though, that I did stop
10 tamoxifen for three months just as a trial to see if
11 it would do anything, and it didn't.
12 Q   Also in the materials that you produced,
13 you produced some videos.
14 A   Yes.
15 Q   When were those videos filmed?
16     MR. SCHANKER:  Objection, form.
17 A   I don't know. I would have to try to go
18 get the data off my computer to see the actual dates.
19 I -- I don't know. I thought -- I know I dated the
20 pictures. I don't know -- apparently I didn't date
21 the videos, but that's something I could provide.
22 Q   (By Mr. Sears) And just for the record, we
23 would request that.
24 A   Okay.
25 Q   Why did you film those videos?
        Page 54

Page 55

1  A   I think I was in such a deep emotional
2  distress at the time I lived in constant fear that I
3  was going to kill myself. And part of me just wanted
4  the world to know what I suffered through if I did
5  kill myself and I wasn't able to speak for myself.
6  Q   Did you film any videos before you went
7  through chemotherapy about how you were feeling?
8  A   No, not that I can remember. I should
9  clarify because I haven't been able to review
10 anything on the phones.
11 Q   Do you have any other videos that are at
12 all related to your cancer, chemotherapy, or hair
13 loss?
14 A   I do not believe so.
15 Q   So some of the statements that you made in
16 those videos were: "How can this be my life?" "God,
17 kill me." "Why did they do this to me?" And, "How
18 could they do this to me?"
19     When you're saying, "Why did they do this
20 to me?" and "How could they do this to me," who are
21 you referring to?
22     MR. SCHANKER:  Objection, form.
23 A   I would anticipate I was probably referring
24 to the drug company that hid and covered up the data
25 that this was happening. I had a lot of generalized
        Page 55

Page 56

1  anger after it happened, and I can't say that for
2  sure, but that would be my best guess.
3  Q   (By Mr. Sears) How did your reaction in
4  those videos compare to your reaction when you were
5  diagnosed with cancer?
6      MR. SCHANKER:  Objection, form.
7  A   I took the permanent hair loss a lot harder
8  than the cancer. The cancer was very scary, but I
9  knew from the very beginning that I had very early
10 stage disease. I knew from the beginning that there
11 was a very good chance that I would get through all
12 the horrible treatments and surgeries and be able to
13 go on with my life and still have a family and get
14 married and go back to working. Sorry.
15     With the hair loss, it just seemed like any
16 chance of ever returning to prechemo, to precancer,
17 was gone. And that while everyone else got to be
18 cancer survivor, I was going to be a cancer patient
19 for the rest of my life.
20     And I think the cancer was really scary and
21 really hard and there were definitely some low times
22 or difficult times, but there was never the
23 psychological torture that accompanied the hair loss.
24 Q   (By Mr. Sears) Do you need to take a
25 break?
        Page 56

Page 105

1  referencing the choices that you have to fight the
2  cancer?
3    A    No.
4         MR. SCHANKER:  Objection, form.
5    A    I'm just referencing her -- her -- her
6  living with the cancer, that she doesn't have a
7  choice.  She has to live with this.
8    Q    (By Mr. Sears)  The other part of this
9  sentence I want to ask you about is where you say,
10 "And I am so scared of being in the same place
11 someday."
12   A    Uh-huh.
13   Q    So we talked about how this is
14 Mrs. Hagenberger and having metastatic breast cancer,
15 right?
16   A    Uh-huh.
17   Q    Yes?
18   A    Correct.
19   Q    And you're scared of having metastatic
20 breast cancer at some point, right?
21   A    Absolutely.
22   Q    So I know that after you go through chemo,
23 even after that, you continue to have periodic
24 appointments with your surgical oncologist and your
25 medical oncologist, right?
         Page 105

Page 106

1    A    Correct.
2    Q    And one of the purposes of those visits is
3  to see if you've had a reoccurrence?
4    A    Yes.
5    Q    And when you go into those visits, do you
6  still have fear of recurrence?
7    A    I think having had cancer and knowing that
8  HER2-positive breast cancer has documented
9  reoccurrences 20-plus years out, I will always live
10 with the fear of reoccurrence.
11   Q    And even today you still have fear of dying
12 from cancer?
13   A    Yes.  Statistically speaking, it's probably
14 my most likely cause of death.
15   Q    When you were making choices about your
16 treatment options when you were diagnosed, were you
17 thinking to yourself, "I need to do what I need to do
18 to minimize my chances of recurrence and dying from
19 cancer"?
20        MR. SCHANKER:  Objection, form.
21   A    Can you repeat the question?
22   Q    (By Mr. Sears)  Sure.  When you were
23 diagnosed with cancer and making your
24 treatment-related decisions, were you thinking to
25 yourself, "I need to do what I need to do to minimize
         Page 106

Page 107

1  my chance of reoccurrence and of dying from cancer"?
2         MR. SCHANKER:  Objection, form.
3    A    I see where you're going with this, and
4  I -- I feel like this was not a black-and-white
5  decision.  I made some decisions that would increase
6  my risk of dying from cancer but I felt like would
7  tremendously improve my quality of life.
8         From what I could tell, there was about a
9  1 percent increased risk of reoccurrence doing the
10 nipple-sparing mastectomy.  But I knew that that
11 would make such a horrible thing so much easier that
12 I didn't want to deny myself that.
13        I also knew that doing the IVF, where they
14 bump up your estrogen, could potentially increase my
15 risk of dying from cancer.  But I also felt like one
16 of the things I've always wanted was to have my own
17 family.  And I would accept a small risk to be able
18 to go on and do that.
19   Q    (By Mr. Sears)  In the literature you
20 reviewed about the nipple-sparing mastectomies,
21 doesn't it say that as long as you get clean margins
22 from your surgery, there's really not a risk of
23 having cancer cells still in your nipple?
24        MR. SCHANKER:  Objection, form.
25   A    I would have to look at that.  I think they
         Page 107

Page 108

1  did show an increased risk of reoccurrence.  We could
2  look at that.  You should have that study in there,
3  and we could both look at that.  But my understanding
4  of it was that there was a slight increased risk of
5  reoccurrence.  And as long as you were 4 centimeters
6  from the nipple and you had clear margins, the risk
7  was not that great.  But it was not that this was a
8  risk-free thing.
9         And, in fact, my -- the surgeon I saw at
10 saint joe's said absolutely no to nipple-sparing
11 mastectomies.  She thought it was too risky.  She was
12 like, "All your ducts are connected there."  She was
13 like, "Absolutely not."  She wouldn't even consider
14 doing that surgery.
15   Q    (By Mr. Sears)  And your other surgical
16 oncologist, Dr. Denise Norton --
17   A    That was the oncologist -- oh sorry.
18 That -- Denise Norton was the surgeon, and she was
19 the one that was not okay with doing nipple-sparing
20 mastectomy.
21   Q    So as far as your chemotherapy decision,
22 were you trying to choose a chemotherapy regimen that
23 you thought would optimize your chance of survival
24 and decrease your chance of recurrence?
25        MR. SCHANKER:  Objection, form.
         Page 108

Page 109

1  A   Looking at the chemotherapy regimen, my
2  most important thought was double-headed.
3      Number one, giving me the most benefit from
4  the chemo. We know that chemo decreases your risk of
5  reoccurrence. It's not a magic bullet, and it's not
6  like some "if you do chemo, you'll never have cancer
7  again."
8      We know that it decreases your risk of
9  reoccurrence, so my thought was double, was that I
10 want to get -- I want to have my best chance at
11 surviving this, but I also want to get out of this on
12 the other side and be okay.
13     I don't want to get out of this on the
14 other side and be permanently changed. And I was
15 very afraid of that going into it, even not about the
16 hair, but like fatigue and neuropathy and -- I was
17 concerned that maybe I would never be the same person
18 I was before, after chemo, and that was very scary.
19  Q   (By Mr. Sears) Would you consider having
20 heart disease a permanent change from chemotherapy?
21     MR. SCHANKER: Objection, form.
22  A   So there is a risk of cardiomyopathy with
23 both the ACTH course and the TCH course. I believe
24 what I read at the time was a 4 percent risk with
25 ACTH and a 2 percent risk with the TCH.
        Page 109

Page 110

1      Now, there is a very good study which you
2  guys have out of Harvard and Dana-Farber where they
3  argue that the cardiomyopathies, especially in young
4  women who don't have hypertension, who don't have
5  diabetes, who don't have pre-existing heart disease,
6  are almost always mild and almost always reversible.
7      In that same study, they talk about how one
8  of the big studies that was done looking at the ACTH
9  versus the TCH was not actually done for that reason,
10 and that there seemed to be a slight survival
11 advantage with the ACTH, but they couldn't say for
12 sure.
13     And their argument was basically: These
14 people put all this data together, and they ended up
15 saying these regimens were equivalent, and it was a
16 powered for equivalency, and that part of the problem
17 was that they used a bad outcome, cardiomyopathy, was
18 equal to cancer reoccurrence, which it's not.
19     They clearly talk about how cardiomyopathy
20 is usually reversible, usually mild, whereas cancer
21 reoccurrence often kills you.
22     And so their argument in this paper was
23 really that we shouldn't be -- we should not be
24 abandoning ACTH.
25     And I did send that to Dr. Borges, and I
        Page 110

