Page 1

```
 1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
 2
        CASE NO. 2:16-cv-15283
 3      _____
 4      VIDEO DEPOSITION OF VIRGINIA BORGES
                                          August 22, 2018
 5      _____
 6      KELLY GAHAN,
 7      Plaintiff,
 8      vs.
 9      SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC.,
10      Defendants.
        _____
11
        APPEARANCES:
12
            BACHUS & SCHANKER, LLC
13               By Darin Schanker, Esq.
                 1899 Wynkoop Street
14               Suite 700
                 Denver, Colorado  80202
15               Appearing on behalf of Plaintiff.
16      SHOOK, HARDY & BACON, LLP
                 By Connor Sears, Esq.
17               By Hillary Nicholas, Esq.
                 2555 Grand Boulevard
18               Kansas City, Missouri  64108
                 816-474-6550
19               Appearing on behalf of Defendants.
20
            Also present:  Maryvonne Tompkins, Videographer
21
22
23
24
25      Job No. NJ2984652
```

1    had come to see me for consultation and received her

2    care with a local oncologist up near Estes Park, and

3    then she had subsequently reached back out to me to

4    let me know what had happened.

5           So by the time I met Dr. Gahan, there had

6    been three prior cases that I had been aware of.

7       Q    What was the regimen that that third

8    patient received?

9       A    Also TCH.

10      Q    And then after you treated Dr. Gahan,

11   there's three other patients that you believe has had

12   persistent alopecia?

13      A    Correct.  So one has transferred her care

14   to me from a local oncologist who -- you're going to

15   ask me what her regimen was, and I'm not going to

16   remember that off the top of my head.  She might have

17   been -- I don't know if she was TC or TCH, I'd have

18   to look.  And she -- so I was not her treating doc,

19   but she has a more mild version of it, but she

20   definitely has a version of it.

21          There's another patient of mine who has

22   experienced it and she got TAC.

23          And then there is another patient who has

24   been seen at the institution by another provider, who

25   I am aware of because after my experience with Kelly,

1    I actually started a little research project and went

2    through all my own records to get a sense of, "What

3    am I seeing?  What's the cause?"  Since all the cases

4    I had originally experienced were linked to TCH, I

5    was thinking it had something to do with the

6    combination of docetaxel with Herceptin or something.

7              I have not yet published that information,

8    but it exists.

9         Q    Did the last patient that you were talking

10   about receive TCH as well?

11        A    I'd have to check.  She either got TCH --

12   well, she either got TCH, TAC, or four cycles of

13   docetaxel after AC.  Those are the three regimens

14   that came up in our -- in our research project that

15   we did.

16        Q    So there's seven patients, and how many

17   patients did you look at in that research project?

18             MR. SCHANKER:  Objection, form.

19        A    I'd have to do the math, but it was about

20   142.  It worked out to be a 6 percent rate of

21   permanent alopecia.

22        Q    (By Mr. Sears)  Are you going to publish a

23   study on that?

24             MR. SCHANKER:  Objection, form.

25        A    If I get around to writing it up.

1     Q   (By Mr. Sears)  How many women have you

2 treated over the course of your career who you've

3 prescribed Taxol for breast cancer in an adjuvant

4 setting?

5           MR. SCHANKER:  Objection, form.

6     A   Taxol?

7     Q   (By Mr. Sears)  I mean, sorry, Taxotere.

8           Let me start the question over again.

9     A   Are we jumping ship?

10     Q   You think, you know, another two hours I

11 could probably mess up.  It's still too early for

12 that.

13           Okay.  Let me start the question over

14 again.

15           Over the course of your career, how many

16 patients have you treated for breast cancer in an

17 adjuvant setting where you've used Taxotere?

18           MR. SCHANKER:  Objection, form.

19     A   I don't have a way of knowing the exact

20 number.  I've been an oncologist for 20 years.  I've

21 seen about 100 new patients a year.  I specialize in

22 young women's breast cancer.  So upwards of 70, 80

23 percent of my patients in the adjuvant setting

24 receive chemotherapy.

