## Page 1

```
    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA

              - - -

IN RE: TAXOTERE        :
(DOCETAXEL)            : MDL No. 2740
PRODUCTS LIABILITY     :
LITIGATION             : SECTION: "H"
                       :
This Document          :
Relates To             : JUDGE MILAZZO
ALL CASES              : MAG. JUDGE NORTH

              - - -

           OCTOBER 26, 2018

              - - -

        Videotape deposition of AMY
FREEDMAN, taken pursuant to notice, was
held at the law offices of Gibbons PC,
50 West State Street, Suite 1104
Trenton, New Jersey 08608, beginning at
8:59 a.m., on the above date, before
Amanda Dee Maslynsky-Miller, a Certified
Court Reporter for the State of New
Jersey.

              - - -

       GOLKOW LITIGATION SERVICES
     877.370.3377 ph| 917.591.5672 fax
            deps@golkow.com
```

## Page 2

```
APPEARANCES:

   BACHUS & SCHANKER, LLC
   BY:  J. KYLE BACHUS, ESQUIRE

   JENNIFER HECK,
   EXECUTIVE LITIGATION MANAGER

   1899 Wynkoop Street
   #700

   Denver, Colorado 80202
   (303) 586-9851

   Kyle.bachus@coloradolaw.net
   Representing the Plaintiff


   BARRIOS KINGSDORF & CASTEIX, L.L.P.
   BY:  ZACHARY L. WOOL, ESQUIRE

   701 Poydras Street
   #3650

   New Orlean, Louisiana 70139
   (504) 524-3300

   Zwool@bkc-law.com
   Representing the Plaintiff


   SHOOK, HARDY & BACON, L.L.P.
   BY:  ROBERT J. MCCULLY, ESQUIRE
   2555 Grand Boulevard

   Kansas City, Missouri 64108
   (816) 474-6550

   Rmccully@shb.com
   Representing the Sanofi Defendants
```

## Page 3

```
APPEARANCES: (Continued)
VIA TELEPHONE:

   ATKINS & MARKOFF LAW FIRM
   BY:  DANIEL P. MARKOFF, ESQUIRE

   9211 Lake Hefner Parkway
   Suite 104

   Oklahoma City, Oklahoma 73120
   (405) 607-8757

   Dmarkoff@atkinsandmarkoff.com
   Representing the Plaintiff

   Steering Committee


   DECHERT LLP
   BY:  ASHLEY A. FLYNN, ESQUIRE
   Three Bryant Park

   1095 Avenue of the Americas
   New York, New York 10036

   (212) 641-5623
   Ashley.flynn@dechert.com

   Representing the Defendant,
   Pfizer Inc., and Hospira


   GREENBERG TRAURIG, LLP
   BY:  EVAN C. HOLDEN, ESQUIRE

   Terminus 200
   3333 Piedmont Road NE

   Suite 2500
   Atlanta, Georgia 30305

   (678) 553-2100
   Holdene@gtlaw.com

   Representing the Defendant,
   Sandoz

ALSO PRESENT:  Dan Lawlor, Videographer
```

## Page 4

```
              - - -

           I N D E X

              - - -

Testimony of:  AMY FREEDMAN

   By Mr. Bachus                  8

              - - -

         E X H I B I T S

              - - -

NO.        DESCRIPTION          PAGE

Freedman-1   LinkedIn Curriculum
             Vitae of Amy Freedman    9

Freedman-2   Sanofi_01035459-60      68

Freedman-3   Sanofi_01035453-56      98

Freedman-4   Sanofi_00695624        116

Freedman-5   Sanofi_02705693        121

Freedman-6   Sanofi_02705693        136

Freedman-7   Sanofi_00217666-73     139

Freedman-8   Sanofi_04547737        159

Freedman-9   Sanofi_04545361        164

Freedman-10  Sanofi_05461168-69     168

Freedman-11  Sanofi_05364125-31     176
```

Page 193

1  I don't --
2  BY MR. BACHUS:
3  Q. This occurrence in April of
4  2006 is just a few weeks after the
5  request for information came in from the
6  Danish physician that we discussed at
7  length earlier, correct? This is April
8  of 2006 --
9  A. I'll take your word for it.
10 I don't remember the date.
11 Q. Well, you don't have to take
12 my word --
13 A. You said the Danish was
14 March. Okay.
15 Q. I think we discussed the
16 Danish and the exhibits related to those
17 e-mails were in early March of 2006?
18 A. In March, okay.
19 Q. And this is April of 2006,
20 end of April 2006.
21 A. That's right. But this
22 is -- this is the -- this is the SMPC.
23 Q. These are talking about
24 updates to the patient leaflet for

Page 194

1  Taxotere in Europe, correct?
2  A. In Europe, that's right.
3  Q. And the Danish doctor is
4  also in Europe?
5  A. That's right.
6  This is not new information,
7  this is reformatting of information per a
8  regulatory authority's request.
9  Q. When you say "this is not
10 new information," you're talking about
11 the nonreversible alopecia being known by
12 the company?
13 A. You provided the original,
14 and then we have three proposals to meet
15 the request of the health authority. The
16 EMEA said -- their labeling templates
17 evolve over time, they asked for the
18 information to be presented in a
19 different way.
20 It's not new information,
21 it's the same information. The same
22 information the Danish physician would
23 have had in March of 2006.
24 Q. So, clearly, Sanofi knew

Page 195

1  that Taxotere could cause irreversible
2  alopecia in 2006, right?
3  MR. MCCULLY: Object to the
4  form.
5  BY MR. BACHUS:
6  Q. By these documents.
7  MR. MCCULLY: Object to
8  form.
9  THE WITNESS: It's in the
10 label.
11 BY MR. BACHUS:
12 Q. And when you refer to "the
13 label," which label are you referring to?
14 A. Any. Pick one.
15 Q. USPI?
16 A. SMPC, the patient leaflet or
17 the USPI, if I remember correctly, has it
18 in it. The IB. The core safety data
19 sheet.
20 Q. Just going back, my question
21 was, to make sure I have the question
22 actually answered on the record, based
23 upon your knowledge at Sanofi in 2006,
24 Sanofi knew that Taxotere could cause

Page 196

1  irreversible alopecia in 2006, correct?
2  A. Yes.
3  MR. MCCULLY: Object to
4  form.
5  THE WITNESS: Well, they
6  were listed events. They were
7  certainly considered listed
8  events.
9  BY MR. BACHUS:
10 Q. Well, aside from being
11 listed or unlisted, I just would like you
12 to answer the question.
13 A. Sanofi had to be aware.
14 Q. That -- by 2006 that their
15 product could cause irreversible alopecia
16 in patients, right?
17 MR. MCCULLY: Object to
18 form.
19 THE WITNESS: Sanofi was
20 aware and appropriately labeled
21 it.
22 BY MR. BACHUS:
23 Q. I'll hand you what has been
24 marked as Exhibit Number 12.