## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LISA RITCHIE<br>        *Plaintiff*<br>vs.<br>SANOFI. S.A., ET AL.<br>        *Defendants* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC.**<br><br>Civil Action No.: 2:17-cv-16415 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of August, 2019

**MORGAN & MORGAN**

*/s/ Jean Martin*
Jean Martin
NC Bar No.: 25703
Morgan & Morgan – Complex Litigation Group
2018 Eastwood Road, Suite 225
Wilmington, NC 28403
Phone: 813-559-4908
Fax: 813-222-4795
jeanmartin@forthepeople.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 20, 2019

/s/ *Jean Martin*
Jean Martin
NC Bar No.: 25703
Morgan & Morgan – Complex Litigation Group
2018 Eastwood Road, Suite 225
Wilmington, NC 28403
Phone: 813-559-4908
Fax: 813-222-4795
jeanmartin@forthepeople.com