# EXHIBIT D

**EXPERT REPORT OF**

**Laura M. Plunkett, Ph.D., DABT**

**November 4, 2018**

**I.      Training and Qualifications**

1.      I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates.

2.      I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3.      I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4.      From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

1

with use of anti-neoplastic drugs in humans. However, the alopecia is normally reversible (Tosti *et al.* 1994; Trueb, 2009; Sample Informed Consent, Exhibit 2 of the Bassi deposition*;* Nurse Brochure, Exhibit 4 of the Bassi deposition; Investigator Brochure, Exhibit 7 of the Bassi deposition). Temporary alopecia typically induced by anti-neoplastic drugs is sometimes referred to as "anagen effluvium", which is the sudden, diffuse loss of anagen-phase, or growth-phase hair, that occurs within days to weeks of exposure to an anti-neoplastic drug. Anagen effluvium is more common and severe when there is a combination of anti-neoplastic agents employed. This is the concept of additivity in pharmacology and toxicology (Eaton and Gilbert, 2013), which occurs when more than one drug or chemical that have common toxic effects are given together.

30. Both docetaxel and paclitaxel use are known to cause reversible alopecia in patients (see FDA labeling for Taxotere and Taxol). The toxic effect of drugs like docetaxel that lead to alopecia include complete arrest of hair formation by direct toxic insult to the rapidly dividing cells in the hair follicle (Trueb, 2009). Such alopecia typically is seen within two to four weeks after treatment begins and hair regrowth is usually seen within six months of treatment ending (Tallon *et al.* 2010). Thus, in most cases, when drug therapy is completed, the drug is eliminated from the body and the hair will regrow. This is not the case in irreversible alopecia, however, which is generally defined in the medical literature as hair loss that is still seen six months after treatment has ended (Tallon *et al.* 2010; Namini *et al*. 2016; Kim *et al.* 2017; Kang *et al.* 2018).

31. Although many anti-neoplastic drugs are associated with reversible hair loss during treatment, there is a difference in the type of hair loss that has been linked to Taxotere use as compared to other drugs. Reviews of the issue of irreversible alopecia generally describe it as a "rare" event with chemotherapy (Tallon *et al.* 2010). A review of the available data indicate that Taxotere has been associated with irreversible hair loss to a greater extent than other chemotherapeutic drugs, including Taxol (discussed below). The first report of docetaxel-induced irreversible hair loss appeared in the scientific literature in as early as 2001 (Nabholtz *et al.* 2001. *J. Clin. Oncol.* 19:314-321). Patients were enrolled in a Phase II clinical study and the authors reported that the *"most common treatment-related chronic nonhematologic toxicity was*

## IX. Compensation

52. My compensation by plaintiff's attorneys in this matter is at the rate of $300.00 per hour.

_____

Laura M. Plunkett, Ph.D., DABT