# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N"(5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| Lynda Blumlo, et al. <br><br> Plaintiff(s), <br><br> vs. <br><br> Sanofi SA, et al. <br><br> Defendant(s). | COMPLANT & JURY DEMAND <br><br> Civil Action No.: 2:16-cv-17972 |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Lynda Blumlo

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Joel Blumlo (spouse)

1

**Exhibit A**

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Approximately 3/8/2016-7/6/2016

11. State in which Product(s) identified in question 9 was/were administered:

> Kentucky

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> complete hair loss on scalp; date of onset shortly after completion of chemotherapy; approx. November 2016

13. Counts in Master Complaint brought by Plaintiff(s):

- [X] Count I – Strict Products Liability - Failure to Warn
- [X] Count II – Strict Products Liability for Misrepresentation
- [X] Count III – Negligence
- [X] Count IV – Negligent Misrepresentation
- [X] Count V – Fraudulent Misrepresentation
- [X] Count VI – Fraudulent Concealment
- [X] Count VII – Fraud and Deceit
- [X] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [X] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

UNITED STATEDS DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **LYNDA BLUMLO** and **JOEL BLUMLO** | ) ) ) | Civil Case No. _____ |
| Plaintiffs, | ) ) ) | Judge _____ |
| v. | ) ) | |
| **SANOFI S.A., AVENTIS PHARMA S.A.** and **SANOFI-AVENTIS U.S. L.L.C.** | ) ) ) | |
| **Defendants.** | ) | |

## COMPLAINT AND JURY DEMAND

Plaintiffs Lynda Blumlo and Joel Blumlo, by and through their attorneys, respectfully submit the following Complaint and Jury Demand against Defendants Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. L.L.C., and allege the following upon personal knowledge, information and belief, and investigation of counsel.

### NATURE OF THE CASE

1.  This action seeks to recover damages for injuries sustained by Plaintiffs as the direct and proximate result of the wrongful conduct of Defendants Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. L.L.C. in connection with the designing, developing, manufacturing, distributing, labeling, advertising, marketing, promoting, and selling of TAXOTERE®, a prescription medication used in the treatment of breast cancer.

### JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 (diversity jurisdiction). The amount in controversy exceeds $75,000.00 exclusive of interest and costs. There is complete diversity of citizenship between Plaintiffs and Defendants. Plaintiffs are

1