# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH COMPLAINT & JURY DEMAND Civil Action No.: 2:16-cv-17409 |
| Deborah Hall and Steven Hall, Plaintiff(s), | | |
| vs. | | |
| Sanofi S.A., et al., Defendant(s). | | |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Deborah Hall

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):
   Steven Hall

1

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> December 3, 2015 - April 15, 2016

11. State in which Product(s) identified in question 9 was/were administered:

> Kentucky

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent/persistent hair loss and diffuse thinning of hair.

13. Counts in Master Complaint brought by Plaintiff(s):

- [✓] Count I – Strict Products Liability - Failure to Warn
- [✓] Count II – Strict Products Liability for Misrepresentation
- [✓] Count III – Negligence
- [✓] Count IV – Negligent Misrepresentation
- [✓] Count V – Fraudulent Misrepresentation
- [✓] Count VI – Fraudulent Concealment
- [✓] Count VII – Fraud and Deceit
- [✓] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [✓] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT |
| DEBORAH HALL and STEVEN HALL, | : : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : | **COMPLAINT & JURY DEMAND** |
| v. | : : : | Civil Action No.: 2:16-cv-17409 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, And doing business as WINTHROP U.S. | : : : : | |
| Defendants. | : : | |

Plaintiffs, Deborah Hall and Steven Hall, by and through counsel, respectfully submit the following Complaint and Jury Demand against Defendants Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. ("Defendants"), and allege the following:

## NATURE OF THE ACTION

1. This action seeks to recover damages for injuries sustained by Plaintiff as the direct and proximate result of the wrongful conduct of Defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, in connection with the designing, developing, manufacturing, distributing, labeling, advertising, marketing, promoting, and selling of TAXOTERE®, a prescription medication used in the treatment of breast cancer.