# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Jody Fulcher v Sanofi S.A., et al | |
| 2;16-cv-15855 | |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Jody Fulcher

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):
   Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Not applicable

4. Current State of Residence: LA

5. State in which Plaintiff(s) allege(s) injury: LA

1

**ATTACHMENT "A"**

7.     Basis for Jurisdiction:

        [X]   Diversity of Citizenship

        [ ]   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court
> Eastern District of
> Louisiana

9.     Brand Product(s) used by Plaintiff (check applicable):

        [ ]   A.   Taxotere

        [ ]   B.   Docefrez

        [ ]   C.   Docetaxel Injection

        [ ]   D.   Docetaxel Injection Concentrate

        [X]   E.   Unknown

        [ ]   F.   Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3

**ATTACHMENT "A"**

Case 2:16-cv-15855-KDE-MBN Document 94 Filed 05/31/17 Page 4 of 5

> November 2015 - February 2016

11. State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> I experienced permanent hair loss after being administered docetaxel/ Taxotere.

13. Counts in Master Complaint brought by Plaintiff(s):

    [X] Count I – Strict Products Liability - Failure to Warn
    [X] Count II – Strict Products Liability for Misrepresentation
    [X] Count III – Negligence
    [X] Count IV – Negligent Misrepresentation
    [X] Count V – Fraudulent Misrepresentation
    [X] Count VI – Fraudulent Concealment
    [X] Count VII – Fraud and Deceit
    [X] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

    [X] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

**ATTACHMENT "A"**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

JODY FULCHER

Plaintiff

V.

SANOFI-AVENTIS U.S., INC,
SANOFI S.A., AVENTIS PHARMA S.A.,
AND SANOFI-AVENTIS U.S. LLC, separately,
and doing business as WINTHROP U.S.

Defendants

Civil Action No. _____

Section: _____

# COMPLAINT AND JURY DEMAND

Plaintiff Jody Fulcher by and through her attorneys, respectfully submits the following Complaint and Jury Demand against Defendants Sanofi-Aventis U.S., Inc; Sanofi S.A.; Aventis Pharma S.A.; and Sanofi- Aventis U.S. LLC, separately, and doing business as Winthrop U.S. (Defendants"), and alleges the following:

## NATURE OF THE ACTION

1. This action seeks to recover damages for injuries sustained by Plaintiff as the direct and proximate result of the wrongful conduct of Defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S., Inc., in connection with the designing, developing, manufacturing, distributing, labeling, advertising, marketing, promoting, and selling of TAXOTERE®, a prescription medication used in the treatment of breast cancer.

1