# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| LORENZA ZENON , | : : | COMPLANT & JURY DEMAND |
| Plaintiff:, | : : | Civil Action No.: **16-CV-17175** |
| vs.<br>SANOFI S.A. f/k/a SANOFI AVENTIS S.A.,<br>AVENTIS PHARMA S.A., and;<br>SANOFI U.S SERVICES, INC. f/k/a SANOFI-AVENTIS, U.S. INC.<br>SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.<br>HOSPIRA, INC.; and HOSPIRA WORLDWIDE, INC.; and<br>SUN PHARMA GLOBAL FZE separately and doing business as SUN PHARMA GLOBAL, INC; and CARACO PHARMACEUTICAL LABORATORIES, LTD.; and<br>SANDOZ INC.; and<br>ACCORD HEALTHCARE INC.; and<br>MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; and ALLERGAN FINANCE, LLC f/k/a ACTAVIS INC.; and<br>ACTAVIS, PHARMA, INC.; and<br>PFIZER, INC.<br><br> ,<br>Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : : : : : : : : : : : : : | |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendants.

Plaintiff further alleges as follows:

1

☒ E. Unknown

☐ F. Other: 

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> November 24, 2015-March 9, 2016

11. State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> **Severe and personal injuries that are permanent and lasting in nature including and economic and non-economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life**

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count II – Strict Products Liability for Misrepresentation
☒ Count III – Negligence

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "N" (5) |
| LORENZA ZENON<br>Plaintiff, | HON. KURT D. ENGLELHARDT |
| | MAG. JUDGE NORTH |
| vs. | COMPLAINT & JURY DEMAND |
| SANOFI S.A., <br>AVENTIS PHARMA S.A., and <br>SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S HOSPIRA WORLDWIDE, INC.; and SUN PHARMA GLOBAL INC.; and McKESSON CORPORATION d/b/a McKESSON PACKAGING; and SANDOZ INC.; and ACCORD HEALTHCARE INC.; and APOTEX, INC.; and PFIZER, INC.; and ACTAVIS PHARMA, INC.; and NORTHSTAR RX LLC; and EAGLE PHARMACEUTICALS, INC.<br><br>Defendants. | Civil Action No. _____ |

## COMPLAINT AND JURY DEMAND

Plaintiff, Lorenza Zenon, by and through her attorneys, Bachus & Schanker, LLC, respectfully submits the following Complaint and Jury Demand against Defendants Sanofi S.A.; Aventis Pharma S.A.; and Sanofi-Aventis U.S. LLC, separately,; and doing business as Winthrop