**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                             **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Tanya Francis, Case No. 16-17410;**
**Deborah Johnson, Case No. 16-15607.**

**SANOFI'S MOTION TO SEAL EXHIBITS A AND B TO OPPOSITION TO PLAINTIFF JOHNSON'S AND PLAINTIFF FRANCIS'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CLARIFICATION/AMENDMENT OF JUDGMENTS (DOCS. 7697 AND 7698) BASED ON ORDER AND REASONS (DOC. 7571)**

Defendants respectfully request leave of Court to file under seal the following exhibits to its Opposition to Plaintiff Johnson's and Plaintiff Francis's Motion For Reconsideration or, in The Alternative For Clarification/Amendment of Judgment (Docs. 7696 and 7698) Based on Order And Reasons (Rec. Doc. 8064):

- Exhibit 1

- Exhibit 2

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibit consists of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including; medical records;

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
[u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including

medical and protected health information; and personal identifying information.  For these reasons,

the exhibit must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned

exhibit be filed UNDER SEAL.

Respectfully submitted,


/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi*
*U.S. Services Inc.*

---

attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a
person who is not a party to the case.

## CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2019**, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore