**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Tanya Francis, Case No. 16-17410;**
**Deborah Johnson, Case No. 16-15607.**


**<u>ORDER</u>**

    Considering the foregoing *Ex Parte* Motion For Leave To File Exhibits A and B to its

Opposition to Plaintiff Johnson's and Plaintiff Francis's Motion For Reconsideration or, in the

Alternative, for Clarification/Amendment of Judgment (Docs. 7696 and 7698) Based on Order and

Reasons Under Seal;

    IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file

Exhibits A and B (Rec. Doc. 8064-1 and 8064-2) UNDER SEAL.

    New Orleans, Louisiana, this _____day of _____, 2019.


                                    _____
                                    UNITED STATES DISTRICT JUDGE