IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

Case No.: 2:19-cv-00730-JTM-MBN

MDL No. 2740

This document Relates to Plaintiff(s)

Janele Dyer
Case Number: 2:19-cv-00730

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Sean Rains, the surviving spouse of Janele Dyer, as the Plaintiff in this action, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Janele Dyer passed away intestate on June 21, 2019.
2. Plaintiff filed a Suggestion of Death on July 3, 2019.
3. Sean Rains is the surviving spouse of Janele Dyer and is a successor in interest and a proper party to substitute for plaintiff-decedent Janele Dyer.
4. Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested, that "Sean Rains, Surviving Spouse of Janele Dyer, Deceased" be substituted in place of "Janele Dyer" as Plaintiff in this action so that Decedent's claims survive, and the action on her behalf may proceed.

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Sean Rains as the proper party Plaintiff in this action.

Dated: August 21, 2019            Respectfully submitted,

                                       */s/ William Barfield*

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: August 21, 2019						Respectfully submitted,

                                                          */s/ William Barfield*

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*

2