IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

Case No.: 2:19-cv-00730-JTM-MBN

This document Relates to Plaintiff(s)

Janele Dyer
Case Number: 2:19-cv-00730

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Sean Rain's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDERED AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Sean Rains, on behalf of his deseased wife, Janele Dyer, may be substituted for Janele Dyer as the proper party Plaintiff in this action.

SO ORDERED this 21st day of August, 2019

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge