UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC** <br><br> Civil Action No. 2:18-cv-13322 |
| THIS DOCUMENT RELATES TO: <br> Janet Delvy | |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __21st__ day of __August__, 2019

                                                   Cutter Law, P.C.
                                                   /s/ C. Brooks Cutter
                                                   C. Brooks Cutter, CA 121407
                                                   Jennifer S. Domer, CA 305822
                                                   401 Watt Ave.
                                                   Sacramento, CA 95864
                                                   Telephone: (916) 290-9400
                                                   Facsimilie: (916) 588-9330
                                                   bcutter@cutterlaw.com
                                                   jdomer@cutterlaw.com
                                                   Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on  August , 21 , 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:   August   , 21, 2019              /s/  C. Brooks Cutter