UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144.

# ORDER

Considering the foregoing *Ex Parte* Motion for Leave Excess Pages (Doc. 8031);

**IT IS ORDERED** that the Motion is **GRANTED** and that the Reply Memorandum in Support of Sanofi's First Omnibus Motions in Limine (Motions in Limine No. 1–14) may exceed the 10-page limit.

New Orleans, Louisiana, this 21st day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE