# EXHIBIT 2

MINUTE ENTRY
MILAZZO, J.
MARCH 11, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEISHA HUNT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-457** |
| **MCNEIL CONSUMER HEALTHCARE, ET AL.** | **SECTION "H"(4)** |

### MINUTE ENTRY

On March 11, 2014, the Court held a telephone status conference on the record. Cathy Pepper was the court reporter on duty.

For the reasons stated orally and on the record;

The Court **ORDERS** as follows with respect to the recently-filed Motions *in Limine*:

- Docs. 370, 372, 373, 374, 388, 390, and 395 are **GRANTED**.

- Docs. 369 and 393 are **DENIED**.

- Doc. 385 is **GRANTED IN PART**.

- Docs. 387, 389, 391, and 392 are **CONDITIONALLY DENIED**.

- The Court **DEFERS** is ruling on Doc. 394.

- Doc. 384 has been completely adjudicated except Plaintiff's request that the Court

1

prohibit any reference to the content of pleadings that have since been superseded. As to this request, the Court **DEFERS** its ruling.

**IT IS FURTHER ORDERED** that the parties meet and confer to identify any exhibits (1) not produced to opposing counsel, or (2) not identified properly in the pre-trial order. Each party shall submit to the Court a list of such exhibits by March 14, 2014, at 10:00 a.m.

**IT IS FURTHER ORDERED** that this matter will be tried before a jury of 10. All will deliberate unless excused for good cause under Rule 47(c).

**IT IS FURTHER ORDERED** that Plaintiff shall resubmit to the Court three thumb-drives containing Plaintiff's proposed deposition testimony, with Defendants' objections thereto clearly demarcated. Plaintiff shall submit these drives, and provide an additional updated drive to Defendants, by March 13, 2014, at 12:00 p.m.

**IT IS FURTHER ORDERED** that, at the end of each trial day, the parties provide the court reporter with a thumb-drive of all exhibits admitted for that particular day.

**IT IS FURTHER ORDERED** that a status conference is **SET** in chambers for March 16, 2014, at 3:00 p.m. Dress code is casual. The parties shall contact the law clerk upon arrival in order to gain access to the building.



(JS-10: 45)