**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Barbara Earnest, Case No. 2:16-cv-17144.**

<u>**ORDER**</u>

Before the Court are three Motions for Leave to File Under Seal (Docs. 8008, 8015, and 8024). In these Motions, the parties cite the Stipulated Protective Order entered in this MDL (Pretrial Order No. 50). Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk of Court shall file the documents attached to these Motions under seal.

New Orleans, Louisiana, this 21st day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE