UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Martin et al v. Accord Healthcare, Inc. et al. | Civil Action No.: 2:18-cv-10048 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except ACCORD HEALTHCARE, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). Dated this 21th day of August, 2019.

                                        Debra J. Humphrey, Esq.
                                        (NYS Bar No. 5050448)
                                        Marc J. Bern & Partners LLP
                                        60 East 42nd Street, Suite 950
                                        New York, NY 10165
                                        Tel: (212) 702-5000
                                        Fax: (212) 818-0164
                                        Dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 21th of 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 21th, 2019         /s/ Debra J. Humphrey