```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:   TAXOTERE
     (DOCETAXEL) PRODUCTS
 5   LIABILITY LITIGATION

 6                              CIVIL ACTION NO. 16-MD-2740 "H"
                               NEW ORLEANS, LOUISIANA
 7                             THURSDAY, AUGUST 15, 2019, 2:00 P.M.

 8   THIS DOCUMENT RELATES TO:
     ALL CASES
 9
     ****************************************************************
10

11           TRANSCRIPT OF RULE TO SHOW CAUSE PROCEEDINGS
            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                   UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:          BARRIOS KINGSDORF & CASTEIX
16                                BY:  DAWN M. BARRIOS, ESQ.
                                  701 POYDRAS STREET, SUITE 3650
17                                NEW ORLEANS, LOUISIANA 70139

18

19                                GAINSBURGH BENJAMIN DAVID
                                  MEUNIER & WARSHAUER
20                                BY:  M. PALMER LAMBERT, ESQ.
                                  1100 POYDRAS STREET, SUITE 2800
21                                NEW ORLEANS, LOUISIANA 70163

22

23   FOR THE DEFENDANTS'
     STEERING COMMITTEE:          IRWIN FRITCHIE URQUHART & MOORE
24                                BY:  KELLY E. BRILLEAUX, ESQ.
                                  400 POYDRAS STREET, SUITE 2700
25                                NEW ORLEANS, LOUISIANA 70130

                          OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              TUCKER ELLIS
                               BY:  JULIE A. CALLSEN, ESQ.
 4                              950 MAIN AVENUE, SUITE 1100
                               CLEVELAND, OHIO 44113
 5

 6                              GREENBURG TRAURIG
                               BY:  NICHOLAS INSOGNA, ESQ.
 7                              TERMINUS 200
                               3333 PIEDMONT ROAD, NE
 8                              ATLANTA, GEORGIA 30305

 9

10    ALSO PRESENT
      VIA TELEPHONE:            JENNIFER NOLTE, ESQ.
11                              GORDON KESSLER, ESQ.
                               TREVOR ROCKSTAD, ESQ.
12                              LISA JOYCE, ESQ.
                               KLYE BENKIE, ESQ.
13

14                              BILL BARFIELD, ESQ.
15                              STEPHANIE RADOS, ESQ.
                               LYNN SIETHEL, ESQ.
16                              JENNIFER DOMMER, ESQ.
                               BRADLEY MORRIS, ESQ.
17

18                              RYAN BROWNE, ESQ.
19                              RICK ROOT, ESQ.
                               MICHAEL KRUSE, ESQ.
20                              STEVEN DAVIS, ESQ.
                               MELANIE SULKIN, ESQ.
21

22                              AMY GABRIEL, ESQ.
23                              LESLIE LAMACCHIA, ESQ.
                               CHARLOTTE GULEWICS, ESQ.
24                              TAREK ABASSI, ESQ.
                               STEVE ROTH, ESQ.
25
```

***OFFICIAL TRANSCRIPT***

1    APPEARANCES CONTINUED:

2

3                               STEVE ROTH, ESQ.
                                DONALD GREEN, ESQ.
4                               JOHN FOLEY, ESQ.
                                RYAN PERDUE, ESQ.
5

6

7    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
8                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
9                                NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
10                               Cathy_Pepper@laed.uscourts.gov

11   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         *OFFICIAL  TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                 THURSDAY, AUGUST 15, 2019

3              A F T E R N O O N   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Let me just double check before we get

9     started.  So my first noncompliance dismissal list.  That's

10    where the parties have voluntarily dismissed.  I just want to

11    make sure I'm understanding it because every time I'm confused.

12         MS. BARRIOS:  I'm going to let Kate answer that

13    question because she's put that together.

14         MR. INSOGNA:  The shorter list, Your Honor, with 17

15    entries?

16         THE COURT:  Yes.

17         MR. INSOGNA:  Yes, voluntarily dismissed.

18         THE COURT:  Those have been dismissed.  Okay.  Fine.

19         MS. BARRIOS:  We have two more to add to that that came

20    in, but I'll put it on the record.

21         MS. BRILLEAUX:  Good afternoon.  We're sorry.

22         THE COURT:  Good afternoon.  That's okay.

23              Then the noncompliance declarations, those are

24    the ones that we received the declarations for, correct?

25         MS. BARRIOS:  And the declarations said --

                    *OFFICIAL TRANSCRIPT*

1        MR. BRILLEAUX:  Yes.

2        MS. BARRIOS:  -- they can't contact the client.

3        THE COURT:  Okay.

4        MS. BARRIOS:  By default the others should be, I have

5    no opposition to the motion.  Is that right?

6        THE COURT:  That's --

7        MS. BARRIOS:  Noncompliant statement list.

8        THE COURT:  They have no --

9        MS. BARRIOS:  No opposition to the motion.

10        THE COURT:  Okay.

11        MS. BARRIOS:  We tried to be real fancy and give them

12    different names.

13        THE COURT:  Noncompliant list are those that we have to

14    actually address this afternoon.

15        MS. BARRIOS:  Yes, ma'am.

16        THE COURT:  Okay.  Thank you.

17        MS. BARRIOS:  Your Honor, I think we're ready to

18    proceed.

19        THE COURT:  Okay.  Let's proceed.

20            Those of you that are on the telephone, I'm going

21    to ask you to please place your phones on mute until you're

22    called.  Thank you.

23            I think we have some that are being dismissed.

24    Let's proceed.

25        MS. CALLSEN:  Good morning -- good afternoon.  We have

*OFFICIAL TRANSCRIPT*

1    a 120 -- we have 128 to be heard, which we'll address.  We

2    have -- on the noncompliance declaration list we have a total

3    of, let me see, 43 plaintiffs, and I'll just provide the list

4    to the court reporter.  On the noncompliant dismissal list we

5    have 17.

6              MS. BARRIOS:  We do have 17, Your Honor, and there will

7    be two more dismissals that have been filed since the list came

8    in.  Those two that will be added to the list that we'll give

9    the court reporter is Gail Linnette, L-I-N-N-E-T-T-E.  It's

10   Record Doc. 7977, and the second one is Charity McGee,

11   M-C-Capital G-E-E.  That's Record Doc. 7981.  Your Honor, for

12   your knowledge, those are numbers 105 and 107 on our large list

13   that we'll have to go through.

14             THE COURT:  Okay.

15             MS. CALLSEN:  Then the last list is the, excuse me, the

16   noncompliant statement list of which there are 30 plaintiffs.

17             Dawn, since you've written the two additionals,

18   do you want to give her your copy of those?

19             MS. BARRIOS:  Sure.

20             MS. CALLSEN:  I have these two, if you want to give her

21   this one.

22             THE COURT:  As to those first two lists, the first one

23   which covers 17 plaintiffs, those matters are dismissed with

24   prejudice.

25             Then the second list, which are noncompliance

*OFFICIAL TRANSCRIPT*

1  declarations, and those the Court has received declarations

2  from counsel advising that they were unable to reach their

3  client, that they were not able to cure the deficiencies, those

4  matters are dismissed with prejudice.

5          I believe we have a noncompliant statement list.

6          MS. CALLSEN:  Correct.  Noncompliant statement list.

7          MS. BARRIOS:  Yes, Your Honor.  On that we have 30, and

8  I think we've given that to the court reporter, but I could be

9  wrong.

10         THE COURT:  These are matters that are dismissed with

11 prejudice.

12         MS. BARRIOS:  Correct.

13         MS. CALLSEN:  Yes.

14         MS. BARRIOS:  Because they have no opposition to the

15 motion.

16         THE COURT:  They is no opposition to this motion, so

17 those matters are dismissed with prejudice.

18         Now we will proceed to those that have an

19 opposition and we will proceed.

20         MS. CALLSEN:  Okay.  The first group of plaintiffs,

21 there is number 1 through 24, represented by The Mulligan Firm.

22 There have been some substitutions of counsel that were filed

23 by Allen & Nolte.  The Mulligan Firm was the sole proprietor

24 firm, and Mr. Mulligan died suddenly on May 1, 2019.

25         We have been in contact with the Allen firm, and

*OFFICIAL TRANSCRIPT*

1   we have agreed, both Sanofi and the 505(b)(2)'s, to carry those

2   over to the next show cause hearing in order to fully assess

3   them at that time.

4          We have talked to the Allen firm about filing

5   notices of substitution for those that they plan to go forward

6   with so that we can address the appropriate counsel.

7          THE COURT:  As I appreciate it, Ms. Nolte,

8   Jennifer Nolte is on the phone.  Ma'am, are you on the phone?

9          PLAINTIFFS' COUNSEL:  Yes, Your Honor, I'm here.  This

10  is Jennifer Nolte.

11         THE COURT:  I just want to confirm that you're going to

12  work with defense counsel to make the necessary substitutions,

13  and we'll carry these over till next month.

14         PLAINTIFFS' COUNSEL:  Yes, Your Honor.  That's what we

15  plan to do.

16         MS. BARRIOS:  Your Honor, Dawn Barrios for the

17  Plaintiffs' Steering Committee.  I would just like to thank the

18  defense counsel for talking with Ms. Nolte and actually

19  providing an extension for a situation that is very tragic, but

20  they have been very cooperative, and I wanted to let the Court

21  to know.

22         THE COURT:  Thank you.

23         MS. CALLSEN:  Thank you.  Ms. Brilleaux is going to

24  start with the next.

25         MS. BRILLEAUX:  Good afternoon, Your Honor.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Good afternoon.

2          MS. BRILLEAUX:  Kelly Brilleaux for Sanofi.

3               The next cases we have -- there is a number of

4     them.  I know that, just for matter of explanation, we usually

5     go to people who have the least amount to the most amount.  We

6     have several that are represented by Marc J. Bern & Partners,

7     L.L.P.

8               The reason we have these at the top of the list

9     is because there was the largest number of plaintiffs with

10    cases that were supposed to be held at the July 11th show cause

11    docket that was canceled due to the inclement weather.

12               Just by way of context, the show cause call

13    docket that we submitted earlier this month both included cases

14    that were supposed to be heard at the July 11th and for the new

15    notice that was filed at the beginning of August.

16               We spoke with plaintiffs' liaison counsel about

17    this and decided that because so many of these cases were

18    intended to be heard in July and had originally been put on an

19    April notice, that these were appropriate to be heard today

20    because of the amount of time that has passed since they have

21    received that notice.

22          THE COURT:  Okay.

23          MS. BRILLEAUX:  So with that said, the first case on

24    this list is Maria Anderson represented by Marc J. Bern &

25    Partners, L.L.P.  The deficiency is the PFS is not

*OFFICIAL TRANSCRIPT*

1    substantially complete because of no before photos, no after

2    photos, and no PTO 71 certification.  Just as a reminder, that

3    is the certification that they have completed a review of the

4    ESI and have either produced it or have reviewed it and have

5    nothing to produce.

6              THE COURT:  Mr. Kessler.

7              PLAINTIFFS' COUNSEL:  Good morning, Your Honor.  We

8    actually received a lot of documents today from the client.  We

9    are in the process of reviewing them and uploading them.  We

10   just ask for seven days to get those uploaded and for defense

11   to review them.

12             THE COURT:  All right.  Mr. Kessler, I'm going to give

13   you seven days, but this has been a couple of months now, so

14   it's not eight days, it's seven days.

15             MS. BRILLEAUX:  Thank you, Your Honor.  The next case

16   that we have, Your Honor, is by the same firm, Margaret Bachop,

17   and this is a number of PFS deficiencies, and I want to be

18   clear about what the issue is here.  The deficiencies that we

19   have listed is no PFS declaration, no proof of use, no before

20   photos, no after photos, no authorizations, no CMO 12, and no

21   PTO 71.

22             Your Honor, I know we've discussed this before,

23   and unfortunately we've seen this in a number of instances with

24   this firm today where they have filed a true shell of a PFS.

25   It literally only has the plaintiff's name, address,

**OFFICIAL TRANSCRIPT**

1   Social Security number and gender and has absolutely nothing
2   filled out beyond page 2.  I have copies of it, if I could show
3   Your Honor.
4          THE COURT:  Mr. Kessler.
5          PLAINTIFFS' COUNSEL:  Your Honor, there are actually a
6   few cases that would be carrying of the hearing last month we
7   would have submitted the declarations of no contact.  This is
8   one of those cases.  It kind of got lost in the shuffle.  We
9   did submit some of those declarations.  I can give you the list
10  of them if it's easier to go that way.
11         THE COURT:  Wait, did you file a declaration?  Is that
12  what you're telling me?
13         PLAINTIFFS' COUNSEL:  We had filed declarations in
14  numerous other cases where we hadn't heard back, but because of
15  the carrying of the hearing here there were a couple that we
16  missed.
17         THE COURT:  This is one you missed.  This matter is
18  dismissed with prejudice.
19         MS. BRILLEAUX:  Thank you, Your Honor.
20              The next case on the list for Marc J. Bern &
21  Partners is Stacey Bowling.  This is no PFS submitted.
22         PLAINTIFFS' COUNSEL:  Your Honor, this is another one
23  of those cases where we made attempt to contact the client but
24  have been unsuccessful.  In the interest of time, do you want
25  me to just give you the numbers of those plaintiffs?

*OFFICIAL TRANSCRIPT*

1     THE COURT:  Okay.  Right now this one is dismissed with

2   prejudice.

3          Do you have other ones?  Give me the names.

4     PLAINTIFFS' COUNSEL:  Cruz.  That's number 30.

5     THE COURT:  That matter is dismissed with prejudice.

6     PLAINTIFFS' COUNSEL:  Evans.  That's number 33.

7     THE COURT:  That matter is dismissed with prejudice.

8     PLAINTIFFS' COUNSEL:  King, which is number 36.

9     THE COURT:  This matter is dismissed with prejudice.

10    PLAINTIFFS' COUNSEL:  Miller, number 39.

11    THE COURT:  Dismissed with prejudice.

12    PLAINTIFFS' COUNSEL:  Pierce, number 42.

13    THE COURT:  Dismissed with prejudice.

14    PLAINTIFFS' COUNSEL:  Rottier, number 45.

15    THE COURT:  Dismissed with prejudice.

16    PLAINTIFFS' COUNSEL:  Schroeder, number 46.

17    THE COURT:  Dismissed with prejudice.

18    PLAINTIFFS' COUNSEL:  The last one is Watts, number 51.

19    THE COURT:  Dismissed with prejudice.

20    MS. BARRIOS:  Your Honor, Dawn Barrios.  I would like

21  to send a message to Mr. Kessler.  If you know that you are

22  going to have these cases dismissed, even though the time

23  period has expired to tell the defendant, please call my

24  office.

25         My paralegal, Kate Robinson, keeps meticulous

*OFFICIAL TRANSCRIPT*

1    lists of people who need to be dismissed but don't formally do

2    it before the hearing; so, I would appreciate if this occurs in

3    the future for you to call my office because it's just really a

4    waste of the court's and counsel's time.

5           MS. BRILLEAUX:  Thank you, Ms. Barrios.  I want to echo

6    that on behalf of defendants.  It's extremely frustrating to us

7    that the plaintiffs, not all of them, some of them who are

8    doing this, they are essentially gaming the system.  They are

9    doing this to get off of the no PFS submitted list by just

10   submitting the most basic of information, and it's frustrating

11   for us to have to spend the time preparing to present that to

12   you only to be told that they intended to dismiss them.  I

13   don't think that any disingenuous PFS's should be submitted

14   through the process for the purpose of avoiding this list.

15          THE COURT:  Mr. Kessler, I agree.

16          PLAINTIFFS' COUNSEL:  Yeah, I'm sorry that that

17   happened, Your Honor.  We will certainly be more diligent on

18   that.

19          THE COURT:  All right.  Lisa Buckley.

20          MS. BRILLEAUX:  Thank you, Your Honor.  For that we

21   have the PFS is not substantially complete because there are no

22   after photos and no proof of the CMO 12 process being

23   initiated.  This was also a case that was to be heard on

24   July 11th, so it has been -- the plaintiffs have been on notice

25   since April 30th.  And --

**OFFICIAL TRANSCRIPT**

1      THE COURT:  So where are we, Mr. Kessler?

2      PLAINTIFFS' COUNSEL:  Your Honor, I believe the

3  Plaintiff Fact Sheet was uploaded on July 9th, and we sent an

4  email of our attempt to obtain product ID on July 10, 2019.

5      THE COURT:  But you understand that there was a

6  question about no after photos.

7      PLAINTIFFS' COUNSEL:  Just give me one second.  I'll

8  pull that up.  I believe we have submitted the photos.

9          Your Honor, I have the MDL Centrality page in

10  front of me.  I do see that photos were uploaded on July 9th.

11      THE COURT:  After photos?

12      PLAINTIFFS' COUNSEL:  Yes.

13      MS. BRILLEAUX:  Counsel --

14      PLAINTIFFS' COUNSEL:  Just before -- after.  I'm sorry.

15      THE COURT:  Wait, you have before photos but not after

16  photos?

17      PLAINTIFFS' COUNSEL:  We have a photo from May 2015 and

18  June 2015.

19      MS. BRILLEAUX:  Counsel, I have the plaintiff's

20  chemotherapy took place on August 2015, so those would be

21  before photos.

22      THE COURT:  That's what he just said.

23      MS. BRILLEAUX:  So he has no after photos.

24      THE COURT:  All right.  You have seven days to get

25  after photos, but this is already three months late.  I know

**OFFICIAL TRANSCRIPT**

1    that when you get your deficiency you're notified as to what

2    the deficiency is.  There is no reason for us to be doing this.

3                    Okay.  Carol Burkhardt.

4            MS. BRILLEAUX:  Your Honor, this is no PFS submitted.

5            PLAINTIFFS' COUNSEL:  Your Honor, verified Plaintiffs

6    Fact Sheet was submitted yesterday.

7            THE COURT:  I'm going to give defense counsel seven

8    days to verify.

9                    Okay.  Carol Sue Dellos.

10           MR. INSOGNA:  Yes, Your Honor, this is a 505 case.

11   There is no proof of injury documentation submitted, no proof

12   that the CMO 12 process has been initiated, and no PTO 71

13   documentation.

14           THE COURT:  You have to help.  71.  What's that?

15           MR. INSOGNA:  Sorry, that's the ESI certification

16   document, Your Honor.

17           THE COURT:  Okay.  All right.

18           PLAINTIFFS' COUNSEL:  Your Honor, all authorizations,

19   PTO 71 statements, photos, and the Plaintiff Fact Sheet were

20   uploaded yesterday, as was an email sent regarding the CMO 12

21   process.

22           THE COURT:  All right.  I'm going to give seven days

23   for defense counsel to verify.

24           MS. BARRIOS:  Your Honor, with regard to the deficiency

25   that's listed, no CMO 12A, I don't really know what that means,

*OFFICIAL TRANSCRIPT*

1    because we had always talked with you about the fact that we're

2    not looking at product ID now, manufacturer's ID.  We're only

3    looking at proof of use.  So if I'm confused of what they mean

4    by no CMO 12A, I can't imagine that plaintiff's counsel is

5    confused as well.

6        MS. BRILLEAUX:  Your Honor, we have been over this at

7    several hearings.  It's not that they have product ID, it's

8    they've undergone the obligations and the timeline (speaking

9    simultaneously) --

10       THE COURT:  I think the issue is -- I think I've

11   indicated that I would not dismiss the cases if they were

12   undergoing -- if they were doing the due diligence in the

13   search and beginning 12A process.  I think that's been the

14   frustration.

15            I know that there is proof of use, which is one

16   matter.  Proof of injury, clearly that's an issue that we're

17   covering, but I think if people have engaged in the 12A

18   process, I'm not going to dismiss any of those cases.  I think

19   some of the people, though, have -- the concern is that they

20   have begun the process.

21       MS. BRILLEAUX:  Exactly.  Just to clarify it, that is

22   exactly what it is.  We do not -- we are not enforcing any

23   obligation to produce proof of product ID.  It is that you've

24   taken the steps that are outlined in CMO 12.

25       MS. BARRIOS:  Your Honor, I totally understand that,

*OFFICIAL TRANSCRIPT*

1    and I preach that on a daily basis, but the first two steps of

2    CMO 12 is the plaintiffs' counsel communicating with the

3    facility.  How would they know if they communicated with the

4    facility or not to say no steps have been taken?

5        MS. BRILLEAUX:  Because CMO 12 requires that you send

6    an email to the defense counsel explaining which steps you have

7    taken that's listed out in CMO 12A.

8        THE COURT:  Would somebody please put their phone on

9    mute.  Please.

10       Okay.  I don't have 12A in front me, but I

11   thought that there was some coordination at least in the

12   beginning of the process, and it's just a verification of the

13   process that has begun.

14       MS. BARRIOS:  I understand that, Your Honor, and I have

15   to admit that I have no specific recollection of it, but I

16   thought the obligation to notify the defendants was more in

17   Step 3 and 4, not in Steps 1 and 2.  If I could just have that

18   continuing on the record, I would appreciate it.

19       THE COURT:  Right.  Right.  I don't think anybody's

20   case is being dismissed for no product ID.  I think the issue

21   is that the process needs to be begin.

22       MS. BRILLEAUX:  So Ms. Barrios' point, just to close

23   this discussion, we understand Ms. Barrios' point, and that is

24   why there is a Step 3 that requires plaintiffs to notify

25   defendants if they are unable to get the records, and any case

*OFFICIAL TRANSCRIPT*

1    listed on here is beyond that point.

2              THE COURT:  Okay.

3              MS. BRILLEAUX:  Thank you.

4              THE COURT:  All right.

5              MS. BRILLEAUX:  Are we at Patricia Dukes?

6              THE COURT:  Patricia Dukes.

7              MS. BRILLEAUX:  Your Honor, for that case there have

8    been no authorizations, no CMO 12 process initiated, and no

9    PTO 71 certification.

10             THE COURT:  Mr. Kessler?

11             PLAINTIFFS' COUNSEL:  Your Honor, PTO 71, the statement

12   was uploaded yesterday, the CMO 12 email was sent earlier

13   today, and the Plaintiff Fact Sheet and all authorizations were

14   uploaded in to MDL Centrality on July 25th.

15             THE COURT:  Okay.  The Court is going to grant seven

16   days to verify.

17             MS. BRILLEAUX:  Your Honor, just my notes on this, two

18   of the authorizations, specifically HIPAA and psych, were not

19   dated, and then insurance disability and Workers' Comp were not

20   witnessed.  That's the deficiency with the authorizations.

21             THE COURT:  Has that been corrected, Mr. Kessler?

22             PLAINTIFFS' COUNSEL:  If it's not dated, we'll resolve

23   those.  If the HIPAA wasn't dated and the psych was not

24   witnessed.

25             THE COURT:  I think that's what I'm hearing from

*OFFICIAL TRANSCRIPT*

1   Ms. Brilleaux.

2       PLAINTIFFS' COUNSEL:  I'm looking at it.  That is

3   correct.  We request seven days to get the correct

4   authorizations.

5       THE COURT:  I'm going to give seven days, but I

6   think -- do you tell the people what the exact deficiency is?

7       MS. BRILLEAUX:  Yes.

8       THE COURT:  So this should not be a surprise.

9           Okay.  All right.  Geraldine Foxx.

10      MS. BRILLEAUX:  Geraldine Foxx, no PFS submitted.

11      PLAINTIFFS' COUNSEL:  PFS was submitted earlier today.

12      MS. BRILLEAUX:  Your Honor, just for the record, I just

13  want to note that the plaintiff in this matter filed a

14  declaration of no contact indicating a number of attempts, and

15  the case was filed in March.

16      THE COURT:  He just said he filed something today.

17      MS. BRILLEAUX:  But just pointing out an inconsistency

18  with this is that the case was filed in March of 2018, and we

19  received a notification that he was unable to reach his client

20  on March 15th and when it was filed on March 18th.

21      MS. BARRIOS:  But, Your Honor --

22      THE COURT:  I'm -- I don't know.  I mean, if there was

23  a Plaintiff Fact Sheets submitted this morning, it's the first

24  time it's before me, I'm going to give you seven days to verify

25  it.  I hope against all hope it's not a shell Plaintiff Fact

*OFFICIAL TRANSCRIPT*

1    Sheet, but I'm going to give you seven days to verify that,

2    but --

3              MS. BARRIOS:  For the record, Your Honor, just to

4    complete the record, the declaration that was filed, which was

5    Record Doc. 7959, was withdrawn.

6              MS. BRILLEAUX:  Okay.  We agree.

7              MS. BARRIOS:  Record Doc. 7967.

8              THE COURT:  I've already given seven days for you to

9    verify it.

10             MS. BRILLEAUX:  Thank you, Your Honor.

11             THE COURT:  Let's go.  Gail Hill.

12             MS. BRILLEAUX:  This is no before photos, no after

13   photos, and no CMO 12 process initiated.

14             THE COURT:  Mr. Kessler.

15             PLAINTIFFS' COUNSEL:  I'm sorry, this is Gail Hill.

16   The documents were uploaded through MDL Centrality, and the

17   CMO 12 email was sent earlier today as well.

18             THE COURT:  Seven days to verify.

19             MS. BRILLEAUX:  Thank you, Your Honor.

20             THE COURT:  Mr. Kessler, I don't mean to beat the

21   proverbial dead horse, but if you did it this morning my guess

22   is you could have done it yesterday or the day before, and I

23   would not have this on my list.

24             PLAINTIFFS' COUNSEL:  Your Honor, I apologize about

25   that.  We'll be more diligent in getting these things done in a

*OFFICIAL TRANSCRIPT*

1    few days before the hearing.

2            THE COURT:  Janice Madison.

3            MS. BRILLEAUX:  Thank you, Your Honor.  This no PFS

4    submitted.

5            PLAINTIFFS' COUNSEL:  Plaintiff Fact Sheet is another

6    one was submitted yesterday.

7            THE COURT:  Seven days for defendants to verify.

8                 Phyllis Mayo.

9            MS. BRILLEAUX:  Your Honor, this is another PFS that is

10   not substantially complete.

11           THE COURT:  What's missing?

12           MS. BRILLEAUX:  Let me see my notes.  It's another

13   shell PFS.  I have a copy of it for you.

14           PLAINTIFFS' COUNSEL:  Your Honor, just for the record,

15   amended Plaintiff Fact Sheets was uploaded July 23rd.  The

16   initial one may have not been substantially complete, but the

17   July 23rd Plaintiff Fact Sheet which was verified included all

18   relevant information.

19           MS. BRILLEAUX:  Your Honor, the one that I have is not

20   dated.

21           THE COURT:  Okay.  I'm going to give you seven days.

22   He's telling me that he filed another one in July, but I'm

23   going to give the defendant seven days to verify that it's more

24   than what you presented to me.

25                 Valerie Olin.

                              *OFFICIAL TRANSCRIPT*

1          MS. BRILLEAUX:  Your Honor, I just want to go back to

2     that one.  There was an additional deficiency that I didn't

3     mention.  There are no after photos from within the past five

4     years and no current present day photos for Phyllis Mayo.

5          THE COURT:  I thought there was nothing.

6                Okay.  That would include photographs.  Did you

7     submit photographs?

8          PLAINTIFFS' COUNSEL:  Yes, Your Honor.  Those

9     photographs were uploaded on July 23rd, as well.

10         MS. BRILLEAUX:  The current photographs, Counsel?

11         PLAINTIFFS' COUNSEL:  I'm not sure.  I do not have it

12    right in front of me.  If it's not, we'll get current

13    photographs within the next seven days.

14         THE COURT:  All right.  You've got seven days.

15    Defendants have seven days to verify that the new ones have

16    been submitted.

17              Valerie Olin?

18         MS. BRILLEAUX:  Yes, Your Honor.  This is a no PFS

19    declaration, no proof of use, no before photos, no after

20    photos, no authorizations, no CMO 12, no PTO 71, and, again,

21    this is a shell PFS with nothing after page 2.  I have a copy

22    of that as well.

23         PLAINTIFFS' COUNSEL:  Your Honor, a new Plaintiff Fact

24    Sheet that is substantially complete was uploaded and verified,

25    I verified one earlier today, along with before and after

                         *OFFICIAL TRANSCRIPT*

1    photos, PTO 71 statements, and authorizations.

2          THE COURT:  Defendants have seven days to verify.

3          MS. BRILLEAUX:  Your Honor, I just wanted to point out

4    whether plaintiff had purportedly cured the proof of use

5    deficiency?

6          PLAINTIFFS' COUNSEL:  Let me check.  I believe we had

7    sent an email.

8                I don't have the record in front of me.  I

9    request seven days to get this resolved.

10         MS. BRILLEAUX:  Thank you, Your Honor.

11         THE COURT:  Tammy Pendelton.

12         MS. BRILLEAUX:  Yes, Your Honor.  No PFS submitted.

13         PLAINTIFFS' COUNSEL:  Your Honor, we're under the

14   belief that Ms. Pendelton passed way recently based on her

15   obituary we found online.  I request 30 days to locate the next

16   of kin.

17         THE COURT:  I'll grant 30 days.

18               Felicia Rhodes.

19         MS. BRILLEAUX:  Your Honor, this is no PFS declaration,

20   no before photos, no after photos, no authorization, no CMO 12

21   process initiated, no PTO 71.  We had a primarily blank PFS but

22   a little bit more than the shell PFS that we have been

23   referring to today.

24         PLAINTIFFS' COUNSEL:  Your Honor, this is another

25   plaintiff who passed way.  We've actually been in contact with

*OFFICIAL TRANSCRIPT*

1    her son who doesn't recall a lot of information on the

2    Plaintiff Fact Sheet or doesn't know it, and he's unable to

3    find before photos.  We request 30 days to get this resolved;

4    if not, we will stipulate to dismiss this matter.

5        THE COURT:  When did she pass way?

6        PLAINTIFFS' COUNSEL:  Give me one second to find that.

7    Your Honor, I'm going to look that up.  If you want to move it,

8    I can certainly come back to it.  I just don't want to take up

9    more of your time.

10        THE COURT:  Sandra Rose.

11        MS. BRILLEAUX:  Yes, Your Honor.  This is no PFS

12    submitted.

13        PLAINTIFFS' COUNSEL:  The Plaintiff Fact Sheet, a

14    verified one was uploaded through MDL Centrality yesterday.

15        THE COURT:  I'm going to give the defendant seven days.

16    I will tell you, if they are -- if it's a shell PFS, I'm going

17    to dismiss the case.

18        MS. BRILLEAUX:  Thank you, Your Honor.

19        THE COURT:  But I will tell you this, if it's shells

20    that you're asking me to dismiss within seven days, I want to

21    see the Plaintiff Fact Sheet.  I know we do a lot by letter,

22    but I want to see those to satisfy myself that there has been

23    no fundamental information provided.

24        MS. BRILLEAUX:  Your Honor, just to reiterate, I know

25    that Mr. Kessler has been mentioning a lot of things that were

*OFFICIAL TRANSCRIPT*

1   uploaded yesterday and today.  Before every show cause hearing,

2   I work with Ms. Barrios to set a cutoff date for all of these

3   things, and all of this is obviously well beyond that cutoff

4   date, not just stuff that happened today but even yesterday and

5   even the day before that, just to make it clear.

6           THE COURT:  I know.

7           MS. BRILLEAUX:  Thank you.

8           THE COURT:  I am aware.

9               Jacqueline Scott.

10          MS. BRILLEAUX:  Yes, Your Honor.  This is another shell

11  PFS.  No PFS declaration, no proof of use, no before photos,

12  after photos, authorization, CMO 12 process, PTO 71

13  certification.

14          PLAINTIFFS' COUNSEL:  Your Honor, complete Plaintiff

15  Fact Sheet and all authorizations were uploaded yesterday to

16  MDL Centrality.

17          THE COURT:  I'll give the defendant seven days to

18  confirm.

19              Grace Stomps Baringer.

20          MS. BRILLEAUX:  No PFS submitted, Your Honor.

21          PLAINTIFFS' COUNSEL:  Your Honor, I spoke to

22  Ms. Baringer earlier today.  We have been trying to get in

23  contact with her.  We finally did.  She recently was released

24  from the hospital, and she is planning to get in touch with us

25  later today so we can finish up the Plaintiff Fact Sheet and

*OFFICIAL TRANSCRIPT*

1   get it uploaded.  We request 14 days for that to be completed.

2          THE COURT:  This complaint was filed in March of this

3   year.  I'm going to give you 14 days.

4          MS. BRILLEAUX:  Thank you, Your Honor.

5              Shirley Thompson.  This is another shell PFS.  No

6   PFS declaration, no proof of use, before photos, after photos,

7   authorizations, CMO 12 initiated, PTO 71 declaration.

8          PLAINTIFFS' COUNSEL:  Your Honor, this is another one

9   that was cured yesterday.  A fully complete Plaintiff Fact

10  Sheet with a verification was uploaded to MDL Centrality, and

11  the CMO 12 email was sent yesterday as well.

12         THE COURT:  I'll grant the defendant seven days.

13         MS. BRILLEAUX:  Eneida Torres is the next one that I

14  have.  Same situation -- shell PFS, no PFS declaration, no

15  proof of use, before photos, after photo, authorization, CMO 12

16  and 71.

17         PLAINTIFFS' COUNSEL:  Your Honor, Ms. Torres, I told

18  her as well today.  She doesn't want to proceed with the case,

19  but she said she's having issues with panic attacks and just

20  needs a little bit more time to --

21         THE COURT:  She's not getting any more time.  This

22  complaint was filed in December 2018, and I don't know how her

23  condition changes today in 14 days that it wasn't there 14 days

24  ago.  Now, if you can make me understand why things are somehow

25  going to change in the next two weeks, I will reconsider my

**OFFICIAL TRANSCRIPT**

1    position.

2         PLAINTIFFS' COUNSEL:  Your Honor, I understand your

3    point, and I have no further comment on that.

4         THE COURT:  This matter is dismissed with prejudice.

5         MS. BRILLEAUX:  Thank you, Your Honor.

6              Rosemarie Way Garrett, no PFS submitted.

7         PLAINTIFFS' COUNSEL:  Your Honor, we uploaded

8    authorizations from Ms. Way Garrett yesterday.  She's another

9    one who has been in and out of the hospital.  She's working

10   through the Plaintiff Fact Sheet with our office, and we hope

11   to get it uploaded as soon as possible.  We request seven days

12   to get that uploaded to MDL Centrality.

13        THE COURT:  Has she been in the hospital?

14        PLAINTIFFS' COUNSEL:  Yes.  She recently was released.

15   She said she had a few trips to the hospital.

16        THE COURT:  I'll give you seven days.

17        MR. BRILLEAUX:  Thank you, Your Honor.

18              Mary Wheeler, no PFS submitted.

19        PLAINTIFFS' COUNSEL:  Your Honor, Ms. Wheeler's PFS

20   with verification was uploaded earlier today along with

21   authorizations, PTO 71 statements, and medical records.

22        THE COURT:  I'll give the defendant seven days to

23   verify.

24        MS. BRILLEAUX:  Thank you, Your Honor.

25              Shelley Williams.  The deficiency here is no

*OFFICIAL TRANSCRIPT*

1    HIPAA authorization, and this was a case that was supposed to

2    be heard on July 11th.  We've had ample time to get a HIPAA

3    authorization.

4            PLAINTIFFS' COUNSEL:  Your Honor, both those

5    authorizations were uploaded on July 9th, including, I believe,

6    the HIPAA authorization.  I re-uploaded it earlier today just

7    to make sure.

8            THE COURT:  I'll give the defendant seven days to

9    verify that they have received the HIPAA authorizations either

10    from July 9th or today.

11            MS. BRILLEAUX:  Thank you, Your Honor.

12                The next few, we have a couple that are a little

13    out of order by firm.  I would like to stick to the order, if

14    that's okay with Your Honor.

15            THE COURT:  That's fine with me.

16            MR. BRILLEAUX:  The next case is represented by Davis &

17    Crump.  It is Barbara Briggs.  This is a PFS not substantially

18    complete, no before photos from within five years of treatment.

19            THE COURT:  Mr. Rockstad.

20            PLAINTIFF'S COUNSEL:  Yes, Your Honor.  This is

21    Trevor Rockstad.  We've asked Ms. Briggs to search her house

22    and ask family and friends, and she's been unable to turn up

23    any pictures from that timeframe.

24            THE COURT:  Seriously?  She doesn't have a photograph?

25    Are we looking at photographs before?

                        *OFFICIAL TRANSCRIPT*

1          PLAINTIFF'S COUNSEL:  Before, the five years before the

2    chemo, Your Honor.

