UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| Nancy Kaylor, | : | MAG. JUDGE NORTH |
| Plaintiff(s), | : | |
| vs. | : | Civil Action No.: 2:17-cv-15845 |
| Sanofi-Aventis U.S. LLC, et al., | : | |
| Defendant(s). | : | |

## ORDER

Before the Court is a Motion to Substitute Plaintiff (Doc. 8035);

**IT IS ORDERED** that the Motion is **GRANTED**, and Jesse William Farley III, on behalf of the Estate of Nancy Kaylor, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 21st day of August, 2019.

_____
Judge Jane Milazzo, U.S. District Judge