UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　MDL NO. 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

## ORDER

Considering the foregoing Consent Motion to Withdraw Pleading (Doc. 8039);

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the Clerk shall remove Record Document 8020, and the proposed order attached thereto, from the docket.

New Orleans, Louisiana this 21st day of August, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE