UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                                                             SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*DONNA LINCOLN*
Case No.: 17-18005

## ORDER

Before the Court is a Motion for Substitution of Plaintiff (Doc. 8040);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Jermaine Lincoln, on Behalf of the Estate of Donna Lincoln, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 21st day of August, 2019.

*[signature]*
DISTRICT JUDGE