# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| | : | **JUDGE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | **MAG. JUDGE NORTH** |
| **SEE ATTACHED EXHIBIT 1** | : | |
| | : | |
| ------------------------------------------------------------- | : | |

## NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that Wendt Law Firm, P.C. has changed its address effective

August 1, 2019.  The new address, is as follows:

**Wendt Law Firm, P.C.**
**4717 Grand Avenue, Suite 130**
**Kansas City, Missouri 64112**

Please update your records accordingly.

August 22, 2019

**Respectfully Submitted,**

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*

Samuel M. Wendt MO #53933
Wendt Law Firm, P.C.
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Phone: 816-531-4415
Facsimilie: 816-531-2507
Email: sam@wendtlaw.com

**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.


**WENDT LAW FIRM, P.C.**

***/s/ Samuel M. Wendt***

Samuel M. Wendt MO #53933
Wendt Law Firm, P.C.
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Phone: 816-531-4415
Facsimilie: 816-531-2507
Email: sam@wendtlaw.com

**Attorney for Plaintiffs**

**EXHIBIT 1**

| | |
|---|---|
| *Gibson v. Sanofi* | *2:16-cv-16784* |
| *Hartley v. Sanofi* | *2:16-cv-16792* |
| *Scott v. Sanofi* | *2:16-cv-16794* |
| *Seymore v. Sanofi* | *2:16-cv-16795* |
| *Snow v. Sanofi* | *2:16-cv-16797* |
| *Stone v. Sanofi* | *2:16-cv-16798* |
| *Young v. Sanofi* | *2:16-cv-16800* |
| *Hayes v. Sanofi* | *2:16-cv-16802* |
| *Goodaker v. Sanofi* | *2:17-cv-11757* |
| *Halcomb v. McKesson Corporation* | *2:17-cv-11762* |
| *Wesby v. Sanofi* | *2:17-cv-11765* |
| *Hughes v. Accord Healthcare, Inc.* | *2:17-cv-11769* |
| *Knight v. Sanofi* | *2:17-cv-11772* |
| *Zacharko v. Sanofi* | *2:17-cv-11848* |
| *Downing v. Sanofi* | *2:17-cv-11851* |
| *Mosley v. Accord Healthcare, Inc. et al* | *2:17-cv-11853* |
| *Richardson v. Accord Healthcare, Inc.* | *2:17-cv-11855* |
| *Allen v. Sanofi* | *2:17-cv-11856* |
| *Ball v. Sanofi* | *2:17-cv-11874* |
| *Belverio v. Sanofi* | *2:17-cv-11888* |
| *Colbert v. Sanofi* | *2:17-cv-11890* |
| *Dickerson v. Sanofi* | *2:17-cv-11894* |
| *Duncan v. Sanofi* | *2:17-cv-11921* |
| *Hale v. Sanofi* | *2:17-cv-11928* |
| *Horwath v. Sanofi* | *2:17-cv-12003* |

**EXHIBIT 1**

| | |
|---|---|
| *Jones v. Sanofi* | *2:17-cv-12098* |
| *Johnson v. Sanofi* | *2:17-cv-12100* |
| *Murray v. Sanofi* | *2:17-cv-12102* |
| *Dunn v. Sanofi* | *2:17-cv-12104* |
| *Wolff v. Sanofi* | *2:17-cv-12106* |
| *Tingle v. Sanofi* | *2:17-cv-12109* |
| *Cordova v. Sanofi US Services Inc. et al* | *2:17-cv-12655* |
| *Botley v. Sanofi* | *2:17-cv-12660* |
| *Dent v. Hospira Worldwide, LLC et al* | *2:17-cv-12664* |
| *Tillmon v. Accord Healthcare, Inc.* | *2:17-cv-12667* |
| *Kesterson v. Sanofi* | *2:17-cv-12710* |
| *Murray v. Sanofi* | *2:17-cv-12713* |
| *Maxwell v. Sanofi* | *2:17-cv-12717* |
| *Branch v. Sanofi* | *2:17-cv-12721* |
| *Dyson v. Sanofi* | *2:17-cv-12724* |
| *Wilson v. Sanofi* | *2:17-cv-12743* |
| *Jones v. Sanofi* | *2:17-cv-12744* |
| *Haley v. Sanofi* | *2:17-cv-12819* |
| *Myers v. Sanofi* | *2:17-cv-12823* |
| *Salomon v. Accord Healthcare, Inc.* | *2:17-cv-12825* |
| *Smith v. Sanofi* | *2:17-cv-12828* |
| *Torbor v. Sanofi* | *2:17-cv-12833* |
| *Trevino v. Sanofi* | *2:17-cv-12835* |
| *Williams v. Sanofi* | *2:17-cv-12839* |
| *White v. Sanofi* | *2:17-cv-12886* |

