**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **MDL NO. 2740** |
| | ) | **SECTION "N" (5)** |
| | ) | **HON. JANE MILAZZO** |
| | ) | **HON. MICHAEL NORTH** |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *PLAINTIFFS ON THE ATTACHED LIST* | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of John J. Foley of the law firm Simmons Hanly Conroy as counsel for Plaintiffs on the attached list and in the MDL 2740.  Any and all communications and filings should include him in these matters.

Dated: August 22, 2019

*/s/ John J. Foley*
John J. Foley (IL Bar No. 6288152)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
jfoley@simmonsfirm.com

***Attorney for Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ John J. Foley*
John J. Foley

| | |
|---|---|
| Adaway, Linda | 2:17-cv-09452 |
| Allende, Sandra M. | 2:17-cv-01135 |
| Carrier, Micheline | 2:18-cv-00625 |
| Davis-Wood, Joy M | 2:17-cv-5137 |
| DeDomenico, Paula A. | 2:18-cv-00628 |
| Destefano, Terri M. | 2:17-cv-06919 |
| English-Pagan, Emma M. | 2:17-cv-06910 |
| Frederick-Sorak, Brenda K | 2:17-cv-15716 |
| Greenberg, Hilary | 2:18-cv-00631 |
| Jiang, Diane | 2:17-cv-08576 |
| Lee, Debra M | 2:17-cv-03394 |
| Madden, Debbie F. | 2:17-cv-09473 |
| Parkinson, Lori C. | 2:17-cv-00960 |
| Reagan, Michele A | 2:18-cv-00638 |
| Richmond, Addie L. | 2:18-cv-00639 |
| Schlotterbeck, Crystal M. | 2:17-cv-05673 |
| Sharrard, Monieca T. | 2:18-cv-3915 |
| Smith, Nancy Kay | 2:17-cv-11387 |
| Stukes, Debbie R. | 2:18-cv-07878 |
| Taylor, Patricia C | 2:17-cv-03408 |
| Trippe, Deborah Dawn | 2:18-cv-00640 |