# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Lois McDowell_____, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No.:** 2:18-cv-12969 |
| vs. | : | |
| | : | |
| | : | |
| Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., | : | |
| | : | |
| Defendant. | : | |
| --------------------------------------------------------- | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Accord Healthcare, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Hospira Inc. and those claims shall remain pending in this court.

Respectfully submitted this 23rd day of August, 2019.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
David M. Langevin, #329563

By: */s/ Kelly Bieri*
Kelly Bieri, Esq.
Harley V. Ratliff

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

SHOOK, HARDY & BACON
Kansas City, MO 64108
Phone: 816-474-6550
Telephone: (617) 213-7000
Fax: 816-421-5547
Kbieri@shb.com
*Attorney for Sanofi-aventis U.S. LLC and*
*Sanofi US Services Inc.*


By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz, Inc.*


By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*


By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com

kekelly@hinshawlaw.com
***Counsel for Defendant Sun Pharmaceutical
Industries,Inc.f/k/a Caraco Pharmaceutical
Laboratories, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal

With Prejudice has contemporaneously with or before filing been served on all parties or their

attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of

Louisiana.

Dated: August 23, 2019                                    /s/ Rhett A. McSweeney
                                                          Rhett A. McSweeney