UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N" (5) |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| Lois McDowell             , : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.: 2:18-cv-12969 |
| vs. : | |
| : | |
| : | |
| Sanofi U.S. Services Inc., f/k/a Sanofi-Aventis U.S. Inc.,  Sanofi-Aventis U.S. LLC, et al, : | |
| : | |
| Defendant. : | |
| ------------------------------------------------------------ : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's Complaint was direct filed in this MDL on December 10, 2018.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Hospira Inc., rather than Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Accord Healthcare, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., should be

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this <u>23</u> day of August, 2019.

<u>/s/ Rhett A. McSweeney</u>
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u> 08/23/2019   </u>         /s/ Rhett A. McSweeney
                                     Rhett A. McSweeney