UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SCHARNETTE R. PACE,<br><br>    Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MEMORANDUM IN SUPPORT OF<br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:18-cv-13930 |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who plaintiff alleged may have been the manufacturer of the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. Thereafter, plaintiff received a completed National Drug Code form from the hospital at which the Plaintiff claims she took treatments, which form identified that Plaintiff had been treated with docetaxel supplied by Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sagent Pharmaceuticals, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short form Complaint adding  Sagent Pharmaceuticals, Inc, as Defendants.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. Plaintiff avers that no party will be prejudiced by this change, as this case is still in a very early

stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated: August 23, 2019                                   Respectfully submitted,

                                                      NAPOLI SHKOLNIK, PLLC

                                         By:     /s/ Hunter Shkolnik_____
                                              Hunter J. Shkolnik, Esq.
                                              400 Broadhollow Road, Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 843-7603
                                              Hunter@NapoliLaw.com
                                              ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF COMPLIANCE**

Plaintiff's counsel conferred with counsel for defendants who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that all defendants, reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this August 23, 2019.

      By:   /s/ Hunter Shkolnik
          Hunter J. Shkolnik, Esq.
          400 Broadhollow Road, Suite 305
          Melville, NY 11747
          Telephone: (212) 397-1000
          Facsimile: (646) 843-7603
          Hunter@NapoliLaw.com
          ATTORNEY FOR PLAINTIFF