UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| Antoinette Durden, No. 16-16635 | |
| Barbara Earnest, No. 16-17144 | |

## ORDER

Before the Court is Defendants' Motion to Exclude Expert Testimony of Javid Moslehi, M.D. (Doc. 6138). The Court has been advised that Javid Moslehi has been withdrawn as an expert. Accordingly;

**IT IS ORDERED** that the Motion is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 26th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE