UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

# ORDER

**IT IS ORDERED** that the pretrial conference currently scheduled for August 30, 2019, at 2:00 p.m. is **RESCHEDULED** for **August 30, 2019 at 8:30 a.m.**

New Orleans, Louisiana this 26th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE