# EXHIBIT 2

```
                                                                    1
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
 2
    CASE NO. 2:16-cv-15283
 3  _____

 4  VIDEO DEPOSITION OF KELLY GAHAN
                                              May 16, 2018
 5  _____

 6  KELLY GAHAN,

 7  Plaintiff,

 8  vs.

 9  SANOFI, S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US
    SERVICES INC. f/l/a SANOFI-AVENTIS U.S. INC. and
10  AVENTIS-PHARMA S.A.,

11  Defendants.
    _____
12
    APPEARANCES:
13
        BACHUS & SCHANKER, LLC
14            By Darin Schanker, Esq.
              1899 Wynkoop Street
15            Suite 700
              Denver, Colorado  80202
16            Appearing on behalf of Plaintiff.

17      SHOOK, HARDY & BACON LLP
              By Connor Sears, Esq.
18            By Hillary Nicholas, Esq.
              2555 Grand Boulevard
19            Kansas City, Missouri  64108
              Appearing on behalf of Defendants.
20

21      Also present:  Jay R. Wren, videographer

22

23

24

25  Job No. NJ2904009
```

**Page 118**

correctly?
    MR. SCHANKER: Objection, form.
 A  I think my problem with it is I don't agree with you on this. I don't think that it has -- I don't think that those numbers are correct, and I would need proof that those numbers were correct before I could even answer a hypothetical.
 Q  (By Mr. Sears) So let me just ask you this: What regimen are you claiming that you should have been given?
    MR. SCHANKER: Objection, form.
 A  ACTH.
 Q  (By Mr. Sears) Yet since your chemotherapy you haven't gone back to look at the potential side effects of ACTH?
 A  I looked at it before chemotherapy and after chemotherapy was done. It wasn't like I was going to get another round of chemotherapy.
 Q  Well, is your claim that -- let me just ask you: Why do you claim that you should have been given ACTH?
    MR. SCHANKER: Objection, form.
 A  I claim that I should have been given ACTH or at least given the option to have ACTH because when you look at those two combinations, the edge

**Page 119**

that Taxotere has is that it has slightly lower rates of usually reversible cardiomyopathy.
    The down side of Taxotere is that we now know that it has maybe a 7 percent risk of permanent alopecia. We don't really know because Sanofi hasn't put any effort into studying it as far as I can tell.
    And so I think for most -- maybe not for all, but for many young, single women -- if you had to give them the choice between being permanently disfigured for the rest of their life or having a temporary decrease in their ejection fraction that was probably not clinically significant, I think they would go with the Adriamycin.
    In addition, I have -- I have reason to believe the Adriamycin is slightly superior in decreasing the risk of reoccurrence.
    MR. SCHANKER: Why don't we go ahead and take a break. We've been going for over an hour at this point.
    MR. SEARS: Can I ask two more questions before we go on break, just while we're on the topic?
    MR. SCHANKER: Are you okay?
    THE DEPONENT: Okay.
 Q  (By Mr. Sears) You said that you should have at least been given the option of the ACTH?

**Page 120**

 A  Uh-huh.
 Q  Didn't Dr. Borges give you that option?
 A  After this all happened, Dr. Borges felt like she gave me the option. I think when we were going through all of it, you know, she sat me down several times and told me: "I'm the doctor." And I had raised my concerns and asked for ACTH, and I think I wasn't doing a very good job of communicating that that was what I was really interested in getting. And I don't think, you know, in the myriad of other concerns I had, I don't think she was listening.
    There were a couple of times where I phrased things to her like, "Oh, well, wouldn't it be better to have ACTH?" And I remember her just being like, "Oh, it's kind of ridiculous."
    And then in my prechemo teaching right before chemo, I met with her nurse and I had my mother with me and I specifically said, "I think I would rather have AC." And I told her why. And she was concerned and went back and talked to Dr. Borges, and she came back and said, "No."
    Now, I took that as a -- like, you know, Dr. Borges says she's the doctor kind of a thing, you know. I couldn't substantiate it was any real risk.

