UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| Felecia Rhodes, No. 18-10498 ) | |

# ORDER

At the show cause hearing on August 15, 2019, the case of Felecia Rhodes came before the Court. Plaintiff's counsel advised the Court that Plaintiff had passed away but was unable to provide the Court with the date of her death. The Court has since learned that Plaintiff Rhodes passed away on October 21, 2017.

Accordingly, **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 26th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE