UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Katherine Collins, 2:17-cv-09878* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, who respectfully move this Court for an order substituting Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, as party plaintiffs for Katherine Collins, their deceased mother for the following reasons:

1.

The above captioned lawsuit was filed on September 29, 2017 on behalf of Katherine Collins.

2.

Katherine Collins passed away on October 13, 2018 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Rhonda Green, Corey Collins, Brian Collins and Nakia Agee on August 27, 2019 (Exhibit 1).

3.

Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, as surviving children of Katherine Collins, are proper parties to substitute as party plaintiffs in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Rhonda Green, Corey Collins, Brian Collins and

Nakia Agee have the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Rhonda Green, Corey Collins, Brian Collins and Nakia Agee respectfully request that they be substituted as party plaintiffs on behalf of Katherine Collins, their deceased mother.

Dated: August 27, 2019                           Respectfully submitted,

/s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *M. Palmer Lambert*
M. Palmer Lambert