# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Katherine Collins, 2:17-cv-09878* | * | JUDGE JANE TRICHE |
| | * | MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## SUGGESTION OF DEATH

Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, children of Katherine Collins suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Katherine Collins, Plaintiff of record in the above captioned case. Ms. Collins passed away on October 13, 2018 during the pendency of this action. Ms. Collins' surviving heirs will be filing the appropriate pleadings to appear as the substituted plaintiffs in this matter.

Dated: August 27, 2019                    Respectfully submitted,


                                          /s/ *M. Palmer Lambert*
                                          Gerald E. Meunier (#9471)
                                          M. Palmer Lambert (#33228)
                                          GAINSBURGH, BENJAMIN, DAVID,
                                          MEUNIER & WARSHAUER L.L.C.
                                          2800 Entergy Centre
                                          1100 Poydras Street
                                          New Orleans, LA 70163
                                          Phone: (504) 521-7643
                                          Fax: (504) 528-9973
                                          gmeunier@gainsben.com
                                          plambert@gainsben.com

                                          *Attorneys for Plaintiffs*

1

Case 2:16-md-02740-JTM-MBN Document 8414-1 Filed 08/27/19 Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT