**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Katherine Collins, 2:17-cv-09878* | * | JUDGE JANE TRICHE |
| | * | MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*********************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, as legal successors of Katherine Collins, be substituted as party plaintiffs on behalf of Katherine Collins.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE**