UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Deborah Johnson, 2:16-cv-15607
Tanya Francis, 2:16-cv-17410

# ORDER

Considering Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Plaintiff Deborah Johnson's and Plaintiff Tanya Francis's Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) – Based on Order and Reasons (Doc. 7571);

IT IS HEREBY ORDERED that the Motion for Leave to File Reply Memorandum in Support of Plaintiff Deborah Johnson's and Plaintiff Tanya Francis's Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) – Based on Order and Reasons (Doc. 7571) is hereby GRANTED, and the Clerk is directed to enter Plaintiffs' Reply Memorandum in Support of Plaintiff Deborah Johnson's and Plaintiff Tanya Francis's Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) – Based on Order and Reasons (Doc. 7571) into the Court's docket.

　　　　New Orleans, Louisiana this ____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE