UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US**<br><br>Civil Action No.: 2:17-cv-12984 |
| THIS DOCUMENT RELATES TO:<br>*Cheryl McDowell v. Sanofi-Aventis U.S. LLC, et al.* | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC d/b/a Winthrop US; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: August 28, 2019

**Robins Kaplan LLP**

By: */s/ Troy F. Tatting*
Munir R. Meghjee (MN Bar #0301437)
Troy F. Tatting (MN Bar #0354156)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
MMeghjee@RobinsKaplan.com
TTatting@RobinsKaplan.com

*Attorneys for Plaintiff*

89964190.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>                     */s/ Troy F. Tatting*
>                     Troy F. Tatting

89964190.1