IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

This document Relates to Plaintiff(s)

Janele Dyer
Case Number: 2:19-cv-00730

Case No.: 2:19-cv-00730-JTM-MBN

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 8066);

**IT IS ORDERED** that the Motion is **GRANTED** and that Sean Rains, on behalf of his deceased wife, Janele Dyer, may be substituted for Janele Dyer as the proper party Plaintiff in this action.

New Orleans, Louisiana, this 27th day of August, 2019.

HONORABLE JANE TRICHE MILAZZO
United States District Court Judge