UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Daphanie Kennedy vs. Sanofi S.A. et al.* *C.A. No. 2:17-cv-10415* | | MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting NATALIE KENNEDY on behalf of her deceased wife, Daphanie Kennedy, in the above-captioned cause for the following reasons:

1. Plaintiff, Daphanie Kennedy filed a products liability lawsuit in the above-referenced matter on October 10, 2017.

2. Plaintiff Daphanie Kennedy passed away on September 22, 2018.

3. Plaintiff filed a Suggestion of Death on July 31, 2019. *See* Doc 7786.

4. Daphanie Kennedy's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Natalie Kennedy, decedent's spouse, is the proper party to substitute for plaintiff-decedent Daphanie Kennedy and wishes to be substituted on behalf of Daphanie Kennedy in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 29, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

    DATED: August 29, 2019

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*