UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Daphanie Kennedy vs. Sanofi S.A. et al.* *C.A. No. 2:17-cv-10415* | | MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that NATALIE KENNEDY, on behalf of her deceased spouse, Daphanie Kennedy, may be substituted as the party plaintiff in this action.

SIGNED New Orleans, Louisiana, this ____ day of _____, 2019.

_____
HON. JANE T. MILAZZO
United States District Judge