**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| SCHARNETTE R. PACE, | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| Plaintiff | |
| | **JUDGE TRICHE MILAZZO** |
| vs. | **MAG. JUDGE NORTH** |
| | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| | **Civil Action No.: 2:18-cv-13930** |
| Defendant(s) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8093);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 27th day of August, 2019.

JUDGE, UNITED STATES DISTRICT COURT