**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2740 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION H |
| | § | JUDGE JANE T. MILAZZO |
| The Cases Listed on the attached Exhibit A | § | |
| | § | |

---

**ORDER**

Before the Court is Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel (Doc. 8004);

**IT IS ORDERED** that attorney, Jesse J. Campbell, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto;

**IT IS FURTHER ORDERED** that attorney, Tony Seaton, of The Law Offices of Seaton & Bates, PLLC is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 27th day of August, 2019.


_____
Honorable Jane T. Milazzo
United States District Court Judge

**EXHIBIT A**

| **Plaintiff Name** | **Civil Action No.** |
| --- | --- |
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |