UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE INC. AND MCKESSON CORPORATION** |
| THIS DOCUMENT RELATES TO:<br>*Evelina Despaney v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-07472 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare Inc., and McKesson Corporation d/b/a McKesson Packaging; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| **Dated this 30th day of August, 2019** | **DAVIS & CRUMP, P.C.**<br>By: */s/ Trevor B. Rockstad*<br>Trevor B. Rockstad<br>2601 14th Street<br>Gulfport, MS 39501<br>Telephone: (228)-863-6000<br> Email:<br>trevor.b.rockstad@daviscurmp.com<br>*Attorney for Plaintiff(s)* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
