UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to: ) | |
| Barbara Earnest, 16-cv-17144 ) | |

## ORDER

The Court has been advised that the parties will not be calling Dr. Alan Bauman or Dr. Porcia Bradford Love as experts at trial. Accordingly;

**IT IS ORDERED** that the Motion to Exclude Expert Testimony of Alan Bauman, M.D. (Doc. 6153) and the Motion to Exclude Dr. Love's Stem Cell Opinions (Doc 7528) are **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 29th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE