UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF SUBMISSION OF AFFIDAVIT** |
| THIS DOCUMENT RELATES TO:<br>*Deborah Hutchison v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-07288 |

  Comes now the Plaintiff, Deborah Hutchison, and gives notice to the Court and all parties of the submission of the Affidavit attached hereto as Exhibit 1. This Affidavit is submitted in response to the Court's instruction to the Plaintiff to produce photographs of herself taken within the five year period before she underwent chemotherapy treatment with docetaxel. Plaintiff requests that the Court consider this Affidavit and further requests that the Court not dismiss her case due to her inability to produce photographic evidence from the above referenced time period.

| | |
|---|---|
| **Dated this 30th day of August, 2019** | **DAVIS & CRUMP, P.C.**<br>By: */s/ Trevor B. Rockstad*<br>Trevor B. Rockstad<br>2601 14th Street<br>Gulfport, MS 39501<br>Telephone: (228)-863-6000<br> Email:<br>trevor.rockstad@daviscrump.com<br>*Attorney for Plaintiff(s)* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad