UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL No. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Deborah Hutchison v. Sanofi Aventis U.S. LLC
2:18-cv-07288

### AFFIDAVIT OF DEBORAH HUTCHISON

COMES NOW the affiant, Deborah Hutchison, having first duly sworn upon oath, and testifies as follows:

1. My name is Deborah Hutchison, of 305 South Augusta Avenue, Baltimore, MD.

2. I have submitted all photographs currently in my possession, taken before I underwent chemotherapy treatment with Taxotere. I have performed a diligent search of my possessions and have not found any additional photographs.

3. My husband, Scott Hutchison, passed away on February 23, 2010. Scott's death left me struggling to support myself. I was subsequently diagnosed with breast cancer in November 2010. I was unable to work during this time, which compounded my financial struggles that began with the death of my husband.

4. At the time that my husband died, we were living with his mother. Approximately one month after Scott died, his mother asked me to move out of her house. I had to leave many of my belongings behind when I moved out. My deceased husband's mother passed away in 2012. Her home and its contents were subsequently sold or otherwise disposed of by her children.

5. My husband and I shared a storage unit where we kept our personal belongings, including photographs from before my cancer treatments. After he passed away, I was unable to

    maintain the payments on our storage unit. As a result, the contents of the storage unit were removed by my father; however, I believe he has now disposed of much of the contents of the storage unit.

6. I do not speak with any members of my family. My parents are not a part of my life, and refuse to communicate with me in any way.

7. I have contacted my deceased husband's siblings and their families in the hopes of obtaining family photographs documenting my hair prior to undergoing chemotherapy, but they have refused to communicate with me.

8. I was incarcerated for public intoxication between January 2015 and August 2015.

9. I am currently living in a halfway house. I have been living here since 2015.

10. I do not have any children or other family members that I can contact regarding photographs.

_____
DEBORAH HUTCHISON

SWORN AND SUBSCRIBED BEFORE ME, this the 27th day of August, 2019.

```
ROBERT C. ARNOLD
NOTARY PUBLIC - MARYLAND
BALTIMORE CITY
MY COMMISSION EXPIRES
MARCH 21, 2020
```

_____
NOTARY PUBLIC

(SEAL)

My Commission Expires: 3/21/2020