UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Resendiz v. Sanofi US Services, Inc. et al. | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. AND SAGENT PHARMACEUTICALS, INC. |
| | Civil Action No.: 2:18-cv-03159 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc. and Sagent Pharmaceuticals, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 27th day of August, 2019.

                   Debra J. Humphrey, Esq.
                   NY Bar No. 5050448
                   Marc J. Bern & Partners LLP
                   60 East 42nd Street, Suite 950
                   New York, NY 10165
                   Tel: (212) 702-5000
                   Fax: (212) 818-0164
                   dhumphrey@bernllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August, 27th of 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 27th, 2019

/s/ Debra J. Humphrey