**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                               **SECTION:'N'(5)**

**THIS DOCUMENT RELATES TO:**

*Gloria Cooper*
**Case No.: 2:18-cv-00194**


**NOTICE OF SERVICE OF DISCOVERY**

        COMES NOW, the Plaintiff, Gloria Cooper, by and through counsel, and files this

NOTICE OF SERVICE OF DISCOVERY of Plaintiff's FIRST SET OF INTERROGATORIES

AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTs, ACCORD

HEALTHCARE.


Dated this 2nd of September, 2019.                    Respectfully submitted,

                                                      **VERHINE AND VERHINE PLLC**

                                                      */s/ E. Scott Verhine*
                                                      E. Scott Verhine, Esq.
                                                      Mississippi Bar No. 10548
                                                      1013 Adams St.
                                                      Vicksburg, MS 39183
                                                      Telephone:  601-636-0791
                                                      Facsimile:  601-636-2718
                                                      Email:  scott@verhine.biz

                                                      *Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 2, 2019, a copy of the foregoing Plaintiff Gloria Cooper's First Responses to Defendant Accord Healthcare Inc.'s First Request for Production of Documents was electronically served on Defendant's Liaison Counsel and the following counsel of record:

Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216-592-5000
Facsimilie:  216-692-5009
brenda.sweet@tuckerellis.com


*Attorneys for Defendant*
*Accord Healthcare, Inc.*

_*/s/ E. Scott Verhine*_____
*Attorney for Plaintiff*