UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to all cases | |

## ORDER

**IT IS ORDERED** that oral argument on all pending Motions in Limine is **SET** for **September 5, 2019, at 1:00 p.m.** The Motions are Docs. 7643, 7644, 7645, 7646, 7647, 7648, 7649, 7650, 7651, 7652, 7653, 7657, 7658, 7659, 7660, 7661, 7662, 7664, 7666, 7668, 7670, 7671, 7673, 7720, and 8108.

New Orleans, Louisiana, this 30th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE