UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Barbara Earnest, 16-cv-17144 | | |

## ORDER

The Court has been advised that Defendants will not be calling Dr. Vivian Fonseca as an expert at trial. Accordingly;

**IT IS ORDERED** that the Motion to Exclude Defendant's Expert Vivian Fonseca, M.D. (Doc. 6147) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE