UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| Barbara Earnest, No. 16-17144 | | |

## ORDER

Before the Court is Defendants' Motion to Preclude Improper Expert Testimony (Doc. 6158). Defendants move the Court to exclude the following:

1. Testimony concerning the intent, motive, or state of mind, or knowledge of Defendants or other entities, including "interpretation" of documents authored by Defendants or other entities as a basis for such testimony;
2. Testimony that merely repeats fact-witness testimony or other written evidence, in violation of the rules of evidence, including the hearsay bar; and
3. Testimony containing legal conclusions.

Defendants explain that they anticipate that Plaintiff's experts will attempt to offer such inadmissible opinions in this case.

The Court will not rule on these arguments in the abstract but instead will defer ruling until objections are raised to specific testimony introduced at trial.

Accordingly;

**IT IS ORDERED** that the Motion is **DEFERRED**.

New Orleans, Louisiana this 30th day of August, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE