UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER: 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

After consideration of the Parties' arguments on the matter, the Court will permit Sanofi to take the perpetuation deposition of Mike Rozycki for trial purposes only. Sanofi is limited to 75 minutes total time of direct and re-direct examination on the record and the PSC will be allowed 75 minutes for cross examination. The deposition is to be taken solely for trial purposes and Sanofi is prohibited from using any portion of the deposition to support any pretrial motion, including but not limited to a motion for reconsideration of the District Judge's ruling on Sanofi's motion for summary judgment. (Rec. doc. 7973).

New Orleans, Louisiana, this  3rd  day of              September              , 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE