UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Kim Hatchew v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al*, | |
| Cause No. 2:18-cv-13842 | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Plaintiff (Doc. 8057);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Daniel Hatchew on behalf of the Estate of Kim Hatchew, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 30th day of August, 2019.

_____
District Judge