UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Tanya Francis, Case No. 16-17410;
Deborah Johnson, Case No. 16-15607.

## ORDER

　　Considering the foregoing *Ex Parte* Motion For Leave To File Exhibits A and B to its Opposition to Plaintiff Johnson's and Plaintiff Francis's Motion For Reconsideration or, in the Alternative, for Clarification/Amendment of Judgment (Docs. 7696 and 7698) Based on Order and Reasons Under Seal;

　　**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A and B (Rec. Doc. 8064-1 and 8064-2) **UNDER SEAL**.

　　New Orleans, Louisiana, this 30th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE