UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Katherine Collins, 2:17-cv-09878* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

### ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 8114);

**IT IS ORDERED** that the Motion is **GRANTED** and that Rhonda Green, Corey Collins, Brian Collins and Nakia Agee, as legal successors of Katherine Collins, be substituted as party plaintiffs on behalf of Katherine Collins.

New Orleans, Louisiana, this 30th day of August, 2019.

_____
JUDGE