# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Daphanie Kennedy vs. Sanofi S.A. et al.* *C.A. No. 2:17-cv-10415* | | |

## ORDER

Before the Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 8129);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that Natalie Kennedy, on behalf of her deceased spouse, Daphanie Kennedy, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 30th day of August, 2019.

HON. JANE T. MILAZZO
United States District Judge