UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Deborah Johnson, 2:16-cv-15607
Tanya Francis, 2:16-cv-17410

# ORDER

　　Considering Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Plaintiff Deborah Johnson's and Plaintiff Tanya Francis's Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) – Based on Order and Reasons (Doc. 7571);

　　**IT IS ORDERED** that the Motion (Doc. 8116) is hereby **GRANTED**, and the Clerk is directed to enter Plaintiffs' Reply into the Court's docket.

　　New Orleans, Louisiana, this 30th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE