## Your New Benefit Amount



**BENEFICIARY'S NAME:** DEBORAH A JOHNSON

Your Social Security benefits will increase by 0.3% percent in 2017 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is                                                            $880.00
- The amount we deduct for Medicare medical insurance is                                    $0.00
  (If you did not have Medicare as of November 17, 2016,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is             $0.00
  (We will notify you if the amount changes in 2017. If you did not elect
  withholding as of November 1, 2016, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                  $0.00
  (If you did not elect voluntary tax withholding as of
  November 17, 2016, we show $0.00.)
- After we take any other deductions, you will receive                                         $880.00
  on or about Jan. 3, 2017.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?

- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)** if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

115 TERRY PKWY
TERRYTOWN LA 70056

### Help For Seniors

The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit *www.eldercare.gov* to learn about in-home supportive services, nutrition and wellness programs, transportation, and caregiving help for seniors in your community.