```
                                                       Page 1
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4
 5     ************************
                                  *
 6     DEBORAH JOHNSON,           *   CASE NO.
               Plaintiffs         *   2:16-CV-15607
 7                                *
                                  *
 8     VERSUS                     *
                                  *
 9                                *
       SANOFI S.A., ET AL         *
10             Defendants         *
                                  *
11     ************************
12
13
14
15
16
17
18
19
20            Deposition of DEBORAH ANN
21     JOHNSON, taken on Thursday, November 30,
22     2017, commencing at 9:07 a.m., at the law
23     offices of Morris Bart, LLC, 601 Poydras
24     Street, 24th Floor, New Orleans, Louisiana
25     70130.
```

```
                                              Page 46
 1        A.   Being sick and irritated.  And I had
 2   a port.  I had been -- had a blood clot, and
 3   they take it out and move it over, and I
 4   wasn't understanding all that.
 5        Q.   Okay.  So you had had these
 6   treatments for your cancer.
 7        A.   Right.
 8        Q.   And correct me if I'm wrong.  As I
 9   understand it, you're telling me, some of the
10   treatment, including the port, and possibly
11   some side effects that you experienced, led
12   you to go and then ask for more information
13   and to look at your medical records so you
14   could understand what was happening to you;
15   is that --
16        A.   Right.
17        Q.   -- is that a fair characterization?
18        A.   Right.  Yes.
19        Q.   Okay.  And so you went to your
20   doctor, Dr. Lewis, and asked him for a copy
21   of your medical records at some point in
22   2010, correct?
23        A.   Right.
24        Q.   Okay.  And what did Dr. Lewis say to
25   you?
```

```
                                                   Page 47
 1      A.   Well, I then was referred to a social
 2  worker.
 3      Q.   What's the social worker's name?
 4      A.   I don't remember her name.
 5      Q.   Okay.  Did you go to that social
 6  worker?
 7      A.   Yes.
 8      Q.   Was she at the Social Security
 9  office?
10      A.   No.  Unh-unh (negative).  She was at
11  the hospital.
12      Q.   A social worker at the hospital.
13      A.   Yes.
14      Q.   Okay.  And tell me about that
15  conversation with the social worker.  You
16  requested your medical records?
17      A.   Yes.
18      Q.   And did you tell her -- did she ask
19  you why you were requesting them?
20      A.   Right.  I told her I wanted to know
21  more about my condition and what had
22  happened.
23      Q.   Okay.  And what did she say?
24      A.   She told me she would look into it,
25  but I never heard back from her, and then she
```

Page 48

1  was gone.  And then there was another lady
2  there, so I didn't never get a response,
3  so . . .
4      Q.  When she never responded to you, did
5  you follow up?  Did you go back to the social
6  worker's office?
7      A.  No.
8      Q.  Did you call her?
9      A.  No.
10     Q.  Okay.  But you referred to a disc
11 that you received.
12     A.  No.  I got that through Social
13 Security, after I was trying to get my money,
14 because I couldn't no longer work.
15     Q.  Okay.  So you made an attempt to get
16 your records through the social worker.
17     A.  No.  They just gave it to me after I
18 finished everything.  They told me they had a
19 disc concerning my medical records.
20     Q.  Okay.  And who is it -- they, that
21 you're talking about, that gave it to you?
22     A.  My lawyer at the lawyer's office.
23     Q.  Okay.  I'm a little confused, and I'm
24 sorry.  So we're going to have back up.
25 Let's start with your request --