UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Deborah Johnson, Case No. 2:16-cv-15607

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### HARLEY RATLIFF

of the law firm Shook, Hardy & Bacon L.L.P, counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, who, after being sworn, did affirm that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of SEVEN THOUSAND SIX HUNDRED NINETY-SEVEN AND 18/100 ($7,697.18) as more fully detPailed below:

**COURT COSTS**
| | | |
|---|---|---|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | | $20.00 |
| | Subtotal: | $20.00 |

**DEPOSITION TRANSCRIPT FEES**
| | | |
|---|---|---|
| Transcript fee of Deborah Johnson | | $2,509.48 |
| Transcript fee of Brian Lewis | | $2,697.25 |
| Transcript fee of Michael Bushi | | $1,952.40 |
| Transcript fee of Trisha Knight | | $518.05 |
| | Subtotal: | $7,677.18 |

            TOTAL COSTS EXPENDED:      $7,697.18


EXHIBIT C

4830-2504-1568 v1