Michael Bushi

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE           §
(DOCETAXEL) PRODUCTS      §
LIABILITY LITIGATION      §   MDL NO. 2740
                          §
THIS DOCUMENT RELATES TO: §   SECTION: N
FRANCIS V. SANOFI S.A.,   §
SANOFI-AVENTIS U.S.       §   JUDGE ENGELHARDT
L.L.C., SANOFI US         §
SERVICE, INC., AND        §   MAG. JUDGE NORTH
AVENTIS-PHARMA S.A. CIVIL §
CASE NO. 2:16-CV-17410    §

Wednesday, February 21, 2018

ORAL DEPOSITION OF MICHAEL BUSHI, held at

the Sheraton North Houston at George Bush

Intercontinental, 15700 John F. Kennedy Blvd.,

Houston, Texas, commencing at 9:09 a.m., on the

above date, before Rene White Moarefi, Texas

Certified Shorthand Reporter, Certified Realtime

Reporter, Certified LiveNote Reporter, Louisiana

Certified Court Reporter, and Notary Public in

and for the State of Texas.


EXHIBIT D

GOLKOW LITIGATION SERVICES
877.370.3377 ph|917.591.5672 fax
deps@golkow.com