# APPENDIX 3

## **Plaintiff's List of Deposition Designated Witnesses**

1. Jean-Philippe Aussel
2. Paul Chew
3. Leslie Fierro
4. Amy Freedman
5. Mark Gaydos
6. Matthew Goyer
7. Linda Gustavson
8. Dr. Nanae Hangai
9. Shang Jen
10. Dr. Michael Kopreski
11. Madeline Malia
12. Emanuel Palatinsky
13. Fran Polizzano
14. Gina Vestea