# APPENDIX 4

## Sanofi's List of Deposition Designated Witnesses

1. Paul Chew
2. Mark Gaydos
3. Sunil Gupta
4. Linda Gustavson
5. Nanae Hangai
6. Shang Jen
7. Michael Kopreski
8. Madeline Malia
9. Andris Ortmanis
10. Emanuel Palatinsky
11. Suzanne Thornton-Jones
12. Gina Vestea

13. Raymond Baez
14. James Carinder
15. Bridgette Collins-Burow
16. Ralph Earnest
17. Michael Earnest
18. Ronald LeBlanc
19. Celeste Lagarde
20. Edward Mannina
21. Lisa Reso
22. Cole Claiborne