# APPENDIX 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL) PRODUCTS           MDL NO. 2740
       LIABILITY LITIGATION

                                              SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Earnest v. Sanofi*, Case No. 2:16-cv-17144

## BARBARA EARNEST'S WITNESS LIST

| **Case Specific Fact Witnesses** | | |
|---|---|---|
| **#** | **Witness** | **Will or May Call** |
| 1 | Raymond Baez, MD | May Call |
| 2 | James Carinder, MD | Will Call |
| 3 | Cole Claiborne, MD | May Call |
| 4 | Bridgette Collins-Burow, MD | May Call |
| 5 | Barbara Earnest | Will Call |
| 6 | Michael Earnest | May Call |
| 7 | Ralph Earnest | May Call |
| 8 | Glenn Hedgpeth, MD | May Call |
| 9 | Jules Leblanc | May Call |
| 10 | Ronald Leblanc | May Call |
| 11 | Marie Celeste Lagarde, MD | May Call |
| 12 | Edward Mannina, MD | May Call |
| 13 | Lisa A. Reso, R.N. | May Call |
| **Sanofi Corporate Witnesses** | | |
| 1 | Jean Philipee Aussel | May Call |
| 2 | Ruth Avila | May Call |
| 3 | Barry Childs | May Call |
| 4 | Paul Chew | May Call |
| 5 | Arlette Duvelleroy | May Call |
| 6 | Leslie Fierro | May Call |
| 7 | Amy Freedman | May Call |
| 8 | Anthony (Mark) Gaydos | May Call |
| 9 | Sunil Gupta | May Call |
| 10 | Linda Gustavson | May Call |
| 11 | Nanae Hangai | May Call |
| 12 | Shang Jen | May Call |

| # | Witness | Will or May Call |
|---|---|---|
| 13 | Michael Kopreski | May Call |
| 14 | Madeline Malia | May Call |
| 15 | Pierre Mancini | May Call |
| 16 | Robert McGuire | May Call |
| 17 | Gerrit-Jan Nijveldt | May Call |
| 18 | Emanuel Palatinsky | May Call |
| 19 | Frances Polizzano | May Call |
| 20 | Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., through its corporate representative, Michael Kopreski | May Call |
| 21 | Theresa (Teri) Stathatos | May Call |
| 22 | Suzanne Thornton-Jones | May Call |
| **Third Party Witnesses** | | |
| 1 | 30(b)(6) of Intouch Solutions (third party witness) | May Call |
| **Plaintiff's Expert Witnesses** | | |
| 1 | Alan J. Bauman, MD, ABHRS | May Call |
| 2 | Kevin J. Bianchini, Ph.D, ABPN | May Call |
| 3 | Linda D. Bosserman, MD, FACP, FASCO | May Call |
| 4 | Ellen G. Feigal, MD | May Call |
| 5 | David A. Kessler, MD, JD | Will Call |
| 6 | David Madigan, Ph.D | May Call |
| 7 | Laura M. Plunkett, Ph,D, DABT | May Call |
| 8 | Curtis T. Thompson, MD | May Call |
| 9 | John W. Thompson, MD | May Call |
| 10 | Antonella Tosti, MD | Will Call |
| **Miscellaneous Witnesses** | | |
| 1 | Any witness listed on Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. Final Witness List | May Call |
| 2 | Any witness necessary for impeachment and/or rebuttal | May Call |
| 3 | Any witness necessary to authenticate or otherwise establish the foundation of any exhibit, including but not limited to, a corporate records custodian from Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | May Call |
| 4 | Any witness listed in the Pre-Trial Order | May Call |

Dated: July 3, 2019                                Respectfully submitted,

*/s/ Darin L. Schanker*                            */s/ Rand P. Nolen*
Darin L. Schanker                                  Rand P. Nolen
Bachus & Schanker, LLC                             Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                     2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                   Houston, TX 77056
Phone: (303) 893-9800                              Phone: (713) 621-7944
Fax: (303) 893-9900                                Fax: (713) 621-9638
dschanker@coloradolaw.net                          rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*           *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                        */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                     Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                   GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                    6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                       Los Angeles, California 90045
Phone: (504) 355-0086                              Telephone: 510-350-9700
Fax: (504) 355-0089                                Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                             kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                      *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                             */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                         Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                          BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                           701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street            New Orleans, LA 70139
New Orleans, LA 70163-2800                         Phone: 504-524-3300
Phone: 504-522-2304                                Fax: 504-524-3313
Fax: 504-528-9973                                  barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                   *Plaintiffs' Co-Liaison Counsel*

3

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>The Lambert Firm, PLC<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>ejeffcott@thelambertfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 3, 2019, I served the foregoing including all attachments identified therein on each of the following counsel of record via electronic mail:

Jon Strongman, Esq.
Hildy Sastre, Esq.
Harley V. Ratliff, Esq.
Douglas J. Moore, Esq.
Adrienne Byard, Esq.
Christopher L. Coffin, Esq.
Karen B. Menzies, Esq.
David F. Miceli, Esq.
J. Kyle Bachus, Esq.
M. Palmer Lambert, Esq.

                */s/ Dawn M. Barrios*
                DAWN M. BARRIOS