# APPENDIX 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
(1) Barbara Earnest, Case No. 2:16-cv-17144

## THE SANOFI DEFENDANTS' WITNESS LIST

Pursuant to Case Management Order No. 14B, defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi Defendants"), by and through undersigned counsel, submit the following list of all witnesses who will be or may be called to testify at trial ("Witness List"). The Sanofi Defendants reserve the right to supplement, add and/or amend this list as justice requires.

The Sanofi Defendants will call the following witnesses at trial, either live or by deposition:

1. Barbara Earnest
2. James Carinder, M.D.
3. John Glaspy, M.D.
4. Chandra Smart, M.D.
5. Jerry Shapiro, M.D.

The Sanofi Defendants may call the following witnesses at trial, either live or by deposition:

1. Porcia Love, M.D.
2. Janet Arrowsmith
3. Vivian Fonseca, M.D.
4. Gerald Miletello, M.D.
5. David Spiegel, M.D.
6. Justin Victoria

7. Lee-Jen Wei

8. Michael Rozycki

9. Linda Gustavson

10. Andris Ortmanis

11. Suzanne Thornton-Jones

12. Shang Jen

13. Paul Chew

14. Vanina Groult

15. Madeline Malia

16. Noel Quinn

17. Sunil Gupta

18. Nanae Hangai

19. Emanuel Palatinsky

20. Gina Vestea

21. Mark Gaydos

22. Michael Kopreski

23. Ralph Earnest

24. Michael Earnest

25. Ralph Earnest, Jr.

26. Ronald LeBlanc

27. Jules LeBlanc

28. Bridgette Collins-Burow, M.D.

29. William Charles Cole Claiborne, M.D.

30. Dr. Raymond Baez

31. Edward Manina, M.D.

32. Lisa Reso

33. M. Celesete Lagarde, M.D.

34. Dr. Glen Hedgepeth

35. Dr. Adela Narcisse

36. Any expert who provided a written report pursuant to Case Management Order No. 3.

37. Any witness listed on Plaintiff's witness list.

38. Any doctor, physician, health care provider and/or other medical practitioner who treated or examined Plaintiff for breast cancer, hair loss, or for any other medical condition at issue in this lawsuit.

39. Any corporate representative(s) selected to testify on behalf of the Sanofi Defendants.

40. Records custodians of any of Plaintiff's medical providers.

41. Any witness necessary for impeachment or rebuttal.

42. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

43. Any witness identified in the Pre-Trial Order.

The Sanofi Defendants further reserve their right to call additional witnesses live or by deposition to address new issues not presently known based upon pleadings and discovery to date, to authenticate documents or to respond to admissions of evidence depending upon the rulings of the Court.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley V. Ratliff
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

*Counsel for the Sanofi Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, I electronically served the foregoing with Plaintiffs' Liaison Counsel.

/s/ *Douglas J. Moore*