UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Earnestene Hall v. Sandoz Inc.* Civil Case No. 2:18-cv-01156 | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Fowler, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

                                                Respectfully submitted,

                                                 */s/ Stephen T. Fowler*
                                                Stephen T. Fowler
                                                **GREENBERG TRAURIG, LLP**
                                                2101 L Street N.W.
                                                Washington, D.C. 20037
                                                Telephone: (202) 530-8587
                                                Facsimile: (202) 331-3101
                                                E-mail: fowlerst@gtlaw.com

                                                ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                                 */s/ Stephen T. Fowler*
                                                 Stephen T. Fowler