UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Barbara Earnest, Case No. 2:16-cv-17144 | |

**REPLY MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION *IN LIMINE* NO. 13 (DOC. 7659)**

MAY IT PLEASE THE COURT:

On August 14, 2019, this Court issued an order denying and deferring in part Sanofi's motion for summary judgment based on preemption. (Doc. 7973.) Citing *Merck Sharp & Dohme Corp. v. Albrecht*, 139 S. Ct. 1668 (2019), the Court held that preemption is "a question of law for a judge to decide," and "Defendants have failed to demonstrate that the FDA prohibited Sanofi from using stronger language in Taxotere's label" before Earnest's treatment in 2011. (*Id.* at 8.) Consequently, Sanofi should not be permitted to argue to a jury that the FDA prohibited Sanofi from using stronger language in Taxotere's label before Earnest's treatment in 2011.

Testimony identified in the attached appendix crosses that line—witnesses state or imply that the FDA would have prohibited or did prohibit Sanofi from using stronger language in Taxotere's label before Earnest's treatment in 2011—and thus must be excluded. For example, several Sanofi witnesses have testified that the FDA prohibited Sanofi from using stronger language in Taxotere's label in 2004. Other Sanofi witnesses have testified that FDA would not have allowed Sanofi to update labeling before 2011, citing as evidence the removal of the language "hair generally grows back" on Taxotere's label in 2010. Still others have testified that Sanofi provided the FDA with safety information about Taxotere, but the agency itself did not use stronger language in Taxotere's label. And lastly others have testified that label is the FDA's and can only be updated by the agency. Plaintiffs obviously disagree with this testimony but the "larger pre-emption question"

1

and "'subsidiary factual disputes' that are part and parcel of the broader legal question" are reserved for, and have been decided by, this Court. *Albrecht*, 139 S. Ct. at 1680 (citation omitted).

Plaintiff's Motion in *Limine* No. 13 fully addresses this issue and should be granted now that the Court has resolved the legal question of preemption. (Doc. 7659-1, at 1) (asking this Court to preclude Sanofi from making improper arguments or suggestions to the jury regarding FDA approval, including "(1) that FDA review and approval equates to Taxotere being 'safe and effective'; (2) that Sanofi cannot change the Taxotere label unilaterally without permission of the FDA; (3) that the FDA would not allow changes to the label in 2004 and 2010; and (4) that the FDA's deletion of information in the 2010 label is representative of any specific intent, knowledge, or belief by the FDA regarding the adequacy of the Taxotere label as it relates to permanent hair loss.").

| Dated: September 4, 2019 | Respectfully submitted, |
|---|---|
| */s/ Darin L. Schanker* | */s/ Rand P. Nolen* |
| Darin L. Schanker | Rand P. Nolen |
| Bachus & Schanker, LLC | Fleming, Nolen & Jez, L.L.P. |
| 1899 Wynkoop Street, Suite 700 | 2800 Post Oak Blvd., Suite 4000 |
| Denver, CO 80202 | Houston, TX 77056 |
| Phone: (303) 893-9800 | Phone: (713) 621-7944 |
| Fax: (303) 893-9900 | Fax: (713) 621-9638 |
| dschanker@coloradolaw.net | rand_nolen@fleming-law.com |
| *Counsel for Plaintiff, Barbara Earnest* | *Trial Counsel for the PSC* |
| *Trial Counsel for the PSC* | |

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ M. Palmer Lambert*
                                          M. PALMER LAMBERT