# APPENDIX

# UNDER SEAL