UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Improper Arguments or Suggestions Regarding FDA Approval (Doc. 7659),

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Reply Memorandum in Support of Plaintiff's Motion *in Limine* No. 13 (Doc. 7659), including its referenced Appendix, into the record in this matter.

New Orleans, Louisiana, this ___ of September, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1