# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: Smith-Ledvina v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13377 | : JUDGE JANE TRICHE MILAZZO |
| | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, NANCY SMITH-LEDVINA, now deceased, pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Scott Joss, as plaintiff, on behalf of his deceased significant other, Nancy Smith-Ledvina, in the above-captioned cause.

1. Nancy Smith-Ledvina filed a products liability lawsuit against defendants on November 26, 2017.

2. On March 18, 2018, Nancy Smith-Ledvina passed away.

3. Plaintiff filed a Suggestion of Death on September 4, 2019, attached hereto as **Exhibit A.**

4. Nancy Smith-Ledvina's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

5. The decedent's significant other, SCOTT JOSS , was issued Letters of Office and appointed Independent Executor for the Estate of Nancy Smith-Ledvina, is the Proper Plaintiff and wishes to be substituted on behalf of Nancy Smith-Ledvina, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: September 4, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 4, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/  Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: Smith-Ledvina v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13377 | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Nancy Smith-Ledvina, on or about March 18, 2018. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Smith-Ledvina's estate.

Dated: September 4, 2019

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 4, 2019

                                          Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/  Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff