# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2018 0026499
DATE ISSUED: 3/28/2018

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | NANCY SMITH LEDVINA |
| SEX | FEMALE |
| DATE OF DEATH | MARCH 18, 2018 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 61 YEARS |
| DATE OF BIRTH | JANUARY 30, 1957 |
| CITY OR TOWN | GLENVIEW |
| HOSPITAL OR OTHER INSTITUTION NAME | MIDWEST PALLIATIVE & HOSPICE CARECENTER |
| PLACE OF DEATH | HOSPICE FACILITY |
| BIRTHPLACE | EVANSTON, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | DIVORCED FROM MARRIAGE |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 5415 N SHERIDAN RD |
| APT. NO | 5511 |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60640 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JEFFREY SMITH |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | PHYLLIS NOT AVAILABLE |
| INFORMANT'S NAME | SCOTT JOSS |
| RELATIONSHIP | SIGNIFICANT OTHER |
| MAILING ADDRESS | 5415 N SHERIDAN RD UNIT 5511, CHICAGO, IL, 60640 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | WOODLAWN CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | FOREST PARK, IL |
| DATE OF DISPOSITION | MARCH 26, 2018 |
| FUNERAL HOME | WEINSTEIN & PISER FUNERAL HOME, 111 SKOKIE BLVD, WILMETTE, IL, 60091 |
| FUNERAL DIRECTOR'S NAME | JAMIE ALLISON GREENEBAUM |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034016823 |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | MARCH 28, 2018 |

**CAUSE OF DEATH**
PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. MALIGNANT NEOPLASM UNSPECIFIED SITE OF BREAST
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT PREGNANT WITHIN LAST YEAR |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 06:08 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | MARCH 20, 2018 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR. STEVEN SABATH, 2050 CLAIRE CT, GLENVIEW, ILLINOIS, 60025 |
| PHYSICIAN'S LICENSE NUMBER | 036107734 |

0269085



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



David Orr
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE