Order Admitting Will to Probate and Appointing Representative    (02/24/15) CCP N319

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

NANCY SMITH LEDVINA

No. 2018 P 2743

dod 3-18-18

Deceased

## ORDER ADMITTING WILL TO PROBATE AND APPOINTING REPRESENTATIVE

On the Petition of **Scott Joss** for admission to probate of the Will of the decedent and for issuance of Letters of Office, the Will having been proved as provided by law; *and the nominated representative's being a nonresident of Illinois and having complied with §1-11 of the Probate Act of 1975 [755 ILCS 5/1-11] by filing with the Court a Designation of Resident Agent to accept service of process, notice or demand required or permitted by law to be served upon the representative;

**IT IS ORDERED THAT:**

A. The Will of **Nancy Smith Ledvina** dated
   (printed name of the decedent)
   and numbered ____W____ 18w2824 ____ and Codicil dated ____,
   , and numbered ____W____

   be admitted to probate;

B. Letters of Office shall issue to **Scott Joss** as
   ☐ 4234   Supervised Executor        ☐ 4254   Supervised Administrator with the Will annexed
   ☑ 4253   Independent Executor       ☐ 4255   Independent Administrator with the Will annexed

C. The representative shall present to the Court:
** 1. an Inventory as required by §14-1 of the Probate Act of 1975 [755 ILCS 5/14-1] by, or shall appear before the Court on, _____, 20___, at _____ m.;
   (not more than 60 days after the date of this Order)                                    ☐ 4192

** 2. an Account as required by §24-1 of the Probate Act of 1975 [755 ILCS 5/24-1] by, or shall appear before the Court on, _____, 20___, at _____ m.; and
   (not more than 14 months after the date of this Order)                                  ☐ 4292

*** 3. a Final Report as required by §28-11 of the Probate Act of 1975 [755 ILCS 5/28-11] by, or shall appear before the Court to present a written status report on, **July 31**, 20**19**,
   (not more than 14 months after the date of this Order)
   at **10:00a** m.                                                                          ☐ 4297

* Strike if representative is a resident of Illinois
** Strike if independent administration
*** Strike if supervised administration

ENTERED
Judge Mary Ellen Coghlan-1659
MAY - 8 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

COPY
OK TO CERTIFY

Atty. No.: 38462
Name: Ruben Garcia
Firm Name: Ruben Garcia & Associates, Ltd.
Attorney for Petitioner: Scott Joss
Address: 1000 Skokie Blvd. #160
City/State/Zip Code: Wilmette, IL 60091
Telephone: 847-728-0808
Email Address: _____

Judge ____    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1