**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: Smith-Ledvina v. Sanofi S.A., et al., Civil Action No. 2:17-cv-13377 | : | JUDGE JANE TRICHE MILAZZO |
| | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

**ORDER ON MOTION FOR SUBSTITUTION OF PARTY**
**PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **SCOTT JOSS,** on behalf of his deceased significant other, NANCY SMITH-LEDVINA, may be substituted for Nancy Smith-Ledvina as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2019.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge
