# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Frances Straka  v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13230* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| | ) MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Andrew Straka on behalf of his deceased wife, Frances Straka, for the following reasons:

1. On December 10, 2018, Frances Straka filed a Complaint in the above referenced matter.

2. On March 7, 2019 Frances Straka passed away.

3. Plaintiff's husband, Andrew Straka, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. Andrew Straka is in the process of being appointed as Representative of the Estate of Barbara Ann Bowie.

5. Notice of Frances Straka's death was submitted to this Honorable Court on June 3, 2019 (See Exhibit A).

6. The decedent's husband, Andrew Straka, is the Proper Party Plaintiff and wishes to be substituted on behalf of Frances Straka in this case.

Wherefore, movant prays for said substitution.

Dated: September 4, 2019

>Respectfully submitted,
>
>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.
>Adam Pulaski, Esq.
>PULASKI LAW FIRM, PLLC
>2925 Richmond Avenue, Suite 1725
>Houston, TX 77098
>(713) 664-4555 Phone
>(713) 664-7543 Fax
>llamacchia@pulaskilawfirm.com
>adam@pulaskilawfirm.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day of September 4, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.