# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Frances Straka v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13230* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Frances Straka.

Dated: June 3, 2019               Respectfully submitted,

                            */s/ Leslie LaMacchia*

                            Leslie LaMacchia, Esq.
                            Adam Pulaski, Esq.
                            PULASKI LAW FIRM, PLLC
                            2925 Richmond Avenue, Suite 1725
                            Houston, TX 77098
                            (713) 664-4555 Phone
                            (713) 664-7543 Fax
                            llamacchia@pulaskilawfirm.com
                            adam@pulaskilawfirm.com

                            *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  June 3, 2019                                     Respectfully submitted,

                                                                         */s/ Leslie LaMacchia*

                                                                         Leslie LaMacchia, Esq.
                                                                         Adam Pulaski, Esq.
                                                                         PULASKI LAW FIRM, PLLC
                                                                         2925 Richmond Avenue, Suite 1725
                                                                         Houston, TX 77098
                                                                         (713) 664-4555 Phone
                                                                         (713) 664-7543 Fax
                                                                         llamacchia@pulaskilawfirm.com
                                                                         adam@pulaskilawfirm.com

                                                                         *Attorneys for the Plaintiff*

2