UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Frances Straka v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13230* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Andrew Straka, on behalf, Frances Straka, deceased, and the Estate of Frances Straka, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge