UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Barbara Thomas v. Sanofi US Services Inc., et al.*, Civil Action No.: 2:19-cv-11784 | | |

---

## NON-TRIAL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO 87, all parties who have appeared stipulate the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from the dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).

1

**Dated this 4th day of September, 2019.**

/s/ Vance Montgomery
Thomas R. Greer
Tennessee Bar No.: 24452
R. Sadler Bailey
Tennessee Bar No.: 11230
J. Vance Montgomery
Tennessee Bar No.: 35646
Bailey & Greer, PLLC
6256 Polar Ave.
Memphis, TN 38119
Phone: 901-680-9777
Facsimile: 901-680-0580
tgreer@baileygreer.com
sbailey@baileygreer.com
vmontgomery@baileygreer.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ J. Vance Montgomery