IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Charlotte Henegan* | * | CIVIL ACTION NO. 2:17-cv-16733 |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on Wednesday, September 25, 2019 at 9:30 a.m.

Respectfully submitted this 5th day of September, 2019.

                                                **BRENT COON & ASSOCIATES**

                                                /s/ Eric W. Newell
                                                Brent W. Coon
                                                Federal Bar No. 9308
                                                Texas Bar No. 04769750
                                                Brent@bcoonlaw.com
                                                Eric W. Newell
                                                Texas Bar No. 24046521
                                                Eric_newell@bcoonlaw.com
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 5th day of September, 2019.

*/s/Eric W. Newell*
Eric W. Newell
