UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Christine Reeder**
**Case No.: 2:18-cv-13199**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Christine Reeder, and her family, on the following dates: February 28, 2019, March 4, 2019, March 13, 2019, March 25, 2019, April 2, 2019, May 3, 2019, May 29, 2019, June 19, 2019, and August 20, 2019 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com