**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

**THIS DOCUMENT RELATES TO:**

*Carriene Nevin*
**Case No.: 18-01589**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AN AMENDED NOTICE OF APPEAL WITH RESPECT TO THE DISMISSAL OF PLAINTIFF'S CASE**

THE COURT, having considered Plaintiffs' Motion Granting Leave to File an Amended Notice of Appeal with Respect to the Dismissal of Plaintiff's Case hereby Orders as follows: the Motion is GRANTED, and Plaintiff's First Amended Notice of Appeal, attached as Exhibit B, is directed to be filed into Case No. 18-01589 by the Clerk.

So ordered this ___ day of _____, 2019.

_____
District Judge