# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 2:16-md-02740 |
| CARRIENE NEVIN,<br>     Plaintiff,<br>v. | Civil Action No.  2:18-cv-01589 |
| | Judge Jane T. Milazzo |
| ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA, INC., McKESSON CORPORATION, PFIZER, INC., SANDOZ, INC., SANOFI US SERVICES, INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>     Defendants. | |

### PLAINTIFF'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Carriene Nevin, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7204:  Order, which was entered in this action on May 22, 2019; <u>and</u> Document # 7635:  ORDER denying Plaintiff's Rule 59 Motion, which was entered in this action on July 11, 2019.

Respectfully submitted this 5th day of September 2019.

>  */s/ J. Christopher Elliott*
> J. Christopher Elliott, Esq. Colo. Reg. No. 41063
> BACHUS & SCHANKER, LLC
> 1899 Wynkoop Street, Suite 700
> Denver, Colorado 80202
> (303)893-9800
> (303)893-9900 [Fax]
> Email:  celliott@coloradolaw.net
> *Attorney for Plaintiff Nevin*

## **CERTIFICATE OF SERVICE**

I certify that September 5, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*