# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 2:16-md-02740 |
| CARRIENE NEVIN,<br>     Plaintiff,<br>v. | Civil Action No.  2:18-cv-01589 |
| ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA, INC., McKESSON CORPORATION, PFIZER, INC., SANDOZ, INC., SANOFI US SERVICES, INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>     Defendants. | Judge Jane T. Milazzo |

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED NOTICE OF APPEAL WITH RESPECT TO THE DISMISSAL OF PLAINTIFF'S CASE

Plaintiff Carriene Nevin files her Opposed Motion For Leave To File Amended Notice Of Appeal With Respect To The Dismissal Of Plaintiff's Case, along with her Memorandum in Support thereof, and attached exhibits.

## **CERTIFICATION**

By his signature, undersigned counsel certifies that he has conferred with counsel for Defendants.  Counsel for Defendants have represented that they oppose the relief requested herein

DATED this 5th day of September, 2019.

                                    Respectfully Submitted,

                                    */s/ J. Christopher Elliott* (BAR NO.41063)
                                    J. Christopher Elliott
                                    BACHUS & SCHANKER, LLC
                                    1899 Wynkoop Street
                                    Ste. 700
                                    Denver, CO 80202
                                    P:  (303)899-9800
                                    F:  (303)893-9900
                                    celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that September 5, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*