UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF SUBMISSION** |
| THIS DOCUMENT RELATES TO:<br><br>CARRIENE NEVIN v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.:18-cv-01589 |

# **NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED NOTICE OF APPEAL WITH RESPECT TO THE DISMISSAL OF PLAINTIFF'S CASE**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Notice of Appeal with Respect to the Dismissal of Plaintiff's Case is hereby set for submission before District Court Milazzo on September 25, 2019, at 9:30 a.m.

| | |
|---|---|
| Dated September 5, 2019. | **BACHUS & SCHANKER, LLC**<br><br>By: */s/ J.Christopher Elliott*<br>Christopher Elliott, Esq.<br>J. Kyle Bachus, Esq.<br>Darin L. Schanker, Esq.<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street Suite 700<br>Denver, CO 80238<br>Telephone: (303)893-8900<br>Facsimile: (303) 893-9900<br>Email: celliott@coloradolaw.net<br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            *s/J. Christopher Elliott*
                                            J. Christopher Elliott