**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re:  TAXOTERE (DOCETAXEL)**              **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                              **SECTION: "N" (5)**

**THIS DOCUMENT RELATES TO:**

*Carriene Nevin*
**Case No.: 18-01589**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE  AN AMENDED NOTICE OF**
**APPEAL WITH RESPECT TO THE DISMISSAL OF PLAINTIFF'S CASE**

THE COURT, having considered Plaintiffs' Motion Granting Leave to File an Amended

Notice of Appeal with Respect to the Dismissal of Plaintiff's Case hereby Orders as follows: the

Motion is GRANTED, and Plaintiff's First Amended Notice of Appeal, attached as Exhibit B, is

directed to be filed into Case No. 18-01589 by the Clerk.

So ordered this ___ day of _____, 2019.


                                        _____
                                        District Judge