# EXHIBIT A

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF SUBMISSION** |
| THIS DOCUMENT RELATES TO:<br><br>CARRIENE NEVIN v. SANOFI-AVENTIS U.S. LLC, *ET AL.* | Civil Action No.:18-cv-01589 |

## **DECLARATION OF J. CHRISTOPHER ELLIOTT, ESQ.**

I, J. Christopher Elliott, being of lawful age, having personal knowledge of the following facts, and being competent to testify, declare and aver as follows:

1. I am an attorney of the law firm of Bachus & Schanker, L.L.C. My firm represents Carriene Nevin in a lawsuit against the manufacturers of Taxotere (docetaxel), Case No. 18-cv-01589.

2. I am entered as an attorney of record on behalf of Plaintiff Carriene Nevin in the above-listed lawsuit.

1

3. This Court entered an order of dismissal with respect to Plaintiff Nevin's case in this MDL on May 22, 2019. *See* Doc. No. 7204.

4. As is relevant to Plaintiff Nevin's Opposed Motion For Leave To File Amended Notice Of Appeal With Respect To The Dismissal Of Plaintiff's Case [hereinafter "Plaintiff's Motion"], this Court also entered an order dismissing the case of Plaintiff Deborah Purnell in the instant MDL (also represented by undersigned counsel) (Civil Action No. 2:18-cv-01395) on December 28, 2018. *See* Doc. No. 5644.

5. As is also relevant to Plaintiff's Motion, on April 23, 2019, the Court also entered orders of dismissal in two other cases in the instant MDL wherein those plaintiffs were also represented by undersigned counsel; to wit:  Julie Clark (Civil Action No.  2:18-cv-07024) and Renee Jeffers (Civil Action No. 2:17-cv-14193). *See* Doc. No. 6802.

6. Additionally, as is relevant to Plaintiff's Motion, this Court entered an order dismissing the case of Plaintiff Dorothy Kuykendall in the instant MDL (also represented by undersigned counsel) (Civil Action No. 2: 18-cv-11852) on July 11, 2019. *See* Doc. No. 7600. Thereafter, this Court entered a supplemental Order with respect to

the dismissal of Plaintiff Kuykendall's case on July 18, 2019. *See* Doc. No. 7701.

7. Barring the filing of a motion pursuant to Fed. R. Civ. P. 59(e), pursuant to Fed. R. App. P. 4(a)(1)(A), the notice of appeal with respect to the May 22, 2019 Order of dismissal (Doc. No. 7204) in Plaintiff Nevin's case had to be filed no later than June 21, 2019 (May 22, 2019 plus 30 days). Similarly, barring the filing of a motion pursuant to Fed. R. Civ. P. 59(e), pursuant to Fed. R. App. P. 4(a)(1)(A), the notice of appeal with respect to the April 23, 2019 Order of dismissal (Doc. No. 6802) in Plaintiff Jeffers' and Plaintiff Clark's cases had to be filed no later than May 23, 2019 (April 23, 2019 plus 30 days). Similarly, barring the filing of a motion pursuant to Fed. R. Civ. P. 59(e), pursuant to Fed. R. App. P. 4(a)(1)(A), the notice of appeal with respect to the July 11, 2019 Order of dismissal (Doc. No. 7600) in Plaintiff Kuykendall's case had to be filed no later than August 10, 2019 (July 11, 2019 plus 30 days).

8. As is relevant to Plaintiff's Motion, Undersigned counsel timely filed (that is, within 28 days of the orders dismissing those cases) Rule 59(e) Motions to alter or amend the judgment (that is, the April

3

23, 2019 Order of Dismissal – Doc. No. 6802 – in the Jeffers and Clark cases and the May 22, 2019 Order of Dismissal – Doc. No. 7204 in the Nevin case) in Plaintiffs' Nevin's, Clark's, and Jeffers' cases. *See* Doc. No. 7396 (Nevin), Doc. No. 7105 (Clark), and Doc. No. 7105 (Jeffers).

9. As is also relevant to Plaintiff's Motion, on June 13, 2019, Undersigned counsel filed a motion for relief pursuant to Fed. R. Civ. P. 60(b) in the Deborah Purnell case. *See* Doc. No. 7394.

10. As is relevant to Plaintiff's Motion, Undersigned Counsel did not file a motion pursuant to Fed. R. Civ. P. 59 or 60 in the Dorothy Kuykendall case; thus, as noted above, the notice of appeal in her case had to be filed no later than August 10, 2019 (July 11, 2019 plus 30 days) pursuant to Fed. R. App. P. 4(a)(1).

11. On July 11, 2019, this Court issued an Order denying the Rule 59(e) Motions in Plaintiff Nevin's, Plaintiff Clark's, and Plaintiff Jeffers' cases as well as denying the Rule 60(b) Motion in Plaintiff Purnell's case. *See*  Doc. No. 7635.

12. As is relevant to Plaintiff Nevin's, Plaintiff Clark's, Plaintiff Jeffers', and Plaintiff Purnell's cases, thirty days after July 11, 2019 (the date the Court entered the Order denying the post-judgment

relief sought in the Nevin, Clark, Jeffers, and Purnell matters – *see* Doc. No. 7635) was August 10, 2019.

13. As is relevant to Plaintiff Kuykendall's case, thirty days after July 11, 2019 (the date the Court entered the Order dismissing Plaintiff Kuykendall's case – *see* Doc. No. 7600) was Saturday August 10, 2019 (Monday August 12, 2019 was the first business day thereafter).

14. Undersigned Counsel timely filed Notices of Appeal in Plaintiff Nevin's, Plaintiff Clark's, Plaintiff Jeffers', Plaintiff Purnell's, and Plaintiff Kuykendall's cases on August 8, 2019.

15. However, in the process of filing the foregoing five notices of appeal on the same date, undersigned counsel made a clerical error and failed to include in the Nevin Notice of Appeal (Doc. No. 7868) the May 22, 2019 Order of dismissal in her case (Doc. No. 7204). This error was completely inadvertent as it was always the intention to appeal the May 22, 2019 Order of dismissal in the Nevin case and it was only because undersigned was preparing multiple notices of appeal at the same time, including other notices of appeal in the Jeffers and Clark matters (which only involve appeals of the denials of the Rule 59(e) motions in those cases) that, due to an oversight,

undersigned inadvertently failed to include the May 22, 2019 Order of dismissal (Doc. No. 7204) in the Nevin notice of appeal.

16. Thereafter, while working on Plaintiff Nevin's appeal, undersigned counsel realized he had inadvertently failed to include the May 22, 2019 Order of dismissal (Doc. No. 7204).

17. Thirty days beyond August 10, 2019 (which itself is 30 days after July 11, 2019 – the date of the Order denying the post-judgment relief in the Nevin, cases - *see* Doc. No. 7635) is September 09, 2019.

FURTHER YOUR DECLARANT SAYETH NOT.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 5, 2019

    Respectfully submitted,

    BACHUS & SCHANKER, L.L.C.

    _____
    J. Christopher Elliott
    BACHUS & SCHANKER, L.L.C.
    1899 Wynkoop Street, Suite 700
    Denver, Colorado 80202
    Telephone:  (303) 893-9800
    Facsimile:   (303) 893-9900