<u>EXHIBIT C</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| | ) | SECTION "H" (5) |
| | ) ) | JUDGE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) ) | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S., LLC |
| TERESA MARIE SIMMONS. | ) ) | |
| | ) ) | Civil Action No.: 2:18-cv-10309 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI-AVENTIS U.S., LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED this 6th day of September, 2019.

By:  */s/ Michael N. Gutzler*
Michael N. Gutzler
Oregon Bar No. 772015
MICHAEL N. GUTZLER, PC
720 SW Washington, Suite 700
Portland, OR 97205
Phone: 503-228-8136
Fax: 503-228-6020
Email: mikegutzler@ghlawfirm.com
*Attorney for Plaintiff Teresa Simmons*

Page  1 - Notice of Partial Dismissal with Prejudice

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will sent a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 6, 2019.          */s/ Michael N. Gutzler*

Page   2 - Notice of Partial Dismissal with Prejudice