# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 09, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30631   In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:18-CV-7024

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Allison G. Lopez, Deputy Clerk
                                  504-310-7702

cc w/encl:
    Mr. John Christopher Elliott

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-30631

A True Copy
Certified order issued Sep 09, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------------------------------------

JULIE CLARK,

       Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated

       Defendants - Appellees

_____

RENEE JEFFERS,

       Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated,

       Defendants - Appellees

_____

CARRIENE NEVIN,

   Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, formerly known as McKesson Packaging; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited; PFIZER, INCORPORATED; ACTAVIS PHARMA, INCORPORATED; ACTAVIS, L.L.C., formerly known as Actavis, Incorporated,

   Defendants - Appellees

_____

DEBORAH PURNELL,

   Plaintiff - Appellant,

v.

ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, doing business as McKesson Packaging; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited,

   Defendants - Appellees

_____

Appeals from the United States District Court for the
Eastern District of Louisiana

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeals are dismissed as of September 9, 2019, for want of prosecution. The appellants failed to timely order the transcript and make financial arrangements with the court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT