# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Deborah Johnson, Case No. 2:16-cv-15607<br>Tanya Francis, Case No. 2:16-cv-17410 | MDL No. 2740<br><br>SECTION:  H (5) |

## DEFENDANTS' CONSENT MOTION TO CONTINUE SUBMISSION DATE ON MOTIONS TO TAX COSTS

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., who, with the consent of counsel for Plaintiffs, respectfully move to continue the submission dates regarding Defendants' Motion to Tax Costs against Plaintiff Deborah Johnson (Rec. Doc. 7953) and Defendants' Motion to Tax Costs against Plaintiff Tanya Francis (Rec. Doc. 7952). Defendants' Motions to Tax Costs against Plaintiffs Deborah Johnson and Tanya Francis were initially set for submission on August 28, 2019. On August 19, 2019, counsel for both Plaintiffs filed a Motion to Continue Submission Dates, requesting that the submission date be continued for two weeks. (Rec. Doc. 8038). This Court granted the Motion continuing the submission date for both Motions to September 11, 2019. (Rec. Doc. 8060).

Undersigned counsel has conferred with Plaintiffs' Liaison Counsel and counsel for both Ms. Johnson and Ms. Francis, who have consented to an additional continuance of the submission date on these two Motions. Defendants request that the submission date on these Motions be continued to October 23, 2019.

1

**WHEREFORE**, Defendants respectfully request that this Court grant the instant Consent Motion to Continue Submission Date on Motions to Tax Costs and enter the attached Order, continuing the submission dates on Defendants' Motion to Tax Costs against Plaintiff Deborah Johnson (Rec. Doc. 7953) and Defendants' Motion to Tax Costs against Plaintiff Tanya Francis (Rec. Doc. 7952) from September 11, 2019, to October 23, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ *Douglas J. Moore*