UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION: H (5)

**This Document Relates To:**
Deborah Johnson, Case No. 2:16-cv-15607
Tanya Francis, Case No. 2:16-cv-17410

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Defendants' Motion to Tax Costs against Plaintiff Deborah Johnson (Rec. Doc. 7953) and Defendants' Motion to Tax Costs against Plaintiff Tanya Francis (Rec. Doc. 7952) filed by Defendants, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Motions to Tax Costs be and is **GRANTED**, and that the submission date on both Motions is hereby continued to October 23, 2019.

　　　　　　　　New Orleans, Louisiana this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE JANE TRICHE MILAZZO