UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The next discovery/status conferences between Plaintiffs and the 505(b)(2) Defendants will take place on September 17, 2019 at 2:00 p.m.

New Orleans, Louisiana, this __9th__ day of _____September_____, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE