UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL DOCKET NO. 2740  SECTION "H" (5)  HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: Barbara Earnest, No. 16-17144 | ) | |

**PLAINTIFF AND DEFENDANTS' PROPOSED STATEMENT OF THE CASE**

NOW INTO COURT, through undersigned counsel, come Plaintiff Barbara Earnest and Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. who respectfully submit their statements of the case for use by the Court pursuant to paragraph 2.(C) of the Trial Preparations and Procedures (Doc. 8170) in trial of matter no. 16-17144, *Barbara Earnest vs. Sanofi-Aventis U.S. LLC et al.*

Dated: September 9, 2019

Respectfully submitted,

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Douglas J. Moore* |
| M. Palmer Lambert (#33228) | Douglas J. Moore (Bar No. 27706) |
| GAINSBURGH BENJAMIN | IRWIN FRITCHIE URQUHART & MOORE LLC |
| 2800 Energy Centre, 1100 Poydras Street | 400 Poydras Street, Suite 2700 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70130 |
| Phone: 504-522-2304 | Telephone: 504-310-2100 |
| Fax: 504-528-9973 | Facsimile: 504-310-2120 |
| plambert@gainsben.com | dmoore@irwinllc.com |
| *Plaintiffs' Co-Liaison Counsel* | *Defendant's liaison counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL DOCKET NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:**<br>Barbara Earnest, No. 16-17144 | ) | |

## STATEMENT OF THE CASE

**Plaintiff's insert:**

Barbara Earnest took a chemotherapy drug called Taxotere as part of her treatment for breast cancer. Mrs. Earnest contends that Taxotere prevented her hair from growing back, and that she now has permanent hair loss on her head and eyebrows that was caused by Taxotere. Mrs. Earnest also asserts that Sanofi, the manufacturer of Taxotere, did not warn her doctor about the risk of permanent hair loss associated with Taxotere. Mrs. Earnest seeks damages for her injuries from Sanofi.

**Sanofi's insert:**

Sanofi denies these allegations and contends that it provided adequate warnings to Mrs. Earnest's doctor. Sanofi contends that Taxotere did not cause Mrs. Earnest's alleged injury. Sanofi contends that the approved prescribing information contained accurate, science-based information that enabled Mrs. Earnest's doctor to make an informed decision about the benefits and risks of using Taxotere.