# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| LINDA WEITZEL, ET AL., | : : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-10559 |
| ACTAVIS LLC FKA ACTAVIS INC., ET AL., | : : : | |
| Defendants. | : : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2019.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE