MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 5, 2019

JS-10: 03:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |

**Applies to: 16-17144 - Barbara Earnest**

## MOTION HEARING
Judge Jane Triche Milazzo presiding

LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: NICHELLE DRAKE
CASE MANAGER: ERIN MOULEDOUS
COUNSEL: See attached sign-in sheet

Court begins at 1:00 p.m.
**The following Motions in Limine are argued by counsel and Orders rendered as set forth below:**

MOTION *in Limine* to Preclude Any Comment or Argument That Dr. Carinder Is Responsible for Plaintiff's Condition **(R. Doc. 7653)** is **GRANTED IN PART & DENIED IN PART.**

MOTION *in Limine* to Preclude Testimony and Evidence Regarding Instances of Permanent Alopecia Among Those Prescribed Taxotere by Sanofi's Experts **(R. Doc. 7652)** is **GRANTED.**

MOTION *in Limine* to Preclude Testimony and Evidence Regarding Other Chemotherapy Medications or Medical Conditions That Purportedly Cause Permanent Hair Loss **(R. Doc. 7651)** is **GRANTED IN PART & DENIED IN PART.**

MOTION *in Limine* to Exclude Testimony and Argument That Taxotere Has Saved Lives **(R. Doc 7660)** is **GRANTED IN PART & DENIED IN PART.**

MOTION *in Limine* to Exclude Evidence and Argument Regarding Evaluations of Plaintiff by Formerly Retained Experts and Who Will Not Testify at Trial **(R. Doc. 8108)** is **GRANTED.**

First Omnibus MOTION *in Limine* **(R. Doc 7720)** is **DEFERRED** insofar as it addresses evidence of adverse event reports or other complaints involving patients other than plaintiff. All other arguments in Doc. 7720 remain pending before the Court.

**The following motions are argued by counsel and taken under submission by the Court:**

MOTION *in Limine* to Preclude Evidence of Unrelated Medical Conditions, Familial Medical History of Cancer, And Unrelated Medication Usage **(R. Doc 7647)**

MOTION  *in Limine* to Preclude Any Comment or Argument That Taxol Would Have Enhanced the Severity Of Plaintiff's Neuropathy **(R. Doc  7649)**

Second Omnibus MOTION in Limine to Preclude Evidence or Argument Concerning Sanofi Promotional And/Or Marketing Materials Not Possessed Or Relied On By Plaintiff Or Her Prescribing Physician **(R. Doc 7657)**

Second Omnibus  MOTION in Limine to Preclude Evidence or Argument Regarding Sanofi Sales Representatives **(R. Doc 7657)**

MOTION *in Limine* to Preclude Evidence or Argument Concerning Correspondence between DDMAC and Sanofi by Defendant **(R. Doc  7658)**

MOTION *in Limine* Excluding Improper Arguments or Suggestions Regarding FDA Approval **(R. Doc. 7659)**

MOTION *in Limine* to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions **(R. Doc 7666)**

MOTION *in Limine* to Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the Tax316 and GEICAM 9805 Clinical Trials Presents Evidence of "Persistent," "Permanent," or "Irreversible" Alopecia **(R. Doc 7668)**

MOTION *in Limine* to Preclude Evidence and Argument Regarding Shirley Ledlie and Any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members **(R. Doc 7670)**

MOTION *in Limine* to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment **(R. Doc 7671)**

**Order and Reasons to follow.**
Court adjourned at 4:55 p.m.

