UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

SEPTEMBER 5, 2019

**1:00 pm Motion Hearing Sign in Sheet**

| Motion | Plaintiff Counsel Arguing (Please print) | Defense Attorney Arguing (Please print) |
|---|---|---|
| MOTION in Limine to *Preclude Evidence Regarding Sanofi's Corporate Character and Good Acts* (MIL No. 1) Document: 7643 | Rand Nolen | |
| MOTION in Limine to *Preclude Testimony and Argument that Plaintiff's Experts Have Not Publicized/Published or Submitted Their Opinions to the FDA or Any Other Organization* (MIL No. 3) Document: 7644 | Rand Nolen | |
| MOTION in Limine to *Preclude Testimony and Evidence Regarding "Stem Cell" Staining* (MIL No. 5) Document: 7645 | David Miceli | |
| MOTION in Limine to *Preclude Testimony and Argument Regarding Plaintiff Counsel Advertisements* (MIL No. 4) Document: 7646 | Karen Menzies | |
| ② MOTION in Limine to *Exclude Evidence of Unrelated Medical Conditions, Familial Medical History of Cancer, and Unrelated Medication Usage* (MIL No. 9) Document: 7647 | Darin Schanker | Hildy Sastre |
| MOTION in Limine to *Preclude Defense Counsel From Commenting on or Discussing Certain Matters in the Presence of the Jury or Potential Jurors)* Document: 7648 | Rand Nolen | |
| ⑤ MOTION in Limine to *Preclude Any Comment or Argument That Taxol Would Have Enhanced the Severity of Plaintiff's Neuropathy* (MIL No. 12) Document: 7649 | Darin Schanker | Douglas Moore |
| MOTION in Limine to *Exclude Evidence of Healthcare Costs and Insurance as a Collateral Source* (MIL No. 2)) Document: 7650 | Rand Nolen | |
| ④ MOTION in Limine to *Preclude Testimony and Evidence Regarding Other Chemotherapy Medications or Medical Conditions That Purportedly May Cause Permanent Hair Loss* (MIL No. 11)) Document: 7651 | Darin Schanker | Harley R |
| ③ MOTION in Limine to *Preclude Testimony and Evidence Regarding Instances of Permanent Alopecia Among Those Prescribed Taxotere by Sanofi's Experts* (MIL No. 10)) Document: 7652 | Rand Nolen | Harley R |
| ① MOTION in Limine to *Preclude Any Comment or Argument That Dr. Carinder is Responsible for Plaintiff's Condition* (MIL No. 7)) Document: 7653 | Darin Schanker | Hildy Sastre |

| | Motion | Plaintiff Counsel Arguing (Please print) | Defense Attorney Arguing (Please print) |
|---|---|---|---|
| No. 17 ⑩ ⑪ No. 20 | MOTION in Limine to Preclude Evidence or Argument regarding Sanofi's Second Omnibus Motions in Limine (MIL No. 15-20)) Document: 7657 | 17+20 Karen Menzies 15,16,19 Darin Schanker | Hildy Sastre |
| ⑫ | MOTION in Limine to Preclude Evidence or Argument Concerning Correspondence between DDMAC and Sanofi) Document: 7658 | David Miceli | Harley Ratliff |
| ⑥ | MOTION in Limine to Exclude Improper Arguments or Suggestions Regarding FDA Approval (MIL No. 13)) Document: 7659 | Andre Mura | Douglas Moore |
| ⑦ | MOTION in Limine to Exclude Testimony and Argument That Taxotere Has Saved Lives (MIL No. 14)) Document: 7660 | Rand Nolen | Douglas Moore |
| | MOTION in Limine to Preclude Testimony and Evidence Regarding Other Individuals' Personal Use of Taxotere and Personal Experience With Cancer (MIL No. 6)) Document: 7661 | Dave Miceli | |
| | MOTION in Limine to Preclude Evidence or Argument Referring to Sanofi as a "French" or "Foreign" Company (Motion in Limine No. 22)) Document: 7662 | Chris Coffin | |
| | MOTION in Limine to Preclude Evidence or Argument that the Alleged "High Toxicity" of Taxotere Causes or is Associated with Alopecia (Motion in Limine No. 23)) Document: 7664 | David Miceli | |
| ⑬ | MOTION in Limine to Preclude Evidence or Argument Regarding Foreign Labeling and Regulatory Actions (MIL No. 24)) Document: 7666 | David Miceli | Jon Strongman |
| ⑭ | MOTION in Limine to Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the Tax316 and GEICAM 9805 Clinical Trials Presents Evidence of "Persistent," "Permanent," or "Irreversible" Alopec) Document: 7668 | David Miceli | Harley Ratliff |
| ⑮ | MOTION in Limine to Preclude Evidence and Argument Regarding Shirley Ledlie and Any "Taxotears" or Other Third Party Advocacy or Communications Group or Group Members (Motion in Limine No. 26)) Document: 7670 | Karen Menzies | Jon Strongman |
| ⑯ | MOTION in Limine to Preclude Evidence and Argument Regarding Company Conduct that Post-Dates Plaintiff's Chemotherapy Treatment (Motion in Limine No. 27)) Document: 7671 | David Miceli | Jon Strongman |
| | MOTION in Limine to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection (Motion in Limine No. 28)) Document: 7673 | Chris Coffin | |
| ⑨ | OMNIBUS MOTION in Limine Document: 7720 | Multiple counsel but #5 - Andre Mura | Jon Strongman |
| ⑧ | MOTION in Limine to Exclude Evidence and Argument Regarding Evaluations of Plaintiff by Formerly Retained Experts who Will Not Testify at Trial) Document: 8108 | Chris Coffin | Douglas Moore |