UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

At the show cause hearing on August 15, 2019, the Court granted extensions of time to certain plaintiffs to cure outstanding deficiencies. The Court has been advised that the following plaintiffs have failed to cure the identified deficiencies within the time frames set by the Court:

- Loretta Kerr, 18-cv-11835

- Shirley Thompson, 18-cv-12564

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**