UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION
                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File an Appendix to Plaintiff's Reply Memorandum in Support of Plaintiff's Motion *in Limine* No. 13 (Rec. Doc. 8166) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Appendix to Plaintiff's Reply Memorandum in Support of Plaintiff's Motion *in Limine* No. 13 under seal.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE