UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

# ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Plaintiff's Motion *in Limine* to Exclude Improper Arguments or Suggestions Regarding FDA Approval (Doc. 7659);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Reply Memorandum in Support of Plaintiff's Motion *in Limine* No. 13 (Doc. 7659), including its referenced Appendix, into the record in this matter.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE