UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |

Barbara Earnest, 16-17144

# ORDER

**IT IS ORDERED** that the Court's Minute Entry of September 5, 2019, (Doc. 8198) is AMENDED to reflect that Defendants' MOTION in Limine to *Preclude Evidence and Argument that "Ongoing Alopecia" Data Observed in the Tax316 and GEICAM 9805 Clinical Trials Presents Evidence of "Persistent," "Permanent," or "Irreversible" Alopecia (Motion in Limine No. 25)* **(Rec. Doc. 7668)** is **DENIED** for reasons set forth on the record.

Signed this 10th day of September, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE