# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Smith-Ledvina v. Sanofi S.A., et al., | : | |
| Civil Action No. 2:17-cv-13377 | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## ORDER

Before the Court is a Motion to Substitute Party (Doc. 8173);

**IT IS ORDERED** that the Motion is **GRANTED** and Scott Joss, on behalf of his deceased significant other, Nancy Smith-Ledvina, may be substituted for Nancy Smith-Ledvina as the proper party plaintiff in this action.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge