# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| **This Document Relates to:** | SECTION "H" (5) |
| *Frances Straka v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13230* | HON. JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute Party (Doc. 8174);

**IT IS ORDERED** that the Motion is **GRANTED** and that Andrew Straka, on behalf, Frances Straka, deceased, and the Estate of Frances Straka, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
Hon. Jane Triche Milazzo
United States District Judge