UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Fowler, of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

            Respectfully submitted,

             */s/ Stephen T. Fowler*
            Stephen T. Fowler
            **GREENBERG TRAURIG, LLP**
            2101 L Street N.W.
            Washington, D.C. 20037
            Telephone: (202) 530-8587
            Facsimile: (202) 331-3101
            E-mail: fowlerst@gtlaw.com

            ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Stephen T. Fowler*
Stephen T. Fowler