MINUTE ENTRY
MILAZZO, J.
September 11, 2019

JS-10:00:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On September 11, 2019, the Court held a telephone status conference with Palmer Lambert, Douglas Moore, Chris Coffin, Darin Schanker, David Miceli, Rand Nolen, Jessica Reynolds, and Dawn Barrios. The parties updated the Court on the status of the case.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**