UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Barbara Earnest, 16-17144 | | |

## ORDER

Before the Court are two Motions in Limine;

**IT IS ORDERED** that the Motion in Limine to Preclude Evidence or Argument Concerning FDA's January 2011 Warning Letter and Corresponding 483 Inspection (Doc. 7673) is **GRANTED**. However, if the door is opened, a conference with the Court should be held;

**IT IS FURTHER ORDERED** that the Motion in Limine to Preclude Evidence or Argument Concerning Adverse Event Reports or Other Complaints Involving Patients Other Than Plaintiff (Doc. 7720 at 13) is **DEFERRED** until trial for reasons stated on the record at oral argument on September 5, 2019. Individual adverse event reports are inadmissible. However, if they are referenced in depositions, the jury may need context, in which case a conference with the Court should be held.

New Orleans, Louisiana, this 11th day of September, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE