## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## THE SANOFI DEFENDANTS' FINAL WITNESS LIST

Sanofi intends to call the following witnesses at trial:

1.    Barbara Earnest – Live

2.    James Carinder, M.D. – Live

3.    John Glaspy, M.D. –  Live

4.    Chandra Smart, M.D. – Live

5.    Jerry Shapiro, M.D. – Live

6.    Ralph Earnest – Live

7.    Janet Arrowsmith – Live

8.    Dr. Emanuel Palatinsky – Live

9.    Dr. Sunil Gupta – Live

10.   Michael Rozycki – Deposition

11.   Linda Gustavson – Deposition

12.   Gina Vestea – Deposition

13.   Michael Kopreski – Deposition

14.   Andris Ortmanis – Deposition (would not be played in light of the Court's Order
      regarding Sanofi's MIL No. 28)

15.      Shang Jen – Deposition (would not be played in light of the Court's Order regarding Sanofi's MIL No. 27)

16.      Paul Chew – Deposition (would not be played in light of the Court's Order regarding MIL No. 28)

17.      Madeline Malia – Deposition (would not be played in light of the Court's Order regarding MIL No. 26)

18.      Nanae Hangai – Deposition (would not be played in light of the Court's Order regarding Sanofi's MIL No. 27)

19.      Mark Gaydos – Deposition (would not be played in light of the Court's Order regarding Sanofi's MIL No. 21)

20.      William Charles Cole Claiborne, M.D. – Live

21.      Any witness listed on Plaintiff's witness list.

22.      Any witness necessary for impeachment or rebuttal.

23.      Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

The Sanofi Defendants reserve their right not to call any of the above witnesses in their case based on how the evidence in the case comes in. Plaintiff has the burden of proof and Sanofi is not required to put on any evidence.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley Ratliff
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile:  305-358-7470
hsastre@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi*
*U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I electronically filed the foregoing with the
Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all
counsel of record who are CM/ECF participants.

/s/ *Douglas J. Moore*
Douglas J. Moore