**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

### PLAINTIFF'S FINAL WITNESS LISTS

#### I.      Witnesses Plaintiff Will Call

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| Barbara Earnest | 2313 Pelican St. Slidell, LA 70460 | Mrs. Earnest- Plaintiff, will offer testimony including, but not limited to, her early stage breast cancer treatment and diagnosis, her understanding of the potential side effects associated with the use of Taxotere at the time she received it, her knowledge regarding Taxotere and its side effects, her permanent hair loss and the impact of her permanent hair loss on her life. | Live |

---

[1] The general description of the testimony to be provided is not meant to limit, in any way, the testimony that the witness will give and is meant as merely a brief summary of the general points of the testimony.

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| James Carinder, M.D. | 1120 Robert Blvd., Suite 390 Slidell, Louisiana 70458 | Dr. Carinder- an oncologist who prescribed Taxotere to Mrs. Earnest, will offer testimony including, but not limited to, his diagnosis and treatment of Mrs. Earnest's early stage breast cancer, all information which he relied upon or took into consideration in order to reach treatment decisions, his communications with Mrs. Earnest regarding potential side effects associated with Taxotere, and his knowledge regarding Taxotere and its side effects. | Live |
| Ellen G. Feigal, M.D. | 40 Commerce Lane, Suite D; Rochelle, VA22738 | Dr. Feigal- an oncologist, will offer testimony including, but not limited to, Taxotere's generally causing permanent hair loss and the proof that Taxotere causes permanent hair loss. | Live |
| David A. Kessler, M.D., J.D. | University of California San Francisco School of Medicine 513 Parnassus Avenue San Francisco, CA 94143 | Dr. Kessler- the former Commissioner of the US Food and Drug Administration, will offer testimony, including but not limited to, how Sanofi could unilaterally have changed the label to include a warning about permanent hair loss and how regulation of the drug industry works. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| David Madigan, Ph.D. | Dept. of Statistics, Columbia University, Room 1005 SSW, MC 4690, 1255 Amsterdam Ave., New York, NY 10027 | Dr. Madigan- a statistician, will offer testimony including, but not limited to, the signals available to Sanofi (that Taxotere causes permanent hair loss) and a meta-analysis of Sanofi's two studies and what they show. | Live |
| Antonella Tosti, M.D. | 1295 Northwest 14th Street, Suite K/L/M, Miami, FL 33125 | Dr. Tosti- a dermatologist who specializes in hair and nail disorders, will offer testimony, including but not limited to, her examination of Mrs. Earnest, her diagnosis and the factors that went into her diagnosis that Mrs. Earnest suffers from permanent Taxotere induced hair loss, and medical information related to the fundamentals of hair, hair loss conditions, and how various other forms of hair loss can be excluded in Mrs. Earnest's case. | Live |

