

# BACHUS & SCHANKER, LLC
### ATTORNEYS AT LAW

September 13, 2019

**APPLICATION FOR REFUND**

**Filed via CM/ECF**
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:  Flores v. Sanofi US Services Inc. 19-cv-12569
Pierce v. Sandoz Inc. 19-cv-12570
Walker v. Sanofi US Services Inc. 19-cv-12572
Toler v. Sanofi US Services Inc. 19-cv-12573

To Whom it May Concern:

    Our firm has been notified by the U.S. District Court Intake Clerk that there were duplicate $400.00 payments for the recent filings mentioned above. We request refunds for the duplicative payments, fee receipt numbers listed below.

    Flores v. Sanofi US Services Inc. 19-cv-12569 Fee Receipt: 7852171 and 7852559

    Pierce v. Sandoz Inc. 19-cv-12570 Fee Receipt: 7852212 and 7852494

    Walker v. Sanofi US Services Inc. 19-cv-12572 Fee Receipt: 7852264 and 7852514

    Toler v. Sanofi US Services Inc. 19-cv-12573 Fee Receipt: 7852288 and 7852549

Sincerely,

J. Christopher Elliott, Esq.

JCE/ab

EQUITY PARTNERS: J. KYLE BACH US • DARIN L. SCHANKER • JAMES W. OLSEN • J. CHRISTOPHER ELLIOTT DAVID W KRIVIT 1899 WYNKOOP STREET, STE 700 DENVER, CO 80202 P: 303-893-9800 F: 303-893-9900