MINUTE ENTRY
MILAZZO, J.
September 13, 2019

JS-10:00:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On September 13, 2019, the Court held a telephone status conference with Palmer Lambert, Darin Schanker, Karen Menzies, David Miceli, Christopher Coffin, Daniel Markoff, Zachary Wool, Andre Mura, Emily Jeffcott, Larry Centola, Samuel Griffin, Jessica Perez-Reynolds, and Douglas Moore. The parties updated the Court on the status of the case.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**