UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: Barbara Earnest, Case No. 16-cv-17144 | Section "H" (5) |

**PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON BARBARA EARNEST**

Plaintiff Barbara Earnest respectfully moves pursuant to Federal Rules of Civil Procedure 45 to quash a subpoena duces tecum served on Plaintiff Barbara Earnest by Defendants in the *In re: Taxotere (Docetaxel) Products Liability Litigation MDL* pending in the United States District Court for the Eastern District of New Orleans, Case No. 16-cv-17144. The subpoena duces tecum purports to require Plaintiff Barbara Earnest to produce the following documents at trial in this matter, scheduled to begin on September 16, 2019, at 8:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130: (1) Any and all pictures and/or photographs to which you have access of Plaintiff, Barbara Earnest, taken at any time in the years 2012, 2013, and 2014, including, but not limited to hard copy photographs, photo negatives, and digital photographs stored on any camera, memory card, and/or any other device used to store digital photographs; (2) Any and all family photograph albums and/or shoeboxes of photographs in your possession as identified by Plaintiff, Barbara Earnest, in her December 21, 2017 deposition. See 12/21/2017 Deposition at p. 156:8-22; 157:5-20; and (3) Any and all photographs in your possession depicting Barbara Earnest's mother from the age of fifty (50) forward. See 12/21/2017 Deposition at p. 156:8-22; 157:5-20. Plaintiff Earnest moves to quash the subpoena on the grounds that (1) the discovery

deadline has passed, and the use of a subpoena duces tecum at this point in time is an attempt to circumvent the discovery deadline; and (2) the Defendants have failed to allow a reasonable time to comply as required by Federal Rule of Civil Procedure 45(d)(3)(A)(i).

Plaintiff therefore respectfully requests that Plaintiff's Motion to Quash Subpoena Duces Tecum is granted.

A supporting memorandum of law and proposed Order are attached.

Dated: September 13, 2019                                   Respectfully submitted,

*/s/ Darin L. Schanker*                                     */s/ Rand P. Nolen*
Darin L. Schanker                                           Rand P. Nolen
Bachus & Schanker, LLC                                      Fleming, Nolen & Jez, L.L.P.
1899 Wynkoop Street, Suite 700                              2800 Post Oak Blvd., Suite 4000
Denver, CO 80202                                            Houston, TX 77056
Phone: (303) 893-9800                                       Phone: (713) 621-7944
Fax: (303) 893-9900                                         Fax: (713) 621-9638
dschanker@coloradolaw.net                                   rand_nolen@fleming-law.com

*Counsel for Plaintiff, Barbara Earnest*                    *Trial Counsel for the PSC*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*                                 */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                             6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                Los Angeles, California 90045
Phone: (504) 355-0086                                       Telephone: 510-350-9700
Fax: (504) 355-0089                                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                               *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

| | |
|---|---|
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

／s／ *M. Palmer Lambert*
M. PALMER LAMBERT