UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | Section "H" (5) |
| Barbara Earnest, Case No. 16-cv-17144 | |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON BARBARA EARNEST

On September 4, 2019, Plaintiff Barbara Earnest was served with a subpoena duces tecum issued at the behest of Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc. (A copy of the Subpoena is attached as Exhibit A.) Plaintiff Barbara Earnest moves pursuant to Federal Rules of Civil Procedure 45 to quash the subpoena duces tecum on two main grounds. First, the subpoena is not timely, as it was issued after the discovery deadline passed. Second, assuming even that the scope of the subpoena was manageable, the timing of the subpoena and the short time frame for response make compliance impossible.

### BACKGROUND

Pursuant to the Case Management Order No. 14 issued on June 13, 2018 (Doc. #3064), Phase II discovery (fact discovery) for Plaintiff Barbara Earnest's case closed on November 7, 2018.

Despite this, Defendants issued a subpoena duces tecum requesting Plaintiff to produce the following documents on September 16, 2019, at 8:30 a.m., the day in which trial is scheduled to begin: (1) Any and all pictures and/or photographs to which you have access of Plaintiff, Barbara Earnest, taken at any time in the years 2012, 2013, and 2014, including, but not limited to hard copy photographs, photo negatives, and digital photographs stored on any camera, memory card,

and/or any other device used to store digital photographs; (2) Any and all family photograph albums and/or shoeboxes of photographs in your possession as identified by Plaintiff, Barbara Earnest, in her December 21, 2017 deposition. *See* 12/21/2017 Deposition at p. 156:8-22; 157:5-20; and (3) Any and all photographs in your possession depicting Barbara Earnest's mother from the age of fifty (50) forward. *See* 12/21/2017 Deposition at p. 156:8-22; 157:5-20.

## ARGUMENT

### I. DEFENDANTS ISSUED THE SUBPOENA DUCES TECUM AFTER THE DISCOVERY DEADLINE

Defendants are attempting to circumvent the discovery deadline by issuing this subpoena duces tecum after the discovery deadline. It is unequivocal that "subpoenas duces tecum must … comply with discovery deadlines to avoid being quashed."[1] Courts have consistently held that when a party issues subpoenas after the discovery deadline to obtain documents the party was aware of before the discovery cutoff date, the subpoenas and discovery requests should be denied.[2] Thus, a motion to quash should be granted where a party issues a subpoena duces tecum in an attempt to obtain documents after the deadline for completing discovery has passed.[3]

This motion to quash should be granted because it was issued after the Court's discovery deadline. Case Management Order No. 14 sets forth a discovery deadline of November 7, 2018. It is imperative for parties to adhere to Court imposed deadlines. Defendants have deposed Mrs. Earnest on multiple occasions. Moreover, Mrs. Earnest has submitted written discovery to Defendants, including Plaintiff Fact Sheets and Responses to Requests for Production. Defendants simply failed to adhere to the Court's orders and can offer no extraordinary or compelling reason

---

[1] 9A Fed. Prac. & Proc. Civ. § 2459.
[2] *See McNerney v. Archer Daniels Midland Co.*, 164 F.R.D. 584, 588 (W.D.N.Y.1995) (citations omitted); *Hickey v. Myers*, No. 09-CV-01307 MAD/DEP, 2013 WL 2418252, at *5 (N.D.N.Y. June 3, 2013)
[3] *McNerney v. Archer Daniels Midland Co.*, 164 F.R.D. 584, 588 (W.D.N.Y. 1995).

2

why they could not comply with the Court's Orders that were issued on June 13, 2018 regarding discovery. Further, by Defendants' own admission in the subpoena itself, it was aware of the photographs that Plaintiff Earnest referenced in the deposition, yet Defendants waited until after the discovery cutoff to request these photographs. The deadline for completing discovery has passed—Plaintiff asks the Court to quash the subpoena upon these grounds alone.

II. **DEFENDANTS FAILED TO ALLOW A REASONABLE TIME TO COMPLY TO THE SUBPOENA DUCES TECUM**

In addition to issuing the subpoena duces tecum after the discovery deadline had passed, Defendants have not allowed for a reasonable time to produce the requested documents. According to Federal Rules of Civil Procedure 45(d)(3)(A)(i), the Court "*must* quash or modify a subpoena that fails to allow a reasonable time to comply." (Emphasis added).

Plaintiff Barbara Earnest was served with the subpoena duces tecum on September 4, 2019. The subpoena requires that Plaintiff produce a substantial amount of photographs on September 16, 2019, less than two weeks later. This subpoena for documents does not allow Plaintiff's counsel enough time to collect, review, and produce these documents in the timeframe proposed by Defendants. This request could potentially include thousands of photographs spread out in physical and electronic formats. Locating and attributing these photographs for the years requested is not feasible in the short amount of time for compliance. Defendants had ample opportunity yet waited till after the close of discovery and shortly before trial to request these documents.

**CONCLUSION**

For the foregoing reasons, Plaintiff Barbara Earnest respectfully requests that the Court issue an Order quashing the subpoena issued to Plaintiff Earnest on September 4, 2019, after the close of discovery, and which calls for production from Plaintiff on September 16, 2019, the day in which the trial is scheduled to begin.

Dated: September 13, 2019

*/s/ Darin L. Schanker*
Darin L. Schanker
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
dschanker@coloradolaw.net

*Counsel for Plaintiff, Barbara Earnest*
*Trial Counsel for the PSC*

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

Respectfully submitted,

*/s/ Rand P. Nolen*
Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

*Trial Counsel for the PSC*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
