# EXHIBIT C

154

1 any degree of hair loss?
2     A.   No.  I don't think he has any.
3     Q.   Do you think he has any degree of hair
4 thinning?
5     A.   Thinning.  His hair was always thin, even
6 when he was little.
7     Q.   And I want to make -- go ahead.  I think
8 you were still speaking.
9     A.   Even when he was little, it was baby
10 fine.  I remember taking him to have it cut, and
11 she says how thin his texture was.
12     Q.   And so I want to make sure we're saying
13 the same thing.  Are you talking about individual
14 strands, or are you talking about sparseness of
15 hair?
16     A.   No, individual strands.  It was baby fine
17 hair.  He's had that.
18     Q.   And before Michael shaved his head, did
19 you think he had any hair thinning?
20     A.   No.  He had thick hair.
21     Q.   Can you see Ralph's scalp because of the
22 thinness of his hair?
23 MR. SCHANKER:
24       Objection, form.
25     A.   Yes.  I guess you can.

155

1 MR. SCHANKER:
2       Just for the record, when we're talking
3 about Ralph, Junior?
4 MS. BIERI:
5       That's a great point.
6     Q.   Ralph, Jr., your son.
7     A.   Uh-huh.
8 MS. BIERI:
9       Thanks, Darin.  That's a great point.
10     Q.   To your knowledge, has your son, Ralph,
11 Jr., ever inquired of a doctor regarding the
12 condition of his hair?
13     A.   He's never, ever told me anything, so --
14     Q.   What about your brother, Jules LeBlanc,
15 do you know if he has ever inquired of a doctor
16 about the condition of his hair?
17     A.   No.
18     Q.   No, you don't know; or, no, he has not?
19     A.   No.  I don't know.
20     Q.   Do you know if your brother, Ronald, has
21 ever spoken with a healthcare provider regarding
22 the thinning of his hair?
23     A.   I don't know.
24     Q.   Did your sister, Judy, suffer from any
25 hair loss or thinning?

156

1     A.   No.
2     Q.   What about your sister, Beverly Messa?
3     A.   No.
4     Q.   Your mother, would you say that your
5 mother, before she passed, suffered, at any time,
6 from any degree of hair thinning or baldness?
7     A.   No, she didn't.
8     Q.   Do you have any pictures of your mother?
9     A.   I probably do.
10     Q.   Where would you go to look if you were
11 going to look for pictures?
12     A.   In a photo album, if I had any.  I lost a
13 lot of pictures in the storm.
14     Q.   Were you able to save any --
15     A.   A few.
16     Q.   Sorry.  Let me finish.  Were you able to
17 save any of your photographs in connection with
18 Hurricane Katrina?
19     A.   Not too many.  I lost a lot.
20     Q.   Were you able to save one photo album?
21     A.   Oh, yes.  I saved about maybe -- maybe
22 two.  I would have to look and see if she's in it.
23     Q.   In connection with this litigation, have
24 you looked through those photo albums for
25 photographs of yourself?

157

1     A.   Yes.
2     Q.   Where do you keep those photo albums?
3     A.   In my living room, in my hutch, if you
4 want to call it.
5     Q.   Since August of 2005, have you ever
6 created a new photo album?
7     A.   Oh, yes.
8     Q.   How many photo albums do you think that
9 you've created since August of 2005?
10     A.   Probably none.  They're probably all in a
11 shoebox to be put in an album.
12     Q.   Understood.  So do you have shoeboxes
13 with photographs in them at your house?
14     A.   Uh-huh.
15     Q.   How many shoeboxes?
16     A.   At least one that I know of.
17     Q.   At least one?
18     A.   Uh-huh.
19     Q.   And do you keep that in your living room?
20     A.   Uh-huh.  Yes.
21     Q.   When was the last time that you looked in
22 that shoebox in your living room?
23     A.   It's been well over a year.
24     Q.   And when was the last time you looked in
25 the two photo albums that you told me about?

40 (Pages 154 to 157)

158

1    A.   I'd say probably in the past few -- well,
2  I can't remember when they were asking for
3  pictures of me, so that's when I looked, when the
4  lawyers.
5    Q.   And how many pictures of you would you
6  estimate are in those two photo albums?
7    A.   Not that many.  Maybe four or five.  I
8  don't know.  I don't take pictures.  I don't like
9  to take pictures.
10    Q.   We're talking about pictures before 2005.
11    A.   I didn't like taking pictures then.
12    Q.   Oh, you didn't?
13    A.   No.  I don't like taking pictures.
14    Q.   Why not?
15    A.   I just -- it's just something -- I just
16  don't.
17    Q.   Does it make you uncomfortable?
18    A.   Yes.  I just don't like taking pictures.
19  There's no other.
20    Q.   Is it something about holding still while
21  the picture is being taken?
22    A.   No.  I just don't think I'm photogenic.
23  I don't know.  I just don't like taking pictures.
24  That's all I can say.
25    Q.   And did you feel this way prior to your

159

1  cancer diagnosis?
2    A.   Even more so now.
3    Q.   So you did feel that way, to a degree --
4    A.   To some extent, yes.
5    Q.   And I'm so sorry to do this, but we can't
6  talk over each other.  Did you feel that way, to
7  some degree, prior to your cancer diagnosis?
8    A.   Yes, to a certain extent.
9    Q.   You told me that you have at least two
10  photo albums saved from before Hurricane Katrina
11  in 2005, and you told me that you only think there
12  are four to five photographs of you in those photo
13  albums, correct?
14    A.   Uh-huh.
15    Q.   And is the reason -- did you not like
16  having your photograph taken before Hurricane
17  Katrina?
18    A.   No, just --
19  MR. SCHANKER:
20       Objection, form.
21    A.   I just didn't like taking pictures.  Most
22  of my pictures are of my kids and grandkids now.
23  MS. BIERI:
24       Can we go off?  Are you okay with that?
25  MR. SCHANKER:

160

1       Yes.
2       (Off the record at 12:25 p.m.)
3       (Back on record at 1:16 p.m.)
4  MS. BIERI:
5    Q.   Back on the record after a lunch break.
6  Mrs. Earnest, you were diagnosed with cancer in
7  February of 2011; is that correct?
8    A.   Correct.
9    Q.   I just want you to orient back to the
10  year before that.  So from February of 2010 until
11  February of 2011, tell me about the things you
12  enjoyed doing in that year.
13    A.   Probably being with my grandkids, sewing,
14  going to the casinos.
15    Q.   Which one do you like or more than one?
16    A.   Well, back then, it probably was -- I'm
17  trying to think because it's changed hands now.  I
18  don't even know the name of it.  But now we go to
19  Treasure Bay in Gulfport.  My brother -- because I
20  go with him now, especially since my husband had
21  that surgery, he can't eat the buffet, so I go
22  with my brother, and we like the dungeness crabs.
23    Q.   Do you like to gamble, too?
24    A.   I could leave it, really.  He likes to
25  gamble.

161

1    Q.   Which brother?
2    A.   Ronald.
3    Q.   Do you have a game you like to -- a
4  specific --
5    A.   We just play slot machines.
6    Q.   And you mentioned your husband had a
7  surgery.
8    A.   Yes.  He had the bariatric surgery.  He
9  lost about 90 pounds so far.
10    Q.   When did he have bariatric surgery?
11    A.   I think it was in April of this year.
12    Q.   April 2017?
13    A.   Yes, uh-huh.
14    Q.   Was it recommended to him, to your
15  knowledge, by a doctor --
16    A.   Yes.
17    Q.   -- to have bariatric surgery?
18    A.   Yes, Dr. Baez.  In fact, he went to Dr.
19  Baez.  He had to change doctors because he was no
20  longer -- the doctor he was affiliated with no
21  longer took his insurance plan.
22       So I told him, I said, well, go to my
23  doctor.  I like him.  So he went -- the very first
24  day he went, he said, you are a candidate for the
25  surgery.  He says, you have high blood pressure,

41 (Pages 158 to 161)