# EXHIBIT D

Page 54

1    about it.
2    A. Okay.
3    Q. Have you ever seen this document before?
4    A. No, sir.
5    Q. Did anyone in preparation for your deposition
6       tell you that you were to look for documents?
7    A. Yes, sir.
8    Q. What documents did you look for?
9    A. I looked for everything that -- In fact, Darin
10      sent me out a list of different things that I
11      needed to look for. It was like pictures,
12      books, anything that we had on it, and he has
13      had everything we have in his possession.
14   Q. Flip to page 6 of Exhibit #1.
15   A. Okay.
16   Q. Just read what it says after number 1.
17   A. All photographs of plaintiff that depict her
18      head -- hair on head or body, whether in hard
19      copy or stored on a camera memory card or any
20      other device used to store digital
21      photographs, including but not limited to.
22   Q. Did you look for photographs in preparation
23      for this deposition?
24   A. Today's deposition, no.
25          I looked -- Let me rephrase that.

Page 55

1           Yes, I did. I looked to see if I had
2       anything left, because everything I had with
3       Barbara's deposition was turned over to him.
4    Q. What types of photos did you look for when you
5       were looking for photographs?
6    A. Well, you know, we are concerned about the
7       litigation with the hair loss and so forth.
8       So we wanted to see pictures of hair loss or
9       of when she had a full head of hair or
10      whatever.
11          Naturally she wouldn't have a full head of
12      hair now. So I wouldn't have pictures of
13      that.
14          But I would look for any kind of pictures
15      of hair loss.
16   Q. Are there any pictures that you found of your
17      wife that you did not produce?
18   A. No. No. I turned them all over. You've got
19      everything.
20   Q. So any picture that had your wife in it, you
21      provided to your lawyer?
22   A. I provided them all, yes.
23   Q. Do you have any document -- If you will take a
24      look at number 2 on page 6 of Exhibit #1.
25          Do you have any document in your

Page 56

1       possession, custody, or control regarding
2       Taxotere, Docetaxel, or your wife's alleged
3       hair loss?
4    A. No.
5    Q. Okay. Look at number 3.
6           Do you have any instructions, product
7       warnings, package inserts, handouts, or other
8       documents or materials that you obtained in
9       connection with your wife's use of Taxotere?
10   A. No, sir.
11   Q. Number 4, do you have any information or
12      documents that you provided to plaintiff
13      regarding her cancer treatment, regardless of
14      when or how obtained?
15   A. No, sir.
16   Q. Do you keep cards or notes that you write to
17      your wife?
18   A. No, I don't.
19   Q. Did you write her any cards or notes when she
20      was going through her cancer treatment?
21   A. No.
22   Q. Do you have any communications in your
23      possession where you have written to her about
24      her cancer treatment?
25   A. No, sir.

Page 57

1    Q. Do you keep a journal?
2    A. No. No, sir.
3    Q. How about a calendar?
4    A. Yeah. Everybody has a calendar. We have one
5       in our kitchen.
6    Q. Aside from the hard copy calendar in your
7       kitchen, do you have another calendar?
8    A. No, sir.
9    Q. What do you do with the hard copy calendars
10      when the year is over?
11   A. Throw them away.
12   Q. Do you have any documents obtained directly or
13      indirectly from any defendants in this case --
14   A. No, sir.
15   Q. -- including Sanofi?
16   A. No, sir.
17   Q. Do you have a camera?
18   A. Sure do.
19   Q. What kind of camera do you have?
20   A. It's a Kodak. I couldn't tell you the exact
21      brand other than it's a Kodak.
22   Q. Is it a digital camera?
23   A. Yes, it is.
24   Q. How do you store pictures on your camera?
25   A. Well, I haven't stored pictures on that camera

15 (Pages 54 - 57)

Page 58

1  in several years, because I have had the
2  camera on the phone now.
3  Q. The pictures from several years ago before you
4   had your phone, where would you have kept
5   those pictures?
6  A. I guess a SD card or whatever they call it. A
7   little card. You know, where you slide them
8   in and it takes pictures.
9  Q. Do you mean like a memory card?
10 A. Yes.
11 Q. Do you have memory cards in your house?
12    MR. SCHANKER:
13        Objection. Form.
14    THE WITNESS:
15        No. Other than one in the phone -- I
16     mean in the camera I got, but it's
17     clean. I can tell you that right now.
18 EXAMINATION BY MR. HARMON:
19 Q. So when you took pictures on your Kodak camera
20   several years ago --
21 A. Sure.
22 Q. -- you would put the pictures on a memory
23   card. Is that right?
24 A. Yes.
25 Q. What did you do with that memory card?

Page 59

1  A. It's gone. It's thrown away.
2  Q. Before throwing away the memory card to your
3   Kodak camera, did you keep the pictures and
4   take them off of it?
5  A. No. I would have -- how do you say -- made
6   sure it was clean before I threw it away in
7   case somebody else would come pick it up or
8   something. Not that it was any of their
9   business.
10 Q. Did you print the pictures before you threw
11   away your memory card?
12 A. I'm sure I did at that particular time.
13 Q. What did you do with the hard copies?
14 A. Whatever I had I produced them to Darin. I
15   also stored them in an old shoebox.
16 Q. Okay. So any pictures that you have are
17   stored in a shoebox?
18 A. Yes.
19 Q. You don't have any pictures on a memory card?
20 A. No, sir.
21 Q. You don't have any pictures on a computer?
22 A. No, sir.
23 Q. Do you have any pictures on an external hard
24   drive?
25    MR. SCHANKER:

Page 60

1        Objection. Form.
2    THE WITNESS:
3        No, sir.
4  EXAMINATION BY MR. HARMON:
5  Q. Do you have any pictures on a CD?
6  A. No, sir.
7    MR. HARMON:
8        Okay. Let's take a quick break.
9     (Off the record.)
10 EXAMINATION BY MR. HARMON:
11 Q. We are going to talk a little bit about your
12   wife's cancer diagnosis and treatment.
13 A. Sure.
14 Q. Do you regularly go to medical appointments
15   with your wife?
16    MR. SCHANKER:
17        Objection to form.
18    THE WITNESS:
19        Yes, I do.
20 EXAMINATION BY MR. HARMON:
21 Q. How often do you go to medical appointments
22   with your wife?
23 A. When she has one, I'm there with her.
24 Q. Has that always been the case?
25 A. When I was working, not always.

Page 61

1  Q. So when you were working, you were not able to
2   go to all of your wife's medical appointments.
3   Is that right?
4  A. That's correct.
5  Q. But since retiring in 2013 --
6  A. That's correct.
7  Q. -- do you always attend medical appointments
8   with your wife?
9  A. Yes, sir.
10 Q. Does she attend your medical appointments?
11 A. Yes, sir.
12 Q. Why might you go to a medical appointment with
13   your wife?
14    MR. SCHANKER:
15        Objection. Form.
16    THE WITNESS:
17        To see what is going on and if there
18     are any changes in her life that I need
19     to know about.
20 EXAMINATION BY MR. HARMON:
21 Q. Do you generally sit in the lobby or do you go
22   in and listen to the doctor?
23 A. Depending on the doctor. If it's OBGYN, I
24   won't go in for that. If it's a regular
25   general practitioner, I go in and listen to

16 (Pages 58 - 61)