UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRAWORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>DANNHARDT ET AL v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:18-cv-07538 |

## PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Barbara Dannhardt, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *federal Rules of Civil Procedure*, hereby files this Motion to Vacate the Notice of Voluntary Dismissal, Document no. 5651, with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc and Hospira, Inc. We are seeking relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6) as we have recently come across new discovery information certified by the treating medical facility. After learning that the NDC chart provided was erroneous, today we received confirmation from UPMC showing that the manufacturer in this case was Hospira. This new discovery information was presented to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc and Hospira, Inc Defendants and they have consented to be brought back in to the case and to the filing of this motion.

1

Dated September 27, 2019

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/Andrew T. Kagan*
Andrew T. Kagan
