# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER RE: MOTION TO VACATE DISMISSAL WITH RESPECT TO HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>DANNHARDT ET AL v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:18-cv-07538-JTM-MBN |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Dismissal with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. is hereby GRANTED, and that Plaintiff's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., are hereby Reinstated.

Signed, this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Judge

1