# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Vann v. Sanofi US Services Inc. et al* Plaintiff Name: Caroline Vann Civil Action No.: 2:18-cv-13801 | JUDGE MILAZZO MAG. JUDGE NORTH |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 16th day of September 2019.

                    Respectfully submitted,

                    /s/ Charlotte Long

                    Charlotte Long
                    Texas Bar No: 24094692
                    charlotte@fnlawfirm.com

                    FEARS NACHAWATI, PLLC
                    5473 Blair Road
                    Dallas, Texas 75231
                    Tel. (214) 890-0711
                    Fax (214) 890-0712

                    Counsel for Plaintiff

                    /s/ Matthew R. McCarley

                    Matthew R. McCarley
                    Texas Bar No: 24041426
                    mccarley@fnlawfirm.com

                    FEARS NACHAWATI, PLLC
                    5473 Blair Road
                    Dallas, Texas 75231
                    Tel. (214) 890-0711
                    Fax (214) 890-0712

                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                    /s/ Charlotte Long