MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 14, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION

                                     SECTION: "H"(5)

                                     THIS DOCUMENT RELATES TO
                                     ALL CASES

The Court heard argument on the PSC's Motions to Quash subpoenas duces tecum (rec. docs. 8222, 8224).  After considering the argument of counsel, the subpoenas are quashed.

                                                **MICHAEL B. NORTH**
                                     **UNITED STATES MAGISTRATE JUDGE**

MJSTAR (00:15)