MINUTE ENTRY
MILAZZO, J.
September 13, 2019

JS-10:01:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases Barbara Earnest, 16-17144 | | |

## MINUTE ENTRY

On September 13, 2019, the Court held a status conference with Darin Schanker and Douglas Moore. The parties updated the Court on the status of the case.

