UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. AND SAGENT PHARMACEUTICALS, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Guynelle McEntire, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-11429 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc. and Sagent Pharmaceuticals, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated this 17th day of September, 2019**

                                        **LOWE LAW GROUP**
                                        By: */s/ Nathan Buttars*
                                        Nathan Buttars
                                        6028 S. Ridgeline Dr., Ste. 200
                                        Ogden, UT 84405
                                        Telephone: (385) 298-0175
                                        Facsimile: (801) 656-0997
                                        Email: nate@lowelawgroup.com
                                        *Attorney for Plaintiff(s)*