**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**
**Deborah Johnson, Case No. 2:16-cv-15607**
**Tanya Francis, Case No. 2:16-cv-17410**

**MDL No. 2740**

**SECTION: H (5)**

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Defendants' Motion to Tax Costs against Plaintiff Deborah Johnson (Rec. Doc. 7953) and Defendants' Motion to Tax Costs against Plaintiff Tanya Francis (Rec. Doc. 7952) filed by Defendants, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date (Rec. Doc. 8192) on Motions to Tax Costs be and is **GRANTED**, and that the submission date on both Motions is hereby continued to October 23, 2019.

New Orleans, Louisiana this 17th day of September, 2019.

JUDGE JANE TRICHE MILAZZO