MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 17, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER: 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

| PRESENT: | Andrew Lemmon | Julie Callsen |
| | Jason Fraxedas | John Olinde |
| | Larry Centola | Mara Cusker Gonzalez |
| | | Cliff Merrell |
| | | |
| PARTICIPATING BY PHONE: | Lindsay Stevens | Beth Toberman |
| | | Mike Suffern |
| | | Karina Pundeff |
| | | Chad Vacarella |

The PSC may subpoena from Lambda Therapeutics the Accord database materials it had sought from Accord, as the Court deems those materials relevant to the claims and defenses in this matter. The PSC's request that Accord produce foreign labeling materials is denied, as the PSC has not established a sufficient link between the Accord defendant in this case and purportedly related foreign Accord entities and Accord represents that it is not in possession of foreign labeling materials. The Court declines to extend any discovery deadlines at this point and directed the parties to discuss such deadlines after the District Judge determines the identity of the next bellwether plaintiff in October.

MJSTAR (00:25)

The next discovery/status conference will take place October 18, 2019 at 10:00 a.m.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE