# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** |
| BARBARA J. ISELIN, | |
| *Plaintiff* | HOSPIRA WOLWIDE, LLC f/k/a HOSPIRA WORLWIDE, INC. and HOSPIRA, INC. |
| vs. | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES LTD., | Civil Action No.: 2:17-CV-16912 |
| *Defendants* | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except., HOSPIRA WOLWIDE, LLC f/k/a HOSPIRA WORLWIDE, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: September 19, 2019

                                                By: /s/ Sarah J. Showard
                                                       Sarah J. Showard AZ Bar# 012350
                                                       4703 E. Camp Lowell Dr.
                                                       Suite 253
                                                       Tucson, AZ   85712
                                                       Phone: 520-622-3344
                                                       Fax: 520-881-5260
                                                       Email: sjshoward@showardlaw.com

                                                       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                 */s/ Sarah J. Showard*