BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases Listed on Exhibit A* | HON. JANE T. MILAZZO |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Plaintiffs herein, and files this, the Plaintiffs' Motion for Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiffs request that attorneys-of-record Dean A. Goetz and The Goetz Firm, Inc. be granted leave to withdraw as counsel in the matters listed in Exhibit A as there will be a new agreement between Gomez Trial Attorneys and Dean A. Goetz and The Goetz Firm, Inc. and Plaintiffs wish to proceed with this new agreement between the firms. The Plaintiffs listed on Exhibit A have signed new representation agreements showing their good faith in continuing their cases with Gomez Trial Attorneys leading as counsel of record on their cases.

The Plaintiffs further request attorney John H. Gomez, Ahmed S. Diab and Lindsay R. Stevens of Gomez Trial Attorneys, 655 West Broadway, Ste. 1700, San Diego, CA 92101 be substituted as their attorney-of-record in the instant actions.

Attorney Dean A. Goetz and The Goetz Firm, Inc. have conferred with attorneys John H. Gomez, Ahmed S. Diab and Lindsay R. Stevens and represent to this Court that all above-mentioned attorneys consent to this Motion.

At no point will Plaintiff be unrepresented if this Motion is granted.

WHEREFORE, the Plaintiffs respectfully request that attorney Dean A. Goetz and The Goetz Firm, Inc. be granted leave to withdraw as counsel in case numbers listed in Exhibit A, and that attorneys John H. Gomez, Ahmed S. Diab and Lindsay R. Stevens be substituted therefor.

Dated: September 20, 2019                              Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

*THE GOETZ FIRM, INC.*
*/s/Dean A. Goetz*
Dean A. Goetz (CA Bar #65949)
603 N. Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com