# Exhibit A

| Last Name | First Name | Case No.: |
|---|---|---|
| Adams | Judy | 2:17-cv-09802 |
| Atkinson | Zylphia | 2:17-cv-09805 |
| Ball | Suzianne | 2:17-cv-11409 |
| Bentley | Nellie | 2:17-cv-09948 |
| Blake | Cheryl | 2:17-cv-10523 |
| Collins | Eugenia | 2:17-cv-14360 |
| Crews | Aisha | 2:17-cv-10525 |
| Davis | Gloria | 2:17-cv-09951 |
| Durham | Laura | 2:17-cv-09952 |
| Fuller | Susan | 2:16-cv-16847 |
| Gaye | Mary | 2:17-cv-09954 |
| Green Howard | Sylvia | 2:17-cv-09956 |
| Hassey | Tandy | 2:17-cv-14809 |
| James | Deborah | 2:17-cv-09965 |
| Johnson | Mildred | 2:17-cv-09968 |
| Johnson | Twila | 2:17-cv-13564 |
| Laitman | Melissa | 2:17-cv-11965 |
| Mergendahl | Darlene | 2:17-cv-14795 |
| Moffett | Juanita | 2:17-cv-14372 |
| Moore | Brenda | 2:17-cv-12673 |
| Oyibo | Gail | 2:17-cv-12677 |
| Piggott | Theresa | 2:17-cv-09985 |
| Pottinger | Tricia-Ann | 2:17-cv-14835 |
| Pressley | Lisa | 2:17-cv-09991 |
| Raines | Cynthia | 2:17-cv-12694 |
| Trunick | Kimberley | 2:17-cv-12666 |
| Wells | Elizabeth | 2:17-cv-09990 |