**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO:                         HON. JANE T. MILAZZO
*All Cases Listed on Exhibit A*

<u>**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**</u>

PLEASE TAKE NOTICE that the Plaintiffs' Motion for Withdrawal and Substitution of

Counsel in the above-listed action, is hereby set for submission to the Court on October 4th,

2019, at 9:00 a.m. before the Honorable Jane Triche Milazzo, at the U.S. Courthouse, 500

Poydras Street, New Orleans, LA 70130.

Dated: September 20, 2019                           Respectfully submitted,
                                                                     GOMEZ TRIAL ATTORNEYS

                                                                      */s/Lindsay R. Stevens*
                                                                     John H. Gomez (CA Bar # 171485) T.A.
                                                                     Ahmed S. Diab (CA Bar # 262319)
                                                                     Lindsay R. Stevens (CA Bar # 256811)
                                                                     655 West Broadway, Suite 1700
                                                                     San Diego, California 92101
                                                                     Telephone: (619) 237-3490
                                                                     Facsimile: (619) 237-3496
                                                                     *john@thegomezfirm.com*
                                                                     *adiab@thegomezfirm.com*
                                                                     *lstevens@thegomezfirm.com*

                                                                     *THE GOETZ  FIRM, INC.*
                                                                     */s/Dean A. Goetz*
                                                                     Dean A. Goetz (CA Bar #65949)
                                                                     603 N. Hwy 101, Ste. H
                                                                     Solana Beach, CA 92075
                                                                     Telephone: (858) 481-8844

                                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com