BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases Listed on Exhibit A* | HON. JANE T. MILAZZO |

## PROPOSED ORDER

Considering the foregoing Motion for Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Dean A. Goetz and The Dean Goetz Law Firm are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorneys John H. Gomez, Ahmed S. Diab and Lindsay R. Stevens of Gomez Trial Attorneys are substituted as the Plaintiffs' attorney of record in case numbers listed in Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane Triche Milazzo

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                  */s/ Lindsay R. Stevens*
                                  Lindsay R. Stevens (CA Bar # 256811)
                                  GOMEZ TRIAL ATTORNEYS
                                  655 West Broadway, Suite 1700
                                  San Diego, California 92101
                                  Telephone: (619) 237-3490
                                  Facsimile: (619) 237-3496
                                  lstevens@thegomezfirm.com