MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 16, 2019

JS-10: 07:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

MDL

NO. 16-2740

SECTION "H"(5)

**JURY TRIAL** - Day 1
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: CATHY PEPPER/JODI SIMCOX

APPEARANCES:   DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID F. MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Oath on Voir Dire is administered to prospective jurors.
Court begins at 8:40 a.m.
Case called.
Voir Dire examination by the Court.
Counsel conduct voir dire.
Jury of 8 selected, sworn and instructed.
Court recess at 1:00 p.m. – 2:00 p.m.
Opening statements presented by Counsel.
Jury out.
Plaintiffs make objections to statements made Defense counsel during openings. – Ruling is deferred.
Jury in.
**FRANCES POLIZZANO**: Testimony by video deposition.
Jury out.
**EXHIBIT**:   PX 192 & PX 556 offered and admitted into evidence.

Court recessed at 4:40 pm until 8:30 a.m. September 17, 2019.

