MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 17, 2019

JS-10: 07:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This document relates to:
Civil Action: **16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

MDL

NO. 2740

SECTION "H"(5)

**JURY TRIAL** - Day 2
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: CATHY PEPPER(A.M.)/JODI SIMCOX(P.M.)

APPEARANCES:   DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 8:35 a.m.
Objections made on the record outside jury presence.
A proposed jury instruction is tendered to the Court as Plaintiff Proffer 1.
All jurors present.
Additional jury instruction given to the jury by the court.

**AMY FREEDMAN**: Testimony by video deposition.
**EXHIBIT**:   PX 175 offered and admitted into evidence.

**DAVID KESSLER, M.D., J.D.**: Testifies under oath in open Court.  Dr. Kessler is accepted by the Court as an expert in the fields of FDA regulation, drug standards and labeling of drugs and medical devices, as well as a medical expert in the fields of epidemiology and biostatistics.
**EXHIBIT**:   PX 200, PX 320, PX 396 offered and admitted into evidence.

Court recessed at 12:00 Noon – 1:00 p.m.

Testimony of Dr. Kessler continues.
**EXHIBIT**:   DX-31, DX-215, DX-317 offered and admitted into evidence.

Jury out.

Additional testimony of Dr. Kessler is proffered along with the following exhibits:
    DX-76 as Defense Proffer 1
    DX-102 as Defense Proffer 2
    DX-272 as Defense Proffer 3

Court recessed at 5:05 pm until 8:30 a.m. September 18, 2019.

