MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 18, 2019

JS-10: 09:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                     MDL

This document relates to:                       NO. 2740

Civil Action: **16-17144**
**Barbara Earnest**                             SECTION "H"(5)
**v. Sanofi S.A. et al**

**JURY TRIAL -** Day 3
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: CATHY PEPPER(A.M.)/JODI SIMCOX(P.M.)

APPEARANCES:  DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 8:35 a.m.
All jurors present.
**RUTH MORA AVILA**: Testifies under oath in open Court.
**EXHIBIT**:   DX 5 & DX 570 offered and admitted into evidence.

**DAVID MADIGAN, Ph.D.**: Testifies under oath in open Court. - Dr. Madigan is accepted by the Court as an expert in the fields of biostatistics, statistics, pharmacovigilance & safety.
**EXHIBIT**:   PX 1231 offered and admitted into evidence.

Court recessed 11:45 a.m. – 12:50 p.m.

Testimony of Dr. Madigan continues.

**JEAN-PHILIPPE AUSSEL**: Testimony by video deposition.

**LAURA M. PLUNKETT, Ph.D, DABT**: Testifies under oath in open Court. – Dr. Plunkett is accepted by the Court as an expert in the fields on pharmacology, toxicology, and risk assessment.

Court recess 5:30 p.m. - 5:45 p.m.
**EXHIBIT**:   DX 388(D) offered and admitted into evidence.

Court recessed at 7:00 pm until 9:00 a.m. September 19, 2019.