# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SAGENT PHARMACEUTICALS, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Vivian Fox v. Sanofi US Services, Inc. et al. | Civil Action No.: 2:18-cv-14134 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sagent Pharmaceuticals, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of September, 2019

                                              Debra Humphrey, Esq.
                                              Marc J. Bern & Partners LLP
                                              60 East 42nd Street, Suite 950
                                              New York, NY 10165
                                              Tel: (212) 702-5000
                                              Fax: (212) 818-0164
                                              dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

    I hereby certify that on September 20th of 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 20th, 2019                   /s/   Debra J. Humphrey