MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 19, 2019

JS-10: 06:33

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

### **JURY TRIAL** – Day 4
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: CATHY PEPPER/JODI SIMCOX

APPEARANCES:　DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 09:05 a.m.

**EXHIBIT**:　PX 11, PX 131, PX 141, PX 185, & PX 526 admitted into evidence under Dr. Aussel's testimony.

All jurors present.

**ANTONELLA TOSTI, M.D.**: Testifies under oath in open Court. – The Court accepts Dr. Tosti as an expert in the fields of dermatology, hair, hair disorders, lack of hair regrowth, diagnoses of permanent chemotherapy induced alopecia.

Court recessed 12:08 p.m. – 1:15 p.m.
Testimony of Dr. Tosti continues.

Court recess 3:05 p.m. – 3:20 p.m.

**MICHAEL EARNEST**: Testifies under oath in open Court.
EXHIBIT: DX 2034 & DX 2369 offered and admitted into evidence.

**ELLEN FEIGAL, M.D.**: Testifies under oath in open Court. - Dr. Feigal is accepted by the Court as an expert in the fields of clinical research, clinical study, design & interpretation & general causation.

Court recessed at 5:00 pm until 8:30 a.m. September 20, 2019.