MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 20, 2019

JS-10: 05:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

### **JURY TRIAL** – Day 5
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: CATHY PEPPER/JODI SIMCOX

APPEARANCES:    DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 08:30 a.m.
All jurors present.

Testimony of expert witness, **Dr. Ellen Feigal**, continues.

Court recess 10:23 a.m. – 10:40 a.m.

**LINDA BOSSERMAN, MD**: Testifies under oath in open Court. – Dr. Bosserman is accepted by the Court as an expert in the fields of breast cancer diagnosis, breast cancer treatment & management of breast cancer treatment, treatment options & guidelines for breast cancer, & general care for phyisicians informing patients through the decision making process.
**EXHIBIT**:    PX 1878 offered and admitted into evidence.

Court recess 11:45 a.m. – 12:45 p.m.

**MICHAEL KOPRESKI, M.D**:  Testifies by video deposition.
**EXHIBIT**:   PX 205 offered and admitted into evidence.

Court recess 2:30 p.m. – 2:50 p.m.

**MARIE LAGARDE, M.D.:**  Testifies under oath in open Court.
EXHIBIT:    DX 2365 & PX 633 offered and admitted into evidence.


Court recessed at 3:45 p.m. until 8:30 a.m. on Monday, September 23, 2019.

