# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-30631   In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:18-CV-7024

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. William W. Blevins
Mr. John Christopher Elliott

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

September 12, 2019  
CORRECTED

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 19-30631    In re: Taxotere Prod Liability
                 USDC No. 2:16-MD-2740
                 USDC No. 2:18-CV-7024


The court has granted appellants' motion to reinstate the appeal.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702


Mr. William W. Blevins  
Mr. John Christopher Elliott