UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE, PRODUCTS LIABILITY LITIGATION
MDL – 2740

THIS DOCUMENT RELATES TO: CASE NO.: 2:17-cv-2265

CHARITY MILLER,

 Plaintiff,

vs.

SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.

 Defendant.

_____/

## SUGGESTION OF DEATH OF CHARITY MILLER

 COMES NOW the husband, CARL MILLER. of Plaintiff, CHARITY MILLER, and by and through his undersigned attorney, files this Suggestion of Death:

 That on **January 23, 2019** Plaintiff, CHARITY MILLER, passed away in Pine Bluff, Arkansas.

 DATED this 23rd day of September, 2019.

/s/ Jason R. Fraxedas
JASON R. FRAXEDAS
Florida Bar Number 63887
THE MAHER LAW FIRM, P.A.
271 West Canton Ave., Suite 1
Winter Park, FL 32789

Voice:  407-839-0866
Fax:     407-425-7958
jrfraxedas@maherlawfirm.com