UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT EXCEPT HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA INC.** |
| THIS DOCUMENT RELATES TO: CRYSTAL SCHLOTTERBECK | Civil Action No.: 2:17-cv-05673 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA INC. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this   24   day of   September  , 2019

SIMMONS HANLY CONROY

/s/ *Trent Miracle*
Trent Miracle
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Telephone: 618-259-2222
Facsimile: 618-259-2251
Email: tmiracle@simmonsfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on  September 24 , 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 24 , 2019

/s/ *Trent Miracle*