UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) |
| The Cases Listed on the attached Exhibit A | § § § | JUDGE MILAZZO |
| | § | MAG. JUDGE NORTH |

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Charles G. Orr and attorney Jennifer Nolte, of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away.  Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of Jennifer Nolte of Allen & Nolte, PLLC in place thereof.

Dated this 24th day of September, 2019.

/s/ Charles G. Orr
Charles G. Orr

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Berry, Velma | 2:17-cv-15728 |
| Chapman, Evelyn | 2:17-cv-15799 |
| Dickard, Barbara | 2:18-cv-12903 |
| Duggan, Gail | 2:18-cv-12897 |
| Fink, Jo | 2:17-cv-15858 |
| Paquette, Michele | 2:18-cv-12879 |
| Phillips, Sandra | 2:18-cv-12882 |
| Reed, Mary | 2:18-cv-12885 |
| Rolle, Tiffany | 2:18-cv-12914 |
| Smith, Christine | 2:18-cv-12916 |
| Twarkins, Doreen | 2:17-cv-16168 |
| Underwood, Anna | 2:18-cv-12900 |
| Young, Joanne | 2:18-cv-12891 |