UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO.: 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "N"(5) |
| ) | JUDGE MILAZZO |
| THIS DOCUMENT RELATED TO: ) | MAG. JUDGE NORTH |
| *Charity Miller v. Sanofi S.A., et al* ) | |
| *Case No.: 2:17-cv-2265* ) | |
| Plaintiff, Charity Miller ) | |
| ) | |
| ) | |
| _____ ) | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff, CHARITY MILLER, notes the death during the pendency of this action of Plaintiff, CHARITY MILLER.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jason R. Fraxedas
JASON R. FRAXEDAS
Florida Bar Number 63887
THE MAHER LAW FIRM, P.A.
271 West Canton Ave., Suite 1
Winter Park, FL 32789
Telephone: 407-839-0866
Facsimile: 407-425-7958
jrfraxedas@maherlawfirm.com
*Attorney for Plaintiff*