**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO.: 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "N"(5) |
| ) | JUDGE MILAZZO |
| THIS DOCUMENT RELATED TO: ) | MAG. JUDGE NORTH |
| *Charity Miller v. Sanofi S.A., et al* ) | |
| *Case No.: 2:17-cv-2265* ) | |
| Plaintiff, Charity Miller ) | |
| ) | |
| ) | |
| _____ ) | |

# MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, CHARITY MILLER now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Carl Miller, on behalf of his deceased wife, Charity Miller, in the above captioned cause.

1. Charity Miller filed a products liability lawsuit against defendants on March 17, 2017. *See* Doc. 1.

2. Charity Miller filed her 1ST Amended Complaint on May 31, 2017. *See* Doc. 7.

3. On January 23, 2019, Charity Miller passed away.

4. Plaintiff filed a Suggestion of Death on September 23, 2019. *See* Doc. 8266, attached hereto as **Exhibit A.**

5. Charity Miller's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

6. The decedent's husband, CARL MILLER, is the Proper Plaintiff and wishes to be substituted on behalf of Charity Miller, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: Winter Park, Florida
September 25, 2019

Respectfully submitted,

/s/Jason R. Fraxedas
JASON R. FRAXEDAS
The Maher Law Firm, P.A.
271 W. Canton Ave., Suite 1
Winter Park, FL   32789
Phone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Jason R. Fraxedas
JASON R. FRAXEDAS