# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO.: 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "N"(5) |
| ) | JUDGE MILAZZO |
| THIS DOCUMENT RELATED TO: ) | MAG. JUDGE NORTH |
| *Charity Miller v. Sanofi S.A., et al* ) | |
| *Case No.: 2:17-cv-2265* ) | |
| Plaintiff, Charity Miller ) | |
| ) | |
| ) | |
| _____ ) | |

## ORDER ON MOTION FOR SUBSTITUTION OF
## PARTY PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **CARL MILLER**, on behalf of his deceased wife, CHARITY MILLER, may be substituted for Charity Miller as the proper party plaintiff in this action.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
HONORABLE JANE TRICHE MILLAZO
United States District Court Judge