UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Barbara Earnest, Case No. 2:16-cv-17144. | |

**NOTICE OF SUBMISSION OF DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

To: Plaintiffs' Liaison Counsel

PLEASE TAKE NOTICE that sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), will bring for submission their Motion for Judgment as a Matter of Law at the close of Plaintiff's evidence before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on **September 25, 2019**, or as soon thereafter as counsel may be heard.

Date: September 25, 2019

                                                     Respectfully submitted,

                                                     */s/ Douglas J. Moore*
                                                     Douglas J. Moore (Bar No. 27706)
                                                     **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                                     400 Poydras Street, Suite 2700
                                                     New Orleans, LA  70130
                                                     Telephone: 504-310-2100
                                                     Facsimile: 504-310-2120
                                                     dmoore@irwinllc.com

Jon Strongman
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

Ilana H. Eisenstein
**DLA PIPER LLP (US)**
1650 Market St., Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3351
Facsimile: 215-606-3351
Ilana.Eisenstein@dlapiper.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*