# EXHIBIT A

Exhibit A to Sanofi's Motion for Judgment as a Matter of Law on Preemption

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, MDL NO. 2740, Filed Sept. 25, 2019

THIS EXHIBIT RELATES TO: Barbara Earnest, Case No 2:16-cv-17144

IRWIN FRITCHIE URQUHART & MOORE LLC
— COUNSELORS AT LAW —

*CONFIDENTIALITY NOTE: The information on this cd is legally privileged and confidential and is intended only for the use of the individual or entity to whom it is addressed.*
**Privileged and Confidential**
9/25/2019

**Index of Exhibit A to Sanofi's Motion for Judgment as a Matter of Law on Preemption**
**MDL No. 2740, Barbara Earnest, No. 16-17144**

| Folder | Bates / ID | Date | Description | Defense Exhibit |
|---|---|---|---|---|
| Apr. 14, 1996 | Initial FDA Approval | | | |
| | Sanofi_01380011 | May 14, 1996 | FDA Approval Letter for Taxotere | D-215 |
| | Sanofi_00654954 | November 16, 1994 to January 31, 1995 | Collection of NDA submissions including documents related to the December 1994 ODAC meeting. | D-111 |
| Mar. 17, 2004 | Sanofi formal submission for Adjuvant Breast Cancer Indication to FDA – TAX316 clinical trial data and proposal of persistent and ongoing alopecia in the product labeling | | | |
| | Sanofi_00354861 | August 5, 2004 | Email from Rozycki to FDA submitting proposed labeling for S-029, the TAX 316 sNDA | D-75 |
| | Sanofi_02673277; Sanofi_00798650 | January 21, 2004 | TAX 316 CSR – Interim Analyses | D-241 |
| | Sanofi_05525092 | March 17, 2004 | Proposed PI | D-400.C |
| | Sanofi_05597232 | March 17, 2004 | Adjuvant Submission Letter | D-333 |
| | Sanofi_01296737 | March 12, 2004 | DRAFT USPI – Annotated | D-209 |
| | Sanofi_00355202 | June 23, 2004 | Email to FDA submitting proposed labeling for S-029, the TAX 316 sNDA, with attached draft label | D-76 |
| Aug. 11, 2004 | FDA removal from the product labeling of Sanofi's proposed language on persistent and ongoing alopecia in the TAX316 clinical trial | | | |
| | Sanofi_04817146 | August 9, 2004 | Email to FDA re: responses to FDA requests about proposed Taxotere labeling with TAX 316 sNDA (S-029) | D-287 |
| | Sanofi_04817147 | August 9, 2004 | FDA Contact Report re: TAX 316 sNDA (S-029) proposed labeling indicating the FDA would be requesting changes in the AE tables. Discussions on redline | D-400.D |
| | Sanofi_00548479 | August 11, 2004 | Email from Ann Staten (FDA) with redlines to labeling | D-102 |
| | Sanofi_04539472 | August 13, 2004 | Email from Ann Staten (FDA) with redlines to labeling (color version) | D-272 |
| Aug. 18, 2004 | FDA Formal Approval Package for Adjuvant Breast Cancer Indication | | | |
| | Sanofi_05506899 | August 18, 2004 | Approval Letter for Adjuvant BC Indication | D-317 |
| | Sanofi_04817016 | August 24, 2004 | Final Label Submission | D-400.E |
| Nov. 12, 2009 | Sanofi formal submission for Pediatric Indication to FDA | | | |
| | Sanofi_00216761 | November 12, 2009 | Pediatric Submission | D-400.F |
| | Sanofi_00385191 | November 12, 2009 | Proposed PI | D-400.G |
| | Sanofi_01028499 | May 28, 2010 | Amended Submission | D-400.H |
| Nov. 30, 2009 | Sanofi formal submission of GEICAM 9805 clinical trial data and proposed labeling to FDA | | | |
| | Sanofi_00215728 | November 30, 2009 | GEICAM 9805 Submission | D-45 |
| | Sanofi_00384722 | November 30, 2009 | Proposed PI | D-90 |
| | Sanofi_04800854 | November 30, 2009 | GEICAM 9805 CSR | D-282 |
| May 13, 2010 | FDA Formal Approval of Pediatric Indication – FDA removal of "hair generally grows back" from Taxotere product labeling | | | |
| | Sanofi_00169041 | May 3, 2010 | Health Authority Contact - Removal of Hair Generally Grows Back | D-23 |
| | Sanofi_00793355 | May 13, 2010 | Supplement Approval | D-152 |
| Sept. 24, 2010 | Sanofi formal submission of TAX316 10-year Clinical Study Report to FDA | | | |
| | Sanofi_01288423 | September 24, 2010 | PMC Final Report TAX 316 Submission | D-207 |
| | Sanofi_02649521; Sanofi_00724262 | September 24, 2010 | TAX 316 10-year follow-up clinical study report; Sanofi_00724262 is an 81-page version | D-240 |
| Jan. 27, 2011 | Sanofi formal submission of Product Safety Update Report (PSUR 28) to FDA – Clinical Overview on Persistent Alopecia | | | |
| | Sanofi_00201968 | January 27, 2011 | PSUR 27 & 28 Submission | D-34 |
| | Sanofi_00197757 | January 27, 2011 | PSUR 28 | D-31 |
| | Sanofi_00805192 | June 28, 2011 | Company Core Data Sheet v26 | D-155 |
| Sept. 7, 2011 | FDA Formal Approval of Taxotere labeling | | | |
| | Sanofi_00168503 | September 7, 2011 | Supplement Approval | D-400.I |
| Sept. 23, 2011 | FDA formal letter to Sanofi confirming review of TAX316 10-year Clinical Study Report and release of post-marketing commitment related to TAX316 | | | |
| | Sanofi_00837658 | September 23, 2011 | PMC Release | D-167 |
| Dec. 15, 2011 | FDA Formal Approval of Taxotere labeling | | | |
| | Sanofi_00612476 | December 15, 2011 | Supplement Approval | D-400.J |
| Apr. 13, 2012 | FDA Formal Approval of Taxotere labeling | | | |
| | Sanofi_03066744 | April 13, 2012 | Supplement Approval | D-400.K |
| June 26, 2013 | FDA Formal Approval of Taxotere labeling | | | |
| | Sanofi_00178189 | January 10, 2013 | 1 Vial submission | D-400.L |

**Index of Exhibit A to Sanofi's Motion for Judgment as a Matter of Law on Preemption**
**MDL No. 2740, Barbara Earnest, No. 16-17144**

| Folder | Bates / ID | Date | Description | Defense Exhibit |
|---|---|---|---|---|
|  | Sanofi_00178253 |  | Proposed PI 1-2013 | D-400.M |
|  | Sanofi_00177933 | January 11, 2013 | 2 Vial submission | D-400.N |
|  | Sanofi_00178063 |  | Proposed PI 1-2013 | D-400.O |
|  | Sanofi_00612347 | July 9, 2013 | Supplement Approval | D-400.P |
| Dec. 13, 2013 | **FDA Formal Approval of Taxotere labeling** | | | |
|  | Sanofi_00173668 | June 19, 2013 | PAS submission – Eye Disorders | D-400.Q |
|  | Sanofi_00173671 | June 19, 2013 | Proposed PI | D-400.R |
|  | Sanofi_00270652 | June 20, 2013 | Submission 2 Vial | D-400.S |
|  | Sanofi_00270659 | June 20, 2013 | Proposed PI | D-400.T |
|  | Sanofi_00269354 | October 24, 2013 | 1 & 2 Vial Amended Submission | D-400.U |
|  | Sanofi_00173174 | November 19, 2013 | Proposed PI cover letter | D-400.V |
|  | Sanofi_00261420 | December 13, 2013 | Supplement Approval | D-400.W |
| Nov. 14, 2014 | **FDA Formal Approval of Taxotere labeling** | | | |
|  | Sanofi_00171676 | May 20, 2014 | PAS submission – Alcohol Content | D-400.X |
|  | Sanofi_00171741 | May 20, 2014 | Proposed PI | D-400.Y |
|  | Sanofi_00267988 | July 2, 2014 | Proposed PI | D-400.Z |
|  | Sanofi_00267976 | July 11, 2014 | Amended Submission | D.400.AA |
|  | Sanofi_00267909 | July 11, 2014 | Proposed PI | D-400.BB |
|  | Sanofi_00261952 | November 14, 2014 | Supplement Approval | D-400.CC |
| Apr. 10, 2015 | **Sanofi formal submission of Response to Agency with review of permanent alopecia cases in Sanofi's pharmacovigilance database to FDA** | | | |
|  | Sanofi_00265621 | April 10, 2015 | Response to Agency Request | D-68 |
|  | Sanofi_01574962 | April 10, 2015 | Email from FDA acknowledging receipt of sponsor's April 10, 2015 Submission re: FDA March 23, 2015, Information Request on permanent alopecia | D-219 |
| Oct. 2, 2015 | **FDA formal request for addition of permanent alopecia to the Adverse Reactions Section (6.2) of the Taxotere labeling** | | | |
|  | Sanofi_00168288 | October 2, 2015 | FDA request to add Permanent to PI Insert | D-18 |
|  | Sanofi_00805353 | October 2, 2015 | FDA Supplement Request | D-18 |
| Nov. 24, 2015 | **Sanofi formal submission of a Clinical Overview on Permanent Alopecia to FDA** | | | |
|  | Sanofi_01199707 | November 16, 2015 | CCSI Version 30 | D-400.DD |
|  | Sanofi_00829566; Sanofi_03333249 | November 24, 2015 | Letter to FDA submitting Labeling Supplement – Change Being Effected in response to FDA request to update label regarding permanent or irreversible alopecia | D-400.EE |
|  | Sanofi_01268143 | November 24, 2015 | Clinical Overview | D-202 |
|  | Sanofi_03323116 | November 24, 2015 | Proposed PI | D-400.FF |
| Dec. 11, 2015 | **FDA Formal Approval Package for 2015 Label Change – Label Review and Medical Review of Clinical Overview on Permanent Alopecia** | | | |
|  | Sanofi_03281430; Sanofi_00836220 | December 11, 2015 | Letter from FDA – Supplement Approval sNDA 020449 – SLR075 Approval Action | D-400.GG |