UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144.

## NOTICE OF MANUAL ATTACHMENT

In connection with the filing of the Motion for Judgment as a Matter of Law of Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), Defendants respectfully supply this Court with the following:

Exhibit A (*in globo*) includes one (1) compact disc containing documents from the regulatory record.

Copies of the compact discs have previously been provided to all counsel herein.

 Date:  September 25, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Douglas J. Moore*
　　　　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　　　　**IRWIN FRITCHIE URQUHART & MOORE LLC**
　　　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700
　　　　　　　　　　　　　　　　　　　New Orleans, LA  70130
　　　　　　　　　　　　　　　　　　　Telephone: 504-310-2100
　　　　　　　　　　　　　　　　　　　Facsimile: 504-310-2120
　　　　　　　　　　　　　　　　　　　dmoore@irwinllc.com

Jon Strongman
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com

Hildy Sastre
**SHOOK, HARDY & BACON L.L.P.**
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

Ilana H. Eisenstein
**DLA PIPER LLP (US)**
1650 Market St., Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3351
Facsimile: 215-606-3351
Ilana.Eisenstein@dlapiper.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*