UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: Backley et al. v. Sanofi US Services Inc. et al. 2:17-cv-14108-KDE-MBN | |

**STIPULATION TO DROP SPOUSAL CLAIMANT AND DISMISS CLAIMS**

IT IS HEREBY STIPUALTED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 21, that Plaintiff Greg Backley be dropped from the above titled action, that he no longer be a party to this lawsuit, and that his claims as a spousal plaintiff be dismissed with prejudice. This does not dismiss the entire action, and the claims of Plaintiff Cathleen Backley will continue.

Dated:  September 25, 2019

| **HODES MILMAN LIEBECK, LLP** | **SHOOK, HARDY & BACON, LLP** |
|---|---|
| By: /s/ *Benjamin T. Ikuta* | By: /s/ Kelly Bieri |
| Benjamin T. Ikuta | Harley Ratliff |
| Daniel M. Hodes | Kelly Bieri |
| Jeffrey A. Milman | 2555 Grand Blvd. |
| 9210 Irvine Center Drive | Kansas City, MO 64108 |
| Irvine, California 92618 | Email: hratliff@shb.com |
| Email: bikuta@hml.law | kbieri@shb.com |
| dhodes@hml.law | |
| jmilman@hml.law | *Attorneys for Defendants Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S. LLC* |
| *Attorneys for Plaintiffs* | |

1

**GREENBERG TRAURIG, LLP**

By: /s/ Evan C. Holden
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Email: cohenl@gtlaw.com
 merrellc@gtlaw.com
 holdene@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

**TUCKER ELLIS LLP**

By: /s/ Julie Callsen
Julie Callsen
Brandon D. Cox
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Email: julie.callsen@tuckerellis.com
 brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**DECHERT LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
1095 Avenue of Americas, 31st Floor
New York, New York 10036
Telephone: (212) 689-3814
Facsimile: (212) 698)-3599
Email: mark.cheffo@dechert.com
 mara.cuskergonzalez@dechert.com

*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

**HINSHAW & CULBERTSON LLP**

By: /s/ Kathleen E. Kelly
Geoffrey M. Coan
Kathleen E. Kelly
28 State Street, Floor 24
Boston, MA 02109
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories Ltd.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing STIPULATION TO DROP SPOUSAL CLAIMANT AND DISMISS CLAIMS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana and Fed. R. Civ. P. 5(b)(2) via the Court's CM/ECF system.

Dated: September 25, 2019        **HODES MILMAN LIEBECK, LLP**

                                                By: /s/ *Benjamin T. Ikuta*
                                                Benjamin T. Ikuta
                                                Daniel M. Hodes
                                                Jeffrey A. Milman
                                                9210 Irvine Center Drive
                                                Irvine, California 92618
                                                Email: bikuta@hml.law
                                                                     dhodes@hml.law
                                                                     jmilman@hml.law

                                              *Attorneys for Plaintiffs*