MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 23, 2019

JS-10: 07:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

<u>**JURY TRIAL**</u> – Day 6
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT/EMMY SCHROETER
COURT REPORTER: KAREN IBOS/TONI TUSA

APPEARANCES:    DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, & KYLE BACHUS, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 08:35 a.m.
All jurors present.

**JAMES CARINDER, MD**: Testifies under oath in open Court.
**EXHIBIT**:    PX 621 offered and admitted into evidence.

Court recess 12:05 p.m. – 1:15 p.m.

Cross Examination of **Dr. Carinder** by defense counsel.
**EXHIBIT**:    PX 28 offered and admitted into evidence.

Redirect of **Dr. Carinder** by plaintiff's counsel.

**LESLIE FIERRO**:  Testifies by video deposition.
**EXHIBIT**:   PX 30, PX 492, & PX 546 offered and admitted into evidence.

Court recessed at 5:00 p.m. until 8:30 a.m. on Tuesday, September 24, 2019.

