UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Mary Elaine Scott,       Plaintiff, | : : : : | |
| vs. | : : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US,       Defendants. | : : : : : : | |
| Civil Case No.: 2:16-cv-17587 | : | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Mary Elaine Scott, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in U.S.D.C. for the Middle District of Tennessee on November 23, 2016, (*Mary Elain Scott v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US (Case No. 3:16-mc-09999*), and was later transferred into this Court. Plaintiff has served Defendants pursuant to PTO 9. Plaintiff has learned that potential manufacturers of the docetaxel with which she was treated include Sandoz Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Inc., and Pfizer, Inc.. Thus, Plaintiff's proposed amendment would reflect this change by removing the previously named defendants and naming Sandoz Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc. as defendants.

Plaintiff's counsel conferred with defense counsel. Defendants Sandoz Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. have consented to this Motion. Defendant Pfizer, Inc. does not consent to this Motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 26th day of September, 2019.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants Sandoz Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. have consented to this Motion. Defendant Pfizer, Inc. does not consent to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 26, 2019.

*/s/ Daniel K. Bryson*
Daniel K. Bryson