MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 24, 2019

JS-10: 06:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

## <u>JURY TRIAL</u> – Day 7
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: KAREN IBOS/TONI TUSA

APPEARANCES:    DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, KYLE BACHUS, ANDRE MURA, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, FOR DEFENDANTS

Trial resumes at 08:45 a.m.
All jurors present.

**RALPH EARNEST, SR.**: Testifies under oath in open Court.
**EXHIBIT**:    PX 624 & DX 2058 offered and admitted into evidence.

**MICHAEL KOPRESKI**: Testifies by video deposition.
**EXHIBIT**:    PX 32, PX 180, PX 199, PX 250 offered and admitted into evidence.

Court recess 10:12 a.m. – 10:32 a.m.

**BARBARA EARNEST**: Testifies under oath in open Court.
**EXHIBIT**:    PX 649, PX 645, PX 651, PX 654, PX 655 offered and admitted into evidence.

Court recessed 12:15 p.m.

**PLAINTIFF PROFFER 2**: Plaintiff proffers previously excluded testimony, via sustained objections to and/or Motion in Limine rulings on Plaintiff's designated deposition testimony and all exhibits provided to the Court in labeled binders as to the following witnesses:
1) Frances Polizzano
2) Amy Freedman
3) Intouch Solutions (third party witness), through its corporate representative, Matthew Goyer & Sanofi employees, Leslie Fierro & Madeline Malia
4) Paul Chew
5) Nanae Hangai
6) Michael Kopreski
7) Jean-Philippe Aussel

Court in session 1:15 p.m.

Cross-examination of **Mrs. Earnest** continues.

**EXHIBIT**:   DX 571 & DX 2434.1, offered and admitted into evidence.

Redirect of **Mrs. Earnest** by plaintiff's counsel.

Portions of Dr. Bianchini's deposition testimony is read onto the record to the jury after the parties received instruction by the Court.

Plaintiffs rest.

Jury Out.

Defense move for Motions for Judgment as a Matter of Law for reasons stated orally on the record.
Plaintiff counsel argues the Motions.
The Court DEFERS ruling on the Motions.

Court recessed at 4:30 p.m. until 8:30 a.m. on Wednesday, September 25, 2019.

