MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 25, 2019

JS-10: 06:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

## JURY TRIAL – Day 8
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: KAREN IBOS/TONI TUSA

APPEARANCES:　DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, KYLE BACHUS, ANDRE MURA, DAN MARKOFF, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, ADRIENNE BYARD, FOR DEFENDANTS

Trial resumes at 9:00 a.m.
All jurors present.

Defense witnesses:

**MICHAEL KOPRESKI:** Testifies by video deposition.

Additional jury instructions given to jury by the Court:
　　Dr. Kopreski has not been tendered or qualified by this court as an expert.
　　Tamoxifen is not related to any issue in this lawsuit.

Dr. Kopreski deposition exhibits are discussed on the record outside the presence of jury.

Jury in.

**JOHN GLASPY, M.D.**: Testifies under oath in open Court. – Dr. Glaspy is accepted by the Court as an expert in the fields of oncology, breast cancer care & treatment, labelling, risk information for chemotherapy, clinical trials, informed consent & side effects of chemotherapy.

Recess 11:50 a.m. – 1:10 p.m.

**EXHIBIT**:   DX-401.I offered and admitted into evidence.

Defense rests.

Jury Out at 4:40 p.m.

**EXHIBIT**:  DX-381.E, DX-381.G, DX-381.L, after the parties reached a stipulation, and DX-381.N admitted into evidence all under Dr. Kopreski's deposition.

Defense Proffer:

**DEFENSE PROFFER 4:**  *DX-381.K*
**DEFENSE PROFFER 5:**  *DX-381.M*
**DEFENSE PROFFER 6:**  Defendants proffer previously excluded testimony and exhibits via Motion in Limine rulings.

Court recessed at 5:30 p.m. until 8:30 a.m. Thursday, September 26, 2019.

