MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 26, 2019

JS-10: 03:41

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

**JURY TRIAL** – Day 9 (FINAL)
Judge Jane Triche Milazzo presiding

CASE MANAGER: ERIN MOULEDOUS
LAW CLERK: SAMANTHA SCHOTT
COURT REPORTER: KAREN IBOS

APPEARANCES:    DARIN SCHANKER, RAND NOLEN, CHRIS COFFIN, DAWN BARRIOS, PALMER LAMBERT, DAVID MICELI, KAREN MENZIES, KYLE BACHUS, ANDRE MURA, DAN MARKOFF, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, HARLEY RATLIFF, ADRIENNE BYARD, ILANA EISENSTEIN, FOR DEFENDANTS

Trial resumes at 8:38 a.m.

Parties make motions and argument outside presence of jury:

- Plaintiff moves for Motion to Reopen the Evidence as to the testimony of Barbara Earnest. – **DENIED** by the Court
- Plaintiff moves for Motion for Mis-Trial on defense's violations of Motion in Limine rulings. – **DENIED** by the Court.
- Objections made on the record as to jury charge and verdict form.
- Defendants re-urge their Motion for Judgment as a Matter of Law. – **DEFERRED** - The Court will consider written submissions after a verdict is reached.

After hearing argument from the parties, the Court instructs the clerk that exhibit DX-2331 (Hand written note allegedly written by Dr. Bianchini) will not be admitted into evidence.

All jurors present.
Closings arguments.
Jury charged.
Jury exits to begin deliberation at 12:06 p.m.

**JOINT PROFFER 1**:   The parties have agreed that exhibit PX-250 will not be shown to the jury but instead submitted as a proffer.

**JOINT PROFFER 2**:   The parties have agreed to a stipulation with regards to a proffer of proposed testimony of Barbara Earnest as set forth on record.

Jury returns with a verdict at 2:47 p.m.
The verdict is read in open Court by the clerk and filed in the record. - **Judgment in accordance with the verdict to follow.**
Jurors are thanked and dismissed.

Court adjourned at 3:00 p.m.

