UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  	MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17144**
**Barbara Earnest**
**v. Sanofi S.A. et al**

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATION

I have reviewed the exhibits admitted during the September 16-26, 2019 trial of this matter and certify that those being sent to the Jury Room should be used by the Jury during their deliberation in this case.

_9/26/19_
Date

_Dawn Barrios_
Plaintiff's counsel

_9/26/2019_
Date

_Kelly A. Bland_
Defendant's counsel