## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BARBARA EARNEST**                              **CIVIL ACTION**

**VERSUS**                                       **NO: 16-17144**

**SANOFI AVENTIS U.S. LLC and**                  **SECTION "H" (5)**
**SANOFI US SERVICES, INC.**

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Barbara Earnest has permanent chemotherapy-induced alopecia caused by Taxotere?


   _____ YES                    ☒ NO


   If the answer to Question 1 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 1 is "Yes," please proceed to Question 2.


2. Do you find by a preponderance of the evidence that Sanofi inadequately warned Dr. Carinder of the risk of permanent chemotherapy-induced alopecia associated with Taxotere?


   _____ YES                    _____ NO


1

If the answer to Question 2 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 2 is "Yes," please proceed to Question 3.

3. Do you find by a preponderance of the evidence that the Defendants' failure to warn Dr. Carinder was the proximate cause of Barbara Earnest's injuries?

___ YES                    ___NO

If the answer to Question 3 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 3 is "Yes," please proceed to Question 4.

4. Do you find by a preponderance of the evidence that Barbara Earnest lacked actual or constructive knowledge of facts indicating that she was a victim of a tort prior to December 12, 2015?

___ YES                    ___NO

Please proceed to Question 5.

5. What amount do you find by a preponderance of the evidence is appropriate to fairly and adequately compensate Barbara Earnest for her injuries?

Permanent disfigurement                    $_____

Mental anguish and loss                    $_____
of enjoyment of life, past, present
and future

New Orleans, Louisiana, this __26th__ day of September, 2019.

████████████████

**JURY REPRESENTATIVE**

3