16-17144 "H" USA v. Earnest v. Sanofi S.A. et al
September 16-26, 2019 Jury Trial
Judge Milazzo presiding

# TRIAL EXHIBIT LIST

Plaintiff Exhibits:

| Plaintiff. Exhibit No. | Date Admitted Into Evidence | Description of Exhibits |
|---|---|---|
| PX-11 | 9/19/19 | 1996 Taxotere (docetaxel) Label |
| PX-28 | 9/23/19 | 1999 Taxotere (docetaxel) Label |
| PX-30 | 9/23/19 | Taxotere (docetaxel) Label – Package Insert |
| PX-32 | 9/24/19 | Phase II Study of Docetaxel, Doxorubicin And Cyclophosphamide As First-Line Chemotherapy For Metastatic Breast Cancer Nabholtz) |
| PX-131 | 9/19/19 | Taxotere (docetaxel) Label |
| PX-141 | 9/19/19 | Informed Consent Phase III Trial comparing Eligard and Taxotere versus Taxotere alone |
| PX-175 | 9/17/19 | Email by Amy Freedman of March 5, 2006 |
| PX-180 | 9/24/19 | Meeting Request "Discussion of Proposed Changes to Section 4.0PL" from Diamond to Kopreski, et al, with Attachments |
| PX-185 | 9/19/19 | 6/12/06 letter from Sanofi to FDA re New Protocol |
| PX-192 | 9/16/19 | Nurse Tear Out Sheets - Partnering With Your Patients Along Their Journey |
| PX-199 | 9/24/19 | Treatment Consent Form at the Cross Cancer Institute from Alberta Canada |
| PX-200 | 9/17/19 | Email by Emanuel Palatinsky of January 26, 2007 with attachment |
| PX-205 | 9/20/19 | Sanofi-Aventis Standard Operating Procedure |
| PX-320 | 9/17/19 | 2010 Clinical Study Report TAX316 |
| PX-396 | 9/17/19 | 5/2010 Taxotere (docetaxel) Label |
| PX-492 | 9/23/19 | PharmExec.com article, Beyond the Call, May 1, 2015 |
| PX-526 | 9/19/19 | Chart Taxotere Label Chronology 5/14/1996 to 12/11/2015 |

16-17144 "H" USA v. Earnest v. Sanofi S.A. et al
September 16-26, 2019 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

| Plaintiff. Exhibit No. | Date Admitted Into Evidence | Description of Exhibits |
|---|---|---|
| PX-546 | 9/23/19 | Complaint Log 2004 to 2018 - Spreadsheet format |
| PX-556 | 9/16/19 | Guidelines for Preparing Core Clinical-Safety Information on Drugs |
| PX-621 | 9/23/19 | Medical Records - Chronological Set |
| PX-624 | 9/24/19 | POI - Photos - Before & After Photographs |
| PX-633 | 9/20/19 | Book given to Barbara Earnest from her doctor's office - Breast Cancer Treatment Handbook |
| PX-645 | 9/24/19 | POI - Photos - Before & After Photographs |
| PX-649 | 9/24/19 | POI - Photos from Ronald LeBlanc |
| PX-651 | 9/24/19 | POI - Photos - 2008 Photo - Before |
| PX-654 | 9/24/19 | POI - Photos - March 2018 Family Photos from Daughter In Law with Wig |
| PX-655 | 9/24/19 | POI - Photos - Supplemental 2018 Earnest Photos |
| PX-1231 | 9/18/19 | Statistical Analysis Plan RP56976V-316 |
| PX-1878 | 9/20/19 | NCCN Guidelines Version 2.2011, Invasive Breast Cancer |

16-17144 "H" USA v. Earnest v. Sanofi S.A. et al
September 16-26, 2019 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

Defense Exhibits:

| Defense Exhibit No. | Date Admitted Into Evidence | Description of Exhibits |
|---|---|---|
| DX-5 | 9/18/19 | Taxotere USPI |
| DX-31 | 9/17/19 | PSUR No. 28 |
| DX-215 | 9/17/19 | Letter from FDA approving original submission |
| DX-317 | 9/17/19 | Letter from the FDA regarding efficacy |
| DX 381.E | 9/25/19 | Clinical Study Report Patient No. redacted |
| DX 381.G | 9/25/19 | Clinical Study Report Patient No. redacted |
| DX 381.L | 9/25/19 | Clinical Study Report Patient No. redacted |
| DX 381.N | 9/25/19 | Clinical Study Report 10 Year Follow |
| DX-388(D) | 9/18/19 | Adriamycin label 5/8/2003 |
| DX-401.I | 9/25/19 | Taxotere USPI |
| DX-570 | 9/18/19 | Partnering with Your Patients Along their Journey |
| DX-571 | 9/24/19 | Barbara Earnest photographs |
| DX-2034 | 9/19/19 | Proof of Injury - Before & After Photographs - Supplemental 2018 Earnest Photos |
| DX-2058 | 9/24/19 | Chemotherapy Consent Form |
| DX-2365 | 9/20/19 | Barbara Earnest Pathology Report – Dr. Lagarde |
| DX-2369 | 9/19/19 | Barbara Earnest photos - Before & After Photographs (Deposition of Michael Earnest, 4/17/18, Exhibit 2) |
| DX-2434.1 | 9/24/19 | Medical Records from Tulane Cancer Center (Pg 137-141) |