16-17144 "H" USA v. Earnest v. Sanofi S.A. et al
September 16-26, 2019 Jury Trial
Judge Milazzo presiding

PROFFERED LIST

PROFFERS (Not shown to jury):

| Exhibit No. | Date proffered | Description |
|---|---|---|
| Pltf Proffer 1 | 9/17/19 | Proposed jury instruction submitted by plaintiff counsel |
| Def. Proffer 1 | 9/17/19 | Email to FDA re: sNDA submission *(DX-76)* |
| Def. Proffer 2 | 9/17/19 | Email to FDA re: sNDA submission *(DX-102)* |
| Def. Proffer 3 | 9/17/19 | draft USPI *(DX-272)* |
| Pltf Proffer 2 | 9/24/19 | Plaintiff proffers previously excluded testimony, via sustained objections to and/or MIL rulings on Plaintiff's designated deposition testimony and all exhibits provided to the Court in labeled binders as to the following witnesses:<br>1. Frances Polizzano<br>2. Amy Freedman<br>3. Intouch Solutions (third party witness), through its corporate representative, Matthew Goyer & Sanofi employees, Leslie Fierro & Madeline Malia<br>4. Paul Chew<br>5. Nanae Hangai<br>6. Michael Kopreski<br>7. Jean-Philippe Aussel |
| Def. Proffer 4 | 9/25/19 | Martin Article *(DX 381.K)* |
| Def. Proffer 5 | 9/25/19 | Saggar Article *(DX 381.M)* |
| Def. Proffer 6 | 9/25/19 | Defendants proffer previously excluded testimony and exhibits via Motion in Limine rulings and provided to the clerk in accordion folder. |
| Joint Proffer 1 | 9/26/19 | Bourgeois Abstract Presentation on "Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: Alopers Observatory," *(PX-250)* |
| Joint Proffer 2 | 9/26/19 | The parties have agreed to a stipulation with regards to a proffer of proposed testimony of Barbara Earnest as set forth on record. |