UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Kuykendall*
Case No.: 18-11852
Appellate No. 19-30640

## UNOPPOSED MOTION TO FILE DESIGNATION OF RECORD ON APPEAL UNDER SEAL

NOW INTO COURT comes Plaintiff-Appellant Dorothy Kuykendall, through undersigned counsel, respectfully requests leave of Court to file the Designation of Record on Appeal under seal. Pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the Designation of Record on Appeal should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the Designation of Record on Appeal be filed UNDER SEAL.

Dated: September 27, 2019

                               */s/ J. Christopher Elliott*
                               J. Christopher Elliott (BAR NO. 41063)
                               BACHUS & SCHANKER, LLC
                               1899 Wynkoop Street
                               Ste. 700
                               Denver, CO 80202
                               (303)899-9800
                               F: (303)893-9900
                               celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/ *J. Christopher Elliott*