UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Kuykendall*
Case No.: 18-11852
Appellate No. 19-30640

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DESIGNATION OF RECORD ON APPEAL UNDER SEAL

MAY IT PLEASE THE COURT:

Plaintiff-Appellant Dorothy Kuykendall, through undersigned counsel, respectfully requests leave of Court to file the Designation of the Record on Appeal under seal.  Pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced Designation of the Record on Appeal should be filed under seal.

Pretrial Order No. 50 provides that:

> [u]nredacted information designated as "CONDFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is nota party to this case.

The Designation of Record on Appeal contains both PHI and PII for Plaintiff-Appellant and has been designated as such pursuant to PTO 50.  Therefore, Plaintiff-Appellant respectfully requests that the Designation of Record on Appeal be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." Reichert v. Starring, No. CIV. A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept 21, 2011) (citing Bahwell v. Stanley-Bostitch, Inc., No. CIV.A. 00-0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Undersigned counsel conferred with Defendant-Appellees on the instant motion, and they do not oppose the requested relief. Accordingly, Plaintiff-Appellant requests that the Designation of Record, on Appeal, which will be delivered to the Court pursuant to the Local Rule 5.6, be filed UNDER SEAL until the parties agree that the documents should not be marked as confidential.

Accordingly, Plaintiff-Appellant requests that the Court enter the attached proposed order directing that the Designation of Record on Appeal be filed UNDER SEAL.

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*