UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Kuykendall*
Case No.: 18-11852
Appellate No. 19-30640

## NOTICE OF REQUEST TO FILE UNDER SEAL

Plaintiff-Appellant, through undersigned counsel, hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. Joint Submission of Designation of Record on Appeal

On Friday, September 27, 2019, undersigned counsel will deliver the above-referenced pleadings to the Court.

Dated: September 27, 2019

　　　　　　　　　　　　　　　　　　　　*/s/ J. Christopher Elliott*
　　　　　　　　　　　　　　　　　　　　J. Christopher Elliott (BAR NO. 41063)
　　　　　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC
　　　　　　　　　　　　　　　　　　　　1899 Wynkoop Street
　　　　　　　　　　　　　　　　　　　　Ste. 700
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　(303)899-9800
　　　　　　　　　　　　　　　　　　　　F: (303)893-9900
　　　　　　　　　　　　　　　　　　　　celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/ J. Christopher Elliott