UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Kuykendall*
Case No.: 18-11852
Appellate No. 19-30640

## [PROPOSED] ORDER

Considering the foregoing Motion for Leave to File Designation of Record on Appeal Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall file the Designation of Record on Appeal UNDER SEAL.

New Orleans, Louisiana, this ____ day of September, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE