UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION          )
                                       )          SECTION: "H" (5)
                                       )
THIS DOCUMENT RELATES TO:              )

Barbara Earnest, 16-17144

## JUDGMENT

Considering the verdict of the jury rendered on September 26, 2019;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of defendants Sanofi-Aventis U.S. LLC & Sanofi US Services Inc. (formerly known as Sanofi-Aventis U.S. Inc.) and against plaintiff Barbara Earnest.

New Orleans, Louisiana, this 27th day of September, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE