## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**                    MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                                  SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Phyllis S. Bean
Case No.: 16-cv-15510

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED SHORT FORM COMPLAINT

---

**NOW COMES** Plaintiff Phyllis S. Bean, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.


Respectfully Submitted,


Dated: September 27, 2019                 **JOHNSON BECKER, PLLC**

                                          /s/ Alexandra W. Robertson
                                          Alexandra W. Robertson, Esq. MN Bar #395619
                                          Timothy J. Becker, Esq. MN Bar #256663
                                          Johnson Becker, PLLC
                                          444 Cedar Street, Suite 1800
                                          St. Paul, Minnesota 55101
                                          (612) 436-1800 (telephone)
                                          arobertson@johnsonbecker.com
                                          tbecker@johnsonbecker.com

                                          **Attorneys for Plaintiff**

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I certify that September 27, 2019, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson