## JOINT RECORD DESIGNATIONS- DOCUMENTS PROVISIONALLY FILED UNDER SEAL

## DOROTHY KUYKENDALL

Case Numbers:
- MDL 16-2740, E.D. La.
- 2:18-cv-11852, E.D. La.
- 19-30640, 5th Cir.

### Document Index for Record on Appeal

| Date | Description |
|---|---|
| 11/29/2018 | Plaintiff's Short Form Complaint  001-005 |
| 2/14/2017 | PTO-18 (Rec. Doc. 236)  006-053 |
| 03/10/2019 | PTO-22 (Rec. Doc. 279) 054-061 |
| 4/14/2017 | Amended PTO-22 (Rec. Doc. 325)  062-069 |
| 04/14/2019 | PTO-38 (Rec. Doc. 326) 070-118 |
| 7/24/2018 | PTO-22A (Rec Doc. 3493)  119-123 |
| 3/26/2019 | Initial Notice of Non-Compliance with Spreadsheets 124-222 |
| 4/30/2019 | Plaintiff's Medical Records/Billing Submitted to MDL Centrality 223-239 |
| 5/7/2019 | 14-Day Notice of Non-Compliance (Rec. Docs. 6934 and 6934-1) 240-272 |
| 5/21/2019 | Final Show Cause Agenda List 273-296 |
| 5/21/2019 | Plaintiff's Documents Submitted to MDL Centrality 297-305 |
| 5/26/2019 | Plaintiff Fact Sheet Served on Centrality 406-430 |
| 5/28/2019 | Final Show Cause Agenda List 306-316 |
| 5/29/2019 | Show Cause Hearing Transcript 317-380 |
| 7/1/2019 | Notice of Deficiency in PFS 381-385 |
| 7/3/2019 | Defendants' letter to Judge Milazzo requesting dismissal, with Exhibits 386-403 |
| 7/8/2019 | Plaintiff's First Amended Plaintiff Fact Sheet Served on Centrality 433-459 |
| 7/8/2019 | Plaintiff's Response to Deficiency Notice and Medical Records 488-571 |
| 7/8/2019 | Plaintiff's Second Amended Plaintiff Fact Sheet Served on Centrality 460-487 |
| 7/9/2019 | Plaintiff's letter to Judge Milazzo in Response to Defendant's Request for Dismissal , including 3 submitted PFS. 404-487 |
| 7/11/2019 | Order of Dismissal (Rec. Doc. 7600) 572-573 |

| Date | Description |
|---|---|
| 7/18/2019 | Supplement to Dismissal Order (Rec. Doc. 7701) 574-577 |
| 7/22/2019 | Amended Deficiency Notice from Defendants to Plaintiff 578-580 |
| 8/8/2019 | Notice of Appeal (Rec. Doc. 7870) 581-583 |
| 9/27/2019 | Screenshot of MDL Centrality Account 584-585 |
| 9/27/2019 | Screenshot of LAED Docket Report 586-588 |

/s/ J. Christopher Elliott
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/J. Christopher Elliott