UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |

Barbara Earnest, 16-17144

## ORDER

**IT IS ORDERED** that the Clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above-numbered and entitled case.

**IT IS FURTHER ORDERED** that the Clerk pay The Commerce Restaurant the sum of $107.50 for meals purchased September 26, 2019 for the jury of eight (8) in this matter.

New Orleans, Louisiana, this 27th day of September, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

NEF: Procurement