```
Beef Poboy          -  9.50
Chicken Poboy       - 10.00
Turkey on Bun       -  8.00
Chef Sld            - 10.75
4 Chicken Plates    - 58.75
Delivery Fee        - 10.00
                     ───────
                      107.50
```

16-17144 "H"     Civil Jury Trial

**THE COMMERCE RESTAURANT**
300 Camp Street
New Orleans, LA 70130
(504) 561-9239

**CASH RECEIPT**

DATE: 9/26/19    # PERSONS: 8

SERVER: _____    AMOUNT: 107.50

*Thank You*