UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases   ) | |
| ) | |

## ORDER

**IT IS ORDERED** that the conference with the Settlement Committee currently set for October 10, 2019, at 5:30 p.m. is **RESET** for October 10, 2019, at **4:15 p.m.**

New Orleans, Louisiana, this 1st day of October, 2019.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**