UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Dorothy Kuykendall*
Case No.: 18-11852
Appellate No. 19-30640

# ORDER

Before the Court is an Unopposed Motion for Leave to File Designation of Record on Appeal Under Seal (Doc. 8289);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk shall file the Designation of Record on Appeal **UNDER SEAL**.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE