UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Toni Kesterson, 2:17-cv-12710* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## MOTION TO SUBSTITUTE PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Raymond Kesterson, Jr., who respectfully move this Court for an order substituting Raymond Kesterson, Jr., as plaintiff for Toni Kesterson, his deceased spouse for the following reasons:

1.

The above captioned lawsuit was filed on November 17, 2017 on behalf of Toni Kesterson.

2.

Toni Kesterson passed away on June 17, 2019 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Raymond Kesterson, Jr. on October 1, 2019 (Exhibit 1).

3.

Raymond Kesterson, Jr., is the surviving spouse of Toni Kesterson, is the proper party to substitute as plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Raymond Kesterson, Jr. has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Raymond Kesterson, Jr. respectfully request that they be substituted as plaintiff on behalf of Toni Kesterson, his deceased spouse.

Dated: October 1, 2019

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar #53933
**WENDT LAW FIRM, P.C.**
4717 Grand Ave., Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
**Samuel M. Wendt**