# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Toni Kesterson, 2:17-cv-12710* | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## SUGGESTION OF DEATH

Raymond Kesterson, husband of Toni Kesterson suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Toni Kesterson, Plaintiff of record in the above captioned case. Ms. Kesterson passed away on June 17, 2019 during the pendency of this action. Ms. Kesterson's surviving spouse will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: October 1, 2019          Respectfully submitted,

/s/ *Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar #53933
**WENDT LAW FIRM, P.C.**
4717 Grand Ave., Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Samuel M. Wendt*
                                      **Samuel M. Wendt**