UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Toni Kesterson, 2:17-cv-12710* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * * | MAGISTRATE JUDGE NORTH |

******************************************

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Raymond Kesterson, Jr., as legal successor of Toni Kesterson, be substituted as plaintiff on behalf of Toni Kesterson.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE**