UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Teresa Rizzo v. Sanofi-Aventis U.S. LLC, et al; Case No. 2:17-cv-15711* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8251);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Hon. Jane Triche Milazzo

1