# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| DANNHARDT ET AL v. SANOFI US SERVICES INC. ET AL. | MAG. JUDGE NORTH |
| | Civil Action No.: 2:18-cv-07538-JTM-MBN |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Vacate the Notice of Dismissal as to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. filed at R. Doc. 5651 & Amend Complaint (Doc. 8228);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff's claims against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., are hereby reinstated.

**IT IS FURTHER ORDERED that** the clerk shall file the Amended Complaint attached as Rec. Doc. 8228-2 into the member case

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Judge