BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Mildred Johnson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC AND SANDOZ INC.,**<br><br>Civil Action No.: 2:17-cv-9968 |

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz Inc. each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

1

Dated this <u>2nd</u> day of <u>October</u>, 2019

Respectfully submitted,

GOETZ LAW FIRM

 */s/Dean Goetz*
Dean A. Goetz (CA Bar #65949)
603 N Hwy 101, Ste. H
Solana Beach, California 92075
Telephone: (858) 481-8844
Facsimile: (858) 481-2139
*dgoetz12@gmail.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dean Goetz*
Dean A. Goetz (CA Bar #65949)
GOETZ LAW FIRM
603 N Hwy 101, Ste. H
Solana Beach, California 92075
Telephone: (858) 481-8844
Facsimile: (858) 481-2139
*dgoetz12@gmail.com*