BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases Listed on Exhibit A* | HON. JANE T. MILAZZO |

## ORDER

Before the Court is a Motion for Substitution of Counsel of Record (Doc. 8252);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorneys Dean A. Goetz and The Dean Goetz Law Firm are withdrawn as the Plaintiffs' attorney of record, and attorneys John H. Gomez, Ahmed S. Diab and Lindsay R. Stevens of Gomez Trial Attorneys are substituted as the Plaintiffs' attorney of record in case numbers listed in Exhibit A.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Honorable Jane Triche Milazzo