UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) |
| | § § | JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit A | § § | MAG. JUDGE NORTH |

### ORDER

Before the Court is Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel (Doc. 8270);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, Jennifer Nolte, and the law firm of Allen & Nolte, PLLC are substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Honorable Jane Triche Milazzo
United States District Court Judge

## EXHIBIT A

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Berry, Velma | 2:17-cv-15728 |
| Chapman, Evelyn | 2:17-cv-15799 |
| Dickard, Barbara | 2:18-cv-12903 |
| Duggan, Gail | 2:18-cv-12897 |
| Fink, Jo | 2:17-cv-15858 |
| Paquette, Michele | 2:18-cv-12879 |
| Phillips, Sandra | 2:18-cv-12882 |
| Reed, Mary | 2:18-cv-12885 |
| Rolle, Tiffany | 2:18-cv-12914 |
| Smith, Christine | 2:18-cv-12916 |
| Twarkins, Doreen | 2:17-cv-16168 |
| Underwood, Anna | 2:18-cv-12900 |
| Young, Joanne | 2:18-cv-12891 |