UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gatewood et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.*,<br><br>Civil Action No.: 2:18-cv-13468 | MDL 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## EX PARTE MOTION FOR SUBSTITUTION OF PROPER PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting Richard Gatewood on behalf of the Estate of Suzanne Gatewood as Plaintiff in the above-captioned case, for the following reasons:

1. Suzanne Gatewood filed a product liability lawsuit against defendants on December 11, 2018.

2. Suzanne Gatewood died on April 19, 2019.

3. Plaintiff's product liability action against Defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff's counsel filed a Notice of Suggestion of Death on September 18, 2019, attached hereto as Exhibit "A."

5. Richard Gatewood, surviving spouse of Suzanne Gatewood, is a proper party to substitute for Plaintiff Suzanne Gatewood and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[i]f a party dies and the claim is not extinguished, the court

may order substitution of the property party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Court grant this motion for substitution as plaintiff in this action.

Dated: October 3, 2019

Respectfully submitted,

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**
