UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Gatewood et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.*,<br><br>Plaintiff Name: Suzanne Gatewood<br>Civil Action No.: 2:18-cv-13468 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel for Plaintiff Suzanne Gatewood, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Suzanne Gatewood.  A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Gatewood's estate.

Dated: September 18, 2019

Respectfully submitted,

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

NOTICE AND SUGGESTION OF DEATH                                                                                1

/s/ Charlotte A. Gulewicz
**Charlotte A. Gulewicz**
Texas Bar No. 24094692
charlotte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214)890-0711
Fax (214) 890-0712

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M*atthew R. McCarley*
**Matthew R. McCarley**