# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

FILE NUMBER 2019009706

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | SUZANNE MICHELLE GATEWOOD |
| 2. SEX | FEMALE |
| 3a. DATE OF DEATH | APR. 19, 2019 |
| 3b. TIME OF DEATH | 04:14 AM |
| 4. SOCIAL SECURITY NO. | 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 |
| 5a. AGE – Last Birthday (Years) | 55 |
| 6. DATE OF BIRTH | AUGUST 17, 1963 |
| 7. BIRTHPLACE | RUSSELLVILLE, AR |
| 8a. RESIDENCE STATE | ARKANSAS |
| 8b. COUNTY | POPE |
| 8c. CITY OR TOWN | RUSSELLVILLE |
| 8d. NUMBER AND STREET | 1320 RIDGEWOOD DR |
| 8f. ZIP CODE | 72801-5726 |
| 8g. INSIDE CITY LIMITS? | NO |
| 9. EVER IN US ARMED FORCES? | NO |
| 10. MARITAL STATUS AT TIME OF DEATH | MARRIED |
| 11. SURVIVING SPOUSE'S NAME | RICHARD WAYNE GATEWOOD |
| 12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | DECEDENT'S HOME |
| 12c. COUNTY OF DEATH | POPE |
| 12d. FACILITY NAME | HOME |
| 12e. CITY OR TOWN | RUSSELLVILLE |
| 12f. ZIP CODE | 72801-5726 |
| 13. FATHER'S NAME | LYLE HAWKINS |
| 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | DIANA BRINKMAN |
| 15a. INFORMANT'S NAME | RICHARD WAYNE GATEWOOD |
| 15b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 15c. MAILING ADDRESS | 1320 RIDGEWOOD DR, RUSSELLVILLE, AR, 72801-5726 |
| 16a. METHOD OF DISPOSITION | BURIAL |
| 16b. PLACE OF DISPOSITION | REST HAVEN MEMORIAL PARK |
| 16c. LOCATION – CITY, TOWN, AND STATE | RUSSELLVILLE, ARKANSAS |
| 17a. EMBALMER'S NAME | ALVA AARON BEASLEY |
| 17b. EMBALMER'S LICENSE # | 23608 |
| 17c. SIGNATURE | /s/ PAMELA J PEAK-SMITH |
| 17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | RUSSELLVILLE FAMILY FUNERAL, INC. 2757 E. PARKWAY DR., RUSSELLVILLE, AR, 72802 |
| 17e. LICENSE # | 24663 |
| 18a. DATE PRONOUNCED DEAD | APR. 19, 2019 |
| 18b. TIME PRONOUNCED DEAD | 05:05 AM |
| 18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH | TYLER S MCDANIEL, HOSPICE RN |
| 19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |

**CAUSE OF DEATH**

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. | CARDIOPULMONARY ARREST | IMMEDIATE |
| b. | RESPIRATORY FAILURE | 12 HOURS |
| c. | STAGE 4 MALIGNANT NEOPLASM OF AN UNSPECIFIED BREAST WITH METASTATIC BONE AND AXILLARY LYMPHATIC DISEASE | UNKNOWN |

| Field | Value |
|---|---|
| 21a. WAS AN AUTOPSY PERFORMED? | NO |
| 22. MANNER OF DEATH | NATURAL |
| 23. DID TOBACCO USE CONTRIBUTE TO DEATH? | UNKNOWN |
| 24. IF FEMALE | NOT PREGNANT WITHIN THE PAST YEAR |

26a. CERTIFIER: ☒ Hospice Registered Nurse - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

SIGNATURE: /s/ TYLER S MCDANIEL  TITLE: HOSPICE RN  DATE: APRIL 19, 2019

26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a:
TYLER S MCDANIEL, HOSPICE RN
2405 EAST PARKWAY, SUITE 3, RUSSELLVILLE, AR, 72802

26c. LICENSE #: R095074

27a. SIGNATURE OF REGISTRAR: Shirley Louie
27b. FOR REGISTRAR ONLY - DATE FILED: APR. 22, 2019

+ DENOTES AMENDED ITEMS:



THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH

Shirley Louie
State Registrar

6420378
6420378

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112