UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| THIS DOCUMENT RELATES TO: | **SECTION "H" (5)** <br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| *Gatewood et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.,* | |
| Civil Action No.: 2:18-cv-13468 | |

**[PROPOSED] ORDER GRANTING SUBSITUTION OF PROPER PARTY**

This came before the Court on behalf of Plaintiff Suzanne Gatewood's Motion for Substitution of Plaintiff.

Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Proper Party is GRANTED, and Richard Gatewood, on Behalf of the Estate of Suzanne Gatewood, is substituted as Plaintiff in the above referenced action.

So ordered this ____ day of _____, 2019.

_____
District Judge