UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Martha Gonzalez**
**Case No.: 2:17-cv-14125**

## DECLARATION

I, Eric W. Newell, or my staff have reach my client Martha Gonzalez, and my client has stated that the messages were from a work computer, and the history no longer goes back to the dates of the messages previously produced.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666