UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Monica Coleman**
**Case No.: 2:18-cv-04428**

## DECLARATION

I, Eric w. Newell, or my staff have attempted to reach my client Monica Coleman , on the following dates: 09/16/2019; 09/25/2019; 09/30/2019; 10/02/2019; 10/04/2019.

by (check all that apply) X  telephone, X e-mail, _____ text message, _____ social media, U.S. Mail, _____ Certified Mail, _____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Eric W. Newell*
Eric Newell
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
409-835-2666