UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL No. 2740<br>SECTION "H" (5) |
| This Document Relates To<br>Civil Action No. 2:19-cv-10847 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| DONNA HARRISON,<br><br>       Plaintiffs,<br>v.<br><br>SANOFI US SERVICES INC. f/k/a<br>SANOFI-AVENTIS U.S. INC. et al,<br><br>       Defendant. | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC d/b/a Winthrop US, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 4th day of October, 2019 | /s/ Thomas V. Ayala__ |
| | M. Elizabeth Graham |
| | Thomas V. Ayala |
| | Grant & Eisenhofer P.A. |
| | 123 Justison Street |
| | Wilmington, DE 19801 |
| | Tel: (302) 622-7000 |
| | Fax: (302) 622-7100 |
| | Email: egraham@gelaw.com |
| | Email: tayala@gelaw.com |
| | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

/s/ Thomas V. Ayala_____