UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Dorothy Carlisle v. Sanofi-Aventis U.S. LLC et al.*, <br> No. 18-cv-6009 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD DEFENDANTS**

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter <u>except</u> Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of October, 2019.

                                              Respectfully submitted,

                                              */s/ Betsy Barnes*
                                              Betsy Barnes, LA # 19473
                                              Christine Brandt, AL # ASB-3949-N70C
                                              Morris Bart, LLC
                                              601 Poydras St., 24th Fl.
                                              New Orleans, LA 70130
                                              Phone: (504) 525-8000
                                              Fax: (504) 599-3392
                                              bbarnes@morrisbart.com