# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Janet Billingsley v. Sanofi S.A. et al.,*<br>*No. 18-cv-6149* | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI DEFENDANTS

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter <u>except</u> Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of October, 2019.

          Respectfully submitted,

          */s/ Betsy Barnes*
          Betsy Barnes, LA # 19473
          Richard L. Root, LA # 19988
          John Enochs, LA #22774
          Morris Bart, LLC
          601 Poydras St., 24th Fl.
          New Orleans, LA 70130
          Phone: (504) 525-8000
          Fax: (504) 599-3392
          bbarnes@morrisbart.com
          rroot@morrisbart.com
          jenochs@morrisbart.com