UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Venessa Frazier v. Sanofi S.A. et al.*, No. 18-cv-7940 | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI DEFENDANTS

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

1

Dated this 7th day of October, 2019.

                                                   Respectfully submitted,

                                                   */s/ Betsy Barnes*
                                                 Betsy Barnes, LA # 19473
                                                 Richard L. Root, LA #19988
                                                 John Enochs, LA # 22774
                                                 Morris Bart, LLC
                                                 601 Poydras St., 24th Fl.
                                                 New Orleans, LA 70130
                                                 Phone: (504) 525-8000
                                                 Fax: (504) 599-3392
                                                 bbarnes@morrisbart.com
                                                 rroot@morrisbart.com
                                                 jenochs@morrisbart.com