MINUTE ENTRY
MILAZZO, J.
October 4, 2019

JS-10:00:50

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On October 4, 2019, the Court held a status conference with liaison counsel.

The parties updated the Court on the status of the case.

