UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File the Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master-Long Form Complaint and Jury Demand (Rec. Doc. 8334) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the unredacted Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand be filed UNDER SEAL.

New Orleans, Louisiana, this ___ of October, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1