UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

The PTO 85 call docket conference scheduled for October 22, 2019 is hereby RESCHEDULED for November 6, 2019 at 2:00 p.m.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**