UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### HARLEY RATLIFF

of the law firm Shook, Hardy & Bacon L.L.P., counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, who, after being sworn, did affirm that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of FIFTY SIX THOUSAND EIGHT HUNDRED EIGHTY ONE AND 91/100 DOLLARS [$56,881.91] as more fully detailed below:

**COURT COSTS**
| | | |
|---|---|---|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | | $20.00 |
| | Subtotal: | $20.00 |

**DEPOSITION TRANSCRIPT FEES**
| | |
|---|---|
| Transcript fee of Barbara Earnest | $ 4,007.78 |
| Transcript fee of James E. Carinder | $ 2,538.88 |
| Transcript fee of Bridgette Collins-Burow | $ 550.00 |
| Transcript fee of Raymond Baez | $ 2,641.18 |
| Transcript fee of Edward Mannina | $ 1,268.52 |
| Transcript fee of Ralph Earnest | $ 1,233.72 |
| Transcript fee of Michael Earnest | $ 964.66 |
| Transcript fee of Lisa Reso | $ 1,323.17 |
| Transcript fee of Glenn D. Hedgpeth | $ 1,406.72 |
| Transcript fee of Jules LeBlanc and Ronald LeBlanc | $ 1,552.14 |
| Transcript fee of Marie Celeste Lagarde | $ 1,371.30 |
| Transcript fee of Barbara Earnest (continued) | $ 3,122.88 |
| Transcript fee of John W. Thompson, Jr. | $ 3,256.96 |

| | | |
|---|---|---|
| Transcript fee of Kevin J. Bianchini | | $ 2,693.08 |
| | Subtotal: | $27,930.99 |

**TRIAL TRANSCRIPT FEES**

| | | |
|---|---|---|
| Transcript fee of Court Reporter Ibos | | $ 5,321.14 |
| Transcript fee of Court Reporter Tusa | | $ 5,648.62 |
| Transcript fee of Court Reporter Pepper | | $ 7,360.16 |
| Transcript fee of Court Reporter Simcox | | $ 8,860.32 |
| | Subtotal: | $27,190.24 |

**EXPERT WITNESS COSTS (DR. JOHN GLASPY)**

| | | |
|---|---|---|
| Attendance (2 days x $40) | | $      80.00 |
| Local transportation | | $    350.60 |
| Airfare | | $ 1,171.08 |
| Lodging | | $    159.00 |
| | Subtotal: | $ 1,760.68 |

**TOTAL COSTS EXPENDED:**   **$56,881.91**

_____
**HARLEY RATLIFF**

SWORN TO ME AND SUBSCRIBED
BEFORE ME ON THIS 10th DAY
OF OCTOBER, 2019.

_____
**NOTARY PUBLIC**
Name: LORI K. WHITSON (#12389338)

LORI K. WHITSON
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Sep. 5, 2020
Commission # 12389338

4812-5978-1545 v1