UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Barbara Earnest, Case No. 2:16-cv-17144

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") will bring for hearing the accompanying Motion to Tax Costs against Plaintiff Barbara Earnest on the 6th day of November, 2019 at 9:30 a.m., before the Honorable William W. Blevins, Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*