UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § | SECTION "H" (5) |
| | § § | JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit A | § § | MAG. JUDGE NORTH |

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Charles G. Orr, Mark A. Shapiro of Shapiro Legal Group and Jennifer Nolte of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away.  Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of Jennifer Nolte of Allen & Nolte, PLLC in place thereof.

Dated this 11th day of October, 2019.

/s/ Charles G. Orr
Charles G. Orr

**SHAPIRO LEGAL GROUP, PLLC**

/s/ Mark A. Shapiro
Mark A. Shapiro
mark.shapiro@shapirolegalgroup.com
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 485-9899

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte

## EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Helen Donaldson | 2:18-cv-12922 |
| Pamela Davis | 2:17-cv-15837 |
| Monica Downing | 2:18-cv-12781 |
| Rose Brodrick | 2:18-cv-12901 |
| Barbara Carr-Knox | 2:17-cv-15739 |
| Mary Casillas | 2:17-cv-15772 |
| Virginia Craft | 2:17-cv-15825 |
| Barbara Devine | 2:17-cv-15846 |
| Tammy Gobert | 2:17-cv-15862 |
| Melissa Melendez | 2:17-cv-16362 |
| Leola Melengoees | 2:18-cv-12912 |
| Bette Nicholas | 2:17-cv-16370 |
| Colleen PapaJohn | 2:17-cv-16380 |
| Jacqueline Robinson | 2:17-cv-16006 |
| Ginger Sowers | 2:17-cv-16164 |
| Rita Tapp-Webb | 2:17-cv-16167 |
| Margie Torres | 2:18-cv-12924 |
| Elaine Worley | 2:17-cv-16171 |