# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> Ruth Brown <br>    Plaintiff, <br> vs. <br><br> Sanofi-S.A., et al.          , | MDL NO. 2740 <br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT MAG. JUDGE NORTH <br><br> Civil Action No.: 2:19-cv-00700-JTM-MBN |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other Plaintiff is deceased and no heirs have come forward to pursue claim.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this __11th__ day of __October__, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on __Oct__, __11__, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: __Oct__, __11__, 2019            /s/ *William H. Barfield*

                                                  William H. Barfield
                                                  bill@mcdonaldworley.com
                                                  State Bar No. 24031725
                                                  McDonald S. Worley
                                                  don@mcdonaldworley.com
                                                  State Bar No. 24003208
                                                  1770 St. James Place, Suite 100
                                                  Houston, TX 77056
                                                  Phone: (713) 523-550
                                                  Fax: (713) 523-5501