UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL. 2740
PRODUCTS LIABILITY LITIGATION     Civil Action No. 17-cv-15158

Beatriz Orono de Guevara, Plaintiff,

vs.

Sanofi-Aventus US LLC, et al.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Marian Kidd, by and through her undersigned attorneys, The Peterson Law Firm, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims against Sanofi SA, Aventis Pharma SA, Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., Sanofi-Aventis US LLC, Sandoz, Inc., Accord Healthcare, ,Inc., and Sun Pharma Global, without prejudice, with each party to bear its own costs and fees. Plaintiff's claims against Hospira, Inc., in civil action 2:17-cv-15158 remains active.

Submitted by:
*/s/ David M. Peterson*
David M. Peterson, Esq., MO #32229
Nicholas Clevenger, Esq., MO 57171
Sara Faubion Stipkovits, Esq., MO 62880
Peterson & Associates, P.C.
801 W. 47th Street, Ste. 107
Kansas City, MO 64112
(816) 531-4440  Telephone
(816) 531-0660  Fax
dmp@petersonlawfirm.com
nsc@petersonlawfirm.com
sfs@petersonlawfirm.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2019 a true and correct copy of the above Notice of Voluntary Dismissal Without Prejudice was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered.

*/s/ David M. Peterson*
David M. Peterson