# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.** |
| **THIS DOCUMENT RELATES TO:**<br><br>CARRIE JOHNSON v. SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.; and SANOFI U.S SERVICES, INC. f/k/a SANOFI-AVENTIS, U.S. INC.; and HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SUN PHARMA GLOBAL FZE; and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.; and ACCORD HEALTHCARE, INC.; and SANDOZ, INC.; and ACTAVIS LLC f/k/a ACTAVIS, INC., and ACTAVIS PHARMA, INC. | **Civil Action No.: 2:18-cv-13069** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of October, 2019

**PULASKI LAW FIRM, PLLC**

*/s/ Leslie LaMacchia*

Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 14, 2019          */s/ Leslie LaMacchia*