MINUTE ENTRY
MILAZZO, J.
October 10, 2019

JS-10:01:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On October 10, 2019, the Court held a status conference with members of the Settlement Committee as listed on the attached sign-in sheet. The next conference with the Settlement Committee is **SET** for **February 13, 2020,** at **9:30 a.m.** The meeting will be held in chambers. Counsel should send a joint letter to the Court no later than **February 12, 2020**, providing the Court with a status update.



CASE TITLE: Taxotere MDL 2740

CIVIL ACTION: 16-2740

CRIMINAL ACTION NO: \_\_\_\_\_

PRE-TRIAL CONFERENCE: \_\_\_\_\_
STATUS CONFERENCE \_\_\_\_\_
PRELIMINARY STATUS CONF. \_\_\_\_\_
OTHER: ✓

DATE: 10/10/19          TIME: 4:15pm

**PLEASE PRINT LEGIBLY**

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Dennis Reich | 713-622-7271 | TTS |
| Mark Niemeyer | 314/241-1919 | TT |
| Hadley R. | 816.286.6858 | Sanofi |
| Bill Nagel | 913-618-0400 | Sanofi |
| Russell Gaudin | 917 664 6577 | Sanofi |
| Brian Rudich | 847 274 3406 | Sanofi |

CASE TITLE: _____

CIVIL ACTION: _____

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: _____
STATUS CONFERENCE _____
PRELIMINARY STATUS CONF. _____
OTHER: _____

DATE: _____    TIME: _____

### PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Irving Warshauer | 504-522-2304 | Pl Sett. Comm. |
| Ashlea Schwarz | 913.980.9050 | Pl settlement Committee |
| Ben Gordon | 850.432.7274 | |
| Harvey Kaplan | 913/706-5034 | SANOFI |