UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## PRETRIAL ORDER NO. 100

**IT IS ORDERED** that the next general status conference will be held on **November 7, 2019**, at **10:45 a.m.** in Judge Milazzo's courtroom (C224). The call-in number for the conference is (800) 700-7784, and the access code is 473330. The conference shall be preceded by a meeting with liaison and lead counsel at **9:45 a.m.**

**IT IS FURTHER ORDERED** that the next show cause hearing will be held on **November 7, 2019**, at **1:00 p.m.** in Judge Milazzo's courtroom. The call-in number for the show cause hearing is (800) 260-0719, and the access code is 473329.

New Orleans, Louisiana, this 16th day of October, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE