UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. |
| THIS DOCUMENT RELATES TO: GLORY MARTIN v. SANOFI-AVENTIS U.S. LLC, et al. | | Civil Action No.: 2:18-CV-03591 |

Pursuant to CMO 12A, Plaintiff Glory Martin dismisses with prejudice all previously named defendants in this matter except Defendant Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 14th day of October, 2019.

                    Respectfully submitted,

                    */s/ Sarah Shoemake Doles*
                    Jeffrey J. Lowe, #35114MO
                    Sarah Shoemake Doles, #45747MO
                    Alyson M. Petrick, #68323MO
                    **CAREY DANIS & LOWE**
                    8235 Forsyth Blvd, Suite 1100
                    Saint Louis, MO 63105
                    Telephone: (314) 725-7700
                    Fax: (314) 721-0905
                    jlowe@careydanis.com
                    sdoles@careydanis.com
                    apetrick@careydanis.com

                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Sarah Shoemake Doles*