## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

---

| | |
|---|---|
| IN RE: TAXOTERE  (DOCETAXEL) | ) MDL NO.: 2740 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) SECTION "H"(5) |
| | ) JUDGE MILAZZO |
| THIS DOCUMENT RELATED TO: | ) MAG. JUDGE NORTH |
| *Charity Miller v. Sanofi S.A., et al* | ) |
| *Case No.: 2:17-cv-2265* | ) |
| Plaintiff, Charity Miller | ) |
| | ) |
| | ) |
| _____ | ) |

## <u>ORDER</u>

Before the Court is Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1) (Doc. 8272);

**IT IS ORDERED** that the Motion is **GRANTED** and that Carl Miller, on behalf of his deceased wife, Charity Miller, may be substituted for Charity Miller as the proper party plaintiff in this action.

New Orleans, Louisiana, this 16th day of October, 2019.


_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge