UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Toni Kesterson, 2:17-cv-12710 | * * * | JUDGE JANE TRICHE MILAZZO |
| | * * * | MAGISTRATE JUDGE NORTH |

*******************************************

## ORDER

Before the Court is a Motion to Substitute Plaintiff (Doc. 8303);

**IT IS ORDERED** that the Motion is **GRANTED** and that Raymond Kesterson, Jr., as legal successor of Toni Kesterson, be substituted as plaintiff on behalf of Toni Kesterson.

New Orleans, Louisiana, this 16th day of October, 2019.

_____
JUDGE