UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Gatewood et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.,* | |
| Civil Action No.: 2:18-cv-13468 | |

## ORDER

Before the Court is Plaintiff Suzanne Gatewood's Motion for Substitution of Plaintiff (Doc. 8316);

**IT IS ORDERED** that the Motion is **GRANTED**, and Richard Gatewood, on Behalf of the Estate of Suzanne Gatewood, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 16th day of October, 2019.

_____
District Judge