UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § | SECTION "H" (5) |
| | § § | JUDGE MILAZZO |
| The cases listed on the attached Exhibit A | § § | MAG. JUDGE NORTH |

## ORDER

Before the Court is Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel (Doc. 8342);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are **WITHDRAWN** as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto. Attorney, Jennifer Nolte, and the law firm of Allen & Nolte, PLLC are **SUBSTITUTED** as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 16th day of October, 2019.

_____
Honorable Jane Triche Milazzo
United States District Court Judge