**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Helen Donaldson | 2:18-cv-12922 |
| Pamela Davis | 2:17-cv-15837 |
| Monica Downing | 2:18-cv-12781 |
| Rose Brodrick | 2:18-cv-12901 |
| Barbara Carr-Knox | 2:17-cv-15739 |
| Mary Casillas | 2:17-cv-15772 |
| Virginia Craft | 2:17-cv-15825 |
| Barbara Devine | 2:17-cv-15846 |
| Tammy Gobert | 2:17-cv-15862 |
| Melissa Melendez | 2:17-cv-16362 |
| Leola Melengoees | 2:18-cv-12912 |
| Bette Nicholas | 2:17-cv-16370 |
| Colleen PapaJohn | 2:17-cv-16380 |
| Jacqueline Robinson | 2:17-cv-16006 |
| Ginger Sowers | 2:17-cv-16164 |
| Rita Tapp-Webb | 2:17-cv-16167 |
| Margie Torres | 2:18-cv-12924 |
| Elaine Worley | 2:17-cv-16171 |