UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| This document relates to: | : | JUDGE MILAZZO |
| SHANDA CADE, No: 2:17-cv-16586 | : | MAG. JUDGE NORTH |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 8296);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 16th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE