# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: H (5) |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand (Rec. Doc. 8334) filed by Defendants, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand be and is **GRANTED**, and that the submission date is hereby continued to December 4, 2019.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE JANE TRICHE MILAZZO

1