MINUTE ENTRY
NORTH, M.J.
OCTOBER 18, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference was held on this date in the presence of a Court Reporter (Jodi Simcox).

| PRESENT: | Larry Centola | Jennifer Snyder Heis |
| | Andrew Lemmon | Mara Cusker Gonzalez |
| | Palmer Lambert | Julie Callsen |
| | Dawn Barrios | Cliff Merrell |
| | Chris Coffin | Peter Rotolo |
| | | John Olinde |
| | | Kelly Brilleaux |

| PARTICIPATING BY PHONE: | Karen Menzies | Beth Toberman |
| | Dan Markoff | Mike Suffern |
| | | Karina Pundeff |
| | | Kathleen Kelly |
| | | Rich Moore |

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:25)