## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § | SECTION L JUDGE JANE T. MILAZZO |
| The Cases Listed on the attached Exhibit A | § § § | |

### ORDER GRANTING PLAINTIFFS' SUPPLEMENT TO THEIR JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Supplement to their Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS ORDERED that attorney Thomas Smith of The Law Offices of Seaton & Bates, PLLC shall be added as counsel for the plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |