UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |

Barbara Earnest, 16-17144

## ORDER

**IT IS ORDERED** that defendant's Motion for Taxation of Costs (Doc. 8340) be **REFERRED** to the Clerk of Court for determination.

Signed this 23rd day of October, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE