UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Tanya Francis, Case No. 2:16-cv-17410 | MDL No. 2740<br><br>SECTION:  "H" (5) |

## ORDER

Considering the Motion for Leave to File Reply Brief in Support of their Motion to Tax Costs filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.:

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs is hereby entered into the Court's docket.

.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE