UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Deborah Johnson, Case No. 2:16-cv-15607 | MDL No. 2740<br><br>SECTION: "H" (5) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**REPLY BRIEF IN SUPPORT OF ITS MOTION TO TAX COSTS**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (c "Sanofi"), who respectfully move this Court for leave to file a Reply Brief in Support of their Motion to Tax Costs in order to respond to Plaintiffs' Response in Opposition to Sanofi's Motion (Rec. Doc. 8158).

WHEREFORE, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Brief in Support of Motion to Tax Costs.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Douglas J. Moore

2

4848-5044-8298 v3