**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
Deborah Johnson, Case No. 2:16-cv-15607

MDL No. 2740

SECTION:  "H" (5)

**ORDER**

Considering the Motion for Leave to File Reply Brief in Support of their Motion to Tax

Costs filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants'

proposed Reply in Support of Motion to Tax Costs is hereby entered into the Court's docket.

.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE