UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | | |
| Kathleen George, | | |
| Plaintiff, | | |
| vs. | | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | | |
| Defendants. | | |
| Civil Case No.: 2:17-cv-13453 | | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Accord Healthcare, Inc., Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, based upon the product identification received.

This the 24th day of October, 2019.

        Whitfield Bryson & Mason LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. Bar No. 15781
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 24th day of October, 2019.

WHITFIELD BRYSON & MASON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com
Email: hunter@wbmllp.com

*Attorneys for Plaintiff*