UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

**IT IS ORDERED** that the Court will hold oral argument on **December 5, 2019, at 9:30 a.m.** on Plaintiff's Motion to Amend the Master Complaint (Doc. 8334) and Sanofi's Motion for Summary Judgment Against Plaintiff Kelly Gahan (Doc.5730). Each party will have seven minutes to argue each motion.

**IT IS FURTHER ORDERED** that the Consent Motion to Continue Submission Date (Doc. 8373) is **GRANTED**, and the submission date on Plaintiff's Motion to Amend the Master Complaint (Doc. 8334) is **CONTINUED** to December 4, 2019.

New Orleans, Louisiana, this 24th day of October, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE