UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION "H" (5) |
| | § | JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit 1 | § § | MAG. JUDGE NORTH |

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Tarek Abbassi & Charlotte Long of Fears Nachawati, PLLC, notify the Court that Charlotte Long, will be leaving the firm. Pursuant to the request of the Plaintiffs listed on attached Exhibit "1," Attorneys move for the withdrawal of Charlotte Long and substitution of Tarek Abbassi in place thereof.

Dated this 24th day of October 2019.

/s/ Tarek Abbassi
Tarek Abbassi
TX Bar No. 24096225
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
Fax (214) 890-0712
tabbassi@fnlawfirm.com

/s/ Charlotte Long
Charlotte Long
TX Bar No. 24094692
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
Fax (214) 890-0712
charlotte@fnlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                 /s/ Tarek Abbassi