# EXHIBIT 1

| PLAINTIFF LAST | PLAINTIFF FIRST | CAUSE NUMBER |
|---|---|---|
| Adams | Bobbi | 2:18-cv-10720 |
| Aguilar | Debra | 2:19-cv-00072 |
| Akerson | Deborah | 2:18-cv-05816 |
| Aleman | Ermalinda | 2:18-cv-14339 |
| Allbritton | Kristie | 2:18-cv-06530 |
| Allen | Sheila | 2:18-cv-10688 |
| Allen | Tonya | 2:18-cv-05776 |
| Alston | Tanya | 2:18-cv-06527 |
| Ambrose | Lisa | 2:18-cv-07999 |
| Ammari | Lisa | 2:18-cv-07737 |
| Anderson | Cynthia | 2:18-cv-13358 |
| Anderson | Minson | 2:18-cv-13452 |
| Anderson | Lillie | 2:18-cv-13453 |
| Anthony | Jennifer | 2:18-cv-11940 |
| Arigo | Christine | 2:18-cv-09233 |
| Armstrong | Josephine | 2:18-cv-13740 |
| Asher | Kendra | 2:18-cv-10754 |
| Bailey | Rosie | 2:18-cv-13664 |
| Balaam | Kathleen | 2:18-cv-08761 |
| Banton | Cynthia | 2:18-cv-13730 |
| Barber | Claudette | 2:18-cv-05813 |
| Barnes-Gordon | Kathy | 2:18-cv-11089 |
| Bartolone | Angela | 2:18-cv-13580 |
| Baskett | Jessica | 2:18-cv-11024 |
| Bates | Pamela | 2:18-cv-13671 |
| Bathauer | Dorothy | 2:18-cv-06535 |
| Bell | Yvonne | 2:18-cv-13334 |
| Bell | Roseann | 2:18-cv-05353 |
| Belo | Tamica | 2:18-cv-08817 |
| Benigno | Ann | 2:18-cv-10566 |
| Bennett | Patty | 2:18-cv-10260 |
| Bennett | Pelina | 2:18-cv-07896 |
| Berger | Sandra | 2:18-cv-09159 |
| Berry | Sheila | 2:18-cv-13606 |
| Best | Donna | 2:18-cv-00501 |
| Betties | Geneva | 2:18-cv-13774 |
| Bierbaum | Teresa | 2:18-cv-13412 |
| Bingham | Diane | 2:18-cv-13844 |
| Bissonnette | Aida | 2:18-cv-13741 |
| Bizier | Kristina | 2:18-cv-13603 |
| Blankenship | Trinette | 2:18-cv-13311 |
| Blocker | Carolyn | 2:19-cv-00077 |
| Blunck | Sandra | 2:18-cv-03945 |
| Bogner | Lisa | 2:18-cv-13378 |

# EXHIBIT 1

| Bokelkamp | Heather | 2:18-cv-13642 |
|---|---|---|
| Bolte | Michelle | 2:18-cv-10656 |
| Bottini | Maria | 2:18-cv-08224 |
| Bradwell | Tammy | 2:18-cv-10736 |
| Bravo | Fonda | 2:18-cv-10473 |
| Breed | Shauna | 2:18-cv-08482 |
| Bremer-Hardesty | Patricia | 2:18-cv-06048 |
| Brennan | Ernestine | 2:18-cv-10600 |
| Brewer | Audrey | 2:18-cv-09605 |
| Brock | Janice | 2:18-cv-00403 |
| Brock | Vynedra | 2:18-cv-09535 |
| Brown | Barbara | 2:18-cv-05782 |
| Brown | Kellee | 2:18-cv-10823 |
| Brown | Margarette | 2:18-cv-09621 |
| Brown | Sonja | 2:18-cv-05301 |
| Browne | Lisa | 2:18-cv-13715 |
| Browndorf | Molly | 2:18-cv-13800 |
| Brucie | Elizabeth | 2:18-cv-09638 |
| Bruno | Mary | 2:18-cv-07680 |
| Bullock | Ann | 2:18-cv-13052 |
| Burbage | Greeta | 2:18-cv-12846 |
| Burgess | Vicki | 2:18-cv-09728 |
| Burgess | Darlene | 2:19-cv-00079 |
| Burkett | Nancy | 2:19-cv-09488 |
| Burleson | Joyce | 2:18-cv-10657 |
| Bush | Linda | 2:18-cv-10617 |
| Butrum | Tamara | 2:18-cv-09014 |
| Callahan | Donna | 2:18-cv-00848 |
| Callands | Michelle | 2:18-cv-08770 |
| Campbell | Mandy | 2:18-cv-09167 |
| Campbell | Sonja | 2:18-cv-05779 |
| Cantrell | Donna | 2:19-cv-00046 |
| Carroll | Sherry | 2:18-cv-13736 |
| Carter | Montez | 2:19-cv-00007 |
| Carter | Teressa | 2:18-cv-13829 |
| Carter | Antoionette | 2:18-cv-13709 |
| Carter-Soloman | Donna | 2:18-cv-13831 |
| Caselli | Karen | 2:18-cv-08821 |
| Cassidy | Regina | 2:18-cv-08116 |
| Castonguay | Lois | 2:18-cv-05773 |
| Cavallaro | Michelle | 2:18-cv-05772 |
| Celia | Debra | 2:18-cv-13338 |
| Chance | Judie | 2:18-cv-11087 |
| Chaney | Lisa | 2:18-cv-13369 |
| Chirkas | Judith | 2:18-cv-13060 |

# EXHIBIT 1

| | | |
|---|---|---|
| Christopher | Gloria | 2:19-cv-01949 |
| Ciske | Suzanne | 2:18-cv-13205 |
| Clark | Gloria | 2:18-cv-09593 |
| Clark | Denise | 2:18-cv-07910 |
| Clem | Julie | 2:18-cv-13853 |
| Clemenza | Cynthia | 2:18-cv-10794 |
| Coats | Martha | 2:18-cv-13579 |
| Coderre | Charlsie | 2:18-cv-10878 |
| Cohen | Patricia | 2:19-cv-00068 |
| Coles | Virginia | 2:18-cv-09990 |
| Collazo | Jacqueline | 2:19-cv-11367 |
| Converse | Vickie | 2:18-cv-12558 |
| Cooksey | Mary | 2:19-cv-00017 |
| Copeland | Amy | 2:18-cv-05768 |
| Cottey | Mary | 2:18-cv-03941 |
| Counts | June | 2:18-cv-05360 |
| Coup | Cheryl | 2:18-cv-09331 |
| Covington | Delois | 2:18-cv-13775 |
| Coyne | Ann | 2:19-cv-09555 |
| Credit | Suzanne | 2:18-cv-13352 |
| Crescini | Delia | 2:18-cv-14328 |
| Crocker | Margaret | 2:18-cv-12869 |
| Crockett | Beverly | 2:18-cv-13437 |
| Cummings | Judith | 2:18-cv-13242 |
| Cunningham | Patricia | 2:18-cv-00500 |
| Cunningham | Susan | 2:19-cv-00034 |
| Daniels | Vicki | 2:18-cv-08222 |
| Daniels | Tasha | 2:18-cv-13647 |
| Darling | Carol | 2:18-cv-11021 |
| Davis | Cary | 2:18-cv-13336 |
| Deaton | Priscilla | 2:18-cv-12995 |
| DeBetham | Veronica | 2:18-cv-13300 |
| Denmark | Deborah | 2:18-cv-13439 |
| Dieudonne | Alice | 2:18-cv-13667 |
| Dihoff | Charlotte | 2:18-cv-10716 |
| Dilorenzo | Renee | 2:18-cv-13655 |
| Doddy | Shirley | 2:18-cv-14336 |
| Dongvort-Langs | Flora | 2:18-cv-08763 |
| Duncan | Mignonette | 2:19-cv-00015 |
| Duncan | Obelia | 2:18-cv-08807 |
| Dupuis | Michelle | 2:18-cv-09595 |
| Durham | Doris | 2:18-cv-13387 |
| Eastep | Kimberly | 2:19-cv-00031 |
| Edwards | Gwendolyn | 2:18-cv-13327 |
| Edwards | Delories | 2:18-cv-13248 |

# EXHIBIT 1

| | | |
|---|---|---|
| Edwards-Rector | Tiana | 2:18-cv-08128 |
| Eldred | Sheri | 2:18-cv-13393 |
| Elk | Katheleen | 2:18-cv-05727 |
| Ellshoff | Judith | 2:18-cv-07034 |
| Elmore | Virginia | 2:18-cv-10293 |
| Emerson | Carmen | 2:18-cv-10529 |
| Enfinger | Rheta | 2:18-cv-13296 |
| English | Donna | 2:18-cv-13641 |
| Epperson | Joyce | 2:18-cv-03997 |
| Epps | Vickie | 2:18-cv-13727 |
| Epstein | Susan | 2:18-cv-06533 |
| Escarcega | Carmelita | 2:18-cv-13197 |
| Eubanks | Emily | 2:18-cv-05815 |
| Fain | Virginia | 2:19-cv-00006 |
| Fennell | Camille | 2:18-cv-14337 |
| Ferguson | Pamela | 2:18-cv-06889 |
| Fernandez | Rita | 2:18-cv-09560 |
| Fernandez | Rosemarie | 2:18-cv-08114 |
| Fidalgo | Beth | 2:18-cv-11082 |
| Fisher | Stacey | 2:18-cv-13317 |
| Foley | Bertha | 2:18-cv-08389 |
| Forte | Sandra | 2:18-cv-05307 |
| Fought | Lorane | 2:19-cv-11148 |
| Frailey | Constance | 2:19-cv-00004 |
| Francis | Christie | 2:18-cv-08125 |
| Francis | Willie | 2:18-cv-08767 |
| Frederick | Cheryl | 2:18-cv-05354 |
| Freeman | Kim | 2:18-cv-08419 |
| Frink | Patricia | 2:18-cv-13825 |
| Fuchs | Janine | 2:18-cv-13852 |
| Funderburk | Sylvia | 2:18-cv-07900 |
| Gaiten | Joan | 2:18-cv-07728 |
| Garcia | Mary Lee | 2:18-cv-08127 |
| Garland | Eva | 2:18-cv-11032 |
| Gaskill | Lois | 2:18-cv-13295 |
| Gatewood | Suzanne | 2:18-cv-13468 |
| Gathers | Antoinette | 2:17-cv-17660 |
| Gholar | Manetha | 2:18-cv-00502 |
| Gibbons | Sue | 2:18-cv-07951 |
| Gibbons | Tammy | 2:18-cv-13860 |
| Gillette | Amy | 2:18-cv-13454 |
| Gilligan | Eryn | 2:18-cv-13652 |
| Glaze-Nunley | Deborah | 2:18-cv-06915 |
| Goldsby | Barbara | 2:18-cv-13848 |
| Gooch | Christine | 2:18-cv-13840 |

# EXHIBIT 1

| | | |
|---|---|---|
| Gordon | Vivian | 2:18-cv-13766 |
| Gore | Richardina | 2:18-cv-09319 |
| Govan | Shelley | 2:18-cv-13682 |
| Graves | Christine | 2:18-cv-13724 |
| Gray | Phillis | 2:18-cv-13751 |
| Green | Donna | 2:18-cv-07991 |
| Greszczuk | Christine | 2:18-cv-13635 |
| Grier | Teresa | 2:18-cv-08810 |
| Griffin | Tammy | 2:18-cv-10229 |
| Grimes | Angela | 2:18-cv-12905 |
| Guarini | Mary Ellen | 2:18-cv-05774 |
| Gucwa | Barbara | 2:18-cv-11092 |
| Gudger | Emma | 2:18-cv-08758 |
| Gumbs | Tina | 2:18-cv-09024 |
| Gutrich | Deborah | 2:18-cv-07734 |
| Halfhill | Traci | 2:18-cv-11063 |
| Hammond | Vickie | 2:17-cv-17516 |
| Handy | Marolyn | 2:18-cv-13221 |
| Hansen | Kristen | 2:18-cv-07899 |
| Harden | Tshonda | 2:18-cv-13134 |
| Harp | Lori | 2:18-cv-12791 |
| Harris | Leslye | 2:18-cv-08868 |
| Harris | Rose | 2:17-cv-12921 |
| Harris | Janet | 2:17-cv-17661 |
| Harris | Sheryl | 2:18-cv-07075 |
| Harrison | Jeannette | 2:19-cv-12685 |
| Hartsel | Amy | 2:18-cv-07912 |
| Hatchew | Kim | 2:18-cv-13842 |
| Hawley | Diane | 2:18-cv-13340 |
| Heffernan | Judith | 2:18-cv-13402 |
| Henderson | Gwendolyn | 2:18-cv-10918 |
| Hendrickson | Myrta | 2:18-cv-10831 |
| Hennington | Annie | 2:18-cv-13271 |
| Henry | Anita | 2:18-cv-10976 |
| Hicks | Angela | 2:19-cv-00012 |
| Hill | Linda | 2:18-cv-10437 |
| Hinton | Beverly | 2:18-cv-10275 |
| Hirsh | Barbara | 2:17-cv-17254 |
| Holifield | Shirley | 2:18-cv-13442 |
| Hollingsworth | Beryl | 2:18-cv-05770 |
| Holloway | Laurie | 2:18-cv-08471 |
| Holmes | Phyllis | 2:18-cv-13562 |
| Holt | Loretta | 2:18-cv-13645 |
| Holtz | Pamela | 2:18-cv-13551 |
| Hoover | Kathryn | 2:18-cv-08124 |

# EXHIBIT 1

| Hopper | Kathryn | 2:18-cv-13299 |
|---|---|---|
| Horn | Pamela | 2:18-cv-06046 |
| Horne | Yvonne | 2:18-cv-13856 |
| Horst | Leasa | 2:18-cv-05769 |
| Horst | Peggy | 2:18-cv-13400 |
| House | Lot | 2:18-cv-12793 |
| Houston | Audrey | 2:18-cv-09558 |
| Hughes | Sharon | 2:19-cv-00525 |
| Hull | Adrienne | 2:18-cv-13156 |
| Hunt | Margaret | 2:18-cv-09534 |
| Hunter | Toni | 2:18-cv-06044 |
| Hussey | Mary | 2:18-cv-10204 |
| Hustler | Laraine | 2:18-cv-10492 |
| Hutchins | Virginia | 2:18-cv-13553 |
| Inabinett | April | 2:18-cv-11096 |
| Ivery | Stephanie | 2:19-cv-00080 |
| Jackson | Pamela | 2:18-cv-00018 |
| Jackson | Mary | 2:18-cv-13735 |
| Jackson | Mildred | 2:18-cv-07754 |
| James | Lannie | 2:18-cv-06529 |
| Jefferson-Norwood | Claire | 2:18-cv-13265 |
| Jenkins | Christine | 2:18-cv-13458 |
| Joers | Holly | 2:18-cv-13632 |
| Johnson | Doris | 2:18-cv-08870 |
| Johnson | Patsy | 2:18-cv-00849 |
| Johnson | Katherine | 2:18-cv-05355 |
| Johnson | Velma | 2:18-cv-03943 |
| Johnson | Sophia | 2:18-cv-10587 |
| Johnson | Sandra | 2:18-cv-13042 |
| Johnson | Tomekya | 2:18-cv-13202 |
| Johnson | Shirley | 2:18-cv-13810 |
| Jones | Kathy | 2:18-cv-12202 |
| Jones | Dorothy | 2:17-cv-14153 |
| Kebler | Becky | 2:18-cv-08392 |
| Kedelty | Darlene | 2:19-cv-10908 |
| Kelly | Patricia | 2:18-cv-13549 |
| Kemp | Denise | 2:18-cv-08466 |
| Kemp | Linda | 2:18-cv-08466 |
| Kennedy | Elizabeth | 2:18-cv-09628 |
| Kirkland | Sheri | 2:18-cv-13305 |
| Knight-Crank | Misty | 2:19-cv-00093 |
| Knott | Marianne | 2:18-cv-05309 |
| Kreshpane | Ellen | 2:18-cv-07902 |
| Lacey | Leta | 2:18-cv-13649 |
| Lawrence | Emma | 2:18-cv-10876 |

# EXHIBIT 1

| | | |
|---|---|---|
| Lawson | Jalynne | 2:18-cv-07035 |
| Lee | Carla | 2:18-cv-09171 |
| Lee | Lovelle | 2:18-cv-13441 |
| Lewis | Linda | 2:18-cv-10924 |
| Lewis | Easter | 2:17-cv-17821 |
| Lewis | Marie | 2:18-cv-05819 |
| Lewis | Yvonne | 2:18-cv-00401 |
| Licht | Johna | 2:18-cv-10825 |
| Lipinski | Deborah | 2:18-cv-09725 |
| Little | Kattie | 2:18-cv13602 |
| Lomax | Wanda | 2:18-cv-10827 |
| Long | Joyce | 2:19-cv-00064 |
| Lopez | Lourdes | 2:18-cv-10822 |
| Lott | Lois | 2:18-cv-10788 |
| Lovato | Ivy | 2:18-cv-13466 |
| Loye | Dedra | 2:18-cv-13607 |
| Loza | Sandra | 2:18-cv-09022 |
| Luckett | Karla | 2:18-cv-08475 |
| Luke | Judy | 2:18-cv-13658 |
| Lynch | Joyce | 2:18-cv-07903 |
| Madamidola | Anissa | 2:18-cv-08908 |
| Magliocco | Lavinia | 2:18-cv-09616 |
| Magsby | Dorothy | 2:18-cv-08778 |
| Mahon | Betty | 2:18-cv-13359 |
| Manderson | Hope | 2:18-cv-13739 |
| Martin | Paulette | 2:18-cv-10545 |
| Martin | Lisa | 2:18-cv-07074 |
| Matis | Nicole | 2:18-cv-10596 |
| Matz | Shari | 2:18-cv-09553 |
| Maurer | Rosemary | 2:18-cv-13450 |
| McAlister | Angela | 2:18-cv-13656 |
| McArthur | Sarah | 2:18-cv-00367 |
| McCain | Gwendolyn | 2:18-cv-13657 |
| McCamish | Nancy | 2:18-cv-06443 |
| McCarthy | Sharon | 2:18-cv-05785 |
| McCoy | Susana | 2:18-cv-10424 |
| McCray | Regina | 2:18-cv-13249 |
| McDuffy | Doris | 2:18-cv-07904 |
| McGhee | Dedra | 2:18-cv-10614 |
| McIntosh | Cynthia | 2:18-cv-13176 |
| McKines | Leona | 2:18-cv-10594 |
| McKinney | Eleanor | 2:18-cv-13190 |
| McKinney | Thelma | 2:18-cv-08480 |
| McKnight | Sarah | 2:18-cv-11029 |
| McMillan | Rosalind | 2:18-cv-03939 |

# EXHIBIT 1

| | | |
|---|---|---|
| McMillan | Melanie | 2:18-cv-10481 |
| McNair | Reathea | 2:18-cv-13692 |
| McShane | Cathie | 2:18-cv-13129 |
| McShea | Judith | 2:18-cv-13836 |
| Mead | Margaret | 2:18-cv-13695 |
| Mejia | Maggie | 2:18-cv-07708 |
| Melbourne-Weaver | Julie | 2:18-cv-07898 |
| Mengelkoch | Roxie | 2:18-cv-05767 |
| Meyer | Katherine | 2:18-cv-11027 |
| Miller | Barbara | 2:18-cv-10571 |
| Miller | Denise | 2:18-cv-10591 |
| Miller | Judith | 2:18-cv-13839 |
| Miller | Karen | 2:18-cv-13778 |
| Mineard | Julie | 2:18-cv-13841 |
| Miner | Leslie | 2:18-cv-09323 |
| Minor | Sindy | 2:18-cv-09641 |
| Misilewich | Jennifer | 2:18-cv-07897 |
| Mitchell | Teresa | 2:18-cv-09726 |
| Mitchell | Leisa | 2:18-cv-05771 |
| Mitchell | Kathryn | 2:18-cv-10906 |
| Mitchell | Becky | 2:18-cv-05728 |
| Moaning | Schwanda | 2:18-cv-05777 |
| Mogan | Victoria | 2:18-cv-13254 |
| Moldenhauer | Brenda | 2:18-cv-13344 |
| Monnin | Kimberly | 2:18-cv-08006 |
| Moore | Elizabeth | 2:18-cv-13554 |
| Moore | Connie | 2:18-cv-13324 |
| Morgan | Nelcie | 2:18-cv-10603 |
| Morgan | Jacqueline | 2:18-cv-00402 |
| Moses | Deborrah | 2:18-cv-13805 |
| Murphy | Angelina | 2:18-cv-03940 |
| Myers | Tammy | 2:18-cv-13651 |
| Nasenbeny | Kathleen | 2:18-cv-10477 |
| Nelson | Linda | 2:18-cv-08400 |
| Nettles | Shirley | 2:18-cv-08855 |
| Newman | Charlotte | 2:18-cv-13576 |
| Newman | Monica | 2:18-cv-07907 |
| Newman-Parker | Katherine | 2:18-cv-10882 |
| Newton | Lisa | 2:18-cv-10238 |
| Nichols | Cherry | 2:18-cv-13011 |
| Nobles | Barbara | 2:18-cv-05675 |
| Oates | Delores | 2:18-cv-09625 |
| O'Boyle | Lorraine | 2:18-cv-13267 |
| O'Neill | Suzanne | 2:18-cv-13634 |
| Osenbaugh | Tamara | 2:18-cv-10588 |

# EXHIBIT 1

| | | |
|---|---|---|
| Overby | Kimberly | 2:18-cv-08394 |
| Owens | Lisa | 2:19-cv-11921 |
| Paganelli | Marjory | 2:18-cv-13813 |
| Pant | Sharlene | 2:18-cv-10475 |
| Pantoja | Nancia | 2:18-cv-13679 |
| Payne | Jennifer | 2:18-cv-09727 |
| Pendergrass | Doris | 2:18-cv-08228 |
| Perry | Ethel | 2:18-cv-13702 |
| Person | Shiray | 2:18-cv-11326 |
| Petrie | Barbara | 2:18-cv-13643 |
| Peyton | Alice | 2:18-cv-10261 |
| Pfleiderer | Karen | 2:19-cv-10905 |
| Pfluger | Michelle | 2:18-cv-05786 |
| Phelps | Roberta | 2:18-cv-03308 |
| Pierce | Lisa | 2:18-cv-10654 |
| Pierce | Rachel | 2:18-cv-10479 |
| Pierce | Carolyn | 2:18-cv-05729 |
| Pollard | Joanna | 2:18-cv-00277 |
| Pottle | Yvonne | 2:18-cv-10263 |
| Principato | Laura | 2:18-cv-05783 |
| Pulley | Frances | 2:18-cv-13713 |
| Pulliam | Lisa | 2:19-cv-00090 |
| Purvis | Sheila | 2:18-cv-06906 |
| Quick | Frankie | 2:18-cv-09645 |
| Rasmussen | Denise | 2:18-cv-08478 |
| Rawlins | Rebecca | 2:18-cv-09142 |
| Ray | Donna | 2:18-cv-05352 |
| Ray | Alvera | 2:18-cv-13219 |
| Reckline | Marilyn | 2:18-cv-13463 |
| Richards | Carol | 2:18-cv-10686 |
| Richardson | Jennifer | 2:18-cv-13570 |
| Riegel | Sandra | 2:18-cv-10887 |
| Rivera | Patricia | 2:18-cv-13566 |
| Roach | Maria | 2:18-cv-13234 |
| Roach | Meghan | 2:18-cv-10593 |
| Roberts | Nettie | 2:18-cv-13826 |
| Robinson | Tracy | 2:18-cv-13544 |
| Rodecker | Linda | 2:18-cv-13101 |
| Roe | Nita | 2:18-cv-12771 |
| Rogers | Nancy | 2:18-cv-13586 |
| Rolle | Phillpa | 2:18-cv-09538 |
| Roller | Peggy | 2:18-cv-13105 |
| Rucker | Silvia | 2:18-cv-08816 |
| Rude | Deidre | 2:18-cv-05730 |
| Ruffin | Renee | 2:18-cv-08467 |

# EXHIBIT 1

| | | |
|---|---|---|
| Ruiz | Jennifer | 2:18-cv-07914 |
| Rundio | Betty | 2:18-cv-05293 |
| Saathoff | Cheryl | 2:18-cv-14334 |
| Salinetro | Anna | 2:19-cv-00529 |
| Sanchez | Maria | 2:18-cv-10717 |
| Sanchez | Lisa | 2:18-cv-09274 |
| Sane | Amy | 2:18-cv-07071 |
| Sanford | Patricia | 2:18-cv-13447 |
| Santos | Irma | 2:18-cv-07908 |
| Sarnie | Deborah | 2:18-cv-10469 |
| Saunders | Maria | 2:18-cv-13131 |
| Saunders | Linda | 2:18-cv-14335 |
| Savino | Susan | 2:18-cv-13294 |
| Schaap | Barbara | 2:18-cv-06908 |
| Schafer | Sandra | 2:18-cv-11052 |
| Schultz | Lauren | 2:18-cv-00498 |
| Schultz | Judith | 2:19-cv-00075 |
| Scruggs | Georgiann | 2:18-cv-08227 |
| Seidler | Michelle | 2:18-cv-08225 |
| Shaft | Yvonne | 2:18-cv-13144 |
| Shaw | Sonia | 2:18-cv-05780 |
| Sheahon | Bonnie | 2:18-cv-03942 |
| Shearin | Michelle | 2:18-cv-13577 |
| Sherlock | Daphne | 2:18-cv-03928 |
| Shields | Kara | 2:18-cv-07913 |
| Shively | Consuelo | 2:18-cv-13636 |
| Siegel | Pamela | 2:18-cv-10592 |
| Silano | Gale | 2:18-cv-13615 |
| Simmons | Faye | 2:18-cv-09634 |
| Simmons | Maria | 2:18-cv-05321 |
| Simms | Gwendolyn | 2:18-cv-13314 |
| Simons | Patricia | 2:18-cv-08415 |
| Singleton | Hallie | 2:18-cv-06531 |
| Singleton | Towanda | 2:18-cv-13592 |
| Smith | Pattishon | 2:18-cv-03923 |
| Smith | Dianna | 2:19-cv-00098 |
| Smith | Shalanda | 2:18-cv-00496 |
| Smith | Sharon | 2:18-cv-13164 |
| Smith | Margaret | 2:18-cv-13313 |
| Smith | Donna | 2:18-cv-12973 |
| Smith | Dorothy | 2:18-cv-13557 |
| Snow | Dorris Jean | 2:18-cv-05775 |
| South | Katherine | 2:18-cv-13660 |
| Spaulding | Betty | 2:18-cv-09012 |
| Stanford | Shirrita | 2:18-cv-13618 |

# EXHIBIT 1

| | | |
|---|---|---|
| Starbird | Diana | 2:18-cv-10932 |
| Starkloff | Cheryl | 2:18-cv-13029 |
| Strange | Kim | 2:18-cv-13280 |
| Stretz | Victoria | 2:18-cv-13208 |
| Stubbs | Kalita | 2:18-cv-12800 |
| Stuckey-Henry | Ruth | 2:18-cv-09332 |
| Sumling | Millicent | 2:18-cv-13381 |
| Sunderland | Carol | 2:18-cv-10768 |
| Svehla | Cynthia | 2:18-cv-10472 |
| Sylvain | Paule | 2:18-cv-06528 |
| Tandon | Paula | 2:18-cv-13165 |
| Taylor | Paula | 2:18-cv-08771 |
| Taylor | Sheri | 2:18-cv-13098 |
| Taylor | Ann | 2:18-cv-13819 |
| Tendell | Ethel | 2:18-cv-12982 |
| Terry | Linda | 2:18-cv-10467 |
| Thibeau | Lynette | 2:18-cv-13122 |
| Thomas | Margaret | 2:18-cv-10694 |
| Thompson | Barbara | 2:18-cv-13408 |
| Thompson | Alice | 2:18-cv-10256 |
| Tolan | Carolyn | 2:18-cv-03946 |
| Toland | Lois | 2:18-cv-10531 |
| Tucker | Dora | 2:18-cv-09252 |
| Tucker | Judy | 2:18-cv-06043 |
| Tull | Sharon | 2:18-cv-12975 |
| Turner | Kathy | 2:18-cv-06918 |
| Tyler | Sharon | 2:18-cv-13568 |
| Valdez | Myrtle | 2:18-cv-06532 |
| Varela | Ana | 2:18-cv-08476 |
| Vaughan | Wanda | 2:18-cv-13849 |
| Vaughn | Ora | 2:18-cv-10655 |
| Vesely | Margaret | 2:18-cv-13572 |
| Violette | Mary | 2:18-cv-09266 |
| Volak | Dee | 2:18-cv-07996 |
| Walker | Pamela | 2:18-cv-11003 |
| Walker | Kayrenne | 2:18-cv-13646 |
| Ward | Sue | 2:18-cv-13770 |
| Warren | Vera | 2:18-cv-00400 |
| Warren | Alma | 2:18-cv-07905 |
| Warren | Deborah | 2:18-cv-12864 |
| Washington | Patsy | 2:18-cv-09556 |
| Washington-Perkins | Jamie | 2:17-cv-17494 |
| Waters | Debra | 2:18-cv-03948 |
| Waters | Kathie | 2:18-cv-13332 |
| Waters | Robin | 2:18-cv-13547 |

# EXHIBIT 1

| | | |
|---|---|---|
| Watson | Sureta | 2:18-cv-05814 |
| Watts | Darlene | 2:18-cv-00497 |
| Wearing | Alleshia | 2:18-cv-13835 |
| Weaver-Morrow | Tysheena | 2:18-cv-12871 |
| Weber | Vivian | 2:18-cv-00276 |
| Wetzel | Susan | 2:18-cv-13640 |
| White | Sharon | 2:18-cv-06047 |
| Williams | Traycee | 2:18-cv-07036 |
| Williams | Susan | 2:18-cv-13076 |
| Williams | Louette | 2:18-cv-13737 |
| Williams | Susan G. | 2:18-cv-11969 |
| Williams | Darlinda | 2:18-cv-09550 |
| Williams | Kanika | 2:18-cv-09695 |
| Williams | Pecola | 2:18-cv-03944 |
| Williams | Yvonne | 2:18-cv-10792 |
| Williams | Patricia | 2:18-cv-11104 |
| Williams | Tonya | 2:18-cv-12215 |
| Williams | Candace | 2:18-cv-13851 |
| Williams | Deborah | 2:18-cv-13428 |
| Williamson | Teresa | 2:19-cv-12222 |
| Williams-Paront | Elizabeth | 2:18-cv-13552 |
| Wilson | Alice | 2:18-cv-13423 |
| Wilson | Brenda | 2:18-cv-10653 |
| Winders | Marjorie Jo | 2:19-cv-00010 |
| Wintjen | Michelle | 2:18-cv-07037 |
| Woods | Pamela | 2:18-cv-13085 |
| Wooten | Shirley | 2:18-cv-08112 |
| Wray | Sheryl | 2:18-cv-05388 |
| Wright | Sheena | 2:18-cv-13183 |
| Young | Rose | 2:18-cv-13149 |
| Yount | Glenda | 2:18-cv-11045 |
| Zarcone | Patricia | 2:18-cv-06923 |