UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | § § | SECTION "H" (5) |
| | § § | JUDGE MILAZZO |
| The Cases Listed on the attached Exhibit 1 | § § | MAG. JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charlotte Long is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "1" attached hereto.

IT IS FURTHER ORDERED that attorney, Tarek Abbassi, is substituted as attorney of record for the Plaintiffs identified on Exhibit "1" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Jane Triche Milazzo
United States District Court Judge