# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|------|-------|----------------|----------------------|-----------------------------|----------------|
| 1 | Abdur-Razzaaq | Qadriyyah | 2:19-cv-09486 | 4/17/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 2 | Allen* | Angela | 2:18-cv-13339 | 12/11/2018 | PFS Not Substantially Complete (PFS Declaration not dated); No CMO 12 | sanofi |
| 3 | Ames | Annie | 2:18-cv-11769 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 4 | Anderson | Cynthia | 2:18-cv-13358 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 5 | Anfield | Sharon | 2:19-cv-10011 | 5/1/2019 | No Signed/Verified PFS Submitted | sanofi |
| 6 | Barnett | Ethel | 2:18-cv-11798 | 11/29/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 7 | Bastajian | Deanna | 2:18-cv-11194 | 11/19/2018 | PFS Not Substantially Complete | sanofi |
| 8 | Bates | Pamela | 2:18-cv-13671 | 12/13/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 9 | Bierbaum | Teresa | 2:18-cv-13412 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 10 | Blankenship | Trinette | 2:18-cv-13311 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 11 | Bridges | Lillie | 2:18-cv-13548 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 12 | Brodrick* | Rose | 2:18-cv-12901 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 13 | Brown | Cheryl | 2:18-cv-12976 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 14 | Brownewell | Hope (James) | 2:19-cv-10589 | 5/21/2019 | No Signed/Verified PFS Submitted | sanofi |
| 15 | Burkett | Nancy | 2:19-cv-09488 | 4/17/2019 | No Signed/Verified PFS Submitted | sanofi |
| 16 | Burse | Mary | 2:19-cv-09390 | 4/15/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 17 | Calp | Valerie | 2:18-cv-12643 | 12/6/2018 | No CMO 12 | sanofi |
| 18 | Carter | Teressa | 2:18-cv-13829 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 19 | Carter Solomon | Donna | 2:18-cv-13831 | 12/14/2018 | No CMO 12 | sanofi |
| 20 | Ciske | Suzanne | 2:18-cv-13205 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 21 | Clarke | Ghyslaine | 2:19-cv-09584 | 4/22/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 22 | Collier | Janet | 2:18-cv-13137 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 23 | Credit | Suzanne | 2:18-cv-13352 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|
| 24 | Culley | Debra | 2:18-cv-13140 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 25 | Decker | Judith | 2:19-cv-09481 | 4/17/2019 | No Signed/Verified PFS Submitted | sanofi |
| 26 | Dickard | Barbara A | 2:18-cv-12903 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 27 | Dieudonne | Alice | 2:18-cv-13667 | 12/13/2018 | No CMO 12 | sanofi |
| 28 | Donaldson* | Helen | 2:18-cv-12922 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 29 | Doran Collins | Marianne | 2:18-cv-13335 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 30 | Dowell | Ava | 2:18-cv-13148 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 31 | Downing | Monica | 2:18-cv-12781 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 32 | Duggan | Gail | 2:18-cv-12897 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 33 | Dunnell | Sea | 2:19-cv-09787 | 4/25/2019 | No Signed/Verified PFS Submitted | sanofi |
| 34 | Edwards | Delories | 2:18-cv-13248 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 35 | Edwards | Mary | 2:18-cv-13325 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 36 | El Amin | April | 2:18-cv-12241 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 37 | Ellis | Bettie | 2:19-cv-10602 | 5/21/2019 | No Signed/Verified PFS Submitted | sanofi |
| 38 | Enfinger | Rheta | 2:18-cv-13296 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 39 | Epps | Vickie | 2:18-cv-13727 | 12/13/2018 | No CMO 12; No PTO 71 | sanofi |
| 40 | Escarcega | Carmelita | 2:18-cv-13197 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 41 | Ezell | Elaine | 2:18-cv-11669 | 11/28/2018 | PFS Not Substantially Complete | sanofi |
| 42 | Fowler | Carol | 2:18-cv-13187 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 43 | Fox | Melett | 2:18-cv-12786 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 44 | French | Sharon | 2:18-cv-12636 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 45 | Furness | Barbara | 2:18-cv-13063 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 46 | Gaskill | Lois | 2:18-cv-13295 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 47 | Gatewood | Suzanne | 2:18-cv-13468 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 48 | Giambelluca | Wanda | 2:18-cv-12795 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 49 | Gillette | Amy | 2:18-cv-13454 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 50 | Gilligan | Eryn | 2:18-cv-13652 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 51 | Glascoe | Vivian | 2:18-cv-13189 | 12/10/2018 | PFS Not Substantially Complete | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|
| 52 | Goldsby | Barbara | 2:18-cv-13848 | 12/14/2018 | PFS Not Substantially Complete | sanofi |
| 53 | Gonzales Cordero | Dorcas | 2:18-cv-11670 | 11/28/2018 | No PTO 71 | sanofi |
| 54 | Gowens | Sally | 2:18-cv-12411 | 12/4/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 55 | Graves | Christine | 2:18-cv-13724 | 12/13/2018 | PFS Not Substantially Complete | sanofi |
| 56 | Hagan | Shirley | 2:18-cv-12637 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 57 | Hall | Delores | 2:18-cv-12429 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 58 | Harp | Lori | 2:18-cv-12791 | 12/7/2018 | No CMO 12 | sanofi |
| 59 | Harris | Belinda | 2:18-cv-13216 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 60 | Hebranko | Madelaine | 2:18-cv-12844 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 61 | Heffernan | Judith | 2:18-cv-13402 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 62 | Holifield | Shirley | 2:18-cv-13442 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 63 | Holmes | Phyllis | 2:18-cv-13562 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 64 | Holtz | Pamela | 2:18-cv-13551 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 65 | Hopper | Jo Ann E | 2:18-cv-13299 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 66 | Hutchins | Virginia | 2:18-cv-13553 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 67 | Jackson | Pamela | 2:19-cv-00018 | 1/3/2019 | PFS Not Substantially Complete | sanofi |
| 68 | Jefferson Norwood | Claire | 2:18-cv-13265 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 69 | Jenkins | Christine | 2:18-cv-13458 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 70 | Joers | Holly | 2:18-cv-13632 | 12/12/2018 | PFS Not Substantially Complete; No Authorizations (Authorizations are not dated); No CMO 12 | sanofi |
| 71 | Jones | Lisa | 2:18-cv-11817 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 72 | Kelly | Patricia | 2:18-cv-13549 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 73 | Killian | Deborah | 2:19-cv-09918 | 4/30/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 74 | Kirkland | Maxine | 2:18-cv-12898 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 75 | Kirkland | Sheri L | 2:18-cv-13305 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 76 | Lee | Lovella | 2:18-cv-13441 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 77 | Little | Desiree | 2:18-cv-11504 | 11/26/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 78 | Little | Kattie | 2:18-cv-13602 | 12/12/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 79 | Lovato | Ivy | 2:18-cv-13466 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 80 | Luke | Judy | 2:18-cv-13658 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|
| 81 | Mahon | Betty | 2:18-cv-13359 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 82 | Martin | Ora D | 2:18-cv-13847 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 83 | Mason | Peggy A | 2:18-cv-13601 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 84 | Maurer | Rosemary | 2:18-cv-13450 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 85 | Mcintosh | Cynthia | 2:18-cv-13176 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 86 | Mckenzie | Francine | 2:18-cv-13121 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 87 | Mckinney | Eleanor | 2:18-cv-13190 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 88 | Mcshane | Cathie | 2:18-cv-13129 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 89 | Melengoes* | Leola | 2:18-cv-12912 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 90 | Miller | Cynthia | 2:18-cv-13102 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 91 | Miller | Judith | 2:18-cv-13839 | 12/14/2018 | PFS Not Substantially Complete | sanofi |
| 92 | Miller | Karen | 2:18-cv-13778 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 93 | Mineard | Julie | 2:18-cv-13841 | 12/14/2018 | PFS Not Substantially Complete | sanofi |
| 94 | Moore | Connie | 2:18-cv-13324 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 95 | Moore | Elizabeth | 2:18-cv-13554 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 96 | Moreno | Vonna | 2:18-cv-13379 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 97 | Moses | Deborrah | 2:18-cv-13805 | 12/14/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 98 | Newman | Charlotte | 2:18-cv-13576 | 12/12/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 99 | Oboyle | Lorraine | 2:18-cv-13267 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 100 | Oneill | Suzanne | 2:18-cv-13634 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 101 | Owens Ilako | Yolanda | 2:18-cv-11297 | 11/20/2018 | PFS Not Substantially Complete | sanofi |
| 102 | Petrie | Barbara | 2:18-cv-13643 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 103 | Phillips | Sandra | 2:18-cv-12882 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 104 | Pulley | Frances | 2:18-cv-13713 | 12/13/2018 | PFS Not Substantially Complete | sanofi |
| 105 | Ramsey | Jacqueline | 2:18-cv-13514 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 106 | Rasmussen | Gladys | 2:18-cv-12857 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| #   | Last      | First     | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|-----|-----------|-----------|----------------|----------------------|----------------------------|----------------|
| 107 | Reckline  | Marilyn   | 2:18-cv-13463  | 12/11/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 108 | Reed      | Mary      | 2:18-cv-12885  | 12/8/2018            | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 109 | Reed      | Stephanie | 2:18-cv-11860  | 11/29/2018           | PFS Not Substantially Complete | sanofi |
| 110 | Reeder    | Christine | 2:18-cv-13199  | 12/10/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 111 | Rey       | Lindsey   | 2:18-cv-13346  | 12/11/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 112 | Reynolds  | Marie     | 2:18-cv-12179  | 12/3/2018            | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 113 | Roach     | Maria     | 2:18-cv-13234  | 12/10/2018           | PFS Not Substantially Complete | sanofi |
| 114 | Robinson  | Tracy     | 2:18-cv-13544  | 12/12/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 115 | Rogers    | Nancy     | 2:18-cv-13586  | 12/12/2018           | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 116 | Rogers    | Renee     | 2:18-cv-13383  | 12/11/2018           | No PTO 71 | sanofi |
| 117 | Roper     | Pamilla   | 2:19-cv-02173  | 3/7/2019             | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 118 | Sanford   | Patricia  | 2:18-cv-13447  | 12/11/2018           | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 119 | Savage    | Opal      | 2:18-cv-13017  | 12/10/2018           | No PTO 71 | sanofi |
| 120 | Savino    | Susan     | 2:18-cv-13294  | 12/11/2018           | PFS Not Substantially Complete | sanofi |
| 121 | Schaar*   | Linda     | 2:18-cv-12915  | 12/8/2018            | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 122 | Scott     | Merri     | 2:19-cv-09599  | 04/22/2019           | PFS Not Substantially Complete | 505 |
| 123 | Screven   | Yvette    | 2:18-cv-13319  | 12/11/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 124 | Shearin   | Michele   | 2:18-cv-13577  | 12/12/2018           | PFS Not Substantially Complete | sanofi |
| 125 | Simms     | Gwendolyn | 2:18-cv-13314  | 12/11/2018           | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 126 | Smallwood | Kathleen  | 2:18-cv-13032  | 12/10/2018           | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 127 | Smith     | Donna     | 2:18-cv-12973  | 12/10/2018           | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 128 | Smith     | Dorothy   | 2:18-cv-13557  | 12/12/2018           | PFS Not Substantially Complete | sanofi |
| 129 | Snipes    | Flossie   | 2:18-cv-12640  | 12/6/2018            | PFS Not Substantially Complete | sanofi |
| 130 | Stretz    | Victoria  | 2:18-cv-13208  | 12/10/2018           | PFS Not Substantially Complete | sanofi |
| 131 | Taylor    | Ann       | 2:18-cv-13819  | 12/14/2018           | PFS Not Substantially Complete | sanofi |
| 132 | Taylor*   | Lisa      | 2:18-cv-12917  | 12/8/2018            | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 133 | Taylor    | Sheri     | 2:18-cv-13098  | 12/10/2018           | No CMO 12 | sanofi |
| 134 | Tendell   | Ethel     | 2:18-cv-12982  | 12/10/2018           | No CMO 12; No PTO 71 | sanofi |
| 135 | Thibeau   | Doreen    | 2:18-cv-13122  | 12/10/2018           | PFS Not Substantially Complete | sanofi |
| 136 | Thomas    | Detria F  | 2:19-cv-02036  | 3/5/2019             | PFS Not Substantially Complete | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|
| 137 | Thompson | Lillie | 2:18-cv-13408 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 138 | Thorn | Lanisha | 2:18-cv-11547 | 11/26/2018 | PFS Not Substantially Complete | sanofi |
| 139 | Tillman | Barbara | 2:18-cv-12887 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 140 | Tull | Sharon | 2:18-cv-12975 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 141 | Tuttleman | Elyse | 2:19-cv-09423 | 4/16/2019 | No Signed/Verified PFS Submitted | Both sanofi and 505 |
| 142 | Tyler | Sharon | 2:18-cv-13568 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 143 | Vesely | Margaret | 2:18-cv-13572 | 12/12/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 144 | Wakefield | Sheri | 2:19-cv-09392 | 4/15/2019 | No Signed/Verified PFS Submitted | sanofi |
| 145 | Ward | Sue D | 2:18-cv-13770 | 12/14/2018 | PFS Not Substantially Complete | sanofi |
| 146 | Waters | Kathie | 2:18-cv-13332 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 147 | Watton | Jennifer | 2:18-cv-12888 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 148 | Wearing | Alleshia M | 2:18-cv-13835 | 12/14/2018 | No CMO 12 | sanofi |
| 149 | Weaver Morrow | Tysheena | 2:18-cv-12871 | 12/7/2018 | No CMO 12 | sanofi |
| 150 | Williams | Deborah | 2:18-cv-13428 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 151 | Williams | Linda M | 2:18-cv-13433 | 12/11/2018 | No CMO 12; No PTO 71 | sanofi |
| 152 | Williams | Louette | 2:18-cv-13737 | 12/13/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 153 | Williams | Tonya | 2:18-cv-12215 | 12/3/2018 | PFS Not Substantially Complete | sanofi |
| 154 | Williams Paront | Elizabeth | 2:18-cv-13552 | 12/12/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 155 | Wilson | Alice | 2:18-cv-13423 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 156 | Winders | Marjorie Jo | 2:19-cv-00010 | 01/02/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 157 | Woods | Pamela | 2:18-cv-13085 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 158 | Wright | Sheena | 2:18-cv-13183 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 159 | Young | Joanne | 2:18-cv-12891 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |
| 160 | Young | Rosa | 2:18-cv-13149 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.