# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Allen | Angela | 2:18-cv-13339 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | 505 |
| 2 | Barbalato | Catina | 2:18-cv-12744 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 3 | Bell | Jessie | 2:18-cv-12894 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12 | sanofi |
| 4 | Boddie | Lucinda | 2:18-cv-12758 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 5 | Boris | Debra | 2:18-cv-12925 | 1/3/2019 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 6 | Briggs | Barbara | 2:18-cv-11217 | 11/19/2018 | PFS Not Substantially Complete | sanofi |
| 7 | Brodrick | Rose | 2:18-cv-12901 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 8 | Brown | Margarette | 2:18-cv-09621 | 10/16/2018 | PFS Not Substantially Complete | sanofi |
| 9 | Caruso | Sylvia H | 2:18-cv-12896 | 12/8/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 10 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 11 | Davis | Beverly | 2:17-cv-15831 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 12 | Devine | Barbara A | 2:17-cv-15846 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 13 | Donaldson | Helen | 2:18-cv-12922 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | 505 |
| 14 | Frazier | Deena | 2:18-cv-08833 | 9/21/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 15 | Garcia | Marcela | 2:18-cv-12904 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | 505 |
| 16 | Gilbert | Jeannie | 2:18-cv-12802 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 17 | Givens | Annie | 2:18-cv-12808 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 18 | Hallum | Helen | 2:17-cv-09915 | 9/29/2017 | PFS Not Substantially Complete | sanofi |
| 19 | Hatchew | Kim | 2:18-cv-13842 | 12/14/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi |
| 20 | Higgins | Diane L | 2:18-cv-12783 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71 | sanofi |
| 21 | Hutchinson | Deborah | 2:18-cv-07288 | 8/1/2018 | PFS Not Substantially Complete | sanofi |
| 22 | Jones | Marilyn E | 2:18-cv-12850 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 23 | Little | Trunellia | 2:18-cv-12858 | 12/7/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 24 | Melengoes | Leola | 2:18-cv-12912 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 |
| 25 | Paquette | Michele | 2:18-cv-12879 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |
| 26 | Pratt | Ruby E | 2:17-cv-09790 | 9/28/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi |

| #  | Last    | First     | MDL Docket No. | Date Complaint Filed | Non-Compliance Description                              | Defendant List |
|----|---------|-----------|----------------|----------------------|---------------------------------------------------------|----------------|
| 27 | Schaar  | Linda     | 2:18-cv-12915  | 12/8/2018            | PFS Not Substantially Complete; No CMO 12; No PTO 71    | 505            |
| 28 | Smith   | Christine | 2:18-cv-12916  | 12/8/2018            | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi    |
| 29 | Taylor  | Lisa      | 2:18-cv-12917  | 12/8/2018            | PFS Not Substantially Complete; No PTO 71               | 505            |
| 30 | Torres  | Margie    | 2:18-cv-12924  | 12/9/2018            | PFS Not Substantially Complete; No CMO 12; No PTO 71    | sanofi         |
| 31 | Witters | Patricia  | 2:18-cv-12921  | 12/8/2018            | PFS Not Substantially Complete; No PTO 71               | sanofi         |