UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACTAVIS LLC F/K/A ACTAVIS INC., ACTAVIS PHARMA, INC., SAGENT PHARMACEUTICALS, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>*Sylvia Archie v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* | |
| | Civil Action No.: 2:18-cv-11309 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). DATED this 25th day of October, 2019.

                                    Respectfully submitted,

                                    **REYES | BROWNE | REILLEY**

                          By: */s/ Ryan J. Browne*

                              Ryan J. Browne
                              Texas State Bar No. 00796262
                              Spencer P. Browne
                              Texas State Bar No. 24040589
                              8222 Douglas Ave., Suite 400
                              Dallas, TX 75225
                              (214) 526-7900
                              (214) 526-7910 (FAX)
                              ryan@reyeslaw.com
                              spencer@reyeslaw.com

                              **ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: October 25, 2019                        */s/ Ryan J. Browne*
                                                                                      Ryan J. Browne