UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES IDENTIFIED IN "EXHIBIT A"

_____

DEFENDANTS' MOTION TO DISMISS
CLAIMS BARRED BY THE TEXAS STATUTE OF REPOSE

The plaintiffs listed on the attached **Exhibit A** allege they received their Taxotere treatments in the late 1990s or early 2000s but did not file suit until over 15 years later.  That timing is dispositive under Texas law, which provides "a claimant must commence a products liability action against a manufacturer or seller of a product before the end of 15 years after the date of the sale of the product by the defendant."  TEX. CIV. PRAC. & REM. CODE § 16.012(b).  Thus, Texas's 15-year statute of repose bars the claims of the plaintiffs in **Exhibit A**.

For the reasons more fully set forth in the attached Memorandum in Support, the Court should dismiss the cases listed in Exhibit A with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

1

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-47p4-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record

who are ECF participants.

/s/ *Douglas J. Moore*

2