**Exhibit A**
**Cases Barred by Texas's Statute of Repose**

| Last Name | Docket No. | Final Taxotere Treatment (per SFC) | SFC Filing Date | Years between Final Treatment and Filing Date |
|---|---|---|---|---|
| Blackmon | 2:18-cv-06384 | 11/30/1997 | 6/29/2018 | **20.58** |
| Boykins | 2:18-cv-06312 | 2/28/1999 | 6/28/2018 | **19.33** |
| Kennedy | 2:18-cv-06662 | 3/31/2000 | 7/12/2018 | **18.28** |
| Stroud | 2:19-cv-02747 | 12/31/2000 | 3/21/2019 | **18.23** |
| Steer | 2:17-cv-16166 | 8/31/2000 | 12/8/2017 | **17.27** |
| Mcminn | 2:17-cv-12879 | 8/31/2000 | 11/21/2017 | **17.23** |
| Robinson | 2:17-cv-16006 | 1/31/2001 | 12/8/2017 | **16.86** |
| Marsh | 2:17-cv-10141 | 5/31/2001 | 10/4/2017 | **16.34** |
| Hamilton | 2:19-cv-09482 | 12/31/2002 | 4/17/2019 | **16.30** |
| Spillar | 2:17-cv-16165 | 9/30/2001 | 12/8/2017 | **16.19** |
| Emerson | 2:18-cv-09588 | 11/8/2002 | 10/16/2018 | **15.94** |
| Thomas | 2:17-cv-16520 | 1/8/2002 | 12/10/2017 | **15.92** |
| Clodfelter | 2:17-cv-09353 | 12/19/2001 | 9/20/2017 | **15.75** |
| Lewis | 2:17-cv-06645 | 12/31/2001 | 7/11/2017 | **15.53** |
| Reina Trevino | 2:17-cv-17105 | 7/31/2002 | 12/12/2017 | **15.37** |
| Cox | 2:17-cv-09993 | 6/27/2002 | 10/2/2017 | **15.26** |
| Lomax | 2:17-cv-13983 | 8/31/2002 | 12/1/2017 | **15.25** |
| Smith | 2:17-cv-16505 | 11/30/2002 | 12/10/2017 | **15.03** |
| Mccullough | 2:17-cv-12589 | 11/12/2002 | 11/16/2017 | **15.01** |