# EXHIBIT B

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2                     - - -
 3                                  :
     IN RE: TAXOTERE                :
 4   (DOCETAXEL) PRODUCTS           : MDL No. 2740
     LIABILITY LITIGATION           : Section H(5)
 5   _____    :
                                    :
 6   This Document Relates to:      :
     All Cases                      :
 7
 8                     - - -
              December 13, 2018
 9                     - - -
10
             MICHAEL S. KOPRESKI, M.D.
11
                   (VOLUME II)
12
13                     - - -
14           Transcript of the videotaped
     deposition of Sanofi U.S. Services, Inc.,
15   pursuant to Fed. R. Civ. P. 30(b)(6) held
     at McElroy Deutsch Mulvaney & Carpenter,
16   LLP, 1300 Mt. Kemble Avenue, Morristown,
     New Jersey, commencing 9:11 a.m. on the
17   above-referenced date, as taken by and
     before Constance E. Perks, CRR, CRC, RSA,
18   a Federally-Approved Certified Realtime
     Reporter and Notary Public.
19
20
21
22
23                     - - -
24        GOLKOW TECHNOLOGIES, INC.
     ph 877.370.3377  |  fax 917.591.5672
25            deps@golkow.com
```

| | | | |
|---|---|---|---|
| 1 | Q. | Just answer my questions. | 12:15:57 |
| 2 | A. | I'm going to try to | 12:15:58 |
| 3 | ascertain to answer this question.  Do | | 12:16:00 |
| 4 | you want me to answer this as a member of | | 12:16:02 |
| 5 | -- as a representative of the company -- | | 12:16:03 |
| 6 | Q. | No. | 12:16:05 |
| 7 | A. | -- or as -- | 12:16:05 |
| 8 | Q. | I want you to answer the | 12:16:05 |
| 9 | question as posed. | | 12:16:06 |
| 10 | A. | -- personally -- | 12:16:07 |
| 11 | | As personally.  Not -- | 12:16:08 |
| 12 | Q. | That's -- | 12:16:10 |
| 13 | A. | Okay.  So, to be clear -- | 12:16:10 |
| 14 | Q. | Well, you -- I mean, | 12:16:10 |
| 15 | whatever capacity.  You, personally.  You | | 12:16:10 |
| 16 | weren't involved. | | 12:16:12 |
| 17 | A. | To be clear, I'm not | 12:16:13 |
| 18 | answering this question as a | | 12:16:15 |
| 19 | representative of the company. | | 12:16:16 |
| 20 | Q. | Great. | 12:16:17 |
| 21 | A. | I was not personally | 12:16:19 |
| 22 | involved with the initial data review of | | 12:16:21 |
| 23 | TAX 316 at the time of submission, to the | | 12:16:24 |
| 24 | best of my recollection. | | 12:16:29 |
| 25 | Q. | And any analysis you have | 12:16:29 |

| | | |
|---|---|---|
| 1 | done regarding TAX 316 and persistent | 12:16:35 |
| 2 | alopecia was done not as a part of a | 12:16:35 |
| 3 | regulatory submission to the FDA, but | 12:16:36 |
| 4 | was, instead, done during this litigation | 12:16:38 |
| 5 | at the request of the attorneys from | 12:16:41 |
| 6 | Shook, Hardy & Bacon, correct? | 12:16:52 |
| 7 |     A.   No. | 12:16:55 |
| 8 |         MR. KEENAN:  They're -- | 12:16:55 |
| 9 | they're -- they're part of the | 12:16:57 |
| 10 | notice. | 12:16:57 |
| 11 |         MR. BACHUS:  They're not, | 12:16:57 |
| 12 | and that's not the question. | 12:16:58 |
| 13 | BY MR. BACHUS: | 12:16:58 |
| 14 |     Q.   Can you answer my question? | 12:16:58 |
| 15 |     A.   I'll -- | 12:16:58 |
| 16 |     Q.   Please -- and please answer | 12:16:59 |
| 17 | the questions. | 12:16:59 |
| 18 |     A.   I'm -- I'm -- I'm trying to. | 12:17:01 |
| 19 |     Q.   Okay. | 12:17:02 |
| 20 |     A.   There may -- there may have | 12:17:03 |
| 21 | -- to clarify your previous question, | 12:17:05 |
| 22 | there -- there -- there may have been | 12:17:08 |
| 23 | some review of some elements of TAX 316 | 12:17:14 |
| 24 | that I participated in, but I don't have | 12:17:17 |
| 25 | full recollection with -- with regard to | 12:17:20 |

Michael S. Kopreski, M.D.

| | | | |
|---|---|---|---|
| 1 | that. | | 12:17:21 |
| 2 | Q. | The analysis -- | 12:17:22 |
| 3 | A. | The -- | 12:17:22 |
| 4 | Q. | The analysis that you | 12:17:24 |
| 5 | testified about during the course of your | | 12:17:26 |
| 6 | 30(b)(6) deposition was not done as part | | 12:17:33 |
| 7 | of any regulatory submission, but instead | | 12:17:35 |
| 8 | was done during this litigation at the | | 12:17:38 |
| 9 | request of the attorneys from Shook, | | 12:17:42 |
| 10 | Hardy & Bacon, correct? | | 12:17:45 |
| 11 | A. | That's correct. | 12:17:45 |
| 12 | Q. | All right. And everything | 12:17:46 |
| 13 | that you looked at was -- regarding TAX | | 12:17:47 |
| 14 | 316 was given to you by Sanofi's | | 12:17:51 |
| 15 | attorneys in this litigation, correct? | | 12:17:54 |
| 16 | A. | That's correct. | 12:17:56 |
| 17 | Q. | And you're not in a position | 12:17:56 |
| 18 | to attest to the completeness in any way | | 12:17:58 |
| 19 | of the documentation that was provided to | | 12:18:00 |
| 20 | you by the attorneys for Sanofi, correct? | | 12:18:04 |
| 21 | A. | To testify -- | 12:18:08 |
| 22 | Q. | About the completeness. | 12:18:09 |
| 23 | A. | I can only testify in terms | 12:18:11 |
| 24 | of what was given to me. | | 12:18:13 |
| 25 | Q. | Right. | 12:18:13 |

| | | |
|---|---|---|
| 1 | A.    That would be a question to | 12:18:15 |
| 2 | refer to my attorneys. | 12:18:18 |
| 3 | Q.    In fact, what you -- you | 12:18:19 |
| 4 | actually are in a position to agree that | 12:18:22 |
| 5 | you have not been provided the complete | 12:18:28 |
| 6 | documentation regarding many of the TAX | 12:18:32 |
| 7 | 316 participants for whom you analyzed | 12:18:35 |
| 8 | data, correct? | 12:18:38 |
| 9 | A.    I was provided the data of | 12:18:39 |
| 10 | TAX 316 participants that were | 12:18:42 |
| 11 | characterized within -- 20 -- 29 -- 29 | 12:18:47 |
| 12 | patients characterized within table as | 12:18:58 |
| 13 | having ongoing alopecia following therapy | 12:19:02 |
| 14 | with -- with that -- that table is | 12:19:12 |
| 15 | described, I believe, without resolution. | 12:19:15 |
| 16 | Q.    To be clear, you are aware | 12:19:18 |
| 17 | that there were 700 -- more than 700 TAC | 12:19:23 |
| 18 | arm participants in TAX 316, correct? | 12:19:28 |
| 19 | A.    Correct. | 12:19:31 |
| 20 | Q.    Of those 700-plus | 12:19:31 |
| 21 | participants, you looked at incomplete | 12:19:36 |
| 22 | documentation regarding 29 -- | 12:19:41 |
| 23 |         MR. KEENAN:  Objection to | 12:19:42 |
| 24 |     the form. | 12:19:43 |
| 25 | BY MR. BACHUS: | 12:19:43 |

| | | |
|---|---|---|
| 1 | Q.   -- correct? | 12:19:43 |
| 2 | MR. KEENAN:  Object to the | 12:19:44 |
| 3 | form. | 12:19:46 |
| 4 | THE WITNESS:  I don't know | 12:19:46 |
| 5 | if the documentation of those 29 | 12:19:46 |
| 6 | was incomplete.  I -- I did not | 12:19:48 |
| 7 | look at all 744 participants. | 12:19:51 |
| 8 | BY MR. BACHUS: | 12:19:53 |
| 9 | Q.   So, first of all, you didn't | 12:19:54 |
| 10 | look at all 744, you only looked at 29; | 12:19:55 |
| 11 | and of the 29 that you looked at, you | 12:20:02 |
| 12 | looked at what was -- what information | 12:20:04 |
| 13 | was gathered and provided to you by the | 12:20:05 |
| 14 | attorneys from Shook Hardy Bacon.  Harley | 12:20:08 |
| 15 | Ratliff, Matt Keenan, right?  You took | 12:20:13 |
| 16 | their -- the information that they gave | 12:20:16 |
| 17 | you and you know that much of that, just | 12:20:18 |
| 18 | by looking at it, was incomplete, | 12:20:21 |
| 19 | correct? | 12:20:26 |
| 20 | MR. KEENAN:  Object to the | 12:20:27 |
| 21 | form. | 12:20:27 |
| 22 | THE WITNESS:  The -- first, | 12:20:28 |
| 23 | a clarification of my testimony. | 12:20:28 |
| 24 | I don't know if I -- when I said | 12:20:30 |
| 25 | 744, I clarified that -- that | 12:20:33 |

| | | |
|---|---|---|
| 1 | refers to the Taxotere, not the | 12:20:36 |
| 2 | entire study population.  There's | 12:20:38 |
| 3 | over another 700 on -- on -- on | 12:20:40 |
| 4 | the FAC arm. | 12:20:45 |
| 5 | In terms of the documents | 12:20:47 |
| 6 | that I looked at, I looked at | 12:20:48 |
| 7 | documents that were provided to me | 12:20:51 |
| 8 | by Shook Hardy, by my attorneys, | 12:20:53 |
| 9 | focusing on patients that might | 12:21:02 |
| 10 | have had persistent alopecia by | 12:21:04 |
| 11 | nature of being described as | 12:21:08 |
| 12 | ongoing in the -- in a certain | 12:21:10 |
| 13 | table. | 12:21:10 |
| 14 | BY MR. BACHUS: | 12:21:10 |
| 15 | Q.   My question was:  Of the 29 | 12:21:11 |
| 16 | that you did look at -- | 12:21:13 |
| 17 | A.   Uh-huh. | 12:21:13 |
| 18 | Q.   -- based on the information | 12:21:14 |
| 19 | provided, you were able to determine that | 12:21:15 |
| 20 | a lot of that information was incomplete, | 12:21:17 |
| 21 | correct? | 12:21:19 |
| 22 | A.   No, I -- I didn't determine | 12:21:21 |
| 23 | that information -- by -- by incomplete, | 12:21:24 |
| 24 | you mean that I didn't receive all -- all | 12:21:26 |
| 25 | of the documentation? | 12:21:28 |

| | | | |
|---|---|---|---|
| 1 | Q. | Yes. | 12:21:29 |
| 2 | A. | Is that what you're asking? | 12:21:30 |
| 3 | | I received specific | 12:21:33 |
| 4 | documentation towards -- regarding the | | 12:21:36 |
| 5 | question.  I did not receive every single | | 12:21:37 |
| 6 | CRF of -- of that patient. | | 12:21:40 |
| 7 | Q. | You didn't receive any part | 12:21:42 |
| 8 | of CRFs with respect to some patients, | | 12:21:44 |
| 9 | correct?  Some of the 29, not the 700, | | 12:21:48 |
| 10 | the 29 that you were looking at, the | | 12:21:51 |
| 11 | attorneys for Shook Hardy Bacon didn't | | 12:21:55 |
| 12 | even give you CRFs on some of the | | 12:21:57 |
| 13 | patients, right? | | 12:22:02 |
| 14 | | MR. KEENAN:  Object to the | 12:22:03 |
| 15 | | form. | 12:22:04 |
| 16 | BY MR. BACHUS: | | 12:22:04 |
| 17 | Q. | Some of those 29? | 12:22:04 |
| 18 | A. | On some -- on some patients, | 12:22:04 |
| 19 | I did not receive the CRF. | | 12:22:04 |
| 20 | Q. | Right.  And what's a CRF? | 12:22:06 |
| 21 | A. | A case report form. | 12:22:07 |
| 22 | Q. | And what's a case report | 12:22:09 |
| 23 | form? | | 12:22:10 |
| 24 | A. | That is the -- the form | 12:22:11 |
| 25 | that's filled out as part of the study to | | 12:22:14 |

| | | |
|---|---|---|
| 1 | provide patient data with regard to the | 12:22:16 |
| 2 | study. | 12:22:19 |
| 3 | Q. And what information is | 12:22:21 |
| 4 | contained in a CRF? | 12:22:24 |
| 5 | A. The information would be | 12:22:26 |
| 6 | various data points that the study has | 12:22:37 |
| 7 | collected. | 12:22:40 |
| 8 | Q. Including follow-up notes, | 12:22:40 |
| 9 | change notes, et cetera? Change forms? | 12:22:43 |
| 10 | A. It -- it would include | 12:22:45 |
| 11 | information on adverse events in terms of | 12:22:47 |
| 12 | timing, in terms of outcome. Change -- | 12:22:49 |
| 13 | change report forms or IRFs are a | 12:22:55 |
| 14 | separate document to the CRF. Those are | 12:23:00 |
| 15 | -- or there -- there can be additional | 12:23:06 |
| 16 | documents within the -- | 12:23:08 |
| 17 | Q. Line items? | 12:23:12 |
| 18 | A. -- additional documents | 12:23:14 |
| 19 | within the bulk of the study information | 12:23:17 |
| 20 | that -- in addition to the CRFs, such as | 12:23:24 |
| 21 | IRFs. | 12:23:27 |
| 22 | Q. So you have a CRF. You had | 12:23:28 |
| 23 | a total of 29 people you wanted to look | 12:23:30 |
| 24 | at out of 7 -- more than 700. | 12:23:33 |
| 25 | A. Well, those -- those -- we | 12:23:42 |

Michael S. Kopreski, M.D.

| | | |
|---|---|---|
| 1 | Q. Were there, in fact, nine | 12:32:36 |
| 2 | individual participants in TAX 316 in the | 12:32:38 |
| 3 | TAC arm that you agree demonstrated | 12:32:42 |
| 4 | persisting alopecia at the end of the TAX | 12:32:47 |
| 5 | 316 study? | 12:32:51 |
| 6 | A. These nine don't -- don't | 12:32:53 |
| 7 | only comprise patients in the TAC arm, | 12:32:56 |
| 8 | but also comprise patients in the FAC | 12:32:59 |
| 9 | arm, in the F-A-C arm. There are a total | 12:33:02 |
| 10 | of six patients in the TAC arm and three | 12:33:04 |
| 11 | patients in the FAC arm that have | 12:33:09 |
| 12 | persistent alopecia for a total of nine | 12:33:09 |
| 13 | patients. | 12:33:16 |
| 14 | Q. And that's what's in this | 12:33:16 |
| 15 | binder? | 12:33:19 |
| 16 | A. That's what should be in | 12:33:20 |
| 17 | this binder, correct. | 12:33:21 |
| 18 | Q. Okay. So each patient in | 12:33:23 |
| 19 | the TAX 316 clinical study had their own | 12:33:24 |
| 20 | individual case report form, correct? | 12:33:31 |
| 21 | Sir? | 12:33:34 |
| 22 | A. You're asking me about -- | 12:33:37 |
| 23 | you're asking me the same question | 12:33:39 |
| 24 | previously, as to whether there were | 12:33:41 |
| 25 | individual case report forms for -- for | 12:33:43 |

Michael S. Kopreski, M.D.

| | | |
|---|---|---|
| 1 | every patient.  The -- the study required | 12:33:46 |
| 2 | that each patient have their own | 12:33:52 |
| 3 | individual case report form, correct. | 12:33:54 |
| 4 | Q.   Let's take a look at tab 6 | 12:33:57 |
| 5 | in your -- in the smaller binder. | 12:34:01 |
| 6 | A.   In the Persistent Alopecia | 12:34:11 |
| 7 | binder? | 12:34:13 |
| 8 | Q.   Yes.  Patient 26809. | 12:34:14 |
| 9 | A.   Okay. | 12:34:20 |
| 10 | Q.   I believe it's located in 6A | 12:34:27 |
| 11 | -- or 6 -- tab 6 of the smaller binder. | 12:34:29 |
| 12 | A.   Okay. | 12:34:33 |
| 13 | Q.   Well, let's quickly go | 12:34:34 |
| 14 | through.  Under tab 6A, this is a line | 12:34:35 |
| 15 | item from a clinical study report; is | 12:34:42 |
| 16 | that right? | 12:34:48 |
| 17 | A.   This is a listing of study | 12:34:48 |
| 18 | drug administration. | 12:35:13 |
| 19 | Q.   That's not the CFR -- CRF, | 12:35:16 |
| 20 | is it? | 12:35:18 |
| 21 | A.   This would not be the CRF. | 12:35:19 |
| 22 | Q.   And -- | 12:35:21 |
| 23 | A.   To my -- to my knowledge. | 12:35:22 |
| 24 | Q.   And -- ad what's contained | 12:35:23 |
| 25 | in 6B is not the CRF, either, is it? | 12:35:25 |

Michael S. Kopreski, M.D.

| | | |
|---|---|---|
| 1 | A. No, it doesn't appear to be | 12:35:34 |
| 2 | the CRF. It appears to be a printout. | 12:35:36 |
| 3 | Q. All right. And in 6C, | 12:35:39 |
| 4 | that's not CRF, either, is it? | 12:35:46 |
| 5 | A. No. This is -- 6 -- 6C is | 12:35:48 |
| 6 | a narrative, narrative of a -- of the | 12:35:52 |
| 7 | case. | 12:35:56 |
| 8 | Q. And 6D, that's not part of | 12:35:56 |
| 9 | the CRF, either, is it? | 12:36:01 |
| 10 | A. No, I don't believe so. I | 12:36:05 |
| 11 | believe this is data that was based upon | 12:36:07 |
| 12 | the CRF. | 12:36:11 |
| 13 | Q. And 6F, if you get to 6F, | 12:36:11 |
| 14 | the document that has the investigator's | 12:36:15 |
| 15 | name, Dr. Whipp, handwritten on the front | 12:36:18 |
| 16 | of the document, that is part of the CRF, | 12:36:21 |
| 17 | correct? | 12:36:24 |
| 18 | A. Yes, it appears to be. | 12:36:24 |
| 19 | Q. All right. If -- if you | 12:36:25 |
| 20 | would turn to Sanofi Bates label ending | 12:36:28 |
| 21 | in 764, under tab 6F, 764. | 12:36:38 |
| 22 | A. Okay. | 12:37:00 |
| 23 | Q. Do you agree this is an | 12:37:01 |
| 24 | example of an information request form, | 12:37:04 |
| 25 | an IRF? | 12:37:08 |