UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Desiree Little**
**Case No.: 2:18-cv-11504**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Desiree Little whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: October 29, 2019　　　　　　　　　　*/s/ Seth Sharrock Webb*
　　　　　　　　　　　　　　　　　　　　　SETH SHARROCK WEBB, # 51236
　　　　　　　　　　　　　　　　　　　　　BROWN & CROUPPEN, P.C.
　　　　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 1600
　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63102
　　　　　　　　　　　　　　　　　　　　　314-421-0216
　　　　　　　　　　　　　　　　　　　　　314-421-0359 facsimile
　　　　　　　　　　　　　　　　　　　　　sethw@getbc.com