UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

On August 15, 2019, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court.

- Grace Stomps Baringer, 2:19-cv-01972
- Gloria Enriquez, 2:18-cv-11867
- Tammy Pendelton, 2:19-cv-06368
- Carol Wearing Williamson, 2:18-cv-09002

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of October, 2019.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE