# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 29, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30631    In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:18-CV-7024

Enclosed is an order entered in this case.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

Mr. William W. Blevins
Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott