UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION    *      Docket No.: 16-MD-2740
                                 *      Section "H(5)"
                                 *      New Orleans, Louisiana
*Relates to:  Barbara Earnest*   *      September 19, 2019
*Case No.: 16-CV-17144*          *
* * * * * * * * * * * * * * * *   *


DAY 4 – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139



For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163



For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

<u>APPEARANCES:</u>

For the Plaintiffs:          Gibbs Law Group, LLP
                             BY:  KAREN BARTH MENZIES, ESQ.
                             6701 Center Drive West
                             Suite 1400
                             Los Angeles, California 90045


For the Plaintiffs:          Bachus & Schanker, LLC
                             BY:  J. KYLE BACHUS, ESQ.
                             BY:  DARIN L. SCHANKER, ESQ.
                             1899 Wynkoop Street
                             Suite 700
                             Denver, Colorado 80202


For the Plaintiffs:          Fleming Nolen & Jez, LLP
                             BY:  RAND P. NOLEN, ESQ.
                             2800 Post Oak Boulevard
                             Suite 4000
                             Houston, Texas 77056


For the Plaintiffs:          DAVID F. MICELI, LLC
                             BY:  DAVID F. MICELI, ESQ.
                             Post Office Box 2519
                             Carrollton, Georgia 30112


For the Plaintiffs:          Morgan & Morgan, P.A.
                             BY:  EMILY C. JEFFCOTT, ESQ.
                             700 S. Palafox Street
                             Suite 95
                             Pensacola, Florida 32502


For the Sanofi               Irwin Fritchie Urquhart
Defendants:                   & Moore, LLC
                             BY:  DOUGLAS J. MOORE, ESQ.
                             400 Poydras Street
                             Suite 2700
                             New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

APPEARANCES:

For the Sanofi              Shook Hardy & Bacon, LLP
Defendants:                 BY:  HARLEY V. RATLIFF, ESQ.
                            BY:  JON A. STRONGMAN, ESQ.
                            2555 Grand Boulevard
                            Kansas City, Missouri 64108


For the Sanofi              Shook Hardy & Bacon, LLP
Defendants:                 BY:  HILDY M. SASTRE, ESQ.
                            201 Biscayne Boulevard, Suite 3200
                            Miami, Florida 33131


Official Court Reporter:    Jodi Simcox, RMR, FCRR
                            500 Poydras Street
                            Room HB-275
                            New Orleans, Louisiana 70130
                            (504) 589-7780



Proceedings recorded by mechanical stenography, transcript

produced by computer.

OFFICIAL TRANSCRIPT

<u>**I N D E X**</u>

<u>Page</u>

ANTONELLA TOSTI
    Cross-Examination By Ms. Sastre:        1029
    Redirect Examination By Mr. Schanker:  1109

MICHAEL EARNEST
    Direct Examination By Mr. Schanker:    1130
    Cross-Examination By Mr. Moore:        1141
    Redirect Examination By Mr. Schanker:  1146

ELLEN FEIGAL
    Voir Dire By Mr. Miceli:              1149

OFFICIAL TRANSCRIPT

<div align="center">

**AFTERNOON SESSION**

**(September 19, 2019)**

**\*\*\*\*\***

</div>

THE DEPUTY CLERK:  All rise.

MR. COFFIN:  Your Honor, before we bring the jury, we have these Kopreski designations ready to talk to you about on the video.

THE COURT:  Are you all playing that this afternoon?

MR. COFFIN:  Well, that's a good point.  We might be; it just depends on the timing of things.  We can switch some things around so we don't have to jam you up.

THE COURT:  Well, the problem is you're jamming the jury up.  Okay.  Let me see.

MR. COFFIN:  These are what are -- this is --

<div align="center">

**(OFF THE RECORD)**

</div>

THE COURT:  Let's bring in the jury.

THE DEPUTY CLERK:  All rise.

(WHEREUPON, the jury entered the courtroom.)

THE COURT:  All jurors are present.  Court's back in session.  You may be seated.

Dr. Tosti, I remind you you're under oath.

MS. SASTRE:  Thank you, Your Honor.

THE COURT:  Ms. Sastre.

MS. SASTRE:  Good afternoon, everybody.

(WHEREUPON, **ANTONELLA TOSTI**, having been previously

<div align="center">

OFFICIAL TRANSCRIPT

</div>

1:18PM 1   duly sworn, testified as follows.)

1:18PM 2                    **CROSS-EXAMINATION**

1:18PM 3   **BY MS. SASTRE:**

1:18PM 4   **Q.**   Dr. Tosti, hello.

1:18PM 5   **A.**   Hello.

1:18PM 6   **Q.**   I don't believe we've ever had the pleasure of meeting

1:18PM 7   before.  My name is Hildy Sastre.  I have some questions for

1:18PM 8   you, just like Mr. Schanker had.  All right?

1:18PM 9   **A.**   Yes, ma'am.

1:18PM 10            **MS. SASTRE:**  Before we start, Your Honor, I would

1:18PM 11  just like to give the witness a copy of her depositions in this

1:18PM 12  matter, if I may.

1:18PM 13            **THE COURT:**  Sure.

1:18PM 14            **MS. SASTRE:**  Okay.  Very good.

1:18PM 15            **THE WITNESS:**  Thank you.

1:18PM 16            **MS. SASTRE:**  You're welcome.

1:18PM 17  **BY MS. SASTRE:**

1:18PM 18  **Q.**   So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy

1:18PM 19  in 2011; correct?

1:18PM 20  **A.**   Yes.

1:18PM 21  **Q.**   And that was to treat breast cancer; right?

1:18PM 22  **A.**   Yes.

1:18PM 23  **Q.**   And you understand that she was treated specifically with

1:18PM 24  a drug by the name of Adriamycin?

1:18PM 25  **A.**   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:18PM 1    Q.   And you'd agree with me that Adriamycin causes hair loss;
1:19PM 2    correct?
1:19PM 3    A.   Adriamycin can cause anagen effluvium, yes.
1:19PM 4    Q.   Okay.  When you say that, though, I'm asking you a very
1:19PM 5    specific question.
1:19PM 6         When a patient takes Adriamycin for chemotherapy,
1:19PM 7    Adriamycin can cause hair loss?
1:19PM 8    A.   Yes, hair loss, but not prevent regrowth.
1:19PM 9    Q.   I'm sorry.  Say that again.  Not what?
1:19PM 10   A.   Can cause hair loss.  But what she has is different.  She
1:19PM 11   has no regrowth.
1:19PM 12   Q.   Okay.  Well, my question is just simply it can cause hair
1:19PM 13   loss; right?
1:19PM 14   A.   Yes, it can cause hair loss.
1:19PM 15   Q.   Very good.  And you'd also agree with me that there are
1:19PM 16   reports in the literature of what you call -- what you talked
1:19PM 17   about this morning, persistent chemotherapy-induced alopecia
1:19PM 18   with Adriamycin; true?
1:19PM 19   A.   With Adriamycin alone, just a very, very high dosage, not
1:20PM 20   for breast cancer.
1:20PM 21   Q.   All right.  Let me see if I can ask you a different
1:20PM 22   question.
1:20PM 23        Is Adriamycin considered an anthracycline drug?
1:20PM 24   A.   Yes.
1:20PM 25   Q.   And there's case reports of persistent

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:20PM   1   chemotherapy-induced alopecia with anthracycline regimens;
1:20PM   2   true?
1:20PM   3   A.   Yes.
1:20PM   4   Q.   Okay.  Now, we can agree that Mrs. Earnest was also
1:20PM   5   treated with Cytoxan?
1:20PM   6   A.   Yes.
1:20PM   7   Q.   And another name for that is cyclophosphamide?
1:20PM   8   A.   Yes.
1:20PM   9   Q.   And you'd agree that Cytoxan causes hair loss; true?
1:20PM   10   A.   Yes.
1:20PM   11   Q.   And you'd also agree with me, Doctor, that there are
1:20PM   12   reports in the literature which you have seen personally of
1:20PM   13   persistent chemotherapy-induced alopecia with Cytoxan?
1:20PM   14   A.   Very rare.
1:20PM   15   Q.   But they exist was my question.
1:20PM   16   A.   Yes, but they are very rare.
1:20PM   17   Q.   Okay.  Now, there's also a group of chemotherapies used to
1:21PM   18   treat breast cancer known as taxanes; right?
1:21PM   19   A.   Yes.
1:21PM   20   Q.   And Taxotere is a taxane; true?
1:21PM   21   A.   Yes.
1:21PM   22   Q.   Taxol is a taxane?
1:21PM   23   A.   Yes.
1:21PM   24   Q.   And let's talk about Taxol for a moment.  I know you spoke
1:21PM   25   with Mr. Schanker about it on your direct exam.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:21PM 1   **A.**   Yes.

1:21PM 2   **Q.**   Okay.  So you agree that Taxol causes hair loss; true?

1:21PM 3   **A.**   Yes.

1:21PM 4   **Q.**   And you'd also agree with me there are reports of what you

1:21PM 5   call persistent chemotherapy-induced alopecia -- reports within

1:21PM 6   the literature of Taxol causing that condition; true?

1:21PM 7   **A.**   Yes.  But I don't call it.  It's a condition that it's

1:21PM 8   called by everyone.  It's recognized.

1:21PM 9   **Q.**   My question is just simply that there are reports in the

1:21PM 10   literature of Taxol causing PCIA or chemotherapy-induced

1:21PM 11   alopecia; correct?

1:21PM 12   **A.**   Absolutely, yes.

1:21PM 13   **Q.**   Okay.  Now, you understand that Mrs. Earnest first took

1:22PM 14   Adriamycin and Cytoxan as part of her regimen; correct?

1:22PM 15   **A.**   Yes.

1:22PM 16   **Q.**   Mrs. Earnest took what's known as a combination regimen;

1:22PM 17   correct?

1:22PM 18   **A.**   Yes.

1:22PM 19   **Q.**   Of multiple medications; true?

1:22PM 20   **A.**   True.

1:22PM 21   **Q.**   First Adriamycin, given at the same time as Cytoxan;

1:22PM 22   right?

1:22PM 23   **A.**   Yes.

1:22PM 24   **Q.**   And then, later, she took Taxotere; correct?

1:22PM 25   **A.**   Absolutely.

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:22PM | 1 | **Q.**  But that was all part of her regimen; right? |
| 1:22PM | 2 | **A.**  Yes. |
| 1:22PM | 3 | **Q.**  Okay.  Now, we can agree that it was during the course of |
| 1:22PM | 4 | Mrs. Earnest taking Adriamycin and Cytoxan which is when she |
| 1:22PM | 5 | lost her hair; correct? |
| 1:22PM | 6 | **A.**  Absolutely, yes. |
| 1:22PM | 7 | **Q.**  And that was before she ever took her first dose of |
| 1:22PM | 8 | Taxotere? |
| 1:22PM | 9 | **A.**  Yes.  That's what happen with this regimen.  They lose |
| 1:22PM | 10 | their hair with the Adriamycin and Cytoxan, and then the hair |
| 1:22PM | 11 | does not regrow when they do the Taxotere. |
| 1:23PM | 12 | **Q.**  But I just -- I need to make sure -- I don't know if I got |
| 1:23PM | 13 | an answer to my question before the explanation. |
| 1:23PM | 14 | **THE COURT:**  She said, "Absolutely, yes." |
| 1:23PM | 15 | **MS. SASTRE:**  She did?  Okay.  Very good. |
| 1:23PM | 16 | BY MS. SASTRE: |
| 1:23PM | 17 | **Q.**  Now, after Mrs. Earnest completed her chemotherapy of |
| 1:23PM | 18 | Adriamycin, Cytoxan, and Taxotere, you understand that she then |
| 1:23PM | 19 | had radiation therapy; true? |
| 1:23PM | 20 | **A.**  Yes. |
| 1:23PM | 21 | **Q.**  And when her radiation therapy was completed and after her |
| 1:23PM | 22 | chemotherapy was completed, she took a medication known as |
| 1:23PM | 23 | Arimidex? |
| 1:23PM | 24 | **A.**  Yes.  That was three months after her chemotherapy was |
| 1:23PM | 25 | completed. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:23PM  1    **Q.**   Okay.  And Arimidex is a form of hormone therapy given to

1:23PM  2    breast cancer patients?

1:23PM  3    **A.**   Yes.

1:23PM  4    **Q.**   Sometimes called endocrine therapy; right, Doctor?

1:23PM  5    **A.**   Yes.

1:23PM  6    **Q.**   All right.  And you'd agree with me that there are reports

1:23PM  7    in the literature, which you have seen, where it's stated that

1:23PM  8    Arimidex can cause persistent hair loss; true?

1:24PM  9    **A.**   Yes, but a different time of persistent hair loss.

1:24PM  10   **Q.**   And we'll talk about that in a moment because what you

1:24PM  11   have called -- here today in court, you've called the kind of

1:24PM  12   hair loss that you believe is associated with chemotherapy --

1:24PM  13   you've called it PCIA, persistent --

1:24PM  14           **MR. SCHANKER:**  I'm sorry.  I didn't mean to interrupt

1:24PM  15   the question.

1:24PM  16   **BY MS. SASTRE:**

1:24PM  17   **Q.**   -- persistent chemotherapy-induced alopecia; true?

1:24PM  18   **A.**   Yes.

1:24PM  19   **Q.**   And then there's a kind of hair loss known as

1:24PM  20   endocrine-induced permanent hair loss; correct?

1:24PM  21   **A.**   It's not "permanent."  It's endocrine-induced hair loss,

1:24PM  22   which is different.

1:24PM  23   **Q.**   Okay.  And you're familiar with that; correct?

1:24PM  24   **A.**   Absolutely, yes.

1:24PM  25   **Q.**   All right.  Now, you understand -- I believe you testified

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:24PM | 1 | that Mrs. Earnest has taken Arimidex, or this endocrine |
| 1:24PM | 2 | therapy, for about eight years; true? |
| 1:25PM | 3 | A.   Yes. |
| 1:25PM | 4 | Q.   And it's your understanding she started taking it shortly |
| 1:25PM | 5 | after her chemotherapy ended; and as far as you know, she |
| 1:25PM | 6 | continues to take it today? |
| 1:25PM | 7 | A.   Yes. |
| 1:25PM | 8 | Q.   Okay.  Now, we've talked about Adriamycin, Cytoxan. |
| 1:25PM | 9 | Taxotere, you spoke about this morning with plaintiff's |
| 1:25PM | 10 | counsel.  And we've also spoken with Arimidex. |
| 1:25PM | 11 | And as you stated, with each of these drugs, there |
| 1:25PM | 12 | are reports of persistent hair loss; correct? |
| 1:25PM | 13 | A.   No.  There are with Adriamycin.  There are with Cytoxan. |
| 1:25PM | 14 | There are with Taxotere.  But there are not persistent hair |
| 1:25PM | 15 | loss with endocrine therapy. |
| 1:25PM | 16 | Q.   There's not reports of persistent hair loss with endocrine |
| 1:25PM | 17 | therapy? |
| 1:25PM | 18 | A.   Not persistent.  There are report of hair loss. |
| 1:25PM | 19 | Q.   Okay. |
| 1:25PM | 20 | A.   It's not called persistent. |
| 1:26PM | 21 | MS. SASTRE:  If I could just have a moment. |
| 1:26PM | 22 | BY MS. SASTRE: |
| 1:26PM | 23 | Q.   Okay.  Dr. Tosti, you have your depositions in front of |
| 1:26PM | 24 | you? |
| 1:26PM | 25 | A.   Yes. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:26PM 1    Q.   If you could turn to -- they're in order from the date

1:26PM 2    that they were taken.

1:26PM 3         If you turn to your first deposition, and it is dated

1:26PM 4    December 4th, 2018.  And I'm going to direct you to a specific

1:26PM 5    page and line.  Okay?

1:26PM 6    A.   Yes.

1:26PM 7    Q.   All right.  Ma'am, so if you go to page 230, please,

1:27PM 8    line 15.

1:27PM 9         And let me just ask you, when you gave your

1:27PM 10   deposition in this case, you were under oath; true?

1:27PM 11   A.   Yes.

1:27PM 12   Q.   Like you are today; correct?

1:27PM 13   A.   Yes.

1:27PM 14   Q.   All right.  Very good.  And if we look at page 230,

1:27PM 15   line 15.

1:27PM 16        MR. SCHANKER:  Your Honor, improper use of,

1:27PM 17   apparently, a prior inconsistent statement to impeach.

1:27PM 18        THE COURT:  You all need to approach.  I don't -- do

1:27PM 19   you have the deposition?

1:27PM 20        MS. SASTRE:  Yes, ma'am, I have the deposition.  I'd

1:27PM 21   be happy to provide a court a copy.

1:27PM 22        THE COURT:  Okay.  Come up.

1:27PM 23        (WHEREUPON, the following proceedings were held at

1:27PM 24   the bench.)

1:27PM 25        THE COURT:  What's your problem?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:27PM 1      **MR. SCHANKER:**  Your Honor, she needs to -- I don't

1:28PM 2   think there's a clear statement on the record with which to

1:28PM 3   impeach an inconsistent statement.  Maybe I heard wrong, and I

1:28PM 4   apologize if I did.

1:28PM 5            Is there a clear statement on the record for

1:28PM 6   impeaching?

1:28PM 7            **THE COURT:**  Look --

1:28PM 8            **MR. SCHANKER:**  If there is --

1:28PM 9            **THE COURT:**  No.  I'm going to allow her to ask the

1:28PM 10  question.  It's a little different, but the jury can make that

1:28PM 11  determination.

1:28PM 12           **MR. SCHANKER:**  Okay.

1:28PM 13           **MS. SASTRE:**  Thank you, Your Honor.

1:28PM 14           (WHEREUPON, the following proceedings were held in

1:28PM 15  open court.)

1:28PM 16  **BY MS. SASTRE:**

1:28PM 17  **Q.**  Dr. Tosti, are you with me?

1:28PM 18  **A.**  Yes.

1:28PM 19  **Q.**  Okay.  Very good.  So we're on page 230, line 15.

1:28PM 20  Question from your deposition:

1:28PM 21           "Q.  You've seen articles that say hormonal therapy

1:29PM 22        like tamoxifen or aromatase inhibitors can cause permanent

1:29PM 23        alopecia, haven't you?

1:29PM 24           "A.  There are a few reports, yes."

1:29PM 25           Did I read that correctly?

OFFICIAL TRANSCRIPT

1:29PM 1     **MR. SCHANKER:**  Your Honor, pursuant to the rule of

1:29PM 2  completeness, I would like to read that part of the deposition

1:29PM 3  that gives context to the question and answer.

1:29PM 4     **THE COURT:**  You're going to have to tell us which

1:29PM 5  part.  You're entitled to read the entire statement.

1:29PM 6     **MR. SCHANKER:**  Yes.  That is line 25 through 1,

1:29PM 7  because there was an objection as well, Your Honor.

1:29PM 8     **THE COURT:**  Okay.  First, I'm going to ask --

1:29PM 9     **MR. SCHANKER:**  I'm sorry.

1:29PM 10     **THE COURT:**  You know what?  I don't have the

1:29PM 11  deposition.  Dr. Tosti -- is there an extra one?

1:29PM 12     **MS. SASTRE:**  Yes, of course.

1:29PM 13     **THE COURT:**  First, Dr. Tosti has to answer that

1:29PM 14  question.

1:29PM 15     **THE WITNESS:**  Yes.  Here, I answered there are a few

1:29PM 16  reports.  As far as I remember, I remember there was one case

1:30PM 17  with tamoxifen, and that's only one I remember persistent.

1:30PM 18  Because all the literature on endocrine therapy shows, even the

1:30PM 19  recent article, that they improve with minoxidil and

1:30PM 20  spironolactone.

1:30PM 21     **MS. SASTRE:**  All right.  We can continue.

1:30PM 22     Your Honor, we're going to get copies for the

1:30PM 23  Court.  You'll have them.

1:30PM 24     **THE COURT:**  Thank you.

1:30PM 25     **MS. SASTRE:**  Yes, of course.

BY MS. SASTRE:

**Q.**   Now, do you have a copy of your report in front of you?

**A.**   Yes, I do.

**Q.**   Okay.  Very good.  So before we went to your deposition, just to reorient everybody, we were talking about the medications which Mrs. Earnest has taken, and we were talking about them in terms of hair loss -- persistent hair loss.

My next question to you, Dr. Tosti, is that, in your report, you state your opinion that Mrs. Earnest has persistent chemotherapy-induced alopecia; true?

**A.**   Yes.

**Q.**   And that is, in fact, the opinion that you've expressed this morning; correct?

**A.**   Yes.

**Q.**   But in your report, you did not attribute Mrs. Earnest's hair loss to a specific chemotherapy drug; correct?

**A.**   I don't know.  I'm looking for my report, and I don't find it.

**Q.**   Would you like a copy?

**A.**   Yes, I'm sorry.  I thought I had it.

MS. SASTRE:  May I approach?

THE COURT:  Yes, you may.

THE WITNESS:  Thank you.

MS. SASTRE:  You're very welcome.

Your Honor, may I hand up the depositions to

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:31PM   1   you?

1:31PM   2          THE COURT:  Yes, please.

1:31PM   3   BY MS. SASTRE:

1:31PM   4   Q.   So, Dr. Tosti, let me just -- I know you're looking, but

1:31PM   5   let me just get my question out there.

1:31PM   6          In your report, you didn't attribute Mrs. Earnest's

1:31PM   7   hair loss to a specific chemotherapy drug; correct?

1:32PM   8   A.   My conclusion, I -- I said that a certain drug was much

1:32PM   9   more commonly responsible for the hair loss than the other

1:32PM  10   ones.  It's written in my report.

1:32PM  11          There are only 23 cases of permanent alopecia

1:32PM  12   reported with the combination of doxorubicin and

1:32PM  13   cyclophosphamide in comparison with 157 reported cases with the

1:32PM  14   second set at the time of my report.

1:32PM  15   Q.   Dr. Tosti, I'm asking you a very specific question.  Okay.

1:32PM  16   So yes or no, please.

1:32PM  17          You'd agree with me you did not attribute

1:32PM  18   Mrs. Earnest's hair loss to a specific chemotherapy drug in

1:32PM  19   your report; correct?

1:32PM  20          MR. SCHANKER:  Objection.  Asked and answered --

1:32PM  21          THE WITNESS:  No, I disagree.

1:32PM  22          MR. SCHANKER:  -- your Honor.

1:32PM  23          Excuse me.

1:32PM  24          Asked and answered, Your Honor.

1:33PM  25          THE COURT:  I'm going to allow her to answer the

OFFICIAL TRANSCRIPT

1:33PM 1    question, and then she can explain it.

1:33PM 2           **THE WITNESS:**  No, I disagree.  I don't agree with

1:33PM 3    you, because I didn't write down the cause was the second set.

1:33PM 4                  But if you read the report, it clearly states

1:33PM 5    that using medicine -- medicine, you can never say it's

1:33PM 6    100 percent.  You say with a reasonable logical possibility.

1:33PM 7    That's it, and I think I explained that way.

1:33PM 8    **BY MS. SASTRE:**

1:33PM 9    **Q.**    Okay.  If you take a look at your deposition, please, the

1:33PM 10   first volume, dated December 4, 2018.  And if you'd please turn

1:33PM 11   to page 297.

1:33PM 12          **MR. SCHANKER:**  Just one moment while we get that.

1:33PM 13          **MS. SASTRE:**  Sure.

1:34PM 14   **BY MS. SASTRE:**

1:34PM 15   **Q.**    So page 297, line 24.

1:34PM 16                  Are you with me?

1:34PM 17   **A.**    Yes.

1:34PM 18   **Q.**    Okay.  And we can read along together.

1:34PM 19                  "Q.  In your report, you do not attribute the hair

1:34PM 20          loss to any specific chemotherapy drug; right?"

1:34PM 21                  And your answer:

1:34PM 22                  "A.  I cannot say which drug is causing the hair

1:34PM 23          loss, of course.  You can never make the diagnosis for any

1:34PM 24          type of drug-induced hair loss, even for telogen

1:34PM 25          effluvium?"

ANTONELLA TOSTI - CROSS

1:34PM   1          Did I read that correctly?

1:34PM   2   A.    Absolutely, yes.  And I explain you why, because the

1:34PM   3   problem here is lack of regrowth.  So she had hair loss.  And I

1:34PM   4   cannot say it was Adriamycin or cyclophosphamide or the

1:35PM   5   combination.  That's -- it's impossible to say.

1:35PM   6          But the lack of regrowth, the permanent alopecia,

1:35PM   7   that's what she had from the second set.

1:35PM   8   Q.    Now, you talked with counsel about your literature review;

1:35PM   9   right?

1:35PM  10   A.    Yes.

1:35PM  11   Q.    Okay.  I might not use the exact right words --

1:35PM  12   A.    Yes.

1:35PM  13   Q.    -- but I think we're on the same page.

1:35PM  14   A.    Sure.

1:35PM  15   Q.    Okay.  So there were certain drugs -- Taxotere,

1:35PM  16   Adriamycin, Cytoxan, right, Taxol -- and you did a search of

1:35PM  17   the literature to see were there reports of

1:35PM  18   chemotherapy-induced alopecia for those medications; correct?

1:36PM  19   A.    Yes.

1:36PM  20   Q.    All right.  And I think you basically did kind of like a

1:36PM  21   tally.  You went through with counsel, and he wrote down some

1:36PM  22   numbers.

1:36PM  23          You added up how many patients were listed as having

1:36PM  24   chemotherapy-related alopecia in those studies, and you have

1:36PM  25   sort of like a tally; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:36PM | 1 | **A.**   I don't understand the word "tally." |
| 1:36PM | 2 | **Q.**   Okay. |
| 1:36PM | 3 | **A.**   I'm sorry. |
| 1:36PM | 4 | **Q.**   No, no, no.  Of course.  You kind of kept score, right, |
| 1:36PM | 5 | you added up all the numbers? |
| 1:36PM | 6 | **A.**   Yes. |
| 1:36PM | 7 | **Q.**   All right.  Very good.  So you'd agree with me that some |
| 1:36PM | 8 | of the documents, some of the literature, which is part of your |
| 1:36PM | 9 | score card, are documents that came from plaintiff's counsel; |
| 1:36PM | 10 | true? |
| 1:36PM | 11 | **A.**   I would say the abstracts, yes. |
| 1:36PM | 12 | **Q.**   Okay.  And there were some materials that we even brought |
| 1:37PM | 13 | to one of your depositions that you said you were surprised you |
| 1:37PM | 14 | didn't find. |
| 1:37PM | 15 |        Do you remember that? |
| 1:37PM | 16 | **A.**   I remember something.  But if you remind me or show me, I |
| 1:37PM | 17 | will remember better. |
| 1:37PM | 18 | **Q.**   Okay.  And my question is you'd agree that there are |
| | 19 | articles and abstracts on persistent chemotherapy-induced |
| | 20 | alopecia that's not included on your list; correct? |
| 1:37PM | 21 | **A.**   Absolutely.  I believe there are many cases that are not |
| 1:37PM | 22 | even published.  Because right now, it would be impossible to |
| 1:37PM | 23 | publish a case series or a case of something that is well |
| 1:37PM | 24 | known. |
| 1:37PM | 25 | **Q.**   Okay.  And when you created -- I'm holding it up. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:37PM   1           This is your list; right?

1:37PM   2   A.   That's the one, yes.  The old one, yes.

1:37PM   3   Q.   And this is -- this was attached to your report; correct?

1:37PM   4   A.   Yeah, it should be an exhibit, but I didn't have.  I think

1:37PM   5   it was an exhibit.

1:37PM   6   Q.   An exhibit to your deposition?

1:38PM   7   A.   Yes.

1:38PM   8   Q.   Okay.

1:38PM   9   A.   But it's not among the exhibits.  I was looking for that.

1:38PM   10          MS. SASTRE:   Your Honor, may I approach?

1:38PM   11          THE COURT:   Yes, you may.

1:38PM   12   BY MS. SASTRE:

1:38PM   13   Q.   I'm going to provide you with a copy.

1:38PM   14   A.   Thank you.

1:38PM   15   Q.   So you'll have your list.

1:38PM   16          Okay.  So there's your list; right, Doctor?

1:38PM   17   A.   Uh-huh.

1:38PM   18   Q.   Okay.  And you've got Taxotere up top, Taxol; you say

1:38PM   19   taxanes not specified; and then non-taxane regimens; correct?

1:38PM   20   A.   Yes.

1:38PM   21   Q.   And where is -- on which one of those, where is Adriamycin

1:38PM   22   and Cytoxan?  What are the results of that search?

1:38PM   23   A.   It's here, non-taxane regimens.

1:38PM   24   Q.   Okay.  Very good.  I don't see endocrine therapy or

1:38PM   25   Arimidex on the list.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:38PM  1          Did you do a search of the medical literature to

1:39PM  2  determine what is the association between the use of Arimidex

1:39PM  3  and endocrine or hormone therapy medication and persistent hair

1:39PM  4  loss?

1:39PM  5  A.    You know, I read the medical literature on Arimidex and

1:39PM  6  alopecia.  And as I said, I think there is just one case from

1:39PM  7  tamoxifen of persistent alopecia, not from aromatase.

1:39PM  8  Q.    Well, my question is just simply did you do a search for

1:39PM  9  Arimidex, like you did with these medications?

1:39PM 10  A.    Yes.  Yes, I did.

1:39PM 11  Q.    But we don't see it on your list; is that fair?

1:39PM 12  A.    Because this was just for the chemotherapy.

1:39PM 13  Q.    Were you not focused at looking at all of the potential

1:39PM 14  causes of Mrs. Earnest's hair loss?

1:39PM 15  A.    I absolutely did, but this was the list just for the

1:39PM 16  chemotherapy.  The endocrine therapy, I did the search, but was

1:39PM 17  not there in that list.

1:40PM 18  Q.    Do you have anything that details the results of your

1:40PM 19  search from Arimidex?

1:40PM 20  A.    Yes.  I have the papers here -- the two papers that have

1:40PM 21  been published that show the data on those therapies.  Okay.

1:40PM 22  There is this -- just a second.

1:40PM 23          There is a paper from the group, again, of Lacouture,

1:40PM 24  a recent paper in JAMA Dermatology, showing the prevalence of

1:40PM 25  the problem.  And then there is a paper in an oncology journal

ANTONELLA TOSTI - CROSS

1:40PM  1    also showing this problem.

1:40PM  2    **Q.**   Dr. Tosti, my question was a little different, ma'am.

1:40PM  3    **A.**   I considered --

1:40PM  4            **MR. SCHANKER:**  Your Honor, she's looking for her

1:40PM  5    response.

1:40PM  6            **THE COURT:**  Mr. Schanker, let me -- I think the

1:40PM  7    question was where's the research -- the search.  And she's, I

1:40PM  8    think --

1:40PM  9            **THE WITNESS:**  I did the research.  There aren't too

1:40PM  10   many paper on that.  One paper, which is published on JAMA

1:41PM  11   Dermatology from the group Dr. Lacouture, and another paper

1:41PM  12   that is published in an oncology journal.

1:41PM  13           And, basically, they report the prevalence of

1:41PM  14   alopecia for endocrine therapy.  Usually it's not severe.  It's

1:41PM  15   usually not severe.  And it's -- in this paper, they don't talk

1:41PM  16   about permanent alopecia.

1:41PM  17   **BY MS. SASTRE:**

1:41PM  18   **Q.**   Thank you.  Let's go back to the --

1:41PM  19   **A.**   Here.  I found the papers.

1:41PM  20   **Q.**   -- list, Dr. Tosti, that you did create.

1:41PM  21           And if we look at Taxotere, you would agree with me

1:41PM  22   that nearly all of the patients which are included within the

1:41PM  23   number that you have there, 281, you would agree with me that

1:41PM  24   nearly all of them were on combination therapy; correct?

1:41PM  25   **A.**   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:41PM | 1 | **Q.**   And that would include other medications, most likely |
| 1:42PM | 2 | Adriamycin and Cytoxan; correct? |
| 1:42PM | 3 | **A.**   Yes. |
| 1:42PM | 4 | **Q.**   All right.  Now, your report in this case is dated |
| 1:42PM | 5 | November of 2018; right? |
| 1:42PM | 6 | **A.**   Yes. |
| 1:42PM | 7 | **Q.**   Okay.  And just a few days after you signed off on your |
| 1:42PM | 8 | report here, you had a paper accepted for publication just a |
| 1:42PM | 9 | few days earlier by JAMA; right? |
| 1:42PM | 10 | **A.**   Yes. |
| 1:42PM | 11 | **Q.**   All right.  And what we're talking about is a paper |
| 1:42PM | 12 | entitled "The Assessment of Quality of Life and Treatment |
| 1:42PM | 13 | Outcomes of Patients with Persistent Post-Chemotherapy |
| 1:42PM | 14 | Alopecia"; right? |
| 1:42PM | 15 | **A.**   Yes.  We talked about that this morning. |
| 1:42PM | 16 | **Q.**   Okay.  And so what I'm asking you, though, is your paper |
| 1:42PM | 17 | is accepted for publication in November of 2018; right? |
| 1:43PM | 18 | Correct? |
| 1:43PM | 19 | **A.**   Yes. |
| 1:43PM | 20 | **Q.**   And at the same time while you're doing the work |
| 1:43PM | 21 | researching your paper, preparing your paper, thinking about |
| 1:43PM | 22 | your paper, you're also in the process of writing your report |
| 1:43PM | 23 | in this case; correct? |
| 1:43PM | 24 | **A.**   Yes. |
| 1:43PM | 25 | **Q.**   Okay.  And so those two events sort of coincidentally |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:43PM 1  enough are coinciding; correct?  They are happening at the same

1:43PM 2  time.

1:43PM 3  A.   No, it's not coincidental at all because I publish paper

1:43PM 4  every day.

1:43PM 5  Q.   Understood.  But you're here a case involving chemotherapy

1:43PM 6  and hair loss, and your paper, which you were working on, also

1:43PM 7  involved chemotherapy and hair loss; right?

1:43PM 8  A.   Yes, but most -- you know, that paper I believe has

1:43PM 9  nothing to do with this case.  I publish on this topic a long

1:43PM 10  time ago before.

1:43PM 11  Q.   Okay.  Well, let's take a look at the paper, Dr. Tosti.

1:43PM 12  And I'm going to go ahead and hand you a copy.

1:43PM 13  A.   I have it -- no, I don't.

1:43PM 14  Q.   Do you have it?

1:43PM 15  A.   No, I have the endocrine.

1:44PM 16        MS. SASTRE:  Would Your Honor like a copy?

1:44PM 17        THE COURT:  Yes, please, if you have enough.

1:44PM 18        MS. SASTRE:  Okay.

1:44PM 19  BY MS. SASTRE:

1:44PM 20  Q.   Okay.  So we're looking at -- your article that was

1:44PM 21  published; correct?

1:44PM 22  A.   Yes.

1:44PM 23  Q.   Okay.  And you are listed as one of the authors; right?

1:44PM 24  A.   Yes.

1:44PM 25  Q.   And this was published March of 2019; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:45PM 1   A.   Yes.

1:45PM 2   Q.   So after you did your scorecard; correct?  It came out

1:45PM 3   after?

1:45PM 4   A.   Yes.

1:45PM 5   Q.   And it was published in a journal that's called JAMA.  Can

1:45PM 6   you tell us what that stands for?

1:45PM 7   A.   Yes.  Journal American Medical Association.  That is JAMA

1:45PM 8   Dermatology, so that is the dermatology part.

1:45PM 9   Q.   And it's peer-reviewed; correct?

1:45PM 10  A.   Yes, of course.

1:45PM 11  Q.   Okay.  And the chemotherapies which were included in your

1:45PM 12  study published in 2019 included the same chemotherapies we're

1:45PM 13  talking about in this case:  Taxotere, Adriamycin, Cytoxan;

1:45PM 14  correct?

1:45PM 15  A.   Yes.

1:45PM 16  Q.   Also included fluorouracil, which the jury has already

1:45PM 17  heard a little bit about; true?

1:45PM 18  A.   Yes.

1:45PM 19  Q.   And other chemotherapies as well; correct?

1:45PM 20  A.   Yes.

1:45PM 21  Q.   And you also looked at, in this paper, Doctor, hormone

1:45PM 22  therapies or endocrine therapies like the Arimidex, which

1:46PM 23  Mrs. Earnest is still taking today; true?

1:46PM 24  A.   Yes, but these patients, the one with the endocrine

1:46PM 25  therapy, had complete hair regrowth to be included in this

ANTONELLA TOSTI - CROSS

1:46PM 1    paper.
1:46PM 2    **Q.**    Right.
1:46PM 3    **A.**    So the definition of these type of alopecia was the
1:46PM 4    patient had to regrow, this is stated in the paper, before
1:46PM 5    starting the endocrine therapy.
1:46PM 6    **Q.**    We're going to get to all of that.
1:46PM 7    **A.**    Sure.
1:46PM 8    **Q.**    Okay.  Okay, Doctor.
1:46PM 9            So here's my question.  So what you did is you looked
1:46PM 10   at 192 patients; right?
1:46PM 11   **A.**    You know, I didn't look at these patients.  These were not
1:46PM 12   my patients.  I participated in this paper to give an idea on
1:46PM 13   the discussion and so on.  But in this paper, there are doctors
1:47PM 14   that are not even, like Ralf Paus, it's not even seeing
1:47PM 15   patients.  So this paper was -- I was in this paper because of
1:47PM 16   my knowledge of the problem, but I didn't provide the patients.
1:47PM 17   The patients came from three different institution:  France,
1:47PM 18   New York and Napoli.  It's written in the papers.
1:47PM 19   **Q.**    Doctor, I just asked if there were 192 patients in the
1:47PM 20   study?
1:47PM 21           **MR. SCHANKER:**  Objection.  That's not what she asked,
1:47PM 22   Your Honor.
1:47PM 23           **THE COURT:**  Overruled.
1:47PM 24           **THE WITNESS:**  Yes.  Yes, there are -- it's written
1:47PM 25   here in the abstract.

ANTONELLA TOSTI - CROSS

1:47PM  1   BY MS. SASTRE:

1:47PM  2   Q.   Okay.  And the patients were characterized and divided up

1:47PM  3   in a chart or a table in the study; right?

1:47PM  4   A.   For a chart or paper, they were divided in two groups.

1:48PM  5   Q.   Yes.  Correct.

1:48PM  6   A.   Okay.

1:48PM  7   Q.   So here we're taking a look at that.  There were two

1:48PM  8   groups; correct?

1:48PM  9   A.   Yes.

1:48PM  10  Q.   There's the -- the jury can see on top, there's the PCIA

1:48PM  11  group; right?

1:48PM  12  A.   Yes.

1:48PM  13  Q.   And that's that stands for?

1:48PM  14  A.   Persistent or permanent alopecia after chemotherapy.

1:48PM  15  Q.   After chemotherapy.

1:48PM  16         And then there is the EIAC group.  And what does that

1:48PM  17  stand for?

1:48PM  18  A.   Endocrine therapy.  And these patients to be included had

1:48PM  19  to have hair before starting the endocrine therapy.

1:48PM  20  Q.   I understand.  And so let's talk about first, I'm going

1:48PM  21  ask you -- I'm going to try and be very specific in my

1:48PM  22  questions.

1:48PM  23  A.   Uh-huh.

1:48PM  24  Q.   And so -- let me try and do that.  Okay?

1:48PM  25  A.   Sure.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:48PM    1    **Q.**    I'm asking you very specific things, Doctor.

1:48PM    2              So, first of all, in order to be included within the

1:49PM    3    group of patients that have persistent chemotherapy-induced

1:49PM    4    alopecia, a patient had to have incomplete hair growth six

1:49PM    5    months after the completion of chemotherapy; true?

1:49PM    6    **A.**    True.

1:49PM    7    **Q.**    All right.  And if we look at the specific therapies, so

          8    there were a group of patients that received taxane-based

          9    chemotherapy; correct?

1:49PM   10    **A.**    Yes.

1:49PM   11    **Q.**    And that would include medications like Taxotere and

1:49PM   12    Taxol; right?

1:49PM   13    **A.**    Yes.

1:49PM   14    **Q.**    And you specifically recorded -- or you note here in

1:49PM   15    table 2 of the study the number of parents who took Taxol --

1:49PM   16    **A.**    Yes.

1:50PM   17    **Q.**    -- and had persistent chemotherapy-induced alopecia;

1:50PM   18    correct?

1:50PM   19    **A.**    Yes.

1:50PM   20    **Q.**    And that number was 47 out of 80; right?

1:50PM   21    **A.**    Yes.

1:50PM   22    **Q.**    Which is 59 percent of those that received Taxol in this

1:50PM   23    study in which you are one of the authors, were found to have

1:50PM   24    persistent chemotherapy-induced alopecia after Taxol use;

1:50PM   25    correct?

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:50PM | 1 | **A.**   Yes.  We put today in the numbers, in fact, today we said |
| 1:50PM | 2 | 50 Taxol.  And we had one at that time, and the reason that |
| 1:50PM | 3 | most of them come from this paper are the new ones. |
| 1:50PM | 4 | **Q.**   So you would agree with me that if a patient is going to |
| 1:50PM | 5 | take Taxol, they are going to be accepting a risk of permanent |
| 1:50PM | 6 | chemotherapy-induced alopecia; correct? |
| 1:50PM | 7 | **A.**   Yes, but it's lower than Taxotere.  Much lower. |
| 1:50PM | 8 | **Q.**   Well, not according to your paper. |
| 1:50PM | 9 | **A.**   This paper, it's a number of patients.  But if you take |
| 1:51PM | 10 | the whole literature, there is a different number.  I -- when |
| 1:51PM | 11 | we got this results, I spoke with Dr. Lacouture and asked why |
| 1:51PM | 12 | we have all these paclitaxel in here, and he said the reason is |
| 1:51PM | 13 | that now -- |
| 1:51PM | 14 | **MS. SASTRE:**  Your Honor, I object.  I did not ask her |
| 1:51PM | 15 | why. |
| 1:51PM | 16 | **THE COURT:**  All right. |
| 1:51PM | 17 | **THE WITNESS:**  I cannot say why? |
| 1:51PM | 18 | **THE COURT:**  Well, you can answer the question -- she |
| 1:51PM | 19 | can explain her answer. |
| 1:51PM | 20 | **BY MS. SASTRE:** |
| 1:51PM | 21 | **Q.**   Okay.  My question is just simply that the number of |
| 1:51PM | 22 | patients who developed what you call alopecia -- |
| 1:51PM | 23 | chemotherapy-induced alopecia in this study, which you recently |
| 1:51PM | 24 | published, the number for those who took Taxol was greater than |
| 1:51PM | 25 | the patients who took Taxotere; correct? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:51PM  1    **A.**    Yes.  And I want to explain why.  I spoke with

1:51PM  2    Dr. Lacouture because that was a very surprising result to me.

1:51PM  3    And he explained to me that now at Sloan Cancer Center, they

1:51PM  4    don't use Taxotere anymore.

1:52PM  5              **MS. SASTRE:**  I'm sorry, Your Honor.  I --

1:52PM  6              **THE COURT:**  All right.  I think you need to answer

1:52PM  7    the question and -- and the jury should disregard the remark as

1:52PM  8    to what's happening at Sloan Care.

1:52PM  9              **THE WITNESS:**  I'm sorry, I wanted to explain.

1:52PM  10             **THE COURT:**  No.  I think it just went further afield

1:52PM  11   than what we anticipated.

1:52PM  12                   Please proceed.

1:52PM  13   BY MS. SASTRE:

1:52PM  14   **Q.**    Yes.  So, Dr. Tosti, it's not just that the actual number

1:52PM  15   of patients who experience chemotherapy-induced alopecia was

1:52PM  16   greater for Taxol, it's also that the percentage of patients

1:52PM  17   was greater; correct?

1:52PM  18   **A.**    If the number is greater, the percentage is greater.

1:52PM  19   **Q.**    Well, let me be very clear, then.  The number of patients

1:52PM  20   who you reported as having persistent chemotherapy-induced

1:53PM  21   alopecia who took Taxol was 47 out of 80; correct?

1:53PM  22   **A.**    Yes.

1:53PM  23   **Q.**    And the number of patients who you reported as having

1:53PM  24   persistent chemotherapy-induced alopecia who took Taxotere,

1:53PM  25   here it says docetaxel, was 31; correct?

1:53PM 1   A.   Yes.

1:53PM 2   Q.   So going back to what I was saying a moment ago, you have

1:53PM 3   47 patients who took Taxol and you have 31 who took Taxotere,

1:53PM 4   and those are the numbers between those drugs for persistent

1:53PM 5   chemotherapy-induced alopecia; correct?

1:53PM 6   A.   Yes.

1:53PM 7   Q.   And then if we look a little bit further to the right,

1:53PM 8   that number in the parentheses, that's the percentage; correct?

1:53PM 9   A.   Yes.

1:53PM 10   Q.   And so of all the patients that took Taxol and you found

1:53PM 11   to have persistent chemotherapy-induced alopecia, that was

1:53PM 12   59 percent of the Taxol group; true?

1:53PM 13   A.   Yes.  Very high as compared with the previous method.

1:53PM 14   Very high.

1:53PM 15   Q.   And it was very high when compared to the percentage of

1:53PM 16   patients who took Taxotere and developed persistent

1:54PM 17   chemotherapy-induced alopecia because that number is only

1:54PM 18   39 percent; true?

1:54PM 19   A.   Yes.  But in previous papers on Taxotere, we say

1:54PM 20   10 percent of patients develop severe alopecia.  Here,

1:54PM 21   39 percent.  So in this study, there were very, very high rate

1:54PM 22   of persistent alopecia after chemotherapy.

1:54PM 23   Q.   Now, you also looked at other drugs in this study;

1:54PM 24   correct?

1:54PM 25   A.   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 1:54PM | 1 | **Q.**   Okay.  And let me try to pull those up. |
| 1:54PM | 2 | You looked at cyclophosphamide; correct? |
| 1:54PM | 3 | **A.**   Yes.  I don't know the data about these drugs exactly.  I |
| 1:54PM | 4 | see here, but I don't know if they -- patients took these, |
| 1:55PM | 5 | association.  Not just cyclophosphamide alone.  I don't know. |
| 1:55PM | 6 | **Q.**   Okay.  Cyclophosphamide is listed; right? |
| 1:55PM | 7 | **A.**   But it's listed maybe in association with methotrexate and |
| 1:55PM | 8 | fluorouracil. |
| 1:55PM | 9 | **Q.**   Well, Doctor, there may be a lot of things going on here. |
| 1:55PM | 10 | I don't know.  I'm just asking you is cyclophosphamide listed? |
| 1:55PM | 11 | **A.**   It's listed. |
| 1:55PM | 12 | **Q.**   Okay.  And what it says next to cyclophosphamide, which is |
| 1:55PM | 13 | Cytoxan, and then two other drugs that are listed, it has a |
| 1:55PM | 14 | number of 13; correct? |
| 1:55PM | 15 | **A.**   But you don't know which one as the number.  It's a mix to |
| 1:55PM | 16 | it. |
| 1:55PM | 17 | **Q.**   I didn't ask that, ma'am.  I'm just asking you is the |
| 1:55PM | 18 | number 13 there. |
| 1:55PM | 19 | **A.**   I see number 13, but it's for three drugs, not for one. |
| 1:55PM | 20 | **Q.**   I understand.  And all I'm asking you is that some number |
| 1:55PM | 21 | of those 13 patients, I know you don't know how many today, but |
| 1:55PM | 22 | some number within those 13 patients took cyclophosphamide -- |
| 1:56PM | 23 | **A.**   I am very aware of this, yes. |
| 1:56PM | 24 | **Q.**   -- and had persistent chemotherapy-induced alopecia? |
| 1:56PM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:56PM   1   **Q.**   As you sit here today, you don't know if the number is

1:56PM   2   one, you don't know if the number is 10 for cyclophosphamide;

1:56PM   3   right?

1:56PM   4   **A.**   Absolutely, I don't know.

1:56PM   5   **Q.**   Okay.  And then if we look a little further down, it says

1:56PM   6   "doxorubicin."  Do you see that?

1:56PM   7   **A.**   Yes, I do.

1:56PM   8   **Q.**   And if lists other drugs as well?

1:56PM   9   **A.**   Yes.

1:56PM  10   **Q.**   Doxorubicin is Adriamycin; right?

1:56PM  11   **A.**   Yes.

1:56PM  12   **Q.**   And in your paper published in 2109, you recorded five

1:56PM  13   cases for a group of drugs, including Adriamycin, where you saw

1:56PM  14   five patients with persistent chemotherapy-induced alopecia;

1:56PM  15   correct?

1:56PM  16   **A.**   They were also taking Adriamycin.

1:56PM  17   **Q.**   Right.  And that's what I'm saying.  You don't know of

1:56PM  18   that five patients who had persistent chemotherapy-induced

1:56PM  19   alopecia, if it was two or three or four or even just one of

1:57PM  20   them that had that drug, but you know some of them did;

1:57PM  21   correct?

1:57PM  22   **A.**   Yes, but what I really think is that those drugs are, you

1:57PM  23   know, sometimes occasionally causing the problem.  I never said

1:57PM  24   they never cause.  It's just a question of, likely, frequency.

1:57PM  25   **Q.**   One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1:57PM 1  bit about, and I think you discussed on your direct exam, is

1:57PM 2  fluorouracil; correct?

1:57PM 3  A.    No, I have no experience with that.  I discussed busulfan.

1:57PM 4  I have experience with busulfan.

1:57PM 5  Q.    All right.  But you've heard of fluorouracil; correct?

1:58PM 6  A.    Sorry?

1:58PM 7  Q.    Fluorouracil.  I just highlighted it on the page.

1:58PM 8  A.    Yes, I have no experience with that drug.

1:58PM 9  Q.    Okay.  But it's included within your group where some

1:58PM 10 number of patients within that 13 had persistent

1:58PM 11 chemotherapy-induced alopecia after taking fluorouracil; right?

1:58PM 12 A.    Yes.

1:58PM 13 Q.    Okay.  Now, the jury's heard a little bit about a drug

1:58PM 14 regimen.  They heard about FAC, F-A-C.  And they've also heard

1:58PM 15 about a regimen called FEC, F-E-C.  All right.  And do you

1:58PM 16 understand the E in FEC to be epirubicin?

1:58PM 17 A.    I'm not an oncologist, and to be honest, I don't feel I

1:58PM 18 can give an expert opinion, but I'm here and I will do what I

1:59PM 19 can do.

1:59PM 20 Q.    Well, let me ask you this, Doctor:  There's case reports

1:59PM 21 of persistent chemotherapy-induced alopecia with the F-E-C, or

1:59PM 22 FEC, regimen; true?

1:59PM 23 A.    I think so.

1:59PM 24 Q.    And the E in the FEC is also included within your study?

1:59PM 25 Right?  Epirubicin?

ANTONELLA TOSTI - CROSS

1:59PM  1   A.   Yes.

1:59PM  2   Q.   Okay.  Let me find that.

1:59PM  3        I may have misspoke, and I apologize.  I couldn't

1:59PM  4   find it because you actually don't comment on epirubicin in the

2:00PM  5   study.

2:00PM  6        All right.  So let's -- let's go back to

2:00PM  7   Mrs. Earnest.  Okay?

2:00PM  8   A.   Yes.

2:00PM  9   Q.   All right.  Now, we talked about Mrs. Earnest taking

2:00PM  10  hormone therapy or Arimidex; true?

2:00PM  11  A.   Yes.

2:00PM  12  Q.   And I believe what these drugs are called -- and we

2:00PM  13  haven't spent as much time on them as we have the chemotherapy

2:00PM  14  drugs, so I'd like to just spend a moment here.

2:00PM  15       But I think what they're called is aromatase

2:00PM  16  inhibitors; true?

2:00PM  17  A.   Yes.

2:00PM  18  Q.   And doctors use Arimidex for women who have been diagnosed

2:00PM  19  with cancer, particularly if they're past menopause; right?

2:00PM  20  A.   Yes.

2:01PM  21  Q.   Like Mrs. Earnest; correct?

2:01PM  22  A.   Yes.  And I explained today that they're used for

2:01PM  23  estrogen-positive breast cancer, not always.

2:01PM  24  Q.   And you would agree with me that aromatase inhibitors,

2:01PM  25  like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:01PM 1   A.   They are used for that, yes.

2:01PM 2   Q.   Okay.   And Arimidex has an androgenetic effect; true?

2:01PM 3   A.   Yes.

2:01PM 4   Q.   And what that means is that Arimidex works by reducing the

2:01PM 5   level of estrogen in a woman's body; true?

2:01PM 6   A.   Yes.

2:01PM 7   Q.   And you'd agree with me that drugs like Arimidex, which

2:01PM 8   Mrs. Earnest has taken for the last eight years, can cause

2:01PM 9   androgenetic alopecia; true?

2:01PM 10   A.   Yes.

2:01PM 11   Q.   And you'd agree with me, Dr. Tosti, that drugs like

2:01PM 12   Arimidex, which Mrs. Earnest has taken for the last eight

2:01PM 13   years, can worsen androgenetic alopecia; true?

2:02PM 14   A.   If somebody has androgenetic alopecia, yes, but she didn't

2:02PM 15   have hair when she started the treatment, so that's very

2:02PM 16   unlikely even to think about this.

2:02PM 17   Q.   Well, we can agree that androgenetic alopecia is one of

2:02PM 18   the most common side effects of treatment with aromatase

2:02PM 19   inhibitors; true?

2:02PM 20   A.   I don't think it's the most common.

2:02PM 21   Q.   One of the most.   One of the most.

2:02PM 22   A.   Okay.   But that's not the most.

2:02PM 23   Q.   Okay.   Let me ask my question again.   Maybe we missed each

2:02PM 24   other.   That happens sometimes.

2:02PM 25        Androgenetic alopecia is one of the most common side

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:02PM | 1 | effects of treatment with aromatase inhibitors; correct? |
| 2:02PM | 2 | A.    Yes. |
| 2:02PM | 3 | Q.    Okay.  And, in fact, you've seen literature that says |
| 2:02PM | 4 | aromatase inhibitors can cause alopecia in up to 30 percent of |
| 2:02PM | 5 | the people that take them? |
| 2:02PM | 6 | A.    Yes. |
| 2:02PM | 7 | Q.    And there are reports that aromatase inhibitors, like |
| 2:03PM | 8 | Arimidex, can also result in complete alopecia? |
| 2:03PM | 9 | A.    That's wrong.  That's tamoxifen. |
| 2:03PM | 10 | Q.    Okay. |
| 2:03PM | 11 | A.    And I don't believe that case was really a true case. |
| 2:03PM | 12 | Q.    Let me see if I can ask it to you and then maybe we can |
| 2:03PM | 13 | avoid going to your deposition.  Okay? |
| 2:03PM | 14 | Have you seen reports of aromatase inhibitors |
| 2:03PM | 15 | resulting in complete alopecia?  Yes or no, please. |
| 2:03PM | 16 | A.    No. |
| 2:03PM | 17 | Q.    Okay.  Is tamoxifen an aromatase inhibitor? |
| 2:03PM | 18 | A.    No. |
| 2:03PM | 19 | Q.    Okay.  What is tamoxifen? |
| 2:03PM | 20 | A.    Tamoxifen is a -- block the estrogen receptor.  So it's |
| 2:03PM | 21 | the same type of drugs, but you use tamoxifen before menopause, |
| 2:03PM | 22 | and aromatase inhibitor after menopause. |
| 2:03PM | 23 | Q.    Okay.  Well, your study that we were just on a moment ago, |
| 2:04PM | 24 | it included reports of persistent hair loss with aromatase |
| 2:04PM | 25 | inhibitors; correct? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:04PM  1    **A.**    No.  It's never persistent.

2:04PM  2    **Q.**    Let's take a look, Doctor.

2:04PM  3    **A.**    I'm here.

2:04PM  4    **Q.**    Okay.  So, first of all, when we talk about the hair loss

2:04PM  5    discussed in your study with regard to chemotherapy

2:04PM  6    medications, in order to meet that definition, the patient

2:04PM  7    simply had to have hair loss in excess of six months; right?

2:04PM  8    **A.**    Incomplete hair regrow.

2:05PM  9    **Q.**    For six months?

2:05PM  10   **A.**    After six months.

2:05PM  11   **Q.**    After six months; correct?  Okay.

2:05PM  12          **MS. SASTRE:**  If I could have one second, please.

2:05PM  13          **THE COURT:**  Sure.

2:05PM  14   **BY MS. SASTRE:**

2:05PM  15   **Q.**    All right.  Well, we'll go back to it.  I have lots of

2:05PM  16   questions on this paper.

2:05PM  17          Your report certainly included -- or your study

2:05PM  18   certainly included reports of significant hair loss with

2:05PM  19   endocrine therapy; correct?

2:05PM  20   **A.**    Yes.

2:05PM  21   **Q.**    Okay.  Let's take a look at that column, which is the EIAC

2:06PM  22   column; right?

2:06PM  23          And that's right here; correct, Doctor?

2:06PM  24   **A.**    Yes.

2:06PM  25   **Q.**    And what you have there is 94 patients; true?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:06PM | 1 | **A.**   Yes. |
| 2:06PM | 2 | **Q.**   And you see where it says "aromatase inhibitors"; correct? |
| 2:06PM | 3 | **A.**   Yes. |
| 2:06PM | 4 | **Q.**   And you indicated that of that group of patients on the |
| 2:06PM | 5 | medications listed, all aromatase inhibitors, that there were |
| 2:06PM | 6 | 58 that had endocrine-induced alopecia; correct? |
| 2:06PM | 7 | **A.**   Yes. |
| 2:06PM | 8 | **Q.**   And that was out of -- that's 62 percent of the patients |
| 2:06PM | 9 | that took that medication; correct? |
| 2:06PM | 10 | **A.**   Yes. |
| 2:06PM | 11 | **Q.**   Now, one of the things that you mentioned earlier, you |
| 2:06PM | 12 | said to counsel on direct exam, you said when it comes to |
| 2:06PM | 13 | chemotherapy, you said you know patients lose their eyebrows |
| 2:07PM | 14 | and their eyelashes.  Do you remember that? |
| 2:07PM | 15 | **A.**   Yes. |
| 2:07PM | 16 | **Q.**   And you'd agree with me here that underneath the endocrine |
| 2:07PM | 17 | therapy column, you had eyebrow or eyelash alopecia, 26 out of |
| 2:07PM | 18 | 92 of those who had endocrine alopecia, you noted also lost |
| 2:07PM | 19 | their eyebrows and eyelashes? |
| 2:07PM | 20 | **A.**   Yes. |
| 2:07PM | 21 | **Q.**   Which is out of that group who had the endocrine-induced |
| 2:07PM | 22 | alopecia that's 28 percent of those who took endocrine therapy |
| 2:07PM | 23 | lost their eyebrows and eyelashes? |
| 2:07PM | 24 | **A.**   Yes, that's true. |
| 2:07PM | 25 | **Q.**   And I know you made a comment a few times today, you said, |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:07PM | 1 | well -- if you have hair loss with endocrine therapy, you said, |
| 2:07PM | 2 | well, it's not that bad; right? |
| 2:07PM | 3 | A.   It most commonly is Grade 1. |
| 2:07PM | 4 | Q.   Well, let's take a look at that. |
| 2:08PM | 5 | So right here you see where it says Grade 2; right? |
| 2:08PM | 6 | Do you see that, Grade 2?  Doctor, Grade 2? |
| 2:08PM | 7 | A.   I see.  I also see that it's a significant difference |
| 2:08PM | 8 | between the two. |
| 2:08PM | 9 | Q.   Hold on.  I got to ask a question.  Hold on. |
| 2:08PM | 10 | And if we go over to the column to the right, it says |
| 2:08PM | 11 | that of those patients who took endocrine therapy and had |
| 2:08PM | 12 | alopecia from the endocrine therapy, 12 out of 92, or |
| 2:08PM | 13 | 13 percent, had Grade 2; right? |
| 2:08PM | 14 | A.   Yes. |
| 2:08PM | 15 | Q.   And you showed the jury a picture of what you said was |
| 2:08PM | 16 | Grade 2 alopecia.  And I'd like to find that.  Just give me one |
| 2:08PM | 17 | second. |
| 2:09PM | 18 | MS. SASTRE:  Do you have the Grade 2 photo? |
| 2:09PM | 19 | I'm sorry.  Give me one second. |
| 2:09PM | 20 | Okay.  I have it. |
| 2:09PM | 21 | BY MS. SASTRE: |
| 2:09PM | 22 | Q.   So... |
| 2:09PM | 23 | A.   I got that from another context, and I explained this |
| 2:09PM | 24 | morning very well that the problem with this situation -- |
| 2:09PM | 25 | THE COURT:  Hold on. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:09PM | 1 | **THE WITNESS:**  I want to explain. |
| 2:09PM | 2 | **THE COURT:**  I think you need to ask a question. |
| 2:09PM | 3 | **THE WITNESS:**  Okay.  Sorry. |
| 2:09PM | 4 | BY MS. SASTRE: |
| 2:09PM | 5 | Q.   All I'm asking you, when you showed this picture to the |
| 2:09PM | 6 | jury, you said this is Grade 2 alopecia; true? |
| 2:09PM | 7 | A.   Yes. |
| 2:09PM | 8 | Q.   All right.  Thank you. |
| 2:09PM | 9 | And if we go back -- |
| 2:09PM | 10 | A.   Can I explain now? |
| 2:09PM | 11 | **THE COURT:**  Well, I think -- the question was just is |
| 2:09PM | 12 | this Grade 2 alopecia. |
| 2:09PM | 13 | BY MS. SASTRE: |
| 2:10PM | 14 | Q.   And, Doctor, if we want to know what Grade 2 is, beyond |
| 2:10PM | 15 | the picture of what you showed the jury, we can read your |
| 2:10PM | 16 | definition from your study.  And you state, "Grade 2 is hair |
| 2:10PM | 17 | loss of 50 percent or more of normal for that individual and is |
| 2:10PM | 18 | readily apparent to others.  Camouflage is necessary if the |
| 2:10PM | 19 | patient desires."  Correct? |
| 2:10PM | 20 | A.   Yes.  That's right, 50 percent or more.  So 50 percent can |
| 2:10PM | 21 | go to 90 percent.  And so that's the -- the problem of that |
| 2:10PM | 22 | grading. |
| 2:10PM | 23 | Q.   The grades in your paper? |
| 2:10PM | 24 | A.   The grading in general.  This is the grading of |
| 2:10PM | 25 | dermatological side effects.  And I explained this this |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:10PM  1    morning, that depending on the two grades, it doesn't really

2:10PM  2    give you the possibility to select it completely this way.

2:10PM  3    Q.    Just to be clear, when you say that it may be necessary

2:11PM  4    that the patients camouflage, you're talking about alopecia

2:11PM  5    Grade 2 in patients who've received endocrine therapy that it's

2:11PM  6    so severe that they do need to use things like wigs; correct?

2:11PM  7    That's what "camouflage" means.

2:11PM  8    A.    Yes.  But the definition of alopecia with endocrine

2:11PM  9    therapy required that the patient starts with hair.

2:11PM  10   Q.    Okay.

2:11PM  11   A.    That's the problem.

2:11PM  12   Q.    And when it comes to endocrine therapy, you'd agree with

2:11PM  13   me that up to 25 percent of patients with breast cancer

2:11PM  14   receiving endocrine therapy may develop endocrine

2:11PM  15   therapy-induced alopecia; true?

2:11PM  16   A.    Yes.

2:11PM  17   Q.    And that's exactly what you state in your paper, up to

2:11PM  18   25 percent; right?

2:11PM  19   A.    Yes.

2:11PM  20   Q.    Now, you talked about a couple times if a patient -- you

2:11PM  21   had your 192 patients, and you divided them up into two groups;

2:12PM  22   right?  And there's the chemotherapy group; right?  PCIA.  And

2:12PM  23   then there's the endocrine therapy group, EIAC; correct?

2:12PM  24   A.    Yes.

2:12PM  25   Q.    And in order to be within the endocrine therapy group, the

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:12PM  1  patient would have already had chemotherapy; true?

2:12PM  2  A.   Yes.

2:12PM  3  Q.   They would have lost their hair; true?

2:12PM  4  A.   Yes.

2:12PM  5  Q.   Their hair would have come back.  They would have had

2:12PM  6  complete regrowth; correct?

2:12PM  7  A.   Yes.

2:12PM  8  Q.   And then they would have started endocrine therapy and

2:12PM  9  then had the hair loss that you specifically identified and

2:12PM  10  counted in your paper.

2:12PM  11  A.   That's precise.  That's exactly what happens.

2:12PM  12  Q.   All right.  And you'd agree with me, ma'am, that in

2:12PM  13  between the time that Barbara Earnest concluded her

2:12PM  14  chemotherapy and the time just a couple months later when she

2:12PM  15  started her endocrine therapy, you don't have any evidence and

2:12PM  16  you've seen nothing in this record to indicate that she had

2:13PM  17  hair regrowth during that time; correct?

2:13PM  18  A.   She did not.  She did not grow in three months, which is

2:13PM  19  normally the time you should have almost complete regrowth.  So

2:13PM  20  she didn't regrow before starting the aromatase inhibitor.

2:13PM  21  Q.   But to be clear, I just want to make sure that we're

2:13PM  22  drawing the distinction, the patients in your study included in

2:13PM  23  the endocrine group, their hair completely regrew after chemo;

2:13PM  24  right?

2:13PM  25  A.   Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:13PM  1  **Q.**  And then they took endocrine therapy and they lost their

2:13PM  2  hair?

2:13PM  3  **A.**  Yes.  That's the only way to make this diagnosis.  If you

2:13PM  4  don't have hair, how can you get androgenetic alopecia?  You're

2:13PM  5  already without hair.

2:14PM  6  **Q.**  Okay.  Let's move on.  All right, Doctor.  Let's go back

2:14PM  7  again to your visit with Mrs. Earnest.  All right?

2:14PM  8  **A.**  Sure.

2:14PM  9  **Q.**  So I understand that you met with Mrs. Earnest in Miami;

2:14PM  10  right?

2:14PM  11  **A.**  Yes, we met last in Miami.

2:14PM  12  **Q.**  Okay.  And I just want to make sure there's no confusion

2:14PM  13  here.

2:14PM  14          You were hired by the lawyers in this case, and you

2:14PM  15  were paid to see Mrs. Earnest; true?

2:14PM  16  **A.**  University was paid.  Because I worked for university, so

2:14PM  17  there was a contract between University of Miami and the

2:14PM  18  lawyers.

2:14PM  19  **Q.**  Okay.  But you're not one of Mrs. Earnest's treating

2:14PM  20  doctors; you saw her because of this case?

2:14PM  21  **A.**  Absolutely, yes.

2:14PM  22  **Q.**  You were asked by the lawyers; is that fair?

2:14PM  23  **A.**  If that's the question, yes.  I was explaining that.

2:15PM  24  **Q.**  Okay.  And you met with her for, like, 40 minutes; right?

2:15PM  25  **A.**  Yes.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:15PM | 1 | **Q.**   Okay.  And if I understand correctly, that was in June of |
| 2:15PM | 2 | last year, so over a year ago? |
| 2:15PM | 3 | **A.**   Yes. |
| 2:15PM | 4 | **Q.**   And that was your only meeting with Mrs. Earnest; true? |
| 2:15PM | 5 | **A.**   I saw her yesterday and today here.  Okay. |
| 2:15PM | 6 | **Q.**   Okay.  But you didn't examine her? |
| 2:15PM | 7 | **A.**   I took a look just to know if she -- I asked her if she |
| 2:15PM | 8 | had any regrowth.  I didn't examine, but I asked. |
| 2:15PM | 9 | **Q.**   Well, what did you do exactly yesterday? |
| 2:15PM | 10 | **A.**   I saw her and said if she had any growth. |
| 2:15PM | 11 | **Q.**   And did you examine her scalp? |
| 2:15PM | 12 | **A.**   No, I didn't see the scalp or hair, nothing. |
| 2:15PM | 13 | **Q.**   And did Mrs. Earnest have any regrowth? |
| 2:15PM | 14 | **A.**   She said that she was the same as she was. |
| 2:15PM | 15 | **Q.**   I didn't ask you what she said. |
| 2:15PM | 16 | What did you see? |
| 2:15PM | 17 | **A.**   I didn't see.  I told you I didn't examine.  I asked her, |
| 2:16PM | 18 | I said. |
| 2:16PM | 19 | **Q.**   Okay.  Now, you never saw Mrs. Earnest, obviously, before |
| 2:16PM | 20 | he had chemotherapy treatment; true? |
| 2:16PM | 21 | **A.**   No, but I saw pictures of her. |
| 2:16PM | 22 | **Q.**   Okay.  We'll get to that in a moment. |
| 2:16PM | 23 | I'm just saying, you didn't see her? |
| 2:16PM | 24 | **A.**   No. |
| 2:16PM | 25 | **Q.**   Okay.  And you did get her medical records, though; right? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:16PM | 1 | **A.**   Yes. |
| 2:16PM | 2 | **Q.**   And did you read them? |
| 2:16PM | 3 | **A.**   All the medical records, yes. |
| 2:16PM | 4 | **Q.**   Okay.  And that's something you personally did; right? |
| 2:16PM | 5 | **A.**   Yes, I personally did. |
| 2:16PM | 6 | **Q.**   Okay.  And the medical records can inform you of the |
| 2:16PM | 7 | patient's medical history; right? |
| 2:16PM | 8 | **A.**   Yes. |
| 2:16PM | 9 | **Q.**   And that's important if you're trying make a diagnosis |
| 2:16PM | 10 | like you are in this case; true? |
| 2:16PM | 11 | **A.**   Absolutely. |
| 2:16PM | 12 | **Q.**   Okay.  And you would have, in particular, been looking for |
| 2:16PM | 13 | things that would have related to her hair; is that fair? |
| 2:16PM | 14 | **A.**   No.  I read the medical records, everything.  I read |
| 2:17PM | 15 | everything. |
| 2:17PM | 16 | **Q.**   Okay.  And I'm just saying, though, as you were reading, |
| 2:17PM | 17 | you would have been particularly focused on things that might |
| 2:17PM | 18 | impact your opinions in this case that relate to her hair; |
| 2:17PM | 19 | right? |
| 2:17PM | 20 | **A.**   Absolutely. |
| 2:17PM | 21 | **Q.**   All right.  And so you would agree with me that, if we go |
| 2:17PM | 22 | into approximately mid 2012 -- okay? |
| 2:17PM | 23 | **A.**   Uh-huh. |
| 2:17PM | 24 | **Q.**   -- so mid 2012, that there are reports made by |
| 2:17PM | 25 | Mrs. Earnest's physicians that her alopecia or hair loss was |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:17PM 1    resolving; right?

2:17PM 2    **A.**    You know, I also read that --

2:17PM 3    **Q.**    Doctor, please.  Am I correct?

2:17PM 4    **A.**    Sorry.

2:17PM 5            **THE COURT:**  You need to answer the question.

2:17PM 6            **THE WITNESS:**  Yes.  Yes.

2:17PM 7    BY MS. SASTRE:

2:17PM 8    **Q.**    And you saw that in April of 2012; correct?

2:17PM 9    **A.**    Yes.

2:17PM 10   **Q.**    You saw it again when you looked at her records from

2:17PM 11   August of 2012; correct?

2:17PM 12   **A.**    Yes.

2:17PM 13   **Q.**    And what you saw were the words written by her physicians,

2:18PM 14   "alopecia resolving," to be specific; correct?

2:18PM 15   **A.**    Yes.  Can I add something?

2:18PM 16   **Q.**    Sure.

2:18PM 17   **A.**    Yes, because I also read the deposition of this

2:18PM 18   oncologist.  And what I understood, he was saying it's

2:18PM 19   resolving because he saw the few hair that she still has and

2:18PM 20   thought those few hair were the hair that were growing.

2:18PM 21           But still resolving, kept resolving, never resolved.

2:18PM 22   **Q.**    You're telling us that her oncologist testified that they

2:18PM 23   wrote "resolving alopecia" because there were a few additional

2:18PM 24   hairs?

2:18PM 25   **A.**    Yes.  That's what he testified.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:18PM 1    **Q.**   Who said that?

2:18PM 2    **A.**   I read the deposition.

2:18PM 3    **Q.**   Which deposition?

2:18PM 4    **A.**   Of Dr. Carinder.

2:18PM 5    **Q.**   And he said there were, quote, a few additional hairs, and

2:18PM 6    that caused him to --

2:18PM 7    **A.**   He said that --

2:18PM 8    **Q.**   Hold on.

2:18PM 9         **MR. SCHANKER:**  Misstates.

2:18PM 10        **THE COURT:**  Wait.

2:18PM 11        **MR. SCHANKER:**  Misstates testimony.

2:18PM 12        **THE COURT:**  Wait.  Just --

2:18PM 13        **MR. SCHANKER:**  I'm sorry.  I thought you were asking

2:18PM 14   me --

2:18PM 15        **THE COURT:**  I think she's -- this witness can answer

2:19PM 16   the question.

2:19PM 17        **MR. SCHANKER:**  Yes.

2:19PM 18        **THE WITNESS:**  Yes.  I read the deposition of the

2:19PM 19   oncologist.  And the oncologist, in his deposition, said that

2:19PM 20   he thought it was resolving because there was some hair but

2:19PM 21   never resolved.  And he was, at a certain point, concerned

2:19PM 22   because it was too much time that had passed before the hair

2:19PM 23   grow back.

2:19PM 24   **BY MS. SASTRE:**

2:19PM 25   **Q.**   Okay.  My question was just simply -- you used the word "a

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:19PM   1    few additional hairs."

2:19PM   2            And are you telling us under oath that you read

2:19PM   3    Dr. Carinder's deposition, and he stated, "I recorded resolving

2:19PM   4    alopecia in her records because had a few additional hairs"?

2:19PM   5    A.   No, I didn't say that.  What I said --

2:19PM   6            MR. SCHANKER:  Objection.

2:19PM   7            THE WITNESS:  -- is that from -- I understood --

2:19PM   8            THE COURT:  Wait.  Wait, Dr. Tosti.  When there's an

2:20PM   9    objection, you have to let him voice it before you answer the

2:20PM   10   question.

2:20PM   11           MR. SCHANKER:  Thank you.  Just objection.  This line

2:20PM   12   of questioning has been asked and answered, Your Honor.

2:20PM   13           THE COURT:  Sustained.

2:20PM   14           MS. SASTRE:  I'll move on.  All right, Your Honor.

2:20PM   15   BY MS. SASTRE:

2:20PM   16   Q.   You saw that that entry in the records of resolving

2:20PM   17   alopecia continued into 2013 as well; correct?

2:20PM   18   A.   Yes.

2:20PM   19   Q.   All right.  And what we can agree upon -- well, let me go

2:20PM   20   back a bit.

2:20PM   21           So you said that you saw photos of Mrs. Earnest

2:20PM   22   before her chemotherapy; right?

2:20PM   23   A.   Yes.

2:20PM   24   Q.   And, of course, you saw her this one time for 40 minutes.

2:20PM   25           So you don't know what her hair looked like on any

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:20PM 1    other day, not from your firsthand, personal experience; true?

2:20PM 2    A.    True.

2:20PM 3    Q.    And, instead, what you were provided were photos; correct?

2:20PM 4    A.    From before.

2:20PM 5    Q.    Well, you were provided photos after her chemotherapy

2:20PM 6    treatment; true?

2:20PM 7    A.    I was provided photos after her chemotherapy treatment.  I

2:21PM 8    saw her after her chemotherapy treatment.  I saw the biopsy

2:21PM 9    side.

2:21PM 10   Q.    I know.  I'm just asking that you looked at photographs of

2:21PM 11   Mrs. Earnest that showed her after her chemotherapy, after she

2:21PM 12   lost her hair?

2:21PM 13   A.    Yes.

2:21PM 14   Q.    That's all.  Right?

2:21PM 15        And you looked at photos over a period of several

2:21PM 16   years; true?

2:21PM 17   A.    I didn't have photo of hair during these several years.

2:21PM 18   Q.    Let me ask you this, Doctor:  The period of time that

2:21PM 19   we're talking about, 2012 and 2013, where the records note

2:21PM 20   "resolving alopecia," do you agree with me you were not

2:22PM 21   provided with a single photo of Mrs. Earnest for those two

2:22PM 22   years; correct?

2:22PM 23   A.    I agree.  But I also think if it's resolving -- alopecia

2:22PM 24   resolves in three months; doesn't take two years.

2:22PM 25   Q.    And did you say to the lawyers that hired you, you know,

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:22PM   1   "I'm looking at these medical records.  I have an entry in 2012

2:22PM   2   a couple times and in 2013.  And it says, you know,

2:22PM   3   Mrs. Earnest's alopecia is resolving.  Can you send me all of

2:22PM   4   her photographs from 2012 and '13 so I can see what's going on

2:22PM   5   here?"

2:22PM   6           Did you make that request?

2:22PM   7   A.   Absolutely.  The problem is that she never wanted to take

2:22PM   8   a photo of herself.  That's what I -- I don't think she has a

2:22PM   9   photo of herself.

2:22PM   10  Q.   Well, Doctor, there's pictures from 2011; true?

2:22PM   11  A.   I think Barbara didn't take picture of herself.

2:22PM   12  Q.   Okay.

2:22PM   13  A.   Doesn't have any picture.  Because of the problem, she

2:22PM   14  didn't want.

2:23PM   15  Q.   Okay.  Well, let me ask you this, did you see any photos

2:23PM   16  of her from 2011?

2:23PM   17  A.   I saw the pictures before.  The Grand Canyon picture, I

2:23PM   18  show you.

2:23PM   19  Q.   So you were not provided with any photographs of

2:23PM   20  Mrs. Earnest after she lost her hair?

2:23PM   21  A.   After -- not in 2012.  Maybe I saw something just

2:23PM   22  immediately during the chemotherapy, like the chemotherapy

2:23PM   23  alopecia.  But I didn't see photos of her after -- in 2012, no.

2:23PM   24  From 2012 to 2018, when I saw her, I asked for photo, but I

2:23PM   25  didn't see any photo.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | |
|---|---|
| 2:23PM | 1 |
| 2:23PM | 2 |
| 2:23PM | 3 |
| 2:23PM | 4 |
| 2:23PM | 5 |
| 2:24PM | 6 |
| 2:24PM | 7 |
| 2:24PM | 8 |
| 2:24PM | 9 |
| 2:24PM | 10 |
| 2:24PM | 11 |
| 2:24PM | 12 |
| 2:24PM | 13 |
| 2:24PM | 14 |
| 2:24PM | 15 |
| 2:24PM | 16 |
| 2:24PM | 17 |
| 2:24PM | 18 |
| 2:24PM | 19 |
| 2:24PM | 20 |
| 2:24PM | 21 |
| 2:24PM | 22 |
| 2:24PM | 23 |
| 2:24PM | 24 |
| 2:25PM | 25 |

**Q.**   Okay.  Let me -- let's take steps.  Okay?  Let's try and go through what you just said.

**A.**   Yes.

**Q.**   Did you ask the lawyers that hired you for all the photos of Mrs. Earnest from when she lost her hair until you saw her?

          **MR. SCHANKER:**  Okay.  Asked and answered.

          **THE WITNESS:**  Yes.

          **THE COURT:**  It has been asked and answered.

**BY MS. SASTRE:**

**Q.**   And what did you receive?

**A.**   I received pictures of her before the chemotherapy.  I think -- I don't recall exactly because I thought were not important.  I received pictures of her just after the chemotherapy when she had no hair at all.  And then I didn't receive any other pictures except for the pictures of 2018.

**Q.**   Okay.  So the stack of photographs that was produced in this case, they were not provided to you by plaintiff's counsel?

          **MR. SCHANKER:**  Objection, Your Honor.

          **THE WITNESS:**  Which photographs?

          **MR. SCHANKER:**  Asked and answered.

          **THE COURT:**  Sustained.  Sustained.

              You don't need to answer that question.

**BY MS. SASTRE:**

**Q.**   Let me ask you this:  Would it surprise you to learn that

OFFICIAL TRANSCRIPT

2:25PM  1   there are photographs of Mrs. Earnest after her chemotherapy

2:25PM  2   from 2014 and 2015 and 2016 and 2017?

2:25PM  3   A.   I would be very upset to learn that, but I -- I -- that's

2:25PM  4   my answer.

2:25PM  5   Q.   Because by the time you saw Mrs. Earnest, it was seven

2:25PM  6   years after her chemotherapy had been completed; true?

2:25PM  7   A.   Yes.

2:25PM  8   Q.   And we can agree, Doctor, that was seven years after

2:25PM  9   Mrs. Earnest had lost her hair; true?

2:26PM  10  A.   Yes.

2:26PM  11  Q.   Okay.  Let's just talk about alopecia for a couple of

2:26PM  12  minutes.  All right?

2:26PM  13  A.   Yes.

2:26PM  14  Q.   Change topics.

2:26PM  15  A.   Okay.

2:26PM  16  Q.   Okay.  You'd agree with me there's multiple types of

2:26PM  17  alopecia; true?

2:26PM  18  A.   Absolutely.

2:26PM  19  Q.   And you'd agree with me that diagnosing the type of

2:26PM  20  alopecia that a patient has, it can be difficult?

2:26PM  21  A.   Absolutely.  You need to look at the -- see the patient.

2:26PM  22  You do not make diagnosis on pictures.

2:26PM  23  Q.   Okay.  And it's possible for a dermatologist to confuse

2:26PM  24  one type of alopecia for another; true?

2:26PM  25  A.   Absolutely.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:26PM | 1 | **Q.**   Now, one of the types of alopecia you spoke with counsel |
| 2:27PM | 2 | about is called androgenetic alopecia; true? |
| 2:27PM | 3 | **A.**   Yes. |
| 2:27PM | 4 | **Q.**   Okay.  And I think that's also sometimes called female |
| 2:27PM | 5 | pattern hair loss? |
| 2:27PM | 6 | **A.**   Yes. |
| 2:27PM | 7 | **Q.**   And there are a number of risk factors for it; true? |
| 2:27PM | 8 | **A.**   I didn't understand the question.  Sorry. |
| 2:27PM | 9 | **Q.**   I'm sorry.  There are a number of risk factors for |
| 2:27PM | 10 | androgenetic alopecia? |
| 2:27PM | 11 | **A.**   No. |
| 2:27PM | 12 | **Q.**   Okay.  Well, let's go through a couple things. |
| 2:27PM | 13 | Does age increase the probability for a patient to |
| 2:27PM | 14 | experience androgenetic alopecia? |
| 2:27PM | 15 | **A.**   Yes. |
| 2:27PM | 16 | **Q.**   Okay.  And does the data show that 50 percent of women may |
| 2:27PM | 17 | develop androgenetic alopecia after the age of 50? |
| 2:27PM | 18 | **A.**   Yes. |
| 2:27PM | 19 | **Q.**   Okay.  And changes in a woman's hormone level are also a |
| 2:27PM | 20 | risk factor for androgenetic alopecia? |
| 2:27PM | 21 | **A.**   Yes. |
| 2:27PM | 22 | **Q.**   Including what we talked about earlier, one of the main |
| 2:27PM | 23 | points in a woman's life where her hormone levels change is |
| 2:27PM | 24 | menopause; right? |
| 2:27PM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:28PM   1   **Q.**   Now -- sorry.  Just one second.  I'm going to show you

2:28PM   2   something.

2:28PM   3       Do you have it?  Maybe I have a copy up here.  Okay.

2:28PM   4       Well, Doctor, let me show you -- it's got a little

2:28PM   5   bit of my writing on it, but I'll try and capture the part that

2:28PM   6   doesn't -- so -- so the picture -- well, first, let's do this.

2:29PM   7       The picture on the left is Mrs. Earnest; correct?

2:29PM   8   **A.**   Yes.

2:29PM   9   **Q.**   Okay.  And I think we can agree -- and I know you talked

2:29PM  10   about this a bit, but I want to be clear.

2:29PM  11       There is more hair on the back and the sides of

2:29PM  12   Mrs. Earnest's scalp than there is on the top; true?

2:29PM  13   **A.**   True.

2:29PM  14   **Q.**   Okay.  And the -- and the picture of her here depicts

2:29PM  15   that; correct?

2:29PM  16   **A.**   The picture?

2:29PM  17   **Q.**   Yeah.  The picture of Mrs. Earnest, we can see that

     18   there's more hair in the back and on the sides; true?

2:29PM  19   **A.**   Very little more.

2:29PM  20   **Q.**   Okay.  Well -- and you see the picture on the right is of

2:30PM  21   endocrine-induced hair loss.

2:30PM  22       Are you familiar with that photo?  Have you seen it

2:30PM  23   before?

2:30PM  24   **A.**   No.

2:30PM  25   **Q.**   Okay.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:30PM   1   **A.**   Where does it come?

2:30PM   2   **Q.**   It comes from an article that was published in a journal

2:30PM   3   call *The Oncologist*?

2:30PM   4   **A.**   Okay.

2:30PM   5   **Q.**   Are you familiar with it?

2:30PM   6   **A.**   I think I heard about it, yes.

2:30PM   7   **Q.**   It's on your list probably?  Okay.

2:30PM   8   **A.**   Can I get it?

2:30PM   9   **Q.**   We have it.  It's coming right now.  I believe the author

2:30PM  10   is --

2:30PM  11          **MR. SCHANKER:**  Your Honor, this was published without

2:30PM  12   us not knowing anything about it.  We don't know what treatise

2:30PM  13   it comes from.

2:30PM  14          **THE COURT:**  She's on cross-examination.  I believe it

2:30PM  15   was --

2:30PM  16          **MR. SCHANKER:**  No, it is not from ours, Your Honor.

2:30PM  17   This is not one of ours.

2:30PM  18          **THE COURT:**  I understand.  What is this?

2:30PM  19          **MR. SCHANKER:**  This is exceedingly misleading, Your

2:30PM  20   Honor.

2:30PM  21          **THE COURT:**  All right.  Let me get you all up here.

2:30PM  22          (WHEREUPON, the following proceedings were held at

2:30PM  23   the bench.)

2:31PM  24          **THE COURT:**  What is this?

2:31PM  25          **MS. SASTRE:**  It's a picture.  I didn't say it was one

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:31PM  1   of his pictures.  It's a picture from an article just like he

2:31PM  2   used.  I represented -- it's right here.

2:31PM  3          THE COURT:  Okay.  Does she recognize the article?

2:31PM  4          MS. SASTRE:  I'm going to give it to her right now,

2:31PM  5   Judge.

2:31PM  6          THE COURT:  All right.  Well, before you show her the

2:31PM  7   picture, she needs to recognize --

2:31PM  8          MS. SASTRE:  Sure.  I understand.  Here's a copy for

2:31PM  9   counsel.

2:31PM  10         MR. SCHANKER:  Your Honor, I want to make a record

2:31PM  11  that this was intended to -- just as it misled you.  They took

2:31PM  12  what we gave them and reformatted it to look like one of ours

2:31PM  13  to try to mislead the jury, Your Honor.  And didn't inform any

2:31PM  14  of us as to what this was, and didn't even introduce the

2:31PM  15  article or let us know there was an article.

2:31PM  16         And I believe the jury needs to be instructed

2:31PM  17  that that is not one of ours.

2:31PM  18         MS. SASTRE:  Your Honor, may I respond?

2:31PM  19         THE COURT:  I thought it was one of theirs.

2:32PM  20         MS. SASTRE:  No.  I said it was from an article.  I

2:32PM  21  said it was from *The Oncologist*.  I said the author was Vishal

2:32PM  22  Saggar.

2:32PM  23         I said, "Are you familiar with it?"  She said

2:32PM  24  yes.  And I said this was a picture.  I never suggested it was

2:32PM  25  from their deck.  I mean, I'm allowed to put up a picture on

OFFICIAL TRANSCRIPT

2:32PM   1   cross-examination.

2:32PM   2           THE COURT:  You are allowed to put up a picture on

2:32PM   3   cross-examination.  I thought it was from their deck.

2:32PM   4           MS. SASTRE:  Okay.

2:32PM   5           THE COURT:  Because it is formatted exactly like

2:32PM   6   theirs, and I was --

2:32PM   7           MS. SASTRE:  I'll make it -- I'll make it clear, very

2:32PM   8   clear.

2:32PM   9           THE COURT:  I think you need to make it clear before

2:32PM  10   you put up a photograph.  She's got to identify the article and

2:32PM  11   say, yes, this is what I would consider a learned treatise, or

2:32PM  12   whatever.  She's got to go through the same thing, and then you

2:32PM  13   may show the photograph.

2:32PM  14           MS. SASTRE:  I'll do that right now.  Well -- okay.

2:32PM  15   Yes, it's from this study.  Everyone's been putting up medical

2:32PM  16   literature all day, just like putting it up, but I needed the

2:32PM  17   paper.

2:32PM  18           THE COURT:  But she has -- she recognized those other

2:32PM  19   articles, and she can say yes.

2:32PM  20           MS. SASTRE:  I'll do that right now, Judge.  And I'll

2:32PM  21   make it clear that it was not something that plaintiff's

2:32PM  22   counsel showed to her.  I'll make that crystal clear.

2:33PM  23           (WHEREUPON, the following proceedings were held in

2:33PM  24   open court.)

       25

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:33PM  1    **BY MS. SASTRE:**

2:33PM  2    **Q.**   All right.  Dr. Tosti, so I've just handed you an article

2:33PM  3    from a journal called *The Oncologist*, and it's entitled

2:33PM  4    "Alopecia with endocrine therapies in patients with cancers."

2:33PM  5    And the author is Vishal Saggar.

2:33PM  6           Did I say that correctly?

2:33PM  7    **A.**   The main author is, again, Mario Lacouture.

2:33PM  8    **Q.**   Your friend?

2:33PM  9    **A.**   Yes.

2:33PM  10   **Q.**   Okay.  Dr. Lacouture, who you spoke about several times

2:34PM  11   today; correct?

2:34PM  12   **A.**   Yes.

2:34PM  13   **Q.**   Okay.  When you say his name, it sounds nicer than when I

2:34PM  14   say it, so...

2:34PM  15          All right.  So you're familiar with this article;

2:34PM  16   correct?

2:34PM  17   **A.**   Yes.

2:34PM  18   **Q.**   This is published in the peer-reviewed literature?

2:34PM  19   **A.**   Yes.

2:34PM  20          **MS. SASTRE:**  Very good.  Your Honor, may we take a

2:34PM  21   look at the photograph inside?

2:34PM  22          **THE WITNESS:**  Yes.  I want to explain the difference.

2:34PM  23   If you can put that photograph you had before, I can explain

2:34PM  24   you the difference.

        25

ANTONELLA TOSTI - CROSS

2:34PM  1   BY MS. SASTRE:

2:34PM  2   Q.   Okay.  Sure.  I'd be happy to.  So I'm going to go back,

2:34PM  3   and I want to make this clear just before you talk about the

2:34PM  4   photograph.

2:34PM  5        So we can agree the pictures on the left are

2:34PM  6   Mrs. Earnest; true?

2:34PM  7   A.   Yes.

2:34PM  8   Q.   And then this is not a slide that you showed the jury when

2:34PM  9   you were on direct exam with Mr. Schanker; correct?  This is

2:34PM  10  something new?

2:34PM  11  A.   Yes.  This is not.

2:34PM  12  Q.   Okay.  Exactly.

2:34PM  13       Okay.  And what it is, it's a picture from the

2:35PM  14  article we just discussed with a photograph on the right of a

2:35PM  15  patient suffering from endocrine-induced hair loss; correct?

2:35PM  16  A.   Yes.

2:35PM  17  Q.   Okay.  And you would agree with me that there are

2:35PM  18  similarities between the presentation of Mrs. Earnest on the

2:35PM  19  left side and this patient on the right, both having more

2:35PM  20  growth on the sides and the lower back; correct?

2:35PM  21  A.   No.  For someone that look at alopecia, they're very

2:35PM  22  different.  Because the one on the right is the top of the

2:35PM  23  scalp.  So it's typical of androgenetic alopecia.

2:35PM  24       You can see the back is normal.  That picture, see

2:35PM  25  they're here from there.  So this is just the top of the scalp,

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:35PM 1   very typical, severe androgenetic alopecia.  But the back is

2:35PM 2   preserved.  That's the big difference.

2:35PM 3   Q.   Okay.  Let me ask you this, just while we're talking about

2:36PM 4   articles, one of the articles that counsel discussed with you

2:36PM 5   is a paper by name of Prevazas.

2:36PM 6        Did I say that correctly?

2:36PM 7   A.   Yes -- no, it's French.  I don't think it's correct, but I

2:36PM 8   know that.

2:36PM 9   Q.   Okay.  And you showed a picture from that article;

2:36PM 10  correct?

2:36PM 11  A.   Uh-huh.

2:36PM 12  Q.   All right.  And I believe you showed this picture to the

2:36PM 13  jury; correct?

2:36PM 14  A.   Yes.

2:36PM 15  Q.   Okay.  But if we turn to the page -- the next page of the

2:36PM 16  article, there's a picture of this patient; right?

2:36PM 17  A.   Yes.

2:36PM 18  Q.   And this is a patient that took Taxol; right?

2:36PM 19  A.   Yes.

2:36PM 20  Q.   Okay.  That's what Taxol can do to your hair; right?

2:36PM 21  A.   You know, that patient is a type of patchy, so I've always

2:37PM 22  been doubtful if it was really -- because they describe two

2:37PM 23  type in this paper, this type that mimics alopecia areata --

2:37PM 24  you can read in the literature.  And so this type, maybe this

2:37PM 25  patient had alopecia areata.  You know, sometimes it's

OFFICIAL TRANSCRIPT

2:37PM 1    difficult.

2:37PM 2    **Q.**    Okay.  Doctor, I'm nearing the end.  Okay?  I'm just going

2:37PM 3    to look at where I am for a moment.  And we're making good

2:37PM 4    progress, Doctor.

2:37PM 5         Okay.  There are parts of scalp which are considered

2:38PM 6    to be what's called androgen-dependent; correct?

2:38PM 7    **A.**    Yes.

2:38PM 8    **Q.**    And you talked about that on your direct exam; correct?

2:38PM 9    **A.**    Yes.

2:38PM 10   **Q.**    You would agree that, in the case of Mrs. Earnest's

2:38PM 11   alopecia, the alopecia is more severe in the areas which are,

2:38PM 12   in fact, androgen-dependent; true?

2:38PM 13   **A.**    Yes.  Yes.  That's reported with persistent alopecia after

2:38PM 14   chemotherapy.

2:38PM 15   **Q.**    And that was something that you specifically noted during

2:38PM 16   your exam of her; correct?

2:38PM 17   **A.**    Absolutely.

2:38PM 18   **Q.**    Okay.

2:38PM 19   **A.**    And I also wrote in my articles.

2:38PM 20   **Q.**    And one of the things that you'd agree with me about is

2:38PM 21   that this is one of the reasons why diagnosing hair disorders

2:38PM 22   can be so difficult, because sometimes two things can look the

2:38PM 23   same; true?

2:38PM 24   **A.**    They can look the same to someone who doesn't know the

2:38PM 25   hair disorders.  Of course, you know, for an attorney, it can

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:39PM   1   be difficult to compare pictures.  And for the jury, can be
2:39PM   2   difficult.  It depends on what you know.
2:39PM   3   Q.   Okay.  Let's change topics.  Okay?
2:39PM   4   A.   Okay.
2:39PM   5   Q.   All right.  So the specific cause of persistent permanent
2:39PM   6   alopecia following chemotherapy is unknown; true?
2:39PM   7   A.   No.
2:39PM   8   Q.   Okay.  Well, let me ask you this way:  I read an article
2:39PM   9   that you wrote in 2013 called "Female Pattern Hair Loss," and
2:40PM  10   you said "The cause is unknown for chemotherapy and persistent
2:40PM  11   alopecia."
2:40PM  12   A.   The cause, the molecule mechanism is unknown.  But that's
2:40PM  13   different than the cause, you know.  Depends on how you read
2:40PM  14   the -- if you have the article, I can read the context of the
2:40PM  15   article.
2:40PM  16   Q.   Well, I'd like to refer you to your deposition, the first
2:40PM  17   volume, please.  Page 29.  And I'm on line 10, Doctor.
2:40PM  18        "Q.  I read an article that you wrote in 2013 called
2:40PM  19        'Female Pattern Hair Loss,' and you said that the cause
2:41PM  20        of -- you said that the cause is unknown for chemotherapy
2:41PM  21        and persistent hair loss."
2:41PM  22        And your answer:
2:41PM  23        "A.  Of course are unknown because, as I said, we
2:41PM  24        don't know exactly, but that's what we think it going on."
2:41PM  25        Did I read that correctly?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:41PM   1   **A.**   You read it correctly, but I want to go to the previous

2:41PM   2   page where I probably explain what I was thinking.  So the

2:41PM   3   cause is unknown.  We don't know at cellular level what

2:41PM   4   happens.  That's different from not knowing which can cause.

2:41PM   5           Here, it's probably here.

2:41PM   6           **THE COURT:**  Okay.

2:41PM   7           **MR. SCHANKER:**  Your Honor, with the rule of

2:41PM   8   completeness.

2:41PM   9           **THE COURT:**  The rule of completeness, yes, sir.

2:41PM   10          **MR. SCHANKER:**  On that same page, I would like to

2:41PM   11  read the previous question and answer, if I may.

2:41PM   12          **THE COURT:**  Well, I'm going to let the witness read

2:41PM   13  it.

2:41PM   14          **MR. SCHANKER:**  Okay, Your Honor.  So that would be

2:41PM   15  page 29, lines --

2:41PM   16          **THE COURT:**  Well, let me see what it says first.

2:42PM   17          **MR. SCHANKER:**  Page 29, lines 4 through 9, which are

2:42PM   18  directly before the question.

2:42PM   19          **THE COURT:**  Let me read it.

2:42PM   20          I think under the rule of completeness, you can

2:42PM   21  ask the previous question and answer.  Why don't you read the

2:42PM   22  previous question.

2:42PM   23          **THE WITNESS:**  Yes.  So I read -- somebody with better

2:42PM   24  English reads.

2:42PM   25          I read?  Okay.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:42PM  1          "A.  So I look at some of the articles you wrote, and
2:42PM  2     then I also read your report.  And your report, with
2:42PM  3     regard to the causative role of chemotherapy and
2:42PM  4     persistent alopecia, you wrote that precise anatomical
2:42PM  5     process is not known."
2:42PM  6          Yes, that's what I said.
2:42PM  7     **THE COURT:**  Okay.  Now, proceed.
2:43PM  8     **MS. SASTRE:**  Thank you, Your Honor.
2:43PM  9  **BY MS. SASTRE:**
2:43PM  10  **Q.**   So with that in mind, the answer you just read, there is
2:43PM  11  something in medicine called a mechanism of action; right?
2:43PM  12  **A.**   Yes.
2:43PM  13  **Q.**   And you know what that means; right, Doctor?
2:43PM  14  **A.**   Yes, I do.
2:43PM  15  **Q.**   Okay.  And you believe the mechanism of action for
2:43PM  16  chemotherapy-induced alopecia is the stem cells are likely
2:43PM  17  damaged by chemotherapy; true?
2:43PM  18  **A.**   Yes.
2:43PM  19  **Q.**   And you believe this mechanism of action is not just
2:43PM  20  likely, you believe that it's very likely to cause damage to
2:43PM  21  the stem cells; true?
2:43PM  22  **A.**   Everybody believes that.
2:43PM  23  **Q.**   Okay.  Very good.
2:43PM  24          Now, you talked about a biopsy that had been taken of
2:43PM  25  Mrs. Earnest; true?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:44PM 1   **A.**   She had two biopsies.

2:44PM 2   **Q.**   Okay.  And the biopsy was taken -- is it your

2:44PM 3   understanding it was taken here in New Orleans?

2:44PM 4   **A.**   Yes.

2:44PM 5   **Q.**   And then it was flown out of New Orleans; right?

2:44PM 6   **A.**   Yes.

2:44PM 7   **Q.**   Where was it sent?

2:44PM 8   **A.**   To Dr. Curtis Thompson.

2:44PM 9   **Q.**   Why is Dr. Thompson?

2:44PM 10  **A.**   Portland, Oregon.

2:44PM 11  **Q.**   So the biopsy, for some reason, it's taken here in New

2:44PM 12  Orleans.  I mean, there's pathologists right here; right?

2:44PM 13  **A.**   No.  There are very few hair pathologists here in United

2:44PM 14  States.  I'd say no more than 10.

2:44PM 15  **Q.**   Okay.  But my question is there's lots of pathologists

2:44PM 16  right here in New Orleans; true?

2:44PM 17  **A.**   None -- nobody known for hair, no.

2:44PM 18  **Q.**   Okay.  So there's no one in all of New Orleans --

2:44PM 19  **A.**   You know, that's --

2:44PM 20  **Q.**   -- that could take a biopsy?

2:44PM 21  **A.**   Could read a hair biopsy?  No.

2:44PM 22  **Q.**   No one in New Orleans knows anything about hair?

2:44PM 23  **A.**   You want me to answer -- there are very good

2:45PM 24  dermatologists.  They know.  But pathologists, there are maybe

2:45PM 25  ten pathologists in the U.S. who want to read hair.  They don't

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:45PM   1    even want to deal.

2:45PM   2    Q.   So the biopsies go from New Orleans to Oregon; right?

2:45PM   3    A.   Yes.

2:45PM   4    Q.   And they go to someone that you know, Dr. Curtis Thompson;

2:45PM   5    correct?

2:45PM   6    A.   Yes.

2:45PM   7    Q.   And he's someone that you suggested become involved in

2:45PM   8    this litigation; true?

2:45PM   9    A.   Yes.

2:45PM  10    Q.   Okay.  He's a friend of yours?

2:45PM  11    A.   He's a person I know, but I suggested other pathologists

2:45PM  12    to be involved.  It's not the only one I suggested.  I

2:45PM  13    suggested all the maybe eight hair pathologists that are good

2:45PM  14    in U.S.

2:45PM  15    Q.   And you know that the biopsy or biopsies for

2:45PM  16    Mrs. Earnest's scalp, when they were flown from New Orleans all

2:45PM  17    the way out to Oregon, when they got to Dr. Thompson, he

2:46PM  18    studied for stem cells?

2:46PM  19    A.   He tested for keratin 15.  I explained this morning.

2:46PM  20    Q.   Doctor, you understand that there was a scalp biopsy from

2:46PM  21    Mrs. Earnest that was sent to Dr. Thompson in Oregon, and that

2:46PM  22    he was looking for stem cell markers; true?

2:46PM  23    A.   Yes.

2:46PM  24    Q.   Okay.  And, in fact, you arranged with the plaintiff's

2:46PM  25    lawyers in this case to have Mrs. Earnest's scalp biopsies

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

1  tested for stem cells?

2          MR. SCHANKER:  Objection, Your Honor.  That

3  misstates --

4          THE COURT:  She's under cross-examination.  I'm going

5  to allow it.

6              Overruled.

7          THE WITNESS:  No, I didn't arrange.

8  BY MS. SASTRE:

9  Q.   Okay.  Okay.  I'm going to get an exhibit to your

10  deposition.

11         MR. SCHANKER:  Your Honor, can we approach, please?

12         THE COURT:  Yes, you may.

13         (WHEREUPON, the following proceedings were held at

14  the bench.)

15         MS. SASTRE:  I'm just going to use this side.  That's

16  it.

17         MR. SCHANKER:  Your Honor, we did not have that

18  clarification before.  And as you know, if we look at the other

19  side, it's in direct violation of your MIL concerning

20  communications between the law firm and the doctor concerning

21  stem cells.

22         MS. SASTRE:  No, no, no.  The only -- I'm sorry.  Go

23  ahead.  My understanding was the only ruling on the stem cells

24  was that we can't call it a failed study.

25         THE COURT:  We can't call it a failed study, and we

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:48PM | 1 | can't talk about other people -- |
| 2:48PM | 2 | MS. SASTRE:  Oh, for sure.  For sure. |
| 2:48PM | 3 | THE COURT:  What is the problem? |
| 2:48PM | 4 | MR. SCHANKER:  So this e-mail, it says that they have |
| 2:48PM | 5 | resources and access to many people who have the problem.  And |
| 2:49PM | 6 | I think that that goes to what you're talking about, Your |
| 2:49PM | 7 | Honor, and they shouldn't be allowed -- |
| 2:49PM | 8 | MS. SASTRE:  Can I just read a sentence from it, |
| 2:49PM | 9 | maybe -- |
| 2:49PM | 10 | THE COURT:  Why don't you -- |
| 2:49PM | 11 | MS. SASTRE:  Can I do that?  I won't publish it. |
| 2:49PM | 12 | I'll just read a sentence. |
| 2:49PM | 13 | THE COURT:  Refresh her memory, ask if it begins, and |
| 2:49PM | 14 | then read -- I'm afraid if she starts, "Oh, let me tell you..." |
| 2:49PM | 15 | MR. SCHANKER:  Your Honor, Anne Andrews is the |
| 2:49PM | 16 | lawyer -- is one of the attorneys, and that's -- she knows who |
| 2:49PM | 17 | Anne is -- |
| 2:49PM | 18 | THE COURT:  But these people don't -- |
| 2:49PM | 19 | MS. SASTRE:  Your Honor, all I'm going to do is |
| 2:49PM | 20 | read -- |
| 2:49PM | 21 | THE COURT:  I think she can -- I think it's |
| 2:49PM | 22 | absolutely appropriate for the defendants to explore this line |
| 2:49PM | 23 | of inquiry.  I think that's fine. |
| 2:49PM | 24 | I do have concerns about "many patients" and |
| 2:49PM | 25 | that sort of thing.  So I think you can -- why don't you give |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:49PM | 1 | it to her and see if it refreshes her memory, and, did you say |
| 2:49PM | 2 | that? |
| 2:49PM | 3 | MR. SCHANKER:  Which line are you thinking? |
| 2:49PM | 4 | THE COURT:  It may be that -- I don't want to open a |
| 2:49PM | 5 | can of worms. |
| 2:49PM | 6 | MS. SASTRE:  Me either.  So, Judge, I was just going |
| 2:49PM | 7 | to ask, "We're going to take scalp" -- I'll say "scalp biopsies |
| 2:50PM | 8 | for pathology and stem cells markers, and we need a good lab |
| 2:50PM | 9 | for processing."  Is that okay? |
| 2:50PM | 10 | THE COURT:  What's the problem? |
| 2:50PM | 11 | MR. SCHANKER:  The problem is that the entire purpose |
| 2:50PM | 12 | of this, which I would need to elicit, is that the reason, and |
| 2:50PM | 13 | what she would explain is that Curtis Thompson was interested |
| 2:50PM | 14 | in this because he wanted hundreds of women to do a scientific |
| 2:50PM | 15 | study.  So if they're allowed -- |
| 2:50PM | 16 | THE COURT:  Listen, Mr. Schanker. |
| 2:50PM | 17 | MR. SCHANKER:  Yes. |
| 2:50PM | 18 | THE COURT:  This defendant is allowed to ask this |
| 2:50PM | 19 | witness whether or not she lined up the stem cells, and I think |
| 2:50PM | 20 | that's what I'm hearing. |
| 2:50PM | 21 | MR. SCHANKER:  Okay.  And if it opens the door how |
| 2:50PM | 22 | many women, because it's only natural -- |
| 2:50PM | 23 | THE COURT:  Well, it's not going to open the door. |
| 2:50PM | 24 | MR. SCHANKER:  Okay.  Well, Your Honor -- |
| 2:50PM | 25 | THE COURT:  And I've already instructed this witness, |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:50PM | 1 | and you're going to have to carefully fashion your question. |
| 2:50PM | 2 | MS. SASTRE:  Okay. |
| 2:50PM | 3 | THE COURT:  Because I -- I have already cautioned |
| 2:50PM | 4 | Dr. Tosti. |
| 2:51PM | 5 | MR. SCHANKER:  Can I make a record on this?  Maybe I |
| 2:51PM | 6 | haven't been clear. |
| 2:51PM | 7 | THE COURT:  What's the problem? |
| 2:51PM | 8 | MR. SCHANKER:  My problem is, I read this entire stem |
| 2:51PM | 9 | cell, and the reason they were interested in it is because |
| 2:51PM | 10 | Dr. Thompson's going to explain that he wanted to do this on |
| 2:51PM | 11 | hundreds of women as a study. |
| 2:51PM | 12 | THE COURT:  Listen, I'm sorry if you don't want to |
| 2:51PM | 13 | hear this, but Dr. Thompson -- I understand that.  But, you |
| 2:51PM | 14 | know, there were pathology labs -- I mean pathology slides |
| 2:51PM | 15 | taken of Ms. Earnest, and they were sent to Dr. Thompson, and |
| 2:51PM | 16 | he read it, then he sent this to Dr. Tosti.  This is an |
| 2:51PM | 17 | appropriate line of inquiry, and I'm going to allow it. |
| 2:51PM | 18 | MS. SASTRE:  Does it make sense to just -- I don't |
| 2:51PM | 19 | know if you just want to let her know I'm going to be very |
| 2:51PM | 20 | specific.  She shouldn't just start talking about the whole |
| 2:51PM | 21 | document. |
| 2:51PM | 22 | THE COURT:  Dr. Tosti? |
| 2:51PM | 23 | THE WITNESS:  Yes. |
| 2:51PM | 24 | THE COURT:  Just be careful when you answer this |
| 2:51PM | 25 | question now, only answer the question. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:52PM   1          (WHEREUPON, the following proceedings were held in

2:52PM   2   open court.)

2:52PM   3          **MS. SASTRE:**  May I approach?

2:52PM   4          **THE COURT:**  Please proceed.

2:52PM   5   BY MS. SASTRE:

2:52PM   6   Q.   I'm going to hand you what was marked as an exhibit to

2:52PM   7   your deposition, and I'm just going to ask you just one

2:52PM   8   specific question.  Okay.

2:52PM   9          So first just to sort of back up for a moment, this

2:52PM   10  is an e-mail that you wrote; correct?

2:52PM   11  A.   Yes.

2:52PM   12  Q.   And it went to, you said, your sort of professional

2:52PM   13  acquaintance and colleague, the dermatopathologist out in

2:52PM   14  Oregon, Dr. Curtis Thompson?

2:52PM   15  A.   Yes.

2:52PM   16  Q.   Okay.  And I just want to ask you, here you write to

2:52PM   17  Dr. Thompson, it's March 27, 2018; true?

2:53PM   18  A.   Yes.

2:53PM   19  Q.   All right.  And what you indicate here is that you say,

2:53PM   20  "We are going to take scalp biopsies for pathology and stem

2:53PM   21  cell markers and we need a good lab."  Fair?

2:53PM   22  A.   What's the question?

2:53PM   23  Q.   Did I fairly read that sentence from the e-mail?

2:53PM   24  A.   It's the beginning of the sentence.  I want to --

2:53PM   25          **THE COURT:**  That's fine.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:53PM  1          THE WITNESS:  I want to read the whole sentence.

2:53PM  2          THE COURT:  No, I think that's fine.

2:53PM  3          THE WITNESS:  That's fine.

2:53PM  4          THE COURT:  Yes, ma'am.

2:53PM  5          THE WITNESS:  Yes.

2:53PM  6   BY MS. SASTRE:

2:53PM  7   Q.   All right.  Thank you.

2:53PM  8          So -- now, this is March 2018.  We just established

2:53PM  9   that; right?

2:53PM  10  A.   Yes.

2:53PM  11  Q.   And your report is like six months later, November of

2:53PM  12  2018?

2:53PM  13  A.   Yes.

2:53PM  14  Q.   So at the time you're writing your report in this case,

2:53PM  15  you know that these biopsies from Mrs. Earnest's scalp are

2:54PM  16  being flown in New Orleans to Oregon; your colleague,

2:54PM  17  Dr. Curtis Thompson, is going to look at them, and you know

2:54PM  18  that six months before you write your report; true?

2:54PM  19  A.   Yes.

2:54PM  20  Q.   Okay.  And you also knew what were the results of the stem

2:54PM  21  cell markers from these biopsies months before you wrote your

2:54PM  22  report; true?

2:54PM  23  A.   Yes.

2:54PM  24  Q.   All right.  And Dr. Thompson certainly knew as well,

2:54PM  25  because he was the one that did the test; right?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

| | | |
|---|---|---|
| 2:54PM | 1 | **A.**   Yes. |
| 2:54PM | 2 | **Q.**   Okay.  And you'd agree with me that Dr. Thompson -- well, |
| 2:54PM | 3 | you'd agree with me that you did not make reference or mention |
| 2:54PM | 4 | of the stem cell markers study done on Mrs. Earnest's scalp |
| 2:55PM | 5 | anywhere in your report; true? |
| 2:55PM | 6 | **A.**   True, because I don't think it's important.  Not at all. |
| 2:55PM | 7 | **Q.**   Well, putting aside how you feel about it, it was you and |
| 2:55PM | 8 | Dr. Thompson that arranged to have it done; true? |
| 2:55PM | 9 | **A.**   No. |
| 2:55PM | 10 | **Q.**   Didn't I just read that a second ago?  You said "We are |
| 2:55PM | 11 | going to take biopsies and send pathology and we are going to |
| 2:55PM | 12 | look at stem cell markers." |
| 2:55PM | 13 | You sent that e-mail to Dr. Thompson; true? |
| 2:55PM | 14 | **A.**   In that e-mail I asked him to his lab -- |
| 2:55PM | 15 | **Q.**   No, no, ma'am -- |
| 2:55PM | 16 | **THE COURT:**  Wait. |
| 2:55PM | 17 | **BY MS. SASTRE:** |
| 2:55PM | 18 | **Q.**   My question is just you sent that e-mail to Dr. Thompson; |
| 2:55PM | 19 | true? |
| 2:55PM | 20 | **MR. SCHANKER:**  Your Honor, she can answer the |
| 2:55PM | 21 | question. |
| 2:55PM | 22 | **THE COURT:**  We're going to be very careful about how |
| 2:55PM | 23 | this inquiry is fashioned. |
| 2:55PM | 24 | Overruled.  But -- |
| 2:55PM | 25 | **MS. SASTRE:**  I'll move on.  I'll move on.  Okay. |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:55PM 1  **BY MS. SASTRE:**

2:56PM 2  **Q.**   And what you also knew before issuing your report was that

2:56PM 3  the biopsies from Mrs. Earnest's scalp, which was looking for

2:56PM 4  stem cell markers by Dr. Curtis Thompson in Oregon, you knew

2:56PM 5  the results were positive for stem cells; right?

2:56PM 6  **A.**   Positive for epithelial stem cells, and this is not the

2:56PM 7  diagnostic path.  It didn't include it in the report.

2:56PM 8  **Q.**   Doctor, my question is just that you knew the results --

2:56PM 9  **A.**   Yes.

2:56PM 10  **Q.**   -- of the stem cell markers on Mrs. Earnest's biopsies was

2:56PM 11  positive for stem cells; true?

2:56PM 12  **A.**   Positive for keratin 15, yes.

2:56PM 13  **Q.**   Positive for stem cells; true?

2:56PM 14          **MR. SCHANKER:**  Asked and answered, Your Honor.

2:56PM 15  **BY MS. SASTRE:**

2:56PM 16  **Q.**   Yes or no, if you know.

2:56PM 17          **MR. SCHANKER:**  Asked and answered.

2:56PM 18          **THE COURT:**  Overruled.

2:56PM 19              Was that a yes-or-no answer?

2:56PM 20          **THE WITNESS:**  Yes.

2:57PM 21          **THE COURT:**  Thank you.

2:57PM 22  **BY MS. SASTRE:**

2:57PM 23  **Q.**   And you know that Dr. Thompson didn't mention the results

2:57PM 24  in his report either; right?

2:57PM 25  **A.**   Yes.

OFFICIAL TRANSCRIPT

2:57PM  1   **Q.**   Let's change topics, and this is last topic I have for

2:57PM  2   you, Doctor.  When a patient comes to see you -- we're talking

2:57PM  3   about hair loss, okay, for persistent hair loss, you often

2:57PM  4   recommend treatment for them; true?

2:57PM  5   **A.**   If the patients come to see me, usually comes for

2:57PM  6   treatment, yes.

2:57PM  7   **Q.**   Okay.  And we can agree that there is good news that, in

2:57PM  8   fact, your article states, the one we were just looking at,

2:58PM  9   that there are treatment options for patients with permanent

2:58PM  10  chemotherapy-induced alopecia; true?

2:58PM  11  **A.**   I believe there are treatment options for mild Grade 1.

2:58PM  12  But in Grade 2, I don't believe.

2:58PM  13  **Q.**   Okay.  You've stated moderate to significant improvement

2:58PM  14  was observed in 36 out of 54 patients with permanent

2:58PM  15  chemotherapy-induced alopecia?

2:58PM  16  **A.**   The one with not severe alopecia.

2:58PM  17  **Q.**   Okay.  And that would be 67 percent of the patients; true?

2:58PM  18  **A.**   67 percent of probably the one with not severe alopecia.

2:58PM  19  It's not stated that -- it's not -- but that's my experience.

2:58PM  20  **Q.**   And that's something you note in your report, correct,

2:58PM  21  that patients do experience improvement with treatment even

2:59PM  22  after permanent chemotherapy-induced alopecia?  Correct?

2:59PM  23  **A.**   Yes.

2:59PM  24  **Q.**   So we've used the word -- I mean, we've been using this

2:59PM  25  word "permanent," but in order to meet that definition, it just

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

2:59PM 1    means you have hair loss in excess of six months; right?

2:59PM 2    That's how you use that word; true?

2:59PM 3    A.   Everybody use that word.

2:59PM 4    Q.   Everybody.

2:59PM 5         And even though we use the word "permanent" when it

2:59PM 6    comes to chemotherapy-induced alopecia, you've seen, with your

2:59PM 7    eyes, improvement with treatment; true?

2:59PM 8    A.   But this improvement doesn't allow to remove the wig.

2:59PM 9    It's a very minimal improvement.

2:59PM 10   Q.   Is the answer to my question "yes"?

2:59PM 11   A.   Minimal improvement, yes.  Not severe.

2:59PM 12   Q.   Well, you usually recommend patients try something called

2:59PM 13   Rogaine; true?

2:59PM 14   A.   I do in some cases, not every, every time.

3:00PM 15   Q.   But as far as you know, you don't -- Mrs. Earnest hasn't

3:00PM 16   tried that, as far as you know; is that fair?

3:00PM 17   A.   Yes.

3:00PM 18   Q.   Okay.  And I think that you also prescribe your patients

3:00PM 19   something called minoxidil.

3:00PM 20   A.   It's the same as Rogaine.

3:00PM 21   Q.   Same thing.

3:00PM 22        All right.  And then there's something else I believe

3:00PM 23   you use called spironolactone?

3:00PM 24   A.   Spironolactone.  I don't use because I don't think it's

3:00PM 25   completely safe in breast cancer.  And also our paper says that

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - CROSS

3:00PM 1   with caution.

3:00PM 2   **Q.**   So that's something that you don't use?

3:00PM 3   **A.**   I don't use because it's something that act on hormones,

3:00PM 4   and so if --

3:00PM 5   **Q.**   All right.  Well, Doctor, we can agree that we can't say

3:00PM 6   if Mrs. Earnest could have hair regrowth, some hair regrowth,

3:01PM 7   if she hasn't tried any treatment; is that fair?

3:01PM 8   **A.**   I agree.

3:01PM 9   **Q.**   Okay.  All right, Doctor.  Thank you.

3:01PM 10          **MS. SASTRE:**  I have no further questions.

3:01PM 11          **THE WITNESS:**  Thank you very much.

3:01PM 12          **THE COURT:**  It might be a good time for our afternoon

3:01PM 13   break.  Court will be at recess for 15 minutes.

3:01PM 14          **THE DEPUTY CLERK:**  All rise.

3:01PM 15          (WHEREUPON, the jury exited the courtroom.)

3:22PM 16          **THE DEPUTY CLERK:**  All rise.

3:23PM 17          **MS. SASTRE:**  Your Honor, before we bring the jury in,

3:23PM 18   could I raise one issue?  Maybe we could approach.

3:23PM 19          **THE COURT:**  Sure.

3:23PM 20          (WHEREUPON, the following proceedings were held at

3:23PM 21   the bench.)

3:23PM 22          **MS. SASTRE:**  So on direct exam, we had a discussion

3:23PM 23   about giving Mr. Schanker some leeway on leading, and I

3:23PM 24   understood that.  I had no issue with that.  I do have

3:23PM 25   different feelings on the redirect.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 3:23PM | 1 | **THE COURT:**  Okay.  This was where the issue was with |
| 3:23PM | 2 | leading.  There are occasions where she said something, and I'm |
| 3:23PM | 3 | having to look.  So if he says -- I agree, you should not lead. |
| 3:24PM | 4 | We can play that by ear.  I agree. |
| 3:24PM | 5 | **MS. SASTRE:**  Sure. |
| 3:24PM | 6 | **THE COURT:**  But if she says "effluvium," and nobody |
| 3:24PM | 7 | can understand it, and you said, "So your opinion is |
| 3:24PM | 8 | tel-whatever effluvium." |
| 3:24PM | 9 | **MR. SCHANKER:**  Sure.  I'll do my best, Your Honor. |
| 3:24PM | 10 | **THE COURT:**  Okay.  So that they -- I don't want them |
| 3:24PM | 11 | not to be able to understand, and that was my only issue. |
| 3:24PM | 12 | **MS. SASTRE:**  I understand. |
| 3:24PM | 13 | **THE COURT:**  I don't think you should lead on the |
| 3:24PM | 14 | question, but if at the conclusion, it's pretty apparent nobody |
| 3:24PM | 15 | has understood her, and maybe I can even help with that just |
| 3:24PM | 16 | for the -- |
| 3:24PM | 17 | **MS. SASTRE:**  Yep, I got it. |
| 3:24PM | 18 | **THE COURT:**  That was my primary concern. |
| 3:24PM | 19 | **MS. SASTRE:**  I know that, Judge.  I wanted to, in |
| 3:24PM | 20 | fairness, be heard. |
| 3:24PM | 21 | **THE COURT:**  Sure. |
| 3:24PM | 22 | **MS. SASTRE:**  And the second thing is, just so we |
| 3:24PM | 23 | don't have to waste the jurors' time, I'll just say it, I see |
| 3:24PM | 24 | you guys highlighting a bunch of her deposition testimony, and |
| 3:24PM | 25 | I just wanted to say before we have a bunch of lengthy bench |

3:25PM  1    conferences that it wouldn't be appropriate just to have her

3:25PM  2    read from her deposition.

3:25PM  3              THE COURT:  No.

3:25PM  4              MS. SASTRE:  Okay.  So I don't know what that's for.

3:25PM  5              THE COURT:  What I will tell you, and you made the

3:25PM  6    objection for completeness at the time, which is appropriate.

3:25PM  7    You can also if, when she asked you this question, why don't we

3:25PM  8    go back and if there's something else that clears it up.

3:25PM  9              MR. SCHANKER:  Understood.

3:25PM 10              THE COURT:  But I just have to see what it is because

3:25PM 11    if there was -- and I don't know -- I didn't read her

3:25PM 12    deposition.  So maybe you can tell me ahead of time where we're

3:25PM 13    going.

3:25PM 14              MR. SCHANKER:  Early on, Ms. Sastre, maybe in the

3:25PM 15    first line of questioning, where you asked her -- you asked the

3:25PM 16    witness about her -- that she could not say what caused --

3:25PM 17    which of the drugs caused the permanent hair loss, and there's

3:25PM 18    a section in the deposition that she makes clear that it's not

3:26PM 19    about what causes the hair to fall out, it's about what causes

3:26PM 20    it to come back.  That's it.

3:26PM 21              MS. SASTRE:  Your Honor, whether it's on direct or

3:26PM 22    redirect, it's highly improper for him to go back to, "Didn't

3:26PM 23    you say in your deposition."  He made rule of completeness

3:26PM 24    objections, and I didn't even pay attention.  I didn't say a

3:26PM 25    single thing about them.  Whatever he wanted to read or the

OFFICIAL TRANSCRIPT

3:26PM   1   Court wanted to read, I had no issue with that.  But this is a

3:26PM   2   continuation of a direct exam, and to say "You testified in

3:26PM   3   your deposition as follows," that is highly irregular.

3:26PM   4           **THE COURT:**  You're going to have to give me --

3:26PM   5           **MR. SCHANKER:**  I'll give you the chapter and verse

3:26PM   6   citation.

3:26PM   7           **THE COURT:**  Let me see what it is.  Because if there

3:26PM   8   was a portion --

3:26PM   9           **MS. SASTRE:**  And all I'm saying is that there was a

3:26PM  10   portion.  He made rule of completeness objections.  I did

3:26PM  11   not -- I had no issue.  There was a time and place to read

3:27PM  12   them, and redirect is not the time or the place, Your Honor.

3:27PM  13           **MR. SCHANKER:**  Do you want me to clarify?  This was

3:27PM  14   not one that was subject to the rule of completeness.  Her

3:27PM  15   Honor did not -- here is the question.  And it starts here on

3:27PM  16   line 24.

3:27PM  17           **THE COURT:**  I think that's what she said.

3:27PM  18           **MR. SCHANKER:**  Your Honor, may I show you?

3:27PM  19           **THE COURT:**  "You did attribute the hair loss to this

3:27PM  20   specific chemotherapy drug?"

3:27PM  21           **MR. SCHANKER:**  May I show you --

3:27PM  22           **THE COURT:**  "I cannot say which drug is causing the

3:27PM  23   hair loss, of course.  You can never make those decisions from

3:27PM  24   any type of drug induced-hair loss even for telogen effluvium.

3:27PM  25           **MR. SCHANKER:**  So later on in her deposition, she

OFFICIAL TRANSCRIPT

3:27PM 1  clarifies.  It's directly on point.

3:28PM 2          MS. SASTRE:  Your Honor, if he wants to clarify her

3:28PM 3  testimony on this issue, you told counsel, he can ask it.  It

3:28PM 4  would be very improper for him to go back to that deposition

3:28PM 5  and read almost an entire page of it and say, "Didn't you

3:28PM 6  testify as follows."  He just needs to ask the question, and he

3:28PM 7  can get a clarification from her.  That's proper redirect, not

3:28PM 8  going back to the depo and reading from it.

3:28PM 9          THE COURT:  You all are just going to have to settle

3:28PM 10 down.

3:28PM 11         MS. SASTRE:  That's you.

3:28PM 12         THE COURT:  I just want to look at the rule of

3:28PM 13 completeness because I think you do it at the time or you can

3:28PM 14 do it --

3:28PM 15         MR. SCHANKER:  Correct.

3:28PM 16         THE COURT:  -- but I want to get my hands on it.

3:28PM 17         MR. SCHANKER:  106.

3:29PM 18         THE COURT:  All right.  This is what it says:

3:29PM 19         "If a party introduces all or part of a writing

3:29PM 20 or a recorded statement, an adverse party may require the

3:29PM 21 introduction at that time of any other part or any other

3:29PM 22 writing or recorded statement that, in fairness, ought to be

3:29PM 23 considered at the same time."

3:29PM 24         This is what I think.  I always thought that you

3:29PM 25 could do it either.

OFFICIAL TRANSCRIPT

3:29PM 1        **MR. SCHANKER:**  I don't think that precludes us from

3:29PM 2  doing it at another time.  It's to clarify.

3:29PM 3        **THE COURT:**  I think you can clarify, but I'm not

3:29PM 4  going to have you read a whole page of her deposition.

3:30PM 5        **MR. SCHANKER:**  I wasn't planning on reading the whole

3:30PM 6  page.

3:30PM 7        **THE COURT:**  All right.  Well, tell me where we're

3:30PM 8  going.

3:30PM 9        **MR. SCHANKER:**  It was simply right here to her

3:30PM 10  explanation there.

3:30PM 11        **THE COURT:**  This is what I think you ought do.  I'm

3:30PM 12  going to let her say this.

3:30PM 13        **MS. SASTRE:**  So all I would say, Judge, is I think he

3:30PM 14  can just ask the question, and she can answer, but not go back

3:30PM 15  to the deposition.

3:30PM 16        **THE COURT:**  This is what I think she can do.  This is

3:30PM 17  what I'm going to allow him to do, to ask the question, she can

3:31PM 18  explain it.  And I think you can direct her to page 482 without

3:31PM 19  getting her to read it, "Is that what you testified to

3:31PM 20  previously in your deposition?"  Unless she says something

3:31PM 21  different.

3:31PM 22        **MR. SCHANKER:**  Just so --

3:31PM 23        **THE COURT:**  Because I think at least with -- would

3:31PM 24  she said it.

3:31PM 25        **MS. SASTRE:**  Right.  But we all agree -- all I'm

OFFICIAL TRANSCRIPT

3:31PM   1   saying, Judge, is you looked at the rule.  You got to do it at

3:31PM   2   the time.  I didn't object to anything he wanted to -- hold

3:31PM   3   on -- I didn't object to anything he wanted to do on the rule.

3:31PM   4             That time has passed.  He is on a direct exam.

3:31PM   5   You can ask whatever questions you want.  She's got to answer

3:31PM   6   them.  He can't just put the deposition in front of her and

3:31PM   7   say, "Can you read it?"

3:31PM   8             THE COURT:  Oh, I'm not going to let him do that.

3:31PM   9             MS. SASTRE:  Okay.  That's what I thought you just

3:31PM  10   said, Judge.

3:31PM  11             THE COURT:  I think what he can say is, "Is that what

3:31PM  12   you said in your deposition?"

3:31PM  13             MS. SASTRE:  But he can't put it in front of her and

3:31PM  14   say, "Go to page53 --"

3:31PM  15             THE COURT:  No, no.  I think he can say -- you know,

3:31PM  16   ask the question.  If she gets confused, you can refresh her

3:32PM  17   memory.  And then you can ask her.  My guess is I think this

3:32PM  18   lady knows exactly what she's talking about.

3:32PM  19             MR. SCHANKER:  She will.

3:32PM  20             THE COURT:  But I think, "Did you say that?  Is that

3:32PM  21   what you testified to in your deposition?" is sufficient.

3:32PM  22             MR. SCHANKER:  That's what I'm doing.

3:32PM  23             (WHEREUPON, the following proceedings were held in

3:32PM  24   open court.)

3:32PM  25             THE DEPUTY CLERK:  All rise.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 3:32PM | 1 | (WHEREUPON, the jury entered the courtroom.) |
| 3:33PM | 2 | **THE COURT:**  All jurors are present.  Court's back in |
| 3:33PM | 3 | session.  You may be seated. |
| 3:33PM | 4 | Mr. Schanker, redirect. |
| 3:33PM | 5 | Wait.  Dr. Tosti, I'll remind you, you're under |
| 3:33PM | 6 | oath. |
| 3:33PM | 7 | Please proceed. |
| 3:33PM | 8 | **REDIRECT EXAMINATION** |
| 3:33PM | 9 | **BY MR. SCHANKER:** |
| 3:33PM | 10 | **Q.**  So, Dr. Tosti, just a few topics I want to cover based on |
| 3:33PM | 11 | questions you were asked by defense counsel.  Okay? |
| 3:33PM | 12 | **A.**  Okay. |
| 3:33PM | 13 | **Q.**  You were asked about Rogaine began or other hair-growth |
| 3:33PM | 14 | treatments. |
| 3:33PM | 15 | Based on your clinical experience, do you believe |
| 3:33PM | 16 | that, if Ms. Earnest used Rogaine, she would get a full head of |
| 3:33PM | 17 | hair back? |
| 3:33PM | 18 | **A.**  No, absolutely not.  She could have improved at minimum, |
| 3:33PM | 19 | not to remove the wig or the turban. |
| 3:33PM | 20 | **Q.**  I'm sorry.  What was that? |
| 3:33PM | 21 | **A.**  Not to be happy to go out without covering her head. |
| 3:33PM | 22 | **Q.**  Okay.  Just so I'm clear, would you expect regrowth such |
| 3:33PM | 23 | that she would not have to cover her head? |
| 3:34PM | 24 | **A.**  No, I would not expect that. |
| 3:34PM | 25 | **Q.**  What would you expect, just so the jury understands? |

1110

ANTONELLA TOSTI - REDIRECT

3:34PM   1    **A.**    Minimal improvement so that the hair become minimal

3:34PM   2    thicken, but that's -- but using something on your scalp twice

3:34PM   3    a day, which, of course, it's boring and expensive for what you

3:34PM   4    can have.

3:34PM   5            **MR. SCHANKER:**  Your Honor, actually, I don't need the

3:34PM   6    clarification.

3:34PM   7    **BY MR. SCHANKER:**

3:34PM   8    **Q.**    Dr. Tosti, you were asked by defense attorney about some

3:34PM   9    photographs that you had, photographs Ms. Earnest had.

3:34PM   10           You've had the opportunity to treat women with hair

3:34PM   11   loss issues over your 30-plus-year career; correct?

3:34PM   12   **A.**    Yes.

3:34PM   13   **Q.**    Have you had experience as to whether these women

3:35PM   14   typically are interested in having photographs taken of them

3:35PM   15   without a head covering or photographs taken of them with no

3:35PM   16   wig on?

3:35PM   17   **A.**    Depends.  I cannot answer this question.

3:35PM   18   **Q.**    Just depends on the individual?

3:35PM   19   **A.**    Depends on the individual.

3:35PM   20   **Q.**    Would you be surprised if Ms. Earnest or others in her

3:35PM   21   position are not --

3:35PM   22           **THE COURT:**  Sustained.

3:35PM   23           **THE WITNESS:**  I --

3:35PM   24           **THE COURT:**  No.  That's fine.

3:35PM   25           Next question, Mr. Schanker.

OFFICIAL TRANSCRIPT

3:35PM  1    **BY MR. SCHANKER:**

3:35PM  2    **Q.**   You were asked about androgenetic alopecia and

3:35PM  3    female-pattern hair loss.  In 50 percent of -- I want to make

3:35PM  4    sure I understand and then ask you questions about it.

3:35PM  5             Something about 50 percent of women at some point may

3:35PM  6    have suffered from this condition?

3:35PM  7    **A.**   Yes.

3:35PM  8    **Q.**   And so if you could just sort of educate us, make sure

3:35PM  9    we're clear on that, because I don't know if that was clear.

3:36PM  10            At what point in time do women typically have this,

3:36PM  11   and then how does it present?

3:36PM  12   **A.**   Okay.  There are, I would say, two peaks important in the

3:36PM  13   literature.  One peak that present around when they have their

3:36PM  14   first baby, after delivery sometimes; and the other peak after

3:36PM  15   menopause.  Okay.  Those are the times that women have most the

3:36PM  16   problem.  But now I see a lot of young women with the problem.

3:36PM  17            And the condition presents as a progressive thinning

3:36PM  18   of the top of the scalp.  So you can see the scalp through the

3:36PM  19   hair.

3:36PM  20   **Q.**   Hold on just one sec.

3:36PM  21            **THE JUROR:**  I'm good.

3:36PM  22            **MR. SCHANKER:**  Are you okay?

3:36PM  23            **THE COURT:**  Oh, I'm sorry.

3:36PM  24            **MR. SCHANKER:**  No problem.  Don't worry about it.  We

3:36PM  25   can just -- hold on for a second.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

| | | |
|---|---|---|
| 3:36PM | 1 | **THE JUROR:** That's all right. I'm good. |
| 3:36PM | 2 | **MR. SCHANKER:** I'm sorry, Dr. Tosti. |
| 3:36PM | 3 | Can we continue, Your Honor? |
| 3:37PM | 4 | **THE COURT:** Please. |
| 3:37PM | 5 | **BY MR. SCHANKER:** |
| 3:37PM | 6 | **Q.** Go ahead. |
| 3:37PM | 7 | **A.** So you start seeing the scalp through the hair. So |
| 3:37PM | 8 | usually that part becomes larger, okay, and sometimes even the |
| 3:37PM | 9 | front of the hairline. And then that can progress. Usually, |
| 3:37PM | 10 | it's a slow progression, okay, and becomes little bit -- little |
| 3:37PM | 11 | bit more evident, as I show in those case. |
| 3:37PM | 12 | **Q.** So how does this condition that you're describing compare |
| 3:37PM | 13 | to what Barbara suffers from as far as presentation? |
| 3:37PM | 14 | **A.** It's never so severe and never affects, as I said several |
| 3:37PM | 15 | times, the back of the scalp. |
| 3:37PM | 16 | **Q.** And so is that part of why you ruled that out in this |
| 3:37PM | 17 | case? |
| 3:37PM | 18 | **MS. SASTRE:** Leading, Your Honor. |
| 3:37PM | 19 | **THE COURT:** You're leading. |
| 3:38PM | 20 | Sustained. |
| 3:38PM | 21 | **BY MR. SCHANKER:** |
| 3:38PM | 22 | **Q.** And did you rule that out in this case, androgenetic |
| 3:38PM | 23 | alopecia? |
| 3:38PM | 24 | **A.** Yes, I did rule it out because of the history, which is |
| 3:38PM | 25 | very different. Because history is an incomplete hair regrow |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:38PM  1    after the end of chemotherapy.  It's not gradual thinning of

3:38PM  2    the scalp.  And from the clinical examination, because it was

3:38PM  3    too severe for being that.

3:38PM  4    Q.   Let's move on to a different topic.  We've heard about the

3:38PM  5    slides that were provided from the pathology that was taken

3:38PM  6    here in New Orleans to Dr. Thompson.

3:38PM  7         And were there two kinds of slides that were

3:38PM  8    provided?

3:38PM  9    A.   No.  It's different.  The biopsy means the tissue went

3:38PM  10   from here to Dr. Thompson.  Dr. Thompson cut the tissues and

3:39PM  11   did the stains and look at the slides.

3:39PM  12   Q.   Okay.  So you just described the pathology that was sent

3:39PM  13   from the biopsies; is that right?

3:39PM  14   A.   Yes.

3:39PM  15   Q.   And does that have anything to do with the conversation

3:39PM  16   about this stem cell?

3:39PM  17            MS. SASTRE:  Objection.

3:39PM  18            THE WITNESS:  Yes.

3:39PM  19            MS. SASTRE:  Objection.  It's vague and ambiguous,

3:39PM  20   Your Honor.

3:39PM  21            THE COURT:  Rephrase your question.

3:39PM  22            MR. SCHANKER:  Thank you.

3:39PM  23   BY MR. SCHANKER:

3:39PM  24   Q.   So we have those biopsies.

3:39PM  25            And what were done with those biopsies, just to

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:39PM  1  clarify, in this case?

3:39PM  2  **A.**   Okay.  When those biopsies were done, regular stains.  The

3:39PM  3  stains is called H&E, which is a stain that dermatopathologists

3:39PM  4  use always.  And then he did this immunohistochemical stain for

3:39PM  5  keratin-15.

3:39PM  6          **THE COURT:**  All right.  Would you mind just -- I

3:39PM  7  think you said he did an -- what kind of chemical stain?

3:40PM  8          **THE WITNESS:**  It's called immunohistochemical stain,

3:40PM  9  histochemistry, okay, which is a stain that was -- was done to

3:40PM  10  stain these keratin 15 positive cells.

3:40PM  11  **BY MR. SCHANKER:**

3:40PM  12  **Q.**   Okay.  So I want to make sure that the jury understands.

3:40PM  13          Were those H&E slides that were done for the analysis

3:40PM  14  that you used the same or different as the CK-15 stains that

3:40PM  15  you just described?

3:40PM  16  **A.**   Okay.  I have to explain.  So you have the tissue.  It's

3:40PM  17  like -- like a cylinder, like this.  And you start cutting.

3:40PM  18  Okay.  And you cut, and you have different portion of the

3:40PM  19  tissue.  So?

3:41PM  20          It's the same specimen.  One cut had the H&E.  And

3:41PM  21  the other cut, he did the stain, I think.  Because I didn't see

3:41PM  22  that by myself, but that's what happened.

3:41PM  23  **Q.**   Did the H&E cut have anything to do with the stem cell

3:41PM  24  cut?

3:41PM  25          **MS. SASTRE:**  Objection.  Vague and ambiguous again,

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:41PM  1    Your Honor.  "Anything to do with..."

3:41PM  2              MR. SCHANKER:  I think it's clear, Your Honor.

3:41PM  3              THE COURT:  Were they different?

3:41PM  4              THE WITNESS:  Yes, they were.

3:41PM  5              THE COURT:  Thank you.

3:41PM  6              MR. SCHANKER:  Thank you, Your Honor.  Can you ask

3:41PM  7    the next line?

3:41PM  8              THE COURT:  No.

3:41PM  9    BY MR. SCHANKER:

3:41PM  10   Q.   Doctor, did the stem cell staining, which we've talked

3:41PM  11   about a little bit here, did that provide any scientifically

3:41PM  12   reliable information in connection with any hair loss issue in

3:41PM  13   this case?

3:41PM  14   A.   The stem cell -- the staining stain only certain stem

3:42PM  15   cells, and it's not a diagnostic test.

3:42PM  16   Q.   Doctor, you talked about the fact that the stem cell was

3:42PM  17   not a diagnostic test.

3:42PM  18              Could you just make sure the jury understands what

3:42PM  19   you mean by that?

3:42PM  20   A.   There are some tests that are FDA-approved and you use for

3:42PM  21   diagnosing something.  Okay?  And there are some

3:42PM  22   immunohistochemical stains that are used for diagnosis.

3:42PM  23              This is mostly a research stain that is not approved

3:43PM  24   for diagnosis.

3:43PM  25   Q.   And were you, at any time, planning on using whatever

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:43PM   1   Curtis Thompson was doing with this stem cell staining for any

3:43PM   2   sort of diagnosis for the work you were doing and retained for

3:43PM   3   in this case?

3:43PM   4   A.   These are not diagnostic.

3:43PM   5   Q.   So is the answer no?

3:43PM   6   A.   No.

3:43PM   7   Q.   And just so we're clear, you were asked some questions

3:43PM   8   about proliferating stem cells.

3:43PM   9         Do you recall that?

3:43PM   10  A.   Yes.

3:43PM   11  Q.   And in defendants' opening specifically on that --

3:43PM   12         MS. SASTRE:   Objection.

3:43PM   13         THE COURT:   Overruled.  I mean, sustained.

3:43PM   14  Sustained.

3:43PM   15  BY MR. SCHANKER:

3:43PM   16  Q.   Doctor, do you believe that stem cells are damaged by

3:43PM   17  chemotherapy?

3:43PM   18  A.   Yes, I believe that something happen to stem cells.

3:44PM   19  Q.   Does the presence of stem cells in CK-15 staining mean

3:44PM   20  that those stem cells are working properly?

3:44PM   21  A.   No.

3:44PM   22  Q.   The presence of stem cells in that staining, does that

3:44PM   23  mean that hair can still regrow?

3:44PM   24  A.   No.

3:44PM   25  Q.   And have you ever, in a permanent chemotherapy case, such

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:44PM  1   as this, used stem cell staining to reach a diagnosis?

3:44PM  2   **A.**   No.   Nobody has, as far as I know.

3:44PM  3   **Q.**   What was the purpose of the H&E stains?

3:44PM  4   **A.**   These are the routine stain that I used to look at the

3:44PM  5   slide and count the hair and see if there is inflammation, if

3:44PM  6   there is scarring.   That's what the gold standard for diagnosis

3:45PM  7   is done.

3:45PM  8   **Q.**   Okay.   Let's switch topics.   You were -- spent quite a lot

3:45PM  9   of time on the JAMA article, that which you're one of the

3:45PM  10  authors on.   And that's that assessment of quality of life and

3:45PM  11  treatment outcomes.

3:45PM  12          You remember this?

3:45PM  13  **A.**   Yes.

3:45PM  14  **Q.**   I'm going to ask you some questions about it.

3:45PM  15          And on this -- Dr. Shapiro was also on this article;

3:45PM  16  is that correct?

3:45PM  17          **MS. SASTRE:**   Your Honor, I object.   It's beyond the

3:45PM  18  scope of cross-exam.   Counsel discussed the article --

3:45PM  19          **THE COURT:**   Isn't this the one you talked about?

3:45PM  20          **MR. SCHANKER:**   It is, Your Honor.

3:45PM  21          **MS. SASTRE:**   We both did, Judge.

3:46PM  22          **THE COURT:**   I don't think it's beyond the scope of

3:46PM  23  cross-examination.   I don't know if we got much into who the

3:46PM  24  authors are.   I think we should get to those parts that are

3:46PM  25  pertinent that were covered in cross-examination.

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:46PM  1          **MR. SCHANKER:**  Thank you, Your Honor.

3:46PM  2  **BY MR. SCHANKER:**

3:46PM  3  **Q.**   Specifically, you were asked about alopecia severity.

3:46PM  4          Remember this, Doctor?

3:46PM  5  **A.**   Yes.

3:46PM  6  **Q.**   The alopecia severity and the PCI cases, and there was

3:46PM  7  some talk about the Taxol cases versus the Taxotere cases.

3:46PM  8          Was there something more that, first of all, that you

3:46PM  9  wanted to add on this that you were unable to during your

3:46PM  10 cross-examination?

3:46PM  11         **MS. SASTRE:**  Objection.

3:46PM  12         **THE COURT:**  I think we need to ask a question.

3:46PM  13 **BY MR. SCHANKER:**

3:46PM  14 **Q.**   You were asked questions about the numbers in these tests

3:46PM  15 in this study and the number of Taxol patients versus Taxotere

3:47PM  16 patients.

3:47PM  17         And you said that this is -- I don't remember your

3:47PM  18 exact words, but my impression was that these numbers were very

3:47PM  19 unusual to you, the number of Taxol patients and the percentage

3:47PM  20 that were reporting permanent chemotherapy-induced alopecia as

3:47PM  21 well as the Taxotere patients and the percentage reporting

3:47PM  22 permanent chemotherapy-induced alopecia.

3:47PM  23         Do you remember that?

3:47PM  24 **A.**   Yes.

3:47PM  25         **MS. SASTRE:**  Your Honor, can we come up for a second,

OFFICIAL TRANSCRIPT

3:47PM   1   please.

3:47PM   2            THE COURT:  Sure.

3:47PM   3            (WHEREUPON, the following proceedings were held at

3:47PM   4   the bench.)

3:47PM   5            MS. SASTRE:  So I'm not sure where it's going, but

3:47PM   6   when I was here with her, she made a comment about -- she said,

3:47PM   7   "Well Sloan Kettering doesn't use Taxotere anymore."  And I

3:48PM   8   thought that was very improper.

3:48PM   9            It doesn't even make sense, candidly, because,

3:48PM  10   of course, that's why the Taxol numbers are higher because

3:48PM  11   they're using a lot of Taxol, so those numbers are higher.  But

3:48PM  12   I was afraid to follow up on this.  Candidly, it made it sound

3:48PM  13   like the drug could be off the market.  And I'm just afraid

3:48PM  14   that he's going back to that explanation.  She can't talk about

3:48PM  15   places that aren't using this anymore.

3:48PM  16            MR. SCHANKER:  Your Honor, if misleading numbers have

3:48PM  17   been shown to this jury, if numbers are high for some reason,

3:48PM  18   it's completely irrelevant.  No one's insinuating that a drug

3:48PM  19   is off the market or isn't on the market.  Nobody's saying

3:48PM  20   anything like that at all.

3:48PM  21            But if there's an explanation for why numbers

3:48PM  22   are irregular, this jury should certainly know it.  There's

3:48PM  23   nothing at all improper about that.

3:48PM  24            If she has knowledge that a particular clinic

3:48PM  25   isn't using a drug and that's the explanation for irregular

OFFICIAL TRANSCRIPT

3:48PM 1  numbers, this jury has a right to know that.

3:49PM 2          THE COURT:  I think it has -- the jury has been left

3:49PM 3  with the impression that Taxol numbers are worse than

3:49PM 4  Taxotere --

3:49PM 5          MS. SASTRE:  Uh-huh.

3:49PM 6          THE COURT:  -- and I think it's appropriate for you

3:49PM 7  to ask if she found that these numbers are unusual.

3:49PM 8          MS. SASTRE:  Can I show it to you, Judge.  Let me

3:49PM 9  tell you what doesn't make sense about it.  So the objective --

3:49PM 10 the actual numbers are higher.  So let's say oh, they use more

3:49PM 11 Taxol.  So the Taxol number is higher.  But even the percentage

3:49PM 12 is higher amongst Taxol users.  We, unfortunately -- I mean, we

3:49PM 13 never got to cross her on this, it came out after, and she

3:49PM 14 already made her comment.  And I think, to go back into

3:49PM 15 facilities that aren't using it --

3:49PM 16         THE COURT:  You did cross her on it.  You're saying

3:49PM 17 you weren't able to, but you did.

3:49PM 18         MS. SASTRE:  I mean before today.  I mean in a

3:49PM 19 deposition, Judge.  So I never heard that statement.  I never

3:50PM 20 dreamt she was going to say something like that assume.  So

3:50PM 21 let's assume Sloan Kettering doesn't use docetaxel and they're

3:50PM 22 using Taxol, well, so what.  Then you're seeing lots of reports

3:50PM 23 with Taxol in even higher percentages amongst taxol users.

3:50PM 24         She's creating an impression -- and I don't have

3:50PM 25 the chance to get back up -- that facilities aren't using this

ANTONELLA TOSTI - REDIRECT

3:50PM  1    medication anymore because of some risks.  That's highly

3:50PM  2    prejudicial, and it is not probative.

3:50PM  3         MR. SCHANKER:  Your Honor, defense counsel walked

3:50PM  4    into whatever she --

3:50PM  5         THE COURT:  It is probative.

3:50PM  6         MR. SCHANKER:  Yeah, absolutely probative.

3:50PM  7         THE COURT:  If there is an explanation why the

3:50PM  8    numbers are skewed.  On the other hand --

3:50PM  9         MR. SCHANKER:  Your Honor, it's clear.

3:50PM  10        THE COURT:  So what do you want to do?  I'm not going

3:50PM  11   to let you say, "Hey, so what did you want to say that you

3:50PM  12   didn't get to say?"  What's the question?

3:50PM  13        MR. SCHANKER:  I want to ask her why those numbers --

3:50PM  14   she indicated that those were irregular numbers, and I want to

3:50PM  15   ask her if she -- if she has an opinion as to why they are.

3:50PM  16             She may have information concerning -- I don't

3:51PM  17   know what exactly.  But it's clear the jury will be left with a

3:51PM  18   misperception that for some reason in this particular case,

3:51PM  19   Taxol numbers are higher because Taxol has a higher ratio of

3:51PM  20   causing PCIA.

3:51PM  21        THE COURT:  This is what -- I think, you know, you

3:51PM  22   did walk into it.  And I think -- so this is what I'm thinking.

3:51PM  23             I think it's appropriate for you to ask her if

3:51PM  24   she was surprised by this differentiation and if that was

3:51PM  25   consistent with other research.  And without her saying Sloan

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:51PM  1   Kettering has made a determination whether there -- maybe
3:51PM  2   perhaps we can ask her.
3:51PM  3           But, unfortunately, we don't want you to lead.
3:51PM  4   But I'm afraid it's going to get spit out.  But it could be
3:52PM  5   this, they dealt with just many more Taxol patients use that
3:52PM  6   that skewed the numbers.
3:52PM  7           MS. SASTRE:  Well, that would skew the whole number.
3:52PM  8   It still wouldn't skew the percentage, right, amongst Taxol
3:52PM  9   users.  She already made the Sloan Kettering comment.  So I
3:52PM  10  think that your questions, Judge, I wouldn't have objected if
3:52PM  11  those were going to be the two questions, "Did it surprise
3:52PM  12  her," and --
3:52PM  13          THE COURT:  I think, "Did they surprise her or is it
3:52PM  14  consistent with her other research?"
3:52PM  15          MS. SASTRE:  That's fine.
3:52PM  16          THE COURT:  Beyond what was already said, is there
3:52PM  17  anything that she could use to explain it?  But if she says,
3:52PM  18  beyond what I've already said, no.
3:52PM  19          MR. SCHANKER:  Okay.  I'll ask her.
3:52PM  20          MS. SASTRE:  I'm just afraid we're going to get back
3:52PM  21  into that, and she did already say it, and I just moved on.
3:52PM  22          THE COURT:  And then I told them to disregard it.
3:52PM  23          MS. SASTRE:  Right.  Okay.  Okay, your Honor.
3:52PM  24          THE COURT:  I don't know what was said.
3:52PM  25          MS. SASTRE:  Okay.

ANTONELLA TOSTI - REDIRECT

| | | |
|---|---|---|
| 3:52PM | 1 | **THE COURT:**  Because I was concerned about that too. |
| 3:52PM | 2 | **MR. SCHANKER:**  Okay.  I'm writing it down. |
| 3:53PM | 3 | **THE COURT:**  You are not the first lawyer to come in |
| 3:53PM | 4 | here and write down a question. |
| 3:53PM | 5 | **MR. SCHANKER:**  Thank you.  Don't want to get it |
| 3:53PM | 6 | wrong. |
| 3:53PM | 7 | (WHEREUPON, the following proceedings were held in |
| 3:53PM | 8 | open court.) |
| 3:53PM | 9 | **THE COURT:**  Please proceed, Mr. Schanker. |
| 3:53PM | 10 | **MR. SCHANKER:**  Thank you, Your Honor. |
| 3:53PM | 11 | BY MR. SCHANKER: |
| 3:53PM | 12 | **Q.**   So, Doctor, just a question concerning the numbers with |
| 3:53PM | 13 | the taxane-based chemotherapy -- thank you -- the paclitaxel, |
| 3:53PM | 14 | which is Taxol, and the docetaxel, which is the Taxotere. |
| 3:53PM | 15 | And are -- those numbers, results, do you find them |
| 3:54PM | 16 | unusual, based on your knowledge surrounding this topic? |
| 3:54PM | 17 | **A.**   Based on my experience, I found that there were many |
| 3:54PM | 18 | cases -- more cases of Taxol than expected. |
| 3:54PM | 19 | **Q.**   And, Doctor, is there anything you can offer to explain |
| 3:54PM | 20 | why, beyond what you've already said in this courtroom? |
| 3:54PM | 21 | **A.**   You know, the explanation is -- |
| 3:54PM | 22 | **THE COURT:**  Nothing that you've already said. |
| 3:54PM | 23 | **THE WITNESS:**  Okay. |
| 3:54PM | 24 | **THE COURT:**  Is there any other reason that you can |
| 3:54PM | 25 | explain it beyond what you kind of already talked about? |

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:54PM  1          **THE WITNESS:**  So -- repeat the question, please.

3:54PM  2  Clear question.

3:54PM  3  **BY MR. SCHANKER:**

3:54PM  4  **Q.**  Yes.  So with regard to those numbers, was there anything

3:54PM  5  you can offer to explain those numbers, beyond what you've

3:54PM  6  already offered here in this courtroom?

3:54PM  7  **A.**  Beyond, no.

3:54PM  8  **Q.**  Okay.  Now, staying with this paper, Doctor -- and this is

3:55PM  9  the 2000 -- what year is this? -- 2019 JAMA article.

3:55PM  10  **A.**  Yes.

3:55PM  11  **Q.**  And moving down this section right here, we have alopecia

3:55PM  12  severity.  And then it says Grade 1 and Grade 2.

3:55PM  13          Do you see that?

3:55PM  14  **A.**  Yes.

3:55PM  15  **Q.**  Am I correct -- and if I'm not, let me know.  I don't see

3:55PM  16  that it actually breaks out paclitaxel versus -- or Taxol

3:55PM  17  versus Taxotere there, does it?

3:55PM  18  **A.**  No.

3:55PM  19  **Q.**  So we -- would it be fair to say we don't know -- and if

3:55PM  20  we do, let me know -- as to the grade -- which is which as far

3:55PM  21  as the grading of that grouping of individuals with potentially

3:55PM  22  permanent chemotherapy alopecia.

3:55PM  23  **A.**  Correct.  Not only for taxane, for everything.

3:56PM  24  **Q.**  For everything.

3:56PM  25          So we just don't know because the study didn't lay

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:56PM  1    that out?

3:56PM  2    A.   Because I didn't put it in the table, I believe.  You

3:56PM  3    know, sometimes journal don't give you a lot of space and you

3:56PM  4    have to cut off stuff.

3:56PM  5    Q.   So this paper doesn't define the patients that had the

3:56PM  6    Grade 2, which is the more severe, whether they had the Taxol

3:56PM  7    or the Taxotere; correct?

3:56PM  8              MS. SASTRE:  It's leading and repetitive, Judge.

3:56PM  9              THE COURT:  Asked and answered.  Sustained.

3:56PM  10   BY MR. SCHANKER:

3:56PM  11   Q.   But the Martin paper, which we talked about, it does do

3:56PM  12   that; correct?

3:56PM  13             MS. SASTRE:  Leading, Your Honor.

3:56PM  14             MR. SCHANKER:  Can we go to the Martin paper?

3:56PM  15             THE COURT:  You can go to the Martin paper.

3:56PM  16             MS. SASTRE:  I didn't ask about it.  It's beyond the

3:56PM  17   scope as well.

3:56PM  18             THE COURT:  It's beyond the scope.

3:57PM  19   BY MR. SCHANKER:

3:57PM  20   Q.   You were asked a lot of questions about endocrine therapy.

3:57PM  21        Do you recall that?

3:57PM  22   A.   Yes.

3:57PM  23   Q.   And concerning endocrine therapy, in this case, following

3:57PM  24   cross-examination, is it still your conclusion that Barbara

3:57PM  25   Earnest does not suffer from endocrine-induced alopecia?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:57PM 1    **A.**   Absolutely, yes.

3:57PM 2    **Q.**   And explain why she -- in your opinion, just so I'm clear,

3:57PM 3    why she does not suffer from endocrine-induced alopecia.

3:57PM 4    **A.**   First --

3:57PM 5            **MS. SASTRE:**  Your Honor, I object.  This was explored

3:57PM 6    on direct exam.  It's repetitive of the direct.  It's not

3:58PM 7    responsive to cross.

3:58PM 8            **THE COURT:**  Overruled.

3:58PM 9            **MR. SCHANKER:**  Thank you, Your Honor.

3:58PM 10   BY MR. SCHANKER:

3:58PM 11   **Q.**   Go ahead.

3:58PM 12   **A.**   First of all, the history.  So she had -- the hair didn't

3:58PM 13   regrow after chemotherapy.  Instead, in endocrine-induced

3:58PM 14   alopecia, you have your hair and then you lose the hair after

3:58PM 15   chemotherapy.

3:58PM 16   **Q.**   Let's stop and just make sure that the jury understands

3:58PM 17   that.

3:58PM 18            So after chemotherapy, when do you expect the hair to

3:58PM 19   regrow?

3:58PM 20   **A.**   Usually at three months after the end of chemotherapy, the

3:58PM 21   hair has regrowth.  There is the Kang paper.  They measure the

3:58PM 22   density, and they show that people will regrow -- will likely

3:58PM 23   regrow after three months.  And that's when, usually, you start

3:58PM 24   the endocrine therapy.  So they don't overlap.

3:58PM 25   **Q.**   Okay.  So Barbara's chemotherapy ended in what month?  Do

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

3:59PM  1  you recall?

3:59PM  2  A.   I know she started the endocrine therapy November.  That

3:59PM  3  was three months after it ended.  So it's September, October,

3:59PM  4  November.

3:59PM  5  Q.   Right.  So is it your impression that it was August when

3:59PM  6  she ended her chemotherapy?

3:59PM  7  A.   Yes.  Three months before, yes.

3:59PM  8  Q.   Okay.  And then -- so her endocrine therapy started in

3:59PM  9  what month?

3:59PM  10  A.   November.  And she had no hair regrowth at that time.

3:59PM  11  Q.   And what would you have expected in November, as far as

3:59PM  12  hair regrowth goes?

3:59PM  13  A.   First, the hair should have start to regrow.  But then, to

3:59PM  14  make a diagnosis of endocrine-induced alopecia, you have to

3:59PM  15  start with hair.  You know, it's a diagnostic criteria.

3:59PM  16  Q.   So an individual with endocrine-induced alopecia, which is

4:00PM  17  from the hormone drugs, who starts with hair, takes the

4:00PM  18  endocrine drug.

4:00PM  19        When do they start to experience hair loss from that

4:00PM  20  endocrine drug?

4:00PM  21  A.   Exactly.  And they may have a little bit of androgenetic

4:00PM  22  alopecia before, but they cannot be without hair or almost

4:00PM  23  without hair before.  This is a criteria for diagnosis.

4:00PM  24  Q.   And, Doctor, do you remember when this photograph on the

4:00PM  25  right was shown by defense counsel?

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

4:00PM 1    **A.**   Yes, I do.

4:00PM 2    **Q.**   And this is -- did you notice that that photograph had

4:01PM 3    been rotated the other direction in the picture that we looked

4:01PM 4    at?

4:01PM 5    **A.**   I didn't notice, but I notice now.

4:01PM 6    **Q.**   Doctor, you were asked questions about the different

4:01PM 7    grades of permanent chemotherapy-induced alopecia during the

4:01PM 8    cross-examination.  I want to follow-up on that.

4:01PM 9            Based your knowledge, which chemotherapy drug as

4:01PM 10   reported in the literature causes Grade 2 permanent

4:01PM 11   chemotherapy-induced alopecia such as the kind that Barbara

4:01PM 12   suffers from?

4:01PM 13           **MS. SASTRE:**  Objection.  Your Honor, I didn't go

4:01PM 14   through the grades in the context.  Beyond the scope.

4:01PM 15           **MR. SCHANKER:**  Your Honor, clearly we went through

4:01PM 16   grades in detail.

4:01PM 17           **THE COURT:**  I think there was some --

4:01PM 18           **MS. SASTRE:**  That was limited to endocrine questions,

4:01PM 19   Your Honor, strictly limited to it.

4:01PM 20           **THE COURT:**  Overruled.

4:01PM 21   **BY MR. SCHANKER:**

4:01PM 22   **Q.**   Would you like me to ask the question again, Doctor?

4:02PM 23   **A.**   Yes.

4:02PM 24   **Q.**   Based on your knowledge and experience, Doctor, which

4:02PM 25   chemotherapy drug as reported in the literature causes Grade 2

OFFICIAL TRANSCRIPT

ANTONELLA TOSTI - REDIRECT

4:02PM  1  personal chemotherapy-induced alopecia?

4:02PM  2  **A.**   Taxotere, but I cannot disprove that also Taxol can do it.

4:02PM  3  **Q.**   Doctor, you were asked questions specifically concerning

4:02PM  4  Taxol and the rates and incidents that occur in the literature.

4:02PM  5          Do you recall that on the cross-examination?

4:02PM  6  **A.**   Yes.

4:02PM  7  **Q.**   And you -- is it still your opinion that -- that there are

4:02PM  8  roughly 50 Taxol cases in the literature that report some

4:02PM  9  incidence of permanent chemotherapy-induced alopecia?

4:03PM  10  **A.**   Yes.  Because when I did this, I already included the new

4:03PM  11  paper.

4:03PM  12  **Q.**   And, Doctor, you explained to us what your conclusion is

4:03PM  13  in this case, and you've been asked a lot of questions on

4:03PM  14  cross-examination, and I want to ask you:  Has your conclusion

4:03PM  15  in any way changed in this case that it is the Taxotere that

4:03PM  16  within a reasonable degree of scientific probability is the

4:03PM  17  cause of Barbara's permanent chemotherapy-induced alopecia?

4:03PM  18  **A.**   No.  My conclusion is the same.  I -- I believe that

4:03PM  19  permanent alopecia is the most -- most likely cause.

4:04PM  20  **Q.**   One more line of question concerning the Arimidex.  When

4:04PM  21  you see a patient who has her hair and then begins taking

4:04PM  22  Arimidex, when typically will that patient, if at all, begin

4:04PM  23  experiencing the hair thinning that you have described?

4:04PM  24  **A.**   That the data from the literature show in the first year.

4:04PM  25  So either you start developing or you don't.

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:04PM  1    **Q.**    So in Barbara's case, if she was having some issue with

4:04PM  2    hair loss caused by endocrine therapy, that doesn't start in

4:04PM  3    November when she starts taking the drug, the endocrine drug;

4:04PM  4    is that right?

4:04PM  5                **MS. SASTRE:**  Leading.  Objection.

4:04PM  6                **THE COURT:**  Sustained.

4:04PM  7                **MR. SCHANKER:**  No further questions, Your Honor.

4:04PM  8                **THE COURT:**  You may step down, Dr. Tosti.

4:04PM  9                **THE WITNESS:**  Thank you very much.

4:04PM  10               **THE COURT:**  Okay.

4:05PM  11                    Please call your next witness.

4:05PM  12               **MR. SCHANKER:**  Yes, Your Honor.

4:05PM  13                    If I can clean up here.  We would like to call

4:05PM  14   Michael Earnest to the stand, Barbara Earnest's son.

4:05PM  15                    (WHEREUPON, **MICHAEL EARNEST,** having been duly sworn,

4:05PM  16   testified as follows**:)**

4:05PM  17               **THE DEPUTY CLERK:**  Please state your full name and

4:05PM  18   correct spelling for the record.

4:06PM  19               **THE WITNESS:**  Michael Earnest.  M-I-C-H-A-E-L,

4:06PM  20   E-A-R-N-E-S-T.

4:06PM  21                        **DIRECT EXAMINATION**

4:06PM  22   BY MR. SCHANKER:

4:06PM  23   **Q.**    Good afternoon, sir.

4:06PM  24   **A.**    Good afternoon to you.

4:06PM  25   **Q.**    Would you please introduce yourself to the jury and let

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

| | | |
|---|---|---|
| 4:06PM | 1 | them know your relationship to Barbara. |
| 4:06PM | 2 | **A.**   My name is Michael Earnest.  I am Barbara Earnest's |
| 4:06PM | 3 | youngest son. |
| 4:06PM | 4 | **Q.**   And where were you born, sir? |
| 4:06PM | 5 | **A.**   New Orleans, Louisiana. |
| 4:06PM | 6 | **Q.**   And do you still live here? |
| 4:06PM | 7 | **A.**   Yes, sir, I do. |
| 4:06PM | 8 | **Q.**   And just briefly, what do you do for a living? |
| 4:06PM | 9 | **A.**   I am a -- I work for a Cardinal Health.  I'm a warehouse |
| 4:06PM | 10 | order picker. |
| 4:06PM | 11 | **Q.**   And obviously Barbara is your mother? |
| 4:06PM | 12 | **A.**   Yes, sir, she is. |
| 4:06PM | 13 | **Q.**   And what is your father's name? |
| 4:06PM | 14 | **A.**   Ralph Earnest, Sr. |
| 4:07PM | 15 | **Q.**   And do you have any siblings? |
| 4:07PM | 16 | **A.**   Yes, I have an older brother.  His name is Ralph Lynn |
| 4:07PM | 17 | Earnest, Jr. |
| 4:07PM | 18 | **Q.**   And do -- does all the family live here in this area? |
| 4:07PM | 19 | **A.**   I live with my mother and father.  My brother lives in |
| 4:07PM | 20 | Bedico, Louisiana. |
| 4:07PM | 21 | **Q.**   Are you nervous here? |
| 4:07PM | 22 | **A.**   Yes, sir, I am. |
| 4:07PM | 23 | **THE COURT:**  Mr. Earnest, you can pour yourself some |
| 4:07PM | 24 | water if that helps. |
| 4:07PM | 25 | Please proceed. |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

BY MR. SCHANKER:

Q.   And you see that your mother has stepped out of the courtroom?

A.   Yes, I have.

Q.   Just some basic background questions.  What type of things did you enjoy doing with your mom growing up?

A.   We really -- one thing that we really enjoyed doing was going to garage sales.  We'd get up on a Saturday.  We'd get the newspaper.  We'd look through it.  We'd find the houses. We'd start from the highest point of St. Bernard Parish, and work our way down.  Me and mom, we loved going to doing garage sales, especially finding the treasure of somebody else's stuff.

Q.   I'm assuming you had a close relationship with your mom?

A.   Very well.  Very well close relationship.

Q.   And still do?

A.   Most definitely.

Q.   You indicated that you work at Cardinal and what you did for a living.  What did you do before that?

A.   I was a 100-ton boat captain.  I worked on the Mississippi River driving crew boats on the river.

Q.   And you said that -- why did you stop doing that?

A.   A lot of it had to do with some of my health and financial situations.

Q.   You indicated that you lived with your folks; is that

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:09PM 1    right?

4:09PM 2    A.    Yes, sir, I do.

4:09PM 3    Q.    And is that -- so who lives in the house?

4:09PM 4    A.    Me, my mother and my father.

4:09PM 5    Q.    So how did you come to be living there?

4:09PM 6    A.    I live there because I had to move out of my ex's house,

4:09PM 7    and then financial reasons as well, not being able to live on

4:09PM 8    my own due to having to try to provide for my son and for me at

4:09PM 9    the time.  So I chose to move back home.

4:09PM 10   Q.    So, Mr. Earnest, I want to talk a little bit about your

4:09PM 11   family unit and your household.  Between your parents, mom and

4:10PM 12   dad, is there one that is -- you would say is sort of in charge

4:10PM 13   of the household?

4:10PM 14   A.    Yes, Mom.  She -- Mom takes care of everything around the

4:10PM 15   house.  You know, Dad used to do it.  But Mom don't do it no

4:10PM 16   more.  Mom makes sure everything is paid, makes sure everything

4:10PM 17   is taken care of for every day -- every day that we need to do

4:10PM 18   things.

4:10PM 19   Q.    And I believe you said that Dad used to do it?  Or explain

4:10PM 20   that to the jury.

4:10PM 21   A.    So Dad used to do it.  Dad started getting to the point

4:10PM 22   where he was getting forgetful, and he would not remember when

4:10PM 23   to pay certain bills and not remember when he needed to look up

4:10PM 24   this thing or start doing things around the house as --

4:10PM 25   sometimes daily chores, just he was forgetting certain things

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

1   that he needed to do.

2          So Mom took over a lot of the responsibility to make

3   sure that things were getting done.  And that's Mom's role

4   today, still, to make sure things get done.

5   **Q.**   Just to give the jury sort of a baseline and context, how

6   long has this been going on?

7   **A.**   I'd say, if I had to do a rough estimate, at least ten

8   years.  He started really getting worse.  It started around

9   about ten years, and now it's just started really getting worse

10  with him.

11  **Q.**   Now, is that one of the reasons you stick around -- you

12  still live the home or?

13  **A.**   That's a lot of reasons why I still live at home, to help

14  with Mom, to help with making sure Dad does certain things.

15  They're not able -- they're not capable.  They're getting up in

16  age, so it's -- they took care of me.  It's my time to make

17  sure I take care of them.  Take care and do things for them as

18  well.

19  **Q.**   So, Michael, I want to talk to you about your mother

20  before chemotherapy and what she looked like at that time.  And

21  have you seen the photograph of her at the Grand Canyon?

22  **A.**   You might have to -- I've seen pictures.  You might have

23  to show me which one that is.

24  **Q.**   Okay.  I'll do that.

25          **MR. SCHANKER:**  Your Honor, would you like me to show

OFFICIAL TRANSCRIPT

4:12PM   1   this to Mr. Earnest first?  I only have -- I apologize --

4:12PM   2        MR. MOORE:  He can publish that.  It's fine.

4:12PM   3        THE COURT:  Publish it.

4:12PM   4        MR. SCHANKER:  Thank you.

4:12PM   5        THE WITNESS:  Yes, I have seen that one.

4:12PM   6   BY MR. SCHANKER:

4:12PM   7   Q.   And it's been indicated that this was taken in the year

4:13PM   8   prior to her diagnosis with chemotherapy.  Does that accurately

4:13PM   9   depict the way your mom looked back in 2010?

4:13PM   10  A.   Yes.

4:13PM   11  Q.   Now, just to be clear on this issue, up to the point when

4:13PM   12  your mom had chemotherapy in 2011, did you ever any indication

4:13PM   13  whatsoever that she had any sort of hair issues, hair thinning,

4:13PM   14  baldness, anything like that at all?

4:13PM   15  A.   None.

4:13PM   16  Q.   And does your mom have sisters on her side -- does your

4:13PM   17  mom have sisters?

4:13PM   18  A.   Yes.  Mom has two sisters, one that is deceased.  And they

4:13PM   19  both have a full head of hair.  It's thick, both of them.

4:14PM   20  Q.   And who are these folks?

4:14PM   21  A.   Excuse me.

4:14PM   22        One is my aunt Judy; the other one is my Aunt Bev.  I

4:14PM   23  was real close to my aunt Judy.  That's the one that died.

4:14PM   24  Q.   Okay.  Now, you had said something about this aunt.  Can

4:14PM   25  you point out to the jury, which is Aunt Judy and which is

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:14PM  1   Aunt Bev?

4:14PM  2   **A.**    Aunt Judy is the one in the black dress, and my Aunt Bev

4:15PM  3   is the one that has the Saints scarf around her neck.

4:15PM  4   **Q.**    Now, did or do either one of these ladies, did they have

4:15PM  5   any sort of hair issues from your standpoint at all?

4:15PM  6   **A.**    They had no issues of hair loss.  They have -- they both

4:15PM  7   had a full head of hair.

4:15PM  8   **Q.**    As far as your mom's mom, what did you all call her?

4:15PM  9   **A.**    I was three years old, I have no --

4:15PM  10  **Q.**    Okay.

4:15PM  11  **A.**    -- no idea of Grandma.

4:15PM  12  **Q.**    Okay.  So you -- asking you about her hair would not be a

4:15PM  13  fair question?

4:15PM  14  **A.**    No, sir, it would not.

4:15PM  15  **Q.**    Thank you.

4:15PM  16         So, Michael, I want to talk with you about your mom

4:15PM  17  prior to chemotherapy and that period of time prior to

4:16PM  18  chemotherapy to -- I'd like you to share with the jury what she

4:16PM  19  was like as a person.

4:16PM  20  **A.**    Mom was a -- Mom was a mom.  You could go to her.  You

4:16PM  21  could talk to her about anything.  You could have a sit-down.

4:16PM  22  You could play games, you could enjoy -- I enjoyed being my

4:16PM  23  mother's son.  And seeing a woman that I looked up to, she gave

4:16PM  24  me the -- the sense of what a woman looked like to -- how to

4:16PM  25  treat a woman, to how to interact with a woman.

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - DIRECT

4:16PM  1            Just in general, Mom raised us and we looked at Mom
4:16PM  2   as our idol growing up.  I mean, for me, Mom was -- Mom was
4:17PM  3   Superwoman.  That's what Mom was to me.
4:17PM  4   Q.   So, Michael, I want to just specifically talk to you about
4:17PM  5   your mom's hair after chemotherapy.  Do you -- do you recall
4:17PM  6   when her hair fell out or began to fall out?
4:17PM  7   A.   Yes, I do.  It started falling out and she -- she asked me
4:17PM  8   to cut it and I didn't.  I couldn't.  I could not cut her hair
4:17PM  9   because it started falling out.
4:17PM  10  Q.   Michael, I want to ask you specifically:  Did your mom's
4:17PM  11  hair completely fall out with chemotherapy?
4:17PM  12  A.   Yes, it did.
4:17PM  13  Q.   And since that time, has your mom had any significant
4:18PM  14  hair -- hair regrowth at all beyond the little bit that she has
4:18PM  15  right now?
4:18PM  16  A.   No.  None whatsoever.
4:18PM  17  Q.   There hasn't been a situation where her hair fell out,
4:18PM  18  came back, and then fell out again?
4:18PM  19  A.   No.  This stayed the same as it is right now today, what
4:18PM  20  little strands she has and that's it.
4:18PM  21  Q.   After your mom's hair fell out, did she like having
4:18PM  22  pictures taken of her?
4:18PM  23  A.   No.  No, she did not.
4:18PM  24  Q.   You indicated that you live at home.  Do you have any
4:18PM  25  observations that you could share with the jury concerning what

MICHAEL EARNEST - DIRECT

4:18PM   1  your mom goes through with the fact that she doesn't have her

4:19PM   2  hair?

4:19PM   3  A.   Give me one second.

4:19PM   4  Q.   That's okay.

4:19PM   5  A.   You know, every day I see my mom with no hair, and I see

4:19PM   6  the struggles that she goes through.  She doesn't like it.  She

4:19PM   7  doesn't go off.  Like we'll ask her to go out, we'll ask her to

4:19PM   8  go do things, she doesn't want to because of not having hair,

4:19PM   9  the betray-ness of somebody looking at her because she's

4:20PM  10  different.

4:20PM  11       You know, she shouldn't have to go through that.  She

4:20PM  12  should be able to be able -- she should be able to go outside

4:20PM  13  whenever she wants.  You know, looking -- what I see on an

4:20PM  14  everyday struggle for her is putting a hat on to cover her

4:20PM  15  head, going in Walmart and people staring at her, going

4:20PM  16  anywhere and people staring at her.  I don't like it.  I don't

4:20PM  17  like the fact that people look at her because she's different.

4:20PM  18       That's -- that's what I see with my mom every day, is

4:20PM  19  the knowing what goes through -- just the knowing of what goes

4:20PM  20  through her head, that she's different because she's bald.

4:21PM  21  Q.   So, Michael, have you observed or seen that the lack of

4:21PM  22  hair regrowth has in any way changed your mom's life?

4:21PM  23  A.   It has changed her.  It has changed her to the point to

4:21PM  24  where she doesn't look forward, again, like I was saying, going

4:21PM  25  off.  Everybody has everyday things to do.  They need to go off

OFFICIAL TRANSCRIPT

4:21PM 1    and pay their bills.  She doesn't go off and pay her bills

4:21PM 2    until way later or early, early in the morning before anybody

4:21PM 3    gets up.

4:21PM 4          You know, I'm with her when she does that because I'm

4:21PM 5    the one if I'm off, I bring her to go pay those things.  So I

4:21PM 6    see the struggles that she goes through.

4:22PM 7          What hat she needs to wear to cover up her head to

4:22PM 8    match her outfit, that's also a struggle that she goes through

4:22PM 9    every day as well.  You know, a woman shouldn't have to worry

4:22PM 10   about that.  A woman shouldn't have to worry about a hat.  What

4:22PM 11   they need to worry about is how beautiful they should look.

4:22PM 12   That's what a woman should worry about, because a woman is

4:22PM 13   beautiful.

4:22PM 14   Q.   Michael, is there anything else that you should be sharing

4:22PM 15   with this jury specifically concerning observations you have on

4:22PM 16   how your mom's lack of hair regrowth has changed her -- changed

4:22PM 17   her life?

4:22PM 18   A.   Can you maybe reask the question a certain way because --

4:22PM 19   Q.   No, that's okay.

4:22PM 20   A.   -- I'm trying to understand -- I understand what you're

4:22PM 21   asking, but it's going to be kind of like the same way I'm

4:23PM 22   going to answer it again.

4:23PM 23   Q.   That's okay.  That's fine.  You've shared it.

4:23PM 24          The wig, does your mom have a wig?

4:23PM 25   A.   Yes, she does.  She does have a wig.  It's the -- it's the

MICHAEL EARNEST - DIRECT

4:23PM  1    color of her hair before she lost it.  My dad brought her to go

4:23PM  2    get it.

4:23PM  3    **Q.**   So how often does she wear that wig?  And the jurors have

4:23PM  4    seen that she's had the hat or the turban on in this courtroom.

4:23PM  5    **A.**   The only time my mom wears it is if there's a family

4:23PM  6    function that goes on, or if she's going off at a real, like --

4:23PM  7    I'd say like a wedding or with the family.  Mom puts it on.

4:23PM  8    But it's hot when she wears it and it's uncomfortable for her.

4:24PM  9    **Q.**   How does that make you feel when you see your mom wear her

4:24PM 10    wig?

4:24PM 11    **A.**   It's very difficult to see my mom with the wig on.

4:24PM 12    **Q.**   Why is that?

4:24PM 13    **A.**   Because it reminds me of what she used to look like, her

4:24PM 14    hair, the way they got it shaped with the wig is how she used

4:24PM 15    to wear it.  I would prefer her to have that color and that way

4:24PM 16    of shape or form naturally to grow, not something fake.  Not

4:24PM 17    something that has to cover up something.  I don't like it, but

4:24PM 18    I've learned to accept it.

4:24PM 19          I'm 39 years old.  I love my mom no matter how she is

4:25PM 20    today, but having to see her wear a wig, it just -- it tears me

4:25PM 21    apart most of the time.  I don't like it.

4:25PM 22          **MR. SCHANKER:**  Thank you for sharing.

4:25PM 23          **THE COURT:**  Mr. Moore.

       24

       25

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:25PM | 1 | **CROSS-EXAMINATION** |
| 4:25PM | 2 | **BY MR. MOORE:** |
| 4:25PM | 3 | **Q.**   Mr. Earnest, my name is Douglas Moore.  I'm a lawyer from |
| 4:25PM | 4 | here in New Orleans.  Okay.  I've been hired by Sanofi in this |
| 4:25PM | 5 | lawsuit that your mom brought.  Okay? |
| 4:25PM | 6 | **A.**   Yes, sir. |
| 4:25PM | 7 | **Q.**   I am not dumb enough to come up and try and argue with you |
| 4:25PM | 8 | about your mom.  I am not going to do that.  Okay? |
| 4:25PM | 9 | **A.**   Yes, sir. |
| 4:25PM | 10 | **Q.**   I am going to be fair with you.  Okay?  If I ask you a |
| 4:25PM | 11 | question you don't like, tell me that.  If I ask you a question |
| 4:25PM | 12 | that you think is not fair, I want you to tell me that too. |
| 4:26PM | 13 | Okay? |
| 4:26PM | 14 | **A.**   No problem. |
| 4:26PM | 15 | **Q.**   Okay.  All right.  You talked about some of the things |
| 4:26PM | 16 | that you did with your mother before she had her diagnosis of |
| 4:26PM | 17 | cancer.  Do you remember that? |
| 4:26PM | 18 | **A.**   Yes, sir. |
| 4:26PM | 19 | **Q.**   And you talked about going to garage sales? |
| 4:26PM | 20 | **A.**   Yes, sir. |
| 4:26PM | 21 | **Q.**   And my mom calls it garage saling.  You hear that?  I |
| 4:26PM | 22 | thought we were going sailing, but it's a garage sale. |
| 4:26PM | 23 |         Is that something that your mom is still able to do |
| 4:26PM | 24 | now? |
| 4:26PM | 25 | **A.**   Very limited.  Mom does it where we go to a garage sale |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

4:26PM   1   either before the crowd gets there or we wait until after the

4:26PM   2   crowd has gone, due -- she doesn't want to be looked at.  She

4:26PM   3   doesn't want to be seen differently.  So we go either real

4:26PM   4   early or real late.

4:26PM   5   Q.   Probably better to go early, though, beat the crowd;

4:26PM   6   right?

4:26PM   7   A.   Yeah.

4:26PM   8   Q.   You were shown a picture during your direct examination by

4:27PM   9   Mr. Schanker of your mom at the Grand Canyon.  I'm putting it

4:27PM   10  up on the screen here.

4:27PM   11         Was this a family vacation out to the Grand Canyon?

4:27PM   12  Was this your mom and your dad?

4:27PM   13  A.   It was just my mother and father.

4:27PM   14  Q.   Okay.  And is -- does your mom, has she gone any -- any

4:27PM   15  vacations, family vacations since she had her diagnosis?

4:27PM   16  A.   I'm trying to think.

4:27PM   17         Yes, she has.  Yes, she has.

4:27PM   18  Q.   Okay.  And you also mentioned in your direct examination

4:27PM   19  that she doesn't like to have her photograph taken?

4:27PM   20  A.   No, she does not.

4:27PM   21  Q.   All right.  Let me --

4:27PM   22         MR. MOORE:  Your Honor, may I approach the witness?

4:27PM   23         THE COURT:  Yes, you may.

4:27PM   24  BY MR. MOORE:

4:27PM   25  Q.   What I'm handing you has been marked as Defendants'

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - CROSS

4:28PM 1    Exhibit 2034.  This is an unobjected-to exhibit.  And I'm not

4:28PM 2    going to ask you about all of the pages on there, but if you

4:28PM 3    could flip to the third page in the stack there.

4:28PM 4            Do you see that picture?

4:28PM 5    A.   Yes, sir.

4:28PM 6    Q.   Is that -- is that you in the picture with your mom?

4:28PM 7    A.   It sure is.

4:28PM 8            MR. MOORE:  Do you mind if I publish it?

4:28PM 9            THE COURT:  Are we introducing these into evidence?

4:28PM 10           MR. MOORE:  Not yet, but I will after --

4:28PM 11           THE COURT:  Okay.

4:28PM 12           MR. MOORE:  -- I establish it's him and he can tell

4:28PM 13   us what it is.

4:28PM 14   BY MR. MOORE:

4:28PM 15   Q.   And so can you tell me -- it has a date on here,

4:28PM 16   October 11, '18.  Do you see that?

4:28PM 17   A.   Yes I do.

4:28PM 18   Q.   And where -- where was that picture taken?

4:28PM 19   A.   That was taken at Silver Dollar City in Missouri, in

4:28PM 20   Branson, Missouri.

4:28PM 21   Q.   Okay.  All right.  Has your mom also taken any vacations

4:28PM 22   to Disney World?

4:28PM 23   A.   Yes.  I did not go.

4:29PM 24   Q.   You did not go?

4:29PM 25           Flip down to the little numbers at the bottom.

OFFICIAL TRANSCRIPT

| 4:29PM | 1 | There's a page that's 313. |
| 4:29PM | 2 | Do you see that? |
| 4:29PM | 3 | A.   Uh-huh. |
| 4:29PM | 4 | Q.   And this is from February of '18; right?  That is -- is |
| 4:29PM | 5 | that what the date says at the top? |
| 4:29PM | 6 | A.   It could say that date, but I'm not really sure. |
| 4:29PM | 7 | Q.   You did not go on the trip? |
| 4:29PM | 8 | A.   I did not go on the trip. |
| 4:29PM | 9 | Q.   And this gentleman on the left, is that your brother? |
| 4:29PM | 10 | A.   Yes, sir, it is. |
| 4:29PM | 11 | Q.   Okay.  And it looks like from his shirt, he had to pay for |
| 4:29PM | 12 | the trip maybe? |
| 4:29PM | 13 | A.   Yes. |
| 4:29PM | 14 | Q.   Okay.  And then you were shown another picture about |
| 4:29PM | 15 | your -- if looked like it was from your aunt's birthday party. |
| 4:29PM | 16 | Do you remember that one?  During the direct. |
| 4:29PM | 17 | Here, I'll show it to you. |
| 4:30PM | 18 | A.   Yes, that was -- that was my aunt's birthday party. |
| 4:30PM | 19 | MR. MOORE:  This is Defendant's 2369, page 6. |
| 4:30PM | 20 | MR. SCHANKER:  We don't have that. |
| 4:30PM | 21 | MR. MOORE:  Sorry.  I have a different stack.  Let me |
| 4:30PM | 22 | fix that. |
| 4:30PM | 23 | BY MR. MOORE: |
| 4:30PM | 24 | Q.   What I'm handing the witness is Defendant's 2369.  We're |
| 4:30PM | 25 | looking at page 6 on the screen.  Also an unobjected-to |

MICHAEL EARNEST - CROSS

| | | |
|---|---|---|
| 4:30PM | 1 | exhibit. |
| 4:30PM | 2 | So if I push this up a little bit, you can see I |
| 4:30PM | 3 | think you told us these were your aunts on the left side of the |
| 4:30PM | 4 | picture.  And is that your mother on the right side? |
| 4:30PM | 5 | **A.**   Yes, sir, it is. |
| 4:30PM | 6 | **Q.**   And is that the -- this is November of '14 at the top. |
| 4:30PM | 7 | And is your mom wearing the wig that you talked about? |
| 4:30PM | 8 | **A.**   Yes, she is wearing the wig. |
| 4:30PM | 9 | **Q.**   All right.  And how many children do you have? |
| 4:30PM | 10 | **A.**   I have one. |
| 4:31PM | 11 | **Q.**   Okay.  And how many nieces or nephews do you have? |
| 4:31PM | 12 | **A.**   I have three nephews. |
| 4:31PM | 13 | **Q.**   Okay.  And so does that mean your mom has four -- |
| 4:31PM | 14 | **A.**   Four grandchildren, yes. |
| 4:31PM | 15 | **Q.**   Okay.  And how many of the grandsons were born prior to |
| 4:31PM | 16 | her cancer diagnosis? |
| 4:31PM | 17 | **A.**   Two. |
| 4:31PM | 18 | **Q.**   Okay.  So two were born since the cancer diagnosis? |
| 4:31PM | 19 | **A.**   Yes, sir. |
| 4:31PM | 20 | **Q.**   Okay.  And I think you I heard you say at some point that |
| 4:31PM | 21 | when your mom gets around the grandkids, she lights up like a |
| 4:31PM | 22 | Christmas tree? |
| 4:31PM | 23 | **A.**   Oh, yes. |
| 4:31PM | 24 | **Q.**   And the things that we talked about today and the pictures |
| 4:31PM | 25 | that I showed you, the birthday parties, the grandchildren, the |

OFFICIAL TRANSCRIPT

MICHAEL EARNEST – REDIRECT

4:31PM  1  vacations, those are things that your mom has been able to

4:31PM  2  participate in since her cancer diagnosis?

4:31PM  3  **A.**   Since her cancer diagnosis, yes, she's been able to do

4:31PM  4  those things.

4:31PM  5           **MR. MOORE:**  All right.  Thank you, sir.

4:31PM  6           **THE WITNESS:**  You're welcome.

4:32PM  7           **MR. MOORE:**  No further questions.

4:32PM  8           **THE COURT:**  Any redirect?

4:32PM  9           **MR. SCHANKER:**  Just real...

4:32PM  10                   **REDIRECT EXAMINATION**

4:32PM  11  BY MR. SCHANKER:

4:32PM  12  **Q.**   Defense counsel showed you a number of pictures.  In those

4:32PM  13  pictures you saw, your mom had her head covered; correct?

4:32PM  14  **A.**   Correct.

4:32PM  15  **Q.**   And is your mom comfortable being photographed with her

4:32PM  16  head uncovered?

4:32PM  17  **A.**   No, she is not.

4:32PM  18           **MR. SCHANKER:**  Thank you.

4:32PM  19              Thank you, Your Honor.

4:32PM  20           **THE COURT:**  You may step down.

4:32PM  21           **MR. MOORE:**  Can I move the photos in evidence?

4:32PM  22           **THE COURT:**  I think they were unobjected to.

4:32PM  23           (WHEREUPON, the following proceedings were held at

4:32PM  24  the bench.)

4:32PM  25           **MR. COFFIN:**  I said we have the video, but I don't

OFFICIAL TRANSCRIPT

4:32PM   1   know what you ruled on.  We could start that, and if they have

4:33PM   2   it ready.

4:33PM   3            THE COURT:  It's not ready because I have to talk to

4:33PM   4   somebody about what's in it.

4:33PM   5            MR. COFFIN:  Okay.  The only other possibility is to

4:33PM   6   start Dr. Feigal, qualify her.

4:33PM   7            THE COURT:  Why don't you qualify Dr. Feigal.  Let's

4:33PM   8   see if we can do this in under -- I don't know how anybody

4:33PM   9   plans to finish this case.  You know, we can --

4:33PM  10            MR. COFFIN:  We have our time, so we plan on being

4:33PM  11   right within those time limits.

4:33PM  12            THE COURT:  Maybe we can get Dr. Feigal qualified.

4:33PM  13            MR. COFFIN:  Can we take a few minutes to go get her?

4:33PM  14            THE COURT:  She's in the courthouse?

4:33PM  15            MR. COFFIN:  Yes.

4:33PM  16            THE COURT:  Call your next witness.

4:33PM  17            (WHEREUPON, the following proceedings were held in

4:33PM  18   open court.)

4:34PM  19            THE COURT:  Ladies and gentlemen, we're going to take

4:34PM  20   a five minute-recess.  And I promise you, you will be out of

4:34PM  21   here at 5:00.

4:34PM  22            THE DEPUTY CLERK:  All rise.

4:34PM  23            (WHEREUPON, the jury exited the courtroom.)

4:34PM  24            (WHEREUPON, the Court took a recess.)

4:39PM  25            THE COURT:  Let's bring in the jury.

OFFICIAL TRANSCRIPT

MICHAEL EARNEST - REDIRECT

4:40PM  1          **MR. MICELI:**  Your Honor, I'm waiting for the -- I
4:40PM  2  thought -- I grabbed it, and I rushed up here.  I don't have
4:40PM  3  her CV that I want to put on the ELMO.  So I can talk to her,
4:40PM  4  but --
4:40PM  5          **MR. STRONGMAN:**  I have it.
4:40PM  6          **MR. MICELI:**  Okay.  If you want to bring them in, you
4:40PM  7  can bring them and I can get started.
4:40PM  8          **THE COURT:**  Because I promised them they would be
4:40PM  9  out, so we're not doing a 20-minute CV.
4:40PM  10          All right.  Let's bring in the jury.
4:40PM  11          Do we have defense counsel?
4:40PM  12          **MR. COFFIN:**  Yes.  Mr. Strongman.
4:40PM  13          **THE DEPUTY CLERK:**  All rise.
4:40PM  14          (WHEREUPON, the jury entered the courtroom.)
4:41PM  15          **THE COURT:**  All jurors are present.  Court's back in
4:41PM  16  session.  You may be seated.
4:41PM  17          Mr. Miceli.
4:41PM  18          **MR. MICELI:**  Yes, Your Honor.
4:41PM  19          Plaintiff calls Dr. Ellen Feigal.
4:41PM  20          (WHEREUPON, **ELLEN FEIGAL**, having been duly sworn,
4:41PM  21  testified as follows:**)**
4:41PM  22          **THE DEPUTY CLERK:**  Please state your full name and
4:41PM  23  correct spelling for the record.
24
25

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

|  | | |
|---|---|---|
| 4:41PM | 1 | **VOIR DIRE** |
| 4:41PM | 2 | BY MR. MICELI: |
| 4:41PM | 3 | Q.   Please have a seat, Dr. Feigal.  Make yourself |
| 4:41PM | 4 | comfortable.  We are -- we'll walk through your qualifications |
| 4:41PM | 5 | quickly. |
| 4:41PM | 6 |         Could you please introduce yourself to the jury and |
| 4:41PM | 7 | to the Court. |
| 4:41PM | 8 | A.   Hi.  My name is Ellen Feigal. |
| 4:41PM | 9 | Q.   Dr. Feigal, can you tell us a little bit about your |
| 4:41PM | 10 | educational background and your work experience. |
| 4:41PM | 11 | A.   Yeah.  So let me start with my educational background.  I |
| 4:42PM | 12 | got my undergraduate degree at the University of the |
| 4:42PM | 13 | California, Irvine, a bachelor of science degree. |
| 4:42PM | 14 |         After that, I got a master of science degree in |
| 4:42PM | 15 | biology with a particular emphasis in molecular biology and |
| 4:42PM | 16 | biochemistry, also from the University of California at Irvine. |
| 4:42PM | 17 |         After that, I went to medical school at the |
| 4:42PM | 18 | University of California, Davis.  And I got my medical degree |
| 4:42PM | 19 | in internal medicine. |
| 4:42PM | 20 | Q.   Okay.  Did you provide me with a curriculum vitae? |
| 4:42PM | 21 | A.   I did. |
| 4:42PM | 22 |         MR. MICELI:  I'm going to put it on the ELMO, if |
| 4:42PM | 23 | that's okay. |
| 4:42PM | 24 |         MR. STRONGMAN:  No objection. |
| 4:42PM | 25 |         THE COURT:  Thank you. |

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

**BY MR. MICELI:**

**Q.**   And you and I, just moments ago, were talking about your CV, were we not?

**A.**   Yes, we were.

**Q.**   Okay.  I'm going to walk through this briefly with you and just hit some high points, and we're going to get out of here by 5:00.  Okay?

**A.**   Okay.

**Q.**   We're going to make it work.

Are you board-certified in any medical specialty?

**A.**   Yes.  I'm board-certified in internal medicine, and I'm also board-certified in oncology.

**Q.**   Okay.  I'm going to come over here to your CV, and I am going -- excuse me -- I'm going to just highlight some things for us so that we can move through this rather quickly.

You had gone through your medical education.

You said UC, Davis; correct?

**A.**   That's correct.

**Q.**   In 1981.

It has here that you did two residencies; one at the University of California, Davis, and one at Stanford; correct?

**A.**   Let me caveat that.  It's one residency.  I started at the University of California, Davis.  And then I transferred to Stanford University to finish my residency.

**Q.**   And then you have --

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:43PM 1   **A.**   The residency is three years.

4:43PM 2   **Q.**   Excuse me.  I am sorry.  I'm going to try not to rush, but

4:44PM 3   I do want to make sure we get through for everyone involved.

4:44PM 4   **A.**   Sure.

4:44PM 5   **Q.**   Below your residency at Stanford, you also list something

4:44PM 6   called a fellow -- and I'm assuming that's a fellowship -- at

4:44PM 7   UC San Francisco from '85 to '87.

4:44PM 8   **A.**   That's correct.

4:44PM 9   **Q.**   Can you explain to the jury what you did during that

4:44PM 10  fellowship.

4:44PM 11  **A.**   Yeah.  So a fellowship is a subspecialty of internal

4:44PM 12  medicine.  So it's a three-year program, and it combined both

4:44PM 13  hematology as well as oncology.

4:44PM 14          So, basically, what I was doing is looking at tumors

4:44PM 15  and cancers of -- liquid type of tumors, hematology, as well as

4:44PM 16  solid type of tumors that you see in oncology.

4:44PM 17          And in addition, I also had training in other types

4:44PM 18  of blood diseases, like sickle cell disease and thalassemia and

4:44PM 19  other types of nonmalignant blood disorders as well.

4:44PM 20  **Q.**   And after you finished your medical training, where did

4:44PM 21  you begin practicing?

4:45PM 22  **A.**   Well, after the fellowship, I actually was recruited to

4:45PM 23  stay on at the University of California, San Francisco.

4:45PM 24  **Q.**   And that's where you started in '88 to '89?

4:45PM 25  **A.**   That's correct.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:45PM 1   **Q.**   And have you been involved in clinical research in your
4:45PM 2   career?
4:45PM 3   **A.**   My entire career of 30-plus years has been involved with
4:45PM 4   clinical research.
4:45PM 5   **Q.**   Did it start here at the University of San Francisco?
4:45PM 6   **A.**   It did.  If you'll notice the years, I was training right
4:45PM 7   during the AIDS epidemic -- in one of the epicenters of AIDS
4:45PM 8   epidemic before it even had a name.
4:45PM 9            So I was seeing in my clinic, patients with unusual
4:45PM 10  cancers, very rare infectious diseases, and really had a
4:45PM 11  limited number of therapies that I could offer them.
4:45PM 12  **Q.**   Okay.  And throughout your career, it looks like --
4:45PM 13  there's a long list here on the second page.
4:45PM 14           And you went from UC San Francisco -- I want to make
4:46PM 15  sure we can hear my voice -- UC San Francisco to UC San Diego.
4:46PM 16           Did you decide to go there?  Were you recruited away?
4:46PM 17  How did that work?
4:46PM 18  **A.**   I was recruited, actually, by the University of
4:46PM 19  California, San Diego, from the University of California, San
4:46PM 20  Francisco.  And I was really attracted to the fact that they
4:46PM 21  wanted me to head up an AIDS and cancer program at University
4:46PM 22  of California, San Diego, given my experience in San Francisco.
4:46PM 23  And San Diego too was very hard hit by the AIDS epidemic.
4:46PM 24           In addition, I saw patients on the medical wards, on
4:46PM 25  the oncology wards.  And I also took care of the hemophilia

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:46PM  1   patients, because they too were very hard hit by the AIDS

4:46PM  2   epidemic.

4:46PM  3   Q.   Now, we have a full 12 minutes left, so I'll make sure you

4:46PM  4   slow down just a little bit, Doctor.

4:46PM  5        After you leave UC San Diego, for 12 years, it says

4:47PM  6   you're at the National Cancer Institute.  Can you please

4:47PM  7   explain what the National Cancer Institute is to the jury.

4:47PM  8   A.   So the National Cancer Institute is really the nation's

4:47PM  9   premiere institute in research both in basic science and what I

4:47PM  10  call translational science, trying to move from the lab to the

4:47PM  11  clinic and really an enormous amount of resources for clinical

4:47PM  12  research, for studying the spectrum of diseases and how cancer

4:47PM  13  develops.

4:47PM  14       And so it's really a premiere institute that actually

4:47PM  15  started back in the 1950s with treating children with acute

4:47PM  16  leukemia when there was nothing available.

4:47PM  17       So it's really helped populate the United States with

4:47PM  18  cancer centers, with oncology clinics, many of the places where

4:47PM  19  some of these patients that we'll be talking about during this

4:47PM  20  trial may have been seen.

4:47PM  21  Q.   You said it populates cancer centers across the country.

4:48PM  22       What do you mean by that?

4:48PM  23  A.   We help accredit -- people have to apply to be a cancer

4:48PM  24  center, an NCI-accredited comprehensive cancer center.  So

4:48PM  25  there's certain qualifications in order to be a cancer center.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:48PM 1    So, initially, when I was there, there were about 60
4:48PM 2 cancer centers across the country, and that's grown over time.
4:48PM 3    Basically, there was a National Cancer Institute, but
4:48PM 4 we were trying to really populate the entire United States with
4:48PM 5 centers of excellence and places where people could go to get
4:48PM 6 quality care.
4:48PM 7 Q.   Okay.  And your CV mentions three different positions that
4:48PM 8 you held there.
4:48PM 9    Have you described all of those yet?
4:48PM 10 A.   I haven't described any of them yet.
4:48PM 11 Q.   Okay.  Well, why don't we just tell the jury what your
4:48PM 12 three positions were there.  And if you can, just to sort of
4:48PM 13 shortcut this, can you tell them which, if any of them,
4:48PM 14 involved -- you had involvement in clinical research?
4:48PM 15 A.   So all of them -- all the positions were involved with
4:49PM 16 clinical research.  So, immediately, from going to treating
4:49PM 17 care of the individual patients in the clinic, handling the
4:49PM 18 issues at hand, I came to a position where I was actually
4:49PM 19 looking at how can I help what's -- what can make an impact
4:49PM 20 across the entire United States in terms of how to help cancer
4:49PM 21 patients.
4:49PM 22    So there I was involved with the Clinical Trials
4:49PM 23 Network in what's called the cancer therapy evaluation program,
4:49PM 24 and I was a senior investigator there for five nears.  I worked
4:49PM 25 across the spectrum of cancers from everywhere to

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:49PM  1   first-in-human -- what we call first-in-human Phase I clinical

4:49PM  2   trials to later-stage clinical trials where we're initially

4:49PM  3   looking at safety and then looking to see whether or not the

4:49PM  4   drug product actually works and is it safe.

4:49PM  5          And we had over 25,000 patients a year on clinical

4:49PM  6   trials in the Phase II and Phase III programs and several

4:49PM  7   thousand patients a year on some of these early Phase I

4:50PM  8   clinical trials.

4:50PM  9          After that --

4:50PM  10  Q.   Let me interrupt you there just one second.  I'm going to

4:50PM  11  let you keep going.  But you were talking about different

4:50PM  12  phases of tries.

4:50PM  13         The jury has heard a lot about a couple of clinical

4:50PM  14  trials, TAX 316 and TAX 301.  And I know you've reviewed some

4:50PM  15  stuff on those.

4:50PM  16         What phase trials were those?

4:50PM  17  A.   So those are what we call pivotal Phase III trials.  Those

4:50PM  18  are the trials where you've already done the first-in-human and

4:50PM  19  in -- usually, in oncology, those are in cancer patients.

4:50PM  20  They're not just in volunteer -- normal, healthy volunteers.

4:50PM  21         You know, it's done that way primarily because -- I

4:50PM  22  wish it were different, but our drugs are toxic.  So it

4:50PM  23  wouldn't be ethical to give it to a human volunteer.  So,

4:50PM  24  instead, we give it to patients who actually have the disease

4:50PM  25  under investigation to see whether or not it's safe and what

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:50PM  1   dose might be safe.

4:50PM  2   **Q.**   Okay.  I didn't want to -- I hated to interrupt there, but

4:51PM  3   I want to because we've talked about some trials thus far.

4:51PM  4         Can you continue with what you did at NCI?

4:51PM  5   **A.**   Well, I do just want to make one more comment.

4:51PM  6         After the Phase I, then Phase II trials are really

4:51PM  7   trying to find out whether the drug works.

4:51PM  8         And the Phase III trials, the ones that you've heard

4:51PM  9   about, I guess, over the last two days, are the trials that

4:51PM  10  usually -- are the large trials that show -- confirms whether

4:51PM  11  or not the drug works and also the magnitude of effect of that

4:51PM  12  product.

4:51PM  13  **Q.**   Okay.  Let me try to shortcut it a little bit more,

4:51PM  14  because I'm going to jump down to your last title at NCI.  It

4:51PM  15  says "acting director."

4:51PM  16        Acting director of what?

4:51PM  17  **A.**   Acting director of the division of cancer treatment and

4:51PM  18  diagnosis.  So as -- I was first deputy director, and then I

4:51PM  19  was acting director of the division.

4:51PM  20        There's four divisions at the National Cancer

4:51PM  21  Institute.  The National Cancer Institute is headed by a

4:51PM  22  presidentially appointed director.  And under that director are

4:51PM  23  several divisions of the National Cancer Institute.  I headed

4:52PM  24  up the largest division there called cancer treatment and

4:52PM  25  diagnosis.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

<div style="padding-left:2em">

4:52PM   1            And that had several programs, including the

4:52PM   2   program that I initially started at, the cancer therapy

4:52PM   3   evaluation program, but it also had the cancer diagnostic

4:52PM   4   program, where we were working on a variety of different types

4:52PM   5   of tools to help identify and detect cancer.

4:52PM   6            Third was the cancer imaging program, where we

4:52PM   7   developed very novel -- traditional types of imaging that

4:52PM   8   you're probably very familiar with, CT scans and MRIs, but also

4:52PM   9   other very innovative type of imaging that can help really see

4:52PM   10  a tumor at a very tiny stage in its development.

4:52PM   11           In addition, I headed up a program in biometrics

4:52PM   12  and biostatistics, which is the group that really helps inform

4:52PM   13  the design of clinical trials.

4:52PM   14           And the last one I think is important is the

4:53PM   15  development therapeutics program.  That's really a key division

4:53PM   16  in that division that actually discovers and develops new

4:53PM   17  compounds.  And it was particularly involved with some of the

4:53PM   18  taxanes that came through during that time period.

4:53PM   19  Q.   Okay.  Now, for the next several years, up until about

4:53PM   20  2011, after the National Cancer Institute, you have a number of

4:53PM   21  positions that you hold over a seven-year period.

4:53PM   22           Can you just briefly summarize those for us.

4:53PM   23  A.   Yes.  So I went from the National Cancer Institute to

4:53PM   24  what's called the Translational Genomics Research Institute.

4:53PM   25  That was the time the human genome was being sequenced, and the

</div>

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

4:53PM   1   head of that program started a new institute in Phoenix.  And

4:53PM   2   he recruited me to be his head of clinical sciences.

4:53PM   3        So I wasn't the basic scientist, but I was the person

4:53PM   4   who was trying to translate what they found in the lab to

4:53PM   5   things that could be applicable to patients in the clinic.  So

4:54PM   6   we were trying to develop diagnostics that could help align

4:54PM   7   patients to treatments that they would be more likely to

4:54PM   8   benefit from.

4:54PM   9   **Q.**   Okay.  I'm going to jump all the way down.  Because we can

4:54PM  10   see your CV on the screen, the other appointments here or

4:54PM  11   positions you held.

4:54PM  12        But I want to drop down to 2007 through 2011.  It

4:54PM  13   appears that you worked for two different pharmaceutical

4:54PM  14   companies.

4:54PM  15   **A.**   That's right.  So I had worked in academics.  I worked in

4:54PM  16   the federal government.  I'd worked at Research Institute?

4:54PM  17        But I wanted to understand how do you really develop

4:54PM  18   drugs in industry.  So there was a new pharmaceutical company

4:54PM  19   that was the first company to come to Phoenix, Arizona.  And

4:54PM  20   they recruited me to be their first chief medical officer.

4:54PM  21        And there, it was really getting to everything -- you

4:54PM  22   know, from the kitchen sink to everything.  It's a small

4:54PM  23   company, and you do everything but, basically, designing the

4:54PM  24   Phase I clinical trials and also designing the Phase III

4:55PM  25   clinical trials.

OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

1    I stayed there for a year.  But the clinical trial

2  that I designed, developed, and implemented went on to -- and

3  it was in patients with cancer pain, testing a new type of pain

4  treatment for those individuals.  And it went on to be a

5  successful trial and eventually got NDA -- new drug approval

6  for that product.

7  Q.  What did you do at Amgen?

8  A.  So at Amgen -- so I worked at a small company focused on

9  one product, finite resources.  And I wanted to go to a bigger

10 biopharmaceutical company to understand, you know, quite a bit

11 more about how other types of drug products could be developed.

12     And, there, I was in global development and worked

13 across a broad spectrum of different types of therapeutic

14 products in a broader spectrum of different types of cancers.

15 Q.  Okay.  Still involved, all through all of this time that

16 we talked about, in clinical research?

17 A.  That's right.

18 Q.  Okay.  I'm going to jump quickly through the several

19 pages.

20 A.  Okay.

21 Q.  Have you published in peer-reviewed medical and scientific

22 journals?

23 A.  Yes, I have published original articles, book chapters,

24 been editor of books, and also published conference reports,

25 the last one of which I held at the National Institutes of

ELLEN FEIGAL - VOIR DIRE

4:56PM   1   Health in January of this year where they -- I had the
4:56PM   2   assistant secretary of Health and Human Services, Brett Giroir,
4:56PM   3   give the opening keynote.  And I published the summary of that
4:56PM   4   workshop just last month in the Journal of Nature Immunology.
4:56PM   5   **Q.**   Okay.  I want to jump ahead.  If you have your -- do you
4:56PM   6   have your CV in front of you?
4:56PM   7   **A.**   I gave it to you.
4:56PM   8   **Q.**   You gave it to me.  Thank you.  I'm going to jump ahead to
4:56PM   9   page 14.  You can look at the screen.
4:56PM   10  **A.**   I'll just look at the screen.
4:56PM   11  **Q.**   Teaching is here.  And it says, "American course on drug
4:57PM   12  development and regulatory sciences, Washington, D.C., and San
4:57PM   13  Francisco, California."
4:57PM   14          In one minute or less, can you tell us what that is.
4:57PM   15  **A.**   In 2007, I worked with the Food and Drug Administration
4:57PM   16  with the European pharmaceutical center in Basel, Switzerland,
4:57PM   17  and the University of California, San Francisco, to start an
4:57PM   18  educational program for how could we educate people who are
4:57PM   19  interested in developing drugs on modern ways, more efficient
4:57PM   20  ways and, hopefully, less costly ways to develop new products.
4:57PM   21          So I launched this program in 2007, and I was the
4:57PM   22  first director of that program.  And that program, I'm happy to
4:57PM   23  say, continues to this day.
4:57PM   24  **Q.**   Okay.  You said it continues to this day.  Do you still
4:57PM   25  teach with it?

OFFICIAL TRANSCRIPT

4:57PM   1   **A.**   Yeah, actually.

4:57PM   2   **Q.**   When did you last teach in it?

4:57PM   3   **A.**   Yesterday.  I actually taught at the opening session.  So

4:57PM   4   I did a very quick trip from here to Washington, D.C., so that

4:58PM   5   I can open the session for the program.

4:58PM   6   **Q.**   Now, you were in this courtroom earlier this week; right?

4:58PM   7   **A.**   Yes, I was.

4:58PM   8   **Q.**   You went to Washington to teach this course --

4:58PM   9   **A.**   Yes.

4:58PM  10   **Q.**   -- and you came back?

4:58PM  11   **A.**   Right.

4:58PM  12   **Q.**   Okay.

4:58PM  13           **MR. MICELI:**  Your Honor, I tender Dr. Ellen Feigal as

4:58PM  14   an expert in clinical research, clinical study design and

4:58PM  15   interpretation, and general causation.

4:58PM  16                Any objection?

4:58PM  17           **MR. STRONGMAN:**  No objections to the subject matters.

4:58PM  18           **THE COURT:**  Okay.  Court's going to accept Dr. Feigal

4:58PM  19   as an expert in the field of clinical research, clinical study

4:58PM  20   design, interpretation -- study design and interpretation and

4:58PM  21   general causation, qualified to render opinions.

4:58PM  22           **MR. MICELI:**  Your Honor, let the record reflect it's

4:58PM  23   4:59.

4:58PM  24           **THE COURT:**  I wasn't going to let you say one more

4:58PM  25   word.

OFFICIAL TRANSCRIPT

4:58PM  1      Ladies and gentlemen, we're going to recess
4:59PM  2  tonight until tomorrow morning at 8:30.  Let me remind you and
4:59PM  3  admonish you, again, that you should not discuss this case
4:59PM  4  amongst yourselves or with anyone else.  You should do no
4:59PM  5  independent research.
4:59PM  6      Leave your tablets on your seats.  They will be
4:59PM  7  taken care of by my staff and undisturbed.
4:59PM  8      And, again, as I have repeatedly admonished you,
4:59PM  9  it's just better if, when you get here, you go directly into
4:59PM  10  the jury room to avoid contact with anyone.
4:59PM  11      If you should contact anyone, just have no
4:59PM  12  communications.
4:59PM  13      With that, Court's at recess until 8:30 tomorrow
4:59PM  14  morning.
4:59PM  15          **THE DEPUTY CLERK:**  All rise.
4:59PM  16          (WHEREUPON, the jury exited the courtroom.)
5:00PM  17          **THE COURT:**  Is there anything we need to take up
5:00PM  18  before our everyday meeting?  Anything on the record?
5:00PM  19          **MR. MICELI:**  I don't believe so.
5:00PM  20      Mr. Strongman and I spoke earlier today.  I
5:00PM  21  added one other demonstrative and we agreed to it.  I provided
5:00PM  22  him one.
5:00PM  23      Do you still want to look at the other one, the
5:00PM  24  changed, the wording of the one we discussed?
5:00PM  25          **MR. STRONGMAN:**  No, no, that's fine.

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 5:00PM | 1 |
| 5:00PM | 2 |
| 5:00PM | 3 |
| 5:00PM | 4 |
| 5:00PM | 5 |
| 5:00PM | 6 |
| 5:00PM | 7 |
| 5:00PM | 8 |
| 5:00PM | 9 |
| 5:00PM | 10 |
| 5:00PM | 11 |
| 5:00PM | 12 |
| 5:01PM | 13 |
| 5:01PM | 14 |
| 5:01PM | 15 |
| 5:01PM | 16 |
| 5:01PM | 17 |
| 5:01PM | 18 |
| 5:01PM | 19 |
| 5:01PM | 20 |
| 5:01PM | 21 |
| 5:01PM | 22 |
| 5:01PM | 23 |
| 5:01PM | 24 |
| 5:01PM | 25 |

1    **MR. MICELI:**  We were able it work that out.

2          **THE COURT:**  Okay.  Great.

3          All right.  I will tell you that I believe all

4    of the cuts related to Dr. --

5          Dr. Feigal, if you want to walk out, you're

6    certainly free.

7          **MR. MICELI:**  If you want to, we may be here for a

8    little while.  We can't talk about any testimony, but I can see

9    you.

10          **THE WITNESS:**  Okay.  Thank you.

11          **THE COURT:**  We have worked through the cuts on

12    Kopreski.  So that should be done.  But I'm curious, I still

13    have --

14          **MR. COFFIN:**  Can I just mention one thing before we

15    go off the record, Your Honor.

16          I just wanted to make the Court aware and the

17    defense counsel aware that plaintiffs filed a motion in limine

18    this afternoon.  I have a copy here.  I can give defense

19    counsel a copy.  It has to do with the American Cancer Society

20    pamphlet that was brought up the other day.  I don't know if

21    it's going to be brought again, but in the event that it is, we

22    filed a motion.  It was just filed, like --

23          **MR. MOORE:**  We'll have to look at it, Your Honor, and

24    see if we can source someone to prepare a response.

25          **THE COURT:**  You know, Mr. Moore, how big is this

OFFICIAL TRANSCRIPT

5:01PM   1   thing?

5:01PM   2          **MR. COFFIN:**  I haven't read it, Your Honor.  I was

5:02PM   3   just handed it.

5:02PM   4          **THE COURT:**  Okay.

5:02PM   5             It's two pages.  No -- I'm not trying to be

5:02PM   6   cute, I'm just -- because what I'm saying is, what I was going

5:02PM   7   to ask, most respectfully, is that you not give me 20 pages.

5:02PM   8   So I was even thinking, you know, this may be something that we

5:02PM   9   could handle just orally.

5:02PM   10         **MR. RATLIFF:**  Your Honor, we -- we already have

5:02PM   11  someone working on an opposition.  I have already told them to

5:02PM   12  make it very short, so we can file it in the morning.

5:02PM   13         **THE COURT:**  Okay.

5:02PM   14         **MR. RATLIFF:**  Two pages.  Two pages.

5:02PM   15         **THE COURT:**  No more than two pages.

5:02PM   16         **THE WITNESS:**  Understood, Your Honor.

5:02PM   17         **THE COURT:**  Let's go in the back.  We can talk about

5:02PM   18  that.

5:02PM   19         **MR. COFFIN:**  Thank you, Judge.

5:02PM   20         (WHEREUPON, the proceedings were concluded.)

         21

         22

         23

         24

         25

OFFICIAL TRANSCRIPT

1 　　　　　　　　　　　　　　　*****

2 　　　　　　　　　　　　__CERTIFICATE__

3 　　　　　I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4 for the United States District Court, Eastern District of

5 Louisiana, do hereby certify that the foregoing is a true and

6 correct transcript, to the best of my ability and

7 understanding, from the record of the proceedings in the

8 above-entitled and numbered matter.

9

10

11 　　　　　　　　　　　　　__s/Jodi Simcox, RMR, FCRR__
　　　　　　　　　　　　　　Jodi Simcox, RMR, FCRR
12 　　　　　　　　　　　　　　Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

　　　　　　　　　　　　OFFICIAL TRANSCRIPT