UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:16-cv-05923,
Cynthia Thibodeaux, Case No. 2:16-cv-15859.

### DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES, INC.'S MOTION TO COMPEL

Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services, Inc. (collectively, "Sanofi" or "Defendants") respectfully request the Court grant Sanofi's Motion to Compel. In accordance with Federal Rule of Civil Procedure 37(a)(1), Sanofi has met and conferred with Plaintiffs' counsel in an attempt to resolve this dispute before filing the present motion. As more fully set forth in the attached Memorandum of Law, the Court should grant Sanofi's motion because bellwether plaintiffs Sheila Crayton and Cynthia Thibodeaux have not fulfilled their obligation to comply with court-ordered productions or respond to Sanofi's written discovery requests.

Date: October 30, 2019

        Respectfully submitted,

        <u>/s/ *Douglas J. Moore*</u>
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Harley V. Ratliff
        Adrienne L. Byard
        Kelly Bieri
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com
        kbieri@shb.com

        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        */s/ Douglas J. Moore*

2