# EXHIBIT D

| | |
|---|---|
| **From:** | Bieri, Kelly (SHB) |
| **Sent:** | Tuesday, October 16, 2018 8:45 AM |
| **To:** | Lauren Godshall |
| **Cc:** | Harmon, Jason R. (SHB); Betsy Barnes; Rick Root |
| **Subject:** | RE: Taxotere: Sheila Crayton |

Lauren,

Thank you for your email. In reviewing the materials recently uploaded to MDL Centrality, it is clear that plaintiff has only produced a few pages from the literature in her possession related to cancer and cancer treatment. As an initial matter, plaintiff should have produced copies of the entire content of these books instead of inappropriately self-limiting the pages produced from these materials. Please upload the entire contents of these cancer related materials by Wednesday, October 17 at noon. If you do not intend to do so, please let me know today, as I will plan to send someone to your office to make copies on Wednesday and we can address with Magistrate North as necessary.

Notably not included in the limited materials provided by plaintiff were the documents she specifically testified at deposition were in her possession. As you undoubtedly recall, Ms. Crayton testified that she had in her desk at home handouts received from her prescribing oncologist, Dr. Sekar as well as cancer-treatment related printouts that her daughter provided to her (*See* Crayton Dep., at 143:6-145:4). As such, I was surprised to see that these were not in her production. Please produce these by noon on Wednesday, October 17. Alternatively, confirm that plaintiff does not have these documents in her possession.

In addition to the limited literature excerpts, Ms. Crayton produced three additional photographs. Each of these three photographs are dated as taken in 1991, some 17 years before Ms. Crayton received chemotherapy in 2008. This was surprising as Ms. Crayton explicitly testified that she additional photographs including photographs taken of her as recently as 2007 (*Id.* at 82:17-83:4).

Ms. Crayton testified that her daughter Jyan Crayton was solely responsible for selecting the photographs initially produced to sanofi and plaintiff corrected the date taken of numerous of the photographs produced (as well as noting that two of the photographs produced were not even photographs of plaintiff) (*Id.* at 63:25-64:10; 68:16-69:8). Given that the two photographs represented as taken in 2007 do not depict Ms. Crayton and that she testified that the photographs produced as taken of her in 2002 and 2003 were actually taken in the mid 1980's, **the most recent "before" photograph produced to sanofi was taken in 1996, some twelve years before her chemotherapy** (*Id.* at 63:-12-14; 65:1-66:4; 82:2-7). Again, this was surprising given Ms. Crayton's testimony that more recent photographs of her exist. Similarly, two photographs were produced to sanofi as being taken in 2011; however, Ms. Crayton testified these photos were actually taken in 2008 - *during* Ms. Crayton's chemotherapy treatment. **Thus, Ms. Crayton has not produced any photographs of herself in the 12 years prior to chemotherapy nor produced any photographs in the 8 years after chemotherapy ----- meaning that plaintiff has failed to produce any photographs in the 20 years surrounding her chemotherapy treatment save two *during* chemotherapy photos.** As you are aware, the Court has repeatedly indicated that plaintiffs must produce photographs within the 5 years prior to chemotherapy. Because plaintiff has not produced photographs in the relevant time frame she is subject to dismissal.

Finally, I would like to schedule the continuation of Ms. Crayton's deposition as well as the deposition of Ms. Jyan Crayton. I would like to take these on **October 25 (plaintiff) and October 26 (Jyan Crayton)**. Please advise if you will be producing Ms. Jyan Crayton for deposition. Alternatively, if you are not representing Ms. Jyan Crayton for her deposition, I will subpoena her.

thanks,

Kelly

---

**From:** Lauren Godshall <lgodshall@morrisbart.com>
**Sent:** Tuesday, October 2, 2018 4:48 PM
**To:** Bieri, Kelly (SHB) <KBIERI@shb.com>
**Cc:** Harmon, Jason R. (SHB) <JHARMON@shb.com>; Betsy Barnes <bbarnes@morrisbart.com>; Rick Root <rroot@morrisbart.com>
**Subject:** RE: Taxotere: Sheila Crayton

Dear Kelly,

Ms. Crayton's home search turned up the materials we have now uploaded in MDL Centrality. In several cases, we produced excerpts, including title pages and tables of contents and relevant chapters, for lengthy medical texts; we will provide the entire texts at the deposition. If you or local counsel would like to come here to review the books prior to the deposition, please let me know.

Lauren

---

**From:** Bieri, Kelly (SHB) [mailto:KBIERI@shb.com]
**Sent:** Friday, September 28, 2018 3:05 PM
**To:** Lauren Godshall
**Cc:** Harmon, Jason R. (SHB); Betsy Barnes; Rick Root
**Subject:** Taxotere: Sheila Crayton

Lauren,

As you recall, Ms. Crayton testified during her deposition of the existence at her home of additional photographs and materials related to her cancer treatment, including photographs and chemotherapy materials provided by Dr. Sekar, cancer printouts, and cancer-related books.  It has now been over a week since Ms. Crayton's deposition, during which we contacted Magistrate Judge North who instructed plaintiff's counsel to marshal any addition materials to be produced so that a continuation of her deposition could occur.  Given the scheduling order and other discovery to be conducted, we need to proceed with the continuation of Ms. Crayton's deposition.  Accordingly, please produce these materials (and any other materials required by the PFS or PTO 71A) by Tuesday, October 2.


Kelly

**Kelly G. Bieri**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2109 | kbieri@shb.com

