# EXHIBIT E

| | |
|---|---|
| From: | Dawn Barrios <barrios@bkc-law.com> |
| Sent: | Tuesday, October 22, 2019 2:05 PM |
| To: | Bieri, Kelly (SHB); Betsy Barnes |
| Cc: | Rick Root; p lambert; Baehr, Jordan (SHB); Ratliff, Harley (SHB) |
| Subject: | RE: Taxotere: Cynthia Thibodeaux and Sheila Crayton meet and confer |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**EXTERNAL**

Kelly-
I am responding for the Bart attorneys as they are at a conference all this week.  Are you free next Tuesday, Oct 22 for the meet and confer?  The time is fairly flexible, so let me know what is good for you.
Thanks,
d

Dawn M. Barrios



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Bieri, Kelly (SHB) <KBIERI@shb.com>
**Sent:** Monday, October 21, 2019 5:15 PM
**To:** Betsy Barnes <bbarnes@morrisbart.com>
**Cc:** Rick Root <rroot@morrisbart.com>; Dawn Barrios <barrios@bkc-law.com>; p lambert <plambert@gainsben.com>; Baehr, Jordan (SHB) <JBAEHR@shb.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Subject:** Taxotere: Cynthia Thibodeaux and Sheila Crayton meet and confer
**Importance:** High

# Good afternoon, Betsy,

I write to follow-up on my letters (attached), in which Sanofi requested plaintiffs provide complete written discovery responses and production of the photographs and other items specified. To the extent you objected to providing complete written discovery responses or producing any of the items or information, we requested you identify the basis of your objection and provide your availability for a meet and confer today.  We have received no response to our letters, either by way of substantive responses/production or by providing availability for a meet and confer.  Please let me know today your availability for a meet and confer on Tuesday, October 22 or Wednesday, October 23.

I look forward to speaking with you.

best,

Kelly

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.