# EXHIBIT F

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3   * * * * * * * * * * * * * * * * * * * * * *
 4   SHEILA CRAYTON,                    CASE NO.
             Plaintiff,                 2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC.,
             Defendants.
 8
 9
10   * * * * * * * * * * * * * * * * * * * * * *
11                     DEPOSITION
                           OF
12
                       SHEILA CRAYTON
13
         Taken on Wednesday, September 19, 2018
14
              Commencing at 9:06 a.m.
15
                  at the offices of
16
                    MORRIS BART, LLC
17
                   601 Poydras Street
18
                 New Orleans, Louisiana
19
20
21
22
23
24
25               Job No. NJ3006994
```

1     A.   Yes.
2     Q.   How long have you had -- is it in your
3  purse?
4     A.   Yes.
5     Q.   How long have you had the phone that's in
6  your purse?
7     A.   About three months.
8     Q.   What kind of phone is it?
9     A.   Samsung.
10    Q.   Did you have a cell phone before the Samsung
11 phone?
12    A.   No.
13    Q.   That's your first cell phone?
14    A.   Yes.
15    Q.   Do you have a home phone?
16    A.   Yes.
17    Q.   Do you take any pictures on your new cell
18 phone?
19    A.   My daughter has.
20    Q.   Your daughter has?
21    A.   Yes.
22    Q.   What does she take pictures of?
23    A.   Of me on my birthday.
24    Q.   And your birthday was on September 3rd?
25    A.   Yes.

```
 1       Q.   And are those pictures currently on your
 2   phone?
 3       A.   Yes.
 4       Q.   Any other pictures on your phone?
 5       A.   Yes.
 6       Q.   And what are they of?
 7       A.   Of me.
 8       Q.   And taken by whom?
 9       A.   My daughter.
10       Q.   How many pictures of you do you think are on
11   your phone?
12       A.   Maybe four.
13       Q.   Ms. Crayton, I'd that you preserve those
14   photographs that are on your phone.
15            Do you have a camera?
16       A.   Yes.
17       Q.   What kind of camera is it?
18       A.   I can't remember.  I don't use it anymore.
19       Q.   You used to though?
20       A.   Yes.
21       Q.   Do you still own it?
22       A.   Yes.
23       Q.   Is it still in your house?
24       A.   (No response.)
25       Q.   You used to take pictures with it?
```

1       Tell me what your estimate is.
2       A.  About 46.
3       Q.  You think that you were 46 years old in this
4  photograph?
5       A.  44.  44.
6       Q.  And why do you think that you were --
7       A.  I think 44.
8       Q.  Why do you think that you were 44 in this
9  photograph?
10      A.  The decorations and the clothes that I have
11 on.
12      Q.  So what year do you think this photograph
13 was taken?
14      A.  1994 -- no, 1996.
15      Q.  Where did you find this photograph to
16 produce it in litigation?
17      A.  Photo album.
18      Q.  The one that's in -- one of the ones that's
19 in your den?
20      A.  Yes.
21      Q.  Why did you pick this photograph and the
22 photographs that were marked as Exhibit Nos. 5 and 6
23 to produce in this litigation?
24      A.  My daughter did that.
25      Q.  Your daughter identified the photographs to

Page 64

1  give to --
2      A.  Yes.
3      Q.  -- your lawyers in this case?
4      A.  Yes.
5      Q.  Your daughter Jyan?
6      A.  Jyan, yes.
7      Q.  Did you provide any input in that process or
8  did she completely handle identifying the
9  photographs?
10     A.  She completely handled it.
11     Q.  In Exhibit 7 is your natural hair depicted
12 in this photograph?
13     A.  Yes.
14     Q.  Any artificial hair in the photograph?
15     A.  No.
16     Q.  How is it styled?
17     A.  Again, curly.
18         THE REPORTER:  I'm sorry?
19         THE WITNESS:  Curly, curly, curls.
20 BY MS. BIERI:
21     Q.  You had used rollers on your hair?
22     A.  Yes.
23     Q.  And your hair had been relaxed within the
24 last six to eight weeks?
25     A.  Yes.

1        (Witness peruses document.)
2    A.  I don't know.
3    Q.  Have you ever seen this photograph before?
4    A.  No.
5    Q.  Okay.
6        Did you know that it was produced as a
7    photograph of you?
8    A.  No.
9    Q.  Okay.
10       This is not you?
11   A.  It is not me.
12   Q.  Did you review in any way the photographs
13   that your daughter selected to produce in this
14   litigation after she got it ready?
15   A.  Did I what?
16   Q.  You said that your daughter went through and
17   picked out the photographs to be produced in this
18   litigation, right?
19   A.  Yes.
20   Q.  Did you look at the ones that she had
21   selected before they were produced to us counsel?
22   A.  No.
23   Q.  Did she give them directly to your counsel?
24   A.  I can't remember.
25   Q.  Did you ever have the photographs that were

Page 69

1  given to your counsel to be produced in this
2  litigation?
3      A.  Yes.
4      Q.  So you could have looked at them if you
5  wanted to, correct?
6      A.  Yes.
7      Q.  But you chose not to?
8      A.  Correct.
9      Q.  I hand you what is being marked as
10 Deposition Exhibit No. 11.  Who is being depicted in
11 Deposition Exhibit No. 11?
12          (Whereupon Exhibit No. 11, a photograph, was
13          marked for Identification.)
14          (Witness peruses document.)
15     A.  I don't know.
16     Q.  Is Deposition Exhibit No. 11 a photograph of
17 you?
18     A.  No.
19     Q.  100 percent sure?
20     A.  Yes.
21     Q.  I hand you what is being marked as
22 Deposition Exhibit No. 12.  I'm actually going to
23 hand to you two exhibits at one time.  What is being
24 marked as Deposition Exhibit No. 12, and there are
25 three individuals in that photograph, an adult and

Page 71

1      A.   Yes.
2      Q.   And your other granddaughter?
3      A.   Jalissa.
4      Q.   That's Jalissa Warner?
5      A.   Yes.
6      Q.   How old is Jalissa today?
7      A.   29.
8      Q.   And how old is Rian?
9      A.   She's 15.
10     Q.   When were Deposition Exhibit Nos. 12 and 13
11 taken?
12     A.   I would say 2008.
13     Q.   Were they taken while you were undergoing
14 chemotherapy?
15     A.   Yes.
16     Q.   Do you know what month in 2008 they were
17 taken?
18     A.   No.
19     Q.   Well, you had -- I'm going to say two blocks
20 of chemotherapy?
21     A.   Yes.
22     Q.   You had four rounds radiation and then four
23 rounds after radiation?
24     A.   Right.
25     Q.   Do you know where in the progression of your

Page 72

1   cancer treatment in 2008 Deposition Exhibit Nos. 12
2   and 13 were taken?
3       A.  No.  I know that it was 2008 because I was
4   still going through chemo, but the exact months, no.
5       Q.  Do you know if it was during the first block
6   of chemotherapy or the second block of chemotherapy?
7       A.  It was the first.
8       Q.  So during your chemotherapy with Adriamycin
9   and cyclophosphamide?
10      A.  Yes.
11      Q.  And in this photograph, had you -- your hair
12  looks short in this photograph.  Had you
13  intentionally shaved your hair short?
14      A.  No, it was from the -- it was from the
15  chemo.
16      Q.  So is this when your hair was in the process
17  of falling out?
18      A.  Yes.
19      Q.  Your hair began to fall out when you were
20  taking the Adriamycin and the cyclophosphamide; is
21  that right?
22      A.  I can't remember exactly.  I know it was
23  after surgery.
24      Q.  Your hair started to fall out after you
25  started chemotherapy, correct?

1      A.   Correct.
2      Q.   And this picture was taken after your hair
3  started to fall out; is that correct?
4      A.   Yes.
5      Q.   And this photograph was taken during the
6  first block of chemotherapy; is that correct?
7      A.   Yes.
8      Q.   And when I say "this photograph", I mean
9  both photographs depicted in Exhibit Nos. 12 and 13
10 because those were taken on the same day, correct?
11     A.   Yes.
12     Q.   And are Exhibit Nos. 12 and 13 true and
13 accurate representations of you in 2008?
14     A.   Yes.
15     Q.   And are they true and accurate
16 representations of you during chemotherapy with
17 Adriamycin and cyclophosphamide?
18     A.   Yes.
19     Q.   I hand you what's being marked as Deposition
20 Exhibit No. 14.  It's noted as PPR 106.  I will also
21 hand you what is being marked as Deposition Exhibit
22 No. 15, which is PPR 107.  These photographs were
23 identified to us as being taken in 2000 -- let me
24 scratch that.  The photographs represented in
25 Exhibit Nos. 14 and 15 were identified to defendants

Page 82

1      A.   Repeat the question.
2      Q.   We looked at two photographs from 1979.  A
3  photograph -- two photographs that you think were
4  taken in '84 or '86 and one photograph taken in
5  1996.  Do you think that you have additional
6  photographs that depict you beyond those?
7      A.   Yes.
8      Q.   And do you have more photographs that depict
9  you beyond the ones that we talked about today that
10 were taken before 2008?
11     A.   Yes.
12     Q.   And those are at your house?
13     A.   Yes.
14     Q.   And do they depict -- do you have some that
15 depict your hair?
16     A.   Yes.
17     Q.   Do you think that you have any photographs
18 of you in 2007?
19     A.   Yeah.
20     Q.   You seem certain --
21     A.   Yeah.
22     Q.   -- that you think that you have some in the
23 books?
24     A.   Yes.
25     Q.   So even though you have in your possession

1    photographs that depict you in 2007, the most recent
2    photograph that you produced before chemotherapy to
3    the defendants was taken in 1996, correct?
4        A.   Correct.
5        Q.   Okay.
6             And then we talked about the two photographs
7    with your granddaughters that were taken in 2008.
8    The next picture that you produced were the two that
9    were marked as Exhibit Nos. 14 and 15.
10       A.   Yes.
11       Q.   Tell me when you think Exhibit Nos. 14 and
12   15 were taken.
13       A.   (No response.)
14       Q.   I'll represent to you that they were
15   presented to us as being taken in October 2016.
16            (Witness peruses document.)
17            (Witness indicating.)
18       A.   Yes.  I think this one could have been 2016.
19   Both of them.  Both of them.
20       Q.   Okay.
21            Both Exhibit Nos. 14 and 15?
22       A.   Yes.
23       Q.   So I've got a gap.  I've got the photographs
24   with your granddaughters that were taken in 2008 and
25   the next photographs I have are taken in 2016.  Do

Page 84

1   you think that you have any photographs of yourself
2   taken between 2008 and 2016?
3       A.  I think so, yes.
4       Q.  You think you have some in your photo albums
5   or in your photo boxes?
6       A.  Yes.
7       Q.  You do or --
8       A.  I think so.
9       Q.  And why have you not produced any of those
10  in the litigation?
11      A.  My daughter select the ones.
12      Q.  And you didn't think that you had an
13  obligation to produce --
14          MS. GODSHALL:  Object to form.
15  BY MS. BIERI:
16      Q.  -- any additional photographs?
17          MS. GODSHALL:  Object to form.
18      A.  I didn't select them.  I let her pick them
19  because I don't like looking at the pictures.
20      Q.  Did you ever -- all right.
21          Let me hand you what is being marked as
22  Deposition Exhibit No. 16.  Do you know what
23  Deposition Exhibit No. 16 is?
24          (Whereupon Exhibit No. 16, a Short Form
25          Complaint, was marked for Identification.)