# EXHIBIT I

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                   CASE NO. 2:16-cv-15859
 3
                      CYNTHIA THIBODEAUX,
 4                        Plaintiffs,
 5                            v.
 6      SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
          US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                        Defendants.
 8         Deposition of CYNTHIA ANN THIBODEAUX, 1600
        NORTH DORGENOIS STREET, NEW ORLEANS, LOUISIANA
 9        70119, taken in the offices of MORRIS BART &
         ASSOCIATES, on Thursday, December 14, 2017.
10
        APPEARANCES:
11
            MORRIS BART & ASSOCIATES
12          Attorneys at Law
            BY:  BETSY BARNES, Esquire
13          BY:  CHRISTINE BRANDT, Esquire
            601 Poydras Street
14          24th Floor
            New Orleans, Louisiana 70130
15
                        - AND -
16
            THE MAHER LAW FIRM
17          Attorneys at Law
            BY:  STEVEN R. MAHER, Esquire
18          271 West Canton Avenue
            Suite 1
19          Winter Park, Florida  32789
20                      - AND -
21          SIMMONS HANLY CONROY
            Attorneys at Law
22          By:  DAVID F. MICELI, Esquire
            P.O. Box 2519
23          Carrollton, Georgia  30112
24
25             ATTORNEYS FOR PLAINTIFF
```

Page 30

1  Q. Subsection O talks about communication or
2     correspondence between you and any
3     representative of defendants. You've just
4     told me that you've never had, aside from this
5     deposition, a communication with Sanofi or
6     representative of Sanofi.
7        Have you ever exchanged written
8     correspondence with someone that you believe
9     to be a representative of Sanofi?
10 A. No, I haven't.
11 Q. Subparagraph P asks for photographs, drawings,
12    slides, videos, recordings, DVDs or any other
13    media, that show your alleged injury or its
14    effect on your life.
15       Let me ask you this: Ms. Thibodeaux, do
16    you have a cell phone?
17 A. Yes.
18 Q. What kind of cell phone do you have?
19 A. I have an iPhone 7 Plus.
20 Q. Do you keep photos on that phone?
21 A. Some, yeah.
22 Q. And do you back up those photos in any way?
23 A. No.
24 Q. Do you have a computer that you use?
25 A. No.

Page 31

1  Q. Do you have a camera?
2  A. No.
3  Q. So if you want to take a picture, in 2017, how
4     are you doing it?
5  A. With my iPhone.
6  Q. Let's go -- I want to go work backwards from
7     that.  So if you wanted to take a picture in
8     2016, how would you have done that?
9  A. Same way, with the iPhone.
10 Q. If you wanted to take a picture in 2015?
11 A. iPhone.
12 Q. Prior to your iPhone, what type of phone did
13    you have?
14 A. A BlackBerry.
15 Q. Could you take pictures with the BlackBerry?
16 A. I don't remember.  I don't remember taking any
17    with it.
18 Q. When did you get the iPhone?
19 A. Maybe in 2011, '10 or '11, I'm not sure.
20 Q. I absolutely do not want to put words in your
21    mouth, so tell me if I'm wrong.  Is it fair to
22    say that, from 2011 to today, that, if you
23    took photographs, you would have done so on
24    your iPhone only?
25 A. Yes.

Page 32

1  Q. Okay.  Prior to when you got your iPhone,
2     how'd you take pictures?
3  A. I didn't.
4  Q. You didn't take any pictures in your whole
5     life before 2011?
6  A. Well, other people took pictures of me with
7     the camera, but I didn't have a camera.  I
8     just didn't do it.
9  Q. You didn't take a single picture before 2011?
10 A. I -- not that I can recall, no.  Because I
11    didn't have a -- I don't have a camera.  Still
12    don't have a camera.
13 Q. What if you take a picture on your iPhone that
14    you like and you want to keep, what do you do
15    with it?
16 A. It just stays there.  I don't have a computer
17    to back it up on.
18 Q. Let me ask you an unrelated question:  Are you
19    currently working, Ms. Thibodeaux?
20 A. No, I'm not.
21 Q. Are you retired?
22 A. Yes, I am.
23 Q. When did you retire?
24 A. July 31st of 2015.
25 Q. So you went into 2016 as a retired woman?

1       your appointment was, then I would keep that
2       letter for a while.  And after my appointment,
3       I would just discard it.
4    Q. Ms. Thibodeaux, are you on any social media?
5    A. I have a LinkedIn, yeah.
6    Q. Do you know what your name on LinkedIn is?
7    A. I think it's just my name, Cynthia Thibodeaux.
8    Q. What's your middle initial, Ms. Thibodeaux?
9    A. A.
10   Q. A?
11   A. Yes.
12   Q. And what does that stand for?
13   A. Ann.
14   Q. Are you on Facebook?
15   A. I have a link to Facebook, but people send me
16      links, I can open them, but I don't post
17      anything.  I may tell somebody happy birthday
18      or something, that's it.
19   Q. To have access to Facebook, it's my
20      understanding that you have to have a screen
21      name or an account name.  Do you know what
22      your account, your Facebook account, is under?
23   A. No, I don't.
24   Q. Have you -- when did you get your Facebook
25      account?  When did you -- strike that.

Page 40

1  Q. When did you open your Facebook account?
2  A. Maybe '15, 2015.
3  Q. You've produced some photographs in this
4     litigation.  Correct?
5  A. Yes, I did.
6  Q. When you were determining what photographs to
7     produce, did you look at your Facebook account
8     to see if there were photographs on it?
9  A. No, I didn't.
10 Q. Do you have Instagram?
11 A. No, I don't.
12 Q. Pinterest?
13 A. No.
14 Q. Google plus?
15 A. No.
16 Q. Snapchat?
17 A. No.
18 Q. YouTube?
19 A. It's on my phone, YouTube.
20 Q. But you don't have a YouTube channel?
21 A. No, no.
22 Q. Myspace?
23 A. No.
24 Q. Ever had Myspace?
25 A. No.

1     during -- during your chemotherapy treatment?
2  A. Never thought about it like that.
3  Q. You never thought, Well, my hair probably
4     won't grow back while I'm still on the
5     chemotherapy drugs, never had that thought?
6  A. No.
7  Q. But you did think your hair was going to come
8     out, because of chemotherapy?
9  A. Yes, and I also thought it would grow back.
10 Q. Why did you think it would grow back?
11 A. Because I've known people who have lost their
12    hair in chemotherapy, and it came back.
13 Q. Who -- who?
14 A. One of my mother's friends, she lost her hair
15    twice during chemo, two rounds of
16    chemotherapy, and each time it came back.
17 Q. And what was -- what's her name?
18 A. Her name was Catherine Valteau.
19 Q. How do you spell her last name?
20 A. V-A-L-T-E-A-U.
21 Q. And Ms. Valteau --
22 A. Valteau.
23 Q. -- Valteau?  Forgive me.  Was somebody who
24    your mother was close with?
25 A. Yes.

1   Q. Do you know what years she had cancer?
2   A. No, I don't.
3   Q. But you remember that her hair came back?
4   A. Correct.
5   Q. On two occasions?
6   A. Correct.
7   Q. Anyone else?
8   A. No.
9   Q. Any other basis for why you thought that your
10     hair would come back after chemotherapy?
11     Forgive me, let me strike that.
12         Any reason why you thought that your hair
13     would come back?
14  A. I thought that, it was my understanding that's
15     what happens.  You go through chemo, you lose
16     your hair and grow back.
17  Q. Sure.  And I'm just trying to understand the
18     basis of why that was your belief.
19  A. Because that's what I'd always heard from
20     people who had gone through therapy -- I mean,
21     gone through chemo, about somebody who was
22     going through chemo, nobody I knew personally,
23     other than Ms. Valteau, and their hair always
24     grew back.  So I expected mine to grow back,
25     too.  Nobody told me it wouldn't grow back.

Page 238

1              identification.)
2    EXAMINATION BY MS. BIERI:
3    Q. There is a yellow square on Exhibit 16.  Looks
4       like it was a Post-it note.  Do you agree with
5       that?
6    A. Yes.
7    Q. Does it say Cynthia, third from the left,
8       yellow shirt, pre-chemo, date unknown, 1980?
9    A. Uh-huh.
10   Q. So does the date unknown mean you're not sure
11      when in 1980 this was taken or you're not sure
12      that it was 1980?
13   A. I'm almost sure it was 1980, but I don't have
14      the exact date.
15   Q. Who are the other people in the photograph?
16   A. The lady with the yellow shirt --
17   Q. The other yellow shirt?
18   A. Yeah, the other yellow shirt right here,
19      that's -- her name is Mary.
20   Q. Mary what?
21   A. Adams.
22   Q. Okay.
23   A. The gentleman in the white shirt, I don't -- I
24      can't remember his name, he's one of my
25      brother's friends from when he was in the Air

Page 239

1    Force.  And that's me in the other yellow
2    shirt in the background.  And with the suit
3    and the tie, that's my brother.
4  Q. How would you have styled your hair in this
5    photograph?
6  A. Basically the same as this was.
7  Q. And you're pointing to Exhibit 15 when you're
8    saying that?
9  A. Fifteen, yeah.
10 Q. Is this photograph a true and accurate
11    representation of you in 1980?
12 A. Yes.
13 Q. And that was approximately 27 years before you
14    had chemotherapy.  Correct?
15 A. Yeah.
16       MS. BIERI:
17            Okay.  Let's look at what I'm handing
18       you next, which is Exhibit 17.
19            (Exhibit #17 was marked for
20       identification.)
21 EXAMINATION BY MS. BIERI:
22 Q. When was this photograph taken?
23 A. I think it was taken around the same time as
24    Exhibit 16.
25 Q. Somewhere, I have a note, potentially from MDL

Page 240

1  Centrality, that says the photograph was April
2  1st of 1994.
3       Does that seem accurate to you?
4  A. No.
5  Q. Okay. Where did you find this picture?
6  A. At my mom's house.
7  Q. How --
8       MR. MICELI:
9            Just so we're clear, I don't mean to
10           interrupt you --
11      MS. BIERI:
12           Can we go off?
13      MR. MICELI:
14           Yeah, we can go off the record.
15      MS. BIERI:
16           I just don't want it on my time.
17      MR. MICELI:
18           That's fine.
19           (Discussion off the record.)
20      MR. MAHER:
21           All right. Let's go back on.
22      MS. BIERI:
23           Yeah, yeah.
24      MR. MICELI:
25           Sorry to interrupt.

Page 241

1  EXAMINATION BY MS. BIERI:
2  Q. Okay. So how was your hair styled in Exhibit
3     17?
4  A. The same way it was in Exhibit 16.
5  Q. And you said you think that Exhibit 17 was
6     taken at about the same time as Exhibit 16?
7  A. Yes.
8  Q. And did you tell me you'd used a curling
9     product of some kind in your hair, in Exhibit
10    16 and 17?
11 A. A roller.
12 Q. Okay. And it had been relaxed or no?
13 A. Yes. I think it was relaxed then.
14 Q. Who are the other people in Exhibit 17?
15 A. The two gentlemen, that's my brother's
16    friends, they were in the Air Force with him,
17    they were in town. I can't even begin to
18    remember their names. And the lady is Mary.
19 Q. The same woman?
20 A. All in the same picture, yeah.
21       MS. BIERI:
22            Okay. Let me hand you what has been
23         marked as Exhibit 18.
24            (Exhibit #18 was marked for
25            identification.)

Page 244

1   Q. Is this your handwriting on Exhibit 19?
2   A. Yes, it is.
3   Q. Does it say "Cynthia, rear middle, pre-chemo,
4      date unknown, 2004"?
5   A. Yes.
6   Q. Do you believe -- are you in the middle of
7      taking a bite in this photo?
8   A. Yes.
9   Q. I just -- and when you say "date unknown," you
10     mean you don't know the date in 2004, that
11     this photograph was taken?
12  A. Correct.
13  Q. How had you styled your hair in this
14     photograph?
15  A. Same as in Exhibit 18, it's the same function
16     that I'm attending.
17  Q. So Exhibit 19 says date unknown, 2004.
18     Exhibit 18 that we didn't know the date for --
19  A. Uh-huh.
20  Q. -- you're saying that photograph was taken in
21     2004, as well?
22  A. Same time, yeah, same function.
23  Q. Okay. Is Exhibit 19 a true and accurate
24     representation of you --
25  A. Yes.