# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO.2740
PRODUCTS LIABILITY LITIGATION

Section "N" (5)

THIS DOCUMENT RELATES TO:     HON. KURT D. ENGELHARDT
MAG. MICHAEL NORTH

**Cynthia Thibodeaux**

### STATEMENT REQUIRED BY PTO 71
### NO ADDITIONAL ESI FOUND

Pursuant to PTO 71, I have conducted a reasonable search on each of the sources identified in paragraph 2 of PTO 71 to identify and collect potentially responsive ESI for counsel review. My search has yielded no additional ESI to produce. I do not have an employer-owned email account or know of other individuals or locations where responsive ESI may exist. I am unaware of any ESI within the scope of discovery that was lost or destroyed.

_Cynthia Thibodeaux_
Plaintiff Name

_[signature]_     1/9/18
Plaintiff's Signature     Date

_BETSY BARNES_
Counsel Name

_[signature]_     1/15/2018
Counsel's Signature     Date