# EXHIBIT K

## Written Statement Required by PTO 71A

Pursuant to PTO 71A, I certify that I have conducted a reasonable search for/on each of the sources identified in paragraph 2 of PTO 71A to identify and collect potentially responsive ESI for counsel review.

1. **YES**/NO   (circle one)    **I have a personal email account.**
   **If yes:**

   ___✓___ I have searched my personal email account for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   ___✓___ I have found no responsive documents after searching for these terms

   _____ I have found responsive documents which I have turned over to my counsel.

2. YES/**NO**   (circle one)    **I have a work email account.**
   **If yes:**

   _____ I have searched my work email account for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   _____ I have found no responsive documents after searching for these terms

   _____ I have found responsive documents which I have turned over to my counsel.

3. YES/**NO**   (circle one)    **I have a personal computer**
   **If yes:**

   _____ I have searched my personal computer for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   _____ I have found no responsive documents after searching for these terms

   _____ I have found responsive documents which I have turned over to my counsel.

4. **YES**/NO (circle one)   **I have a mobile phone and/or a tablet.**
   **If yes:**

   ____✓____ I have searched my mobile phone for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   ____✓____ I have found no responsive documents after searching for these terms

   _____ I have found responsive documents which I have turned over to my counsel.

5. YES/**NO** (circle one)   **I have a digital camera**
   **If yes:**

   _____ I have searched my digital camera for images reflecting chemotherapy, hair, and hair loss.

   _____ I have found no responsive photographs after searching for these terms

   _____ I have found responsive photographs which I have turned over to my counsel.

6. YES/**NO** (circle one)   **I have external storage devices, like thumb drives**
   **If yes:**

   _____ I have searched my external storage devices for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   _____ I have found no responsive documents after searching for these terms

   _____ I have found responsive documents which I have turned over to my counsel.

7. YES/**NO** (circle one)   **I use cloud storage or file sharing sites.**
   **If yes:**

   _____ I have searched my cloud storage or file sharing accounts for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

_____ I have found no responsive documents after searching for these terms

_____ I have found responsive documents which I have turned over to my counsel.

8. (YES)/NO (circle one)   I have social media accounts (such as a Facebook page).
   If yes:

   \_\_✓\_\_ I have searched my social media accounts for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   \_\_✓\_\_ I have found no responsive information after searching for these terms

   _____ I have found responsive information which I have turned over to my counsel.

9. YES/(NO) (circle one)   I use online bulletin boards or chat rooms.
   If yes:

   _____ I have searched my online accounts for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

   _____ I have found no responsive information after searching for these terms

   _____ I have found responsive information which I have turned over to my counsel.

10. YES/(NO) (circle one)   I have external back up devices and/or I use back up cloud services.
    If yes:

    _____ I have searched my external storage devices for these terms (a) breast cancer; (b) cancer; (c) chemotherapy; (d) chemo; (e) hair loss; (f) hair; (g) bald; (h) taxotere; (i) docetaxel; (j) taxane; (k) alopecia; (l) sanofi; (m) pharmaceutical; (n) side effect; (o) warning

    _____ I have found no responsive documents after searching for these terms

    _____ I have found responsive documents which I have turned over to my counsel.

In accordance with PTO 71A, paragraph 6A, I disclose the following employer-owned email accounts, other individuals or other locations, and resources where responsive ESI may exist, if any: I do not have an employer-owned email account.

In accordance with PTO 71A, paragraph 6B, I describe the following unique, non-duplicative ESI within the scope of discovery that was <u>lost or destroyed</u> and whether I have used any consumer backup tools, if applicable:

All storage devices were lost.

The disclosures made in this Statement are made pursuant to Federal Rule of Civil Procedure, Rule 26(g).

_/s/ Cynthia Thibodeaux_____            4-30-19
Plaintiff's Signature                              Date
**Cynthia Thibodeaux**

_/s/ Betsy Barnes_____                      5.3.19
Counsel's Signature                            Date