# EXHIBIT L

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
David Lawson, LA
Esmeralda Graham, LA, NM
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL, TX
Jeffrey Lust, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalane Loehn, LA, MA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Travis Williams, LA
Alaina Brandhurst, LA
Lindsey Topp, LA, MS, CA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Natalie Kobetz, LA
Sarah Constant, LA
Aaron Hurd, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Thelia Eaby, LA
Jacob Goehring, LA
Bevan Sabo, LA
Melodie Molina, LA
Marquita Cage, LA
Taylor Burnham, LA, GA
Rachel Fajoni, LA
Eve Vavrick, LA
John White, LA
Alexander Lair, LA
Luc Zeller, LA
Tara Melancon, LA
Robert Warren, LA
Mary Reed, LA
Jordan Lieberman, LA

OF COUNSEL
Shannon Rodriguez, LA
Darryl Dungan, LA, FL
Kristi Tamura, LA
Kathryn Cox, LA
Mark Lumpkin, LA
Stephanie Roberts, LA
Edward Boudreaux, LA
Melissa Herman, LA
Brejette Bundy, LA

ADMINISTRATOR
Mark Duhon

## MORRIS BART, L.L.C.
### ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036

Telephone 504.525.8000
Fax 504.599.3380

Writer's Direct Dial: (504) 599-3222
Writer's Direct Facsimile: (833) 277-4214
E-mail: cbrandt@morrisbart.com

October 29, 2019

VIA EMAIL:
Ms. Kelly Bieri
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

RE: Cynthia Thibodeaux

Dear Kelly:

This letter is to confirm various issues and decisions discussed in our meet and confer yesterday regarding discovery photographs relating to plaintiff, Cynthia Thibodeaux. Our responses are in italics below.

1. <u>Badge ID: You have requested that the hard copy of the badge ID be produced for inspection.</u> *We have arranged for the hard copy of the badge ID to be made available at the Morris Bart offices on Friday, November 1, 2019, for examination and/or re-scan.*

2. <u>Photos designated with dates that vary from dates indicated in deposition testimony</u>. *Photos designated as 415621, 415381, 415617, and 415591 all depict the same event on the same date. That event was the Air Force retirement party of Cynthia Thibodeaux's brother, Kenneth Thibodeaux. Cynthia Thibodeaux testified at her first deposition (page 494 pertaining to Exhibit 19(a)) that the date of that event was June 1, 1997, as that is what Ms. Thibodeaux believed at that time to be accurate. Later, however, Ms. Thibodeaux became unsure of the date of that event. To rectify this discrepancy, we have contacted Kenneth Thibodeaux and requested that he provide verification of the date of his retirement from the Air Force. Once we receive this information, we will forward it to you.*

3. <u>Photo re-scan request</u>.

    *At your request, the hard copy of the photo designated as 415594 will be available at the Morris Bart offices on Friday, November 1, 2019 for you to inspect and/or re-scan.*

4. <u>Photo information request</u>.

    *You requested access to the photo depicted in Exhibit 19(c) of Cynthia Thibodeaux's second deposition. At present, we are not in possession of the original electronic or hard copy of that photo. The photo was taken by Kenisha Thibodeaux in Manhattan in 2007. We are, however, attempting to locate the original and/or hard copy of that photo so that we may offer you the opportunity to examine and/or re-scan it.*

5. <u>Electronic search clarification</u>.

    *On our recent meet and confer teleconference, there was some confusion about searches done by plaintiff's counsel of Ms. Thibodeaux's electronic devices, accounts, and/or social media. We consulted with our in-house lawyer who manages our IT searches, and we were able to clarify dates and details regarding each search. On 9/5/2019, plaintiff's counsel performed an online search of Ms. Thibodeaux's email and Facebook account only. Those searches were done pursuant to PTO 71(a). There were no searches at that time of any electronic devices themselves or any cloud account. On 10/24/2019, plaintiff's counsel performed a search on Ms. Thibodeaux's physical iPhone and iPad. These are the only searches performed.*

As to the hard-copy inspection on Friday, please let us know the time that works best for you. When we receive the Air Force retirement date information from Kenneth Thibodeaux and/or access to the 2007 Manhattan photo, I will let you know that information immediately.

Sincerely,

*Christine Brandt*
Christine Brandt