# EXHIBIT M



Cratyon, Sheila (Doc ID 42294) PPR 000116