# EXHIBIT N



Crayton, Sheila (Doc ID 42293) PPR 000115