# EXHIBIT P

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Sheila Crayton*
**Case No. 17-5923**

### PLAINTIFF SHEILA CRAYTON'S SUPPLEMENTAL RESPONSES TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now counsel for Plaintiff, Sheila Crayton, who hereby provides supplemental responses to Defendant Sanofi-Aventis U.S. LLC's First Request for Production of Documents to the best of counsel's knowledge and with the best efforts of counsel without waiving any attorney client privilege.

**REQUEST FOR PRODUCTION NO. 1:** All written reports, diagnoses, statements or opinions from any of Plaintiff's treating, consulting or admitting physicians that causally relate or associate any injury Plaintiff alleges in this lawsuit with her use of Taxotere® or docetaxel.

**RESPONSE:**

Counsel has previously produced all medical records and expert reports within the Plaintiff's possession. Counsel relies upon the expert reports submitted in the case, regarding general causation, produced by Dr. Bosserman, Dr. Kessler, Dr. Feigel, Dr. Plunkett, and Dr. Madigan. Counsel is unaware of any expert report being issued specifically in relation to Ms. Crayton.. However, counsel relies upon the previously produced records of Dr. Rochon which note that Plaintiff suffers from alopecia and plaintiff's previously produced before and after photographs. At this time, counsel has no

additionally responsive documents beyond those previously produced and is unaware of any additional responsive documents.

**REQUEST FOR PRODUCTION NO. 3**: A copy of any photographs posted to Facebook showing the Plaintiff or her head, hair, or injury.

>    **RESPONSE:**
>
>    Counsel is unaware of Ms. Crayton ever having a Facebook account. Based on counsel's knowledge, Plaintiff does not have any documents responsive to this request as Ms. Crayton does not have a Facebook account.

**REQUEST FOR PRODUCTION NO. 4**: A copy of any photographs on the Plaintiff's current or any previous phone showing the Plaintiff or her head, hair, or injury.

>    **RESPONSE:**
>
>    Counsel conducted a search of Plaintiff's phone and was unable to locate any documents responsive to this request. Based on counsel's review, all photographs on Plaintiff's phone depict her grandchildren and do not contain any images of Plaintiff.

**REQUEST FOR PRODUCTION NO. 5**: All photographs in Plaintiff Sheila Crayton's possession, custody or control, taken within 5 years prior to initiation of her chemotherapy that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

Counsel has conducted an extensive search of Plaintiff's home and has previously produced all "before" photographs located as a byproduct of that search. Unfortunately, counsel was unable to locate any responsive photographs from the 5 year time period prior to Plaintiff's use of Taxotere. Although counsel located two photographs from 2008, they both appear to have occurred potentially during the timeframe Plaintiff was undergoing chemotherapy and depict Ms. Crayton in a wig. These photographs have been produced via MDL Centrality. Counsel is unaware of any additionally responsive documents beyond those already produced.

**REQUEST FOR PRODUCTION NO. 6**: All photographs in Plaintiff Sheila Crayton's possession, custody, or control, taken within the 5 years following her chemotherapy treatment that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

Counsel has conducted an extensive search of Plaintiff's home and has previously produced all "after" photographs located as a byproduct of that search. Unfortunately, counsel was unable to locate any additional photographs beyond the two previously produced from 2011. These photographs have been previously produced via MDL Centrality, along with current "after" photographs. Counsel is unaware of any additionally responsive documents beyond those already produced.

**REQUEST FOR PRODUCTION NO. 9**: All documents the Plaintiff reviewed in preparation for her deposition.

**RESPONSE:**

Counsel has reviewed Ms. Crayton's deposition testimony regarding her preparation for deposition. Plaintiff stated during the course of her deposition that she did not physically review any documents in preparation for her deposition, but rather believes she discussed issues with her counsel. Please see Plaintiff's deposition testimony at 272:12-18. Thus, counsel has no documents responsive to this request based on Ms. Crayton's prior responses to this specific line of inquiry during the course of her deposition.

**REQUEST FOR PRODUCTION NO. 10**: A copy of all documents and tangible things in Plaintiff's possession, custody or control that Plaintiff may use to support her claims.

**RESPONSE:**

Counsel has previously produced all medical records, photographs, and expert reports within counsel's possession. Counsel and plaintiff rely upon the expert reports submitted in the case regarding general causation from Dr. Kessler, Dr. Feigel, Dr. Bosserman, Dr. Plunkett, and Dr. Madigan. Furthermore, counsel and plaintiff rely upon the materials consulted and reviewed by these experts in forming their expert opinions. Counsel also relies upon the previously produced medical records of Plaintiff's doctors including, but not limited to, Dr. Rochon, Dr. Chandrasekaran, Dr. Blanton, Dr. Fierro, Dr. Long, Dr. Swanton, and any additional providers from whom the parties have collected relevant medical records. Counsel also relies upon Defendants' document productions during the course of general liability discovery and will set forth specific documents to be used at trial in compliance with any Court Order to identify such potential documents as trial exhibits. Counsel also conducted a search of Plaintiff's home and located an home health provider notebook which has been photocopied and produced via MDL Centrality. At this time, counsel has no additionally responsive documents beyond those already

produced. Counsel reserves Plaintiff's right to utilize any relevant documents which have been produced by either party during the course of this litigation.

**REQUEST FOR PRODUCTION NO. 12:** Copies of all medical literature that you believe support your position on any issue in this litigation.

**RESPONSE:**

Counsel relies upon the medical literature review, cited, and relied upon by the experts in this case as well as all documents produced during the course of discovery by either party. Please see previously produced expert reports of Dr. Feigel, Dr. Kessler, Dr. Bosserman, Dr. Plunkett, and Dr. Madigan including the materials reviewed and cited by each expert. Counsel is unaware of any medical literature in the possession of Plaintiff, beyond the books previously disclosed, that are within counsel or plaintiff's possession which are responsive to this request.

**REQUEST FOR PRODUCTION NO. 14:** All documents in Plaintiff's possession, custody or control related to hair loss, including but not limited to communications, medical records, medical or scientific literature, journalistic material, photographs, marketing material, scientific data, unpublished research, or other documentation of potential treatment for hair loss associated with chemotherapy.

**RESPONSE:**

Counsel has previously produced all medical records and expert reports within counsel's possession. Counsel relies upon the expert reports submitted in the case, including the reports of Dr. Kessler, Dr. Feigel, Dr. Bosserman, Dr. Plunkett, and Dr. Madigan. Counsel relies upon plaintiff's primary care provider, Dr. Lilibeth Rochon, whose medical records note that Plaintiff suffers from alopecia. Please see previously produced records of Dr. Lilibeth Rochon as well as the medical records and deposition of Dr. Chandrasekaran. Counsel also relies upon the depositions of Plaintiff herself regarding her

knowledge of hair loss. In addition, counsel relies upon those documents produced during the course of general liability discovery by Defendants which may be relevant. Likewise, counsel relies upon all previously produced photographs which depict Ms. Crayton's hair before and after treatment with Taxotere. Counsel also reserves Plaintiff's right to rely upon any documents produced and/or any depositions taken by either party during the course of discovery in this matter.

Dated: October 29, 2019

/s/ Richard L. Root
Richard L. Root, La# 19988
Betsy Barnes, La# 19473
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-800
Facsimile: (833) 277-4214
Email: rroot@morrisbart.com
bbarnes@morrisbart.com
Attorneys for Plaintiff

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*

Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*

Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*

M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*

Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

*Crayton Supplemental Responses to Defendant Sanofi-Aventis*     6
*U.S. LLC's First Request for Production of Documents*

# PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2019 a copy of the foregoing Plaintiff's Supplemental Responses to Defendants' FIRST REQUEST FOR PRODUCTION was electronically served on Defendants.

*/s/ M. Palmer Lambert*

M. Palmer Lambert
