# EXHIBIT Q

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Sheila Crayton*
**Case No. 17-5923**

**PLAINTIFF SHEILA CRAYTON'S SUPPLEMENTAL RESPONSES TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S FIRST REQUEST FOR INTERROGATORIES**

Comes now counsel for Plaintiff, Sheila Crayton, who hereby provides supplemental responses to Defendant Sanofi-Aventis U.S. LLC's First Request for Interrogatories, to the best of counsel's ability with the best efforts of counsel without waiving any attorney-client privilege.

**INTERROGATORY NO. 5:**

Provide the name, address and telephone numbers of each individual likely to have discoverable information along with the subjects of that information that Plaintiff may use to support her claims in this lawsuit.

**ANSWER:**

To the best of counsel's knowledge, the following persons may have discoverable information:

- Jyan Crayton – Daughter 8775
  Sunny Side Drive LaPlace, LA
  70068
  (504) 481-5389
  Information pertaining to Plaintiff's cancer history, treatment, diagnosis and injuries

- Dr. Elizabeth Blanton – Obstetrician/Gynecologist
  515 Westbank Expressway
  Gretna, LA 70053
  (504) 366-7233

      Information pertaining to Plaintiff's medical history

- Dr. Carlos Rodriguez Fierro – Cardiology
  1111 Medical Center Boulevard, S-350
  Marrero, LA 70072
  (504) 349-6350
  Information pertaining to Plaintiff's medical history

- Dr. William Long – Family Medicine 3909
  Lapalco Blvd.
  Harvey, LA 70058
  (504) 349-6900
  Information pertaining to Plaintiff's medical history

- Dr. Nagarajan Chandrasekaran – Oncology/Chemotherapy
  120 Ochsner Blvd., Suite 380
  Gretna, LA 70056
  (504) 349-2470
  Information pertaining to Plaintiff's cancer history, treatment, hair loss

- Dr. Robert Swanton – Oncology/Radiation
  1120 Robert Boulevard, Suite 100
  Slidell, LA 70458
  (985) 649-8688
  Information related to Plaintiff's cancer treatment and history

- Dr. Lilibeth Rochon – PCP
  Harvey, LA 70058
  (504) 349-6900
  Information related to Plaintiff's medical history

**INTERROGATORY NO. 6:**

Identify every colleague, researcher, scientist, healthcare provider, or any other person with whom Plaintiff Sheila Crayton has had contact or communication regarding any research, information, treatment or potential treatment for or concerning hair loss, including but not limited to research into potential treatment for hair loss associated with chemotherapy. For each such person, provide the date(s), method, and a description of the contact or communication, as well as the last known contact information for that person.

**ANSWER:**

To the best of counsel's knowledge, Plaintiff may have had contact and/or communication with the following persons regarding treatment or potential treatment for her hair loss:

Dr. Nagarajan Chandrasekaran – Oncology/Chemotherapy
120 Ochsner Blvd., Suite 380
Gretna, LA 70056
(504) 349-2470
Information pertaining to hair loss discussions prior to chemotherapy and/or after

Dr. Lilibeth Rochon – PCP
Harvey, LA 70058
(504) 349-6900
Information related to Plaintiff's medical history and documentation of alopecia

Plaintiff is unable to recall the dates and substance of consultations with her oncologist and PCP. However, Plaintiff and her counsel rely upon the dates and information contained within her previously produced medical records from both doctors identified above, in addition to Plaintiff's own deposition testimony and the deposition testimony of Dr. Chandrasekaran regarding his conversations with Plaintiff regarding hair loss associated with chemotherapy.

**INTERROGATORY NO. 8:**

Identify all persons with whom Plaintiff Sheila Crayton has communicated about any injury she alleges in this lawsuit, including but not limited to persons with whom Plaintiff has communicated regarding the effect of Plaintiff's alleged injury on Plaintiff, and persons with whom Plaintiff has communicated regarding whether any injury she alleges in this lawsuit (1) is permanent or persistent, and/or (2) was caused or contributed to by use of docetaxel. For each such person who has stated an opinion as to whether any injury Plaintiff alleges was attributable to docetaxel, state what the person said (i.e., Plaintiff's condition was related to docetaxel; Plaintiff's condition was not related to docetaxel; Plaintiff's condition may be related to docetaxel; the person did not know whether Plaintiff's condition was related to docetaxel; or Plaintiff does not recall what she was told), when and where that person made each such statement, and to whom each such statement was made.

**ANSWER:**

To the best of counsel's knowledge Plaintiff may have communicated with the following individuals about her injuries:

>Dr. Nagarajan Chandrasekaran – Oncology/Chemotherapy
>120 Ochsner Blvd., Suite 380
>Gretna, LA 70056
>(504) 349-2470

>Dr. Lilibeth Rochon – PCP
>Harvey, LA 70058
>(504) 349-6900
>Information related to Plaintiff's medical history and documentation of alopecia

>Jyan Crayton – Daughter
>2775 Sunny Side Drive
>LaPlace, LA 70068
>(504) 481-5389
>Information pertaining to Plaintiff's cancer history, treatment, diagnosis and injuries

Plaintiff is unable to recall the dates and substance of consultations with her oncologist and PCP. However, Plaintiff and her counsel rely upon the dates and information contained within her previously produced medical records from doctors, in addition to Plaintiff's deposition testimony and the deposition testimony of Dr. Chandrasekaran regarding his conversations with Plaintiff regarding hair loss associated with chemotherapy. In addition, Ms. Crayton may have spoken with family members regarding the condition of her hair and alleged hair loss. Ms. Crayton cannot recall any details regarding the date or substance of these communications but relies upon the depositions previously taken in this matter. At this time, no specific expert, healthcare provider, or other witness has opined, at this time, to counsel's knowledge regarding the duration of plaintiff's injuries and/or the specific cause.

**INTERROGATORY NO. 9:**

Do you contend that a different chemotherapy regimen than the one you were prescribed would have been more appropriate to treat your cancer in 2008? If your answer is anything but an unqualified

"No," state the regimen you believe would have been more appropriate to treat your cancer, and identify and describe all facts and evidence that support your contention that such regimen would have been more appreciate than the one you were prescribed.

**ANSWER:**

Counsel objects, on behalf of Plaintiff, to the extent this request calls for an expert opinion. Subject to and without waiving said objection, Plaintiff is without the education, training, or experience to properly state what other regimens were available to her based on her own knowledge. However, counsel for Plaintiff relies on the general cause experts and Ms. Crayton's prescribing oncologist, Dr. Chandrasekaran, regarding what other viable chemotherapy and cancer treatment options were available to her at the time of her cancer treatment. Counsel asserts that at the time Plaintiff was treated with Taxotere, Taxotere was one of several NCCN approved regimens to treat early stage breast cancer, but multiple other options existed which did not contain Taxotere. Counsel refers to and relies upon the expert reports issued in the matter, the opinion of Dr. Bosserman regarding NCCN regimens approved in 2008, as well the deposition testimony of Dr. Chandrasekaran regarding what other treatment options were available to Ms. Crayton.

**INTERROGATORY NO. 13:**

Identify any persons known by you to have knowledge or information regarding any of the injuries and damages claimed by you and state the name, address, relationship to you, and nature of the information regarding your injuries or damages known by each such person.

**ANSWER:**

Please refer to the previous responses to Interrogatories 5, 6, & 8. Beyond those witnesses identified herein above, counsel is unaware of any additional witnesses who may have potentially relevant or discoverable knowledge regarding her injuries and/or damages in this matter.

Dated: October 28, 2018

/s Richard L. Root
Richard L. Root La# 19988
Betsy Barnes La# 19473
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
Email: rroot@morrisbart.com
bbarnesl@morrisbart.com
Attorneys for Plaintiff

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/ M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of October, 2019, a copy of the foregoing Plaintiff's Supplemental Responses to Defendants' FIRST REQUEST FOR INTERROGATORIES was electronically served on Defendants.

                                              */s/ M. Palmer Lambert*

                                                M. Palmer Lambert