# EXHIBIT R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

CYNTHIA THIBODEAUX )
)
        Plaintiff, )
)
v. )
) Civil Action No. 2:16-cv-15859
SANOFI US SERVICES, INC., formerly )
known as SANOFI-AVENTIS U.S. Inc., )
and SANOFI-AVENTIS U.S. LLC, )
)
        Defendants. )
)
)

**PLAINTIFF'S SECOND SUPPLMENTAL RESPONSES TO DEFENDANT**
**SANOFI-AVENTIS U.S. LLC'S SECOND REQUEST FOR**
**PRODUCTION OF DOCUMENTS**

Comes now Plaintiff, Cynthia Thibodeaux, who hereby specifically supplements her responses to Requests for Production Numbers 2-5, 7-11, and 13 of Defendant Sanofi-Aventis U.S. LLC's Second Request for Production of Documents. Those were the Requests identified by opposing counsel in letter dated October 15, 2019 and discussed during the Meet and Confer on October 28, 2019.  The Defendant has not raised any issue in writing or during the Meet and Confer about any other Request for Production.   Pursuant to the Court's direction, Plaintiff does not raise general objections, but does not waive any attorney client or work product objections.   That said, no documents requiring a privilege log entry have been withheld from production.

**REQUEST FOR PRODUCTION NO. 2:** A copy of any photographs posted to Facebook, other social media or online blogs showing the Plaintiff or her head, hair, or injury.

**RESPONSE**

Counsel for Plaintiff has run an exhaustive electronic search for any responsive documents four (4) times and all photographs that were found have been uploaded to MDL Centrality.  Plaintiff is not in

1

possession, custody or control of any other documents responsive to this request. Although Plaintiff does not have possession, custody or control, in the spirit of cooperation Plaintiff has asked her husband and her niece to run searches on their devices. If any responsive photographs are found, they will be produced.

**REQUEST FOR PRODUCTION NO. 3:** A copy of any photographs on the Plaintiff's current or any previous phone showing the Plaintiff or her head, hair, or injury.

**RESPONSE:**

All responsive documents have been uploaded to MDL Centrality. Plaintiff is not in possession, custody or control of any other documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody or control, taken within 5 years prior to initiation of her chemotherapy that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

All responsive documents have been uploaded to MDL Centrality. Plaintiff is not in possession, custody or control of any other documents responsive to this request. Although Plaintiff does not have possession, custody or control, in the spirit of cooperation Plaintiff has asked her husband and her niece to run searches on their devices. If any responsive photographs are found, they will be produced.

**REQUEST FOR PRODUCTION NO. 5:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody, or control, taken within the 5 years following her chemotherapy treatment that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

All responsive documents have been uploaded to MDL Centrality. Plaintiff is not in possession, custody or control of any other documents responsive to this request. Although Plaintiff does not have possession, custody or control, in the spirit of cooperation Plaintiff has asked her husband and her niece to run searches on their devices. If any responsive photographs are found, they will be produced.

**REQUEST FOR PRODUCTION NO. 7:** All documents identified in Defendant's Second Set of Interrogatories to Plaintiff Cynthia Thibodeaux.

**RESPONSE:**

Please see expert reports, documents relied upon by experts, medical records, deposition transcripts, and photographs which have previously been produced. Plaintiff is not in possession, custody or control of any other responsive documents.

**REQUEST FOR PRODUCTION NO. 8:** All documents the Plaintiff reviewed in preparation for her deposition.

**RESPONSE:**
Prior to her first deposition, Plaintiff reviewed the Amended Notice of Deposition including Exhibit A and her Tenth Amended Plaintiff Fact Sheet before her second deposition; Plaintiff reviewed the Notice of Deposition and Subpoena propounded by Defendants.

**REQUEST FOR PRODUCTION NO. 9:** All communications between Plaintiff Cynthia Thibodeaux and any colleague, researcher, scientist, healthcare provider, or any other individual regarding any research, information, treatment or potential treatment for or concerning hair loss, including but not limited to research into potential treatments for hair loss associated with chemotherapy.

**RESPONSE:**

Please see the informed consent forms previously produced. Plaintiff does not have any other responsive documents in her possession, custody or control.

**REQUEST FOR PRODUCTION NO. 10:** All documents in Plaintiff's possession, custody or control related to hair loss, including but not limited to communications, medical records, medical or scientific literature, journalistic material, photographs, marketing material, scientific data, unpublished research, or other documentation of potential treatment for hair loss associated with chemotherapy.

**RESPONSE:**

Plaintiff has uploaded all photographs, in her possession, custody and control, related to her own hair loss to MDL Centrality. Plaintiff does not have any other responsive documents in her possession, custody or control. Although she does not have possession, custody or control Plaintiff has also requested that her husband and her niece review their photographs to see if there are any other photographs related to her hair loss. Any responsive documents will be produced if any are discovered and produced to Plaintiff.

**REQUEST FOR PRODUCTION NO. 11:** All documents in Plaintiff's possession, custody or control relating to the effect of Plaintiff's alleged injury on Plaintiff, including but not limited to photographs and videos and their associated metadata, and documentation of any expenses related to Plaintiff's alleged injury.

**RESPONSE:**

All responsive photographs in Plaintiff's custody and control have been uploaded to MDL Centrality. Plaintiff does not have any other responsive documents in her possession, custody or control. Although Plaintiff does not have possession, custody or control, in the spirit of cooperation Plaintiff requested that her niece and husband continue their prior searches for photographs and/or

4

videos in their possession and control for any responsive documents. Any responsive documents will be produced when they are received. Plaintiff is searching for evidence of wigs purchased as a result of her alopecia, and so far two documents have been found and uploaded to Centrality, which show a debit card purchase of the wigs.

**REQUEST FOR PRODUCTION NO. 12:** All electronically stored information (ESI), as described in the Court's Pretrial Order No. 71A, that has not previously been produced.

**RESPONSE:**

All responsive ESI has been uploaded to MDL Centrality.

**REQUEST FOR PRODUCTION NO. 13:** All documents related to any scalp biopsies or other diagnosis of or treatment for Plaintiff's alleged injuries, including communications with or regarding any examiners, consultants, healthcare providers, or cosmetic service or product providers; medical or other records; and appointment books, calendars, or other documentation of diagnosis or treatment encounters.

RESPONSE:

Plaintiff does not have any documents responsive to this request.

                Dated: October 29, 2019

                Respectfully submitted,

                /s/ Richard L. Root
                Richard Root #19988
                Betsy J. Barnes # 19473
                Morris Bart, LLC
                601 Poydras Street,
                24th Floor
                New Orleans, LA 70130
                Phone: (504) 525-8000
                Fax: (504) 599-3392
                bbarnes@morrisbart.com
                rroot@morrisbart.com

                *Counsel for Plaintiff*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

6

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan and Morgan
700 S Palafox St #95
Pensacola, FL 32502
888 613 0357
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29 day of September, 2019 a copy of the foregoing Plaintiff's Supplemental Response to Defendants' Second Set of Requests for Production was electronically served on Defendants.

　　　　　　　　　　　　　　　　　　　　　_____/s/ Richard Root_____