# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
LOUISIANA**

| | |
|---|---|
| CYNTHIA THIBODEAUX | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SANOFI US SERVICES, INC., formerly known as SANOFI-AVENTIS U.S. Inc., and SANOFI-AVENTIS U.S. LLC, | ) Civil Action No. 2:16-cv-15859 ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**PLAINTIFF'S SECOND SUPPLMENTAL RESPONSES TO DEFENDANT
SANOFI-AVENTIS U.S. LLC'S SECOND INTERROGATORIES**

Comes now Plaintiff, Cynthia Thibodeaux, who hereby specifically supplements her responses to Interrogatories 4-6 and 10-11 of Defendant Sanofi-Aventis U.S. LLC's Second Request for Interrogatories. Those were the Interrogatories identified by opposing counsel in letter dated October 15, 2019 and discussed during the Meet and Confer on October 28, 2019. The Defendant has not raised any issue in writing or during the Meet and Confer about any other Interrogatory. Pursuant to the Court's direction, Plaintiff does not raise general objections, but does not waive any attorney client or work product objections.

**INTERROGATORY NO.4:**

Identify every colleague, researcher, scientist, healthcare provider, or any other person with whom Plaintiff Cynthia Thibodeaux has had contact or communication regarding any research, information, treatment or potential treatment for or concerning hair loss, including but not limited to research into potential treatment for hair loss associated with chemotherapy. For each such person, provide the date(s), method, and a description of the contact or communication, as well as the last known contact information for that person.

**ANSWER:**

To the best of Plaintiff's knowledge and recollection, she may have had contact with the following:

1) Dr. Carl Kardinal: 6008 Dornagh Ct, Columbia, MO 65203; see Dr. Kardinal's medical records for dates of in-person appointments; see medical records and deposition transcripts for content of communication;

2) Dr. Antonella Tosti and staff members (names unknown): 1295 NW 14th St., STE K/L/M, Miami, Fl 33125; June 4, 2019; in-person appointment; please see Dr. Tosti's report and the information/documents relied on in her report; and Plaintiff's second deposition;

3) Frank Williams, 1600 North Dorgenois St, New Orleans 70119; see Plaintiff's deposition transcripts and Mr. Williams' deposition transcript for dates and content;

4) Catherine Valteau: deceased; date of discussion unknown; please see Plaintiff's deposition for only information known by Plaintiff;

5) Dr. Fayne St. John: 1221 South Clearview Parkway, Ste 100, New Orleans, LA 70121; see Plaintiff's deposition and Dr. St. John's records for content;

6) Dr. Zoe Larned: Ochsner Health System, 1514 Jefferson Highway, New Orleans, LA 70121; please see Plaintiff's deposition and Dr. Larned's records for relevant information; and

7) Marilyn Roberts: 6105 Erin Dr., New Orleans, La 70126; date of discussion approximately 2008; please see Plaintiff's deposition for relevant information.

**INTERROGATORY NO.5:**

Identify all persons with whom Plaintiff Cynthia Thibodeaux has had contact or communication regarding this litigation, including regarding any requests for records, documents, or information; subpoenas; other discovery; or other investigation into claims presented in the litigation; and whether or how such investigative efforts should be responded to or complied with. As used in this Interrogatory, the term "litigation" includes the above-

captioned matter, MDL 2740, and any allegation of wrongdoing related to an alleged risk of permanent or persisting hair loss following treatment with docetaxel or any other chemotherapy drug. For each such person, provide the date(s), method, and a description of the contact or communication, as well as the last known contact information for that person. This request specifically includes, but is not limited to, any person potentially in possession, custody or control of medical or other records involving Ms. Thibodeaux with whom Ms. Thibodeaux has had contact or communication regarding the litigation, as well as any person who has represented publicly or to Plaintiff Cynthia Thibodeaux that the person suffered permanent or persisting hair loss following treatment with docetaxel or any other chemotherapy drug.

**ANSWER:**

To the best of Plaintiff's knowledge, she may have had contact with the following persons concerning this litigation, with the content and dates of the contact as described by Plaintiff, her husband, her niece, her friend or her doctors in their deposition/medical records:

1) Dr. Carl Kardinal, 6008 Dornagh Ct, Columbia, MO 65203, or the contact that that he gave to defendant at his recent deposition;

2) Frank Williams, 1600 North Dorgenois St, New Orleans 70119,

3) Dr. Antonella Tosti: 1295 NW 14th St., STE K/L/M, Miami, Fl 33125; please see Dr. Tosti's report and the documents relied upon by Dr. Tosti in preparing her report;

4) Dr. Zoe Larned: Ochsner Health System, 1514 Jefferson Highway, New Orleans, LA 70121;

5) Marilyn Roberts: 6105 Erin Dr., New Orleans, La 70126;

6) Dr. Ralph Corsetti: 1319 Jefferson Hwy, New Orleans, La 70121;

7) Dr. Fayne St. John: 1221 South Clearview Parkway, Ste 100, New Orleans, LA 70121;
8) Dr. Veronica Gillespie: 4429 Clara St., Ste 500, New Orleans, LA 70115;

9) Dr. Samuel Andrews: 2700 Napoleon Ave., New Orleans, LA 70115;

10) Dr. Christopher Theodossiou: 1514 Jefferson Hwy, New Orleans, LA 70121;

11) Dr. Troy Scroggins, Jr., 1514 Jefferson Hwy, New Orleans, LA 70121;

12) A representative from Ochsner Health Systems: Plaintiff requested medical records from Ochsner Health Systems. Plaintiff received records from Ochsner Health Systems but disposed of the records prior to speaking with an attorney and prior to filing this lawsuit. Plaintiff does not have any documents or records in her possession and Defendants have received copies of her records from Ochsner Health Systems; and

13) Kenisha Thibodeaux.

**INTERROGATORY NO.6:**

Identify all persons with whom Plaintiff Cynthia Thibodeaux has communicated about any injury she alleges in this lawsuit, including but not limited to persons with whom Plaintiff has communicated regarding the effect of Plaintiff's alleged injury on Plaintiff, and persons with whom Plaintiff has communicated regarding whether any injury she alleges in this lawsuit (1) is permanent or persistent, and/or (2) was caused or contributed to by use of docetaxel. For each such person who has stated an opinion as to whether any injury Plaintiff alleges was attributable to docetaxel, state what the person said (i.e., Plaintiff's condition was related to docetaxel; Plaintiff's condition was not related to docetaxel; Plaintiff's condition may be related to docetaxel; the person did not know whether Plaintiff's condition was related to docetaxel; or Plaintiff does not recall what she was told), when and where that person made each such statement, and to whom each such statement was made.

**ANSWER:**

To the best of Plaintiff's knowledge and recollection she may have had contact with the following persons concerning injury or alleged injury in this lawsuit, with the content and dates of the contact as described by Plaintiff or her treating doctors in their records and depositions and

in the expert's reports and depositions:

1) Dr. Carl Kardinal, my oncologist, 6008 Dornagh Ct, Columbia, MO 65203, or the contact that that he gave to defendant at his recent deposition;

2) Frank Williams, 1600 North Dorgenois St, New Orleans 70119;

3) Dr. Antonella Tosti: 1295 NW 14th St., STE K/L/M, Miami, Fl 33125, please see Dr. Tosti's report and the documents and information relied upon by Dr. Tosti;

4) Dr. Fayne St. John: 1221 South Clearview Parkway, Ste 100, New Orleans, LA 70121;

5) Dr. Zoe Larned: 1514 Jefferson Highway, New Orleans, LA 70121;

6) Anna Thibodeaux: deceased;

7) Kenisha Thibodeaux;

8) Dr. Antonella Tosti: 1295 NW 14th St., STE K/L/M, Miami, Fl 33125;

9) Dr. Curtis Thompson: 12254 SW Garden Pl, Tigard, OR 97223;

10) Dr. Linda Bosserman: 7777 Milliken Ave, Ste 110, Rancho Cucamonga, CA, 91730; and

11) Dr. Ellen Feigal: 9350 Campus Point Dr., La Jolla, CA, 92037.

**INTERROGATORY NO.10:**

Identify all persons from whom you have received documents or tangible things, including but not limited to communications, responsive to Defendant's Second Set of Requests for Production to Plaintiff Cynthia Thibodeaux. For each such person, identify which documents or things were received and provide a date and description of the document or thing.

**ANSWER:**

Plaintiff has requested a renewed search for photographs from Frank Williams and Kenisha Thibodeaux, but no photographs have been received as of this date.

**INTERROGATORY NO.11:**

Identify all persons who have performed any diagnosis, treatment, or assessment of the injuries Plaintiff alleges in this lawsuit, or whom Plaintiff has reason to believe may be in possession of documents or tangible things related to any diagnosis, treatment, or assessment of the injuries or damages she alleges in this lawsuit, including but not limited to documents or things related to any scalp biopsy or other dermatological assessment, pathology report concerning injuries alleged in this lawsuit, or psychological or neuropsychological assessment of Plaintiff.

**ANSWER:**

1) Dr. Carl Kardinal, 6008 Dornagh Ct, Columbia, MO 65203;

2) Dr. Antonella Tosti: 1295 NW 14th St., STE K/L/M, Miami, Fl 33125;

3) Dr. Curtis Thompson: 12254 SW Garden Pl, Tigard, OR 97223;

4) Dr. Linda Bosserman: 7777 Milliken Ave, Ste 110, Rancho Cucamonga, CA, 91730;

5) Dr. Ellen Feigal: 9350 Campus Point Dr., La Jolla, CA, 92037;

6) Dr. Julie G. Danna: Ochsner Clinic, 2005 Veterans Memorial Blvd, Metairie, LA 70002

Dated: October 29, 2019

                                        Respectfully submitted,

                                        <u>/s/ Richard L. Root</u>
                                        Richard Root #19988
                                        Betsy J. Barnes # 19473
                                        Morris Bart, LLC
                                        601 Poydras Street,
                                        24th Floor
                                        New Orleans, LA 70130
                                        Phone: (504) 525-8000
                                        Fax: (504) 599-3392
                                        [bbarnes@morrisbart.com](mailto:bbarnes@morrisbart.com)
                                        [rroot@morrisbart.com](mailto:rroot@morrisbart.com)
                                        *Counsel for Plaintiff*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan and Morgan
700 S Palafox St #95
Pensacola, FL 32502
888 613 0357
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October, 2019, a copy of the foregoing Plaintiff's Supplemental Response to Defendants' Second Set of Requests for Production was electronically served on Defendants.

_____/s/ Richard Root_____