# EXHIBIT T

**From:** Rick Root
**Sent:** Monday, July 15, 2019 2:29 PM
**To:** Baehr, Jordan (SHB)
**Subject:** RE: [EXTERNAL]Taxotere: Sheila Crayton

**Here you go Jordan. Sorry for the delay.**



**Richard L. Root**
**Attorney - Mass Torts Litigation**
**MorrisBart, LLC**
**Pan American Life Center**
**601 Poydras St., 24th Floor**
**New Orleans, LA 70130**
**Direct: 504-526-1135**
**Fax: 504-599-3392**
rroot@morrisbart.com
http://www.morrisbart.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer/lawfirm. It is intended exclusively for the individual(s) or entity(ies) to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are NOT the named addressee, you are NOT authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Baehr, Jordan (SHB) [mailto:JBAEHR@shb.com]
**Sent:** Monday, July 15, 2019 12:09 PM
**To:** Bieri, Kelly (SHB); Rick Root; Betsy Barnes; Bert Greenwell
**Subject:** RE: [EXTERNAL]Taxotere: Sheila Crayton

Hi Rick,

I write to once again remind you to provide updated medical records authorizations for the Crayton case, which we requested in April and again in June. It has now been more than a month since you unreservedly agreed to provide the authorizations, and nearly three months since we first requested them. More time has now passed since we requested these authorizations than there is left for discovery in this case—one of only three cases set for bellwether trial in a 10,000+ case MDL. Please provide the updated authorizations by **5pm this Wednesday, July 17**, or provide a specific reason why you have been unable to comply with this basic discovery obligation in the midst of pending discovery for more than two months.

Thank you,
Jordan

**From:** Bieri, Kelly (SHB) <KBIERI@shb.com>
**Sent:** Tuesday, June 18, 2019 10:10 PM

**To:** Rick Root <rroot@morrisbart.com>; Betsy Barnes <bbarnes@morrisbart.com>; Lauren Godshall <lgodshall@morrisbart.com>
**Cc:** Baehr, Jordan (SHB) <JBAEHR@shb.com>
**Subject:** RE: [EXTERNAL]Taxotere: Sheila Crayton

Hi Rick,

Thank you for the response. I hope you are well too. I appreciate your agreement to provide the updated authorizations given that this request has been pending without response for months. That my associate didn't raise the issue at a fact witness deposition at which Ms. Crayton was not present is irrelevant. Regardless, I appreciate your agreement to upload to Centrality and forward by email as well. There should be no issue in securing quickly given Ms. Crayton's location and availability. Please confirm you will provide this week.

best,

Kelly

---

**From:** Rick Root <rroot@morrisbart.com>
**Sent:** Tuesday, June 18, 2019 2:15 PM
**To:** Bieri, Kelly (SHB) <KBIERI@shb.com>; Betsy Barnes <bbarnes@morrisbart.com>; Lauren Godshall <lgodshall@morrisbart.com>
**Cc:** Baehr, Jordan (SHB) <JBAEHR@shb.com>
**Subject:** RE: [EXTERNAL]Taxotere: Sheila Crayton

Good afternoon Kelly, I hope you are well:

We of course have no issue with updating the authorizations, and unreservedly agree to this. While you deem it so critical that you want it by today for the March 2020 trial, we note the fact that your office has not followed up on the request with us since April. Indeed, we had a deposition in the Crayton case June 10th, and the authorization was not mentioned by SHB counsel. This indicates to us that the slight delay while we await receipt of the signed form from Ms. Crayton, while not meeting your unilateral deadline of today, will not be a problem for you worth bothering the court.

That task did seem to fall through the cracks at both our offices, but we will get the signed authorization to you the day we receive it from our client. We thank you for the reminder Kelly, and in addition to the Centrality upload, I will forward it by email to both you and Jordan via separate email as soon as we get it.

Regards,

Rick



**Richard L. Root**
Attorney - Mass Torts Litigation
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1135
Fax: 504-599-3392
rroot@morrisbart.com
http://www.morrisbart.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer/lawfirm. It is intended exclusively for the individual(s) or entity(ies) to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are NOT the named addressee, you are NOT authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**From:** Bieri, Kelly (SHB) [mailto:KBIERI@shb.com]
**Sent:** Friday, June 14, 2019 4:47 PM
**To:** Betsy Barnes; Rick Root; Lauren Godshall
**Cc:** Baehr, Jordan (SHB)
**Subject:** [EXTERNAL]Taxotere: Sheila Crayton

Counsel:

I write to follow up on our request sent almost two months ago (on April 30, 2019), for updated authorizations for Plaintiff Crayton. The updated authorizations are particularly critical given Ms. Crayton's status as a trial plaintiff set for trial early next year. Please provide the updated authorizations immediately, and in any event no later than **next Tuesday, June 18**, so that we can avoid having to address this issue with the Court.

*Further, to expedite discovery on the bellwether cases, can you please let me know immediately if you do not have an objection to the following collection of additional records?*

Pursuant to PTO 22, paragraph 7 (Rec. Doc. 325), we intend to use the signed authorization to seek records for these providers in 14 days, but would appreciate hearing from you sooner. Thank you.

| Plaintiff | Case | Provider |
|---|---|---|
| Sheila Crayton | 2:17-cv-05923 | Office of Aging & Adult Services (OAAS) Region 1<br>Louisiana Department of Health<br>1450 Poydras Street, Suite 1133<br>New Orleans, LA 70112 |

**Kelly G. Bieri**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2109 | kbieri@shb.com



Mail Gate made the following annotations on Fri Jun 14 2019 16:46:33

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person

3

or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Jul 15 2019 12:09:00

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.