# EXHIBIT U

| | |
|---|---|
| **From:** | Baehr, Jordan (SHB) |
| **Sent:** | Tuesday, September 3, 2019 2:51 PM |
| **To:** | Jennifer Greene |
| **Cc:** | Dawn Barrios; p lambert; Rick Root; Betsy Barnes; Bieri, Kelly (SHB) |
| **Subject:** | RE: Taxotere: Crayton deposition |
| **Attachments:** | RE: [EXTERNAL]RE: Taxotere: Crayton deposition |

Hi Jennifer,

Those dates do not work, and you and Rick each already agreed to postpone the depositions (see attached, including your email of Aug. 13).  There is no need or reason to revisit those agreements at this late date.

Thank you,
**Jordan C. Baehr**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.2571 | jbaehr@shb.com



---

**From:** Jennifer Greene <greene@svhclaw.com>
**Sent:** Monday, September 2, 2019 3:05 PM
**To:** Baehr, Jordan (SHB) <JBAEHR@shb.com>
**Cc:** Dawn Barrios <barrios@bkc-law.com>; p lambert <plambert@gainsben.com>; Rick Root <rroot@morrisbart.com>; Betsy Barnes <bbarnes@morrisbart.com>
**Subject:** Taxotere: Crayton deposition

**EXTERNAL**

Jordan,
I hope you're enjoying your holiday weekend.  I wanted to follow up on my voicemail about scheduling Ms. Crayton's deposition on the 9th and 10th.  Will you please let me know if that works for you all?
Thank you-
Jennifer

Jennifer Greene, ESQ
**T:** 504.684.5200 | **F:** 504.613.6351
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
**909 Poydras St., Ste. 1100**|New Orleans, Louisiana 70112
greene@svhclaw.com | svhclaw.com



1

*Confidential: This e-mail may contain a communication protected by the attorney-client privilege or constitutes work product.  If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*