# EXHIBIT V



Cynthia
Rear Middle, Pre-Chemo
Date unknown
2004