# EXHIBIT W



Cynthia Thibodeaux
Pre- Chemo Rain    6-1-1997