# EXHIBIT Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * *

CYNTHIA THIBODEAUX,      CASE NO.
    Plaintiff,        2:16-cv-15859
v.
SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI US SERVICE, INC., AND AVENTIS-PHARMA S.A.,

    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

Deposition of
Cynthia Thibodeaux
taken on September 6, 2019
commencing at 9:10 a.m.

at the
offices of
Morris Bart, LLC
601 Poydras Street, Floor 24
New Orleans, Louisiana

Page 494

1  Q. I feel like you want to say something,
2 Ms. Thibodeaux.
3  A. No, it can wait.
4  Q. No, what were you thinking?
5  A. No, I saw this -- for the longest, I
6 couldn't remember where this picture was taken. And
7 one day out of the blue, it just came to me that it
8 was at the Department of Defense where my brother
9 used to work.
10  Q. Do you remember what year that was
11 taken?
12  A. I don't.
13  Q. Was it taken -- well, do you remember
14 when he stopped working at the Department of
15 Defense?
16  A. No. It -- it was in the '90s sometime.
17 I don't remember.
18  Q. Okay. So sometime before 2000?
19  A. Oh, yeah.
20  Q. So this picture was taken before 2000?
21  A. Yes.
22  Q. Okay. Looking at the second photograph,
23 which should be 19-B, there are three women depicted
24 in this photograph.
25  A. Yes.