UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:16-cv-05923,
Cynthia Thibodeaux, Case No. 2:16-cv-15859.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), will bring for submission their Motion to Compel on November 6, 2019, before the Honorable Michael B. North, United States Magistrate Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Date: October 30, 2019

                         Respectfully submitted,

                         /s/ *Douglas J. Moore*
                         Douglas J. Moore (Bar No. 27706)
                         **IRWIN FRITCHIE URQUHART & MOORE LLC**
                         400 Poydras Street, Suite 2700
                         New Orleans, LA 70130
                         Telephone: 504-310-2100
                         Facsimile: 504-310-2120
                         dmoore@irwinllc.com

        Harley V. Ratliff
Adrienne L. Byard
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*