UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 2740<br><br>SECTION: H (5) |

# ORDER

Considering the foregoing Motion to Expedite Sanofi's Motion to Compel (Rec. Doc. 8424) filed by Defendants;

**IT IS HEREBY ORDERED** that the Motion to Expedite Sanofi's Motion to Compel be and is **GRANTED**, and that Sanofi's Motion to Compel will be heard during the Discovery Status Conference on November 6, 2019.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE MICHAEL B. NORTH

1