UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This Document relates to: ) Lanita Johnson v. Accord ) Healthcare Inc., Dr. Reddy's ) Laboratories, and Teva Parenteral ) Medicines, Inc. ) E.D. La. No. 2:19-cv-11652 ) | MDL NO. 2740  SECTION: "H" (5)  JUDGE MILAZZO  MAG. JUDGE NORTH   JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Comes now the Plaintiff, by and through counsel, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully requests leave to amend the Complaint in the above-captioned case. Plaintiff seeks leave to amend the Complaint to add Actavis Pharma, Inc. as an additional defendant, and voluntarily dismiss her claims against Defendant Dr. Reddy's Laboratories and Defendant Teva Parenteral Medicines, Inc. This motion does not affect Plaintiff's claims against Defendant Accord Healthcare Inc.

1. Lanita Johnson filed a products liability lawsuit against the defendants on July 12, 2019.

2. Plaintiff originally filed suit against Defendants Dr. Reddy's Laboratories and Teva Parenteral Medicines, Inc. because the national drug codes related to the defective products in this case.

3. Subsequently, after filing the lawsuit, plaintiff's counsel was notified by counsel for Defendant Teva Parenteral Medicines, Inc. that Teva Parenteral Medicines, Inc.

was not involved with the defective products in this case and should be dismissed. At or around the same time, Plaintiff discovered that the proper defendant should be Actavis Pharma, Inc. Defendant Teva Parenteral Medicines, Inc. is a subsidiary of Actavis Pharma, Inc.

4. At or around the same time, Plaintiff discovered that Defendant Dr. Reddy's Laboratories was not involved with the defective products in this case. Therefore, Plaintiff's claims against Defendant Dr. Reddy's Laboratories should be dismissed.

5. Rule 15(c)(1) of the Federal Rules of Civil Procedure provides:

> When an Amendment Relates Back. An amendment to a pleading relates back to the date of the original pleading when:
>
> (A) the law that provides the applicable statute of limitations allows relation back;
>
> (B) the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading; or
>
> (C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:
>
> > (i) received such notice of the action that it will not be prejudiced in defending on the merits; and
> >
> > (ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity.

6. Defendant Teva Parenteral Medicines, Inc. is the subsidiary of Actavis Pharma, Inc. Only after Defendant's counsel notified Plaintiff's counsel that Teva Parenteral Medicines, Inc. was not a proper defendant did the Plaintiff realize that a mistake had been made regarding the proper defendant's identity.

2

7. Plaintiff's claims against Actavis Pharma, Inc. arise out of the conduct, transaction, or occurrence set out in Plaintiff's original Complaint.

8. Actavis Pharma, Inc. has, or should have, known about the present MDL litigation since at least October 13, 2016, when the Court entered Pretrial Order No. 1. Actavis Pharma, Inc. will not be prejudiced in defending on the merits. Additionally, Actavis Pharma, Inc. knew or should have known that the action would have been brought against it but for Plaintiff's mistake concerning the proper defendant's identity.

9. Accordingly, the plaintiff respectfully requests that the Court grant Plaintiff's motion for leave to file the proposed amended complaint to add Actavis Pharma, Inc. and voluntarily dismiss all claims against Defendant Dr. Reddy's Laboratories and Defendant Teva Parenteral Medicines, Inc.

Respectfully submitted,

By: /s/ Tony Seaton
Tony Seaton (TN Bar No. 7279)
LAW OFFICES OF TONY SEATON, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Tony Seaton
Tony Seaton (TN Bar No. 7279)
LAW OFFICES OF TONY SEATON, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel for Plaintiff