UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

**IT IS ORDERED** that the Court will hold oral argument on **December 5, 2019, at 9:30 a.m.** on Plaintiff's Motion for New Trial (Doc. 8394). Each party will have seven minutes to argue the Motion.

**IT IS FURTHER ORDERED** that, as agreed by the parties, Sanofi's response to the Motion may be filed on or before November 20, 2019.

New Orleans, Louisiana, this 31st day of October, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE