UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Mary Elaine Scott, Plaintiff, vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop US, , Defendants. Civil Case No.: 2:16-cv-17587 | : : : : : : : : : : : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to file a Amended Complaint (Doc. 8350);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 31st day of October, 2019.

_____
U.S. District Court Judge