UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## CASE MANAGEMENT ORDER NO. 21

As contemplated by Case Management Order No. 14 (Doc. 3064), amended by later Case Management Orders, Plaintiffs and Defendants have each submitted to the Court a letter brief proposing Plaintiffs for the third bellwether trial in this MDL. Having carefully considered the parties' written submissions, **IT IS ORDERED** that the following Plaintiffs are designated to proceed with discovery:

(1) Wanda Stewart, 17-cv-10817 (Sandoz)

(2) Dora Sanford, 17-cv-09417 (Hospira)

(3) Alice Hughes, 17-cv-11769 (Accord)

New Orleans, Louisiana, this 31st day of October, 2019.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**