UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
ALL CASES

MDL No. 2740

SECTION: "H"(5)

**ORDER**

Considering the foregoing Motion to Expedite Sanofi's Motion to Compel (Rec. Doc. 8424) filed by Defendants;

**IT IS HEREBY ORDERED** that the Motion to Expedite Sanofi's Motion to Compel be and is **GRANTED**, and that Sanofi's Motion to Compel will be heard during the Discovery Status Conference on November 6, 2019 at 2:00 p.m.[1]

New Orleans, Louisiana this  31st  day of      October     , 2019.

_____
MAGISTRATE JUDGE MICHAEL B. NORTH

---

[1] Counsel for Defendants is reminded of the Court's standing order of June 12, 2018 (rec. doc. 2861) relative to providing a hard copy of the motion to chambers in advance of the hearing.