UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document relates to: ) <br>   Lanita Johnson v. Accord ) <br>   Healthcare Inc., Dr. Reddy's ) <br>   Laboratories, and Teva Parenteral ) <br>   Medicines, Inc. ) <br>   E.D. La. No. 2:19-cv-11652 ) | MDL NO. 2740 <br><br> SECTION: "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH <br><br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE TO WITHDRAW MOTION TO AMEND COMPLAINT

Comes now the Plaintiff, by and through counsel, and gives notice of her intent to withdraw Plaintiff's Motion to Amend Complaint filed on October 31, 2019.

Respectfully submitted,

By: /s/ Tony Seaton
Tony Seaton (TN Bar No. 7279)
LAW OFFICES OF TONY SEATON, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Tony Seaton
Tony Seaton (TN Bar No. 7279)
LAW OFFICES OF TONY SEATON, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel for Plaintiff