# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION: "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |
| This Document relates to:<br>   Lanita Johnson v. Accord Healthcare Inc., Dr. Reddy's Laboratories, and Teva Parenteral Medicines, Inc.<br>   E.D. La. No. 2:19-cv-11652 | ) ) ) ) ) ) ) | <br><br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff's Notice to Withdraw Motion to Amend Complaint (Doc. 8433). Plaintiff seeks to withdraw Plaintiff's Motion to Amend Complaint (Doc. 8426).

**IT IS ORDERED** that Plaintiff's Notice to Withdraw Motion to Amend Complaint is **GRANTED** and Plaintiff's Motion to Amend is withdrawn.

New Orleans, Louisiana, this 6th day of November, 2019.

                                                                                  _____
                                                                                      United States District Court Judge