IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No.  2740 <br><br> Master Docket No.  2:16-md-2740 <br><br> Judge:  Hon. Jane Triche Milazzo |
| This document relates to: <br><br> *Renita Johnson v. Sanofi-Aventis US LLC, et al.* <br><br> No. 2:16-cv-15296 | |

## *Ex Parte* Joint Motion to Withdraw

Pursuant to Local Rule 83.2.11, James G. O'Brien moves the Court for an order allowing him to withdraw from the *In re: Taxotere* docket and from representation of Plaintiff Renita Johnson. Mr. O'Brien has left the law firm of Zoll & Kranz, LLC.

Attorneys Michelle L. Kranz and Carasusana Bibiana Wall join in this Motion. Both Ms. Kranz and Ms. Wall have previously entered appearances on the *In re: Taxotere* docket and on behalf of Plaintiff Renita Johnson and both will continue to represent Plaintiff Renita Johnson.

November 1, 2019          Respectfully Submitted,

   /s/ James G. O'Brien
James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Toledo, Ohio 43606
Tel.    (419) 930-6401
Fax     (419) 930-6403
Email  jim@obrien.law

November 1, 2019         /s/ Michelle L. Kranz              (by permission)
                         Michelle L. Kranz
                         Zoll & Kranz, LLC
                         6620 W. Central Ave.
                         Suite 100
                         Toledo, OH 43617
                         419-841-9623
                         Email: michelle@toledolaw.com

November 1, 2019         /s/ Carasusana Bibiana Wall        (by permission)
                         Carasusana Bibiana Wall
                         Zoll & Kranz, LLC
                         6620 West Central Ave.
                         Ste. 100
                         Toledo, OH 43617
                         (419) 841-9623
                         Email: cara@toledolaw.com

*Counsel for Plaintiff Renita Johnson*

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon all parties who have properly appeared by filing a copy on the Court's electronic filing system on this date.

November 1, 2019

/s/ *James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)