# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL No.   2740 |
| | Master Docket No.   2:16-md-2740 |
| | Judge:   Hon. Jane Triche Milazzo |
| **This document relates to:**<br><br>*Renita Johnson v. Sanofi-Aventis US LLC, et al.*<br><br>No. 2:16-cv-15296 | |

## [PROPOSED] ORDER

The Court hereby GRANTS the joint Motion of attorney James G. O'Brien to withdraw from the *In re: Taxotere* docket and from representation of Plaintiff Renita Johnson.

SO ORDERED.

_____     _____
Date                                                     Hon. Jane Triche Milazzo
                                                              Judge, United States District Court
                                                              For the Eastern District of Louisiana