UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>Sheila Crayton,   Case No. 2:17-cv-5923<br>Cynthia Thibodeaux,  Case No. 2:16-cv-15859 | SECTION "H" (5) |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW INTO COURT come Plaintiffs, Sheila Crayton and Cynthia Thibodeaux, who respectfully requests leave of Court to file Exhibits A, B & C to Plaintiffs' Opposition to Motion to Compel under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiffs respectfully submit that, pursuant to Local Rule 5.6 and applicable case law, the referenced exhibits to Plaintiffs' Opposition to Motion to Compel should be filed under seal.

WHEREFORE, Plaintiffs pray that this Motion be granted, and the aforementioned exhibits to Plaintiffs' Opposition to Motion to Compel be filed UNDER SEAL.

Dated: November 1, 2019

Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

/s/Richard L. Root