UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO

MDL NO. 2740

SECTION "H" (5)

*Sheila Crayton,*  Case No. 2:17-cv-5923
*Cynthia Thibodeaux*, Case No. 2:16-cv-15859

**MEMORANDUM IN SUPPORT OF *EX PARTE*
MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, respectfully request leave of Court to file Exhibits A, B, and C Plaintiffs' Opposition to Motion to Compel under Seal. Plaintiffs respectfully submit that, pursuant to Local Rule 5.6 and applicable case law, the referenced exhibits to Plaintiffs' Opposition to Motion to Compel should be filed under seal.

The court may seal court records if the interests favoring nondisclosure in a particular case outweigh the public's common-law right of access to judicial records. *S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see Nixon v. Warner Comm., Inc.,* 435 U.S. 589, 598 (1978). Here, Plaintiffs seek to seal records from medical personnel that pertain directly to private health issues; a psychiatric evaluation and medical records from treating physicians regarding health status, and a Time Line of relevant medical records containing excerpts of the private health records. There are neither public officials nor any public records involved, and these sensitive and personal medical records are unrelated to the underlying medical discovery issues in this matter.

1

Records disclosing medical, psychiatric and psychological conditions, disability, or stigmatizing conditions may be reasonably sealed from public view. *See Jaufre v. Taylor*, 351 F.Supp. 2d 514 (E.D.La. 2005); *see also* Health Insurance Portability and Accountability Act of 1996 ("HIPAA") Standards for Privacy of Individually Identifiable Health Information, 45 CFR 160 and 164. Allowing these two exhibits to become public records by placing them openly in the record of this matter would completely, unfairly and irrevocably destroy Ms. Crayton's rights of privacy and confidentiality concerning her medical history and conditions.

Accordingly, Plaintiffs respectfully request that Exhibits A, B, and C, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for perpetuity, or until as the Court otherwise rules.

Pursuant to practice in this multi-district litigation, Exhibits A, B, and C, will be emailed to liaison counsel for defendants and to liaison counsel for the Plaintiffs Steering Committee.

Accordingly, Plaintiffs request that the Court enter the attached proposed order directing that Exhibits A, B, and C to Plaintiffs' Opposition to Motion to Compel to be filed UNDER SEAL.

Dated: November 1, 2019                                             Respectfully submitted,

/s *Richard L. Root*
Richard L. Root La# 19988
Betsy Barnes La# 19473
Morris Bart, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
Attorneys for Plaintiffs