UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT<br><br>RELATES TO:<br>Sheila Crayton,       Case No. 2:17-cv-5923<br>Cynthia Thibodeaux, Case No. 2:16-cv-15859 | MDL NO. 2740<br><br>SECTION "H" (5) |

# [PROPOSED] ORDER

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits B and G to Plaintiffs' Opposition to Motion to Compel, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits B and G to Plaintiffs' Opposition to Motion to Compel UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1