UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Mary Burse
Case No.: 19-cv-09390

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Mary Burse, on the following dates: 8/29/19, 9/1/19, 9/3/19, 9/6/19, 9/17/19 by (check all that apply) __x__ telephone, ____ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to the last known residence, skip traced, reached out to last known address of next-of-kin), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*