UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Jacqueline Ramsey
Case No.: 18-cv-13514

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Jacqueline Ramsey, on the following dates: 8/17/19, 9/5/19, 9/6/19 by (check all that apply) ____ telephone, ____ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to the last known residence, searched for next-of-kin, as client died on 8/1/19), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                       **BACHUS & SCHANKER, LLC**

                                       By: */s/ J.Christopher Elliott*
                                       Christopher Elliott, Esq.
                                       Bachus & Schanker, LLC
                                       1899 Wynkoop Street Suite 700
                                       Denver, CO 80238
                                       Telephone: (303)893-8900
                                       Facsimile: (303) 893-9900
                                       Email: celliott@coloradolaw.net

                                       *Attorney for Plaintiff*