UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Elyse Tuttleman
Case No.: 19-cv- 09423

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Elyse Tuttleman whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  November 4, 2019            **BACHUS & SCHANKER, LLC**

                                                                    By: */s/ J.Christopher Elliott*
                                                                    Christopher Elliott, Esq.
                                                                    Bachus & Schanker, LLC
                                                                    1899 Wynkoop Street Suite 700
                                                                    Denver, CO 80238
                                                                    Telephone: (303)893-8900
                                                                    Facsimile: (303) 893-9900
                                                                    Email: celliott@coloradolaw.net

                                                                    *Attorney for Plaintiffs*