UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sheri Wakefield**
**Case No.: 19-cv-09392**

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Sheri Wakefield, on the following dates: 8/15/19, 9/5/19, 9/6/19, 9/18/19, 9/30/19 by (check all that apply) __x__ telephone, ____ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to the last known residence, skip-traced), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*