# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Newman et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br><br>Plaintiff Name: Charlotte Newman<br>Civil Action No.: 2:18-cv-13576 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of November 2019

    Respectfully submitted,

    /s/ Matthew R. McCarley

    Matthew R. McCarley
    Texas Bar No: 24041426
    mccarley@fnlawfirm.com

    FEARS NACHAWATI, PLLC
    5473 Blair Road
    Dallas, Texas 75231
    Tel. (214) 890-0711
    Fax (214) 890-0712

    Counsel for Plaintiff


    /s/ Tarek C. Abbassi

    Tarek C. Abbassi
    Texas Bar No: 24096225
    tabbassi@fnlawfirm.com

    FEARS NACHAWATI, PLLC
    5473 Blair Road
    Dallas, Texas 75231
    Tel. (214) 890-0711
    Fax (214) 890-0712

    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    /s/ Matthew R. McCarley