UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Waters et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br><br>Plaintiff Name: Kathie Waters<br>Civil Action No.: 2:18-cv-13332 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of November 2019

                          Respectfully submitted,

                          /s/ Matthew R. McCarley

                          Matthew R. McCarley
                          Texas Bar No: 24041426
                          mccarley@fnlawfirm.com

                          FEARS NACHAWATI, PLLC
                          5473 Blair Road
                          Dallas, Texas 75231
                          Tel. (214) 890-0711
                          Fax (214) 890-0712

                          Counsel for Plaintiff

                          /s/ Tarek C. Abbassi

                          Tarek C. Abbassi
                          Texas Bar No: 24096225
                          tabbassi@fnlawfirm.com

                          FEARS NACHAWATI, PLLC
                          5473 Blair Road
                          Dallas, Texas 75231
                          Tel. (214) 890-0711
                          Fax (214) 890-0712

                          Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                          /s/ Matthew R. McCarley