# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Williams et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* | |
| Plaintiff Name: Louette Williams Civil Action No.: 2:18-cv-13737 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of November 2019

                               Respectfully submitted,

                               /s/ Matthew R. McCarley

                               Matthew R. McCarley
                               Texas Bar No: 24041426
                               mccarley@fnlawfirm.com

                               FEARS NACHAWATI, PLLC
                               5473 Blair Road
                               Dallas, Texas 75231
                               Tel. (214) 890-0711
                               Fax (214) 890-0712

                               Counsel for Plaintiff


                               /s/ Tarek C. Abbassi

                               Tarek C. Abbassi
                               Texas Bar No: 24096225
                               tabbassi@fnlawfirm.com

                               FEARS NACHAWATI, PLLC
                               5473 Blair Road
                               Dallas, Texas 75231
                               Tel. (214) 890-0711
                               Fax (214) 890-0712

                               Counsel for Plaintiff


## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                               /s/ Matthew R. McCarley