**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**
**THIS DOCUMENT**
              **SECTION: "H" (5)**

**RELATES TO:**
**Sheila Crayton,**   **Case No. 2:17-cv-5923**
**Cynthia Thibodeaux, Case No. 2:16-cv-15859**


**ORDER**

***EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits A, B, and C to Plaintiffs' Opposition to Motion to Compel, Under Seal,


IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits A, B, and C to Plaintiffs' Opposition to Motion to Compel UNDER SEAL.


New Orleans, Louisiana, this <u>4th</u> of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE