UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Holly Joers
**Case No.:** 2:18-cv-13632

## DECLARATION

I, Tarek Abbassi, have attempted to reach my client, Holly Joers, on the following dates:

8/20/2019, 8/26/2019, 8/27/2019, 8/29/2019, 8/31/2019, 9/23/2019, 9/26/2019, 10/8/2019

by (check all that apply) ✓ telephone, ✓ e-mail, ✓ text message, ___ social media, ✓ U.S. Mail, ___ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Tarek Abbassi
5473 Blair Road
Dallas, TX 75231
214-890-0711
tabbassi@fnlawfirm.com