UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Connie Moore
Case No.: 2:18-cv-13324

## DECLARATION

I, Tarek Abbassi, have attempted to reach my client, Connie Moore, on the following dates:

8/21/2019, 8/29/2019, 8/31/2019, 9/4/2019, 9/10/2019, 9/27/2019, 10/17/2019

by (check all that apply) ✓ telephone, ✓ e-mail, ✓ text message, ___ social media, ✓ U.S. Mail, ___ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Tarek Abbassi*

Tarek Abbassi
5473 Blair Road
Dallas, TX 75231
214-890-0711
tabbassi@fnlawfirm.com