UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Ora Martin
**Case No.:** 2:18-cv-13847

## DECLARATION

I, Tarek Abbassi, have attempted to reach my client, Ora Martin, on the following dates:

6/5/2019, 6/12/2019, 8/21/2019, 8/23/2019, 8/29/2019, 8/31/2019, 9/4/2019, 10/30/2019

by (check all that apply) ✓ telephone, ✓ e-mail, ✓ text message, ___ social media, ✓ U.S. Mail, ✓ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Tarek Abbassi
5473 Blair Road
Dallas, TX 75231
214-890-0711
tabbassi@fnlawfirm.com