UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Karen Miller
**Case No.:** 2:18-cv-13778

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Karen Miller whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: November 4, 2019

/s/Tarek C. Abbassi
Tarek C. Abbassi
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
tabbassi@fnlawfirm.com