UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Elizabeth Williams-Paront
**Case No.:** 2:18-cv-13552

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Elizabeth Williams-Paront whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  November 4, 2019　　　　　　　　　　/s/Tarek C. Abbassi
　　　　　　　　　　　　　　　　　　　　　　Tarek C. Abbassi
　　　　　　　　　　　　　　　　　　　　　　Fears Nachawati Law Firm
　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　　　　(214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　tabbassi@fnlawfirm.com