UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | : : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen E. Nichols of the law firm Shook, Hardy & Bacon, L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated:  November 5, 2019

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ *Stephen E. Nichols*
Stephen E. Nichols
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel:  (816) 474-6550
Fax: (816) 421-5547
Email: senichols@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*