UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:16-cv-05923,
Cynthia Thibodeaux, Case No. 2:16-cv-15859.

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES, INC.'S MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Brief in Support of their Motion to Compel in order to respond to Plaintiffs' Opposition to Sanofi's Motion (Rec. Doc. 8441).

WHEREFORE, Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. respectfully request that this Court grant leave to file their Reply Brief in Support of Motion to Compel.

1

Date: November 5, 2019

                                        Respectfully submitted,

                                        /s/ *Douglas J. Moore*
                                        Douglas J. Moore (Bar No. 27706)
                                        **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                        400 Poydras Street, Suite 2700
                                        New Orleans, LA 70130
                                        Telephone: 504-310-2100
                                        Facsimile: 504-310-2120
                                        dmoore@irwinllc.com

                                        Harley V. Ratliff
                                        Adrienne L. Byard
                                        Kelly Bieri
                                        **SHOOK, HARDY& BACON L.L.P.**
                                        2555 Grand Boulevard
                                        Kansas City, Missouri 64108
                                        Telephone: 816-474-6550
                                        Facsimile: 816-421-5547
                                        hratliff@shb.com
                                        abyard@shb.com
                                        kbieri@shb.com

                                        *Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                            /s/ *Douglas J. Moore*