UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Sheila Crayton, Case No. 2:16-cv-05923,
Cynthia Thibodeaux, Case No. 2:16-cv-15859.

# ORDER

Considering the Motion for Leave to File Reply Brief in Support of their Motion to Compel Discovery filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Compel Discovery is hereby entered into the Court's docket.

_____
UNITED STATES MAGISTRATE JUDGE