# EXHIBIT AA

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3

 4
    IN RE:   TAXOTERE (DOCETAXEL)       *
 5           PRODUCTS LIABILITY         *   Docket No.: 16-MD-2740
             LITIGATION                 *   Section "H(5)"
 6                                      *   January 18, 2019
    This Document Relates To All Cases  *   New Orleans, Louisiana
 7  * * * * * * * * * * * * * * * * * * *

 8
                TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
 9            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
10

11
    APPEARANCES:
12
    For the Plaintiffs:         Barrios, Kingsdorf & Casteix, LLP
13                              BY:  DAWN BARRIOS, ESQ.
                                701 Poydras Street
14                              Suite 3650
                                New Orleans, Louisiana 70139
15

16
                                Gainsburgh, Benjamin, David,
17                                Meunier & Warshauer, LLC
                                BY:  PALMER LAMBERT, ESQ.
18                              2800 Energy Centre
                                1100 Poydras Street
19                              New Orleans, Louisiana 70163-2800

20

21

22

23

24

25

                              OFFICIAL TRANSCRIPT
```

```
 1          MR. INSOGNA:  No. 269, Sandra Thompson.  We have no
 2  proof of injury documentation.
 3          MR. ELLIOTT:  We have a driver's license photo,
 4  but -- let's see.  The only photo she has is driver's license
 5  photos.  We're getting her present day photos this week.  We
 6  have an investigator out to go get them.  We'd ask for 15 days
 7  to upload the present day photos.
 8          THE COURT:  I'll give you 15 days.  Because that's
 9  all you're missing is present day?
10          MR. INSOGNA:  I have that we don't have any proof of
11  injury.
12          MR. ELLIOTT:  It says we uploaded a driver's license
13  photo.
14          THE COURT:  It's either that or an affidavit.
15          MR. ELLIOTT:  Okay.
16          THE COURT:  But you have to get that present day
17  photo in within 15 days.
18          MR. ELLIOTT:  15 days for that.  Okay.  Thank you.
19          MR. INSOGNA:  Your Honor, sorry, 15 days for a
20  present day photo, and 30 for an affidavit if there are no --
21  understood.  Thank you, Your Honor.
22              That is all of the 505(b) cases with Bachus &
23  Schanker.
24          THE COURT:  I hope you catch your flight.
25          MR. INSOGNA:  Thank you.
```