# EXHIBIT BB

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
*****************************************************************

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION
                                        Docket No. 16-MD-2740
                                        Section "H"
                                        New Orleans, Louisiana
                                        Wednesday, May 29, 2019

[THIS DOCUMENT RELATES TO:
ALL CASES]
*****************************************************************

                  TRANSCRIPT OF MOTION TO SHOW CAUSE
            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                      UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:            BARRIOS KINGSDORF & CASTEIX
                               BY:  DAWN M. BARRIOS, ESQ.
                               701 Poydras St., Suite 3650
                               New Orleans, LA 70139

                               GAINSBURG BENJAMIN DAVID
                               MEUNIER & WARSHAUER
                               BY:  M. PALMER LAMBERT, ESQ.
                                    CLAIRE E. BERG, ESQ.
                               1100 Poydras St., Suite 2800
                               New Orleans, LA 70163

                               FEARS NACHAWATI
                               BY:  CHARLOTTE GULEWICZ, ESQ.
                               5473 Blair Rd.
                               Dallas, TX 75231
                               (BY TELEPHONE)

                               BACHUS & SCHANKER
                               BY:  J. CHRISTOPHER ELLIOTT, ESQ.
                               1899 Wynkoop St., #700
                               Denver, CO 80202
```

```
14:46:59   1              THE COURT:  Okay.  Thank you.
14:47:02   2              MS. BARRIOS:  And we'll report back to you.
14:47:03   3              THE COURT:  I just think my concern has been because I
14:47:09   4   did that in one case and then it opened this flood gate and it was
14:47:14   5   easier to say I don't have photographs than to say -- and even when
14:47:21   6   people have a house fire where you may lose everything in your
14:47:25   7   home, very few people don't have somebody somewhere.
14:47:30   8              MS. BARRIOS:  Everybody has a niece's wedding.
14:47:33   9              THE COURT:  I told you that, that it's either graduated
14:47:35  10   from high school, that has gotten married, or there's a baby
14:47:38  11   shower.  There is something somewhere where there is a photograph.
14:47:42  12   Or you might have a job and you have to take a picture to get into
14:47:47  13   the building.
14:47:48  14              MS. BARRIOS:  That's a great idea.
14:47:50  15              THE COURT:  People are going to have driver's licenses.
14:47:53  16              MS. BARRIOS:  I believe Mr. Elliott is going to be in
14:47:54  17   town for a couple of days, and I will make sure that he and I speak
14:47:58  18   with the client and I will do a report to the defendants and to
14:48:01  19   your Honor.
14:48:02  20              THE COURT:  It's not enough to say I looked under my sofa
14:48:04  21   and I didn't have any.
14:48:05  22              MS. BARRIOS:  I totally understand, your Honor.
14:48:07  23              THE COURT:  Okay.  Thank you.
14:48:10  24              Deborah Short.
14:48:11  25              MS. BRILLEAUX:  Yes, your Honor.  No PFS.
```

```
14:53:09  1                MS. BRILLEAUX:  None within five years of treatment.
14:53:11  2                MR. ELLIOTT:  Says dated properly.  We can clarify that
14:53:14  3    if you give us seven days.
14:53:16  4                THE COURT:  Seven days to work this out.
14:53:21  5                Debra Williams.
14:53:23  6                MS. BRILLEAUX:  No PFS submitted.
14:53:26  7                MR. ELLIOTT:  Filed yesterday.
14:53:31  8                THE COURT:  Seven days to confirm.
14:53:33  9                Donna Wood.
14:53:34 10                MS. BRILLEAUX:  No before photos from within five years
14:53:38 11    of treatment.
14:53:44 12                MR. ELLIOTT:  I asked her and she says she only has 1999
14:53:48 13    photos, son lives in another state.  We asked for other family
14:53:52 14    members, she does not have any of her.  She does not like photos.
14:53:57 15    And so that was her excuse as to why she can't get us any photos
14:54:01 16    within five, all she has is a 1999 picture.
14:54:03 17                THE COURT:  She doesn't have a driver's license?
14:54:05 18                MR. ELLIOTT:  I think the issue, her treatment was, you
14:54:09 19    know, long ago, so she wouldn't have a copy of the driver's license
14:54:13 20    within five.  That's the issue.  It's not a new treatment.  The
14:54:19 21    photos we have is the 1999.
14:54:25 22                When was this filed?  This was filed in March, but that's
14:54:27 23    her -- she understands, I mean, we had the conversation with her.
14:54:34 24    She knows that you could dismiss her case, she understands that,
14:54:38 25    but she says that's all she's got.
```