# EXHIBIT CC

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  TAXOTERE
     (DOCETAXEL) PRODUCTS
 5   LIABILITY LITIGATION

 6                              CIVIL ACTION NO. 16-MD-2740 "H"
                                NEW ORLEANS, LOUISIANA
 7                              THURSDAY, AUGUST 15, 2019, 2:00 P.M.

 8   THIS DOCUMENT RELATES TO:
     ALL CASES
 9
     ****************************************************************
10

11         TRANSCRIPT OF RULE TO SHOW CAUSE PROCEEDINGS
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
12                 UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:      BARRIOS KINGSDORF & CASTEIX
16                            BY:  DAWN M. BARRIOS, ESQ.
                              701 POYDRAS STREET, SUITE 3650
17                            NEW ORLEANS, LOUISIANA 70139

18

19                            GAINSBURGH BENJAMIN DAVID
                              MEUNIER & WARSHAUER
20                            BY:  M. PALMER LAMBERT, ESQ.
                              1100 POYDRAS STREET, SUITE 2800
21                            NEW ORLEANS, LOUISIANA 70163

22

23   FOR THE DEFENDANTS'
     STEERING COMMITTEE:      IRWIN FRITCHIE URQUHART & MOORE
24                            BY:  KELLY E. BRILLEAUX, ESQ.
                              400 POYDRAS STREET, SUITE 2700
25                            NEW ORLEANS, LOUISIANA 70130
```

*OFFICIAL TRANSCRIPT*

1       If this case were selected for trial, we would
2  have testimony regarding what her hair looked like prior to her
3  chemotherapy, so I think there would be some evidence of that,
4  but it may not be the best evidence, but it would be some
5  evidence.
6       THE COURT:  Ms. Barrios.  Do you have something?
7       MS. BARRIOS:  Yes, ma'am.  I wanted to ask if I could
8  work with Mr. Perdue to see if there are school pictures, if
9  she has a driver's license picture.  They may have taken a
10 picture when she was admitted to the hospital.  I understand
11 when you to go in the chemo unit they take a picture.
12      If there is anything like that, Mr. Perdue, that
13 I could help you to try to explore to find a before picture,
14 I'm more than happy to do so.
15      PLAINTIFFS' COUNSEL:  Thank you.  I would like to take
16 you up on that.  I had asked my client those questions
17 (speaking simultaneously).
18      THE COURT:  Mr. Perdue, I'm going to tell you, this
19 case will not proceed without a before photo.  I'm going to
20 give you one last shot.  You can call Ms. Barrios, but this is
21 even more problematic.
22      Just so you understand, I know that they were
23 able to produce after chemo photographs, but it will not
24 proceed.  So I'm going to give you an opportunity to visit with
25 Ms. Barrios, but this is the last time.

*OFFICIAL TRANSCRIPT*