# EXHIBIT EE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CYNTHIA THIBODEAUX | ) |
| Plaintiff, | ) |
| v. | ) |
| SANOFI US SERVICES, INC., formerly known as SANOFI-AVENTIS U.S. Inc., and SANOFI-AVENTIS U.S. LLC, | ) Civil Action No. 2:16-cv-15859 |
| Defendants. | ) |

**PLAINTIFF'S SUPPLMENTAL RESPONSES TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes now Plaintiff, Cynthia Thibodeaux, who hereby supplements her responses to Defendant Sanofi-Aventis U.S. LLC's Second Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 1:** A copy of any documents on the Plaintiff's computer relating to Taxotere® or docetaxel or any of Plaintiff's claims in this lawsuit.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 2:** A copy of any photographs posted to Facebook, other social media or online blogs showing the Plaintiff or her head, hair, or injury.

**RESPONSE**

Plaintiff objects that "any photographs posted to Facebook" as unduly burdensome. Plaintiff does not have control or access to every possible photo of her on Facebook or other social media posted by a third party. Plaintiff also objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the pending

1

action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses.

Subject to and without waiving these objections, counsel for Plaintiff has run an exhaustive electronic search for any responsive documents three times and no photographs were located.

**REQUEST FOR PRODUCTION NO. 3:** A copy of any photographs on the Plaintiff's current or any previous phone showing the Plaintiff or her head, hair, or injury.

**RESPONSE:**

All responsive documents have been previously produced.

**REQUEST FOR PRODUCTION NO. 4:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody or control, taken within 5 years prior to initiation of her chemotherapy that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

Plaintiff objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the pending action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses. Subject to and without waiving that objection, all responsive documents have been previously produced.

**REQUEST FOR PRODUCTION NO. 5:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody, or control, taken within the 5 years following her chemotherapy treatment that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

Plaintiff objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the pending action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses. Subject to and without waiving that objection, all responsive documents have been previously produced.

**REQUEST FOR PRODUCTION NO. 6:** A copy of all communications between the Plaintiff and any agent, employee, subsidiary or affiliate of Defendant or between the Plaintiff and any agent, employee, subsidiary or affiliate of the United States Food and Drug Administration.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 7:** All documents identified in Defendant's Second Set of Interrogatories to Plaintiff Cynthia Thibodeaux.

**RESPONSE:**

All documents responsive to this request have been previously produced.

**REQUEST FOR PRODUCTION NO. 8:** All documents the Plaintiff reviewed in preparation for her deposition.

**RESPONSE:**

Please see the Notice of Deposition propounded by Defendants.

**REQUEST FOR PRODUCTION NO. 9:** All communications between Plaintiff Cynthia Thibodeaux and any colleague, researcher, scientist, healthcare provider, or any other individual regarding any research, information, treatment or potential treatment for or concerning hair loss, including but not limited to research into potential treatments for hair loss associated

with chemotherapy.

**RESPONSE:**

Plaintiff objects to this request to the extent that it seeks information of communications protected by the attorney-client privilege. Subject to and without waiving said objections, all responsive documents were previously produced.

**REQUEST FOR PRODUCTION NO. 10:** All documents in Plaintiff's possession, custody or control related to hair loss, including but not limited to communications, medical records, medical or scientific literature, journalistic material, photographs, marketing material, scientific data, unpublished research, or other documentation of potential treatment for hair loss associated with chemotherapy.

**RESPONSE:**

All responsive documents were previously produced.

**REQUEST FOR PRODUCTION NO. 11:** All documents in Plaintiff's possession, custody or control relating to the effect of Plaintiff's alleged injury on Plaintiff, including but not limited to photographs and videos and their associated metadata, and documentation of any expenses related to Plaintiff's alleged injury.

**RESPONSE:**

All responsive documents were previously produced.

**REQUEST FOR PRODUCTION NO. 12:** All electronically stored information (ESI), as described in the Court's Pretrial Order No. 71A, that has not previously been produced.

**RESPONSE:**

All responsive documents were previously produced.

**REQUEST FOR PRODUCTION NO. 13:** All documents related to any scalp biopsies or other diagnosis of or treatment for Plaintiff's alleged injuries, including communications with or regarding any examiners, consultants, healthcare providers, or cosmetic service or product providers; medical or other records; and appointment books, calendars, or other documentation of diagnosis or treatment encounters.

RESPONSE:

Plaintiff does not have any documents responsive to this request. However, any responsive documents will be produced subject to the agreement between Plaintiffs' Liaison Counsel and Jordan Baehr.

Dated: September 5, 2019

Respectfully submitted,

/s/ Richard L. Root
Richard Root #19988
Betsy J. Barnes # 19473
Morris Bart, LLC
601 Poydras Street,
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
rroot@morrisbart.com

*Counsel for Plaintiff*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

6

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>400 Continental Boulevard, 6th Floor<br>El Segundo, CA 90245<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>2505 Energy Centre 1100 Poydras St.<br>New Orleans, LA 70163<br>Phone: 504-355-0086<br>Fax: 504-523-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>700 S Palafox St<br>Ste 95<br>Pensacola, FL 32502<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of September, 2019 a copy of the foregoing Plaintiff's Supplemental Response to Defendants' Second Set of Requests for Production was electronically served on counsel for Defendants at the following email addresses:. JBAEHR@shb.com; dmoore@irwinllc.com; KBIERI@shb.com.

_____/s/ Richard L. Root_____