**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Blankenship v. Sanofi US Services Inc. et al* | |
| Plaintiff Name: Trinette Blankenship Civil Action No.: 2:18-cv-13311 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who

have appeared stipulate to the dismissal of the present action with prejudice, with each party to

bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of

claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 5th day of November 2019

Respectfully submitted,

/s/ Matthew R. McCarley

Matthew R. McCarley
Texas Bar No: 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Counsel for Plaintiff

/s/ Tarek C. Abbassi

Tarek C. Abbassi
Texas Bar No: 24096225
tabbassi@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.

/s/ Matthew R. McCarley