UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Cynthia Miller v. Sanofi-Aventis U.S. LLC, et al.*<br>Civil Action No.: 2:18-cv-13102 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU **MUST** CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other: Duplicate filed case. This stipulation shall not affect the lawsuit filed by Cynthia Miller, Civil Action No. 2:18-cv-12302, currently pending in this Court.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

| | |
|---|---|
| Dated this 6th day of November, 2019 | **CAREY DANIS & LOWE** |
| | */s/ Sarah Shoemake Doles* |
| | Jeffrey J. Lowe, #35114MO |
| | Sarah Shoemake Doles, #45747MO |
| | Alyson M. Petrick, #68323MO |
| | 8235 Forsyth Blvd, Suite 1100 |
| | Saint Louis, MO 63105 |
| | Telephone: (314) 725-7700 |
| | Fax: (314) 721-0905 |
| | jlowe@careydanis.com |
| | sdoles@careydanis.com |
| | apetrick@careydanis.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Sarah Shoemake Doles*