UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Sharon French
**Case No.:** 18-cv-12636

## DECLARATION

I, Daniel P. Markoff have attempted to reach my client, Sharon French on the following dates: 8/19/19, 8/30/19, 9/11/19, 10/08/19, 10/16/19, 10/17/19, 10/23/19, 10/30/19, 10/31/19, 11/1/19, 11/4/19 by (check all that apply) X telephone, ____ e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel P, Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com