UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| KELI MINIAT, | : : : | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| Plaintiff(s), | : : | Civil Action No.: 2:16-cv-16686 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : : | |
| Defendant(s). | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Keli Miniat, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated this 6th day of November, 2019

Respectfully submitted,

THE GOSS LAW FIRM, P.C.

By: */s/ Peter E. Goss*
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, Missouri 64111
pgoss@goss-lawfirm.com
ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 6th day of November, 2019.

By: */s/ Peter E. Goss*
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, Missouri  64111
pgoss@goss-lawfirm.com
ATTORNEY FOR PLAINTIFF