**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| KELI MINIAT, | : | |
| | : | ORDER GRANTING LEAVE |
| Plaintiff(s), | : | TO FILE AMENDED |
| | : | COMPLAINT |
| vs. | : | Civil Action No.: 2:16-cv-16686 |
| | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, et al, | : | |
| | : | |
| Defendant(s). | : | |
| ----------------------------------------------------- | : | |

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, November 6th, 2019.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT