UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Pamela Woods
**Case No.:** 2:18-cv-13085

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Pamela Woods whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: November 6, 2019          /s/Tarek C. Abbassi
                                                 Tarek C. Abbassi
                                                 Fears Nachawati Law Firm
                                                 5473 Blair Road
                                                 Dallas, TX 75231
                                                 (214) 890-0711
                                                 tabbassi@fnlawfirm.com