UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Leola Melengoes**
**Case No.: 2:18-cv-12912**

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Leola Melengoes, on the following dates: June 19, 2019, August 16, 2019, August 29, 2019, October 10, 2019 and November 1, 2019 by (check all that apply) X telephone, ____ e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, X other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiff*