UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Maxine Kirkland**
**Case No.: 2:18-cv-12898**

# DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Maxine Kirkland, on the following dates:  October 25, 2019, October 31, 2019, November 1, 2019, and November 4, 2019

by (check all that apply) X telephone, X  e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, X  other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

ALLEN & NOLTE, PLLC

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiff*