UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File the Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master-Long Form Complaint and Jury Demand (Rec. Doc. 8334) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED** and that the Clerk of Court shall file the unredacted Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand be filed **UNDER SEAL**.

New Orleans, Louisiana, this 6th day of November, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1