UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION H<br>JUDGE JANE T. MILAZZO |
| The Cases Listed on the attached Exhibit A | |

## ORDER

This matter having come before the Court on Plaintiffs' Supplement to their Joint Motion for Withdrawal and Substitution of Counsel (Doc. 8379);

**IT IS ORDERED** that the Motion is **GRANTED** and that attorney Thomas Smith of The Law Offices of Seaton & Bates, PLLC shall be added as counsel for the plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 6th day of November, 2019.

_____
Honorable Jane T. Milazzo
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |