# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No.   2740 |
| | Master Docket No.   2:16-md-2740 |
| | Judge:   Hon. Jane Triche Milazzo |
| **This document relates to:**<br><br>*Renita Johnson v. Sanofi-Aventis US LLC, et al.*<br><br>No. 2:16-cv-15296 | |

## ORDER

Before the Court is a Motion to Withdraw as Attorney (Doc. 8437);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney James G. O'Brien is withdrawn from representation of Plaintiff Renita Johnson, and attorneys Michelle L. Kranz and Carasusana Bibiana Wall will continue to represent Plaintiff.

New Orleans, Louisiana, this 6th day of November, 2019.

_____
Hon. Jane Triche Milazzo