# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| This Document relates to:<br>   Lanita Johnson v. Accord Healthcare Inc., Dr. Reddy's Laboratories, and Teva Parenteral Medicines, Inc.<br>   E.D. La. No. 2:19-cv-11652 | JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff's Notice to Withdraw Motion to Amend Complaint (Doc. 8433). Plaintiff seeks to withdraw Plaintiff's Motion to Amend Complaint (Doc. 8426).

**IT IS ORDERED** that Plaintiff's Notice to Withdraw Motion to Amend Complaint is **GRANTED** and Plaintiff's Motion to Amend is withdrawn.

New Orleans, Louisiana, this 6th day of November, 2019.

_____
United States District Court Judge