UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>Tanya Francis, Case No. 2:16-cv-17410 | MDL No. 2740<br><br>SECTION: "H" (5) |

## ORDER

Considering the Motion for Leave to File Reply Brief (Doc. 8385) in Support of their Motion to Tax Costs filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.:

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs is hereby entered into the Court's docket.

New Orleans, Louisiana, this 6th day of November, 2019.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE