UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This Document Relates To:
Deborah Johnson, Case No. 2:16-cv-15607

# ORDER

Considering the Motion for Leave to File Reply Brief (Doc. 8386) in Support of their Motion to Tax Costs filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs is hereby entered into the Court's docket.

New Orleans, Louisiana, this 6th day of November, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE