**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                         **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Catina Barbalato**
**Case No.: 2:18-cv-12744**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

        I represent Catina Barbalato whose case is on a Notice of Non-Compliance to be heard by
the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance,
and promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.

        Dated: November 6, 2019

                                        **ALLEN & NOLTE, PLLC**

                                        /s/ Jennifer Nolte
                                        John H. "Trey" Allen, III
                                        trey@allennolte.com
                                        Jennifer Nolte
                                        jnolte@allennolte.com
                                        5445 La Sierra Drive, Suite 350
                                        Dallas, Texas 75231
                                        Tel: (214) 521-2300
                                        Fax: (214) 452-5637
                                        *Attorneys for Plaintiff*