UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Sheila Crayton, Case No. 2:16-cv-05923,**
**Cynthia Thibodeaux, Case No. 2:16-cv-15859.**

## ORDER

Considering the Motion for Leave to File Reply Brief in Support of their Motion to Compel Discovery filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Compel Discovery is hereby entered into the Court's docket.

New Orleans, Louisiana, this  6th  day of      November      , 2019.

_____
UNITED STATES MAGISTRATE JUDGE