# EXHIBIT Z

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA THIBODEAUX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANOFI US SERVICES, INC., formerly )<br>known as SANOFI-AVENTIS U.S. Inc., )<br>and SANOFI-AVENTIS U.S. LLC, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 2:16-cv-15859 |

**PLAINTIFF'S RESPONSES TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes now Plaintiff, Cynthia Thibodeaux, who hereby provides her responses to Defendant Sanofi-Aventis U.S. LLC's Second Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 1:** A copy of any documents on the Plaintiff's computer relating to Taxotere® or docetaxel or any of Plaintiff's claims in this lawsuit.

**RESPONSE:**

None responsive.

**REQUEST FOR PRODUCTION NO. 2:** A copy of any photographs posted to Facebook, other social media or online blogs showing the Plaintiff or her head, hair, or injury.

**RESPONSE**

Plaintiff objects that "any photographs posted to Facebook" as unduly burdensome. Plaintiff does not have control or access to every possible photo of her on Facebook or other social media posted by a third party. Plaintiff also objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the

1

pending action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses.

Further answering, Plaintiff has no photographs responsive to the Request in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 3:** A copy of any photographs on the Plaintiff's current or any previous phone showing the Plaintiff or her head, hair, or injury.

**REQUEST FOR PRODUCTION NO. 3:** A copy of any photographs on the Plaintiff's current or any previous phone showing the Plaintiff or her head, hair, or injury.

**RESPONSE:**

None in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 4:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody or control, taken within 5 years prior to initiation of her chemotherapy that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

**RESPONSE:**

Plaintiff objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the pending action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses. Further answering, Plaintiff has no photographs responsive to the Request in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 5:** All photographs in Plaintiff Cynthia Thibodeaux's possession, custody, or control, taken within the 5 years following her chemotherapy treatment that show Plaintiff or her head, hair, or injury, including photographs stored digitally on any device or accessible to Plaintiff online.

2

**RESPONSE:**

Plaintiff objects to the request for "all photos showing the Plaintiff" as unduly burdensome, overly broad, and not relevant to the subject matter involved in the pending action as it is not apparent how a photo of plaintiff's foot or hand are relevant to any party's claims or defenses. Further answering, Plaintiff has no photographs responsive to the Request other than those previously provided.

**REQUEST FOR PRODUCTION NO. 6:** A copy of all communications between the Plaintiff and any agent, employee, subsidiary or affiliate of Defendant or between the Plaintiff and any agent, employee, subsidiary or affiliate of the United States Food and Drug Administration.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 7:** All documents identified in Defendant's Second Set of Interrogatories to Plaintiff Cynthia Thibodeaux.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 8:** All documents the Plaintiff reviewed in preparation for her deposition.

**RESPONSE:**

Any document identified as having been reviewed discussed in Plaintiff's deposition as in preparation for her deposition have been produced in the PFS/MDL Centrality.

**REQUEST FOR PRODUCTION NO. 9:** All communications between Plaintiff Cynthia Thibodeaux and any colleague, researcher, scientist, healthcare provider, or any other individual regarding any research, information, treatment or potential treatment for or concerning

3

hair loss, including but not limited to research into potential treatments for hair loss associated with chemotherapy.

**RESPONSE:**

No responsive documents at this time. If and when Plaintiff is selected for Phase II under CMO 14 Plaintiff will amend in due course.

**REQUEST FOR PRODUCTION NO. 10:** All documents in Plaintiff's possession, custody or control related to hair loss, including but not limited to communications, medical records, medical or scientific literature, journalistic material, photographs, marketing material, scientific data, unpublished research, or other documentation of potential treatment for hair loss associated with chemotherapy.

**RESPONSE:**

No documents responsive to this request. Documents reflecting any communications with healthcare providers have previously been produced.

**REQUEST FOR PRODUCTION NO. 11:** All documents in Plaintiff's possession, custody or control relating to the effect of Plaintiff's alleged injury on Plaintiff, including but not limited to photographs and videos and their associated metadata, and documentation of any expenses related to Plaintiff's alleged injury.

**RESPONSE:**

Plaintiff has no additional documents responsive to this request not previously submitted to MDL Centrality.

**REQUEST FOR PRODUCTION NO. 12:** All electronically stored information (ESI), as described in the Court's Pretrial Order No. 71A, that has not previously been produced.

**RESPONSE:**

Plaintiff has no additional documents responsive to this request.

4

**REQUEST FOR PRODUCTION NO. 13:** All documents related to any scalp biopsies or other diagnosis of or treatment for Plaintiff's alleged injuries, including communications with or regarding any examiners, consultants, healthcare providers, or cosmetic service or product providers; medical or other records; and appointment books, calendars, or other documentation of diagnosis or treatment encounters.

RESPONSE:

None.

    Dated: December 18, 2018

    Respectfully submitted,

    /s/ Richard L. Root
    Richard Root #19988
    Betsy J. Barnes # 19473
    Morris Bart, LLC
    601 Poydras Street,
    24th Floor
    New Orleans, LA 70130
    Phone: (504) 525-8000
    Fax: (504) 599-3392
    bbarnes@morrisbart.com
    rroot@morrisbart.com

    *Counsel for Plaintiff*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

6

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

7

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of December, 2018 a copy of the foregoing Plaintiff's Response to Defendants' SECOND REQUEST FOR PRODUCTION was electronically served on Defendants.

                                                   */s/ M. Palmer Lambert*
                                                        M. Palmer Lambert