# EXHIBIT AA

```
 1                     UNITED STATES DISTRICT COURT

 2                     EASTERN DISTRICT OF LOUISIANA

 3


 4
     IN RE:  TAXOTERE (DOCETAXEL)         *
 5           PRODUCTS LIABILITY           *   Docket No.: 16-MD-2740
             LITIGATION                   *   Section "H(5)"
 6                                        *   January 18, 2019
     This Document Relates To All Cases   *   New Orleans, Louisiana
 7   * * * * * * * * * * * * * * * * * *  *

 8
                TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
 9            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                        UNITED STATES DISTRICT JUDGE
10


11
     APPEARANCES:
12
     For the Plaintiffs:           Barrios, Kingsdorf & Casteix, LLP
13                                 BY:  DAWN BARRIOS, ESQ.
                                   701 Poydras Street
14                                 Suite 3650
                                   New Orleans, Louisiana 70139
15


16
                                   Gainsburgh, Benjamin, David,
17                                   Meunier & Warshauer, LLC
                                   BY:  PALMER LAMBERT, ESQ.
18                                 2800 Energy Centre
                                   1100 Poydras Street
19                                 New Orleans, Louisiana 70163-2800

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

```
 1              MR. INSOGNA:  No. 269, Sandra Thompson.  We have no
 2   proof of injury documentation.
 3              MR. ELLIOTT:  We have a driver's license photo,
 4   but -- let's see.  The only photo she has is driver's license
 5   photos.  We're getting her present day photos this week.  We
 6   have an investigator out to go get them.  We'd ask for 15 days
 7   to upload the present day photos.
 8              THE COURT:  I'll give you 15 days.  Because that's
 9   all you're missing is present day?
10              MR. INSOGNA:  I have that we don't have any proof of
11   injury.
12              MR. ELLIOTT:  It says we uploaded a driver's license
13   photo.
14              THE COURT:  It's either that or an affidavit.
15              MR. ELLIOTT:  Okay.
16              THE COURT:  But you have to get that present day
17   photo in within 15 days.
18              MR. ELLIOTT:  15 days for that.  Okay.  Thank you.
19              MR. INSOGNA:  Your Honor, sorry, 15 days for a
20   present day photo, and 30 for an affidavit if there are no --
21   understood.  Thank you, Your Honor.
22                   That is all of the 505(b) cases with Bachus &
23   Schanker.
24              THE COURT:  I hope you catch your flight.
25              MR. INSOGNA:  Thank you.
```

OFFICIAL TRANSCRIPT