# EXHIBIT BB

```
13:32:53   1                      UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA
           2    *******************************************************************

           3    IN RE:   TAXOTERE (DOCETAXEL)
                PRODUCTS LIABILITY LITIGATION
           4                                             Docket No. 16-MD-2740
                                                         Section "H"
           5                                             New Orleans, Louisiana
                                                         Wednesday, May 29, 2019
           6
                [THIS DOCUMENT RELATES TO:
           7    ALL CASES]
                *******************************************************************
           8
                                 TRANSCRIPT OF MOTION TO SHOW CAUSE
           9              HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                                    UNITED STATES DISTRICT JUDGE
          10

          11    APPEARANCES:

          12
                FOR THE PLAINTIFFS:             BARRIOS KINGSDORF & CASTEIX
          13                                    BY:  DAWN M. BARRIOS, ESQ.
                                                701 Poydras St., Suite 3650
          14                                    New Orleans, LA 70139

          15                                    GAINSBURG BENJAMIN DAVID
                                                MEUNIER & WARSHAUER
          16                                    BY:  M. PALMER LAMBERT, ESQ.
                                                     CLAIRE E. BERG, ESQ.
          17                                    1100 Poydras St., Suite 2800
                                                New Orleans, LA 70163
          18
                                                FEARS NACHAWATI
          19                                    BY:  CHARLOTTE GULEWICZ, ESQ.
                                                5473 Blair Rd.
          20                                    Dallas, TX 75231
                                                (BY TELEPHONE)
          21
                                                BACHUS & SCHANKER
          22                                    BY:  J. CHRISTOPHER ELLIOTT, ESQ.
                                                1899 Wynkoop St., #700
          23                                    Denver, CO 80202

          24

          25
```

```
14:46:59   1              THE COURT:  Okay.  Thank you.
14:47:02   2              MS. BARRIOS:  And we'll report back to you.
14:47:03   3              THE COURT:  I just think my concern has been because I
14:47:09   4   did that in one case and then it opened this flood gate and it was
14:47:14   5   easier to say I don't have photographs than to say -- and even when
14:47:21   6   people have a house fire where you may lose everything in your
14:47:25   7   home, very few people don't have somebody somewhere.
14:47:30   8              MS. BARRIOS:  Everybody has a niece's wedding.
14:47:33   9              THE COURT:  I told you that, that it's either graduated
14:47:35  10   from high school, that has gotten married, or there's a baby
14:47:38  11   shower.  There is something somewhere where there is a photograph.
14:47:42  12   Or you might have a job and you have to take a picture to get into
14:47:47  13   the building.
14:47:48  14              MS. BARRIOS:  That's a great idea.
14:47:50  15              THE COURT:  People are going to have driver's licenses.
14:47:53  16              MS. BARRIOS:  I believe Mr. Elliott is going to be in
14:47:54  17   town for a couple of days, and I will make sure that he and I speak
14:47:58  18   with the client and I will do a report to the defendants and to
14:48:01  19   your Honor.
14:48:02  20              THE COURT:  It's not enough to say I looked under my sofa
14:48:04  21   and I didn't have any.
14:48:05  22              MS. BARRIOS:  I totally understand, your Honor.
14:48:07  23              THE COURT:  Okay.  Thank you.
14:48:10  24              Deborah Short.
14:48:11  25              MS. BRILLEAUX:  Yes, your Honor.  No PFS.
```

```
14:53:09   1              MS. BRILLEAUX:  None within five years of treatment.
14:53:11   2              MR. ELLIOTT:  Says dated properly.  We can clarify that
14:53:14   3   if you give us seven days.
14:53:16   4              THE COURT:  Seven days to work this out.
14:53:21   5              Debra Williams.
14:53:23   6              MS. BRILLEAUX:  No PFS submitted.
14:53:26   7              MR. ELLIOTT:  Filed yesterday.
14:53:31   8              THE COURT:  Seven days to confirm.
14:53:33   9              Donna Wood.
14:53:34  10              MS. BRILLEAUX:  No before photos from within five years
14:53:38  11   of treatment.
14:53:44  12              MR. ELLIOTT:  I asked her and she says she only has 1999
14:53:48  13   photos, son lives in another state.  We asked for other family
14:53:52  14   members, she does not have any of her.  She does not like photos.
14:53:57  15   And so that was her excuse as to why she can't get us any photos
14:54:01  16   within five, all she has is a 1999 picture.
14:54:03  17              THE COURT:  She doesn't have a driver's license?
14:54:05  18              MR. ELLIOTT:  I think the issue, her treatment was, you
14:54:09  19   know, long ago, so she wouldn't have a copy of the driver's license
14:54:13  20   within five.  That's the issue.  It's not a new treatment.  The
14:54:19  21   photos we have is the 1999.
14:54:25  22              When was this filed?  This was filed in March, but that's
14:54:27  23   her -- she understands, I mean, we had the conversation with her.
14:54:34  24   She knows that you could dismiss her case, she understands that,
14:54:38  25   but she says that's all she's got.
```