MINUTE ENTRY
NORTH, M.J.
NOVEMBER 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL NUMBER: 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A further discovery/status conference and PTO 85 call docket conference was held on this date in the presence of a Court Reporter (Nichelle Drake).

PRESENT:

| | |
|---|---|
| Betsy Barnes | Nicholas Insogna |
| Richard Root | Julie Callsen |
| Claire Berg | John Olinde |
| Chris Elliott | Peter Rotolo |
| Chris Coffin | Harley Ratliff |
| Dawn Barrios | Adrienne Byard |
| Andrew Lemmon | Douglas Moore |
| | Jeremy Wikler |
| | Kelly Brilleaux |

PARTICIPATING BY PHONE:

| | |
|---|---|
| Evan Fontenot | Kathleen Kelly |
| Cara Wall | Beth Toberman |
| Torrey Peterson | Cliff Merrell |
| Jennifer Heis | Karina Pundeff |
| | Rich Moore |
| | Mara Cusker Gonzalez |

On call docket matters, the Court finds that the emails of Erica Lieberman and Joan Phillips are not privileged and are to be produced within seven days. Within 30 days, the following Plaintiffs are to comply with the requirements of the Court's March 27, 2019 minute entry (rec. doc. 6614), including the production of complete social media post-

MJSTAR (00:20)

strings: Cynthia Bell, Carol Brandon, Donna Carino, Joann Fandal, Dana Guyette, Jane Hall, Sabrina Jones, Sandra Mauer, and Elaine Paul. The Court was advised that a stipulation of dismissal has recently been entered as to Plaintiff, Dorothy McDougal. (Rec. doc. 8506).

The Court also took up Defendants' motion to compel and related filings. (Rec. docs. 8424, 8441, 8498). The Court declines to order further discovery responses from Ms. Crayton pending the upcoming conference with the District Judge to consider Ms. Crayton's role as a Bellwether Plaintiff. With respect to Ms. Thibodeaux, within seven days she is to furnish the defense with a supplemental Rule 26 certification that no further photographs or ESI exist. To the extent that her discovery responses reference previously produced documents, she is to supplement her responses to identify those documents by Bates numbers. Similarly, to the extent that she has not identified persons from whom she has received documents or health care providers or others with whom she has had communications as sought in interrogatory Nos. 10 and 4, her supplemental responses should include this information as well. The Court will allow Ms. Thibodeaux's deposition to be reconvened for an additional two hours to explore discovery responses and photographs that were recently produced and were not available at the time of her previous questioning.

                                                MICHAEL B. NORTH
                                    UNITED STATES MAGISTRATE JUDGE