UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**  Barbara Furness
**Case No.:**   2:18-cv-13063

### DECLARATION

I,   Sarah Shoemake Doles   , have attempted to reach my client, Barbara Furness on the following dates:  8/30/2019,   9/16/2019,   9/18/2019,   9/27/2019,   10/16/2019,   10/22/2019,   10/31/2019,   11/1/2019,   11/4/2019,   11/5/2019 to obtain the necessary materials by (check all that apply)   X   telephone,   X   e-mail,   X   text message,   X   social media,      U.S. Mail,   X   Certified Mail,   X (FedEx)   other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

 /s/ Sarah Shoemake Doles

Sarah Shoemake Doles
Carey Danis & Lowe
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-725-7700
sdoles@careydanis.com