UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lucinda Boddie
Case No.: 2:18-cv-12758

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Lucinda Boddie whose case is on a Notice of Non-Compliance to be heard by the Court on November 7, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: November 7, 2019

　　　　　　　　　　　　　　　　　　　　**ALLEN & NOLTE, PLLC**

　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Nolte
　　　　　　　　　　　　　　　　　　　　John H. "Trey" Allen, III
　　　　　　　　　　　　　　　　　　　　trey@allennolte.com
　　　　　　　　　　　　　　　　　　　　Jennifer Nolte
　　　　　　　　　　　　　　　　　　　　jnolte@allennolte.com
　　　　　　　　　　　　　　　　　　　　5445 La Sierra Drive, Suite 350
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　Tel: (214) 521-2300
　　　　　　　　　　　　　　　　　　　　Fax: (214) 452-5637
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*