# APPENDIX B.18

00571189

## Case Management Orders

**Case Management Order No. 1** (Rec. Doc. 465) entered May 18, 2017- Personal Jurisdiction Discovery

**Case Management Order No. 2** (Rec. Doc. 474) entered May 23, 2017- Discovery on French Sanofi Entities

**Case Management Order No. 3** (Rec. Doc. 669) entered July 21, 2017- Trial Scheduling Order

**Case Management Order No. 4** (Rec. Doc. 670) entered July 21, 2017- Protocol for Initial Phase of Case-Specific Discovery for Cases Identified in Case Management Order No. 3

**Case Management Order No. 5** (Rec. Doc. 762) entered August 23, 2017- General Discovery Protocol- Sanofi Defendants

**Case Management Order No. 6** (Rec. Doc. 780) entered August 29, 2017- Setting Four Bellwether Trial Dates in 2019

**Case Management Order No. 7** (Rec. Doc. 915) entered October 10, 2017- General Discovery Protocol – 505(b)(2) Defendants

**Case Management Order No. 8** (Rec. Doc. 935) entered October 11, 2017- Trial Scheduling Order for MDL Trial No. 2

**Case Management Order No. 8A** (Rec. Doc. 1099) entered on November 14, 2017- That Amends and Supersedes CMO No. 8 (Trial Scheduling Order- MDL Trial No. 2)

**Case Management Order No. 9** (Rec. Doc. 1110) entered on November 15, 2017- Deposition Protocol

**Case Management Order No. 10** (Rec Doc 1168) entered on December 8, 2017 - Protocol for Initial Phase of Case-Specific Discovery re Cases in CMO 8A

**Case Management Order No. 11** (Rec Doc 1430) entered on December 27, 2017 - Extension of Certain Deadlines in CMO 3

**Case Management Order No. 12** (Rec. Doc. 1506) entered January 12, 2018 setting forth a Process for Obtaining Product Identification for Multi-Defendant Cases.

**Case Management Order No. 13** (Rec. Doc. 1819) entered March 9, 2018 selecting First Bellwether Trial Plaintiffs Pursuant to Case Management Order No. 3.

**Case Management Order No. 8B** (Rec. Doc. 2444) entered May 3, 2018 amending Case Management Order No. 8A to Substitute Trial Plaintiff for MDL Trial No. 2.

**Case Management Order No. 14** (Rec. Doc. 3064) entered June 13, 2018, entering the Trial Scheduling Order that replaced and superseded CMO Nos. 3, 4, 6, 8, 8A, 8B, 10, and 11.

**Case Management Order No. 12A** (Rec. Doc. 3492) entered July 24, 2018, providing the obligations and procedures governing discovery of Product ID Information and subsequent dismissal of defendants whose product was not used.

**Case Management Order No. 14A** (Rec. Doc. 5035) entered November 8, 2018, amending paragraphs 7.c. and 7.d. of CMO 14 (Rec. Doc. 3064).

**Case Management Order No. 15** (Rec. Doc. 5008) entered November 8, 2018, establishing a pathology protocol for preservation and testing of tissue samples taken from Plaintiffs and handling of Plaintiffs' pathology slides. The CMO also provides forms for chain of custody and preservation letters to facilities.

**Case Management Order No. 16** (Rec. Doc. 6017) entered January 29, 2019, naming Cynthia Thibodeaux as the primary Plaintiff in the second bellwether trial and Sheila Crayton as the alternate.

**Case Management Order No. 17** (Rec. Doc. 6550) entered March 22, 2019, ordering that for any filing exceeding 50 pages in length, counsel is required to deliver a hard copy of the filing and all exhibits to the Court.

**Case Management Order No. 18** (Rec. Doc. 6551) entered March 22, 2019, ordering that the first bellwether trial previously set for May 13-24, 2019, is continued to September 16-27, 2019.

**Case Management Order No. 14B** (Rec. Doc. 6768) entered April 17, 2019, amending CMO 14 and CMO 14A regarding the Trial I schedule.

**Case Management Order No. 14C** (Rec. Doc. 6789) entered April 23, 2019, amending CMO 14, CMO 14A, and CMO 14B regarding trial pool selection.

**Case Management Order No. 19** (Rec. Doc. 7402) entered June 13, 2019, relating to the selection of trial pool plaintiffs for the fourth and fifth bellwether trials.

**Case Management Order No. 14D** (Rec. Doc. 7416) entered June 17, 2019, amending CMO 14 and CMO 14A regarding trials 2 and 3.

**Case Management Order No. 19A** (Rec. Doc. 7636) entered July 16, 2019, amending CMO 19 regarding selection of trial pool plaintiffs for fourth and fifth bellwether trials.

**Case Management Order No. 20** (Rec. Doc. 7772) entered July 29, 2019, selecting the trial pool for the fourth and fifth bellwether trials.

**Case Management Order No. 21** (Rec. Doc. 8430) entered October 31, 2019, selecting plaintiffs for the third bellwether trial.

00571189