MINUTE ENTRY
MILAZZO, J.
November 7, 2019

JS-10:00:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On November 7, 2019, the Court held a general status conference. Participants appeared in person as listed on the attached sign-in sheet. Others appeared by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 18.

Court Reporter:    Karen Ibos

Law Clerk:         Samantha Schott


_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL 2740

SEC. "H"(5)

NOVEMBER 7, 2019

**10:45 am General Status Conference**

| Name (Please Print) | Party Representing |
|---|---|
| Jessica A. Reynolds | π PSC |
| Abby E. McClellan | π PSC |
| Douglas Moore | DLC Sanofi |
| Jon Strongman | Sanofi |
| Adrienne Byard | Sanofi |
| Harley Ratliff | Sanofi |
| Cliff Merrell | Sandoz |
| Lori Cohen | Sandoz |
| Geoff Coan | Sun |
| Michael Suffern | Actavis Defts & Sagent |
| Julie Callsen | Tucker Ellis - Accord Healthcare |
| Rand Nolen | π PSC |
| Mark Cheffo | Hospira / Pfizer |
| John Olinde | |
| Karen Barth Menzies | PSC |
| Palmer Lambert | π Co-Liaison |

| Name (Please Print) | Party Representing |
|---|---|
| Dawn Barrios | π Co-Liaison |
| Chris Coffin | π Co-Lead Counsel |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |