MINUTE ENTRY
MILAZZO, J.
November 7, 2019

JS-10:01:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On November 7, 2019, the Court held a show cause hearing. Certain participants appeared in person: Claire E. Berg, Palmer Lambert, Dawn Barrios, Christopher Elliott, Julie Callsen, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

Court Reporter:     Karen Ibos

Law Clerk:     Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," in addition to the cases of Barbara Furness, 18-13063; Melett Fox, 18-12786; Wanda Giambelluca, 18-12795; and Jennifer Watton, 18-12888 are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," in addition to the cases of Lucinda Boddie, 18-12758, and Patricia Witters, 18-12921, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-2173    Pamilla Roper
- 19-9481    Judith Decker (duplicate case 18-7393 remains pending)
- 18-13842   Kim Hatchew

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**