| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Anderson | Cynthia | 2:18-cv-13358 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8452 |
| 2 | Anfield | Sharon | 2:19-cv-10011 | No Signed/Verified PFS Submitted | sanofi | Marc J. Bern & Partners LLP | 11/6/2019 | 8504 |
| 3 | Barnett | Ethel | 2:18-cv-11798 | PFS Not Substantially Complete; No PTO 71 | sanofi | Reich and Binstock LLP | 10/31/2019 | 8431 |
| 4 | Bates | Pamela | 2:18-cv-13671 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8454 |
| 5 | Bierbaum | Teresa | 2:18-cv-13412 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8455 |
| 6 | Blankenship | Trinette | 2:18-cv-13311 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/5/2019 | 8499 |
| 7 | Bridges | Lillie | 2:18-cv-13548 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8456 |
| 8 | Credit | Suzanne | 2:18-cv-13352 | PFS Not Substantially Complete; No PTO 71; No CMO 12 | sanofi | Fears | Nachawati | 11/4/2019 | 8457 |
| 9 | Edwards | Delories | 2:18-cv-13248 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8458 |
| 10 | Enfinger | Rheta | 2:18-cv-13296 | PFS Not Substantially Complete; No PTO 71; No CMO 12 | sanofi | Fears | Nachawati | Fears | Nachawati | 8459 |
| 11 | Gaskill | Lois | 2:18-cv-13295 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8460 |
| 12 | Hebranko | Madelaine | 2:18-cv-12844 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/1/2019 | 8436 |
| 13 | Heffernan | Judith | 2:18-cv-13402 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears | Nachawati | 11/4/2019 | 8461 |
| 14 | Jefferson Norwood | Claire | 2:18-cv-13265 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8478 |
| 15 | Jenkins | Christine | 2:18-cv-13458 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8464 |
| 16 | Kelly | Patricia | 2:18-cv-13549 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/4/2019 | 8486 |
| 17 | Kirkland | Sheri L | 2:18-cv-13305 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8466 |
| 18 | Little | Trunellia | 2:18-cv-12858 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/1/2019 | 8435 |

November 7, 2019
Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 19 | Mahon | Betty | 2:18-cv-13359 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8467 |
| 20 | Maurer | Rosemary | 2:18-cv-13450 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8468 |
| 21 | Mckinney | Eleanor | 2:18-cv-13190 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8469 |
| 22 | Miller | Cynthia | 2:18-cv-13102 | PFS Not Substantially Complete; No PTO 71 | sanofi | Carey Danis & Lowe | 11/6/2019 | 8501 |
| 23 | Newman | Charlotte | 2:18-cv-13576 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8470 |
| 24 | Oboyle | Lorraine | 2:18-cv-13267 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8471 |
| 25 | Reckline | Marilyn | 2:18-cv-13463 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8472 |
| 26 | Rogers | Nancy | 2:18-cv-13586 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears | Nachawati | 11/4/2019 | 8473 |
| 27 | Sanford | Patricia | 2:18-cv-13447 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8474 |
| 28 | Tyler | Sharon | 2:18-cv-13568 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8476 |
| 29 | Waters | Kathie | 2:18-cv-13332 | PFS Not Substantially Complete; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8475 |
| 30 | Williams | Louette | 2:18-cv-13737 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears | Nachawati | 11/4/2019 | 8477 |
| 31 | Wilson | Alice | 2:18-cv-13423 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 11/5/2019 | 8500 |