| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Abdur-Razzaaq | Qadriyyah | 2:19-cv-09486 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 11/4/2019 | 8442 |
| 2 | Brodrick | Rose | 2:18-cv-12901 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/6/2019 | 8514 |
| 3 | Burse | Mary | 2:19-cv-09390 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 11/4/2019 | 8443 |
| 4 | Clarke | Ghyslaine | 2:19-cv-09584 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 11/4/2019 | 8444 |
| 5 | Devine | Barbara A | 2:17-cv-15846 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/1/2019 | 8439 |
| 6 | French | Sharon | 2:18-cv-12636 | PFS Not Substantially Complete; No Authorizations; ; No CMO 12; No PTO 71 | sanofi | Atkins & Markoff | 11/6/2019 | 8502 |
| 7 | Higgins | Diane L | 2:18-cv-12783 | PFS Not Substantially Complete; No PTO 71 | sanofi | Niemeyer, Grebel & Kruse | 8/15/2019 | 7979 |
| 8 | Joers | Holly | 2:18-cv-13632 | PFS Not Substantially Complete; No Authorizations (Authorizations are not dated); No CMO 12 | sanofi | Fears | Nachawati | 11/4/2019 | 8480 |
| 9 | Killian | Deborah | 2:19-cv-09918 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 11/4/2019 | 8445 |
| 10 | Kirkland | Maxine | 2:18-cv-12898 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/6/2019 | 8516 |
| 11 | Little | Desiree | 2:18-cv-11504 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | sanofi | Brown and Crouppen, PC | 10/29/2019 | 8398 |
| 12 | Martin | Ora D | 2:18-cv-13847 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8482 |
| 13 | Melengoes | Leola | 2:18-cv-12912 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | Both sanofi and 505 | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/6/2019 | 8515 |
| 14 | Moore | Connie | 2:18-cv-13324 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Fears | Nachawati | 11/4/2019 | 8481 |
| 15 | Ramsey | Jacqueline | 2:18-cv-13514 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 11/4/2019 | 8446 |
| 16 | Reeder | Christine | 2:18-cv-13199 | PFS Not Substantially Complete; No PTO 71 | sanofi | Pulaski Law Firm, PLLC | 9/5/2019 | 8179 |

November 7, 2019
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 17 | Torres | Margie | 2:18-cv-12924 | PFS Not Substantially Complete; No CMO 12; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/1/2019 | 8438 |
| 18 | Wakefield | Sheri | 2:19-cv-09392 | No Signed/Verified PFS Submitted | sanofi | Bachus & Schanker, LLC | 11/4/2019 | 8448 |