| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Barbalato | Catina | 2:18-cv-12744 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 11/6/2019 | 8528 |
| 2 | Epps | Vickie | 2:18-cv-13727 | No CMO 12; No PTO 71 | sanofi | Fears \| Nachawati | 11/6/2019 | 8508 |
| 3 | Gilligan | Eryn | 2:18-cv-13652 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears \| Nachawati | 11/6/2019 | 8509 |
| 4 | Lee | Lovella | 2:18-cv-13441 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 11/4/2019 | 8487 |
| 5 | Lovato | Ivy | 2:18-cv-13466 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 11/4/2019 | 8483 |
| 6 | Miller | Karen | 2:18-cv-13778 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears \| Nachawati | 11/4/2019 | 8488 |
| 7 | Taylor | Ann | 2:18-cv-13819 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 11/6/2019 | 8510 |
| 8 | Tull | Sharon | 2:18-cv-12975 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Fears \| Nachawati | 11/4/2019 | 8484 |
| 9 | Tuttleman | Elyse | 2:19-cv-09423 | No Signed/Verified PFS Submitted | Both sanofi and 505 | Bachus & Schanker, LLC | 11/4/2019 | 8447 |
| 10 | Williams Paront | Elizabeth | 2:18-cv-13552 | PFS Not Substantially Complete; No CMO 12 | sanofi | Fears \| Nachawati | 11/4/2019 | 8489 |
| 11 | Winders | Marjorie Jo | 2:19-cv-00010 | PFS Not Substantially Complete; No Authorizations; No CMO 12; No PTO 71 | 505 | Fears \| Nachawati | 11/4/2019 | 8485 |
| 12 | Woods | Pamela | 2:18-cv-13085 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 11/6/2019 | 8511 |