UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DEBRA FOWLER<br>Case No.  2:19-cv-12274 | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or her counsel hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendants int his matter.

Date: November 12, 2019

MARC J. BERN & PARTNERS LLP

By: /s/ Debra J. Humphrey            .
Debra J. Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
(212) 702-5000
dhumphrey@bernllp.com
*Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12 day of Novmeber, 2019, I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

                                      /s/ Debra Humphrey
                                      Debra Humphrey