UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Kathy Webster**
**Case No.: 2:18-cv-13258**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Kathy Webster, on the following dates: June 4, 2019, June 5, 2019, June 7, 2019, June 12, 2019, June 14, 2019, June 18, 2019, June 24, 2019, July 1, 2019, July 2, 2019, July 3, 2019, July 9, 2019, July 16, 2019, July 23, 2019, August 12, 2019, August 19, 2019, August 26, 2019, September 5, 2019, September 10, 2019, September 11, 2019, October 22, 2019, October 31, 2019, and November 8, 2019 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com