UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Regina Johnson
**Case No.:** 2:18-cv-13074

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Regina Johnson, on the following dates: February 1, 2019, February 11, 2019, February 18, 2019, February 26, 2019, February 28, 2019, March 14, 2019, March 27, 2019, April 8, 2019, April 18, 2019, April 22, 2019, April 29, 2019, October 23, 2019, and November 7, 2019 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com