# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE  MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>TANGNIKA SNOW,<br><br>Plaintiff<br><br>vs.<br><br>SANDOZ, INC.<br><br>Defendants<br><br>Civil Case No.: 2:16-cv-16797 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT  ADDING DEFENDANT PFIZER, INC. ALONG WITH DEFENDANT SANDOZ, INC.** |

# ORDER

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint adding Pfizer, Inc. as a named defendant along with Defendant Sandoz, Inc. is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge