UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
THIS DOCUMENT RELATES TO

*2:17-cv-12091 Sheila C. Isoke v. Sanofi-Aventis U.S. LLC, et al*
*********************************************************************

## EXPARTE MOTION TO SUBSTITUTE PLAINTIFF AND SUGGESTION OF DEATH

COMES NOW, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Sheila Y. Mincey, Executrix of the Estate of Sheila C. Isoke, in place of plaintiff, Sheila C. Isoke. As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed November 11, 2017 prior to the death of Sheila C. Isoke.

2. The plaintiff, Sheila C. Isoke, died on July 7, 2018 (See Death Certificate - Exhibit A).

3. Sheila Y. Mincey was appointed as Executrix of Estate of Sheila C. Isoke on January 7, 2019 (See Order Admitting Will to Probate in Solemn Form and Letters Testamentary -Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

WHEREFORE, ALL PREMISES CONSIDERED, the plaintiff respectfully requests this Court to enter an Order substituting Sheila Y. Mincey, Executrix of the Estate of Sheila C. Isoke, for the plaintiff, Sheila C. Isoke.

Respectfully submitted,
**Pendley, Baudin & Coffin, L.L.P**

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar No. 27902)
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 355-0086

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2019, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

/s/ Christopher L. Coffin