| Field | Value |
|---|---|
| Decedent's Full Name | SHEILA C. ISOKE |
| 1a. If Female, Last Name at Birth | POWELL |
| 2. Sex | FEMALE |
| 2a. Date of Death | 07/07/2018 |
| 3. Social Security Number | 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 |
| 4a. Age (Years) | 67 |
| 5. Date of Birth | 12/12/1950 |
| 6. Birthplace | NEW YORK |
| 7a. Residence - State | GEORGIA |
| 7b. County | DEKALB |
| 7c. City, Town | ATLANTA |
| 7d. Street and Number | 1680 SABASTIAN POINT NE |
| 7e. ZIP Code | 30329 |
| 7f. Inside City Limits? | NO |
| 8. Armed Forces? | NO |
| 8a. Usual Occupation | DEPUTY BRANCH CHIEF DHAP CDC |
| 8b. Kind of Industry or Business | PUBLIC HEALTH |
| 9. Marital Status | MARRIED |
| 10. Spouse Name | SHEILA Y. MINCEY |
| 11. Father's Full Name | JOHN C. POWELL |
| 12. Mother's Maiden Name | MARION DAVIS |
| 13a. Informant's Name | SHEILA Y. MINCEY |
| 13b. Relationship to Decedent | WIFE |
| 13c. Mailing Address | 1680 SABASTIAN POINT NE ATLANTA GEORGIA 30329 |
| 14. Decedent's Education | MASTER'S DEGREE |
| 15. Origin of Decedent | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. Decedent's Race | BLACK OR AFRICAN-AMERICAN |
| 17a. If Death Occurred in Hospital | — |
| 17b. If Death Occurred Other Than Hospital | DECEDENT'S HOME |
| 18. Hospital or Other Institution Name | 1680 SABASTIAN POINT NE |
| 19. City, Town or Location of Death | ATLANTA |
| 20. County of Death | DEKALB |
| 21. Method of Disposition | CREMATION |
| 22. Place of Disposition | NATIONAL CREMATION SOCIETY CREMATORY 500 HARBINS ROAD LILBURN GEORGIA 30047 |
| 23. Disposition Date | 07/14/2018 |
| 24a. Embalmer's Name | JAMES HENDRIX |
| 24b. Embalmer License No. | 4253 |
| 25. Funeral Home Name | FLORAL HILLS FUNERAL HOME |
| 25a. Funeral Home Address | 3150 LAWRENCEVILLE HIGHWAY TUCKER GEORGIA 30084 |
| 26a. Signature of Funeral Director | ELLIOT FLOM |
| 26b. Fun. Dir. License No. | 5430 |
| 27. Date Pronounced Dead | 07/07/2018 |
| 28. Hour Pronounced Dead | 03:56 AM |
| 29a. Pronouncer's Name | SHANNON NICOLE ARMSTRONG |
| 29b. License Number | 212028 |
| 29c. Date Signed | 07/07/2018 |
| 30. Time of Death | 03:56 AM |
| 31. Was Case Referred to Medical Examiner | NO |

**32. Part I. Chain of events:**

| | Cause | Interval |
|---|---|---|
| A. Immediate Cause | CARDIORESPIRATORY FAILURE | MINUTES |
| B. Due to | FAILURE TO THRIVE | MONTHS |
| C. Due to | METASTATIC BREAST CANCER | YEARS |
| D. Due to | | |

| Field | Value |
|---|---|
| 33. Was Autopsy Performed? | NO |
| 34. Were Autopsy Findings Available to Complete the Cause of Death? | — |
| 35. Tobacco Use Contributed to Death | UNKNOWN |
| 36. If Female (range 10-54) Pregnant | NOT APPLICABLE |
| 37. Accident, Suicide, Homicide, Undetermined | NATURAL |
| 45. Medical Certifier | RAMSEY JACKSON, MD, 047774 |
| 45a. Date Signed | 07/19/2018 |
| 45b. Hour of Death | 03:56 AM |
| 47. Name, Address of Person Completing Cause of Death | RAMSEY JACKSON 222, 3904 N. DRUID HILLS RD. ROAD DECATUR GEORGIA 30033 |
| 48. Registrar (Signature) | /S/ DONNA L. MOORE |
| 49. Date Filed - Registrar | 07/23/2018 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE



EXHIBIT A