**FILED**
01/07/2019 3:32:09 PM
DEKALB PROBATE COURT

## IN THE PROBATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF )
)
**SHEILA CORT ISOKE,** ) ESTATE NO. **2018-2293**
DECEASED )

### ORDER ADMITTING WILL TO PROBATE IN SOLEMN FORM

An alleged Last Will and Testament dated **March 30, 2018** was propounded. **SHEILA YVETTE MINCEY** was nominated Personal Representative by the Testator. The Court finds that the Decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above County. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled. The Court further finds that the propounded Will is self-proving.

ACCORDINGLY, IT IS ORDERED that the Will dated **March 30, 2018** is established as the Last Will and Testament of the Decedent ("the Decedent's Will"); that the Will be admitted to record as proven in Solemn Form; and, that the nominated Executor named above has/have leave to qualify as Personal Representative by taking the required oath, after which Letters Testamentary shall issue. The Clerk shall serve the Personal Representative with copies of this Order and the Letters upon qualification.

IT IS FURTHER ORDERED that the Personal Representative shall disburse all property according to the terms of the Decedent's Will and shall maintain all records of income and disbursements until discharged by Order of this Court.

IT IS FURTHER ORDERED that: *[initial all that apply]*
__N/A__ (a) An inventory shall be filed.
__N/A__ (b) Annual returns shall be filed.
__N/A__ (c) Letters of Testamentary Conservatorship shall issue to:
__N/A__ (d) Letters of Testamentary Guardianship shall issue to:

SO ORDERED this __7th of January, 2019__ .

*J. Caroline Freeman*
Bedelia C Hargrove, Judge
Probate Court of DeKalb County

J. CAROLINE FREEMAN
*Exercising the Jurisdiction of the Probate Court
pursuant to the Order of Judge Bedelia C Hargrove
as provided by O.C.G.A. 15-9-13(a),15-9-36(c)(1)(2),
29-4-12(d)(7) and 29-5-12(d)(7)*



EXHIBIT B

IN THE PROBATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
SHEILA CORT ISOKE, ) ESTATE NO. **2018-2293**
DECEASED )

**LETTERS TESTAMENTARY**
*[Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated **March 30, 2018** of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that **SHEILA YVETTE MINCEY** named as Executor in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor.

THEREFORE, the Executor, having taken the oath of office and complied with all necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of Executor under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the **7th of January, 2019**.

Bedelia C Hargrove
Judge of the Probate Court

NOTE: *The following must be signed if the Judge does not sign the original of this document:*

Issued by: *[Seal]*

*Kim Guyton,*
Kim Guyton, Clerk of the Probate Court