UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************

THIS DOCUMENT RELATES TO

*2:17-cv-12091 Sheila C. Isoke v. Sanofi S.A., et al*
*********************************************************************

      This came before the Court on Plaintiff Sheila C. Isoke's Motion for Substitution of Plaintiff. Based on the files, records and proceedings herein,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Sheila Y. Mincey, on Behalf of the Estate of Sheila C. Isoke, Is substituted as Plaintiff in the above referenced action.

DATE: _____


                                    BY THE COURT


                              _____
                              JUDGE U. S. DISTRICT COURT