UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                        MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Julie Clark*
Case No.: 18-07024
*Renee Jeffers*
Case No.: 17-14193
*Carriene Nevin*
Case No.: 18-01589
*Deborah Purnell*
Case No.: 18-01395
Appellate No. 19-30631

## UNOPPOSED MOTION TO FILE DESIGNATION OF RECORD ON APPEAL UNDER SEAL

NOW INTO COURT comes Plaintiff-Appellants Julie Clark, Renee Jeffers, Carriene Nevin, Deborah Purnell through undersigned counsel, respectfully requests leave of Court to file the Designation of Record on Appeal under seal.  Pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the Designation of Record on Appeal should be filed under seal.

WHEREFORE,  Plaintiff-Appellants pray that this Motion be granted, and the Designation of Record on Appeal be filed UNDER SEAL.

Dated: November 12, 2019            */s/ J. Christopher Elliott*
                                    J. Christopher Elliott (BAR NO. 41063)
                                    BACHUS & SCHANKER, LLC
                                    1899 Wynkoop Street
                                    Ste. 700
                                    Denver, CO 80202
                                    (303)899-9800
                                    F: (303)893-9900
                                    celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*