UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Julie Clark*
Case No.: 18-07024
*Renee Jeffers*
Case No.: 17-14193
*Carriene Nevin*
Case No.: 18-01589
*Deborah Purnell*
Case No.: 18-01395
Appellate No. 19-30631

## NOTICE OF REQUEST TO FILE UNDER SEAL

Plaintiff-Appellants, through undersigned counsel, hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. Joint Submission of Designation of Record on Appeal

On Tuesday, November 12, 2019, undersigned counsel will deliver the above-referenced pleadings to the Court.

Dated: November 12, 2019

                                                 */s/ J. Christopher Elliott*
                                                 J. Christopher Elliott (BAR NO. 41063)
                                                 BACHUS & SCHANKER, LLC
                                                 1899 Wynkoop Street
                                                 Ste. 700
                                                 Denver, CO 80202
                                                 (303)899-9800
                                                 F: (303)893-9900
                                                 celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*