UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

*Julie Clark*
Case No.: 18-07024
*Renee Jeffers*
Case No.: 17-14193
*Carriene Nevin*
Case No.: 18-01589
*Deborah Purnell*
Case No.: 18-01395
Appellate No. 19-30631

**[PROPOSED] ORDER**

Considering the foregoing Motion for Leave to File Designation of Record on Appeal Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall file the Designation of Record on Appeal UNDER SEAL.

New Orleans, Louisiana, this ____ day of November 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE