**JOINT RECORD DESIGNATIONS**

**JULIE CLARK**
**RENEE JEFFERS**
**CARRIENE NEVIN**
**DEBORAH PURNELL**

Case Numbers:
- MDL 16-2740, E.D. La.
- 2:18-cv-07024, E.D. La.
- 2:17-cv-14193, E.D. La.
- 2:18-cv-01589, E.D. La.
- 2:18-cv-01395, E.D. La.
- 19-30631, 5th Cir.

## Document Index for Record on Appeal

| Date | Description |
|---|---|
| n/a | Docket Entries for Case No. 16-2740 (MDL)  1-759 |
| 2/14/2017 | PTO-18 (MDL Rec. Doc. 236 to 236-2)  760-807 |
| 3/10/2017 | PTO-22 (MDL Rec. Doc. 279)  808-815 |
| 3/13/2017 | PTO-24 (MDL Rec. Doc. 286)  816-822 |
| 4/14/2017 | Amended PTO-22 (MDL Rec. Doc. 325)  823-830 |
| 4/14/2017 | PTO-38 (MDL Rec. Doc. 326 to 326-2)  831-879 |
| 7/25/2017 | Amended Master Long Form Complaint (MDL Rec. Doc. 689)  880-947 |
| 10/16/2017 | Answer of Accord Healthcare, Inc. to Amended Master Long Form Complaint  (MDL Rec. Doc. 955)  948-991 |
| 10/16/2017 | Answer of Sun Pharmaceutical Industries, Inc. to Amended Master Long Form Complaint (MDL Rec. Doc. 956)  992-1028 |
| 10/16/2017 | Answer of Actavis Pharma, Inc. to Amended Master Long Form Complaint (MDL Rec. Doc. 957)  1029-1102 |
| 10/16/2017 | Answer of Actavis LLC f/k/a Actavis Inc. to Amended Master Long Form Complaint (MDL Rec. Doc. 958)  1103-1173 |
| 10/16/2017 | Answer of Sandoz Inc. to Plaintiffs' First Amended Master Long Form Complaint (MDL Rec. Doc. 960)  1174-1237 |
| 10/16/2017 | Answer of Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. to Amended Master Long Form Complaint (MDL Rec. Doc. 961)  1237-1332 |

| Date | Description |
|---|---|
| 10/16/2017 | Answer of Defendants Hospira, Inc., Hospira Worldwide LLC, and Pfizer, Inc. to Plaintiffs' First Amended Master Long Form Complaint (MDL Rec. Doc. 963)  1333-1400 |
| 10/16/2017 | Answer of McKesson Packaging Services, a Division of McKesson Corporation, to First Amended Master Long Form Complaint and Demand for Jury Trial (MDL Rec. Doc. 969)  1401-1450 |
| 12/15/2017 | PTO-71 (MDL Rec. Doc. 1306 to 1306-1)  1451-1456 |
| 1/26/2018 | PTO-71A (MDL Rec. Doc. 1531 to 1531-1)  1457-1463 |
| 7/24/2018 | PTO-22A (MDL Rec Doc. 3493)  1464-1468 |
| 9/27/2018 | Second Amended Master Long Form Complaint (MDL Rec. Doc. 4407 to 4407-1)  1469-1538 |
| 11/15/2018 | Show Cause Hearing Transcript  1539-1625 |
| 1/18/2019 | Show Cause Hearing Transcript  1626-1811 |
| 4/4/2019 | Show Cause Hearing Transcript  1812-1882 |

| Date | Description |
|---|---|
| n/a | Docket Entries for Case No. 2:18-cv-07024  1883-1884 |
| 7/26/2018 | Plaintiff Julie Clark's Short Form Complaint (No. 2:18-cv-07024, Rec. Doc. 1)  1885-1889 |
| 11/20/2018 | Sanofi's Initial Notice of Non-Compliance  1890-1927 |
| 1/4/2019 | Defendants' 14-Day Notice of Non-Compliance (MDL Rec. Doc. 5706 to 5706-1)  1928-1959 |
| 1/17/2019 | Final Show Cause Agenda Lists  1960-1986 |
| 1/21/2019 | Joint Motion to Withdraw and Substitute Counsel (MDL Rec. Doc. 5966 to 5966-1)  1987-1990 |
| 1/22/2019 | Order Granting Joint Motion to Withdraw and Substitute Counsel (MDL Rec. Doc. 5971)  1991 |
| 4/23/2019 | Order of Dismissal with Prejudice as to No. 2:18-cv-07024 (Julie Clark) and 2:17-cv-14193 (Renee Jeffers) (MDL Rec. Doc. 6802)  1992-1993 |
| 5/2/2019 | Julie Clark Before and Present-Day Photos (July 1, 2009; August 4, 2008; October 12, 2018), Authorizations, and Proof of Use (POU) Submitted to Centrality  1994-2009 |
| 5/3/2019 | Julie Clark Plaintiff Fact Sheet (PFS) and Product ID Submitted to Centrality  2010-2038 |
| 5/7/2019 | Julie Clark Signed ESI Statement and PFS Declaration Submitted to Centrality  2039-2040 |
| 5/17/2019 | Motion for Relief of Court's Order Dismissal with Prejudice for Julie Clark (MDL Rec. Doc. 7106 to 7106-6)  2041-2056 |
| 5/28/2019 | Defendant's Opposition to Julie Clark's Motion for Relief (MDL Rec. Doc. 7253 to 7253-7)  2057-2094 |
| 7/16/2019 | Order Denying Jeffers, Clark, Purnell and Nevin Motions for Reconsideration (MDL Rec. Doc. 7635)  2095-2098 |
| 8/8/2019 | Notice of Appeal for Clark (MDL Rec. Doc. 7868)  2099-2101 |

| Date | Description |
|---|---|
| n/a | Docket Entries for Case No. 2:17-cv-14193  2102-2103 |
| 12/4/2017 | Plaintiff Renee Jeffers' Short Form Complaint (No. 2:17-cv-14193, Rec. Doc. 1)  2104-2109 |
| 2/11/2018 | Renee Jeffers Signed Authorizations Submitted to Centrality  2110-2118 |
| 2/20/2018 | Renee Jeffers Plaintiff Fact Sheet (PFS) Submitted to Centrality  2119-2144 |
| 4/30/2018 | Renee Jeffers Signed ESI Statement Submitted to Centrality  2145 |
| 6/28/2018 | Jeffers First Amended PFS Submitted to Centrality  2146-2171 |
| 8/8/2018 | Notice of Deficiency in Plaintiff Fact Sheet to Renee Jeffers from Defense Submitted to Centrality  2172-2178 |
| 8/18/2018 | CMO 12 Identification Submitted to Centrality  2179 |
| 11/20/2018 | Sanofi's Initial Notice of Non-Compliance  2180-2217 |
| 1/3/2019 | Renee Jeffers Photos of Hair Loss Submitted to Centrality (April 2017)  2218-2219 |
| 1/4/2019 | Defendants' 14-Day Notice of Non-Compliance (MDL Rec. Doc. 5706 to 5706-1)  2220-2251 |
| 1/7/2019 | Jeffers Pre-Chemo and Present-Day Photos Submitted to Centrality (November 2000; November 2006; December 2018; January 2019)  2252-2264 |
| 1/8/2019 | Renee Jeffers Signed Authorizations Submitted to Centrality  2265-2273 |
| 1/13/2019 | Renee Jeffers Proof of Use (POU) Submitted to Centrality  2274 |
| 1/17/2019 | Final Show Cause Agenda Lists   2275-2301 |
| 4/23/2019 | Order of Dismissal with Prejudice as to No. 2:18-cv-07024 (Julie Clark) and 2:17-cv-14193 (Renee Jeffers) (MDL Rec. Doc. 6802)  2302-2303 |
| 4/30/2019 | Renee Jeffers PFS Declaration Submitted to Centrality  2304 |
| 5/17/2019 | Motion for Relief of Court's Order Dismissal with Prejudice for Renee Jeffers (MDL Rec. Doc. 7105 to 7105-4)  2305-2314 |
| 5/28/2019 | Defendant's Opposition to Renee Jeffers' Motion for Relief (MDL Rec. Doc. 7252 to 7252-8)  2315-2352 |
| 7/16/2019 | Order Denying Jeffers, Clark, Purnell and Nevin Motions for Reconsideration (MDL Rec. Doc. 7635)  2353-2356 |
| 8/8/2019 | Notice of Appeal for Jeffers (MDL Rec. Doc. 7869)  2357-2359 |

| Date | Description |
|---|---|
| n/a | Docket Entries for Case No. 2:18-cv-01589  2360-2362 |
| 2/15/2018 | Plaintiff Carriene Nevin's Short Form Complaint (No. 2:18-cv-01589, Rec. Doc. 1)  2363-2367 |
| 10/11/2018 | Carriene Nevin Signed ESI Statement, Hair Loss Photos (September 2018), Authorizations, and Plaintiff Fact Sheet (PFS) Declaration Uploaded to Centrality  2368-2380 |
| 10/12/2018 | Carriene Nevin Document Submitted to Centrality  2381-2383 |
| 10/31/2018 | Carriene Nevin PFS Submitted to Centrality  2384-2408 |
| 12/4/2018 | Notice of Deficiency in Plaintiff Fact Sheet to Carriene Nevin from Defense Submitted to Centrality  2409-2412 |
| 3/20/2019 | Defendants' 14-Day Notice of Non-Compliance (MDL Rec. Doc. 6547 to 6547-1)  2413-2450 |
| 4/1/2019 | Nevin Pre-Chemo Photo Submitted to Centrality (November 2010)  2451 |
| 4/2/2019 | Nevin Response to Deficiency Notice Submitted to Centrality  2452-2453 |
| 4/22/2019 | Nevin During Chemo and Present-Day Photos Submitted to Centrality (November 2014; January 7, 2019)  2454-2455 |
| 5/9/2019 | Carriene Nevin Proof of Use (POU) Submitted to Centrality  2456 |
| 5/23/2019 | Order of Dismissal with Prejudice as to Case No. 2:18-cv-01589 (Carriene Nevin) (MDL Rec. Doc. 7204)  2457 |
| 6/13/2019 | Motion for Relief of Court's Order Dismissal with Prejudice for Carriene Nevin (MDL Rec. Doc. 7396 to 7396-6)  2458-2470 |
| 6/25/2019 | Defendants' Opposition to Carriene Nevin's Motion for Relief (MDL Rec. Doc. 7459 to 7459-1)  2471-2530 |
| 7/16/2019 | Order Denying Jeffers, Clark, Purnell and Nevin Motions for Reconsideration (MDL Rec. Doc. 7635)  2531-2534 |
| 8/8/2019 | Notice of Appeal for Nevin (MDL Rec. Doc. 7871)  2535-2537 |
| 9/5/2019 | Carriene Nevin Motion to Amend Notice of Appeal (MDL Rec. Doc. 8184 to 8184-5)  2538-2570 |
| 9/17/2019 | Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Notice of Appeal (MDL Rec. Doc. 8236)  2571-2579 |

| Date | Description |
|---|---|
| n/a | Docket Entries for Case No. 2:18-cv-01395  2580-2582 |
| 2/9/2018 | Plaintiff Deborah Purnell's Short Form Complaint (No. 2:18-cv-01395, Rec. Doc. 1)  2583-2587 |
| 11/1/2018 | Defendants' 14-Day Notice of Non-Compliance (MDL Rec. Doc. 4837 to 4837-2)  2588-2639 |
| 11/16/2018 | Deborah Purnell Plaintiff Fact Sheet (PFS) Declaration Submitted to Centrality  2640 |
| 12/28/2018 | Order of Dismissal with Prejudice as to Case No. 2:18-cv-01395 (Deborah Purnell) (MDL Rec. Doc. 5644)  2641 |
| 5/7/2019 | Deborah Purnell Proof of Use (POU), Present-Day and Before Photos (May 8, 2007; May 2008; May 7, 2019), Medical Records, and Billing Submitted to Centrality  2642-2819 |
| 5/8/2019 | Deborah Purnell CMO 12 Identification and Authorizations Submitted to Centrality  2820-2830 |
| 5/9/2019 | Deborah Purnell PFS Submitted to Centrality  2831-2856 |
| 6/13/2019 | Motion for Relief of Court's Order Dismissal with Prejudice for Deborah Purnell (MDL Rec. Doc. 7394 to 7394-5)  2857-2874 |
| 6/25/2019 | Defendants' Opposition to Deborah Purnell's Motion for Relief (MDL Rec. Doc. 7458 to 7458-1)  2875-2948 |
| 7/16/2019 | Order Denying Jeffers, Clark, Purnell and Nevin Motions for Reconsideration (MDL Rec. Doc. 7635)  2949-2952 |
| 8/8/2019 | Notice of Appeal for Purnell (MDL Rec. Doc. 7872)  2953-2955 |