# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
|  | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| Jolene Lillis | : : | Civil Action No. 2:18-cv-9826 |

## NON-TRIAL POOL JOLENE LILLIS' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

☐  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒  Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully submitted,

By: /s/ Stephanie L. Rados
Stephanie L. Rados  MO #65117
James G. Onder MO #38049
ONDERLAW, LLC
110 E. Lockwood Avenue
St. Louis, MO 63119
Tel. (314) 963-9000
Fax. (314) 963-1700
rados@onderlaw.com
onder@onderlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 13, 2019    /s/ Stephanie L. Rados
Stephanie L. Rados