UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## CONSENT MOTION TO WITHDRAW PLEADING

NOW INTO COURT, through undersigned counsel, comes Defendant sanofi-aventis U.S. LLC ("sanofi"), which hereby moves to withdraw its Motion to Dismiss Claims Barred by the Texas Statute of Repose (Rec. Doc. 8393), in its entirety, and without prejudice. Sanofi has conferred with counsel for Plaintiffs, who consents to the filing of the instant Motion. Sanofi further requests that this pleading be removed from the Court's November 20, 2019 submission calendar.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | *Counsel for sanofi-aventis U.S. LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*