UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                           SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Consent Motion to Withdraw Pleading, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and, that the Motion for Review of Discovery Order Regarding Motion to Dismiss Claims Barred by the Texas Statute of Repose (Rec. Doc. 8393) is hereby withdrawn from this Court's docket and the Court's submission calendar.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE