UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*2:18-cv-05455 Dawn C. Fitzpatrick v. Sanofi-Aventis U.S. LLC, et al*
*************************************************************************

## EXPARTE MOTION TO SUBSTITUTE PLAINTIFF AND SUGGESTION OF DEATH

**COMES NOW**, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Joyce A. McNeill, Executrix of the Estate of Dawn C. Fitzpatrick, in place of plaintiff, Dawn C. Fitzpatrick. As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed May 30, 2018, prior to the death of Dawn C. Fitzpatrick.

2. The plaintiff, Dawn C. Fitzpatrick, died on December 5, 2018. (See Death - Certificate - Exhibit A).

3. Joyce A. McNeill was appointed as Executrix of Estate of Dawn C. Fitzpatrick on February 22, 2018 (See State of Maryland, Letters of Administration - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Joyce A. McNeill, Executrix of the Estate of Dawn C. Fitzpatrick, for the plaintiff, Dawn C. Fitzpatrick.

Respectfully submitted,
**Pendley, Baudin & Coffin, L.L.P**

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar No. 27902)
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 355-0086
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2019, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

/s/ Christopher L. Coffin