# CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

## STATE OF MARYLAND
### Department of Health and Mental Hygiene
### Division of Vital Records

*320180470830000*

**Certificate of Death**

File Number: *32018MD047056*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | DAWN FITZPATRICK / DAWN CHARISSE FITZPATRICK |
| 2. Date of Death | 12/05/2018 |
| 3. Time of Death | 0516 |
| 4a. Facility Name | NORTHWEST HOSPITAL CENTER |
| 4b. City, Town or Location of Death | RANDALLSTOWN |
| 4c. County of Death | BALTIMORE |
| 5. Social Security Number | 218960160 |
| 6. Sex | F |
| 7. Age | 51 YR |
| 8. Date of Birth | 04/29/1967 |
| 9. Birthplace | MARYLAND |
| 10a. State | MARYLAND |
| 10b. County | BALTIMORE |
| 10c. City, Town or Location | BALTIMORE |
| 10d. Inside City Limits? | NO |
| 10e. Address | 5501 BELLE AVENUE |
| 10f. Zip Code | 21207 |
| 11. Marital Status | NEVER MARRIED |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | BLACK |
| 15. Decedent's Education | MASTERS |
| 16a. Decedent's Usual Occupation | EDUCATOR |
| 16b. Business/Industry | EDUCATION |
| 17. Father's Name | JAMES S. FITZPATRICK |
| 18. Mother's Name Prior to First Marriage | LAVANIA RICE |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | JOYCE MCNEILL |
| 20b. Informant's Relationship | GOD DAUGHTER |
| 20c. Informant's Mailing Address | 9801 SLALOM RUN DRIVE, WOODSTOCK, MARYLAND 21163 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | MT ZION |
| 21c. Date of Disposition | 12/21/2018 |
| 21d. Location | 3900 HOLLINS FERRY ROAD, BALTIMORE, MARYLAND 21227 |
| 22a. Signature of Funeral Service Licensee | SHERIA JENNINGS |
| 22b. License No | M01665 |
| 22c. Name and Address of Funeral Facility | VAUGHN C GREENE FUNERAL SERVICES, P.A. 8728 LIBERTY ROAD, RANDALLSTOWN, MD 21133 |

**23a. Part I.** Disease, injuries, or complications that directly caused the death

a. HYPERTENSIVE CARDIOVASCULAR DISEASE WITH LEFT VENTRICULAR HYPERTROPHY AND BIVENTRICULAR DILATATION

Immediate Cause (final disease or condition resulting in death)

Due to (or as a consequence of):
b.

Conditions, if any, leading to immediate cause

Due to (or as a consequence of):
c.

Due to (or as a consequence of):
d.

Approximate Interval Between Onset and Death: —

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I:
CONGESTIVE HEART FAILURE

23b. Did tobacco use contribute to the cause of death? UNK

| | | | |
|---|---|---|---|
| 24a. Was an autopsy performed? YES | 24b. Were autopsy findings available prior to completion of cause of death? YES | 25a. Was case referred to medical examiner? YES | 25b. Medical Examiner Countersignature |
| 26. Place of Death: EMERGENCY ROOM/ OUTPATIENT | 27. Manner of Death: NATURAL | 28a. Date of Injury | 28b. Time of Injury |
| 28c. How injury occurred | 28d. Injury at work? | 28e. Transportation Injury? | 28f. Place of injury |

28g. Location of Injury

| 29a. Certifier Type | 29b. Signature and Title of Certifier | 29c. License No | 29d. Date signed |
|---|---|---|---|
| MEDICAL EXAMINER | J. LARON LOCKE, M.D. | O.C.M.E. | 12/06/2018 |

30a. Name of person who completed cause of death: J. LARON LOCKE
30b. Address of person who completed cause of death: 900 W. BALTIMORE STREET, BALTIMORE, MARYLAND 21223

For Office Use Only: MEDICAL amendment 01/07/2019 fields 23a, 27

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. |
|---|---|---|---|
| 12/17/2018 | GENEVA G. SPARKS | 01/08/2019 | Registrar's Signature |

3544502



EXHIBIT A

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE