

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 190979

I certify that administration of the Estate of

**DAWN CHARISSE FITZPATRICK**

was granted on the  22nd  day of  FEBRUARY, 2019 ,

to  JOYCE A MCNEILL

as personal representative(s) and the appointment is in effect this  22nd  day of  FEBRUARY  2019 ,

☐ Will probated _____ (date)

☑ Intestate estate

*Belinda K. Conaway*

BELINDA K. CONAWAY

Register of Wills for

BALTIMORE CITY

VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

RW1120

ROWNET 11/2009



EXHIBIT B