UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

******************************************
**THIS DOCUMENT RELATES TO**

*2:18-cv-05455 Dawn C. Fitzpatrick v. Sanofi-Aventis U.S. LLC, et al*
**********************************************************************

   This came before the Court on Plaintiff Dawn C. Fitzpatrick's Motion for Substitution of Plaintiff. Based on the files, records and proceedings herein,

   IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Joyce A. McNeill, on Behalf of the Estate of Dawn C. Fitzpatrick, Is substituted as Plaintiff in the above referenced action.

DATE: _____

BY THE COURT

_____
JUDGE U. S. DISTRICT COURT