# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*2:18-cv-00279 Josephine Jones v. Sanofi-Aventis U.S. LLC, et al*
***********************************************************************

## EXPARTE MOTION TO SUBSTITUTE PLAINTIFF AND SUGGESTION OF DEATH

**COMES NOW**, the Plaintiff under Rule 25 Federal Rules of Civil Procedure and respectfully request this Court to enter an Order substituting as plaintiff, Wanda Jones, Executrix of the Estate of Josephine Brown Jones, in place of plaintiff, Josephine Brown Jones. As grounds for same, the plaintiff states as follows:

1. The Complaint in the above styled manner was filed January 10, 2018, prior to the death of Josephine Brown Jones.

2. The plaintiff, Josephine Brown Jones, died on May 25, 2018 (See Exhibit A - Death Certificate).

3. Wanda Jones was appointed as Executrix of the Estate of Josephine Brown Jones on July 22, 2018 (See Exhibit B - Letters of Independent Administration).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED**, the plaintiff respectfully requests this Court to enter an Order substituting Wanda Jones, Executrix of the Estate of Josephine Brown Jones, for the plaintiff, Josephine Brown Jones.

Respectfully submitted,
**Pendley, Baudin & Coffin, L.L.P**

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar No. 27902)
Pendley, Baudin & Coffin, L.L.P.
2505 Energy Centre
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 355-0086
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2019, the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of records.

/s/ Christopher L. Coffin