# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2018-017-00470

**DECEDENT**

| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | | TIME OF DEATH |
|---|---|---|---|
| BROWN, JOSEPHINE | 09/07/1920 | | |
| PLACE OF BIRTH - CITY, STATE, COUNTRY | SEX | SOCIAL SECURITY NUMBER | AGE |
| WHITE CASTLE, LA UNITED STATES | FEMALE | 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 | 97 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | |

5611947

**PERSONAL**

| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
|---|---|---|---|
| 1138 ELVIN DR., BATON ROUGE, LA 70819 UNITED STATES | | NO | EAST BATON ROUGE |
| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION | |
| NO | FINANCE SUPERVISOR | RETAIL DEPARTMENT STORE | |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| NEVER MARRIED | | | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| BROWN, CLARENCE | | WHITE CASTLE, LA UNITED STATES | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | |
| JONES, ELIZABETH | | WHITE CASTLE, LA UNITED STATES | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS |
| JONES, CASSANDRA | | DAUGHTER | 450 E. CARVER , ATHENS, GA 30601 UNITED STATES |
| EDUCATION: 9TH THROUGH 12TH, NO DIPLOMA | | | |
| OF HISPANIC ORIGIN? NO, NOT SPANISH/HISPANIC/LATINO | | | |
| RACE: BLACK OR AFRICAN AMERICAN | | | |

**DEATH INFO**

| PLACE OF DEATH | FACILITY NAME | |
|---|---|---|
| DECEDENT'S HOME | | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | PARISH/COUNTY |
| 1138 ELVIN DR. , BATON ROUGE, LA 70819 UNITED STATES | | EAST BATON ROUGE |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|
| BURIAL | MOUNT GILLION BAPTIST CHURCH CEMETERY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| PRAIRIEVILLE, LA UNITED STATES | | 06/02/2018 |

**FUNERAL FACILITY**

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|
| DEMBY & SON FUNERAL HOME | 900 MAGNOLIA ST. , DONALDSONVILLE, LA 70346 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| BANKS, CARMAINE KEYMON | LH923 | Y |

**MANNER OF DEATH**

| MANNER OF DEATH | NATURAL | |
|---|---|---|
| IF FEMALE? | NOT APPLICABLE | |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN | |

**CAUSE OF DEATH**

| PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. ATHEROSCLEROTIC CARDIOVASCULAR DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |
| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |

**INJURY INFORMATION**

| WAS AN AUTOPSY PERFORMED? | | FINDINGS USED IN DETERMINING CAUSE? | | |
|---|---|---|---|---|
| NO | | NOT APPLICABLE | | |
| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
| | | | | |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | | | | |
| DESCRIBE HOW INJURY OCCURED | | | | |

**CERTIFIER**

| I CERTIFY THAT THIS CORONER CASE/ BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | | DATE CERTIFIED/VERIFIED |
|---|---|---|
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CLARK JR, WILLIAM ROGER | |
| CERTIFIER TITLE: CORONER | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| 4030 T. B. HERNDON ST. , BATON ROUGE, LA 70807 UNITED STATES | | |
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 269161 | ORLEANS | 05/29/2018 | 5/30/2018 |

**REGISTRAR**

| ISSUED BY: Carter, Caprice A |
|---|

Issued on 5/31/2018 8:10:42 AM



005611947

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE



EXHIBIT
A