EAST BATON ROUGE PARISH  P-104895
Filed Jul 06, 2018 9:34 AM       26
Deputy Clerk of Court

NINETEENTH JUDICIAL DISTRICT COURT FOR THE
PARISH OF EAST BATON ROUGE

NUMBER: **104895**   STATE OF LOUISIANA   SEC: **26**

SUCCESSION OF JOSEPHINE BROWN

## LETTERS OF INDEPENDENT ADMINISTRATION

This shall certify to all whom it may concern, that an application was made to the Judges of the Nineteenth Judicial District Court for East Baton Rouge Parish, Louisiana by praying that WANDA JONES be appointed Independent Administratrix of the above-captioned succession.

NOW, KNOW YE, that the said WANDA JONES has been and is appointed Independent Administratrix of the Succession of JOSEPHINE BROWN and that she has qualified as such and fulfilled all the requisites of law.

As Independent Administratrix, WANDA JONES have all the rights, powers, authorities, privileges and duties of a succession representative as are otherwise provided by law, but without the necessity of publication of notice, delay for objection, application to or any action by the court, said rights, powers, authorities and privileges including particularly, but not exclusively, the authority to perform the following acts:

alienate succession property at public or private sale (including but not limited to the power to sell bonds, shares of stock, mutual funds and other securities at rates prevailing in the market place); list succession property for sale with a real estate agent; transfer by dation en paiement any succession property in satisfaction of a secured or unsecured debt; sell household goods; sell motor vehicles; exchange succession property for consideration to be paid in corporate stock or other property, or partly therein and partly in cash; invest funds of the succession and make them productive; pay estate debts, including expenses of the administration of this succession borrow money for the purposes of preserving succession property or the orderly administration of this estate, of paying estate debts and inheritance taxes and for expenditures in the regular course of business; incur obligations; encumber property as security for loans; conduct any business, including with any and all financial institutions the power to discover and locate assets held by the same; alienate, encumber or dispose of real property of a corporation or partnership in which this succession owns a majority interest; lease succession property; grant mineral leases on succession property; perform executory contracts evidenced by writing; and pay reasonable periodic allowances in money for the maintenance of a spouse, if any, and of the heirs or legatees.

WITNESS, the signature and seal of this Court, on this __22__ day of July, 2018.

*Dianne J. Manning*
DEPUTY CLERK OF COURT
EAST BATON ROUGE PARISH

Certified True and
Correct Copy
CertID: 2018072200061

*Dianne J. Manning*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/22/2018 1:09 PM

**EXHIBIT B**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).