UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*2:18-cv-00279 Josephine Jones v. Sanofi-Aventis U.S. LLC, et al*
*********************************************************************

   This came before the Court on Plaintiff Josephine Brown Jones's Motion for Substitution of Plaintiff.  Based on the files, records and proceedings herein,

   IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is

   GRANTED, and Wanda Jones, on Behalf of the Estate of  Josephine Brown Jones, Is substituted as Plaintiff in the above referenced action.

DATE:      _____

BY THE COURT

_____
JUDGE U. S. DISTRICT COURT