UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENTS RELATES TO** <br> **Barbara Earnest, Case No. 2:16-cv-17144** | |

# ORDER

Before the Court is a Motion for Leave to File Reply (Doc. 8512);

**IT IS ORDERED** that said Motion is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs Against Plaintiff, Barbara Earnest, is hereby entered into the Court's docket.

New Orleans, Louisiana, this 14th day of November, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE