# EXHIBIT A



# Your LimoLink Reservation Confirmation

## Passenger Information

| | | |
|---|---|---|
| **Passenger Name:** John Glaspy | **Vehicle Type:** Sedan | **Passenger Count:** 1 |
| **Name Sign:** John Glaspy | **Luggage Count:** 0 | **Additional Passengers:** N/A |
| | **Other Count:** N/A | |
| | **Child Seat:** N/A | |

**Reservation #:**
2666445-001

**MatterID**

**EmployeeID**
GUEST

**SpliMatterID**

**Revision Type:**
N/A

## Pick Up Information

**Tuesday, September 24, 2019 11:27 PM**

AIRPORT: MSY, Louis Armstrong New Orleans International Airport
AIRLINE: Delta
FLIGHT#: 2592
ARRIVING: 11:27 PM
FROM: LAX

**Phone:** N/A

**Meet Location:**
Chauffeur will be waiting outside security, before baggage claim, with a name sign.

## Stop Information

N/A

## Drop Off Information

Windsor Court Hotel
300 Gravier St
New Orleans, Louisiana, 70130
United States

**Phone:**
504-523-6000

## Special Instructions

phone number is for LAA Melanie Stogsdill

## Billing Information

| Item: | Description: | Amount: | Billing Type : |
|---|---|---|---|
| Transfer | | $165.30 | Invoice |
| EarlyLate | | 20.00 | |
| USD    Total : | | $185.30 | |

Actual charges may vary due to tolls, parking and trip changes.

**Booked By :**
Nancy Willson
Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, Missouri
64108
United States

**For changes to your LimoLink Reservation, please contact the Gold Team at (866) 465-3941 or (319) 730-2100.**

LimoLink, Inc.
3375 Armar Drive
Marion IA 52302

### Charges and Cancellations:

Transfers cancelled within 2 hours of scheduled pick up will be billed at full charge. Hourly charters cancelled within 2 hours of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.



# Your LimoLink Reservation Confirmation

## Passenger Information

**Passenger Name:** John Glaspy
**Vehicle Type:** Sedan
**Luggage Count:** 1
**Other Count:** N/A
**Child Seat:** N/A
**Name Sign:** John Glaspy
**Passenger Count:** 1
**Additional Passengers:** N/A

**Reservation #:** 2667242-001

**Job #**

## Pick Up Information

**Wednesday, September 25, 2019 5:00 PM**

Windsor Court Hotel
300 Gravier St
New Orleans, Louisiana, 70130
United States

**Phone:** 504-523-6000

**Meet Location:** Main Entrance

**Revision Type:** N/A

## Stop Information
N/A

## Drop Off Information

AIRPORT: MSY, Louis Armstrong New Orleans International Airport
AIRLINE: Delta
FLIGHT#: 1822
DEPARTING: 6:59 PM
TO: LAX

**Phone:** N/A

## Special Instructions
N/A

## Billing Information

| Item: | Description: | Amount: | Billing Type: |
|---|---|---|---|
| Transfer | | $165.30 | Invoice |
| USD  Total: | | $165.30 | |

Actual charges may vary due to tolls, parking and trip changes.

**Booked By:**
Jill Siegert
Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, Missouri 64108
United States

**Charges and Cancellations:**

Transfers cancelled within 2 hours of scheduled pick up will be billed at full charge. Hourly charters cancelled within 2 hours of scheduled pick up time will be charged a minimum of 2 hours. Changes that occur within the minimum cancellation timeframe may be subject to additional charges. Wait time will be charged in quarter hour increments.

In order to better ensure quality of service, both we and the vendors with whom we contract monitor vehicle location through a GPS tracking system associated with each individual vehicle. Where available, you, as the account representative, can access this information. It is important that the passenger be made aware of this tracking for each and every trip, and so we ask you to please inform the passenger of this monitoring service.

**For changes to your LimoLink Reservation, please contact the Gold Team at (866) 465-3941 or (319) 730-2100.**

LimoLink, Inc.
3375 Armar Drive
Marion IA 52302

Here's your itinerary and other important travel information.
View our mobile site | View in browser



Manage Flight | Flight Status | My Account



## Hi John,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**SEPTEMBER 24**

# LAX ✈ MSY

Los Angeles to New Orleans

**Confirmation # SI4NXO**
Corporate ID: 99095566

Confirmation date: 09/23/2019

| | |
|---|---|
| PASSENGER | **John Glaspy** |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262123186385 |
| EXPIRATION[1] | September 22, 2020 |
| EST. POINTS EARNED | 6,156 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Tuesday, 09/24/2019    **Est. Travel Time: 3h 35m**    Business Select®

| FLIGHT # 0283 | DEPARTS<br>**LAX 07:10**PM<br>Los Angeles | ✈ | ARRIVES<br>**MSY 12:45**AM<br>New Orleans |
|---|---|---|---|

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - SI4NXO** | | | Visa ending in 0477 |
| Base Fare | $ | 513.00 | Date: September 23, 2019 |
| U.S. Transportation Tax | $ | 38.48 | **Payment Amount: $565.78** |
| U.S. 9/11 Security Fee | $ | 5.60 | |
| U.S. Flight Segment Tax | $ | 4.20 | |
| U.S. Passenger Facility Chg | $ | 4.50 | |
| **Total** | **$** | **565.78** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

2

Your ticket number: 5262123186385

# Prepare for takeoff


**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.


**30 minutes** before your departure:

Arrive at the gate prepared to board.


**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



### Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



### Save up to 30%

and earn up to 2,400 Rapid Rewards® points with Budget® on your trip.

**Budget**

Book car >



### Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262123186385: NONTRANSFERABLE -BG WN LAX WN MSY513.00USD513.00END ZP LAX4.20 XF LAX4.5

KZBP/S06

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**



Get the mobile app

- All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

4



Travel arrangements for **GLASPY/JOHN**                                   Agency Locator: **CMWOBO**

View your itinerary in our app: iPhone or Android

## Travel Consultant Remarks

YOUR SOUTHWEST AIRLINES E-TICKET CONFIRMATION IS - VE86SP
SOUTHWEST DOES NOT OFFER PREASSIGNED SEATS

| From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|
| **Other** Wed Sep 25, 2019 | | | |
| Wed Sep 25, 2019 Flight New Orleans Louis Armstrong(MSY) - Los Angeles(LAX) | Delta Air Lines DL1822 | 6:59 PM- 9:00 PM | Check in |

Print version

**Links**
- Traveler Benefits
- Feedback
- Blog
- Facebook
- LinkedIn

### Other
| | |
|---|---|
| Date | Wed Sep 25, 2019 |
| Details | LIMOLINK 866-465-3941 WILL PICK UP FROM THE HOTEL AT 5 PM AND WILL TAKE TO THE AIRPORT CF-2667242-001 |

PREFERRED HOTEL PARTNERS PROGRAM

**DL 1822  NEW ORLEANS  New Orleans Louis Armstrong (MSY)  >  LOS ANGELES  Los Angeles (LAX)**

| | | | |
|---|---|---|---|
| Departure | Wed Sep 25, 2019 6:59 PM | Arrival | Wed Sep 25, 2019 9:00 PM |
| Departure terminal | | Arrival terminal | T2 |
| Class | ECONOMY | Airline check in ID | GYL4J2 |
| Meal | Food to buy | Status | Confirmed |
| Duration | 04:01 | Ticket number | 0067456265701 |
| Seat | 16C | Frequent flyer | |
| Equipment | Boeing 737-900 | Air miles | 1671 |

☑ Check in    🧳 Baggage                                    More flight information ▸

### Invoice/Ticket information for JOHN GLASPY

**Client reference:**

| | | | | | |
|---|---|---|---|---|---|
| Total Invoiced Amount: | $613.30 | | | | |
| Ticket: | 2123519919 | Invoice: | 0009929 | Amount: | $565.78 |
| Payment: | | Date: | 24-Sep-2019 | | |
| Ticket: | 5262123519919 | Invoice: | 0009974 | | |
| Total Refund (minus any carrier penalties): | | | | | -$565.78 |
| Payment: | | Date: | 25-Sep-2019 | | |
| Ticket: | 0067456265701 | Invoice: | 0009976 | Amount: | $605.30 |
| Payment: | | Date: | 25-Sep-2019 | | |
| Service fee: | 8900788828150 | Date: | 24-Sep-2019 | Amount: | $4.00 |
| Description: | | | CLIENT BOOKED AIR OR RAIL - OFFLINE | | |
| Payment: | | | | | |
| Service fee: | 8900788870357 | Date: | 25-Sep-2019 | Amount: | $4.00 |
| Description: | | | CLIENT BOOKED AIR OR RAIL - OFFLINE | | |
| Payment: | | | | | |

### Information specific to this trip

- You have purchased a fully refundable fare on Delta Air Lines.
- **Reservation requested by:** HILLARY NICHOLAS

### Travel Assistance Contact Information

For travel assistance between 7:30am-5:30pm CT (Monday-Friday) please call 469-320-2106.

For travel assistance after 5:30pm CT, weekends & holidays, please call our after-hours team at 877-528-9599.

### Other information and remarks

- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Please sign up for trip alerts at www.lawyerstravel.com/alerts
- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

### Feedback

We value your input and welcome you to provide your feedback here.

View your complete itinerary online ›





Dear John Glaspy,

Thank you for choosing Windsor Court Hotel, a member of the Preferred Hotels and Resorts Legend Collection. We are eagerly anticipating your arrival, so you can leave the rest to us.

If there is anything we can do to make your stay more enjoyable, please contact our concierge at **concierge@windsorcourthotel.com**. Or you can **visit our website** to customize your stay with any of our special touches.

We're here to make sure your visit meets all your expectations. Below are the details of your stay.

## CONFIRMATION DETAILS

| | |
|---|---|
| Confirmation | 73865272-1 |
| Guest Name | John Glaspy |
| Arrival Date | Tuesday, September 24, 2019 |
| Departure Date | Wednesday, September 25, 2019 |
| Room Type | You have reserved a Premium Suite with one king bed. |
| Nightly Rate | $159.00 |

The above rate(s) may not reflect all possible fees, additional charges or taxes associated with this reservation. For clarification regarding these charges, please contact our reservations department.

## OUR POLICIES

2

| | |
|---|---|
| Cancel Policy | Reservations must be cancelled 72 hours prior to the arrival date to avoid a penalty of one night's rate and tax. |
| Deposit Policy | Reservations require credit card guarantee. |
| Check-In Time | 4:00PM |
| Check-Out Time | 12:00PM |
| Room Tax | 16.2% + $2 occupancy fee |

## CONTACT US

| | |
|---|---|
| Main Number | 504.523.6000 |
| Reservations Number | 888.596.0955 |
| Concierge | concierge@windsorcourthotel.com |
| Website | www.windsorcourthotel.com |

  

### Polo Club Lounge
At Polo Club Lounge, enjoy classic cocktails and live jazz in a setting reminiscent of the private clubs of England, with a New Orleans accent.

### Waterman Poolside Bar
Our rooftop pool features Waterman Poolside Bar. Before, during and after making a splash and soaking up some sun, indulge in a mouthwatering menu and relax in style.

### The Grill Room
The Grill Room pairs the best of New Orleans contemporary cuisine with the freedom to customize your dining experience, and there's no better place to discover and share the flavors of the season.

LEARN MORE     LEARN MORE     LEARN MORE

We truly look forward to welcoming you in person.

Kind regards,

*[signature]*

Ralph Mahana

3

General Manager
Windsor Court Hotel



4