# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>TANGNIKA SNOW,<br><br>Plaintiff<br><br>vs.<br><br>SANDOZ, INC.<br><br>Defendants<br><br>Civil Case No.: 2:16-cv-16797 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT ADDING DEFENDANT PFIZER, INC. ALONG WITH DEFENDANT SANDOZ, INC.** |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 8556);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 14th day of November, 2019.

Honorable Jane T. Milazzo
U.S. District Court Judge