## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>Karen East<br>Plaintiff,<br><br>vs.<br><br>Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S., LLC<br><br>Defendants.<br><br>Civil Case No: 2:17-cv-15000 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. JANE TRICHE MILAZZO |

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Compliant and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.


This the _____ day of _____, 2019