UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

******************************************
THIS DOCUMENT RELATES TO

*2:17-cv-12091 Sheila C. Isoke v. Sanofi S.A., et al*
**********************************************************************

Before the Court is Plaintiff Sheila C. Isoke's Motion for Substitution of Plaintiff (Doc. 8558);

**IT IS ORDERED** that the Motion is **GRANTED** and that Sheila Y. Mincey, on Behalf of the Estate of Sheila C. Isoke, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 14th day of November, 2019.

_____
JUDGE U. S. DISTRICT COURT