UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Wanda Stewart, Case No. 17-cv-10817;*
*Dora Sanford, Case No. 17-cv-09417;*
*Alice Hughes, Case No. 17-cv-11769.*

## MOTION OF PSC FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS FOR THIRD BELLWETHER TRIAL PLAINTIFFS

NOW INTO COURT, through the Plaintiffs' Steering Committee ("PSC"), come trial plaintiffs, Wanda Stewart, Dora Sanford, and Alice Hughes, identified in Case Management Order No. 21 (Rec. Doc. 8430), who, pursuant to the attached Memorandum in Support, respectfully request leave to file the attached proposed, redacted, Amended Short Form Complaints (Exhibits 1-3), using the revised Exemplar Short Form Complaint in Pretrial Order No. 73 (Rec. Doc. 1463). Plaintiffs' Liaison Counsel has conferred with Liaison Counsel for the Sandoz, Hospira and Accord Defendants and understands these Defendants oppose Plaintiffs' requests.

The proposed, redacted, Amended Short Form Complaints and proposed Order are attached hereto.[1] The PSC intends to file an *Ex Parte* Motion for Leave to File Unredacted Amended Short Form Complaint for Third Bellwether Trial Plaintiffs Under Seal.

WHEREFORE, Plaintiffs pray that the attached proposed Order be entered and, accordingly, that they be granted leave to file the attached proposed, redacted, Amended Short Form Complaints.

---

[1] The pleadings are redacted pursuant to the Court's Protective Order, PTO 50.

Dated: November 14, 2019                    Respectfully Submitted,

| | |
|---|---|
| Allan Berger | Christopher L. Coffin |
| Andrew J. Geiger | Jessica A. Perez |
| Allan Berger & Associates, PLC | Nicholas R. Rockforte |
| 4173 Canal Street | Pendley, Baudin & Coffin, LLP |
| New Orleans, Louisiana 70119 | 1100 Poydras Street, Suite 2505 |
| Telephone: (504) 486-9481 | New Orleans, Louisiana 70163 |
| Email: aberger@allan-berger.com | Phone: (504) 355-0086 |
| Email: ageiger@allan-berger.com | Fax: (504) 355-0089 |
| | Email: ccoffin@pbclawfirm.com |
| **-and-** | Email: jperez@pbclawfirm.com |
| | Email: nrockforte@pbclawfirm.com |
| James F. Giles | |
| Brian King | -and- |
| The King Firm, LLC | |
| 2912 Canal Street, 2nd Floor | Michael P. McGartland |
| New Orleans, Louisiana 70119 | McGartland Law Firm, PLLC |
| Telephone: (504) 909-5464 | University Center I |
| Email: jgiles@kinginjuryfirm.com | 1300 South University Drive, Suite 500 |
| Email: bking@kinginjuryfirm.com | Fort Worth, Texas 76107 |
| | Telephone: (817) 332-9300 |
| *Attorneys for Trial Plaintiff, Wanda Stewart* | Email: mike@mcgartland.com |
| | |
| | *Attorneys for Trial Plaintiff, Dora Sanford* |
| Samuel M. Wendt | |
| Wendt Law Firm, PC | |
| 1100 Main Street, Suite 2610 | |
| Kansas City, Missouri 64105 | |
| Telephone: (816) 531-4415 | |
| Email: sam@wendtlaw.com | |

*Attorney for Trial Plaintiff, Alice Hughes*

### **FOR THE PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | Andre Mura (on the brief) |
| 1515 Poydras Street, Suite 1400 | GIBBS LAW GROUP LLP |
| New Orleans, LA 70112 | 400 Continental Boulevard, 6th Floor |
| Telephone: 504-355-0086 | El Segundo, CA 90245 |
| Facsimile: 504-523-0699 | Telephone: 510-350-9700 |
| Email: ccoffin@pbclawfirm.com | Facsimile: 510-350-9701 |
| *Plaintiffs' Co-Lead Counsel* | Email: kbm@classlawgroup.com |
| | *Plaintiffs' Co-Lead Counsel* |

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
Email: plambert@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
Email: barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT