UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Wanda Stewart, Case No. 17-cv-10817; Dora Sanford, Case No. 17-cv-09417; Alice Hughes, Case No. 17-cv-11769.* | |

**MEMORANDUM IN SUPPORT OF MOTION OF PSC FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINTS FOR
THIRD BELLWETHER TRIAL PLAINTIFFS**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiff's Steering Committee ("PSC"), respectfully request leave of Court to file redacted Amended Short Form Complaints for the Third Bellwether Trial Plaintiffs, Wanda Stewart (Sandoz), Dora Sanford (Hospira), and Alice Hughes (Accord), identified in Case Management Order No. 21 (Rec. Doc. 8430).

Pursuant to Case Management Order No. 14D (Doc. 7416), as amended by agreement of the parties, Plaintiffs' deadline to amend their pleadings is the date of the instant filing. Despite agreement that the instant filing is made timely within the agreed deadline, undersigned counsel has been unable to obtain consent to this motion for leave to file from the Sandoz, Hospira and Accord Defendants. The PSC understands that Defendants object to the request for leave to file the attached proposed amending complaints on the basis that they disagree with the supplemental and amending allegations. Respectfully, the amendments are both consistent with prior trial

plaintiffs' amendments to their complaints and made to conform to the PSC's proposed third amended master long form complaint.[1]

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Doc. 230). Accordingly, interests of fairness, equity and justice support allowing the above referenced Plaintiffs leave to amend their pleadings to conform to the LPLA and to adopt later amendments, including proposed amendments, to the master long form complaint. Plaintiffs also should be granted leave to file their amended pleadings to clarify their allegations regarding application of certain factual allegations made in previous versions of the master complaint to the specific context of liberative prescription and contra non valentem under Louisiana law.[2]

Because the trial scheduling order deadlines allow for amendment of pleadings to date, and considering the bellwether plaintiffs' recent selection to proceed with phase II discovery in accordance with the bellwether trial structure adopted by the Court in this MDL, Plaintiffs respectfully request that the Court grant their instant motion for leave to amend their short form complaints. *See* CMO 14-14D, 19, 20, 21. Defendants will have the opportunity, pursuant to the trial scheduling order CMO 14D (as amended by party agreement), to challenge these allegations

---

[1] As the Court is aware, the PSC has filed a motion for leave to amend their master long form complaint (Doc. 8334), which is currently set for oral argument on December 5, 2019. Doc. 8389.

[2] As the Court likewise is aware, Plaintiffs Deborah Johnson and Tanya Francis have presented a motion for reconsideration, or in the alternative clarification, (Doc. 7857) concerning the Court's Order and Reasons (Doc. 7571) applying master allegations to the analysis of liberative prescription and contra non valentem under Louisiana law.

through phase II discovery and with motion practice brought in accordance with the scheduling order deadlines.

Dated: November 14, 2019            Respectfully Submitted,

| | |
|---|---|
| Allan Berger<br>Andrew J. Geiger<br>Allan Berger & Associates, PLC<br>4173 Canal Street<br>New Orleans, Louisiana 70119<br>Telephone: (504) 486-9481<br>Email: aberger@allan-berger.com<br>Email: ageiger@allan-berger.com<br><br>**-and-**<br><br>James F. Giles<br>Brian King<br>The King Firm, LLC<br>2912 Canal Street, 2nd Floor<br>New Orleans, Louisiana 70119<br>Telephone: (504) 909-5464<br>Email: jgiles@kinginjuryfirm.com<br>Email: bking@kinginjuryfirm.com<br><br>*Attorneys for Trial Plaintiff, Wanda Stewart*<br><br>Samuel M. Wendt<br>Wendt Law Firm, PC<br>1100 Main Street, Suite 2610<br>Kansas City, Missouri 64105<br>Telephone: (816) 531-4415<br>Email: sam@wendtlaw.com<br><br>*Attorney for Trial Plaintiff, Alice Hughes* | Christopher L. Coffin<br>Jessica A. Perez<br>Nicholas R. Rockforte<br>Pendley, Baudin & Coffin, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>Email: ccoffin@pbclawfirm.com<br>Email: jperez@pbclawfirm.com<br>Email: nrockforte@pbclawfirm.com<br><br>-and-<br><br>Michael P. McGartland<br>McGartland Law Firm, PLLC<br>University Center I<br>1300 South University Drive, Suite 500<br>Fort Worth, Texas 76107<br>Telephone: (817) 332-9300<br>Email: mike@mcgartland.com<br><br>*Attorneys for Trial Plaintiff, Dora Sanford* |

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
Email: ccoffin@pbclawfirm.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Andre Mura (on the brief)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
Email: kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
Email: plambert@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
Email: barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ M. Palmer Lambert*
>  M. PALMER LAMBERT