UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Wanda Stewart, Case No. 17-cv-10817;*
*Dora Sanford, Case No. 17-cv-09417;*
*Alice Hughes, Case No. 17-cv-11769.*

## NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Motion of PSC for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs will come before the Court for submission on the 4th day of December 2019, at 9:30 a.m.

Dated: November 14, 2019                            Respectfully Submitted,

| | |
|---|---|
| Allan Berger | Christopher L. Coffin |
| Andrew J. Geiger | Jessica A. Perez |
| Allan Berger & Associates, PLC | Nicholas R. Rockforte |
| 4173 Canal Street | Pendley, Baudin & Coffin, LLP |
| New Orleans, Louisiana 70119 | 1100 Poydras Street, Suite 2505 |
| Telephone: (504) 486-9481 | New Orleans, Louisiana 70163 |
| Email: aberger@allan-berger.com | Phone: (504) 355-0086 |
| Email: ageiger@allan-berger.com | Fax: (504) 355-0089 |
| **-and-** | Email: ccoffin@pbclawfirm.com |
| James F. Giles | Email: jperez@pbclawfirm.com |
| Brian King | Email: nrockforte@pbclawfirm.com |
| The King Firm, LLC | **-and-** |
| 2912 Canal Street, 2nd Floor | Michael P. McGartland |
| New Orleans, Louisiana 70119 | McGartland Law Firm, PLLC |
| Telephone: (504) 909-5464 | University Center I |
| Email: jgiles@kinginjuryfirm.com | 1300 South University Drive, Suite 500 |
| Email: bking@kinginjuryfirm.com | Fort Worth, Texas 76107 |
| | Telephone: (817) 332-9300 |
| *Attorneys for Trial Plaintiff, Wanda Stewart* | Email: mike@mcgartland.com |
| | |
| | *Attorneys for Trial Plaintiff, Dora Sanford* |

1

Samuel M. Wendt
Wendt Law Firm, PC
1100 Main Street, Suite 2610
Kansas City, Missouri 64105
Telephone: (816) 531-4415
Email: sam@wendtlaw.com

*Attorney for Trial Plaintiff, Alice Hughes*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699
Email: ccoffin@pbclawfirm.com
*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
Andre Mura (on the brief)
GIBBS LAW GROUP LLP
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone: 510-350-9700
Facsimile: 510-350-9701
Email: kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN
DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
Email: plambert@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
Email: barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon | Genevieve Zimmerman |
| Lemmon Law Firm, LLC | Meshbesher & Spence Ltd. |
| P.O. Box 904 | 1616 Park Avenue South |
| 15058 River Road | Minneapolis, MN 55404 |
| Hahnville, LA 70057 | Phone: (612) 339-9121 |
| Phone: (985) 783-6789 | Fax: (612) 339-9188 |
| Fax: (985) 783-1333 | gzimmerman@meshbesher.com |
| andrew@lemmonlawfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                        */s/ M. Palmer Lambert*
                                                                        M. PALMER LAMBERT