UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Genese Roberts
**Case No.:** 2:18-cv-02043

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Genese Roberts whose case is on a Notice of Non-Compliance to be heard by the Court in December 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: November 15, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　ALYSSA WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　Johnson Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77098
　　　　　　　　　　　　　　　　　　　　　　　　　713-626-9336