UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sandra Yeager**
**Case No.: 2:17-cv-09523**

# DECLARATION

I, Nathan Buttars, declare that I or a member of my office have attempted to reach my client, <u>Sandra Yeager,</u> on the following dates: <u>August 22, 2018, August 31, 2018, September 11, 2018, September 25, 2018, October 10, 2018, November 14, 2018, April 24, 2019, and November 4, 2019</u> by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Nathan Buttars_　　　　　　　　　　　Dated: November 15, 2019
Nathan Buttars
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Ph: 801-917-8500
nate@lowelawgroup.com
Counsel for Plaintiff