UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Wanda Stewart, Case No. 17-cv-10817;*
*Dora Sanford, Case No. 17-cv-09417;*
*Alice Hughes, Case No. 17-cv-11769.*

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS FOR THIRD BELLWETHER TRIAL PLAINTIFFS (REC. DOC. 8577) UNDER SEAL (UNREDACTED)**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), respectfully request leave of Court to file the unredacted attachments (Exhibit 1-3) to Plaintiffs' Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced unredacted attachments to Plaintiffs' Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2

>forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

The unredacted attachments to Plaintiffs' Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these exhibits be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the unredacted exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that unredacted Exhibits 1-3 to Plaintiffs' Motion for Leave to Amend Short Form Complaints for Third Bellwether Trial Plaintiffs, which will be hand delivered to the Court today pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that the unredacted attachments (Exhibit 1-3) to Plaintiffs' Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs be filed UNDER SEAL.

Dated: November 15, 2019                          Respectfully submitted,

/s/ Christopher L. Coffin                         /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  Andre Mura (on the brief)
1515 Poydras Street, Suite 1400                   GIBBS LAW GROUP LLP
New Orleans, LA 70112                             400 Continental Boulevard, 6th Floor
Telephone: 504-355-0086                           El Segundo, CA 90245
Facsimile: 504-523-0699                           Telephone: 510-350-9700
Email: ccoffin@pbclawfirm.com                     Facsimile: 510-350-9701
*Plaintiffs' Co-Lead Counsel*                     Email: kbm@classlawgroup.com
                                                  *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                              /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                        Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                               BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                    701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street           New Orleans, LA 70139
New Orleans, LA 70163-2800                        Telephone: 504-524-3300
Telephone: 504-522-2304                           Facsimile: 504-524-3313
Facsimile: 504-528-9973                           Email: barrios@bkc-law.com
Email: plambert@gainsben.com                      *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                      Daniel P. Markoff
Andrews & Thornton                                Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                   9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                           Oklahoma City, OK 73120
Phone: (800) 664-1734                             Phone: (405) 607-8757
aa@andrewsthornton.com                            Fax: (405) 607-8749
                                                  dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                    Abby E. McClellan
Bachus & Schanker, LLC                            Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                    460 Nichols Road, Suite 200
Denver, CO 80202                                  Kansas City, MO 64112
Phone: (303) 893-9800                             Phone: (816) 714-7100
Fax: (303) 893-9900                               Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                       mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ M. Palmer Lambert*
                                        M. PALMER LAMBERT