UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Julie Clark*
Case No.: 18-07024
*Renee Jeffers*
Case No.: 17-14193
*Carriene Nevin*
Case No.: 18-01589
*Deborah Purnell*
Case No.: 18-01395
**Appellate No. 19-30631**

## ORDER

Considering the foregoing Motion for Leave to File Designation of Record on Appeal Under Seal (Doc. 8559);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk shall file the Designation of Record on Appeal **UNDER SEAL**.

New Orleans, Louisiana, this 14th day of November 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE