UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORI RUDD<br>　　　　　　　　　Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC, et al.<br>　　　　　　　　　Defendants. | JUDGE: JANE TRICHE MILAZZO |
| | **CIVIL ACTION NO. 2:19-cv-12725** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Lori Rudd respectfully requests leave of Court to file an Amended Short Form Complaint dismissing Sagent Pharmaceuticals, Sandoz Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira, Inc., Hospira Worldwide, LLC, f/d/b Hospira Worldwide, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., as defendants.

Plaintiff requests that if this motion is granted, the attached Second Amended Short Form Complaint (Exhibit A) be filed as of the date of this motion.

Plaintiff alleges that she received notice that the infusion facility does not contain product identification information naming the manufacturer of the drug administered to the Plaintiff. Plaintiff sent notice to Defense Counsel pursuant to CMO 12.

Plaintiff alleges that Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. sold Taxotere/Docetaxel/Docefrez from April 1, 1999 to June 17, 1999.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses

1

based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct Defendant(s). Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage. As a result, it is hereby requested that this Motion for Leave to File a Second Amended Short Form Complaint be granted.

Dated: November 15, 2019

                                                Respectfully submitted,

                                                RAY HODGE & ASSOCIATES, L.L.C.

                                                _/s/ Ryan E. Hodge_
                                                Ryan E. Hodge, #16180
                                                8558 W. 21st St. N., Suite 300
                                                Wichita, Kansas 67205
                                                (316) 269-1414
                                                (316) 263-6019 (fax)
                                                Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have attempted to obtain consent of counsel for Defendants to file this Motion for Leave to File Amended Short Form Complaint pursuant to Local Rule 7.6 and PTO 37A. Counsel for Pfizer, Hospira, and Sanofi have consented to the Motion and Counsel for Accord, McKesson, Sun Pharma, and Actavis have not responded for more than 14 days.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 15, 2019                              /s/ Ryan E. Hodge
                                                                             Ryan Hodge