## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORI RUDD    Plaintiff | MDL NO: 2740 |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.    Defendants. | JUDGE: JANE TRICHE MILAZZO |
| This Document Relates To: *Lori Rudd* | **CIVIL ACTION NO. 2:19-cv-12725** |

### ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____day of _____, 2019.

                                                                                                 _____
                                                                                                 JUDGE, UNITED STATES DISTRICT COURT