**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SHARON GRAHAM | MDL NO: 2740 |
| Plaintiff | |
| v. | SECTION: N (5) |
| SANOFI-AVENTIS U.S. LLC et al | JUDGE: JANE TRICHE MILAZZO |
| Defendants. | MAG. JUDGE MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

SHARON GRAHAM

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   _____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Current State of Residence: TEXAS

5. State in which Plaintiff(s) allege(s) injury: TEXAS

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        __X__ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        __X__ B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        _____ A. Sandoz Inc.

        _____ B. Accord Healthcare, Inc.

        _____ C. McKesson Corporation d/b/a McKesson Packaging

        _____ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        _____ E. Hospira, Inc.

        _____ F. Sun Pharma Global FZE

        _____ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        _____ H Pfizer Inc.

        _____ I. Actavis LLC f/k/a Actavis Inc.

        _____ J. Actavis Pharma, Inc.

        _____ K. Other: _____

7. Basis for Jurisdiction:

    __x__ Diversity of Citizenship

    _____ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: __Gregg County Courthouse (124th, 188th, or 307th District Court)__

9. Brand Product(s) used by Plaintiff (check applicable):

    <u>X    </u>  A.    Taxotere

    <u>      </u>  B.    Docefrez

    <u>      </u>  C.    Docetaxel Injection

    <u>      </u>  D.    Docetaxel Injection Concentrate

    <u>      </u>  E.    Unknown

    <u>      </u>  F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9: <u>November 16, 2007 to February 19, 2008</u>

11. State in which Product(s) identified in question 9 was/were administered: <u>TAXOTERE</u>

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury): permanent hair loss from February 19, 2008 to present day

13. Counts in Master Complaint brought by Plaintiff(s):

    <u>x</u>  Count I – Strict Products Liability -Failure to Warn

    <u>x</u>  Count III – Negligence

    <u>x</u>  Count IV – Negligent Misrepresentation

    <u>x</u>  Count V – Fraudulent Misrepresentation

    <u>x</u>  Count VI – Fraudulent Concealment

    <u>x</u>  Count VII – Fraud and Deceit

    <u>x</u>  Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

3

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 /s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Suite 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff