UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Sharon Sims
**Case No.:** 2:17-cv-12424

## DECLARATION OF PLAINTIFF'S COUNSEL

　　I represent Sharon Sims, whose case is on a Notice of Non-Compliance to be heard by the Court on or about December 2019. I reviewed the deficiency and the Notice of Non-Compliance, and I have advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: November 18, 2019　　　　　　　　　/s/ Alyssa J. White
　　　　　　　　　　　　　　　　　　　　　Alyssa J. White
　　　　　　　　　　　　　　　　　　　　　Johnson Law Group
　　　　　　　　　　　　　　　　　　　　　2925 Richmond Avenue, Ste 1700
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　(713) 626-9336
　　　　　　　　　　　　　　　　　　　　　awhite@johnsonlawgroup.com