## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"(5)** |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **EARLENE LONDON** | : | |
| *Plaintiff* | : | **COMPLAINT & JURY DEMAND** |
| | : | |
| **vs.** | : | **Civil Action No: 2:18-cv-11630** |
| | : | |
| **HOSPIRA, INC. and HOSPIRA** | : | |
| **WORLDWIDE, LLC f/k/a** | : | |
| **HOSPIRA WORLDWIDE, INC.** | : | |
| *Defendants* | : | |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, EARLENE LONDON, on or about October 4, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by EARLY LONDON, who is the surviving heir and son of EARLENE LONDON.

Dated: November 18, 2019

**SHAW COWART, L.L.P.**

*/s/ Ethan L. Shaw*

ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW