UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECION "H" (5) |
| | JUDGE MILAZOO<br>MAG JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Ida Bowman vs. Sanofi-Aventis U.S. LLC., et al | Civil Action No.: 2-17-cv-15890 |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

☐   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 19th day of November 2019.

Respectfully Submitted,

_/s/ A. Craig Eiland_
A. Craig Eiland
LAW OFFICES OF A. CRAIG EILAND, PC
2200 Market St., Ste. 501
Galveston, Texas 77550
Telephone: (409) 763-3260
Facsimile: (409) 763-8154
ceiland@eilandlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_/s/ A. Craig Eiland_
A. Craig Eiland