UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )

# MINUTE ENTRY

On November 18, 2019, the Court met with Plaintiff Sheila Crayton, her counsel Christine Brandt, Dawn Barrios, Palmer Lambert, and Douglas Moore.

(JS-10:01:05)

