UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Martha Turner v. Sandoz Inc. and Accord Healthcare, Inc.*, Case No. 2:17-cv-07732 | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff moves this Court for an order substituting Ted Turner, as Trustee of the Ted and Martha Turner Revocable Living Trust, on behalf of Plaintiff Martha Turner in the above-captioned matter for the following reasons:

1. Plaintiff filed this action on August 10, 2017.

2. Plaintiff passed away on January 31, 2019.

3. Counsel has filed a Suggestion of Death. ECF No. 6275.

4. Plaintiff's product liability claims survived her death and were not extinguished.

5. Plaintiff's product liability claims and any proceeds from this litigation are assets of the Ted and Martha Turner Revocable Living Trust, per the terms of her Last Will and Testament, attached as Exhibit A, and the terms of that trust, attached as Exhibit B.

6. As the Trustee of the Ted and Martha Revocable Living Trust, Plaintiff's surviving spouse, Ted Turner, is the proper party to substitute for Plaintiff Martha Turner and wishes to be substituted on behalf of Ms. Turner.

//
//
//

WHEREFORE, Plaintiff respectfully requests that this Court recognize that Ted Turner, as the Trustee of the Ted and Martha Turner Revocable Living Trust, is the proper party to pursue Ms. Turner's surviving claims and substitute him in as the plaintiff in this action.

Dated:  November 19, 2019   By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  November 19, 2019   By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com