# EXHIBIT A

LAST WILL AND TESTAMENT

OF

MARTHA T. TURNER

I, Martha T. Turner, a resident of Multnomah County, Oregon, declare that this is my Will and revoke all prior Wills and Codicils.

## ARTICLE 1

### FAMILY

1.1  SPOUSE.  I declare that I am married to Ted Eugene Turner and that I have no children.

## ARTICLE 1

### LEGAL REPRESENTATIVES

2.1  PERSONAL REPRESENTATIVE.  I name my husband Ted Eugene Turner as Personal Representative. If he is unable or unwilling to act as Personal Representative I then name my sister Sybil Schreiber and my husband's niece Kim Ebeling as the alternate Co-Personal Representatives. If Sybil predeceases the survivor of us, my sister Karen Schaefer shall be a Co-Personal Representative. If Kim predeceases the survivor of us, Ted's niece Kristi Ceciliani shall be a Co-Personal Representative.

2.2  TRUSTEE.  I name my husband Ted Eugene Turner as trustee of any trust created by this Will. If he is unable or unwilling to act as Trustee I then name my sister Sybil Schreiber and my husband's niece Kim Ebeling as the alternate co-successor trustees. If Sybil predeceases the survivor of us, my sister Karen Schaefer shall be a co-successor trustee. If Kim predeceases the survivor of us, Ted's niece Kristi Ceciliani shall be a co-successor trustee.

///
///
///
///
///

Page 1 - LAST WILL AND TESTAMENT OF MARTHA T. TURNER

## ARTICLE 3

### RESIDUE

3.1 DISTRIBUTION TO TRUSTEE. I give the residue of my estate to the trustee of the Ted and Martha Revocable Living Trust between Ted and Martha Turner as trustor and Ted and Martha Turner as trustee, to be added to the trust and held, administered, and distributed in accordance with its provisions, including any amendments made to it before my death (whether made before or after the execution of this Will).

3.2 IF DISTRIBUTION TO TRUSTEE IS NOT EFFECTIVE. If for any reason the distribution under the preceding subsection is not effective, I give the residue of my estate to Ted Eugene Turner as trustee, to be held in a testamentary trust and administered and distributed in accordance with the provisions of the trust described in the preceding subsection, including any amendments made to it before my death (whether before or after the execution of this Will), which provisions are incorporated into this Will by reference.

3.3 DISTRIBUTION FREE OF TRUST. If any portion of the rese is distributable free of trust in accordance with the trust's provisions, my personal representative shall distribute that portion directly to the beneficiary.

## ARTICLE 4

### PERSONAL REPRESENTATIVE

4.1 NO BOND REQUIRED. No bond shall be required of any individual named in this Will as my personal representative.

4.2 POWERS. I give my personal representative all powers conferred on a personal representative by Oregon law as now existing or later amended, whether or not those powers are exercised in Oregon.

4.3 TRANSFER TO CUSTODIAN. If any interest passes under this Will to a person under the age of 18, I authorize my personal representative to transfer that interest to a custodian for that person under the Oregon Uniform Transfers to Minors Act.

## ARTICLE 5

### GENERAL ADMINISTRATIVE PROVISIONS

5.1 SURVIVORSHIP. A beneficiary under my Will shall be considered to survive me only if the beneficiary is living on the sixtieth day after the date of my death.

Page 2 - LAST WILL AND TESTAMENT OF MARTHA T. TURNER

5.2  DESCENDANTS.  "Descendants" means all naturally born or legally adopted descendants of the person indicated.

5.3  TAXES.  I direct my personal representative to pay out of the residue of my estate, without apportionment, all estate, inheritance, and other death taxes (including interest and penalties) payable by reason of my death on property passing under this Will.  All death taxes on property not passing under this Will shall be apportioned according to Oregon law.

5.4  DEBTS AND EXPENSES.  I direct my personal representative to pay out of the residue of my estate, without apportionment, all debts of mine as they come due, expenses of my last illness and funeral, and expenses incurred in administering my estate.

5.5  ELECTIONS, DECISIONS, AND DISTRIBUTIONS.  I authorize my personal representative and my trustee, if any, to make any election or decision available to my estate or trust under federal or state tax laws, to make pro rata or non-pro rata distributions without regard to any differences in tax basis of assets distributed, and to make distributions in cash, in specific property, in undivided interests in property, or partly in cash and partly in property.  The good faith decisions of my personal representative or trustee in the exercise of these powers shall be conclusive and binding on all parties, and my personal representative or trustee need not make any adjustments among beneficiaries because of any election, decision, or distribution.

5.6  GOVERNING LAW.  The validity and construction of my Will shall be determined under Oregon law in effect on the date my Will is signed.

5.7  CAPTIONS.  The captions are inserted for convenience only.  They are not a part of this instrument and do not limit the scope of the section to which each refers.

I have signed this Will on this _4th_ day of _June_, 2008.

_Martha T. Turner_
Martha T. Turner

On the date of the foregoing Will of Martha T. Turner, consisting of three (3) pages including this page, I saw her sign it.  Upon her declaration that it was her Will, I signed my name below as a witness.

_[signature]_                             _Lola L. Jackson_
4664 S.E. King Road                        4664 S.E. King Road
Milwaukie, Oregon                          Milwaukie, Oregon

Page 3 - LAST WILL AND TESTAMENT OF MARTHA T. TURNER

AFFIDAVIT OF ATTESTING WITNESSES TO WILL

STATE OF OREGON                )
                               ) ss.
County of Clackamas            )

I, Ted Turner, and I, Lola Jackson, being sworn say:

On the date of the attached Will of Martha T. Turner, said Martha T. Turner presented said Will to me and acknowledged to me that the Will and her signature thereon were hers and requested me to sign my name to said Will as a witness.

Accordingly I did sign my name to said Will in the presence of the testator.

To the best of my knowledge and belief, the testator, was, at that time, over the age of 18 years and of sound mind.

_____        Lola L. Jackson

SUBSCRIBED AND SWORN TO before me this 4TH day of June, 2008.

                                    _____
                                    Notary Public for Oregon
                                    My Commission Expires: 7-13-2011

OFFICIAL SEAL
WILLIAM Y SUGAHIRO
NOTARY PUBLIC-OREGON
COMMISSION NO. 417637
MY COMMISSION EXPIRES JULY 13, 2011

1 - AFFIDAVIT OF ATTESTING WITNESSES TO WILL