UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |
| *Martha Turner v. Sandoz Inc. and Accord Healthcare, Inc.*, Case No. 2:17-cv-07732 | |

### [PROPOSED] ORDER RE MOTION FOR SUBSTITUTION OF PLAINTIFF

Before the Court is Plaintiff Martha Turner's Motion for Substitution of Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Ted Turner, as Trustee of the Ted and Martha Turner Revocable Living Trust, is substituted as Plaintiff in the above-referenced action.

Dated: _____         _____
                                                                          HON. JANE TRICHE MILAZZO
                                                                          UNITED STATES DISTRICT JUDGE