UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bridget Peterson v. Sandoz Inc., et. al.*, Case No. 2:17-cv-13021 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rule of Civil Procedure 25, Plaintiff, by and through undersigned counsel, hereby informs the Court of the death of Plaintiff Bridget Peterson during the pendency of this action, which occurred on October 4, 2018.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the Personal Representative of the Estate of Bridget M. Peterson.

Dated:  November 19, 2019

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2019, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  November 19, 2019

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com