# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | JUDGE JANE T. MILAZZO MAG. JUDGE NORTH |
| *Bridget Peterson v. Sandoz Inc., et. al.*, Case No. 2:17-cv-13021 | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff moves this Court for an order substituting Joseph Peterson, as the Personal Representative of the Estate of Bridge M. Peterson, on behalf of Plaintiff Bridget Peterson in the above-captioned matter for the following reasons:

1.      Plaintiff filed this action on November 22, 2017.

2.      Plaintiff passed away on October 4, 2018.

3.      Counsel has filed a Suggestion of Death. ECF No. 8596.

4.      Plaintiff's product liability claims survived her death and were not extinguished.

5.      Joseph Peterson, Plaintiff's surviving son, was appointed the Personal Representative of the Estate of Bridge M. Peterson on January 8, 2019.  *See* Exhibit A, Letters Testamentary.

6.      As the Personal Representative, Joseph Peterson is the proper party to substitute for Plaintiff Bridget Peterson and wishes to be substituted on her behalf.

//

//

//

//

1

WHEREFORE, Plaintiff respectfully requests that this Court recognize that Joseph Peterson, as the Personal Representative of the Estate of Bridget M. Peterson, is the proper party to pursue Ms. Peterson's surviving claims and substitute him in as the plaintiff in this action.

Dated:  November 19, 2019

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
amz@classlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  November 19, 2019

By: */s/ Karen Barth Menzies*
Karen Barth Menzies
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com