# EXHIBIT A

**THE STATE OF ALABAMA**     **COURT OF PROBATE**

**COUNTY OF MOBILE**         **CASE NO. 2018-2460**

**RE: BRIDGET M. PETERSON, DECEASED**

## LETTERS TESTAMENTARY

The Will of BRIDGET M. PETERSON, deceased, having been duly admitted to record in said county, Letters Testamentary are hereby granted to JOSEPH PETERSON, the Personal Representative named in said will, who has complied with the requisites of the laws and who is authorized to take upon himself the execution of such will. Except as restricted or otherwise provided by said will, the Personal Representative is authorized to administer the estate in accordance with the powers and duties set out pursuant to *Ala. Code* §§43-2-830, et seq. (1975). Unless otherwise provided by the will, the powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, paying taxes, fees, and expenses, including court costs, incident to the administration of the estate.

**ORDERED** this 8th day of January, 2019.

DON DAVIS, Judge of Probate