# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE JANE T. MILAZZO |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE NORTH |
| *Bridget Peterson v. Sandoz Inc. et al.*, Case No. 2:17-cv-13021 | |

# [PROPOSED] ORDER RE MOTION FOR SUBSTITUTION OF PLAINTIFF

Before the Court is Plaintiff Bridget Peterson's Motion for Substitution of Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Joseph Peterson, as the Personal Representative of the Estate of Bridget M. Peterson, is substituted as Plaintiff in the above-referenced action.

Dated: _____        _____
                                                                                                HON. JANE TRICHE MILAZZO
                                                                                                UNITED STATES DISTRICT JUDGE