IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "H" (5) |
| | * | JUDGE TRICHE MILAZZO |
| | * | |
| | * | |
| This Document Relates to: | * | |
| Dorothy Cox v. Sanofi US Services Inc. | * | |
| f/k/a Sanofi-Aventis U.S. Inc., | * | |
| Sanofi-Aventis US LLC, and | * | |
| Sanofi-Aventis US LLC d/b/a Winthrop US | * | CIVIL ACTION NO. 2:19-cv-12587 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff, Dorothy Cox, by and through her Counsel, with the consent of Defendants, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. The copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

This the 20th day of November, 2019.

RODEN LAW

/s/ Tyler McCormick Love
Tyler M. Love
GA Bar 940419
333 Commercial Drive
Savannah, GA 31406
P: 912.303.5850
F: 912.303.5851
Tlove@rodenlaw.com
*Attorney for Plaintiff*

## CETIFICATE OF COMPLIANCE

I certify that I have attempted to obtain consent of counsel for Defendants to file this Motion for Leave to File Amended Short Form Complaint pursuant to Local Rule 7.6 and PTO 37A. Counsel for Accord Healthcare has consented to the Motion and Counsel for Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis US LLC, and Sanofi-Aventis US LLC d/b/a/ Winthrop US has not responded for more than 14 days.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

RODEN LAW

/s/ Tyler McCormick Love
Tyler M. Love
GA Bar 940419
333 Commercial Drive
Savannah, GA 31406
P: 912.303.5850
F: 912.303.5851
Tlove@rodenlaw.com
*Attorney for Plaintiff*