IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION : | * | |
| | * | |
| | * | SECTION "H" (5) |
| | * | JUDGE TRICHE MILAZZO |
| | * | |
| | * | |
| This Document Relates to: | * | |
| Dorothy Cox v. Sanofi US Services Inc., et al | * | CIVIL ACTION NO. 2:19-cv-12587 |

_____

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT

Plaintiff, Dorothy Cox, by and through her attorneys, with the consent of Defendants, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Dorothy Cox, that she was provided Taxotere/Docetaxel chemotherapy produced by Sanofi US Services Inc., Sanofi-Aventis US LLC, and Sanofi-Aventis US LLC d/b/a Winthrop US that caused permanent hair loss. Her original suit was filed on September 13, 2019.

Subsequent to the filing of her original lawsuit, Plaintiff's counsel was notified by the Clerk's office that, while the Civil Cover sheet and body of the Short Form Complaint identified all Defendants, the case caption on the Complaint only identified "Sanofi US Services Inc., et al." Plaintiff's counsel was notified by the Court that Summons could not be issued for Defendants not listed in the case caption on the Complaint. This was the result of an unintentional omission in the caption of the Short Form Complaint. Both Sanofi-Aventis US LLC and Sanofi-Aventis US LLC d/b/a/ Winthrop US should have been properly identified as

Defendants in Plaintiff's case on the Complaint, and Plaintiff now requests leave of court so theat the complaint can be amended.  The Amended Short Form Complaint is attached as Exhibit 1.

Pursuant to PTO no. 37A, on November 1, 2019, Plaintiff's counsel notified counsel for Defendants Sanofi-Aventis US LLC and Sanofi-Aventis US LLC d/b/a Winthrop US as well as Defense Liaison Counsel for consent or opposition to this motion. On November 4, 2019, Plaintiff's counsel received a response from counsel for Sanofi-Aventis US LLC stating that they do not not consent or oppose the filing of Plaintiff's Amended Complaint but would like to review the proposed motion and short form complaint before moving forward. Having given counsel for Sanofi time to review the proposed motion and short form complaint, Sanofi has consented to this Motion and Plaintiff now files its motion for leave to amend unopposed as set out in PTO no. 37A.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to correct a clerical error and name the correct Defendant(s) who were already identified elsewhere in the pleadings. Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage, and the parties to be added have stated that they do not oppose the motion. As a result, Plaintiff hereby requests that its Motion for Leave to File an Amended Short Form Complaint be granted.

This the 19th day of November, 2019.

**RODEN LAW**

/s/ Tyler McCormick Love
Tyler M. Love
GA Bar 940419

                                                                                    333 Commercial Drive  
                                                                                    Savannah, GA 31406  
                                                                                    P: 912.303.5850  
                                                                                    F: 912.303.5851  
                                                                                     Tlove@rodenlaw.com  
                                                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                           **RODEN LAW**

                                           <u>/s/ Tyler McCormick Love</u>
                                           Tyler M. Love
                                           GA Bar 940419
                                           333 Commercial Drive
                                           Savannah, GA 31406
                                           P: 912.303.5850
                                           F: 912.303.5851
                                           Tlove@rodenlaw.com
                                           *Attorney for Plaintiff*