IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | * * * * * * | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO |
| This Document Relates to:<br>Dorothy Cox v. Sanofi US Services Inc.<br>f/k/a Sanofi-Aventis U.S. Inc.,<br>Sanofi-Aventis US LLC,<br>and Sanofi-Aventis<br>US LLC d/b/a Winthrop US | * * * * * * | <br><br><br><br><br>CIVIL ACTION NO. 2:19-cv-12587 |

**<u>Order</u>**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This the 20th day of November, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT