# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.:  2740

SECTION:  H

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 1
Pages 1 through 300

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)

72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

```
 1      A.   It's different.  I didn't check.  I didn't
 2   thought this could be a question.
 3           And I don't check textbook for names.  I
 4   usually consult textbook when I need a suggestion
 5   for diagnosis, for treatment.  But I have the
 6   textbook, and I can check all of them.
 7   BY MR. SEARS:
 8      Q.   I think it's implied in what you said, but
 9   I just want to make sure it's clear.  You can't think
10   of any textbook that defines persistent alopecia,
11   right?
12           MR. SCHANKER:  Objection, form.
13      A.   I didn't say that.  I -- I said that I
14   don't know if it's in the textbook, but I can check
15   it out and answer this question.
16   BY MR. SEARS:
17      Q.   Is there a definition in the dermatological
18   community that's held to a reasonable degree of
19   medical certainty about what permanent alopecia is?
20           MR. SCHANKER:  Objection, form.
21      A.   I think permanent alopecia, by definition,
22   is alopecia that persists at least six months after
23   the end of chemotherapy.
24   BY MR. SEARS:
25      Q.   Can you think of any textbook that defines
```