# EXHIBIT N

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                   CASE NO. 2:16-cv-15859
 3
                     CYNTHIA THIBODEAUX,
 4                      Plaintiffs,
 5                          v.
 6    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
        US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                      Defendants.
 8        Deposition of CYNTHIA ANN THIBODEAUX, 1600
      NORTH DORGENOIS STREET, NEW ORLEANS, LOUISIANA
 9    70119, taken in the offices of MORRIS BART &
      ASSOCIATES, on Thursday, December 14, 2017.
10
      APPEARANCES:
11
          MORRIS BART & ASSOCIATES
12        Attorneys at Law
          BY:  BETSY BARNES, Esquire
13        BY:  CHRISTINE BRANDT, Esquire
          601 Poydras Street
14        24th Floor
          New Orleans, Louisiana 70130
15
                       - AND -
16
          THE MAHER LAW FIRM
17        Attorneys at Law
          BY:  STEVEN R. MAHER, Esquire
18        271 West Canton Avenue
          Suite 1
19        Winter Park, Florida  32789
20                     - AND -
21        SIMMONS HANLY CONROY
          Attorneys at Law
22        By:  DAVID F. MICELI, Esquire
          P.O. Box 2519
23        Carrollton, Georgia  30112
24
25           ATTORNEYS FOR PLAINTIFF
```

1      don't remember.
2   Q. By 2009?
3   A. Maybe '10.
4   Q. You think by 2010, your hair had reached the
5      level of regrowth that it's at today?
6   A. It's possible, yes.
7   Q. Well, possible doesn't --
8           MS. BIERI:
9               You understand why I'm asking these
10          questions.  Right?
11          MR. MAHER:
12              I understand that.  Are you asking me
13          to speak?
14          MS. BIERI:
15              Yeah.
16          MR. MAHER:
17              Okay.  If you're inviting me to
18          speak, I don't want to say anything
19          that's going to get me in trouble with
20          the judge, but if you're asking me --
21          MS. BIERI:
22              Well, you sighed audibly on the
23          record and you gave me a face, and so I
24          asked you if you understood why I was
25          asking the questions.  That's why I said

Page 278

1    Q. Do you -- do you think -- I'm trying -- okay.
2       You say that you expected your hair to come
3       out during chemotherapy.  Right?
4    A. Correct.
5    Q. And it did.  Correct?
6    A. It did.
7    Q. But you're saying that you think your hair
8       should have come back.  Correct?
9    A. Yes.
10   Q. And that's what you're seeking compensation
11      for in this litigation.  Correct?
12   A. Correct.
13   Q. I have to know when you think your hair should
14      have come back.
15         When do you think your hair should have
16      come back?
17         MR. MAHER:
18             Okay.
19         MS. BIERI:
20             You can answer.
21         THE WITNESS:
22             I thought -- but I'm not a medical
23         person.  I thought it was going to come
24         back after chemo, once chemo's
25         completed, maybe a few months later.

Page 279

1  EXAMINATION BY MS. BIERI:
2  Q. That's what you expected, for your hair to
3     come back a few months after chemo was
4     completed?
5  A. Uh-huh.
6  Q. And it didn't do that?
7  A. Did not do that.
8  Q. Okay.  Let's talk about -- have you ever
9     talked to anyone about your hair loss?
10 A. A professional person or just a friend or
11    family member?
12 Q. You know, that's a great question, Ms.
13    Thibodeaux.  Did you ever talk to a doctor
14    about the hair loss that you're claiming in
15    this lawsuit?
16 A. No.
17 Q. Never sought to ask if there were any
18    treatment options available?
19 A. No, I didn't.
20 Q. Why not?
21 A. I just didn't think about it.  I keep -- I
22    continued to think that it would come back
23    full as on one of these pictures, I didn't
24    think it would be like this for this length of
25    time.