# EXHIBIT O

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   * * * * * * * * * * * * * * * * * * * * * * * *
 4   CYNTHIA THIBODEAUX,           CASE NO.
 5         Plaintiff,              2:16-cv-15859
 6   v.
 7   SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US
 8   SERVICE, INC., AND
     AVENTIS-PHARMA S.A.,
 9
           Defendants.
10
11   * * * * * * * * * * * * * * * * * * * * * * * *
12
                    Deposition of
13                Cynthia Thibodeaux
14           taken on September 6, 2019
                commencing at 9:10 a.m.
15
                       at the
16                   offices of
17               Morris Bart, LLC
             601 Poydras Street, Floor 24
18             New Orleans, Louisiana
19
20
21
22
23
24
25
```

Page 394

1   A.   No.
2   Q.   Did Dr. Tosti ask you or did you tell
3   her about how your hair grew back in?
4   A.   I don't recall.
5   Q.   No recollection of that happening?
6   A.   No.
7   Q.   You didn't tell her that your hair grew
8   back to the level it is today by 2010?
9   A.   I may have --
10          MR. ROOT:  Object as to form.
11  A.   I may have.  I just don't recall at this
12  time.
13  Q.   But you agree that your hair did grow
14  back to the level that it is today by the beginning
15  of 2010; correct?
16  A.   Let me think about that.
17       That could be correct.
18  Q.   That's right?
19  A.   Yeah, I would say that was right.
20  Q.   So by the beginning of 2010, you're not
21  seeing any more improvements to the regrowth
22  density-wise of your hair; right?
23  A.   Right.
24  Q.   Okay.  Did you talk to Dr. Tosti about
25  your use of tamoxifen?