# EXHIBIT U

```
10:17:21  1                    UNITED STATES DISTRICT COURT
                               EASTERN DISTRICT OF LOUISIANA
          2   ***************************************************************

          3   IN RE:  TAXOTERE (DOCETAXEL)
              PRODUCTS LIABILITY LITIGATION        Docket No. 16-MD-2740
          4                                        Section "N"
                                                   New Orleans, Louisiana
          5                                        Friday, October 27, 2017

          6
              [THIS DOCUMENT RELATES TO:
          7   ALL CASES]
              ***************************************************************
          8

          9             TRANSCRIPT OF GENERAL STATUS CONFERENCE
                    HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
         10                   UNITED STATES DISTRICT JUDGE

         11
              APPEARANCES:
         12

         13   FOR THE PLAINTIFFS:          GAINSBURG BENJAMIN DAVID
                                           MEUNIER & WARSHAUER
         14                                BY:  M. PALMER LAMBERT, ESQ.
                                           1100 Poydras St., Suite 2800
         15                                New Orleans, LA 70163

         16
                                           PENDLEY BAUDIN & COFFIN
         17                                BY:  CHRISTOPHER L. COFFIN, ESQ.
                                           1515 Poydras St., Suite 1400
         18                                New Orleans, LA 70112

         19
                                           LEVIN PAPANTONIO THOMAS MITCHELL
         20                                RAFFERTY & PROCTOR
                                           BY:  BEN W. GORDON, JR., ESQ.
         21                                316 S. Baylen St., Suite 600
                                           Pensacola, FL 32502
         22

         23   FOR SANOFI S.A.:             IRWIN FRITCHIE URQUHART & MOORE
                                           BY:  DOUGLAS J. MOORE, ESQ.
         24                                400 Poydras St., Suite 2700
                                           New Orleans, LA 70130
         25
```

10:57:03  1          Section No. 15 - Motion Practice.  There are a number of
10:57:08  2   motions pending and this section outlines all of them.  I will
10:57:14  3   briefly touch on each.
10:57:17  4          Sanofi has filed a motion to dismiss claims barred by the
10:57:21  5   applicable statute of limitations, that is Record Document No. 494.
10:57:29  6   In the steering committee meetings you indicated that there was,
10:57:33  7   would be dismissed at this time.
10:57:34  8          THE COURT:  The motion was denied without prejudice
10:57:37  9   yesterday and the order will speak for itself.  The Court, without
10:57:43 10   discounting any of the arguments made by the defendants, felt it
10:57:48 11   would be more prudent to take the issues up after the first round
10:57:51 12   of discovery, I should say the first round of bellwether plaintiffs
10:57:57 13   set for that first trial date, where we can look at some
10:58:01 14   particularities among those plaintiffs.  I just didn't feel
10:58:05 15   comfortable at this juncture of ruling on it in an in-globo
10:58:09 16   fashion, which I think is what the motion sought from the Court.
10:58:12 17   So I denied it without prejudice, but it's something that we'll
10:58:16 18   certainly revisit.
10:58:18 19          MR. LAMBERT:  Thank you, your Honor.
10:58:19 20          And on October 3rd defendants filed a motion for entry of
10:58:23 21   a case substitution protocol, that motion is Record Document 888,
10:58:30 22   and it is fully briefed and submitted to your Honor for ruling.
10:58:34 23          THE COURT:  Right.
10:58:35 24          MR. LAMBERT:  Likewise, the motion to permit written
10:58:40 25   discovery on the trial pool plaintiffs, that's Record Document