**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing Defendants' *Ex Parte* Motion For Leave To File Exhibits to their Opposition to Plaintiffs' Motion for Leave to File Third Amended Master Long-Form Complaint and Jury Demand;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A, H, I, J, K, L, and M (Rec. Doc. 8601-1, 8601-8, 8601-9, 8601-10, 8601-11, 8601-12, and 8601-13) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE