UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Sane v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Amy Sane<br>Civil Action No.: 2:18-cv-07071 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT McKESSON CORPORATION D/B/A McKESSON PACKAGING**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 21st day of November, 2019

        Respectfully submitted,

        /s/ Tarek C. Abbassi

        Tarek C. Abbassi
        Texas Bar No: 24096225
        tabbassi@fnlawfirm.com

        FEARS NACHAWATI, PLLC
        5473 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        Counsel for Plaintiff

        /s/ Matthew R. McCarley

        Matthew R. McCarley
        Texas Bar No: 24041426
        mccarley@fnlawfirm.com

        FEARS NACHAWATI, PLLC
        5473 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        /s/ Tarek C. Abbassi