**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL No. 2740** |
|  | **Section: N(5)** |
|  | **JUDGE JANE TRICHE MILAZZO** |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 |  |

## DEFENDANT SANDOZ INC.'S PRELIMINARY WITNESS LIST

Defendant Sandoz Inc. ("Sandoz"), by and through its undersigned counsel and pursuant to Case Management Order No. 14 and Case Management Order No. 14D, hereby submits the following preliminary list of witnesses who may be called to testify at trial. Sandoz reserves the right to supplement and/or amend this list, and to call live, by video, by deposition, or by other transcript any of the witnesses listed below. The final list of witnesses Sandoz ultimately presents at trial will be dependent on a number of factors, including, without limitation, (a) the discovery and investigation conducted in this case; (b) the witnesses and evidence Plaintiff presents during her case-in-chief; (c) the outcome of any pending or subsequent motions; and (d) the overall trial schedule and availability of Sandoz' witnesses. Subject to those considerations, and without waiving its right to call additional witnesses who are not identified in the list below, Sandoz may present the following witnesses at trial:

## I.     SANDOZ WITNESSES AND CORPORATE REPRESENTATIVES

1.     Andrea Rau

2.     Bernadette Attinger

3.     Brian Watson

4.     Charles Duncan

5.    Gregory Seitz

6.    Joel Rosenstack

7.    Laura Pethick

8.    Lesli White

9.    Seth Coombs

10.   Shirley Fernandez

11.   Any Sandoz employee or former employee deposed in this case or referenced in any deposition in this case

12.   Any Sandoz employee or former employee identified by any party in their discovery responses, disclosures, or pleadings

13.   Corporate representatives of Sandoz, to be identified in the future following further discovery, who may have relevant knowledge or information

## II.    PLAINTIFF AND PLAINTIFF'S FAMILY, FRIENDS, AND COWORKERS

14.   Wanda Stewart

15.   Dorothy Stewart

16.   Joseph Bennett

17.   Angela Meredith

18.   Tina Stewart

19.   Rhonda Bennett

20.   Tamika Stewart

21.   Pamela Bennett

22.   All of Plaintiff's friends identified in discovery or at depositions in this case

23.   All of Plaintiff's current and former supervisors and coworkers at the Louisiana Department of Public Safety identified in discovery or at depositions in this case or in Plaintiff's employment records

## III.   TREATING PHYSICIANS AND HEALTHCARE PROVIDERS

24.   Christopher McCanless, M.D.

25.   Everett Bonner, M.D.

26.   Kenyatta Shamlin, M.D.

27.   William Russell, M.D.

28.   Deborah Cavalier, M.D.

29.   Taylor Theunissen, M.D.

30.   Randall Brown, M.D.

31.   Taylor Childress, M.D.

32.   Tasha Shamlin, M.D.

33.   Cristen Crain, N.P.

34.   Tara Rheubottom, P.A.-C.

35.   Duane Superneau, M.D.

36.   Garland Green, M.D.

37.   Paul Walker, M.D.

38.   Dariusz Gawronski, M.D.

39.   Bruce Kestler, D.D.S.

40.   Thuy Nguyen, D.D.S.

41.   Hang Tseng, O.D.

42.   Mark Aucoin, D.C.

43.   Larry Jonas, P.T.

44.   Lawrence Messina, M.D.

45.   Darryl Petersen, M.D.

46.   Neelima Reddy, M.D.

47.   All treating physicians and healthcare providers at Hematology Oncology Clinic in Baton Rouge, Louisiana, identified in Plaintiff's medical records

48.   All treating physicians and healthcare providers at Woman's Hospital in Baton Rouge, Louisiana, identified in Plaintiff's medical records

49.   All treating physicians and healthcare providers at Baton Rouge General Medical Center in Baton Rouge, Louisiana, identified in Plaintiff's medical records

50.    All treating physicians and healthcare providers at Louisiana Internal Medicine and Pediatric Associates in Baton Rouge, Louisiana, identified in Plaintiff's medical records

51.    All treating physicians and healthcare providers of Chase Health Care, Inc. in Baton Rouge, Louisiana, identified in Plaintiff's medical records

52.    All treating physicians and healthcare providers of Bayou Home Care of Louisiana in Denham Springs, Louisiana, identified in Plaintiff's medical records

53.    All treating physicians and healthcare providers at Lake After Hours Urgent Care in Baton Rouge, Louisiana, identified in Plaintiff's medical records

54.    All treating physicians and healthcare providers at Omada Health Weight Loss Center in Baton Rouge, Louisiana, identified in Plaintiff's medical records

## IV.    RESERVATIONS

55.    Sandoz reserves the right to call any Sandoz corporate representatives, agents, and current or former employees identified by any party in its pleadings, fact sheets, discovery responses, or disclosures.

56.    Sandoz reserves the right to call any Sandoz corporate representatives, agents, and current or former employees referenced in any document produced by Sandoz.

57.    Sandoz reserves the right to call any Sandoz corporate representatives, agents, and current or former employees deposed in this case or referenced in any deposition in this case.

58.    Sandoz reserves the right to call all fact witnesses identified in Plaintiff's pleadings, Plaintiff Fact Sheets, discovery responses, disclosures, and documents produced in this case.

59.    Sandoz reserves the right to call all fact witnesses identified in Plaintiff's medical, dental, pharmacy, psychiatric, insurance, employment, and other relevant records.

60.    Sandoz reserves the right to call all fact witnesses deposed in this case or identified in any deposition in this case.

61.    Sandoz reserves the right to call all treating physicians and healthcare providers identified in Plaintiff's pleadings, Plaintiff Fact Sheets, discovery responses, disclosures, and documents produced in this case.

62.    Sandoz reserves the right to call all treating physicians and healthcare providers identified in Plaintiff's medical, dental, pharmacy, psychiatric, insurance, employment, and other relevant records.

63.    Sandoz reserves the right to call all treating physicians and healthcare providers

deposed in this case or identified in any deposition in this case.

64.    Sandoz reserves the right to identify and to call to testify at trial all expert witnesses to be disclosed by Sandoz in accordance with Case Management Order No. 14 and Case Management Order No. 14D and/or other applicable orders subsequently entered in this litigation.

65.    Sandoz reserves the right to call certain Sandoz corporate representatives, agents, and current or former employees to provide expert opinions regarding matters within their respective knowledge, experience, and training.

66.    Sandoz reserves the right to elicit testimony, either through direct examination or cross-examination, of all witnesses or representatives designated or identified by Plaintiff as an expert or person with specialized knowledge, training, or experience in this case, and to obtain testimony favorable to Sandoz from such witnesses, as it may relate to liability, causation, or damages or any issue that may be relevant at trial. This designation does not waive any objection Sandoz may have to the qualifications of such witnesses and the admissibility of their testimony and opinions, but rather, mainly affirms Sandoz' right to elicit expert testimony upon direct or cross-examination.

67.    Sandoz reserves the right to call to testify at trial all custodians of Plaintiff's medical, dental, pharmacy, psychiatric, insurance, employment, and other relevant records.

68.    Sandoz reserves the right to call all witnesses identified by Plaintiff in her preliminary witness list, including any supplements or amendments thereto, and final witness list.

69.    Sandoz reserves the right to call any witnesses necessitated by Plaintiff's identification of certain witnesses or proposed evidence, or by materials identified or produced subsequent to the date of this submission.

70.    Sandoz reserves the right to call any Sandoz corporate representatives, agents, and current or former employees necessary to rebut or respond to testimony, evidence, or argument offered by Plaintiff.

71.    Sandoz reserves the right to call all witnesses called by Plaintiff in this litigation or at trial, whether in person or by deposition or prior testimony.

72.    Sandoz reserves the right to cross-examine all witnesses called by Plaintiff in this litigation or at trial.

73.    Sandoz reserves the right to call any witnesses necessary to authenticate or otherwise establish the foundation for any exhibit or evidence to be offered at trial.

74.    Sandoz reserves the right to call any witnesses necessary for impeachment or rebuttal.

75.     Sandoz reserves the right to supplement or amend its disclosure of the witnesses listed herein, and to add lay and expert witnesses to this disclosure, in accordance with applicable Court orders and/or at any time after further investigation and discovery are conducted in this case.


                              Respectfully submitted,


                              */s/ Lori G. Cohen*
                              Lori G. Cohen
                              R. Clifton Merrell
                              Evan C. Holden
                              **GREENBERG TRAURIG, LLP**
                              Terminus 200
                              3333 Piedmont Road NE, Suite 2500
                              Atlanta, GA 30305
                              Telephone: 678-553-2100
                              Facsimile:  678-553-2212
                              cohenl@gtlaw.com
                              merrellc@gtlaw.com
                              holdene@gtlaw.com


                              */s/ Deborah B. Rouen*
                              Deborah B. Rouen
                              E. Paige Sensenbrenner
                              **ADAMS AND REESE LLP**
                              One Shell Square
                              701 Poydras Street, Suite 4500
                              New Orleans, LA 70139
                              Telephone: 504-581-3234
                              Facsimile:  504-566-0210
                              debbie.rouen@arlaw.com
                              paige.sensenbrenner@arlaw.com

                              ***Counsel for Defendant Sandoz Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November, 2019, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to all CM/ECF participants in this matter.


*/s/ Lori G. Cohen*
Lori G. Cohen