UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Michelle Clements v. Sanofi S.A. et al.*, No. 19-cv-03475 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. DEFENDANTS**

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

1

Dated this 21st day of November, 2019.

                                                  Respectfully submitted,

                                                  */s/ Richard L. Root*

                                                  Richard L Root, LA #19988
                                                  Betsy Barnes, LA # 19473
                                                  Morris Bart, LLC
                                                  601 Poydras St., 24th Fl.
                                                  New Orleans, LA 70130
                                                  Phone: (504) 525-8000
                                                  Fax: (504) 599-3392
                                                  bbarnes@morrisbart.com
                                                  Rroot@morrisbart.com