**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: *Dora Sanford v. Hospira, Inc. et. al,* Civil Case No. 2:17-cv-09417 | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |

## THE HOSPIRA DEFENDANTS' PRELIMINARY WITNESS LIST

Pursuant to Case Management Order No. 14D and Case Management Order No. 21, Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (together, the "Hospira Defendants"), by and through undersigned counsel, submit the following preliminary list of all witnesses who may be called to testify at trial ("Preliminary Witness List"). Because discovery is ongoing, it is not possible for the Hospira Defendants to identify every witness they may call in this case. The Hospira Defendants reserve the right to supplement, add, and/or amend this list as discovery progresses.

The Hospira Defendants reserve the right to call as witnesses:

1. Dora Sanford

2. Charles Sanford (by videotaped deposition only as Mr. Sanford is now deceased)

3. Judd Patten, M.D.

4. Cecilia Cuntz, M.D.

5. Mary Baker

6. Laurie Wojtko

7. Juergen Schmider

8. Laura Kapolnek

9. Robynn Michelson

10. Karilyn Halloran

11. Lisa Zboril

12. Lisa Skeens

13. Tricia Racanelli

14. Jennifer Gattari

15. Any expert who provides a written report pursuant to Case Management Order No. 14D

16. Any witness listed on Plaintiff's preliminary or final witness list

17. Any witness deposed in this matter

18. Any doctor, physician, healthcare provider, and/or other medical practitioner who treated or examined Plaintiff

19. Any corporate representative(s) selected to testify on behalf of the Hospira Defendants

20. Records custodians of any of Plaintiff's medical providers

21. Any witness necessary for impeachment or rebuttal

22. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit

23. Any witness identified in the Pre-Trial Order

24. Any witness identified in any party's responses to discovery

25. Any witness whose identity may become known in the course of ongoing discovery in this matter

The Hospira Defendants further reserve their right to call additional witnesses live or by deposition to address new issues not presently known based upon pleadings and discovery to date, to authenticate documents, or to respond to admissions of evidence depending upon the rulings of the Court.

                                      Respectfully submitted,

                                      */s/ Mark S. Cheffo*
                                      Mark S. Cheffo
                                      Mara Cusker Gonzalez
                                      **DECHERT LLP**
                                      Three Bryant Park
                                      1095 Avenue of the Americas
                                      New York, NY 10036-6797
                                      Phone: (212) 698-3500
                                      Fax: (212) 698-3599
                                      mark.cheffo@dechert.com
                                      maracusker.gonzalez@dechert.com

                                      */s/ John F. Olinde*
                                      John F. Olinde (Bar No.1515)
                                      Peter J. Rotolo (Bar No. 21848)
                                      **CHAFFE MCCALL LLP**
                                      1100 Poydras Street
                                      New Orleans, LA 70163
                                      Phone: (504) 858-7000
                                      Fax: (504) 585-7075
                                      olinde@chaffe.com
                                      rotolo@chaffe.com

                                      *Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 21st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Mark S. Cheffo