UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Alice Hughes v. Accord Healthcare, Inc., et al.* Case No. 2:17-cv-11769 | |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Alice Hughes, who, pursuant to this Honorable Court's Trial Scheduling Order, CMO 14D (Doc. 7416), as modified by the extensions agreed to by the parties and provided to the Court on November 15, 2019, hereby submits the following Preliminary Witness List in connection with the above captioned matter:

1. Alice Hughes
2. Robert Hughes
3. Jennifer H. Scorsone
4. Dan Durio
5. Robert Veith, M.D.
6. Donna Waters, M.D.
7. Paul Monsour, M.D.
8. Alan Stolier, M.D.
9. John Gordon, M.D.
10. Arthur H. Reif M.D.
11. Samir Mehta
12. Gerald Price

13. Sabita Nair
14. Myrl Vossler
15. Shannon Price
16. Grace Shen
17. Vasudev Dobariya
18. Shail Shah
19. Chintan Patel
20. Avani Kota
21. Darshid Patel
22. Viral Choksi
23. Kanishka Pathak
24. Sushrath Kaul
25. Dr. Jay Dave
26. Devanshi Jhaveri
27. Janki Mali
28. Riteshkumar Shah
29. Palak Shah
30. Dr. Riddhi Nanda
31. Dr. Niraj Limbachiya
32. One or more witnesses from Pro Pharma Group (PPG), formerly known as Advanced Response Management (ARM).
33. Accord Healthcare Inc.'s designated 30(b)(6) witness(es).

34. Sanofi witness(es) to testify regarding knowledge and/or evidence of Permanent Chemotherapy-Induced Alopecia relating to Taxotere and warning(s).

35. Representative of Sanofi to authenticate and testify with personal knowledge regarding the side effects section in the Taxotere patient information guide indicating that hair loss following Taxotere use is temporary.

36. Any witness listed on Defendant's Preliminary Witness List or Final Witness List.

37. Any third-party witness identified in ongoing discovery.

38. Any expert witness who provides a written report pursuant to the Court's Scheduling Orders.

39. Any non-retained treating expert witness.

40. Any witness deposed in this matter.

41. Any witness necessary for impeachment and/or rebuttal.

42. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

43. Any witness listed on the Pre-Trial Order.

44. Any witness identified in any party's responses to discovery.

As discovery is not complete, Plaintiff reserves her right to identify any witness who becomes known during discovery of this matter or any witness listed by any other party. Plaintiff also reserves her right to identify any witness necessary to authenticate any document, including any records custodian(s) of the above listed witnesses.

Further, Plaintiff reserves her right to supplement and amend this witness list once discovery is complete or within the time allowed by law.

Dated: November 21, 2019                    Respectfully submitted,

/s/ Samuel M. Wendt
Samuel M. Wendt (MO#53933)
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH    BENJAMIN    DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
