UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENTS RELATES TO:
*Dora Sanford v. Hospira, Inc., et al.*
Case No. 2:17-cv-09417

### PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dora Sanford, who,

pursuant to this Honorable Court's Trial Scheduling Order, CMO 14D (Doc. 7416), as modified

by the extensions agreed to by the parties and provided to the Court on November 15, 2019, hereby

submits the following Preliminary Witness List in connection with the above captioned matter:

1. Dora Sanford

2. Charles Sanford

3. Carlos M. Sanford

4. Teanda Sanford

5. Mark Sanford

6. Charlotte Sanford

7. Debra Thomas Hamilton

8. Trynace Jacobs

9. Dr. Judd Patten

10. Dr. Bryan Bienvenu

11. Dr. Ghad King

12. Dr. Vicki McWhetston

13. Dr. Vaugh Meiners

14.         Dr. Michael Bornacelly-Perez

15.         Dr. Laci Theunissen

16.         Nurse Judy Owens

17.         Dr. Cecilia Cuntz

18.         Laurie Wojtko

19.         Douglas Hoffman

20.         Mary Baker

21.         Juergen Schmider

22.         Robynn Michelson

23.         Laura Kapolnek

24.         Karilyn Halloran

25.         Ellen Wetterling

26.         Jennifer Gattari

27.         Xing Min Qiu

28.         Tricia Racanelli

29.         Soni Hingorani-Giles

30.         Felice Sommerfield

31.         Eric Floyd

32.         Annette Murphy

33.         Lisa Zboril

34.         Ann Kamykowski

35.         Lisa Kindwald

36.         Lora Peknik-Graham

37.     Lisa Skeens

38.     Karl Cornelius

39.     Angeliki Kotsianti

40.     Sanofi witness(es) to testify regarding knowledge and/or evidence of Permanent Chemotherapy-Induced Alopecia relating to Taxotere and warning(s).

41.     Representative of Sanofi to authenticate and testify with personal knowledge regarding the side effects section in the Taxotere patient information guide indicating that hair loss following Taxotere use is temporary.

42.     Witnesses to be identified upon completion of discovery.

43.     Any witness listed by Defendants, Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

44.     Any third-party witness identified in ongoing discovery.

45.     Any expert witness who provides a written report pursuant to the Court's Scheduling Orders.

46.     Any non-retained treating expert witness.

47.     Any witness deposed in this matter.

48.     Any witness necessary for impeachment and/or rebuttal.

49.     Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

50.     Any witness listed on the Pre-Trial Order.

51.     Any witness identified in any party's responses to discovery.

As discovery is not complete, Plaintiff reserves her right to identify any witness who becomes known during discovery of this matter or any witness listed by any other party. Plaintiff also reserves her right to identify any witness necessary to authenticate any documents, including any records custodian(s) of the above listed witnesses.

Further, Plaintiff reserves her right to supplement and amend this witness list once discovery is complete or within the time allowed by law.

Dated: November 21, 2019                    Respectfully submitted,

                                            /s/ *Michael P. McGartland*
                                            Michael P. McGartland
                                            McGartland Law Firm, PLLC
                                            University Centre I, Suite 500
                                            1300 South University Drive
                                            Fort Worth, Texas 76107
                                            Telephone:     (817) 332-9300
                                            Facsimile:      (817) 332-9301
                                            mike@mcgartland.com

                                            *Counsel for Plaintiff, Dora Sanford*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| /s/ *Christopher L. Coffin* | /s/ *Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| | |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

4

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

5

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT