UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Wanda Stewart v. Accord Healthcare, Inc., et al.*
Case No. 2:17-cv-10817

### PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Wanda Stewart, who, pursuant to this Honorable Court's Trial Scheduling Order, CMO 14D (Doc. 7416), as modified by the extensions agreed to by the parties and provided to the Court on November 15, 2019, hereby submits the following Preliminary Witness List in connection with the above captioned matter:

1. Wanda Stewart
2. Angela Meredith
3. Dorothy Stewart
4. Tamika Stewart
5. Dr. Everett Bonner
6. Dr. Christopher McCanless
7. Dr. Kenyatta Shamlin
8. Dr. Taylor Childress
9. Dr. Taylor Theunissen
10. Dr. William Russell
11. Laura Pethick
12. Bernadette Attinger
13. Brian Watson

14. Charles Duncan

15. Joel Rosenstack

16. Lesli White

17. Shirley Fernandez

18. Seth Coombs, individually and as Sandoz Inc.'s ("Sandoz") designated 30(b)(6) witness regarding various marketing and sales topics

19. Greg Seitz, individually and as Sandoz's designated 30(b)(6) witness regarding various regulatory and labeling topics

20. Jennifer Grohman

21. Scott Higdon

22. Peter Goldschmidt

23. Rhonda Jernigan

24. Sebastian Horn

25. Andrea Rau

26. Andreas Brutsche

27. Hans Mosberg

28. Dietmar Heigl

29. William Kwok

30. Georgette Caddy

31. Arunesh Verma

32. David Picard

33. Georges Kahwati

34. Linda O'Day

35. Faina Verkh

36. Phil Sunberg

37. Anthony Maffia

38. Chris Uhrn

39. Missy Henry

40. Vamsi Nama

41. Stacey Montplaisir

42. Friedrich Hillebrand

43. Nicholas Tantillo

44. Don DeGolyer

45. Representative of Sandoz to authenticate and testify with personal knowledge regarding Austria, Australia, Germany foreign labels.

46. Sandoz's designated 30(b)(6) witness regarding foreign topics

47. Sandoz's designated 30(b)(6) witness regarding regulatory and regulatory intelligence topics

48. Sandoz's designated 30(b)(6) witness regarding labeling topics

49. Sanofi witness(es) to testify regarding knowledge and/or evidence of Permanent Chemotherapy-Induced Alopecia relating to Taxotere and warning(s) provided in label for same.

50. Representative of Sanofi to authenticate and testify with personal knowledge regarding the side effects section in the Taxotere patient information guide indicating that hair loss following Taxotere use is temporary.

51. Any witness listed on Defendant Sandoz's Preliminary Witness List or Final Witness List.

52. Any third-party witness identified in ongoing discovery.

53. Any expert witness who provides a written report pursuant to the Court's Scheduling Orders.

54. Any non-retained treating expert witness.

55. Any witness deposed in this matter.

56. Any witness necessary for impeachment and/or rebuttal.

57. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

58. Any witness listed on the Pre-Trial Order.

59. Any witness identified in any party's responses to discovery.

As discovery is not complete, Plaintiff reserves her right to identify any witness who becomes known during discovery of this matter or any witness listed by any other party. Plaintiff also reserves her right to identify any witness necessary to authenticate any document, including any records custodian(s) of the above listed witnesses.

Further, Plaintiff reserves her right to supplement and amend this witness list once discovery is complete or within the time allowed by law.

Dated: November 21, 2019

Respectfully submitted,

*/s/ Andrew J. Geiger*
Andrew J. Geiger, Esq. (#32467)
Allan Berger & Associates, PLC
4173 Canal Street
New Orleans, LA 70119
Phone: (504) 526-2222
Fax: (504) 483-8130
ageiger@bergerlawnola.com

*Attorney for Plaintiff*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ M. Palmer Lambert*
                                                M. PALMER LAMBERT