UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* Case No. 2:17-cv-11769 | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S PRELIMINARY WITNESS LIST**

Pursuant to Case Management Order No. 14 and 14D and/or other applicable orders subsequently entered in this litigation, Defendant Accord Healthcare, Inc. ("Accord") submits the following preliminary list of witnesses who may be called to testify at trial ("Preliminary Witness List"). Because discovery is ongoing, it is not possible for Accord to identify every witness it may call in this case. Accord reserves the right to supplement, add and/or amend this list as discovery progresses. Subject to these considerations, and without waiving its right to call additional witnesses who are not identified in the list below, Accord may present the following witnesses at trial:

**I.   ACCORD WITNESSES AND CORPORATE REPRESENTATIVES**

1. Sabita Nair

2. Myrl Vossler

3. Shannon Price

4. Any Accord employee or former employee deposed in this case or referenced in any deposition in this case.

5. Any Accord employee identified by any party in their discovery responses, disclosures, pleadings, or witness lists.

## II. PLAINTIFF AND PLAINTIFF'S FAMILY MEMBERS AND FACT WITNESSES

6. Alice D. Hughes

7. Robert M. Hughes

8. Jennifer Scorsone

9. All of Plaintiff's friends, family members, and coworkers identified in discovery or at depositions in this case.

10. Any witness deposed in this matter and/or who may be subsequently identified through discovery.

## III. TREATING PHYSICIANS AND HEALTHCARE PROVIDERS

11. Dr. Robert Veith

12. Dr. Donna Waters

13. Dr. Donna Swanson

14. Any healthcare provider deposed in this matter and/or who may be subsequently identified through discovery.

15. Any doctor, physician, health care provider and/or other medical practitioner who treated or examined Plaintiff for breast cancer, hair loss, or for any other medical condition at issue in this lawsuit.

16. Records custodians of any of Plaintiff's medical providers.

## IV. OTHER POTENTIAL WITNESSES

1. Any expert who provides a written report pursuant to Case Management Order No. 14 and 14D and/or other applicable orders subsequently entered in this litigation.

2. Any witness listed on Plaintiff's Preliminary or Final Witness List.

3. Any witness necessary for impeachment or rebuttal.

4. Any witness necessary to authenticate or otherwise establish the foundation for any exhibit or evidence to be offered at trial.

5. Any witness identified in any party's responses to discovery.

6. Any witness whose identity may become known in the course of ongoing discovery in this matter.

7. Accord reserves the right to cross-examine all witnesses called by Plaintiff in this litigation or at trial.

Accord further reserves its right to identify additional witnesses live or by deposition to address issues not presently known based upon pleadings and discovery to date, to authenticate documents, or to respond to admissions of evidence depending upon the rulings of the Court.

Dated:  November 21, 2019

Respectfully Submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
Brandon D. Cox (0089815)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
brenda.sweet@tuckerellis.com
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, a true and correct copy of the foregoing Defendant Accord Healthcare, Inc.'s Preliminary Witness List was filed via the ECF system that will send notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen