UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the Consent Motion to Withdraw Pleading, filed by Defendant, sanofi-aventis U.S. LLC (Doc. 8563);

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Motion to Dismiss Claims Barred by the Texas Statute of Repose (Rec. Doc. 8393) is hereby withdrawn from this Court's docket and the Court's submission calendar.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE