# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO**

*2:18-cv-05455 Dawn C. Fitzpatrick v. Sanofi-Aventis U.S. LLC, et al*
*********************************************************************

## ORDER

Before the Court is Plaintiff Dawn C. Fitzpatrick's Motion for Substitution of Plaintiff (Doc. 8567);

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Joyce A. McNeill, on behalf of the Estate of Dawn C. Fitzpatrick, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
JUDGE U. S. DISTRICT COURT