UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: (TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "H" 5 |
| | * | JUDGE JANE T. MILAZZO |
| | * | MAG. JUDGE NORTH |

*******************************************
**THIS DOCUMENT RELATES TO**

*2:18-cv-00279 Josephine Jones v. Sanofi-Aventis U.S. LLC, et al*
*****************************************************************************

## ORDER

Before the Court is Plaintiff Josephine Brown Jones's Motion for Substitution of Plaintiff (Doc. 8568);

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Plaintiff is **GRANTED**, and Wanda Jones, on behalf of the Estate of Josephine Brown Jones, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
JUDGE U. S. DISTRICT COURT