UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Wanda Stewart, Case No. 17-cv-10817;* *Dora Sanford, Case No. 17-cv-09417;* *Alice Hughes, Case No. 17-cv-11769.* | |

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs Under Seal (Rec. Doc. 8580);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the unredacted Exhibits to Plaintiffs' Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs under seal.

New Orleans, Louisiana, this 21st day of November, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE