IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| VEDA DREUITT, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| SANDOZ, INC., | : : | Civil Action No. 2:17-cv-05944 |
| Defendant. | : : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Veda Dreuitt, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Veda Dreuitt, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on June 20, 2017, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, and after diligent and persistent investigation by counsel, Plaintiff learned from the Temple University Hospital billing records which were received, that SANOFI-AVENTIS U.S. LLC was also a manufacturer of the chemotherapy drugs she took which caused her permanent hair loss. This fact was not evident from a normal review of the medical records, but rather involved investigation related to certain billing records.

Plaintiff contacted Defendant's counsel and Defendant does not oppose the relief requested, based on the understanding and agreement that Defendant does not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to add SANOFI-AVENTIS U.S. LLC, as a Defendant in this matter and to include allegations against them as an additional manufacturer of the drug administered to the Plaintiff, as she only recently became aware of these allegations.

Dated this 26th day of November, 2019.

Respectfully submitted by,

s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant Sandoz.

By: s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: s/ *Michael P. McGartland*
Michael P. McGartland