**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| VEDA DREUITT, | : | **JUDGE MILAZZO** |
| | : | |
| Plaintiff, | : | **MAG. JUDGE NORTH** |
| | : | |
| v. | : | |
| | : | **Civil Action No. 2:17-cv-05944** |
| SANDOZ, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings

in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form

Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2019.


_____
JUDGE, UNITED STATES DISTRICT COURT