IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| VEDA DREUITT, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-05944 |
| SANDOZ, INC., | : : | |
| Defendant. | : : : | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint; and

3. Proposed Order.

Said motion will be submitted on the 18th day of December, 2019, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

1

Dated this 26th day of November, 2019.

    Respectfully submitted by,

    /s/ *Michael P. McGartland*
    MS Bar No. 100487
    McGartland Law Firm, PLLC
    University Centre I, Suite 500
    1300 South University Drive
    Fort Worth, Texas 76107
    Telephone:   (817) 332-9300
    Facsimile:   (817) 332-9301
    mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:   /s/ *Michael P. McGartland*
       Michael P. McGartland