# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 26, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 19-30640    In re: Taxotere Prod Liability
                     USDC No. 2:16-MD-2740
                     USDC No. 2:18-CV-11852

Enclosed is an order entered in this case.

The court has considered the joint motion of Sanofi-Aventis, U.S., L.L.C., Dorothy Kuykendall, Sanofi U.S. Services, Incorporated, McKesson Corporation, Sandoz, Incorporated, Accord Healthcare, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Dorothy Kuykendall, Sanofi U.S. Services, Incorporated, McKesson Corporation, Sandoz, Incorporated, Accord Healthcare, Incorporated may obtain all ex parte documents *filed on behalf of* Sanofi-Aventis, U.S., L.L.C., Dorothy Kuykendall, Sanofi U.S. Services, Incorporated, McKesson Corporation, Sandoz, Incorporated, Accord Healthcare, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Mr. Chad M. Eggspuehler
Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Mr. John F. Olinde
Mr. Gregory E. Ostfeld
Mr. Joseph R. Palmore

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-30640

_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------

DOROTHY KUYKENDALL,

       Plaintiff - Appellant

v.

ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; SANDOZ, INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, agent of Caraco Pharmaceutical Laboratories, Limited; MCKESSON CORPORATION, doing business as McKesson Packaging; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated,

       Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

IT IS ORDERED that the joint motion of Appellees Accord Healthcare, Incorporated, McKesson Corporation, Sandoz, Incorporated, Sanofi U.S. Service, Incorporated, Sanofi-Aventis, U.S., L.L.C. and Appellant, Ms. Dorothy Kuykendall, to view and release the sealed record on appeal, is GRANTED.

JAMES C. HO
UNITED STATES CIRCUIT JUDGE