UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Silano et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* Plaintiff Name: Gale Silano Civil Action No.: 2:18-cv-13615 | JUDGE MILAZZO MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 27th day of November 2019

        Respectfully submitted,

        /s/ Matthew R. McCarley

        Matthew R. McCarley
        Texas Bar No: 24041426
        mccarley@fnlawfirm.com

        FEARS NACHAWATI, PLLC
        5473 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        Counsel for Plaintiff

        /s/ Tarek C. Abbassi

        Tarek C. Abbassi
        Texas Bar No: 24096225
        tabbassi@fnlawfirm.com

        FEARS NACHAWATI, PLLC
        5473 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        /s/ Tarek C. Abbassi