# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>TYRELL v. SANOFI US SERVICES INC. ET AL. | Civil Action No.: 2:19-cv-13764-JTM-MBN |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew T. Kagan of the Kagan Legal Group, LLC. as counsel for Plaintiff in the above captioned matters.

DATED: December 3, 2019    Respectfully submitted,

**KAGAN LEGAL GROUP, LLC**

 */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
FL Bar no. 26291
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 3, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                 *s/Andrew T. Kagan*
                                                 Andrew T. Kagan