UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Ruth Snyder v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-12155* | : | |
| | : | |
| | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Ruth Snyder, files this Suggestion of Death upon the Record.  Plaintiff Ruth Snyder departed this world on or about April 12, 2019 during the pendency of this civil action.

**Dated: December 3, 2019**

**Respectfully submitted,**

*/s/ Paige Boldt*
**Ryan L. Thompson**
Texas Bar No. 24046969
**Mikal C. Watts**
Texas Bar No. 20981820
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: rthompson@wattsguerra.com
Email: mcwatts@wattsguerra.com
Email: pboldt@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**