UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint into the record in this matter.

New Orleans, Louisiana, this ___ of December, 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE