# EXHIBITS A – K
# (UNDER SEAL)