# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Campbell v. Hospira Worldwide, LLC et al* <br><br>Plaintiff Name: Mandy Campbell <br>Civil Action No.: 2:18-cv-09167 | JUDGE MILAZZO <br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of December 2019

                Respectfully submitted,

                /s/ Tarek C. Abbassi

                Tarek C. Abbassi
                Texas Bar No: 24096225
                tabbassi@fnlawfirm.com

                FEARS NACHAWATI, PLLC
                5473 Blair Road
                Dallas, Texas 75231
                Tel. (214) 890-0711
                Fax (214) 890-0712

                Counsel for Plaintiff

                /s/ Matthew R. McCarley

                Matthew R. McCarley
                Texas Bar No: 24041426
                mccarley@fnlawfirm.com

                FEARS NACHAWATI, PLLC
                5473 Blair Road
                Dallas, Texas 75231
                Tel. (214) 890-0711
                Fax (214) 890-0712

                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                /s/ Tarek C. Abbassi