# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Collazo et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br><br>Plaintiff Name: Jacqueline Collazo<br>Civil Action No.: 2:18-cv-11367 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of December 2019

Respectfully submitted,

/s/ Tarek C. Abbassi

Tarek C. Abbassi
Texas Bar No: 24096225
tabbassi@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Counsel for Plaintiff

/s/ Matthew R. McCarley

Matthew R. McCarley
Texas Bar No: 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Tarek C. Abbassi