UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| CAROL A. FOSTER, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-13923-JTM-MBN |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL. | : : : | |
| Defendant(s) | : | |

Plaintiff Carol A. Foster, and the undersigned counsel, hereby give notice that the above-captioned action against Defendants ACTAVIS PHARMA, INC. and ACTAVIS LLC f/k/a ACTAVIS, INC., solely, is voluntary dismissed, with prejudice.

Dated this 5th day of December, 2019.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 5th day of December, 2019        /s/  Hunter Shkolnik  
                                                              Hunter Shkolnik, Esquire