MINUTE ENTRY
MILAZZO, J.
DECEMBER 5, 2019

JS-10: 01:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **Applies to: All Cases** | | |

## MINUTE ENTRY

LAW CLERK: SAM SCHOTT
COURT REPORTER: TONI TUSA
APPEARANCES BY COUNSEL:
    CONNOR SEARS, EMILY JEFFCOTT & ANDRE MURA, for plaintiffs
    DARIN SCHANKER, DOUG MOORE, JOHN OLINDE & ILANA EISENSTEIN, for defendants
    See attached sign-in sheet

Court begins at 9:30 a.m.

Motions argued:
MOTION for Summary Judgment against Plaintiff Kelly Gahan **(Doc. 5730)**
MOTION for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand **(Doc. 8334)**
MOTION for Leave to File to File Amended Short Form Complaints for Third Bellwether Trial Plaintiff*s* **(Doc. 8577)**
MOTION for New Trial **(Doc. 8394)**

Motions are taken under submission by the Court.

Court adjourned at 11:00 a.m.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

DECEMBER 5, 2019

**9:30 AM Motion Hearing**

| Name (Please Print) | Party Representing |
|---|---|
| DARIN SCHANKER | π GAHAN |
| Emily Jeffcott | Plf/PSC |
| DOUGLAS MOORE | DLC/SANOFI |
| John Olinde | DLC/Sosbi Ds |
| HARLEY R. | SANOFI |
| Adrienne Byard | Sanofi |
| Karen Barth Menzies | π PSC |
| PALMER LAMBERT | π Co-Liaison |
| Chris Coffin | π Co-Lead |