MINUTE ENTRY
NORTH, M.J.
DECEMBER 5, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740 |
| | SECTION: "H"(5) |
| | THIS DOCUMENT RELATES TO ALL CASES |

A further discovery/status conference was held on this date in the presence of a Court Reporter (Mary Thompson).

PRESENT:

| | |
|---|---|
| David Miceli | Cliff Merrell |
| Chris Coffin | Harley Ratliff |
| Larry Centola | Torrey Peterson |
| Dawn Barrios | Stephen Nichols |
| Palmer Lambert | Mara Cusker Gonzalez |
| Karen Barth Menzies | Douglas Moore |
| | Brandon Cox |
| | Jennifer Snyder Heis |
| | Peter Rotolo |
| | John Olinde |
| | Geoffrey Coan |
| | Adrienne Byard |

PARTICIPATING BY PHONE:

| | |
|---|---|
| Daniel Markoff | Beth Toberman |
| Brian Abramson | Suzanne Marinkovich |
| | Rich Moore |
| | Julie Callsen |

Sanofi will be allowed an additional two hours on the record to depose Drs. Kessler and Madigan. This allowance does not affect the impending deadline for Sanofi to issue its expert reports. Sanofi will not be allowed additional deposition time with Dr. Plunkett. The Court declines to order Dr. Madigan to produce the manufacturing control numbers, Case

MJSTAR (00:27)

IDs, and line-item reports, as they form no part of his report or the opinions he has stated thus far in the case.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE