UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: *Lucinda Readinger v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-12372 | | |

## **SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Lucinda Readinger, files this Suggestion of Death upon the Record. Plaintiff Lucinda Readinger departed this world on or about July 3, 2019 during the pendency of this civil action.

**Dated: December 6, 2019**

                                                                    Respectfully submitted,

                                                                    */s/ Paige Boldt*
                                                                    **Ryan L. Thompson**
                                                                    Texas Bar No. 24046969
                                                                    **Mikal C. Watts**
                                                                    Texas Bar No. 20981820
                                                                    **Paige Boldt**
                                                                    Texas Bar No. 24082626

                                                                    **WATTS GUERRA LLP**
                                                                    5726 Hausman Rd. W., Ste. 119
                                                                    San Antonio, TX 78249
                                                                    Telephone: 866.529.9100
                                                                    Fax: 210.448.0501
                                                                    Email: rthompson@wattsguerra.com
                                                                    Email: mcwatts@wattsguerra.com
                                                                    Email: pboldt@wattsguerra.com

                                                                    **ATTORNEYS FOR PLAINTIFF**

1