**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## PRETRIAL ORDER NO. 101

**IT IS ORDERED** that the next general status conference and show cause hearing will be held on **January 9, 2020, at 9:30 a.m.** in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel at 8:30 a.m. The dial-in number for the general status conference and show cause hearing is 844-767-5679, and the access code is 1256321.

New Orleans, Louisiana, this 6th day of December, 2019.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**