UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Jean Lee Ruggia v. Sanofi US Services Inc., et al. 2:19-cv-13980 | NOTICE OF APPEARANCE |

Please enter the appearance of Karen Barth Menzies of the law firm of Gibbs Law Group LLP as counsel for Plaintiff Jean Lee Ruggia in the MDL 2740 and case number 2:19-cv-13980. Any and all communications and filings should include her in these matters.

Dated: December 6, 2019

Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: /s/ *Karen Barth Menzies*
Karen Barth Menzies
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
          amz@classlawgroup.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 6, 2019

By:  /s/ *Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com
