UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Deaton v. Accord Healthcare, Inc. et al. | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA INC HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC, McKESSON CORPORATION d/b/a McKESSON PACKAGING AND SANDOZ, INC. |
| | Civil Action No.: 2:18-cv-07267 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA INC HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC, McKESSON CORPORATION d/b/a McKESSON PACKAGING AND SANDOZ, INC. , each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1 th day of November, 2019.

Debra J. Humphrey, Esq.
(NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
Dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

I hereby certify that on November, 1st of 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 1st, 2019          /s/ Debra J. Humphrey