# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| Civil Action No.: 2:19-cv-12327 Plaintiff SHEENA WARD | | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO Actavis LLC f/k/a Actavis, Inc. and Actavis Pharma, Inc. |

_____

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis LLC f/k/a Actavis, Inc. and Actavis Pharma, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of December 2019        Counsel for Sheena Ward

                                                       /s/ *D. Todd Mathews*

                                                       The Gori Law Firm, P.C.
                                                       156 N. Main ST.
                                                       Edwardsville, IL 62025
                                                       618-659-9833
                                                       masstort@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 9th, 2019

/s/ *D. Todd Mathews*