UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> NOTICE OF PARTIAL <br> DISMISSAL WITH PREJUDICE <br> AS TO Sandoz, Inc. |
| THIS DOCUMENT RELATES TO: | | |
| Civil Action No.: 2:18-cv-11943 <br> Plaintiff Linda Wallace | | |

_____

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Sandoz, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of December 2019                      Counsel for Linda Wallace

/s/ *D. Todd Mathews*

The Gori Law Firm, P.C.
156 N. Main ST.
Edwardsville, IL 62025
618-659-9833
masstort@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 9th, 2019

/s/ *D. Todd Mathews*