```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

***************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                           Civil Action No. 16-MD-2740
                           Section "H"(5)
                           New Orleans, Louisiana
                           November 6, 2019

THIS DOCUMENT RELATES TO ALL CASES
***************************************************************


            TRANSCRIPT OF DISCOVERY/STATUS CONFERENCE
                AND PTO CALL DOCKET CONFERENCE
           HEARD BEFORE THE HONORABLE MICHAEL NORTH
                 UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

FOR THE PLAINTIFFS:

                    DAWN BARRIOS
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139

                    MATTHEW PALMER LAMBERT
                    CLAIRE BERG
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112

                    ANDREW A. LEMMON
                    LEMMON LAW FIRM
                    650 POYDRAS STREET
                    SUITE 2335
                    NEW ORLEANS, LA 70130
```

*CHRISTOPHER ELLIOTT*
BACHUS & SCHANKER
1899 WYNKOOP STREET
SUITE 700
DENVER, CO 80202

*BETSY BARNES*
MORRIS & BART, LLC
601 POYDRAS STREET
NEW ORLEANS, LA 70130

FOR THE DEFENDANTS:

*HARLEY V. RATLIFF*
*JEREMIAH S. WIKLER*
*ADRIENNE L. BYARD*
SHOOK HARDY & BACON
2555 GRAND BOULEVARD
KANSAS CITY, MS 64108

*DOUGLAS MOORE*
*KELLY BRILLEAUX*
IRWIN FRITCHIE URQUHART & MOORE
400 POYDRAS STREET
SUITE 2700
NEW ORLEANS, LA 70130

*JULIE CALLSEN*
TUCKER ELLIS, LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio 44113

*JOHN F. OLINDE*
*PETER J. ROTOLO*
CHAFFE MCCALL
1100 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LA 70163

APPEARANCES VIA PHONE:

   Torrey Peterson
   Jennifer Heis
   Evan Fontenot
   Carasuana Wall
   Kathleen Kelly
   Beth Tobernman
   Cliff Merrell

(Continued) APPEARANCES VIA PHONE:
    Karina Pundeff
    Rich Moore
    Mara Cusker Gonzales


Official Court Reporter:    Nichelle N. Drake, RPR, CRR
                              500 Poydras Street, B-275
                              New Orleans, Louisiana 70130
                              (504) 589-7775

    Proceedings recorded by mechanical stenography, transcript produced via computer.

|          |    |                                                                                  |
|----------|----|----------------------------------------------------------------------------------|
|          | 1  | **P R O C E E D I N G S**                                                        |
| 02:05:26PM | 2  | (Call to order of the court.)                                                  |
| 02:05:26PM | 3  | THE DEPUTY CLERK: This is MDL 16-2740, *Taxotere*.                             |
| 02:05:37PM | 4  | Counsel, could you please make appearances for the                             |
| 02:05:40PM | 5  | record?                                                                        |
| 02:05:40PM | 6  | THE COURT: I've got everybody on a sign-in sheet,                              |
| 02:05:43PM | 7  | Barry, so we can -- we'll forego the appearances. And we've                    |
| 02:05:47PM | 8  | got some folks on the phone as well.                                           |
| 02:05:51PM | 9  | We're set this afternoon for a hearing on a motion to                          |
| 02:05:53PM | 10 | compel. Before we get to the motion to compel, I'm going to                    |
| 02:05:59PM | 11 | go ahead and address the call docket matters because I think                   |
| 02:06:03PM | 12 | they're pretty straightforward.                                                |
| 02:06:07PM | 13 | First of all, I received a number of e-mails produced                          |
| 02:06:14PM | 14 | *in camera* by counsel for Ms. Lieberman and Ms. Phillips to                   |
| 02:06:19PM | 15 | determine whether they were properly withheld as privilege                     |
| 02:06:24PM | 16 | materials. After reviewing the e-mails, I don't believe that                   |
| 02:06:28PM | 17 | they are privileged. They were -- they all were shared with                    |
| 02:06:32PM | 18 | at least one individual who is not entitled to -- or not                       |
| 02:06:36PM | 19 | entitled to -- who would not normally receive information                      |
| 02:06:38PM | 20 | that was intended to be confidential. So the e-mails that                      |
| 02:06:41PM | 21 | were provided to me by Bachus & Schanker for Ms. Lieberman                     |
| 02:06:51PM | 22 | and Ms. Phillips will be -- I'll order those to be produced                    |
| 02:06:55PM | 23 | within the next seven days to the defendants. So that's the                    |
| 02:06:59Pm | 24 | first two matters on the call docket.                                          |
| 02:07:01PM | 25 | I've gone through the ever-changing appendix of items                          |

| | | |
|---|---|---|
| 02:07:06PM | 1 | in dispute, and I think what I'm going to do is just issue |
| 02:07:12PM | 2 | the following order. |
| 02:07:13PM | 3 | As to the remaining plaintiffs who are identified in |
| 02:07:16PM | 4 | the most recent Appendix A produced by Sanofi in advance of |
| 02:07:23PM | 5 | the hearing today, the following order will apply to each of |
| 02:07:26PM | 6 | them to the extent that the following deficiencies apply to |
| 02:07:33PM | 7 | each or any of them, because the following deficiencies don't |
| 02:07:39PM | 8 | apply to all of them:  If they have not already done so |
| 02:07:43PM | 9 | within 30 days of today, Plaintiffs Bell, Brandon, Carino, |
| 02:07:50PM | 10 | Fandal, Guyette, Hall, Jones, Mauer, and *Paul* are to produce |
| 02:07:53PM | 11 | e-mail messages with their associated metadata, the entirety |
| 02:07:58PM | 12 | of any e-mail strings that were partially produced, |
| 02:08:02PM | 13 | supplemental Rule 26(g) statements confirming that they have |
| 02:08:06PM | 14 | responded fully to their respective discovery obligations, |
| 02:08:10PM | 15 | any ESI identified by them but not yet produced.  And in |
| 02:08:15PM | 16 | addition, they are to amend their black box redactions to |
| 02:08:19PM | 17 | state the basis of the redaction or produce redacted |
| 02:08:22PM | 18 | information that was -- if that information was redacted |
| 02:08:26PM | 19 | merely because it identified or concerned third persons. |
| 02:08:31PM | 20 | Those orders are all consistent with my order of March 27, |
| 02:08:36PM | 21 | 2019. |
| 02:08:37PM | 22 | I hope, assume, take it that those orders will |
| 02:08:42PM | 23 | resolve the issues outstanding on the call docket.  Is there |
| 02:08:47PM | 24 | anything that I missed? |
| 02:08:49PM | 25 | MR. WIKLER:  Your Honor -- |

```
02:08:52PM   1              THE COURT:  Yes.
02:08:54PM   2              MR. WIKLER:  -- Jeremy Wikler for Sanofi.
02:09:01PM   3              And I'm just seeking clarification and I might have
02:09:06PM   4   missed it.  Was there a timing on that?
02:09:09PM   5              THE COURT:  30 days.
02:09:10PM   6              MR. WIKLER:  30 days.
02:09:11PM   7              And a couple of those plaintiffs had issues beyond
02:09:14PM   8   the e-mail chains including, I believe, Mauer had some
02:09:19PM   9   post-strings from Facebook that hadn't been produced
02:09:25PM  10   completely pursuant to the March 27th order and Ms. Dana
02:09:29PM  11   Guyette had I think a Facebook post, which is a photograph of
02:09:34PM  12   a computer monitor.
02:09:35PM  13              THE COURT:  I'll include the social media
02:09:39PM  14   post-strings as I did in my March 27th order.
02:09:39PM  15              MR. WIKLER:  And the only -- I think the only
02:09:40PM  16   plaintiff that I -- I could have just missed the name and I
02:09:41PM  17   apologize if I did.  Dorothy McDougal also had an incomplete
02:09:47PM  18   social media post-strings issue.
02:09:47PM  19              THE COURT:  Did I just miss that --
02:09:52PM  20              MS. WALL:  Your Honor, this is general counsel for
02:09:55PM  21   Ms. McDougal.  Yes, she's been dismissed just recently here
02:09:58PM  22   in the last hour or two --
02:10:03PM  23              MR. WIKLER:  Okay.
02:10:03PM  24              MS. WALL:  -- with prejudice.
02:10:04PM  25              MR. WIKLER:  Fair enough.
```

02:10:04PM   1          THE COURT:  I'll add the incomplete post-strings for
02:10:04PM   2   social media posts.
02:10:10PM   3          MR. WIKLER:  Thank you.
02:10:10PM   4          THE COURT:  All right.  Moving on to the motion to
02:10:12PM   5   compel that was filed by Sanofi.  I'm going to -- I'm going
02:10:16PM   6   to jump to Ms. Crayton first.
02:10:19PM   7          I have discussed the issues concerning Ms. Crayton at
02:10:25PM   8   some length with Judge Milazzo.  Judge Milazzo is going to
02:10:31PM   9   revisit Ms. Crayton's role as a bellwether plaintiff in the
02:10:35PM  10   case I believe when she meets with you all tomorrow.
02:10:35PM  11          MR. RATLIFF:  Okay.
02:10:38PM  12          THE COURT:  So given that, I'm not going to order
02:10:41PM  13   Ms. Crayton to take any additional steps to respond to
02:10:46PM  14   discovery at this point.
02:10:48PM  15          Okay.  Obviously, if she remains a bellwether
02:10:50PM  16   plaintiff, we'll have to address the various issues that have
02:10:53PM  17   been raised in terms of her ability to cooperate with
02:10:57PM  18   counsel.  I don't know what the outcome of that's going to
02:11:01PM  19   be.  I know Judge Milazzo wants to talk to you all about that
02:11:04PM  20   tomorrow.
02:11:04PM  21          MR. RATLIFF:  Understood, Your Honor.  We'll address
02:11:07PM  22   those issues with Judge Milazzo.
02:11:09PM  23          THE COURT:  As to Ms. Thibodeaux, what I'm going to
02:11:11PM  24   do is, I'm going to give you all my thoughts as to the issues
02:11:14PM  25   with Ms. Thibodeaux kind of generally, and then if I miss

```
02:11:18PM   1   anything or there's some more detail you want to talk about,
02:11:21PM   2   we'll do that after I go through this.
02:11:23PM   3           So, essentially, Sanofi has asked me to order
02:11:26PM   4   Ms. Thibodeaux and her counsel to confirm that as to the
02:11:31PM   5   photographs that she's given you all everything she has.  In
02:11:35PM   6   the brief, Ms. Thibodeaux's counsel stated that Cynthia
02:11:40PM   7   Thibodeaux has produced every photograph that she has in a
02:11:44PM   8   time frame before or after chemotherapy and there's nothing
02:11:48PM   9   left to compel.
02:11:49PM  10           So I am going to order them to issue another
02:11:53PM  11   supplemental Rule 26 statement that confirms that there are
02:11:58PM  12   no additional photographs responsive to -- that fall within
02:12:02PM  13   her obligation to produce photographs in the litigation.  I
02:12:08PM  14   believe the same goes for her ESI.  There's a -- there was
02:12:14PM  15   some question as to whether she's produced everything that
02:12:16PM  16   she has.  My order as to her is going to require her to issue
02:12:21PM  17   a supplemental statement as to both of those things.
02:12:25PM  18           MR. RATLIFF:  Thank you, Your Honor.
02:12:25PM  19           THE COURT:  Okay.  Now, as to the other discovery
02:12:28PM  20   responses, these are the things generally that I'll order.
02:12:34PM  21   To the extent that she refers in responses to requests for
02:12:38PM  22   production or interrogatories to documents that have
02:12:41PM  23   previously been produced or to any other documents in the
02:12:46PM  24   litigation but did not refer by Bates number to those
02:12:50PM  25   documents, I'm going to order her counsel to supplement those
```

```
02:12:53PM   1    responses with Bates numbers to alert Sanofi to the specific
02:12:58PM   2    documents that are referred to in her responses.
02:13:02PM   3            To the extent that Ms. Thibodeaux has not identified
02:13:05PM   4    individuals with whom she has communicated about her
02:13:10PM   5    conditions or from whom she has received information or
02:13:13PM   6    documents that were identified in the discovery requests, I'm
02:13:18PM   7    going to order her to do that as well.
02:13:20PM   8            As to this identification of Ms. Valteau, I don't
02:13:24PM   9    know what it is anybody wants me to do about that.
02:13:26PM  10            MR. RATLIFF:  She's deceased now --
02:13:26PM  11            THE COURT:  Right.
02:13:29PM  12            MR. RATLIFF:  -- so it doesn't matter.
02:13:30PM  13            THE COURT:  Okay.  So that's all I have in terms of
02:13:32PM  14    Ms. Thibodeaux's issues.  Those are general orders.  I don't
02:13:38PM  15    know that there's anything more specific you all are wanting
02:13:41PM  16    me to do.
02:13:42PM  17            MR. RATLIFF:  Yes, Your Honor.  So I guess two pieces
02:13:44PM  18    of relief that we're seeking as it relates to Ms. Thibodeaux,
02:13:47PM  19    which is, one, over the course of discovery that we've taken
02:13:51PM  20    her deposition twice, a first deposition and a supplemental
02:13:55PM  21    deposition, at the time, we were told by counsel they
02:13:58PM  22    produced all the photos.  What we have learned now is in the
02:14:01PM  23    last week we received 82 new photos.  We would like the
02:14:04PM  24    opportunity to take a limited deposition of her, four hours.
02:14:07PM  25    We'll use our best judgment on how to use that, to go through
```

|  |  |
|---|---|
| 02:14:11PM 1 | those photos so we can -- because she's the only one who can |
| 02:14:16PM 2 | testify about them, when they were, what they represent, what |
| 02:14:16PM 3 | was going on so we do not have to use trial time to |
| 02:14:22PM 4 | essentially conduct fact discovery before the triers of fact. |
| 02:14:23PM 5 | THE COURT: I meant to -- I meant to address the |
| 02:14:26PM 6 | photographs. |
| 02:14:26PM 7 | Let me ask Ms. Thibodeaux's counsel. While I -- when |
| 02:14:33PM 8 | I was going through the motion, I was generally resistant to |
| 02:14:38PM 9 | the idea of making this lady testify again because of the |
| 02:14:44PM 10 | number of hours that she's already testified for. At the |
| 02:14:48PM 11 | same time, I don't know how I can ignore Sanofi's request and |
| 02:14:54PM 12 | I think entitlement to ask her questions about this most |
| 02:15:00PM 13 | recently produced information in limited -- you know, in a |
| 02:15:03PM 14 | limited time frame. I think it's a reasonable request given |
| 02:15:06PM 15 | that they've got documents that were produced recently after |
| 02:15:10PM 16 | the deadline. And I understand the circumstances under which |
| 02:15:14PM 17 | -- under which they were produced and I'm not -- I don't care |
| 02:15:17PM 18 | to get in the weeds as to why they weren't produced earlier |
| 02:15:22PM 19 | and, you know, why they were produced now. That's not |
| 02:15:25PM 20 | important. I think what's important is that she's a |
| 02:15:30PM 21 | bellwether plaintiff and there are all these photographs now |
| 02:15:32PM 22 | and potentially additional discovery responses and I think |
| 02:15:36PM 23 | Sanofi ought to have some opportunity to question her about |
| 02:15:40PM 24 | it. |
| 02:15:41PM 25 | MR. ROOT: My question is this, Your Honor: To make |

```
02:15:43PM   1   sure we fully comply with that order, since most all of the
02:15:50PM   2   photos are of our client doing what she does, which is wear
02:15:53PM   3   her wig and go about her life, most of -- a lot of the very
02:15:57PM   4   recent ones that -- if they ask her questions about the
02:16:00PM   5   circumstances of the photo, are we talking about where were
02:16:04PM   6   you when you wore your wig and what were you all doing sort
02:16:09PM   7   of questions?
02:16:09PM   8           THE COURT:  I don't know.  I mean, I'm not going to
02:16:11PM   9   get into those sort of details.  What I'm going to do,
02:16:16PM  10   because I haven't seen the photos, but based on the
02:16:19PM  11   description of the photos, I don't -- I doubt that they're
02:16:22PM  12   substantially different from any of the other photos that you
02:16:25PM  13   all have produced or that you all have seen.  So rather than
02:16:28PM  14   give you all four hours, I think I'll let you all depose her
02:16:33PM  15   for another two.  And, obviously, it needs to be limited to
02:16:36PM  16   whatever information that you've received through discovery
02:16:39PM  17   related to -- related to Ms. Thibodeaux, that you didn't have
02:16:44PM  18   the last time or at any time that you questioned her
02:16:48PM  19   previously.  And the two hours ought to, you know, cause
02:16:53PM  20   counsel to police themselves in terms of scope.
02:16:58PM  21           MR. ROOT:  We're happy to do that as long as they
02:17:01PM  22   don't move back into science issues and other issues --
02:17:06PM  23           THE COURT:  No.  No.  No.  This is only going to be
02:17:08PM  24   questions directly related to information -- not information
02:17:12PM  25   received from somewhere else, her photographs or discovery
```

| | | |
|---|---|---|
| 02:17:15PM | 1 | responses that had not been provided by the last time -- as |
| 02:17:17PM | 2 | of the last time she was questioned. |
| 02:17:20PM | 3 |     MR. ROOT:  Understood, Your Honor.  Is there a -- |
| 02:17:21PM | 4 |     THE COURT:  Is there any doubt as to what -- as to |
| 02:17:24PM | 5 | the limits that I'm imposing on this deposition? |
| 02:17:27PM | 6 |     MR. RATLIFF:  No, Your Honor. |
| 02:17:28PM | 7 |     MR. ROOT:  Thank you, Your Honor. |
| 02:17:30PM | 8 |     Is there a specific time frame for the delivery of |
| 02:17:33PM | 9 | the certifications? |
| 02:17:35PM | 10 |     THE COURT:  I'm going to give you one.  I haven't |
| 02:17:38PM | 11 | really thought about it.  But because -- well, you all have |
| 02:17:40PM | 12 | told me that there is nothing else left to produce. |
| 02:17:43PM | 13 |     MR. ROOT:  That's correct. |
| 02:17:43PM | 14 |     THE COURT:  All right.  So I'll give you 14 -- well, |
| 02:17:45PM | 15 | where is Ms. Thibodeaux located?  I assume she's here. |
| 02:17:48PM | 16 |     MR. ROOT:  Oh, she's here. |
| 02:17:50PM | 17 |     THE COURT:  I'll give you seven days to produce the |
| 02:17:56PM | 18 | certifications. |
| 02:17:56PM | 19 |     MR. ROOT:  Thank you. |
| 02:17:56PM | 20 |     THE COURT:  Certification.  It only needs to be one. |
| 02:18:00PM | 21 |     MR. RATLIFF:  One other minor issue, Your Honor, and |
| 02:18:01PM | 22 | I don't frankly know the best way to resolve this, but one of |
| 02:18:03PM | 23 | the issues that was raised in our movant papers that has come |
| 02:18:06PM | 24 | up is that some of the older photographs of Ms. Thibodeaux |
| 02:18:09PM | 25 | and Ms. Crayton, but we'll talk about Ms. Thibodeaux, |

| | | |
|---|---|---|
| 02:18:10PM | 1 | identified during her sworn deposition testimony that the |
| 02:18:13PM | 2 | photograph was of this date.  The pictures, her photographs |
| 02:18:15PM | 3 | were then later reproduced by counsel to MDL Centrality with |
| 02:18:20PM | 4 | new dates.  We just want her testimony to be the operative |
| 02:18:24PM | 5 | date. |
| 02:18:24PM | 6 | THE COURT:  I don't know how to -- what I'm supposed |
| 02:18:25PM | 7 | to do to fix that.  I mean, send her a request for admission. |
| 02:18:31PM | 8 | Say please admit this is the right date.  You know, clean it |
| 02:18:35PM | 9 | up. |
| 02:18:35PM | 10 | MR. RATLIFF:  We will do that, Your Honor. |
| 02:18:37PM | 11 | THE COURT:  I mean, I'm not going to order somebody |
| 02:18:40PM | 12 | to do something when you -- I mean, if it's a mistake in her |
| 02:18:43PM | 13 | testimony, which is what it probably is, you all need to |
| 02:18:45PM | 14 | figure out how to clean it up. |
| 02:18:48PM | 15 | MR. RATLIFF:  Okay.  Thank you, Your Honor.  We'll do |
| 02:18:49PM | 16 | as such. |
| 02:18:50PM | 17 | THE COURT:  Get a stipulation from her counsel.  Do |
| 02:18:52PM | 18 | something.  That ought to -- that shouldn't be very |
| 02:18:55PM | 19 | controversial, right? |
| 02:18:57PM | 20 | All right.  That's all I have.  Yes. |
| 02:19:02PM | 21 | MR. OLINDE:  Second rule -- |
| 02:19:05PM | 22 | THE COURT:  No.  Do we -- do we -- how far out do we |
| 02:19:07PM | 23 | need to set another regular status conference? |
| 02:19:10PM | 24 | I'm looking at you, John, because -- |
| 02:19:13PM | 25 | MR. OLINDE:  We have Thanksgiving coming up, which is |

```
02:19:15PM   1    going to be an issue.
02:19:16PM   2             What do you think?  The beginning of December?  Is
02:19:19PM   3    that what you're --
02:19:20PM   4             MR. RATLIFF:  Well, Your Honor, so we're back --
02:19:20PM   5             THE COURT:  When are you all back.
02:19:22PM   6             MR. RATLIFF:  We're back here on December 5th for
02:19:24PM   7    motion practice.
02:19:24PM   8             THE COURT:  So once again, I forgot my phone with my
02:19:28PM   9    calendar.  It was sitting right there and I forgot -- I think
02:19:30PM  10    I forgot to bring it in.
02:19:33PM  11             I think it works just as well for you all to just
02:19:36PM  12    talk to Blanca and schedule a date that works around whenever
02:19:39PM  13    you all are here.
02:19:40PM  14             MR. RATLIFF:  And, Your Honor, one thing, when we
02:19:42PM  15    talk to Milazzo tomorrow, Judge Milazzo, I imagine one of the
02:19:44PM  16    things she will schedule is the next MDL conference.  And I
02:19:49PM  17    don't know when that would be.  I would assume that would
02:19:51PM  18    probably be in mid-December.
02:19:52PM  19             THE COURT:  I don't feel a need to sit here and go
02:19:55PM  20    through dates and schedule it.  If you all just want to
02:19:55PM  21    handle it with Blanca and it pops up on my calendar, I'm fine
02:19:59PM  22    with that.
02:19:59PM  23             MR. OLINDE:  We can speak to Andrew about it.
02:20:02PM  24             MR. LEMMON:  First week of December would be great.
02:20:04PM  25             THE COURT:  And then you do the same thing with the
```

```
02:20:06PM   1   next call docket, but more like sometime in January.  Right.
02:20:11PM   2              All right.  Thank you all.
             3                          * * * *
             4         (WHEREUPON, the proceedings were adjourned.)
             5                          * * * *
             6                    REPORTER'S CERTIFICATE
             7         I, Nichelle N. Drake, RPR, CRR, Official Court
                 Reporter, United States District Court, Eastern District of
             8   Louisiana, do hereby certify that the foregoing is a true and
                 correct transcript, to the best of my ability and
             9   understanding, from the record of the proceedings in the
                 above-entitled and numbered matter.
            10
            11                          /s/ Nichelle N. Drake
                                        Official Court Reporter
            12
```