BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION             MDL NO. 2740

                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO:                 HON. JANE TRICHE MILAZZO
*Rosalind Moody vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-16793

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff, Rosalind Moody, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-16793, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Rosalind Moody, which is currently pending in the Superior Court of New Jersey, bearing Case No. MID-L-01158-19. All parties shall bear their own costs.

Dated: December 9, 2019                RESPECTFULLY SUBMITTED,

                                       DAVIS & CRUMP, P.C.

                                       /s/ Trevor B. Rockstad
                                       TREVOR B. ROCKSTAD, ESQUIRE
                                       DAVIS & CRUMP, P. C.
                                       23014 14th Street
                                       Gulfport, MS  39501
                                       Telephone: (228) 863-6000
                                       Facsimile: (228) 864-0907
                                       trevor.rockstad@daviscrump.com

                                       *Attorney for Plaintiff*

                                       /s/ Julie Callsen
                                       TUCKER ELLIS, L.L.P

950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
 Julie.callsen@tuckerellis.com

*Attorneys for Defendants Sanofi-Aventis*
*U.S. LLC and Sanofi U.S. Services, Inc.*

**CERTFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

    SO CERTIFIED this the 9th day of December, 2019.

    /s/Trevor B. Rockstad
TREVOR B. ROCKSTAD (MS Bar# 103614)
MS BAR NO. 5840
DAVIS & CRUMP, P. C.
2601 14th Street
Gulfport, MS   39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
trevor.rockstad@daviscrump.com