# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Karen East, No. 17-15000 | ) | |
| Rosemary Salinas, No. 19-12743 | ) | |
| Lori Rudd, No. 19-12725 | ) | |
| Sharon Graham, No. 19-12734 | ) | |
| Fatina Al-Jabari, No. 17-14857 | ) | |
| Dorothy Cox, No. 19-12587 | ) | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 8574, 8582, 8583, 8584, 8598, and 8599);

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is instructed to file the amended complaints attached to Plaintiff's Motions in the member cases.

New Orleans, Louisiana, this 9th day of December, 2019.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**