UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Maria Henderson

Case No.: 2:17-cv-14411

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Maria Henderson, on the following dates: July 29, 2019, August 6, 2019, August 12, 2019, August 26, 2019, September 3, 2019, September 10, 2019, September 16, 2019, September 23 2019, September 30, 2019, October 7, 2019, October 14, 2019, October 22, 2019, October 28, 2019, November 4, 2019, November 11, 2019, November 18, 2019, November 26, 2019, December 2, 2019, and December 9, 2019 by (check all that apply)  X  telephone, ____ e-mail, ____ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, ____ other X,     and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com