UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Judy Stone**

**Case No.: 2:18-cv-11585**

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Judy Stone, on the following dates: September 26, 2018, October 18, 2018, October 26, 2018, November 13, 2018, November 14, 2018, December 5, 2018, December 7, 2018, January 16, 2019, March 16, 2019, March 21, 2019, March 28, 2019, April 2, 2019, April 4, 2019, April 11, 2019, April 18, 2019, April 25, 2019, May 2, 2019, May 9, 2019, May 16, 2019, May 23, 2019, May 30, 2019, June 6, 2019, June 7, 2019, June 13, 2019, June 20, 2019, June 27, 2019, July 11, 2019, July 18, 2019, July 25, 2019, August 1, 2019, August 6, 2019, August 9, 2019, August 15, 2019, August 21, 2019, August 22, 2019, August 29, 2019, August 30, 2019, September 5, 2019, September 13, 2019, September 19, 2019, September 26, 2019, October 3, 2019, October 10, 2019, October 17, 2019, October 18, 2019, October 22, 2019, October 24, 2019, October 31, 2019, November 7, 2019, November 14, 2019, November 21, 2019, and December 5, 2019 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com