UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sheila Campbell
Case No.: 2:17-cv-14305

## DECLARATION

I, Seth Sharrock Webb, have attempted to reach my client, Sheila Campbell, on the following dates: November 2, 2017, November 8, 2017, November 20, 2017, November 28, 2017, December 22, 2017, January 3, 2018, January 10, 2018, January 11, 2018, January 12, 2018, January 19, 2018, January 24, 2018, January 26, 2018, January 31, 2018, February 7, 2018, February 1, 2018, February 21, 2018, February 28, 2018, March 7, 2018, March 14, 2018, March 21, 2018, March 28, 2018, April 5, 2018, April 17, 2018, April 25, 2018, May 2, 2018, May 9, 2018, May 16, 2018, May 23, 2018, June 4, 2018, June 5, 2018, June 12, 2018, June 13, 2018, June 20, 2018, June 27, 2018, July 18, 2018, July 20, 2018, July 24, 2018, July 31, 2018, August 2, 2018, August 6, 2018, August 7, 2018, August 8, 2018, August 10, 2018, August 14, 2018, August 16, 2018, August 20, 2018, August 22, 2018, August 24, 2018, August 28, 2018, August 30, 2018, September 4, 2018, September 6, 2018, September 10, 2018, September 12, 2018, September 14, 2018, September 18, 2018, September 20, 2018, September 24, 2018, September 26, 2018, September 28, 2018, October 2, 2018, October 4, 2018, October 8, 2018, October 10, 2018, October 12, 2018, October 16, 2018, October 19, 2018, October 22, 2018, October 24, 2018, October 26, 2018, October 30, 2018, November 1, 2018, November 5, 2018,

November 7, 2018, November 13, 2018, November 16, 2018, November 28, 2018, December 6, 2018, February 13, 2019, March 7, 2019, June 7, 2019, September 3, 2019, and October 22, 2019, by (check all that apply)  __X__ telephone, _____ e-mail, _____ text message, _____ social media,  __X__ U.S. Mail,  __X__ Certified Mail,  __X__ other, and my client has not been responsive to my communications to date.

      I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com