**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

               **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Delores Walker**
**Case No.: 2:18-cv-11574**

<u>**DECLARATION**</u>

   I, Seth Sharrock Webb, have attempted to reach my client, Delores Walker, on the

following dates: August 15, 2019, August 29, 2019, September 4, 2019, September 5, 2019,

September 13, 2019, September 19, 2019, September 26, 2019, October 3, 2019, October 10,

2019, October 17, 2019, October 22, 20219, October 24, 2019, October 31, 2019, November 7,

20219, November 14, 2019, November 21, 2019, and December 5, 2019, by (check all that

apply)  _X_  telephone, _____ e-mail, _____ text message, _____ social media,  _X_  U.S. Mail,

_X_  Certified Mail,  _X_  other, and my client has not been responsive to my communications to

date.

   I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN AND CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com