UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 <br> : <br> : JUDGE JANE TRICHE MILAZZO <br> : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*BEVERLY BARINGER*
*2:17-cv-00871-JTM-MBN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Beverly Baringer, on or about August 17, 2018 in Allenport, Pennsylvania. Counsel respectfully informs this Court that a Motion for Substitution of Party will be filed by the appointed representative, husband, Ora K. Baringer.

Dated:  December 11, 2019            Respectfully submitted,

**By: */s/ John J. Foley***
John J. Foley, Esq. (IL #6288152)
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                        By: */s/ John J. Foley*
                                                  John J. Foley, Esq. (IL #6288152)