UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 2:18-cv-12324<br><br>*Lola Blevins v. Sanofi US Services Inc., et al.* | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>**JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH** |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff LOLA BLEVINS.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 11, 2019 | By: */s/ J. Christopher Elliott*<br>**Bachus & Schanker, LLC**<br>J. Christopher Elliott CO Bar No. 41063<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303) 893-9800<br>FAX: (303) 893-9900<br>E-mail: celliott@coloradolaw.net<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**LOLA BLEVINS** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal and Local Rules. As such, the foregoing was served on all counsel who have consented to electronic service on this 11th day of December, 2019.

                                          */s/ J. Christopher Elliott*  
                                          J. Christopher Elliott