## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 2:18-cv-12324<br><br>*Lola Blevins v. Sanofi US Services Inc., et al.* | |

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTY

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Adrian Blevins, on behalf of the Estate of LOLA BLEVINS, in the above captioned cause.

1. Lola Blevins filed a products liability lawsuit against Defendants on December 4, 2018.

2. Plaintiff Lola Blevins died on August 20, 2019.

3. Lola Blevins's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on December 11, 2019 (attached hereto as Exhibit A.

5. Adrian Blevins, surviving son of Lola Blevins, has been appointed as the Personal Representative of the Estate of Lola Blevins. He is a proper party to substitute for decedent Lola Blevins and has proper capacity to proceed forward with the surviving products liability lawsuit

on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).

WHEREFORE, Plaintiff respectfully requests that this Court grant this request for substitution as Plaintiff in this action

Respectfully submitted,

Dated:  December 11, 2019 

By:  */s/ J. Christopher Elliott*
**Bachus & Schanker, LLC**
J. Christopher Elliott CO Bar No. 41063
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: celliott@coloradolaw.net
**ATTORNEYS FOR PLAINTIFF**
**LOLA BLEVINS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal and Local Rules.  As such, the foregoing was served on all counsel who have consented to electronic service on this 11th day of December, 2019.

*/s/ J. Christopher Elliott*
J. Christopher Elliott