UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 2:18-cv-12324<br><br>*Lola Blevins v. Sanofi US Services Inc., et al.* | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party finds the Motion meritorious. It is therefore:

ORDERED THAT Plaintiff Adrian Blevins, on behalf of the Estate of Lola Blevins, is substituted for Plaintiff Lola Blevins in the above captioned cause.

SIGNED this _____ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE