UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mabelene Payton Brock**
**Case No.: 2:18-cv-12125**

## DECLARATION

I, Ryan J Browne, declare that our Firm has attempted to reach our client, Mabelene Payton Brock, on the following dates: 10/25/19, 10/28/19, and 11/12/19 as well as her Emergency Contact on 10/25/19 and 11/14/19 regarding the deficiency and the Notice of Non-Compliance, by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, _x___ Certified Mail, __x__ other, and my client has not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Ryan J Browne_____
Ryan J Browne
**REYES | BROWNE | REILLEY**
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900
ryan@reyeslaw.com