IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Re:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY
LITIGATION

MDL No. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Tammy Wright v. NorthStar Rx LLC*; Case No. 2:19-cv-13159

**DEFENDANT NORTHSTAR RX, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SHORT FORM COMPLAINT**

Defendant NorthStar Rx, LLC ("NorthStar") respectfully requests an extension of time up to and including January 10, 2020, in which to file its response to Plaintiff's Short Form Complaint ("Complaint") [Dkt. 1 filed in member case 2:19-cv-13159]. Counsel for NorthStar has conferred with counsel for Plaintiff, and Plaintiff does not oppose this extension. In support of this Motion, NorthStar states the following:

1. Plaintiff filed her Complaint [Case No. 2:19-cv-13159 Dkt. 1] on October 17, 2019.

2. Plaintiff served her Complaint on NorthStar on November 20, 2019.

3. NorthStar's response to the Complaint is due on or before December 11, 2019.

4. NorthStar's counsel has reached out to Plaintiff's counsel on several occasions seeking dismissal of the matter. Discussions are ongoing.

5. On December 11, 2019, NorthStar's counsel requested an extension of time to respond to the Complaint, up to and including January 10, 2020, in order that the parties could continue these discussions.

6. On December 11, 2019, Ms. Shawna Fugate, Senior Trial Paralegal/Mass Tort Coordinator for Plaintiff's counsel, conveyed to counsel for NorthStar that Plaintiff's counsel has no objection to this extension.

7. The requested extension will not prejudice any party nor delay this litigation.

WHEREFORE, Defendant NorthStar Rx, LLC, for good cause shown and with the consent of the Plaintiff, respectfully requests an extension of time up to and including January 10, 2020, in which to file a response to Plaintiff's Short Form Complaint.

Dated: December 11, 2019.                Respectfully submitted,

*s/ Habib Nasrullah*
Habib Nasrullah
Stephanie A. Reedy
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:  nasrullah@wtotrial.com
            reedy@wtotrial.com

Attorneys for Defendant,
Northstar Rx, LLC

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*s/ Habib Nasrullah*