UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 <br> : <br> : JUDGE JANE TRICHE MILAZZO <br> : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*BEVERLY BARINGER*
*2:17-cv-00871-JTM-MBN*

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A((1)

COMES NOW counsel for Plaintiff, Beverly Baringer now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Ora K. Baringer, on behalf of his deceased wife, Beverly Baringer, in the above captioned case.

1. Beverly Baringer filed a products liability litigation lawsuit against Defendants on February 1, 2017. *See* Doc. 1.

2. Beverly Baringer filed her Amended Short Form Complaint against Defendants on May 25, 2017. *See* Doc. 5.

3. On August 17, 2018 in Allenport, Pennsylvania, Beverly Baringer passed away.

4. Plaintiff filed a Notice and Suggestion of Death on December 11, 2019. *See* attached hereto as ***Exhibit 1***.

5. Beverly Baringer's product liability action against Defendants survived Plaintiff's death and is not extinguished.

6. Beverly Baringer's husband, Ora K. Baringer, is the proper Plaintiff and was named Executor of Beverly Baringer's estate on July 19, 2019 in the Commonwealth of Pennsylvania, County of Washington.

1

WHEREFORE, counsel for Plaintiff Beverly Baringer requests that this Court grant this request for substitution of Plaintiff in this action.

Dated:  December 12, 2019              Respectfully submitted,

*By: /s/ John J. Foley*
John J. Foley, Esq. (IL #6288152)
**Simmons Hanly Conroy**
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*By: /s/ John J. Foley*
John J. Foley, Esq. (IL #6288152)