UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2740 |
| | ) | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | ) | |
| Barbara Taylor v. Sandoz, Inc. et al – 2:19-cv-11356 | ) ) | |

**PARTIAL STIPULATION OF DISMISSAL AS TO DEFENDANT SAGENT PHARMACEUTICALS, INC. ONLY**

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between undersigned counsels that Defendant SAGENT PHARMACEUTICALS, INC., hereby is dismissed without prejudice. This stipulation of dismissal is required because Plaintiff Barbara Taylor incorrectly included Sagent Pharmaceuticals, Inc., as a party when she filed her case as an individual plaintiff pursuant to the Court's Severance Order, dated July 30, 2018.

DATED: December 12, 2019

*/s/ Hunter Shkolnik*
Hunter Shkolnik, Esq.
**NAPOLI SHKOLNIK PLLC**
400 Broadhollow Rd.
Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Counsel for Plaintiffs*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jennifer Snyder Heis
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800 Cincinnati, OH 45202
Telephone: (513) 698-5064
 Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com
*Counsel for Defendant Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc.*

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
*Counsel for Defendant Sandoz Inc.*


**SO ORDERED**


_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED: December 12, 2019

                                           */s/Hunter J. Shkolnik*
                                           Hunter J. Shkolnik, Esquire