UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| BARBARA TAYLOR,<br><br>    Plaintiff<br><br>Vs.<br><br>SANDOZ INC, ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:19-cv-11356 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Barbara Taylor, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated: December 12, 2019                                  Respectfully submitted,

                                                           NAPOLI SHKOLNIK, PLLC


                                            By:   /s/ Hunter Shkolnik_____
                                                  Hunter J. Shkolnik, Esq.
                                                  400 Broadhollow Road, Suite 305
                                                  Melville, NY 11747
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 843-7603
                                                  Hunter@NapoliLaw.com
                                                  ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for defendants, including the defendants sought to be added by the amendment, and defendants agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this December 12, 2019.

By:   /s/ Hunter Shkolnik_____
Hunter J. Shkolnik, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Hunter@NapoliLaw.com
ATTORNEY FOR PLAINTIFF