UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| BARBARA TAYLOR,<br><br>    Plaintiff<br><br>vs.<br><br>SANDOZ INC., ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br>Civil Action No.: 2:19-cv-11356 |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have manufactured or sold the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. Thereafter, Plaintiff's counsel obtained a completed "Statement Regarding Chemotherapy Drug Administered" form from the hospital at which the Plaintiff took treatments, which form indicates that Plaintiff had been treated with docetaxel that was manufactured or sold by Sandoz Inc. and Sagent Pharmaceuticals, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short form Complaint adding Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc, as Defendants.

    Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant. Plaintiff avers that no party will be prejudiced by this change, as this case is still in a very early

stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated: <u>December 12, 2019</u>                    Respectfully submitted,

                                                  NAPOLI SHKOLNIK, PLLC

                                        By: <u>/s/ Hunter Shkolnik</u>
                                                  Hunter J. Shkolnik, Esq.
                                                  400 Broadhollow Road, Suite 305
                                                  Melville, NY 11747
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 843-7603
                                                  Hunter@NapoliLaw.com
                                                  ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for defendants, including the defendants sought to be added by the amendment, and defendants agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this December 12, 2019.

By: ___/s/ Hunter Shkolnik_____
Hunter J. Shkolnik, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Hunter@NapoliLaw.com
ATTORNEY FOR PLAINTIFF