# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| BARBARA TAYLOR, | MDL NO. 2740 |
| Plaintiff | SECTION "N" (5) |
| | JUDGE TRICHE MILAZZO |
| vs. | MAG. JUDGE NORTH |
| SANDOZ INC., ET AL., | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| Defendant(s) | Civil Action No.: 2:19-cv-11356 |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT