UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

Upon stipulation of the parties, the Court on November 18, 2019, interviewed Plaintiff Sheila Crayton.  Additionally present, were her counsel, Christine Brandt, Dawn Barrios, Palmer Lambert, and Douglas Moore. The Court finds that while Ms. Crayton appeared lucid and able to converse, she showed significant physical limitations and appeared to lack the stamina necessary to serve as a bellwether plaintiff in a 10-day trial. Accordingly, Ms. Crayton will no longer serve as the alternate plaintiff for the second bellwether trial. However, given that discovery has been completed, the Court will entertain dispositive motions in her case.

New Orleans, Louisiana this 11th day of December, 2019.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE