**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Vivian Fox and Gene Fox, v. Sanofi US Services Inc. f/k/a SANOFI-AVENTIS U.S. INC., et al.; Case No. 2:18-cv-14134* | |

**PLAINTIFFS' MOTION FOR RELIEF FROM INCORRECT NOTICE OF PARTIAL DISMISSAL PURSUANT TO RULE 60(b)**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs Vivian Fox and Gene Fox who, pursuant to the attached Memorandum in Support, respectfully request relief from the incorrect notice of partial dismissal with prejudice as to all Defendants in this matter except Sagent Pharmaceuticals, Inc., which was filed on September 20, 2019 (Doc. No. 8256) and contained mistakes due to clerical and typographical errors. The undersigned counsel for Plaintiffs has conferred with counsel for Defendants regarding the relief requested here in via email on the following dates: November 18, 2019; November 20, 2019; November 21, 2019; November 25, 2019; November 27, 2019; December 11, 2019; December 12, 2019. The undersigned believes that at least one Defendant may oppose Plaintiffs' request for relief. The proposed, corrected notice of partial dismissal and proposed Order are attached hereto.

WHEREFORE, Plaintiffs pray that the attached proposed Order be entered and, accordingly, that the notice of partial dismissal filed on September 20, 2019 (Doc. No. 8256) be vacated, and Plaintiff be granted leave to file the attached proposed – and corrected – notice of partial dismissal instead.

1

Date: December 12, 2019

Respectfully submitted,
MARC J. BERN & PARTNERS LLP

By*: /s/ Debra J. Humphrey*
Debra J. Humphrey (NY Bar No. 5050448)
60 E. 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff(s)*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and all CM/ECF participants registered to receive service in this MDL.

*/s/ Debra J. Humphrey*
DEBRA J. HUMPHREY