# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Vivian Fox and Gene Fox, v. Sanofi US Services Inc. f/k/a SANOFI-AVENTIS U.S. INC., et al.; Case No. 2:18-cv-14134* | |

## NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Motion of Plaintiffs Vivian Fox and Gene Fox will come before the Court for submission on the 29th of January 2020, at 9:30 a.m.

Dated: December 12, 2019

Respectfully submitted,
MARC J. BERN & PARTNERS LLP

By: */s/ Debra J. Humphrey*
Debra J. Humphrey
60 E. 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Debra J. Humphrey*
Debra J. Humphrey