# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | HON. JANE TRICHE MILAZZO |
| *Vivian Fox and Gene Fox, v. Sanofi US Services Inc. f/k/a SANOFI-AVENTIS U.S. INC., et al.; Case No. 2:18-cv-14134* | MAG. JUDGE MICHAEL NORTH |

## [PROPOSED] ORDER

Considering the foregoing Motion for Relief from Incorrect Notice of Partial Dismissal Pursuant to Rule 60(b) filed on September 20, 2019 (Doc. No. 8256),

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file vacate the Notice of Partial Dismissal filed on September 20, 2019 (Doc. No. 8256).

New Orleans, Louisiana, this ___ of , 2019.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE