UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Gail Glass Hill and James Hill, v. Sanofi US Services Inc. f/k/a SANOFI-AVENTIS U.S. INC., et al.; Case No. 2:18-cv-14293* | |

**PLAINTIFFS' MOTION FOR RELIEF FROM INCORRECT NOTICE OF PARTIAL DISMISSAL PURSUANT TO RULE 60(b)**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs Gail Glass Hill and James Hill, pursuant to the attached Memorandum in Support, respectfully request relief from the incorrect notice of partial dismissal with prejudice as to all Defendants in this matter except Sagent Pharmaceuticals, Inc., which was filed on September 20, 2019 (Doc. No. 8261) and contained mistakes due to clerical and typographical errors.  The undersigned counsel for Plaintiffs has conferred with counsel for Defendants regarding the relief requested here in via email on the following dates: November 18, 2019; November 20, 2019; November 21, 2019; November 25, 2019; November 27, 2019; December 11, 2019; December 12, 2019. The undersigned believes that at least one Defendant may oppose Plaintiffs' request for relief. The proposed, corrected notice of partial dismissal and proposed Order are attached hereto.

WHEREFORE, Plaintiffs pray that the attached proposed Order be entered and, accordingly, that the notice of partial dismissal filed on September 20, 2019 (Doc. No. 8261) be vacated, and Plaintiffs be granted leave to file the attached proposed – and corrected – notice of partial dismissal instead.

1

2

Date: December 12, 2019               Respectfully submitted,
                                      MARC J. BERN & PARTNERS LLP

                                      By: */s/ Debra J. Humphrey*
                                      Debra J. Humphrey (NY Bar No. 5050448)
                                      60 E. 42nd Street, Suite 950
                                      New York, NY 10165
                                      Tel: (212) 702-5000
                                      Fax: (212) 818-0164
                                      dhumphrey@bernllp.com

                                      *Attorneys for Plaintiff(s)*

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and all CM/ECF participants registered to receive service in this MDL.

                                      */s/ Debra J. Humphrey*
                                      DEBRA J. HUMPHREY