**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Cynthia Siddoway, v. Sanofi US Services Inc. f/k/a SANOFI-AVENTIS U.S. INC., et al.;* Case No. 2:19-cv-11983 | |

**NOTICE OF SUBMISSION**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Motion of Plaintiff Cynthia Siddoway will come before the Court for submission on the 29th of January 2020, at 9:30 a.m.

Dated: December 12, 2019
                                Respectfully submitted,
                                MARC J. BERN & PARTNERS LLP

                                By: */s/ Debra J. Humphrey*
                                Debra J. Humphrey
                                60 E. 42nd Street, Suite 950
                                New York, NY 10165
                                Tel: (212) 702-5000
                                Fax: (212) 818-0164
                                dhumphrey@bernllp.com

                                *Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                      */s/ Debra J. Humphrey*
                                                      Debra J. Humphrey