## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SAVANNAH PUGH,<br><br>    Plaintiff<br><br>Vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:19-cv-11173 |

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff SAVANNAH PUGH, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached Exhibit "A" to this Motion.

Dated: December 13, 2019                     Respectfully submitted,

                                             NAPOLI SHKOLNIK, PLLC


                                    By:    /s/ Hunter Shkolnik
                                           Hunter J. Shkolnik, Esq.
                                           400 Broadhollow Road, Suite 305
                                           Melville, NY 11747
                                           Telephone: (212) 397-1000
                                           Facsimile: (646) 843-7603
                                           Hunter@NapoliLaw.com
                                           ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6. Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this December 13, 2019.

By: ___/s/ Hunter Shkolnik_____
Hunter J. Shkolnik, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Hunter@NapoliLaw.com
ATTORNEY FOR PLAINTIFF