UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SAVANNAH PUGH,<br><br>    Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br>Civil Action No.: 2:19-cv-11173 |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The original suit was filed in this matter using the Short Form Complaint, identifying various Defendants who may have manufactured or sold the docetaxel that Plaintiff took, including all entities which were named on the Short Form Complaint. Thereafter, Plaintiff's counsel obtained a completed "Statement Regarding Chemotherapy Drug Administered" form from the hospital at which the Plaintiff took treatments, which form indicates that Plaintiff had been treated with docetaxel that was sold by Sagent Pharmaceuticals, Inc. Therefore, Plaintiff seeks to leave to file an Amended Short form Complaint adding Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc, as Defendants. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC should also be dismissed from this case with prejudice

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is only trying to name the correct defendant.

Plaintiff avers that no party will be prejudiced by this change, as this case is still in a very early stage. As a result, it is hereby requested that this Motion for Leave to File Short Form Complaint be granted.

Dated: December 13, 2019                             Respectfully submitted,

                                                    NAPOLI SHKOLNIK, PLLC


                                                    By:    /s/ Hunter Shkolnik
                                                        Hunter J. Shkolnik, Esq.
                                                        400 Broadhollow Road, Suite 305
                                                        Melville, NY 11747
                                                        Telephone: (212) 397-1000
                                                        Facsimile: (646) 843-7603
                                                        Hunter@NapoliLaw.com
                                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this December 13, 2019.

By: ＿＿/s/ Hunter Shkolnik＿＿＿＿＿＿＿
Hunter J. Shkolnik, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Hunter@NapoliLaw.com
ATTORNEY FOR PLAINTIFF