UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| STANICA CAFFEE, | ) | MDL NO. 2740 |
| | ) | SECTION "N" (5) |
| Plaintiff | ) | |
| | ) | JUDGE TRICHE MILAZZO |
| vs. | ) | MAG. JUDGE NORTH |
| | ) | |
| HOSPIRA, INC., | ) | MOTION FOR LEAVE TO FILE |
| . | ) | AMENDED COMPLAINT |
| Defendant(s) | ) | Civil Action No.: 2:19-cv-11985 |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, STANICA CAFEE, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. The copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

Dated:  December 16, 2019

Respectfully submitted,

/s/ David B. Vermont_____

David B. Vermont, Esq.
Attorney for Plaintiff(s)
D.C. Bar No. 474323
HELMSDALE LAW, LLP
Six Consultant Place, Suite 100-A
Durham, NC  27707-3598
(424) 249-7900 | Office
(424) 249-7942 | Direct
(424) 249-7990 | Fax
dvermont@helmsdalelaw.com

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendants' Counsel has been contacted, and Defendants do not oppose the relief requested.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on December 16, 2019.

                By:     /s/ David B. Vermont
                        David B. Vermont, Esq.
                        Attorney for Plaintiff(s)
                        D.C. Bar No. 474323
                        HELMSDALE LAW, LLP
                        Six Consultant Place, Suite 100-A
                        Durham, NC  27707-3598
                        (424) 249-7900 | Office
                        (424) 249-7942 | Direct
                        (424) 249-7990 | Fax
                        dvermont@helmsdalelaw.com