UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| STANICA CAFFEE, | ) | **MDL NO. 2740** |
| | ) | **SECTION "N" (5)** |
| Plaintiff | ) | |
| | ) | **JUDGE TRICHE MILAZZO** |
| vs. | ) | **MAG. JUDGE NORTH** |
| | ) | |
| HOSPIRA, INC., | ) | **MOTION FOR LEAVE TO FILE** |
| . | ) | **FIRST AMENDED COMPLAINT** |
| Defendant(s) | ) | **Civil Action No.: 2:19-cv-11985** |
| | ) | |

## ORDER GRANTING LEAVE TO FILE

## FIRST AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an amended Complaint, it is hereby Ordered that the Plaintiff may file the First Amended Short Form Complaint which was attached to Plaintiff's unopposed motion.

SO ORDERED this _____ day of _____, _____.

_____
JUDGE TRICHE MILAZZO
UNITED STATES DISTRICT COURT