# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Santos et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Irma A. Santos and Raul Santos | |
| Civil Action No.: 2:18-cv-7908 | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE INC., HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare Inc., Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of December 2019

                      Respectfully submitted,

                      /s/ Tarek C. Abbassi

                      Tarek C. Abbassi
                      Texas Bar No: 24096225
                      tabbassi@fnlawfirm.com

                      FEARS NACHAWATI, PLLC
                      5473 Blair Road
                      Dallas, Texas 75231
                      Tel. (214) 890-0711
                      Fax (214) 890-0712

                      Counsel for Plaintiff

                      /s/ Matthew R. McCarley

                      Matthew R. McCarley
                      Texas Bar No: 24041426
                      mccarley@fnlawfirm.com

                      FEARS NACHAWATI, PLLC
                      5473 Blair Road
                      Dallas, Texas 75231
                      Tel. (214) 890-0711
                      Fax (214) 890-0712

                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                      /s/ Tarek C. Abbassi