UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Jeannie Vargas v. Sanofi U.S. Services, Inc., et al*; Case No. 2:19-cv-13447 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Jeannie Vargas hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-13447, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff Jeannie Vargas, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:19-cv-13480. All parties shall bear their own costs.

Respectfully Submitted,

| **REYES | BROWNE | REILLEY** | **SHOOK HARDY & BACON** |
|---|---|
| By: */s/ Ryan J. Browne*<br>Ryan J. Browne<br>Texas State Bar No. 00796262<br>Spencer P. Browne<br>Texas State Bar No. 24040589<br>8222 Douglas Ave., Suite 400<br>Dallas, TX 75225<br>(214) 526-7900<br>(214) 526-7910 (FAX)<br>ryan@reyeslaw.com<br>spencer@reyeslaw.com | By:  /s/ Kelly Bieri<br>Kelly Bieri<br>Harley V. Ratliff<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Telephone: (816) 474-6550 Facsimile: (816) 421-5547<br>kbieri@shb.com<br>hratliff@shb.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc*. |

| | |
|---|---|
| **GREENBURG TRAURIG, LLP** | **TUCKER ELLIS LLP** |
| By: /s/ R. Clifton Merrell<br>R. Clifton Merrell<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: (678) 553-2100<br>Facsimile: (678) 553-2100<br>merrellc@gtlaw.com<br><br>*Attorneys for Defendants Sandoz, Inc.* | By: /s/ Julie A. Callsen<br>Julie A. Callsen<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113<br>Telephone: (216) 592-5000<br>Facsimile: (216) 592-5009<br>julie.callsen@tuckerellis.com<br><br>*Attorneys for Defendants Accord Healthcare Inc.* |
| **MORRISON & FOERSTER LLP** | **DECHERT LLP** |
| By: /s/ Erin M. Bosman<br>Erin M. Bosman<br>12531 High Bluff Dr.<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>ebosman@mofo.com<br><br>*Attorneys for Defendants McKesson Corporation d/b/a McKesson Packaging Service* | By: /s/ Mark S. Cheffo<br>Mark S. Cheffo<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>mark.cheffo@dechert.com<br>maracusker.gonzalez@dechert.com<br><br>*Attorneys for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* |
| **HINSHAW & CULBERTSON LLP** | **ULMER & BERNE LLP** |
| By: /s/ Geoffrey M. Coan<br>Geoffrey M. Coan<br>28 State Street<br>Boston, MA 02109<br>Telephone: (617) 213-7000<br>Facsimile: (617) 213-7001<br>gcoan@hinshawlaw.com<br><br>*Attorneys for Defendants Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.* | By: /s/ Michael J. Suffern<br>Michael J. Suffern<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: (513) 698-5064<br>Facsimile: (513) 698-5065<br>msuffern@ulmer.com<br><br>*Attorneys for Defendants Actavis Pharma, Inc. and Sagent Pharmaceuticals* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: December 16, 2019            */s/ Ryan J. Browne*_____
                                    Ryan J. Browne