MINUTE ENTRY
MILAZZO, J.
December 16, 2019

JS-10:01:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On December 16, 2019, the Court held a status conference with liaison counsel to discuss substitute plaintiffs in light of the dismissal of bellwether plaintiff Sheila Crayton and other scheduling issues. **IT IS ORDERED** that the parties should submit to the Court no later than **January 17, 2020**, the final schedules for the upcoming bellwether trials.

_____