IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Re:   TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Tammy Wright v. NorthStar Rx LLC*; Case No. 2:19-cv-13159

## ORDER

Before the Court is an Unopposed Motion for Extension of Time to Answer Short Form Complaint (Doc. 8696);

**IT IS ORDERED** that the Motion is **GRANTED**, and Defendant's response is due on or before January 10, 2020.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
United States District Judge