UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Michelle Pugsley | : | |
| Civil Action No. 2:18-cv-06716 | : | |

## O R D E R

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Jessica L. Richman of the law firm of Parker Waichman LLP be allowed to withdraw as counsel for the Plaintiff; and further, that Christine M. Durant of the law firm of Parker Waichman LLP be allowed to substitute as counsel of record for the Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2019.

JUDGE JANE TRICHE MILAZZO