# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Amy Martini | : | |
| Civil Action No. 2:18-cv-06553 | : | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Plaintiff, by and through her undersigned attorneys, and pursuant to Local Rule 83.2.11 files this Joint Motion to Withdraw and Substitute Counsel. In support hereof, Plaintiff states as follows:

Jessica L. Richman of Parker Waichman LLP is currently Plaintiff's counsel of record. Plaintiff wishes to substitute Christine M. Durant her counsel of record, and proceed with her claim.

By agreement of the undersigned attorneys, Jessica L. Richman wishes to withdraw as counsel of record for the Plaintiff; and substitute Christine M. Durant as counsel of record for the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

        Respectfully Submitted and Agreed to by:

        */s/ Jessica L. Richman*
        Jessica L. Richman

        */s/ Christine M. Durant*
        Christine M. Durant (LA #71737)
        Parker Waichman LLP
        6 Harbor Park Drive
        Port Washington, NY 11050
        (516) 466-6500 Phone
        (516) 466-6665 Fax
        cdurant@yourlawyer.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 17, 2019, the foregoing document was electronically filed and served using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

        */s/ Jessica L. Richman*

        */s/ Christine M. Durant*