UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| BARBARA TAYLOR, <br><br> Plaintiff <br><br> vs. <br><br> SANDOZ INC., ET AL., <br><br> Defendant(s) | MDL NO. 2740 <br> SECTION "N" (5) <br><br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH <br><br> ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT <br> Civil Action No.: 2:19-cv-11356 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8700);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT