UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SAVANNAH PUGH,<br><br>    Plaintiff<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>ORDER GRANTING LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:19-cv-11173 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8718);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case, and previously named defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC are hereby dismissed with prejudice.

New Orleans, Louisiana, this 17th day of December, 2019.

                                                                              */s/ Jane Triche Milazzo*
                                                 JUDGE, UNITED STATES DISTRICT COURT