# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:**<br><br>Civil Action No. 2:18-cv-12324<br><br>*Lola Blevins v. Sanofi US Services Inc., et al.* | **JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH** |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Proper Party (Doc. 8694);

**IT IS ORDERED** that the Motion is **GRANTED** and that plaintiff Adrian Blevins, on behalf of the Estate of Lola Blevins, is substituted for Plaintiff Lola Blevins in the above-captioned action.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE