UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  : JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*BEVERLY BARINGER*
*2:17-cv-00871-JTM-MBN*

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Party (Doc. 8698);

**IT IS ORDERED** that the Motion is **GRANTED** and that Ora K. Baringer, on behalf of his deceased wife, Beverly Baringer, may be substituted for Beverly Baringer as the proper party plaintiff in this action.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
United States District Judge