## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | \* | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | \* | |
| | \* | **SECTION: "N" 5** |
| | \* | |
| | \* | **COMPLAINT & JURY DEMAND** |
| | \* | |
| **This Document Relates To:** | \* | |
| *Judy Vanlandingham* | \* | **CIVIL ACTION NO. 2:17-cv-17350** |
| | \* | |

### PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Judy Vanlandingham, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 18th day of December, 2019.

                    **BRENT COON & ASSOCIATES**

                    /s/  *Eric W. Newell*
                    Brent W. Coon
                    Federal Bar No. 9308
                    Texas Bar No. 04769750
                    Brent@bcoonlaw.com
                    Eric W. Newell
                    Texas Bar No. 24046521
                    Eric_newell@bcoonlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.   Counsel for Sanofi defendants and Hospira  gave consent; counsel for defendant Accord Health Care Inc. did not responded to this motion for leave to file an Amended Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 18th day of December, 2019.


_/s/Eric W. Newell_
Eric W. Newell