# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>TAMMY DEWEES<br>Case No. 2:17-cv-15874 | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI U. S. SERVICES INC. F/K/A SANOFI-AVENTIS U.S. LLC; SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.; SANDOZ, INC.; HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; PFIZER, INC.; and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI U. S. SERVICES INC. F/K/A SANOFI-AVENTIS U.S. LLC; SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.; SANDOZ, INC.; HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; PFIZER, INC.; and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully submitted:

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
sdaniel@baronbudd.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel