# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE** |
| THIS DOCUMENT RELATES TO:<br><br>VIVAN BAKER | Civil Action No.: 2:17-cv-09497 |

Pursuant to CMO 12A, Plaintiff Vivian Baker dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of December, 2019

                                                              Respectfully submitted,

                                                              */s/ Ryan M. Perdue*

        Stephen M. Fernelius
        Texas State Bar No. 06934340
        Steve.Fernelius@trialattorneytx.com
        C. Brannon Robertson
        Texas State Bar No. 24002852
        Brannon.Robertson@trialattorneytx.com
        Ryan M. Perdue
        State Bar No. 2404661
        Ryan.Perdue@trialattorneytx.com
        4119 Montrose Blvd, Suite 500
        Houston, Texas 77006
        Telephone: 713-654-1200
        Facsimile: 713-654-4039

        **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

 I hereby certify that on December, 18th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 DATED: <u>December 18th, 2019</u>       */s/ Ryan M. Perdue*
                         Ryan M. Perdue