UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>KATHRYN RIDING | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI**<br><br>Civil Action No.: 2:17-cv-11496 |

Pursuant to CMO 12A, Plaintiff Kathryn Riding dismisses with prejudice all previously named defendants in this matter except Sanofi, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of December, 2019

Respectfully submitted,

*/s/ Ryan M. Perdue*

>Stephen M. Fernelius
>Texas State Bar No. 06934340
>Steve.Fernelius@trialattorneytx.com
>C. Brannon Robertson
>Texas State Bar No. 24002852
>Brannon.Robertson@trialattorneytx.com
>Ryan M. Perdue
>State Bar No. 2404661
>Ryan.Perdue@trialattorneytx.com
>4119 Montrose Blvd, Suite 500
>Houston, Texas 77006
>Telephone: 713-654-1200
>Facsimile: 713-654-4039
>
>**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on December, 18th, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 18th, 2019                    */s/ Ryan M. Perdue*
                                              Ryan M. Perdue