# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Fuchs v Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Janine Fuchs and Gary Fuchs<br>Civil Action No.: 2:18-cv-13852 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of December 2019

                    Respectfully submitted,

                    /s/ Tarek C. Abbassi

                    Tarek C. Abbassi
                    Texas Bar No: 24096225
                    tabbassi@fnlawfirm.com

                    FEARS NACHAWATI, PLLC
                    5473 Blair Road
                    Dallas, Texas 75231
                    Tel. (214) 890-0711
                    Fax (214) 890-0712

                    Counsel for Plaintiff

                    /s/ Matthew R. McCarley

                    Matthew R. McCarley
                    Texas Bar No: 24041426
                    mccarley@fnlawfirm.com

                    FEARS NACHAWATI, PLLC
                    5473 Blair Road
                    Dallas, Texas 75231
                    Tel. (214) 890-0711
                    Fax (214) 890-0712

                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                    /s/ Tarek C. Abbassi