UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Cynthia Thibodeaux, Case No. 2:16-cv-15859.**

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### BASED ON THE STATUTE OF LIMITATIONS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff, Cynthia Thibodeaux. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Defendants' Motion for Summary Judgment because Plaintiff Cynthia Thibodeaux's claims are barred by Louisiana's one-year statute of limitations. *See* La. Civ. Code Ann. Art. 3492.

Ms. Thibodeaux sustained her alleged injury and was aware of its potential relationship to her Taxotere chemotherapy regimen by January 2010 (at the latest), more than six years before she filed suit in October 2016. The undisputed material facts here are substantially identical to those in *Johnson* and *Francis*, which the Court dismissed as time-barred. *In re Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL No. 16-2740, 2019 WL 2995897, at *1 (E.D. La. July 9, 2009). Accordingly, as in *Johnson* and *Francis*, no genuine issue of disputed fact exists here to toll the statute of limitations, and Sanofi is entitled to summary judgment.

WHEREFORE, Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. pray that this Court hold that Ms. Thibodeaux's claims are barred by La. Civ. Code Ann. art. 3492 and render summary judgment in favor of Sanofi.

Date: December 19, 2019

        Respectfully submitted,
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*