## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                            **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Cynthia Thibodeaux, Case No. 2:16-cv-15859.**

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIALS FACTS IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS
GROUNDS AGAINST PLAINTIFF CYNTHIA THIBODEAUX**

        Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion

for Summary Judgment, pursuant to Local Rule 56.1:

1. Cynthia Thibodeaux is a 73-year-old African-American woman living in Louisiana.  *See*
   **Ex. C,** Plaintiff's Thirteenth Amended Plaintiff Fact Sheet ("PFS") § I.10–20.

2. Ms. Thibodeaux was diagnosed with breast cancer on January 10, 2008.  **Ex. C** at § V.5.

3. To treat her breast cancer, Ms. Thibodeaux underwent a lumpectomy, radiation, and
   chemotherapy.  **Ex. C** at § V.1–4.

4. For chemotherapy, Ms. Thibodeaux agreed to participate in a clinical trial.  **Ex. B**,
   Thibodeaux Dep. Vol. I 167:17–19; 176:7–12; **Ex. C** at § V.12.

5. On January 28, 2008, Ms. Thibodeaux signed a consent form to participate in the clinical
   trial; the consent form identified "hair loss" as the first and most common side effect of
   five of the drugs used in the study, including capecitabine (Xeloda), doxorubicin
   (Adriamycin), cyclophosphamide (Cytoxan), docetaxel (Taxotere), and gemcitabine
   (Gemzar).  **Ex. D**, Consent Form at 11–16; **Ex. B** at 170:6–171:20.

6. The consent form explained that "[m]any side effects go away soon after you stop taking
   your study drugs[,]" however, "[i]n some cases, side effects may be very serious, long–
   lasting, or may never go away."  **Ex. D** at 11.

7. According to her medical records, Ms. Thibodeaux re-read the side effects of all the
   chemotherapy drugs before beginning her first cycle of chemotherapy.  **Ex. E**, Ochsner
   Health System 598, NSABP 58, PPR 76.

1

8.  Ms. Thibodeaux signed this consent form on January 28, 2008.  **Ex. D** at 27.

9.  Ms. Thibodeaux started her first cycle of chemotherapy on February 12, 2008.  **Ex. B** at 256:1–5; **Ex. C** at § V.12.

10. Within two or three weeks, Ms. Thibodeaux's hair fell out during treatment with three chemotherapy drugs, including Taxotere.  **Ex. B** at 256:1–257:11; **Ex. F**, Ochsner Health System 599–604, 673–674.

11. Ms. Thibodeaux underwent two additional cycles of chemotherapy with other chemotherapy drugs, completing her chemotherapy treatment on June 10, 2009.  **Ex. M**, Ochsner Health System 667–670, 764–67, 1045–1050, 1070–1075, 1194–1199, 1265–1266.

12. Ms. Thibodeaux expected chemotherapy to cause her hair to fall out, based on information she had received from her doctor and from knowing other people who had chemotherapy and lost their hair.  **Ex. B** at 60:3–9; 68:6–12.

13. After she was diagnosed with cancer, and once she learned she would be receiving chemotherapy, Ms. Thibodeaux had already purchased a wig.  *Id.* at 59:23–60: 5.

14. Ms. Thibodeaux expected her hair to regrow to its previous state after she completed chemotherapy.  *Id.* at 68:6–16; 68:21–69:12; 321:5–9.

15. Ms. Thibodeaux's mother had a friend who lost her hair twice during two rounds of chemotherapy, but each time it came back.  *Id.* at 99:7–16.  Ms. Thibodeaux testified that she believed she would be no different.  *Id.* at 99:7–100:25; 101:16–22; 182:16–183:11.

16. Ms. Thibodeaux thought her hair was "going to come back after chemo . . . maybe a few months later."  *Id.* at 278:15–279:7.

17. Ms. Thibodeaux's wigs last about three months before she needs to replace them.  *Id.* at 60:23–61:9.

18. Ms. Thibodeaux expected to buy one or two wigs, after which time she expected her hair to grow back.  *Id.* at 98:9–18.

19. Ms. Thibodeaux purchased her first wig before chemotherapy in January or February 2008.  *Id.* at 59:8–60:2.

20. Six months after completing her chemotherapy, by the beginning of 2010, Ms. Thibodeaux's hair had stopped growing back.  *Id.* at 276:3–6, **Ex. H** at 394:20–23.

21. After chemotherapy, Ms. Thibodeaux alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy."  Second Amended Master Complaint ("AMC") (Rec. Doc. 4407) at ¶ 181.

22. Per Ms. Thibodeaux's definition of her injury, and her testimony, she began suffering permanent alopecia in ***January 2010***, which is six months after completing chemotherapy treatment in June 2009.  *See* AMC at ¶ 181; **Ex. B** at 276:3–6; **Ex. H** at 394:20–23.

23. Ms. Thibodeaux "always wondered why [her hair] didn't grow back."  Ms. Thibodeaux, in fact, was "devastated wondering why."  **Ex. B** at 323:24–324:5.

24. Ms. Thibodeaux has always attributed her persisting hair loss to chemotherapy, including in January 2010.  *Id.* at 280:20–281:4.

25. Since 2008, Ms. Thibodeaux has purchased a new wig every three months.  *Id.* at 59:8–60:15.

26. Ms. Thibodeaux started taking a hair, skin, and nail multi-vitamin in the late 1990s.  *Id.* at 62:16–20.  Once Ms. Thibodeaux started chemotherapy, she hoped the multi-vitamin would help her hair grow back.  Ms. Thibodeaux continued taking the multi-vitamin through 2009 or 2010.  She stopped taking the multi-vitamin because she saw no benefit for her hair.  *Id.* at 63:18–64:8.

27. Ms. Thibodeaux met with dermatologist Dr. Julie Danna three times after completing chemotherapy.  These meetings occurred on September 22, 2010; June 6, 2013; and December 15, 2015.  **Ex. I**, Danna Dep. 37:9–17; 38:2–16; 40:12–18; 43:3–10.

28. Ms. Thibodeaux did not ask Dr. Danna about hair loss or alopecia at any of the three meetings.  *Id.* at 37:9–21; 45:1–4.

29. Ms. Thibodeaux did not investigate her claim by asking her oncologist Dr. Zoe Larned about her hair growth.  **Ex. J**, Larned Dep. 103:1–8; 121:22–122:10.

30. Ms. Thibodeaux never spoke with any other doctor about her hair loss or sought treatment for her hair loss.  **Ex. B** at 279:8–19; 321:18–322:6; **Ex. H** at 406:14–18; 418:18–21; **Ex. C** at § VI.8.

31. Not until 2016, after she saw a commercial alleging that Taxotere causes permanent hair loss, did Ms. Thibodeaux file her claim.  **Ex. B** at 27:5–15; 321:18–25; **Ex. H** at 550:25–551:14.

32. Ms. Thibodeaux did not file suit against Sanofi until October 26, 2016.  **Ex. C** at § I.


Date: December 19, 2019

Respectfully submitted,
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN   FRITCHIE   URQUHART   &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi
U.S. Services Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to all counsel of

record.


*/s/ Douglas J. Moore*