# EXHIBIT A

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MRS CYNTHIA THIBODEAUX
1516 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 11-29-07
PHONE 504/842-3000                  DICTATOR: STJOHN, FAYNE
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

Ms. Thibodeaux is a very sweet 61-year-old female new to me presents today to establish care.

PAST MEDICAL HISTORY: Secondary hypothyroidism, status post radioactive iodine therapy to treat hypothyroidism. No history of carcinoma.

PAST SURGICAL HISTORY:
1. Status post bunionectomy.
2. Status post oral surgery.

HISTORY OF PRESENT ILLNESS: Ms. Thibodeaux presents today to establish care. She also would like to have her thyroid dose confirmed. She feels good and is not having any problems.

SOCIAL HISTORY: Negative tobacco. Positive rare ETOH. The patient is married. Has no children. Presently works at the Mental Health Court at Downtown. She is presently living in LaPlace with her husband and mother after her home in Gentilly flooded from Hurricane Katrina.

FAMILY HISTORY: No known breast or colon cancer.

REVIEW OF SYSTEMS: CARDIOPULMONARY: Negative chest pain. Negative shortness of breath. NEUROLOGIC: Negative headaches. Negative dizziness. Rest of review of systems is noncontributory.

PHYSICAL EXAMINATION: Weight 232.7 pounds, blood pressure initially per nurse check 110/70, recheck per MD is 110/78, and pulse 74.
HEENT: Sinuses are nontender. Pharynx is clear.
NECK: Supple. Negative for thyromegaly. Negative for lymphadenopathy. Negative for carotid bruits.
LUNGS: Clear bilaterally.
HEART: Regular rate and rhythm without appreciated murmurs, gallops or arrhythmias.
BREASTS: On gross visualization are normal. On palpation, left breast is completely within normal limits. Right breast shows a nodule approximately 2 cm in diameter underneath the right nipple located at 6 o' clock. No discharge from the nipple is noted.
ABDOMEN: Positive bowel sounds. Soft and nontender. No masses. No organomegaly.

FINAL REPORT  PAGE 0002 OF 0002

```
ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MRS CYNTHIA THIBODEAUX
1516 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 11-29-07
PHONE 504/842-3000                  DICTATOR: STJOHN, FAYNE
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY
```

PROVIDER NOTE

EXTREMITIES: Negative edema, cyanosis or clubbing.

ASSESSMENT AND PLAN:
1. Secondary hypothyroidism, with the patient presently on Synthroid 150 mcg 1 p.o. daily.
a) Check TSH with phone review.
2. Physical. Positive for right breast mass.
a) Diagnostic as well as screening mammogram, which is due.
3. Health maintenance with the patient's last mammogram in 2005 at Methodist Hospital and normal per the patient report and last Pap in 2006.
a) Schedule mammogram as above.
b) Schedule screening bone density study.
c) Refer to gynecology for well woman examination.
d) Full lab work to include chemistry, CBC, TSH, and lipid panel. I will then plan to phone review lab work, mammogram, and bone density study. Discussed colon screening at that time or see the patient sooner as needed.


Fayne St. John, M.D.

FStJ/co 103   LMod: 12/01/2007 02:02:00 (ET)
dd:11/30/2007 08:20:33 (ET) td:12/01/2007 02:02:00 (ET)  VR:1158975 /
JobID:27446731 DocID: 21806124..
Document authenticated by Fayne St. John, M.D., on 12/31/2007 09:25:30 ET

THIBODEAUX, CYNTHIA   MRN:            Encounter: L-205803420071129 DOS: 11/29/2007