Page 111

1  never got a response from her on that e-mail.
2   Q   (By Mr. Sears) I just want to make sure
3  we're talking about the same thing. There's two
4  chemotherapy drugs that can cause cardiac failure.
5  There's Herceptin, right?
6   A   Correct.
7   Q   And the other one is Adriamycin, right?
8   A   Correct.
9       MR. SCHANKER: Objection, form.
10  A   I -- I don't -- I think -- I do not know
11 off the top of my head -- I -- if just Adriamycin
12 alone can cause it or if this heart failure is in
13 combination.
14  Q   (By Mr. Sears) Have you looked at the
15 Adriamycin label to determine --
16  A   After --
17  Q   -- that?
18  A   -- I had this happen to me, I looked at the
19 Adriamycin label to look and see what they said about
20 hair growing back. And they said, Your hair always
21 grows back. I did not see that before chemo. Before
22 chemo I did do the UpToDate on Adriamycin, and I
23 would have come across those numbers.
24  Q   In your research on Adriamycin, didn't you
25 see that the risk of left ventricular failure from
        Page 111

Page 112

1  Adriamycin is dose dependent?
2       MR. SCHANKER: Objection, form.
3   A   Is --
4   Q   (By Mr. Sears) -- dose dependent.
5       MR. SCHANKER: Same objection.
6   A   I don't know. I don't recall that.
7   Q   (By Mr. Sears) So, in other words, what I
8  believe the label says is that the more Adriamycin
9  you take, the greater your risk of cardiac failure
10 is.
11     Is that consistent with your understanding?
12     MR. SCHANKER: Objection, form.
13  A   It would make logical sense, but I can't
14 speak that from definite fact.
15  Q   (By Mr. Sears) And so why I broke apart
16 the Herceptin and the Adriamycin is we were talking
17 about reversibility --
18  A   Uh-huh.
19  Q   -- right? And don't the studies say that
20 the cardiac damage from Herceptin is reversible
21 potentially, but the cardiac damage from Adriamycin
22 is not reversible?
23     MR. SCHANKER: Objection, form.
24  A   I don't know that. The Dana-Farber article
25 that I referenced did not say anything about it being
        Page 112

Page 117

1  MR. SCHANKER: Objection, form.
2  Q  (By Mr. Sears) And you're saying that --
3  A  Wait. Can we go back? You said since
4  when?
5  Q  Since your chemotherapy.
6  A  Oh, after chemotherapy --
7  MR. SCHANKER: Objection, form.
8  (All speaking simultaneously, and reporter
9  requested clarification.)
10  MR. SCHANKER: Objection, form.
11  A  Since my chemotherapy, I --
12  THE VIDEOGRAPHER: I'm sorry. Be careful
13  of your mic. Thank you. Sorry.
14  A  Since my chemotherapy, I do not believe
15  I've looked at the Adriamycin data --
16  Q  (By Mr. Sears) And I think --
17  A  -- except for looking back to see what they
18  said in their stuff about hair loss.
19  Q  And I think when I asked you the question
20  about the Adriamycin causing heart damage and
21  leukemia, you said that you disagreed with the
22  hypothetical because it would be knowledge that you
23  have today but not knowledge back then --
24  MR. SCHANKER: Objection.
25  Q  (By Mr. Sears) -- did I understand that

Page 117

Page 118

1  correctly?
2  MR. SCHANKER: Objection, form.
3  A  I think my problem with it is I don't agree
4  with you on this. I don't think that it has -- I
5  don't think that those numbers are correct, and I
6  would need proof that those numbers were correct
7  before I could even answer a hypothetical.
8  Q  (By Mr. Sears) So let me just ask you
9  this: What regimen are you claiming that you should
10  have been given?
11  MR. SCHANKER: Objection, form.
12  A  ACTH.
13  Q  (By Mr. Sears) Yet since your chemotherapy
14  you haven't gone back to look at the potential side
15  effects of ACTH?
16  A  I looked at it before chemotherapy and
17  after chemotherapy was done. It wasn't like I was
18  going to get another round of chemotherapy.
19  Q  Well, is your claim that -- let me just ask
20  you: Why do you claim that you should have been
21  given ACTH?
22  MR. SCHANKER: Objection, form.
23  A  I claim that I should have been given ACTH
24  or at least given the option to have ACTH because
25  when you look at those two combinations, the edge

Page 118

Page 119

1  that Taxotere has is that it has slightly lower rates
2  of usually reversible cardiomyopathy.
3  The down side of Taxotere is that we now
4  know that it has maybe a 7 percent risk of permanent
5  alopecia. We don't really know because Sanofi hasn't
6  put any effort into studying it as far as I can tell.
7  And so I think for most -- maybe not for
8  all, but for many young, single women -- if you had
9  to give them the choice between being permanently
10  disfigured for the rest of their life or having a
11  temporary decrease in their ejection fraction that
12  was probably not clinically significant, I think they
13  would go with the Adriamycin.
14  In addition, I have -- I have reason to
15  believe the Adriamycin is slightly superior in
16  decreasing the risk of reoccurrence.
17  MR. SCHANKER: Why don't we go ahead and
18  take a break. We've been going for over an hour at
19  this point.
20  MR. SEARS: Can I ask two more questions
21  before we go on break, just while we're on the topic?
22  MR. SCHANKER: Are you okay?
23  THE DEPONENT: Okay.
24  Q  (By Mr. Sears) You said that you should
25  have at least been given the option of the ACTH?

Page 119

Page 120

1  A  Uh-huh.
2  Q  Didn't Dr. Borges give you that option?
3  A  After this all happened, Dr. Borges felt
4  like she gave me the option. I think when we were
5  going through all of it, you know, she sat me down
6  several times and told me: "I'm the doctor." And I
7  had raised my concerns and asked for ACTH, and I
8  think I wasn't doing a very good job of communicating
9  that that was what I was really interested in
10  getting. And I don't think, you know, in the myriad
11  of other concerns I had, I don't think she was
12  listening.
13  There were a couple of times where I
14  phrased things to her like, "Oh, well, wouldn't it be
15  better to have ACTH?" And I remember her just being
16  like, "Oh, it's kind of ridiculous."
17  And then in my prechemo teaching right
18  before chemo, I met with her nurse and I had my
19  mother with me and I specifically said, "I think I
20  would rather have AC." And I told her why. And she
21  was concerned and went back and talked to Dr. Borges,
22  and she came back and said, "No."
23  Now, I took that as a -- like, you know,
24  Dr. Borges says she's the doctor kind of a thing, you
25  know. I couldn't substantiate it was any real risk.

Page 120

Page 121

1  I'm not going to override my expert oncologist unless
2  I can find a solid reason to switch hospitals and
3  switch doctors.
4      I think in her view Susan came back and
5  asked her about a number of my concerns, and I don't
6  know that Dr. Borges ever really realized that I was
7  clearly expressing a preference. And then my first
8  chemo she was out of town for, which she would
9  normally not do, but because I'm a doctor, she let
10 that happen.
11     And so I feel like Dr. Borges and I had our
12 first meeting, you know. That was everything. That
13 was quite encompassing. We had our second meeting
14 after the surgery. I brought it up in that kind of
15 as a more like, "Wouldn't it be better to do this?"
16 And she was like, "No," and it kind of got blown off.
17 And then I did more research. I sent her that
18 article out of Dana-Farber, and she never wrote back
19 about it.
20     Then I had my meeting with her nurse and
21 said, you know, "I'm thinking that I would rather do
22 AC." And I think our lines of communication just got
23 crossed there, and I believe Dr. Borges would have
24 given it to me if she had known. She told me after
25 this happened that she uses AC a lot, that she would

Page 121

Page 122

1  have been happy to give it to me.
2      I think Dr. Borges can be a very imposing
3  physician at times, and when I very first met her,
4  she kind of told me that the only patient she'd ever
5  had die was a doctor's wife when they didn't listen
6  to her.
7      And so I think maybe I wasn't as forceful
8  in my communications as I could have been. But part
9  of the reason that I wasn't, was that I couldn't tell
10 that there was a risk. It looked to me like there
11 wasn't a risk. And I think a lot of times in my
12 questioning to my doctors, I'm more looking for
13 reassurance from them.
14     There's a note somewhere further back where
15 she says something about, you know, I was concerned
16 if anyone ever survives long-term. Of course, I know
17 that as a doctor they do, but I want to hear it from
18 her. I want her comforting words, that this is, "Of
19 course they do."
20   Q  Last question before we go on break.
21   A  Uh-huh.
22   Q  You said that you told the nurse and
23 Dr. Borges why you wanted the ACTH.
24     Why did you tell them that you wanted the
25 ACTH?

Page 122

Page 123

1    MR. SCHANKER: Objection, form.
2    A  You know, I had several concerns. The
3  first was that it looked like there was slight
4  superiority of ACTH. It was not proven as such at
5  the time, but I was concerned that ACTH may be the
6  slightly better drug. And then I had read the social
7  media posts about permanent hair loss, and I had felt
8  like I couldn't go on living if that happened to me.
9    Q  (By Mr. Sears) Okay. Before we go off the
10 record, just for the record, I don't think we've seen
11 the e-mail where you sent the Dana-Farber article to
12 Dr. Borges, so we would request that.
13   A  I don't have it. Some -- a lot of my sent
14 e-mails from back then -- I don't know if my e-mail
15 box just got too full or what, but I don't have it.
16     I will say that by the date of my actual
17 chemo, one of the things Dr. Borges said to me was,
18 "You could refuse -- you could have refused to sit
19 down in the chair and take it," which was a very
20 hurtful thing for me.
21     But I think by the day of my chemo, I
22 really couldn't substantiate that it was a real risk,
23 and I didn't believe that it was something that could
24 happen.
25   MR. SCHANKER: All right. Let's go off the

Page 123

Page 124

1  record.
2    THE VIDEOGRAPHER: The time is 11:52. We
3  are going off the record.
4      (The deposition recessed at 11:52 a.m.,
5      to be reconvened at 12:40 p.m.)

Page 124

Page 149

1  it.  The very first meeting I had with her, I brought
2  a list of questions to ask her, and on that list was
3  ACTH versus TCH.  And she circled the TCH.  And I
4  don't know that we -- I mean, there were a lot, a lot
5  of things that I was asking her about.  And I don't
6  know that she got into why on that one.  And I don't
7  know that we -- so can you ask the question again?
8      Q   Sure.  So I was asking you about
9  chemotherapy regimens you talked with Dr. Borges
10 about that is not TCH.
11     A   Uh-huh.
12     Q   And the question is:  What did she tell you
13 about nonTCH regimens?
14     A   I don't remember.  I remember that she felt
15 like they were pretty closely equivalent.  I do
16 remember her saying the 1 percent risk of leukemia on
17 both of them and that she felt there was a slightly
18 higher cardiomyopathy risk with the ACTH.  And I
19 remember her saying she felt like there was less
20 vomiting with the Taxotere.  I don't remember any
21 more really deep specifics on that.
22     Q   Did she tell you why she recommended TCH
23 over ACTH?
24         MR. SCHANKER:  Objection, form.
25     A   I don't think so.
        Page 149

Page 150

1      Q   (By Mr. Sears)  Did you ask her about that?
2      A   I think my understanding -- and I don't
3  know how much we talked about this -- but I think my
4  understanding was that in her view, the Taxotere was
5  as good as the Adriamycin and that Adriamycin had a
6  slightly bumped cardiomyopathy risk.  And I don't
7  know that we specifically spoke those words of like
8  this is why I use this regimen over that regimen, but
9  I think that was my understanding at the time.
10     Q   You mentioned that you went into that
11 appointment with Dr. Borges with a list of questions.
12     A   Correct.
13     Q   Do you still have that list?
14     A   No.
15     Q   What questions were on that list?
16     A   I mean, it was a lot of questions.  All
17 kinds of stuff because partly they do this thing when
18 you get diagnosed at the university where you have --
19 you meet with everyone that day.  So you meet with
20 the surgeon, you meet with the plastic surgeon, you
21 meet with the radiation oncologist, you meet with the
22 oncologist.  They have you meet like all these
23 people.
24         And so I had tons of questions.  I had a
25 lot of questions about the surgery, about fertility,
        Page 150

Page 151

1  about chemo.  I know that that's the first time I
2  asked her about the cold caps.  I don't know if that
3  was in context of permanent hair loss, if I had seen
4  that yet.  But I do remember asking her about the
5  cold caps.
6          I think there were other things on there,
7  like nutrition, Vitamin D, time course of how quickly
8  everything was going to happen, what order everything
9  was going to happen.
10     Q   Did you want to play an active role in your
11 cancer treatment decisions?
12         MR. SCHANKER:  Objection, form.
13     A   I think there's danger in physicians
14 treating themselves.  And as you pointed out earlier,
15 I'm not a specialist in any of those areas.  I wanted
16 to be informed, and I would say I wanted to have
17 input into my care.  I was not going to dictate my
18 care, though, and that was one of the things that
19 Dr. Borges said to me when we first met.  Like, you
20 know:  "Be careful about being your own doctor.  I
21 want to hear from you if you're having problems.  I
22 want to know what's going on with you."
23     Q   (By Mr. Sears)  So we've talked about how
24 you're not an expert in oncology.
25         Were you deferring to oncologists, Page 151

Page 152

1  especially oncologists with experience treating
2  breast cancer, for making the right chemotherapy
3  recommendation for you?
4          MR. SCHANKER:  Objection, form.
5      A   I don't know that you could say I was
6  deferring to them completely.  I was reviewing the
7  literature.  I had active thoughts about it.  I had
8  active questions.  I was not going to blindly go with
9  it if Dr. Borges had said, "Oh, we want to do FEC."
10 And I feel like, "Wait a second, I didn't" -- you
11 know, I think that's one of the European ones.  I
12 would have said, "I don't think so.  I think I'm
13 going to go back to Saint Joe's."
14         So I was relying on her guidance, but I was
15 also kind of just making sure things looked
16 reasonable, too.
17     Q   (By Mr. Sears)  So maybe I could rephrase
18 it.
19         To the extent you had concerns about your
20 chemotherapy regimen, you would raise those concerns
21 with Dr. Borges, would you?
22     A   I had.
23     Q   And you'd keep on asking her questions
24 until your concerns were alleviated, wouldn't you?
25         MR. SCHANKER:  Objection, form.
        Page 152

Page 153

1   A  Yes, I believe so.
2   Q  (By Mr. Sears)  And then once your concerns
3 were alleviated, would you rely or trust Dr. Borges's
4 recommendations?
5       MR. SCHANKER:  Objection, form.
6   A  So can you say that again?  Once my --
7   Q  (By Mr. Sears)  Sure.  Once your concerns
8 were alleviated, would you rely on or trust
9 Dr. Borges's recommendations for your treatment?
10      MR. SCHANKER:  Objection, form.
11   A  Yeah.  As long as I felt like my concerns
12 weren't valid, probably.
13   Q  (By Mr. Sears)  So during the meetings that
14 you had with Dr. Borges, did you talk about the
15 benefits of chemotherapy?
16   A  Yes.
17   Q  What can you tell me about that?
18   A  I don't remember the exact numbers, but
19 basically because I was so young and I was
20 HER2-positive, I had an elevated risk of reoccurrence
21 despite having a tiny tumor.  And it was her advice
22 that I have chemotherapy, and it had been the advice
23 of Saint Joe's and from what literature I could see I
24 should also have chemotherapy.
25   Q  Did she tell you that chemotherapy would

Page 154

1 increase your chance of survival?
2   A  That statistically speaking, yes; you can't
3 ever say for any given patient.
4   Q  Did she tell you that, statistically
5 speaking, chemotherapy would reduce your risk of
6 recurrence?
7   A  Yes.
8   Q  And I assume that both of those things,
9 reducing the risk of recurrence and increasing your
10 survival, those were things that you wanted, right?
11   A  Absolutely.
12   Q  Did Dr. Borges also talk to you about the
13 side effects of chemotherapy?
14   A  Yes, she did.
15   Q  What can you tell me about those
16 conversations?
17   A  They were very kind of general
18 conversations, things like nausea, vomiting.  She
19 specifically brought up the risk of secondary
20 malignancy, especially leukemia.  She talked about
21 how, even though she didn't feel it was likely, you
22 could have permanent infertility from this.  She
23 talked about some neuropathies.  Of course during
24 chemo that you're at risk for infection because you
25 are dropping your blood counts.  You can get anemic.

Page 155

1 That it puts some people in permanent menopause.
2      One of the big things she was worried about
3 is something called typhlitis where it causes your
4 abdomen to get enlarged and can be fatal.  It causes
5 your intestines -- and I think there's probably other
6 stuff she told me.  That's just what I can remember
7 off the top of my head.
8   Q  Did she warn you that there's a chance of
9 death from chemotherapy?
10   A  I don't know that she specifically warned
11 me of that.  I, of course, knew there was a risk.
12   Q  When you and Dr. Borges were talking about
13 side effects from chemotherapy regimens, did you talk
14 about each drug specifically or were you talking
15 about just chemotherapy in general?
16      MR. SCHANKER:  Objection, form.
17   A  I don't remember.  I think we were mostly
18 talking about TCH because that is her regimen that
19 she goes to, or she did back then.
20   Q  (By Mr. Sears)  And when you were talking
21 about the TCH regimen, did you talk about Taxotere,
22 Carboplatin, and Herceptin and the side effects of
23 each separately?
24   A  I don't think that we talked about them
25 each separately.  She had told me that Herceptin

Page 156

1 usually didn't have any side effects.  And so she
2 kind of left the Herceptin out.  And my general gist
3 of things was that of the two drugs, the Taxotere was
4 the big bad guy in the room that was going to cause
5 most of the problems.  And I think a lot of the side
6 effects she talked about are things that could happen
7 with many different drugs -- chemotherapy drugs.
8   Q  During this visit, did you ask her any
9 questions about side effects for any particular
10 chemotherapy drug?
11   A  I -- I know during the first visit I asked
12 questions about its impact on fertility, about
13 vomiting, about kind of general stuff like that.  I
14 believe it wasn't until my second visit with her -- I
15 may have brought it up on my first visit, but I know
16 for sure I brought it up on my second visit -- the
17 permanent alopecia risk.
18   Q  Can you tell me about that conversation?
19   A  So Dr. Borges really felt like it was not a
20 significant risk.  She told me that she either
21 advises on or takes care of hundreds of women a year
22 that get Taxotere, and that in her mind, it was not,
23 I guess, clinically significant or that she really --
24 it was not a consideration in her playbook for why
25 she would give people or not give people drugs.

Page 157

1    She said she had known of two people who
2 had lost their hair after chemotherapy, but she had
3 never seen them again, and she didn't know why
4 exactly it happened, and she knew of one person who
5 is her patient whose hair had never grown back.
6    So she basically to me confirmed that there
7 was a rumor of this happening, and maybe this could
8 have happened to these other ladies, but there was no
9 definite proof that this was happening frequently.
10    Q   So did you research the side effects of
11 Herceptin?
12    A   I know I looked at it on UpToDate.
13    Q   Have you seen any literature that it can
14 cause persistent or permanent alopecia?
15    A   I have not.
16    Q   Did you research the side effects of
17 Carboplatin?
18    A   I have.
19    Q   Did you see any literature that it can
20 cause persistent or permanent alopecia?
21    A   You know, after this happened to me, I
22 really did a deep dive on it as well, trying to
23 figure out what has going on. And I have since --
24 there are -- I believe there's a case report or two
25 where kids that got really, really high-dose
   Page 157

Page 158

1 chemotherapy to completely wipe out their stem cells
2 have had permanent hair loss. And I don't remember
3 if that was Cisplatin or Carboplatin. There's only
4 two or three, maybe four or five cases in the
5 literature. There's very few.
6    Q   Have you heard about any case reports of
7 people having persistent or permanent hair loss that
8 they attribute to Herceptin or Carboplatin?
9       MR. SCHANKER: Objection, form.
10    A   I have not.
11    Q   (By Mr. Sears) So during your visits with
12 Dr. Borges, were you given any written materials?
13    A   I know I was given a general prechemo
14 teaching and just some like prechemo,
15 what-to-expect-type books.
16    Q   And I believe one of the things that you
17 produced recently was a breast cancer book. I think
18 it's the seventh edition.
19       Does that sound familiar?
20    A   It does. That actually came from Saint
21 Joe's Hospital and not from the University of
22 Colorado.
23    Q   So did that come from your meeting with
24 Dr. Conlon?
25    A   I have no idea where that came from. I
   Page 158

Page 159

1 didn't even realize I owned that book until last
2 night. Or not last night, the night before.
3    Q   Was it something that was given to you
4 before chemotherapy?
5    A   Yes.
6    Q   Have you had a chance to look at it now?
7    A   The paralegal in the case pointed out to me
8 yesterday what it said, and I was mortified. I had
9 not ever looked at it.
10       (Exhibit 10 was marked.)
11    Q   (By Mr. Sears) So I'm handing you
12 Exhibit 10, and it's Appendix B from that book.
13    A   Uh-huh.
14    Q   And I think what you're referring to is
15 what it says about docetaxel or Taxotere.
16    A   Uh-huh.
17       MR. SCHANKER: Objection, form.
18    Q   (By Mr. Sears) You said, "uh-huh." Do you
19 mean "yes"?
20    A   Yes.
21    Q   And so it's on Page 195 in the side effects
22 and notes: There's temporary hair loss and rare
23 reports of permanent hair loss.
24    A   Uh-huh, correct. And I would like to just
25 say again for the record, I had never looked at this
   Page 159

Page 160

1 book. This is a lot of layperson language, and I was
2 definitely reading kind of the medical literature.
3 And this was one of a bunch of just kind of these
4 generalized patient advocate books they give you.
5 And, actually, my one from the university which,
6 unfortunately, I've long ago thrown away, said your
7 hair would definitely grow back.
8       And so for me, this was terribly upsetting
9 to see this yesterday. I had never read a page in
10 this book, and I was just going and preparing for
11 deposition and trying to see if I had anything with
12 the dates, you know. Certainly, in talking to my
13 lawyers we were trying to nail down specific dates
14 when I may have seen things. And so I was trying to
15 see if I had any printed literature. And on the top
16 shelf of my extra bedroom I came across this book.
17 And I was like, "Oh, this says breast cancer. Oh,
18 and earlier in the book it says, Look, your hair will
19 grow back." I was like, "I'll drop this off to the
20 lawyers."
21       I had no idea that this existed. I'm
22 shocked that this existed. I don't know how back
23 then when nobody knew that this was happening this
24 could have been published.
25    Q   After seeing that in the book, does it
   Page 160

Page 169

1  any discussions with oncologists about how low an
2  ejection fraction needs to be before they refuse to
3  give a patient Adriamycin?
4      A    I have not.
5      Q    All right.  So after seeing this and the
6  risk of left ventricular ejection fraction and
7  impaired myocardial function, would you have any
8  concern about taking an Adriamycin-containing
9  regimen?
10          MR. SCHANKER:  Objection, form.
11     A    I would have concern about taking any
12 chemotherapy regimen.  Adriamycin, it would be one of
13 the known risks that you would have to weigh against
14 the other risks.  Again, I think these numbers are
15 way too high and they don't represent the patient
16 population I was a part of.
17     Q    (By Mr. Sears)  The second thing I want to
18 talk about is how it discusses the risk of leukemia.
19     A    Correct.
20     Q    In the studies that were cited appear to be
21 Adriamycin and -- is it Cyclophosamine?  Yeah.
22 Cyclophosamine.
23     A    Okay.
24     Q    And so it's an AC regimen.
25     A    Okay.
Page 169

Page 170

1      Q    So they looked at the AC regimen and the
2  risk of leukemia from that regimen.
3           Do you see that?
4      A    Uh-huh.
5      Q    And do you see that the incidence was
6  estimated to be as high as 1.5 percent after 10
7  years?
8      A    Uh-huh.
9      Q    Yes?
10     A    Out of one study, yes.
11     Q    So after looking at this and seeing the
12 risk of cardiac issues and the risk of leukemia,
13 would that give you any concern about taking the ACTH
14 regimen?
15     A    So I would say that when my doctor and I
16 talked about leukemia, we were talking about
17 five-year risks.  Five year is usually the point at
18 which you get these secondary leukemias.  And when I
19 look at the AC data, it actually looks like the risk
20 is a lot of lower than 1 percent at five years.  It
21 looks like .21 percent.
22          So that is actually a much lower risk than
23 I thought, and it's a lower risk -- supposedly, the
24 Taxotere has a 1 percent risk.  So this would favor
25 taking the Adriamycin to me.
Page 170

Page 171

1      Q    Do you have any idea what study says that
2  Taxotere causes leukemia?
3      A    It's been reported in the literature.
4      Q    Well --
5      A    It's a known risk.
6      Q    -- what literature?
7      A    It's somewhere in all of those studies that
8  I have given to you.  I believe that in the Harvard
9  study they had one person who got leukemia in the
10 ACTH and one who got leukemia in the TCH.
11     Q    I might be thinking of the wrong study, but
12 one of the studies that you gave me, the one person
13 who developed leukemia in the TCH regimen was
14 previously given Adriamycin, weren't they?
15          MR. SCHANKER:  Object to form.
16     A    I have no idea.  I'd have to look at the
17 study.  Dr. Borges told me 1 percent in both groups.
18 And that's, approximately, what I was going by and
19 what I think I saw in the literature.
20     Q    (By Mr. Sears)  What if you learned that
21 the risk of leukemia from an Adriamycin-containing
22 regimen was 10 to 20 percent -- 10 to 20 times higher
23 for an Adriamycin-containing regimen than the
24 Taxotere-containing regimen?
25     A    You would definitely have to --
Page 171

Page 172

1          MR. SCHANKER:  Objection, form.
2      A    You would definitely have to take that into
3  consideration just like you would take any known risk
4  into consideration.
5      Q    (By Mr. Sears)  So another hypothetical.
6  Let's say that the risk of getting leukemia is 10 to
7  20 times higher if you took ACTH, and the risk of
8  getting heart disease is 5 to 20 percent higher from
9  taking ACTH as opposed to TCH.
10          Would that cause you to want to take the
11 TCH regimen?
12          MR. SCHANKER:  Objection, form.
13     A    I'm going to object as well.  That is such
14 a hypothetical question in my mind.  I will tell you
15 that what I knew at the time and what I had reason to
16 believe was that the risk of leukemia was the same in
17 both groups at about 1 percent and the risk of
18 cardiomyopathy in the ACTH group was just a little
19 bit higher at 2 percent.  And I had read that study
20 out of Harvard where it said that it was usually
21 reversible.
22     Q    (By Mr. Sears)  So in other words, you
23 can't take additional information that you've learned
24 today and alter the decision that you made back at
25 the time when you chose your chemotherapy regimen.
Page 172

Page 173

1   A   I don't agree with that at all.
2       MR. SCHANKER: Objection, form.
3   A   I think this is a lawyer-speak trying to
4   get me to say that if I had known there was a big
5   risk of alopecia, I couldn't have changed my
6   decision, which is clearly not true.
7   Q   (By Mr. Sears) Well --
8   A   Because you're saying a hypothetical versus
9   something that's a true known.
10  Q   We'll have oncology experts on both sides,
11  and they may be consistent, they may not be
12  consistent. But my understanding with the TCH
13  regimen is there is essentially no risk of heart
14  disease and essentially no risk of leukemia.
15  A   That is not my understanding.
16  Q   Well, I'm asking you to suspend your belief
17  and accept my belief for a second. Assume the TCH
18  regimen has essentially no risk of heart disease and
19  essentially no risk of leukemia, but the ACTH does
20  have those risks.
21      If that's true, would you choose the TCH
22  regimen?
23      MR. SCHANKER: Objection, form.
24  A   It would depend on what the other risks
25  were, because those aren't the only two risks of

Page 174

1   taking the drug. So if, hypothetically, the TCH
2   regimen had a 50 percent risk of permanent alopecia,
3   I would probably choose ACTH.
4       You know, I know the risk of leukemia is
5   low. I know that leukemia is usually treatable. I
6   know that cardiomyopathy is usually reversible. I
7   know that I'm a very healthy, strong, young person.
8   I know that I want to start a family and meet
9   somebody. You know, it depends on what your
10  hypotheticals are and what the other factors are.
11  Q   (By Mr. Sears) Well, so far today you have
12  given me two numbers what you believe is the risk of
13  persistent chemotherapy-induced alopecia with
14  Taxotere. I think you told me 7 percent and
15  10 percent.
16  A   Correct. And I would say that those are
17  not numbers that I believe. I would say that from
18  the data that we've seen since, there seems to be
19  somewhere between a 3 and 15 percent risk.
20      Sanofi has never taken the initiative to
21  study this, and we don't know the true incidence,
22  which is very concerning for a side effect that
23  permanently disfigures young women.
24  Q   So let's say that the risk of persistent
25  alopecia is 3 percent with TCH.

Page 175

1   A   Uh-huh.
2   Q   But you can avoid cardiac toxicity and you
3   can avoid leukemia. And if you take the ACTH
4   regimen, you're at risk of leukemia and at risk of
5   cardiac failure.
6       Which regimen would you take?
7       MR. SCHANKER: Objection, form.
8   A   You know, I would really have to talk that
9   over with my family and think long and hard about
10  that. I think being a young woman it changes your
11  calculus because being permanently deformed is in
12  many ways worse than having to live with medical
13  problems.
14  Q   (By Mr. Sears) So as you sit here today,
15  can you tell me which regimen you would take?
16      MR. SCHANKER: Objection, form.
17  A   I know myself well enough to know that I
18  could live with cardiomyopathy, that I could
19  function. I know myself well enough to say that I'm
20  willing to take a tiny risk on leukemia. I know
21  myself well enough to say -- I even said before
22  chemotherapy that I couldn't go on living if my hair
23  didn't grow back. I know myself well enough that,
24  obviously, I would have to talk about it with my
25  family, but I believe that I would have chosen to

Page 176

1   take the ACTH, especially in light of the slight
2   survival advantage of the ACTH, which outweighs some
3   of those other negatives.
4       THE VIDEOGRAPHER: Just want to caution you
5   with your microphone cord. You're tugging on it a
6   bit. Thank you.
7   Q   (By Mr. Sears) What if the efficacy of
8   both is pretty much the same?
9       Would that play in your calculus?
10      MR. SCHANKER: Objection, form.
11  A   Absolutely. Everything plays in.
12  Q   (By Mr. Sears) So I heard your last
13  answer. You said you "believe."
14      Is it speculation on your part to say which
15  one you would take?
16      MR. SCHANKER: Objection, form.
17  A   I don't know that I understand what you're
18  asking. Is it speculation? I mean, how can we --
19  how can we go back? I know what's important to me,
20  and I believe that I would have made the decision to
21  take the ACTH if I had known there was a permanent
22  risk.
23      You know, to the best of my knowledge, the
24  nipple-sparing mastectomy was a risk, and I bumped up
25  my risk of reoccurrence and also potentially of

Page 177

1  complications by doing that. But I knew for me,
2  feeling like a normal woman after this was all done
3  and potentially being able to get married and have
4  kids and go back to living life was more important
5  than a tiny increased risk of reoccurrence.
6      Q    (By Mr. Sears)  What if you're taking the
7  Adriamycin and there's a 5 percent risk of left
8  ventricular failure and the data shows that once you
9  get the left ventricular failure, over time your
10 heart is going to give out and you are going to die
11 from that.
12          Would you choose an Adriamycin-containing
13 regimen or a nonAdriamycin-containing regimen?
14          MR. SCHANKER:  Objection, form.
15     A    I don't think that's a fair question. Most
16 of the time it gets better when you get
17 cardiomyopathy. So I don't know how you can say some
18 theoretical drug that has a 5 percent risk of dying
19 when that theoretical drug was not one of the
20 possible options.
21     Q    (By Mr. Sears)  Well, again, I think both
22 sides will have oncologists; and, again, there might
23 be differing opinions. It's my understanding with
24 the Adriamycin that the cardiac toxicity is
25 irreversible.
          Page 177

Page 178

1      A    That is not my understanding.
2      Q    Let's assume mine's correct for the purpose
3  of this question, that the cardiac toxicity is
4  irreversible with Adriamycin.
5           If the cardiac toxicity was irreversible
6  with Adriamycin and you had a --
7           (Reporter requested clarification.)
8      Q    (By Mr. Sears)  If the cardiac toxicity
9  from Adriamycin is irreversible and it's around a
10 5 percent chance, would you still take an
11 Adriamycin-containing regimen?
12          MR. SCHANKER:  Objection, form.
13     A    It depends on what my alternative course
14 is. You know, my understanding is the TCH regimen
15 has a 2 percent risk, and so that narrows the gap to
16 just a 3 percent risk. You know you're taking a
17 bunch of risks when you do chemotherapy. It would
18 probably depend what the risks on the other side
19 were. If there was a 10 percent risk of losing your
20 hair permanently, maybe I'd take my chances and go
21 with the Adriamycin.
22          You know, it's a different thing when
23 you're a young woman, when you've spent your entire
24 20s working to become a doctor, when you haven't had
25 a chance to really date and meet people. It's a
          Page 178

Page 179

1  different thing. Like my goal is not just to
2  survive, but my goal is to go on and have a normal
3  life.
4      Q    (By Mr. Sears)  So as you sit here today,
5  do you know what the risks are, percentage-wise, from
6  a TCH regimen as opposed to the ACTH regimen?
7      A    What risks?
8           MR. SCHANKER:  Objection, form.
9      Q    (By Mr. Sears)  Any of the side effect
10 risks.
11          MR. SCHANKER:  Objection, form.
12     A    I know the key ones that you've already
13 asked me about, about leukemia and heart failure. I
14 know that Adriamycin has a zero percent risk of
15 permanent hair loss, and I know that ultimately it's
16 the patient's right to decide what risks they are
17 willing to take. And it is not the drug company's
18 right to hide those risks.
19     Q    (By Mr. Sears)  What if you're wrong in a
20 lot of your assumptions?
21          Would that be problematic for you?
22          MR. SCHANKER:  Objection, form.
23     A    I would say that I was acting with the best
24 knowledge that I had at the time and that the fact
25 that maybe Adriamycin has some different risks in the
          Page 179

Page 180

1  literature that you're looking at does not negate the
2  fact that I should have still known the risks of
3  Taxotere.
4      Q    (By Mr. Sears)  So the second oncologist
5  that you met with was Dr. Sarah Conlon.
6      A    Correct.
7      Q    And you met with her on January 24th, 2013.
8      A    Correct.
9      Q    We talked about how you wanted to get a
10 second opinion so that you would know what the
11 standard of care is.
12     A    Correct.
13     Q    And like Dr. Borges, Dr. Conlon recommended
14 that you take the TCH regimen.
15          MR. SCHANKER:  Objection, form.
16     A    That was not the full story. Initially,
17 when the tumor board met, they recommended that I get
18 the ACTH. It was only after they talked to
19 Dr. Borges that they said we could give you either
20 the ACTH or the TCH.
21          When I met with her, she told me I could
22 have either regimen. And then I saw in her note
23 after all this happened and I pulled my medical
24 records that it said TCH in there, but she did give
25 me the option.
          Page 180

Page 209

1   A   I don't remember the article, but I already
2   knew that.
3   Q   (By Mr. Sears)  Do you recall reading that
4   Taxotere is synergistic with Herceptin?
5   A   I don't remember the article, but I know
6   Taxotere is synergistic with Herceptin, as is my
7   understanding is Adriamycin as well.
8   Q   Do you recall reading that Taxol is not
9   synergistic with Herceptin?
10   A   No.
11       MR. SCHANKER:  Objection, form.
12   Q   (By Mr. Sears)  You don't remember that in
13   this article?
14   A   I don't remember reading the article.
15   Q   Do you recall reading that the triple
16   combination of Taxotere, platinum, and Herceptin
17   demonstrates the strongest synergistic interaction of
18   all regimens tested in the preclinical setting?
19       MR. SCHANKER:  Objection, form.
20   A   I don't remember reading that, but the
21   preclinical setting is not -- is oftentimes not borne
22   out by the clinical setting.
23   Q   (By Mr. Sears)  Do you recall reading that
24   one of the concerns with giving the ACTH regimen is
25   that the administration of Herceptin is delayed, and
       Page 209

Page 210

1   that could cause the cancer to grow?
2   A   I don't remember reading that, but I knew
3   Herceptin would be delayed, but there's plenty of
4   other cancers that you give chemotherapy to that
5   don't include Herceptin.
6   Q   For HER2-positive cancers.
7   A   Not for HER2-positive, but Adriamycin
8   should -- you know, before Herceptin existed, they
9   gave Adriamycin without it.  So I don't know that
10   that would have been a big concern to me to delay
11   Herceptin.  We are already delaying chemotherapy to
12   begin with to do IVF, so . . .
13   Q   And if you were given the ACTH regimen, you
14   would have to delay Herceptin?
15   A   I believe so.
16   Q   Whereas with the TCH regimen, you would not
17   have to delay Herceptin?
18   A   That is correct.
19   Q   Do you recall reading that the results
20   suggest that up front docetaxel trastuzumab, which is
21   Herceptin, may be preferred to sequential docetaxel
22   Herceptin strategies?
23       MR. SCHANKER:  Objection, form.
24   A   I don't remember reading that, but the key
25   word there is "maybe."
       Page 210

Page 211

1   Q   (By Mr. Sears)  Do you recall reading that
2   the risk of cardiac toxicity and cardiac failure is
3   synergistic between Adriamycin and Herceptin?
4   A   I don't remember reading the article.  I
5   know I did read it, but I don't remember the details
6   of what it said.
7   Q   Would that be a concern to you if
8   Adriamycin and Herceptin are synergistic in causing
9   heart toxicity?
10       MR. SCHANKER:  Objection, form.
11   A   It would explain why there is higher heart
12   toxicity.  I don't know that it's concerning that
13   they're synergistic, more that it's an explanation.
14   Q   (By Mr. Sears)  So do you currently have
15   any heart problems?
16   A   No.
17   Q   No cardiomyopathy?
18   A   Not that I'm aware of.
19   Q   So I think you talked about how you were
20   warned that chemotherapy-induced menopause is a
21   potential side effect of chemotherapy regimens.
22       MR. SCHANKER:  Objection, form.
23   A   I was.
24   Q   (By Mr. Sears)  Was that a risk that you
25   were willing to accept?
       Page 211

Page 212

1   A   Yes.
2   Q   So when you were discussing side effects of
3   chemotherapy with Dr. Conlon or Dr. Borges, did they
4   tell you that there's no way to tell out of all the
5   potential side effects which side effect you'll get?
6       MR. SCHANKER:  Objection, form.
7   A   I don't remember them saying that.
8   Q   (By Mr. Sears)  Is that your understanding?
9       MR. SCHANKER:  Objection, form.
10   A   I don't think that that's fair to say
11   because there are certainly people who are more at
12   risk for side effects than others.
13   Q   (By Mr. Sears)  When you went into
14   chemotherapy, did you know which side effects out of
15   the multitude of potential side effects you were
16   going to have?
17       MR. SCHANKER:  Objection, form.
18   A   I had suspicions of which ones I would
19   have, but there's no way to know 100 percent.
20   Q   (By Mr. Sears)  Did you sign a consent form
21   before you were given chemotherapy?
22   A   No.
23       MR. SCHANKER:  Objection, form.
24   A   They have since changed practice after this
25   happened.
       Page 212

Page 229

1   Q   Would you agree that even within the
2  category of taxanes, some people respond differently
3  to Taxotere and some people respond differently to
4  Taxol?
5       MR. SCHANKER:  Objection, form.
6   A   I don't know that for certain, but it seems
7  logical.
8   Q   (By Mr. Sears)  For instance, Taxol is
9  approved for certain types of cancer that Taxotere is
10 not approved for.
11      Are you aware of that?
12  A   I am.
13  Q   So does that indicate to you that the drugs
14 would have different mechanisms of action?
15      MR. SCHANKER:  Objection, form.
16  A   No.
17      MR. SCHANKER:  Form.
18  A   It just indicates to me that somebody did a
19 study on that particular cancer and that particular
20 drug.  You know that someone got a grant from the NIH
21 to study Taxotere and prostate cancer, whereas the
22 Taxol people didn't get a grant.  All it indicates to
23 me is that somebody studied it for that indication,
24 not that somebody hasn't studied, you know, the other
25 drug maybe nobody ever looked at.
         Page 229

Page 230

1   Q   (By Mr. Sears)  All right.  I guess let me
2  ask you this:  Do you agree that a person could take
3  Taxotere and be cured from their cancer, whereas if
4  they took Taxol, they may not be cured from their
5  cancer?
6       MR. SCHANKER:  Objection, form.
7   A   It would depend on the type of cancer.  I
8  think for most cancers you're never cured.
9   Q   (By Mr. Sears)  At this point you are
10 cancer free, right?
11  A   I am cancer free but not cured.  Cured, to
12 me, is a really difficult word because it means that
13 your cancer is not coming back.  And there are a few
14 cancers where we can say that people are probably
15 almost certainly cured and it's not coming back.  You
16 know, if you had a little basal cell carcinoma on
17 your arm and the dermatologist took it off, I think
18 it's fair to say you're cured.  When you have
19 hormone-positive breast cancer, your risk extends, as
20 far as we can tell, kind of indefinitely.
21  Q   So let's say for a person with hormone-
22 positive -- HER2-positive breast cancer, and that
23 person took Taxotere and they are cancer free, if the
24 person took Taxol, there's no guarantee that they
25 would be cancer free.
         Page 230

Page 231

1       MR. SCHANKER:  Objection, form.
2   A   I have no basis to answer that question.  I
3  would think that you would have to -- I don't even
4  know how you do a study looking at that because you
5  can only give someone one or the other drug.
6   Q   (By Mr. Sears)  In your research, have you
7  seen indications where a patient would be started
8  with Taxotere and they would not be responding to it
9  and then would be switched to Taxol and vice versa?
10  A   I know people have been switched.  I don't
11 know if it was because they weren't responding.  I
12 mean, for most breast cancer, unless it was
13 metastatic disease, I don't know how you would even
14 know if someone was responding or not.
15  Q   So let me ask you this:  As you sit here
16 today, you don't know if you would be cancer free if
17 you took a different regimen, do you?
18      MR. SCHANKER:  Objection, form.
19  A   I don't know if I'm cancer free right now.
20 There's really no good way to assess.  I may have a
21 liver full of cancer and we just don't know it yet.
22  Q   (By Mr. Sears)  When was the last time you
23 went in for a screening?
24  A   Oh, goodness.  I don't remember the exact
25 date.  Probably two or three months ago.
         Page 231

Page 232

1   Q   And as of that time, they did not find any
2  cancer in your body, right?
3   A   They don't have a great way of checking.
4  They do a physical exam and they do some tumor
5  markers, but the tumor markers are known to be poor
6  indicators.  So to the best of our knowledge, I don't
7  have any cancer right now.  I would not feel
8  confident saying I don't have cancer right now.
9   Q   Okay.  Well, let me ask you this:  To the
10 best of your knowledge, you're cancer free, but
11 there's no way to say that if you took a different
12 regimen, that you would also be cancer free.
13      MR. SCHANKER:  Objection, form.
14  A   That is correct, but I would also add that
15 there's a very good chance that if I took no
16 chemotherapy, I would still be cancer free.  We think
17 they cut all the cancer out of my body.
18  Q   (By Mr. Sears)  What percentage of
19 permanent or persistent alopecia risk would you be
20 willing to accept from a chemotherapy regimen?
21      MR. SCHANKER:  Objection, form.
22  A   You know, I think it's such a devastating
23 thing that to me it would have to be exceedingly
24 rare, maybe 1 in a million.  I don't know.  I mean, I
25 think I was concerned enough that if there had been
         Page 232

Page 233

1  any definite evidence that it was happening, that may
2  have been enough, even without numbers, to change my
3  mind.
4      Q   (By Mr. Sears)  Are you aware of any
5  chemotherapy regimen that you could have took that
6  would have been equally effective to the one that you
7  did take that would have a 1-in-a-million risk of
8  persistent or permanent alopecia?
9      A   I don't know what ACTH's numbers are, but I
10 think they're -- the incidence of permanent hair loss
11 with Taxol is way small.  It's probably in that
12 range.  And if you have to choose between drugs, then
13 I would say you choose the drug with the lower
14 percent.  And if Taxotere has a 6 percent risk and
15 Taxol has a 1 percent risk, maybe you go with the
16 Taxol.
17     But I think the important thing is that
18 you, as the patient, are given the choice between the
19 two.  That that information is not hidden from you.
20 Because maybe I say, "I'm really afraid of this, my
21 doctor assures me I have no cancer"; maybe I say,
22 "I'm going to take my chances, and I'm just going to
23 do Herceptin and tamoxifen."
24     You know, that's well within my right as a
25 patient to make that decision.
        Page 233

Page 234

1      (Exhibit 19 was marked.)
2      Q   (By Mr. Sears)  I'm handing you what's been
3  marked as Exhibit 19.  That's an abstract called
4  Instant of Permanent Alopecia Following Adjuvant
5  Chemotheray in Women with Early Stage Breast Cancer.
6      A   Okay.
7      (The deponent is reviewing the document.)
8      A   Sorry.  It's just hard with the
9  abbreviations on here.  1-A.
10     Would you mind just summarizing for me
11 basically what this is saying is the risk of alopecia
12 with both Taxotere and Taxol.  Like these numbers
13 seem insanely high.  There's 3 million breast cancer
14 survivors in America, and I don't think a quarter of
15 them are walking around bald.
16     Q   (By Mr. Sears)  Well, it looks like they
17 have broken it down into various grades of alopecia.
18     A   I mean, part of this is just that it's a
19 hard -- so drug exposure D, 260 patients would have
20 been dosed with Taxol.  So does that mean drug
21 exposure D 260 patients?  But then in parentheses it
22 says:  D nonA, so did not receive Anthracycline was
23 185.  D plus Anthracycline was 75.  Okay.  A,
24 nonTaxotere.  So that was Adriamycin not Taxotere,
25 there were only 12 patients.  A plus P.  What is P?
        Page 234

Page 235

1  P is paclitaxel.  The overall incidence of alopecia
2  was 15 percent.
3      Oh, part of the problem with this is that
4  it's kind of junk what they say.  Grade 1 alopecia is
5  like not really significantly important.  They say,
6  Grade 1 alopecia and Grade 2 alopecia, like that's
7  like minimal hair loss.  For all of D, the incidence
8  was 15 percent; for D plus A, it was 24 percent; for
9  D nonA, it was 13 percent; for A nonT, was 8 percent;
10 for P -- okay.
11     So I don't have the full article here,
12 which would be helpful, but I think if they're using
13 standard hair loss scores, I would not consider this
14 to be what happened to me.  I believe I have Grade 4
15 alopecia.
16     Grade 3 alopecia is significant loss of
17 hair on the top of your head.  It's known that hair
18 grows back differently after chemotherapy.  Grade 1
19 alopecia is not very much.  You can't look at this
20 study and say that this represents significant,
21 permanent hair loss.
22     And I would be a little suspicious of who
23 funded this study as well given ongoing litigation
24 because Grade 1 and Grade 2 is clearly them trying to
25 say that the other regimens caused significant
        Page 235

Page 236

1  alopecia, and I don't see any evidence of that in
2  this paper.
3      Q   According to the abstract, Adriamycin
4  itself can result in permanent alopecia, right?
5      MR. SCHANKER:  Objection, form.
6      A   I would have to read the whole article and
7  get into the detail of their case.  They're using
8  Grade 1 alopecia, that's so your hair doesn't grow
9  back as thick after chemo as it did before.
10     That, in my book, is not permanent
11 disfigurement, and I don't think you can equate those
12 two things.
13     Q   (By Mr. Sears)  The title says "Permanent
14 Alopecia."
15     Do you see that?
16     A   I would argument -- I would argue with
17 their title.  I think I would call it Permanent Hair
18 Thinness or Decreased Volume after Chemotherapy.  I
19 don't think that that meets the definition for
20 alopecia.
21     Q   So you think there's a difference between
22 hair thinning and permanent alopecia?
23     A   Well, I think if you have to walk around
24 looking like a bald 90-year-old-man for the rest of
25 your life versus if all of your hair comes back and
        Page 236

Page 249

1 looked like it was probably safe to use, but since
2 there did not appear to be any risk of permanent
3 alopecia, for four months of hair loss and to say
4 nothing of the tremendous expense and hassle of using
5 the cold caps, that I would just not use the cold
6 caps because there was no . . .
7    Q   So would you agree with this: that you
8 decided that hair preservation isn't worth the risk
9 of tumor cell circulation?
10       MR. SCHANKER: Objection, form.
11   A   I would not -- I would say that I was
12 willing to lose my hair for four months. I would not
13 say that I decided that I would lose my hair forever.
14 All the data that we had showed that it was probably
15 safe to use. And at the end of the day I made the
16 decision that there was no risk of permanent
17 alopecia, that the cold caps did not -- it looked
18 safe but that I didn't want to deal with the hassle
19 and expense during chemotherapy, and I was willing to
20 lose my hair for the next four months.
21   Q   (By Mr. Sears) If you had to put a
22 percentage on the risk of a scalp metastasis from
23 using a cooling cap, what percentage would that be?
24       MR. SCHANKER: Objection, form.
25   A   I have no idea.
      Page 249

Page 250

1    Q   (By Mr. Sears) Would you agree that it
2 would be well less than 1 percent?
3       MR. SCHANKER: Objection, form.
4    A   I don't know that anybody has ever -- you
5 know, there have been some retrospective studies.
6 The two that I saw, they didn't really think it was
7 from using the cold cap. So I don't know even if
8 there's any data to suggest that using the cold cap
9 would cause a scalp met.
10   Q   (By Mr. Sears) I'm handing you what's
11 marked as Exhibit 21.
12      (Exhibit 21 was marked.)
13   Q   (By Mr. Sears) And it's a March 28, 2013
14 encounter you had with Dr. Borges.
15   A   This is not with Dr. Borges. This is
16 actually with her nurse practitioner.
17   Q   Thank you for correcting that.
18      (The deponent is reviewing the document.)
19   A   Yes.
20   Q   (By Mr. Sears) So it notes in the
21 subjective portion of that record that she is also
22 not looking forward to losing her hair but has
23 decided the process of hair preservation was not
24 worth the risk of leaving circulating tumor cells in
25 her body.
      Page 250

Page 251

1 Did I read that correctly?
2    A   You did, and I don't think it's
3 contradictory to what I just said. I was willing to
4 lose my hair for four months to eliminate any
5 possibility of circulating tumor cells and to avoid
6 the hassle and expense of using the cold caps.
7      I think by the time that I was actually
8 given chemo on this date, I didn't believe that there
9 was a risk of permanent alopecia, and I thought the
10 cold caps were probably safe, and I thought they were
11 probably okay to use, and Dr. Borges said to use them
12 if I wanted to; but in my mind, looking at the risk
13 versus benefit on this, lose your hair for four
14 months while you're already going through chemo and
15 you're not really going out of the house much, versus
16 maybe theoretically there's some possibility of
17 leaving circulating tumor cells, that was to me a
18 decision that I decided favored not doing the cold
19 caps.
20      Can you look back on that and say, Maybe if
21 I did the cold caps, things would have gone
22 differently? I don't think you can because we don't
23 know what causes the permanent alopecia.
24   Q   So the bottom line is you were not willing
25 to accept the potential risk of a scalp met from
      Page 251

Page 252

1 using a cold cap?
2       MR. SCHANKER: Objection, form.
3    A   I don't know that I would say it was a
4 scalp met. I would say there was a theoretical
5 concern of circulating tumor cells. My doctor said
6 that she didn't believe that that was possible, that
7 she did not believe I had circulating tumor cells.
8 But when I looked at this, I thought, "I can live
9 without my hair for four months. I'm going to be
10 sick. I'm going to be at home. I'm going to be
11 going through chemotherapy."
12      I did, the night before chemotherapy, call
13 Dr. Wares, and I was kind of in a panic; and I told
14 her, "What if I don't like living with short hair?"
15 And she was like, "You know what, you can always get
16 extensions." And I was like, "You know what, she's
17 right. Like within a month or two of stopping
18 chemotherapy, I'll probably have enough to get
19 extensions."
20      And so for me the fact that it was going to
21 be something that was coming over from Europe, that
22 we were going to have to get all this dry ice, drag
23 it over every day, that it was going to be several
24 thousand dollars, that it was going to prolong the
25 chemotherapy time because we'd have to be changing
      Page 252

Page 253

1  all these different caps out, to me it just didn't
2  seem worth the hassle.
3     Q  (By Mr. Sears) We also looked at the
4  language about deciding that hair preservation isn't
5  worth the risk of tumor cell circulation. So, in
6  other words, one of your concerns was that you didn't
7  want to leave any circulating tumor cells, right?
8     A  It certainly was one of my concerns.
9     Q  So would you agree that the increased risk
10 of cardiac disease from an Adriamycin-containing
11 regimen is more than the risk of a scalp met from
12 using a cooling cap?
13      MR. SCHANKER: Objection, form.
14    A  I don't know that I agree that there's a
15 risk of scalp met at all from using the cooling cap.
16    Q  (By Mr. Sears) So the risk of getting
17 heart disease from Adriamycin is higher than any
18 potential risk of getting a scalp met from a cooling
19 cap.
20    A  Can you --
21      MR. SCHANKER: Same objection.
22    A  -- repeat that?
23    Q  (By Mr. Sears) Sure. So if I understand
24 you correctly --
25    A  Sorry. I'm just getting tired here.

Page 254

1     Q  It's been a long day.
2       Are you okay to keep on going?
3     A  Yes.
4     Q  Okay. So if I understand you correctly,
5  you think there is essentially no risk from getting a
6  scalp met from using a cooling cap, right?
7     A  I don't know whether there is or not, but
8  from the data I saw it did not appear that there was.
9     Q  And there is an increased risk of heart
10 disease from using Adriamycin, right?
11      MR. SCHANKER: Objection, form.
12    A  Yes.
13    Q  (By Mr. Sears) All right. So you started
14 chemotherapy on March 28th, 2013.
15    A  Correct.
16    Q  And you took six cycles of Taxotere and
17 Carboplatin?
18    A  Yes.
19    Q  And you ended your chemotherapy of Taxotere
20 and Carboplatin on July 11th, 2013.
21    A  Correct.
22    Q  But you continued taking Herceptin?
23    A  Yes.
24    Q  And you ended taking Herceptin on April
25 14th, 2014?

Page 255

1     A  That sounds about right.
2     Q  So do you have any ongoing side effects
3  from chemotherapy?
4     A  I do. The first couple of years after
5  chemo I had pretty bad fatigue that I have -- it's
6  mostly gone, but I still have some fatigue. The
7  neuropathy is essentially gone. Sometimes if I
8  overexert myself, I'll get a little tingling in one
9  of my feet. I have the ringing in my ear, which
10 we've never been able to say for certain is because
11 of the chemotherapy. But my biggest ongoing problem
12 from the chemotherapy is the hair loss.
13    Q  You mentioned fatigue. Did Dr. Borges
14 order you to take some time away from work because of
15 fatigue?
16    A  She did.
17    Q  How long did you take time away from work?
18    A  I think she said six weeks, and I did.
19    Q  You went back to work after the six weeks?
20    A  Yes.
21    Q  And did you continue working after that?
22    A  Yes.
23      MR. SEARS: Thank you.
24      MS. NICHOLAS: Yeah.
25    Q  (By Mr. Sears) So I'm handing you what's

Page 256

1  been marked as Exhibit 22.
2       (Exhibit 22 was marked.)
3     Q  (By Mr. Sears) And it's a visit you had
4  with Dr. Borges on April 18th, 2013.
5       (The deponent is reviewing the document.)
6     A  Okay.
7     Q  (By Mr. Sears) So, basically, Dr. Borges
8  notes that you have been doing some research.
9     A  Uh-huh.
10    Q  And she noted that: She had some expected
11 concerns and fears of occurrence that are a bit
12 magnified by her physician status and ability to read
13 on her own and get into literature that is sometimes
14 outdated and not as hopeful as current regimens
15 provide.
16      Right?
17    A  That's what she says.
18    Q  Do you agree with that?
19    A  I do agree that she says that.
20    Q  Do you agree that that's what you were
21 feeling?
22    A  That --
23      MR. SCHANKER: Objection, form.
24    A  Do I agree that that's what I was feeling?
25 No. I think it is perfectly reasonable when you're

Page 281

1  chemotherapy?  You know, endless "what ifs."
2      Q   Were you having difficulty accepting
3  reality at that time?
4          MR. SCHANKER:  Objection, form.
5      A   I would say I refused.
6      Q   (By Mr. Sears)  It also notes that you
7  shared with Dr. Borges today that you believe that
8  Dr. Borges forced you to take the TCH regimen and
9  told you that you could not have the AC chemo.
10         And then it says:  I reviewed with Kelly
11 that both regimens had been offered to her, and
12 though I very much did support her choice of the TCH
13 regimen, at no time would I have blocked her from
14 taking the other regimen had she wanted to.
15     A   That's what the note says.
16     Q   Do you agree that you were offered both
17 regimens?
18     A   I believe that she presented two regimens.
19 She was always in favor of the Taxotere.  I don't
20 know that I -- that she ever said to me specifically:
21 "Which regimen do you want?"  I think her -- she was
22 like, "My recommendation is to do the TCH."  And then
23 later on when I expressed doubts about various
24 things, I don't think she ever got from me that I was
25 having concerns about doing the TCH.
           Page 281

Page 282

1      Q   Do you feel as though Dr. Borges precluded
2  you from taking the ACTH regimen?
3      A   I don't.  I think if I had the knowledge to
4  strongly object to the TCH and I think if I had told
5  her I want ACTH, it would have been no problem at
6  all.
7          And I think that's one of the things that
8  tortures me about all of this, is that my prechemo
9  visit should have been with her, but she let me do it
10 with her nurse practitioner because I was a
11 physician.  She was out of the country at the time.
12         And I think that Dr. Borges, you know, she
13 lets people make decisions day in and day out.  She
14 lets people not do chemotherapy at all.  She lets
15 people decide not to have surgery.  She is very open
16 to things.  And I think if I had said from the
17 beginning, "I want ACTH," or if I had said it so
18 clearly to her, she would have absolutely given me
19 ACTH.
20     Q   You told the nurse practitioner that you
21 wanted the ACTH regimen, didn't you?
22     A   Yes, that I would prefer that one.
23     Q   So do you disagree with the portion of this
24 record that says that you believe that Dr. Borges
25 forced you to take the TCH regimen?
           Page 282

Page 283

1      A   I do.  I think that I was interested in
2  having the ACTH regimen.  I did not demand the ACTH
3  regimen.  My wording to Susan Hughes was more like --
4  I brought up many different concerns I had with the
5  chemotherapy, and I think my wording to her was
6  something along the lines of, "Well, don't you think
7  Dr. Borges would think it would be better if I would
8  have the ACTH?"  And it was never a -- it was never a
9  "She won't let you have the ACTH."
10     Q   So why were you telling her during this
11 encounter that you believe that Dr. Borges forced you
12 to take TCH?
13         MR. SCHANKER:  Objection, form.
14     A   I felt like the times that I brought the
15 ACTH up, nobody was listening to me and my concerns.
16 And, of course, after all this happened, I was
17 distraught and somewhat irrational and was probably
18 unfairly laying the blame of some of this on her
19 feet.  She had no idea of the risks.  She told me the
20 risks that she knew.  She didn't insist I do
21 anything.
22     Q   (By Mr. Sears)  This record also references
23 a nursing note.  It said:  The patient has numerous
24 concerns about side effects.  And this was related to
25 Dr. Borges.  Dr. Borges offered the patient -- you --
           Page 283

Page 284

1  can call her to discuss further later this afternoon.
2  And it says:  Kelly acknowledges that she did not
3  call me and did not let me know her concerns
4  directly.
5      A   I don't have any recollection and neither
6  does my mother of Susan Hughes saying that we could
7  call.  I think this is a very unfortunate game of
8  telephone here, where I'm telling Susan one thing and
9  she is going and talking to Dr. Borges in her lab and
10 telling Dr. Borges something, Dr. Borges is telling
11 her something, and then she's coming back and
12 relaying these things.  And so I think there was a
13 lot of miscommunication in this particular encounter.
14     Q   So is it your view that Dr. Borges's nurse
15 did not tell you that you could call Dr. Borges later
16 that afternoon?
17     A   I don't remember her saying that.
18 Dr. Borges had previously given me her pager number
19 and I had her e-mail.  I would have been able to
20 reach Dr. Borges if I wanted to.
21         Again, on this visit it was like before
22 where I was just seeking reassurance.  Like, "Do you
23 really think this is the better course for me?"  And
24 Susan comes back and says "yes," and I don't have
25 anything else to go on.
           Page 284