25           I have worked with docetaxel since I was a

1    fellow and think it's an outstanding breast cancer

2    drug.  So I have used TAC when it was a favored

3    regimen.  I routinely use TCH and now TCHP in the

4    adjuvant setting for HER2-positive breast cancer

5    because it is the superior regimen to the ACTH or THP

6    regimen for its safety profile because of

7    cardiomyopathy and secondary leukemia.  And so it is

8    in the hundreds.  I don't think it's over into the

9    thousands, I haven't been doing this for that long,

10   but it's substantial.

11        Q    (By Mr. Sears)  When you say "in the

12   hundreds," can you ballpark it in which hundreds are

13   we talking -- 500, 600, 700?

14        A    I don't know.   525.

15        Q    That's your best guess?

16        A    It's got to be.

17        Q    So out of approximately 525 patients, there

18   have been about 7 that have persistent alopecia?

19             MR. SCHANKER:  Objection, form.

20        A    No.  It was 7 out of 142 that we did a

21   concise review on.  And also after Kelly, I initiated

22   the cold cap technology at this institution.  So we

23   have not had a subsequent case of it since we have

24   done that for our patients.

25        Q    (By Mr. Sears)  And we will talk more about

Page 33

1          You agree that docetaxel's an outstanding
2     drug?
3          A     Yes, for breast cancer.
4          Q     Do you believe that it's helped save lots
5     of women's lives?
6          A     Yes.
7          Q     And Dr. Gahan had HER2-positive breast
8     cancer, right?
9          A     Correct.
10         Q     And at the time, the preferred regimen was
11    TCH.
12              MR. SCHANKER:  Objection, form.
13         A     Back then the data was new enough that TCH
14    versus ACTH, there were many providers who thought
15    the small incremental benefit to ACTH seen in the
16    curves at that time was meaningful.  It was not
17    statistically significant, and I have always valued
18    the TCH regimen because it came out of the science of
19    Dennis Slamon's lab, so it's very rationally
20    designed.  So in my viewpoint, TCH was the preferred
21    regimen that I was offering patients at that time;
22    but globally you would have had others who would have
23    made quite the counterargument.
24         Q     (By Mr. Sears)  And you referenced
25    Slamon -- that's Dennis Slamon out of UCLA?

```
 1        A      Uh-huh.

 2        Q      Have you read his publications on -- I

 3   believe there's one from 2012 about the TCH regimen

 4   and why that was the preferred regimen in his view.

 5              Have you seen that publication?

 6              MR. SCHANKER:  Objection, form.

 7        A      Not that I remember, but I can't tell you I

 8   didn't read it back in 2012.  I mean, I do try and

 9   keep up on the literature, but I don't remember

10   everything that I read.

11        Q      (By Mr. Sears)  I think you said in the

12   prior -- one of your prior answers that now you

13   prescribe the TCHP regimen for HER2-positive cancer?

14        A      Correct.

15        Q      I think you said that's the superior

16   regimen to the ACTH regimen?

17        A      ACTHP, in my opinion.

18        Q      So just to make sure it was clear for the

19   record, in your opinion the TCHP regimen is superior

20   to the ACTHP regimen?

21        A      Yep.

22        Q      And you mentioned a couple other things.

23   So, basically, the Adriamycin comes with the Taxol,

24   right, if you --

25        A      No --
```

Page 48

1    myself at that time.

2        Q    Did you reach out to Dr. Sedlacek to talk

3    to him about the abstract he wrote?

4        A    No.

5        Q    Did you think that the abstract he wrote

6    was valid science?

7        A    It was a report of his experience.  That's

8    valid.

9        Q    Is it something that you would rely on when

10   choosing treatment regimens for your patients?

11       A    It was an abstract outlining his experience

12   with a handful of patients.  It's not a randomized

13   clinical trial of evidence-based medicine or NCCN

14   Guidelines or anything that I would guide my

15   treatment of patients upon.

16       Q    Are you saying that before you would accept

17   that there's a risk of persistent

18   chemotherapy-induced alopecia, you would need to see

19   a randomized clinical trial or NCCN Guidelines?

20            MR. SCHANKER:  Objection, form.

21       A    No, but you asked me about choosing a

22   chemotherapy regimen.  That's a different thing.

23       Q    (By Mr. Sears)  So, then, whether there's

24   persistent alopecia associated with the chemotherapy

25   regimen, that would not impact your choice of

Page 49

1    regimen?

2           MR. SCHANKER:  Objection, form.

3      A    It to date has not changed my use of the

4    TCH or TCHP regimen, other than I have taken steps to

5    initiate what I believed would be a potential

6    protective mechanism, pushed my institution like a

7    bat out of hell to get them to provide this so my

8    young patients without resources would be able to

9    access it, and have also done my own research project

10   to figure out what the hell is going on.

11          But, no, I would not forego life-saving

12   chemotherapy for any risk.  I would manage it, just

13   like I manage neuropathy, lacrimal stenosis, the nail

14   stuff.

15     Q    (By Mr. Sears)  So after reviewing those

16   articles in Dr. Sedlacek's abstract, did you began

17   warning your patients that there could be a risk of

18   persistent chemotherapy-induced alopecia with

19   taxanes?

20          MR. SCHANKER:  Objection, form.

21     A    It was after --

22          MR. SCHANKER:  Sorry.

23     A    The second two cases that I learned of came

24   about sort of back-to-back.  The patient who had

25   transferred her care to me had been my patient at

1    that point for some months, and I was seeing her back

2    in follow-up, and it dawned on me one day she was

3    still wearing a wig.  So I asked her why, and she

4    took it off and showed me her pattern of hair, and it

5    looked identical to my other patient, and a lightbulb

6    went off.

7            And then, literally, within a brief period

8    of time after that, the patient who I had consulted

9    on at some point in the year before reached out to me

10   and let me know that her hair had not regrown.  So as

11   in the face of three patients having received the

12   same regimen, which was a relatively new regimen in

13   our repertoire at that point, that I began warning my

14   patients and began thinking about what could be done.

15        Q    (By Mr. Sears)  So by what year were you

16   warning your patients that there is a risk of

17   persistent chemotherapy-based alopecia potentially

18   associated with taxanes?

19        A    I think we're up to 2013 at this point?

20   Kelly?  Right?

21        Q    Were you warning your patients that there

22   is a risk of persistent chemotherapy-induced alopecia

23   from taxanes before you treated Dr. Gahan?

24        A    There had been a few other patients that I

25   had talked to them about and told them about the cold

1    caps.

2        Q    And, I'm sorry, just for the record, is

3    your response, "Yes"?

4        A    What was the question?

5        Q    Before you started treating Dr. Gahan, was

6    it your practice to warn patients that there was the

7    potential risk of persistent alopecia from taxanes?

8            MR. SCHANKER:  Objection, form.

9        A    Yes.  Briefly prior to assuming her care,

10   that had become part of the conversation I had with

11   women, at the time isolated solely to the TCH regimen

12   because that's the only place I had seen it.

13       Q    (By Mr. Sears)  And you suggested that

14   Dr. Gahan take the TCH regimen, right?

15       A    I did.

16       Q    And as part of your conversations with her

17   about the regimen, you told her there was a risk of

18   persistent chemotherapy-induced alopecia?

19       A    I told her I had seen it in three women.

20       Q    Did you tell her about the articles and

21   literature that you'd reviewed?

22       A    I'm pretty sure I told her about Scot

23   Sedlacek's article.  I don't remember -- I probably

24   told her about the dermatology stuff, too.  Given

25   that she is a physician, she was motivated to learn

Page 102

1    improve outcomes.

2            Like I said before, for some of my

3    patients, it's 100 percent clear what we would

4    recommend to them to do, and the benefit of that

5    therapy is huge.  But as you know from probably being

6    aware of the news recently, there are subsets of

7    breast cancer where that woman is overwhelmingly

8    likely cured the moment she is wheeled out of that

9    OR.

10           And my job is to assess the residual risk

11   that there could be microscopic disease and inform

12   her of the available therapies for her subtype of

13   breast cancer, what is the relative reduction in that

14   risk, and for her as an individual woman with her

15   level of risk, what is the absolute benefit then

16   potentially going to be knowing that for a low stage

17   breast cancer, the likelihood of that person being

18   cured is already a majority chance, and some of the

19   benefits that we're talking about come down to

20   single-digit percentage points.

21           So there's a lot of conversations in my

22   world that are teaching someone to understand risk

23   assessment, benefit assessment, and weigh those for

24   themself, and put it in their view of the world and

25   their personal health and their choice and their

1    willing (sic) to accept diminishment of the quality

2    of life in a temporary way and some permanent risks

3    that can occur with these treatments that we're

4    recommending.  And then help guide her to the best-

5    informed choice that she can make for herself.

6            So it's not nearly as black and white as

7    what you stated.

8    Q    So you referred to the news articles.  Are

9    you talking about that Oncotype --

10   A    I am.

11   Q    Has the FDA approved that for HER2-positive

12   cancers?

13   A    No.  That doesn't have anything to do with

14   HER2-positive cancer, but you were asking me a

15   generic cancer question.

16   Q    So let me see if I can ask the question

17   again in a way that addresses your concerns.

18           You talked about how you make

19   recommendations based upon evidence-based medicine,

20   right?

21   A    Correct.

22   Q    And are you referring to clinical trials

23   that test chemotherapy regimens that show that there

24   is an improved survival benefit from that regimen?

25   A    Some of them have a full-blown, overall

1      Q    And the preferred regimen at the time that

2   you treated Dr. Gahan in 2013 was TCH?

3      A    It was my preferred regimen.  ACTH and TCH

4   were considered equivalent by the field.

5      Q    So did you review your medical records from

6   treating Dr. Gahan before your deposition today?

7      A    I didn't.

8      Q    Was one of your patients with persistent

9   alopecia named Julie?

10     A    Uh-huh, yes.

11     Q    Have we already talked about her today?

12     A    Only in that I've mentioned there were

13   three women, but I did not mention that one of them

14   is named Julie.

15          (Exhibit 8 was marked.)

16     Q    (By Mr. Sears)  All right.  I'm handing you

17   what's been marked as Exhibit 8.  This is something

18   that Dr. Gahan produced to us.  Is this a portion of,

19   I guess, educational materials that you provide or

20   your group provides to chemotherapy patients?

21     A    It might have been back when we gave her

22   the packet.  It's been a long time since I reviewed

23   that packet.

24     Q    Have you ever reviewed this?

25          MR. SCHANKER:  Objection, form.

```
                                          Page 126
 1    with no previous medical problems had been treated

 2    with four cycles of paclitaxel, 175 milligrams per

 3    meter squared, every three weeks for local recurrence

 4    which took place three years ago.

 5            And so what it's saying is that this woman,

 6    after being treated with paclitaxel, had persistent

 7    hair loss, right?

 8       A    It is.

 9       Q    So after looking at that, do you believe

10    there's a risk of persistent alopecia after taking

11    Taxol?

12            MR. SCHANKER:  Objection, form.

13       A    We already covered that, yes, that has been

14    documented.  And we've already covered that in 20

15    years of being a medical oncologist treating nothing

16    but breast cancer, I don't have any cases of it in my

17    clinic.  Whereas the risk with docetaxel sorts out to

18    be somewhere around 6 percent, which is a significant

19    risk when you treat hundreds of women with breast

20    cancer.

21       Q    (By Mr. Sears)  You reviewed the TAX-301

22    publication, right?

23       A    I did.

24       Q    What was the percentage risk of persistent

25    alopecia from those treated with Taxotere in that
```

1     study?

2              MR. SCHANKER:   Objection, form.

3       A     You would have to pull it out.

4       Q     (By Mr. Sears)  You don't remember off the

5     top of your head?

6       A     Was that the one where it was like

7     6.9 percent and it depended on which follow-up time

8     period you looked at?  Because there's like six

9     different numbers depending on which study and

10    whether it's the short-term follow-up or the

11    long-term follow-up.

12      Q     What about the TAX-316?  Do you remember

13    what the rates of persistent alopecia were in that?

14      A     Which -- because there's different rates

15    depending on which time that it's reported, but there

16    is a reported persistence of chemotherapy-induced

17    alopecia.

18      Q     Do you know what the rates were in the two

19    reports?

20      A     I have it on my desk.  I can go look it up.

21    Do you have it here?

22      Q     I did not bring those with me.  No.

23      A     Okay.  But you know that they're available

24    and you know that they say that there's somewhere on

25    the order of 6.9 or one of them's like 8.4, and the

1    shorter time line has a lower level reported.

2         Q    Have you seen reports of persistent

3    alopecia in the potential percentages in other

4    literature?

5              MR. SCHANKER:  Objection, form.

6         A    That's a very vague statement.  Could you

7    be more specific?

8         Q    (By Mr. Sears)  Have you seen other

9    literature that talks about the rates of persistent

10   alopecia associated with taxanes?

11             MR. SCHANKER:  Objection, form.

12        A    You mean like the paper we were just

13   reading?

14        Q    (By Mr. Sears)  Any sort of papers that

15   talk about persistent alopecia associated with

16   taxanes.

17        A    Yes.  We've talked about them.

18        Q    Would you agree that the rates of

19   persistent alopecia associated with taxanes differ

20   widely based upon what publication you look at?

21             MR. SCHANKER:  Objection, form.

22        A    There aren't very many that have been

23   comprehensive enough to present a rate.  There's case

24   reports, which you can't derive a rate from.  There's

25   the Martine study, which is the new one, which is

1     probably one of the more comprehensive.  The other

2     publications -- so the long-term follow-up of many of

3     the clinical trials involving Taxotere had a

4     significant number of doses where you would expect

5     that information to be provided don't have it.

6             Strikingly, like the Long-term Quality of

7     Life publication from Patty Ganz, looking at the TCH

8     regimen specifically, says that distress due to

9     alopecia is not included in the data.  So I looked

10    for this very, very hard.  No, it was not something

11    that could be readily found, at least not as of my

12    initiating this research project and looking to write

13    it up in 2016.

14       Q    (By Mr. Sears)  So when oncologists get

15    together at meetings and especially oncologists that

16    specialize in various areas like breast cancer, are

17    one of the things that you all talk about when you

18    meet rare side effects that you're seeing in your

19    treatment?

20            MR. SCHANKER:  Objection, form.

21       A    Sometimes.  For example, when one of my

22    colleagues was diagnosed with breast cancer and was

23    contemplating whether she should or should not take

24    chemotherapy because she was in a situation where it

25    was optional, and her provider was recommending to

Page 152

1   risk of a scalp metastasis if she used a cooling cap?

2          MR. SCHANKER:  Object, form.

3      A    I told her that the data to date available

4   with the cold caps was looking pretty safe, that

5   scalp mets from breast cancer in general are pretty

6   rare unless somebody already has metastatic disease

7   that they've been living with for a long time.

8      Q    (By Mr. Sears)  Let's take a quick look at

9   her deposition again.  I think that was Exhibit 3.

10     A    Where am I going?

11     Q    Page 251.  So on 251, it's Line 11:

12  Dr. Borges said to use the cold caps if you wanted

13  to.

14          Do you see that?

15          MR. SCHANKER:  Objection, form.

16     A    Yes, 11 and 12.  Yep.

17     Q    (By Mr. Sears)  So you'd offered her a cold

18  cap?

19     A    "Offered" is the wrong word because I

20  wasn't providing them.  I informed her of them and

21  how patients of mine had accessed them and that we

22  would support her, meaning that, like, we would make

23  sure she was sitting in an infusion center chair that

24  had enough room for the coolers.  But until we were

25  able to get the Dignitana devices at this

1     institution, we've not been able to provide it for

2     anyone.

3          Q    So would it be fair to say that you

4     informed her that a cooling cap was an option for

5     her?

6          A    Correct, yes, I did.

7          Q    And based upon what's in this record, she

8     rejected the cooling cap because she decided the

9     process of hair preservation was not worth the risk

10    of leaving circulating tumor cells in her body.

11              MR. SCHANKER:  Objection, form.

12         A    That -- that is what I see she told my

13    nurse practitioner and what she has been recorded as

14    saying here.  I don't know that she and I ever

15    specifically discussed circulating tumor cells.  We

16    did discuss scalp mets.

17         Q    (By Mr. Sears)  And when you discussed that

18    with her, you told her there was essentially no risk

19    of that happening?

20              MR. SCHANKER:  Objection, form.

21         A    No.  I told her what I told you I said

22    before, which is that the data looked good, that they

23    were showing a favorable safety profile, and that, in

24    general, scalp mets are quite rare from breast

25    cancer, so I was not thinking it was a high enough