3          THE COURT:  When did she get chemo?

4          PLAINTIFF'S COUNSEL:  2009.

5          MS. BRILLEAUX:  The most recent photo we have from her

6    is dated 1990.

7          MS. BARRIOS:  Your Honor, I've done this before with

8    Bachus & Schanker.  I'm happy to work with Mr. Rockstad and see

9    if I can assist in possibly opening up other avenues for him to

10   get the photos.

11         THE COURT:  Okay.

12         MS. BRILLEAUX:  Your Honor, on behalf of defendants

13   we're fine with that, but we also think there needs to be a

14   next step after the plaintiffs' liaison counsel assists

15   plaintiff's counsel with that process if photos still are not

16   produced.

17         THE COURT:  Let me tell you, Mr. Rockstad, she's going

18   to have to get a photo within five years.  We had a situation

19   where people, because of extraordinary reasons, could not have

20   a photograph, but I mean there is a photograph somewhere, and

21   I'm going to give you 30 days so that you have an opportunity

22   to work with Ms. Barrios in finding it but we've got to.  Okay.

23   We'll push him till the next time.

24         MS. BRILLEAUX:  Thank you, Your Honor.

25              Next case on the list is represented by Goza &

*OFFICIAL TRANSCRIPT*

1   Honnold.  The plaintiff is Nancy Boldenwoodruff.  Your Honor,

2   this is -- the deficiency for this one is before photos not

3   dated, and we initially identified the deficiencies for no

4   dates at all.

5           Plaintiff in this case provided a photograph

6   dated March 6, 2012, and then resubmitted the same picture with

7   a range of 2007 to 2012.  The photographs -- I have copies of

8   the photographs with me, Your Honor, just because --

9           PLAINTIFFS' COUNSEL:  Good afternoon.

10          THE COURT:  Ms. Joyce?

11          PLAINTIFFS' COUNSEL:  Yes, I'm here, Your Honor.

12          THE COURT:  Okay.  Thank you.

13          MR. BRILLEAUX:  Just there are some discrepancies.  I

14  think it might just be easier, I can show you the photos, but I

15  can also put them on here if I can turn it on.

16          This is a photo from 1975 with two children and

17  then attached is a photo that purports to be between 2007 and

18  2012, and purportedly 30 years have passed between the two

19  photos that I just showed you, and she's supposed to here be

20  between 60 and 65 years old.

21          While we certainly can only rely on the

22  representations, I think the bigger issue is providing a range

23  of dates between five years.  The date that was assigned to

24  this photo by plaintiffs' counsel is somewhere between 2007 and

25  2012, and we don't really know what we can do with this as

*OFFICIAL TRANSCRIPT*

1    defense counsel.

2          THE COURT:  When was chemotherapy administered?

3          PLAINTIFFS' COUNSEL:  2012, Your Honor.

4          THE COURT:  Okay.

5          PLAINTIFFS' COUNSEL:  Yes.  We are working with the

6    client and her daughter to nail down, get more accurate dates.

7    There were additional photos uploaded to MDL Centrality on

8    August 8th, and then this morning I received some more dates

9    from the client's daughter who took the photos, and I submitted

10   those or we submitted the photos with dates showing that they

11   were approximately between 2007 and 2008.

12         THE COURT:  That would be within the five years?

13         MS. BRILLEAUX:  I mean, Your Honor, if they are able to

14   assign a date --

15         THE COURT:  That's what -- I'm listening to Ms. Joyce.

16   I'm going to give you seven days to get this straight,

17   Ms. Joyce, and then verify, but I'm going to ask you to work

18   with Ms. Barrios' office, liaison counsel.

19         MS. BARRIOS:  Yes, Your Honor.  Thank you.

20         PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

21         THE COURT:  To make sure because it's got to be -- the

22   dates have to be exact.

23         MS. BRILLEAUX:  Thank you, Your Honor.

24         PLAINTIFFS' COUNSEL:  I understand.  Thank you.

25         MS. BRILLEAUX:  The next case that I have is the

**OFFICIAL TRANSCRIPT**

1    plaintiff is represented by Kirtland & Packard, L.L.P.  The

2    plaintiff is Cheryl Wingate.  This is a different firm but

3    another example of basically a shell PFS.

4              Your Honor, the particularly disturbing thing

5    about this is that plaintiffs submitted a verification for

6    basically just only the name and address.  I do have a copy of

7    the PFS with me, if you would like to see a copy of it.  Thank

8    you.

9         PLAINTIFFS' COUNSEL:  Kyle Benkie here for Kirtland &

10   Packard.  Yes, it was originally submitted on 8/12, and then we

11   received an actual deficiency notice this morning, so we're

12   thinking -- I have a copy of the PFS.  Everything should be

13   cured as of around 9:00 a.m. this morning.

14             I believe it was inadvertently submitted without

15   all of the information contained the first time around.

16        THE COURT:  So it was submitted this morning?

17        PLAINTIFFS' COUNSEL:  With all the additional

18   information.  I believe it was originally submitted maybe

19   inadvertently with just a name and a verification, but this

20   morning we have all the details within the PFS.  That was done

21   by copy from my staff, which I can pull it over to defense as

22   well.

23        THE COURT:  All right.  I'm going to give the

24   defendants seven days to verify that it's cured.

25        MS. BRILLEAUX:  Just to clarify, Your Honor, any

*OFFICIAL TRANSCRIPT*

1  allegation that the notice came any time before 30 days before

2  today is completely baseless.

3            THE COURT:  Ruth Brown.

4            MR. INSOGNA:  Yes, Your Honor.  This is no PFS

5  submitted.  I am told that there is a suggestion of death filed

6  in Ms. Brown's case.  I have not heard from counsel whether

7  there is next of kin.

8            THE COURT:  This is McDonald Worley.

9            MR. INSOGNA:  Yes, Your Honor, McDonald Worley.

10  Mr. Barfield?

11            PLAINTIFFS' COUNSEL:  I don't believe Mr. Barfield is

12  on the line this but Meagan (inaudible) for Mr. Worley.  Yes,

13  that's correct.  Ms. Brown has --

14            THE COURT:  Wait.  Ma'am, I need your name, please.

15            PLAINTIFFS' COUNSEL:  Meagan, M-E-A-GA-N, last name

16  Philip, P-H-I-L-I-P.

17            THE COURT:  Thank you.  The court reporter needs it.

18            PLAINTIFFS' COUNSEL:  Yes, Your Honor.

19            THE COURT:  Okay.  So there is a suggestion of death?

20            PLAINTIFFS' COUNSEL:  Yes, Your Honor, that's correct.

21  We recently found out our client passed away in May, and we

22  filed a suggestion of death, and we're just asking for 60 days

23  to see if we hear back from next of kin.

24            THE COURT:  When did she pass away; do you know?

25            PLAINTIFFS' COUNSEL:  Yes, Your Honor.  She died

*OFFICIAL TRANSCRIPT*

1   May 16, 2019.

2            THE COURT:  I'll grant 60 days.

3            PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

4            THE COURT:  Michelle Rosser, which is Ms. Rados.  Are

5   you on the phone?

6            PLAINTIFFS' COUNSEL:  Yes, I am, Your Honor.

7            MS. BRILLEAUX:  Your Honor, the deficiency for this one

8   is no PFS submitted.

9            PLAINTIFFS' COUNSEL:  Your Honor, we submitted the PFS

10  this morning with a verification.

11           THE COURT:  The Court is going to give the defendant

12  seven days to verify.

13           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

14           MS. BRILLEAUX:  The next plaintiff is represented by

15  the Seithel Law, LLC.  The plaintiff is Susan Shinn, no PFS

16  submitted.

17           PLAINTIFFS' COUNSEL:  This is Lynn (inaudible) firm and

18  (inaudible) PFS verifications and clarifications for PTO 71

19  was -- I believe the PFS was submitted yesterday and most of

20  the medical records and the before and after pictures and the

21  certification were submitted this morning.

22           THE COURT:  The Court is going to grant seven days.

23           PLAINTIFFS' COUNSEL:  Thank you.

24           THE COURT:  Listen, while you all are on the phone, I

25  cannot convey my frustration with the inability to comply with

*OFFICIAL TRANSCRIPT*

1    the deadlines so that instead of giving the defendants an

2    opportunity to review that before we get here and remove

3    70 percent of this call docket, we're having to then continue

4    it so that I can fairly give the defendants an opportunity to

5    review this, and we're not having to, after this, dismiss

6    cases.

7              I don't know how many times I have to say this, I

8    wonder if those of you on the phone have any idea of the amount

9    of work that's put into this by myself, by staff, and counsel

10   here in the courtroom.

11             What's going to happen in very short order is

12   that there will be no seven-day opportunity for defendants to

13   review.  If it's not filed in time to be properly before this

14   court, it's going to be dismissed, and you'll have to answer to

15   your clients for that.

16             If you can do it this morning, if you could do it

17   yesterday, you could have done it on time, unless your client

18   is in the hospital or some other emergency, but it is

19   extraordinarily frustrating for those are us here working

20   through this list.

21             MS. BRILLEAUX:  Thank you, Your Honor.

22             THE COURT:  Angela Allen, Cutter Law firm.

23             MR. INSOGNA:  Yes, Your Honor.  We have no proof of use

24   and no evidence of the CMO 12 process.

25             THE COURT:  Ms. Domer.

*OFFICIAL TRANSCRIPT*

1        PLAINTIFFS' COUNSEL:  Hi, Your Honor.  We found out

2   through our company that they ordered from the wrong VATA

3   facility.  I've conferred with the facility that it is the

4   correct one because we received multiple thenars (spelled

5   phonetically).  Apparently kept going to the wrong facility.

6              So I've spoken with them today.  They're trying

7   to process as quickly as possible to get that to us, so we're

8   working as quickly as possible as we can.  We've asked if they

9   could push this through to rush.  We asked them that last week

10  as well, but they said as per their hospital procedures, you

11  know, they have stuff they have to follow as well.

12       THE COURT:  I'm going to move this to the next hearing.

13       PLAINTIFFS' COUNSEL:  Thank you, Your Honor.  We did

14  upload the PTO 71A on July 30th.  That's Document number

15  395305.

16       MR. INSOGNA:  That's correct, Your Honor.

17       THE COURT:  Thank you.

18            Mary Edwards.

19       MR. INSOGNA:  Yes, Your Honor.  This is no declaration

20  and no authorization submitted.

21       PLAINTIFFS' COUNSEL:  I believe we did already submit

22  the declaration.  I apologize, I don't have the document number

23  ready because it wasn't on the list I submitted last night.

24  That's what would be on the order, but we've already submitted

25  the declaration.

*OFFICIAL TRANSCRIPT*

1           The authorizations she provided were not filled

2   out correctly, and we tried to re-send it back to her, but we

3   have been informed she's out of the country.  We've emailed

4   them to her.  She's trying to figure out a way to print them

5   and send them back.

6           MR. INSOGNA:  Your Honor, I did check prior to standing

7   up here that there is not currently a declaration.

8           THE COURT:  Do you have a document number for the

9   declaration?  As to the authorization, we can bump that to the

10  next time.  I mean, if she's out of the country, I don't

11  expect --

12          PLAINTIFFS' COUNSEL:  I show -- I apologize,

13  Your Honor.  I was able to pull up MDL Centrality.  I show that

14  she had a declaration submitted May 17, 2019, but upon

15  reviewing that document, I do see now that she had fail stated.

16          THE COURT:  Okay.  What I'm asking is to perhaps email

17  and maybe work with -- would you contact Ms. Barrios and see if

18  you can work this issue through.

19          MS. BARRIOS:  Your Honor, if I could say something for

20  the record, because I've heard two plaintiffs complain that

21  they didn't get the exact deficiency last night.  My office is

22  not responsible to tell them the exact deficiency.  That is

23  already given by the defendants in the deficiency notice, so

24  what we have is just a shorthand blurb that defense counsel

25  kindly gives us.

**OFFICIAL TRANSCRIPT**

1          So please don't rely on the charts that my

2     paralegal and myself do.  You need to rely on the official

3     record done by the defendants in Centrality.

4          Thank you, Your Honor.

5          MS. BRILLEAUX:  Thank you, Ms. Barrios.

6          THE COURT:  Thank you.

7          Conswello Davis.  That's the Maher Law Firm and

8     that should be Mr. Bradley Morris.

9          MS. BRILLEAUX:  Your Honor, and the deficiency for this

10    one is no PFS declaration, no photos from within five years of

11    treatment, before photos, that is, and no PTO 71, that's the

12    ESI certification.

13         PLAINTIFFS' COUNSEL:  Good afternoon, Your Honor.  We

14    had contacted Ms. Davis several times.  She would rarely answer

15    but we've managed to schedule a few appointments with her to

16    discuss the fact sheet and offer assistance if she needed it;

17    however, she missed every appointment, and she's not sent that

18    completed fact sheet back to us.

19         THE COURT:  Well, this is what I think:  I think it

20    appears to me, Mr. Morris, you have done everything you can,

21    and your client is failing to cooperate.  This matter is going

22    to be dismissed with prejudice.

23         PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

24         MS. BRILLEAUX:  We have one more for the same law firm,

25    Your Honor.  This is Gwendolyn Williams, and this is no

*OFFICIAL TRANSCRIPT*

1    initiation of the CMO 12 process.  Just to clarify again, this
2    is not that they have not identified product ID.  They have not
3    followed the steps that are outlined in CMO 12A.
4            THE COURT:  Okay.
5            PLAINTIFFS' COUNSEL:  Your Honor, we -- we were
6    notified on August 2nd that this was an issue and we took
7    corrective action on August 5th.  We believe we fulfilled our
8    obligation under CMO 12A thus far.  So, you know, if there are
9    additional issues with it, I would like to meet and confer with
10   the defendants to correct any deficiencies on this at a later
11   time.
12           THE COURT:  All right.  I'm going to grant the seven
13   days for that meet and confer to take place.
14           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.
15           THE COURT:  Thank you.
16           MS. BRILLEAUX:  Thank you, Your Honor.
17               We have two cases represented by Reyes
18   Browne Riley.  The first is Elizabeth Provencher.  This is no
19   before photos from within five years of treatment.
20           PLAINTIFFS' COUNSEL:  Hello, Your Honor.  Ryan Browne
21   for the plaintiff, Ms. Provencher.  We actually have uploaded a
22   very large photo from about nine years beforehand that shows a
23   full head of hair.  It's a very nice photo.
24               We have worked with Ms. Provencher and tried to
25   talk with her on numerous occasions to try to get something

**OFFICIAL TRANSCRIPT**

1    additional and convinced her to check with other family.  Based

2    upon what you've discussed here with others, maybe we can work

3    with Ms. Barrios and get a little more time here to be able to

4    work with Ms. Provencher and find something hopefully within

5    the five-year timeframe.

6          THE COURT:  Can I ask a quick question?  Where is

7    Ms. Provencher from?

8          PLAINTIFFS' COUNSEL:  Go ahead, Dana.  We're finding

9    that out, Your Honor.  New Hampshire.

10         THE COURT:  Thank you Okay.  Thank you.

11           Victoria Vincent.

12         PLAINTIFFS' COUNSEL:  Victoria Vincent, Your Honor,

13    this is a woman that, again, we've talked with her on a number

14    of occasions.  I have spoken with her myself.  Her immediate

15    family is all dead.  She does not really have friends that have

16    pictures.

17           We uploaded a picture that is from her -- right,

18    from her -- it's from the chemotherapy, right?  It is within

19    the five years.  It is a black-and-white photo.  It's her ID

20    when she would go in for her infusion, and it clearly shows her

21    hair.  I mean, we have tried and tried.  She is -- we actually

22    even --

23         THE COURT:  Do you have that picture?

24         MS. BRILLEAUX:  Your Honor, just to respond, we have

25    that we received two photos from between 12 and 17 years prior

*OFFICIAL TRANSCRIPT*

1    to chemotherapy.  Her chemotherapy treatment was in 2012, and

2    the before photos are dated 1995 and 2000.

3            THE COURT:  I think I just heard him say that he had

4    her ID from when she would present herself at the hospital --

5            MS. BRILLEAUX:  (Speaking simultaneously) So then

6    thereafter on July 31st, we have a black-and-white photo, so a

7    photo of a photo that's in black and white, and it's just it's

8    a poor quality of the photograph provided rather than a

9    portrait style.  It's a black-and-white photo of an ID that's

10   blurry.

11           THE COURT:  I'm going to ask you to work with

12   Ms. Barrios on this.

13           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

14           THE COURT:  Thank you.

15           PLAINTIFFS' COUNSEL:  Thank you very much.

16           MS. BRILLEAUX:  Your Honor, we would just ask on behalf

17   of defendants that to the extent Ms. Barrios is able to speak

18   with plaintiffs' counsel on these and submit something on

19   behalf of plaintiffs to the Court, that defense be on that call

20   to discuss that.

21           THE COURT:  Wait a minute, what?  If she's going to

22   work with them to assist?  No, I'm not going to put you on the

23   call.

24           MS. BRILLEAUX:  If no photographs are able to be

25   produced to cure --

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Then that's going to come to me.

2          MS. BRILLEAUX:  Right.

3          MS. BARRIOS:  I've done this in the past, and I have

4    notified them.  I've copied them, Your Honor, on your letter,

5    so I do provide notification to them and I continue to do that.

6          THE COURT:  Right.  But I'm not going to say that you

7    need to be on the phone call when Ms. Barrios is talking

8    about --

9          MS. BRILLEAUX:  Sorry.

10         THE COURT:  I thought that's what you asked for, and I

11   said that's not happening.

12         MS. BRILLEAUX:  No, that is not what I meant to say.

13   What I meant to say is if the deficiency is not able to be

14   cured and photographs aren't produced and Ms. Barrios is coming

15   to the Court with reasons why plaintiff is not able to produce

16   the photographs, the defendants would like to be a part of that

17   conversation with the Court to explain what additional steps

18   maybe could be taken.

19         MS. BARRIOS:  Your Honor, I would never come to you

20   personally.  I would just send a letter and send a copy to

21   defense counsel, and they could do with it as they see fit to

22   represent their client.

23         THE COURT:  Okay.

24         MS. BRILLEAUX:  Thank you.

25         THE COURT:  Thank you.

**OFFICIAL TRANSCRIPT**

1        PLAINTIFFS' COUNSEL:  Thank you.

2        THE COURT:  Thank you.

3        MS. BRILLEAUX:  I think next we have Valeria Graves

4   represented by Davis & Crump.  This is no PFS submitted, and

5   this was a case that was supposed to be heard on July 11th.

6        THE COURT:  Mr. Rockstad.

7        PLAINTIFF'S COUNSEL:  Your Honor, Ms. Graves passed

8   away after we filed this case.  We've been unable to reach any

9   of her heirs in the last couple months.  We learned that she

10  passed away on May 3, 2019.  We are not exactly sure when she

11  passed away, but we did get a voicemail from her late husband

12  or her husband, and that's the last contact we've had.  We have

13  not been able to get in touch with anybody again.  So we would

14  just request a little more time to do our due diligence and

15  advise them of the consequences.

16       THE COURT:  When did her husband leave the voicemail?

17       PLAINTIFF'S COUNSEL:  On May 3, 2019.

18       MS. BRILLEAUX:  Your Honor, we heard from plaintiffs

19  about this on May 31st, nearly a month later, and they did tell

20  us that she passed away on March 17th, so we think that there

21  has been plenty of time that has passed here.

22       THE COURT:  I'm sorry, Mr. Rockstad, I'm going to

23  dismiss this matter.  Even if I would have given you 60 days,

24  that would have passed, and not having any contact, I think,

25  puts it a little different.  Thank you.

*OFFICIAL TRANSCRIPT*

1          Jacqueline Harris.

2          MR. INSOGNA:  Yes, Your Honor.  There is no declaration

3    submitted for this plaintiff.

4          THE COURT:  All right.  Mr. Rockstad.

5          PLAINTIFF'S COUNSEL:  Your Honor, that's a very similar

6    situation to Ms. Graves.  Ms. Harris passed away December 6,

7    2018, about three months after we filed the case, and we have

8    not been able to contact anybody ever since.

9          MR. INSOGNA:  Your Honor --

10         THE COURT:  Okay.  This matter is dismissed with

11   prejudice.  If you told me you were working with the family,

12   with the succession or probate, I would have it, but sorry.

13         PLAINTIFF'S COUNSEL:  Understood, Your Honor.

14         THE COURT:  Thank you.

15            Marsha Kirby.

16         MS. BRILLEAUX:  Yes, Your Honor.  This is no before

17   photos from within five years of treatment.

18         PLAINTIFF'S COUNSEL:  Your Honor, this is

19   Trevor Rockstad again.  So we actually have a picture on

20   Centrality that I apologize to defense counsel and the Court

21   for wasting everybody's time, but we got a date yesterday, and

22   it's May 15th is the date on that picture.  The picture has

23   been up for the last, I think, since June, and I guess it just

24   slipped by, and we didn't get a date on it.

25         MS. BRILLEAUX:  Counsel, the photographs that we have

**OFFICIAL TRANSCRIPT**

1     are dated 1991 and 1994 and chemo was in 2016.

2          PLAINTIFFS' COUNSEL:  Yeah.  What I'm telling you,

3     though, there is one that is now dated May 2015 that was up.

4     The picture was up before but it was undated.  It's a picture

5     of her with her -- with some relative who's graduating from, it

6     looks like high school or college.  He's wearing a multicolored

7     Hawaiian lei.

8          MS. BRILLEAUX:  Thank you, Counsel.

9          THE COURT:  I'm going to grant seven days to verify all

10    of this.

11         PLAINTIFF'S COUNSEL:  Counsel, if you could -- feel

12    free to email me if you don't see it or if there is some issue

13    with it, feel free to reach out, and we can work through that.

14    But, again, I apologize for not having that date on there

15    before.

16         MS. BRILLEAUX:  Thank you.

17              The next case is Rena Landry.  This was -- she's

18    represented by Morris Bart, L.L.C.  This is no before photos

19    from within five years of treatment, and this was one that was

20    supposed to be heard on July 11th.

21         THE COURT:  Mr. Root.

22         PLAINTIFFS' COUNSEL:  I apologize.  There were two that

23    I came over to talk about.  I did not know this was on here

24    until just beforehand, so I quickly looked at MDL Centrality to

25    look at the affidavits.  You're telling me it's a photograph?

                        *OFFICIAL TRANSCRIPT*

1          MS. BRILLEAUX:  Correct.  We have a before photo from

2    2000 and chemotherapy was in 2007, so we're hoping to get a

3    picture within five years of treatment pursuant to PTO 65.

4          PLAINTIFFS' COUNSEL:  Yes, Your Honor.  I mean,

5    honestly, this somehow fell through the crack.  I looked and

6    saw the affidavits, and everything else was fine and didn't

7    realize that was the issue.  I know it's not an excuse.

8               I just thought -- and she's a very responsive

9    person.  She's recently had a stroke and one of the affidavits

10   is an X with her daughter signing.  I thought that was the

11   issue.  But --

12         MS. BRILLEAUX:  Just a photograph.

13         PLAINTIFFS' COUNSEL:  So we can get to her.

14         MS. BRILLEAUX:  Thank you.

15         THE COURT:  Seven days.

16         PLAINTIFFS' COUNSEL:  Thank you so much, Your Honor.

17         MS. BRILLEAUX:  The next one Tiana Scott.  No PFS

18   submitted.

19         PLAINTIFFS' COUNSEL:  Yes, Your Honor.  We are so sorry

20   that we just recently uploaded it.  Last week she said she sent

21   it all to us.  We waited every day until the 12th, and it never

22   arrived.  So we made arrangements for her to take off work, her

23   husband go to Birmingham and have the thing.  Of course, after

24   we did that, they came in, and we uploaded them yesterday -- in

25   the mail.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Seven days to the defendant.

2          MS. BRILLEAUX:  Just to note, Your Honor, we have

3    noticed that one has been submitted, and on the cursory review

4    we were able to do in the short amount of time, it has several

5    important things missing, like days of treatment and very

6    critical information, so just for the record.

7               Thank you.

8          THE COURT:  Seven days.

9          MS. BRILLEAUX:  I think the last one we have for

10   Morris Bart is Geraldine Sylvester.  This is no before

11   photos -- sorry.  Go ahead, Counsel.

12         PLAINTIFFS' COUNSEL:  We had indicated we have no

13   opposition, Your Honor.

14         THE COURT:  No opposition?

15         PLAINTIFFS' COUNSEL:  Correct.

16         THE COURT:  This matter is dismissed with prejudice.

17         PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

18         MS. BRILLEAUX:  Your Honor, the next few cases we have

19   are represented by Niemeyer Grebel & Kruse.  So just to

20   clarify, there is Teresa Arthur and Diane L. Higgins.  There

21   was a declaration that was filed for Higgins, so that one can

22   be removed.

23         THE COURT:  All right.  So that one you're satisfied?

24         MS. BRILLEAUX:  Correct.

25              For Teresa Arthur, the deficiency is for no PFS

*OFFICIAL TRANSCRIPT*

1    declaration, no before photos, and no PTO 71 submitted, and

2    that's what we have.

3              THE COURT:  Mr. Kruse?

4              PLAINTIFFS' COUNSEL:  Yes, Your Honor.  We corrected

5    the deficiency.  It was uploaded this morning.  We sent an

6    email to the defendants notifying them of that.  I apologize

7    for the delay in getting that on file.

8              THE COURT:  Seven days for the defendant.

9              MS. BRILLEAUX:  Counsel -- does counsel allege that he

10   has purportedly cured all three?

11             PLAINTIFFS' COUNSEL:  Yes.

12             MS. BRILLEAUX:  Thank you, Your Honor.

13                  The next case is Ruby Pratt.  This is no PFS

14   declaration, no authorizations, and no PTO 71.

15             PLAINTIFFS' COUNSEL:  Your Honor, Ms. Pratt is

16   deceased.  Her family members have applied.  They have an

17   estate paperwork pending in Parent (spelled phonetically)

18   County.  We're just waiting for the judge to sign off on the

19   letters of administration.  As soon as he does, that will be

20   rectified.  We would ask for 30 or 60 days.

21             MS. BRILLEAUX:  Your Honor, this is one that we

22   previously addressed back in January when counsel first noticed

23   that they were needing to file those papers, and we would just

24   ask which date that was taken to make sure that this is being

25   done in a timely manner.

*OFFICIAL TRANSCRIPT*

1        PLAINTIFFS' COUNSEL:  What date the estate paperwork

2   was filed on?

3        MS. BRILLEAUX:  Yes, Counsel.  Because when we went

4   through this at the July -- at the January 19th hearing,

5   Your Honor granted 45 days.

6        THE COURT:  Has it been filed?  The paperwork has been

7   filed?

8        PLAINTIFFS' COUNSEL:  The letter of administration is

9   pending.  I don't can't tell (speaking simultaneously) --

10        THE COURT:  Okay.  All right.  You know what we're

11   going to do, we're going to put this off for 30 days.

12   Sometimes, unless he's the lawyer handling the estate,

13   sometimes that takes a while, and sometimes judges don't sign

14   things as soon as they hit their desk, so we'll put this off

15   for 30 days, and we'll see the status at that time.

16        PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

17        THE COURT:  Thank you.

18        MS. BRILLEAUX:  The last one we have for this firm is

19   Angela Young.  The deficiencies are no PFS declaration, no

20   before photos, no authorizations, and no PTO 71.

21        PLAINTIFFS' COUNSEL:  Your Honor, we learned that

22   Ms. Young passed away in June.  We've spoken with her husband,

23   who has not expressed an interest in opening an estate.  She's

24   deceased.  We don't have a client right now, so we would only

25   ask should the Court wish to dismiss the case, it be done

*OFFICIAL TRANSCRIPT*

1  without prejudice so her family can do what they wish to do

2  going forward.

3          THE COURT:  Let's do that.  I'm going to dismiss it

4  without prejudice.

5          PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

6          THE COURT:  Thank you.

7          MS. BRILLEAUX:  The next case is Jamie Archer

8  represented by the TorHoerman Law firm.  This is no before

9  photos, no after focus, and no PTO 71, and this was on the list

10  that was supposed to be heard on July 11th.

11          THE COURT:  Mr. Davis.

12          PLAINTIFFS' COUNSEL:  Yes, Your Honor.  I apologize.  I

13  just overlooked -- I should have filed a no contact declaration

14  for this.  I apologize for not having done that before today.

15          THE COURT:  All right.  This matter is dismissed with

16  prejudice.

17             Penny Knobel Besa.

18          MS. BRILLEAUX:  Your Honor, the deficiency I have for

19  this one is no before photos from within five years of

20  treatment.

21          PLAINTIFFS' COUNSEL:  My understanding it was uploaded

22  on July 8th of 2019, so I would ask for seven days to confirm

23  that because I thought we uploaded those.

24          THE COURT:  Are those dated?

25          MS. BRILLEAUX:  Your Honor, they are.  They are dated

*OFFICIAL TRANSCRIPT*

1   1991 and 1993.  So, as I said, within five years of treatment.

2         PLAINTIFFS' COUNSEL:  And, Your Honor, I apologize, I'm

3   on the road for depositions in another case, and I don't have

4   Centrality in front of me, but I thought we were good on that,

5   so I would ask for seven days so we could confirm that we've

6   got pictures that are uploaded because I think we've got them.

7         MS. BRILLEAUX:  I'm concerned that he is

8   misunderstanding what is I'm saying.

9         THE COURT:  No, I think he understands.  You said --

10        PLAINTIFFS' COUNSEL: (Speaking simultaneously) Before

11  but not close enough before.  I think we have those in our

12  possession.  I don't know.  But I thought they were uploaded,

13  so I would ask for seven days to confirm that we uploaded what

14  we've got.

15        THE COURT:  Seven days.

16        PLAINTIFFS' COUNSEL:  Thank you.

17        THE COURT:  Judy Oakeson.

18        PLAINTIFFS' COUNSEL:  That PFS was submitted yesterday,

19  Your Honor.  Again, I apologize for not having done that before

20  yesterday.

21        THE COURT:  I'm going to grant seven days for the

22  defendant.

23        Cynthia Villarreal.

24        MS. BRILLEAUX:  No PFS submitted.

25        PLAINTIFFS' COUNSEL:  Same thing.  That was submitted

*OFFICIAL TRANSCRIPT*

1   yesterday.  Again, I apologize for not having done it sooner.

2            THE COURT:  Give the defendant seven days to verify.

3                 Carol Wearingwilliamson.

4            MS. BRILLEAUX:  Yes, Your Honor.  So this is we have no

5   proof of use, undated photographs, and no PTO 71 certification.

6            PLAINTIFFS' COUNSEL:  Your Honor, this has only been in

7   good contact with trying to get the information and then lost

8   contact with her around the beginning of July.  It wasn't

9   enough time, in my feeling, to file a declaration, so I would

10  ask this be moved to the next one, at which point we would have

11  everything cured or I'll file a no contact declaration.

12           THE COURT:  Wait.  What?

13           MR. BRILLEAUX:  I don't think declaration was listed as

14  one of the deficiencies.

15           PLAINTIFFS' COUNSEL:  I'm sorry.  I will file -- I will

16  file -- if we don't have it cured on the next case, I will file

17  a no contact declaration.

18           MS. BRILLEAUX:  Declaration of no contact.

19           THE COURT:  Okay.

20           MR. BRILLEAUX:  So can we dismiss that one with

21  prejudice, Counsel?

22           THE COURT:  Are you telling me you're not contacting

23  her?

24           PLAINTIFFS' COUNSEL:  No, we've reached out to her and

25  she has not responded.  Typically when I file a no contact

*OFFICIAL TRANSCRIPT*

1   declaration it's because it's been months and months of us

2   trying and not getting a response, and that's just not the case

3   here.  It's relatively recently, within the last month to six

4   weeks, we've lost contact with her, and that we've done all of

5   the appropriate contacting.

6          I just don't like filing a declaration with that

7   short of time.  She could be in the hospital, and I don't know

8   it.  I don't know that it's wildly inappropriate for Your Honor

9   to dismiss the case.  I just wasn't comfortable filing a

10  declaration of no contact based on that relatively short time

11  frame yet.

12         That's why I asked that this case be moved to the

13  next docket, and then that will get another, you know, however

14  long it is, month or so, for us to try and contact, and at that

15  point if we haven't heard from her, it will be more than two

16  months, and I'm comfortable filing a declaration at that point.

17         MS. BRILLEAUX:  Your Honor, this case has been pending

18  since September of 2018.

19         THE COURT:  I understand that.  I think your problem is

20  specific pieces of information, and this is the first time, and

21  if he's had contact with his client -- I don't know if she's in

22  the hospital.  That's what I'm hearing.  I'm going to give him

23  the 30 days.

24         PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

25         MS. BRILLEAUX:  The next cases that we have had

                    *OFFICIAL TRANSCRIPT*

1    Bachus & Shanker, Vera Bonds, no PFS submitted.

2         PLAINTIFFS' COUNSEL:  Good afternoon, Your Honor.

3    Melanie Sulkin on behalf of Bachus & Shanker plaintiffs.

4              This is actually a duplicate filing from our

5    firm, and so we do ask that this Case number 19-cv-02690 be

6    dismissed but that not affect 19-cv-01479.

7         THE COURT:  So ordered.

8         MS. BRILLEAUX:  Thank you, Your Honor.

9              The next case that we have is Sarah Dunlap.  The

10   deficiency is not accurately dated photos from within five

11   years of treatment.

12        PLAINTIFFS' COUNSEL:  Your Honor, we -- this client

13   treated in 2010, and we uploaded two photographs from 2006 and

14   2007.  We were notified after we resubmitted the Plaintiff Fact

15   Sheet of a deficiency a day later where defendants indicated

16   they didn't believe it was 2006 and 2007, but we have a

17   certification from the plaintiff with the photographs stating

18   that to the best of her knowledge those photographs were from

19   2006 and 2007.

20             Additionally, if you look at her photograph

21   10 years later, the present day photo, she hasn't aged that

22   much, and so -- and I have photographs if you need to see

23   those.

24        MS. BRILLEAUX:  I have copies of them as well.  And I

25   can put those --

**OFFICIAL TRANSCRIPT**

1        THE COURT:  Is that the problem, that you don't believe
2   the dates?
3        MS. BRILLEAUX:  Your Honor, so these are supposed to be
4   from the same day.  Just for context, this plaintiff was born
5   in 1946, and this is a photograph from 2007.  To be candid,
6   Your Honor, there are some more instances of this plaintiff
7   certification that are coming up that may shed some more light
8   on this.
9        THE COURT:  Okay.  Let me tell you what, this one we're
10  going to wait until the end because I'm not going to start
11  looking at photographs while people are on the phone.
12       MR. BRILLEAUX:  Thank you.
13       THE COURT:  Let's just sit tight and go to the next.
14           This is Diana Graves.
15       MS. BRILLEAUX:  Yes, Your Honor.  This is no proof of
16  use.
17       PLAINTIFFS' COUNSEL:  Your Honor, we had issued a
18  subpoena to the facility.  Yesterday afternoon we actually got
19  500 medical records.  I tried to go through them as quickly as
20  possible.
21           I could not find any proof use in those medical
22  records; so, I'm asking if this case is dismissed it is without
23  prejudice, and that is because the client is adamant that she
24  did receive Taxotere.  It is possible that she might have
25  received it at a different facility; so, if it is dismissed, we

*OFFICIAL TRANSCRIPT*

1    just ask that it is dismissed without prejudice at this time.

2           MS. BRILLEAUX:  Defendants don't think that dismissal

3    without prejudice is appropriate for not being able to prove

4    use of the product.

5           PLAINTIFFS' COUNSEL:  Your Honor, the medical records

6    indicated that she was supposed to have four cycles of

7    Adriamycin and Cytoxan followed by Taxotere.  The records

8    indicate that she had three cycles of Adriamycin, Cytoxan, at

9    which point the chemotherapy was discontinued for the time

10   being, and then she was lost to follow up.

11           So what I'm concerned with that --

12           THE COURT:  Does she know if she had another cycle?

13           PLAINTIFFS' COUNSEL:  She believes she does, and

14   sometimes clients -- she believes that she continued

15   chemotherapy for a lot longer than that, but sometimes clients'

16   memories aren't the greatest, and so I just ask it be dismissed

17   without prejudice just in case she does come up with the proof

18   of use.

19           MS. BRILLEAUX:  Defendants have reviewed the same

20   records, and I guess we have a different take on exactly what

21   it means, but our records show that it was discontinued, and we

22   have no other records to show it was ever restarted.

23           PLAINTIFFS' COUNSEL:  Your Honor, I received 500

24   medical records yesterday, so they were not reviewing the same

25   records.  I plan on disclosing those records to them.

*OFFICIAL TRANSCRIPT*

1          THE COURT:  Okay.  This is what I'm going to do:  I'm

2     going to give you 15 days to review those records.  I'm not

3     going to through 500 records today, but I'll give you 15 days

4     to review those records and see what you find.

5          PLAINTIFFS' COUNSEL:  Your Honor, I reviewed those

6     records, and her Taxotere usage wasn't in those records, but I

7     think she may have received chemotherapy at a different

8     facility.

9          THE COURT:  Is there no one who knows where she went to

10    receive her chemotherapy?

11         PLAINTIFFS' COUNSEL:  A lot of clients sometime

12    misremember where they had chemotherapy.

13         THE COURT:  I understand that.  Is there no one that

14    knows where she had her chemotherapy?

15         PLAINTIFFS' COUNSEL:  She did have the first three

16    cycles of the Adriamycin Cytoxan at the facility where we did

17    receive the records from.

18         THE COURT:  That's really not my question.  Is there no

19    one -- I'm presuming she didn't drive herself to chemotherapy?

20         PLAINTIFFS' COUNSEL:  I don't know that at this time,

21    Your Honor, but I can certainly find out.

22         THE COURT:  Okay, okay.  So you're asking me to dismiss

23    a case without prejudice because she's got no evidence that she

24    took Taxotere?

25         PLAINTIFFS' COUNSEL:  Yes, Your Honor.  At this time

*OFFICIAL TRANSCRIPT*

1    she's adamant that she did take Taxotere.  I'm just concerned

2    with if she does come up -- I informed her just yesterday,

3    after I received these records, that we don't have proof of

4    Taxotere usage, and so she may on her own be able to come up

5    with it.  We've had that situation occur with other clients.

6          THE COURT:  Oh, I know.  I know.  I'm familiar with

7    what chemo brain is.  I'm familiar.

8          MS. BARRIOS:  I'm sorry, Your Honor.  Dawn Barrios.

9    I'm more than happy to help them.  If you give her 30 days, we

10   can go through the insurance records to see if she finds

11   anything about subsequent chemotherapy.  I hate to use the term

12   *chemo brain* but many of my clients have chemo brain.

13         THE COURT:  No, I know.  I know patients refer to that.

14         MS. BARRIOS:  Right.  So I'm more than happy to help

15   her within 30 days.

16         THE COURT:  I'll give you 30 days.

17         PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

18         MS. BRILLEAUX:  The next case is Helen Hallum.

19   Your Honor, this is another case with examples of photographs

20   that just kind of get to the point of why we have been

21   challenging the dates of some of these photographs.

22               Just for some context, I'm going to put down this

23   sheet that was provided by counsel here.  You'll see that in

24   blue ink, this says that this photo was taken in 2008 and in

25   2006.  It was signed here in June of 2019.

                        *OFFICIAL TRANSCRIPT*

1          Then if you focus in here, I'll try and zoom in

2     so you can see it a little bit better, but there is a revised

3     addendum at the top.  It says, "The approximate date of photo

4     is late 1970's with her cousin at a family reunion."  This was

5     corrected one month later.

6          This is the reason that we are challenging some

7     of the dates of photos because we can look at them and tell

8     that they are probably not from the 2000's, and then we're

9     getting revisions like this.

10         The same thing happened with the same plaintiff

11    here.  Originally it says 2008, and now it says 1989.

12         PLAINTIFFS' COUNSEL:  Your Honor, this is a case in

13    which I re-reviewed the photographs, and I directed my staff to

14    question the plaintiff harder.

15         THE COURT:  Do we have a current photograph of this

16    plaintiff or within five years of chemotherapy?

17         PLAINTIFFS' COUNSEL:  Your Honor, we have one from ten

18    years prior to chemotherapy.  This is one of those extenuating

19    circumstances in which this plaintiff lost her husband, lost

20    her daughter-in-law and became sole caretaker in 2005.  She had

21    chemo in the year 2000.  The photograph that we labeled in the

22    year 2000 is five years before that.

23         This plaintiff had stated that she had gone

24    through menopause at the age of 40 on her Plaintiff Fact Sheet,

25    so I do not believe that she had maybe changed much hormonally

*OFFICIAL TRANSCRIPT*

1    in the five years between 2000 and 2005.  I believe that her

2    photograph in 2000 is probably reflective of what she looked

3    like in 2005.

4           This plaintiff lived in a really rural area,

5    Dahlonega, Georgia, so I don't think she has access to a lot of

6    photographs.  She's asked family, she's asked friends, and the

7    closest thing we have is a photo from the year 2000.

8           THE COURT:  Which is 10 years before chemotherapy?

9           PLAINTIFFS' COUNSEL:  It is, Your Honor.

10          THE COURT:  I think you need to be within five years.

11   While she might not have changed much, I think the protocol

12   requires five years, and so I'm going to tell you that you need

13   to cure that within 15 days.

14          PLAINTIFFS' COUNSEL:  Within 15 days.  Okay.  Thank

15   you, Your Honor.

16          MS. BRILLEAUX:  Thank you, Your Honor.

17          THE COURT:  This is Hallum.

18          MS. BRILLEAUX:  This is Hallum.

19          I know that we still need to revisit Dunlap, but

20   we can do that on Your Honor's --

21          THE COURT:  Yes, please.

22          Linda Nichols.

23          MR. INSOGNA:  Yes, Your Honor.  This deficiency is for

24   no PFS submitted.  I checked earlier today, and it appears that

25   Bachus & Schanker has a Plaintiff Fact Sheet submitted under

*OFFICIAL TRANSCRIPT*

1    this name but a different case number.  I don't know if it's a

2    duplicate.  It's not such a rare name that I'm sure.

3            PLAINTIFFS' COUNSEL:  There are two Linda Nichols.

4    This second Linda Nichols, we just got in contact with her.  We

5    actually have an appointment to go to her house and help her

6    complete her Plaintiff Fact Sheet later this week.

7                We just ask for a 15-day extension, and if she

8    hasn't cured those deficiencies by then, there will be no

9    opposition to dismissal.

10           THE COURT:  This was filed in April of this year.  I'm

11   going to give you 15 days but that's it.

12           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

13           MR. INSOGNA:  Can I briefly say before we move on, I

14   may need to leave before we finish the entire list.

15           THE COURT:  Actually, I was going to tell you you

16   probably need to leave now because I think the traffic is going

17   to get tight for you.

18           MR. INSOGNA:  Thank you.  I just wanted you to know

19   it's not poor planning.  My flight home was canceled, and the

20   one I'm taking now is the only other one that gets me home

21   tonight.  Thank you, Your Honor.

22           MS. BARRIOS:  Your Honor, Dawn Barrios.  I want to make

23   a statement for the record that my learned coliaison counsel

24   reminded me.  When we were talking about the Bachus & Schanker

25   case of Helen Hallum and you gave her 15 days to cure to get

**OFFICIAL TRANSCRIPT**

1    the photo, I want to remind the Court that you had said at one

2    time that you would do a verification, that after you gave

3    people the opportunity to cure and if they really couldn't,

4    explain why in the verification, and then you would make a

5    determination if the verification actually supports not having

6    a photo, and I would ask that that be implemented on this case.

7            THE COURT:  So ordered.

8                Let me just say, living in the country is

9    probably not going to be good cause.  When we talked about

10   extraordinary circumstances, it was I lost everything in the

11   flood, or my home was, you know, there was a fire, and then you

12   are required to show why there are no digital photos.  Okay?

13           PLAINTIFFS' COUNSEL:  Yes, Your Honor.

14           MS. BRILLEAUX:  Your Honor, just to be clear, you've

15   already seen examples of where a plaintiff has signed a

16   verification that turned out to be inaccurate.

17           THE COURT:  Thank you.

18           MS. BRILLEAUX:  Thanks.

19                I think now we are on Lisa Sheard.  This is no

20   before photos and no after photos.

21           PLAINTIFFS' COUNSEL:  We've -- Your Honor, we've cured

22   this deficiency.  I believe it was only no before photos.  We

23   had previously provided after photos.

24                We found out in this past month that Ms. Sheard

25   had passed away in January of 2019, and this week we were able

*OFFICIAL TRANSCRIPT*

 1    to get in touch with her daughter, who very late last night did

 2    provide before photographs to us.  We submitted them to

 3    Centrality, and then we did also send an email to both

 4    defendants' and to plaintiffs' liaison counsel this morning.

 5    So I do apologize about getting those in to you so late, but --

 6         THE COURT:  I'll give seven days for defendants to

 7    verify.

 8              All right.  Okay.

 9         MS. BRILLEAUX:  The next group of cases, Your Honor,

10    are represented by Gori Julian & Associates.  The first one I

11    have is Debora Dye.  This is the before photo not dated and no

12    after photos.  This was one that was on the list for July 11th.

13         THE COURT:  Ms. Gabriel.

14         PLAINTIFFS' COUNSEL:  Yes, hi, Your Honor.  With regard

15    to Ms. Dye, we're in the situation that a few other counsel had

16    stated.  We have those two photos that we have uploaded, and

17    admittedly there is not enough, and they are not dated.

18              We have reached out to her on multiple occasions,

19    but we had had contact with her in June, and so I just didn't

20    feel comfortable filing the declaration saying that we, you

21    know, had totally lost touch with her, but that is where we

22    are.

23              We have been trying via all the different ways in

24    which to communicate with her to tell her we need to do this or

25    else her case will be dismissed.  So I understand and defer

*OFFICIAL TRANSCRIPT*

1    clearly and respectfully to the Court however you want to

2    handle it, Your Honor, but that's where we are with Ms. Dye,

3    unfortunately.

4         THE COURT:  This matter is dismissed with prejudice.  I

5    think you've done all you can.

6         MS. BRILLEAUX:  Thank you, Your Honor.

7         THE COURT:  Gloria Enriquez.

8         MS. BRILLEAUX:  Yes.  This is also no before photos, no

9    after photos, and no PTO 71 ESI declaration.

10        PLAINTIFFS' COUNSEL:  Your Honor, with regard to

11   Ms. Enriquez, she's a client of ours who is Spanish speaking.

12   She has also been -- it's our understanding we do have a

13   paralegal who has been in communication with her.  The last

14   time we talked to her was July 8th and told her that we needed

15   her to sign that verification and that we were lacking photos

16   and, again, that the Court would dismiss her case if we didn't

17   hear back from her.

18             I'm sad to report that her cancer is back.  She

19   is somebody that we just are not able to stay in good contact

20   with, Your Honor, unfortunately, so that's what I have to

21   report with regard to Ms. Enriquez.

22        THE COURT:  I understand.  But her cancer has recurred.

23   Is she in the hospital?  Is she being treated at home?

24        PLAINTIFFS' COUNSEL:  You know, Your Honor, I don't

25   know.  John spoke with her July 8th and I don't know that he

*OFFICIAL TRANSCRIPT*

1    got any more details than she's undergoing, Your Honor,

2    additional treatment, but I did not ask him to find that out.

3    I don't have any knowledge that she was in the hospital at this

4    time.  I guess perhaps I could just ask for the additional

5    seven days.

6         THE COURT:  I'm going to give you 15 days.  I don't

7    want to be in a situation if this lady is undergoing

8    chemotherapy right now and she's just unable to do it; so, I'm

9    going to give you 15 days and see what information you can

10   find.

11        PLAINTIFFS' COUNSEL:  Thank you.  Thank you so much,

12   Your Honor.  I will let defense counsel know one way or the

13   other via email what we find out so that we don't have to

14   involve you hopefully.

15        THE COURT:  Thank you.

16             Angela Hutcheson.

17        MS. CALLSEN:  Yes.  This is Julie Callsen showing up

18   again.  PFS is not substantially complete.  We don't have proof

19   of injury or after or present photos.  We've confirmed that

20   this morning through a check.

21        THE COURT:  Okay.  Ma'am.

22        PLAINTIFFS' COUNSEL:  Yes, Your Honor.  So for

23   Ms. Hutcheson I was just looking as well, so maybe I am

24   confused in terms of the dates that we have, that we have

25   before photos that are within the time of her treatment --

*OFFICIAL TRANSCRIPT*

1   2012, 2011, and 2013 that are dated.  There are during and

2   after photos that it looks like they do not have dates, and I

3   thought there were dates, Your Honor, I apologize, but I can

4   cure that and ask her for those dates.

5           There was also a declaration that was uploaded on

6   August 6th, so that's what I thought was the deficiency in

7   terms of the PFS, so if there was something else, the

8   defense -- I will certainly cure whatever you need.

9           THE COURT:  Okay.  I'm going to give you seven days to

10  work through that.

11          Lois Moore.

12          PLAINTIFFS' COUNSEL:  Thank you.

13          MS. BRILLEAUX:  Yes, Your Honor.  No after photos from

14  within the past five years.  No current photos is what that is.

15          THE COURT:  Okay.

16          PLAINTIFFS' COUNSEL:  Your Honor, I, again, I have

17  noted that we did upload on August 14th some after photos that

18  were dated.  If it was not within the current -- in the time

19  frame that the Court is requesting from the time that she

20  finished her chemotherapy, I can double check that, Your Honor,

21  and make sure we are within that, and if we're not then we'll

22  cure that, but there are photos that were uploaded August 14th;

23  so, if I can request that seven days again I would appreciate

24  it.

25          THE COURT:  Seven days.

*OFFICIAL TRANSCRIPT*

1        MS. BRILLEAUX:  Thank you, Your Honor.

2        PLAINTIFFS' COUNSEL:  Thank you.

3        MS. BRILLEAUX:  Brenda Nine.  This is a no CMO 12

4   process initiated.

5        PLAINTIFFS' COUNSEL:  Yes, Your Honor.  Dawn noted this

6   earlier and I appreciated the note because I was not following

7   up with defense counsel with my repeat contacts with the

8   facility in terms of this woman's chemotherapy.

9            I would be happy to send those letters.  We have

10  been given this back and forth with regard to the MBC code

11  page.  We've been told that they do have that information, but

12  they haven't submitted it to us.  They actually sent us one

13  form that was blank, and so my medical retrieval services have

14  gone back to them, and we have been doing that, honestly,

15  Your Honor, since April.  I can send the letter to defense

16  counsel to let them know that.

17       THE COURT:  Okay.  Okay.  Okay.  Okay.  Okay.  I'm

18  going to give you seven days to communicate with defense

19  counsel.

20       PLAINTIFFS' COUNSEL:  Okay.  Thank you, Your Honor.

21       THE COURT:  Della Whitehead.

22       MS. BRILLEAUX:  This is no accurately dated photos from

23  within five years of treatment.

24       PLAINTIFFS' COUNSEL:  Your Honor, this is our last one.

25  Ms. Whitehead, again, I'm looking at them, and they were within

**OFFICIAL TRANSCRIPT**

1   five years of her chemo.  The before pictures are dated, and I

2   believe the after.  There may be some during ones that are the

3   issue that aren't dated, but if we can have that seven days,

4   then we'll get that taken care of.

5       MS. BRILLEAUX:  Your Honor, if I could just show you

6   the issue that we're having.  This is one of the before photos.

7   It's dated 1953 and plaintiff was born in 1963.

8       PLAINTIFFS' COUNSEL:  Can you -- Counsel, can you tell

9   me which document number you're looking at, because I really do

10  want to make sure that I'm producing, you know, what the Court

11  is wanting us to give here.  Which number are you looking at?

12      MS. BRILLEAUX:  I only have hard copies with me,

13  Counsel, because I'm not working off a computer.

14      PLAINTIFFS' COUNSEL:  That doesn't sound familiar with

15  regard to Ms. Whitehead.  When I was looking through them right

16  now, you know -- of course, I just got kicked out of

17  Centrality.

18      MS. BRILLEAUX:  We have two photos.  There is one dated

19  1953 and one dated 2002.  I think there is only two photographs

20  that we have, so -- and, you know, there is just a discrepancy

21  with both of them.

22      MS. BARRIOS:  Ms. Gabriel, this is Dawn Barrios.  I

23  have a docket number for a photo.  I don't know which photo it

24  is but it's from Centrality.  It's 369062.  If that would help

25  you look on Centrality.

*OFFICIAL TRANSCRIPT*

1    PLAINTIFFS' COUNSEL:  Okay.  Thank you so much, Dawn.

2         I apologize, Your Honor.  I'm trying to get back

3    into Centrality right now, and, of course, my computer is not

4    cooperating at all.  So I will absolutely look into this.

5    Certainly if there is --

6         THE COURT:  This is what I think we ought to do instead

7    of reviewing the photographs in this manner is I'm going to ask

8    you to contact Ms. Barrios over the course of the next week and

9    see if you all can work through what the photographs are.

10         My guess is the 1953 photograph was an error, if

11   it was 10 years before she was born, but there has to be some

12   mistake here, and I'm going to ask you to work with Ms. Barrios

13   and Ms. Brilleaux.

14        PLAINTIFFS' COUNSEL:  Your Honor, I appreciate that and

15   I apologize for that, and I will reach out to Dawn next week

16   and we'll get it fixed.

17        THE COURT:  Okay.  Thank you very much.

18        PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

19        MS. BRILLEAUX:  Thank you, Your Honor.

20         The next set of cases we have are represented by

21   the Pulaski Law Firm.  The first one is Sharon Atkins, which is

22   no CMO 12A process submitted.

23        PLAINTIFFS' COUNSEL:  Your Honor, we're in -- this is

24   Leslie LaMacchia with the Pulaski Law Firm.  We do have proof

25   of use.  We are -- again, it's our fault for not sending the

*OFFICIAL TRANSCRIPT*

1    Certificate of Compliance to defendants, so we're in the

2    process of serving the subpoena.  I can get those Certificate

3    of Compliances with CMO 12A to defendants today.

4         THE COURT:  Okay.  I'm going to grant seven days to

5    make sure we verify that.

6              What about Dana Bell?  Is it the same issue?

7         PLAINTIFFS' COUNSEL:  It's the same issue, Your Honor.

8         THE COURT:  I'm going to give the defendants and you

9    seven days for you to provide that information, but I want this

10   completed by seven days.  So when I grant seven days that means

11   you need to take care that that information is sent within the

12   next 48 hours so that defendants have an opportunity to

13   adequately assess that everybody is in compliance.

14              Pamela Blair.

15        MS. CALLSEN:  Yes.  This is a 505 plaintiff, and we

16   have PFS is not substantially complete.  It's specifically a

17   proof of use issue.  The medical records use show Taxol use.

18   Obviously this is not that litigation, so we don't have any use

19   of Taxotere.

20        PLAINTIFFS' COUNSEL:  The records do not show Taxol

21   use.  They show Carboplatin and Taxol followed by Taxotere, and

22   we did provide a statement of chemotherapy that does

23   specifically state Taxotere.

24        MS. CALLSEN:  Again, the records reflect Taxol use,

25   so....

*OFFICIAL TRANSCRIPT*

1          THE COURT:  What she's saying it was Taxol something

2     else followed by Taxotere.

3          PLAINTIFFS' COUNSEL:  Right.  There was one dose of

4     Taxol, and then she was given Taxotere.

5          THE COURT:  Okay.  My guess is we're not going to pull

6     up the pages today.  I'm going to ask you to contact

7     Ms. Barrios, and then we're going to work through what the

8     confusion is.  Thank you.

9          PLAINTIFFS' COUNSEL:  Okay.

10         MS. CALLSEN:  Within the next seven days again; is that

11    what we're doing?

12         THE COURT:  Yes.

13         MS. BRILLEAUX:  Thank you, Your Honor.

14              Bonnie Clark.  This is no proof of use and before

15    photo is not dated.

16         PLAINTIFFS' COUNSEL:  The dated before photo was

17    submitted on 7/1/2019.

18         THE COURT:  What about proof of use?

19         PLAINTIFFS' COUNSEL:  The proof of use, we do have

20    medical records from 2006 that state she was given four cycles

21    of TC, which it could either be Taxol or Taxotere, and we're in

22    touch with the corporate office of the cancer center right now

23    to get that clarified.

24         THE COURT:  What about the photos?

25         MS. BRILLEAUX:  Thank you, Your Honor.

*OFFICIAL TRANSCRIPT*

1          First of all, we have not received the records

2     that counsel stated.  Have they been uploaded to

3     MDL Centrality?

4          PLAINTIFFS' COUNSEL:  They should have been.  Give me

5     one second.

6          MS. BRILLEAUX:  Just while you're looking for that,

7     Counsel, we have no record -- we have an undated before photo

8     was uploaded, but we do not have any indication that a date was

9     added to that.

10          PLAINTIFFS' COUNSEL:  The date was -- the date was

11     2001.

12          MR. BRILLEAUX:  Is that visible on MDL Centrality?

13          PLAINTIFFS' COUNSEL:  Yes, it was uploaded on July 1st.

14          THE COURT:  Ms. Brilleaux, is this something that you

15     could at your office just -- I don't know what to do under

16     those circumstances.  Perhaps the thing to do is to have a

17     telephone conference with you to review.

18          Ms. Barrios, if you have any better ideas I'm all

19     ears.

20          MS. BARRIOS:  I would love to work with Ms. LaMacchia

21     and look at the medical records myself, and I'll be in touch

22     with defense counsel and make sure that they get the medical

23     records, so we just ask that --

24          THE COURT:  Sure.

25          MS. BRILLEAUX:  I just know that in past we've had

*OFFICIAL TRANSCRIPT*

1    issues with plaintiffs' counsel truly believing that the date

2    is visible but it not being visible, and that has been a

3    technical issue, so we just ask that --

4             THE COURT:  Why don't you contact Ms. Barrios and see

5    if we can work through whatever technical problems we have.

6    Thank you.  I'm going to ask that you do that within the next

7    week.

8             MR. BRILLEAUX:  Seven days.  Thank you, Your Honor.

9             THE COURT:  Jennifer Forsman.

10            MS. BRILLEAUX:  No CMO 12A procedure initiated.

11            PLAINTIFFS' COUNSEL:  Your Honor, this will be the same

12   issue as with Ms. Atkins and Ms. Bell and also the next

13   plaintiff, Ms. Glenn.  Again, we do have proof of use.  We have

14   done everything.  We're ready to send the subpoena.

15            THE COURT:  Okay.  This is what I'm going to ask you is

16   to forward that information to defense counsel to verify that

17   you're in compliance, and I'm going to ask that you do that

18   immediately, within the next 48 hours -- even though today is

19   Thursday afternoon -- so that defendants can review it within

20   the next seven days.  So that would take care of

21   Jennifer Forsman, Jacqueline Glenn, right?

22            PLAINTIFFS' COUNSEL:  Yes, Your Honor.

23            THE COURT:  Okay.  We are now with --

24            MS. CALLSEN:  Theresa Hayes.  We have no proof of use,

25   there is no reference to Taxotere or docetaxel in the medical

**OFFICIAL TRANSCRIPT**

1    records, and there is no CMO 12 documentation.

2         PLAINTIFFS' COUNSEL:  Your Honor, we spoke with the

3    facility yesterday.  They are pulling the chart.

4         THE COURT:  Okay.  I'm going to give you 15 days.  I

5    don't know what to do.

6         MS. CALLSEN:  Okay.

7         MS. BARRIOS:  Your Honor, with all due respect, dealing

8    with a facility in 15 days is almost an impossibility.

9         THE COURT:  I know.

10        MS. BARRIOS:  I would appreciate it if you would --

11        THE COURT:  Let's just push this to the next show cause

12   docket.

13        MS. BARRIOS:  I'll work with her in making sure this

14   happens and we have a resolution by the next call docket.

15        THE COURT:  Thank you.

16        MS. CALLSEN:  I appreciate that but at the same time

17   these were put on notice, so it wasn't like they were just told

18   yesterday they need to get them.

19        THE COURT:  I understand that, but --

20        MS. BARRIOS:  Your Honor --

21        THE COURT:  Wait.  I may be helping you.  I know when

22   you send a request for records, they don't pull those records

23   upon receipt, but that would be my inclination as to what

24   occurred; so, I think we all know that.

25             Thank you.

                         *OFFICIAL TRANSCRIPT*

1          MS. CALLSEN:  Okay.  We will carry it over.

2          THE COURT:  Narvella Thomas.

3          MS. BRILLEAUX:  Yes, Your Honor.  This is no proof of

4     use.  We've received no medical records.

5          PLAINTIFFS' COUNSEL:  Your Honor, we did receive a

6     statement from the facility, and the records have been

7     destroyed.  So we are in the process of going through her

8     insurance records and any other way we can get proof of her

9     treatment.

10         THE COURT:  Okay.  Let's carry this over to the next

11    month.

12              Victoria Thomas.

13         MS. BRILLEAUX:  Thank you, Your Honor.

14              This is one -- another CMO 12 but then also no

15    before photos from within five years of treatment.  Treatment

16    was in 2001.  We have before photos that are dated 1990 and

17    2005.  Similar to the ones that we showed you earlier, we

18    believe that they are, for whatever reason, inaccurately dated

19    just because of -- this is an example of a photo that was

20    alleged to be taken in 2005, and as you've been able to see,

21    for whatever reason, mistakes can be made, and we don't believe

22    that this one is representative of the date that it's

23    associated with.

24         PLAINTIFFS' COUNSEL:  I'm going to address this in two

25    parts, Your Honor.  The first one is with the record and the

*OFFICIAL TRANSCRIPT*

1    proof of use.  It's through a VA and she first was at the

2    Syracuse VA and then pointed the finger to the Buffalo VA, and

3    then the Buffalo VA pointed them back to Syracuse, and then

4    sent us back to another VA, Bath VA.  So we are now at Bath VA

5    pulling those records, but we were given the runaround on the

6    different VA's, so that's that issue.

7            Now, with the photo, I specifically had a

8    question for Ms. Thomas the other day when I spoke with her.  I

9    said, "Listen, these photos look really old."  She said, "We

10   wear really old clothes," is what she told me.  She

11   specifically remembers this in December 2005 because it was

12   right before she went on an overseas trip.

13           So, I even questioned it because I looked at it

14   and I said, "Well, it looks a little antiquated," you know, but

15   I don't know how people dress.  I don't know hairstyles.

16   People dress differently in different parts of the country,

17   different hairstyles.  This was 14 years ago.  I just -- I had

18   to take her word for it.  So --

19       MS. BRILLEAUX:  I mean, the other thing that seemed off

20   about this, Your Honor, and also counsel, is that this

21   plaintiff was born in 1943, which would make her over 60 years

22   old in these two photos.  So, again, just because we are

23   obviously looking at the timing of the photos and trying to

24   make sure that they are when they say they are, these are

25   things that would just raise red flags for us, and we wanted to

*OFFICIAL TRANSCRIPT*

1    raise that.

2         PLAINTIFFS' COUNSEL:  I agree.  I also brought that up

3    to her, and she indicated to me that, she said, "I've always

4    looked young," is what she told me.  So, I'm being honest with

5    you because I also had the same suspicions that you did.

6         MS. BARRIOS:  Your Honor, my Dawn Barrios.  Might I

7    suggest that I get on the phone with the client.  I've found

8    that when I've done that before, it's a little more serious by

9    saying, "I'm court appointed and you have to give me the

10   information;" so, I'm more than happy to do that in this case.

11        THE COURT:  All right.  Let's do that.  Thank you.

12        MS. BRILLEAUX:  Thank you, Your Honor.

13        THE COURT:  So we're going to defer that one to

14   Ms. Barrios.

15             Okay.  We have --

16        MS. BRILLEAUX:  I think now we are to the last large --

17   no, we have two large sets.  We have Fears Nachawati next.

18   Margarette Brown.  This is no before photos from within five

19   years of treatment.

20        THE COURT:  Fears Nachawati.  Who do we have on the

21   phone?  Hello?

22        PLAINTIFFS' COUNSEL:  Can you hear me?

23        THE COURT:  Yes.  Who is this?

24        PLAINTIFFS' COUNSEL:  Afternoon, Your Honor.  My name

25   is Tarek Abassi.  I'm counsel for the plaintiff --

                              *OFFICIAL TRANSCRIPT*

1          THE COURT:  Okay.  Thank you.

2          PLAINTIFFS' COUNSEL:  -- Margarette Brown.  In regard

3    to the before photos for this case, we have submitted the photo

4    of an ID that is from 2001 that is a bit outside of the

5    required range; however, it has been impossible for our client

6    to obtain photos as she has lost the majority of her belongings

7    and -- including photos because of floods.

8          THE COURT:  Because of what?

9          PLAINTIFFS' COUNSEL:  Floods.

10         THE COURT:  Okay.  I'm going to ask you to work with

11   Ms. Barrios on this issue.  Within the next 15 days I need you

12   to contact to begin that process.

13         PLAINTIFFS' COUNSEL:  Yes, Your Honor.

14         THE COURT:  Edit Davis.

15         MS. CALLSEN:  PFS is not substantially complete.  We

16   have no proof of use or no CMO 12 documentation.

17         PLAINTIFFS' COUNSEL:  Hi, Your Honor.  This is

18   Charlotte Long at Fears Nachawati, counsel for plaintiff.  It

19   looks like we submitted an amended Plaintiff Fact Sheet on the

20   12th -- on August 12th.

21              And CMO 12, we inadvertently missed it, but this

22   morning we did send it after we realized that we missed it.  We

23   apologize for that oversight, but we did send it and get

24   everything in.

25         THE COURT:  All right.  So the Plaintiff Fact Sheet

**OFFICIAL TRANSCRIPT**

1   that you amended on August 12th, are you telling me includes

2   the records that would show proof of use?

3          PLAINTIFFS' COUNSEL:  Yes.  Yes, Your Honor.

4          THE COURT:  Okay.  I'm going to grant seven days to the

5   defendant to verify.

6          PLAINTIFFS' COUNSEL:  I'm sorry.  I'm sorry,

7   Your Honor, no.  That's my mistake.  I doesn't include proof of

8   use.  It looks like there was a HIPAA issue with this one that

9   delayed the order for a few months, and then we received an

10  updated HIPAA July the 16th, and we were able to resubmit a

11  request, but we haven't gotten the request back in.  The

12  records are still pending.

13         THE COURT:  Okay.

14         MS. CALLSEN:  Because we did confirm that there is

15  nothing been submitted.  It's still outstanding.

16         PLAINTIFFS' COUNSEL:  The Plaintiff Fact Sheet, yes.

17         THE COURT:  Okay.  So when did you request the records

18  with the proper --

19         PLAINTIFFS' COUNSEL:  July 15th is when we received the

20  HIPAA from -- the updated HIPAA from the client we requested.

21  Prior to that we had, you know, sent out the records request,

22  and there was a HIPAA issue.  It was delayed and we were not

23  able to get the records until the client had updated the HIPAA,

24  but, again, that was July 16th, so we haven't been able to get

25  the records back in.  So we just ask for 30 days to get those

**OFFICIAL TRANSCRIPT**

1    records in and get the proof of use.

2          THE COURT:  I'm going to grant 30 days.

3          MS. CALLSEN:  The next plaintiff Gail -- I'm not sure

4    how you say her first name, Linnette -- Linnette Gail.  I'm

5    sorry, I had a --

6          THE COURT:  I thought that one was dismissed.

7          MS. CALLSEN:  Oh, is that the one?  I have too many

8    lists here.

9          THE COURT:  Yvonne Horne.

10         MS. CALLSEN:  We don't have proof of use.  The records

11    say Taxotere and Taxol, so they are ambiguous of what we do

12    have, so we still have no proof of use.

13         THE COURT:  Hello?

14         PLAINTIFFS' COUNSEL:  Your Honor, we have uploaded

15    medical records -- proof of use medical records as of July 15,

16    2019.

17         THE COURT:  Mr. Abassi, what I'm hearing is that the

18    records -- are you telling me it says "Taxotere" then "Taxol"

19    or is it interchangeable?

20         MS. CALLSEN:  It's ambiguous, right.  The records

21    don't -- they are not clear as to proof of use.

22         MS. BARRIOS:  Your Honor, Dawn Barrios.  I'm more than

23    happy to look at those records with the plaintiff's counsel and

24    then get back to --

25         THE COURT:  I'm going to ask you to contact Ms. Barrios

*OFFICIAL TRANSCRIPT*

1    within the next week to review this information.

2              Okay.  Then I think we go to number 108, which is

3    Judith McShea.

4         MS. CALLSEN:  PFS is not substantially complete.

5    Again, we have no proof of use, and there is no documentation

6    regarding CMO 12 efforts.

7         PLAINTIFFS' COUNSEL:  Your Honor, we sent a CMO 12 last

8    night.  Again, this was just an oversight.  We missed it and we

9    apologize for wasting the Court's time today.  We did try to

10   send the email last night.

11             We submitted an uploaded photograph.  The

12   Plaintiff Fact Sheet is substantially complete.  We went ahead

13   and provided as much as we can with that Plaintiff Fact Sheet.

14        THE COURT:  Okay.  The Court is going to grant seven

15   days for you to verify -- for the defendants to verify.

16        MS. CALLSEN:  What I specifically said was no proof of

17   use, though, so she didn't address what -- I heard the CMO 12

18   but proof of use is needed.

19        THE COURT:  Do you have proof of use?

20        PLAINTIFFS' COUNSEL:  I didn't have that on my list,

21   Your Honor.

22        PLAINTIFFS' COUNSEL:  Your Honor, we do have proof of

23   use.  The medical records were uploaded yesterday with

24   Judith McShea.  She is limited in mobility and doesn't really

25   have anyone around to help her out.  The facility was giving

*OFFICIAL TRANSCRIPT*

1    her the runaround and required her to show up in person to sign

2    a HIPAA.  So we did receive the records yesterday and uploaded

3    them yesterday.

4              THE COURT:  Seven days for the defendant to verify.

5              MS. CALLSEN:  Seven days to verify.  Got it.

6              THE COURT:  Okay.  Then we go to Lisa Newton.

7              MS. CALLSEN:  Right.  We have substantially incomplete.

8    We have no before photos, and there is no PTO 71 certification.

9              PLAINTIFFS' COUNSEL:  We have -- Your Honor, this is

10   Charlotte again.  We've uploaded photographs on August 7th, and

11   PTO 71 was uploaded the 15th after the client was able to get

12   that over to us.

13             THE COURT:  Is that everything?

14             MS. BRILLEAUX:  We have a no dated before photo.  So we

15   have four purported before photos, but it's an issue that I

16   mentioned earlier, Your Honor, where we have photos within a

17   range, 2010 to 2013, and they also just appear to be photos

18   that are dateable.

19                  They appear to be at special events, holding a

20   newborn, as a good example, and we just don't believe a

21   three-year range.  I think that the plaintiffs can work a

22   little bit harder to nail down the dates that these photos were

23   taken on.

24             THE COURT:  I agree.

25             PLAINTIFFS' COUNSEL:  If you give us time we can

                         *OFFICIAL TRANSCRIPT*

1    certainly cure those issues.

2            THE COURT:  Well, you got seven days.

3            PLAINTIFFS' COUNSEL:  Yes, Your Honor.  Thank you.

4            THE COURT:  Okay.  Alvera Ray.

5            MS. CALLSEN:  We don't have any proof of injury.  We

6    have no before photos.

7            PLAINTIFFS' COUNSEL:  Yes, Your Honor.  In this case

8    the plaintiff is 64 years old.  She's (inaudible) --

9            THE COURT:  I can't hear you.  Wait.  Please stop.  I

10   can't hear you.  Please speak up.

11           PLAINTIFFS' COUNSEL:  Can you hear me?

12           THE COURT:  Just speak up.

13           PLAINTIFFS' COUNSEL:  I might be having some issues

14   with my phone.

15           THE COURT:  Okay.  All right.  Alvera Ray.

16           PLAINTIFFS' COUNSEL:  Yes, Your Honor.  Our client is

17   not the most tech savvy person and has been dealing with some

18   health issues lately.  We made contact with her, and the after

19   photo that we uploaded earlier this week was the best that we

20   could get out of her personally, but on Monday she did assure

21   me that her sister was coming in to town from out of town and

22   would help not only take some better after photos of her

23   current situation as well as assist in locating a photo that

24   fits the time frame.

25                So we would ask that you grant us 15 days for her

                         *OFFICIAL TRANSCRIPT*

1    sister to come in and help get those photos.

2          MS. CALLSEN:  The issue was the no before photos.  I

3    mean, we appreciate updated photos, but did you say -- I

4    thought you said you do have photos before but you haven't

5    uploaded them yet?

6          PLAINTIFFS' COUNSEL:  No.  Your Honor.  We uploaded one

7    after photo.

8          THE COURT:  You uploaded one after photo.  I think the

9    issue is before photos.  Do you have any in your possession

10   within five years of chemotherapy?

11         PLAINTIFFS' COUNSEL:  The client has assured me that

12   she does, and I tried to walk her through the process of taking

13   photos of those to send to us, but she has been having some

14   difficulty finding them, and that's where her sister was going

15   to come in to help her go through her things and send the

16   appropriate photos to us.

17         THE COURT:  I think you need to talk to Ms. Barrios

18   about that.  I'm going to send you with Ms. Barrios.  I don't

19   know, has her cancer recurred or something that she is unable

20   to do this?  I'm sending you to Ms. Barrios.

21         PLAINTIFFS' COUNSEL:  All right.  I don't want to go

22   too much into it, but the client is dealing with some possible

23   early onset dementia.

24         THE COURT:  Okay.  Please work with Ms. Barrios, and

25   I'm sure her sister can help her.  Thank you.

                         *OFFICIAL TRANSCRIPT*

1          PLAINTIFFS' COUNSEL:  All right.  Thank you.

2          THE COURT:  Nettie Roberts.

3          MS. CALLSEN:  Again, we don't have proof of injury.

4     The before photos are not within five years of the chemotherapy

5     administration.

6          PLAINTIFFS' COUNSEL:  Bernay (spelled phonetically)

7     Roberts, we have -- we've uploaded both before records and

8     after -- I mean, excuse me, before photos and after photos.

9     I'm seeing photos uploaded from August 7th.

10         MS. CALLSEN:  They are not within five years.  They are

11    older than that.

12         THE COURT:  Do you understand the problem?

13         PLAINTIFFS' COUNSEL:  I do but I'm seeing a 2014 photo,

14    and it looks like she had chemo in 2015; so, I'm pretty sure

15    that that's within the five-year time frame from August 7th.

16         MS. CALLSEN:  We'll re-review and work with Dawn to the

17    extent we need to, if that's okay.

18         THE COURT:  Okay.  Seven days.  Thank you.

19              Caroline Vann.

20         MS. CALLSEN:  We don't have proof of use.  There is no

21    documentation of use of docetaxel or Taxotere.

22         PLAINTIFFS' COUNSEL:  Your Honor, this is the -- kind

23    of the same situation as Judith Davis where we did order

24    records, but there was a HIPAA deficiency.  We were able to

25    cure that deficiency, and we received a new HIPAA, and so the

**OFFICIAL TRANSCRIPT**

1   records are pending, but we don't have them back, so we can't

2   provide what we don't have.

3            THE COURT:  I'm going to grant 30 days but --

4            MS. CALLSEN:  The authorization -- can you just confirm

5   that the authorization has been submitted with the request?

6            PLAINTIFFS' COUNSEL:  Yes, it has.  I realized today as

7   we were on the phone that that CMO 12 hasn't been sent to you

8   but I will send that over.

9            MS. CALLSEN:  Just to confirm, you received an updated

10  authorization and you've submitted it?

11           PLAINTIFFS' COUNSEL:  Yes, yes, I have.  And I can give

12  that to you as required in the CMO 12.

13           MS. CALLSEN:  Please.  Thank you.

14           THE COURT:  Thank you.  Ora Vaughn.

15           MS. BRILLEAUX:  Yes, Your Honor.  This is no before

16  photos and no CMO 12 initiated -- process initiated.

17           PLAINTIFFS' COUNSEL:  Your Honor, the CMO 12 issue

18  email was sent yesterday.  I know it was after the deadline.

19  It was an oversight on my part.

20           THE COURT:  Are you talking on a speakerphone maybe?

21  Maybe if you pick up your phone.  We are really having trouble.

22           PLAINTIFFS' COUNSEL:  I'm sorry.  It's a headset that

23  I'm using, and I think there are issues with it.

24           THE COURT:  Well, there are issues, so if you can pick

25  up the handle and just hold it because I'm really struggling to

*OFFICIAL TRANSCRIPT*

1    hear you.

2              Okay.  Ora Vaughn.

3              PLAINTIFFS' COUNSEL:  All right.  As for the CMO 12

4    issue, the email was sent to defense counsel yesterday.  It was

5    an oversight on my part because in compiling the two

6    noncompliance lists that were sent out in late June, the

7    505(b)(2) list did not have CMO 12 as an issue, and it was an

8    oversight on my part when I was compiling those lists.

9              THE COURT:  Okay.  So that's CMO 12, was that the issue

10   you had?

11             MS. BRILLEAUX:  I just had that we had no contact about

12   the CMO process.

13             THE COURT:  Okay.  I think he said he sent the email

14   yesterday.  I'm going to give you seven days to confirm that.

15   Thank you.

16             MS. BRILLEAUX:  Then with the photo.

17             THE COURT:  Okay.  There was a photo.

18             PLAINTIFFS' COUNSEL:  A before photo?

19             THE COURT:  Is it a before photo that you're missing?

20             MS. BRILLEAUX:  It is, Your Honor, and we did receive a

21   photo, but it does not have plaintiff's face.  It's just of the

22   back of her head.  I have a copy if you would like to see it.

23   Okay.

24             THE COURT:  All right.  Could you get a photograph that

25   shows the plaintiff.

                         *OFFICIAL TRANSCRIPT*

1          PLAINTIFFS' COUNSEL:  We could certainly get that from

2     her.

3          THE COURT:  Okay.  That's seven days.  All right.

4          PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

5          THE COURT:  Loretha -- this is Reich and Binstock.

6          MS. BRILLEAUX:  Yes.  I think we're on our last --

7     no -- well, yes, our last set of Exhibit A cases.

8          THE COURT:  Then we're going to look at photographs.

9          MR. BRILLEAUX:  Yes.

10          MR.  LAMBERT:  Your Honor, we've been going for two

11    hours.  Would you like to take a quick break --

12          MR. BRILLEAUX:  I think we only have about 20 cases

13    left.

14          MR. LAMBERT:  Thank you.

15          MS. BRILLEAUX:  But thank you, Mr. Lambert.

16          THE COURT:  Thank you.  If you need to leave --

17          MS. CALLSEN:  Do you need a brief moment?

18          MR. LAMBERT:  I'm not having to wear those shoes.

19          MS. BRILLEAUX:  This is the most challenging part of

20    the process.

21          THE COURT:  Loretha Bronson.  Who do we have on the

22    phone for Reich and Binstock?  Mr. Roth?

23          PLAINTIFFS' COUNSEL:  Yes.  Good afternoon, Your Honor.

24          THE COURT:  Okay.  Fine.  We have Loretha Bronson.

25          MR. BRILLEAUX:  Yes.  That is no proof of use.

*OFFICIAL TRANSCRIPT*

1    PLAINTIFFS' COUNSEL:  We have a committed request for

2    records, Ms. Bronson.  Asked for just -- we do have proof of

3    use for Loretha Bronson.  We will get that loaded immediately.

4    It is an oversight on our part that we did not get that into

5    MDL Centrality, so we do have proof of use.

6         We let the defendants know on August 1st of our

7    cure attempts, and we'll have that literally loaded here in

8    30 seconds.

9    THE COURT:  Okay.  Within seven days.  That will give

10   you an opportunity to review it, Ms. Brilleaux, because I want

11   this uploaded within 48 hours so that Ms. Brilleaux can report

12   back to me in seven days.

13        Tamara Gabreilyan.

14   MR. BRILLEAUX:  Yes.  This is photos are not dated.

15   Initially the deficiency was for no before photos and no after

16   photos, and then we received photos but none of them are dated.

17   PLAINTIFFS' COUNSEL:  I'm going to hop on the

18   Centrality.  We did request photos from Ms. Gabreilyan, and she

19   was having difficulty finding them.  That may be updated and

20   I'll let you know here in just a second.  Centrality is a

21   little slow right here.  We may have done a photo affidavit for

22   her.  I'll let you know here in just a second.

23   MS. BRILLEAUX:  Your Honor, this was a case that was

24   supposed to be heard on July 11th; so, I'm just not really

25   understanding why this isn't something that has been dealt with

*OFFICIAL TRANSCRIPT*

1    weeks, if not months ago.

2         PLAINTIFFS' COUNSEL:  I can answer that.  Your Honor,

3    we loaded photos on July 12th.

4         THE COURT:  Are they dated?  That's the issue.

5         PLAINTIFFS' COUNSEL:  I believe that they are.  I think

6    I did a photo affidavit.  If you bear with me for one second.

7    Yeah, we have gone through and -- if we don't have those dated,

8    we will certainly get that done but I think we have.

9         THE COURT:  Can you talk to Ms. Barrios about this.  I

10   mean, I'm not going to sit on the phone for --

11        PLAINTIFFS' COUNSEL:  No, I understand but we do -- we

12   have, you know, within the last --

13        THE COURT:  It may be a technical problem.

14        MS. BRILLEAUX:  Counsel, just to be clear, we

15   understand that photographs have been uploaded.  But there are

16   no dates on them.  The issue is the dates.

17        PLAINTIFFS' COUNSEL:  We talked to the client, and if

18   we don't have dates on the photos --

19        THE COURT:  I'm going to ask you to visit with

20   Ms. Barrios.  We've got to move on.  Okay.  Then let's get this

21   done within seven days.

22             All right.  Carol Jean Hill.

23        MS. BRILLEAUX:  Thank you, Your Honor.

24             This is no PFS declaration, no proof of use, no

25   before photos, after photos, no authorization, and no PTO 71

*OFFICIAL TRANSCRIPT*

1    certification.

2            PLAINTIFFS' COUNSEL:  We've had a lack of cooperation

3    from our client.  We did talk to her last week.  We would ask

4    for more time.  I cannot honestly sit here and tell you that

5    more time will get us a result, but it will give us an

6    opportunity to pound on her and try to get her to do this, but

7    there has been an awful lot of contact with this client.

8            THE COURT:  And you haven't gotten it yet?

9            PLAINTIFFS' COUNSEL:  We have not?

10           THE COURT:  All right.  This matter is dismissed with

11   prejudice.

12           MS. BRILLEAUX:  Thank you, Your Honor.

13                The next one is Loretta Kerr.  No proof of use,

14   no before photos, and no after photos.

15           PLAINTIFFS' COUNSEL:  We got Loretta submitted on

16   Friday, and we let the defendants know.  We are waiting on more

17   records regarding the proof of use.  I think we've taken care

18   of every other deficiency on her.

19           THE COURT:  What's the status of the records?  First

20   I'm going to give defendants seven days to check that the other

21   items were cured, but what's the status of the records?

22           PLAINTIFFS' COUNSEL:  They are ordered and we can light

23   a fire under our records service to expedite it.  We feel we

24   have everything else in order for her.  If we don't come up

25   with proof of use records, we'll be the first one to dismiss

1    her.

2         MS. CALLSEN:  When were they requested?

3         THE COURT:  I know but can you tell me when they were

4    requested?

5         PLAINTIFFS' COUNSEL:  I'm going to research that.  I

6    can get that to you here momentarily.

7         THE COURT:  I'm going to ask you to contact Ms. Barrios

8    within the next seven days so that we can satisfy ourselves

9    that the records are being ordered timely.

10         All right.  Laurie Lardner.

11         MS. BRILLEAUX:  Your Honor, just on Kerr, we have

12    someone checking live.  We do not have any indication that

13    anything has been cured, and we would like to request that if

14    it's not done within seven days we can move to dismiss the

15    case.

16         THE COURT:  You can, yes, but I'm asking him to get

17    with Ms. Barrios because there may be technical difficulties.

18         MS. BRILLEAUX:  Okay.  Thank you.

19         THE COURT:  Laurie Lardner.

20         MS. BRILLEAUX:  That is no proof of use.

21         PLAINTIFFS' COUNSEL:  She is a similar situation to

22    Loretta Kerr.  (Inaudible) everything else.  PFS.

23         THE COURT:  I think the only issue was proof of use,

24    and you've requested those records; is that what you're telling

25    me?

**OFFICIAL TRANSCRIPT**

1          PLAINTIFFS' COUNSEL:  Yes.  Absolutely.

2          THE COURT:  This is what I'm going to ask you to do is

3    to email, because it sounds like everything, Ms. Brilleaux,

4    within seven days, defense counsel to advise status of the

5    requested records.  Okay?

6          PLAINTIFFS' COUNSEL:  Perfect.

7          THE COURT:  Thank you.

8          PLAINTIFFS' COUNSEL:  Thank you.

9          THE COURT:  Cheria Markos.

10         MS. BRILLEAUX:  Yes.  This is no proof of use.

11         PLAINTIFFS' COUNSEL:  It would be similar to Ms. Kerr

12   and Ms. Lardner, everything else, and we will follow the same

13   procedure.

14         PLAINTIFFS' COUNSEL:  Okay.

15         THE COURT:  Okay.  All right.  I'm going to order that

16   the same procedure be followed, that he advise you when the

17   records were requested.

18              Jerri McDowell.  Let me ask you:  Are these all

19   the same issues?

20         MS. BRILLEAUX:  We also have some photo issues with the

21   same cases.

22         THE COURT:  Okay.  All right.  Let's go.

23   Jerri McDowell.

24         MS. BRILLEAUX:  No proof of use, no before photos, and

25   no after photos.

*OFFICIAL TRANSCRIPT*

1        PLAINTIFFS' COUNSEL:  I thought we procured the photos

2    from Jerri McDowell.  I'll look at MDL Centrality.

3              She's looking for photos.  I think I'm going

4    to -- she was looking for some photos.  Let's see if she's got

5    them loaded.

6        THE COURT:  Who is looking for photos?

7        PLAINTIFFS' COUNSEL:  Our clients.

8        THE COURT:  Are they loaded or not?

9        PLAINTIFFS' COUNSEL: (Inaudible).

10       THE COURT:  Mr. Roth, you're going to have to contact

11   Ms. Barrios.  I was hoping that, particularly since you've been

12   sitting on the phone for two hours, that perhaps you had gone

13   through this and would able to respond quickly.

14       PLAINTIFFS' COUNSEL:  We're in the process of getting

15   photos for Ms. McDowell.  If we don't come up with them, again,

16   we will be the first ones to move for dismissal.

17       THE COURT:  Probably not.  I'm guessing that the

18   defendants are going to move before you.

19       PLAINTIFFS' COUNSEL:  Right.  Maybe so.

20       THE COURT:  Yeah.  This was requested when?  When did

21   you --

22       PLAINTIFFS' COUNSEL:  July 26th was our last request to

23   Ms. McDowell via email with suggestions of where she could look

24   for photos.

25       THE COURT:  All right.  I'm going to ask you to visit

**OFFICIAL TRANSCRIPT**

1   with Ms. Barrios because, I have to tell you, I'm losing my

2   patience.

3            PLAINTIFFS' COUNSEL:  I understand.

4            THE COURT:  Within the next seven days.

5                  All right.  Hattie Meadows.

6                  And then the proof of use, you need to send the

7   defendants information regarding when the records were

8   requested.

9                  All right.  Hattie Meadows.

10           MS. BRILLEAUX:  Yes, Your Honor.  This is no before

11  photos within five years of treatment.

12           THE COURT:  Okay.

13           PLAINTIFFS' COUNSEL:  We loaded photos on May 22nd, and

14  I believe we do have before photos.  I'll look at Centrality

15  and see but for Ms. Meadows --

16           MS. BRILLEAUX:  Counsel, within five years of her

17  chemotherapy treatment.

18           PLAINTIFFS' COUNSEL:  I believe so.

19           MR. BRILLEAUX:  I'll represent to you, counsel, that my

20  notes show that we do have one, but it's 13 years prior to her

21  2013 treatment.

22           PLAINTIFFS' COUNSEL:  That may be what she was able to

23  come up with.

24           THE COURT:  Not good enough.  I'm going to direct you

25  to liaison counsel because this --

                        *OFFICIAL TRANSCRIPT*

1        PLAINTIFFS' COUNSEL:  We have recent photos.

2        THE COURT:  Are these post chemotherapy, the photos

3   that you do have?  What we're looking for is prechemotherapy

4   photos within five years.

5        PLAINTIFFS' COUNSEL:  That one 13 years may be the best

6   one we've got.

7        THE COURT:  She's got to do better.

8        PLAINTIFFS' COUNSEL:  I understand.  I agree.

9        THE COURT:  No.

10       PLAINTIFFS' COUNSEL:  We have one from 2013, which may

11   be during chemo.  We have a photo affidavit.

12       THE COURT:  You know what, I'm going to direct you to

13   Ms. Barrios because I'm losing my patience and I don't want

14   to --

15       PLAINTIFFS' COUNSEL:  Sure.

16       MS. BRILLEAUX:  Thank you, Your Honor.  We can --

17       THE COURT:  Charlene Robson.

18       MS. BRILLEAUX:  No before photos from within five years

19   of treatment.

20       PLAINTIFFS' COUNSEL:  I think that we do on her.

21       THE COURT:  Did you download them, upload them, or

22   whatever you call it?

23       PLAINTIFFS' COUNSEL:  Mr. Roth, did you look at this

24   before you got on the phone?

25       PLAINTIFFS' COUNSEL:  I did.  And it says we do have

*OFFICIAL TRANSCRIPT*

1    photos loaded for Ms. Robson.

2         MS. BRILLEAUX:  Are they within five years of her 2016

3    treatment, Counsel?

4         PLAINTIFFS' COUNSEL:  It must be -- they appear to be

5    after.

6         THE COURT:  If he's saying that they uploaded them, he

7    has seven days.

8         PLAINTIFFS' COUNSEL:  We have some during chemo.  I

9    thought we had some before.

10        MS. BRILLEAUX:  Counsel, I'll represent to you that we

11   have some from 1999 and 2003, but this is 16 years and

12   12 years, respectively, before her chemotherapy treatment, and

13   the Court has required photos within five years of treatment.

14        PLAINTIFFS' COUNSEL:  We can reach out to her again.

15   We may have gotten all the photos that she has.

16        THE COURT:  I'm going to direct you and ask you to talk

17   to Ms. Barrios because I think you need to understand that the

18   photos, there is a requirement that they be within five years,

19   unless there are extraordinary circumstances that can be

20   clearly articulated.

21             Angela Schuyler.

22        MS. BRILLEAUX:  Yes, Your Honor.  This is no proof of

23   use, no before photos, and undated after photos.

24        PLAINTIFFS' COUNSEL:  Ms. Schuyler.  We do have a lot

25   of photos loaded for her.  A proof of use, I think that she is

*OFFICIAL TRANSCRIPT*

1    also an ongoing records order situation.

2    THE COURT:  Okay.  I'm going to ask you to contact

3    defense counsel and advise them of the request you've made and

4    when requests were made for medical records.

5    As to the photographs, I'm going to ask you to

6    visit with Ms. Barrios on all of these issues related to

7    photographs.

8    All right.  Our last one is Christine Simcox.

9    MS. BRILLEAUX:  No proof of use and no before photos

10   from within five years of treatment.

11   PLAINTIFFS' COUNSEL:  She has some photos.

12   THE COURT:  I think that's going to fall in the same

13   bucket.  I'm going to ask you to visit with Ms. Barrios about

14   the photo issue, and I'm going to require that you contact

15   defense counsel and advise them as to what steps have been

16   taken to provide proof of use.

17   MS. BRILLEAUX:  Just to be clear, Your Honor, the ones

18   that you have ruled on, this is all seven-day time frame?

19   THE COURT:  Yes.

20   MS. BRILLEAUX:  Thank you, Your Honor.

21   Okay.  Then the last set that we have, we have

22   four cases left, Your Honor, that are rollover cases from prior

23   hearings to revisit.

24   THE COURT:  Yes, please.

25   MS. BRILLEAUX:  The first one is Deborah Edwards

*OFFICIAL TRANSCRIPT*

1    represented by Kennedy Hodges, and this is no proof of use.

2         THE COURT:  Mr. Green?

3         PLAINTIFFS' COUNSEL:  Yes.  Good afternoon, Your Honor.

4    This is Donald Green representing the plaintiff.

5         So this was an issue we filed in this case

6    because we had reference to Taxotere usage in the oncology

7    records, and then there was later medical records from a

8    hospital that referenced previous Taxol administration.  We

9    obtained additional records, and we did find that Taxol was,

10   indeed, used.

11        We tried to contact the client to obtain

12   permission to terminate the case through a stipulated

13   dismissal.  We sent correspondence to her.  We tried to call

14   her numerous times.  We cannot get ahold of her to get her

15   authority to agree to a dismissal.

16        THE COURT:  This matter is dismissed with prejudice.

17   I'm sorry, sir, you had to stay on the phone so long for your

18   one case.

19        PLAINTIFFS' COUNSEL:  No problem.  Thank you.

20        THE COURT:  Barbara Falk with the Simmons Hanly Conroy.

21   Mr. Foley, are you on the line?

22        PLAINTIFFS' COUNSEL:  Yes, Your Honor.

23        THE COURT:  Where are we with that one, Ms. Brilleaux?

24        MR. BRILLEAUX:  So this is no before photos from within

25   five years of treatment.

*OFFICIAL TRANSCRIPT*

1        PLAINTIFFS' COUNSEL:  (Inaudible) Your Honor, where we

2   received a photo on Monday, and we uploaded it before the time

3   deadline.  Unfortunately, we have not sent an email

4   notification to defense.  It was drafted and left in somebody's

5   draft folder.  They didn't hit send.  So a photo that's dated

6   2006 has been uploaded as of Monday morning.

7        MS. BRILLEAUX:  Your Honor, this is another case where

8   this has been flagged as something that we do not believe is

9   accurate for whatever reason.

10            This is the 2006 photograph that we got.  I would

11   like to highlight right here.  It's a 1988 issuance.  I know

12   that's unclear.  We got another driver's license for

13   comparison.  1988.  Expiration 1994.  1988, 1994.  This is not

14   a 2006 photograph or a document.

15        PLAINTIFFS' COUNSEL:  We reached out to Ms. Falk and

16   asked her about the date on the photo.  The back of the photo.

17   I think we had submitted two pages or they submitted two pages,

18   and the second page was the -- had the expiration date of the

19   license as 2012.  And a little bit of research into the time

20   frame of Florida licenses, how long they are good for was six

21   or eight years.  Both would be in the relevant time frame.  We

22   asked her if she ever renewed or line or if she always went in

23   and renewed and had her picture taken, and she told us she

24   always went in and renewed.

25            MS. BRILLEAUX:  Your Honor, again (speaking

*OFFICIAL TRANSCRIPT*

1   simultaneously) --

2           PLAINTIFFS' COUNSEL:  The photographs -- I'm sorry,

3   Counsel, go ahead.

4           MS. BRILLEAUX:  Thank you.  This is just obviously

5   something that's being represented as a photo from 2006 that is

6   raising a very clear red flag as to why it should be questioned

7   for whether -- its accuracy.

8           THE COURT:  Ms. Barrios.

9           MS. BARRIOS:  Mr. Foley, do you have a copy of the back

10  of the license that you could show us that indicate the

11  expiration date?

12          PLAINTIFFS' COUNSEL:  Yes, and it was supposed to be

13  uploaded but maybe that was not uploaded.

14          MS. BARRIOS:  Your Honor, I'll deal with getting that

15  to him and getting that to Ms. Brilleaux.

16          THE COURT:  I think perhaps a conversation with the

17  client would be appropriate, Ms. Barrios.

18          MS. BARRIOS:  Yes, Your Honor.

19          THE COURT:  Thank you.

20              I'm going to ask you to contact Ms. Barrios

21  within seven days.  Ms. Barrios is going to be busy for the

22  next week.

23          MS. BARRIOS:  I don't have anything else to do so

24  that's quite okay.

25          MR. LAMBERT:  Your Honor, I will help Ms. Barrios with

*OFFICIAL TRANSCRIPT*

1   some of these.

2           THE COURT:  I thought you needed a little break.

3           MS. BARRIOS:  The person sitting next to me is going to

4   be very busy.

5           THE COURT:  Deborah Hutchinson.  That's with Davis &

6   Crump.  Who do we have on the phone with Davis & Crum?

7   Mr. Rockstad?

8           PLAINTIFF'S COUNSEL:  Yes, Your Honor.  I'm here.

9           MS. BRILLEAUX:  Your Honor, this is, again, no before

10  photos within five years of treatment.  I think when we last

11  spoke Mr. Rockstad said that he would be trying to locate them,

12  and we still have not had that deficiency cured.

13          PLAINTIFF'S COUNSEL:  Your Honor, I talked with

14  Ms. Hutcheson.  I attempted to call all the family members that

15  she told me might have pictures.  No one has been able to find

16  any pictures or they are refusing to cooperate or assist.  I'm

17  at a loss as to say where to go from here, Your Honor.  There

18  are no more pictures to produce.

19          MS. BARRIOS:  Are there any extenuating circumstances,

20  Mr. Rockstad, as to why Ms. Hutcheson doesn't have photos, like

21  a flood or a fire or a theft or --

22          PLAINTIFF'S COUNSEL:  I'm sorry to cut you off.  Right

23  before she was diagnosed with cancer, her husband passed away,

24  and a lot of their belongings were in a storage unit, and I

25  guess the storage unit, the best I understand, the storage unit

                        *OFFICIAL TRANSCRIPT*

1    passed to, I guess it was also in the name of his parents, and

2    they don't have any contact or won't have any contact with us

3    or Ms. Hutcheson, and as far as she knows, all of their

4    belongings that were in that storage unit have been sold or

5    given away or otherwise disposed of.  She says there were

6    pictures in there, all their old family pictures, but that's

7    all there is, and there is no digital copies of anything.

8              MS. BARRIOS:  Your Honor, that sounds to me that that

9    may be justification for not having photos.  At least give him

10   an opportunity to maybe sign a verification.

11             THE COURT:  I'm going to ask you to contact Ms. Barrios

12   within the next seven days and see where we are.

13                  All right.  Guyann Peterson is with

14   Fernelius Simon.  Mr. Perdue, are you on the phone?

15             PLAINTIFFS' COUNSEL:  Yes, Your Honor.  Ryan Perdue

16   here for Mr. Fred Peterson.

17             MS. BRILLEAUX:  Yes, Your Honor, and this is no before

18   photos.

19             THE COURT:  Okay.  No before photos.

20             PLAINTIFFS' COUNSEL:  Yes, Your Honor.  This matter has

21   been before the Court a couple of times.  Just by way of

22   refresher, Ms. Guyann Peterson passed away on June 2017.  Her

23   son, Fred Peterson, prior to our last show cause hearing, had

24   gone through every belonging that he was aware of that belonged

25   to his mom that she would have left after her death.  He could

*OFFICIAL TRANSCRIPT*

1    not find photos.

2              Your Honor, at our last show cause hearing,

3    suggested that Mr. Peterson talk to family friends, which he

4    did so.  He talked to every family member he could, and no one

5    was able to find a photograph of Ms. Peterson prior to her May

6    2012 chemotherapy; so, similar to some of the other cases and

7    at the risk of adding one more case to Ms. Barrios' list --

8         THE COURT:  Well, the problem we have is with a

9    deceased plaintiff and no photographs, I'm not sure how you

10   would show proof of injury.

11        PLAINTIFFS' COUNSEL:  Mr. Peterson has said that he

12   would be happy to submit an affidavit that would describe --

13        THE COURT:  How are we going to determine there is

14   indeed an injury?  Your plaintiff is deceased, and there is no

15   photograph of what her hair looked like before or afterwards.

16        MS. BRILLEAUX:  Just to note, Your Honor, this case was

17   filed by the representative.

18        THE COURT:  I'm listening.

19        PLAINTIFFS' COUNSEL:  Your Honor, there are after

20   photos.  Ms. Peterson, following her 2012 chemotherapy, lived

21   for another five years.  We have produced several after photos

22   that depict hair loss that I think is consistent with claims in

23   the case, but we just unfortunately, because she passed away,

24   we don't have access to any photographs that predate her

25   chemotherapy.

*OFFICIAL TRANSCRIPT*

1          If this case were selected for trial, we would

2     have testimony regarding what her hair looked like prior to her

3     chemotherapy, so I think there would be some evidence of that,

4     but it may not be the best evidence, but it would be some

5     evidence.

6          THE COURT:  Ms. Barrios.  Do you have something?

7          MS. BARRIOS:  Yes, ma'am.  I wanted to ask if I could

8     work with Mr. Perdue to see if there are school pictures, if

9     she has a driver's license picture.  They may have taken a

10    picture when she was admitted to the hospital.  I understand

11    when you to go in the chemo unit they take a picture.

12         If there is anything like that, Mr. Perdue, that

13    I could help you to try to explore to find a before picture,

14    I'm more than happy to do so.

15         PLAINTIFFS' COUNSEL:  Thank you.  I would like to take

16    you up on that.  I had asked my client those questions

17    (speaking simultaneously).

18         THE COURT:  Mr. Perdue, I'm going to tell you, this

19    case will not proceed without a before photo.  I'm going to

20    give you one last shot.  You can call Ms. Barrios, but this is

21    even more problematic.

22         Just so you understand, I know that they were

23    able to produce after chemo photographs, but it will not

24    proceed.  So I'm going to give you an opportunity to visit with

25    Ms. Barrios, but this is the last time.

*OFFICIAL TRANSCRIPT*

1              Okay.  I believe that's everybody on the phone.

2    We can hang up the phone now.

3              MS. BRILLEAUX:  I think we had one more Marc J. Bern

4    that we said we needed to go back to, Felicia Rhodes.

5              MS. BARRIOS:  What number is it, please?

6              MR. BRILLEAUX:  It's number 43, Ms. Barrios.

7              MS. BARRIOS:  Thank you.

8              THE COURT:  Which one was that?  Oh, that's right.  I

9    don't remember why.  Oh, that was the photograph you wanted to

10   show me.

11             MS. BRILLEAUX:  I don't think that that was for Rhodes

12   that was the issue.  I'm looking at my notes.  We had -- when

13   did she die?

14             MS. BARRIOS:  My notes indicate -- you said when did

15   she die?

16             THE COURT:  Hello.  Who do we have on the phone for

17   Marc Bern?

18             MR. BRILLEAUX:  He may have forgotten we were supposed

19   to go back to it.

20             MR. LAMBERT:  Your Honor, this is Palmer Lambert.  I

21   have the same note as Ms. Callsen that this was an individual

22   who passed away, and you had given 30 days to check on that

23   survivor.

24             MS. BRILLEAUX:  For number 43?

25             MR. LAMBERT:  That's what I have, yes.

**OFFICIAL TRANSCRIPT**

1        MS. BRILLEAUX:  I have for 43 --

2        THE COURT:  I'll be honest with you, what I have is a

3    highlighted and no -- so I don't think -- this is what -- I

4    could go back through the transcript, which this is -- I

5    believe I did ask when did she die or when something had

6    happened, and what my guess is that the attorney forgot that

7    this matter was ongoing, just like I forgot, so --

8        MS. BARRIOS:  Your Honor, I volunteer to contact

9    Mr. Kessler.  I'll get together with both defense counsel,

10   we'll put our noggins together and read the wonderful

11   transcript that we're going to get for this and figure it out.

12       THE COURT:  Thank you.  I believe that there are

13   photographs that you wanted to show me.

14           I think everybody else on the phone can hang up.

15   Thank you very much.

16       PLAINTIFFS' COUNSEL:  Your Honor, do you mind if I stay

17   on?  This is Kelly Bieri for Sanofi as well.  Is that okay with

18   you?

19           THE COURT:  If you want to.

20           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

21       MS. BRILLEAUX:  Okay.  So the one I wanted to go back

22   to, this is actually just one, is Sarah Dunlap.  This was kind

23   of the first of the photos that, again, we had just flagged

24   because we have been seeing some things that have raised some

25   red flags.

                        *OFFICIAL TRANSCRIPT*

1            We've seen -- we have a photo from -- that's

2      supposed to be -- states that it was dated December of 2007,

3      and you can see, compare that to this one which is supposed to

4      be earlier, May 2007, and I just don't think that those look

5      like they -- those dates would be accurate.

6            PLAINTIFFS' COUNSEL:  Your Honor, the hairstyles and

7      the fashion in the photos, along with the photo quality, do

8      seem to be -- indicate that this was taken in 2007.

9      Additionally, I think this plaintiff just ages very well.

10            I have her present day --

11            THE COURT:  This is only six months difference.

12            MS. BRILLEAUX:  Your Honor, just to point out also the

13      difference in the hairstyle, while I certainly do not claim to

14      know, it looks like there is a possibility that one of these

15      pictures may be a wig.  I'm certainly not sure of that, but it

16      may be something that can be looked into, if these are supposed

17      to be six months apart.

18            PLAINTIFFS' COUNSEL:  That is something we can

19      definitely look into.  I think the issue here is she's claiming

20      that she looks to be too young to be her age in this

21      photograph, but this client doesn't age -- she ages very well.

22            I have her present day photos, and this is, I

23      believe, 12 years and 13 years later, and if you look at these

24      photographs --

25            THE COURT:  I understand but if you look, this is May

*OFFICIAL TRANSCRIPT*

1    and this is December of the same year.  This is not the same

2    year.

3         PLAINTIFFS' COUNSEL:  Our client is telling that us

4    that this is the same year.  I will look into whether or not

5    she maybe had a hairpiece or something like that that she put

6    in, but people change their hairstyles, and I think both of

7    those hairstyles are definitely in line with what people were

8    wearing in 2007 and 2006.

9         THE COURT:  Mr. Lambert, do you have something else to

10   say?

11        MR. LAMBERT:  Yes, Your Honor.  Palmer Lambert,

12   coliaison counsel for plaintiffs.

13             I'm happy to get on the phone with this

14   plaintiff, as Ms. Barrios has offered on different ones.

15        THE COURT:  Ms. Sulkin, let me be perfectly frank with

16   you.  It's not just the hair.  These are supposed to be

17   photographs taken six months different and look at them.

18        MS. BRILLEAUX:  Just to add, Your Honor, they both have

19   plaintiff's verification signature, so to the extent --

20        THE COURT:  I know.  But please tell me you can see the

21   concern.

22        PLAINTIFFS' COUNSEL:  Your Honor, I can see the concern

23   because she does look different, but people do look different

24   in different photographs that could be taken weeks apart.  One

25   of them is also admittedly not a great -- it's a photograph of

*OFFICIAL TRANSCRIPT*

1   a photograph in a frame, so it's not quite as clear as this one

2   that's actually a photograph, so that could account for some

3   discrepancy also in the look of the photographs.

4            But I do want to show you the present day

5   photographs because I am concerned that they are going to argue

6   that she looks too young in 2007.  I think if you look here,

7   she was born in 1946.  I would not guess that she was born in

8   1946, looking at this photograph right here.  If she would have

9   had a hairpiece or had hair, she looks significantly younger

10  than her actual age.

11           THE COURT:  Okay.  Mr. Lambert, I'm going to ask you to

12  talk to Ms. Dunlap.

13           MR. LAMBERT:  Yes, Your Honor.  We will.

14           PLAINTIFFS' COUNSEL:  Thank you, Your Honor.

15           MS. BRILLEAUX:  I believe that's all we have.

16           THE COURT:  Okay.  We can go off the record.

17           (WHEREUPON, at 4:28 p.m., the proceedings were

18  concluded.)

19                        *    *    *

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                          REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter in and for the State

5     of Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11                              *s/Cathy Pepper*

12                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
13                         Registered Merit Reporter
                           Official Court Reporter
14                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                         ***OFFICIAL TRANSCRIPT***

## 1

**1** [3] - 7:21, 7:24, 17:17
**10** [4] - 14:4, 54:21, 60:8, 69:11
**105** [1] - 6:12
**107** [1] - 6:12
**108** [1] - 81:2
**1100** [2] - 1:20, 2:4
**11th** [9] - 9:10, 9:14, 13:24, 28:2, 43:5, 45:20, 50:10, 63:12, 89:24
**12** [37] - 10:20, 13:22, 15:12, 15:20, 16:24, 17:2, 17:5, 18:8, 18:12, 20:13, 20:17, 22:20, 23:20, 25:12, 26:7, 26:11, 26:15, 35:24, 39:1, 40:25, 67:3, 74:1, 75:14, 78:16, 78:21, 81:6, 81:7, 81:17, 86:7, 86:12, 86:16, 86:17, 87:3, 87:7, 87:9, 97:12, 108:23
**120** [1] - 6:1
**128** [1] - 6:1
**12A** [11] - 15:25, 16:4, 16:13, 16:17, 17:7, 17:10, 39:3, 39:8, 69:22, 70:3, 73:10
**12th** [5] - 46:21, 78:20, 79:1, 90:3
**13** [3] - 95:20, 96:5, 108:23
**14** [5] - 26:1, 26:3, 26:23, 76:17
**14th** [2] - 66:17, 66:22
**15** [15] - 1:7, 4:2, 57:2, 57:3, 60:13, 60:14, 61:11, 61:25, 65:6, 65:9, 74:4, 74:8, 78:11, 80:15, 83:25
**15-day** [1] - 61:7
**15th** [4] - 19:20, 44:22, 79:19, 82:11
**16** [2] - 34:1, 97:11
**16-MD-2740** [1] - 1:6
**16th** [2] - 79:10, 79:24
**17** [6] - 4:14, 6:5, 6:6, 6:23, 37:14, 40:25
**17th** [1] - 43:20
**18th** [1] - 19:20
**19-cv-01479** [1] - 54:6
**19-cv-02690** [1] - 54:5
**1943** [1] - 76:21
**1946** [3] - 55:5, 110:7,
110:8
**1953** [3] - 68:7, 68:19, 69:10
**1963** [1] - 68:7
**1970's** [1] - 59:4
**1975** [1] - 30:16
**1988** [3] - 100:11, 100:13
**1989** [1] - 59:11
**1990** [2] - 29:6, 75:16
**1991** [2] - 45:1, 51:1
**1993** [1] - 51:1
**1994** [3] - 45:1, 100:13
**1995** [1] - 41:2
**1999** [1] - 97:11
**19th** [1] - 49:4
**1st** [2] - 72:13, 89:6

## 2

**2** [3] - 11:2, 17:17, 22:21
**20** [1] - 88:12
**200** [1] - 2:7
**2000** [7] - 41:2, 46:2, 59:21, 59:22, 60:1, 60:2, 60:7
**2000's** [1] - 59:8
**2001** [3] - 72:11, 75:16, 78:4
**2002** [1] - 68:19
**2003** [1] - 97:11
**2005** [6] - 59:20, 60:1, 60:3, 75:17, 75:20, 76:11
**2006** [10] - 54:13, 54:16, 54:19, 58:25, 71:20, 100:6, 100:10, 100:14, 101:5, 109:8
**2007** [14] - 30:7, 30:17, 30:24, 31:11, 46:2, 54:14, 54:16, 54:19, 55:5, 108:2, 108:4, 108:8, 109:8, 110:6
**2008** [3] - 31:11, 58:24, 59:11
**2009** [1] - 29:4
**2010** [2] - 54:13, 82:17
**2011** [1] - 66:1
**2012** [10] - 30:6, 30:7, 30:18, 30:25, 31:3, 41:1, 66:1, 100:19, 104:6, 104:20
**2013** [4] - 66:1, 82:17, 95:21, 96:10
**2014** [1] - 85:13
**2015** [5] - 14:17,
14:18, 14:20, 45:3, 85:14
**2016** [2] - 45:1, 97:2
**2017** [1] - 103:22
**2018** [4] - 19:18, 26:22, 44:7, 53:18
**2019** [12] - 1:7, 4:2, 7:24, 14:4, 34:1, 37:14, 43:10, 43:17, 50:22, 58:25, 62:25, 80:16
**22nd** [1] - 95:13
**23rd** [3] - 21:15, 21:17, 22:9
**24** [1] - 7:21
**25th** [1] - 18:14
**26th** [1] - 94:22
**2700** [1] - 1:24
**2800** [1] - 1:20
**2:00** [1] - 1:7
**2nd** [1] - 39:6

## 3

**3** [4] - 17:17, 17:24, 43:10, 43:17
**30** [21] - 6:16, 7:7, 12:4, 23:15, 23:17, 24:3, 29:21, 30:18, 33:1, 48:20, 49:11, 49:15, 53:23, 58:9, 58:15, 58:16, 79:25, 80:2, 86:3, 89:8, 106:22
**30305** [1] - 2:8
**30th** [2] - 13:25, 36:14
**31st** [2] - 41:6, 43:19
**33** [1] - 12:6
**3333** [1] - 2:7
**36** [1] - 12:8
**3650** [1] - 1:16
**369062** [1] - 68:24
**39** [1] - 12:10
**395305** [1] - 36:15

## 4

**4** [1] - 17:17
**40** [1] - 59:24
**400** [1] - 1:24
**42** [1] - 12:12
**43** [4] - 6:3, 106:6, 106:24, 107:1
**44113** [1] - 2:4
**45** [2] - 12:14, 49:5
**46** [1] - 12:16
**48** [3] - 70:12, 73:18, 89:11

## 5

**4:28** [1] - 110:17

## 5

**500** [4] - 3:8, 55:19, 56:23, 57:3
**504** [1] - 3:9
**505** [2] - 15:10, 70:15
**505(b)(2** [1] - 87:7
**505(b)(2)'s** [1] - 8:1
**51** [1] - 12:18
**589-7779** [1] - 3:9
**5th** [1] - 39:7

## 6

**6** [2] - 30:6, 44:6
**60** [6] - 30:20, 33:22, 34:2, 43:23, 48:20, 76:21
**64** [1] - 83:8
**65** [2] - 30:20, 46:3
**6th** [1] - 66:6

## 7

**7/1/2019** [1] - 71:17
**70** [1] - 35:3
**701** [1] - 1:16
**70130** [2] - 1:25, 3:9
**70139** [1] - 1:17
**70163** [1] - 1:21
**71** [25] - 10:2, 10:21, 15:12, 15:14, 15:19, 18:9, 18:11, 22:20, 23:1, 23:21, 25:12, 26:7, 26:16, 27:21, 34:18, 38:11, 48:1, 48:14, 49:20, 50:9, 52:5, 64:9, 82:8, 82:11, 90:25
**71A** [1] - 36:14
**7959** [1] - 20:5
**7967** [1] - 20:7
**7977** [1] - 6:10
**7981** [1] - 6:11
**7th** [3] - 82:10, 85:9, 85:15

## 8

**8/12** [1] - 32:10
**8th** [4] - 31:8, 50:22, 64:14, 64:25

## 9

**950** [1] - 2:4
**9:00** [1] - 32:13
**9th** [4] - 14:3, 14:10, 28:5, 28:10

## A

**a.m** [1] - 32:13
**Abassi** [2] - 77:25, 80:17
**ABASSI** [1] - 2:24
**ability** [1] - 111:8
**able** [26] - 7:3, 31:13, 37:13, 40:3, 41:17, 41:24, 42:13, 42:15, 43:13, 44:8, 47:4, 56:3, 58:4, 62:25, 64:19, 75:20, 79:10, 79:23, 79:24, 82:11, 85:24, 94:13, 95:22, 102:15, 104:5, 105:23
**above-entitled** [1] - 111:9
**absolutely** [3] - 11:1, 69:4, 93:1
**access** [2] - 60:5, 104:24
**account** [1] - 110:2
**accuracy** [1] - 101:7
**accurate** [3] - 31:6, 100:9, 108:5
**accurately** [2] - 54:10, 67:22
**ACTION** [1] - 1:6
**action** [1] - 39:7
**actual** [2] - 32:11, 110:10
**adamant** [2] - 55:23, 58:1
**add** [2] - 4:19, 109:18
**added** [2] - 6:8, 72:9
**addendum** [1] - 59:3
**adding** [1] - 104:7
**additional** [9] - 22:2, 31:7, 32:17, 39:9, 40:1, 42:17, 65:2, 65:4, 99:9
**additionally** [2] - 54:20, 108:9
**additionals** [1] - 6:17
**address** [7] - 5:14, 6:1, 8:6, 10:25, 32:6, 75:24, 81:17
**addressed** [1] - 48:22
**adequately** [1] - 70:13

administered [1] - 31:2
administration [4] - 48:19, 49:8, 85:5, 99:8
admit [1] - 17:15
admitted [1] - 105:10
admittedly [2] - 63:17, 109:25
Adriamycin [3] - 56:7, 56:8, 57:16
advise [4] - 43:15, 93:4, 93:16, 98:3, 98:15
advising [1] - 7:2
affect [1] - 54:6
affidavit [4] - 89:21, 90:6, 96:11, 104:12
affidavits [3] - 45:25, 46:6, 46:9
afternoon [14] - 4:21, 4:22, 5:14, 5:25, 8:25, 9:1, 30:9, 38:13, 54:2, 55:18, 73:19, 77:24, 88:23, 99:3
afterwards [1] - 104:15
age [4] - 59:24, 108:20, 108:21, 110:10
aged [1] - 54:21
ages [2] - 108:9, 108:21
ago [3] - 26:24, 76:17, 90:1
agree [6] - 13:15, 20:6, 77:2, 82:24, 96:8, 99:15
agreed [1] - 8:1
ahead [4] - 40:8, 47:11, 81:12, 101:3
ahold [1] - 99:14
AIDED [1] - 3:11
ALL [1] - 1:8
allegation [1] - 33:1
allege [1] - 48:9
alleged [1] - 75:20
Allen [4] - 7:23, 7:25, 8:4, 35:22
almost [1] - 74:8
ALSO [1] - 2:10
Alvera [2] - 83:4, 83:15
ambiguous [2] - 80:11, 80:20
amended [3] - 21:15, 78:19, 79:1
amount [5] - 9:5, 9:20, 35:8, 47:4

ample [1] - 28:2
AMY [1] - 2:22
Anderson [1] - 9:24
Angela [4] - 35:22, 49:19, 65:16, 97:21
answer [4] - 4:12, 35:14, 38:14, 90:2
antiquated [1] - 76:14
apart [2] - 108:17, 109:24
apologize [18] - 20:24, 36:22, 37:12, 44:20, 45:14, 45:22, 48:6, 50:12, 50:14, 51:2, 51:19, 52:1, 63:5, 66:3, 69:2, 69:15, 78:23, 81:9
appear [3] - 82:17, 82:19, 97:4
APPEARANCES [3] - 1:13, 2:1, 3:1
applied [1] - 48:16
appointed [1] - 77:9
appointment [2] - 38:17, 61:5
appointments [1] - 38:15
appreciate [8] - 8:7, 13:2, 17:18, 66:23, 69:14, 74:10, 74:16, 84:3
appreciated [1] - 67:6
appropriate [6] - 8:6, 9:19, 53:5, 56:3, 84:16, 101:17
approximate [1] - 59:3
April [3] - 9:19, 13:25, 61:10, 67:15
Archer [1] - 50:7
area [1] - 60:4
argue [1] - 110:5
arrangements [1] - 46:22
arrived [1] - 46:22
Arthur [2] - 47:20, 47:25
articulated [1] - 97:20
assess [2] - 8:2, 70:13
assign [1] - 31:14
assigned [1] - 30:23
assist [4] - 29:9, 41:22, 83:23, 102:16
assistance [1] - 38:16
assists [1] - 29:14
associated [1] - 75:23
Associates [1] - 63:10
assure [1] - 83:20
assured [1] - 84:11
Atkins [2] - 69:21, 73:12

ATLANTA [1] - 2:8
attached [1] - 30:17
attacks [1] - 26:19
attempt [2] - 11:23, 14:4
attempted [1] - 102:14
attempts [2] - 19:14, 89:7
attorney [1] - 107:6
August [14] - 9:15, 14:20, 31:8, 39:6, 39:7, 66:6, 66:17, 66:22, 78:20, 79:1, 82:10, 85:9, 85:15, 89:6
AUGUST [2] - 1:7, 4:2
authority [1] - 99:15
authorization [12] - 23:20, 25:12, 26:15, 28:1, 28:3, 28:6, 36:20, 37:9, 86:4, 86:5, 86:10, 90:25
authorizations [18] - 10:20, 15:18, 18:8, 18:13, 18:18, 18:20, 19:4, 22:20, 23:1, 25:15, 26:7, 27:8, 27:21, 28:5, 28:9, 37:1, 48:14, 49:20
AVENUE [1] - 2:4
avenues [1] - 29:9
avoiding [1] - 13:14
aware [2] - 25:8, 103:24
awful [1] - 91:7

## B

B-275 [1] - 3:8
Bachop [1] - 10:16
Bachus [5] - 29:8, 54:1, 54:3, 60:25, 61:24
Barbara [2] - 28:17, 99:20
Barfield [2] - 33:10, 33:11
BARFIELD [1] - 2:14
Baringer [2] - 25:19, 25:22
Barrios [49] - 8:16, 12:20, 13:5, 29:22, 37:17, 38:5, 40:3, 41:12, 41:17, 42:7, 42:14, 58:8, 61:22, 68:22, 69:8, 69:12, 71:7, 72:18, 73:4, 77:6, 77:14, 78:11, 80:22, 80:25, 84:17,

84:18, 84:20, 84:24, 90:9, 90:20, 92:7, 92:17, 94:11, 95:1, 96:13, 97:17, 98:6, 98:13, 101:8, 101:17, 101:20, 101:21, 101:25, 103:11, 105:6, 105:20, 105:25, 106:6, 109:14
BARRIOS [53] - 1:15, 1:16, 4:12, 4:19, 4:25, 5:2, 5:4, 5:7, 5:9, 5:11, 5:15, 5:17, 6:6, 6:19, 7:7, 7:12, 7:14, 8:16, 12:20, 15:24, 16:25, 17:14, 19:21, 20:3, 20:7, 29:7, 31:19, 37:19, 42:3, 42:19, 58:8, 58:14, 61:22, 68:22, 72:20, 74:7, 74:10, 74:13, 74:20, 77:6, 80:22, 101:9, 101:14, 101:18, 101:23, 102:3, 102:19, 103:8, 105:7, 106:5, 106:7, 106:14, 107:8
barrios [1] - 25:2
Barrios' [4] - 17:22, 17:23, 31:18, 104:7
Bart [2] - 45:18, 47:10
based [3] - 23:14, 40:1, 53:10
baseless [1] - 33:2
basic [1] - 13:10
basis [1] - 17:1
Bath [2] - 76:4
bear [1] - 90:6
beat [1] - 20:20
became [1] - 59:20
BEFORE [1] - 1:11
beforehand [2] - 39:22, 45:24
begin [2] - 17:21, 78:12
beginning [4] - 9:15, 16:13, 17:12, 52:8
begun [2] - 16:20, 17:13
behalf [5] - 13:6, 29:12, 41:16, 41:19, 54:3
belief [1] - 23:14
believes [2] - 56:13, 56:14
Bell [1] - 70:6
bell [1] - 73:12
belonged [1] - 103:24

belonging [1] - 103:24
belongings [3] - 78:6, 102:24, 103:4
BENJAMIN [1] - 1:19
BENKIE [1] - 2:12
Benkie [1] - 32:9
Bern [5] - 9:6, 9:24, 11:20, 106:3, 106:17
Bernay [1] - 85:6
Besa [1] - 50:17
best [6] - 54:18, 83:19, 96:5, 102:25, 105:4, 111:8
better [4] - 59:2, 72:18, 83:22, 96:7
between [8] - 30:17, 30:18, 30:20, 30:23, 30:24, 31:11, 40:25, 60:1
beyond [3] - 11:2, 18:1, 25:3
Bieri [1] - 107:17
bigger [1] - 30:22
BILL [1] - 2:14
Binstock [2] - 88:5, 88:22
Birmingham [1] - 46:23
bit [6] - 23:22, 26:20, 59:2, 78:4, 82:22, 100:19
black [4] - 40:19, 41:6, 41:7, 41:9
black-and-white [3] - 40:19, 41:6, 41:9
Blair [1] - 70:14
blank [2] - 23:21, 67:13
blue [1] - 58:24
blurb [1] - 37:24
blurry [1] - 41:10
Boldenwoodruff [1] - 30:1
Bonds [1] - 54:1
Bonnie [1] - 71:14
born [6] - 55:4, 68:7, 69:11, 76:21, 110:7
Bowling [1] - 11:21
Bradley [1] - 38:8
BRADLEY [1] - 2:16
brain [3] - 58:7, 58:12
break [2] - 88:11, 102:2
Brenda [1] - 67:3
brief [1] - 88:17
briefly [1] - 61:13
Briggs [2] - 28:17, 28:21
Brilleaux [10] - 8:23, 9:2, 19:1, 69:13,

72:14, 89:10, 89:11,
93:3, 99:23, 101:15
**BRILLEAUX** [193] -
1:24, 4:21, 5:1, 8:25,
9:2, 9:23, 10:15,
11:19, 13:5, 13:20,
14:13, 14:19, 14:23,
15:4, 16:6, 16:21,
17:5, 17:22, 18:3,
18:5, 18:7, 18:17,
19:7, 19:10, 19:12,
19:17, 20:6, 20:10,
20:12, 20:19, 21:3,
21:9, 21:12, 21:19,
22:1, 22:10, 22:18,
23:3, 23:10, 23:12,
23:19, 24:11, 24:18,
24:24, 25:7, 25:10,
25:20, 26:4, 26:13,
27:5, 27:17, 27:24,
28:11, 28:16, 29:5,
29:12, 29:24, 30:13,
31:13, 31:23, 31:25,
32:25, 34:7, 34:14,
35:21, 38:5, 38:9,
38:24, 39:16, 40:24,
41:5, 41:16, 41:24,
42:2, 42:9, 42:12,
42:24, 43:3, 43:18,
44:16, 44:25, 45:8,
45:16, 46:1, 46:12,
46:14, 46:17, 47:2,
47:9, 47:18, 47:24,
48:9, 48:12, 48:21,
49:3, 49:18, 50:7,
50:18, 50:25, 51:7,
51:24, 52:4, 52:13,
52:18, 52:20, 53:17,
53:25, 54:8, 54:24,
55:3, 55:12, 55:15,
56:2, 56:19, 58:18,
60:16, 60:18, 62:14,
62:18, 63:9, 64:6,
64:8, 66:13, 67:1,
67:3, 67:22, 68:5,
68:12, 68:18, 69:19,
71:13, 71:25, 72:6,
72:12, 72:25, 73:8,
73:10, 75:3, 75:13,
76:19, 77:12, 77:16,
82:14, 86:15, 87:11,
87:16, 87:20, 88:6,
88:9, 88:12, 88:15,
88:19, 88:25, 89:14,
89:23, 90:14, 90:23,
91:12, 92:11, 92:18,
92:20, 93:10, 93:20,
93:24, 95:10, 95:16,
95:19, 96:16, 96:18,
97:2, 97:10, 97:22,
98:9, 98:17, 98:20,

98:25, 99:24, 100:7,
100:25, 101:4,
102:9, 103:17,
104:16, 106:3,
106:6, 106:11,
106:18, 106:24,
107:1, 107:21,
108:12, 109:18,
110:15
**Bronson** [4] - 88:21,
88:24, 89:2, 89:3
**brought** [1] - 77:2
**Brown** [4] - 33:3,
33:13, 77:18, 78:2
**Brown's** [1] - 33:6
**Browne** [2] - 39:18,
39:20
**BROWNE** [1] - 2:18
**bucket** [1] - 98:13
**Buckley** [1] - 13:19
**Buffalo** [2] - 76:2, 76:3
**bump** [1] - 37:9
**Burkhardt** [1] - 15:3
**busy** [2] - 101:21,
102:4
**BY** [7] - 1:16, 1:20,
1:24, 2:3, 2:6, 3:11,
3:11

---

# C

**CALLED** [1] - 4:4
**CALLSEN** [37] - 2:3,
5:25, 6:15, 6:20, 7:6,
7:13, 7:20, 8:23,
65:17, 70:15, 70:24,
71:10, 73:24, 74:6,
74:16, 75:1, 78:15,
79:14, 80:3, 80:7,
80:10, 80:20, 81:4,
81:16, 82:5, 82:7,
83:5, 84:2, 85:3,
85:10, 85:16, 85:20,
86:4, 86:9, 86:13,
88:17, 92:2
**Callsen** [2] - 65:17,
106:21
**canceled** [2] - 9:11,
61:19
**cancer** [5] - 64:18,
64:22, 71:22, 84:19,
102:23
**candid** [1] - 55:5
**cannot** [3] - 34:25,
91:4, 99:14
**Capital** [1] - 6:11
**Carboplatin** [1] -
70:21
**care** [4] - 68:4, 70:11,

73:20, 91:17
**caretaker** [1] - 59:20
**Carol** [4] - 15:3, 15:9,
52:3, 90:22
**Caroline** [1] - 85:19
**carry** [4] - 8:1, 8:13,
75:1, 75:10
**carrying** [2] - 11:6,
11:15
**Case** [1] - 54:5
**case** [57] - 9:23,
10:15, 11:20, 13:23,
15:10, 17:20, 17:25,
18:7, 19:15, 19:18,
24:17, 26:18, 28:1,
28:16, 29:25, 30:5,
31:25, 33:6, 43:5,
43:8, 44:7, 45:17,
48:13, 49:25, 50:7,
51:3, 52:16, 53:2,
53:9, 53:12, 53:17,
54:9, 55:22, 56:17,
57:23, 58:18, 58:19,
59:12, 61:1, 61:25,
62:6, 63:25, 64:16,
77:10, 78:3, 83:7,
89:23, 92:15, 99:5,
99:12, 99:18, 100:7,
104:7, 104:16,
104:23, 105:1,
105:19
**CASES** [1] - 1:8
**cases** [23] - 9:3, 9:10,
9:13, 9:17, 11:6,
11:8, 11:14, 11:23,
12:22, 16:11, 16:18,
35:6, 39:17, 47:18,
53:25, 63:9, 69:20,
88:7, 88:12, 93:21,
98:22, 104:6
**CASTEIX** [1] - 1:15
**Cathy** [2] - 111:3,
111:12
**CATHY** [1] - 3:7
Cathy_Pepper@laed
.uscourts.gov [1] -
111:14
cathy_Pepper@laed.
uscourts.gov [1] -
3:10
**CAUSE** [1] - 1:11
**CCR** [2] - 3:7, 111:12
**center** [1] - 71:22
**Centrality** [25] - 14:9,
18:14, 20:16, 24:14,
25:16, 26:10, 27:12,
31:7, 37:13, 38:3,
44:20, 45:24, 51:4,
63:3, 68:17, 68:24,
68:25, 69:3, 72:3,

72:12, 89:5, 89:18,
89:20, 94:2, 95:14
**certainly** [11] - 13:17,
24:8, 30:21, 57:21,
66:8, 69:5, 83:1,
88:1, 90:8, 108:13,
108:15
**Certificate** [2] - 70:1,
70:2
**CERTIFICATE** [1] -
111:1
**certification** [12] -
10:2, 10:3, 15:15,
18:9, 25:13, 34:21,
38:12, 52:5, 54:17,
55:7, 82:8, 91:1
**CERTIFIED** [1] - 3:7
**Certified** [3] - 111:3,
111:4, 111:12
**certify** [1] - 111:7
**challenging** [3] -
58:21, 59:6, 88:19
**change** [2] - 26:25,
109:6
**changed** [2] - 59:25,
60:11
**changes** [1] - 26:23
**Charity** [1] - 6:10
**Charlene** [1] - 96:17
**CHARLOTTE** [1] -
2:23
**Charlotte** [2] - 78:18,
82:10
**chart** [1] - 74:3
**charts** [1] - 38:1
**check** [8] - 4:8, 23:6,
37:6, 40:1, 65:20,
66:20, 91:20, 106:22
**checked** [1] - 60:24
**checking** [1] - 92:12
**chemo** [13] - 29:2,
29:3, 45:1, 58:7,
58:12, 59:21, 68:1,
85:14, 96:11, 97:8,
105:11, 105:23
**chemotherapy** [30] -
14:20, 31:2, 40:18,
41:1, 46:2, 56:9,
56:15, 57:7, 57:10,
57:12, 57:14, 57:19,
58:11, 59:16, 59:18,
60:8, 65:8, 66:20,
67:8, 70:22, 84:10,
85:4, 95:17, 96:2,
97:12, 104:6,
104:20, 104:25,
105:3
**Cheria** [1] - 93:9
**Cheryl** [1] - 32:2
**children** [1] - 30:16

**Christine** [1] - 98:8
**circumstances** [5] -
59:19, 62:10, 72:16,
97:19, 102:19
**CIVIL** [1] - 1:6
**claim** [1] - 108:13
**claiming** [1] - 108:19
**claims** [1] - 104:22
**clarifications** [1] -
34:18
**clarified** [1] - 71:23
**clarify** [4] - 16:21,
32:25, 39:1, 47:20
**Clark** [1] - 71:14
**clear** [8] - 10:18, 25:5,
62:14, 80:21, 90:14,
98:17, 101:6, 110:1
**clearly** [4] - 16:16,
40:20, 64:1, 97:20
**CLERK** [4] - 4:7
**CLEVELAND** [1] - 2:4
**client** [31] - 5:2, 7:3,
10:8, 11:23, 19:19,
31:6, 33:21, 35:17,
38:21, 42:22, 49:24,
53:21, 54:12, 55:23,
64:11, 77:7, 78:5,
79:20, 79:23, 82:11,
83:16, 84:11, 84:22,
90:17, 91:3, 91:7,
99:11, 101:17,
105:16, 108:21,
109:3
**client's** [1] - 31:9
**clients** [6] - 35:15,
56:14, 57:11, 58:5,
58:12, 94:7
**clients'** [1] - 56:15
**close** [2] - 17:22,
51:11
**closest** [1] - 60:7
**clothes** [1] - 76:10
**CMO** [43] - 10:20,
13:22, 15:12, 15:20,
15:25, 16:4, 16:24,
17:2, 17:5, 17:7,
18:8, 18:12, 20:13,
20:17, 22:20, 23:20,
25:12, 26:7, 26:11,
26:15, 35:24, 39:1,
39:3, 39:8, 67:3,
69:22, 70:3, 73:10,
74:1, 75:14, 78:16,
78:21, 81:6, 81:7,
81:17, 86:7, 86:12,
86:16, 86:17, 87:3,
87:7, 87:9, 87:12
**code** [1] - 67:10
**coliaison** [2] - 61:23,
109:12

**college** [1] - 45:6
**comfortable** [3] - 53:9, 53:16, 63:20
**coming** [3] - 42:14, 55:7, 83:21
**comment** [1] - 27:3
**committed** [1] - 89:1
**Committee** [1] - 8:17
**COMMITTEE** [2] - 1:15, 1:23
**communicate** [2] - 63:24, 67:18
**communicated** [1] - 17:3
**communicating** [1] - 17:2
**communication** [1] - 64:13
**Comp** [1] - 18:19
**company** [1] - 36:2
**compare** [1] - 108:3
**comparison** [1] - 100:13
**compiling** [2] - 87:5, 87:8
**complain** [1] - 37:20
**complaint** [2] - 26:2, 26:22
**complete** [15] - 10:1, 13:21, 20:4, 21:10, 21:16, 22:24, 25:14, 26:9, 28:18, 61:6, 65:18, 70:16, 78:15, 81:4, 81:12
**completed** [4] - 10:3, 26:1, 38:18, 70:10
**completely** [1] - 33:2
**compliance** [2] - 70:13, 73:17
**Compliance** [1] - 70:1
**Compliances** [1] - 70:3
**comply** [1] - 34:25
**COMPUTER** [1] - 3:11
**computer** [2] - 68:13, 69:3
**COMPUTER-AIDED** [1] - 3:11
**concern** [3] - 16:19, 109:21, 109:22
**concerned** [4] - 51:7, 56:11, 58:1, 110:5
**concluded** [1] - 110:18
**condition** [1] - 26:23
**confer** [2] - 39:9, 39:13
**conference** [1] - 72:17
**conferred** [1] - 36:3
**confirm** [9] - 8:11,

25:18, 50:22, 51:5, 51:13, 79:14, 86:4, 86:9, 87:14
**confirmed** [1] - 65:19
**confused** [4] - 4:11, 16:3, 16:5, 65:24
**confusion** [1] - 71:8
**Conroy** [1] - 99:20
**consequences** [1] - 43:15
**consistent** [1] - 104:22
**Conswello** [1] - 38:7
**contact** [43] - 5:2, 7:25, 11:7, 11:23, 19:14, 23:25, 25:23, 37:17, 43:12, 43:24, 44:8, 50:13, 52:7, 52:8, 52:11, 52:17, 52:18, 52:25, 53:4, 53:10, 53:14, 53:21, 61:4, 63:19, 64:19, 69:8, 71:6, 73:4, 78:12, 80:25, 83:18, 87:11, 91:7, 92:7, 94:10, 98:2, 98:14, 99:11, 101:20, 103:2, 103:11, 107:8
**contacted** [1] - 38:14
**contacting** [2] - 52:22, 53:5
**contacts** [1] - 67:7
**contained** [1] - 32:15
**context** [3] - 9:12, 55:4, 58:22
**continue** [2] - 35:3, 42:5
**CONTINUED** [2] - 2:1, 3:1
**continued** [1] - 56:14
**continuing** [1] - 17:18
**conversation** [2] - 42:17, 101:16
**convey** [1] - 34:25
**convinced** [1] - 40:1
**cooperate** [2] - 38:21, 102:16
**cooperating** [1] - 69:4
**cooperation** [1] - 91:2
**cooperative** [1] - 8:20
**coordination** [1] - 17:11
**copied** [1] - 42:4
**copies** [5] - 11:2, 30:7, 54:24, 68:12, 103:7
**copy** [10] - 6:18, 21:13, 22:21, 32:6, 32:7, 32:12, 32:21, 42:20, 87:22, 101:9
**corporate** [1] - 71:22

**correct** [14] - 4:24, 7:6, 7:12, 19:3, 33:13, 33:20, 36:4, 36:16, 39:10, 46:1, 47:15, 47:24, 111:7
**corrected** [3] - 18:21, 48:4, 59:5
**corrective** [1] - 39:7
**correctly** [1] - 37:2
**correspondence** [1] - 99:13
**COUNSEL** [268] - 8:9, 8:14, 10:7, 11:5, 11:13, 11:22, 12:4, 12:6, 12:8, 12:10, 12:12, 12:14, 12:16, 12:18, 13:16, 14:2, 14:7, 14:12, 14:14, 14:17, 15:5, 15:18, 18:11, 18:22, 19:2, 19:11, 20:15, 20:24, 21:5, 21:14, 22:8, 22:11, 22:23, 23:6, 23:13, 23:24, 24:6, 24:13, 25:14, 25:21, 26:8, 26:17, 27:2, 27:7, 27:14, 27:19, 28:4, 28:20, 29:1, 29:4, 30:9, 30:11, 31:3, 31:5, 31:20, 31:24, 32:9, 32:17, 33:11, 33:15, 33:18, 33:20, 33:25, 34:3, 34:6, 34:9, 34:13, 34:17, 34:23, 36:1, 36:13, 36:21, 37:12, 38:13, 38:23, 39:5, 39:14, 39:20, 40:8, 40:12, 41:13, 41:15, 43:1, 43:7, 43:17, 44:5, 44:13, 44:18, 45:2, 45:11, 45:22, 46:4, 46:13, 46:16, 46:19, 47:12, 47:15, 47:17, 48:4, 48:11, 48:15, 49:1, 49:8, 49:16, 49:21, 50:5, 50:12, 50:21, 51:2, 51:10, 51:16, 51:18, 51:25, 52:6, 52:9, 52:24, 53:24, 54:2, 54:12, 55:17, 56:5, 56:13, 56:23, 57:5, 57:11, 57:15, 57:20, 57:25, 58:17, 59:12, 59:17, 60:9, 60:14, 61:3, 61:12, 62:13, 62:21, 63:14, 64:10, 64:24, 65:11, 65:22, 66:12, 66:16, 67:2,

67:5, 67:20, 67:24, 68:8, 68:14, 69:1, 69:14, 69:18, 69:23, 70:7, 70:20, 71:3, 71:9, 71:16, 71:19, 72:4, 72:10, 72:13, 73:11, 73:22, 74:2, 75:5, 75:24, 77:2, 77:22, 77:24, 78:2, 78:9, 78:13, 78:17, 79:3, 79:6, 79:16, 79:19, 80:14, 81:7, 81:20, 81:22, 82:9, 82:25, 83:3, 83:7, 83:11, 83:13, 83:16, 84:6, 84:11, 84:21, 85:1, 85:6, 85:13, 85:22, 86:6, 86:11, 86:17, 86:22, 87:3, 87:18, 88:1, 88:4, 88:23, 89:1, 89:17, 90:2, 90:5, 90:11, 90:17, 91:2, 91:9, 91:15, 91:22, 92:5, 92:21, 93:1, 93:6, 93:8, 93:11, 93:14, 94:1, 94:7, 94:9, 94:14, 94:19, 94:22, 95:3, 95:13, 95:18, 95:22, 96:1, 96:5, 96:8, 96:10, 96:15, 96:20, 96:23, 96:25, 97:4, 97:8, 97:14, 97:24, 98:11, 99:3, 99:19, 99:22, 100:1, 100:15, 101:2, 101:12, 102:8, 102:13, 102:22, 103:15, 103:20, 104:11, 104:19, 105:15, 107:16, 107:20, 108:6, 108:18, 109:3, 109:22, 110:14
**Counsel** [10] - 22:10, 45:8, 47:11, 49:3, 52:21, 68:8, 68:13, 72:7, 97:3, 101:3
**counsel** [56] - 7:2, 7:22, 8:6, 8:12, 8:18, 9:16, 14:13, 14:19, 15:7, 15:23, 16:4, 17:2, 17:6, 29:14, 29:15, 30:24, 31:1, 31:18, 33:6, 35:9, 37:24, 41:18, 42:21, 44:20, 44:25, 45:11, 48:9, 48:22, 58:23, 61:23, 63:4, 63:15, 65:12, 67:7, 67:16, 67:19, 72:2, 72:22,

73:1, 73:16, 76:20, 77:25, 78:18, 80:23, 87:4, 90:14, 93:4, 95:16, 95:19, 95:25, 97:10, 98:3, 98:15, 107:9, 109:12
**counsel's** [1] - 13:4
**country** [3] - 37:3, 37:10, 62:8, 76:16
**County** [1] - 48:18
**couple** [5] - 10:13, 11:15, 28:12, 43:9, 103:21
**course** [4] - 46:23, 68:16, 69:3, 69:8
**COURT** [350] - 1:1, 3:7, 4:4, 4:8, 4:16, 4:18, 4:22, 5:3, 5:6, 5:8, 5:10, 5:13, 5:16, 5:19, 6:14, 6:22, 7:10, 7:16, 8:7, 8:11, 8:22, 9:1, 9:22, 10:6, 10:12, 11:4, 11:11, 11:17, 12:1, 12:5, 12:7, 12:9, 12:11, 12:13, 12:15, 12:17, 12:19, 13:15, 13:19, 14:1, 14:5, 14:11, 14:15, 14:22, 14:24, 15:7, 15:14, 15:17, 15:22, 16:10, 17:8, 17:19, 18:2, 18:4, 18:6, 18:10, 18:15, 18:21, 18:25, 19:5, 19:8, 19:16, 19:22, 20:8, 20:11, 20:14, 20:18, 20:20, 21:2, 21:7, 21:11, 21:21, 22:5, 22:14, 23:2, 23:11, 23:17, 24:5, 24:10, 24:15, 24:19, 25:6, 25:8, 25:17, 26:2, 26:12, 26:21, 27:4, 27:13, 27:16, 27:22, 28:8, 28:15, 28:19, 28:24, 29:3, 29:11, 29:17, 30:10, 30:12, 31:2, 31:4, 31:12, 31:15, 31:21, 32:16, 32:23, 33:3, 33:8, 33:14, 33:17, 33:19, 33:24, 34:2, 34:4, 34:11, 34:22, 34:24, 35:22, 35:25, 36:12, 36:17, 37:8, 37:16, 38:6, 38:19, 39:4, 39:12, 39:15, 40:6, 40:10, 40:23, 41:3, 41:11, 41:14, 41:21, 42:1, 42:6,

42:10, 42:23, 42:25, 43:2, 43:6, 43:16, 43:22, 44:4, 44:10, 44:14, 45:9, 45:21, 46:15, 47:1, 47:8, 47:14, 47:16, 47:23, 48:3, 48:8, 49:6, 49:10, 49:17, 50:3, 50:6, 50:11, 50:15, 50:24, 51:9, 51:15, 51:17, 51:21, 52:2, 52:12, 52:19, 52:22, 53:19, 54:7, 55:1, 55:9, 55:13, 56:12, 57:1, 57:9, 57:13, 57:18, 57:22, 58:6, 58:13, 58:16, 59:15, 60:8, 60:10, 60:17, 60:21, 61:10, 61:15, 62:7, 62:17, 63:6, 63:13, 64:4, 64:7, 64:22, 65:6, 65:15, 65:21, 66:9, 66:15, 66:25, 67:17, 67:21, 69:6, 69:17, 70:4, 70:8, 71:1, 71:5, 71:12, 71:18, 71:24, 72:14, 72:24, 73:4, 73:9, 73:15, 73:23, 74:4, 74:9, 74:11, 74:15, 74:19, 74:21, 75:2, 75:10, 77:11, 77:13, 77:20, 77:23, 78:1, 78:8, 78:10, 78:14, 78:25, 79:4, 79:13, 79:17, 80:2, 80:6, 80:9, 80:13, 80:17, 80:25, 81:14, 81:19, 82:4, 82:6, 82:13, 82:24, 83:2, 83:4, 83:9, 83:12, 83:15, 84:8, 84:17, 84:24, 85:2, 85:12, 85:18, 86:3, 86:14, 86:20, 86:24, 87:9, 87:13, 87:17, 87:19, 87:24, 88:3, 88:5, 88:8, 88:16, 88:21, 88:24, 89:9, 90:4, 90:9, 90:13, 90:19, 91:8, 91:10, 91:19, 92:3, 92:7, 92:16, 92:19, 92:23, 93:2, 93:7, 93:9, 93:15, 93:22, 94:6, 94:8, 94:10, 94:17, 94:20, 94:25, 95:4, 95:12, 95:24, 96:2, 96:7, 96:9, 96:12, 96:17, 96:21, 97:6, 97:16, 98:2, 98:12, 98:19,

98:24, 99:2, 99:16, 99:20, 99:23, 101:8, 101:16, 101:19, 102:2, 102:5, 103:11, 103:19, 104:8, 104:13, 104:18, 105:6, 105:18, 106:8, 106:16, 107:2, 107:12, 107:19, 108:11, 108:25, 109:9, 109:15, 109:20, 110:11, 110:16
**court** [6] - 6:4, 6:9, 7:8, 33:17, 35:14, 77:9
**Court** [23] - 7:1, 8:20, 18:15, 34:11, 34:22, 41:19, 42:15, 42:17, 44:20, 49:25, 62:1, 64:1, 64:16, 66:19, 68:10, 81:14, 97:13, 103:21, 111:4, 111:5, 111:6, 111:13, 111:14
**Court's** [1] - 81:9
**court's** [1] - 13:4
**courtroom** [1] - 35:10
**cousin** [1] - 59:4
**covering** [1] - 16:17
**covers** [1] - 6:23
**crack** [1] - 46:5
**critical** [1] - 47:6
**CRR** [2] - 3:7, 111:12
**Crum** [1] - 102:6
**Crump** [3] - 28:17, 43:4, 102:6
**Cruz** [1] - 12:4
**cure** [11] - 7:3, 41:25, 60:13, 61:25, 62:3, 66:4, 66:8, 66:22, 83:1, 85:25, 89:7
**cured** [13] - 23:4, 26:9, 32:13, 32:24, 42:14, 48:10, 52:11, 52:16, 61:8, 62:21, 91:21, 92:13, 102:12
**current** [7] - 22:4, 22:10, 22:12, 59:15, 66:14, 66:18, 83:23
**cursory** [1] - 47:3
**cut** [1] - 102:22
**cutoff** [2] - 25:2, 25:3
**Cutter** [1] - 35:22
**cycle** [1] - 56:12
**cycles** [4] - 56:6, 56:8, 57:16, 71:20
**Cynthia** [1] - 51:23
**Cytoxan** [3] - 56:7,

56:8, 57:16

**D**

**Dahlonega** [1] - 60:5
**daily** [1] - 17:1
**Dana** [2] - 40:8, 70:6
**date** [19] - 25:2, 25:4, 30:23, 31:14, 44:21, 44:22, 44:24, 45:14, 48:24, 49:1, 59:3, 72:8, 72:10, 73:1, 75:22, 100:16, 100:18, 101:11
**dateable** [1] - 82:18
**dated** [34] - 18:19, 18:22, 18:23, 21:20, 29:6, 30:3, 30:6, 41:2, 45:1, 45:3, 50:24, 50:25, 54:10, 63:11, 63:17, 66:1, 66:18, 67:22, 68:1, 68:3, 68:7, 68:18, 68:19, 71:15, 71:16, 75:16, 75:18, 82:14, 89:14, 89:16, 90:4, 90:7, 100:5, 108:2
**dates** [18] - 30:4, 30:23, 31:6, 31:8, 31:10, 31:22, 55:2, 58:21, 59:7, 65:24, 66:2, 66:3, 66:4, 82:22, 90:16, 90:18, 108:5
**daughter** [5] - 31:6, 31:9, 46:10, 59:20, 63:1
**daughter-in-law** [1] - 59:20
**DAVID** [1] - 1:19
**Davis** [9] - 28:16, 38:7, 38:14, 43:4, 50:11, 78:14, 85:23, 102:5, 102:6
**DAVIS** [1] - 2:20
**Dawn** [12] - 6:17, 8:16, 12:20, 58:8, 61:22, 67:5, 68:22, 69:1, 69:15, 77:6, 80:22, 85:16
**DAWN** [1] - 1:16
**days** [117] - 10:10, 10:13, 10:14, 14:24, 15:8, 15:22, 18:16, 19:3, 19:5, 19:24, 20:1, 20:8, 20:18, 21:1, 21:7, 21:21, 21:23, 22:13, 22:14, 22:15, 23:2, 23:9, 23:15, 23:17, 24:3,

24:15, 24:20, 25:17, 26:1, 26:3, 26:12, 26:23, 27:11, 27:16, 27:22, 28:8, 29:21, 31:16, 32:24, 33:1, 33:22, 34:2, 34:12, 34:22, 39:13, 43:23, 45:9, 46:15, 47:1, 47:5, 47:8, 48:8, 48:20, 49:5, 49:11, 49:15, 50:22, 51:5, 51:13, 51:15, 51:21, 52:2, 53:23, 57:2, 57:3, 58:9, 58:15, 58:16, 60:13, 60:14, 61:11, 61:25, 63:6, 65:5, 65:6, 65:9, 66:9, 66:23, 66:25, 67:18, 68:3, 70:4, 70:9, 70:10, 71:10, 73:8, 73:20, 74:4, 74:8, 78:11, 79:4, 79:25, 80:2, 81:15, 82:4, 82:5, 83:2, 83:25, 85:18, 86:3, 87:14, 88:3, 89:9, 89:12, 90:21, 91:20, 92:8, 92:14, 93:4, 95:4, 97:7, 101:21, 103:12, 106:22
**dead** [2] - 20:21, 40:15
**deadline** [2] - 86:18, 100:3
**deadlines** [1] - 35:1
**deal** [1] - 101:14
**dealing** [3] - 74:7, 83:17, 84:22
**dealt** [1] - 89:25
**death** [4] - 33:5, 33:19, 33:22, 103:25
**Debora** [1] - 63:11
**Deborah** [2] - 98:25, 102:5
**deceased** [4] - 48:16, 49:24, 104:9, 104:14
**December** [5] - 26:22, 44:6, 76:11, 108:2, 109:1
**decided** [1] - 9:17
**declaration** [37] - 6:2, 10:19, 11:11, 19:14, 20:4, 22:19, 23:19, 25:11, 26:6, 26:7, 26:14, 36:19, 36:22, 36:25, 37:7, 37:9, 37:14, 38:10, 44:2, 47:21, 48:1, 48:14, 49:19, 50:13, 52:9, 52:11, 52:13, 52:17, 52:18, 53:1, 53:6,

53:10, 53:16, 63:20, 64:9, 66:5, 90:24
**declarations** [8] - 4:23, 4:24, 4:25, 7:1, 11:7, 11:9, 11:13
**default** [1] - 5:4
**defendant** [14] - 12:23, 21:23, 24:15, 25:17, 26:12, 27:22, 28:8, 34:11, 47:1, 48:8, 51:22, 52:2, 79:5, 82:4
**defendants** [32] - 13:6, 17:16, 17:25, 21:7, 22:15, 23:2, 29:12, 32:24, 35:1, 35:4, 35:12, 37:23, 38:3, 39:10, 41:17, 42:16, 48:6, 54:15, 56:2, 56:19, 63:6, 70:1, 70:3, 70:8, 70:12, 73:19, 81:15, 89:6, 91:16, 91:20, 94:18, 95:7
**DEFENDANTS'** [1] - 1:23
**defendants'** [1] - 63:4
**defense** [25] - 8:12, 8:18, 10:10, 15:7, 15:23, 17:6, 31:1, 32:21, 37:24, 41:19, 42:21, 44:20, 65:12, 66:8, 67:7, 67:15, 67:18, 72:22, 73:16, 87:4, 93:4, 98:3, 98:15, 100:4, 107:9
**defer** [2] - 63:25, 77:13
**deficiencies** [8] - 7:3, 10:17, 10:18, 30:3, 39:10, 49:19, 52:14, 61:8
**deficiency** [30] - 9:25, 15:1, 15:2, 15:24, 18:20, 19:6, 22:2, 23:5, 27:25, 30:2, 32:11, 34:7, 37:21, 37:22, 37:23, 38:9, 42:13, 47:25, 48:5, 50:18, 54:10, 54:15, 60:23, 62:22, 66:6, 85:24, 85:25, 89:15, 91:18, 102:12
**definitely** [2] - 108:19, 109:7
**delay** [1] - 48:7
**delayed** [2] - 79:9, 79:22
**Della** [1] - 67:21
**Dellos** [1] - 15:9

dementia [1] - 84:23
depict [1] - 104:22
depositions [1] - 51:3
DEPUTY [1] - 4:7
describe [1] - 104:12
desk [1] - 49:14
destroyed [1] - 75:7
details [2] - 32:20, 65:1
determination [1] - 62:5
determine [1] - 104:13
diagnosed [1] - 102:23
Diana [1] - 55:14
Diane [1] - 47:20
die [3] - 106:13, 106:15, 107:5
died [2] - 7:24, 33:25
difference [2] - 108:11, 108:13
different [16] - 5:12, 32:2, 43:25, 55:25, 56:20, 57:7, 61:1, 63:23, 76:6, 76:16, 76:17, 109:14, 109:17, 109:23, 109:24
differently [1] - 76:16
difficulties [1] - 92:17
difficulty [2] - 84:14, 89:19
digital [2] - 62:12, 103:7
diligence [2] - 16:12, 43:14
diligent [2] - 13:17, 20:25
direct [3] - 95:24, 96:12, 97:16
directed [1] - 59:13
disability [1] - 18:19
disclosing [1] - 56:25
discontinued [2] - 56:9, 56:21
discrepancies [1] - 30:13
discrepancy [2] - 68:20, 110:3
discuss [2] - 38:16, 41:20
discussed [2] - 10:22, 40:2
discussion [1] - 17:23
disingenuous [1] - 13:13
dismiss [16] - 13:12, 16:11, 16:18, 24:4, 24:17, 24:20, 35:5, 43:23, 49:25, 50:3,

52:20, 53:9, 57:22, 64:16, 91:25, 92:14
dismissal [7] - 4:9, 6:4, 56:2, 61:9, 94:16, 99:13, 99:15
dismissals [1] - 6:7
dismissed [37] - 4:10, 4:17, 4:18, 5:23, 6:23, 7:4, 7:10, 7:17, 11:18, 12:1, 12:5, 12:7, 12:9, 12:11, 12:13, 12:15, 12:17, 12:19, 12:22, 13:1, 17:20, 27:4, 35:14, 38:22, 44:10, 47:16, 50:15, 54:6, 55:22, 55:25, 56:1, 56:16, 63:25, 64:4, 80:6, 91:10, 99:16
disposed [1] - 103:5
DISTRICT [3] - 1:1, 1:1, 1:12
District [3] - 111:6, 111:14
disturbing [1] - 32:4
Doc [4] - 6:10, 6:11, 20:5, 20:7
docetaxel [2] - 73:25, 85:21
DOCETAXEL [1] - 1:4
docket [7] - 9:11, 9:13, 35:3, 53:13, 68:23, 74:12, 74:14
Document [1] - 36:14
document [6] - 15:16, 36:22, 37:8, 37:15, 68:9, 100:14
DOCUMENT [1] - 1:8
documentation [6] - 15:11, 15:13, 74:1, 78:16, 81:5, 85:21
documents [2] - 10:8, 20:16
Domer [1] - 35:25
DOMMER [1] - 2:16
DONALD [1] - 3:3
Donald [1] - 99:4
done [21] - 20:22, 20:25, 29:7, 32:20, 35:17, 38:3, 38:20, 42:3, 48:25, 49:25, 50:14, 51:19, 52:1, 53:4, 64:5, 73:14, 77:8, 89:21, 90:8, 90:21, 92:14
dose [1] - 71:3
double [2] - 4:8, 66:20
down [3] - 31:6, 58:22, 82:22
download [1] - 96:21

draft [1] - 100:5
drafted [1] - 100:4
dress [2] - 76:15, 76:16
drive [1] - 57:19
driver's [2] - 100:12, 105:9
due [4] - 9:11, 16:12, 43:14, 74:7
Dukes [2] - 18:5, 18:6
Dunlap [4] - 54:9, 60:19, 107:22, 110:12
duplicate [2] - 54:4, 61:2
during [4] - 66:1, 68:2, 96:11, 97:8
Dye [3] - 63:11, 63:15, 64:2

### E

early [1] - 84:23
ears [1] - 72:19
easier [2] - 11:10, 30:14
EASTERN [1] - 1:1
Eastern [1] - 111:6
echo [1] - 13:5
Edit [1] - 78:14
Edwards [2] - 36:18, 98:25
efforts [1] - 81:6
eight [2] - 10:14, 100:21
either [3] - 10:4, 28:9, 71:21
Elizabeth [1] - 39:18
ELLIS [1] - 2:3
email [19] - 14:4, 15:20, 17:6, 18:12, 20:17, 23:7, 26:11, 37:16, 45:12, 48:6, 63:3, 65:13, 81:10, 86:18, 87:4, 87:13, 93:3, 94:23, 100:3
emailed [1] - 37:3
emergency [1] - 35:18
end [1] - 55:10
Eneida [1] - 26:13
enforcing [1] - 16:22
engaged [1] - 16:17
Enriquez [3] - 64:7, 64:11, 64:21
entire [1] - 61:14
entitled [1] - 111:9
entries [1] - 4:15
error [1] - 69:10
ESI [4] - 10:4, 15:15,

38:12, 64:9
ESQ [29] - 1:16, 1:20, 1:24, 2:3, 2:6, 2:10, 2:11, 2:11, 2:12, 2:12, 2:14, 2:15, 2:15, 2:16, 2:16, 2:18, 2:19, 2:19, 2:20, 2:20, 2:22, 2:23, 2:23, 2:24, 2:24, 3:3, 3:3, 3:4, 3:4
essentially [1] - 13:8
estate [4] - 48:17, 49:1, 49:12, 49:23
Evans [1] - 12:6
events [1] - 82:19
evidence [5] - 35:24, 57:23, 105:3, 105:4, 105:5
exact [4] - 19:6, 31:22, 37:21, 37:22
exactly [4] - 16:21, 16:22, 43:10, 56:20
example [3] - 32:3, 75:19, 82:20
examples [2] - 58:19, 62:15
excuse [3] - 6:15, 46:7, 85:8
Exhibit [1] - 88:7
expect [1] - 37:11
expedite [1] - 91:23
expiration [3] - 100:13, 100:18, 101:11
expired [1] - 12:23
explain [2] - 42:17, 62:4
explaining [1] - 17:6
explanation [1] - 9:4
explore [1] - 105:13
expressed [1] - 49:23
extension [2] - 8:19, 61:7
extent [3] - 41:17, 85:17, 109:19
extenuating [2] - 59:18, 102:19
extraordinarily [1] - 35:19
extraordinary [3] - 29:19, 62:10, 97:19
extremely [1] - 13:6

### F

face [1] - 87:21
facility [14] - 17:3, 17:4, 36:3, 36:5,

55:18, 55:25, 57:8, 57:16, 67:8, 74:3, 74:8, 75:6, 81:25
Fact [26] - 14:3, 15:6, 15:19, 18:13, 19:23, 19:25, 21:5, 21:15, 21:17, 22:23, 24:2, 24:13, 24:21, 25:15, 25:25, 26:9, 27:10, 54:14, 59:24, 60:25, 61:6, 78:19, 78:25, 79:16, 81:12, 81:13
fact [3] - 16:1, 38:16, 38:18
fail [1] - 37:15
failing [1] - 38:21
fairly [1] - 35:4
Falk [2] - 99:20, 100:15
fall [1] - 98:12
familiar [3] - 58:6, 58:7, 68:14
family [12] - 28:22, 40:1, 40:15, 44:11, 48:16, 50:1, 59:4, 60:6, 102:14, 103:6, 104:3, 104:4
fancy [1] - 5:11
far [2] - 39:8, 103:3
fashion [1] - 108:7
fault [1] - 69:25
Fears [3] - 77:17, 77:20, 78:18
Felicia [2] - 23:18, 106:4
fell [1] - 46:5
Fernelius [1] - 103:14
few [8] - 11:6, 21:1, 27:15, 28:12, 38:15, 47:18, 63:15, 79:9
figure [2] - 37:4, 107:11
file [9] - 11:11, 48:7, 48:23, 52:9, 52:11, 52:15, 52:16, 52:25
filed [27] - 6:7, 7:22, 9:15, 10:24, 11:13, 19:13, 19:15, 19:16, 19:18, 19:20, 20:4, 21:22, 26:2, 26:22, 33:5, 33:22, 35:13, 43:8, 44:7, 47:21, 49:2, 49:6, 49:7, 50:13, 61:10, 99:5, 104:17
filing [6] - 8:4, 53:6, 53:9, 53:16, 54:4, 63:20
filled [2] - 11:2, 37:1
finally [1] - 25:23

Fine [1] - 4:18
fine [4] - 28:15, 29:13, 46:6, 88:24
finger [1] - 76:2
finish [2] - 25:25, 61:14
finished [1] - 66:20
fire [3] - 62:11, 91:23, 102:21
Firm [5] - 7:21, 7:23, 38:7, 69:21, 69:24
firm [13] - 7:24, 7:25, 8:4, 10:16, 10:24, 28:13, 32:2, 34:17, 35:22, 38:24, 49:18, 50:8, 54:5
first [23] - 4:9, 6:22, 7:20, 9:23, 17:1, 19:23, 32:15, 39:18, 48:22, 53:20, 57:15, 63:10, 69:21, 72:1, 75:25, 76:1, 80:4, 91:19, 91:25, 94:16, 98:25, 107:23
fit [1] - 42:21
fits [1] - 83:24
five [41] - 22:3, 28:18, 29:1, 29:18, 30:23, 31:12, 38:10, 39:19, 40:5, 40:19, 44:17, 45:19, 46:3, 50:19, 51:1, 54:10, 59:16, 59:22, 60:1, 60:10, 60:12, 66:14, 67:23, 68:1, 75:15, 77:18, 84:10, 85:4, 85:10, 85:15, 95:11, 95:16, 96:4, 96:18, 97:2, 97:13, 97:18, 98:10, 99:25, 102:10, 104:21
five-year [2] - 40:5, 85:15
fixed [1] - 69:16
flag [1] - 101:6
flagged [2] - 100:8, 107:23
flags [2] - 76:25, 107:25
flight [1] - 61:19
flood [2] - 62:11, 102:21
floods [2] - 78:7, 78:9
Florida [1] - 100:20
focus [2] - 50:9, 59:1
folder [1] - 100:5
FOLEY [1] - 3:4
Foley [2] - 99:21, 101:9
follow [3] - 36:11,

56:10, 93:12
followed [5] - 39:3, 56:7, 70:21, 71:2, 93:16
following [2] - 67:6, 104:20
FOR [2] - 1:15, 1:23
foregoing [1] - 111:7
forgot [2] - 107:6, 107:7
forgotten [1] - 106:18
form [1] - 67:13
formally [1] - 13:1
Forsman [2] - 73:9, 73:21
forth [1] - 67:10
forward [3] - 8:5, 50:2, 73:16
four [4] - 56:6, 71:20, 82:15, 98:22
Foxx [2] - 19:9, 19:10
frame [6] - 53:11, 66:19, 83:24, 85:15, 98:18, 100:20, 100:21, 110:1
frank [1] - 109:15
Fred [2] - 103:16, 103:19
free [2] - 45:12, 45:13
Friday [1] - 91:16
friends [4] - 28:22, 40:15, 60:6, 104:3
FRITCHIE [1] - 1:23
front [5] - 14:10, 17:10, 22:12, 23:8, 51:4
frustrating [3] - 13:6, 13:10, 35:19
frustration [2] - 16:14, 34:25
fulfilled [1] - 39:7
full [1] - 39:23
fully [2] - 8:2, 26:9
fundamental [1] - 24:23
future [1] - 13:3

# G

G-E-E [1] - 6:11
GA [1] - 33:15
Gabreilyan [2] - 89:13, 89:18
GABRIEL [1] - 2:22
Gabriel [2] - 63:13, 68:22
Gail [5] - 6:9, 20:11, 20:15, 80:3, 80:4
GAINSBURGH [1] -

1:19
gaming [1] - 13:8
Garrett [2] - 27:6, 27:8
gender [1] - 11:1
GEORGIA [1] - 2:8
Georgia [1] - 60:5
Geraldine [3] - 19:9, 19:10, 47:10
given [10] - 7:8, 20:8, 37:23, 43:23, 67:10, 71:4, 71:20, 76:5, 103:5, 106:22
Glenn [2] - 73:13, 73:21
Gloria [1] - 64:7
GORDON [1] - 2:11
Gori [1] - 63:10
Goza [1] - 29:25
Grace [1] - 25:19
graduating [1] - 45:5
grant [15] - 18:15, 23:17, 26:12, 34:2, 34:22, 39:12, 45:9, 51:21, 70:4, 70:10, 79:4, 80:2, 81:14, 83:25, 86:3
granted [1] - 49:5
Graves [4] - 43:3, 43:7, 44:6, 55:14
great [1] - 109:25
greatest [1] - 56:16
Grebel [1] - 47:19
GREEN [1] - 3:3
Green [2] - 99:2, 99:4
GREENBURG [1] - 2:6
group [2] - 7:20, 63:9
guess [10] - 20:21, 44:23, 56:20, 65:4, 69:10, 71:5, 102:25, 103:1, 107:6, 110:7
guessing [1] - 94:17
GULEWICS [1] - 2:23
Guyann [2] - 103:13, 103:22
Gwendolyn [1] - 38:25

# H

hair [7] - 39:23, 40:21, 104:15, 104:22, 105:2, 109:16, 110:9
hairpiece [2] - 109:5, 110:9
hairstyle [1] - 108:13
hairstyles [5] - 76:15, 76:17, 108:6, 109:6, 109:7
Hallum [4] - 58:18, 60:17, 60:18, 61:25

Hampshire [1] - 40:9
handle [2] - 64:2, 86:25
handling [1] - 49:12
hang [2] - 106:2, 107:14
Hanly [1] - 99:20
happy [9] - 29:8, 58:9, 58:14, 67:9, 77:10, 80:23, 104:12, 105:14, 109:13
hard [1] - 68:12
harder [2] - 59:14, 82:22
Harris [2] - 44:1, 44:6
hate [1] - 58:11
Hattie [2] - 95:5, 95:9
Hawaiian [1] - 40:7
Hayes [1] - 73:24
head [2] - 39:23, 87:22
headset [1] - 86:22
health [1] - 83:18
hear [7] - 33:23, 64:17, 77:22, 83:9, 83:10, 83:11, 87:1
HEARD [1] - 1:11
heard [17] - 6:1, 9:14, 9:18, 9:19, 11:14, 13:23, 28:2, 33:6, 37:20, 41:3, 43:5, 43:18, 45:20, 50:10, 53:15, 81:17, 89:24
hearing [1] - 8:2, 11:6, 11:15, 13:2, 18:25, 21:1, 25:1, 36:12, 49:4, 53:22, 80:17, 103:23, 104:2
hearings [2] - 16:7, 98:23
heirs [1] - 43:9
held [1] - 9:10
Helen [2] - 58:18, 61:25
hello [3] - 77:21, 80:13, 106:16
Hello [1] - 39:20
help [12] - 15:14, 58:9, 58:14, 61:5, 68:24, 81:25, 83:22, 84:1, 84:15, 84:25, 101:25, 105:13
helping [1] - 74:21
hereby [1] - 111:6
herself [2] - 41:4, 57:19
hi [2] - 36:1, 63:14
Hi [1] - 78:17
Higgins [2] - 47:20, 47:21
high [1] - 45:6

highlight [1] - 100:11
highlighted [1] - 107:3
Hill [3] - 20:11, 20:15, 90:22
HIPAA [15] - 18:18, 18:23, 28:1, 28:2, 28:6, 28:9, 79:8, 79:10, 79:20, 79:22, 79:23, 82:2, 85:24, 85:25
hit [2] - 49:14, 100:5
Hodges [1] - 99:1
hold [1] - 86:25
holding [1] - 82:19
home [4] - 61:19, 61:20, 62:11, 64:23
honest [2] - 77:4, 107:2
honestly [3] - 46:5, 67:14, 91:4
Honnold [1] - 30:1
Honor [289] - 4:14, 5:17, 6:6, 6:11, 7:7, 8:9, 8:14, 8:16, 8:25, 10:7, 10:15, 10:16, 10:22, 11:3, 11:5, 11:19, 11:22, 12:20, 13:17, 13:20, 14:2, 14:9, 15:4, 15:5, 15:10, 15:16, 15:18, 15:24, 16:6, 16:25, 17:14, 18:7, 18:11, 18:17, 19:12, 19:21, 20:3, 20:10, 20:19, 20:24, 21:3, 21:9, 21:14, 21:19, 22:1, 22:8, 22:18, 22:23, 23:3, 23:10, 23:12, 23:13, 23:19, 23:24, 24:7, 24:11, 24:18, 24:24, 25:10, 25:14, 25:20, 25:21, 26:4, 26:8, 26:17, 27:2, 27:5, 27:7, 27:17, 27:19, 27:24, 28:4, 28:11, 28:14, 28:20, 29:2, 29:7, 29:12, 29:24, 30:1, 30:8, 30:11, 31:3, 31:13, 31:19, 31:20, 31:23, 32:4, 32:25, 33:4, 33:9, 33:18, 33:20, 33:25, 34:3, 34:6, 34:7, 34:9, 34:13, 35:21, 35:23, 36:1, 36:13, 36:16, 36:19, 37:6, 37:13, 37:19, 38:4, 38:9, 38:13, 38:23, 38:25, 39:5, 39:14, 39:16, 39:20,

40:9, 40:12, 40:24,
41:13, 41:16, 42:4,
42:19, 43:7, 43:18,
44:2, 44:5, 44:9,
44:13, 44:16, 44:18,
46:4, 46:16, 46:19,
47:2, 47:13, 47:17,
47:18, 48:4, 48:12,
48:15, 48:21, 49:5,
49:16, 49:21, 50:5,
50:12, 50:18, 50:25,
51:2, 51:19, 52:4,
52:6, 53:8, 53:17,
53:24, 54:2, 54:8,
54:12, 55:3, 55:6,
55:15, 55:17, 56:5,
56:23, 57:5, 57:21,
57:25, 58:8, 58:17,
58:19, 59:12, 59:17,
60:9, 60:15, 60:16,
60:23, 61:12, 61:21,
61:22, 62:13, 62:14,
62:21, 63:9, 63:14,
64:2, 64:6, 64:10,
64:20, 64:24, 65:1,
65:12, 65:22, 66:3,
66:13, 66:16, 66:20,
67:1, 67:5, 67:15,
67:20, 67:24, 68:5,
69:2, 69:14, 69:18,
69:19, 69:23, 70:7,
71:13, 71:25, 73:8,
73:11, 73:22, 74:2,
74:7, 74:20, 75:3,
75:5, 75:13, 75:25,
76:20, 77:6, 77:12,
77:24, 78:13, 78:17,
79:3, 79:7, 80:14,
80:22, 81:7, 81:21,
81:22, 82:9, 82:16,
83:3, 83:7, 83:16,
84:6, 85:22, 86:15,
86:17, 87:20, 88:4,
88:10, 88:23, 89:23,
90:2, 90:23, 91:12,
92:11, 95:10, 96:16,
97:22, 98:17, 98:20,
98:22, 99:3, 99:22,
100:1, 100:7,
100:25, 101:14,
101:18, 101:25,
102:8, 102:9,
102:13, 102:17,
103:8, 103:15,
103:17, 103:20,
104:2, 104:16,
104:19, 106:20,
107:8, 107:16,
107:20, 108:6,
108:12, 109:11,
109:18, 109:22,

110:13, 110:14
**Honor's** [1] - 60:20
**HONORABLE** [1] -
1:11
**hop** [1] - 89:17
**hope** [3] - 19:25,
27:10
**hopefully** [2] - 40:4,
65:14
**hoping** [2] - 46:2,
94:11
**hormonally** [1] - 59:25
**Horne** [1] - 80:9
**horse** [1] - 20:21
**hospital** [13] - 25:24,
27:9, 27:13, 27:15,
35:18, 36:10, 41:4,
53:7, 53:22, 64:23,
65:3, 99:8, 105:10
**hours** [5] - 70:12,
73:18, 88:11, 89:11,
94:12
**house** [2] - 28:21,
61:5
**husband** [7] - 43:11,
43:12, 43:16, 46:23,
49:22, 59:19, 102:23
**Hutcheson** [5] -
65:16, 65:23,
102:14, 102:20,
103:3
**Hutchinson** [1] -
102:5

---

## I

**ID** [11] - 14:4, 16:2,
16:7, 16:23, 17:20,
39:2, 40:19, 41:4,
41:9, 78:4
**idea** [1] - 35:8
**ideas** [1] - 72:18
**identified** [2] - 30:3,
39:2
**imagine** [1] - 16:4
**immediate** [1] - 40:14
**immediately** [2] -
73:18, 89:3
**implemented** [1] -
62:6
**important** [1] - 47:5
**impossibility** [1] -
74:8
**impossible** [1] - 78:5
**IN** [1] - 1:4
**inability** [1] - 34:25
**inaccurate** [1] - 62:16
**inaccurately** [1] -
75:18

**inadvertently** [3] -
32:14, 32:19, 78:21
**inappropriate** [1] -
53:8
**Inaudible** [1] - 100:1
**inaudible** [5] - 33:12,
34:17, 34:18, 83:8,
92:22
**Inaudible)** [1] - 94:9
**inclement** [1] - 9:11
**inclination** [1] - 74:23
**include** [2] - 22:6,
79:7
**included** [2] - 9:13,
21:17
**includes** [1] - 79:1
**including** [2] - 28:5,
78:7
**incomplete** [1] - 82:7
**inconsistency** [1] -
19:17
**indeed** [2] - 99:10,
104:14
**indicate** [4] - 56:8,
101:10, 106:14,
108:8
**indicated** [5] - 16:11,
47:12, 54:15, 56:6,
77:3
**indicating** [1] - 19:14
**indication** [2] - 72:8,
92:12
**individual** [1] - 106:21
**information** [17] -
13:10, 21:18, 24:1,
24:23, 32:15, 32:18,
47:6, 52:7, 53:20,
65:9, 67:11, 70:9,
70:11, 73:16, 77:10,
81:1, 95:7
**informed** [2] - 37:3,
58:2
**infusion** [1] - 40:20
**initial** [1] - 21:16
**initiated** [10] - 13:23,
15:12, 18:8, 20:13,
23:21, 26:7, 67:4,
73:10, 86:16
**initiation** [1] - 39:1
**injury** [7] - 15:11,
16:16, 65:19, 83:5,
85:3, 104:10, 104:14
**ink** [1] - 58:24
**INSOGNA** [16] - 2:6,
4:14, 4:17, 15:10,
15:15, 33:4, 33:9,
35:23, 36:16, 36:19,
37:6, 44:2, 44:9,
60:23, 61:13, 61:18
**instances** [2] - 10:23,

55:6
**instead** [2] - 35:1,
69:6
**insurance** [3] - 18:19,
58:10, 75:8
**intended** [2] - 9:18,
13:12
**interchangeable** [1] -
80:19
**interest** [2] - 11:24,
49:23
**involve** [1] - 65:14
**IRWIN** [1] - 1:23
**issuance** [1] - 100:11
**issue** [35] - 10:18,
16:10, 16:16, 17:20,
30:22, 37:18, 39:6,
45:12, 46:7, 46:11,
68:3, 68:6, 70:6,
70:7, 70:17, 73:3,
73:12, 76:6, 78:11,
79:8, 79:22, 82:15,
84:2, 84:9, 86:17,
87:4, 87:7, 87:9,
90:4, 90:16, 92:23,
98:14, 99:5, 106:12,
108:19
**issued** [1] - 55:17
**issues** [11] - 26:19,
39:9, 73:1, 83:1,
83:13, 83:18, 86:23,
86:24, 93:19, 93:20,
98:6
**items** [1] - 91:21

---

## J

**Jacqueline** [3] - 25:9,
44:1, 73:21
**Jamie** [1] - 50:7
**JANE** [1] - 1:11
**Janice** [1] - 21:2
**January** [3] - 48:22,
49:4, 62:25
**Jean** [1] - 90:22
**JENNIFER** [2] - 2:10,
2:16
**Jennifer** [4] - 8:8,
8:10, 73:9, 73:21
**Jerri** [3] - 93:18,
93:23, 94:2
**John** [1] - 64:25
**JOHN** [1] - 3:4
**JOYCE** [1] - 2:12
**Joyce** [3] - 30:10,
31:15, 31:17
**judge** [1] - 48:18
**JUDGE** [1] - 1:12
**judges** [1] - 49:13

**Judith** [1] - 81:3,
81:24, 85:23
**Judy** [1] - 51:17
**Julian** [1] - 63:10
**JULIE** [1] - 2:3
**Julie** [1] - 65:17
**July** [34] - 9:10, 9:14,
9:18, 13:24, 14:3,
14:4, 14:10, 18:14,
21:15, 21:17, 21:22,
22:9, 28:2, 28:5,
28:10, 36:14, 41:6,
43:5, 45:20, 49:4,
50:10, 50:22, 52:8,
63:12, 64:14, 64:25,
72:13, 79:10, 79:19,
79:24, 80:15, 89:24,
90:3, 94:22
**June** [7] - 14:18,
44:23, 49:22, 58:25,
63:19, 87:6, 103:22
**justification** [1] -
103:9

---

## K

**Kate** [2] - 4:12, 12:25
**keeps** [1] - 12:25
**Kelly** [2] - 9:2, 107:17
**KELLY** [1] - 1:24
**Kennedy** [1] - 99:1
**kept** [1] - 36:5
**Kerr** [4] - 91:13, 92:11,
92:22, 93:11
**Kessler** [12] - 10:6,
10:12, 11:4, 12:21,
13:15, 14:1, 18:10,
18:21, 20:14, 20:20,
24:25, 107:9
**KESSLER** [1] - 2:11
**kicked** [1] - 68:16
**kin** [3] - 23:16, 33:7,
33:23
**kind** [4] - 11:8, 58:20,
85:22, 107:22
**kindly** [1] - 37:25
**King** [1] - 12:8
**KINGSDORF** [1] -
1:15
**Kirby** [1] - 44:15
**Kirtland** [2] - 32:1,
32:9
**KLYE** [1] - 2:12
**Knobel** [1] - 50:17
**knowledge** [3] - 6:12,
54:18, 65:3
**knows** [3] - 57:9,
57:14, 103:3
**Kruse** [2] - 47:19, 48:3

**KRUSE** [1] - 2:19
**Kyle** [1] - 32:9

# L

**L-I-N-N-E-T-T-E** [1] - 6:9
**L.L.C** [1] - 45:18
**L.L.P** [3] - 9:7, 9:25, 32:1
**labeled** [1] - 59:21
**lack** [1] - 91:2
**lacking** [1] - 64:15
**lady** [1] - 65:7
**LAMACCHIA** [1] - 2:23
**LaMacchia** [2] - 69:24, 72:20
**LAMBERT** [9] - 1:20, 88:10, 88:14, 88:18, 101:25, 106:20, 106:25, 109:11, 110:13
**Lambert** [5] - 88:15, 106:20, 109:9, 109:11, 110:11
**Landry** [1] - 45:17
**Lardner** [3] - 92:10, 92:19, 93:12
**large** [4] - 6:12, 39:22, 77:16, 77:17
**largest** [1] - 9:9
**last** [32] - 6:15, 11:6, 12:18, 33:15, 36:9, 36:23, 37:21, 43:9, 43:12, 44:23, 46:20, 47:9, 49:18, 53:3, 63:1, 64:13, 67:24, 77:16, 81:7, 81:10, 88:6, 88:7, 90:12, 91:3, 94:22, 98:8, 98:21, 102:10, 103:23, 104:2, 105:20, 105:25
**late** [6] - 14:25, 43:11, 59:4, 63:1, 63:5, 87:6
**lately** [1] - 83:18
**Laurie** [2] - 92:10, 92:19
**Law** [6] - 34:15, 35:22, 38:7, 50:8, 69:21, 69:24
**law** [2] - 38:24, 59:20
**lawyer** [1] - 49:12
**learned** [3] - 43:9, 49:21, 61:23
**least** [3] - 9:5, 17:11, 103:9
**leave** [4] - 43:16,

61:14, 61:16, 88:16
**left** [4] - 88:13, 98:22, 100:4, 103:25
**lei** [1] - 45:7
**Leslie** [1] - 69:24
**LESLIE** [1] - 2:23
**letter** [5] - 24:21, 42:4, 42:20, 49:8, 67:15
**letters** [2] - 48:19, 67:9
**LIABILITY** [1] - 1:5
**liaison** [5] - 9:16, 29:14, 31:18, 63:4, 95:25
**license** [4] - 100:12, 100:19, 101:10, 105:9
**licenses** [1] - 100:20
**light** [2] - 55:7, 91:22
**limited** [1] - 81:24
**Linda** [3] - 60:22, 61:3, 61:4
**line** [4] - 33:12, 99:21, 100:22, 109:7
**Linnette** [3] - 6:9, 80:4
**LISA** [1] - 2:12
**Lisa** [3] - 13:19, 62:19, 82:6
**list** [31] - 4:9, 4:14, 5:7, 5:13, 6:2, 6:3, 6:4, 6:7, 6:8, 6:12, 6:15, 6:16, 6:25, 7:5, 7:6, 9:8, 9:24, 11:9, 11:20, 13:9, 13:14, 20:23, 29:25, 35:20, 36:23, 50:9, 61:14, 63:12, 81:20, 87:7, 104:7
**listed** [5] - 10:19, 15:25, 17:7, 18:1, 52:13
**Listen** [1] - 76:9
**listen** [1] - 34:24
**listening** [2] - 31:15, 104:18
**lists** [5] - 6:22, 13:1, 80:8, 87:6, 87:8
**literally** [2] - 10:25, 89:7
**litigation** [1] - 70:18
**LITIGATION** [1] - 1:5
**live** [1] - 92:12
**lived** [2] - 60:4, 104:20
**living** [1] - 62:8
**LLC** [1] - 34:15
**loaded** [8] - 89:3, 89:7, 90:3, 94:5, 94:8, 95:13, 97:1, 97:25
**locate** [2] - 23:15,

102:11
**locating** [1] - 83:23
**Lois** [1] - 66:11
**look** [24] - 24:7, 45:25, 54:20, 59:7, 68:25, 69:4, 72:21, 76:9, 80:23, 88:8, 94:2, 94:23, 95:14, 96:23, 108:4, 108:19, 108:23, 108:25, 109:4, 109:17, 109:23, 110:3, 110:6
**looked** [8] - 45:24, 46:5, 60:2, 76:13, 77:4, 104:15, 105:2, 108:16
**looking** [18] - 16:2, 16:3, 19:2, 28:25, 55:11, 65:23, 67:25, 68:9, 68:11, 68:15, 72:6, 76:23, 94:3, 94:4, 94:6, 96:3, 106:12, 110:8
**looks** [10] - 45:6, 66:2, 76:14, 78:19, 79:8, 85:14, 108:14, 108:20, 110:6, 110:9
**Loretha** [4] - 88:5, 88:21, 88:24, 89:3
**Loretta** [3] - 91:13, 91:15, 92:22
**losing** [2] - 95:1, 96:13
**loss** [2] - 102:17, 104:22
**lost** [9] - 11:8, 52:7, 53:4, 56:10, 59:19, 62:10, 63:21, 78:6
**LOUISIANA** [6] - 1:1, 1:6, 1:17, 1:21, 1:25, 3:9
**Louisiana** [2] - 111:5, 111:6
**love** [1] - 72:20
**Lynn** [1] - 34:17
**LYNN** [1] - 2:15

# M

**M-C-Capital** [1] - 6:11
**M-E-A-GA-N** [1] - 33:15
**ma'am** [5] - 5:15, 8:8, 33:14, 65:21, 105:7
**Madison** [1] - 21:2
**Maher** [1] - 38:7
**mail** [1] - 46:25
**MAIN** [1] - 2:4
**majority** [1] - 78:6

**managed** [1] - 38:15
**manner** [2] - 48:25, 69:7
**manufacturer's** [1] - 16:2
**Marc** [5] - 9:6, 9:24, 11:20, 106:3, 106:17
**March** [7] - 19:15, 19:18, 19:20, 26:2, 30:6, 43:20
**Margaret** [1] - 10:16
**Margarette** [2] - 77:18, 78:2
**Maria** [1] - 9:24
**Markos** [1] - 93:9
**Marsha** [1] - 44:15
**Mary** [2] - 27:18, 36:18
**matter** [20] - 9:4, 11:17, 12:5, 12:7, 12:9, 16:16, 19:13, 24:4, 27:4, 38:21, 43:23, 44:10, 47:16, 50:15, 64:4, 91:10, 99:16, 103:20, 107:7, 111:9
**matters** [4] - 6:23, 7:4, 7:10, 7:17
**Mayo** [2] - 21:8, 22:4
**MBC** [1] - 67:10
**McDonald** [2] - 33:8, 33:9
**McDowell** [5] - 93:18, 93:23, 94:2, 94:15, 94:23
**McGee** [1] - 6:10
**McShea** [2] - 81:3, 81:24
**MDL** [14] - 14:9, 18:14, 20:16, 24:14, 25:16, 26:10, 27:12, 31:7, 37:13, 45:24, 72:3, 72:12, 89:5, 94:2
**Meadows** [3] - 95:5, 95:9, 95:15
**Meagan** [2] - 33:12, 33:15
**mean** [12] - 16:3, 19:22, 20:20, 29:20, 31:13, 37:10, 40:21, 46:4, 76:19, 84:3, 85:8, 90:10
**means** [3] - 15:25, 56:21, 70:10
**meant** [2] - 42:12, 42:13
**MECHANICAL** [1] - 3:11
**medical** [18] - 27:21, 34:20, 55:19, 55:21, 56:5, 56:24, 67:13,

70:17, 71:20, 72:21, 72:22, 73:25, 75:4, 80:15, 81:23, 98:4, 99:7
**meet** [2] - 39:9, 39:13
**Melanie** [1] - 54:3
**MELANIE** [1] - 2:20
**member** [1] - 104:4
**members** [2] - 48:16, 102:14
**memories** [1] - 56:16
**menopause** [1] - 59:24
**mention** [1] - 22:3
**mentioned** [1] - 82:16
**mentioning** [1] - 24:25
**MERIT** [1] - 3:8
**Merit** [2] - 111:4, 111:13
**message** [1] - 12:21
**meticulous** [1] - 12:25
**MEUNIER** [1] - 1:19
**MICHAEL** [1] - 2:19
**Michelle** [1] - 34:4
**might** [6] - 30:14, 55:24, 60:11, 77:6, 83:13, 102:15
**MILAZZO** [1] - 1:11
**Miller** [1] - 12:10
**mind** [1] - 107:16
**minute** [1] - 41:21
**misremember** [1] - 57:12
**missed** [6] - 11:16, 11:17, 38:17, 78:21, 78:22, 81:8
**missing** [3] - 21:11, 47:5, 87:19
**mistake** [2] - 69:12, 79:7
**mistakes** [1] - 75:21
**misunderstanding** [1] - 51:8
**mobility** [1] - 81:24
**mom** [1] - 103:25
**moment** [1] - 88:17
**momentarily** [1] - 92:6
**Monday** [3] - 83:20, 100:2, 100:6
**month** [9] - 8:13, 9:13, 11:6, 43:19, 53:3, 53:14, 59:5, 62:24, 75:11
**months** [12] - 10:13, 14:25, 43:9, 44:7, 53:1, 53:16, 79:9, 90:1, 108:11, 108:17, 109:17
**Moore** [1] - 66:11
**MOORE** [1] - 1:23

**morning** [17] - 5:25, 10:7, 19:23, 20:21, 31:8, 32:11, 32:13, 32:16, 32:20, 34:10, 34:21, 35:16, 48:5, 63:4, 65:20, 78:22, 100:6

**MORRIS** [1] - 2:16

**Morris** [4] - 38:8, 38:20, 45:18, 47:10

**most** [6] - 9:5, 13:10, 29:5, 34:19, 83:17, 88:19

**motion** [4] - 5:5, 5:9, 7:15, 7:16

**move** [7] - 24:7, 36:12, 61:13, 90:20, 92:14, 94:16, 94:18

**moved** [2] - 52:10, 53:12

**MR** [39] - 4:14, 4:17, 5:1, 15:10, 15:15, 27:17, 28:16, 30:13, 33:4, 33:9, 35:23, 36:16, 36:19, 37:6, 44:2, 44:9, 52:13, 52:20, 55:12, 60:23, 61:13, 61:18, 72:12, 73:8, 88:9, 88:12, 88:14, 88:18, 88:25, 89:14, 95:19, 99:24, 101:25, 106:6, 106:18, 106:20, 106:25, 109:11, 110:13

**MS** [262] - 4:12, 4:19, 4:21, 4:25, 5:2, 5:4, 5:7, 5:9, 5:11, 5:15, 5:17, 5:25, 6:6, 6:15, 6:19, 6:20, 7:6, 7:7, 7:12, 7:13, 7:14, 7:20, 8:16, 8:23, 8:25, 9:2, 9:23, 10:15, 11:19, 12:20, 13:5, 13:20, 14:13, 14:19, 14:23, 15:4, 15:24, 16:6, 16:21, 16:25, 17:5, 17:14, 17:22, 18:3, 18:5, 18:7, 18:17, 19:7, 19:10, 19:12, 19:17, 19:21, 20:3, 20:6, 20:7, 20:10, 20:12, 20:19, 21:3, 21:9, 21:12, 21:19, 22:1, 22:10, 22:18, 23:3, 23:10, 23:12, 23:19, 24:11, 24:18, 24:24, 25:7, 25:10, 25:20, 26:4, 26:13, 27:5,

27:24, 28:11, 29:5, 29:7, 29:12, 29:24, 31:13, 31:19, 31:23, 31:25, 32:25, 34:7, 34:14, 35:21, 37:19, 38:5, 38:9, 38:24, 39:16, 40:24, 41:5, 41:16, 41:24, 42:2, 42:3, 42:9, 42:12, 42:19, 42:24, 43:3, 43:18, 44:16, 44:25, 45:8, 45:16, 46:1, 46:12, 46:14, 46:17, 47:2, 47:9, 47:18, 47:24, 48:9, 48:12, 48:21, 49:3, 49:18, 50:7, 50:18, 50:25, 51:7, 51:24, 52:4, 52:18, 53:17, 53:25, 54:8, 54:24, 55:3, 55:15, 56:2, 56:19, 58:8, 58:14, 58:18, 60:16, 60:18, 61:22, 62:14, 62:18, 63:9, 64:6, 64:8, 65:17, 66:13, 67:1, 67:3, 67:22, 68:5, 68:12, 68:18, 68:22, 69:19, 70:15, 70:24, 71:10, 71:13, 71:25, 72:6, 72:20, 72:25, 73:10, 73:24, 74:6, 74:7, 74:10, 74:13, 74:16, 74:20, 75:1, 75:3, 75:13, 76:19, 77:6, 77:12, 77:16, 78:15, 79:14, 80:3, 80:7, 80:10, 80:20, 80:22, 81:4, 81:16, 82:5, 82:7, 82:14, 83:5, 84:2, 85:3, 85:10, 85:16, 85:20, 86:4, 86:9, 86:13, 86:15, 87:11, 87:16, 87:20, 88:6, 88:15, 88:17, 88:19, 89:23, 90:14, 90:23, 91:12, 92:2, 92:11, 92:18, 92:20, 93:10, 93:20, 93:24, 95:10, 95:16, 96:16, 96:18, 97:2, 97:10, 97:22, 98:9, 98:17, 98:20, 98:25, 100:7, 100:25, 101:4, 101:9, 101:14, 101:18, 101:23, 102:3, 102:9, 102:19, 103:8, 103:17, 104:16, 105:7, 106:3, 106:5, 106:7, 106:11,

106:14, 106:24, 107:1, 107:8, 107:21, 108:12, 109:18, 110:15

**Mulligan** [3] - 7:21, 7:23, 7:24

**multicolored** [1] - 45:6

**multiple** [2] - 36:4, 63:18

**must** [1] - 97:4

**mute** - 5:21, 17:9

## N

**Nachawati** [3] - 77:17, 77:20, 78:18

**nail** [2] - 31:6, 82:22

**name** [10] - 10:25, 32:6, 32:19, 33:14, 33:15, 61:1, 61:2, 77:24, 80:4, 103:1

**names** [2] - 5:12, 12:3

**Nancy** [1] - 30:1

**Narvella** [1] - 75:2

**NE** [1] - 2:7

**nearly** [1] - 43:19

**necessary** [1] - 8:12

**need** [21] - 13:1, 33:14, 38:2, 42:7, 54:22, 60:10, 60:12, 60:19, 61:14, 61:16, 63:24, 66:8, 70:11, 74:18, 78:11, 84:17, 85:17, 88:16, 88:17, 95:6, 97:17

**needed** [5] - 38:16, 64:14, 81:18, 102:2, 106:4

**needing** [1] - 48:23

**needs** [4] - 17:21, 26:20, 29:13, 33:17

**Nettie** [1] - 85:2

**never** [2] - 42:19, 46:21

**new** [4] - 9:14, 22:15, 22:23, 85:25

**NEW** [5] - 1:6, 1:17, 1:21, 1:25, 3:9

**New** [1] - 40:9

**newborn** [1] - 82:20

**Newton** [1] - 82:6

**next** [57] - 8:2, 8:13, 8:24, 9:3, 10:15, 11:20, 22:13, 23:15, 26:13, 26:25, 28:12, 28:16, 29:14, 29:23, 29:25, 31:25, 33:7, 33:23, 34:14, 36:12,

37:10, 43:3, 45:17, 46:17, 47:18, 48:13, 50:7, 52:10, 52:16, 53:13, 53:25, 54:9, 55:13, 58:18, 63:9, 69:8, 69:15, 69:20, 70:12, 71:10, 73:6, 73:12, 73:18, 73:20, 74:11, 74:14, 75:10, 77:17, 78:11, 80:3, 81:1, 91:13, 92:8, 95:4, 101:22, 102:3, 103:12

**nice** [1] - 39:23

**NICHOLAS** [1] - 2:6

**Nichols** [3] - 60:22, 61:3, 61:4

**Niemeyer** [1] - 47:19

**night** [5] - 36:23, 37:21, 63:1, 81:8, 81:10

**nine** [1] - 39:22

**Nine** [1] - 67:3

**NO** [1] - 1:6

**noggins** [1] - 107:10

**Nolte** [5] - 7:23, 8:7, 8:8, 8:10, 8:18

**NOLTE** [1] - 2:10

**noncompliance** [5] - 4:9, 4:23, 6:2, 6:25, 87:6

**noncompliant** [6] - 5:7, 5:13, 6:4, 6:16, 7:5, 7:6

**none** [1] - 89:16

**note** [5] - 19:13, 47:2, 67:6, 104:16, 106:21

**noted** [2] - 66:17, 67:5

**notes** [5] - 18:17, 21:12, 95:20, 106:12, 106:14

**nothing** [5] - 10:5, 11:1, 22:5, 22:21, 79:15

**notice** [8] - 9:15, 9:19, 9:21, 13:24, 32:11, 33:1, 37:23, 74:17

**noticed** [2] - 47:3, 48:22

**notices** [1] - 8:5

**notification** [3] - 19:19, 42:5, 100:4

**notified** [4] - 15:1, 39:6, 42:4, 54:14

**notify** [2] - 17:16, 17:24

**notifying** [1] - 48:6

**number** [28] - 7:21, 9:3, 9:9, 10:17, 10:23, 11:1, 12:4,

12:6, 12:8, 12:10, 12:12, 12:14, 12:16, 12:18, 19:14, 36:14, 36:22, 37:8, 40:13, 54:5, 61:1, 68:9, 68:11, 68:23, 81:2, 106:5, 106:6, 106:24

**numbered** [1] - 111:9

**numbers** [2] - 6:12, 11:25

**numerous** [3] - 11:14, 39:25, 99:14

## O

**Oakeson** [1] - 51:17

**obituary** [1] - 23:15

**obligation** [3] - 16:23, 17:16, 39:8

**obligations** [1] - 16:8

**obtain** [3] - 14:4, 78:6, 99:11

**obtained** [1] - 99:9

**obviously** [4] - 25:3, 70:18, 76:23, 101:4

**occasions** [3] - 39:25, 40:14, 63:18

**occur** [1] - 58:5

**occurred** [1] - 74:24

**occurs** [1] - 13:2

**OF** [2] - 1:1, 1:11

**offer** [1] - 38:16

**offered** [1] - 109:14

**office** [7] - 12:24, 13:3, 27:10, 31:18, 37:21, 71:22, 72:15

**official** [1] - 38:2

**Official** [2] - 111:5, 111:13

**OFFICIAL** [1] - 3:7

**OHIO** [1] - 2:4

**old** [6] - 30:20, 76:9, 76:10, 76:22, 83:8, 103:6

**older** [1] - 85:11

**Olin** [2] - 21:25, 22:17

**oncology** [1] - 99:6

**one** [93] - 6:10, 6:21, 6:22, 11:8, 11:17, 11:22, 12:1, 12:18, 14:7, 16:15, 21:6, 21:16, 21:19, 21:22, 22:2, 22:25, 24:6, 24:14, 26:8, 26:13, 27:9, 30:2, 34:7, 36:4, 38:10, 38:24, 45:3, 45:19, 46:9, 46:17, 47:3, 47:9, 47:21, 47:23, 48:21,

*OFFICIAL TRANSCRIPT*

49:18, 50:19, 52:10, 52:14, 52:20, 55:9, 57:9, 57:13, 57:19, 59:5, 59:17, 59:18, 61:20, 62:1, 63:10, 63:12, 65:12, 67:12, 67:24, 68:6, 68:18, 68:19, 69:21, 71:3, 72:5, 75:14, 75:22, 75:25, 77:13, 79:8, 80:6, 80:7, 84:6, 84:8, 90:6, 91:13, 91:25, 95:20, 96:5, 96:6, 96:10, 98:8, 98:25, 99:18, 99:23, 102:15, 104:4, 104:7, 105:20, 106:3, 106:8, 107:21, 107:22, 108:3, 108:14, 109:24, 110:1
**ones** [8] - 4:24, 12:3, 22:15, 68:2, 75:17, 94:16, 98:17, 109:14
**ongoing** [2] - 98:1, 107:7
**online** [1] - 23:15
**onset** [1] - 84:23
**opening** [2] - 29:9, 49:23
**opportunity** [10] - 29:21, 35:2, 35:4, 35:12, 62:3, 70:12, 89:10, 91:6, 103:10, 105:24
**opposition** [8] - 5:5, 5:9, 7:14, 7:16, 7:19, 47:13, 47:14, 61:9
**Ora** [2] - 86:14, 87:2
**order** [10] - 8:2, 28:13, 35:11, 36:24, 79:9, 85:23, 91:24, 93:15, 98:1
**ORDER** [1] - 4:4
**ordered** [5] - 36:2, 54:7, 62:7, 91:22, 92:9
**originally** [4] - 9:18, 32:10, 32:18, 59:11
**ORLEANS** [5] - 1:6, 1:17, 1:21, 1:25, 3:9
**otherwise** [1] - 103:5
**ought** [1] - 69:6
**ourselves** [1] - 92:8
**outlined** [2] - 16:24, 39:3
**outside** [1] - 78:4
**outstanding** [1] - 79:15
**overlooked** [1] - 50:13

**overseas** [1] - 76:12
**oversight** [6] - 78:23, 81:8, 86:19, 87:5, 87:8, 89:4
**own** [1] - 58:4

### P

**P-H-I-L-I-P** [1] - 33:16
**P.M** [1] - 1:7
**p.m** [1] - 110:17
**Packard** [2] - 32:1, 32:10
**page** [5] - 11:2, 14:9, 22:21, 67:11, 100:18
**pages** [3] - 71:6, 100:17
**Palmer** [2] - 106:20, 109:11
**PALMER** [1] - 1:20
**Pamela** [1] - 70:14
**panic** [1] - 26:19
**papers** [1] - 48:23
**paperwork** [3] - 48:17, 49:1, 49:6
**paralegal** [3] - 12:25, 38:2, 64:13
**Parent** [1] - 48:17
**parents** [1] - 103:1
**part** [6] - 42:16, 86:19, 87:5, 87:8, 88:19, 89:4
**particularly** [2] - 32:4, 94:11
**parties** [1] - 4:10
**Partners** [3] - 9:6, 9:25, 11:21
**parts** [2] - 75:25, 76:16
**pass** [1] - 24:5, 33:24
**passed** [19] - 9:20, 23:14, 23:25, 30:18, 33:21, 43:7, 43:10, 43:11, 43:20, 43:21, 43:24, 44:6, 49:22, 62:25, 102:23, 103:1, 103:22, 104:23, 106:22
**past** [5] - 22:3, 42:3, 62:24, 66:14, 72:25
**patience** [2] - 95:2, 96:13
**patients** [1] - 58:13
**Patricia** [2] - 18:5, 18:6
**Pendelton** [2] - 23:11, 23:14
**pending** [5] - 48:17, 49:9, 53:17, 79:12,

86:1
**penny** [1] - 50:17
**people** [13] - 9:5, 13:1, 16:17, 16:19, 19:6, 29:19, 55:11, 62:3, 76:15, 76:16, 109:6, 109:7, 109:23
**Pepper** [3] - 111:3, 111:11, 111:12
**PEPPER** [1] - 3:7
**per** [1] - 36:10
**percent** [1] - 35:3
**Perdue** [5] - 103:14, 103:15, 105:8, 105:12, 105:18
**PERDUE** [1] - 3:4
**perfect** [1] - 93:6
**perfectly** [1] - 109:15
**perhaps** [5] - 37:16, 65:4, 72:16, 94:12, 101:16
**period** [1] - 12:23
**permission** [1] - 99:12
**person** [4] - 46:9, 82:1, 83:17, 102:3
**personally** [2] - 42:20, 83:20
**Peterson** [8] - 103:13, 103:16, 103:22, 103:23, 104:3, 104:5, 104:11, 104:20
**PFS** [59] - 9:25, 10:17, 10:19, 10:24, 11:21, 13:9, 13:21, 15:4, 19:10, 19:11, 21:3, 21:9, 21:13, 22:18, 22:21, 23:12, 23:19, 23:21, 23:22, 24:11, 24:16, 25:11, 25:20, 26:5, 26:6, 26:14, 27:6, 27:18, 27:19, 28:17, 32:3, 32:7, 32:12, 32:20, 33:4, 34:8, 34:9, 34:15, 34:18, 34:19, 38:10, 43:4, 46:17, 47:25, 48:13, 49:19, 51:18, 51:24, 54:1, 60:24, 65:18, 66:7, 70:16, 78:15, 81:4, 90:24, 92:22
**PFS's** [1] - 13:13
**Philip** [1] - 33:16
**phone** [25] - 8:8, 17:8, 34:5, 34:24, 35:8, 42:7, 55:11, 77:7, 77:21, 83:14, 86:7, 86:21, 88:22, 90:10, 94:12, 96:24, 99:17,

102:6, 103:14, 106:1, 106:2, 106:16, 107:14, 109:13
**phones** [1] - 5:21
**phonetically** [2] - 48:17, 85:6
**phonetically)** [1] - 36:5
**photo** [54] - 14:17, 26:15, 29:5, 29:18, 30:16, 30:17, 30:24, 39:22, 39:23, 40:19, 41:6, 41:7, 41:9, 46:1, 54:21, 58:24, 59:3, 60:7, 62:1, 62:6, 63:11, 68:23, 71:15, 71:16, 72:7, 75:19, 76:7, 78:3, 82:14, 83:19, 83:23, 84:7, 84:8, 85:13, 87:16, 87:17, 87:18, 87:19, 87:21, 89:21, 90:6, 93:20, 96:11, 98:14, 100:2, 100:5, 100:16, 101:5, 105:19, 108:1, 108:7
**photograph** [25] - 28:24, 29:20, 30:5, 41:8, 45:25, 46:12, 54:20, 55:5, 59:15, 59:21, 60:2, 69:10, 81:11, 87:24, 100:10, 100:14, 104:5, 104:15, 106:9, 108:21, 109:25, 110:1, 110:2, 110:8
**photographs** [41] - 22:6, 22:7, 22:9, 22:10, 22:13, 28:25, 30:7, 30:8, 41:24, 42:14, 42:16, 44:25, 52:5, 54:13, 54:17, 54:18, 54:22, 55:11, 58:19, 58:21, 59:13, 60:6, 63:2, 68:19, 69:7, 69:9, 82:10, 88:8, 90:15, 98:5, 98:7, 101:2, 104:9, 104:24, 105:23, 107:13, 108:24, 109:17, 109:24, 110:3, 110:5
**photos** [149] - 10:1, 10:2, 10:20, 13:22, 14:6, 14:8, 14:10, 14:11, 14:15, 14:16, 14:21, 14:23, 14:25, 15:19, 20:12, 20:13,

22:3, 22:4, 22:19, 22:20, 23:1, 23:20, 24:3, 25:11, 25:12, 26:6, 26:15, 28:18, 29:10, 29:15, 30:2, 30:14, 30:19, 31:7, 31:9, 31:10, 38:10, 38:11, 39:19, 40:25, 41:2, 44:17, 45:18, 47:11, 48:1, 49:20, 50:9, 50:19, 54:10, 59:7, 62:12, 62:20, 62:22, 62:23, 63:12, 63:16, 64:8, 64:9, 64:15, 65:19, 65:25, 66:2, 66:13, 66:14, 66:17, 66:22, 67:22, 68:6, 68:18, 71:24, 75:15, 75:16, 76:9, 76:22, 76:23, 77:18, 78:3, 78:6, 78:7, 82:8, 82:15, 82:16, 82:17, 82:22, 83:6, 83:22, 84:1, 84:2, 84:3, 84:4, 84:9, 84:13, 84:16, 85:4, 85:8, 85:9, 86:16, 89:14, 89:15, 89:16, 89:18, 90:3, 90:18, 90:25, 91:14, 93:24, 93:25, 94:1, 94:3, 94:4, 94:6, 94:15, 94:24, 95:11, 95:13, 95:14, 96:1, 96:2, 96:4, 96:18, 97:1, 97:13, 97:15, 97:18, 97:23, 97:25, 98:9, 98:11, 99:24, 102:10, 102:20, 103:9, 103:18, 103:19, 104:1, 104:20, 104:21, 107:23, 108:7, 108:22
**Phyllis** [2] - 21:8, 22:4
**pick** [2] - 86:21, 86:24
**picture** [14] - 30:6, 40:17, 40:23, 44:19, 44:22, 45:4, 46:3, 100:23, 105:9, 105:10, 105:11, 105:13
**pictures** [12] - 28:23, 34:20, 40:16, 51:6, 68:1, 102:15, 102:16, 102:18, 103:6, 105:8, 108:15
**pieces** [1] - 53:20
**PIEDMONT** [1] - 2:7
**Pierce** [1] - 12:12

place [3] - 5:21, 14:20, 39:13
plaintiff [36] - 19:13, 23:4, 23:25, 30:1, 30:5, 32:1, 32:2, 34:14, 34:15, 39:21, 42:15, 44:3, 54:17, 55:4, 55:6, 59:10, 59:14, 59:16, 59:19, 59:23, 60:4, 62:15, 68:7, 70:15, 73:13, 76:21, 77:25, 78:18, 80:3, 83:8, 87:25, 99:4, 104:9, 104:14, 108:9, 109:14
Plaintiff [25] - 14:3, 15:19, 18:13, 19:23, 19:25, 21:5, 21:15, 21:17, 22:23, 24:2, 24:13, 24:21, 25:14, 25:25, 26:9, 27:10, 54:14, 59:24, 60:25, 61:6, 78:19, 78:25, 79:16, 81:12, 81:13
PLAINTIFF'S [12] - 28:20, 29:1, 29:4, 43:7, 43:17, 44:5, 44:13, 44:18, 45:11, 102:8, 102:13, 102:22
plaintiff's [7] - 10:25, 14:19, 16:4, 29:15, 80:23, 87:21, 109:19
plaintiffs [16] - 6:3, 6:16, 6:23, 7:20, 9:9, 11:25, 13:7, 13:24, 17:24, 32:5, 37:20, 41:19, 43:18, 54:3, 82:21, 109:12
Plaintiffs [1] - 15:5
Plaintiffs' [1] - 8:17
PLAINTIFFS' [257] - 1:15, 8:9, 8:14, 10:7, 11:5, 11:13, 11:22, 12:4, 12:6, 12:8, 12:10, 12:12, 12:14, 12:16, 12:18, 13:16, 14:2, 14:7, 14:12, 14:14, 14:17, 15:5, 15:18, 18:11, 18:22, 19:2, 19:11, 20:15, 20:24, 21:5, 21:14, 22:8, 22:11, 22:23, 23:6, 23:13, 23:24, 24:6, 24:13, 25:14, 25:21, 26:8, 26:17, 27:2, 27:7, 27:14, 27:19, 28:4, 30:9, 30:11, 31:3, 31:5, 31:20, 31:24, 32:9,

32:17, 33:11, 33:15, 33:18, 33:20, 33:25, 34:3, 34:6, 34:9, 34:13, 34:17, 34:23, 36:1, 36:13, 36:21, 37:12, 38:13, 38:23, 39:5, 39:14, 39:20, 40:8, 40:12, 41:13, 41:15, 43:1, 45:2, 45:22, 46:4, 46:13, 46:16, 46:19, 47:12, 47:15, 47:17, 48:4, 48:11, 48:15, 49:1, 49:8, 49:16, 49:21, 50:5, 50:12, 50:21, 51:2, 51:10, 51:16, 51:18, 51:25, 52:6, 52:15, 52:24, 53:24, 54:2, 54:12, 55:17, 56:5, 56:13, 56:23, 57:5, 57:11, 57:15, 57:20, 57:25, 58:17, 59:12, 59:17, 60:9, 60:14, 61:3, 61:12, 62:13, 62:21, 63:14, 64:10, 64:24, 65:11, 65:22, 66:12, 66:16, 67:2, 67:5, 67:20, 67:24, 68:8, 68:14, 69:1, 69:14, 69:18, 69:23, 70:7, 70:20, 71:3, 71:9, 71:16, 71:19, 72:4, 72:10, 72:13, 73:11, 73:22, 74:2, 75:5, 75:24, 77:2, 77:22, 77:24, 78:2, 78:9, 78:13, 78:17, 79:3, 79:6, 79:16, 79:19, 80:14, 81:7, 81:20, 81:22, 82:9, 82:25, 83:3, 83:7, 83:11, 83:13, 83:16, 84:6, 84:11, 84:21, 85:1, 85:6, 85:13, 85:22, 86:6, 86:11, 86:17, 86:22, 87:3, 87:18, 88:1, 88:4, 88:23, 89:1, 89:17, 90:2, 90:5, 90:11, 90:17, 91:2, 91:9, 91:15, 91:22, 92:5, 92:21, 93:1, 93:6, 93:8, 93:11, 93:14, 94:1, 94:7, 94:9, 94:14, 94:19, 94:22, 95:3, 95:13, 95:18, 95:22, 96:1, 96:5, 96:8, 96:10, 96:15, 96:20, 96:23, 96:25, 97:4, 97:8, 97:14, 97:24, 98:11,

99:3, 99:19, 99:22, 100:1, 100:15, 101:2, 101:12, 103:15, 103:20, 104:11, 104:19, 105:15, 107:16, 107:20, 108:6, 108:18, 109:3, 109:22, 110:14
plaintiffs' [7] - 9:16, 17:2, 29:14, 30:24, 41:18, 63:4, 73:1
plan [3] - 8:5, 8:15, 56:25
planning [2] - 25:24, 61:19
plenty [1] - 43:21
point [11] - 17:22, 17:23, 18:1, 23:3, 27:3, 52:10, 53:15, 53:16, 56:9, 58:20, 108:12
pointed [2] - 76:2, 76:3
pointing [1] - 19:17
poor [2] - 41:8, 61:19
portrait [1] - 41:9
position [1] - 27:1
possession [2] - 51:12, 84:9
possibility [1] - 108:14
possible [6] - 27:11, 36:7, 36:8, 55:20, 55:24, 84:22
possibly [1] - 29:9
post [1] - 96:2
pound [1] - 91:6
POYDRAS [4] - 1:16, 1:20, 1:24, 3:8
Pratt [2] - 48:13, 48:15
preach [1] - 17:1
prechemotherapy [1] - 96:3
predate [1] - 104:24
prejudice [30] - 6:24, 7:4, 7:11, 7:17, 11:18, 12:2, 12:5, 12:7, 12:9, 12:11, 12:13, 12:15, 12:17, 12:19, 27:4, 38:22, 44:11, 47:16, 50:1, 50:4, 50:16, 52:21, 55:23, 56:1, 56:3, 56:17, 57:23, 64:4, 91:11, 99:16
preparing [1] - 13:11
PRESENT [1] - 2:10
present [8] - 13:11, 22:4, 41:4, 54:21,

65:19, 108:10, 108:22, 110:4
presented [1] - 21:24
presuming [1] - 57:19
pretty [1] - 85:14
previous [1] - 99:8
previously [2] - 48:22, 62:23
primarily [1] - 23:21
print [1] - 37:4
probate [1] - 44:12
problem [6] - 53:19, 55:1, 85:12, 90:13, 99:19, 104:8
problematic [1] - 105:21
problems [1] - 73:5
procedure [2] - 73:10, 93:13, 93:16
procedures [1] - 36:10
proceed [8] - 5:18, 5:19, 5:24, 7:18, 7:19, 26:18, 105:19, 105:24
proceedings [2] - 110:17, 111:9
PROCEEDINGS [3] - 1:11, 3:11, 4:1
process [29] - 10:9, 13:14, 13:22, 15:12, 15:21, 16:13, 16:18, 16:20, 17:12, 17:13, 17:21, 18:8, 20:13, 23:21, 25:12, 29:15, 35:24, 36:7, 39:1, 67:4, 69:22, 70:2, 75:7, 78:12, 84:12, 86:16, 87:12, 88:20, 94:14
procured [1] - 94:1
produce [5] - 10:5, 16:23, 42:15, 102:18, 105:23
PRODUCED [1] - 3:11
produced [5] - 10:4, 29:16, 41:25, 42:14, 104:21
producing [1] - 68:10
product [7] - 14:4, 16:2, 16:7, 16:23, 17:20, 39:2, 56:4
PRODUCTS [1] - 1:4
proof [64] - 10:19, 13:22, 15:11, 16:3, 16:15, 16:16, 16:23, 22:19, 23:4, 25:11, 26:6, 26:15, 35:23, 52:5, 55:15, 55:21, 56:17, 58:3, 65:18,

69:24, 70:17, 71:14, 71:18, 71:19, 73:13, 73:24, 75:3, 75:8, 76:1, 78:16, 79:2, 79:7, 80:1, 80:10, 80:12, 80:15, 80:21, 81:5, 81:16, 81:18, 81:19, 81:22, 83:5, 85:3, 85:20, 88:25, 89:2, 89:5, 90:24, 91:13, 91:17, 91:25, 92:20, 92:23, 93:10, 93:24, 95:6, 97:22, 97:25, 98:9, 98:16, 99:1, 104:10
proper [1] - 79:18
properly [1] - 35:13
proprietor [1] - 7:23
protocol [1] - 60:11
prove [1] - 56:3
Provencher [5] - 39:18, 39:21, 39:24, 40:4, 40:7
proverbial [1] - 20:21
provide [7] - 6:3, 42:5, 63:2, 70:9, 70:22, 86:2, 98:16
provided [7] - 24:23, 30:5, 37:1, 41:8, 58:23, 62:23, 81:13
providing [2] - 8:19, 30:22
psych [2] - 18:18, 18:23
PTO [25] - 10:2, 10:21, 15:12, 15:19, 18:9, 18:11, 22:20, 23:1, 23:21, 25:12, 26:7, 27:21, 34:18, 36:14, 38:11, 46:3, 48:1, 48:14, 49:20, 50:9, 52:5, 64:9, 82:8, 82:11, 90:25
Pulaski [2] - 69:21, 69:24
pull [5] - 14:8, 32:21, 37:13, 71:5, 74:22
pulling [2] - 74:3, 76:5
purported [1] - 82:15
purportedly [3] - 23:4, 30:18, 48:10
purports [1] - 30:17
purpose [1] - 13:14
pursuant [1] - 46:3
push [3] - 29:23, 36:9, 74:11
put [14] - 4:13, 4:20, 9:18, 17:8, 30:15, 35:9, 41:22, 49:11, 49:14, 54:25, 58:22,

74:17, 107:10, 109:5
**puts** [1] - 43:25

## Q

**quality** [2] - 41:8, 108:7
**questioned** [2] - 76:13, 101:6
**questions** [1] - 105:16
**quick** [2] - 40:6, 88:11
**quickly** [5] - 36:7, 36:8, 45:24, 55:19, 94:13
**quite** [2] - 101:24, 110:1

## R

**RADOS** [1] - 2:15
**Rados** [1] - 34:4
**raise** [2] - 76:25, 77:1
**raised** [1] - 107:24
**raising** [1] - 101:6
**range** [5] - 30:7, 30:22, 78:5, 82:17, 82:21
**rare** [1] - 61:2
**rarely** [1] - 38:14
**rather** [1] - 41:8
**Ray** [2] - 83:4, 83:15
**RE** [1] - 1:4
**re** [4] - 28:6, 37:2, 59:13, 85:16
**re-review** [1] - 85:16
**re-reviewed** [1] - 59:13
**re-send** [1] - 37:2
**re-uploaded** [1] - 28:6
**reach** [6] - 7:2, 19:19, 43:8, 45:13, 69:15, 97:14
**reached** [3] - 52:24, 63:18, 100:15
**read** [1] - 107:10
**ready** [3] - 5:17, 36:23, 73:14
**real** [1] - 5:11
**realize** [1] - 46:7
**realized** [2] - 78:22, 86:6
**really** [14] - 13:3, 15:25, 30:25, 40:15, 57:18, 60:4, 62:3, 68:9, 76:9, 76:10, 81:24, 86:21, 86:25, 89:24
**Realtime** [2] - 111:3,

111:12
**REALTIME** [1] - 3:7
**reason** [6] - 9:8, 15:2, 59:6, 75:18, 75:21, 100:9
**reasons** [2] - 29:19, 42:15
**receipt** [1] - 74:23
**receive** [6] - 55:24, 57:10, 57:17, 75:5, 82:2, 87:20
**received** [22] - 4:24, 7:1, 9:21, 10:8, 19:19, 28:9, 31:8, 32:11, 36:4, 40:25, 55:25, 56:23, 57:7, 58:3, 72:1, 75:4, 79:9, 79:19, 85:25, 86:9, 89:16, 100:2
**recent** [2] - 29:5, 96:1
**recently** [7] - 23:14, 25:23, 27:14, 33:21, 46:9, 46:20, 53:3
**recollection** [1] - 17:15
**reconsider** [1] - 26:25
**record** [15] - 4:20, 17:18, 19:12, 20:3, 20:4, 21:14, 23:8, 37:20, 38:3, 47:6, 61:23, 72:7, 75:25, 110:16, 111:8
**Record** [4] - 6:10, 6:11, 20:5, 20:7
**RECORDED** [1] - 3:11
**records** [69] - 17:25, 27:21, 34:20, 55:19, 55:22, 56:5, 56:7, 56:20, 56:21, 56:22, 56:24, 56:25, 57:2, 57:3, 57:4, 57:6, 57:17, 58:3, 58:10, 70:17, 70:20, 70:24, 71:20, 72:1, 72:21, 72:23, 74:1, 74:22, 75:4, 75:6, 75:8, 76:5, 79:2, 79:12, 79:17, 79:21, 79:23, 79:25, 80:1, 80:10, 80:15, 80:18, 80:20, 80:23, 81:23, 82:2, 85:7, 85:24, 86:1, 89:2, 91:17, 91:19, 91:21, 91:23, 91:25, 92:9, 92:24, 93:5, 93:17, 95:7, 98:1, 98:4, 99:7, 99:9
**rectified** [1] - 48:20
**recurred** [2] - 64:22, 84:19

**red** [2] - 76:25, 101:6, 107:25
**refer** [1] - 58:13
**reference** [2] - 73:25, 99:6
**referenced** [1] - 99:8
**referring** [1] - 23:23
**reflect** [1] - 70:24
**reflective** [1] - 60:2
**refresher** [1] - 103:22
**refusing** [1] - 102:16
**regard** [7] - 15:24, 63:14, 64:10, 64:21, 67:10, 68:15, 78:2
**regarding** [5] - 15:20, 81:6, 91:17, 95:7, 105:2
**REGISTERED** [1] - 3:8
**Registered** [1] - 111:3
**registered** [1] - 111:13
**Reich** [2] - 88:5, 88:22
**reiterate** [1] - 24:24
**related** [1] - 98:6
**RELATES** [1] - 1:8
**relative** [1] - 45:5
**relatively** [2] - 53:3, 53:10
**released** [2] - 25:23, 27:14
**relevant** [2] - 21:18, 100:1
**rely** [3] - 30:21, 38:1, 38:2
**remember** [1] - 106:9
**remembers** [1] - 76:11
**remind** [1] - 62:1
**reminded** [1] - 61:24
**reminder** [1] - 10:2
**remove** [1] - 35:2
**removed** [1] - 47:22
**Rena** [1] - 45:17
**renewed** [3] - 100:22, 100:23, 100:24
**repeat** [1] - 67:7
**report** [3] - 64:18, 64:21, 89:11
**REPORTER** [3] - 3:7, 3:7, 3:8
**reporter** [4] - 6:4, 6:9, 7:8, 33:17
**Reporter** [7] - 111:3, 111:4, 111:5, 111:12, 111:13, 111:13
**REPORTER'S** [1] - 111:1
**represent** [3] - 42:22, 95:19, 97:10
**representations** [1] - 30:22

**representative** [2] - 75:22, 104:17
**represented** [16] - 7:21, 9:6, 9:24, 28:16, 29:25, 32:1, 34:14, 39:17, 43:4, 45:18, 47:19, 50:8, 63:10, 69:20, 99:1, 101:5
**representing** [1] - 99:4
**request** [19] - 19:3, 23:9, 23:15, 24:3, 26:1, 27:11, 43:14, 66:23, 74:22, 79:11, 79:17, 79:21, 86:5, 89:1, 89:18, 92:13, 94:22, 98:3
**requested** [8] - 79:20, 92:2, 92:4, 92:24, 93:5, 93:17, 94:20, 95:8
**requesting** [1] - 66:19
**requests** [1] - 98:4
**require** [1] - 98:14
**required** [6] - 62:12, 78:5, 82:1, 86:12, 97:13
**requirement** [1] - 97:18
**requires** [3] - 17:5, 17:24, 60:12
**research** [2] - 92:5, 100:19
**resolution** [1] - 74:14
**resolve** [1] - 18:22
**resolved** [2] - 23:9, 24:3
**respect** [1] - 74:7
**respectfully** [1] - 64:1
**respectively** [1] - 97:12
**respond** [2] - 40:24, 94:13
**responded** [1] - 52:25
**response** [1] - 53:2
**responsible** [1] - 37:22
**responsive** [1] - 46:8
**restarted** [1] - 56:22
**resubmit** [1] - 79:10
**resubmitted** [2] - 30:6, 54:14
**result** [1] - 91:5
**retrieval** [1] - 67:13
**reunion** [1] - 59:4
**review** [13] - 10:3, 10:11, 35:2, 35:5, 35:13, 47:3, 57:2, 57:4, 72:17, 73:19,

81:1, 85:16, 89:10
**reviewed** [4] - 10:4, 56:19, 57:5, 59:13
**reviewing** [4] - 10:9, 37:15, 56:24, 69:7
**revised** [1] - 59:2
**revisions** [1] - 59:9
**revisit** [2] - 60:19, 98:23
**Reyes** [1] - 39:17
**Rhodes** [3] - 23:18, 106:4, 106:11
**RICK** [1] - 2:19
**Riley** [1] - 39:18
**rise** [1] - 4:7
**risk** [1] - 104:7
**RMR** [2] - 3:7, 111:12
**ROAD** [1] - 2:7
**road** [1] - 51:3
**Roberts** [2] - 85:2, 85:7
**Robinson** [1] - 12:25
**Robson** [2] - 96:17, 97:1
**Rockstad** [11] - 28:19, 28:21, 29:8, 29:17, 43:6, 43:22, 44:4, 44:19, 102:7, 102:11, 102:20
**ROCKSTAD** [1] - 2:11
**rollover** [1] - 98:22
**ROOM** [1] - 3:8
**root** [1] - 45:21
**ROOT** [1] - 2:19
**Rose** [1] - 24:10
**Rosemarie** [1] - 27:6
**Rosser** [1] - 34:4
**roth** [1] - 88:22
**ROTH** [2] - 2:24, 3:3
**Roth** [2] - 94:10, 96:23
**Rottier** [1] - 12:14
**Ruby** [1] - 48:13
**RULE** [1] - 1:11
**ruled** [1] - 98:18
**runaround** [2] - 76:5, 82:1
**rural** [1] - 60:4
**rush** [1] - 36:9
**Ruth** [1] - 33:3
**Ryan** [2] - 39:20, 103:15
**RYAN** [2] - 2:18, 3:4

## S

**s/Cathy** [1] - 111:11
**sad** [1] - 64:18
**Sandra** [1] - 24:10
**Sanofi** [3] - 8:1, 9:2,

107:17
**Sarah** [2] - 54:9, 107:22
**satisfied** [1] - 47:23
**satisfy** [2] - 24:22, 92:8
**savvy** [1] - 83:17
**saw** [1] - 46:6
**Schanker** [3] - 29:8, 60:25, 61:24
**schedule** [1] - 38:15
**school** [2] - 45:6, 105:8
**Schroeder** [1] - 12:16
**Schuyler** [2] - 97:21, 97:24
**Scott** [2] - 25:9, 46:17
**search** [2] - 16:13, 28:21
**second** [10] - 6:10, 6:25, 14:7, 24:6, 61:4, 72:5, 89:20, 89:22, 90:6, 100:18
**seconds** [1] - 89:8
**Security** [1] - 11:1
**see** [30] - 6:3, 14:10, 21:12, 24:21, 24:22, 29:8, 32:7, 33:23, 37:15, 37:17, 42:21, 45:12, 49:15, 54:22, 57:4, 58:10, 58:23, 59:2, 65:9, 69:9, 73:4, 75:20, 87:22, 94:4, 95:15, 103:12, 105:8, 108:3, 109:20, 109:22
**seeing** [1] - 85:9, 85:13, 107:24
**seem** [1] - 108:8
**Seithel** [1] - 34:15
**selected** [1] - 105:1
**send** [20] - 12:21, 17:5, 37:2, 37:5, 42:20, 63:3, 67:9, 67:15, 73:14, 74:22, 78:22, 78:23, 81:10, 84:13, 84:15, 84:18, 86:8, 95:6, 100:5
**sending** [2] - 69:25, 84:20
**sent** [21] - 14:3, 15:20, 18:12, 20:17, 23:7, 26:11, 38:17, 46:20, 48:5, 67:12, 70:11, 76:4, 79:21, 81:7, 86:7, 86:18, 87:4, 87:6, 87:13, 99:13, 100:3
**September** [1] - 53:18
**serious** [1] - 77:8

**seriously** [1] - 28:24
**service** [1] - 91:23
**services** [1] - 67:13
**serving** [1] - 70:2
**set** [4] - 25:2, 69:20, 88:7, 98:21
**sets** [1] - 77:17
**seven** [80] - 10:10, 10:13, 10:14, 14:24, 15:7, 15:22, 18:15, 19:3, 19:5, 19:24, 20:1, 20:8, 20:18, 21:7, 21:21, 21:23, 22:13, 22:14, 22:15, 23:2, 23:9, 24:15, 24:20, 25:17, 26:12, 27:11, 27:16, 27:22, 28:8, 31:16, 32:24, 34:12, 34:22, 35:12, 39:12, 45:9, 46:15, 47:1, 47:8, 48:8, 50:22, 51:5, 51:13, 51:15, 51:21, 52:2, 63:6, 65:5, 66:9, 66:23, 66:25, 67:18, 68:3, 70:4, 70:9, 70:10, 71:10, 73:8, 73:20, 79:4, 81:14, 82:4, 82:5, 83:2, 85:18, 87:14, 88:3, 89:9, 89:12, 90:21, 91:20, 92:8, 92:14, 93:4, 95:4, 97:7, 98:18, 101:21, 103:12
**seven-day** [2] - 35:12, 98:18
**several** [5] - 9:6, 16:7, 38:14, 47:4, 104:21
**Shanker** [2] - 54:1, 54:3
**Sharon** [1] - 69:21
**Sheard** [2] - 62:19, 62:24
**shed** [1] - 55:7
**Sheet** [24] - 14:3, 15:6, 15:19, 18:13, 20:1, 21:5, 21:17, 22:24, 24:2, 24:13, 24:21, 25:15, 25:25, 26:10, 27:10, 54:15, 59:24, 60:25, 61:6, 78:19, 78:25, 79:16, 81:12, 81:13
**sheet** [3] - 38:16, 38:18, 58:23
**Sheets** [2] - 19:23, 21:15
**shell** [10] - 10:24, 19:25, 21:13, 22:21,

23:22, 24:16, 25:10, 26:5, 26:14, 32:3
**Shelley** [1] - 27:25
**shells** [1] - 24:19
**Shinn** [1] - 34:15
**Shirley** [1] - 26:5
**shoes** [1] - 88:18
**short** [4] - 35:11, 47:4, 53:7, 53:10
**shorter** [1] - 4:14
**shorthand** [1] - 37:24
**shot** [1] - 105:20
**SHOW** [1] - 1:11
**show** [26] - 8:2, 9:10, 9:12, 11:2, 25:1, 30:14, 37:12, 37:13, 56:21, 56:22, 62:12, 68:5, 70:17, 70:20, 70:21, 74:11, 79:2, 82:1, 95:20, 101:10, 103:23, 104:2, 104:10, 106:10, 107:13, 110:4
**showed** [2] - 30:19, 75:17
**showing** [2] - 31:10, 65:17
**shows** [3] - 39:22, 40:20, 87:25
**shuffle** [1] - 11:8
**SIETHEL** [1] - 2:15
**sign** [5] - 48:18, 49:13, 64:15, 82:1, 103:10
**signature** [1] - 109:19
**signed** [2] - 58:25, 62:15
**significantly** [1] - 110:9
**signing** [1] - 46:10
**Simcox** [1] - 98:8
**similar** [4] - 44:5, 75:17, 92:21, 93:11, 104:6
**Simmons** [1] - 99:20
**Simon** [1] - 103:14
**simultaneously** [5] - 16:9, 41:5, 49:9, 51:10, 101:1
**simultaneously)** [1] - 105:17
**sister** [4] - 83:21, 84:1, 84:14, 84:25
**sit** [3] - 55:13, 90:10, 91:4
**sitting** [2] - 94:12, 102:3
**situation** [11] - 8:19, 26:14, 29:18, 44:6, 58:5, 63:15, 65:7, 83:23, 85:23, 92:21,

98:1
**six** [5] - 53:3, 100:20, 108:11, 108:17, 109:17
**slipped** [1] - 44:24
**slow** [1] - 89:21
**so...** [1] - 70:25
**Social** [1] - 11:1
**sold** [1] - 103:4
**sole** [2] - 7:23, 59:20
**someone** [1] - 92:12
**sometime** [1] - 57:11
**sometimes** [5] - 49:12, 49:13, 56:14, 56:15
**somewhere** [2] - 29:20, 30:24
**son** [2] - 24:1, 103:23
**soon** [3] - 27:11, 48:19, 49:14
**sooner** [1] - 52:1
**sorry** [18] - 4:21, 13:16, 14:14, 20:15, 42:9, 43:22, 44:12, 46:19, 47:11, 52:15, 58:8, 79:6, 80:5, 86:22, 99:17, 101:2, 102:22
**Sorry** [1] - 15:15
**sound** [1] - 68:14
**sounds** [2] - 93:3, 103:8
**Spanish** [1] - 64:11
**speakerphone** [1] - 86:20
**speaking** [7] - 16:8, 41:5, 49:9, 51:10, 64:11, 100:25, 105:17
**special** [1] - 82:19
**specific** [2] - 17:15, 53:20
**specifically** [6] - 18:18, 70:16, 70:23, 76:7, 76:11, 81:16
**spelled** [3] - 36:4, 48:17, 85:6
**spend** [1] - 13:11
**spoken** [3] - 36:6, 40:14, 49:22
**Stacey** [1] - 11:21
**staff** [3] - 32:21, 35:9, 59:13
**standing** [1] - 37:6
**start** [2] - 8:24, 55:10
**started** [1] - 4:9
**State** [1] - 111:4
**state** [2] - 70:23, 71:20
**statement** [8] - 5:7, 6:16, 7:5, 7:6, 18:11,

61:23, 70:22, 75:6
**statements** [3] - 15:19, 23:1, 27:21
**states** [1] - 108:2
**STATES** [2] - 1:1, 1:12
**States** [2] - 111:5, 111:14
**stating** [1] - 54:17
**status** [4] - 49:15, 91:19, 91:21, 93:4
**stay** [3] - 64:19, 99:17, 107:16
**Steering** [1] - 8:17
**STEERING** [2] - 1:15, 1:23
**STENOGRAPHY** [1] - 3:11
**step** [1] - 29:14
**Step** [2] - 17:17, 17:24
**STEPHANIE** [1] - 2:15
**steps** [7] - 16:24, 17:1, 17:4, 17:6, 39:3, 42:17, 98:15
**Steps** [1] - 17:17
**STEVE** [1] - 2:24, 3:3
**STEVEN** [1] - 2:20
**stick** [1] - 28:13
**still** [6] - 29:15, 60:19, 79:12, 79:15, 80:12, 102:12
**stipulate** [1] - 24:4
**stipulated** [1] - 99:12
**Stomps** [1] - 25:19
**stop** [1] - 83:9
**storage** [4] - 102:24, 102:25, 103:4
**straight** [1] - 31:16
**STREET** [4] - 1:16, 1:20, 1:24, 3:8
**stroke** [1] - 46:9
**struggling** [1] - 86:25
**stuff** [2] - 25:4, 36:11
**style** [1] - 41:9
**submit** [5] - 11:9, 22:7, 36:21, 41:18, 104:12
**submitted** [61] - 9:13, 11:7, 11:21, 13:9, 13:13, 14:8, 15:4, 15:6, 15:11, 19:10, 19:11, 19:23, 21:4, 21:6, 22:16, 23:12, 24:12, 25:20, 27:6, 27:18, 31:9, 31:10, 32:5, 32:10, 32:14, 32:16, 32:18, 33:5, 34:8, 34:9, 34:16, 34:19, 34:21, 36:20, 36:23, 36:24, 37:14, 43:4, 44:3, 46:18,

47:3, 48:1, 51:18, 51:24, 51:25, 54:1, 60:24, 60:25, 63:2, 67:12, 69:22, 71:17, 78:3, 78:19, 79:15, 81:11, 86:5, 86:10, 91:15, 100:17

**submitting** [1] - 13:10

**subpoena** [3] - 55:18, 70:2, 73:14

**subsequent** [1] - 58:11

**substantially** [12] - 10:1, 13:21, 21:10, 21:16, 22:24, 28:17, 65:18, 70:16, 78:15, 81:4, 81:12, 82:7

**substitution** [1] - 8:5

**substitutions** [2] - 7:22, 8:12

**succession** [1] - 44:12

**suddenly** [1] - 7:24

**Sue** [1] - 15:9

**suggest** [1] - 77:7

**suggested** [1] - 104:3

**suggestion** [3] - 33:5, 33:19, 33:22

**suggestions** [1] - 94:23

**SUITE** [4] - 1:16, 1:20, 1:24, 2:4

**Sulkin** [2] - 54:3, 109:15

**SULKIN** [1] - 2:20

**supports** [1] - 62:5

**supposed** [16] - 9:10, 9:14, 28:1, 30:19, 43:5, 45:20, 50:10, 55:3, 56:6, 89:24, 101:12, 106:18, 108:2, 108:3, 108:16, 109:16

**surprise** [1] - 19:8

**survivor** [1] - 106:23

**Susan** [1] - 34:15

**suspicions** [1] - 77:5

**Sylvester** [1] - 47:10

**Syracuse** [2] - 76:2, 76:3

**system** [1] - 13:8

## T

**Tamara** [1] - 89:13

**Tammy** [1] - 23:11

**Tarek** [1] - 77:25

**TAREK** [1] - 2:24

**Taxol** [11] - 70:17,

70:20, 70:21, 70:24, 71:1, 71:4, 71:21, 80:11, 80:18, 99:8, 99:9

**TAXOTERE** [1] - 1:4

**Taxotere** [17] - 55:24, 56:7, 57:6, 57:24, 58:1, 58:4, 70:19, 70:21, 70:23, 71:2, 71:4, 71:21, 73:25, 80:11, 80:18, 85:21, 99:6

**TC** [1] - 71:21

**tech** [1] - 83:17

**technical** [4] - 73:3, 73:5, 90:13, 92:17

**telephone** [2] - 5:20, 72:17

**TELEPHONE** [1] - 2:10

**ten** [1] - 59:17

**Teresa** [2] - 47:20, 47:25

**term** [1] - 58:11

**terminate** [1] - 99:12

**TERMINUS** [1] - 2:7

**terms** [3] - 65:24, 66:7, 67:8

**testimony** [1] - 105:2

**THE** [351] - 1:11, 1:15, 1:23, 4:7, 4:8, 4:16, 4:18, 4:22, 5:3, 5:6, 5:8, 5:10, 5:13, 5:16, 5:19, 6:14, 6:22, 7:10, 7:16, 8:7, 8:11, 8:22, 9:1, 9:22, 10:6, 10:12, 11:4, 11:11, 11:17, 12:1, 12:5, 12:7, 12:9, 12:11, 12:13, 12:15, 12:17, 12:19, 13:15, 13:19, 14:1, 14:5, 14:11, 14:15, 14:22, 14:24, 15:7, 15:14, 15:17, 15:22, 16:10, 17:8, 17:19, 18:2, 18:4, 18:6, 18:10, 18:15, 18:21, 18:25, 19:5, 19:8, 19:16, 19:22, 20:8, 20:11, 20:14, 20:18, 20:20, 21:2, 21:7, 21:11, 21:21, 22:5, 22:14, 23:2, 23:11, 23:17, 24:5, 24:10, 24:15, 24:19, 25:6, 25:8, 25:17, 26:2, 26:12, 26:21, 27:4, 27:13, 27:16, 27:22, 28:8, 28:15, 28:19, 28:24, 29:3,

29:11, 29:17, 30:10, 30:12, 31:2, 31:4, 31:12, 31:15, 31:21, 32:16, 32:23, 33:3, 33:8, 33:14, 33:17, 33:19, 33:24, 34:2, 34:4, 34:11, 34:22, 34:24, 35:22, 35:25, 36:12, 36:17, 37:8, 37:16, 38:6, 38:19, 39:4, 39:12, 39:15, 40:6, 40:10, 40:23, 41:3, 41:11, 41:14, 41:21, 42:1, 42:6, 42:10, 42:23, 42:25, 43:2, 43:6, 43:16, 43:22, 44:4, 44:10, 44:14, 45:9, 45:21, 46:15, 47:1, 47:8, 47:14, 47:16, 47:23, 48:3, 48:8, 49:6, 49:10, 49:17, 50:3, 50:6, 50:11, 50:15, 50:24, 51:9, 51:15, 51:17, 51:21, 52:2, 52:12, 52:19, 52:22, 53:19, 54:7, 55:1, 55:9, 55:13, 56:12, 57:1, 57:9, 57:13, 57:18, 57:22, 58:6, 58:13, 58:16, 59:15, 60:8, 60:10, 60:17, 60:21, 61:10, 61:15, 62:7, 62:17, 63:6, 63:13, 64:4, 64:7, 64:22, 65:6, 65:15, 65:21, 66:9, 66:15, 66:25, 67:17, 67:21, 69:6, 69:17, 70:4, 70:8, 71:1, 71:5, 71:12, 71:18, 71:24, 72:14, 72:24, 73:4, 73:9, 73:15, 73:23, 74:4, 74:9, 74:11, 74:15, 74:19, 74:21, 75:2, 75:10, 77:11, 77:13, 77:20, 77:23, 78:1, 78:8, 78:10, 78:14, 78:25, 79:4, 79:13, 79:17, 80:2, 80:6, 80:9, 80:13, 80:17, 80:25, 81:14, 81:19, 82:4, 82:6, 82:13, 82:24, 83:2, 83:4, 83:9, 83:12, 83:15, 84:8, 84:17, 84:24, 85:2, 85:12, 85:18, 86:3, 86:14, 86:20, 86:24, 87:9, 87:13, 87:17, 87:19, 87:24, 88:3, 88:5,

88:8, 88:16, 88:21, 88:24, 89:9, 90:4, 90:9, 90:13, 90:19, 91:8, 91:10, 91:19, 92:3, 92:7, 92:16, 92:19, 92:23, 93:2, 93:7, 93:9, 93:15, 93:22, 94:6, 94:8, 94:10, 94:17, 94:20, 94:25, 95:4, 95:12, 95:24, 96:2, 96:7, 96:9, 96:12, 96:17, 96:21, 97:6, 97:16, 98:2, 98:12, 98:19, 98:24, 99:2, 99:16, 99:20, 99:23, 101:8, 101:16, 101:19, 102:2, 102:5, 103:11, 103:19, 104:8, 104:13, 104:18, 105:6, 105:18, 106:8, 106:16, 107:2, 107:12, 107:19, 108:11, 108:25, 109:9, 109:15, 109:20, 110:11, 110:16

**theft** [1] - 102:21

**thenars** [1] - 36:4

**thereafter** [1] - 41:6

**Theresa** [1] - 73:24

**they've** [1] - 16:8

**thinking** [1] - 32:12

**THIS** [1] - 1:8

**Thomas** [3] - 75:2, 75:12, 76:8

**Thompson** [1] - 26:5

**three** [6] - 14:25, 44:7, 48:10, 56:8, 57:15, 82:21

**three-year** [1] - 82:21

**Thursday** [1] - 73:19

**THURSDAY** [2] - 1:7, 4:2

**Tiana** [1] - 46:17

**tight** [2] - 55:13, 61:17

**timeframe** [2] - 28:23, 40:5

**timeline** [1] - 16:8

**timely** [2] - 48:25, 92:9

**timing** [1] - 76:23

**TO** [3] - 1:8, 1:11, 4:4

**today** [28] - 9:19, 10:8, 10:24, 18:13, 19:11, 19:16, 20:17, 22:25, 23:23, 25:1, 25:4, 25:22, 25:25, 26:18, 26:23, 27:20, 28:6, 28:10, 33:2, 36:6,

50:14, 57:3, 60:24, 70:3, 71:6, 73:18, 81:9, 86:6

**together** [3] - 4:13, 107:9, 107:10

**tonight** [1] - 61:21

**took** [4] - 14:20, 31:9, 39:6, 57:24

**top** [2] - 9:8, 59:3

**TorHoerman** [1] - 50:8

**Torres** [2] - 26:13, 26:17

**total** [1] - 6:2

**totally** [2] - 16:25, 63:21

**touch** [6] - 25:24, 43:13, 63:1, 63:21, 71:22, 72:21

**town** [2] - 83:21

**traffic** [1] - 61:16

**tragic** [1] - 8:19

**transcript** [3] - 107:4, 107:11, 111:7

**TRANSCRIPT** [2] - 1:11, 3:11

**TRANSCRIPTION** [1] - 3:11

**TRAURIG** [1] - 2:6

**treated** [2] - 54:13, 64:23

**treatment** [28] - 28:18, 38:11, 39:19, 41:1, 44:17, 45:19, 46:3, 47:5, 50:20, 51:1, 54:11, 65:2, 65:25, 67:23, 75:9, 75:15, 77:19, 95:11, 95:17, 95:21, 96:19, 97:3, 97:12, 97:13, 98:10, 99:25, 102:10

**Trevor** [2] - 28:21, 44:19

**TREVOR** [1] - 2:23

**trial** [1] - 105:1

**TRICHE** [1] - 1:11

**tried** [9] - 5:11, 37:2, 39:24, 40:21, 55:19, 84:12, 99:11, 99:13

**trip** [1] - 76:12

**trips** [1] - 27:15

**trouble** [1] - 86:21

**true** [2] - 10:24, 111:7

**truly** [1] - 73:1

**try** [6] - 39:25, 53:14, 59:1, 81:9, 91:6, 105:13

**trying** [9] - 25:22, 36:6, 37:4, 52:7, 53:2, 63:23, 69:2, 76:23, 102:11

**TUCKER** [1] - 2:3
**turn** [2] - 28:22, 30:15
**turned** [1] - 62:16
**two** [29] - 4:19, 6:7, 6:8, 6:17, 6:20, 6:22, 17:1, 18:17, 26:25, 30:16, 30:18, 37:20, 39:17, 40:25, 45:22, 53:15, 54:13, 61:3, 63:16, 68:18, 68:19, 75:24, 76:22, 77:17, 87:5, 88:10, 94:12, 100:17
**typically** [1] - 52:25

## U

**unable** [8] - 7:2, 17:25, 19:19, 24:2, 28:22, 43:8, 65:8, 84:19
**unclear** [1] - 100:12
**undated** [4] - 45:4, 52:5, 72:7, 97:23
**under** [5] - 23:13, 39:8, 60:25, 72:15, 91:23
**undergoing** [3] - 16:12, 65:1, 65:7
**undergone** [1] - 16:8
**understood** [1] - 44:13
**unfortunately** [5] - 10:23, 64:3, 64:20, 100:3, 104:23
**unit** [5] - 102:24, 102:25, 103:4, 105:11
**UNITED** [2] - 1:1, 1:12
**United** [2] - 111:5, 111:14
**unless** [3] - 35:17, 49:12, 97:19
**unsuccessful** [1] - 11:24
**up** [31] - 14:8, 24:7, 24:8, 25:25, 28:22, 29:9, 37:7, 37:13, 44:23, 45:3, 45:4, 55:7, 56:10, 56:17, 58:2, 58:4, 65:17, 67:7, 71:6, 77:2, 82:1, 83:10, 83:12, 86:21, 86:25, 91:24, 94:15, 95:23, 105:16, 106:2, 107:14
**updated** [6] - 79:10, 79:20, 79:23, 84:3,

86:9, 89:19
**upload** [3] - 36:14, 66:17, 96:21
**uploaded** [58] - 10:10, 14:3, 14:10, 15:20, 18:12, 18:14, 20:16, 21:15, 22:9, 22:24, 24:14, 25:1, 25:15, 26:1, 26:10, 27:7, 27:11, 27:12, 27:20, 28:5, 28:6, 31:7, 39:21, 40:17, 46:20, 46:24, 48:5, 50:21, 50:23, 51:6, 51:12, 51:13, 54:13, 63:16, 66:5, 66:22, 72:2, 72:8, 72:13, 80:14, 81:11, 81:23, 82:2, 82:10, 82:11, 83:19, 84:5, 84:6, 84:8, 85:7, 85:9, 89:11, 90:15, 97:6, 100:2, 100:6, 101:13
**uploading** [1] - 10:9
**URQUHART** [1] - 1:23
**usage** [3] - 57:6, 58:4, 99:6

## V

**VA** [7] - 76:1, 76:2, 76:3, 76:4
**VA's** [1] - 76:6
**Valeria** [1] - 43:3
**Valerie** [2] - 21:25, 22:17
**Vann** [1] - 85:19
**VATA** [1] - 36:2
**Vaughn** [2] - 86:14, 87:2
**Vera** [1] - 54:1
**verification** [13] - 17:12, 26:10, 27:20, 32:5, 32:19, 34:10, 62:2, 62:4, 62:5, 62:16, 64:15, 103:10, 109:19
**verifications** [1] - 34:18
**verified** [5] - 15:5, 21:17, 22:24, 22:25, 24:14
**verify** [26] - 15:8, 15:23, 18:16, 19:24, 20:1, 20:9, 20:18, 21:7, 21:23, 22:15, 23:2, 27:23, 28:9, 31:17, 32:24, 34:12, 45:9, 52:2, 63:7,

70:5, 73:16, 79:5, 81:15, 82:4, 82:5
**via** [3] - 63:23, 65:13, 94:23
**VIA** [1] - 2:10
**Victoria** [3] - 40:11, 40:12, 75:12
**Villarreal** [1] - 51:23
**Vincent** [2] - 40:11, 40:12
**visible** [3] - 72:12, 73:2
**visit** [5] - 90:19, 94:25, 98:6, 98:13, 105:24
**voicemail** [2] - 43:11, 43:16
**voluntarily** [2] - 4:10, 4:17
**volunteer** [1] - 107:8

## W

**Wait** [1] - 74:21
**wait** [7] - 11:11, 14:15, 33:14, 41:21, 52:12, 55:10, 83:9
**waited** [1] - 46:21
**waiting** [2] - 48:18, 91:16
**walk** [1] - 84:12
**WARSHAUER** [1] - 1:19
**waste** [1] - 13:4
**wasting** [2] - 44:21, 81:9
**Watts** [1] - 12:18
**ways** [1] - 63:23
**wear** [2] - 76:10, 88:18
**wearing** [2] - 45:6, 109:8
**Wearingwilliamson** [1] - 52:3
**weather** [1] - 9:11
**week** [11] - 36:9, 46:20, 61:6, 62:25, 69:8, 69:15, 73:7, 81:1, 83:19, 91:3, 101:22
**weeks** [4] - 26:25, 53:4, 90:1, 109:24
**Wheeler** [1] - 27:18
**wheeler's** [1] - 27:19
**WHEREUPON** [1] - 110:17
**white** [4] - 40:19, 41:6, 41:7, 41:9
**Whitehead** [3] - 67:21, 67:25, 68:15
**wig** [1] - 108:15

**wildly** [1] - 53:8
**Williams** [2] - 27:25, 38:25
**Wingate** [1] - 32:2
**wish** [2] - 49:25, 50:1
**withdrawn** [1] - 20:5
**witnessed** [2] - 18:20, 18:24
**woman** [1] - 40:13
**woman's** [1] - 67:8
**wonder** [1] - 35:8
**wonderful** [1] - 107:10
**word** [1] - 76:18
**Workers'** [1] - 18:19
**Worley** [3] - 33:8, 33:9, 33:12
**written** [1] - 6:17

## Y

**year** [11] - 26:3, 40:5, 59:21, 59:22, 60:7, 61:10, 82:21, 85:15, 109:1, 109:2, 109:4
**years** [57] - 22:4, 28:18, 29:1, 29:18, 30:18, 30:20, 30:23, 31:12, 38:10, 39:19, 39:22, 40:19, 40:25, 44:17, 45:19, 46:3, 50:19, 51:1, 54:11, 54:21, 59:16, 59:18, 59:22, 60:1, 60:8, 60:10, 60:12, 66:14, 67:23, 68:1, 69:11, 75:15, 76:17, 76:21, 77:19, 83:8, 84:10, 85:4, 85:10, 95:11, 95:16, 95:20, 96:4, 96:5, 96:18, 97:2, 97:11, 97:12, 97:13, 97:18, 98:10, 99:25, 100:21, 102:10, 104:21, 108:23
**yesterday** [30] - 15:6, 15:20, 18:12, 20:22, 21:6, 24:14, 25:1, 25:4, 25:15, 26:9, 26:11, 27:8, 34:19, 35:17, 44:21, 46:24, 51:18, 51:20, 52:1, 55:18, 56:24, 58:2, 74:3, 74:18, 81:23, 82:2, 82:3, 86:18, 87:4, 87:14
**Young** [1] - 49:19
**young** [4] - 49:22, 77:4, 108:20, 110:6
**younger** [1] - 110:9

**Yvonne** [1] - 80:9

## Z

**zoom** [1] - 59:1