## EXHIBIT 1

| | |
|---|---|
| *White v. Hospira Worldwide, LLC et al* | *2:17-cv-12886* |
| *Hampp v. Sanofi* | *2:17-cv-12891* |
| *Harris v. Sanofi* | *2:17-cv-13403* |
| *Conley v. Sanofi* | *2:17-cv-13418* |
| *Gentry v. Sanofi* | *2:17-cv-14229* |
| *Peterson v. Sanofi* | *2:17-cv-14472* |
| *Davis v. Hospira Worldwide, LLC et al* | *2:17-cv-14477* |
| *Dailey v. Accord Healthcare, Inc.* | *2:17-cv-14522* |
| *Shannon v. Sandoz* | *2:17-cv-14526* |
| *Snell v. Sanofi* | *2:17-cv-14528* |
| *Mitchell v. Hospira Worldwide, LLC et al* | *2:17-cv-15097* |
| *Anderson v. Sanofi* | *2:17-cv-15118* |
| *Sherrod v. Hospira Worldwide, LLC et al* | *2:17-cv-15123* |
| *Starr v. Hospira Worldwide, LLC et al* | *2:17-cv-15133* |
| *Adams v. Sanofi* | *2:17-cv-15183* |
| *Skeeters-Hart v. Sanofi* | *2:17-cv-15247* |
| *Johnson v. Accord Healthcare, Inc.* | *2:17-cv-15286* |
| *Chavez v. Sanofi* | *2:17-cv-15287* |
| *Glymph v. Actavis LLC et al* | *2:17-cv-15289* |
| *Payne v. Sanofi* | *2:17-cv-15291* |
| *Abrisch v. Sanofi* | *2:17-cv-15588* |
| *Trusty v. Sanofi* | *2:17-cv-15598* |
| *Winterbottom v. Sanofi* | *2:17-cv-15604* |
| *Henderson v. Sanofi* | *2:17-cv-15613* |
| *Battle v. Sanofi* | *2:17-cv-15624* |

**EXHIBIT 1**

| | |
|---|---|
| *Brinson v. Sanofi* | *2:17-cv-15627* |
| *Contreras v. Sanofi* | *2:17-cv-15633* |
| *Mahone v. Hospira* | *2:17-cv-15638* |
| *Luton v. Sanofi* | *2:17-cv-15642* |
| *Hall v. Sanofi* | *2:17-cv-15649* |
| *Priolo v. Sanofi* | *2:17-cv-15653* |
| *McCune v. Accord Healthcare, Inc* | *2:17-cv-15678* |
| *Watts v. Hospira* | *2:17-cv-15681* |
| *Gaskin v. Sanofi* | *2:17-cv-15683* |
| *Rorrer v. Sanofi* | *2:17-cv-15695* |
| *Ellis v. Sanofi* | *2:17-cv-15998* |
| *Charlton v. Sanofi* | *2:17-cv-16581* |
| *Ward v. Sandoz* | *2:17-cv-16582* |
| *Mason v. Sanofi* | *2:17-cv-16583* |
| *Millhoff v. Sanofi* | *2:17-cv-16584* |
| *Loften-Obey v. Sandoz Inc. et al* | *2:18-cv-06892* |
| *Gorlitz v. Actavis, LLC et al* | *2:18-cv-09435* |
| *Bates v. Sanofi* | *2:18-cv-10848* |
| *Bess v. Sanofi* | *2:18-cv-10854* |
| *Bryant v. Sanofi* | *2:18-cv-10858* |
| *Chisolm v. Accord Healthcare, Inc.* | *2:18-cv-10861* |
| *Cooley v. Hospira Worldwide, LLC et al* | *2:18-cv-10864* |
| *Crockett v. Sanofi US Services Inc. et al* | *2:18-cv-10866* |
| *Diaz v. Sanofi* | *2:18-cv-10868* |
| *Gagne v. Sanofi* | *2:18-cv-10869* |

## **EXHIBIT 1**

| | |
|---|---|
| *Hill v. Sanofi* | *2:18-cv-10871* |
| *Wiley v. Sanofi* | *2:18-cv-10909* |
| *Slagle v. Sandoz* | *2:18-cv-10911* |
| *Rush v. Sanofi* | *2:18-cv-10914* |
| *Robinette v. Sanofi* | *2:18-cv-10915* |
| *Rambert v. Sanofi* | *2:18-cv-10917* |
| *Pfister v. Sanofi* | *2:18-cv-10920* |
| *Malone v. Sanofi* | *2:18-cv-10922* |
| *Mack v. Sanofi* | *2:18-cv-10927* |
| *Jackson v. Sanofi* | *2:18-cv-10929* |
| *Johnson v. Sanofi* | *2:18-cv-10964* |
| *Couch v. Sanofi* | *2:18-cv-10965* |
| *Cusprinie v. Sandoz Inc. et al* | *2:18-cv-10969* |
| *Hill v. Sanofi* | *2:18-cv-10972* |
| *Bowles v. Sanofi* | *2:18-cv-11060* |
| *Brinson v. Hospira Worldwide, LLC et al* | *2:18-cv-11068* |
| *Cross v. Hospira Worldwide, LLC et al* | *2:18-cv-11070* |
| *Reed v. Sanofi* | *2:18-cv-11257* |
| *Reich v. Sanofi* | *2:18-cv-11259* |
| *Schiappa v. Sanofi* | *2:18-cv-11261* |
| *Stoddard v. Hospria Worldwide, LLC et al* | *2:18-cv-12190* |
| *Council v. Hospira Worldwide, LLC et al* | *2:18-cv-12196* |
| *Samuels v. Sanofi* | *2:18-cv-12208* |
| *McJunkin v. Sanofi* | *2:18-cv-12229* |
| *Burton v. Sanofi* | *2:18-cv-12232* |

## EXHIBIT 1

| | |
|---|---|
| *El-Amin v. Sanofi* | *2:18-cv-12241* |
| *Knighten v. Sanofi* | *2:18-cv-12266* |
| *Hobbs v. Sanofi* | *2:18-cv-12339* |
| *Bullock v. Sanofi* | *2:18-cv-12661* |
| *Latimere v. Sanofi* | *2:18-cv-12674* |
| *Labelle v. Sanofi* | *2:18-cv-12701* |
| *Padilla  v. Sanofi* | *2:18-cv-12705* |
| *MManus  v. Sanofi* | *2:18-cv-12707* |
| *Lambert v. Sanofi* | *2:18-cv-13010* |
| *Coleman v. Sanofi* | *2:18-cv-13040* |
| *Davis v. Sanofi* | *2:18-cv-13093* |
| *Phillips v. Sanofi* | *2:18-cv-13099* |
| *Gordon v. Sanofi* | *2:18-cv-13115* |
| *Maher v. Sanofi* | *2:18-cv-13152* |
| *Van Note v. Sanofi* | *2:18-cv-13159* |
| *Seidel v. Sanofi* | *2:18-cv-13162* |
| *Hamilton v. Sanofi* | *2:18-cv-13172* |