**Page 121**

I'm not going to override my expert oncologist unless I can find a solid reason to switch hospitals and switch doctors.
    I think in her view Susan came back and asked her about a number of my concerns, and I don't know that Dr. Borges ever really realized that I was clearly expressing a preference. And then my first chemo she was out of town for, which she would normally not do, but because I'm a doctor, she let that happen.
    And so I feel like Dr. Borges and I had our first meeting, you know. That was everything. That was quite encompassing. We had our second meeting after the surgery. I brought it up in that kind of as a more like, "Wouldn't it be better to do this?" And she was like, "No," and it kind of got blown off. And then I did more research. I sent her that article out of Dana-Farber, and she never wrote back about it.
    Then I had my meeting with her nurse and said, you know, "I'm thinking that I would rather do AC." And I think our lines of communication just got crossed there, and I believe Dr. Borges would have given it to me if she had known. She told me after this happened that she uses AC a lot, that she would

122

1  have been happy to give it to me.
2      I think Dr. Borges can be a very imposing
3  physician at times, and when I very first met her,
4  she kind of told me that the only patient she'd ever
5  had die was a doctor's wife when they didn't listen
6  to her.
7      And so I think maybe I wasn't as forceful
8  in my communications as I could have been. But part
9  of the reason that I wasn't, was that I couldn't tell
10 that there was a risk. It looked to me like there
11 wasn't a risk. And I think a lot of times in my
12 questioning to my doctors, I'm more looking for
13 reassurance from them.
14     There's a note somewhere further back where
15 she says something about, you know, I was concerned
16 if anyone ever survives long-term. Of course, I know
17 that as a doctor they do, but I want to hear it from
18 her. I want her comforting words, that this is, "Of
19 course they do."
20  Q   Last question before we go on break.
21  A   Uh-huh.
22  Q   You said that you told the nurse and
23 Dr. Borges why you wanted the ACTH.
24     Why did you tell them that you wanted the
25 ACTH?

123

1      MR. SCHANKER: Objection, form.
2  A   You know, I had several concerns. The
3  first was that it looked like there was slight
4  superiority of ACTH. It was not proven as such at
5  the time, but I was concerned that ACTH may be the
6  slightly better drug. And then I had read the social
7  media posts about permanent hair loss, and I had felt
8  like I couldn't go on living if that happened to me.
9  Q   (By Mr. Sears) Okay. Before we go off the
10 record, just for the record, I don't think we've seen
11 the e-mail where you sent the Dana-Farber article to
12 Dr. Borges, so we would request that.
13 A   I don't have it. Some -- a lot of my sent
14 e-mails from back then -- I don't know if my e-mail
15 box just got too full or what, but I don't have it.
16     I will say that by the date of my actual
17 chemo, one of the things Dr. Borges said to me was,
18 "You could refuse -- you could have refused to sit
19 down in the chair and take it," which was a very
20 hurtful thing for me.
21     But I think by the day of my chemo, I
22 really couldn't substantiate that it was a real risk,
23 and I didn't believe that it was something that could
24 happen.
25     MR. SCHANKER: All right. Let's go off the

124

1  record.
2      THE VIDEOGRAPHER: The time is 11:52. We
3  are going off the record.
4      (The deposition recessed at 11:52 a.m.,
5      to be reconvened at 12:40 p.m.)

125

1      AFTERNOON SESSION        12:53 p.m.
2      (Ms. Nicholas is not present.)
3      THE VIDEOGRAPHER: The time is 12:53.
4  We're back on the record.
5      EXAMINATION (Continued)
6  BY MR. SEARS:
7  Q   All right. We're back from lunch.
8      Do you feel okay to keep going?
9  A   Yes, I do.
10 Q   One of the things that your attorney handed
11 me I've marked as Exhibit 8.
12     (Exhibit 8 was marked.)
13 Q   (By Mr. Sears) Can you tell me what this
14 is?
15 A   So I would love to be able to tell you what
16 this is. I found a spreadsheet on my old computer
17 with some of the Taxoteres' names. I don't know
18 where it came from. I assume it was something that
19 was e-mailed out within the group.
20     Periodically, we would try to get together
21 and figure out, was there some other thing that was
22 similar between us. Like did we all lose our
23 periods? Were we all on tamoxifen? And so I think
24 that's what this is because they're asking like when
25 you had chemo, what country you were in, you know,