## II.   Witnesses Plaintiff May Call

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Ralph Earnest | 2313 Pelican St. Slidell, LA 70460 | Ralph Earnest- the husband of Plaintiff who may offer testimony including, but not limited to, his relationship with the Plaintiff, his understanding of Plaintiff's cancer diagnosis and treatment, the condition of Plaintiff's hair before and after cancer treatment, and the impact Plaintiff's permanent hair loss has had on the Plaintiff's life | Live |
| Michael Earnest | 2313 Pelican St. Slidell, LA 70460 | Michael Earnest- the son of Plaintiff who may offer testimony including, but not limited to, the condition of Plaintiff's hair before and after her Taxotere chemotherapy treatments, Plaintiff's cancer treatment and diagnosis, and the impact Plaintiff's permanent hair loss has had on the Plaintiff's life. | Live |
| Raymond Baez, M.D. | Ochsner Health Center-Slidell, 2750 E. Gause Blvd., Slidell, LA 70461 | Dr. Baez- a primary care physician of Plaintiff's who may offer testimony including, but not limited to, his care and treatment of Plaintiff. | Live |
| Cole Claiborne, M.D. | 1477 Louisiana Ave., Suite 101 New Orleans, LA 70115 | Dr. Claiborne- a local dermatologist who may offer testimony including, but not limited to, his collection of biopsy specimens from Plaintiff's scalp to be sent for examination by Plaintiff's specially retained experts. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Marie Celeste Lagarde, M.D. | 110 Lakeview Dr., Covington, LA 70433 | Dr. Lagarde- a surgeon Plaintiff consulted with prior to undergoing breast surgery who may offer testimony including, but not limited to, her care and treatment of Plaintiff. | Live |
| Lisa A. Reso, R.N. | 1043 Park Point Drive, Slidell, LA 70461 | Ms. Reso- a nurse who worked with Dr. Carinder and Mrs. Earnest through her chemotherapy treatment and may offer testimony including, but not limited to, her care and treatment of Mrs. Earnest at the time Mrs. Earnest underwent chemotherapy, Mrs. Earnest's patient education, and the side effects of Taxotere known to Ms. Reso at the time Plaintiff underwent chemotherapy. | Live |
| Jean-Philippe Aussel | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Mr. Aussel- worked in medical affairs on all of the long-term studies of Taxotere, and will offer testimony including, but not limited to,  what Sanofi originally learned about Taxotere and hair loss in the metastatic setting, that Sanofi could not have known that Taxotere could cause permanent hair loss in 1996 (because it had only been studied short-term in the metastatic setting), so any language used by Sanofi then to describe hair loss could not have been a warning for permanent hair loss. | Deposition |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Ruth Avila | 5213 Sanford St. Metairie, LA 70006 | Ms. Avila- a former Sanofi sales representative who called on Dr. Carinder and Nurse Reso and will offer testimony including, but not limited to, her discussions with and promotion of Taxotere to Dr. Carinder and Nurse Reso, and Taxotere's side effects. | Live |
| Paul Chew | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Dr. Chew- the former Chief Medical Officer for Sanofi, who will offer testimony including, but not limited to, the FDA's Warning Letter, Sanofi's response, and the missing and late studies identified in the retrospective analysis. | Deposition |
| Leslie Fierro | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Lesley Fierro- the former head of medical information services for Sanofi, who will offer testimony including, but not limited to, information that Sanofi gave doctors and patients about Taxotere, along with what Sanofi did with its VOICES facebook page. | Deposition |
| Amy Freedman | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Amy Freedman, MD- a former global safety officer at Sanofi in charge of Taxotere who will offer testimony including, but not limited to, her work in that role and what knowledge she had as a global safety officer in charge of Taxotere. | Deposition |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Linda Gustavson | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Linda Gustavson- worked in regulatory affairs at Sanofi and will offer testimony including, but not limited to, Sanofi's interactions with the FDA. | Deposition |
| Nanae Hangai | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Dr. Hangai- a global safety officer at Sanofi in charge of Taxotere who will offer testimony including, but not limited to, the work she undertook in that role. | Deposition |
| Michael Kopreski | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Michael Kopreski- oversaw the pharmacovigilance team and the global safety officers at Sanofi in charge of Taxotere and will offer testimony including, but not limited to, the pharmacovigilance material his department had while studying Taxotere and its side effects. | Deposition |
| Madeline Malia | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Madeline Malia- worked in corporate communications for Sanofi and will offer testimony including, but not limited to, Sanofi's reaction to complaints that Taxotere caused permanent hair loss and that Sanofi did not warn of the risk. | Deposition |
| Emanuel Palatinsky | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Emanuel Palatinsky- a global safety officer at Sanofi in charge of Taxotere, who will offer testimony including, but not limited to, his work as a global safety officer. | Deposition |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Frances Polizzano | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Frances Polizzano- worked in regulatory affairs at Sanofi in charge of Taxotere and will offer testimony including, but not limited to, her work in that role. | Deposition |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., through its corporate representative, Michael Kopreski | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Dr. Kopreski, as Sanofi's chosen designee, will offer testimony including, but not limited to, the role of pharmacovigilance at Sanofi and adverse event reports it received relating to Taxotere and permanent hair loss. | Deposition |
| 30(b)(6) of Intouch Solutions (third party witness), through its corporate representative, Matthew Goyer | 7045 College Boulevard Overland Park, Kansas 66211 | Mr. Goyer, as Intouch Solutions' chosen designee, will offer testimony including, but not limited to, work Intouch Solutions did on behalf of sanofi on its VOICES facebook page. | Deposition |
| Linda D. Bosserman, M.D., FACP, FASCO | 8283 Grove Ave, Suite 207, Rancho Cucamonga, CA 91730 | Dr. Linda Bosserman- an oncologist, will offer testimony including, but not limited to, early stage breast cancer, the process of choosing a treatment for early stage breast cancer, and the treatment options available to a patient with a similar medical condition as Mrs. Earnest. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Laura M. Plunkett, Ph.D., DABT | 1127 Eldridge Pkwy, Suite 300-335, Houston, TX 77077 | Dr. Plunkett- a PhD in Toxicology/Pharmacology, who will offer testimony including, but not limited to, toxicology, pharmacology, mechanism of action for Taxanes and the same for other drugs used in adjuvant care of early stage breast cancer, chemotherapy induced hair loss, and permanent hair loss and its association with Taxotere. | Live |
| Curtis T. Thompson, M.D. | 12254 SW Garden Pl, Tigard, OR 97224 | Dr. Thompson- Plaintiff's expert Dermatopathologist who may offer testimony including, but not limited to, his analysis of Plaintiff's biopsy specimens and his associated findings. | Live by Video Feed |
| Any witness listed on Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. Final Witness List | | | |
| Any witness necessary for impeachment and/or rebuttal | | | |
| Any witness necessary to authenticate or otherwise establish the foundation of any exhibit, including but not limited to, a records custodian from Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | | | |
| Any witness listed in the Pretrial Order | | | |

Dated: September 11, 2019

Respectfully submitted,


*/s/ Darin L. Schanker*
Darin L. Schanker
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
dschanker@coloradolaw.net

*Counsel for Plaintiff, Barbara Earnest*
*Trial Counsel for the PSC*


*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*


*/s/ Rand P. Nolen*
Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

*Trial Counsel for the PSC*


*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*


*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT